No. 25-1087

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

IN RE:

CENTER FOR BIOLOGICAL DIVERSITY, PEOPLE FOR PROTECTING
PEACE RIVER, BAYOU CITY WATERKEEPER, HEALTHY GULF,
MANASOTA-88, PORTNEUF RESOURCE COUNCIL, RISE ST. JAMES
LOUISIANA, SIERRA CLUB, WATERKEEPER ALLIANCE, and
WATERKEEPERS FLORIDA,

Petitioners.

---

**APPENDIX OF ATTACHMENTS IN SUPPORT OF
PETITION FOR WRIT OF MANDAMUS**

**VOLUME 6 of 7**

---

RACHAEL CURRAN
D.C. Cir. Bar # 65500
JACLYN LOPEZ
DC Cir. Bar # 62797
Jacobs Public Interest Law Clinic for
Democracy and the Environment,
Stetson University College of Law
1401 61st Street S.
Gulfport, FL 33707
(727) 490-9190
jmlopez@law.stetson.edu
727-537-0802
rcurran1@law.stetson.edu

RAGAN WHITLOCK
D.C. Cir. Bar # 65341
Center for Biological Diversity
P.O. Box 2155,
St. Petersburg, FL 33731
(727) 426-3653
rwhitlock@biologicaldiversity.org

*Attorneys for Petitioners*

Table of Contents

| Volume 1 | | |
|---|---|---|
| **Attachment No.** | **Document Title** | **Appendix Page Nos.** |
| 1 | Declaration of Shannon Ansley in Support of Petition for Writ of Mandamus | APPX ATT_V1_1–5 |
| 2 | Declaration of Kira Barrera in Support of Petition for Writ of Mandamus | APPX ATT_V1_6–17 |
| 3 | Declaration of Martha Collins in Support of Petition for Writ of Mandamus | APPX ATT_V1_18–22 |
| 4 | Declaration of Sharon Lavigne in Support of Petition for Writ of Mandamus | APPX ATT_V1_23–26 |
| 5 | Declaration of Daniel Estrin in Support of Petition for Writ of Mandamus | APPX ATT_V1_27–34 |
| 6 | Declaration of William Matturro in Support of Petition for Writ of Mandamus | APPX ATT_V1_35–44 |
| 7 | Declaration of Andre Mele in Support of Petition for Writ of Mandamus | APPX ATT_V1_45–52 |
| 8 | Declaration of Dustin Pack in Support of Petition for Writ of Mandamus | APPX ATT_V1_53–60 |
| 9 | Declaration of Kristen Schlemmer in Support of Petition for Writ of Mandamus | APPX ATT_V1_61–67 |
| 10 | Declaration of Gale Tedhams in Support of Petition for Writ of Mandamus | APPX ATT_V1_68–74 |

| 11 | Protecting Peace River & Center for Biological Diversity, *Petition for Rulemaking Pursuant to Section 7004(A) of the Resource Conservation and Recovery Act; Section 21 of the Toxic Substances Control Act; and Section 553 of the Administrative Procedure Act Concerning the Regulation of Phosphogypsum and Process Wastewater from Phosphoric Acid Production* (Feb. 8, 2021) | APPX ATT_V1_75–130 |
| 12 | Letter to People for Protecting Peace River & Center for Biological Diversity from EPA re: TSCA Petition Denial (May 6, 2021) | APPX ATT_V1_131–132 |
| 13 | Center for Biological Diversity, Notice of Intent to Sue for Failure to Perform a Nondiscretionary Duty under the Resource Conservation and Recovery Act (Apr. 15, 2024) | APPX ATT_V1_133–153 |
| 14 | EPA, *Potential Uses of Phosphogypsum and Associated Risks – Background Information Document* (May 1992) | APPX ATT_V1_154–269 |

| Volume 2 | | |
|---|---|---|
| **Attachment No.** | **Document Title** | **Appendix Page Nos.** |
| 15 | EPA, *Report to Congress on Special Wastes from Mineral Processing – Summary and Findings Methods and Analyses Appendix* (July 1990) | APPX ATT_V2_270–910 |

| Volume 3 | | |
|---|---|---|
| Attachment No. | Document Title | Appendix Page Nos. |
| 16 | EPA, *TENORM: Fertilizer and Fertilizer Production Wastes* | APPX ATT_V3_911–915 |
| 17 | EPA, *Supplemental Information on Phosphoric Acid Production: Alternative Management of Process Wastewater at Phosphoric Acid Facilities* (Dec. 1990) | APPX ATT_V3_916–1127 |
| 18 | Final Regulatory Determination for Special Wastes from Mineral Processing (Mining Waste Exclusion), 56 Fed. Reg. 27300 (June 13, 1991) ("1991 Bevill Determination") | APPX ATT_V3_1128–1159 |
| 19 | EPA, *Risks Posed by Bevill Wastes* (1997) | APPX ATT_V3_1160–1177 |
| 20 | Mosaic Company 2022 SEC Form 8-K (Feb. 22, 2023) | APPX ATT_V3_1178–1210 |
| 21 | Mosaic Company 2023 SEC Form 8-K (Feb. 21, 2024) | APPX ATT_V3_1211–1243 |
| 22 | Nutrien Annual Report 2022 | APPX ATT_V3_1244–1387 |
| 23 | Nutrien Annual Report 2023 | APPX ATT_V3_1388–1539 |

| Volume 4 | | |
|---|---|---|
| Attachment No. | Document Title | Appendix Page Nos. |
| 24 | Forbes, *Profile: Simplot Family* | APPX ATT_V4_1540–1541 |
| 25 | The Fertilizer Institute, Revised Request for Approval of Additional Uses of Phosphogypsum Pursuant to 40 C.F.R. § 61.206 (Apr. 7, 2020) | APPX ATT_V4_1542–1605 |
| 26 | Petition for Rulemaking Under TSCA; Reasons for Agency Response; Denial of Requested | APPX ATT_V4_1606–1610 |

| | | |
|---|---|---|
| | Rulemaking, 86 Fed Reg. 27546 (May 21, 2021) | |
| 27 | Complaint (ECF 1), *USA v. Mosaic Fertilizer*, No. 15-cv-2286-JDW-TBM (M.D. Fla.) (Sept. 30, 2015) | APPX ATT_V4_1611–1708 |
| 28 | Consent Decree (ECF 2) and Appendix 2 (ECF 3-1) (Excerpt), *USA v. Mosaic Fertilizer*, No. 15-cv-2286-JDW-TBM (M.D. Fla.) (Sept. 30, 2015) | APPX ATT_V4_1709–1793 |
| 29 | Consent Decree (ECF 2-1), *USA v. Mosaic Fertilizer*, No. 15-cv-4889 (E.D. La.) (Sept. 30, 2015) | APPX ATT_V4_1794–1878 |
| 30 | Mosaic Green Bay Notice of Reactivation (July 22, 2021) | APPX ATT_V4_1879 |
| 31 | Christopher O'Donnell, *Mosaic plant sinkhole dumps 215 million gallons of reprocessed water into Floridan Aquifer*, Tampa Bay Times (Sept. 16, 2016) | APPX ATT_V4_1880–1882 |
| 32 | Mosaic Fertilizer, New Wales Facility, Phase IV Gypsum Stac Extension - FDEP Construction / Operation Permit Application and Supporting Engineering Report, Vol. 1, Sec. 1 (Feb. 15, 2024) | APPX ATT_V4_1883–1960 |
| 33 | Jaclyn Lopez, *EPA's Opportunity to Reverse the Fertilizer Industry's Environmental Injustices*, 52 ELR 10125-10152 (2022) | APPX ATT_V4_1961–1988 |
| 34 | EPA 2023 Biennial National Hazardous Waste Report Summary | APPX ATT_V4_1989–1992 |
| 35 | Emergency Final Order, *In Re: HRK Holdings, L.L.C.'s a.k.a Eastport Terminal*, OGC File No. 21-0323 (Mar. 29, 2021) | APPX ATT_V4_1993–2002 |

| Volume 5 | | |
|---|---|---|
| Attachment No. | Document Title | Appendix Page Nos. |
| 36 | Bethany Barnes et al., *Failure at Piney Point: Florida let environmental risk fester despite warnings*, Tampa Bay Times (Apr. 17, 2021) | APPX ATT_V5_2003–2016 |
| 37 | Florida Executive Order No. 21-82 (Apr. 3, 2021) | APPX ATT_V5_2017–2025 |
| 38 | Marcus W. Beck et al., *Initial estuarine response to inorganic nutrient inputs from a legacy mining facility adjacent to Tampa Bay, Florida*, 178 Marine Pollution Bull. 113598 (2022) | APPX ATT_V5_2026–2040 |
| 39 | Conservation Organizations' Comment Letter to DEP Drinking Water and Aquifer Protection Program re: Piney Point UIC Permit (Oct. 6, 2021) | APPX ATT_V5_2041–2058 |
| 40 | Elise S. Morrison et al., *The response of Tampa Bay to a legacy mining nutrient release in the year following the event*, 11 Front. Ecol. Evol. 1144778 (2023) | APPX ATT_V5_2059–2075 |
| 41 | Lauren M. Johnson, *A large red tide has contributed to more than 600 tons of dead marine life in Florida*, CNN (July 19, 2021) | APPX ATT_V5_2076–2078 |
| 42 | FDEP Wastewater Compliance Inspection Report for Mosaic Fertilizer New Wales Concentrates Plant (Oct. 21, 2023) | APPX ATT_V5_2079–2083 |
| 43 | Letter from Ardaman & Associates, on behalf of Mosaic Fertilizer, to FDEP re: Confirmed Critical Condition at Area of | APPX ATT_V5_2084–2087 |

| | Interest 4 (Dec. 14, 2023) | |
|---|---|---|
| 44 | Louisiana Department of Environmental Quality (LDEQ), Public Notice: Mosaic Fertilizer LLC – Uncle Sam Plant, Gypsum Management Area and Appurtenances, Public Hearing and Request for Public Comment on a Draft Solid Waste Permit Renewal & the Associated Environmental Assessment Statement (EAS) (2024) | APPX ATT_V5_2088–2089 |
| 45 | Notice of Approval for Other Use of Phosphogypsum, 89 Fed. Reg. 104353 (Dec. 23, 2024) | APPX ATT_V5_2090–2091 |
| 46 | Approval of the Request for Other Use of Phosphogypsum by the Fertilizer Institute, 85 Fed. Reg. 66550 (Oct. 20, 2020) | APPX ATT_V5_2092–2094 |
| 47 | Withdrawal of Approval for Use of Phosphogypsum in Road Construction, 86 Fed. Reg. 35795 (Jul. 7, 2021) | APPX ATT_V5_2095 |
| 48 | Mosaic Fertilizer, LLC – Riverview Facility Initial Application to Construct Class I Injection Well System, Hillsborough County (Oct. 17, 2023) | APPX ATT_V5_2096–2152 |
| 49 | Mosaic Fertilizer, LLC – New Wales Facility Initial Application to Construct Class V Exploratory Injection Well, Polk County (Feb. 16, 2024) | APPX ATT_V5_2153–2203 |
| 50 | Mosaic Fertilizer, LLC – Green Bay Bartow Facilities Initial Application to Construct Class V Exploratory Injection Well, Polk County | APPX ATT_V5_2204–2253 |

| 51 | FDEP, Notice of Draft Permit for Mosaic Class V Exploratory Well, Plant City, Florida (Nov. 22, 2024) | APPX ATT_V5_2254–2283 |
|---|---|---|
| 52 | Ethan Huang, *Why Seas are Rising Faster on the Southeast Coast*, NASA Sea Level Change Portal (June 6, 2023) | APPX ATT_V5_2284–2286 |
| 53 | Jeff Berardelli, *How climate change is making hurricanes more dangerous*, Yale Climate Connections (July 8, 2019) | APPX ATT_V5_2287–2294 |
| 54 | Karthik Balaguru et al., *Increased U.S. coastal hurricane risk under climate change*, 9 Sci. Adv. 9 (2016) | APPX ATT_V5_2295–2305 |
| 55 | Email from Mosaic to FDEP re: 5-Day Follow-Up Report on Phosphogypsum Pollution During Hurricane Milton (Oct. 15, 2024) | APPX ATT_V5_2306–2308 |
| 56 | J. P. Hughes et al., *Evaluation and synthesis of health effects studies of communities surrounding arsenic producing industries*, 17(2) Int. J. Epidemiol. 407–413 (1988) | APPX ATT_V5_2309–2315 |

| Volume 6 | | |
|---|---|---|
| **Attachment No.** | **Document Title** | **Appendix Page Nos.** |
| 57 | U.S. HHS, Agency for Toxic Substances and Disease Registry, *Toxicological Profile for Lead* (Aug. 2020) | APPX ATT_V6_2316–2898 |
| 58 | U.S. HHS, Agency for Toxic Substances and Disease Registry, *Toxicological Profile for Selenium* (Sept. 2003) | APPX ATT_V6_2899–3355 |
| 59 | U.S. HHS, Agency for Toxic Substances and Disease Registry, | APPX ATT_V6_3356–3841 |

|  | *Toxicological Profile for Cadmium* (Sept. 2012) |  |
| 60 | U.S. HHS, Agency for Toxic Substances and Disease Registry, *Toxicological Profile for Chromium* (Sept. 2012) | APPX ATT_V6_3842–4432 |

| Volume 7 | | |
| --- | --- | --- |
| **Attachment No.** | **Document Title** | **Appendix Page Nos.** |
| 61 | EPA, *Health Risks of Radon* | APPX ATT_V7_4433–4444 |
| 62 | National Emission Standards for Hazardous Air Pollutants; Radionuclides, 54 Fed. Reg 51654 (Dec. 15, 1989) | APPX ATT_V7_4445–4507 |
| 63 | Lesley Fleischman & Marcus Franklin, *Fumes Across the Fence Line: The Health Impacts of Air Pollution from Oil & Gas Facilities on African American Communities*, NAACP Clean Air Task Force (2017) | APPX ATT_V7_4508–4543 |
| 64 | EPA, EJScreen Community Report – Progress Village, FL (Jan. 17, 2024) | APPX ATT_V7_4544–4547 |
| 65 | EPA, *Petitions to the Office of Land and Emergency Management* | APPX ATT_V7_4548–4557 |



# Toxicological Profile for Lead

**August 2020**

U.S. Department of Health and Human Services
Agency for Toxic Substances and Disease Registry

## DISCLAIMER

Use of trade names is for identification only and does not imply endorsement by the Agency for Toxic Substances and Disease Registry, the Public Health Service, or the U.S. Department of Health and Human Services.

# FOREWORD

This toxicological profile is prepared in accordance with guidelines* developed by the Agency for Toxic Substances and Disease Registry (ATSDR) and the Environmental Protection Agency (EPA). The original guidelines were published in the *Federal Register* on April 17, 1987. Each profile will be revised and republished as necessary.

The ATSDR toxicological profile succinctly characterizes the toxicologic and adverse health effects information for these toxic substances described therein. Each peer-reviewed profile identifies and reviews the key literature that describes a substance's toxicologic properties. Other pertinent literature is also presented, but is described in less detail than the key studies. The profile is not intended to be an exhaustive document; however, more comprehensive sources of specialty information are referenced.

The focus of the profiles is on health and toxicologic information; therefore, each toxicological profile begins with a relevance to public health discussion which would allow a public health professional to make a real-time determination of whether the presence of a particular substance in the environment poses a potential threat to human health. The adequacy of information to determine a substance's health effects is described in a health effects summary. Data needs that are of significance to the protection of public health are identified by ATSDR.

Each profile includes the following:

(A)    The examination, summary, and interpretation of available toxicologic information and epidemiologic evaluations on a toxic substance to ascertain the levels of significant human exposure for the substance due to associated acute, intermediate, and chronic exposures;

(B)    A determination of whether adequate information on the health effects of each substance is available or in the process of development to determine levels of exposure that present a significant risk to human health of acute, intermediate, and chronic health effects; and

(C)    Where appropriate, identification of toxicologic testing needed to identify the types or levels of exposure that may present significant risk of adverse health effects in humans.

The principal audiences for the toxicological profiles are health professionals at the Federal, State, and local levels; interested private sector organizations and groups; and members of the public.

This profile reflects ATSDR's assessment of all relevant toxicologic testing and information that has been peer-reviewed. Staffs of the Centers for Disease Control and Prevention and other Federal scientists have also reviewed the profile. In addition, this profile has been peer-reviewed by a nongovernmental panel and was made available for public review. Final responsibility for the contents and views expressed in this toxicological profile resides with ATSDR.

Patrick N. Breysse, Ph.D., CIH
Director, National Center for Environmental Health and
Agency for Toxic Substances and Disease Registry
Centers for Disease Control and Prevention

**APPX ATT_V6_2318**

LEAD

iv

*Legislative Background

The toxicological profiles are developed under the Comprehensive Environmental Response, Compensation, and Liability Act of 1980, as amended (CERCLA or Superfund). CERCLA section 104(i)(1) directs the Administrator of ATSDR to "…effectuate and implement the health related authorities" of the statute. This includes the preparation of toxicological profiles for hazardous substances most commonly found at facilities on the CERCLA National Priorities List (NPL) and that pose the most significant potential threat to human health, as determined by ATSDR and the EPA. Section 104(i)(3) of CERCLA, as amended, directs the Administrator of ATSDR to prepare a toxicological profile for each substance on the list. In addition, ATSDR has the authority to prepare toxicological profiles for substances not found at sites on the NPL, in an effort to "…establish and maintain inventory of literature, research, and studies on the health effects of toxic substances" under CERCLA Section 104(i)(1)(B), to respond to requests for consultation under section 104(i)(4), and as otherwise necessary to support the site-specific response actions conducted by ATSDR.

LEAD

v

**VERSION HISTORY**

| Date | Description |
|------|-------------|
| August 2020 | Final toxicological profile released |
| May 2019 | Draft for public comment toxicological profile released |
| August 2007 | Final toxicological profile released |
| April 1993 | Final toxicological profile released |

LEAD                                                                                                                                    vi

# CONTRIBUTORS & REVIEWERS

## CHEMICAL MANAGER TEAM

Henry Abadin, M.S.P.H. (Lead)                 Julie M. Klotzbach, Ph.D.
Jessilynn Taylor, M.S., CDR USPHS             Gary L. Diamond, Ph.D.
Melanie Buser, M.P.H.                         Mario Citra, Ph.D.
Franco Scinicariello, M.D., M.P.H.           Lara L. Chappell, Ph.D.
Jennifer Przybyla, Ph.D.                      Laura A. McIlroy, B.A.

ATSDR, Division of Toxicology and Human Health    SRC, Inc., North Syracuse, NY
Sciences, Atlanta, GA

## REVIEWERS

**Interagency Minimal Risk Level Workgroup:**
Includes ATSDR; National Center for Environmental Health (NCEH); National Institute for Occupational
Safety and Health (NIOSH); U.S. Environmental Protection Agency (EPA); National Toxicology
Program (NTP).

**Additional reviews for science and/or policy:**
ATSDR, Division of Community Health Investigations; ATSDR, Office of Science; NCEH, Division of
Laboratory Science; NCEH, Division of Environmental Health Science and Practice; Occupational Safety
and Health Administration (OSHA); Department of Defense (DoD); EPA; NIOSH.

## PEER REVIEWERS

1. Howard Hu, M.D., M.P.H., Sc.D., Department of Environmental Health Sciences, University of
   Michigan School of Public Health, Ann Arbor, Michigan

2. Anthony Knafla, M.Sc., DABT, P. Biol., Founder/Senior Scientist & Manager, Equilibrium
   Environmental Inc., Calgary, Canada

3. Nelly Mañay, Ph.D., Professor, Department of Toxicology and Environmental Hygiene, Faculty
   of Chemistry, University of the Republic of Uruguay, Montevideo, Uruguay

These experts collectively have knowledge of toxicology, chemistry, and/or health effects.  All reviewers
were selected in conformity with Section 104(I)(13) of the Comprehensive Environmental Response,
Compensation, and Liability Act, as amended.

ATSDR scientists review peer reviewers' comments and determine whether changes will be made to the
profile based on comments.  The peer reviewers' comments and responses to these comments are part of
the administrative record for this compound.

The listing of peer reviewers should not be understood to imply their approval of the profile's final
content.  The responsibility for the content of this profile lies with ATSDR.

# CONTENTS

DISCLAIMER ............................................................................................................................. ii

FOREWORD .............................................................................................................................. iii

VERSION HISTORY ................................................................................................................. v

CONTRIBUTORS & REVIEWERS .......................................................................................... vi

CONTENTS .............................................................................................................................. vii

LIST OF FIGURES .................................................................................................................... x

LIST OF TABLES ..................................................................................................................... xi

CHAPTER 1. RELEVANCE TO PUBLIC HEALTH ................................................................ 1
   1.1    OVERVIEW AND U.S. EXPOSURES .................................................................. 1
   1.2    SUMMARY OF HEALTH EFFECTS .................................................................... 3
   1.3    MINIMAL RISK LEVELS (MRLs) ....................................................................... 9

CHAPTER 2. HEALTH EFFECTS .......................................................................................... 10
   2.1    INTRODUCTION ................................................................................................. 10
   2.2    ACUTE LEAD TOXICITY .................................................................................. 18
   2.3    DEATH ................................................................................................................. 19
   2.4    BODY WEIGHT ................................................................................................... 28
   2.5    RESPIRATORY .................................................................................................... 33
   2.6    CARDIOVASCULAR ........................................................................................... 39
   2.7    GASTROINTESTINAL ........................................................................................ 74
   2.8    HEMATOLOGICAL ............................................................................................. 75
   2.9    MUSCULOSKELETAL ........................................................................................ 87
   2.10   HEPATIC .............................................................................................................. 96
   2.11   RENAL ............................................................................................................... 102
   2.12   DERMAL ............................................................................................................ 116
   2.13   OCULAR ............................................................................................................ 116
   2.14   ENDOCRINE ...................................................................................................... 117
   2.15   IMMUNOLOGICAL ........................................................................................... 121
   2.16   NEUROLOGICAL .............................................................................................. 133
   2.17   REPRODUCTIVE ............................................................................................... 200
   2.18   DEVELOPMENTAL ........................................................................................... 218
   2.19   CANCER ............................................................................................................. 247
   2.20   GENOTOXICITY ............................................................................................... 256
   2.21   GENERAL CELLULAR MECHANISMS OF ACTION ..................................... 262
      2.21.1   Perturbation of Ion Homeostasis .......................................................... 262
      2.21.2   Protein Binding/Sequestration ............................................................... 270
      2.21.3   Oxidative Stress .................................................................................... 271
      2.21.4   Inflammation ........................................................................................ 274
      2.21.5   Epigenetic Effects ................................................................................ 275
      2.21.6   Apoptosis .............................................................................................. 276

CHAPTER 3. TOXICOKINETICS, SUSCEPTIBLE POPULATIONS, BIOMARKERS, CHEMICAL
          INTERACTIONS ................................................................................................. 277
   3.1    TOXICOKINETICS ............................................................................................ 277
      3.1.1    Absorption ............................................................................................ 278
      3.1.2    Distribution ........................................................................................... 289

3.1.3    Metabolism....................................................................................................298
3.1.4    Excretion.......................................................................................................299
3.1.5    Physiologically Based Pharmacokinetic (PBPK)/Pharmacodynamic (PD) Models ...........302
3.2    CHILDREN AND OTHER POPULATIONS THAT ARE UNUSUALLY SUSCEPTIBLE...321
3.3    BIOMARKERS OF EXPOSURE AND EFFECT ..................................................326
3.3.1    Biomarkers of Exposure ...............................................................................327
3.3.2    Biomarkers of Effect .....................................................................................335
3.4    INTERACTIONS WITH OTHER CHEMICALS ....................................................338
3.5    METHODS FOR REDUCING TOXIC EFFECTS ..................................................339
3.5.1    Reducing Absorption Following Exposure ....................................................340
3.5.2    Reducing Body Burden .................................................................................342

CHAPTER 4. CHEMICAL AND PHYSICAL INFORMATION ...................................345
4.1    CHEMICAL IDENTITY ....................................................................................345
4.2    PHYSICAL AND CHEMICAL PROPERTIES ....................................................348

CHAPTER 5. POTENTIAL FOR HUMAN EXPOSURE ...............................................355
5.1    OVERVIEW ....................................................................................................355
5.2    PRODUCTION, IMPORT/EXPORT, USE, AND DISPOSAL ...............................358
5.2.1    Production ....................................................................................................358
5.2.2    Import/Export ..............................................................................................366
5.2.3    Use ...............................................................................................................366
5.2.4    Disposal .......................................................................................................369
5.3    RELEASES TO THE ENVIRONMENT ...............................................................370
5.3.1    Air ................................................................................................................371
5.3.2    Water ...........................................................................................................377
5.3.3    Soil ..............................................................................................................379
5.3.4    Paint ............................................................................................................380
5.4    ENVIRONMENTAL FATE ...............................................................................382
5.4.1    Transport and Partitioning ..........................................................................382
5.4.2    Transformation and Degradation ................................................................389
5.5    LEVELS IN THE ENVIRONMENT ...................................................................393
5.5.1    Air ................................................................................................................395
5.5.2    Water ...........................................................................................................398
5.5.3    Sediment and Soil ........................................................................................401
5.5.4    Paint ............................................................................................................403
5.5.5    Other Media .................................................................................................404
5.6    GENERAL POPULATION EXPOSURE..............................................................411
5.7    POPULATIONS WITH POTENTIALLY HIGH EXPOSURES .............................428

CHAPTER 6. ADEQUACY OF THE DATABASE.........................................................430
6.1    INFORMATION ON HEALTH EFFECTS............................................................430
6.2    IDENTIFICATION OF DATA NEEDS ...............................................................431
6.3    ONGOING STUDIES ........................................................................................435

CHAPTER 7. REGULATIONS AND GUIDELINES .....................................................437

CHAPTER 8. REFERENCES ........................................................................................442

**APPX ATT_V6_2323**

LEAD

ix

APPENDICES

APPENDIX A.  ATSDR MINIMAL RISK LEVEL WORKSHEETS ..................................................... A-1
APPENDIX B.  LITERATURE SEARCH FRAMEWORK FOR LEAD ............................................... B-1
APPENDIX C.  INGESTION OF LEAD DEBRIS ............................................................................. C-1
APPENDIX D.  QUICK REFERENCE FOR HEALTH CARE PROVIDERS ..................................... D-1
APPENDIX E.  GLOSSARY ......................................................................................................... E-1
APPENDIX F.  ACRONYMS, ABBREVIATIONS, AND SYMBOLS ................................................ F-1

LEAD

# LIST OF FIGURES

2-1.  Overview of the Number of Studies Examining Associations Between PbB and Health Effects ...... 17

2-2.  Change in the Systolic Pressure Associated with a Doubling of the Blood Lead Concentration (PbB) ............................................................................................................. 46

2-3.  Change in the Diastolic Pressure Associated with a Doubling of the Blood Lead Concentration (PbB) ............................................................................................................. 47

2-4.  Pb Interactions in the Heme Synthesis Pathway ................................................................ 86

2-5.  Multiorgan Impact of Reduction of Heme Body Pool by Lead ........................................ 87

2-6.  Immunological Pathways by which Pb Exposure Potentially may Increase Risk of Immune-Related Diseases ................................................................................................... 132

2-7.  Relationship Between Blood Lead Concentration (PbB) and Birth Weight at PbB ≤10 µg/dL ....... 231

3-1.  Compartments and Pathways of Lead (Pb) Exchange in the O'Flaherty Model ............................. 305

3-2.  Structure of the IEUBK Model for Lead (Pb) in Children .............................................. 309

3-3.  Compartments and Pathways of Lead (Pb) Exchange in the Leggett Model ................................... 313

3-4.  Blood Lead Concentrations (PbBs) in Children Predicted by the IEUBK, Leggett, and O'Flaherty Models and AALM ........................................................................................ 319

3-5.  Blood Lead Concentrations (PbBs) in Adults Predicted by the Leggett and O'Flaherty Models and AALM ......................................................................................................... 319

5-1.  Number of NPL Sites with Lead Contamination ............................................................... 355

5-2.  Number of NPL Sites with Lead Compound Contamination ............................................ 356

5-3.  Annual Maximum 3-Month Average Representing the National Trend .......................... 396

# LIST OF TABLES

2-1.  Summary of Epidemiological Studies Evaluating Death ................................................. 22

2-2.  Summary of Epidemiological Studies Evaluating Effects on Body Weight at Mean Blood Lead Concentrations (PbB) ≤10 µg/dL ................................................. 30

2-3.  Effects on Body Weight Associated with Mean Blood Lead Concentrations (PbBs) ≤10 µg ............ 33

2-4.  Overview of Respiratory Effects in Adults and Children Chronically Exposed to Lead (Pb) ........... 35

2-5.  Summary of Epidemiological Studies Evaluating Respiratory Effects at Mean Blood Lead Concentration (PbB) ≤10 µg/dL ................................................. 36

2-6.  Overview of Cardiovascular Effects in Adults and Children Associated with Chronic Exposure to Lead (Pb) ................................................. 41

2-7.  Characteristics of the Study Population in Meta-Analyses of Effects of Lead (Pb) on Blood Pressure ................................................. 43

2-8.  Summary of Epidemiological Studies Evaluating Effects on Blood Pressure at Mean Blood Lead Concentration (PbB) ≤10 µg/dL ................................................. 49

2-9.  Summary of Epidemiological Studies Evaluating Atherosclerosis at Mean Blood Lead Concentration (PbB) ≤10 µg/dL ................................................. 65

2-10.  Summary of Epidemiological Studies Evaluating Heart Disease at Mean Blood Lead Concentration (PbB) ≤10 µg/dL ................................................. 66

2-11.  Summary of Epidemiological Studies Evaluating Mortality due to Cardiovascular Disease at Mean Blood Lead Concentrations (PbB) ≤10 µg/dL ................................................. 70

2-12.  Associations Between Bone Pb and Blood Pressure Outcomes ................................................. 71

2-13.  Associations Between Bone Pb and Cardiac Function, Disease, and Mortality ................................................. 73

2-14.  Summary of Studies Evaluating Gastrointestinal Symptoms Associated with Chronic Exposure to Lead (Pb) ................................................. 76

2-15.  Overview of Hematological Effects Associated with Chronic Exposure to Lead (Pb) ................. 79

2-16.  Summary of Epidemiological Studies Evaluating Hematological Effects at Mean Blood Lead Concentration (PbB) ≤10 µg/dL ................................................. 82

2-17.  Overview of Musculoskeletal Effects Associated with Chronic Exposure to Lead (Pb) ............... 89

2-18.  Summary of Epidemiological Studies Evaluating Musculoskeletal Effects at Mean Blood Lead Concentration (PbB) ≤10 µg/dL ................................................. 91

2-19.  Summary of Epidemiological Studies Evaluating Hepatic Effects Associated with Blood Lead Concentration (PbB) ................................................. 98

2-20.  Effects on Liver Function Tests Associated with Chronic Exposure to Lead (Pb) ....................... 101

2-21.  Overview of Renal Effect Associated with Chronic Exposure to Lead (Pb)................................... 104

2-22.  Summary of Epidemiological Studies Evaluating Renal Effects at Mean Blood Lead Concentration (PbB) ≤10 μg/dL ............................................................................................. 106

2-23.  Associations Between Bone Pb and Renal Function ..................................................... 115

2-24.  Overview of Endocrine Effects Associated with Chronic Exposure to Lead (Pb) ........................ 119

2-25.  Effects on Thyroid Hormones Associated with Blood Lead Concentration (PbB) ........................ 119

2-26.  Overview of Immunological Effects Associated with Chronic Exposure to Lead (Pb) ................. 123

2-27.  Summary of Epidemiological Studies Evaluating Immunological Effects at Mean Blood Lead Concentration (PbB) ≤10 μg/dL ............................................................................. 127

2-28.  Overview of Neurological Effects in Children Associated with Chronic Exposure to Lead (Pb) ...................................................................................................................... 136

2-29.  Overview of Neurological Effects in Adults Associated with Chronic Exposure to Lead (Pb) ...................................................................................................................... 138

2-30.  Summary of Epidemiological Studies Evaluating Neurological Effects in Children at Mean Blood Lead Concentration (PbB) ≤10 μg/dL .......................................................... 141

2-31.  Associations Between Bone Pb and Neurological Outcomes in Children ..................... 175

2-32.  Summary of Epidemiology Studies Evaluating Neurodevelopmental Effects in Adults at Mean Blood Lead Concentration (PbB) ≤10 μg/dL ................................................. 177

2-33.  Associations Between Bone Pb and Neurological Outcomes in Adults.......................... 191

2-34.  Overview of Effects on the Male Reproductive System Associated with Chronic Exposure to Lead (Pb) ................................................................................................... 203

2-35.  Effects on Reproductive Hormones Associated with Chronic Exposure to Lead (Pb) in Males ...................................................................................................................... 204

2-36.  Summary of Epidemiological Studies Evaluating Effects on the Male Reproductive System at Mean Blood Lead Concentration (PbB) ≤10 μg/dL ........................................ 206

2-37.  Overview of Effects on the Female Reproductive System and Pregnancy Outcomes Associated with Chronic Exposure to Lead (Pb)............................................................ 211

2-38.  Summary of Epidemiological Studies Evaluating Effects on the Female Reproductive System at Mean Blood Lead Concentration (PbB) ≤10 μg/dL........................................ 212

2-39.  Overview of Developmental Effects Associated with Chronic Exposure to Lead (Pb) ................. 220

2-40.  Effects on Birth Outcomes at Blood Lead Concentration (PbB) ≤10 μg/dL................................. 221

2-41.  Summary of Epidemiological Studies Evaluating Birth Outcomes Effects of Mean Blood Lead Concentration (PbB) ≤10 μg/dL ........................................................................ 223

APPX ATT_V6_2327

2-42. Overview of Decreased Anthropometric Measures in Children at Blood Lead Concentration (PbB) ≤10 µg/dL ....................................................................... 233

2-43. Summary of Epidemiological Studies Evaluating Anthropometric Measurements in Infants and Children with Mean Blood Lead Concentration (PbB) ≤10 µg/dL .......................................... 235

2-44. Summary of Epidemiological Studies Evaluating the Onset of Puberty at Children with Mean Blood Lead Concentration (PbB) ≤10 µg/dL ....................................................... 242

2-45. Associations Between Maternal Bone Pb and Birth Outcome and Postnatal Growth .................. 246

2-46. Summary of Epidemiological Studies Evaluating Cancer Endpoints and Blood Lead Concentration (PbB) ....................................................................................................... 250

2-47. Overview of Epidemiology Studies Evaluating Genotoxicity Associated with Chronic Exposure to Lead (Pb) .................................................................................................... 258

2-48. Results of Genotoxicity Studies at Blood Lead Concentration (PbB) ≤10 µg/dL ....................... 260

2-49. Effects of Lead (Pb) on Function of Various Proteins ......................................................... 266

3-1. Ranking of Relative Bioavailability of Lead (Pb) Mineral Phases in Soil ..................................... 286

3-2. Comparison of Slope Factors in Selected Slope Factor Models ............................................... 320

3-3. Influence of Other Metals and Metalloids on Lead (Pb) Toxicity ............................................ 338

3-4. Recommended Actions Based on Child Blood Lead Level (PbB) ............................................... 341

3-5. Recommended Actions for Workers Based on Blood Lead Level (PbB) ...................................... 342

4-1. Chemical Identity of Lead and Compounds ....................................................................... 345

4-2. Physical and Chemical Properties of Lead and Compounds .................................................... 350

5-1. U.S. Manufacturers of Lead Metal and Selected Lead Compounds .......................................... 359

5-2. U.S. Lead Production 2015–2018 ................................................................................... 362

5-3. Facilities that Produce, Process, or Use Lead .................................................................... 362

5-4. Facilities that Produce, Process, or Use Lead Compounds .................................................... 364

5-5. Current and Former Uses of Selected Lead Compounds ....................................................... 368

5-6. Releases to the Environment from Facilities that Produce, Process, or Use Lead ....................... 372

5-7. Releases to the Environment from Facilities that Produce, Process, or Use Lead Compounds ....... 374

5-8. Historic Levels of Lead Emissions to the Atmosphere in the United States (in Thousand Metric Tons) ............................................................................................................... 376

5-9. U.S. Surface Water Discharges of Lead and Lead Compounds (Pounds/Year) ............................ 378

5-10. Canada Surface Water Discharges of Lead and Lead Compounds (Tonnes) ................................. 379

5-11. Lowest Limit of Detection Based on Standards .......................................................................... 394

5-12. Lead Levels in Water, Soil, and Air of National Priorities List (NPL) Sites ................................. 395

5-13. Summary Data for Lead Monitors Across the United States, 2008–2010 ($\mu g/m^3$) ...................... 396

5-14. Percentile Distribution of Mean Lead (TSP) Concentrations ($\mu g/m^3$) Measured in Ambient Air at Locations Across the United States ................................................................... 397

5-15. Lead Levels in Foods Commonly Eaten by Toddlers and Infants .................................................. 404

5-16. Selected Mean Lead Concentrations in Food from the FDA Total Diet Study ............................. 405

5-17. Estimated Median and Maximum Lead Exposures ....................................................................... 407

5-18. Lead Content in Ayurvedic Medications and Other Health Remedies.......................................... 408

5-19. Lowest Limit of Detection Based on Standards .......................................................................... 411

5-20. Geometric Mean Blood Lead Levels ($\mu g/dL$) and the 95th Percentile Confidence Interval, by Race/Ethnicity, Sex, and Age for the Years for 2011–2016...................................................... 415

5-21. Geometric Mean Urine Lead Levels ($\mu g/dL$) and the 95th Percentile Confidence Interval, by Race/Ethnicity, Sex, and Age ................................................................................................ 416

5-22. Industries by Sector with Most Workers having Blood Lead Concentrations (PbBs) ≥25 $\mu g/dL$, 2010–2016 ..................................................................................................... 417

5-23. Number and Rate per 100,000 Children Aged <5 Years with Blood Lead Levels 5–9 $\mu g/dL$ in the Childhood Blood Lead Surveillance System, United States, 2010–2014............................ 418

5-24. Geometric Mean Urine Lead Levels ($\mu g/dL$) and the 95th Percentile Confidence Interval by Smoking Status ....................................................................................................................... 420

5-25. Measurements of Lead in Indoor Dust in the United States from 2006 to 2011 ......................... 424

6-1. Ongoing Studies on Lead (Pb).................................................................................................... 435

7-1. Regulations and Guidelines Applicable to Lead (Pb).................................................................. 437

APPX ATT_V6_2329

LEAD

# CHAPTER 1.  RELEVANCE TO PUBLIC HEALTH

## 1.1    OVERVIEW AND U.S. EXPOSURES

Lead (Pb) is an element that is found in concentrated and easily accessible Pb ore deposits that are widely distributed throughout the world.  A major source of Pb in the U.S. environment has historically been anthropogenic emissions to the atmosphere from combustion of leaded gasoline, which was phased out of use after 1973 and then banned in 1995 (with the exception of fuels for piston-driven aircraft) (EPA 1996a).  Pb continued to be used as an anti-knock agent in National Association for Stock Car Auto Racing (NASCAR) fuels until it was phased out beginning in 2008.  Deteriorating Pb-based paints from weathered surfaces (which produce highly concentrated Pb debris and dusts) in older housing stock (pre-1978) continues to be a source of childhood Pb poisoning in the United States (CDC 1991, 2012d). The combination of corrosive water and Pb pipes or Pb-soldered joints in either the distribution system or individual houses can create localized zones of high Pb water concentrations (EPA 1989b, 2007a; Hanna-Attisha et al. 2016).  Other anthropogenic sources of Pb have included mining and smelting of ore; manufacture of and use of Pb-containing products (e.g., Pb-based paints, pigments, and glazes; electrical shielding; plumbing; storage batteries; solder; and welding fluxes); manufacture and application of Pb-containing pesticides; combustion of coal and oil; and waste incineration.

Pb does not degrade in the environment, although it can exist in various chemical forms (see Section 5.4 for a more detailed discussion of the environmental fate of Pb).  Particulate matter containing Pb can be transported through air, water, and soil.  In general, atmospheric deposition is the largest source of Pb found in soils not impacted by other local non-air sources (e.g., dust from deteriorating leaded paint).  Pb is transferred continuously between air, water, and soil by natural chemical and physical processes such as weathering, runoff, precipitation, dry deposition of dust, and stream/river flow; however, soil and sediments appear to be important sinks for Pb.  Pb adsorbs strongly to most soils, which limits the rate of leaching.  Soil acidity (pH) and composition are the most important factors affecting solubility, mobility, and phytoavailability of Pb in soil.  Other conditions that increase Pb mobility in soil are reducing conditions and high chloride content.

The general population may be exposed to Pb in ambient air, foods, drinking water, soil, and dust.  Pb has also been found in a variety of other consumer products including storage batteries, solders, pottery glazes, leaded crystal glassware, cosmetics, hair dyes, jewelry, gun shot and ammunition, relic fishing sinkers, tire weights, and imported children's toys, traditional or folk remedies, and candy/food

packaging.  For adults, exposure to levels of Pb beyond background is usually associated with occupational exposures.  For children, exposure to high levels of Pb is associated with living in areas contaminated by Pb (e.g., soil or indoor dust in older homes with Pb-based paint).  The primary source of Pb exposure to children is from surface dusts (on the ground or entrained) that contain Pb from a variety of sources including deteriorated Pb-based paint (CDC 2009; Lanphear et al. 1998a; Succop et al. 1998).  Environmental Pb is particularly accessible to children because of their more intensive hand-to-mouth activity and the proximity of the child breathing zone to Pb entrained from surface dusts.  Because Pb is transported from soil very slowly, historic sources of deposition of Pb to soil continue to contribute to current exposures (Laidlaw and Filipelli 2008; Laidlaw et al. 2012).  Based on a multimedia Pb exposure modeling analysis for children 1–5 years old at upper percentiles of blood Pb (PbB) levels in the U.S. population, soil and dust ingestion are dominant exposure pathways, but for lower percentiles, other age groups (e.g., younger children), or specific local U.S. locations, the main other exposure sources/ pathways could be important, such as drinking water and food (Zartarian et al. 2017).

PbB has been used as a biomarker of Pb exposure, and periodic surveys of PbB of the U.S. population are conducted by the Centers for Disease Control and Prevention (CDC).  Based on data from the National Health and Nutrition Examination Survey (NHANES) (2015–2016, CDC 2018a, 2019), the geometric mean PbB in a representative sample of U.S. adults, ≥20 years old, was 0.920 µg/dL (95% confidence interval [CI] 0.862, 0.982).  The geometric mean blood PbB of a representative sample of U.S. children, 1–5 years old, was 0.758 µg/dL (95% CI 0.675, 0.850).  PbBs in the U.S. have decreased considerably in the last several decades as a result of removal of Pb from gasoline and restrictions placed on the use of Pb in residential paints (Brody et al. 1994; CDC 2011, 2018a; Pirkle et al. 1994, 1998; Schwartz and Pitcher 1989).

Seasonal variations in blood lead concentration (PbB) levels in children have been observed, with a general trend of increasing PbB during late summer and early fall (Gulson et al. 2008; Johnson and Bretsch 2002; Laidlaw et al. 2005).  Seasonal patterns in behavior (e.g., outdoor activities) and weather that promotes re-entrainment and transport of dust Pb (humidity and wind velocity) may contribute to the observed seasonal patterns in PbB (Laidlaw et al. 2005, 2012) and provide additional evidence for surface dusts being a major contributor to child Pb exposure and PbB.

## 1.2    SUMMARY OF HEALTH EFFECTS

The toxicity of Pb to humans has been known for over 2,000 years, and is not disputed.  Early epidemiological studies focused on overt toxicity associated with high occupational exposures.  However, during the past few decades, there has been a growing awareness that low-level environmental exposure resulting in PbB <10 µg/dL is associated with adverse effects, particularly in children.  PbB levels associated with adverse effects vary by endpoint.  Adverse effects occur at PbB <5 µg/dL and for the most studied endpoints (neurological, renal, cardiovascular, hematological, immunological, reproductive, and developmental), effects occur at the lowest PbBs studied (≤5 µg/dL).  CDC (2018b) states that "no safe blood lead level in children has been identified."  As a result, U.S. public health policy has changed to focus on eliminating lead poisoning as a public health problem.  CDC considers PbB to be elevated in children when it exceeds a reference value defined as the 97.5th percentile for the U.S. population.  The current CDC reference value, based on data from the NHANES 2007–2008 and 2009–2010, is 5 µg/dL.  Therefore, the primary objective of current research is on health effects associated with PbB ≤5 µg/dL.

The literature evaluating the health effects of Pb is enormous, and includes an extensive database in humans, including children and infants.  Information on health effects reviewed below is taken from epidemiological studies that identify the major lines of evidence regarding health effects in humans.  Although the literature on adverse effects of Pb in laboratory animals also is extensive, due to the large number of available epidemiological studies, results of animal studies were not considered for the identification of health effects associated with Pb.  This potentially leaves out discussion of effects that may have been observed in animal models that have not been studied in humans and that may be future targets of human epidemiology and clinical toxicology studies.  Animal studies were included in discussion of mechanisms of toxicity of Pb and toxicokinetics.

To quantify exposure, epidemiological studies on the toxicity of Pb rely on internal exposure metrics, rather than measurements of external exposures (e.g., concentration of Pb in water or air) or ingested dose.  The most common internal dose metric for Pb is the concentration of Pb in blood (PbB, typically expressed in terms of µg/dL).  Blood Pb concentration reflects both ongoing exposure and Pb stores in bone, which can be transferred to blood.  Because of the relatively rapid elimination of Pb from blood compared to bone, blood Pb will reflect mainly the exposure history of the previous few months and not necessarily the larger burden of Pb in bone (see Section 3.1).  As a result, a single PbB measurement may not be a reliable metric for Pb body burden or cumulative exposure.  Longitudinal measurements of PbB can be used to construct a cumulative blood Pb index (CBLI), which may be a better reflection of

exposure history; however, the CBLI will not capture shorter-term variation in exposure that may occur between measurements. Direct, noninvasive measurements of bone Pb concentrations have been used as a metric of long-term exposure on the basis that most of the absorbed Pb retained in the body will reside in bone (see Section 3.1). The health effects of Pb are the same, regardless of the route of exposure (e.g., inhalation or ingestion). Given that exposure is quantified by internal exposure metrics (e.g., PbB, bone Pb), epidemiological studies do not attempt to define the route of exposure. Environmental exposure to Pb occurs continuously over a lifetime and Pb is retained in the body for decades. Because internal dose metrics cannot define the complete history of exposure, the exposure duration and timing that correlates most strongly with the observed health effect are typically unknown or highly uncertain.

Toxic effects of Pb have been observed in every organ system that has been rigorously studied. Clinical significance of some of the organ system effects at low levels of exposure and blood Pb is more substantial than for others (e.g., neurological, renal, cardiovascular, hematological, immunological, reproductive, and developmental effects). This is not surprising because the mechanisms that induce toxicity are common to all cell types and because Pb is widely distributed throughout the body. Adverse health effects have been observed in these systems at PbB ≤10 μg/dL. Exposure thresholds for effects on specific organ systems have not been identified (i.e., no safe level has been identified). Cognitive deficits in children occurring at the lowest PbBs (≤5 μg/dL) are the best substantiated effects. However, data for some organ systems results are inconsistent, and insufficient data are available to provide information on dose-response relationships. It is also important to note that effects observed in adults, especially older adults, may be due to higher environmental or occupational exposures in the past; therefore, exposure history is an important consideration in epidemiological studies on the health effects of Pb.

The most extensively studied health outcomes, as described below, are neurological, renal, cardiovascular, hematological, immunological, reproductive, and developmental effects. Neurological effects of Pb are of greatest concern because effects are observed in infants and children and may result in life-long decrements in neurological function. Infants are born with a Pb burden derived from maternal transfer *in utero* and subsequently can continue to absorb maternal Pb from ingestion of breast milk. Children are also more vulnerable because of behaviors that increase ingestion of Pb surface dusts (e.g., hand-to-mouth activity) and because gastrointestinal absorption of ingested Pb is higher in children compared to adults, possibly due to a combination of physiological differences and differences in diet and nutrition. The following briefly summarizes health effects of chronic exposure to Pb observed in humans. More detailed information, including reference citations, is provided in Chapter 2.

**Neurological Effects in Children.**   Numerous prospective and large cross-section studies in children provide consistent evidence of decrements in neurological function, including decrements in cognitive function (learning and memory), altered behavior and mood (attention, hyperactivity, impulsivity, irritably, delinquency), and altered neuromotor and neurosensory function (visual-motor integration, dexterity, postural sway, changes in hearing and visual thresholds).  These effects have been associated with a PbB range from ≤5 to >50 µg/dL, with numerous studies providing evidence for effects at PbB ≤5 µg/dL.  Taken together, studies support the concept that Pb affects cognitive function in children prenatally and/or environmentally exposed to low levels of Pb.  No threshold for these effects has been identified (i.e., no safe level has been identified).  Decrements in cognitive function increase with PbB, and several PbB-effect models predict that larger decrements in cognitive function would occur when PbB increases from 1 to 10 µg/dL, compared to when PbB increases from levels >10 µg/dL.  Supra-linear dose-response relationships for neurological outcomes are discussed in greater detail in Section 2.16 (Neurological).  At higher PbB (>30 µg/dL), other neurotoxic effects have been observed, including alterations in nerve function (decrements in fine and gross motor skills, peripheral neuropathy) and encephalopathy.

**Neurological Effects in Adults.**   Epidemiological studies in adults demonstrate decrements in neurological function associated with PbB.  All of the cognitive and neurobehavioral effects of Pb observed in children also have been observed in adults associated with PbB ranging from ≤10 to >50 µg/dL, with evidence of effects occurring at PbB ≤5 µg/dL.  At higher PbB (>30 µg/dL), other observed neurotoxic effects include peripheral neuropathy, psychiatric symptoms (depression, panic disorders, anxiety, hostility, confusion, anger, and schizophrenia), and changes in regional brain volumes and neurochemistry.  It is not clear if cognitive decrements are related to exposures that occurred during adulthood or during periods of nervous system development (e.g., prenatal and childhood exposures) or if effects are due to cumulative exposure.  Results of a few studies that have followed children to early adulthood show an association between child PbB and behavioral and neuroanatomical changes in adults, suggesting a possible impact of exposures on childhood to adult outcomes.

**Renal Effects.**   Adverse renal effects of Pb are well-established in numerous epidemiological studies. Studies show consistent evidence of renal damage and reduced renal function associated with a wide range of PbB (≤10–50 µg/dL), with several studies providing evidence for effects at PbB ≤5 µg/dL. Deficits in renal function include enzymuria, proteinuria, impaired transport of organic anions and glucose, and depressed glomerular filtration rate (GFR).  At higher PbB (>30 µg/dL), Pb-induced nephrotoxicity is characterized by proximal tubular nephropathy, glomerular sclerosis, interstitial fibrosis,

APPX ATT_V6_2334

and tubular necrosis.  Note that Pb-induced decrements in renal function can lead to higher Pb body burden due to decreased excretion of Pb (i.e., reverse causality).  In addition, other causes of decreased renal function could result in an increased body burden of Pb.

**Cardiovascular Effects.**    A large number of epidemiological studies in adults show adverse cardiovascular effects associated with a PbB range from ≤5 to >50 µg/dL.  Effects on blood pressure is the most-studied cardiovascular outcome, with studies showing increased systolic and diastolic blood pressure, with some evidence of effects occurring at PbB ≤5 µg/dL.  A few studies show increased blood pressure in children and pregnant women.  Nawrot et al. (2002) estimated that with doubling of PbB (for example, from 5 to 10 µg/dL), systolic and diastolic blood pressure would increase by 1 and 0.6 millimeters of mercury, respectively.  Other cardiovascular effects include increased risk of hypertension and heart disease, atherosclerosis, altered cardiac conduction, cardiac disease, and increased mortality due to cardiovascular disease.  A recent study concluded that low-level environmental Pb exposure is an important risk factor for cardiovascular disease mortality (Lanphear et al. 2018).

**Hematological Effects.**    The toxicity of Pb to the hematological system of humans has been established in numerous studies in adults and children.  Exposure to Pb causes dose-dependent decreases in heme synthesis through inhibition of the enzyme delta-aminolevulinic acid dehydratase (δ-ALAD).  At PbB ≤10 µg/dL, decreased blood hemoglobin is observed; however, it should be noted that the magnitude of this decrease is typically small and may not represent a biologically significant change.  As PbB increases, further decreases in blood hemoglobin and loss of erythrocytes due to a Pb-induced increased membrane fragility results in the development of anemia (NAS 2013).  Other effects of Pb on the hematological system include decreased activity of other erythrocyte enzymes (pyrimidine 5'-nucleotidase or red blood cell membrane $Ca^{2+}/Mg^{2+}$ATPase) and altered levels of plasma erythropoietin (a hormone that stimulates red blood cell formation); however, fewer studies on these endpoints have been published and study results are mixed.

**Immunological Effects.**    Epidemiological studies provide evidence that Pb exposure can perturb the immune systems of children and adults.  Evidence for this derives from changes in various indicators of humoral and cell-mediated immunity in association with increasing PbB.  Effects have been observed in populations that had average PbB <10 µg/dL.  These effects are consistent with more extensive studies conducted in animal models and isolated immune cells that have shown that Pb can perturb the humoral and cell-mediated immune systems, leading to sensitization, autoimmunity, and inflammation (EPA 2014c; NAS 2013).

**Reproductive Effects in Males.**   Health effects of Pb on the male reproductive system have been evaluated in numerous epidemiological studies.  Effects include damage to sperm (decreased sperm count, concentration, motility, and viability, and increased immature sperm concentration and percentage of morphologically abnormal sperm), possible alterations in serum levels of reproductive hormones (testosterone, estradiol, luteinizing hormone [LH], and follicle-stimulating hormone [FSH]), decreased fertility, and histopathological changes to the testes.  Severity of these effects increases with PbB.  Studies conducted in populations with mean PbB ≤10 µg/dL provide evidence of damage to sperm, although effects are more consistently observed at PbB >10 µg/dL.  Regarding effects on serum levels of reproductive hormones, results of available studies for PbB ranging from ≤10 to >50 µg/dL are inconsistent; thus, Pb-induced effects on circulating reproductive hormones are not firmly established.  At higher PbB (>10 µg/dL), a few studies provide evidence of more severe effects, including decreased fertility and histopathological damage to testes.

**Reproductive Effects in Females.**   Compared to studies of male reproductive effects, the epidemiologic literature database for effects of Pb on the female reproductive system is smaller, with most epidemiological studies conducted in populations with mean PbB ≤10 µg/dL.  Studies provide some evidence of alterations in serum reproductive hormone levels (estradiol, LH, and FSH), decreased fertility, increased spontaneous abortion, increased preterm birth, and earlier age at onset of menopause.  However, results are inconsistent, with several studies reporting no association between PbB and female reproductive effects.

**Developmental Effects (Excluding Neurodevelopmental).**   Numerous epidemiological studies have evaluated developmental outcomes, with most studies conducted in populations with maternal and/or umbilical cord PbB ≤10 µg/dL.  Some studies provide evidence of decreased birth size (weight, length, head circumference), decreased child growth (weight, height, head circumference, trunk length, leg length, arm length, body mass index [BMI]), and delayed onset of puberty in males and females.  Although it is difficult to assess dose-dependence for developmental effects within the relatively narrow range of PbB (≤10 µg/dL) in most studies, dose-related decreases in birth weight have been observed in populations with PbB ≤10 µg/dL.  Although studies provide evidence of associations between PbB and developmental outcomes, results are inconsistent and several studies, including prospective studies, show no associations with non-neurodevelopmental outcomes.

**Other Health Effects Associated with Pb.**   In addition to the effects summarized above, health effects to other organ systems have been reported.  The epidemiological databases for these effects are much less extensive than for the effects reviewed above.  Effects described below occur over a wide range of PbBs, including PbB ≤10 µg/dL.  However, results for most endpoints are inconsistent and insufficient data are available to provide information on dose-response relationships.

- *Respiratory Effects.*  Associations have been observed between PbB and decreased lung function, increased bronchial hyperreactivity, symptoms of respiratory disease, and increased risk of respiratory diseases (e.g., asthma and obstructive lung disease).

- *Endocrine Effects (Excluding Reproductive Hormones).*  Studies in adults, adolescents, and children show effects on thyroid function, cortisol levels, vitamin D levels, and serum levels of growth factors.  Effects on thyroid function are the most studied effect, although results do not demonstrate a consistent pattern of effect.

- *Hepatic Effects.*  Most studies were conducted in workers with PbB >10 µg/dL.  Several studies show altered plasma levels of liver enzymes, although no consistent pattern of effects has been observed.  Liver enlargement and increased gall bladder wall thickness have been associated with PbB.

- *Musculoskeletal Effects.*  Studies provide evidence of bone loss, increased markers of bone metabolism/turn over, and adverse periodontal and dental effects (periodontal bone loss, tooth loss, periodontal disease, dental caries) in adults and children.

- *Gastrointestinal Effects.*  Gastrointestinal colic is a predominant clinical symptom of acute Pb poisoning.  Epidemiological studies provide evidence of gastrointestinal symptoms (abdominal colic/pain, nausea, vomiting, diarrhea, and/or constipation) associated with PbB ranging from 8 µg/dL to approximately 100 µg/dL.  However, most studies are survey or cross-sectional studies of small populations of workers.

- *Body Weight Effects.*  A few studies evaluating effects of PbB ≤10 µg/dL on body weight provide some evidence of decreased body weight in children and adults, although inconsistent results have been reported.

- *Ocular Effects (Excluding Neurological Effects).*  Limited data provide some evidence that exposure to Pb is associated with macular degeneration in adults and increased risk of cataracts.

**Cancer.**   Numerous epidemiological studies have evaluated associations between Pb exposure and cancer.  Although studies provide limited evidence of carcinogenicity of Pb in humans, results are inconsistent, with several negative studies, and interpretation of data may be limited due to confounding

factors (e.g., smoking status, family history of cancer, co-exposure to other carcinogens). At PbB ≤10 µg/dL, increased risks were reported for all cancers and lung cancer. At PbB >10 µg/dL, increased risks were observed for all cancer, respiratory tract cancer, stomach cancer, intestinal cancer, cancer of the larynx, and glioma.

The Department of Health and Human Services classified Pb and Pb compounds as reasonably anticipated to be human carcinogens (NTP 2016). In 1988, EPA classified Pb as a probable human carcinogen based on sufficient evidence in animals; evidence in humans was considered inadequate (IRIS 2004). The International Agency for Research on Cancer (IARC) has classified inorganic Pb compounds as probably carcinogenic to humans (Group 2A) based on sufficient evidence in animals and limited evidence in humans; evidence for organic Pb compounds was considered to be inadequate in humans and animals (IARC 2006).

## 1.3    MINIMAL RISK LEVELS (MRLs)

As reviewed in Section 1.2, epidemiological studies have evaluated the health effects of Pb in all organ systems. For the most studied endpoints (neurological, renal, cardiovascular, hematological, immunological, reproductive, and developmental), effects occur at the lowest PbBs studied (≤5 µg/dL). Because the lowest PbBs are associated with serious adverse effects (e.g., declining cognitive function in children), MRLs for Pb have not been derived.

LEAD 10

# CHAPTER 2. HEALTH EFFECTS

## 2.1 INTRODUCTION

The primary purpose of this chapter is to provide public health officials, physicians, toxicologists, and other interested individuals and groups with an overall perspective on the toxicology of lead (Pb). It contains descriptions and evaluations of epidemiological investigations and provides conclusions, where possible, on the relevance of toxicity and toxicokinetic data to public health.

A glossary and list of acronyms, abbreviations, and symbols can be found at the end of this profile.

To help public health professionals and others identify potential health effects in persons with elevated PbB, the information in this section is organized by health effect.

As discussed in Appendix B, a literature search was conducted to identify relevant studies examining health effect endpoints. Figure 2-1 provides an overview of the database of epidemiology studies included in this chapter of the profile.

Since development of the 2007 Toxicological Profile on Lead (ATSDR 2007), results of numerous epidemiological studies have prompted growing attention to the adverse health effects of Pb exposures that result in blood Pb concentrations (PbB) of <10 µg/dL (EPA 2014c). Awareness of the potential adverse consequences of such exposures has led to changes in U.S. public health policy, with a focus on eliminating lead poisoning as a public health problem (CDC 2012d; EPA 2016b). In 2012, CDC accepted their Advisory Committee on Childhood Lead Poisoning Prevention (ACCLPP) recommendation to establish a PbB reference value for Pb, replacing the 10 µg/dL level of concern. The reference value is based on the 97.5th percentile of the PbB distribution among children 1–5 years of age in the United States, using data generated by NHANES (CDC 2012d). At that time, the PbB reference was approximately 5 µg/dL (NHANES 2007–2010) (CDC 2018a). ACCLPP recommended that the reference value be updated every 4 years using the two most recent NHANES cycles and would be used in recommendations for follow-up evaluations and identification of high-risk childhood populations (CDC 2012d). It is likely that PbB values among children will continue to decline; therefore, the primary focus of this toxicological profile is on health effects associated with low Pb exposure (i.e., those observed at PbB ≤5 µg/dL). Detailed information on effects at PbB ≤10 µg/dL is also presented to examine potential

exposure-response relationships. Information on health effects observed at higher PbB levels
(>10 µg/dL) is also included to provide a comprehensive overview of the adverse effects of Pb.

***Literature Search Strategy.*** The literature on health effects of Pb in humans is enormous, with countless
epidemiological studies in workers and the general population, including children. Due to the extent of
the Pb database in humans, it is impossible to cite all, or even most, of the studies on health effects of Pb;
thus, this profile does not attempt to provide a comprehensive review of all literature; instead, the profile
summarizes the major lines of epidemiological evidence regarding health effects in humans. Although
the literature database on adverse effects of Pb in laboratory animals is also extensive, given the large
number of studies available in humans, animal studies are not included in this toxicological profile. For a
recent review of studies in animal models, the reader should consult the EPA's Integrated Science
Assessment for Lead (EPA 2014c).

The following were used as primary sources to identify literature on health effects of Pb:

- The previous Toxicological Profile for Lead (ATSDR 2007) was used to identify literature
  published through 2007.
- The EPA (2014c) Integrated Science Assessment for Lead was used to identify literature
  published from 2006 to 2013.
- Literature searches were conducted from 2013 to 2019 to identify studies published after EPA
  (2014c).

In addition, recent reviews by NTP (2012) and NAS (2013) were consulted. As anticipated, the literature
search revealed an extensive epidemiological database of literature published since 2013. To narrow the
evaluation to those studies of greatest utility identifying health effects of low exposures to Pb, a series of
inclusion criteria were defined; only studies meeting the criteria were considered for inclusion in the
toxicological profile. These criteria are described further in Appendix B. Data from selected studies were
tabulated and discussed in subsequent sections of this chapter.

***Duration of Exposure.*** Typically, toxicological profiles organize the discussion of health effects
according to exposure duration categories. However, this is not a particularly informative approach to the
discussion of Pb epidemiology. The epidemiologic study of Pb toxicity in human populations has relied
on internal dose metrics (e.g., PbB, bone Pb) for evaluating associations between health outcomes. These
metrics are considered to represent relatively recent exposure history, in the case of PbB, and longer-term

cumulative exposure, in the case of CBLI or bone Pb. However, neither metric offers a confident estimate of exposure duration or of changes in Pb exposure over time (including peak exposure periods that may have occurred in the past), and, in general, the complete exposure history is not known. Health outcomes associated with acute exposures is available from clinical case studies of Pb poisoning (see Section 2.2). However, even in these cases, the exposure duration that proceeded the identification of the case is rarely known with certainty.

***Routes of Exposure.*** For the general population, exposure to Pb occurs primarily via the oral route, with some contribution from the inhalation route, whereas inhalation exposures can be more important in occupational settings, depending on particle size. In addition, occupational exposure to organic Pb compounds may involve dermal absorption as a significant exposure route. This profile does not attempt to separate health effects by route of exposure. As noted previously, epidemiology studies have relied on internal dose metrics (e.g., PbB, bone Pb), which reflect Pb body burden (to varying degrees), irrespective of the route of exposure. The primary systemic toxic effects of Pb are the same regardless of the route of entry into the body,

***Exposure Metric.*** To quantify exposure in humans, data are expressed in terms of absorbed Pb, and not in terms of external exposure levels (e.g., concentration in water) or dose (e.g., mg/kg/day). The most common metric of absorbed dose for Pb is the concentration of lead in blood (PbB), although other measures of exposure (e.g., concentration of Pb in bone, hair, teeth, or urine) are used; however, measurements of Pb in urine, teeth, and hair are not as reliable as measurements in blood or bone. PbB mainly reflects exposure history of the previous few months and does not necessarily reflect the larger burden and much slower elimination kinetics of Pb in bone (see Section 3.1). Pb in bone is considered a biomarker of cumulative or long-term exposure because Pb accumulates in bone over the lifetime and most of the Pb body burden resides in bone. Most of the body burden of Pb (the total amount of Pb in the body) is distributed to the bone, with approximately 94 and 76% of the body burden found in bone in adults and children, respectively. The remainder is distributed to blood and soft tissues. However, the concentration of Pb in blood can vary considerably with age and physiology/lifestage (e.g., pregnancy, lactation, menopause). For this reason, measurement of Pb in bone has seen wider application in epidemiological studies of adults in which measures of cumulative lifetime exposures are of interest. However, bone Pb measurements require specialized radiologic equipment (e.g., K-shell x-ray fluorescence; XRF) and, as a result, are used less commonly than PbB in human epidemiology. Since most of the epidemiology has relied on PbB as the dose metric, this profile has focused on describing dose-response relationships based on PbB to facilitate comparisons across studies and endpoints. This

approach also aligns with public health practices, which rely on PbB for evaluating elevated exposures to Pb (CDC 2012d; EPA 2016b). However, it is recognized that some health outcomes may be correlated with cumulative exposure, in which case, bone Pb may be a better dose metric than PbB. For these outcomes, short-term variation in PbB may contribute to exposure classification error (i.e., the same PbB could be observed in individuals who have different bone Pb). The exposure history of the subjects may also be an important factor in determining associations observed between outcomes and blood or bone Pb. Some studies of historically exposed occupational populations (e.g., former workers) have found stronger associations between bone Pb and health outcomes than with PbB, while some studies of concurrently exposed populations have found stronger associations with PbB (Shih et al. 2007).

***Confounding Factors and Effect Modifiers.*** Bias can occur in epidemiological studies when the background risk of the outcome being measured is not the same in the exposed and reference groups. Confounders are variables that affect the measured outcome and are also associated with the Pb exposure metric (e.g., PbB, bone Pb). For example, Pb body burden increases with age; therefore, age can be a confounding factor if it is also a risk factor for the outcome (e.g., renal or cardiovascular disease). Not adjusting for confounders may attenuate or strengthen the apparent associations between Pb exposure and the outcome, depending on whether it is a negative or positive confounding variable. Effect modifiers are variables that affect the measured outcome independently of the Pb exposure metric. For example, renal disease from any cause can affect blood pressure and, thereby, could interact with Pb to change blood pressure. Effect modifiers can also be confounders, if they are associated with the Pb exposure metric (e.g., socio-economic status [SES] and cognitive development). Recall bias may also contribute to uncertainties and should be considered as a confounding factor. For example, interviews of parents are a standard method for estimating potential co-variables that might affect child development in prospective studies, as there are no alternatives for studies in children. Thus, inaccurate recall may potentially influence study outcomes. Failure to account for important effect modifiers can result in underestimation or overestimation of the apparent strength of the association, depending on the direction of the effect of the modifying variable. Confounding factors and effect modifiers are discussed in greater detail in sections that describe specific categories of health effects. Epidemiological studies provide information about the strengths of statistical associations between exposure metrics (e.g., blood Pb) and health outcomes. However, statistical associations do not necessarily reflect causal associations. Evidence for causal associations can include demonstration of exposure-response relationships, occurrence of the outcome or its precursors in controlled studies conducted in experimental models (*in vivo* and *in vitro*), and consistency of observed statistical associations with known modes of action of Pb.

2. HEALTH EFFECTS

***Overview of Health Effects of Pb.*** The health effects of Pb are diverse, and exposure to Pb is associated with toxicity to every organ system. This is not surprising because the mechanisms of action associated with Pb-induced toxicity, including perturbations of ion homeostasis and transport, protein binding, oxidative stress, and inflammation, are common to all cell types. In addition, Pb is widely distributed throughout the body, and has been measured in all tissues evaluated (see Section 3.1.2). For all organ systems, toxicity has been observed at PbB ≤10 µg/dL. Neurological effects of Pb are of greatest concern because effects are observed in infants and children; furthermore, these effects may result in life-long decrements in neurological function. Children are also more vulnerable because of behaviors that increase ingestion of Pb surface dusts (e.g., hand-to-mouth activity) and because gastrointestinal absorption of ingested Pb is higher in children compared to adults, possibly due to a combination of physiological differences and differences in diet and nutrition. The weight-of-evidence for all adverse health effects is strongly supported by studies in animal models and *in vitro* systems; see EPA (2014c) for a review of this literature.

Effects observed in association with PbB are briefly described below. Note that for some of the effects listed below, study results are not consistent, which limits interpretation of observations; this is reviewed in more detail in subsequent sections for each organ system in Chapter 2. The most extensive epidemiological databases examining Pb are for neurological, renal, cardiovascular, hematological, immunological, reproductive, and developmental effects.

- **Neurological Effects:**
  - **Children.** Decreased cognitive function; altered mood and behaviors that may contribute to learning deficits, altered neuromotor and neurosensory function, peripheral neuropathy, and encephalopathy.
  - **Adults.** Decreased cognitive function including attention, memory, and learning; altered neuromotor and neurosensory function; altered mood and behavior; and decreased peripheral nerve conduction velocity.

- **Renal Effects.** Decreased GFR, proteinuria, enzymuria, impaired tubular transport, and histopathological damage.

- **Cardiovascular Effects.** Increased systolic and diastolic blood pressure, increased risk of hypertension, atherosclerosis, altered cardiac conduction, increased risk of heart disease, and increased mortality due to cardiovascular disease.

**APPX ATT_V6_2343**

- **Hematological Effects.** Inhibition of δ-ALAD leading to decreased blood hemoglobin and anemia, decreased activity of other erythrocyte enzymes, and altered plasma erythropoietin (EPO) levels.

- **Immunological Effects.** Perturbation of humoral and cell-mediated immune systems, decreased resistance to disease, sensitization, autoimmunity, and inflammation.

- **Reproductive Effects:**
  - **Males.** Effects on sperm, alterations in semen quality, decreased fertility, histopathological damage to the testes, and possible altered serum concentrations of reproductive hormones.
  - **Females.** Possible alterations in serum concentrations of reproductive hormones, decreased fertility, spontaneous abortion, preterm birth, and earlier age at the onset of menopause.

- **Developmental Effects.** Decreased birth weight and size, decreased anthropometric measures in children, and delayed onset of puberty in males and females.

Other health outcomes associated with PbB include the following:

- **Respiratory Effects.** Decreased lung function, increased bronchial hyperreactivity, increased risk of asthma, and obstructive lung disease.

- **Hepatic Effects.** Possible increases in plasma liver enzymes and cholesterol, enlarged liver, and increased thickness of gall bladder wall.

- **Endocrine Effects.** Possible alterations in serum of thyroid hormones, altered cortisol responses, alteration in serum growth factors, and decreased serum vitamin D levels.

- **Gastrointestinal Effects.** Abdominal pain/colic, nausea, vomiting, and diarrhea and/or constipation.

- **Musculoskeletal Effects.** Bone loss, osteoporosis, dental caries, tooth loss, and periodontitis.

- **Ocular Effects.**  Possible macular degeneration and cataracts.

- **Cancer.**  Increased risk of cancer, including all cancers, cancer of the respiratory tract, intestinal tract, and larynx, and glioma.

**Many specific health effect endpoints have been evaluated in numerous studies.  To provide the reader with a weight-of-evidence for these endpoints, the profile indicates if results are consistent and corroborated in numerous studies or if results are inconsistent (or mixed).**

Figure 2-1 shows the numbers of epidemiological studies included in this chapter of the toxicological profile, based on health outcome studied.  The number of studies evaluating effects at PbB ≤10 µg/dL also is indicated.  The PbB ≤10 µg/dL was selected to evaluate effects at the lowest PbB (e.g., ≤5 µg/dL) and to evaluate potential exposure-response relationships for PbB ≤10 µg/dL.  As noted above, due to the enormous number of epidemiological studies published, the profile does not attempt to provide a comprehensive review of all literature.  Therefore, this figure should not be interpreted as depicting all epidemiological studies that have been published on Pb toxicity.

## Figure 2-1. Overview of the Number of Studies Examining Associations Between PbB and Health Effects[a]

**Most studies examined the potential cardiovascular, renal, and neurological effects of lead**

A subset of studies evaluating health effects for PbB ≤10 μg/dL compared to all PbB studies (counts represent studies examining endpoint)



[a]Includes studies discussed in Chapter 2. A total of 694 epidemiological studies (including those finding no effect) have examined toxicity; some studies examined multiple endpoints.

## 2.2   ACUTE LEAD TOXICITY

***Overview.***  No controlled studies in humans have evaluated the acute toxicity of Pb (acute Pb poisoning).
Available information is anecdotal, obtained from numerous case reports.  Thus, data are not sufficient to
establish a dose-response relationship for acute toxicity relative to PbB.  Acute Pb toxicity is
characterized by symptoms of abdominal pain/colic, vomiting, constipation, peripheral neuropathy, and
cerebral edema and encephalopathy, which can lead to seizures, coma, and death.  Children are more
susceptible than adults to acute Pb poisoning.  Additional information on toxicity of ingested Pb debris
(e.g., Pb shot) is provided in Appendix C.

Rather than reviewing numerous case reports, the information presented below was taken from the
following reviews: Beers et al. (1999); Chisolm (1977); Klaassen (2001); Landrigan (1995); NAS (1972);
Needleman (2004); and Skerfving and Bergdahl (2015).  Citations are only specifically noted below if
quantitative information is discussed.

***Confounding Factors, Effect Modifiers, and Uncertainties.***  There are several uncertainties from case
reports on acute toxicity of Pb.  Therefore, it is difficult to establish dose-response relationships for acute
toxicity relative to PbB.  Uncertainties include:

- Baseline PbB data are rarely available.
- There is a lack of quantitative data on the dose of Pb ingested.
- No information on the fractional absorption of ingested Pb.
- Time from ingestion of Pb to development of symptoms of acute Pb toxicity is often unknown.
- Time from ingestion of Pb to first clinical evaluation and PbB assessment is often unknown.
- Gastrointestinal symptoms and general malaise are typically the first symptoms of acute Pb
  toxicity to appear; these general symptoms are often attributed to other causes, leading to an
  initial misdiagnosis or delay in diagnosis.
- Data to develop PbB time-concentration curves are incomplete.
- Numerous factors may contribute to individual susceptibility to acute Pb exposure, including age,
  intercurrent illness, underlying developmental issues, dietary and nutritional status, concurrent
  medication use, and exposure to other chemicals.

***Clinical Presentation of Acute Pb Toxicity.***  The onset of acute toxicity is rapid, usually occurring within
1–5 days of exposure.  The main organ systems involved are the gastrointestinal, hematological, and

neurological systems.  Signs and symptoms increase in severity with increasing PbB, ranging from mild to severe.  Gastrointestinal effects include abdominal colic/pain, nausea, vomiting, diarrhea, and constipation.  Massive loss of gastrointestinal fluids can lead to dehydration.  Hematological effects include decreased hemoglobin synthesis, anemia, and acute hemolytic crisis characterized by anemia and hemoglobinuria.  Numerous neurological symptoms are associated with acute Pb toxicity, including headache, hyperirritability, decreased activity, paresthesia, muscle pain and weakness, ataxic gait, decreased consciousness, cerebral edema leading to seizures and coma, encephalopathy, and death.  Other reported symptoms include astringency of the mouth, metallic taste in the mouth, and thirst.

***Susceptibility of Children.***  Children are more susceptible than adults to Pb poisoning because the fractional absorption of ingested Pb is higher than in adults and the developing central nervous system is more vulnerable to toxicity compared to a fully developed nervous system (Needleman 2004).  In addition to being more sensitive than adults, acute toxicity in children may have long-lasting effects.  For example, children who recover from acute encephalopathy can have long-term decreases in cognitive abilities, attention deficits, and impaired behavior.  Children are also susceptible due to increased exposure.

***Dose-Response Relationship for Acute Toxicity Relative to PbB.***  As noted above, data from case reports are not sufficient to establish a dose-response relationship for acute toxicity relative to PbB.  Some general observations can be made from available reports; however, dose-response relationships are highly uncertain and may not apply to individuals acutely exposed to Pb.  At PbB <30 µg/dL, signs and symptoms of acute toxicity typically are not observed.  This should not be interpreted to mean that no Pb-induced adverse effects (e.g., decreased hemoglobin synthesis) occur at PbB <30 µg/dL, but that symptoms causing individuals to seek medical intervention (e.g., abdominal colic and vomiting) typically are not observed at PbB <30 µg/dL.  As PbBs increase to >30 µg/dL, signs and symptoms of gastrointestinal and neurological toxicity are observed, with severity increasing with PbB.  Pb-induced encephalopathy has been reported at PbB <100 µg/dL, but is more commonly associated with PbB >100 µg/dL (NAS 1972).  In a review of 96 cases of death due to acute Pb poisoning in children, death occurred at PbB >100 µg/dL (NAS 1972).

## 2.3   DEATH

***Overview.***  Numerous epidemiological studies have investigated associations between Pb exposure and death.  Studies include exposure of workers and general populations, and report a wide range of PbB levels.  In the general population, studies have shown significant associations between PbB and mortality

due to disease of blood and blood-forming organs. In occupationally exposed individuals, mortality due to infection, endocrine diseases, and digestive diseases were associated with PbB in male workers, but not female workers, while mortality due to respiratory disease was associated with PbB in a cohort of male workers. In addition, studies of the general population and Pb occupations show an association between PbB and cumulative "all-cause" mortality (including cancer). However, results are inconsistent and interpretation may be limited due to confounding factors. Studies assessing associations between PbB and mortality due to cardiovascular diseases and cancer are discussed in Sections 2.5 and 2.19, respectively, and are not reviewed here.

The following causes of death have been associated with PbB:

- ≤10 µg/dL:
  - Increased risk of death from all causes (including cancer and cardiovascular disease); evaluated in a few studies with generally consistent results.
- >10 µg/dL:
  - Increased risk of death from all causes (including cancer and cardiovascular disease); evaluated in several studies with positive associations in some studies.
  - Increased risk of death from chronic or unspecified nephritis or non-malignant kidney disease; evaluated in several studies with positive associations in some studies.
  - Increase risk of death from infection; demonstrated in one study.
  - Increased risk of death from endocrine disease; demonstrated in one study.
  - Increased risk of death from digestive disease; evaluated in several studies with positive associations in some studies.
  - Increased risk of death from diseases of the blood and blood forming organs; demonstrated in one study.
  - Increased risk of death from respiratory diseases (emphysema, pneumonia, and other respiratory diseases); evaluated in several studies with positive associations in some studies.

***Confounding Factors and Effect Modifiers.*** Numerous factors can influence results of epidemiological studies evaluating associations between Pb exposure and mortality, including age, sex, BMI, ethnicity, poverty level, education, alcohol consumption, smoking status, hypertension, diabetes, family history of diseases, activity level, total cholesterol, postmenopausal status, nutritional status, and co-exposure with other metals (i.e., arsenic or cadmium). Failure to account for these factors may attenuate or strengthen

the apparent associations between Pb exposure and the outcome, depending on the direction of the effect of the variable on the outcome.

***Measures of Exposure.*** Studies examining the association between Pb exposure and mortality evaluate exposure by measurement of PbB.

***Characterization of Effects.*** Numerous epidemiological studies have assessed associations between PbB and mortality. Studies of general populations and workers are briefly summarized in Table 2-1. In the general population, at PbB ≤10 µg/dL, a positive dose-response relationship was suggested for all-cause mortality and mortality due to coronary heart disease (Khalil 2009, 2010; Menke et al. 2006; Schober et al. 2006), although Weisskopf et al. (2009) did not show an increased risk for all-cause mortality. At >10 µg/dL, results of occupational exposure and general population studies are mixed and do not establish a pattern of effects or exposure-response relationships. In the general population, findings of the Lustberg and Silbergeld (2002) study suggested dose-response for PbB and all-cause mortality. In Pb workers, a dose-effect relationship was observed for all-cause mortality and mortality due to endocrine disease, infection, and digestive disease (Chowdhury et al. 2014; Kim et al. 2015), although Malcolm and Barnett (1982) did not observe a dose-effect relationship between Pb and all-cause mortality in Pb battery workers.

2. HEALTH EFFECTS

## Table 2-1. Summary of Epidemiological Studies Evaluating Death[a]

| Reference and study population | PbB (µg/dL) | Mortality outcome | Effects[b] |
|---|---|---|---|
| **PbB ≤10 µg/dL** | | | |
| **Cheung et al. 2013**<br><br>Cross-sectional study; n=3,482 (NHANES III) | Mean: 4.44 | All-cause mortality[c] | **OR: 1.045 (1.013 1.079)*** |
| **Khalil 2010; Khalil et al. 2009**<br><br>Prospective cohort study; n=533 women (age 65–87 years) | Quintiles<br>• Q1: <4<br>• Q2: 4<br>• Q3: 5<br>• Q4: 6–7<br>• Q5: >7 | All-cause mortality[c] | HR Q1 (reference)<br>HR Q2: 0.80 (0.45,1.42)<br>HR Q3: 0.70 (0.39, 1.24)<br>HR Q4: 0.60 (0.34, 1.06)<br>HR Q5: 1.20 (0.69, 2.09)<br>p-trend=0.905<br>**Spline for 5th knot: p=0.009***<br>Wald test: p=0.0843 |
| **Khalil et al. 2009**<br><br>Prospective cohort study; n=533 women (age 65–87 years) | Mean: 5.3<br><8 (n=453)<br>≥8 (n=79) | All-cause mortality[c]<br><br>All-cause mortality excluding deaths due to cancer and cardiovascular disease | **Adjusted HR ≥8 µg/dL: 1.59 (1.02, 2.49); p=0.041***<br><br>Adjusted HR ≥8 µg/dL: 1.22 (0.48, 3.10); p=0.673 |
| **Menke et al. 2006**<br><br>Longitudinal study; n=13,946 (NHANES 1988–1994; mean age 44.4 years) | Mean: 2.58<br>Tertiles:<br>• T1: <1.93<br>• T2: 1.94–3.62<br>• T3: ≥3.63 | All-cause mortality[c] | Adjusted HR<br>T1 (reference)<br>T2: 0.91 (0.72, 1.15)<br>**T3: 1.25 (1.04, 1.51)***<br>**p-trend=0.002*** |
| **Neuberger et al. 2009**<br><br>Retrospective cohort study; mortality data from Oklahoma State Department of Health; 1999–2001 | 5.8 | Tuberculosis<br><br>Bronchitis, emphysema, asthma<br><br>Kidney disease | SMR: 0.0 (0.0, 10.80)<br><br>SMR: 1.10 (0.863, 13.84)<br><br>SMR: 0.984 (0.573, 1.576) |
| **Schober et al. 2006**<br><br>Longitudinal study; n=9,757 (NHANES III; age ≥40 years) | Tertiles<br>• T1: <5; mean 2.6<br>• T2: 5–9; mean 6.3<br>• T3: >10, mean 11.8 | All-cause mortality[c] | **RR T2: 1.24 (1.05, 1.48)***<br>**RR T3: 1.59 (1.28, 1.98)*;**<br>**p-trend<0.001** |

APPX ATT_V6_2351

## Table 2-1. Summary of Epidemiological Studies Evaluating Death[a]

| Reference and study population | PbB (µg/dL) | Mortality outcome | Effects[b] |
|---|---|---|---|
| **Weisskopf et al. 2009**<br><br>Longitudinal study; n=868 men (Normative Aging Study; age 21–80 years) | Mean (SD): 5.6 (3.4)<br>Tertiles:<br>• T1: <4<br>• T2: 4–6<br>• T3: >6 | All-cause mortality[c] | Adjusted HR<br>• T1: 1 (reference)<br>• T2: 0.99 (0.71, 1.37)<br>• T3: 1.01 (0.71, 1.44)<br>• p-trend=0.92 |
| **PbB >10 µg/dL** | | | |
| **Barry and Steenland 2019**<br><br>Retrospective study; n=58,368 male workers (10-year follow-up of Chowdhury et al. 2014) | Q1: 0–<5<br>Q2: 5–<25<br>Q3: 25–<40<br>Q4: ≥40<br>T1: 0–<25<br>T2: 25–<40<br>T3: ≥40 | All-cause mortality[c]<br><br>Chronic obstructive pulmonary disease<br><br>Chronic renal disease<br><br>Cerebrovascular disease (stroke)<br><br>Ischemic heart disease | **HR Q4: 1.38 (1.24, 1.53)\***<br><br>HR Q4: 1.46 (0.94, 2.28)<br><br>HR T3: 1.81 (0.91, 3.57)<br><br>SMR Q4: 0.73 (0.58, 0.91)<br><br>SMR Q4: 0.70 (0.63, 0.77) |
| **Chowdhury et al. 2014**<br><br>Survey study; n=58,368 male workers (mean age 38.9 years) | Quartiles<br>• Q1: 0–<5<br>• Q2: 5–<25<br>• Q3: 25–<40<br>• Q4: ≥40 | All-cause mortality[c]<br><br>Chronic obstructive pulmonary disease<br><br>Chronic renal disease | **SMR Q4: 0.80 (0.75, 0.84)\***<br>SMR overall: 0.69 (0.66, 0.71)<br><br>SMR Q4: 0.86 (0.64, 1.12)<br>SMR overall: 0.65 (0.54, 0.78)<br><br>SMR Q4: 1.01 (0.58, 1.64)<br>SMR overall: 0.65 (0.44, 0.93) |
| **Cooper 1988; Cooper et al. 1985**<br><br>Cohort study; n=4,519 battery workers; 2,300 smelters | Mean<br>• Battery (n=1326): 62.7<br>• Smelters (n=537): 79.7 | Nonmalignant respiratory disease<br><br>Cirrhosis of the liver<br><br>Chronic or unspecified nephritis<br><br>Chronic nephritis | Battery PMR: 0.90 (0.74, 1.10)<br>Smelter PMR: 0.76 (0.53, 1.11)<br><br>Battery PMR:1.29 (0.96, 1.73)<br>Smelter PMR: 0.63 (0.35, 1.15)<br><br>**Battery PMR: 2.06 (1.26, 3.18)\*;**<br>**p<0.01**<br>Smelter PMR: 1.86 (0.80, 3.66)<br><br>Battery PMR: 1.48 (0.88, 2.49)<br>Smelter PMR: 1.20 (0.50, 2.86) |

APPX ATT_V6_2352

2. HEALTH EFFECTS

## Table 2-1. Summary of Epidemiological Studies Evaluating Death[a]

| Reference and study population | PbB (µg/dL) | Mortality outcome | Effects[b] |
|---|---|---|---|
| **Kim et al. 2015**<br><br>Cross-sectional study; n=81,067 inorganic Pb workers (54,788 males; 26,279 females; age 20–≤50 years) | Mean<br>• Males: 8.8<br>• Females 5.8<br>Tertiles:<br>• T1: <10<br>• T2: 10–20<br>• T3: >20 | All-cause mortality[c]<br><br><br><br><br>Non-malignant death<br><br>Infection<br><br><br>Endocrine disease<br><br><br>Respiratory disease<br><br>Digestive disease | **Males: RR T3: 1.36 (1.03, 1.79)\*;**<br>**p<0.05**<br>Females: RR T3: 1.30 (0.41, 4.16)<br><br>Males: RR T3: 0.95 (0.56, 1.51)<br>Females RR T3: 0.99 (0.13, 7.19)<br><br>**Males: RR T2: 3.73 (1.06, 13.06)\*;**<br>**p<0.05**<br>Females: not reported<br><br>**Males: RR T3: 4.25 (0.90, 20.04)\*;**<br>**p<0.1**<br>Females: not reported<br><br>Males: RR T2: 1.46 (0.28, 7.49)<br>Females: RR T2: 3.49 (0.31, 39.05)<br><br>**Males: RR T3: 3.23 (1.33, 7.86)\*;**<br>**p<0.05**<br>Females: RR T2: 3.66 (0.33, 40.70) |
| **Lundstrom et al. 1997**<br><br>Retrospective cohort study;<br>n=3,979 workers | Mean:<br>• In 1950: 62.2<br>• In 1987: 33.2 | All-cause mortality[c]<br><br>Respiratory disease<br><br>Digestive organs | Total cohort SMR: 0.9 (0.8, 1.0)<br><br>Total cohort SMR: 0.4 (0.2, 0.8)<br><br>Total cohort SMR: 0.6 (0.3, 1.1) |
| **Lustberg and Silbergeld 2002**<br><br>Longitudinal study; n=4,292; age 30–74 years (NHANES II) | Tertiles:<br>• T1 (n=818): <10<br>• T2 (n=2,735): 10–19<br>• T3 (n=637): 20–29 | All-cause mortality[c] | RR T2: 1.17 (0.90, 1.52)<br>**RR T3: 1.46 (1.14, 1.86)\*** |
| **Malcolm and Barnett 1982**<br><br>Retrospective cohort study; n=754 Pb battery workers | Group1 (non-occupational exposed): not reported<br>Group 2: (light occupational Pb exposure): mean 57<br>Group 3: (high occupational Pb exposure): not reported | All-cause mortality[c] | Group 3 SMR: 1.07; p=0.134 |

APPX ATT_V6_2353

2. HEALTH EFFECTS

## Table 2-1. Summary of Epidemiological Studies Evaluating Death[a]

| Reference and study population | PbB (µg/dL) | Mortality outcome | Effects[b] |
|---|---|---|---|
| **McDonald and Potter 1996** | Mean 113 | Diseases of the blood and blood forming organs | **SMR: 9.68 (1.95, 28.28)*** |
| Prospective cohort study; n=454 pediatric patients diagnosed with Pb poisoning, Massachusetts, 1923–1966, followed through 1991; age of diagnosis <1–9 years | | Nervous-system and sense-organ diseases | SMR: 2.86 (0.57, 8.35) |
| | | Respiratory diseases | SMR: 1.95 (0.78, 4.02) |
| | | Pneumonia | SMR: 2.10 (0.68, 4.90) |
| | | Digestive system diseases | SMR: 1.37 (0.44, 3.21) |
| | | Genitourinary system diseases | SMR: 1.69 (0.02, 9.43) |
| | | Chronic nephritis | SMR: 5.00 (0.06, 27.82) |
| | | All-cause mortality[c] | **SMR: 1.74 (1.40, 2.15)*** |
| **McElvenny et al. 2015** | Mean: 44.3 | All-cause mortality[c] | **Males: SMR 1.10 (1.06, 1.14)*** |
| | Range: 2.3–321.5 | | Females: SMR 1.00 (0.91, 1.09) |
| Cohort study; n=9,122 workers; mean age 29.2 years | | | **Total SMR: 1.09 (1.05, 1.12)*** |
| | | Respiratory system diseases | **Males: SMR: 1.17 (1.06,1.30)*** |
| | | | Females: SMR: 1.24 (0.98, 1.57) |
| | | | **Total SMR: 1.18 (1.08, 1.30)*** |
| | | Digestive system diseases | **Males: SMR: 1.22 (1.03, 1.45)*** |
| | | | Females: SMR: 0.84 (0.52, 1.35) |
| | | | Total SMR: 1.16 (0.99, 1.36) |
| | | Genitourinary diseases | Males: SMR: 1.02 (0.72,1.44) |
| | | | Females: SMR: 0.67 (0.28, 1.60) |
| | | | Total SMR: 0.95 (0.69, 1.31) |
| | | Non-malignant kidney disease | Males: SMR: 1.30 (0.76, 2.24) |
| | | | Total SMR: 1.29 (0.79, 2.11) |

**Table 2-1. Summary of Epidemiological Studies Evaluating Death[a]**

| Reference and study population | PbB (μg/dL) | Mortality outcome | Effects[b] |
|---|---|---|---|
| **Selevan et al. 1985**<br>Retrospective cohort study; n=1,987 male workers | Mean: 56.3 | All tuberculosis | SMR: 1.39 (0.69, 2.49) |
| | | Diseases of the central nervous system | SMR: 0.84 (0.61, 1.12) |
| | | Diseases of the respiratory system | SMR: 1.25 (0.92, 1.66) |
| | | Other respiratory diseases | **SMR: 1.87 (1.28, 2.64)*** |
| | | Diseases of the digestive system | SMR: 0.51 (0.26, 0.89) |
| | | Diseases of the genitourinary system | SMR: 0.93 (0.42, 1.77) |
| | | Chronic and unspecified nephritis and other renal sclerosis | SMR: 1.92 (0.88, 3.64) |
| | | All other | SMR: 0.88 (0.67, 1.14) |
| **Steenland et al. 1992**<br>Cohort study (same cohort as Selevan et al. 1985); n=1,990 male smelter workers | Mean: 56.3 | All-cause mortality[c] | **SMR: 1.07 (1.00, 1.14)*** |
| | | Non-malignant respiratory disease | **SMR: 1.44 (1.16, 1.77)*** |
| | | Emphysema | **SMR: 2.20 (1.45, 3.20)*** |
| | | Pneumonia and other respiratory disease | **SMR: 1.88 (1.34, 2.56)*** |
| | | Acute kidney disease | SMR: 0.91 (0.02, 5.07) |
| | | Chronic kidney disease | SMR: 1.26 (0.54, 2.49) |
| **Steenland et al. 2017**<br>Cohort study; n=88,187 Pb workers (United States n=58,313, United Kingdom n=9,122, Finland n=20,752) | Median: 26<br>Tertiles:<br>• T1: 20–<30<br>• T2: 30–<409<br>• T3: >40 | All-cause mortality[c] | **HR T1: 1.15 (1.10, 1.21)*** |
| | | Stroke | **HR T1: 1.24 (1.03, 1.50)*** |
| | | Ischemic heart disease | **HR T1: 1.14 (1.04, 1.26)*** |
| | | Chronic obstructive pulmonary disease | **HR T1: 1.43 (1.10, 1.86)*** |
| | | Chronic kidney disease | HR T3: 1.54 (0.77, 3.08) |

APPX ATT_V6_2355

## Table 2-1. Summary of Epidemiological Studies Evaluating Death[a]

| Reference and study population | PbB (µg/dL) | Mortality outcome[c] | Effects[b] |
|---|---|---|---|
| **Wong and Harris et al. 2000**<br><br>Cohort study; n=4,519 battery workers; 2,300 smelters (same cohort as Cooper et al. 1985) | Mean:<br>• All workers: 64.0<br>• Battery workers: 62.7<br>• Smelters: 79.7 | All-cause mortality[c] | **SMR: 1.045 (1.012, 1.08)[\*]; p<0.01** |

[a]Studies assessing death due to cardiovascular disease and cancer are discussed in Sections 2.5 and 2.19, respectively.
[b]Asterisk and **bold** indicate association with Pb; unless otherwise specified, values in parenthesis are 95% CIs; p-values <0.05 unless otherwise noted in the table.
[c]Includes cancer and/or cardiovascular deaths.

CI = confidence interval; HR = hazard ratio; NHANES = National Health and Nutrition Examination Survey; OR = odds ratio; Pb = lead; PbB = blood lead concentration; PMR = proportionate mortality ratio; RR = rate ratio or relative risk; SD = standard deviation; SMR = standard mortality ratio

## 2.4   BODY WEIGHT

***Overview.***  Compared to other health effect endpoints, there is little information on Pb exposure and body weight measures.  However, a few epidemiological studies have evaluated effects of Pb exposure on body weight in children, adolescents, and adults.  The studies reviewed below focused on effects at PbB ≤10 µg/dL.  Inverse associations have been observed between PbB and BMI, and decreased risks of being overweight or obese have been reported.  However, some studies did not observe associations and one study reported a positive association between PbB and the risk of obesity in women.

Note that studies evaluating the effects of exposure to Pb on birth weight are reviewed in Section 2.18 (Developmental).

The following effects on body weight have been associated with PbB ≤10 µg/dL:

- Decreased BMI and risk of being overweight or obese in children and adolescents; observed in a few studies.
- Decreased BMI and risk of being overweight or obese in adults; not corroborated.
- Increased risk of obesity in women; not corroborated.

***Measures of Exposure.***  Most studies evaluating effects of chronic Pb exposure on body weight evaluate exposure by measurement of PbB.  A few other studies examining associations between Pb exposure and body weight used Pb concentration in urine, bone, and/or dentin as biomarkers of exposure; however, these studies did not report PbB (Kim et al. 1995; Liu et al. 2019a; Padilla et al. 2010; Shao et al. 2017).

***Confounding Factors and Effect Modifiers.***  Numerous factors contribute to body weight (or BMI), including age, sex, race, nutrition, diet, daily activity level, intercurrent illness, genetic pre-disposition for body type, income level, education, and alcohol and tobacco use.  Failure to account for these factors may attenuate or strengthen the apparent associations between Pb exposure and the outcome, depending on the direction of the effect of the variable on the outcome.

***Effects at Blood Pb Levels ≤10 μg/dL.***  Results of studies evaluating effects of PbB ≤10 μg/dL on body weight are briefly summarized in Table 2-2 and an overview of results is provided in Table 2-3; study details are provided in the *Supporting Document for Epidemiological Studies for Lead*, Table 1.  Studies have been conducted in children and adolescents (Burns et al. 2017; Cassidy-Bushrow et al. 2016; Hauser et al. 2008; Scinicariello et al. 2013) and adults (Scinicariello et al. 2013; Wang et al. 2015).  The largest study evaluating associations between PbB and body weight is a study of children, adolescents, and adults participating in NHANES, 1999–2006; this study included adjustments for numerous confounding factors (see the *Supporting Document for Epidemiological Studies for Lead*, Table 1) (Scinicariello et al. 2013).  In children and adolescents (n=10,693), results show an inverse association between PbB and BMI-Z score and risk of being overweight or obese.  In a smaller study in children (n=131), inverse associations were observed between PbB and BMI and BMI-Z score (Cassidy-Bushrow et al. 2016).  Other studies in small populations of boys showed no associations between weight, BMI and/or BMI-Z score (Burns et al. 2017; Hauser et al. 2008).  Results of studies in adults are mixed.  The largest study in adults (n=15,899) shows inverse associations between PbB and BMI and risk of being overweight and obese, with a negative trend (p-trend: ≤0.01) over quartiles (Scinicariello et al. 2013).  No association was observed between PbB and BMI in a small study on women (n=107) (Ronco et al. 2010) or a larger study in men (n=2235) (Wang et al. 2015).  In contrast, the risk of being obese was increased in a large population (n=3323) of women (Wang et al. 2015).  Thus, except for the Wang et al. (2015) study, available studies show either no association or an inverse association between PbB ≤10 μg/dL and body weight and/or BMI.

***Mechanisms of Action.***  The mechanisms involved in the development of Pb-induced changes in body weight have not been established.  However, alterations of the hypothalamic-pituitary-adrenal axis, stress-induced elevations in glucocorticoid levels, oxidative stress, and altered lipid metabolism have been proposed (reviewed by Scinicariello et al. 2013; Shao et al. 2017; Wang et al. 2015).

**Table 2-2. Summary of Epidemiological Studies Evaluating Effects on Body Weight at Mean Blood Lead Concentrations (PbB) ≤10 μg/dL[a]**

| Reference and study population | PbB (μg/dL) | Outcome evaluated | Result[b] |
|---|---|---|---|
| **Burns et al. 2017** <br> Prospective cohort of 481 Russian boys enrolled at age 8–9 years and followed until age 18 years | Median 3.0 | HT-Z score <br><br> BMI-Z score | **Adjusted β (95% CI), HT-Z score per unit lnPbB: -0.26 (-0.40, -0.13); p<0.001*** <br><br> Adjusted β (95% CI), BMI-Z score per unit lnPbB: -0.14 (-0.31, 0.04); p=0.12 |
| **Cassidy-Bushrow et al. 2016** <br> Birth cohort of 131 children, 2–3 years of age | Mean (SD): 2.45 (2.53) | BMI <br><br> BMI-Z score | **Adjusted RR (95% CI) for BMI ≥85th percentile 0.57 (0.33, 0.98); p=0.041*** <br><br> **Adjusted β (95% CI) for BMI Z-score: -0.35 (-0.60, -0.10); p=0.012*** |
| **Hauser et al. 2008** <br> Cross-sectional study of 489 boys, 8–9 years of age | Mean: 3 | Weight <br><br> BMI | Adjusted β (95% CI), per unit log-PbB: -0.761 (-1.54, 0.02); p=0.067 <br><br> Adjusted β (95% CI), per unit log-PbB: -0.107 (-0.44, 0.23); p=0.53 |
| **Ronco 2010** <br> Cross-sectional study of 107 women of childbearing age (median age: 27 years) from Chile; data collection period not reported | Median <br> • All: 1.0 <br> • Low weight: 1.7 <br> • Normal weight: 2.3 <br> • Overweight: 1.0 | BMI | No differences in PbB were observed between BMI categories |

2. HEALTH EFFECTS

31

## Table 2-2. Summary of Epidemiological Studies Evaluating Effects on Body Weight at Mean Blood Lead Concentrations (PbB) ≤10 µg/dL[a]

| Reference and study population | PbB (µg/dL) | Outcome evaluated | Result[b] |
|---|---|---|---|
| **Scinicariello et al. 2013**<br><br>Cross-sectional study of children and adolescents (n=10,693; age 3–19 years) adults (n=15,899, age ≥20 years) using NHANES data (1999–2006) | Gmean (SE)<br>• Children/adolescents: 1.12 (0.02)<br>• Adults: 1.59 (0.02)<br>• Quartiles (all):<br>   ○ Q1: ≤0.70<br>   ○ Q2: 0.71–1.09<br>   ○ Q3: 1.10–1.60<br>   ○ Q4: ≥1.61 | BMI-Z score<br>(children and adolescents) | Adjusted β (SE) (BMI Z-score per PbB quartile):<br>• Q3: −0.15 (0.06); p=0.01*<br>• Q4: −0.33 (0.07); p ≤ 0.01*<br>• p-trend: ≤0.01* |
| | | Overweight<br>(children and adolescents) | Adjusted OR for Q4: 0.67 (0.52, 0.88)* |
| | | Obesity<br>(children and adolescents) | Adjusted OR<br>• Q3: 0.70 (0.54, 0.90)*<br>• Q4: 0.42 (0.30, 0.59)* |
| | | BMI (adults) | Adjusted β (SE) (BMI per quartile):<br>• Q2: −0.90 (0.20); p ≤ 0.01*<br>• Q3: −1.41 (0.22); p ≤0.01*<br>• Q4: −2.58 (0.25); p ≤0.01*<br>• p-trend: ≤0.01* |
| | | Overweight (adults) | Adjusted OR for Q4: 0.79 (0.65–0.95)* |
| | | Obesity (adults) | Adjusted OR<br>• Q2: 0.76 (0.66–0.87)*<br>• Q3: 0.66 (0.56–0.77)*<br>• Q4: 0.42 (0.35–0.50)* |

APPX ATT_V6_2360

**Table 2-2. Summary of Epidemiological Studies Evaluating Effects on Body Weight at Mean Blood Lead Concentrations (PbB) ≤10 µg/dL[a]**

| Reference and study population | PbB (µg/dL) | Outcome evaluated | Result[b] |
|---|---|---|---|
| **Wang et al. 2015**<br><br>Cross-sectional study of 5,558 adults (men: 2,235, ages 39–65 years; women: 3,323, ages 40–65 years) from 16 locations in China | **PbB:**<br>Men<br>• Median: 4.40<br>• Quartiles:<br>  ○ Q1: ≤29.00<br>  ○ Q2: 29.01–44.00<br>  ○ Q3: 44.01–62.16<br>  ○ Q4: ≥62.17<br><br>Women:<br>• Median: 3.78<br>• Quartiles:<br>  ○ Q1: ≤25.13<br>  ○ Q2: 25.14–37.79<br>  ○ Q3: 37.80–54.35<br>  ○ Q4: ≥54.36 | BMI<br><br><br><br><br><br><br>Overweight<br><br><br><br><br><br>Obesity | β (SE) per PbB quartile<br>• Men<br>  ○ Q4: 0.01 (0.20)<br>  ○ p-trend: 0.82<br>• **Women**<br>  ○ **Q4: 0.59 (0.17); p<0.05\***<br>  ○ **p-trend: <0.001\***<br><br>Adjusted OR<br>• Men<br>  ○ Q4: 0.95 (0.72, 1.26)<br>  ○ p-trend: 0.74<br>• Women<br>  ○ Q4: 1.16 (0.92, 1.46)<br>  ○ p-trend: 0.07<br><br>Adjusted OR<br>• Men<br>  ○ Q4: 0.88 (0.48, 1.61)<br>  ○ p-trend: 0.99<br>• **Women**<br>  ○ **Q4: 1.86 (1.16, 2.98)\***<br>  ○ **p-trend: <0.01\*** |

[a]See the *Supporting Document for Epidemiological Studies for Lead*, Table 1 for more detailed descriptions of studies.
[b]Asterisk and **bold** indicate association with Pb; unless otherwise specified, values in parenthesis are 95% CIs; p-values <0.05 unless otherwise noted in the table.

BMI = body mass index; BMI-Z = BMI z-scores; CI = confidence interval; Gmean = geometric mean; HT-Z = height z-scores; NHANES = National Health and Nutrition Examination Survey; OR = odds ratio; Pb = lead; RR = risk ratio; SD = standard deviation; SE = standard error

APPX ATT_V6_2361

**Table 2-3. Effects on Body Weight Associated with Mean Blood Lead Concentrations (PbBs) ≤10 µg[a]**

| Mean PbB (µg/dL) | Population (n)[b] | Weight | BMI | BMI-Z score | Overweight | Obese | Reference |
|---|---|---|---|---|---|---|---|
| 3.0 | C (481 boys) | – | – | 0 | – | – | Burns et al. 2017 |
| 2.45 | C (131) | – | ↓ | ↓ | – | – | Cassidy-Bushrow et al. 2016 |
| 3 | C (489 boys) | 0 | 0 | – | – | – | Hauser et al. 2008 |
| 1.0 | A (107 women) | – | 0 | – | – | – | Ronco et al. 2010 |
| 1.12 | C, Ad (10,693)[c] | – | – | ↓ | ↓ | ↓ | Scinicariello et al. 2013 |
| 1.59 | A (15,899)[c] | – | ↓ | – | ↓ | ↓ | Scinicariello et al. 2013 |
| 4.40 | A (2,235, men) | – | 0 | – | 0 | 0 | Wang et al. 2015 |
| 3.78 | A (3,323, women) | – | 0 | – | 0 | ↑ | Wang et al. 2015 |

[a]↑ = increased; ↓ = decreased; 0 = no change; – = not assessed.
[b]Unless otherwise specified, study was conducted in males and females.
[c]Participants from the National Health and Nutrition Examination Survey 1999–2006.

A = adults; Ad = adolescents; BMI = body mass index; BMI-Z = BMI z-scores; C = children

## 2.5   RESPIRATORY

***Overview.*** Few epidemiological studies have evaluated respiratory effects associated with exposure to Pb; those that are available include cross-sectional studies in adults and prospective and cross-sectional studies in children. Associations have been observed between PbB and decreased lung function, increased bronchial hyperreactivity, increased number and severity of symptoms of respiratory disease, and increased risk of respiratory diseases (e.g., asthma and obstructive lung disease). Although most studies found associations between respiratory effects and PbB, other studies did not observe associations.

The following respiratory effects have been associated with PbB:

- ≤10 µg/dL:
  - Decreased lung function; corroborated in a few studies, including studies in children.
  - Increased bronchial hyperreactivity.
  - Increased risk of asthma and obstructive lung disease; evaluated in a few studies with mixed results.

- >10 µg/dL:
  - Decreased lung function.
  - Symptoms of respiratory disease (e.g., shortness of breath).
  - Increased risk/prevalence of asthma; evaluated in a few studies with mixed results.

***Measures of Exposure.***  Studies evaluating the association between respiratory effects and Pb exposure evaluate exposure by measurement of PbB.

***Confounding Factors and Effect Modifiers.***  The etiology for most respiratory diseases is multifactorial; therefore, several factors may contribute to clinical findings.  Factors that may contribute to the development of respiratory diseases include poor housing conditions, exposure to allergens (e.g., pet dander, seasonal allergies), exposure to tobacco smoke and other respiratory irritants, and asthma compounded by obesity (Ali and Ulirk 2013).  In addition, Aligne et al. (2000) reported that children living in urban settings have an increased risk of asthma.  Failure to account for these factors may attenuate or strengthen the apparent associations between Pb exposure and the outcome, depending on the direction of the effect of the variable on the outcome.

***Characterization of Effects.***  General trends for studies showing a relationship between PbB and respiratory effects are shown in Table 2-4.  Compared to other toxicological endpoints (e.g., neurological or cardiovascular effects), few studies have evaluated adverse respiratory effects associated with PbB. Data are from cross-sectional studies in adults (Bagci et al. 2004; Bener et al. 2001; Chung et al. 2015; Min et al. 2008a; Pugh Smith and Nriagu 2011; Rokadia and Agarwal 2013), and prospective (Joseph et al. 2005; Rabinowitz et al. 1990) and cross-sectional (Wells et al. 2014) studies in children.  Over a range of PbBs that includes PbB ≤10 µg/dL and PbB >50 µg/dL, studies provide evidence for effects in Pb workers compared to controls or associations between PbB and decreased pulmonary function tests indicative of obstructive pulmonary disease (forced expiratory volume in 1 second [$FEV_1$], $FEV_1$/forced vital capacity [FVC] ratio, forced expiratory flow at 25–75% of FVC [$FEF_{25-75}$]), increased bronchial hyperreactivity (indicative of asthma), symptoms of respiratory disease (cough, shortness of breath), and increased risk of respiratory diseases (e.g., asthma and obstructive lung disease).  With the exception of a prospective study in children, which showed no increased risk of asthma at umbilical cord PbB ≥10 µg/dL compared to <10 µg/dL (Rabinowitz et al. 1990), studies showed positive associations between PbB and respiratory effects.

**Table 2-4.  Overview of Respiratory Effects in Adults and Children Chronically Exposed to Lead (Pb)**

| Mean blood lead concentration (PbB) (µg/dL) | Effects associated with Pb exposure | References |
|---|---|---|
| ≤10 | Decreased lung function | Chung et al. 2015; Leem et al. 2015; Little et al. 2017; Zeng et al. 2017 |
| | Increased bronchial responsiveness | Min et al. 2008a |
| | Lung disease (asthma and obstructive lung disease) | Joseph et al. 2005; Rokadia and Agarwal 2013; Wang et al. 2017a; Wells et al. 2014; Zeng et al. 2016 |
| >10–30 | Lung disease (asthma) | Pugh Smith and Nriagu 2011 |
| >30–50 | Decreased lung function | Bagci et al. 2004 |
| >50 | Symptoms of lung disease (phlegm) | Bener et al. 2001 |
| | Lung disease (asthma) | Bener et al. 2001 |

***Effect at Blood Pb Levels ≤10 µg/dL.***  Results of studies evaluating respiratory effects of PbB ≤10 µg/dL are summarized in Table 2-5, with study details provided in the *Supporting Document for Epidemiological Studies for Lead*, Table 2.  Studies show associations between PbB ≤10 µg/dL and decreased lung function, increased bronchial hyperreactivity, and increased risk of asthma; findings are consistent with obstructive lung disease.  In a cross-sectional study in adults from China with mean PbB of 2.50 µg/dL, an inverse association was observed for the $FEV_1/FVC$ ratio in a population; results are consistent with obstructive airway disease (Chung et al. 2015).  In a large pooled cross-sectional study, Korean adults showed a decrease in the $FEV_1/FVC$ ratio in the highest exposure quartile (Leem et al. 2015).  A small study in children with a mean PbBs of 5.53 µg/dL show inverse associations between PbB and pulmonary functions tests, including $FEV_1$ and FVC (Little et al. 2017).  Increased bronchial reactivity in response to methacholine challenge, consistent with a diagnosis of asthma, was observed in adults with mean PbB of 2.96 µg/dL (Min et al. 2008a).  In addition, risk of obstructive lung disease was observed in a large NHANES population of adults with a mean PbB of 1.73 µg/dL (Rokadia and Agarwal 2013).  Studies in children examining associations between PbB and risk of asthma do not provide consistent results.  A large prospective study showed an increased risk of asthma in black children with PbB <5 and ≥5 µg/dL compared to white children with PbB <5 µg/dL; however, no increased risk was observed for white children with PbB ≥5 µg/dL compared to white children with PbB <5 µg/dL (Joseph et al. 2005).  The underlying causes for the racial disparity of results have not been established.  However, the study authors noted the following as possible contributors: socio-economic factors; racial differences in IgE; differences in housing conditions and indoor Pb sources (e.g., Pb paint); and genetic variability in susceptibility to Pb toxicity (e.g., vitamin D receptor gene).  In cross-sectional studies, asthma risk was

Table 2-5. Summary of Epidemiological Studies Evaluating Respiratory Effects at Mean Blood Lead Concentration (PbB) ≤10 µg/dL [a]

| Reference and study population | PbB (µg/dL) | Outcome evaluated | Result[b] |
|---|---|---|---|
| **Decreased lung function** | | | |
| **Chung et al. 2015**<br><br>Cross-sectional study; n=870 adults | Mean: 2.50<br>Tertiles:<br>• T1: <2.03<br>• T2: 2.03–2.81<br>• T3: >2.81 | FVC%<br><br>FEV%<br><br>$FEV_1/FVC$ ratio | Correlation coefficient: 0.070<br><br>Correlation coefficient: 0.00<br><br>**Correlation coefficient: -0.115; p<0.01\***<br><br>**OR T3: 0.006 (0, 0.286)\***<br><br>**p-trend: 0.03\*** |
| **Leem et al. 2015**<br><br>Pooled cross-sectional study;<br>n=5,972 adults | Mean:<br>• Men: 2.92<br>• Women: 2.33<br>Quartiles (men and women)<br>• Q1: ≤1.85 (reference)<br>• Q2: 1.86–2.43<br>• Q3: 2.44–3.16<br>• Q4: ≥3.17 | $FEV_1/FVC$ ratio | **Difference (SE) between reference and Q4:**<br>**-0.6 (0.3); p=0,025\*** |
| **Little et al. 2017**<br><br>Cross-sectional study; n=184 boys and<br>189 girls (age ≥10–≤15.9 years) | Mean:<br>• Boys: 5.27<br>• Girls: 3.82 | FVC | Boys, β (SE), per log10 increase in PbB:<br>-5.11 (4.47); p=0.25<br><br>**Girls, β (SE), per log10 increase in PbB:**<br>**-12.90 (5.25); p=0.02\*** |
| **Zeng et al. 2017**<br><br>Cross-sectional study; n=200 children<br>(ages 5–7 years) | **PbB:**<br>Median<br>• Control: 3.57<br>• Exposed: 5.53 | $FEV_1$<br><br>FVC | Regression coefficient for exposed: -<br>0.02 (-0.100, 0.043)<br><br>Regression coefficient for exposed:<br>FVC: -0.015 (-0.093, 0.063) |
| **Increased bronchial responsiveness** | | | |
| **Min et al. 2008a**<br><br>Cross-sectional study; n=523 adults | Mean (SD): 2.96 (1.59) | BR | **A 1 µg/dL increase in PbB was associated**<br>**with a higher BR; β (SE): 0.018 (0.007)\*** |

APPX ATT_V6_2365

**Table 2-5. Summary of Epidemiological Studies Evaluating Respiratory Effects at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population | PbB (µg/dL) | Outcome evaluated | Result[b] |
|---|---|---|---|
| **Asthma** | | | |
| **Joseph et al. 2005**<br><br>Prospective study; n=4,634 children (ages 3 months to 3 years) | Mean<br>• White: 3.2<br>• Black: 5.5 | Asthma | All compared to PbB <5 µg/dL in white children<br>HR white (PbB ≥5): 2.3 (0.8, 6.7); p=0.12<br>HR black (PbB <5): 1.8 (1.3, 2.4); p<0.01*<br>HR black (PbB ≥5): 1.5 (1.2, 1.8); p<0.01*<br>HR black (PbB ≥10): 3.0 (1.2, 7.1); p=0.01* |
| **Rokadia and Agarwal 2013[c]**<br><br>Pooled cross-sectional study; n=9,575 adults (8,411 without OLD; 1,164 with OLD) | Mean<br>• Non-OLD: 1.18<br>• OLD: 1.73 | OLD | OR for all OLD: 1.94 (1.10, 3.42)*<br>OR for mild OLD: 1.21 (0.55, 2.65)<br>OR for moderate-severe OLD: 3.49 (1.70, 7.15)* |
| **Wang et al. 2017a**<br><br>Cross-sectional study; n=930 children (mean age: 5.74 years) | Gmean (GSD)<br>• All: 1.86 (1.21)<br>• Boys: 1.89 (1.22)<br>• Girls: 1.83 (1.20) | Asthma | OR (all participants), <5 versus ≥5 µg/dL: 5.50 (1.69, 17.94); p=0.005*<br>OR (boys), <5 versus ≥5 µg/dL: 6.40 (1.49, 27.42); p=0.012*<br>OR (girls), <5 versus ≥5 µg/dL: 4.73 (0.44, 50.60); p=0.199 |
| **Wells et al. 2014[c]**<br><br>Cross-sectional study: NHANES 2005–2006; n=1,430 children (ages 4–12 years) | Gmean: 1.07 | Asthma | OR for asthma with atopy: 0.97 (0.61, 1.55)<br>OR for asthma with no atopy: 1.07 (0.86, 1.33) |

APPX ATT_V6_2366

## Table 2-5. Summary of Epidemiological Studies Evaluating Respiratory Effects at Mean Blood Lead Concentration (PbB) ≤10 μg/dL[a]

| Reference and study population | PbB (μg/dL) | Outcome evaluated | Result[b] |
|---|---|---|---|
| Zeng et al. 2016<br><br>Cross-sectional study; n=470 children (ages 3–8 years) | Median<br>• Haojiang area: 4.75<br>• Guiyu area: 6.24 | Asthma | OR for asthma at PbB ≥5 μg/dL: 9.50 (1.16, 77.49); p<0.01* |

[a]See the *Supporting Document for Epidemiological Studies for Lead*, Table 2 for more detailed descriptions of studies.
[b]Asterisk and bold indicate association with Pb; unless otherwise specified, values in parenthesis are 95% CIs; p-values <0.05 unless otherwise noted in the table.
[c]Study population was from NHANES.

BR = bronchial responsiveness; CI = confidence interval; $FEV_1$ = forced expiratory volume in 1 second (L/s); $FEV_1$% = percent of predicted $FEV_1$; FVC = forced vital capacity (L); FVC% = percent of predicted FVC; Gmean = geometric mean; GSD = geometric standard deviation; HR = hazard ratio; NHANES = National Health and Nutrition Examination Survey; OLD = obstructive lung disease; OR = odds ratio; Pb = lead; SD = standard deviation; SE = standard error

APPX ATT_V6_2367

increased in Taiwanese children, with elevated risks in the total population and for boys, but not for girls (Wang et al. 2017a) and in Chinese children with PbB ≥5 µg/dL (Zeng et al. 2016). In contrast, a large cross-sectional study of children participating in NHANES did not observe an association between PbB (mean 1.07 µg/dL) and asthma, with or without atopy (Wells et al. 2014).

***Mechanisms of Action.*** General mechanisms of toxicity of Pb (reviewed in Section 2.21) are likely involved in the development of toxicity to the respiratory system. EPA (2014c) specifically noted that oxidative stress through reactive oxygen species (ROS), resulting in tissue damage and inflammation and immune effects, is a plausible mechanism for the underlying cause of respiratory damage. Increased ROS, along with depletion of antioxidants, results in inflammation and production and release of metabolites and cytokines. Immune-mediated inflammation is observed with asthma and bronchial hyperreactivity.

## 2.6    CARDIOVASCULAR

***Overview.*** A large number of epidemiological studies showing adverse effects on the cardiovascular system associated with Pb exposure have been published. Most studies evaluated effects in adults, although a few studies in children have been conducted. The effect of Pb exposure on blood pressure is the most studied cardiovascular outcome, with results providing consistent evidence of positive associations between Pb exposure and blood pressure. Other cardiovascular endpoints (atherosclerosis, cardiac conduction, cardiovascular disease, and mortality due to cardiovascular disease) also show positive and inverse associations with PbB, although the majority of studies had positive associations. In some cases, although no associations between PbB and cardiovascular outcomes were observed, associations were observed for bone Pb, a biomarker of cumulative Pb exposure that, among individuals with high historical Pb exposures, typically remains elevated for many years after the PbB declines to ≤10 µg/dL; these cases are noted in the discussions below.

The following cardiovascular effects have been associated with PbB:

- ≤10 µg/dL:
  - Greater systolic and diastolic blood pressure:
    - In adults; corroborated in multiple studies.
    - In children; evaluated in a few studies.
    - During pregnancy; evaluated in a few studies.

APPX ATT_V6_2368

- o Greater risk of hypertension:
  - ▪ In adults, including during pregnancy; evaluated in numerous studies.
  - o Greater risk of atherosclerosis; evaluated in a few studies.
  - o Altered cardiac conduction; evaluated in a few studies.
  - o Greater risk of mortality due to cardiovascular diseases; evaluated in a few studies with mixed results.
- >10 µg/dL:
  - o Increased systolic and diastolic blood pressure:
    - ▪ In adults; corroborated in multiple studies and meta-analyses.
    - ▪ In children; evaluated in a few studies.
  - o Increased risk of hypertension; corroborated in multiple studies.
  - o Atherosclerosis; evaluated in a few studies.
  - o Increased risk or prevalence of heart disease; evaluated in a few studies.
  - o Increased mortality due to cardiovascular diseases; corroborated in multiple studies.

***Measures of Exposure.***  PbB and bone Pb concentrations have been used as biomarkers to evaluate cardiovascular effects of Pb exposure.  However, PbB may not provide the ideal biomarker for long-term exposure to target tissues that contribute a hypertensive effect of Pb.  Because the development of cardiovascular effects has a long latency period, associations between PbB and cardiovascular disease at concurrent PbB ≤10 µg/dL may be related to higher past Pb exposures.  Bone Pb, a metric of cumulative or long-term exposure to Pb, appears to be a better predictor of Pb-induced elevations in blood pressure and alterations in cardiac conduction than PbB.

***Confounding Factors and Effect Modifiers.***  Numerous factors affect blood pressure, including age, body mass, race, smoking, alcohol consumption, ongoing or family history of cardiovascular/renal disease, LDL cholesterol levels, and various dietary factors (e.g., dietary calcium).  In addition, renal disease, as well as Pb-induced renal damage, can lead to cardiovascular effects, including increased blood pressure (EPA 2014c; NTP 2012); thus, interpretation of studies examining cardiovascular outcomes is complicated by the link between cardiovascular and renal function.  Failure to account for these factors may attenuate or strengthen the apparent associations between Pb exposure and the outcome, depending on the direction of the effect of the variable on the outcome (e.g., Møller and Kristensen 1992).  For example, adjusting for alcohol consumption will decrease the apparent association between PbB and blood pressure, if alcohol consumption contributes to Pb intake and, thereby, PbB (Bost et al. 1999; Hense et al. 1993; Hertz-Picciotto and Croft 1993; Wolf et al. 1995).  Varying approaches and breadth of

inclusion of these may account for the disparity of results that have been reported. Measurement error may also be an important factor. Blood pressure estimates based on multiple measurements or, preferably, 24-hour ambulatory measurements, are more reproducible than single measurements (Staessen et al. 2000). Ambulatory measurements also can decrease bias in estimates related to increases in blood pressure that can accompany clinic visits (Yang et al. 2018).

***Characterization of Effects.*** General trends between studies showing a relationship between PbB and cardiovascular effects are shown in Table 2-6. Over the PbB range of ≤10–>50 μg/dL, results of epidemiological studies provide evidence for increased blood pressure and hypertension, atherosclerosis (increased intimal medial thickening and peripheral artery disease), heart disease (myocardial infarction, ischemic heart disease, left ventricular hypertrophy, cardiac arrhythmias, and angina), and increased risk of mortality due to cardiovascular diseases. The effect of Pb exposure on blood pressure is the most studied cardiovascular outcome. A review by Navas-Acien et al. (2007) concluded that available literature provides evidence that "is sufficient to infer a causal relationship of Pb exposure and hypertension" and evidence that "is suggestive but not sufficient to infer a causal relationship of Pb exposure with clinical cardiovascular outcomes" (cardiovascular, coronary heart disease, and stroke mortality; and peripheral arterial disease). Well-controlled studies in laboratory animals provide additional support regarding effects of Pb on blood pressure; see EPA (2014c) for additional information.

**Table 2-6. Overview of Cardiovascular Effects in Adults and Children Associated with Chronic Exposure to Lead (Pb)**

| Mean blood lead concentration (PbB) (μg/dL) | Effects associated with Pb exposure | References |
|---|---|---|
| ≤10 | Increased blood pressure and hypertension | Almeida Lopes et al. 2017; Al-Saleh et al. 2005; Barry et al. 2019; Bost et al. 1999; Bushnik et al. 2014; Cheng et al. 2001; Chu et al. 1999; Den Hond et al. 2002; Disha et al. 2019; Elmarsafawy et al. 2006; Faramawi et al. 2015; Gambelunghe et al. 2016; Gerr et al. 2002; Glenn et al. 2003; Gump et al. 2005, 2011; Hense et al. 1993; Hu et al. 1996a; Korrick et al. 1999; Lee et al. 2016a, 2016b; Martin et al. 2006; Muntner et al. 2005; Nash et al. 2003; Obeng-Gyasi and Obeng-Gyasi 2018; Park et al. 2009b; Perlstein et al. 2007; Proctor et al. 1996; Rothenberg et al. 2002; Schwartz 1995; Scinicariello et al. 2010, 2011; Vupputuri et al. 2003; Wells et al. 2011; Yang et al. 2017, 2018; Yazbeck et al. 2009; Zhang et al. 2011; Zota et al. 2013 |

**Table 2-6. Overview of Cardiovascular Effects in Adults and Children Associated with Chronic Exposure to Lead (Pb)**

| Mean blood lead concentration (PbB) (µg/dL) | Effects associated with Pb exposure | References |
|---|---|---|
| | Atherosclerosis[a] | Ari et al. 2011; Muntner et al. 2005; Navas-Acien et al. 2004; |
| | Heart disease[b] and cardiac function | Chen et al. 2017; Cheng et al. 1998; Eum et al. 2011; Jain et al. 2007; Jing et al. 2019; Park et al. 2009a |
| | Mortality due to cardiovascular disease | Aoki et al. 2016; Khalil et al. 2009; Lanphear et al. 2018; Menke et al. 2006; Schober et al. 2006; Weisskopf et al. 2009 |
| >10–30 | Increased blood pressure and hypertension | Coate and Fowles 1989; Factor-Litvak et al. 1999; Grandjean et al. 1989; Han et al. 2018; Harlan et al. 1985; Møller and Kristensen 1992; Pirkle et al. 1985; Rabinowitz et al. 1987 |
| | Atherosclerosis[a] | Pocock et al. 1988; Poreba et al. 2011, 2012 |
| | Heart disease[b] and cardiac function | Karakulak et al. 2019; Poreba et al. 2013 |
| | Mortality due to cardiovascular disease | Barry and Steenland 2019; Lustberg and Silbergeld 2002; Min et al. 2017; Schober et al. 2006; Steenland et al. 2017 |
| >30–50 | Increased blood pressure and hypertension | Aiba et al. 1999; Al-Saleh et al. 2005; Factor-Litvak et al. 1996, 1999; Ghiasvand et al. 2013; Glenn et al. 2006; Rapisarda et al. 2016; Weaver et al. 2008; Weiss et al. 1986, 1988 |
| | Atherosclerosis[a] | Karakulak et al. 2017 |
| | Heart disease[b] | Bockelmann et al. 2002; Jain et al. 2007; Kieltucki et al. 2017 |
| | Mortality due to cardiovascular disease | Barry and Steenland 2019; Gerhardsson et al. 1995a; Steenland et al. 2017 |
| >50 | Increased blood pressure and hypertension | Kirby and Gyntelberg 1985; Were et al. 2014 |
| | Atherosclerosis[a] | Kirby and Gyntelberg 1985 |
| | Mortality due to cardiovascular disease | Cooper 1988; Cooper et al. 1985; Fanning 1988; Gerhardsson et al. 1995a; McDonald and Potter 1996 |

[a]Atherosclerosis includes increased intimal medial thickening and peripheral artery disease.
[b]Heart disease includes myocardial infarction, ischemic heart disease, left ventricular hypertrophy, cardiac arrhythmias, and angina.

Numerous studies provide a weight of evidence for associations between PbB and increased blood pressure over a wide PbB range in adults (Table 2-6). Results of meta-analyses estimate small but consistent increases in blood pressure per doubling of PbB. The largest meta-analysis of 31 studies published between 1980 and 2001 included a total of 58,518 subjects (Nawrot et al. 2002); blood pressure

data from studies included in the analysis are shown in Table 2-7 and Figures 2-2 and 2-3. Nawrot et al.
(2002), in an update of an earlier meta-analysis by Staessen et al. (1994), estimated the increase in
systolic pressure per doubling of PbB to be 1 mmHg (95% CI 0.5, 1.4) and the increase in diastolic
pressure to be 0.6 mmHg (95% CI 0.4, 0.8). The range of mean (or median) PbBs for studies included in
the analysis was 2.28–63.82 µg/dL. Although a PbB mean was not estimated for the entire study
population, only nine studies had a mean PbB <10 µg/dL; therefore, it is likely that the overall PbB mean
for the entire study population was >10 µg/dL. Similar outcomes were observed in two other meta-
analyses (Schwartz 1995; Staessen et al. 1994). A meta-analysis reported by Staessen et al. (1994)
included 23 studies (published between 1984 and 1993; 33,141 subjects) and found a 1 mmHg (95% CI
0.4, 1.6) increase in systolic blood pressure and 0.6 mmHg (95% CI 0.2, 1.0) increase in diastolic
pressure per doubling of PbB. Schwartz (1995) conducted a meta-analysis that encompassed a similar
time frame (15 studies published between 1985 and 1993) and found a 1.25 mmHg (95% CI 0.87, 1.63)
increase in systolic blood pressure per doubling of PbB (diastolic not reported). The latter analysis
included only those studies that reported a standard error (SE) on effect measurement (e.g., increase in
blood pressure per doubling of PbB). Of the 15 studies included in the Schwartz (1995) analysis, 8 were
also included in the Staessen et al. (1994) analysis. The estimated increase in blood pressure per doubling
of PbB in these meta-analyses is small; however, on a population basis, the consequences of increased
blood pressure includes increased risks of serious and potentially fatal effects, including atherosclerosis,
stroke, and myocardial infarction. Increased blood pressure during pregnancy has been associated with
PbB and bone Pb (Rothenberg et al. 2002; Wells et al. 2011; Yazbeck et al. 2009); these studies are
discussed in more detail below (*Effect at Blood Pb Levels ≤10 µg/dL*).

**Table 2-7. Characteristics of the Study Population in Meta-Analyses of Effects of Lead (Pb) on Blood Pressure**

| | Reference | Number[a] | Population[b] | Men (%)[c] | HT[d] | Age (years)[e] | SBP[f] | DBP[f] | Lead (µg/dL)[g] |
|---|---|---|---|---|---|---|---|---|---|
| 1[h] | Pocock et al. 1984[i,j]; Shaper et al. 1981 | 7,379 | GP | 100 | Y | 49 (40–59) | 145 | 82 | 15.13 (2.07–66.3)[a,e] |
| 2 | Kromhout 1988[i,j]; Kromhout et al. 1985[i] | 152 | GP | 100 | Y | 67 (57–76) | 154 | 92 | 18.23 (10.77–27.97)[a,c] |
| 3 | Moreau et al. 1982[j], 1988; Orssaud et al. 1985[i,j] | 431 | WC | 100 | Y | 41 (24–55) | 131 | 75 | 18.23 (8.91–49.94)[a,e] |
| 4 | Weiss et al. 1986[i], 1988[i] | 89 | WC | 100 | Y | 47 (30–64) | 122 | 83 | 24.45 (18.65–29.01)[m,x] |

**Table 2-7. Characteristics of the Study Population in Meta-Analyses of Effects of Lead (Pb) on Blood Pressure**

| | Reference | Number[a] | Population[b] | Men (%)[c] | HT[d] | Age (years)[e] | SBP[f] | DBP[f] | Lead (µg/dL)[g] |
|---|---|---|---|---|---|---|---|---|---|
| 5 | de Kort and Zwennis 1988[i,j]; de Kort et al. 1987[i] | 105 | BC | 100 | N | 40 (25–80) | 136 | 83 | 29.22 (4.35–83.29)[a,e] |
| 6 | Lockett and Arbuckle 1987[i] | 116 | BC | 100 | Y | 32 (?–?) | 119 | 80 | 37.5 (14.92–95.52)[a,e] |
| 7 | Parkinson et al. 1987[i] | 428 | BC | 100 | Y | 36 (18–60) | 127 | 80 | 27.97 (6.01–49.52)[a,c] |
| 8 | Rabinowitz et al. 1987[i] | 3,851 | GP | 0 | Y | 28 (18–38) | 121 | 76 | 7.04 (3.73–10.15)[a,c] |
| 9 | Elwood et al. 1988a[i,j], 1988b[k] | 1,136 | GP | 100 | Y | 56 (49–65) | 146 | 87 | 12.64 (6.01–26.11)[g,c] |
| 10 | Elwood et al. 1988a, 1988b[i,j,l] | 1,721 | GP | 50 | Y | 41 (18–64) | 127 | 78 | 10.15 (4.56–23.21)[g,c] |
| 11 | Gartside et al. 1988[i]; Harlan 1988; Harlan et al. 1985; Pirkle et al. 1985; Ravnskov 1992[m] | 6,289 | GP | 53 | Y | 30 (10–74) | 127 | 80 | 13.47 (2.07–95.93)[g,e] |
| 12 | Neri et al. 1988[i,j,n] | 288 | BC | 100 | ? | ? (?–?) | ? | ? | 45.17 (6.01–65.06)[a,e] |
| 13 | Neri et al. 1988[i,o] | 2,193 | GP | ? | Y | 45 (25–65) | ? | ? | 23.41 (0–47.03)[m,e] |
| 14 | Grandjean et al. 1989, 1991[i,p] | 1,050 | GP | 48 | Y | 40 (40–40) | ? | ? | 11.6 (3.94–60.09)[a,e] |
| 15 | Reimer and Tittelbach 1989[i] | 58 | BC | 100 | ? | 32 (?–?) | 134 | 81 | 39.99 (12.85–70.24)[a,c] |
| 16 | Apostoli et al. 1990[i] | 525 | GP | 48 | Y | 45 (21–60) | 132 | 84 | 13.05 (2.07–28.18)[a,e] |
| 17 | Morris et al. 1990[i,j] | 251 | GP | 58 | Y | ? (23–79) | ? | ? | 7.46 (4.97–38.95)[a,e] |
| 18 | Sharp et al. 1988[i,j], 1989[i], 1990[i] | 249 | WC | 100 | N | 43 (31–65) | 128 | 83 | 6.63 (2.07–14.92)[p,e] |
| 19 | Staessen et al. 1984[i,q] | 531 | WC | 75 | Y | 48 (37–58) | 126 | 78 | 11.4 (4.14–35.22)[g,e] |
| 20 | Møller and Kristensen 1992[i,j,r] | 439 | GP | 100 | Y | 40 (40–40) | ? | ? | 13.68 (4.97–60.09)[a,e] |
| 21 | Hense et al. 1993[i,j] | 3,364 | GP | 51 | Y | 48 (28–67) | 129 | 80 | 7.87 (1.24–37.09)[a,e] |
| 22 | Maheswaran et al. 1993[i] | 809 | BC | 100 | Y | 43 (20–65) | 129 | 84 | 31.7 (0–98.01)[a,e] |
| 23 | Menditto et al. 1994 | 1,319 | GP | 100 | Y | 63 (55–75) | 140 | 84 | 11.19 (6.22–24.66) |

LEAD

45

2. HEALTH EFFECTS

**Table 2-7. Characteristics of the Study Population in Meta-Analyses of Effects of Lead (Pb) on Blood Pressure**

| | Reference | Number[a] | Population[b] | Men (%)[c] | HT[d] | Age (years)[e] | SBP[f] | DBP[f] | Lead (µg/dL)[g] |
|---|---|---|---|---|---|---|---|---|---|
| 24 | Hu et al. 1996a; Proctor et al. 1996[s] | 798 | GP | 100 | Y | 66 (43–93) | 134 | 80 | 5.59 (0.41–35.02)[p,e] |
| 25 | Staessen et al. 1996a[i], 1996b[i,t] | 728 | GP | 49.3 | Y | 46 (20–82) | 130 | 77 | 9.12 (1.66–72.52)[g,e] |
| 26 | Sokas et al. 1997[u] | 186 | BC | 99 | Y | 43 (18–79) | 130 | 85 | 7.46 (2.07–30.04)[p,e] |
| 27 | Bost et al. 1999 | 5,326 | GP | 48 | Y | 48 (16–?) | 135 | 75 | 63.82 (?–?)[g] |
| 28 | Chu et al. 1999 | 2,800 | GP | 53 | Y | 44 (15–85) | 123 | 78 | 6.42 (0.41–69)[a,e] |
| 29 | Rothenberg et al. 1999a, 1999b | 1,627 | GP | 0 | Y | 27 (?–?) | 110 | 59 | 2.28 (?–?)[g] |
| 30 | Schwartz et al. 2000c | 543 | BC | 100 | Y | 58 (41–73) | 128 | 77 | 4.56 (1.04–20.1)[a,e] |
| 31 | Den Hond et al. 2001[v] | 13,781 | GP | 53.2 | Y | 48 (20–90) | 125 | 73 | 3.11 (0.62–55.94)[g,e] |

[a]Number of persons in whom relevant data were available.
[b]Study population:  BC = blue collar workers; GP = sample from general population; WC = white collar employees.
[c]Men:  Percentage of men.
[d]HT:  Indicates whether the sample included (Y = yes) or did not include (N = no) hypertensive patients.
[e]Age:  Mean age or midpoint of age span (range or approximate range given between parentheses).
[f]SBP, DBP:  Mean systolic and diastolic blood pressures.
[g]Lead:  Measure of central tendency:  A = arithmetic mean; G = geometric mean; M = midpoint of range; P = $P_{50}$ (median).  The spread of blood lead is given between parentheses:  c = $P_5$–$P_{05}$ interval; $P_{10}$–$P_{90}$ interval, or interval equal to 4 times the standard deviation; e = extremes; x = approximate limits of distribution.
[h]Number refers to reference in Figures 2-2 and 2-3.
[i]Included in the Staessen et al. (1994) meta-analysis.
[j]Included in the Schwartz (1995) meta-analysis.
[k]Caerphilly Study.
[l]Welsh Heart Program.
[m]NHANES (National Health and Nutrition Examination Survey).
[n]Foundry workers.
[o]Canadian Health Survey.
[p]Glostrup Population Study, cross-sectional analysis (1976).
[q]London Civil Servants.
[r]Glostrup Population Study, longitudinal analysis (1976–1987).
[s]Normative Aging Study.
[t]PheeCad (Public Health and Environmental Exposure to Cadmium) Study.
[u]Because of missing information, only the effect in whites is included.
[v]NHANES III.

Source:  Nawrot et al. 2002

**Figure 2-2.  Change in the Systolic Pressure Associated with a Doubling of the Blood Lead Concentration (PbB)\***



\*Data were digitized from Nawrot et al. 2002.  Circles represent means (mmHg) of individual groups; squares represent combined groups; and open circles represent nonsignificant associations (plotted as zero).  Bars represent 95% confidence limits.  See Table 2-7 for more details on study groups.

B = blacks; C = Caerphilly Study; CS = civil servants; FW = foundry workers; HP = Welsh Heart Program;
I = immigrants; NI = non-immigrants; P = Public Health and Environmental Exposure to Cadmium Study; W = whites

**Figure 2-3. Change in the Diastolic Pressure Associated with a Doubling of the Blood Lead Concentration (PbB)\***



\*Data were digitized from Nawrot et al. 2002. Circles represent means (mmHg) of individual groups; squares represent combined groups; and open circles represent nonsignificant associations (plotted as zero). Bars represent 95% confidence limits. See Table 2-7 for more details on study groups.

B = blacks; C = Caerphilly Study; CS = civil servants; FW = foundry workers; HP = Welsh Heart Program; I = immigrants; N = non-immigrants; P = Public Health and Environmental Exposure to Cadmium Study; W = whites

APPX ATT_V6_2376

Within individual studies, dose-effect relationships are evident at PbB ≤10 µg/dL. A positive dose-effect was observed for PbB and diastolic blood pressure (Zota et al. 2013). An observed positive dose-effect was observed for tibia Pb concentration and hypertension (Hu et al. 1996a). No dose-effect was observed for PbB and pulse pressure (PP), although a positive dose-effect was observed for tibia Pb and PP (Perlstein et al. 2007). In a cross-sectional study of women, diastolic hypertension was observed to have a positive dose-effect when pre- and postmenopausal women were analyzed together and when postmenopausal women were analyzed alone. In contrast, a dose-effect relationship was not observed for PbB and hypertension in a cross-sectional study of men and women (Muntner et al. 2005). A positive dose-effect relationship was observed for PbB and peripheral artery disease (PAD) (Muntner et al. 2005). In men, tibia blood levels had a positive dose-effect relationship with QT interval, but a negative dose-effect relationship with atrioventricular conduction defect (Eum et al. 2011). Studies have also found positive dose-effect relationships between mortality due to cardiovascular disease, myocardial infarction, and stroke and PbB (Menke et al. 2006; Schober et al. 2006).

Several studies have evaluated associations between PbB and cardiovascular function in children (Ahn et al. 2018; Factor-Litvak et al. 1999, 1996; Gump et al. 2005, 2011; Kapuku et al. 2006; Khalil et al. 2009, 2010; Lustberg and Silbergeld 2002; Menke et al. 2006; Schober et al. 2006; Zhang et al. 2011). Results show alterations in cardiovascular function, including increases in blood pressure and altered cardiovascular function under stress (decreased stroke volume and cardiac output) over a PbB range from <10 to approximately 40 µg/dL.

***Effect at Blood Pb Levels ≤10 µg/dL.*** Studies investigating relationships between PbB ≤10 µg/dL and cardiovascular effects have evaluated effects on blood pressure (including hypertension), atherosclerosis, heart disease (alterations in cardiac conduction and ischemic heart disease), and death due to cardiovascular disease.

*Increased blood pressure and hypertension.* Numerous studies of large populations show associations between PbB ≤10 µg/dL and increased systolic and/or diastolic blood pressure and increased risk of hypertension and prehypertension (see Table 2-8). The lowest mean PbB associated with increased systolic and diastolic is 1.33 µg/dL (Obeng-Gyasi and Obeng-Gyasi 2018). A few studies did not show associations between PbB and blood pressure parameters; however, positive associations between bone Pb concentrations and blood pressure at concomitant PbB ≤10 µg/dL were observed (Barry et al. 2019; Gerr et al. 2002; Hu et al. 1996a; Korrick et al. 1999; Zhang et al. 2011). Studies are briefly summarized

APPX ATT_V6_2377

## Table 2-8. Summary of Epidemiological Studies Evaluating Effects on Blood Pressure at Mean Blood Lead Concentration (PbB) ≤10 µg/dL

| Reference and study population | PbB (µg/dL) | Outcome evaluated | Result[a,b] |
|---|---|---|---|
| **Women and men combined (not stratified by sex)[c]** | | | |
| **Almeida Lopes et al. 2017**<br>Population-based study; n=948 adults (≥40 years of age) | Gmean: 1.97<br>Quartiles:<br>• Q1: ≤1.32<br>• Q2: 1.32–1.93<br>• Q3: 1.93–2.76<br>• Q4: >2.76 | SBP<br><br>DBP<br><br>Hypertension | Change in SBP, Q4: -0.00 (-0.00, -0.00);<br>p-trend: 0.002*<br>Change in DBP, Q4: 0.06 (0.04, 0.09);<br>p-trend: <0.001*<br>OR, Q4: 2.54 (1.17, 5.53)* |
| **Faramawi et al. 2015[d]**<br>Cross-sectional study; n=13,757 | Mean: 3.44 | SBP<br><br>DBP | β (SE), mmHg for change in blood pressure SD per µg/dL: 0.07 (0.02); p<0.01*<br>β (SE), for change in blood pressure SD per µg/dL: 0.04 (0.03); p=0.08 |
| **Gambelunghe et al. 2016**<br>Cross-section study; n=4,452 adults | Mean: 2.8<br>Quartiles:<br>• Q1: 0.15–1.9<br>• Q2: 1.9–2.5<br>• Q3: 2.5–3.3<br>• Q4: 3.3–25.8 | SBP<br><br>DBP<br><br>Hypertension | Regression coefficient, β, Q4 versus Q1–Q3 (mmHg): 1.7; p=0.01*<br>Regression coefficient, β, Q4 versus Q1–Q3 (mmHg): 1.3; p<0.001*<br>OR, Q4 versus Q1–Q3: 1.3 (1.1–1.5); p=0.004* |
| **Lee et al. 2016b**<br>Cross-sectional study; n=8,493 adults | Study population mean not reported<br>Quartiles:<br>• Q1: 0.206–1.539<br>• Q2: 1.540–2.056<br>• Q3: 2.057–2.716<br>• Q4: 2.717–24.532 | Prehypertension | OR, versus Q1:<br>• Q2: 1.24 (1.04, 1.48)*<br>• Q3: 1.27 (1.06, 1.52)*<br>• Q4: 1.30 (1.07, 1.60)*<br>• p-trend: 0.0152* |
| **Martin et al. 2006**<br>Cross-sectional study; n=964 (ages 50–70 years) | Mean: 3.5 | SBP<br><br>DBP | β, mmHg per 1 µg/dL: 0.99 (0.47, 1.51);<br>p<0.01*<br>β, mmHg per 1 µg/dL: 0.51 (0.24, 0.79);<br>p<0.01* |

2. HEALTH EFFECTS

Table 2-8. Summary of Epidemiological Studies Evaluating Effects on Blood Pressure at Mean Blood Lead Concentration (PbB) ≤10 µg/dL

| Reference and study population | PbB (µg/dL) | Outcome evaluated | Result[a,b] |
|---|---|---|---|
| Zota et al. 2013[d]<br><br>Cross-sectional study; n=8,194 (ages 40–65 years) | Mean: 1.69<br>Quintiles:<br>• Q1: ≤1.05<br>• Q2: 1.06–1.44<br>• Q3: 1.45–1.90<br>• Q4: 1.91–2.69<br>• Q5: >2.70 | Elevated SBP (≥140 mmHg)<br><br>Elevated DBP (≥90 mmHg) | OR (Q5): 1.23 (0.92, 1.65); p-trend: 0.06<br><br>OR (Q3): **1.56 (1.11, 2.19)\***<br>OR (Q4): **1.80 (1.24, 2.60)\***<br>OR (Q5): **1.77 (1.25, 2.50)\***<br>**p-trend 0.0002** |
| Obeng-Gyasi and Obeng-Gyasi 2018<br><br>Cross-sectional study; n=22,747 adults | Mean: 1.33 | SBP<br><br><br><br>DBP | **β, increase in blood pressure (mmHg) per unit increased in ln PbB: 0.238 (0.122, 0.355); p=0.0001\***<br><br>**β, increase in blood pressure (mmHg) per unit increased in ln PbB: 0.132 (0.049, 0.215); p=0.002\*** |
| **Women and men (stratified by sex)[c]** | | | |
| Bost et al. 1999<br><br>Cross-sectional study; n=2,563 males and 2,763 females | Mean<br>• M: 3.7<br>• F: 2.6 | SBP<br><br><br>DBP | M: no association with PbB (regression coefficient not reported)<br><br>F: no association with PbB (regression coefficient not reported)<br><br>**M: β, per doubling of PbB: 0.78 (0.01, 1.55)\***<br><br>F: regression coefficients not reported |
| Bushnik et al. 2014<br><br>Population-based survey; n=2,214 males and 2,336 females | Mean<br>• All: 1.64<br>• Non-hypertensive: 1.59<br>• Hypertensive: 1.74 | SBP<br><br><br><br><br><br>DBP | All β, mmHg per 1 µg/dL: 1.85 (-0.20, 3.90); p=0.075<br><br>M β, mmHg per 1 µg/dL: 2.17 (-0.08, 4.42); p=0.058<br><br>F β, mmHg per 1 µg/dL: 0.76 (-2.72, 4.24); p=0.656<br><br>**All β, mmHg per 1 µg/dL: 1.91 (0.75, 3.08); p=0.002\***<br><br>**M β, mmHg per 1 µg/dL: 2.36 (0.94, 3.79); p=0.002\*** |

APPX ATT_V6_2379

**Table 2-8. Summary of Epidemiological Studies Evaluating Effects on Blood Pressure at Mean Blood Lead Concentration (PbB) ≤10 µg/dL**

| Reference and study population | PbB (µg/dL) | Outcome evaluated | Result[a,b] |
|---|---|---|---|
| | | | F β, mmHg per 1 µg/dL: 1.43 (-0.51, 3.38); p=0.142 |
| | | Hypertension | **All β, mmHg per 1 µg/dL: -3.87 (-7.46, -0.29); p=0.035\*** |
| | | | M β, mmHg per 1 µg/dL: -6.37 (-15.02, 2.29); p=0.142 |
| | | | F β, mmHg per 1 µg/dL: -4.18 (-8.78, 0.42); p=0.073 |
| **Chu et al. 1999** | Mean | SBP | **M β (SE), mmHg per 1 $\log_{10}$ µg/dL: 0.185 (0.076); p=0.015\*** |
| Population-based survey study; n=1,471 males and 1,329 females | • M: 7.3<br>• F: 5.7 | | F β (SE), mmHg per 1 $\log_{10}$ µg/dL: -0.057 (0.109); p=0.603 |
| | | DBP | M β (SE), mmHg per 1 $\log_{10}$ µg/dL: 0.075 (0.053); p=0.159 |
| | | | F β (SE), mmHg per 1 $\log_{10}$ µg/dL: -0.083 (0.072); p=0.250 |
| **Hense et al. 1993** | Mean | SBP | **M β, mmHg per 1 µg/dL: 0.29 (0.08, 0.49)\*** |
| | • M: 8.3<br>• F: 6.0 | | F β, mmHg per 1 µg/dL: 0.17 (-0.14, 0.48) |
| Population-based survey study; n=1,703 males and 1,661 females | | DBP | M β, mmHg per 1 µg/dL: 0.08 (-0.06, 0.23) |
| | | | **F β, mmHg per 1 µg/dL: 0.29 (0.09, 0.49)\*** |

**Table 2-8. Summary of Epidemiological Studies Evaluating Effects on Blood Pressure at Mean Blood Lead Concentration (PbB) ≤10 µg/dL**

| Reference and study population | PbB (µg/dL) | Outcome evaluated | Result[a,b] |
|---|---|---|---|
| **Lee et al. 2016a**<br><br>Cross-sectional study; n=5,920 men and 6,059 women | Gmean (95% CI)<br>• Men: 2.396<br>• Women: 1.919<br>Tertiles:<br>• Men<br>　○ T1: <2.096<br>　○ T2: 2.096–2.886<br>　○ T3: >2.886<br>• Women<br>　○ T1: <1.516<br>　○ T2: 1.516–2.147<br>　○ T3: >2.14 | SBP<br><br><br>DBP<br><br><br><br>Hypertension<br><br><br>Prehypertension | M difference, T3 versus T1: 0.25 (-0.90, 1.41)<br>F difference, T3 versus T1: 1.48 (0.29, 2.67)<br>M difference, T3 versus T1 : 0.73 (-0.12, 1.60)<br>F difference, T3 versus T1: 1.059 (0.308, 1.811)<br>M OR, T3: 0.88 (0.72, 1.07)<br>F OR, T3: 1.26 (0.999, 1.58)<br>M OR, T3: 0.95 (0.79, 1.16)<br>**F OR, T3: 1.22 (1.01, 1.48)***  |
| **Men only[c]** | | | |
| **An et al. 2017**<br><br>Cross-sectional study; n=310 male smelters (21–61 years of age) | Gmean: 5.839 | SBP<br><br><br>DBP | β, per doubling of PbB: -0.636 (-2.661, 1.389); p=0.537<br>β, per doubling of PbB: -1.182 (-2.763, 0.399); p=0.142 |
| **Barry et al. 2019**<br><br>Cross-sectional study; n=211 male Pb workers | Median (range): 2.5 (0–34.0)<br>• Quartiles<br>　○ Q1: <1.6<br>　○ Q2: 1.6–2.5<br>　○ Q3: 2.6–4.2<br>　○ Q4: ≥4.3<br><br>Bone Pb (tibia) median, µg/g (range): 13.8 (0–127.3)<br>• Bone Pb quartiles:<br>　○ Q1: <9.6<br>　○ Q2: 9.6–13.7<br>　○ Q3: 13.8–19.5<br>　○ Q4: ≥19.6 | SBP | Regression coefficient (SE) for<br>PbB Q4: 7.33 (4.40); p=0.10<br>PbB continuous: 0.19 (0.30) 0.52<br>Bone Pb Q4: 5.32 (5.26); p=0.31<br>**Bone Pb continuous: 0.36 (0.15); p=0.02***  |

APPX ATT_V6_2381

**Table 2-8. Summary of Epidemiological Studies Evaluating Effects on Blood Pressure at Mean Blood Lead Concentration (PbB) ≤10 µg/dL**

| Reference and study population | PbB (µg/dL) | Outcome evaluated | Result[a,b] |
|---|---|---|---|
| **Cheng et al. 2001**[e]<br><br>Longitudinal study; n=833 men<br><br>Analysis for hypertension limited to 474 participants who had no history of definite hypertension; analysis for SBP limited to 519 participants who were free from definite hypertension at baseline | PbB mean (all): 6.09<br><br>Tibia Pb (µg/g)<br>• Borderline: 23.46<br>• Definite: 22.69<br>Patella Pb (µg/g)<br>• Borderline: 33.73<br>• Definite: 32.72 | Hypertension (borderline and definite)<br><br><br><br><br>SBP | RR, per 1 SD increase in PbB: 1.00 (0.76, 1.33)<br><br>RR, per 1 SD increase in tibia Pb: 1.22 (0.95, 1.57)<br><br>**RR, per 1 SD increased in patella Pb: 1.29 (1.04, 1.61); p<0.05\***<br><br>RR, per 1 SD increase in PbB: -0.13 (-1.35, 1.09)<br><br>**RR, per 1 SD increase in tibia Pb: 1.37 (0.02, 2.73); p<0.05\***<br><br>RR, per 1 SD increased in patella Pb: 0.57 (-0.71, 1.84) |
| **Elmarsafawy et al. 2006**[e]<br><br>Cross-sectional study; n=471 | Mean<br>• Low Ca²⁺ intake: 6.6<br>• High Ca²⁺ intake: 6.6 | Hypertension | **Low Ca²⁺: OR: 1.07 (1.00, 1.15)\***<br><br>High Ca²⁺: OR: 1.03 (0.97, 1.11) |
| **Glenn et al. 2003**<br><br>Occupational longitudinal study; n=496 | Mean: 4.6 | SBP<br><br><br>DBP | **β (SE; 95% CI), per 1 SD increased in PbB: 0.64 (0.25; 0.14, 1.14)\***<br><br>β (SE; 95% CI); per 1 SD increased in PbB: 0.09 (0.17; -0.24, 0.43) |
| **Hu et al. 1996a**[e]<br><br>Case-control study of men (n=146) with hypertension and controls (n=444) | Mean<br>• Cases: 6.9<br>• Controls: 6.1 | Hypertension | **Risk of hypertension based on tibia Pb: logistic β (SE): 0.19 (0.0078); p=0.01\***<br><br>PbB was not associated with hypertension<br><br>**OR for 1 µg/g change in tibia Pb: 1.019 (1.004, 1.035)\***<br><br>**OR for quintile range (8–37 µg/g): 1.5 (1.1, 1.8)\*** |
| **Perlstein et al. 2007**[e]<br><br>Cross-sectional study; n=593 | Mean: 6.12 | PP | PbB: no trend over quintiles (p=0.82)<br><br>**Bone Pb: p-trend=0.02\*** |

Table 2-8. Summary of Epidemiological Studies Evaluating Effects on Blood Pressure at Mean Blood Lead Concentration (PbB) ≤10 μg/dL

| Reference and study population | PbB (μg/dL) | Outcome evaluated | Result[a,b] |
|---|---|---|---|
| **Proctor et al. 1996[a]**<br><br>Cross-sectional study; ≤74 years (n=681); >74 years (n=117) | Mean:<br>• All: 6.5<br>• ≤74 years: 6.5<br>• >74 years: 6.3 | SBP | All β, mmHg per 1 ln μg/dL PbB: 0.85 (-1.1, 2.7); p>0.05<br>≤74 β, mmHg per 1 μg/dL PbB: 1.2 (-0.86, 3.2); p>0.05 |
| | | DBP | **All β, mmHg per 1 ln μg/dL PbB: 1.2 (0.11, 2.2); p≤0.05[*]**<br>**≤74 β, mmHg per 1 ln μg/dL PbB: 1.6 (0.42, 2.7); p≤0.01[*]** |
| **Yang et al. 2018**<br><br>Cross-sectional study; n=236 Pb workers | Gmean (IQR): 4.50 (2.60–9.15) | SBP | Regression (β) coefficients, expressed as change pressure (mmHg) per 2-fold increase in PbB:<br>• Office blood pressure: 0.79 (-0.17, 1.76) p=0.11<br>• 24-hour ambulatory pressure: 0.29 (-0.82, 1.41) p=0.60 |
| | | DBP | Regression (β) coefficients, expressed as change pressure (mmHg) per 2-fold increase in PbB:<br>• **Office: 0.87 (0.03, 1.72) p=0.043[*]**<br>• 24-hour ambulatory: -0.25 (-0.97, 0.48) p=0.50 |
| | | Hypertension | OR:<br>• Office: 0.89 (0.62–1.28); p=0.052<br>• 24-hour ambulatory: 1.21 (0.94–1.57); p=0.14 |
| **Women only[c]** | | | |
| **Al-Saleh et al. 2005**<br><br>Case-control study of women with hypertension (n=100) and control subjects (n=85) | Mean<br>• Hypertension: 4.75<br>• Controls: 4.56 | Hypertension | OR for PbB ≥3.85 compared to PbB <3.85: 5.27 (0.93, 29.86); p=0.06 |

**Table 2-8. Summary of Epidemiological Studies Evaluating Effects on Blood Pressure at Mean Blood Lead Concentration (PbB) ≤10 µg/dL**

| Reference and study population | PbB (µg/dL) | Outcome evaluated | Result[a,b] |
|---|---|---|---|
| **Korrick et al. 1999**<br><br>Case-control study of women with hypertension (n=89) and control subjects (n=195) | Mean (all): 3 | Hypertension | PbB: no increased risk (ORs not reported)<br><br>**Patella Pb OR per 1 µg/g increase in PbB: 1.03 (1.00, 1.05); p=0.02\*** |
| **Nash et al. 2003**<br><br>Cross-sectional study; n=2,165 all; 1,084 premenopausal, and 663 postmenopausal | Mean (all): 2.9<br>Quartiles; mean (range)<br>• Q1: 1.0 (0.5–1.6)<br>• Q2: 2.1 (1.7–2.5)<br>• Q3: 3.2 (2.6–3.9)<br>• Q4: 6.4 (4.0–31.1) | SBP | **All β (SE), mmHg per 1 ln µg/dL PbB: 0.32 (0.16); p=0.03\***<br><br>Premenopausal β (SE), mmHg per 1 ln µg/dL PbB: 0.14 (0.26); p=0.59<br><br>Postmenopausal β (SE), mmHg per 1 ln µg/dL PbB: 0.42 (0.21); p=0.29 |
| | | DBP | **All β (SE): 0.25 (0.09), mmHg per 1 ln µg/dL PbB; p=0.009\***<br><br>Premenopausal β (SE), mmHg per 1 ln µg/dL PbB: 0.38 (0.25); p=0.12<br><br>**Postmenopausal β (SE) mmHg per 1 ln µg/dL PbB: 0.14 (0.13); p=0.04\*** |
| | | Hypertension | **Percent of total population with hypertension: p-trend<0.001\*** (Q1: 19.4; Q2: 20.6; Q3: 25.5 Q4: 28.3) |
| **Women and men stratified by race[c]** | | | |
| **Den Hond et al. 2002[d]**<br><br>Cross-sectional study n=4,685 MW; 5,138 FW; 1,761 MB; and 2,197 FB | Mean<br>• MW: 3.6<br>• FW: 2.1<br>• MB: 4.2<br>• FB: 2.3 | SBP | MW β, per doubling of PbB: 0.3 (-0.2, 0.7); p=0.29<br><br>FW β, per doubling of PbB: 0.1 (-0.4, 0.5); p=0.80<br><br>**MB β, per doubling of PbB: 0.9 (0.04,1.8); p=0.04\***<br><br>**FB β, per doubling of PbB: 1.2 (0.4,2.0); p=0.004\*** |
| | | DBP | **MW β, per doubling of PbB: -0.6 (-0.9, -0.3); p=0.0003\*** |

## Table 2-8. Summary of Epidemiological Studies Evaluating Effects on Blood Pressure at Mean Blood Lead Concentration (PbB) ≤10 μg/dL

| Reference and study population | PbB (μg/dL) | Outcome evaluated | Result[a,b] |
|---|---|---|---|
| Muntner et al. 2005[d]<br><br>Cross-sectional study; n=9,961 (men and women), stratified by race (W, B, MA) | Mean: 1.64<br>Quartiles:<br>• Q1: <1.06<br>• Q2: 1.06–1.63<br>• Q3: 1.63–2.47<br>• Q4: ≥2.47 | Hypertension | FW β, per doubling of PbB: -0.2 (-0.5, 0.1); p=0.13<br>MB β, per doubling of PbB: 0.3 (-0.3, 1.0); p=0.28<br>**FB β, per doubling of PbB: 0.5 (0.01, 1.1); p=0.047\***<br>W (Q4) OR: 1.10 (0.87, 1.41); p-trend=0.61<br>B (Q4) OR: 1.44 (0.89, 2.32); p-trend=0.06<br>**MA (Q4) OR: 1.54 (0.99, 2.39); p-trend=0.04\*** |
| Park et al. 2009b[d]<br><br>Cross-sectional study; n=12,500 all, 2,130 MW (<50 years old); 2,152 MW (≥50 years old); 1,048 MB (<50 years old); 540 MB (≥50 years old); 2,429 FW (<50 years old); 2,180 FW (≥50 years old); 1,409 FB (<50 years old); and 612 FB (≥50 years old) | Mean<br>• MW (<50 years old) 4.02<br>• MW (≥50 years old) 4.92<br>• MB (<50 years old) 4.55<br>• MB (≥50 years old) 7.57<br>• FW (<50 years old) 2.09<br>• FW (≥50 years old) 3.53<br>• FB (<50 years old) 2.52<br>• FB (≥50 years old) 4.49 | Hypertension | MW OR: 1.06 (0.92, 1.22)<br>**FW OR: 1.16 (1.04, 1.29)\***<br>MB OR: 1.17 (0.98, 1.38)<br>**FB OR: 1.19 (1.04, 1.38)\***<br>M (<50 years old) OR: 0.98 (0.80, 1.22)<br>**M (>50 years old) OR: 1.20 (1.02, 1.41)\***<br>**F (<50 years old) OR: 1.23 (1.04, 1.46)\***<br>F (>50 years old) OR: 1.09 (0.94, 1.26) |
| Scinicariello et al. 2010[d]<br><br>Cross-sectional study; n=6,016 (stratified by race) | Mean<br>• W 2.87<br>• B 3.59<br>• MA 3.33 | SBP | **W β (SE), mmHg per ln μg/dL PbB: 1.05 (0.37); p=0.01\***<br>**B β (SE), mmHg per ln μg/dL PbB: 2.55 (0.49); p=0.001\***<br>MA β (SE), mmHg per ln μg/dL PbB: 0.84 (0.46); p=0.08 |
| | | DBP | W β (SE), mmHg per ln μg/dL PbB: -0.14 (0.49); p=0.77 |

APPX ATT_V6_2385

**Table 2-8. Summary of Epidemiological Studies Evaluating Effects on Blood Pressure at Mean Blood Lead Concentration (PbB) ≤10 μg/dL**

| Reference and study population | PbB (μg/dL) | Outcome evaluated | Result[a,b] |
|---|---|---|---|
| **Scinicariello et al. 2011[d]**<br><br>Cross-sectional study; n=16,222 all; 4,538 MW; 4,319 FW; 1,767 MB; 1,854 FB; 1,925 MMA; and 1,819 FMA | Mean<br>• All 1.41<br>• MW 2.20<br>• FW 1.55<br>• MB 2.44<br>• FB 1.81<br>• MMA 2.47<br>• FMA 1.56 | SBP | **B β (SE), mmHg per ln μg/dL PbB: 1.99 (0.44); p=0.0002\***<br><br>MA β (SE), mmHg per ln μg/dL PbB: 0.74 (0.74); p=0.06<br><br>**All β (SE), per ln μg/dL PbB: 1.07 (0.35); p<0.05\***<br><br>MW β (SE), per ln μg/dL PbB: 0.87 (0.53); p>0.05<br><br>FW β (SE), per ln μg/dL PbB: 0.89 (0.55); p>0.05<br><br>**MB β (SE), per ln μg/dL PbB: 2.30 (0.71); p<0.05\***<br><br>**FB β (SE), per ln μg/dL PbB: 2.40 (1.14); p<0.05\***<br><br>MMA β (SE), per ln μg/dL PbB: 0.10 (0.70); p>0.05<br><br>FMA β (SE), per ln μg/dL PbB: -0.03 (0.64); p>0.05 |
|  |  | DBP | **All β (SE): 0.71 (0.27); p<0.05\***<br><br>**MW β (SE): 0.90 (0.45); p<0.05\***<br><br>**FW β (SE): 0.95 (0.38); p<0.05\***<br><br>**MB β (SE): 2.75 (0.82); p<0.05\***<br><br>FB β (SE), per ln μg/dL PbB: 0.30 (0.81); p>0.05<br><br>**MMA β (SE), per ln μg/dL PbB: -1.34 (0.66); p<0.05\***<br><br>FMA β (SE), per ln μg/dL PbB: -0.74 (0.44); p>0.05 |

2. HEALTH EFFECTS

Table 2-8. Summary of Epidemiological Studies Evaluating Effects on Blood Pressure at Mean Blood Lead Concentration (PbB) ≤10 µg/dL

| Reference and study population | PbB (µg/dL) | Outcome evaluated | Result[a,b] |
|---|---|---|---|
| Vupputuri et al. 2003[d]<br><br>Cross-sectional study; n=14,952 total; n=5,360 MW; 5,188 FW; 2,104 MB; and 2,300 FB | Mean<br>• MW 4.4<br>• FW 3.0<br>• MB 5.4<br>• FB 3.4 | SBP | MW β, per 1 SD (3.3 µg/dL) increase of PbB: 0.29 (-0.24, 0.83)<br>FW β, per 1 SD (3.3 µg/dL) increase of PbB: 0.34 (-0.49, 1.17)<br>**MB β, per 1 SD (3.3 µg/dL) increase of PbB: 0.82 (0.19, 1.44); p<0.05\***<br>**FB β, per 1 SD (3.3 µg/dL) increase of PbB: 1.55 (0.47, 2.64); p<0.01\*** |
| | | DBP | MW β, per 1 SD (3.3 µg/dL) increase of PbB: 0.01 (-0.38, 0.40); p≥0.05<br>FW β, per 1 SD (3.3 µg/dL) increase of PbB: -0.04 (-0.56, 0.47) p≥0.05<br>**MB β, per 1 SD (3.3 µg/dL) increase of PbB: 0.64 (0.08, 1.20); p<0.05\***<br>**FB β, per 1 SD (3.3 µg/dL) increase of PbB: 1.07 (0.37, 1.77); p<0.01\*** |
| | | Hypertension | MW OR: 1.04 (0.93, 1.16); p=0.47<br>**FW OR: 1.32 (1.14, 1.52) p<0.001\***<br>MB OR: 1.08 (0.99, 1.19); p=0.08<br>**FB OR: 1.39 (1.21, 1.61); p<0.001\*** |

## Table 2-8. Summary of Epidemiological Studies Evaluating Effects on Blood Pressure at Mean Blood Lead Concentration (PbB) ≤10 µg/dL

| Reference and study population[c] | PbB (µg/dL) | Outcome evaluated | Result[a,b] |
|---|---|---|---|
| **Children and young adults[c]** | | | |
| Ahn et al. 2018<br>Cross-sectional study; n=1,776 adolescents (ages 10–18 years) | Mean (95% CI): 1.192 (1.165, 1.219)<br>Quartiles<br>• Males<br>  ○ Q1: <1.07<br>  ○ Q2: 1.07–1.341<br>  ○ Q3: 1.342–1.655<br>  ○ Q4: >1.655<br>• Females<br>  ○ Q1: <0.839<br>  ○ Q2: 0.839–1.076<br>  ○ Q3: 1.077–1.371<br>  ○ Q4: >1.371 | DBP<br><br>SBP<br><br>Prehypertension | Mean difference with doubling of PbB, continuous variable: −0.680 (−1.581, 0.221)<br>Mean difference with doubling of PbB, continuous variable: −0.099 (−1.098, 0.898)<br>OR, continuous variable: 0.906 (0.629, 1.305) |
| Gerr et al. 2002<br>Cross-sectional study; n=508 young adults (ages 19–29 years) | PbB mean associated with the following bone Pb concentrations:<br>• <1 µg/g: 1.91 (1.58)<br>• 1–5 µg/g: 2.31 (2.06)<br>• 6–10 µg/g: 2.43 (2.36)<br>• >10 µg/g: 3.15 (2.28) | SBP<br><br>DBP | Increase (mmHg) associated with bone Pb >10 µg/g (SE): 4.26 (1.48); p=0.004*<br>Increase (mmHg) associated with bone Pb >10 µg/g (SE): 2.80 (1.25); p=0.03* |
| Gump et al. 2005<br>Prospective study; n=122 children assessed at 9 years of age | Cord PbB mean: 2.97 | SBP<br><br>DBP | β (SE), mmHg log µg/dL: 12.16 (4.96); p=0.016*<br>β (SE), mmHg per log µg/dL: 8.45 (4.54); p=0.066 |
| Gump et al. 2011<br>Cross-sectional study; n=140 children (ages 9–11 years) | Mean: 1.01<br>Quartiles:<br>• Q1: 0.14–0.68<br>• Q2: 0.69–0.93<br>• Q3: 0.94–1.20<br>• Q4: 1.21–3.76 | SBP<br><br>DBP<br><br>TPR | Under acute stress, p-trend over quartiles: 0.31<br>Under acute stress, p-trend over quartiles: 0.29<br>Under acute stress, p-trend over quartiles: 0.03* |

APPX ATT_V6_2388

**Table 2-8. Summary of Epidemiological Studies Evaluating Effects on Blood Pressure at Mean Blood Lead Concentration (PbB) ≤10 µg/dL**

| Reference and study population | PbB (µg/dL) | Outcome evaluated | Result[a,b] |
|---|---|---|---|
| **Zhang et al. 2011**<br><br>Prospective longitudinal study; n=457 mother-child pairs; children evaluated at ages 7–15 years | • Mean umbilical cord: 5.51<br>• Mean child concurrent: 2.96<br>• Median maternal postnatal tibia Pb (µg/g): 9.3 | SBP | Maternal tibia Pb, boys, β, mmHg increased per maternal tibia Pb (13 µg/g): -0.34 (-1.98, 1.30)<br><br>**Maternal tibia Pb, girls, β mmHg increased per maternal tibia Pb (13 µg/g): 2.11 (0.69, 3.52); p=0.025\*** |
| | | DBP | Maternal tibia Pb, boys, β, mmHg increased per maternal tibia Pb (13 µg/g): -0.83 (-2.05, 0.38)<br><br>**Maternal tibia Pb, girls, β, mmHg increased per maternal tibia Pb (13 µg/g): 1.60 (0.28, 2.91); p=0.007\*** |
| **Blood pressure during pregnancy[c]** | | | |
| **Disha et al. 2019**<br><br>Cross-sectional study; n=44 healthy pregnant women; n=23 pre-eclamptic women | **PbB:**<br>Mean<br>• Control: 2.38<br>• Pre-eclampsia: 3.42 | SBP | Pearson correlation (mmHg): 0.71; p<0.0001\* |
| | | DBP | Pearson correlation (mmHg): 0.57; p=0.004\* |
| **Rothenberg et al. 2002**<br><br>Longitudinal study; n=667 pregnant women | Mean: 1.9<br><br>Bone (calcaneus) Pb (µg/g) mean:10.7 | SBP | Ln-PbB, β: -0.04 (-1.26, 1.18)<br><br>**Bone Pb, β: 0.70 (0.04, 1.36)\*** |
| | | DBP | Ln-PbB, β: 0.20 (-0.78, 1.18)<br><br>**Bone Pb, β: 0.54 (0.01, 1.08)\*** |
| **Wells et al. 2011**<br><br>Cross-sectional study; n=285 pregnant women during labor | Umbilical cord PbB<br>• mean: 0.66<br>• Quartiles:<br>  ○ Q1: <0.46<br>  ○ Q2: 0.47–0.65<br>  ○ Q3: 0.66–0.95<br>  ○ Q4: 0.96–6.47 | SBP | **Q4 versus Q1 increase in SBP in mmHg at admission: 6.87 (1.51, 12.21); p<0.05\***<br><br>**Q4 versus Q4 maximum increase in SBP in mmHg: 7.72 (1.83, 13.60); p<0.05\*** |
| | | DBP | **Q4 versus Q1 increase in DBP in mmHg at admission: 4.40 (0.21, 8.59); p<0.05\***<br><br>**Q4 versus Q4 maximum increase in DBP in mmHg: Q4: 8.33 (1.14, 15.53); p<0.05\*** |

APPX ATT_V6_2389

**Table 2-8. Summary of Epidemiological Studies Evaluating Effects on Blood Pressure at Mean Blood Lead Concentration (PbB) ≤10 μg/dL**

| Reference and study population | PbB (μg/dL) | Outcome evaluated | Result[a,b] |
|---|---|---|---|
| **Yazbeck et al. 2009**<br><br>Cross-sectional study; n=971 pregnant women | Mean<br>• Participants with PIH: 2.2<br>• Participants without PIH: 1.9 | PIH | **OR for PIH for an increase of 1 log₁₀ μg/dL in PbB; 3.29 (1.11, 9.74); p=0.03\*** |

[a]Asterisk and bold indicate association with Pb; unless otherwise specified, values in parenthesis are 95% CIs; p-values <0.05 unless otherwise noted in the table.
[b]If bone Pb is noted under results, study did not show associations between PbB and blood pressure parameters; however, results showed associations between bone Pb concentrations and increased blood pressure at concomitant PbB ≤10 μg/dL.
[c]See the *Supporting Document for Epidemiological Studies for Lead*, Table 3 for more detailed descriptions of studies.
[d]Study population was from NHANES.
[e]Study population was from the Normative Aging Study.

B = black; CI = confidence interval; CL = confidence limit; DBP = diastolic blood pressure; F = female(s); Gmean = geometric mean; M = male(s); MA = Mexican American; NHANES = National Health and Nutrition Examination Survey; OR = odds ratio; Pb = lead; PIH = pregnancy-induced hypertension; PP = pulse pressure; RR = rate ratio; SBP = systolic blood pressure; SD = standard deviation; SE = standard error; TPR = total peripheral resistance; W = white

61

OR for PIH for an increase of 1 log₁₀ μg/dL in PbB; 3.29 (1.11, 9.74); p=0.03\*

in Table 2-8, with additional details provided in the *Supporting Document for Epidemiological Studies for Lead*, Table 3.

The magnitude of effect on blood pressure observed in individual large-scale, cross-sectional studies is consistent with results of meta-analyses (see discussion above on *Characterization of Effects*). For example, Martin et al. (2006) reported that systolic and diastolic blood pressure increased by 0.99 (95% CI 0.47, 1.51; p<0.01) mmHg and 0.51 (95% CI 0.24, 0.79; p<0.01) mmHg, respectively, per 1 µg/dL increase in PbB.

Several studies have examined the relationship between PbB and blood pressure with study populations stratified according to gender, race, and/or age. For example, within study populations, positive associations were observed between PbB and systolic and diastolic blood pressure in men but not in women (Bushnik et al. 2014; Chu et al. 1999; Hense et al. 1993). A cross-sectional study reported an increased risk of prehypertension (defined as a diastolic blood pressure of at least 80 mmHg but below 90 mmHg or a systolic blood pressure of at least 120 mmHg but below 140 mmHg) in women but not in men, although PbB was lower (p<0.05) in women (1.9 µg/dL) than men (2.4 µg/dL) (Lee et al. 2016a). However, other studies did not find differences between men and women (Bost et al. 1999; Scinicariello et al. 2011). Stratification by sex and age indicates additional differences between men and women. For example, Park et al. (2009b) reported a greater risk of hypertension in men >50 years of age (odds ratio [OR] 1.20; 95% CI 1.02, 1.41), but not in men <50 years of age (OR 0.98; 95% CI 0.80, 1.22), whereas in women, the opposite effect of age was observed, with a greater risk of hypertension in women <50 years of age (OR 1.23; 95% CI 1.04, 1.46) but not >50 years of age (OR 1.09; 95% CI 0.94, 1.26). Studies that stratify populations by race have found race differences in effect sizes on blood pressure. Large-scale cross-sectional studies based on data from NHANES have found larger effect sizes in non-Hispanic blacks and Mexican-Americans than in whites (Den Hond et al. 2002; Muntner et al. 2005; Scinicariello et al. 2011; Vupputuri et al. 2003). Cross-sectional studies based on data from NHANES have consistently shown elevations of systolic blood pressure in association with increasing PbB among black males and females, with less consistency in findings for other demographic groups or for diastolic blood pressure (Den Hond et al. 2002; Nash et al. 2003; Scinicariello et al. 2010, 2011; Vupputuri et al. 2003). Scinicariello et al. (2011) estimated increases in systolic blood pressure ranging from 1.07 to 2.4 per 1 ln increase in PbB (equivalent to approximately 0.7–1.66 per doubling of PbB). The largest effects sizes were observed in black males (2.3; SE 0.71 per ln PbB) and black females (2.4; SE 1.14). Den Hond et al. (2002) estimated the effect size for systolic blood pressure in black males and females to be 0.9 mmHg (95% CI 0.04, 1.8) and 1.2 mmHg (95% CI 0.4, 2.0) per doubling of PbB, respectively. Vupputuri et al.

(2003) estimated the effect size for systolic blood pressure in black males and females to be 0.82 mmHg (95% CI 0.19, 1.44) and 1.55 mmHg (95% CI 0.47, 2.64) per 1 standard deviation (SD) increase (3.3 µg/dL) of PbB, respectively.  As discussed above (see *Confounding Factors and Effect Modifiers*), numerous co-variables and confounders affect studies of associations between PbB and blood pressure, complicating comparisons between studies.

Few studies have evaluated effects of chronic Pb exposure in children or young adults on blood pressure parameters at PbB at ≤10 µg/dL (Ahn et al. 2018; Gerr et al. 2002; Gump et al. 2005, 2011; Zhang et al. 2011).  Studies are briefly summarized in Table 2-8, with additional details provided in the *Supporting Document for Epidemiological Studies for Lead,* Table 3.  Population sizes in these studies are small (n=122–1,776) compared to studies in adults.  Positive associations were observed between concurrent PbB and increased systolic and diastolic blood pressure in young adults (Gerr et al. 2002).  Two prospective studies suggest that prenatal exposure to Pb is associated with increased blood pressure in childhood (Gump et al. 2005; Zhang et al. 2011).  Umbilical cord PbB was positively associated with increased systolic, but not diastolic, blood pressure in children (Gump et al. 2005).  Maternal postnatal bone Pb concentration was associated with increased systolic and diastolic blood pressure in girls, but not boys; however, no association was observed between umbilical cord PbB or patella Pb concentration and increased blood pressure (Zhang et al. 2011).  No association between PbB and diastolic or systolic blood pressure or risk of prehypertension in a larger population of adolescents (n=1,776) with a mean PbB of 1.19 µg/dL (Ahn et al. 2018).

Effects of Pb on blood pressure and hypertension at PbB at ≤10 µg/dL have also been evaluated during pregnancy (Disha et al. 2019; Rothenberg et al. 2002; Wells et al. 2011; Yazbeck et al. 2009).  Studies are briefly summarized in Table 2-8, with additional details provided in the *Supporting Document for Epidemiological Studies for Lead,* Table 3.  Increases in systolic and diastolic blood pressure during pregnancy and labor were associated with PbB ≤10 µg/dL umbilical cord PbB, or bone Pb concentrations with concomitant PbB ≤10 µg/dL (Rothenberg et al. 2002; Wells et al. 2011; Yazbeck et al. 2009).  Pregnancy-induced hypertension has been positively associated with PbB ≤10 µg/dL (Yazbeck et al. 2009).  A small cross-sectional study reported a positive association between PbB and increased systolic and diastolic blood pressure in women with pre-eclampsia (Disha et al. 2019).

*Atherosclerosis.*  Few studies have evaluated associations between PbB ≤10 µg/dL and atherosclerosis (Ari et al. 2011; Muntner et al. 2005; Navas-Acien et al. 2004).  Studies are briefly summarized in Table 2-9, with additional details provided in the *Supporting Document for Epidemiological Studies for*

*Lead,* Table 3.  Ari et al. (2011) reported a positive correlation between PbB and intimal medial thickening of the greater carotid artery in non-diabetic hemodialysis patients at a concurrent PbB of 0.41 µg/dL.  Peripheral artery disease was positively associated with PbB levels ≥2.47 µg/dL, with a positive trend across quartiles, in a study of a large NHANES 1999–2002 (age 18 years or older) population (Muntner et al. 2005), whereas analyses restricted to adult (≥40 years old) participants of NHANES 1999–2000 reported a positive trend for the risk of peripheral artery disease, although ORs for PbB quartiles (highest PbB quartile >2.90 µg/dL) were not associated with peripheral artery disease (Navas-Acien et al. 2004).

*Cardiac function and heart disease.*  Several studies have investigated cardiac function and heart disease, including a series of studies conducted in men from the Normative Aging Study in the greater Boston, Massachusetts area that evaluated associations between PbB ≤10 µg/dL and alterations in cardiac conduction and ischemic heart disease (Cheng et al. 1998; Eum et al. 2011; Jain et al. 2007; Park et al. 2009a).  Studies are briefly summarized in Table 2-10, with additional details provided in the *Supporting Document for Epidemiological Studies for Lead,* Table 2.  Studies on the Normative Aging Study population show positive associations between bone Pb concentrations (at concomitant PbB ≤10 µg/dL) and changes to electrocardiograms (prolonged QT and QRS intervals) and atrioventricular conduction defect; however, no associations were observed between PbB and conduction abnormalities (Cheng et al. 1998; Eum et al. 2011; Park et al. 2009a).  For ischemic heart disease, increased risks were associated with PbB and with tibia and patella Pb concentrations (Jain et al. 2007).  A 1 SD increase in PbB was associated with a 1.27-fold increase in risk for ischemic heart disease (Jain et al. 2007).  In addition to the evaluations of the Normative Aging Study population, a large cross-sectional study of 2,163 men and 3,185 women found an increased risk of cardiovascular disease (including coronary artery disease, myocardial infarction, and stroke) for women in the two highest exposure PbB quartiles (Q3: 3.77–5.460 µg/dL; Q4: ≥5.461 µg/dL), although risk was not increased for men in any PbB quartile (Q4: ≥6.25 µg/dL) (Chen et al. 2017).  Other studies have evaluated left ventricular function and structure, heart rate variability, and QRS-T wave angle (Jing et al. 2019l Yang et al. 2017; Yu et al. 2019a).  A small (n=179) prospective study in adults with a mean PbB of 4.18 µg/dL showed an inverse association between PbB and left ventricular systolic function, but not left ventricular diastolic function or left ventricular structure (Yang et al. 2017).  Results of a small (n=328) cross-sectional study in newly hired male Pb workers did not observe an association between PbB (mean 4.54 µg/dL) and heart rate variability (Yu et al. 2019a).  A large (n=7,179) study of NHANES III participants showed that PbB was associated

**Table 2-9. Summary of Epidemiological Studies Evaluating Atherosclerosis at Mean Blood Lead Concentration (PbB) ≤10 μg/dL[a]**

| Reference and study population | PbB (μg/dL) | Outcome evaluated | Result[b] |
|---|---|---|---|
| **Ari et al. 2011**<br><br>Clinical study; n=50 adult male and female hemodialysis patients and 48 age- and sex-matched controls | Mean<br>• Hemodialysis patients: 0.41<br>• Controls: 0.10 | Greater carotid artery intima-media thickness | β (SE), mm per μg/dL PbB: 0.101 (0.040); **p=0.013*** |
| **Muntner et al. 2005[c]**<br><br>Cross-sectional study; n=9,961 participants | Mean: 1.64<br>Quartiles:<br>• Q1: <1.06<br>• Q2: 1.06–1.63<br>• Q3: 1.63–2.47<br>• Q4: ≥2.47 | PAD | **OR for prevalence in Q4: 1.92 (1.02–3.61)***<br>**p-trend (across quartiles): <0.001*** |
| **Navas-Acien et al. 2004[c]**<br><br>Cross-sectional study; n=2,125 participants | Mean: 2.07<br>Quartiles:<br>• Q1: <1.45<br>• Q2: 1.45–2.07<br>• Q3: 2.07–2.90<br>• Q4: >2.90 | PAD | OR for prevalence in Q4: 2.88 (0.87, 9.47)<br>**p-trend (across quartiles) for risk: 0.02*** |

[a]See the *Supporting Document for Epidemiological Studies for Lead*, Table 3 for more detailed descriptions of studies.
[b]Asterisk and bold indicate association with Pb; unless otherwise specified, values in parenthesis are 95% CIs
[c]Study population was from NHANES.

CI = confidence interval; NHANES = National Health and Nutrition Examination Survey; OR = odds ratio; PAD = peripheral artery disease; pb = lead; SE = standard error

APPX ATT_V6_2394

2. HEALTH EFFECTS

66

## Table 2-10. Summary of Epidemiological Studies Evaluating Heart Disease at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]

| Reference and study population | PbB (µg/dL) | Outcome evaluated | Result[b,c] |
|---|---|---|---|
| **Chen et al. 2017**<br><br>Cross-sectional study;<br>n=5,348 adults (men: 2,163; women: 3,185) aged ≥18 years | Quartiles:<br>• Men<br>  ○ Q1: ≤2.900<br>  ○ Q2: 2.901–4.400<br>  ○ Q3: 4.401–6.248<br>  ○ Q4: ≥6.249<br>• Women<br>  ○ Q1: ≤2.50<br>  ○ Q2: 2.501–3.770<br>  ○ Q3:3.771–5.460<br>  ○ Q4: ≥5.461 | Cardiovascular disease | ORs:<br>Men, Q4: 1.01 (0.58, 1.78); p-trend: 0.59<br>**Women, Q3: 1.65 (1.03, 2.66)***<br>**Women, Q4, 1.93 (1.22, 3.04); p-trend: <0.01*** |
| **Cheng et al. 1998[d]**<br><br>Longitudinal study; n=775 men<br>(n=277 for men <65 years of age) | PbB mean: 5.8<br>Bone Pb, µg/g, mean (SD)<br>• Tibia: 22.2 (13.4)<br>• Patella: 30.8 (19.2) | QT interval | β, msec per 10-fold increase in PbB: -0.65 (-10.40, 9.10); p=0.90<br>**β, msec per 10-fold increase in tibia Pb: 5.03 (0.83, 9.22); p=0.02***<br>**β, msec per 10-fold increase in patella Pb: 3.00 (0.16, 5.84); p=0.04*** |
| | | QRS interval | β, msec per 1 unit increase in PbB: -3.49 (-10.72, 3.75); p=0.35<br>**β, msec per 1-fold increase in tibia Pb: 4.83 (1.83, 7.83); p<0.01***<br>**β, msec per 1-fold increase in patella Pb: 2.23 (0.10, 4.36); p=0.04*** |
| | | IVCD | **OR for a 10-fold increase in tibia Pb: 2.23 (1.28, 3.90); p<0.01*** |

APPX ATT_V6_2395

2. HEALTH EFFECTS

**Table 2-10. Summary of Epidemiological Studies Evaluating Heart Disease at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population | PbB (µg/dL) | Outcome evaluated | Result[b,c] |
|---|---|---|---|
| **Eum et al. 2011[d]**<br><br>Prospective longitudinal study; n=600 men | PbB baseline mean: 5.8<br>PbB Tertiles:<br>• T1: <4<br>• T2: 4–6<br>• T3: >6<br>Tibia Pb (µg/g) baseline mean: 21.6<br>Tertiles:<br>• T1: <16<br>• T2: 16–23<br>• T3: >23 | QT interval<br><br><br><br>Atrioventricular conduction defect | PbB OR for T3: 1.31 (0.69, 2.48); p-trend: 0.41<br><br>**Tibia OR for T3: 2.53 (1.22, 5.25)\*; p-trend: 0.003\***<br><br>PbB OR for T3: 0.52 (0.19, 1.45); p-trend: 0.16<br><br>Tibia OR for T3: 0.23 (0.06, 0.87); p-trend: 0.03 |
| **Jain et al. 2007[d]**<br><br>Longitudinal prospective study; n=837 men | PbB baseline mean<br>• Non-cases 6.2<br>• Cases 7.0<br>Patella Pb (µg/g) baseline mean<br>• Non-cases 30.6<br>• Cases 36.8 | Ischemic heart disease | **PbB β per 1 SD increase in PbB: 1.27 (1.01, 1.59)\***<br><br>**PbB HR per 1 log increased in PbB: 1.45 (1.01, 2.06); p=0.05\***<br><br>**Patella Pb HR per 1 log increased in bone Pb: 2.64 (1.09, 6.37); p=0.05\*** |
| **Park et al. 2009a[d]**<br><br>Longitudinal prospective study; n=613 men | PbB median (IQR): 5 (4–7)<br>Patella Pb (µg/dL), median (IQR): 26 (18–37)<br>Tibia Pb (µg/dL), median (IQR): 19 (14–27) | QT interval | PbB β for msec increase per IQR: 1.3 (-0.76, 3.36)<br><br>**Patella β for msec increase per IQR: 2.64 (0.13, 5.15)\***<br><br>**Tibia β for msec increase per IQR: 2.85 (0.29, 5.40)\*** |
| **Yang et al. 2017**<br><br>Prospective study; n=179 adults (50.3% women); follow-up period 11.9 years | PbB baseline Gmean: 4.19 | Left ventricular systolic function | β, per doubling of PbB for ejection fraction (%): 0.150 (-1.019, 1.320); p=0.800<br><br>**β, per doubling of PbB for global longitudinal strain (%): -0.392 (-0.753, -0.030); p=0.034\***<br><br>β, per doubling of PbB for regional longitudinal strain (%): -0.618 (-1.167, -0.068); p=0.028\* |

**APPX ATT_V6_2396**

2. HEALTH EFFECTS

**Table 2-10. Summary of Epidemiological Studies Evaluating Heart Disease at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population | PbB (µg/dL) | Outcome evaluated | Result[b,c] |
|---|---|---|---|
| | | | **β, per doubling of PbB for regional longitudinal strain rate (per second): -0.056 (-0.097, -0.015); p=0.008*** |
| | | | β, per doubling of PbB for regional radial strain (%): -1.825 (-3.740, 0.090); p=0.062 |
| | | | **β, per doubling of PbB for regional radial strain rate (per second): -0.113 (-0.226, -0.0002); p=0.050*** |
| | | Left ventricular structure | β, per doubling of PbB for left ventricular mass (g/m²): -1.399 (-4.504, 1.707); p=0.375 |
| | | | β, per doubling of PbB for end-diastolic diameter (cm): -0.064 (-0.134, 0.006); p=0.072 |
| | | | β, per doubling of PbB for relative wall thickness: 0.0065 (-0.0031, 0.0162); p=0.185 |
| Yu et al. 2019a | Mean: 4.54 | Heart rate variability | Regression (β) coefficients (95% CI) per 10-fold increase in PbB: |
| Cross-sectional study; n=328 newly hired male Pb workers | | | • Supine position: 3.0 (-20.4, 33.0); p=0.82 |
| | | | • Standing position: -6.0 (-26.2, 19.7); p=0.61 |
| | | | • Orthostatic change: -8.8 (-31.8, 17.5); p=0.47 |

[a]See the *Supporting Document for Epidemiological Studies for Lead*, Table 3 for more detailed descriptions of studies.
[b]Asterisk and bold indicate association with Pb; unless otherwise specified, values in parenthesis are 95% CIs; p-values <0.05 unless otherwise noted in the table.
[c]If bone Pb is noted under results, study did not show associations between PbB and blood pressure parameters; however, results showed associations between bone Pb concentrations and increased blood pressure at concomitant PbB ≤10 µg/dL.
[d]Study population was from the Normative Aging Study.

CI = confidence interval; Gmean = geometric mean; HR = hazard ratio; IQR = intraquartile range; IVCD = intraventricular conduction defect; OR = odds ratio; Pb = lead; SD = standard deviation

68

**APPX ATT_V6_2397**

with an abnormal QRS-T wave angle in men (mean PbB: 4.10 µg/dL), but not in women (mean PbB: 2.93 µg/dL) (Jing et al. 2019).

*Mortality due to cardiovascular disease.*  Mortality due to cardiovascular disease at PbB ≤10 µg/dL has been examined in large prospective and longitudinal studies, which provide mixed results.  Studies are briefly summarized in Table 2-11, with additional details provided in the *Supporting Document for Epidemiological Studies for Lead,* Table 3.  Three of these were conducted in large studies of men and women participating in NHANES (Aoki et al. 2016; Lanphear et al. 2018; Menke et al. 2006; Schober et al. 2006).  Aoki et al. (2016), Lanphear et al. (2018), and Menke et al. (2006) observed positive associations of mortality due to cardiovascular disease, including ischemic heart disease, myocardial infarction, and stroke and at PbB ≤10 µg/dL, including positive trends for mortality with increasing PbB.

In contrast, Schober et al. (2006) did not find increased cardiovascular mortality risk at PbB <10 µg/dL, although risk was increased at PbB ≥10 µg/dL and a positive trend for mortality was observed with increasing PbB.  For PbB, no increased risk or positive trend for morality due to cardiovascular was observed in men from the Normative Aging Study (Weisskopf et al. 2009).  In women, the risk of mortality due to coronary heart disease was increased at PbB ≥8 µg/dL compared to PbB <8 µg/dL (Khalil et al. 2009).

**Associations Between Bone Pb and Cardiovascular Effects.**  Several studies have evaluated associations between bone Pb concentration and blood pressure and cardiac outcomes.  Results provide evidence that long-term exposure to Pb produces adverse effects on the cardiovascular system.

*Increased blood pressure and hypertension.*  Numerous studies show associations between bone Pb concentration and increased blood pressure and increased risk of hypertension (see Table 2-12).  The most studied population is older men participating in the Normative Aging Study.  Results consistently show positive associations between tibia Pb and systolic blood pressure (Cheng et al. 2001), pulse pressure (Jhun et al. 2015; Perlstein et al. 2007; Zhang et al. 2010), and risk of hypertension (Cheng et al. 2001; Elmarsafawy et al. 2006; Hu et al. 1996a; Peters et al. 2007).  The association between bone Pb and elevated pulse pressure suggests that Pb may alter cardiovascular function through loss of arterial elasticity (Jhun et al. 2015; Perlstein et al. 2007; Zhang et al. 2010).  Associations between patella Pb and blood pressure outcomes have been somewhat less consistent, with some studies showing positive associations (Hu et al. 1997; Jhun et al. 2015; Perlstein et al. 2007; Peters et al. 2007; Zhang et al. 2010) and other studies showing no associations (Cheng et al. 2001; Elmarsafawy et al. 2006).  Other study

APPX ATT_V6_2398

**Table 2-11. Summary of Epidemiological Studies Evaluating Mortality due to Cardiovascular Disease at Mean Blood Lead Concentrations (PbB) ≤10 µg/dL[a]**

| Reference and study population | PbB (µg/dL) | Outcome evaluated | Result[b] |
|---|---|---|---|
| **Aoki et al. 2016[c]** <br> Prospective study; n=18,602 | Mean: 1.73 | Mortality due to cardiovascular disease | **RR, per 10-fold increase in PbB: 1.44 (1.05, 1.98)*** |
| **Khalil et al. 2009** <br> Prospective study; n=533 women | Mean: 5.3 | Mortality due to coronary heart disease | **PbB ≥8.0 compared to women with PbB <8.0. HR: 3.08 (1.23, 7.70); p=0.016*** |
| **Menke et al. 2006[c]** <br> Longitudinal study; n=13,946 | Baseline mean: 2.58 <br> Tertiles: <br> • T1: <1.93 <br> • T2: 1.94–3.62 <br> • T3: ≥3.63 | Mortality due to cardiovascular disease <br><br> Mortality due to myocardial infarction <br><br> Mortality due to stroke | **HR for T3 versus T1: 1.55 (1.08, 2.24)*; p-trend: 0.003*** <br> **HR for T3 versus T1: 1.89 (1.04, 3.43)*; p-trend: 0.007*** <br> **HR for T3 versus T1: 2.51 (1.20, 5.26)*; p-trend: 0.017*** <br> **RR for T3 versus T1: 1.55 (1.16, 2.07)*; p-trend: <0.01*** |
| **Lanphear et al. 2018[c]** <br> Longitudinal study; n=14,289 | Mean: 2.71 | Mortality due to cardiovascular disease <br><br> Mortality due to ischemic heart disease | **HR for PbB increase from 1.0 to 6.7 µg/dL: 1.70 (1.30, 2.22)*** <br> **HR for PbB increase from 1.0 to 6.7 µg/dL: 2.08 (1.52, 2.85)*** |
| **Weisskopf et al. 2009[d]** <br> Longitudinal study; n=868 men | Mean: 5.6 <br> Tertiles <br> • T1: <4 <br> • T2: 4–6 <br> • T3: >6 | Mortality due to cardiovascular disease | HR for T3 versus T1: 1.10 (0.67, 1.80); p-trend: 0.72 |

[a]See the *Supporting Document for Epidemiological Studies for Lead*, Table 3 for more detailed descriptions of studies.
[b]Asterisk and bold indicate association with Pb; unless otherwise specified, values in parenthesis are 95% CIs; p-values <0.05 unless otherwise noted in the table.
[c]Study population was from NHANES.
[d]Study population was from the Normative Aging Study.

CI = confidence interval; HR = hazard ratio; NHANES = National Health and Nutrition Examination Survey; Pb = lead; RR = risk ratio

APPX ATT_V6_2399

populations examined include adults (Martin et al. 2006), young adults (Gerr et al. 2002), current and former Pb workers (Glenn et al. 2003; Lee et al. 2001), women (Korrick et al. 1999), pregnant women (Rothenberg et al. 2002), and mother-child pairs (Zhang et al. 2011). Although study results are not consistent, positive associations between bone Pb and blood pressure and risk of hypertension have been reported. Navas-Acien et al. (2008) conducted a meta-analysis of 10 studies (see Table 2-12 for studies included in the analysis) to evaluate associations between tibia and patella Pb and blood pressure outcomes. Positive associations were observed between tibia Pb and systolic blood pressure and hypertension risk, but no associations were observed between tibia Pb and diastolic blood pressure or between patella Pb and systolic blood pressure, diastolic blood pressure, or hypertension risk.

### Table 2-12.  Associations Between Bone Pb and Blood Pressure Outcomes

| Reference | Population | Blood pressure outcome | | | |
| | | Systolic blood pressure | Diastolic blood pressure | Pulse pressure | Hypertension |
| --- | --- | --- | --- | --- | --- |
| Cheng et al. 2001[a] | 833 men[b] | ↑ T<br>0 P | – | – | ↑ T<br>0 P |
| Elmarsafawy et al. 2006 | 471 men[b] | – | – | – | ↑ T (at low dietary calcium)<br>0 P (at high dietary calcium) |
| Gerr et al. 2002[a] | 508 young adults[c] | ↑ T | ↑ T | – | – |
| Glenn et al. 2003[a] | 496 male Pb workers[d] | ↑ T<br>↑ P | 0 T<br>0 P | – | – |
| Glenn et al. 2006[a] | 575 adult Pb workers[e] | ↓ T | 0 T | – | – |
| Hu et al. 1996a[a] | 590 | – | – | – | ↑ T<br>↑ P |
| Jhun et al. 2015 | 727 men[b] | – | – | ↑ T<br>↑ P | – |
| Korrick et al. 1999[a] | 689 women (214 cases; 475 controls)[f] | – | – | – | 0 T<br>↑ P |
| Lee et al. 2001[a] | 924 adult Pb workers (789 cases; 135 controls[e] | ↑ T | 0 T | – | ↑ T |
| Martin et al. 2006[a] | 964 adults | 0 T | 0 T | – | ↑ T |
| Perlstein et al. 2007 | 593 men[b] | – | – | ↑ T<br>↑ P | – |

**Table 2-12.  Associations Between Bone Pb and Blood Pressure Outcomes**

| | | Blood pressure outcome | | | |
|---|---|---|---|---|---|
| Reference | Population | Systolic blood pressure | Diastolic blood pressure | Pulse pressure | Hypertension |
| Peters et al. 2007 | 512 men[b] | − | − | − | ↑ T (with high stress) ↑ P (with high stress) |
| Rothenberg et al. 2002[a] | 1,006 pregnant women | − | − | − | ↑ C (3rd trimester) 0 T (3rd trimester) |
| Schwartz et al. 2000c[a] | 543 male Pb workers[d] | 0 T | 0 T | − | 0 T |
| Weaver et al. 2008 | 652 Pb workers[e] | 0 P | 0 P | − | 0 P |
| Zhang et al. 2010 | 612 men[b] | − | − | ↑ T ↑ P | − |
| Zhang et al. 2011 | 457 mother-child pairs[g] | ↑ T (girls) 0 T (boys) | ↑ T (girls) 0 T (boys) | − | − |

[a]Included in the Navas-Acien et al. (2008) meta-analysis.
[b]Participants in the Normative Aging Study.
[c]19–29 years of age.
[d]Current and former Pb workers in the United States.
[e]Current and former Pb workers in South Korea.
[f]Nurses Health Study.
[g]Based on maternal bone Pb measurement.

↑ = positive association; ↓ = inverse association; 0 = no association; − = not reported; C = calcaneus bone;
P = patella; Pb = lead; T = tibia

*Cardiac function.*  Several studies evaluating associations between bone Pb and cardiac function, disease, and mortality were conducted in participants of the Normative Aging Study (see Table 2-13).  For tibia Pb, positive associations have been observed for QT and QRS intervals (Cheng et al. 1998; Eum et al. 2011; Park et al. 2009a), atrioventricular and intraventricular block (Cheng et al. 1998), and ischemic heart disease (Jain et al. 2007).  For patella Pb, positive associations were observed for QT and QRS intervals (Cheng et al. 1998; Park et al. 2009a).  Both tibia Pb and patella Pb were positively associated with ischemic heart disease (Jain et al. 2007), and patella and tibia Pb were associated with an increased risk of coronary heart disease (Ding et al. 2016, 2019).  However, no association was observed between tibia or patella Pb and all cardiovascular mortality or mortality due to ischemic heart disease (Weisskopf et al. 2009).

**Table 2-13. Associations Between Bone Pb and Cardiac Function, Disease, and Mortality**

| Reference | Population | Outcome | | |
|---|---|---|---|---|
| | | Function | Disease | Mortality |
| Cheng et al. 1998 | 775 men[a] | ↑ T (QT and QRS intervals; AV block; IV block) ↑ P (QT and QRS intervals) 0 P (AV block; IV block) | – | – |
| Ding et al. 2016 | 589 men[a] | – | ↑ P (CHD) | – |
| Ding et al. 2019 | 594 men[a] | – | ↑ T (CHD) ↑ P (CHD) | – |
| Eum et al. 2011 | 600 men[a] | ↑ T (QT and QRS intervals) 0 P (QT and QRS intervals) | – | – |
| Jain et al. 2007 | 837 men[a] | – | ↑ T (IHD) ↑ P (IHD) | – |
| Park et al. 2006 | 413 men[a] | 0 T (HRV with MetS) 0 T (HRV without MetS) ↑ P (HRV with MetS) 0 P (HRV without MetS) | – | – |
| Park et al. 2009a | 613 men[a] | ↑ T (QT interval) ↑ P (QT interval) | – | – |
| Weisskopf et al. 2009 | 868 men[a] | – | – | 0 T (all cardiovascular or IHD deaths) 0 P (all cardiovascular or IHD deaths) |

[a]Participants in the Normative Aging Study.

↑ = positive association; ↓ = inverse association; 0 = no association; – = not reported; AV = atrioventricular; CHD = coronary heart disease; HRV = heart rate variability; IHD = ischemic heart disease (defined as myocardial infarction or angina pectoris); IV = intraventricular; MetS = metabolic syndrome (three or more of the following: obesity, diabetes, hypertension, and dyslipidemia); P = patella; Pb = lead; T = tibia

*Mechanisms of Action.* Several studies and recent reviews include discussions of mechanisms that may be involved in Pb-induced effects on cardiovascular function (Faramawai et al. 2015; Ghiasvand et al. 2013; Mitra et al. 2017; Nawrot et al. 2002; Shiue et al. 2014; Weisskopf et al. 2009; Xu et al. 2015; Zota et al. 2013). Control of cardiovascular function is multi-factorial; therefore, numerous mechanisms are likely involved in Pb-induced cardiovascular effects. Specific mechanisms for cardiovascular effects include: impairment of renal function; effects on vascular smooth muscle, including constrictive effects and disruption of NO-induced vasodilatory actions; increase of sympathetic nervous system activity;

altered chemoreceptor activity; and altered regulation of the renin-angiotensin-aldosterone axis and the renal kallikrein system. In addition, general mechanisms of toxicity of Pb, including oxidative stress, inflammation, and altered transport of ions across cellular membranes, also are likely to be involved (see Section 2.21).

## 2.7   GASTROINTESTINAL

***Overview.***  Few epidemiological studies have evaluated gastrointestinal effects associated with chronic exposure to Pb. Almost all available studies were conducted in small numbers of workers with PbB >10 µg/dL, although one study included a group of workers with PbB ≤10 µg/dL. Study results consistently show gastrointestinal symptoms (abdominal colic/pain, nausea, vomiting, diarrhea, and/or constipation) associated with PbB ranging from 8.04 µg/dL to approximately 100 µg/dL. As reviewed in Section 2.2 (Acute Lead Toxicity), acute exposure to Pb is associated with gastrointestinal symptoms and intestinal paralysis.

The following gastrointestinal effects have been associated with PbB:

- ≤10 µg/dL:
  - Gastrointestinal symptoms (abdominal colic/discomfort).
- >10 µg/dL:
  - Gastrointestinal symptoms (abdominal colic/pain, nausea, vomiting, diarrhea and/or constipation); corroborated in a few studies.

***Measures of Exposure.***  Studies examining the association between gastrointestinal effects of Pb exposure evaluate exposure by measurement of PbB.

***Confounding Factors and Effect Modifiers.***  Most epidemiological studies on gastrointestinal effects of Pb are survey or cross-sectional studies of small populations of workers. In general, studies did not consider factors, such as age, diet, nutritional factors, alcohol use, and potential exposure to other occupational chemicals or limitations such as study design (cross-sectional and survey). Failure to account for these factors may attenuate or strengthen the apparent associations between Pb exposure and the outcome, depending on the direction of the effect of the variable on the outcome.

***Characterization of Effects.***  In contrast to the large number of epidemiological studies evaluating effects of Pb on other organ systems (e.g., neurological and cardiovascular outcomes), few epidemiological studies have investigated the gastrointestinal effects of chronic exposure to Pb (see Table 2-14).  With the exception of a survey study conducted in 497 workers (Rosenman et al. 2003), studies were conducted in small worker populations (n=69–155).  Increased gastrointestinal symptoms (abdominal colic/pain, nausea, vomiting, diarrhea, and/or constipation) were observed in all studies.  The lowest PbB associated with increased gastrointestinal symptoms showed an increased percentage of workers reporting abdominal colic and discomfort at a mean PbB of 8.04 µg/dL, compared to controls (PbB 5.76 µg/dL) (Kuruvilla et al. 2006).  For example, 18.9% of painters reported abdominal colic compared to 0 in the control group.

***Effect at Blood Pb Levels ≤10 µg/dL.***  See discussion above on Kuruvilla et al. (2006).

***Mechanisms of Action.***  General mechanisms of toxicity of Pb (reviewed in Section 2.21) are likely involved in the development of gastrointestinal toxicity.  EPA (2014c) specifically noted that oxidative stress through ROS could result in gastrointestinal toxicity; as a result, damage to the intestinal mucosa epithelium is possible.

## 2.8   HEMATOLOGICAL

***Overview.***  Pb-induced toxicity to the hematological system has long been established.  Pb inhibits heme synthesis, leading to the development of microcytic, hypochromic anemia.  Numerous epidemiological studies have evaluated hematological effects associated with exposure to Pb in adults and children.  Most studies were cross-sectional in design and evaluated effects on heme synthesis and subsequent changes in erythrocyte hemoglobin parameters and anemia.  Studies in adults (general populations and workers) and children consistently show inhibition of heme synthesis enzymes, particularly δ-ALAD, and subsequent decreases in blood hemoglobin, red blood cell parameters (e.g., mean cell hemoglobin, mean cell volume), and development of anemia.  Other hematological effects observed in epidemiological studies include alterations in erythrocyte function (decreased activities of pyrimidine 5'-nucleotidase and membrane $Ca^{2+}/Mg^{2+}$ ATPase), changes in serum EPO concentration, and decreased platelet count.

## Table 2-14. Summary of Studies Evaluating Gastrointestinal Symptoms Associated with Chronic Exposure to Lead (Pb)

| Reference and study population | PbB (µg/dL) | Outcomes evaluated[a] | Effects[b] |
|---|---|---|---|
| **Awad el Karin et al. 1986**<br><br>Cross-sectional study; n=92 exposed; 40 controls | Range of means (by job category): 48.1–80.7<br>Controls mean: 21.2 | Abdominal colic | • Exposed (% reporting symptom) 41.3; **exposed versus control p=0.01***<br>• Control (% reporting symptom): 7.5 |
| | | Constipation | • Exposed (% reporting symptom) 41.4; **exposed versus control p=0.01***<br>• Control (% reporting symptom): 10.0 |
| **Baker et al. 1979**<br><br>Survey study; n=160 Pb workers | Range of means (by job category): 41.8–87.2 | Gastrointestinal symptoms | • **Mean PbB at which symptoms are present: 101.24 µg/dL (p<0.01)***<br>PbB, symptom absent: 65.98 µg/dL |
| | | Abdominal pain | • **PbB, symptoms present: 100.77 µg/dL (p<0.01)***<br>PbB, symptom absent: 68.25 µg/dL |
| **Kuruvilla et al. 2006**<br><br>Cross-sectional study; n=155; exposed workers: n=105 (52 battery workers; 53 painters); controls: n=50 | Mean<br>• Battery workers:42.40<br>• Painters: 8.04<br>• Controls: 5.76 | Abdominal colic | • **Battery workers (% reporting symptom): 17.3; p<0.01***<br>• **Painters (% reporting symptom):18.9; p<0.01***<br>• Controls (% reporting symptom): 0 |
| | | Abdominal discomfort | • **Battery workers (% reporting symptom): 19.2; p<0.01***<br>• **Painters (% reporting symptom): 26.4; p<0.001***<br>• Controls (% reporting symptom): 2 |
| | | Vomiting | • Battery workers (% reporting symptom): 1.9<br>• Painters (% reporting symptom): 1.9<br>• Controls (% reporting symptom): 0 |
| | | Constipation | • Battery workers (% reporting symptom): 0<br>• Painters (% reporting symptom): 1.9<br>• Controls (% reporting symptom): 2 |

2. HEALTH EFFECTS

## Table 2-14. Summary of Studies Evaluating Gastrointestinal Symptoms Associated with Chronic Exposure to Lead (Pb)

| Reference and study population | PbB (µg/dL) | Outcomes evaluated[a] | Effects[b] |
|---|---|---|---|
| **Matte et al. 1989** <br><br> Survey study; n=69 (46 manufacturing and 23 battery repair workers) | • Mean: not reported <br> • Workers stratified by PbB <60 and ≥60 | Nausea <br><br><br> Abdominal pain | • PbB <60 (% reporting symptom): 7 <br> • PbB ≥60 (% reporting symptom): 14 <br> • PR (95% CI): 2.0 (0.5, 7.9) <br><br> • PbB <60 (% reporting symptom): 12 <br> • PbB ≥60 (% reporting symptom): 18 <br> • PR (95% CI): 1.5 (0.5, 4.6) |
| **Rosenman et al. 2003** <br><br> Survey study; n=497 workers | • Range 10–70 <br> • Stratification by PbB: <br>    ○ 10–24 (n=139) <br>    ○ 25–29 (n=98) <br>    ○ 30–39 (n=171) <br>    ○ 40–49 (n=58) <br>    ○ 50–59 (n=22) <br>    ○ ≥60 (n=9) | Abdominal pain | AdjOR (95% CI) for PbB: <br> • 10–24: 1 (reference) <br> • 25–29: 0.62 (0.28, 1.37) <br> • 30–39: 0.98 (0.53, 1.82) <br> • **40–49: 2.15 (1.03, 4.49)\*** <br> • 50–59: 1.54 (0.52, 5.23) <br> • ≥60: NR |

[a]Gastrointestinal symptoms include abdominal colic, nausea, vomiting, diarrhea, and/or constipation.
[b]Asterisk and bold indicate association with Pb; unless otherwise specified, values in parenthesis are 95% CIs; p-values <0.05 unless otherwise noted in the table.

AdjOR = adjusted odds ratio (adjusted by age, ethnicity group, company screening, and smoking status); CI = confidence interval; NR = not reported; PbB = blood lead concentration; PR; prevalence ratio

2. HEALTH EFFECTS

The following hematological effects have been associated with PbB:

- ≤10 µg/dL:
  - Inhibition of δ-ALAD; demonstrated in a few studies.
  - Decreased blood hemoglobin; evaluated in several studies with mixed results.
  - Decreased platelet count.
  - Decreased plasma EPO in adult males.
- >10 µg/dL:
  - Dose-dependent decreased heme synthesis due to inhibition of δ-ALAD and other heme metabolism enzymes; demonstrated in numerous studies.
  - Anemia and decreased blood hemoglobin; demonstrated in numerous studies.
  - Decreased activity of other erythrocyte enzymes (pyrimidine 5'-nucleotidase or red blood cell membrane $Ca^{2+}/Mg^{2+}$ATPase); demonstrated in a few studies.
  - Altered plasma EPO concentration:
    - Decreased in adult males; evaluated in a few studies with mixed results.
    - Decreased in pregnant females; demonstrated in one study, but findings not corroborated.
    - Mixed results (both increases and decreases observed) in children; evaluated in a few studies.

***Measures of Exposure.*** Studies evaluating the association between hematological effects and Pb exposure most commonly evaluate exposure by measurement of PbB.

***Confounding Factors and Effect Modifiers.*** In general, available epidemiological studies on hematological effects do not control for factors, including concomitant exposure to other chemicals, that may affect the hematological system. In addition, dietary insufficiency of iron is the primary cause of microcytic, hypochromic anemia; however, few studies evaluated this as an effect modifier. Age and renal function are also confounding factors, as impairment of renal function can affect renal EPO synthesis and PbB. Failure to account for these factors may attenuate or strengthen the apparent associations between Pb exposure and the outcome, depending on the direction of the effect of the variable on the outcome.

***Characterization of Effects.*** General trends for studies showing a relationship between PbB and hematological effects are shown in Table 2-15. Most epidemiological studies of hematological effects have examined effects on heme metabolism and its consequences, with fewer studies examining other

hematological endpoints (altered serum levels of EPO, altered erythrocyte function, and decreased platelet count). As noted above, Pb-induced toxicity to the hematological system, specifically inhibition of heme synthesis enzymes and resulting anemia and decreased erythrocyte hemoglobin, have long been established. Numerous epidemiological studies in adults and children provide consistent evidence that δ-ALAD activity is inversely correlated with PbB over a PbB range of <10–>50 µg/dL (see Table 2-15) with δ-ALAD inhibition and subsequent effects of inhibition showing concentration-dependence for PbB (Murata et al. 2009; Schwartz et al. 1990). A few studies have reported other hematological effects, including decreased platelet count in Pb workers at PbB of 5.4 µg/dL (Conterato et al. 2013) and >41 µg/dL (Barman et al. 2014). Inhibition of non-heme metabolism enzymes in erythrocytes was also associated with PbB. In Pb workers, membrane $Ca^{2+}/Mg^{2+}$ATPase was inhibited at a PbB range of approximately 29–42 µg/dL (Abam et al. 2008), and pyrimidine 5'-nucleotidase was inhibited at a PbB of >50 µg/dL (Buc and Kaplan 1978). Pyrimidine 5'-nucleotidase also was inhibited in children (aged 1–5 years) with a PbB range of 30–72 µg/dL (Angle et al. 1982).

**Table 2-15. Overview of Hematological Effects Associated with Chronic Exposure to Lead (Pb)**

| Mean blood lead concentration (PbB) (µg/dL) | Effects associated with Pb exposure | References |
|---|---|---|
| ≤10 | Altered heme synthesis[a] | Ahamed et al. 2006; Ergurhan-Ilhan et al. 2008; Wang et al. 2010 |
| | Anemia and/or decreased measures of RBC hemoglobin[b] | Ahamed et al. 2006; Conterato et al. 2013; Olivero-Verbel et al. 2007; Queirolo et al. 2010; Riddell et al. 2007; Ukaejiofo et al. 2009 |
| | Increased hemoglobin | Chen et al. 2019 |
| | Decreased platelet count | Conterato et al. 2013 |
| | Decreased EPO | Sakata et al. 2007 |
| >10–30 | Altered heme synthesis[a] | Ahamed et al. 2005, 2006; Counter et al. 2008, 2009; Grandjean and Lintrup 1978; La-Llave-Leon et al. 2017; Lauwerys et al. 1978; Mohammad et al. 2008; Murata et al. 2009; Piomelli et al. 1982 Rabinowitz et al. 1985; Roels et al. 1975, 1976; Roels and Lauwerys 1987; Schumacher et al. 1997; Stuik 1974 |
| | Anemia and/or decreased measures of RBC hemoglobin[b] | Adebonojo 1974; Ahamed et al. 2007; Karita et al. 2005; Li et al. 2018; Schwartz et al. 1990; Shah et al. 2010 |
| | Altered RBC function[c] | Abam et al. 2008; Huel et al. 2008 |
| | Decreased platelet count | Barman et al. 2014 |
| | Decreased EPO | Graziano et al. 1991, Liebelt et al. 1999 |

**Table 2-15. Overview of Hematological Effects Associated with Chronic Exposure to Lead (Pb)**

| Mean blood lead concentration (PbB) (µg/dL) | Effects associated with Pb exposure | References |
|---|---|---|
| | Increased EPO | Factor-Litvak et al. 1999; |
| >30–50 | Altered heme synthesis[a] | Ademuyiwa et al. 2005; Alessio et al. 1976; Conterato et al. 2013; Fukumoto et al. 1983; Griffin et al. 1975; Murata et al. 2009; Roels et al. 1976; Secchi et al. 1974; Solliway et al. 1996 |
| | Anemia and/or decreased measures of RBC hemoglobin[b] | Chwalba et al. 2018; Conterato et al. 2013; Dobrakowski et al. 2016; Schwartz et al. 1990; Solliway et al. 1996 |
| | Altered RBC function | Abam et al. 2008; Angle et al. 1982; Buc and Kaplan 1978 |
| | Increased reticulocytes | Kalahasthi and Barman 2016 |
| | Decreased EPO | Romeo et al. 1996 |
| | Increased EPO | Factor-Litvak et al. 1998; Graziano et al. 2004; |
| >50 | Altered heme synthesis[a] | Cools et al. 1976; Gurer-Orhan et al. 2004; Jin et al. 2006; Meredith et al. 1978; Murata et al. 2009; Pagliuca et al. 1990; Schwartz et al. 1990 |
| | Anemia and/or decreased measures of RBC hemoglobin[b] | Baker et al. 1979; Lilis et al. 1978; Malekirad et al. 2013; Grandjean1979; Patil et al. 2006; Roels et al. 1979 |
| | Decreased EPO | Romeo et al. 1996 |
| | Altered RBC function[c] | Buc and Kaplan 1978 |

[a]Inhibition of heme synthesis measured by decreased δ-ALAD activity, elevated RBC levels or urinary levels of heme precursors (e.g., protoporphyrin, erythrocyte protoporphyrin, free erythrocyte protoporphyrin), and/or increased RBC zinc protoporphyrin/heme ratio.
[b]Decreased blood hemoglobin, hematocrit, erythrocyte count, mean corpuscular hemoglobin, mean corpuscular hemoglobin concentration, and/or mean cell volume.
[c]Altered erythrocyte function includes inhibition of pyrimidine 5'-nucleotidase or decreased RBC membrane $Ca^{2+}/Mg^{2+}$ATPase.

ALAD = aminolevulinic acid dehydratase; EPO = serum erythropoietin; RBC = red blood cell

Several studies have evaluated the relationship between PbB and serum EPO levels in adults (Graziano et al. 1991; Osterode et al. 1999; Romeo 1996; Sakata et al. 2007) and children (Factor-Litvak 1998, 1999; Graziano et al. 2004; Liebelt et al. 1999). Erythropoietin is a glycoprotein hormone produced in renal proximal tubules that regulates steady-state and accelerated erythrocyte production. As a compensatory response to conditions producing low blood oxygen (e.g., anemia), proximal tubular cells release EPO, resulting in stimulated erythrocyte production. However, if renal function is compromised due to disease or toxicity (e.g., Pb-induced renal damage), the compensatory increases in serum EPO may be diminished or absent. Results of three cross-sectional studies in adult male workers are inconsistent, showing

decreased serum EPO levels at PbB 6.4–65.1 µg/dL (Romeo et al. 1996; Sakata et al. 2007), but no effect on EPO at a PbB of 45.5 µg/dL (Osterode et al. 1999). Study populations in these cross-sectional studies were small (n for exposed groups=10–27). In a subgroup of 48 pregnant women (selected from a larger cohort of 1,502 pregnant women), serum EPO was decreased; the range of PbB means based on hemoglobin stratifications was 23.1–36.2 µg/dL (Graziano et al. 1991). Studies in children have yielded mixed results on associations between PbB and serum EPO. Results of a series of prospective studies of children (n=280) in former Yugoslavia indicate that serum EPO levels in Pb-exposed children exhibit age-dependence (Factor-Litvak et al. 1998, 1999; Graziano et al. 2004). Serum EPO was increased in children 4.5 (mean PbB: 39.3 µg/dL) and 6.5 years of age (mean PbB: 36.2 µg/dL), but not in children 9.5 (mean PbB: 28.1 µg/dL) or 12 years of age (mean PbB: 30.6 µg/dL) (Factor-Litvak et al. 1998, 1999; Graziano et al. 2004). The study authors suggested that the capacity for compensatory increases in EPO in response to Pb-induced anemia declines over time, possibly due to Pb-induced damage to the renal proximal tubule. In contrast to increases in EPO levels observed in the Yugoslavian cohort, Liebelt et al. (1999) showed decreased EPO levels in a group of children ages 1–6 years (n=95) who had a mean PbB of 18 µg/dL.

***Effect at Blood Pb Levels ≤10 µg/dL.*** Epidemiological studies evaluating hematological effects of PbB ≤10 µg/dL are summarized in Table 2-16, with additional details provided in the *Supporting Document for Epidemiological Studies for Lead,* Table 4. Studies were conducted in small populations (n for exposed groups=25–391), except for two larger (n=855–2,861) cross-sectional studies in children (Liu et al. 2015a; Riddell et al. 2007). In general, studies show inverse associations between PbB ≤10 µg/dL and δ-ALAD activity and blood hemoglobin in adults and children, although results are mixed. Negative correlations between PbB and δ-ALAD activity (measured by plasma δ-ALAD activity or zinc protoporphyrin:heme ratio) have been observed in children (Wang et al. 2010), adolescent males (Ahamed et al. 2006), and adults (Wang et al. 2010) at mean PbB of 5.95–9.96 µg/dL; however, no effect on δ-ALAD activity was observed in children with a mean PbB of 7.11 µg/dL (Ahamed et al. 2005). Differences in δ-ALAD activity were observed for male automotive repair workers (mean PbB: 7.9 µg/dL) and male controls (mean PbB: 2.6 µg/dL). Additionally, two studies in adults showed that blood hemoglobin concentration was lower in Pb workers (mean PbB: 5.4–7.0 µg/dL) compared to controls (mean PbB: 1.5–3.0 µg/dL) (Conterato et al. 2013; Ukaejiofo et al. 2009). In contrast, blood hemoglobin and erythrocyte count were increased in adults living near an electronic waste site (median PbB 8.7 µg/dL), compared to controls (median PbB 8.7 µg/dL) (Chen et al. 2019). In children with mean

## Table 2-16. Summary of Epidemiological Studies Evaluating Hematological Effects at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]

| Reference and study population | PbB (µg/dL) | Outcome evaluated | Result[b] |
|---|---|---|---|
| **Heme metabolism** | | | |
| **Ahamed et al. 2005**<br><br>Cross-sectional study; n=62 children (ages 4–12 years) | Mean (SD)<br>• Group 1: 3.93 (0.61)<br>• Group 2: 7.11 (1.25) | δ-ALAD activity | No difference between groups:<br>• Group 1: 4.82 (1.25)<br>• Group 2: 4.56 (1.20) |
| **Ahamed et al. 2006**<br><br>Cross-sectional study;<br>n=39 adolescent males (ages 15–18 years) | Mean (SD): 9.96 (3.63)<br>Range: 4.62–18.64 | δ-ALAD activity | **A negative correlation between PbB and blood δ-ALAD activity: r= -0.592; p<0.001*** |
| **Ergurhan-Ilhan et al. 2008**<br><br>Cross-sectional study; n=25 male automotive repair workers (mean age 16.8 years) 24 male controls (mean age 16.3 years) | Mean (SD)<br>• Controls: 2.6 (2.0)<br>• Workers: 7.9 (5.2) | ALAD index<br><br>ZPP:heme ratio | • Controls: 0.40 (0.34)<br>• **Workers: 0.73 (0.47); p=0.048***<br><br>• Controls: 26.4 (7)<br>• **Workers: 37.2 (15.9); p=0.045*** |
| **Wang et al. 2010**<br><br>Cross-sectional study; n=307 children (ages 4–13 years) and 391 adults (ages 16–77 years) from China | Median<br>• Children: 6.83<br>• Adults: 5.95 | δ-ALAD activity<br><br><br>ZPP | Pearson correlation coefficients:<br>• **Children: -0.256; p<0.05***<br>• **Adults: -0.213; p<0.05***<br><br>Pearson correlation coefficients:<br>• **Children: 0.135; p<0.05***<br>• **Adults: 0.083; p<0.05*** |
| **Blood hemoglobin/erythrocyte count** | | | |
| **Chen et al. 2019**<br><br>Cross-sectional study; n=158 exposed adults living near an electronic waste area (mean age: 44 years); n=109 controls (mean age: 47 years) | Median ($P_{25}$, $P_{75}$)<br>• Control: 5.1 (3.9, 8.4)<br>• Exposed: 8.7 (6.2, 12.2) | Hb<br><br><br>Erythrocyte count | Median ($P_{25}$, $P_{75}$), g/dL<br>• Control: 123.0 (107.0, 143.0)<br>• **Exposed: 137.0 (119.5, 150.0), p=0.001***<br><br>RBC count (x10³), median ($P_{25}$, $P_{75}$):<br>• Control: 4.2 (3.5, 4.6)<br>• **Exposed: 4.5 (4.1, 4.8), p=0.001*** |

**Table 2-16. Summary of Epidemiological Studies Evaluating Hematological Effects at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population | PbB (µg/dL) | Outcome evaluated | Result[b] |
|---|---|---|---|
| **Conterato et al. 2013**<br><br>Cross-sectional study; n=50 painters; 36 controls | Mean (SE)<br>• Control: 1.5 (0.1)<br>• Painters: 5.4 (0.4) | Hb | Mean (SE); µg/dL<br>• Control: 15.4 (0.2)<br>• **Painters: 15.0 (0.1); p<0.05\*** |
| **Liu et al. 2015a**<br><br>Cross-sectional study; n=855 children (age range: 3–7 years) | PbB quartiles:<br>• Q1: 2.20–5.16<br>• Q2: 5.16–7.33<br>• Q3: 7.33–10.62<br>• Q4: 10.62–37.78<br>Erythrocyte Pb quartiles:<br>• Q1: 5.98–13.52<br>• Q2: 13.52–19.35<br>• Q3: 19.35–28.42<br>• Q4: 28.42–101.01 | Hb | Change in Hb compared to Q1:<br>• PbB Q3: 1.45 (-0.28, 3.18)<br>• Erythrocyte Pb<br>  ○ **Q3: -3.01 (-4.71,1.31); p<0.05\*,c**<br>  ○ **Q4: -3.97 (-5.68, -2.27); p<0.05\*** |
| **Olivero-Verbel et al. 2007**<br><br>Cross-sectional study; n=189 children (age range 5–9 years) | Mean (SE): 5.49 (0.23) | Hb | Spearman correlation coefficient: 0.069; p=0.348 |
| **Queirolo et al. 2010**<br><br>Cross-sectional study; n=222 children (age: 5–45 months) | Mean (SD): 9.0 (6.0) | Hb | **Blood Hb <10.5 g/L was a predictor of PbB;<br>β (95% CI): 2.40 (0.77, 4.03); p<0.01\*** |
| **Riddell et al. 2007**<br><br>Cross-sectional study;<br>n=2,861 children (age 6 months–5 years) | Mean: 6.9 | Hb | **A 1 g/dL increase in Hb was associated with a 3% decrease in PbB (p=0.043)\*** |
| **Ukaejiofo et al. 2009**<br><br>Cross-sectional study; n=81 Pb workers; 30 controls | Mean (SD)<br>• Controls: 3.00 (0.19)<br>• Workers: 7.00 (0.07) | Hb | Mean (SE); g/dL<br>• Controls: 12.96 (0.089)<br>• **Workers: 12.05 (1.62); p<0.001\*** |

## Table 2-16. Summary of Epidemiological Studies Evaluating Hematological Effects at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]

| Reference and study population | PbB (µg/dL) | Outcome evaluated | Result[b] |
|---|---|---|---|
| Zentner et al. 2006 | Umbilical mean (SD): 3.9 (3.6) | Hb | Pearson correlation coefficient: -0.04; p=0.721 |
| Cross-sectional study; n=55 newborns | | | |
| **Other hematological effects** | | | |
| Conterato et al. 2013 | Mean (SE) | Platelet count | Mean (SE), % |
| | • Control: 1.5 (0.1) | | • Control: 244.3 (8.3) |
| Cross-sectional study; n=50 painters; 36 controls | • Painters: 5.4 (0.4) | | • **Painters: 203.7 (6.5); p<0.05\*** |
| Sakata et al. 2007 | Mean (SD); range | EPO | Mean (SD), mU/mL: |
| | • Controls: 2.4 (1.1) | | • Controls:18.8 (4.6) |
| Cross-sectional studies: n=27 exposed workers; 9 controls | • Workers: 6.4 (2.2) | | • **Workers: 12.7 (3.5); p<0.01\*** |

[a]See the *Supporting Document for Epidemiological Studies for Lead*, Table 4 for more detailed descriptions of studies.
[b]Asterisk and bold indicate association with Pb; unless otherwise specified, values in parenthesis are 95% CIs.
[c]The discrepancy between the 95% confidence limits and the p-value appears to be caused by an error in the reporting of the upper confidence limit (i.e., -1.31, rather than 1.31).

ALAD index = log(active δ-ALAD/non-activated δ-ALAD); δ-ALAD = δ-aminolevulinic acid dehydratase; CI = confidence interval; EPO = serum erythropoietin; Hb = hemoglobin; Pb = lead; SD = standard deviation; SE = standard error; ZPP = zinc-protoporphyrin

2. HEALTH EFFECTS

PbB of 6.9–9.0 µg/dL, there was an inverse association between blood hemoglobin concentrations and PbB (Queirolo et al. 2010; Riddell et al. 2007) and erythrocyte Pb concentration (Liu et al. 2015a).  At lower PbB in newborns (PbB 3.9 µg/dL) and children (PbB 5.5 µg/dL), no correlation was found; however, these study populations were small (n=50–189) (Olivero-Verbel et al. 2007; Zentner et al. 2006).  Thus, data are not adequate to establish an exposure-response relationship for decreased hemoglobin at PbB ≤10 µg/dL.  Studies in small groups of workers (n=27–50) showed lower platelet count (PbB 5.4 µg/dL) and serum EPO concentrations (PbB 6.4 µg/dL) compared to controls (Conterato et al. 2013; Sakata et al. 2007).  Although these findings have not been evaluated in other studies with PbB ≤10 µg/dL, similar effects have been observed at PbB >10 µg/dL.

***Mechanisms of Action.***  Pb inhibits heme synthesis by inhibiting δ-ALAD and ferrochelatase (see Figure 2-4).  As a consequence, the activity of the rate-limiting enzyme of the pathway, δ-aminolevulinic synthetase (δ-ALAS), which is feedback inhibited by heme, is subsequently increased.  The end results of these changes in enzyme activities are increased urinary porphyrins, coproporphyrin, and δ-amino-levulinic acid (δ-ALA), increased blood and plasma δ-ALA, increased erythrocyte protoporphyrin (EP), and decreased hemoglobin.  The impairment of heme synthesis by Pb may have a far-ranging impact not limited to the hematopoietic system.  EPA (1986) provided an overview of the known and potential consequences of the reduction of heme synthesis as shown in Figure 2-5.  Solid arrows indicate well-documented effects, whereas dashed arrows indicate effects considered to be plausible further consequences of the impairment of heme synthesis.

In addition to decreased hemoglobin synthesis, general mechanisms of toxicity of Pb (reviewed in Section 2.21) are likely involved in the development of adverse effects to the hematological system.  EPA (2014c) specifically noted effects of oxidative stress (altered antioxidant enzymes, decreased cellular glutathione, and lipid peroxidation) as an important mechanism for hematological effects.  As reviewed in Section 3.2.3 (Toxicokinetics, Distribution), 99% of Pb in blood is distributed to erythrocytes, providing a toxicokinetic mechanism for hematological effects (Bergdahl et al. 1997a, 1998, 1999; Hernandez-Avila et al. 1998; Manton et al. 2001; Schutz et al. 1996; Smith et al. 2002).

## Figure 2-4. Pb Interactions in the Heme Synthesis Pathway



Abbreviations as noted in Ahamed and Siddiqui (2007): δ-ALAS = delta-aminolevulinic acid synthetase;
δ-ALAD = delta-aminolevulinic dehydratase; CoA = coenzyme A

*Activity of enzymes inhibited by lead.

Source:  Reprinted from Ahamed and Siddiqui (2007) with permission from Elsevier.

**Figure 2-5.  Multiorgan Impact of Reduction of Heme Body Pool by Lead**



Source:  EPA 1986a

## 2.9   MUSCULOSKELETAL

***Overview.***  Few epidemiological studies have evaluated musculoskeletal effects associated with Pb exposure; thus, limited data are available to fully describe the exposure-response relationship or evaluate the weight-of-evidence for certain effects.  Studies provide evidence of bone loss, increased markers of bone metabolism/turnover, and adverse periodontal and dental effects (periodontal bone loss, tooth loss, periodontal disease, dental caries).  However, within dose ranges (≤10, 10–30, 30–50, and >50 µg/dL),

few studies examined the same endpoints. Available studies include a prospective study in women and cross-sectional studies in adults and children, with some studies in large populations.

The following musculoskeletal effects have been associated with PbB:

- ≤10 µg/dL:
    - Bone loss or markers of increased bone or joint tissue metabolism.
    - Periodontal bone loss.
    - Tooth loss.
    - Dental caries.
    - Periodontitis.
- >10 µg/dL:
    - Muscle soreness/weakness.
    - Osteoporosis/decreased bone mineral density (BMD) in adults.
    - Increased BMD in children.
    - Periodontal disease.
    - Dental caries.

***Measures of Exposure.*** Most studies examining the association between musculoskeletal effects and Pb exposure have evaluated exposure by measurement of PbB, although some studies also evaluated exposure by bone Pb concentration.

***Confounding Factors and Effect Modifiers.*** A complicating factor in the interpretation of studies examining associations between PbB and bone loss or measures of bone metabolism is that increased bone metabolism (bone turnover or loss) can result in higher PbB due to Pb released from bone into the blood (reverse causality). This contributes to confounding from other factors that are associated with bone loss, including nutrition, age, pregnancy and menopause, and activity. Results of studies examining Pb-induced periodontal or dental effects need to account for dental hygiene, diet/nutrition, and previous dental interventions. For example, interpretation of results on associations between dental caries and PbB would be uncertain if daily fluoride intake or prophylactic dental treatments (e.g., fluoride treatments or coating of molars during childhood) were not considered as confounding factors. Studies that rely on *in vivo* estimates of bone Pb (e.g., XRF) as the exposure metric for changes in BMD should also consider the potential for changes in BMD affecting the measurement of the concentration of Pb in bone mineral (Hu et al. 2007).

LEAD
2. HEALTH EFFECTS

*Characterization of Effects.* Studies evaluating musculoskeletal effects associated with PbB provide evidence of bone loss, altered bone or joint tissue metabolism, and adverse periodontal and dental effects (periodontal bone loss, tooth loss, periodontal disease, dental caries). Due to the small number of studies, it is difficult to establish exposure-response relationships; in addition, within specific dose-ranges (≤10, 10–30, 30–50, and >50 μg/dL), few studies examined the same endpoints. Effects associated with chronic Pb exposure are shown in Table 2-17. In adults, decreased BMD has been observed over a PbB range of ≤10–>50 μg/dL (Campbell and Auinger 2007; Dongre et al. 2013; Khalil et al. 2008; Lee and Park 2018), although BMD was not decreased in women at PbB ≤10 μg/dL (Pollack et al. 2013). BMD was increased in a single study in children with a mean PbB of 23.6 μg/dL (Campbell et al. 2004). The study authors suggested that the effect may represent accelerated bone maturation due to Pb-induced inhibition of parathyroid hormone-related peptide and transforming growth factor β-1. The study authors also noted that the accelerated bone maturation may be a predisposing factor for osteoporosis later in life. Sun et al. (2008a, 2008b) showed that PbB was associated with increased prevalence of osteoporosis (mean PbB men: 20.22 μg/dL; women 15.50 μg/dL). Periodontal disease (including periodontitis), periodontal bone loss, tooth loss, and dental caries have been reported over a PbB range of ≤10–30 μg/dL (Arora et al. 2009; Campbell et al. 2000a; Dye et al. 2002; Gemmel et al. 2002; Kim and Lee 2013; Kim et al. 2017a; Moss et al. 1999; Youravong and Teanpaisan 2015). Most studies examining periodontal and dental effects of Pb are conducted in populations with PbB ≤10 μg/dL. Muscle soreness and weakness has also been reported, although at higher PbB (40–49 μg/dL) (Rosenman et al. 2003).

### Table 2-17. Overview of Musculoskeletal Effects Associated with Chronic Exposure to Lead (Pb)

| Mean blood lead concentration (PbB) (μg/dL) | Effects associated with Pb exposure | References |
|---|---|---|
| ≤10 | Bone loss/increased bone metabolism | Khalil et al. 2008; Lee and Park 2018; Machida et al. 2009; Nelson et al. 2009 |
| | Tooth loss | Arora et al. 2009 |
| | Periodontal bone loss | Dye et al. 2002 |
| | Periodontitis | Kim and Lee 2013 |
| | Dental caries | Gemmel et al. 2002; Kim et al. 2017a; Moss et al. 1999 |

**Table 2-17.  Overview of Musculoskeletal Effects Associated with Chronic Exposure to Lead (Pb)**

| Mean blood lead concentration (PbB) (µg/dL) | Effects associated with Pb exposure | References |
|---|---|---|
| >10–30 | Osteoporosis | Sun et al. 2008a, 2008b |
| | Decreased bone mineral density (adults) | Campbell and Auinger 2007 |
| | Increased bone mineral density (children) | Campbell et al. 2004 |
| | Periodontal disease | Youravong and Teanpaisan 2015 |
| | Dental caries | Campbell et al. 2000a |
| >30–50 | Muscle soreness/weakness | Rosenman et al. 2003 |
| | Decreased bone mineral density | Campbell and Auinger 2007 |
| >50 | Decreased bone mineral density | Dongre et al. 2013 |

***Effects at Blood Pb Levels ≤10 µg/dL.***  Epidemiological studies of musculoskeletal effects associated with PbB ≤10 µg/dL have examined effects on bone and periodontal and dental health; studies are briefly summarized in Table 2-18, with additional details provided in the *Supporting Document for Epidemiological Studies for Lead,* Table 5.  A prospective study in women reported an increased rate of bone loss at PbB ranges of 4–7 and 8–21 µg/dL and an increased risk of non-spine fractures at a PbB range of 8–21 µg/dL (Khalil et al. 2008).  In cross-sectional studies, markers of bone metabolism were positively associated with PbB in women at mean PbBs of <2 and 2.9 µg/dL, although no relationship was observed for these markers and PbB in men (mean PbB: 1.2 µg/dL) (Machida et al. 2009; Nelson et al. 2011).  In non-occupationally exposed men and women (n=443), PbB (mean 4.44 µg/dL) was negatively associated with BMD (Lee and Park 2018).  However, no associations between PbB and BMD have been observed in cross-sectional studies in women at slightly lower PbB median PbB (1.8–2.2 µg/dL) (Machida et al. 2009; Pollack et al. 2013).  Studies examining periodontal and dental effects include large (n=2,805–10,033) cross-sectional studies in adults and children (Dye et al. 2002; Kim and Lee 2013; Kim et al. 2017a; Moss et al. 1999).  Positive associations have been observed between PbB and presence of dental furcations in male and female adults (mean PbB: 1.9–3.3 µg/dL) (Dye et al. 2002), periodontitis in adult males (PbB mean 3.1 µg/dL), but not females (mean PbB: 2.2) (Kim and Lee 2013), and dental

2. HEALTH EFFECTS

## Table 2-18. Summary of Epidemiological Studies Evaluating Musculoskeletal Effects at Mean Blood Lead Concentration (PbB) ≤10 μg/dL[a]

| Reference and study population | PbB (μg/dL) | Outcome evaluated | Result[b,c] |
|---|---|---|---|
| **Bone metabolism** | | | |
| **Khalil et al. 2008**<br><br>Prospective cohort study; n=533 women (age range: 65–87 years). | **PbB:**<br>Mean (SD): 5.3 (2.3)<br>Tertiles:<br>• T1 (n=122): ≤3 (reference)<br>• T2 (n=332): 4–7<br>• T3 (n=79): 8–21 | Bone loss<br><br><br><br><br><br>Non-spine fractures | Percentage rate of calcaneus bone loss<br>• T1: -1.01 (-1.27, -0.74)*<br>• T2: -1.41 (-1.57, -1.24)*<br>• T3: -1.49 (-1.86, -1.10)*; p=trend: 0.03<br><br>HR T3: 2.50 (1.25, 5.03)*; p-trend: 0.016 |
| **Lee and Park 2018**<br><br>Cross-sectional study; n=443 adults (age range: 39–69 years) | **PbB:**<br>Gmean: 4.44 | BMD | Regression coefficient, β (SE), for BMD: -1.27 (0.48); p≤0.01* |
| **Machida et al. 2009**<br><br>Cross-sectional study; n=1,225 female Japanese farmers (age range: 35–75 years) | **PbB:**<br>Median<br>• Premenopausal (n=261): 1.6<br>• Perimenopausal (n=319): 2.0<br>• Younger postmenopausal (n=397): 1.8<br>• Older postmenopausal (n=248): 1.7 | BALP<br><br><br>OC<br><br><br>NTx<br><br><br>BMD | Spearman's correlation coefficients<br>• All women: 0.143; p=0.000*<br>• Perimenopausal women: 0.234; p=0.000*<br>Spearman's correlation coefficients<br>• All women: 0.191; p=0.000*<br>• Perimenopausal women: 0.391; p=0.000*<br>Spearman's correlation coefficients<br>• All women: 0.181; p=0.000*<br>• Perimenopausal women: 0.261; p=0.000*<br>Spearman's correlation coefficients<br>• All women: -0.016; p=0.570<br>• Perimenopausal women: -0.101; p=0.071 |

**Table 2-18. Summary of Epidemiological Studies Evaluating Musculoskeletal Effects at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population | PbB (µg/dL) | Outcome evaluated | Result[b,c] |
|---|---|---|---|
| **Nelson et al. 2011**<br><br>Cross-sectional study; n=329 males (mean age: 65 years) and n=342 females (mean age: 62 years) | Median (range)<br>• Males: 2.2 (0.5–25.1)<br>• Females: 1.9 (0.5–25.4) | uNTX-I | β, change in biomarker per 5 µg/dL increase in ln-PbB<br>• Males: 1.06 (0.95, 1.18)<br>• **Females: 1.45 (1.21, 1.74)*** |
| | | uCTX-II | β, change in biomarker per 5 µg/dL increase in ln-PbB<br>• Males: 1.07 (0.97, 1.18)<br>• **Females: 1.28 (1.04, 1.58)*** |
| | | C2C (65 years) | β, change in biomarker per 5 µg/dL increase in ln-PbB<br>• Males: 1.00 (0.94, 1.04)<br>• Females: 1.00 (0.92, 1.08) |
| | | CPII | β, change in biomarker per 5 µg/dL increase in ln-PbB<br>• Males: 0.99 (0.93, 1.05)<br>• Females: 1.09 (0.97, 1.22) |
| | | HA | β, change in biomarker per 5 µg/dL increase in ln-PbB<br>• Males: 1.01 (0.88, 1.05)<br>• Females: 0.96 (0.71, 1.29) |
| | | COMP | β, change in biomarker per 5 µg/dL increase in ln-PbB<br>• **Males: 1.08 (1.00, 1.18)***<br>• Females: 0.96 (0.87, 1.06) |
| **Pollack et al. 2013**<br><br>Cross-sectional study; n=249 premenopausal women (ages 18–44 years) | Mean (SD): 1.03 (0.64) | BMD | β per log-unit increase in PbB: 0.004 (-0.029, 0.020) |

2. HEALTH EFFECTS

**Table 2-18.  Summary of Epidemiological Studies Evaluating Musculoskeletal Effects at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population | PbB (µg/dL) | Outcome evaluated | Result[b,c] |
|---|---|---|---|
| **Periodontal and dental effects** | | | |
| **Arora et al. 2009**<br><br>Cross-sectional study; n=333 men (age range: 50–94 years) | PbB Tertiles<br>• T1: ≤4.0 (reference)<br>• T2: 4.2–6.4<br>• T3: 7.0–35.0<br>Bone Pb (µg/g)<br>Tertiles for tibia<br>• T1: ≤15.0 (reference)<br>• T2: 16.0–23.0<br>• T3: 24.0–96.0<br>Tertiles for patella<br>• T1: ≤22.0 (reference)<br>• T2: 23.0–36.0<br>• T3: 37.0–126.0 | Tooth loss | OR PbB (compared to T1)<br>• T3: 0.88 (0.52, 1.50); p-trend=0.57<br>OR Tibia Pb (compared to T1)<br>• **T2: 1.81 (1.02, 3.18)***<br>• **T3: 3.03 (1.60, 5.76)*; p-trend=0.001***<br>OR Patella Pb (compared to T1)<br>• **T3: 2.41 (1.30, 4.49)*; p-trend 0.005*** |
| **Dye et al. 2002**<br><br>Cross-sectional study in 10,033 participants in NHANES III (ages 20–69 years) | Mean (SE)<br>• Males: 3.3 (0.12)<br>• Females: 1.9 (0.05) | Presence of dental furcations | **β (SE), for presence of dental furcations (combined men and women): 0.13 (0.05); p=0.005*** |

**Table 2-18. Summary of Epidemiological Studies Evaluating Musculoskeletal Effects at Mean Blood Lead Concentration (PbB) ≤10 μg/dL[a]**

| Reference and study population | PbB (μg/dL) | Outcome evaluated | Result[b,c] |
|---|---|---|---|
| **Gemmel et al. 2002**<br><br>Cross-sectional study in 498 children (age range: 6–10 years) from rural (n=239) and urban (n=259) settings. | **Mean (SD)**<br>• Rural: 1.7 (1.0)<br>• Urban: 2.9 (2.0) | Dental caries | Regression coefficient (SE):<br>• Rural: -0.15 (0.09); p=0.09<br>• **Urban: -0.22 (0.08); p=0.005*** |
| **Kim and Lee 2013**<br><br>Cross-sectional study; n=3,966 adults (≥20 years of age) | **PbB:**<br>Mean (SE):<br>• Men<br>  ○ no periodontitis: 2.625 (0.028)<br>  ○ periodontitis: 3.118 (0.057); p<0.001<br>• Women,<br>  ○ no periodontitis: 1.906 (0.025)<br>  ○ periodontitis: 2.222 (0.052); p<0.001 | Periodontitis | OR (95% CI), per doubling of PbB:<br>• **Men: 1.699 (1.154, 2.503)***<br>• Women: 1.242 (0.833, 1.850) |
| **Kim et al. 2017a**<br><br>Cross-sectional study; n=2,805 school-aged children (age range: ≤9–≥12 years) | **PbB:**<br>Gmean: 1.53<br>Range: 0.11–4.89 | Dental caries | PR for combined teeth with caries and filled teeth<br>• **Deciduous teeth: 1.14 (1.02, 1.27)***<br>• Permanent teeth: 0.83 (0.69, 0.99) |

APPX ATT_V6_2423

**Table 2-18.  Summary of Epidemiological Studies Evaluating Musculoskeletal Effects at Mean Blood Lead Concentration (PbB) ≤10 μg/dL[a]**

| Reference and study population | PbB (μg/dL) | Outcome evaluated | Result[b,c] |
|---|---|---|---|
| **Moss et al. 1999**<br><br>Cross-sectional study;<br><br>n=24,901 participants (2–5 years old:<br>n=3,547; 6–11 years old: n=2,894;<br>≥12 years: n=18,460) in NHANES III | Mean (SE):<br>• Age 2–5 years: 2.9 (0.12)<br>• Age 6–11 years: 2.1 (0.08)<br>• Age 12–17 years: 2.5 (0.06) | Dental caries in children (ages 5–17 years) | **OR per 5 μg/dL increased in PbB: 1.8 (1.3, 2.5)*** |

[a]See the *Supporting Document for Epidemiological Studies for Lead*, Table 5 for more detailed descriptions of studies.

[b]Asterisk and bold indicate association with Pb; unless otherwise specified, values in parenthesis are 95% CIs; p-values <0.05 unless otherwise noted in the table.

[c]If bone Pb is noted under results, study did not show associations between PbB and musculoskeletal effects; however, results showed associations between bone Pb concentrations and musculoskeletal effects at concomitant PbB ≤10 μg/dL.

BALP = bone-specific alkaline phosphatase (marker of bone metabolism); BMD = bone mineral density; C2C = serum cleavage neoepitope of type II collagen (marker of joint tissue metabolism); CI = confidence interval; COMP = serum cartilage oligomeric matrix protein (marker of joint tissue metabolism); CPII = serum type II procollagen synthesis C-propeptide (marker of joint tissue metabolism); Gmean = geometric mean; HA = serum hyaluronic acid (marker of joint tissue metabolism); HR = hazard ratio; NHANES = National Health and Nutrition Examination Survey; NTx = N-telopeptide cross-linked collagen type I (marker of bone metabolism); OC = osteocalcin (marker of bone metabolism); OR = odds ratio; Pb = lead; PR = prevalence ratio; SD = standard deviation; SE = standard error; uCTX-II = C-telopeptide urine fragments of type II collagen (marker of joint tissue metabolism); uNTX-I = urine cross-linked N telopeptide of type I collagen (marker of joint tissue metabolism)

caries in children ages 6–17 years (PbB 2.1–2.4 µg/dL) (Moss et al. 1999). Kim et al. (2017a) reported that the prevalence of dental caries and filled teeth in children was increased for deciduous teeth, but not for permanent teeth; the mean PbB was 1.53 µg/dL, with all PbB <5 µg/dL. One study in adult males showed an association between bone Pb and tooth loss, but not PbB and tooth loss (Arora et al. 2009).

***Mechanisms of Action.*** In bone and teeth, Pb substitutes for calcium (see Section 3.1.2, Toxicokinetics, Distribution). As reviewed by EPA (2014c) and Mitra et al. (2017), several mechanisms may be involved in the development of bone and periodontal/dental effects. Possible mechanisms include the following:

- Alterations in plasma growth hormones and calcitropic hormones (e.g., 1,25-[OH]2D3) leading to altered bone cell differentiation and function.
- Suppression in bone cell proliferation due to altered growth factors and hormones, including growth hormone, epidermal growth factor, transforming growth factor-beta 1 (TGF-β), and parathyroid hormone-related protein.
- Alterations in vitamin D-stimulated production of osteocalcin production, with inhibition of secreted bone-related proteins (e.g., osteonectin and collagen).
- Increased chondrogenesis through alterations of multiple signaling pathways, including TGF-β, bone morphogenic protein, activator protein-1, and nuclear factor kappa B.
- Inhibition of the posteruptive enamel proteinases.
- Decreased microhardness of tooth surface enamel.

## 2.10 HEPATIC

***Overview.*** Few epidemiological studies have evaluated hepatic effects associated with exposure to Pb, with most available studies comparing hepatic effects in small numbers of workers with PbB >10 µg/dL to controls with PbB lower than workers. Results of studies evaluating effects of Pb on liver function tests are inconsistent and do not demonstrate exposure-response relationships. Liver enlargement and increased gall bladder wall thickness was observed in workers with mean PbB of ≥28.66 µg/dL. Observed effects are consistent with oxidative stress. Histopathological effects of the liver associated with Pb have not been established.

The following hepatic effects have been associated with PbB >10 µg/dL:

- Greater plasma liver enzymes; evaluated in a few studies with mixed results.

- Greater total cholesterol.
- Enlarged liver and increased thickness of gall bladder wall.

***Measures of Exposure.*** Studies examining the association between hepatic effects Pb exposure evaluate exposure by measurement of PbB.

***Confounding Factors and Effect Modifiers.*** Most epidemiological studies on hepatic effects of Pb were of small populations of workers using cross-sectional designs. In general, studies did not consider factors, such as age, diet, concurrent diseases, and potential exposure to other workplace chemicals that could affect hepatic function in association with, or independent of, Pb exposure. Failure to account for these factors may attenuate or strengthen the apparent associations between Pb exposure and the outcome, depending on the direction of the effect of the variable on the outcome.

***Characterization of Effects.*** In contrast to the large number of epidemiological studies evaluating effects of Pb on other organ systems (e.g., neurological and cardiovascular outcomes), few studies have investigated the hepatic effects of Pb. Brief study descriptions are provided in Table 2-19. Available studies were conducted in small populations (n=23–100) of workers with mean PbB of 5.4–77.5 µg/dL. The most serious effects reported for Pb-induced hepatic damage are liver enlargement and greater gall bladder wall thickness observed in workers with low PbB (28.66 µg/dL) and high PbB (40.58 µg/dL), respectively, compared to the control group (PbB 8.34 µg/dL) (Kasperczyk et al. 2013). However, these findings have not been corroborated in other studies. The study authors stated that no signs consistent with liver necrosis were observed. A cross-sectional study of a Chinese population evaluated the association between PbB and non-alcoholic fatty liver disease in China (Zhai et al. 2017). In women, a positive association between PbB and non-alcoholic fatty liver disease was observed in the two highest PbB quartiles (4.50–6.59 and >6.59 µg/dL; upper range not reported); no association was observed for men in the highest PbB quartile (>7.29 µg/dL; upper range not reported).

Most studies evaluated hepatic toxicity by liver function tests measuring plasma levels of liver enzymes. As shown in Table 2-20, results on effects of Pb on liver function tests are inconsistent and do not demonstrate exposure-response relationships. For example, Patil et al. (2007) reported greater alanine aminotransferase (ALT) and aspartate aminotransferase (AST) in spray painters with a mean PbB of 22.32 µg/dL, but no change in ALT or AST in battery workers or silver jewelry workers with higher mean PbB (53.64 and 48.56 µg/dL, respectively), compared to controls (mean PbB: 12.52 µg/dL). Similarly, AST was elevated in painters with a mean PbB of 5.4 µg/dL, but no change in AST was

**Table 2-19. Summary of Epidemiological Studies Evaluating Hepatic Effects Associated with Blood Lead Concentration (PbB)**

| Reference and study population | PbB (µg/dL) | Outcomes evaluated | Effects[b,c] |
|---|---|---|---|
| **Al-Neamy et al. 2001**<br><br>Cross-sectional study; n=100 workers; 100 controls | Mean (SD)<br>• Workers: 77.5 (42.8)<br>• Controls: 19.8 (12.3) | LFTs | • Greater: LDH, AP<br>• No difference: ALT, AST, GGT, bilirubin, albumin |
| **Can et al. 2008**<br><br>Cross-sectional study; n=22 battery workers; 38 muffler repair workers; 24 controls | Mean (SD)<br>• Battery workers: 36.83 (8.13)<br>• Muffler workers: 26.99 (9.42)<br>• Controls: 14.81 (3.01) | LFTs | Battery workers:<br>• Greater LDH, AP, TC<br>Muffler workers:<br>• Greater[a] LDH, AP |
| **Chen et al. 2019**<br><br>Cross-sectional study; n=158 exposed adults living near an electronic waste area; 109 controls | Median (P$_{25}$, P$_{75}$)<br>• Control: 5.1 (3.9, 8.4)<br>• Exposed: 8.7 (6.2–12.2) | LFTs | • Greater: GGT<br>• No difference: AST, ALT, LDH |
| **Conterato et al. 2013**<br><br>Cross-sectional study; n=50 painters; 23 battery workers; and 36 controls | Mean (SE)<br>• Painters: 5.4 (0.4)<br>• Battery workers 49.8 (4.0)<br>• Controls: 1.5 (0.1) | LFTs | Painters:<br>• Greater: AST<br>• No difference: GGT<br>Battery workers:<br>• No difference: AST, GGT |
| **Hsiao et al. 2001**<br><br>Longitudinal study (baseline 1989; follow-up 1999); n=30 battery workers | Baseline: 60<br>Follow-up: 30 | LFTs | No correlation of PbB to ALT |

LEAD  USCA Case #25-1087  Document #2105058  Filed: 03/10/2025  Page 122 of 2126  99

2. HEALTH EFFECTS

**Table 2-19.  Summary of Epidemiological Studies Evaluating Hepatic Effects Associated with Blood Lead Concentration (PbB)**

| Reference and study population | PbB (µg/dL) | Outcomes evaluated | Effects[b,c] |
|---|---|---|---|
| **Kasperczyk et al. 2013**<br><br>Cross-sectional study; n (from Pb-Zn processing facility): 57 low Pb exposure; 88 high Pb exposure; and 36 controls | Mean (SD): range<br>• Low Pb: 28.86 (6.60); 20–35<br>• High Pb: 40.58 (6.74); 35–60<br>• Control: 8.34 (2.91) | Liver size<br><br>Gall bladder wall thickness<br><br>LFTs | • Low PbB: Greater<br>• High BPb: Greater<br><br>• Low PbB: Greater<br>• High PbB: Greater<br><br>• Low PbB:<br> ○ No difference: ALT, AST, LDH, GGT, bilirubin<br><br>• High PbB:<br> ○ No difference: ALT, LDH, AST, bilirubin<br> ○ Greater AST, GGT |
| **Khan et al. 2008**<br><br>Cross-sectional study; n=87 workers; 61 controls | Median (range)<br>• Workers: 29.1 (9.0–61.1)<br>• Controls: 8.3 (1.0–21.7) | LFTs | • Greater ALT, GGT, albumin<br>• No change: AP, bilirubin |
| **Kristal-Boneh et al. 1999**<br><br>Cross-sectional study; n=56 exposed; 87 controls | Mean (SD)<br>• Workers: 42.3 (14.9)<br>• Controls: 2.7 (3.6) | Cholesterol and lipoproteins | • Greater: TC, HDL<br>• No change: LDL, TG, HDL:TC ratio |
| **Patil et al. 2007**<br><br>Cross-sectional study; n=30 battery workers; 30 silver jewelry workers; 30 spray painters[a]; 35 controls | Mean (SD)<br>• Battery workers: 53.63 (16.98)<br>• Silver jewelry workers: 48.56 (7.39)<br>• Spray painters: 22.32 (8.87)<br>• Controls: 12.52 (4.08) | LFTs | Battery workers:<br>• Greater percentage change: albumin, bilirubin<br>• No change: ALT, AST<br>Silver jewelry workers:<br>• Lesser percentage change: albumin compared to controls<br>• No change: ALT, AST, bilirubin compared to controls<br>Spray painters:<br>• Greater percentage change: ALT, AST<br>• Decreased percentage change: albumin<br>• No change: bilirubin |

APPX ATT_V6_2428

**Table 2-19. Summary of Epidemiological Studies Evaluating Hepatic Effects Associated with Blood Lead Concentration (PbB)**

| Reference and study population | PbB (µg/dL) | Outcomes evaluated | Effects[b,c] |
|---|---|---|---|
| Zhai et al. 2017<br><br>Cross-sectional study; n=214 men and 610 women with non-alcoholic fatty liver disease | Quartiles (Q)<br>Men:<br>• Q1: ≤3.60<br>• Q2: 3.61–5.29<br>• Q3: 5.30–7.28<br>• Q4: ≥7.29<br><br>Women:<br>• Q1: ≤2.97<br>• Q2: 2.98–4.49<br>• Q3: 4.50–6.59<br>• Q4: ≥6.60 | Non-alcoholic fatty liver disease | • Men[d]: no association were observed for any PbB quartile<br>• Women[d]: positive association between PbB at the two highest quartiles; OR (95% CI)<br>  ○ **Q3: 1.495 (1.024, 2.181)\***<br>  ○ **Q4: 1.613 (1.082, 2.405)\***<br>  ○ p for trend: 0.019 |

[a]Reporting inconsistencies regarding number of spray painters evaluated; reported as 30 and 35.
[b]Asterisk and bold indicate association with Pb; unless otherwise specified, values in parenthesis are 95% CIs; p-values <0.05 unless otherwise noted in the table.
[c]Unless otherwise specified, comparisons are to control groups.
[d]Comparison to lowest PbB quartile.

ALT = alanine aminotransferase; AP = alkaline phosphatase; AST = aspartate aminotransferase; CI = confidence interval; GGT = gamma-glutamyl transpeptidase; HDL = high-density lipoprotein; LDH = lactate dehydrogenase; LDL = low-density lipoprotein; LFT = liver function test (plasma activity of hepatic enzymes); Pb = lead; Q = quartiles; SD = standard deviation; SE = standard error; TC = total cholesterol; TG = triglycerides; Zn = zinc

**Table 2-20. Effects on Liver Function Tests Associated with Chronic Exposure to Lead (Pb)[a]**

| Mean PbB (µg/dL) | Population (n)[b] | ALT | AST | GGT | LDH | AP | Reference |
|---|---|---|---|---|---|---|---|
| 5.4 | P (50) | – | ↑ | 0 | – | – | Conterato et al. 2013 |
| 8.7 | G (158) | 0 | 0 | ↑ | 0 | ↑ | Chen et al. 2019 |
| 22.32 | P (35)[c] | ↑ | ↑ | – | – | – | Patil et al. 2007 |
| 26.99 | Pb-A (38) | 0 | 0 | 0 | ↑ | ↑ | Can et al. 2008 |
| 28.66 | Pb-Zn (57) | 0 | 0 | 0 | 0 | 0 | Kasperczyk et al. 2013 |
| 29.1 | Pb (87) | ↑ | – | ↑ | – | 0 | Khan et al. 2008 |
| 30 | B (30) | 0 | – | – | – | – | Hsiao et al. 2001 |
| 36.83 | B (22) | 0 | 0 | 0 | ↑ | 0 | Can et al. 2008 |
| 40.58 | Pb-Zn (88) | 0 | ↑ | ↑ | 0 | ↑ | Kasperczyk et al. 2013 |
| 48.56 | J (30) | 0 | 0 | – | – | – | Patil et al. 2007 |
| 9.8 | B (23) | 0 | 0 | 0 | – | – | Conterato et al. 2013 |
| 53.63 | B (30) | 0 | 0 | – | – | – | Patil et al. 2007 |
| 77.5 | Pb (100) | 0 | 0 | 0 | ↑ | ↑ | Al-Neamy et al. 2001 |

[a]Reporting inconsistencies regarding number of spray painters evaluated; reported as 30 and 35.

↑ = increased; 0 = no change; – = not assessed; ALT = alanine aminotransferase; AP = alkaline phosphatase; AST = aspartate aminotransferase; B = battery workers; G = general population; GGT = gamma-glutamyl transpeptidase; J = silver jewelry workers; LDH = lactate dehydrogenase; MDA: malondialdehyde; P = painters; Pb = Pb-exposed industrial workers; Pb-A = Pb-exposed auto workers; Pb-Zn = Pb-zinc processers

observed in battery workers with a mean PbB of 49.8 µg/dL, compared to controls with a mean PBB of 1.5 µg/dL (Conterato et al. 2013). Effects in painters with lower PbB compared to other workers with higher PbB may be due to co-exposure to other occupational chemicals. In a cross-sectional study of residents living close to an electronic waste site in China, PbB (median PbB: 8.7 µg/dL) was associated with an increase in gamma-glutamyl transpeptidase (GGT) compared to controls (median PbB: 5.1 µg/dL), although no effects were observed for ALT or AST (Chen et al. 2019). In addition to liver enzymes, total serum cholesterol and high-density lipoprotein (HDL)-cholesterol were greater in workers with a mean PbB of 26.99–42.3 µg/dL, compared to controls with a mean PbB 2.7–14.81 µg/dL (Can et al. 2008; Kristal-Boneh et al. 1999).

*Effect at Blood Pb Levels ≤10 µg/dL.* See discussion above on Conterato et al. (2013), Chen et al. (2019), and Zhai et al. (2017).

*Mechanisms of Action.* General mechanisms of toxicity of Pb (reviewed in Section 2.21) are likely involved in the development of hepatic toxicity. EPA (2014c) specifically noted that oxidative stress

2. HEALTH EFFECTS

through ROS can result in damaged function and histopathological damage to the liver, including peroxidation of lipid membranes.

## 2.11 RENAL

***Overview***.  Numerous epidemiologic studies in adults show that exposure to Pb can cause altered kidney function and contribute to the development of chronic kidney disease (CKD).  A few studies in children also show decreases in renal function.  Pb-induced nephrotoxicity is characterized by proximal tubular nephropathy, glomerular sclerosis, and interstitial fibrosis (Diamond 2005; Goyer 1989; Loghman-Adham 1997).  Functional deficits in humans that have been associated with excessive Pb exposure include enzymuria, low- and high-molecular weight proteinuria, impaired transport of organic anions and glucose, and depressed GFR.  A few studies have revealed histopathological features of renal injury in humans, including intranuclear inclusion bodies and cellular necrosis in the proximal tubule and interstitial fibrosis (Biagini et al. 1977; Cramer et al. 1974; Wedeen et al. 1975, 1979).  Studies show consistent evidence of renal damage and reduced renal function associated over a wide range of PbB ($\leq 10->50$ µg/dL), with the overall dose-effect pattern suggesting an increasing severity of nephrotoxicity associated with increasing PbB.

The following renal effects have been associated with PbB:

- $\leq 10$ µg/dL:
    - Decreased GFR; corroborated in numerous studies.
    - Proteinuria; demonstrated in a few studies.
    - Chronic kidney disease (CKD); demonstrated in two studies.
- $>10$ µg/dL:
    - Decreased GFR; corroborated in numerous studies.
    - Enzymuria; corroborated in numerous studies.
    - Proteinuria; corroborated in numerous studies.
    - Impaired tubular transport; demonstrated in a few studies.
    - Histopathological damage; demonstrated in a few studies.

***Measures of Effect.***  Endpoints demonstrating renal damage include various measures of glomerular and tubular dysfunction.  Effects on GFR typically are assessed from measurements of creatinine clearance, serum creatinine concentration, or blood urea nitrogen (BUN).  Increased excretion of albumin

(albuminuria) is an indication of damage to the glomerular endothelium or basement membrane, resulting in increased filtration of albumin, or impaired function of the proximal tubule, resulting in decreased reabsorption of filtered albumin. Increased excretion of low molecular weight serum proteins (e.g., 2µG or retinol-binding protein) are an indication of impaired reabsorption of protein in the proximal tubule. Increased excretion of enzymes associated with the renal tubule (renal tubular enzymuria) is an indication of injury to renal tubular cells resulting in release of membrane or intracellular enzymes into the tubular fluid. Pb-induced renal tubular enzymuria is most commonly evaluated from measurements of urinary N-acetyl-D-glucosaminidase (NAG). Increased excretion of NAG has been found in Pb-exposed workers in the absence of increased excretion of other proximal tubule enzymes (e.g., alanine aminopeptidase, alkaline phosphatase, glutamyltransferase) (Pergande et al. 1994). Indices of impaired transport include altered clearance or transport maxima for organic anions (e.g., p-aminohippurate, urate) or glucose (Biagini et al. 1977; Hong et al. 1980; Wedeen et al. 1975). Proximal tubular injury can also be confirmed through histopathological examination of renal tissue, although few studies provide this information (Biagini et al. 1977; Cramer et al. 1974; Wedeen et al. 1975, 1979).

***Measures of Exposure.*** Most studies evaluating renal damage use PbB as the biomarker for exposure, although more recent epidemiological studies have explored associations between toxicity and bone Pb concentrations. These studies provide a basis for establishing PbB, and, in some cases, bone Pb concentration ranges associated with specific nephrotoxicity outcomes.

***Confounding Factors and Effect Modifiers.*** Inconsistencies in the reported outcomes for renal effects across studies may derive from several causes, including failure to account for confounding factors and effect modifiers. Various factors can affect kidney function, including age, underlying diseases (e.g., hypertension), and concomitant exposure to other nephrotoxicants (e.g., cadmium). Results of epidemiological studies of general populations have shown an effect of age on the relationship between GFR (assessed from creatinine clearance of serum creatinine concentration or cystatin C) and PbB (Kim et al. 1996a; Muntner et al. 2003; Payton et al. 1994; Staessen et al. 1990, 1992). Pb-induced decrements in renal function can lead to higher Pb body burden due to decreased excretion of Pb (i.e., reverse causality) (Bellinger 2011; Diamond et al. 2019; Evans and Elinder 2011; Marsden 2003). Thus, reverse causality potentially confounds interpretation of the dose-response relationship between PbB and decreased renal function. Pb exposure has also been associated with increases in GFR (Hsiao et al. 2001; Roels et al. 1994). This may represent a benign outcome or a potentially adverse hyperfiltration, which may contribute to subsequent adverse renal effects. Hypertension can be both a confounder in studies of associations between Pb exposure and creatinine clearance (Perneger et al. 1993) and a covariable with Pb

exposure (Harlan et al. 1985; Muntner et al. 2003; Payton et al. 1994; Pirkle et al. 1985; Pocock et al. 1984, 1988; Tsaih et al. 2004; Weiss et al. 1986). Renal damage can cause increased blood pressure, which in turn can result in further damage to the kidneys. In addition, varying uncertainty also exists across studies in exposure history of subjects and in the biomarkers assessed.

*Characterization of Effects.* A large number of studies showing decrements in renal function associated with Pb exposure in humans have been published (Table 2-21). Most of these studies are of adults whose exposures were of occupational origin; however, a few environmental, mixed, and/or unknown exposures are represented, and a few studies of children are also included. Although these studies demonstrate adverse renal effects across the PbB range, some studies did not find associations (Buchet et al. 1980; de Kort et al. 1987; Fadrowski et al. 2010; Gennart et al. 1992; Huang et al. 2002; Karimooy et al. 2010; Mujaj et al. 2019; Omae et al. 1990). However, collectively, the body of evidence demonstrates that long-term exposure to Pb is nephrotoxic. General trends regarding the relationship between PbB and qualitative aspects of the kidney response are shown in Table 2-21. Decreased GFR and proteinuria have been observed in association with PbB ≤10 μg/dL; the significance of these studies is discussed in greater detail below. Enzymuria and proteinuria have been observed in association with PbB >10–≤50 μg/dL. Functional deficits, including enzymuria, proteinuria, impaired transport, and depressed GFR have been observed at PbB >50 μg/dL. Histopathological findings, including tubular atrophy, focal sclerosis of glomeruli, and periglomerular and interstitial fibrosis have also been observed at PbB >50 μg/dL. The overall dose-effect pattern suggests an increasing severity of nephrotoxicity associated with increasing PbB, with effects on glomerular filtration evident at PbBs <10 μg/dL, enzymuria and proteinuria becoming evident >10 μg/dL, and severe deficits in function and pathological changes occurring in association with PbBs >50 μg/dL.

**Table 2-21. Overview of Renal Effect Associated with Chronic Exposure to Lead (Pb)**

| Mean blood lead concentration (PbB) (μg/dL) | Effects associated with Pb exposure | References |
|---|---|---|
| ≤10 | Increased GFR | de Burbure et al. 2006 |
|  | Decreased GFR | Åkesson et al. 2005; Fadrowski et al. 2010; Harari et al. 2018; Lin et al. 2001; Khan et al. 2010a; Kim et al. 1996a; Lin et al. 2003; Lin et al. 2006a, 2006b; Muntner et al. 2003; Navas-Acien et al. 2009; Payton et al. 1994; Pollack et al. 2015; Spector et al. 2011; Staessen et al. 1992, 2001; Yu et al. 2004 |

**Table 2-21. Overview of Renal Effect Associated with Chronic Exposure to Lead (Pb)**

| Mean blood lead concentration (PbB) (µg/dL) | Effects associated with Pb exposure | References |
|---|---|---|
| | Proteinuria chronic kidney disease | Navas-Acien et al. 2009; Harari et al. 2018; Pollack et al. 2015 |
| >10–≤30 | Decreased GFR | Kim et al. 1996a; Staessen et al. 1990 |
| | Enzymuria | Bernard et al. 1995; Chia et al. 1994; Sonmez et al. 2002; Sun et al. 2008b |
| | Proteinuria | Bernard et al. 1995; Chia et al. 1995a, 1995b |
| >30–≤50 | Increased GFR | Hsiao et al. 2001; Roels et al. 1994 |
| | Decreased GFR | Orisakwe et al. 2007; Weaver et al. 2003a, 2003b, 2005a; Wedeen et al. 1975 |
| | Enzymuria | Cardenas et al. 1993; Cardozo dos Santos et al. 1994; Fels et al. 1994; Garcon et al. 2007; Gerhardsson et al. 1992; Kim et al. 1996a; Kumar and Krishnaswamy 1995; Lin and Tai-yi 2007; Mortada et al. 2001; Pergande et al. 1994; Roels et al. 1994; Verberk et al. 1996; Verschoor et al. 1987; Weaver et al. 2003a, 2003b, 2005a |
| | Proteinuria | Factor-Litvak et al. 1999; Fels et al. 1998; Garcon et al. 2007; Gerhardsson et al. 1992; Kumar and Krishnaswamy 1995; Mortada et al. 2001; Pergande et al. 1994; Verschoor et al. 1987 |
| | Impaired tubular transport | Pinto de Almeida et al. 1987 |
| >50 | Decreased GFR | Baker et al. 1979; Biagini et al. 1977; Cramer et al. 1974; Ehrlich et al. 1998; Hong et al. 1980; Lilis et al. 1968, 1980; Onuegbu et al. 2011; Wedeen et al. 1975, 1979 |
| | Enzymuria | Cabral et al. 2012; Gao et al. 2010; Garcon et al. 2007 |
| | Proteinuria | Cabral et al. 2012; Gao et al. 2010; Garcon et al. 2007 |
| | Impaired tubular transport | Biagini et al. 1977; Ehrlich et al. 1998; Hong et al. 1980; Wedeen et al. 1975 |
| | Histopathological changes | Biagini et al. 1977; Cramer et al. 1974; Wedeen et al. 1975, 1979 |

GFR = glomerular filtration rate

***Effects at Blood Pb Levels ≤10 µg/dL.*** Studies of renal function in populations with PbB ≤10 µg/dL provide evidence for effects of Pb on GFR in children and adults. Results are summarized in Table 2-22, with study details provided in the *Supporting Document for Epidemiological Studies for Lead*, Table 6. Most studies found that increasing PbB was associated with decreased GFR; however, one study found evidence for increasing GFR in children (de Burbure et al. 2006).

**Table 2-22. Summary of Epidemiological Studies Evaluating Renal Effects at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated[c] | Result[d] |
|---|---|---|---|
| **Akesson et al. 2005**<br><br>Cross-sectional study; n=820 adult women | Median: 2.2 | CCr | **Linear regression β coefficient (mL/minute per µg/dL): -0.018 (95% CI -0.03, -0.006)\*** |
| | | GFR | **Linear regression β coefficient (mL/minute per µg/dL): -0.02 (95% CI -0.03, -0.009)\*** |
| | | UPHC | Linear regression β coefficient (µg/L per µg/dL): reported as NS |
| | | UNAG | Linear regression β coefficient (U/g creatinine per µg/dL): reported as NS |
| **Barry et al. 2019**<br><br>Cross-sectional study; n=211 adult men | Median: 2.5 | GFR | Linear regression coefficient (SE) for:<br>PbB Q4: -2.71 (4.16); p=0.52<br>PbB continuous: -0.13 (0.28); p=0.65<br>Bone Pb Q4: -5.66 (4.86); p=0.25<br>Bone Pb Continuous: -0.15 (0.11); p=0.18 |
| **de Burbure et al. 2006**<br><br>Cross-sectional study; n>800 children (ages 8.5–12.3 years) | Mean range (three locations)<br>Control: 2.81–3.81<br>Exposure: 3.64–6.51 | SCr | **Decreased 7% (p<0.01) in Q4 (PbB >5.59 µg/dL), compared to Q1 (PbB <2.85 µg/dL)\*** |
| | | Sβ2M | **Decreased 9% (p<0.01) in Q4 (PbB >5.86 µg/dL), compared to Q1 (PbB <3.10 µg/dL)\*** |
| **Fadrowski et al. 2010**<br><br>Cross-sectional study; n=769 adolescents (ages 12–20 years) | Median: 1.5<br>Quartiles:<br>• Q1: <1.0<br>• Q2: 1.0–1.5<br>• Q3: 1.6–2.9<br>• Q4: >2.9 | GFR | • **Change in GFR (mL/minute/1.73 m² ) Q4 compared to Q1:**<br>  **-6.6 (-12.6, -0.7)\***<br>• **p-Trend across Q1–Q4=0.009\***<br>• **Mean difference in GFR associated with a 2-fold increase in blood lead level: -2.9 (-5.0, -0.7)\*** |

APPX ATT_V6_2435

2. HEALTH EFFECTS

107

## Table 2-22. Summary of Epidemiological Studies Evaluating Renal Effects at Mean Blood Lead Concentration (PbB) ≤10 μg/dL[a]

| Reference and study population[b] | PbB (μg/dL) | Outcome evaluated[c] | Result[d] |
|---|---|---|---|
| **Harari et al. 2018**<br><br>Prospective cohort study;<br>n=2,567 adults; with a 16-year follow-up period | Median at baseline (range): 2.5 (0.15–25.8)<br>Quartiles (range):<br>• Q1: 1.5 (0.15–1.85)<br>• Q2: 2.2 (1.85–2.47)<br>• Q3: 2.9 (2.47–3.30)<br>• Q4: 4.6 (3.30–25.8) | GFR | At follow-up, GFR for Q1 decreased from 89 to 62 mL/minute from baseline<br>Additional decreases in GFR, mL/minute/1.73 m², per quartile:<br>• Q3: -2.6 (-4.0, -1.2); p<0.001*<br>• Q4: -2.3 (-3.8, -0.85); p=0.002*<br>• p-trend: <0.001* |
| | | CKD | HR for Q4 compared to combined Q1–Q3: 1.49 (1.07–2.08); p=0.02* |
| **Kim et al. 1996a**<br><br>Retrospective cohort study;<br>n=459 men | Mean: 9.9 | SCr | • Regression coefficient (SE) for all participants (μmol/L per μg/dL): 0.033 (0.012); p=0.005*<br>• Regression coefficient (SE) for PbB ≤10 (μmol/L per μg/dL): 0.060 (0.019); p=0.002* |
| **Khan et al. 2010**<br><br>Cross sectional study children (ages 1–6 years) of Pb workers (n=123) and controls (n=123) | Median<br>• Control: 6.7<br>• Exposed: 8.10 | SCr | • Serum creatinine (μmol/L): control: 52; exposed: 56; p≤0.01*<br>• Spearman's correlation coefficient: r=0.13; p≤0.05* |
| **Lin et al. 2001**<br><br>Prospective, longitudinal study;<br>n=110 patients with chronic renal insufficiency | Low PbB mean: 3.9<br>High PbB mean: 6.6 | CCr | • 18 Months CCr (mL/second) mean±SD: low Pb: 0.72±0.25; high Pb: 0.59±0.22 μg/dL (p=0.007)*<br>• 21 Months CCr (mL/second) mean±SD: low Pb: 0.70±0.24; High Pb: 0.57±0.22 μg/dL (p=0.006)*<br>• 24 Months CCr (mL/second) mean±SD: low Pb: 0.70±0.24; High Pb: 0.55±0.22 μg/dL (p=0.001)* |

**APPX ATT_V6_2436**

2. HEALTH EFFECTS

**Table 2-22.  Summary of Epidemiological Studies Evaluating Renal Effects at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated[c] | Result[d] |
|---|---|---|---|
| **Lin et al. 2003**<br><br>Prospective, longitudinal study; n=202 patients with chronic renal insufficiency | Baseline: 5.3<br>After 24-month observation, prior to chelation[e]<br>• Placebo: 5.9<br>• Chelation: 6.1 | GFR | • GFR (mL/minute/1.73 m$^2$) following treatment (mean±SD): placebo 25.5±12.3; chelation 34.4±14.7 (p=0.01)*<br>• Change in GFR (mL/minute/1.73 m$^2$) following treatment (mean±SD): placebo -6.0±5.8; chelation 2.1±5.7 (p>0.001)* |
| **Lin et al. 2006a**<br><br>Prospective, longitudinal study; n=124 patients with chronic renal insufficiency | After 24-month observation, prior to chelation[e]<br>• Placebo: 3.0<br>• Chelation: 2.6 | GFR | • GFR (mL/minute/1.73 m$^2$) following treatment (mean±SD): placebo 38.0±8.9; chelation 47.9±17.0 (p=0.0493)*<br>• Change in GFR (mL/minute/1.73 m$^2$) following treatment (mean±SD): placebo -4.6±4.3; chelation 6.6±10.7 (p>0.0005)* |
| | | UP (24-hour) | • Urine protein (g) following chelation: placebo 1.11±1.63; chelation: 0.92±1.16 (p=0.6236) |
| **Lin et al. 2006b**<br><br>Prospective, longitudinal study; n=238 patients with type II diabetes and progressive diabetic neuropathy | End of 12-month observation, prior to chelation[e]<br>• Placebo: 5.9<br>• Chelation: 7.5 | GFR | • GFR (mL/minute/1.73 m$^2$) following treatment (mean±SD): placebo 13.1±4.5; chelation 18.0±7.3 (p=0.0352)*<br>• Decrements in GFR (mL/minute/1.73 m$^2$) following treatment (mean±SD): placebo 13.2±7.6; chelation 4.4±6.8 (p>0.0045)* |
| **Lin-Tan et al. 2007**<br><br>Placebo-controlled clinical study; n=116 non-diabetic patients with chronic kidney disease | Mean after 51-month chelation<br>• Placebo: 6.0<br>• Chelation: 3.5 | GFR | • GFR (mL/minute/1.73 m$^2$) following treatment (mean±SD): placebo 23.7±10.8; chelation 35.4±17.0 (p<0.0001)*<br>• Change in GFR (mL/minute/1.73 m$^2$) following treatment (mean±SD): placebo -12.7±8.4; chelation -1.8±8.8 (p<0.0001)* |
| | | UP (24-hour) | UP (mean±SD): placebo 0.96±1.04; chelation: 0.81±0.86 (p=0.3369) |

APPX ATT_V6_2437

## Table 2-22. Summary of Epidemiological Studies Evaluating Renal Effects at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated[c] | Result[d] |
|---|---|---|---|
| **Mujaj et al. 2019**<br><br>Cross-sectional study; n=447 newly hired male workers | Mean: 4.34 | GFR | β, per doubling of PbB: -0.281 (-3.07, 2.50); p=0.84 |
| | | ACR | β, per doubling of PbB: -0.071 (-0.14, 0.59); p=0.06 |
| **Muntner et al. 2003**<br><br>Cross-sectional study;<br>n=4,813 hypertensive;<br>n=10,398 normotensive adults[g] | Normotensive<br>Mean: 3.30±0.10<br>Quartiles<br>• Q2: 1.7–2.8<br>• Q3: 2.9–4.6<br>• Q4: 4.7–52.9<br>Hypertensive<br>Mean: 4.21±0.14<br>Quartiles:<br>• Q1 (reference): 0.7–2.4<br>• Q2: 2.5–3.8<br>• Q3: 3.9–5.9<br>• Q4: 6.0–56.0 | GFR<br><br><br><br><br>SCr (reference): 0.7–1.6<br><br><br><br><br>CKD | Estimated GFR, mL/minute (mean±SD)<br>• Normotensive: 115±0.7<br>• **Hypertensive: 95±0.7 (p<0.001)***<br><br>OR for elevated SCr in hypertensive patients:<br>**Q2: 1.47 (1.03, 2.10)***<br>**Q3: 1.80 (1.34, 2.42)***<br>**Q4: 2.41 (1.46, 3.97)***<br>**p-trend: <0.001***<br><br>OR for elevated CKD in hypertensive patients:<br>Q2: 1.44 (1.00, 2.09)<br>**Q3: 1.85 (1.32, 2.59)***<br>**Q4: 2.60 (1.52, 4.45)***<br>**p-trend: <0.001*** |
| **Navas-Acien et al. 2009[f]**<br><br>Cross-sectional study; n=14,778 adults | Mean: 1.58<br>Quartiles:<br>• Q1 (reference): ≤1.1<br>• Q2: >1.1–1.6<br>• Q3: >1.6–2.4<br>• Q4: >2.4 | GFR<br><br><br><br><br><br>Albuminuria | ORs for reduced GFR<br>• Q2: 1.10 (0.80, 1.51)<br>• Q3: 1.36 (0.99, 1.85)<br>• **Q4: 1.56 (1.17, 2.08)***<br>• **p-trend: <0.001***<br><br>ORs for albuminuria<br>• Q2: 0.83 (0.66, 1.04)<br>• Q3: 0.92 (0.76, 1.12)<br>• Q4: 1.19 (0.96, 1.47)<br>• **p-trend: <0.001*** |

APPX ATT_V6_2438

**Table 2-22. Summary of Epidemiological Studies Evaluating Renal Effects at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated[c] | Result[d] |
|---|---|---|---|
| Payton et al. 1994<br><br>Cross-sectional study; n=744 men | Mean: 8.1 | CCr | Regression coefficient, β (SE), mL/minute per µg/dL: -0.0403 (0.0198); p=0.0426* |
| Pollack et al. 2015<br><br>Prospective cohort study;<br>n=257 premenopausal women | Median: 0.88<br>Tertiles:<br>• T1 (reference): <0.72<br>• T2: 0.72–1.10<br>• T3: >1.10 | GFR | • **Regression β coefficient (% change per twofold increase in PbB):**<br>  -3.73 (-6.55, -0.83)*<br>• **Regression β coefficient (% change per 2-fold increase in PbB) by tertile:**<br>  ○ **T2: -8.28 (-14.07, -2.5); p<0.05\***<br>  ○ **T3: -6.79 (-13.10, -0.49); p<0.05\*** |
| | | SCr | Regression β coefficient (% change per 2-fold increase in PbB): 3.47 (0.86, 6.16) |
| | | BUN | Regression β coefficient (% change per 2-fold increase in PbB): -0.13 (-4.97, 4.96) |
| | | Blood albumin | Regression β coefficient (% change per 2-fold increase in PbB): -0.38 (-1.28, 0.52) |
| | | Blood glucose | Regression β coefficient (% change per 2-fold increase in PbB): 0.93 (-0.28, 2.15) |
| | | Blood protein | Regression β coefficient (% change per 2-fold increase in PbB): -0.76 (-1.61, 0.09) |

APPX ATT_V6_2439

**Table 2-22. Summary of Epidemiological Studies Evaluating Renal Effects at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated[c] | Result[d] |
|---|---|---|---|
| **Spector et al. 2011[f]**<br><br>Cross-sectional study; n=3,941 adults | Mean (all): 1.7<br>Mean (≥60 years)<br>Tertiles (all):<br>• T1 (reference): ≤1.3<br>• T2: >1.3–2.2<br>• T3: >2.2 | GFR | • **All participants: change in GFR (mL/minute/1.73 m²) per 2-fold increase in PbB: -1.9 (-3.2, -0.7)***<br>• **All participants: OR for reduced GFR by tertiles**<br>  ○ T2: -1.6 (-4.2, 1.0)<br>  ○ **T3: -3.3 (-5.3, -1.4)***<br>  ○ **p-trend: 0.001***<br>• **Participants ≥60 years: change in GFR (mL/minute/1.73 m²) per 2-fold increase in PbB: -4.5 (-5.6, -3.3)** |
| **Staessen et al. 1992**<br><br>Cross-sectional study; n=1,981 adults (965 men; 1,016 women) | Mean men: 11.4<br>Mean women: 7.5 | CCr | **Partial regression coefficient (SE) for CCr (mL/minute per log µg Pb/L):**<br>• **Men: -13.1 (4.0); p≤0.001***<br>• **Women: -30.1 (3.4); p≤0.001*** |
| **Staessen et al. 2001**<br><br>Cross-sectional study; n=200 17-year-old adolescent girls | Mean control: 1.4<br>Mean exposed area 1: 1.8<br>Mean exposed area 2: 2.7 | Serum cystatin C<br><br>Urine β₂-microblobulin | **Change in per 2-fold increase in PbB: +3.6% (1.5, 5.7)***<br><br>**Change per 2-fold increase in PbB: +16.0% (2.7, 31)*** |
| **Tsaih et al. 2004**<br><br>Prospective study; n=448 (66–72 years of age); n=26 participants with diabetes, and n=115 participants with hypertension | Mean at baseline: 6.5<br>Mean at follow-up: 4.5 | SCr | Baseline regression β coefficients (mg/dL per ln µg/dL):<br>• All participants: 0.009 (SE 0.006)<br>• **Participants with diabetes: 0.076 (SE 0.023); p<0.05***<br>• Participants with hypertension: 0.008 (0.010);<br>Follow-up (4–8 years) regression β coefficients (mg/dL per ln µg/dL):<br>• Participants with diabetes: 0.223 (SE 0.183);<br>• **Participants with hypertension: 0.352 (0.097); p<0.05*** |

APPX ATT_V6_2440

2. HEALTH EFFECTS

112

## Table 2-22.   Summary of Epidemiological Studies Evaluating Renal Effects at Mean Blood Lead Concentration (PbB) ≤10 μg/dL[a]

| Reference and study population[b] | PbB (μg/dL) | Outcome evaluated[c] | Result[d] |
|---|---|---|---|
| Yu et al. 2004<br><br>Prospective longitudinal study;<br>n=121 patients with chronic renal insufficiency; progression of renal insufficiency was evaluated for 48 months | Mean: 4.2 | GFR | Change in GFR (mL/minute/1.73 m² per 1 μg/dL): -4.0 (p=0.0148)* |

[a]See the *Supporting Document for Epidemiological Studies for Lead*, Table 6 for more detailed descriptions of studies.

[b]Participants had no known occupational exposure to Pb.

[c]A variety of methods are used to estimate GFR (Chao et al. 2015). Each has limitations for application to both clinical evaluations and epidemiology. The preferred method is to measure the clearance of substance from plasma that is known to be eliminated solely by glomerular filtration and is not reabsorbed in the renal tubule. Typically, in the clinical setting, this is accomplished with intravenous administration of GFR markers, such as [125]I-iothalmate, for the radiocontrast agent (e.g., iohexol). These procedures are feasible in the clinical setting, but not in epidemiology studies in which invasive procedures and administration of such agents is not practical or possible. Clearance of endogenous creatinine is an alternative that has had wide use in epidemiology. However, it requires concurrent measurements of serum creatinine and the rate of urinary excretion of creatinine, which can be accurately determined only with a carefully timed urine sample that can represent the amount of glomerular filtrate formed over a given time interval. Achieving accurately timed urine samples requires a rigidly implemented and supervised collection protocol, which is not always feasible, particularly in large-scale epidemiology studies. Alternatives to clearance methods are measurement of endogenous metabolites in plasma whose clearance approximates GFR. Typically, this is achieved with endogenous creatinine or cystatin C. The serum concentration of these two metabolites strongly correlates with GFR; however, the relationship between concentration and GFR is also affected by other variables, including age, sex, race, and creatinine muscle mass. Several approaches have been developed to improve estimates of GFR from serum creatinine that attempt to account for these co-variables. These methods rely on multiple variable regression models that relate GFR to serum creatinine and other significant determinants of GFR (Cockcroft and Gault 1976; Levey et al. 1999, 2009). An evaluation of two of the more commonly used methods for estimating GFR from serum creatinine, the CKD-EPI and MDRD equations, found that both achieved a median difference between calculated and measured GFR (from clearance measurements) that range from 2 to 6 mL/minute per 1.73 m² (Levey et al. 2009). The interquartile range in the difference was approximately 18 mL/minute per 1.73 m² in a validation dataset consisting of data for 3,986 study subjects. This suggests that approximately 25% of the GFR estimates from these methods are expected to be in error of the true GFR by >18 mL/minute (or approximately 15% of the GFR in a healthy adult, 120 mL/minute).

[d]Asterisk and bold indicate association with Pb; unless otherwise specified, values in parenthesis are 95% CIs; p-values <0.05 unless otherwise noted in the table.

[e]Blood lead estimated by EDTA mobilization.
[f]Population from NHANES.

ACR = albumin-to-creatinine ratio; BUN = blood urea nitrogen; CCr = creatinine clearance; CI = confidence interval; CKD = chronic kidney disease; CKD-EPI = Chronic Kidney Disease Epidemiology Collaboration; EDTA = ethylenediaminetetraacetic acid; GFR = glomerular filtration rate; HR = hazard ratio; MDRD = Modification of Diet in Renal Disease; NHANES = National Health and Nutrition Examination Survey; OR = odds ratio; Pb = lead; Sβ2M = serum β2-microglobulin; SCr = serum creatinine concentration; SD = standard deviation; SE = standard error; UNAG = urine N-acetyl-β-D-glucosaminidase; UP = urine protein; UPHC = urine human complex-forming protein (α1-microglobulin)

APPX ATT_V6_2441

A few studies have examined associations between low PbB and GFR in children and adolescents (de Burbure et al. 2006; Fadrowski et al. 2010; Khan et al. 2010a; Staessen et al. 2001).  de Burbure et al. (2006) examined serum creatinine in a cross-sectional study of approximately 800 children (age range 8.5–12.3 years) who resided near nonferrous smelters.  Serum creatinine and cystatin C decreased (indicating an increase in GFR) by approximately 7% in the upper quartile PbB group (mean 7.8 µg/dL) compared to the lowest quartile (<2.84 µg/dL).  Fadrowski et al. (2010) examined adolescents (12– 20 years, n=769).  GFR (estimated from serum cystatin C) decreased with increasing PbB.  In the upper quartile PbB group (>2.9 µg/dL), the decrease was 6.6 mL/minute/1.73 m$^2$, which represented approximately a 6% decrease in GFR.  In a smaller study of younger children of Pb-exposed workers (ages 1–6 years; n=123; PbB: 8.1 µg/dL), serum creatinine was higher compared to controls (ages 1– 6 years; n=123; PbB: 6.7 µg/dL) (Khan et al. 2010), indicating decreased GFR.  Several factors may have contributed to the different outcomes in these studies (decrease or increase in GFR), including a different age range of the study groups, different approaches to adjusting outcome metrics for confounders, and different exposures (e.g., co-exposure to Pb, cadmium, and mercury in the de Burbure et al. 2006 study).

A smaller study of adolescents (17 years of age, n=200) also found evidence for higher serum cystatin C (indicating lower GFR) in a group with a mean PbB of 2.7 µg/dL compared to a group with a mean PbB of 1.4 µg/dL (Staessen et al. 2001).

A larger number of studies have been conducted in adult populations (Table 2-22).  These include several prospective studies (Harari et al. 2018; Lin et al. 2001, 2003, 2006a, 2006b; Lin-Tan et al. 2007; Pollack et al. 2015; Tsaih et al. 2004; Yu et al. 2004).  Most of these studies have examined changes in GFR in patients who had ongoing renal disease and depressed GFR (Lin et al. 2001, 2003, 2006a, 2006b; Lin-Tan et al. 2007; Yu et al. 2004).  In adult participants with a median baseline PbB of 2.5 µg/dL, GFR decreased from 89 to 62 mL/minute after 16 years; GFR further decreased with increasing PbB (Harari et al. 2018).  In addition, the risk of CKD was increased in participants with a median PbB of 4.6 µg/dL compared to participants with a PbB range of 0.15–3.30 µg/dL.  In adult patients who had indications of renal insufficiency (e.g., serum creatinine concentration >1.5 mg/dL), GFR increased following repeated chelation therapy with calcium disodium ethylenediaminetetraacetic acid (EDTA) (Lin et al. 2003, 2006b).  Yu et al. (2004) estimated the decline in GFR in patients with renal insufficiency to be approximately 4 mL/minute/1.73 m$^2$ per 1 µg/dL increase in PbB.  A prospective study of premenopausal women estimated the decline in GFR to be approximately 3.73% per doubling of PbB (Pollack et al. 2015).  The median PbB in the cohort was 0.88 µg/dL.  A prospective study of older males found an association between increased serum creatinine (indicative in decreasing GFR) and PbB in subjects

diagnosed with hypertension or diabetes. Mean PbBs were 6.5 µg/dL at baseline and 4.5 µg/dL at follow-up (Tsaih et al. 2004).

Several large cross-sectional studies have examined associations between PbB and GFR in adults (Table 2-22). Three large studies relied on data collected in the NHANES (Munter et al. 2003; Navas-Acien et al. 2009; Spector et al. 2011). The Munter et al. (2003) study, which included 4,813 hypertensive subjects and 10,938 normotensive subjects, found an association between increasing PbB and decreasing GFR in the hypertensive group. Navas-Acien et al. (2009) included 14,788 adult subjects and reported decreased GFR (<60 mL/minute/1.73 m$^2$) among participants in the highest PbB quartile (mean >2.4 µg/dL). Spector et al. (2011) included 3,941 adults. In the age group ≥60 years, the estimate for the decline in GFR was 4.5 mL/minute/1.73 m$^2$ per doubling of PbB. The mean PbB in this group was 2.2 µg/dL. Several smaller cross-sectional studies have also found associations between increasing PbB and decreasing GFR in adult populations in which mean or median PbBs were <10 µg/dL (Åkesson et al. 2005; Payton et al. 1994; Staessen et al. 1992). Collectively, these studies indicate that Pb exposure is associated with decreasing GFR, and effects on GFR are evident in populations with PbB <10 µg/dL. People with on-going renal disease or hypertension may be more vulnerable to the effects of Pb. Estimates of the decline in GFR associated with increasing PbB vary across studies, with some studies indicating declines of 3–6 mL/minute/1.73 m$^2$ at PbB <10 µg/dL (Pollack et al. 2015; Spector et al. 2011; Yu et al. 2004). However, as noted above, the estimates may be inflated by reverse causality for associations between decreasing GFR and increasing Pb body burden.

***Associations Between Bone Pb and Renal Effects.*** Studies evaluating associations between bone Pb and renal function are summarized in Table 2-23. Weaver et al. (2003a, 2005a, 2005b, 2006, 2009) conducted a series of studies evaluating associations between bone Pb and metrics of renal GFR (e.g., serum creatinine concentration, creatinine clearance calculated from serum creatinine concentration, BUN) and renal tubular injury (urinary NAG) in current and former Pb workers in South Korea. These studies provide evidence that tibia Pb is positively associated with serum creatinine concentration in older workers (Weaver et al. 2003a, 2005a, 2005b) and in male, but not female, workers (Weaver et al. 2009); and negatively associated with tibia Pb and creatinine clearance in male workers (Weaver et al. 2009) and in workers with vitamin D receptor (VDR) genotypes BB and Bb (Weaver et al. 2006). Tibia Pb was also positively associated with urinary NAG in older workers (Weaver et al. 2005a). Studies of participants of the longitudinal Normative Aging Study have found positive associations between tibia Pb and serum creatinine concentration in participants with diabetes (Tsaih et al. 2004) and with ALAD genotypes 1-2 and 2-2 (Wu et al. 2003a). One cross-sectional study did not find an association between tibia Pb and

2. HEALTH EFFECTS

estimated GFR (Barry et al. 2019). A small case-control study did not find an association between tibia Pb and end-stage renal disease. Taken together, the results suggest that long-term exposure to Pb is associated with diminished renal function.

**Table 2-23. Associations Between Bone Pb and Renal Function**

| Reference | Population | Effect | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | GFR | SCr | CCr | NAG | RBP | BUN | ESRD |
| Barry et al. 2019 | 211 adult men | 0 (T) | – | | – | – | – | – | – |
| Muntner et al. 2007 | 55 adult ESRD patients; 53 controls | – | – | | – | – | – | – | 0 T |
| Tsaih et al. 2004 | 448 men[a] | – | 0 T<br>↑ T (diabetics)<br>0 P<br>0 P (diabetics) | | – | – | – | – | – |
| Weaver et al. 2003a | 803 adult Pb workers; 135 controls[b] | – | 0 T (all workers)<br>↑ T (>46 years[c]) | 0 T[c] | 0 T[c] | 0 T[c] | 0 T[c] | – |
| Weaver et al. 2005a | 803 adult Pb workers[b] | – | ↑ T (>46 years[c]) | – | ↑ T (>46 years)[c] | – | – | – |
| Weaver et al. 2005b | 795 adult Pb workers[b] | – | ↑ T (>40.6 years) | – | – | – | – | – |
| Weaver et al. 2006 | 647 adult Pb workers[b] | – | 0 T (VDR[d])<br>0 T (VDR[e])<br>0 P (VDR[d])<br>0 P (VDR[e]) | 0 T (VDR[d])<br>↓ T (VDR[e])<br>0 P (VDR[d])<br>0 P (VDR[e]) | – | – | – | – |
| Weaver et al. 2009 | 398 adult male and 139 female Pb workers[b] | – | ↑ T (M)<br>0 T (F) | ↓ T (M)<br>0 T (F) | – | – | 0 T (M)<br>↑ T (F) | – |

2. HEALTH EFFECTS

**Table 2-23. Associations Between Bone Pb and Renal Function**

| | | | | | Effect | | | |
|---|---|---|---|---|---|---|---|---|
| Reference | Population | GFR | SCr | CCr | NAG | RBP | BUN | ESRD |
| Wu et al. 2003a | 709 men[a] | – | ↑ T (ALAD[f])<br>0 P | 0 T<br>↓ P | – | – | – | – |

[a]Participants in the Normative Aging Study.
[b]Current and former Pb workers in South Korea.
[c]Data were analyzed for all study participants and by age tertiles (Tertile 1: ≤36 years old; Tertile 2: 36.1–46 years old; Tertile 3: >46 years old). Any association observed in a specific age tertile are noted. If no association was observed for all participants and for all age tertiles, this is noted with a single entry of 0.
[d]Vitamin D receptor genotype bb.
[e]Vitamin D receptor genotypes BB and Bb.
[f]Interaction between ALAD genotype (ALAD 1-2/2-2 versus ALAD 1-1).

↑ = positive association; ↓ = inverse association; 0 = no association; – = not reported; ALAD = aminolevulinic acid dehydratase; BUN = blood urea nitrogen; CCr = creatinine clearance; ESRD = end-stage renal disease; F = female; M = male; NAG = N-acetyl-D-glucosaminidase; P = patella; Pb = lead; RBP = retinol binding protein; SCr = serum creatinine concentration; T = tibia; VDR = vitamin D receptor

***Mechanisms of Action.*** Several mechanisms have been established or proposed as mechanisms for kidney damage associated with exposure to Pb, including general mechanisms of Pb-induced toxicity (reviewed in Section 2.21). Mechanisms of renal damage associated with Pb exposure were recently reviewed in detail by EPA (2014c), including oxidative stress, inflammation, apoptosis of glomerular and tubular cells, alterations in renal gangliosides (plasma membrane lipids that play a role in the control of GFR), changes in renal vascular tone, and alterations in the renin-angiotensin-aldosterone system. As discussed in Pb Section 3.1.2 (Toxicokinetics, Distribution), Pb is distributed to the kidney, providing a toxicokinetic mechanism for direct effects to the kidney.

## 2.12 DERMAL

No epidemiological studies evaluating adverse dermal effects of chronic exposure to Pb were identified.

## 2.13 OCULAR

Few epidemiological studies have evaluated non-neurological ocular effects of Pb exposure, with studies examining associations with macular degeneration (Erie et al. 2009; Park et al. 2015) and cataract development (Schaumberg et al. 2004). In a cross-sectional study of 3,865 participants with a mean PbB of 2.69 µg/dL participating in the Korea National Health and Nutrition Examination study (2008–2011),

the risks of age-related early (adjusted OR 1.12; 95% CI 1.02, 1.23; p=0.009) and late (adjusted OR 1.25; 95% CI 1.05, 1.50; p=0.015) macular degeneration were increased (Park et al. 2015). A cross-sectional study of human donor eyes with (n=25) and without (n=36) age-related macular degeneration found no association between Pb concentration in the retinal pigment epithelium-choroid complex and subjects with age-related macular degeneration and normal subjects (Erie et al. 2009). A prospective study of 642 men participating in the Normative Aging Study found no association between PbB (range: 1.0–35.0 µg/dL) and risk of cataracts, although the risk of cataracts was increased in association with tibia Pb levels (Schaumberg et al. 2004). A prospective cohort study of 634 male participants of the Normative Aging Study found an association between patellar bone Pb concentration and incidence of primary open-angle glaucoma, with an HR of 5.06 (95% CI 1.61, 15.88; p=0:005) (Wang et al. 2018).

## 2.14  ENDOCRINE

Effects of chronic exposure to Pb on reproductive hormones are reviewed in Section 2.17 (Reproductive).

*Overview.*  Effects on endocrine systems have been evaluated in several epidemiological studies in adults (general populations and workers), adolescents, and children. Investigations have focused on effects on thyroid function, cortisol levels, vitamin D levels, serum levels of other growth factors, and diabetes. Associations between PbB and thyroid function, assessed by measurement of serum thyroid hormone levels, is the most investigated endocrine outcome, although results do not demonstrate a consistent pattern of effect or dose-response relationships. Other endocrine endpoints have been evaluated in only a few studies.

The following endocrine effects have been associated with PbB:

- ≤10 µg/dL:
  - Altered serum levels of thyroid hormones (thyroxine [T4], triiodothyronine [T3], thyroid-stimulating hormone [TSH]); evaluated in multiple studies. Few effects were observed and results do not demonstrate consistent patterns of effects or exposure-response relationships.
  - Altered salivary cortisol awakening response in pregnant women.
  - Increased stress-induced salivary cortisol response in children.
  - Decreased serum levels of insulin-like growth factor-1 (IGF-1) in children.

- >10 µg/dL:
  - Altered serum levels of thyroid hormones (T4, T3, TSH); evaluated in a few studies; results do not demonstrate consistent patterns of effects or exposure-response relationships.
  - Increased thyroid peroxidase antibodies.
  - Decreased serum levels of vitamin D; evaluated in a few studies in children with consistent results.

**Measures of Exposure.**  Studies evaluating the association between endocrine effects and Pb exposure evaluate exposure by measurement of PbB.

**Confounding Factors and Effect Modifiers.**  Results of epidemiological studies on endocrine effects have not been consistent.  In general, statistical analyses were not rigorous and potential confounding factors and effect modifiers were not fully considered.  Exposure to other metals and other chemical with endocrine effects is an important confounding factor to consider when interpreting study results.  Although a few studies were of large populations (e.g., NHANES participants); most studies examined relatively small populations and used cross-sectional designs.

**Characterization of Effects.**  General trends for studies showing a relationship between PbB and endocrine effects are shown in Table 2-24.  Several studies have evaluated associations between PbB and effects on serum levels of thyroid hormones (T4, T3, and TSH) at mean PbB ranging from <1 to 71 µg/dL; an overview of study results is presented in Table 2-25.  Based on evaluation of thyroid hormones, it is unclear if PbB is associated with altered thyroid function.  At PbB ≤10 µg/dL, results of epidemiological studies, including cross-sectional studies of large NHANES populations, show associations between PbB and some alterations in serum levels of thyroid hormones; however, results do not demonstrate apparent patterns or exposure response relationships (see discussion below on *Effect at Blood Pb Levels ≤10 µg/dL*).  Increased thyroid peroxidase (TPO) antibodies were observed at PbB ≤10 µg/dL, although TSH was not increased.  Epidemiological studies at PbB >10 µg/dL, conducted in smaller populations (n=25–309), show more effects on thyroid hormones than observed at PbB ≤10 µg/dL.  However, similar to studies at lower PbB, results are inconsistent.  Kahn et al. (2014) found decreased T4 (p<0.0001) and increased TPO antibodies (p=0.0002) during the second trimester of pregnancy in women (n=144) with mean PbB 20.00 µg/dL compared to women (n=147) with PbB of 5.57 µg/dL; no increase in TSH was observed.  The adjusted OR (95% CI) for testing positive for TPO antibodies was 2.41 (1.563, 3.82).  Results indicate that autoimmunity is a potential mechanism for altered thyroid function.  This finding has not been corroborated in other studies.

**Table 2-24. Overview of Endocrine Effects Associated with Chronic Exposure to Lead (Pb)**

| Mean PbB (µg/dL) | Effects associated with Pb exposure | References |
|---|---|---|
| ≤10 | Altered levels of thyroid hormones[a] and increased TPO antibodies | Abdelouahab et al. 2008; Dundar et al. 2006; Luo and Hendryx 2014; Mendy et al. 2013; Nie et al. 2017; Yorita Christensen 2013 |
| | Altered salivary cortisol levels | Braun et al. 2014; Gump et al. 2008 |
| | Decreased serum IGF-1 | Fleisch et al. 2013 |
| >10–30 | Altered levels of thyroid hormones[a] and increased TPO antibodies | Gustafson et al. 1989; Kahn et al. 2014; Lamb et al. 2008; Lopez et al. 2000 |
| >30–50 | Decreased serum vitamin D level | Luo and Hendryx 2014; Mahaffey et al. 1982; Rosen et al. 1980 |
| >50 | Altered levels of thyroid hormones[a] | Lopez et al. 2000; Pekcici et al. 2010; Robins et al. 1983; Singh et al. 2000; Tuppurainen et al. 1988 |
| | Decreased serum vitamin D level | Rosen et al. 1980 |

[a]Thyroid hormones: T4, T3, and/or TSH.

IGF-1 = insulin-like growth factor-1; PbB = blood lead concentration; T3 = triiodothyronine; T4 = thyroxine; TSH = thyroid-stimulating hormone; TPO = thyroid peroxidase

**Table 2-25. Effects on Thyroid Hormones Associated with Blood Lead Concentration (PbB)**

| Mean PbB (µg/dL) | Number of participants | T4 Total | T4 Free | T3 Total | T3 Free | TSH | Reference |
|---|---|---|---|---|---|---|---|
| PbB ≤10 µg/dL | | | | | | | |
| 0.93 | 1,109 adolescents[a] | 0 | 0 | 0 | 0 | 0 | Chen et al. 2013 |
| 1.3 | 1,587 adults[a] | ↓ | 0 | 0 | 0 | 0 | Yorita Christensen 2013 |
| 1.52 | 4,652 adults[a] | ↓ | 0 | 0 | 0 | 0 | Mendy et al. 2013 |
| 1.74 | 87 women | 0 | – | 0 | – | ↓ | Abdelouahab et al. 2008 |
| 1.75 | 4,409 adults[a] | 0 | 0 | 0 | 0 | 0 | Chen et al. 2013 |
| 1.82 | 6,231 adults[a] | – | 0 | – | ↑ | 0 | Luo and Hendryx 2014 |
| 3.5 | 3,350 women | – | – | – | – | 0 | Nie et al. 2017 |
| 4.1 | 2,278 men | – | – | – | – | 0 | Nie et al. 2017 |
| 6.3[b] | 24 infants[b] | – | 0 | – | – | 0 | Iijama et al. 2007 |
| 7.3 | 42 adolescents | – | ↓ | – | 0 | 0 | Dundar et al. 2006 |
| PbB >10 µg/dL | | | | | | | |
| 20.00 | 291 adults | – | ↓ | – | – | 0 | Kahn et al. 2014 |
| 20.56 | 309 pregnancy[c] | – | ↓ | – | – | – | Lamb et al. 2008 |
| 24.1 | 151 adults | 0 | 0 | – | – | 0 | Schumacher et al. 1998 |
| 25 | 68 children | 0 | 0 | – | – | – | Siegel et al. 1989 |

**Table 2-25.  Effects on Thyroid Hormones Associated with Blood Lead Concentration (PbB)**

| Mean PbB (µg/dL) | Number of participants | T4 Total | T4 Free | T3 Total | T3 Free | TSH | Reference |
|---|---|---|---|---|---|---|---|
| 31 | 77 adults | – | 0 | – | 0 | 0 | Erfurth et al. 2001 |
| <33.19[c] | 6,231 adults[a] | 0 | – | – | ↑ | 0 | Luo and Hendryx 2014 |
| 39.5 | 25 adults | ↑ | – | – | – | ↑ | Gustafson et al. 1989 |
| 50.9 | 75 adults | ↑ | ↓ | 0 | – | 0 | Lopez et al. 2000 |
| 51.9 | 47 adults | ↓ | ↓ | – | – | 0 | Robins et al. 1983 |
| 51.9 | 58 adults | 0 | – | ↓ | – | ↑ | Singh et al. 2000 |
| 56.1 | 176 adults | ↓ | ↓ | 0 | – | 0 | Tuppurainen et al. 1988 |
| 71.1 | 65 adults | – | ↑ | – | ↑ | ↑ | Pekcici et al. 2010 |

[a]NHANES population.
[b]Umbilical cord PbB; assessments in infants.
[c]Mean not reported.

↑ = Increased; ↓ = decreased; 0 = no change; – = not assessed; NHANES = National Health and Nutrition Examination Survey; T3 = triiodothyronine; T4 = thyroxine; TSH = thyroid-stimulating hormone

Studies also have investigated alterations in serum levels of vitamin D at PbB >30 µg/dL (Mahaffey et al. 1982).  In children and adolescents, serum levels of 1,25-dihydroxycholecalciferol were negatively associated with PbB over a range of 30–120 µg/dL (Mahaffey et al. 1982).  Similar results were observed for vitamin D in children with PbB >50 µg/dL (Rosen et al. 1980).  However, in children with PbB <10 µg/dL, no associations between PbB and vitamin D levels were observed (Kemp et al. 2007) (see discussion below on *Effect at Blood Pb Levels ≤10 µg/dL*).  Studies investigating associations between PbB and other endocrine outcomes (salivary cortisol levels, serum levels of growth factors and diabetes) were conducted in populations with PbB ≤10 µg/dL (see discussion below on *Effect at Blood Pb Levels ≤10 µg/dL*).

***Effect at Blood Pb Levels ≤10 µg/dL.***  Epidemiological studies of endocrine effects associated with PbB ≤10 µg/dL have examined thyroid function, as assessed by serum levels of thyroid hormones (Abdelouahab et al. 2008; Chen et al. 2013; Dundar et al. 2006; Iijama et al. 2007; Luo and Hendryx 2014; Mendy et al. 2013; Yorita Christensen 2013), cortisol levels and cortisol responses to stress (Braun et al. 2014; Gump et al. 2008), vitamin D levels (Kemp et al. 2007), IGF-1 levels (Fleisch et al. 2013), and diabetes (Moon 2013); study details are summarized in *Supporting Document for Epidemiological Studies for Lead,* Table 7.  Studies examining thyroid function, including several large cross-sectional studies of NHANES populations (Chen et al. 2013; Mendy et al. 2013; Luo and Hendryx 2014; Yorita Christensen 2013), report inconsistent results; see Table 2-25.  Results of NHANES studies at low PbB

LEAD                                121

2. HEALTH EFFECTS

(range of means: 0.93–1.82 µg/dL) are mixed, showing decreased total T4 and no change for free T4 (Mendy et al. 2013; Yorita Christensen 2013), and no change for total or free T4 (Chen et al. 2013; Luo and Hendryx 2014).  The NHANES studies did not show associations between PbB and T3 or TSH levels, except for an increase in FT3 (Luo and Hendryx 2014).  In smaller studies, decreased TSH and increased free T4 were observed at PbB of 3.10 and 7.3 µg/dL, respectively (Abdelouahab et al. 2008; Dundar et al. 2006).  In a large, cross-sectional study, increased TPO antibodies were observed in women with PbBs >2.9 µg/dL, with a significant positive trend (p=0.008) for increased TSH; in men, there was no association (Nie et al. 2017).  Thus, few effects on measures of thyroid function have been observed at PbB ≤10 µg/dL, and results do not demonstrate consistent patterns of effects or exposure-response relationships.  Results of studies examining other endocrine effects associated with PbB have not been corroborated.  Study findings include: associations between PbB and decreased cortisol awakening response during pregnancy at PbB ≥5.1 µg/dL (Braun et al. 2014); enhanced salivary cortisol response to cold stress in children at PbB 1.1–6.2 µg/dL (Gump et al. 2008); no association between PbB and basal cortisol levels or cortisol levels under stress (Ngueta et al. 2018); no association between PbB and serum vitamin D in children at PbB means 4.94–6.54 µg/dL (Kemp et al. 2007); decreased serum IGF-1 in children at PbB 5–9 µg/dL (Fleisch et al. 2013); and no association between PbB and diabetes in children at mean PbB 4.08 µg/dL (Moon 2013).

***Mechanisms of Action.***  Adverse effects on the endocrine system (non-reproductive effects) associated with chronic Pb exposure have not been established; therefore, mechanisms of toxicity have not been identified.  Thyroid function could be decreased through stimulation of autoimmunity to the thyroid gland, as shown by increased thyroid peroxidase antibodies (Kahn et al. 2014).  In addition, general mechanisms of toxicity (reviewed in Section 2.21) of Pb would likely be involved in any endocrine toxicity.

## 2.15  IMMUNOLOGICAL

***Overview.***  This section of the profile summarizes the immunological effects of Pb, exclusive of asthma, which is summarized in Section 2.5.  Studies conducted in animal models have shown that Pb can perturb the humoral and cell-mediated immune systems, leading to decreased resistance to disease, sensitization, autoimmunity, and inflammation (EPA 2014c).  These studies support epidemiological evidence of associations between Pb exposures (as indexed to PbB) and changes in biomarkers of humoral and cell-mediated immunity.

The following immunological effects have been associated with PbB:

- ≤10 µg/dL:
  o Increases in susceptibility to infections.
  o Sensitization to allergens.
  o Changes in indicators of humoral immunity (immunoglobulins, B-cells); demonstrated in several studies.
  o Changes in indicators of cell-mediated immunity (T-cells, eosinophils, neutrophils); demonstrated in several studies.
  o Changes in indicators of inflammatory response (circulating inflammation cytokines).
- >10 µg/dL:
  o Changes in indicators of humoral immunity (immunoglobulins, B-cells).
  o Changes in indicators of cell-mediated immunity (T-cells, natural killer [NK]-cells, neutrophils).
  o Changes in indicators of inflammatory response (inflammatory response of activated monocytes).
  o Decreases in circulating complement.

***Measures of Exposure.*** Studies of associations between Pb exposure and immunological outcomes have relied on PbB as a biomarker of exposure. Most studies have been cross-sectional in design, which increases uncertainty in the interpretation of the results since the exposure history of the subjects is not necessarily indicated by the cross-sectional PbB measurement.

***Confounding Factors and Effect Modifiers.*** The immune system is responsive to a multitude of environmental and physiological factors, which can be confounding factors or effect modifiers in studies of associations between Pb exposure and immunological outcomes. Factors that have been considered in some studies, but not consistently across studies, include age, sex, smoking, physical activity, allergen exposures, history of inflammatory disease, SES factors, recreational activities, and co-exposures to other chemicals. Immunological outcomes observed in epidemiological studies may also be secondary to other systemic effects of Pb (e.g., hematological, splenic gene expression) that affect the immune system.

***Characterization of Effects.*** Table 2-26 lists epidemiological studies that have found associations between PbB and immunological outcomes, grouped by population PbB (typically mean or geometric

LEAD

2. HEALTH EFFECTS

123

mean). Several studies have found alterations in immunological endpoints in association with PbB over the range <10–>50 µg/dL.

**Table 2-26. Overview of Immunological Effects Associated with Chronic Exposure to Lead (Pb)**

| Mean PbB (µg/dL) | Effects associated with Pb exposure | References |
|---|---|---|
| ≤10 | Increased susceptibility to infections | Krueger and Wade 2016; Park et al. 2019 |
| | Sensitization to allergens | Jedrychowski et al. 2011; Pizent et al. 2008 |
| | Changes in indicators of humoral immunity[a] | Hon et al. 2009, 2010; Karmaus et al. 2005; Min and Min 2015; Pizent et al. 2008; Sarasua et al. 2000; Wells et al. 2014; Xu et al. 2015 |
| | Changes in indicators of cell-mediated immunity[b] | Boscolo et al. 2000; Conterato et al. 2013; Hsiao et al. 2011; Karmaus et al. 2005; Sarasua et al. 2000; Wells et al. 2014 |
| | Changes in indicators of inflammatory response[c] | Kim et al. 2007; Sirivarasai et al. 2013; Songdej et al. 2010 |
| >10–30 | Changes in indicators of humoral immunity[a] | Heo et al. 2004, Lutz et al. 1999; Sun et al. 2003; Wang et al. 2017a |
| | Changes in indicators of cell-mediated immunity[b] | Alomran and Shleamoon 1988; Bergeret et al. 1990; Boscolo et al. 1999; Di Lorenzo et al. 2006; Fischbein et al. 1993; Kimber et al. 1986; Mishra et al. 2003; Queiroz et al. 1993, 1994; Sata et al. 1998; Valentino et al. 1991, 2007; Zhao et al. 2004 |
| | Changes in indicators of inflammatory response[c] | Valentino et al. 2007 |
| >30–50 | Changes in indicators of humoral immunity[a] | Ewers et al. 1982; Heo et al. 2004; Pinkerton et al. 1998 |
| | Changes in indicators of cell-mediated immunity[b] | Conterato et al. 2013; Fischbein et al. 1993; Garcia-Leston et al. 2012; Niu et al. 2015; Pinkerton et al. 1998 |
| >50 | Changes in indicators of humoral immunity[a] | Basaran and Undeger 2000 |
| | Changes in indicators of cell-mediated immunity[b] | Basaran and Undeger 2000; Mishra et al. 2010; Undeger et al. 1996 |
| | Decreases in circulating complement levels | Ewers et al. 1982; Undeger et al. 1996 |

[a]Immunoglobulins, B-cells.
[b]T-cells, natural killer (NK) cells, eosinophils, neutrophils and related receptors and cytokines.
[c]Circulating cytokines (e.g., C-reactive protein [CRP], interleukin-6 [IL-6], tumor necrosis factor-alpha [TNFα]).

*Humoral immunity.* Numerous epidemiological studies have examined associations between Pb exposure and circulating levels of immunoglobulins. These studies provide evidence that exposure to Pb is associated with increases in circulating IgE in children (Hon et al. 2009, 2010; Karmaus et al. 2005; Lutz

et al. 1999; Sun et al. 2003; Wang et al. 2017a) and in adults (Heo et al. 2004; Sarasua et al. 2000). IgE is an important mediator of hypersensitivity reactions and inflammation and Pb-induced perturbations in IgE may contribute to associations between Pb exposure and sensitization and inflammation. Although some studies have found changes in levels of other immunoglobins, the evidence for these effects is not as strong as for IgE (Alomran and Shleamoon 1988; Anetor and Adeniyi 1998; Ewers et al. 1982; Kimber et al. 1986; Pinkerton et al. 1998; Queiroz et al. 1994b; Ündeger et al. 1996). The association between circulating IgE levels and PbB appears to extend to PbB levels <10 µg/dL (Karmaus et al. 2005; Min and Min 2015; Pizent et al. 2008; Sarasua et al. 2000; Wells et al. 2014).

*T-cells.* T-cells are important mediators of immunity to self-cells (e.g., cancer cells and cells infected with virus) and for activation of B-cells and humoral immunity. Epidemiological studies provide evidence that exposure to Pb is associated with decreases in T-cell abundance in children (Karmaus et al. 2005; Lutz et al. 1999; Sarasua et al. 2000; Zhao et al. 2004) and increases in abundance in adults (Boscolo et al. 1999, 2000; Sarasua et al. 2000). Several studies in adults found no consistent effect on T-cell abundance (Fischbein et al. 1993; Mishra et al. 2010; Pinkerton et al. 1998; Ündeger et al. 1996; Yücesoy et al. 1997b). Most of the studies on T-cell abundance did not differentiate specific classes of T-cell population affected; however, evidence is stronger for effects on CD3+ cells (Karmaus et al. 2005; Lutz et al. 1999; Sarasua et al. 2000; Zhao et al. 2004), with some studies finding effects on abundances of CD4+ (T helper) or CD8+ (T cytotoxic) cells (Boscolo et al. 1999, 2000; Karmaus et al. 2005; Sarasua et al. 2000). The association between circulating T-cell abundance and PbB appears to extend to PbB levels ≤10 µg/dL (Boscolo et al. 2000; Karmaus et al. 2005; Sarasua et al. 2000).

*Neutrophils.* Neutrophils are phagocytic cells that function in the immune defense against bacterial infections. Epidemiological studies have found associations between Pb exposure and neutrophil function. The effects on cultured human PMNs in populations that had mean PbB >10 µg/dL includes suppression of chemotaxis, phagocytosis, respiratory oxidative burst, and antigen killing (Alomran and Shleamon 1988; Bergeret et al. 1990; Fischbein et al. 1993; Kimber et al. 1986; Queiroz et al. 1993, 1994; Valentino et al. 1991). In a worker population having mean PbB ≤10 µg/dL, increasing PbB was associated with decreases in circulating neutrophil abundance (Conterato et al. 2013), whereas in a worker population having mean PbB >10 µg/dL, PbB was associated with increases in neutrophil abundance (Di Lorenzo et al. 2006) and decreases in circulating complement levels (Ewers et al. 1982; Undeger et al. 1996).

*NK cells.* NK cells contribute to the immune defense (cytotoxicity) against tumor cells and viral infected cells. Although a few studies have found associations between PbB and NK cell abundance (Boscolo et al. 1999, 2000), most studies have found no associations (Fischbein et al. 1993; Garcia-Leston et al. 2011; Karmaus et al. 2005; Kimber et al. 1986; Mishra et al. 2003; Pinkerton et al. 1998; Sarasua et al. 2000; Undeger et al. 1996; Yucesoy et al. 1997) at population mean PbBs ≤10 or >10 µg/dL.

*Lymphocyte activation.* A few epidemiological studies have found associations between exposure to Pb and increased lymphocyte activation (HLA-DR expression) and proliferation in children (Lutz et al. 1999) and adults (Alomran and Shleamon 1988; Boscolo et al. 1999; Cohen et al. 1989; Fischbein et al. 1993; Kimber et al. 1986; Mishra et al. 2003). These studies found effects in populations that had PbB >10 µg/dL.

*Sensitization.* Epidemiological studies provided evidence for associations between exposure to Pb and sensitization. This evidence includes increased risk of atopy to airborne allergens in children (Jedrychowski et al. 2011) and adults (Pizent et al. 2008). Consistent with findings in animal studies which found that Pb exposure suppresses delayed type hypersensitivity (DTH), Hsiao et al. (2011) found that higher PbB was associated with decreases in circulating levels of IFN-γ γa T-helper cytokine known to be important in DTH. The above effects related to sensitization have been observed in populations that had mean PbB ≤10 µg/dL.

*Inflammation.* A few epidemiological studies have examined possible associations between Pb exposure and biomarkers of inflammation. Results for these studies suggest that Pb exposure can modify the control of inflammatory responses, including modifying macrophage NO release and ROS production in macrophages harvested from exposed children (Pineda-Zavaleta et al. 2004), and in adults, decreases in abundance of circulating monocytes (Conterato et al. 2013; Pinkerton et al. 1998), and lower circulating levels of HLA-DR+ (Fischbein et al. 1993) in adults. Three studies found evidence for effects indicative of enhancement or stimulation of inflammation in adults at mean PbB ≤10 µg/dL. Outcomes included increases in circulating tumor necrosis factor-alpha (TNFα) (Kim et al. 2007) and C-reactive protein (CRP) in men (Songdej et al. 2010; Sirivarasai et al. 2013).

***Effect at Blood Pb Levels ≤10 µg/dL.*** Epidemiological studies that have evaluated immunological effects associated with PbB ≤10 µg/dL are summarized in Table 2-27, with additional details provided in the *Supporting Document for Epidemiological Studies for Lead,* Table 8. Outcomes that have been observed in populations with PbB ≤10 µg/dL include susceptibility to infections, sensitization in children and

adults, humoral and cell-mediated immunity in children and adults, and inflammation in children and adults.

*Susceptibility to infections.*  A cross-sectional study of data from NHANES (1999–2012) found a trend for increasing OR for being seropositive for *H. pylori*, *T. gondii*, and *Hepatitis B* virus in a population that has a geometric mean PbB of 1.5 µg/dL (Krueger and Wade 2016).

*Humoral immunity.*  Several studies have found associations between circulating IgE levels and PbB in populations with mean or geometric mean PbB levels ≤10 µg/dL (Karmaus et al. 2005; Min and Min 2015; Pizent et al. 2008; Sarasua et al. 2000; Wells et al. 2014).  In general, these studies found increases in serum IgE levels in association with increasing PbB in children (Karmaus et al. 2005; Sarasua et al. 2000; Wang et al. 2017a; Wells et al. 2014) and adults (Min and Min 2015; Pizent et al. 2008).  A cross-sectional study of children (3–7 years of age) found an association between increasing PbB and decreasing *Hepatitis B* virus antibody titers (Xu et al. 2015).

*T-cells, neutrophils, and NK cells.*  Several studies have found associations between T-cell abundance and PbB in populations with mean or geometric mean PbB levels ≤10 µg/dL.  In studies of children, T-cell abundances decreased (Karmaus et al. 2005), whereas in a study of adults, T-cell abundance increased (Boscolo et al. 2000).  In a study of Pb workers, neutrophil abundance was lower in Pb workers compared to controls (Contertato et al. 2013).  The worker populations included a group of painters in which the mean PbB was 5.4±0.4 (SE) µg/dL, compared to the control group (1.5±0.1, SE).  A study of a population of atopic adult women with median PbB 6.6 µg/dL (25th–75th percentile range: 4.9–7.9), found an association between increasing PbB and increasing abundance of NK cells (CD4+CD45RO+; Boscolo et al. 2000).

*Sensitization.*  Exposures to Pb that resulted in population geometric mean PbB ≤10 µg/dL was associated with increased risk of atopy to airborne allergens in children (Jedrychowski et al. 2011) and adults (Pizent et al. 2008).  Higher PbB was associated with decreases in circulating levels of IFN-γ (a T-helper cytokine known to be important in DTH) in a population of children with a mean PbB of 8.8±0.45 (SD) µg/dL (Hsaio et al. 2011).

## Table 2-27. Summary of Epidemiological Studies Evaluating Immunological Effects at Mean Blood Lead Concentration (PbB) ≤10 µg/dL [a]

| Reference and study population | PbB (µg/dL) | Outcome evaluated | Result [b] |
|---|---|---|---|
| **Sensitization** | | | |
| **Jedrychowski et al. 2011**<br>Prospective study; n=224 children (at 5 years of age) of women recruited in the 2nd trimester of pregnancy | Gmean (95% CI):<br>Cord: 1.16 (1.12, 1.22)<br>Maternal: 1.60 (1.52, 1.67) | Atopy | Adjusted RR:<br>• **Cord PbB: 2.28 (1.12, 4.62)***<br>• Maternal PbB: 1.72 (0.98, 3.00) |
| **Pizent et al. 2008**<br>Cross-sectional study; n=216 adults (age range 19–67 years) | Gmean (95% CI):<br>• Male: 3.17 (0.99, 7.23)<br>• Female: 2.16 (0.56, 7.35) | SPT | Adjusted OR for positive SPT: 0.92 (0.86, 0.98)* |
| **Humoral immunity** | | | |
| **Karmaus et al. 2005**<br>Cross-sectional study; n=671 children (age 7–10 years) | Gmean (95% CI):<br>• Males: 2.78 (1.48, 4.82)<br>• Females: 2.54 (1.10, 4.38) | IgE<br>B-cells | Mean serum IgE levels were higher (p≤0.05) in PbB strata >2.84 and >3.41 µg/dL.*<br><br>B-cell abundance was lower (p≤0.05) in PbB stratum 2.21–2.83 compared to <2.2 µg/dL.* |
| **Min and Min 2015**<br>Cross-sectional study; n=4,287 adults (age ≥22 years)[c] | Gmean (95% CI):<br>• 1.46 (1.44, 1.50) | IgE | β for 1 log₁₀ increase in IgE per 1 log₁₀ increase in PbB:<br>• Q2 (1.1–1.69 µg/dL): 0.20 (0.05, 0.34)*<br>• Q3 (1.7–2.6 µg/dL): 0.26 (0.10, 0.42)*<br>• Q4 (2.61–26.4 µg/dL): 0.35 (0.20, 0.51)* |
| **Pizent et al. 2008**<br>Cross-sectional study; n=216 adults (age range 19–67 years) | Gmean (95% CI):<br>• Male: 3.17 (0.99, 7.23)<br>• Female: 2.16 (0.56, 7.35) | IgE | β log increase in IgE per log increase in PbB µg/L (SE), females not taking oral contraceptives or hormone replacement therapy: 0.600 (0.298); p=0.046* |

APPX ATT_V6_2456

2. HEALTH EFFECTS

**Table 2-27. Summary of Epidemiological Studies Evaluating Immunological Effects at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population | PbB (µg/dL) | Outcome evaluated | Result[b] |
|---|---|---|---|
| **Sarasua et al. 2000**<br><br>Cross-sectional study; n=1,561 residents of communities with elevated levels of Cd or Pb in soil (age range 6 months–75 years) (1991) | Gmean (95% CI):<br>• Age 6–35 months: 7.0 (1.7, 16.1)<br>• Age 36–71 months: 6.0 (1.6, 14.1)<br>• Age 6–15 years: 4.0 (1.1, 9.2) | IgA<br><br>IgG<br><br><br><br>IgM<br><br>B-cell count<br><br>B-cell% | β per 1 µg/dL PbB, age 6–35 months: 0.8, p<0.01*<br>• β per 1 µg/dL PbB, age 6–35 months: 0.8; p<0.01*<br>• β per 1 µg/dL PbB, age 6–15 years: 7.5; p=0.02*<br>β per 1 µg/dL PbB, age 6–35 months: 1.0; p=0.03*<br>β per 1 µg/dL PbB, age 6–35 months: 16.9; p<0.01*<br>β per 1 µg/dL PbB, age 6–35 months: 0.19; p=0.02* |
| **Wang et al. 2017a**<br><br>Cross-sectional study; n=930 children (mean age: 5.74 years; 469 boys and 461 girls) | PbB Gmean (GSD)<br>All: 1.86 (1.21)<br>Boys: 1.88 (1.22)<br>Girls: 1.83 (1.20) | IgE | • All participants, β per ln-unit increase in PbB (2.72 µg/dL): 0.26 (0.009, 0.50); p=0.042*<br>• Boys, β per ln-unit increase in PbB (2.72 µg/dL): 0.40 (0.03, 0.76); p=0.036*<br>• Girl, β per ln-unit increase in PbB (2.72 µg/dL): 0.02 (−0.35, 0.40); p=0.901 |
| **Wells et al. 2014**<br><br>Cross-sectional study; n=1,788 children (age 2–12 years)[c] | Gmean (95% CI):<br>• 1.13 (1.04, 1.22) | IgE | β per 1 µg/dL PbB for % increase per 1 µg/dL: 10.27 (3.52, 17.47)* |
| **Xu et al. 2015**<br><br>Cross-sectional study; n=590 children (age 3–7 years) | Gmean (SD of log PbB):<br>• Male: 6.61 (0.19)<br>• Female: 6.16 (0.18) | Hepatitis B virus | Antibody titers decreased with increasing PbB<br>β signal to cut-off ratio per 1 µg/dL (SE) at two assessment dates:<br>• 2011: −0.4467 (0.0225); p<0.001*<br>• 2012: 0.3661 (0.0193); p<0.001* |

**APPX ATT_V6_2457**

**Table 2-27.  Summary of Epidemiological Studies Evaluating Immunological Effects at Mean Blood Lead Concentration (PbB) ≤10 μg/dL[a]**

| Reference and study population | PbB (μg/dL) | Outcome evaluated | Result[b] |
|---|---|---|---|
| **Cell-mediated immunity** | | | |
| **Boscolo et al. 2000**<br><br>Cross-sectional study; n=30 atopic women (age range 19–49 years) and 30 non-atopic women | Median:<br>• Atopic: 6.4 (4.9, 7.9)<br>• Control: 5.5 (4.4, 6.7) | T-cell abundance | Positive correlation between PbB and T-cell abundances in non-atopic subjects (r for cell count):<br>• **CD4+CD45RO-: 0.464; p<0.05***<br>• **CD3+ CD8+: 0.430; p<0.05***<br>• **CD3- HLA-DR+>: 0.435; p<0.05*** |
| **Conterato et al. 2013**<br><br>Cross-section study of battery manufacture workers (n=59), and automobile painters (n=23); ages 15–61 years | Median:<br>• Battery workers: 49.8 (4.0)<br>• Painters: 5.4 (0.4)<br>• Controls: 1.5 (0.1) | Neutrophil abundance | Mean (SE), $10^3/mm^3$:<br>• **Battery workers: 2.87 (0.27); p<0.05***<br>• **Painters: 3.07 (0.13); p<0.05***<br>• Controls: 3.75 (2.49) |
| **Hsiao et al. 2011**<br><br>Cross-sectional study; n=214 children (primary school grades 5–6) | Mean (SD):<br>Allergic and residing near oil refinery:<br>8.80 (0.45)<br>Non-allergic and residing near oil refinery:<br>5.23 (0.36)<br>Other rural or urban groups, allergic or not:<br>3.16–3.83 | | Compared to all other groups, allergic group residing near the refinery had: |
| | | IFN-γ | >96% decrease in serum IFN-γ; p<0.05* |
| | | IL-12 | >96% decrease; p<0.05* |
| | | IL-4 | >500% increase; p<0.05* |
| | | IL-25 | >500% increase; p<0.05* |
| **Karmaus et al. 2005**<br><br>Cross-sectional study; n=67 children (age 7–10 years) | Gmean (95% CI:):<br>• Males: 2.78 (1.48, 4.82)<br>• Females: 2.54 (1.10, 4.38) | T-cell and $T_C$ | Lower (p≤0.05) in PbB stratum 2.21–2.83 compared to <2.2 μg/dL* |

APPX ATT_V6_2458

**Table 2-27. Summary of Epidemiological Studies Evaluating Immunological Effects at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population | PbB (µg/dL) | Outcome evaluated | Result[b] |
|---|---|---|---|
| **Sarasua et al. 2000**<br><br>Cross-sectional study; n=1,561; age range 6 months–75 years) | Gmean (95% CI:L):<br>Age<br>• 6–35 months: 7.0 (1.7, 16.1)<br>• 36–71 months: 6.0 (1.6, 14.1)<br>• Age 6–15 years: 4.0 (1.1, 9.2) | T-cell%<br><br>T-cell count<br><br>NK-cell%<br><br>NK-cell count | β per 1 µg/dL PbB: -0.18; p=0.03*<br><br>β per 1 µg/dL PbB: 7.2; p=0.59<br><br>β per 1 µg/dL PbB: 0.00; p=0.99<br><br>β per 1 µg/dL PbB: 1.3; p=0.60 |
| **Wells et al. 2014**<br><br>Cross-sectional study;<br>n=1,788 children (age 2–12 years)[c] | Gmean (95% CI:):<br>1.13 (1.04, 1.22) | Eosinophils % | β for % increase per 1 µg/dL:<br>4.61 (2.44, 6.83)* |
| **Inflammation** | | | |
| **Kim et al. 2007**<br><br>Cross-sectional study; n=300 adults<br>(mean age 24±2 years) | Mean (range):<br>• Q1: 1.46 (0.337,1.885)<br>• Q2: 2.22 (1.886, 2.511)<br>• Q3: 2.77 (2.513, 3.103)<br>• Q4: 3.93 (3.110, 10.470) | <br><br><br>TNFα<br><br>WBC<br><br>IL-6 | In males for PbB stratum >2.51 relative to lower PbB stratum. % per 1 µg/dL increase in PbB:<br><br>23% (4, 55); p=0.015*<br><br>15% (0, 35); p=0.004*<br><br>26% (0, 55%); p=0.082 |
| **Sirivarasai et al. 2013**<br><br>Cross-sectional study; n=924 male adults (mean age 43 years) | Mean: 5.45<br>Quartiles, mean (range):<br>• Q1: 2.44 (1.23, 3.47)<br>• Q2: 3.95 (3.48, 4.55)<br>• Q3: 5.77 (4.56, 6.47)<br>• Q4: 9.21 (6.48, 24.62) | CRP | CRP was higher in upper quartile PbB stratum compared to Q1 and Q2 (p<0.001). In Q4 stratum, adjusted OR was elevated for GSTM1 and GSTT1 null genotypes:<br>• -GSTM1-/- and GSTT1-/-: 1.98 (1.47, 2.55)*<br>• -GSTM1-/-: 1.32 (1.03, 1.69)*<br>• -GSTT1-/-: 1.65 (1.17, 2.35)* |

APPX ATT_V6_2459

## Table 2-27.  Summary of Epidemiological Studies Evaluating Immunological Effects at Mean Blood Lead Concentration (PbB) ≤10 µg/dL [a]

| Reference and study population | PbB (µg/dL) | Outcome evaluated | Result[b] |
|---|---|---|---|
| **Songdej et al. 2010**<br><br>Cross-sectional study; n=9,145 adults (age >40 years)[c] | Gmean: 1.89 | | OR for <1.16 versus >3.09 µg/dL: |
| | | CRP | • **Males: 2.85 (1.49, 5.45)***<br>• Females: 0.57 (0.43, 0.76) |
| | | Fibrinogen | • Males: 1.15 (0.61, 2.16)<br>• Females: 0.87 (0.57, 1.33) |
| | | WBC | • Males: 1.55 (0.96, 2.49)<br>• Females: 0.84 (0.62, 1.13) |

[a]See the *Supporting Document for Epidemiological Studies for Lead*, Table 8 for more detailed descriptions of studies.
[b]Asterisk and bold indicate association with Pb; unless otherwise specified, values in parenthesis are 95% CIs; p-values <0.05 unless otherwise noted in the table.
[c]Study of NHANES participants.

Cd = cadmium; CI = confidence interval; CL = confidence limit; CRP = C-reactive protein; Gmean = geometric mean; GSTM1 = glutathione S-transferase Mu 1; GSTT1 = glutathione S-transferase theta 1; IFN-γ = interferon gamma; Ig = immunoglobulin antibody; IL = interleukin; NHANES = National Health and Nutrition Examination Survey; NK = natural killer; OR = odds ratio; Pb = lead; SD = standard deviation; SE = standard error; SPT = skin prick test; TNFα = tumor necrosis factor-alpha; WBC = white blood cell

*Inflammation.* A few studies have found evidence for increases in circulating TNFα (Kim et al. 2007) and CRP (Songdej et al. 2010; Sirivarasai et al. 2013) in adults at mean PbB <10 µg/dL. These outcomes are indicative of enhancement or stimulation of inflammation.

**Mechanisms of Action.** Studies conducted in animal models and cell cultures have shown that Pb can disrupt the immune response through diverse mechanisms (EPA 2014c). Figure 2-6 shows the various potential pathways by which Pb may perturb the immune system and increase risk of atopy and inflammation, autoimmunity, and host resistance. In addition to its effects on T-cells, dendritic cells, and macrophages, Pb may also alter immune function at many other processes in the pathways shown in Figure 2-6.

**Figure 2-6. Immunological Pathways by which Pb Exposure Potentially may Increase Risk of Immune-Related Diseases**



Note: As shown in the figure, immunological pathways may increase risk of diseases such as cancer and inflammatory diseases in the cardiovascular, renal, and hepatic systems.

Source: EPA 2014c

## 2.16 NEUROLOGICAL

***Overview.***  The literature on the neurobehavioral effects of Pb is extensive.  With the improvement in analytical methods to detect Pb in the various biological media and in study designs, the concentrations of Pb, particularly in blood, associated with alterations in neurobehavioral outcomes continue to decrease, suggesting that there may be no threshold for the effects of Pb on intellectual function (CDC 2012d).  Due to the enormous size of the database on neurobehavioral effects of Pb, this discussion has been limited to representative and/or major studies published on specific topics crucial to understanding dose-response relationships in the lower exposure ranges (e.g., PbB ≤10 µg/dL).  For additional information, the reader is referred to a recent review of this topic (EPA 2014c).

Numerous epidemiological studies have evaluated effects of Pb on neurological function in children and adults.  These studies show consistent evidence of associations between decrements in cognitive and neuromotor/neurosensory function with PbBs that range from ≤10 to >50 µg/dL.  The PbB-effect relationship for cognitive effects in children extends well below 10 µg/dL, with no evidence for a threshold.  In several PbB-effect models, the slope for decrements in cognitive function in children show greater increases at lower PbB ranges.  These models predict that larger decrements in cognitive function would occur when PbB increases from 1 to 10 µg/dL, than when PbB increases to levels >10 µg/dL.  All of the cognitive and neurobehavioral effects of Pb observed in children have also been observed in adults; however, it is not certain what life-stage exposures contribute most to outcomes in adults.  A few studies that have followed children to early adulthood provide evidence of associations between childhood Pb exposure (e.g., PbB) and behavioral and neuroanatomical changes in adults, suggesting a possible role of exposures in childhood to adult outcomes.  Other studies have found evidence of associations between cumulative Pb exposures (e.g., bone Pb) and neurological outcomes in adults.

The following neurobehavioral effects in children have been associated with PbB:

- ≤10 µg/dL:
    - Decreased cognitive function including full scale IQ (FSIQ).
    - Altered mood and behaviors that may contribute to learning deficits, including attention deficits, hyperactivity, autistic behaviors, conduct disorders, and delinquency.
    - Altered neuromotor and neurosensory function, including gross and fine motor skills, visual-motor integration, and hearing threshold.

- >10 µg/dL:
  - Decreased cognitive function including FSIQ.
  - Altered mood and behaviors, including attention deficits, hyperactivity, autistic behaviors, conduct disorders, and delinquency.
  - Altered neuromotor and neurosensory function, including gross and fine motor skills, visual-motor integration, hearing threshold, and visual evoked potentials.
  - Peripheral neuropathy.
  - Encephalopathy.

The following neurobehavioral effects in adults have been associated with increasing PbB:

- ≤10 µg/dL:
  - Decreased cognitive function including attention, memory, and learning.
  - Altered neuromotor and neurosensory function including decreased reaction time and walking speed, tremor, and increased risk of amyotrophic lateral sclerosis (ALS).
  - Altered mood and behavior including risk of various psychiatric symptoms including anxiety, depression, and schizophrenia.
- >10 µg/dL:
  - Reduced brain volume and altered brain neurochemistry.
  - Decreased cognitive function.
  - Altered neuromotor and neurosensory function.
  - Decreased peripheral nerve conduction velocity.

***Measures of Exposure.***  Studies conducted in children have relied heavily on PbB as an exposure metric. Although bone or tooth Pb measurements may be informative, few studies have been conducted in children (Bellinger et al. 1994; Campbell et al. 2000b; Fergusson et al. 1993; Kim et al. 1995; Needleman et al. 1979, 1990, 1996, 2002; Wasserman et al. 2003).  Maternal bone Pb has been used as an exposure metric for evaluating outcomes in children (Gomaa et al. 2002; Xu et al. 2015).  Bone Pb has been used as metric of cumulative exposure in a growing number of epidemiological studies of adults (see Section 3.3.1, Biomarkers of Exposure).  An association between a health outcome and bone Pb does not necessarily infer an association between the outcome and PbB (or *vice versa*) as indicated by studies in which associations are not consistent for the two metrics.  These differences may reflect the relative importance of cumulative exposure on the given outcome, or differences in error associated with measurements of blood and bone Pb concentrations.  A review by Shih et al. (2007) concluded that

negative associations between Pb and cognitive function are stronger for bone Pb (specifically tibia Pb) for environmental exposures and for PbB for occupational exposures.

***Confounding Factors and Effect Modifiers.*** Various factors have the potential to contribute to bias in estimates of associations between PbB and neurobehavioral outcomes. Failure to account for these factors may attenuate or strengthen the apparent associations between Pb exposure and the outcome, depending on the direction of the effect of the variable on the outcome. Neurological function can be influenced by numerous factors that may also correlate with Pb exposure in the population studied. A contributor to these correlations is the influence of SES-related factors on Pb exposure. Confounding factors that are typically evaluated in all high-quality studies include maternal education and IQ, SES, and HOME score (parental care). However, other factors have also been explored in some studies, including maternal substance abuse (including prenatal alcohol) and psychopathology, birth weight, exposure to tobacco smoke, nutritional status, and ALAD allele type. The relatively strong correlation between SES and PbB can result in overcontrol in studies of populations that have wide SES variability. Overcontrol will tend to attenuate the estimated association between PbB and the outcome (Bellinger 2004). However, SES may also modify the effect of Pb on neurological function (Bellinger et al. 1990; Ris et al. 2004; Tong et al. 2000). If this were to occur, then SES would also be an effect-modifier.

***Characterization of Effects in Children.*** A large number of studies showing decrements in neurological function in children have been published (Table 2-28). Collectively, these studies support the concept that Pb affects cognitive function in children prenatally exposed to PbB ≤10 µg/dL, with numerous studies providing evidence for effects at PbB ≤5 µg/dL. Neurobehavioral functions that have been associated with PbB ≤10 µg/dL include decrements in cognitive function (learning and memory), altered behavior and mood (e.g., attention, hyperactivity, impulsivity, irritability, delinquency), and altered neuromotor and neurosensory function (visual-motor integration, dexterity, postural sway, changes in hearing and visual thresholds). These outcomes also have been observed in association with PbB >10 µg/dL. In children who have been followed to early adulthood, mean childhood PbBs of 13 µg/dL were associated with altered brain volume and neurochemistry (Brubaker et al. 2010; Cecil et al. 2008, 2011). PbBs >30 µg/dL are associated with a variety of decrements in cognitive function, behavior (e.g., depression, aggression), and nerve function (e.g., decrements in fine and gross motor skills, peripheral neuropathy). Encephalopathy has been observed in children who have experienced severe Pb poisoning typical of PbB >80 µg/dL (NAS 1972).

**Table 2-28. Overview of Neurological Effects in Children Associated with Chronic Exposure to Lead (Pb)**

| Mean PbB (µg/dL) | Effects associated with Pb exposure | References |
|---|---|---|
| ≤10 | Intellectual deficits[a] | Blackowicz et al. 2016; Baghurst et al. 1992; Bellinger and Needleman 2003; Bellinger et al. 1992; Boucher et al. 2014; Braun et al. 2012; Canfield et al. 2003; Chandramouli et al. 2009; Chiodo et al. 2004; Desrochers-Couture et al. 2018; Dietrich et al. 1986, 1987, 1989, 1991, 1992, 1993a; Emory et al. 2003; Evens et al. 2015; Geier et al. 2017; Gomaa et al. 2002; Hong et al. 2015; Hu et al. 2006; Jedrychowski et al. 2009; Jusko et al. 2008; Kordas et al. 2011; Krieg et al. 2010; Lanphear et al. 2000a, 2005, 2019; Lin et al. 2013; Liu et al. 2014b; Mazumdar et al. 2011; McLaine et al. 2013; Min et al. 2009; Miranda et al. 2009; Polanska et al. 2018; Rodrigues et al. 2016; Rooney et al. 2018; Ruebner et al. 2019; Schnaas et al. 2006; Shadbegian et al. 2019; Sobin et al. 2015; Tellez-Rojo et al. 2006; Vigeh et al. 2014; Wang et al. 2008; Wasserman et al. 1994, 1997, 2003; Zhang et al. 2013; Zhou et al. 2017 |
| | Altered mood and behavior[b] | Arbuckle et al. 2016; Boucher et al. 2012; Braun et al. 2006, 2008; Choi et al. 2016; Dietrich et al. 2001; Froehlich et al. 2009; Fruh et al. 2019; Geier et al. 2018; He et al. 2019; Hong et al. 2015; Huang et al. 2016; Ji et al. 2018; Joo et al. 2017, 2018; Kim et al. 2013a, 2016; Liu et al. 2014a, 2015b; Park et al. 2016; Sioen et al. 2013; Stroustrup et al. 2016; Wang et al. 2008; Winter and Sampson 2017 |
| | Altered neuromotor neurosensory function[c] | Chiodo et al. 2004; Dietrich et al. 1987, 1989, 1993b; Ethier et al. 2012; Fraser et al. 2006; Kim et al. 2013b; Liu et al. 2018b; Osman et al. 1999; Silver et al. 2016; Tellez-Rojo et al. 2006 |
| | Altered brain anatomical development and activity | Cecil et al. 2008, 2011 |
| >10–30 | Intellectual deficits[a] | Baghurst et al. 1992; Bellinger et al. 1987, 1990, 1991; Chen et al. 2005, 2007; Dietrich et al. 1992, 1993a; Factor-Litvak et al. 1999; Hornung et al. 2009; Kordas et al. 2006; Magzamen et al. 2013, 2015; Marques et al. 2014; McMichael et al. 1988; Roy et al. 2011; Schnaas et al. 2000; Shen et al. 1998; Tong et al. 1996; Wasserman et al. 1994, 1997, 2000, 2003 |
| | Altered mood and behavior[b] | Amato et al. 2013; Chen et al. 2007; Dietrich et al. 1993b, 2001; Lin et al. 2019; McFarlane et al. 2013; Neugebauer et al. 2015; Nkomo et al. 2017; Rothenberg et al. 1989; Roy et al. 2009; Wu et al. 2018 |
| | Altered neuromotor neurosensory function[c] | Baghurst et al. 1995; Bhattacharya et al. 2006; Otto et al. 1985; Palaniappan et al. 2011; Parajuli et al. 2013; Ris et al. 2004; Robinson et al. 1985; Schwartz and Otto 1987, 1991 |

**Table 2-28.  Overview of Neurological Effects in Children Associated with Chronic Exposure to Lead (Pb)**

| Mean PbB (µg/dL) | Effects associated with Pb exposure | References |
|---|---|---|
| >30–50 | Intellectual deficits[a] | do Nascimento et al. 2014; Royal et al. 2013 |
| >50 | Intellectual deficits[a] | Hou et al. 2013 |
| | Altered mood and behavior[b] | Hou et al. 2013 |
| | Altered neuromotor neurosensory function[c] | Hou et al. 2013; |
| | Peripheral neuropathy[d] | Erenberg et al. 1974; Landrigan et al. 1976; Schwartz et al. 1988; Seto and Freeman 1964 |
| >80 | Encephalopathy | NAS 1972 |

[a]Intellectual deficits include decreased IQ, cognitive function, verbal comprehension, language development, perceptual organization, processing speed, decreased math and reading aptitude, educational attainment, school performance, and memory.
[b]Altered mood and behavior includes hyperactivity, ADHD, decreased adaptive skills and emotional functioning, externalizing behaviors, internalizing behaviors, social problems, delinquent behavior, impulsive behavior, irritability, autistic behavior, altered sleep, and associations between child PbB and adult behavior (see McFarlane et al. (2013).
[c]Altered neuromotor neurosensory function includes decreased integrated motor activities, gross motor skills; fine motor speed and dexterity, and visual-motor integration.
[d]Peripheral neuropathy includes decreased motor and sensory nerve conduction velocity.

ADHD = attention-deficit/hyperactivity disorder; IQ = intelligence quotient; PbB = blood lead concentration

*Characterization of Effects in Adults.*  A large number of studies showing decrements in neurological function in adults have been published (Table 2-29).  These studies have found neurobehavioral effects in populations whose PbBs were ≤10 µg/dL.  Neurobehavioral functions that have been associated with PbB ≤10 µg/dL include decreased cognitive function, altered behavior and mood, and altered neuromotor and neurosensory function.  These outcomes also have been observed in association with PbB >10 µg/dL. PbBs in the range of 10–20 µg/dL, measured either during childhood or in adulthood, have been associated with decreased brain volume and changes in brain neurochemistry (Brubaker et al. 2010; Cecil et al. 2008; 2011; Hsieh et al. 2009).  PbBs >30 µg/dL are associated with a variety of decrements in cognitive function, behavior and nerve function, including postural sway and stability; decreased walking speed; decreased visuospatial function and visual-motor performance; decrements in hearing; peripheral neuropathy; psychiatric symptoms (depression, panic disorders, anxiety, hostility, confusion, anger, and schizophrenia); and changes in regional brain volumes and neurochemistry.

**Table 2-29. Overview of Neurological Effects in Adults Associated with Chronic Exposure to Lead (Pb)**

| Mean PbB (µg/dL) | Effects associated with Pb exposure | References |
|---|---|---|
| ≤10 | Intellectual deficits[a] | Muldoon et al. 1996; Payton et al. 1998; Power et al. 2014; Seo et al. 2014; Shih et al. 2006; Weisskopf et al. 2007; Weuve et al. 2006; Wright et al. 2003b |
| | Altered mood and behavior[b] | Bouchard et al. 2009; Buser and Scinicariello 2017; Golub et al. 2010; Opler et al. 2004; Rajan et al. 2007, 2008; Rhodes et al. 2003 |
| | Altered neuromotor neurosensory function[c] | Hwang et al. 2009; Ji et al. 2013; Krieg et al. 2005 |
| | Neurological diseases (ALS) | Fang et al. 2010 |
| >10–30 | Intellectual deficits[a] | Mantere et al. 1982; Reuben et al. 2017 |
| | Altered mood and behavior[b] | Beckley et al. 2018; Yoon and Ahn et al. 2016 |
| | Altered neuromotor neurosensory function[c] | Chuang et al. 2007; Yokoyama et al. 1997 |
| | Altered brain architecture and metabolism | Brubaker et al. 2010; Cecil et al. 2008, 2011; Hsieh et al. 2009 |
| >30–50 | Intellectual deficits[a] | Baker et al. 1983; Barth et al. 2002; Campara et al. 1984; Fazli et al. 2014; Goodman et al. 2002; Hogstedt et al. 1983; Meyer-Baron and Seeber 2000; Schwartz et al. 2005; Vlasak et al. 2019 |
| | Altered mood and behavior[b] | Baker et al. 1983; Lucchini et al. 2000; Maizlish et al. 1995; Malekirad et al. 2013; Parkinson et al. 1986 |
| | Altered neuromotor neurosensory function[c] | Baker et al. 1983; Barth et al. 2002; Chia et al. 1996; Choi et al. 2012; Ghiasvand et al. 2016; Haenninen et al. 1978; Iwata et al. 2005 |
| | Altered nerve conduction | Araki et al. 1980, 1987, 2000; Chia et al. 1996; Hirata and Kosaka et al. 1993; Pasternak et al. 1989; Stollery et al. 1989, 1991 |

**Table 2-29. Overview of Neurological Effects in Adults Associated with Chronic Exposure to Lead (Pb)**

| Mean PbB (µg/dL) | Effects associated with Pb exposure | References |
|---|---|---|
| >50 | Intellectual deficits[a] | Arnvig et al. 1980; Campara et al. 1984; Fenga et al. 2016; Matte et al. 1989; Valciukas et al. 1978 |
| | Altered mood and behavior[b] | Awad el Karim et al. 1986; Zimmerman-Tansella et al. 1983 |
| | Altered neuromotor neurosensory function[c] | Hanninen et al. 1998 |
| | Altered nerve conduction | Triebig et al. 1984 |
| | Altered brain architecture | Jiang et al. 2008 |

[a]Intellectual deficits include decreased IQ, cognitive function, learning ability, verbal reasoning, logic, memory, and concentration.
[b]Altered mood and behavior include depression, panic disorders, anxiety, hostility, confusion, anger, and schizophrenia.
[c]Altered neuromotor neurosensory function includes postural sway; postural stability, decreased walking speed, decreased visuospatial function and visual-motor performance, hearing loss, and altered hearing threshold.

ALS = amyotrophic lateral sclerosis; PbB = blood lead concentration

*Effects at Blood Pb Levels ≤10 µg/dL in Children.* Numerous prospective and large cross-sectional studies provide a weight of evidence for decreased cognitive function, altered mood and behavior, and altered neuromotor and neurosensory function in children in association with exposures that result in PbB <10 µg/dL, with some studies showing effects at PbB ≤5 µg/dL. Study details are reviewed in the *Supporting Document for Epidemiological Studies for Lead,* Table 9. The cognitive outcome metric that has been most extensively studied and compared across studies is FSIQ. Tests of memory, learning, and executive function have also been used to assess cognitive function. Studies that attempt to identify associations between PbB and cognitive function must control for major factors known to influence or correlate with cognitive development and function, including SES, parental education and IQ, quality of caregiving, nutrition, and birth weight. Many of these same factors correlate with PbB and can confound associations between PbB and outcomes. Relationships between PbB and outcomes appear to be nonlinear. The Lanphear et al. (2005) pooled analysis and re-analyses (Crump et al. 2013; EPA 2014e) predict a nonlinear dose-response relationship for Pb in which the slope for the decrement in cognitive function in children increases with decreasing PbB. The biological significance of the observed supra-linear response has been the subject of several reviews and commentaries (Bowers and Beck 2006; Hornung and Lanphear 2014; Jusko et al. 2006). Decrements in cognitive function in children have been associated with increasing PbB measured at various life stages, including prenatal and various metrics of

child PbB including peak, concurrent, and cumulative. No specific life stage has been conclusively identified as the critical time period for exposure.

*Cognitive function in infancy.* Several prospective studies have evaluated cognitive function in infancy and early child cohorts having mean PbB <10 µg/dL (Table 2-30). In general, these studies provide evidence for decrements in cognitive function in association with increasing PbB. Several studies used the Mental Development Index (MDI) score from the Bayley Scales of Infant Development (BSID), allowing comparison of results across studies (Dietrich et al. 1986, 1987, 1989; Gomaa et al. 2002; Hu et al. 2006; Jedrychowski et al. 2009; Liu et al. 2014b). Each study found decreases in MDI scores measured from 6 to 36 months in association with increasing prenatal (e.g., maternal) or neonatal PbB. Cohort mean PbB ranged from 1.2 to 7.1 µg/dL. In a cohort that had a mean PbB of 1.23 µg/dL (range 0.44–6.9 µg/dL), the change in MDI score measured at 24 months of age was -7.6 (95% confidence limit [CL] -14.7, -0.62) points per 1 $\log_{10}$ increase in cord PbB (Jedrychowski et al. 2009). The largest effect size was reported for a cohort that had a mean PbB of 8±3.8 (SD) µg/dL; the change in MDI score measured at age 6 months was -15±5.1 (SE, p<0.03) points per cord lnPbB (Dietrich et al. 1986). Studies that repeatedly measured MDI scores longitudinally within the same birth cohorts found that the associations observed at 6 months persisted to later ages (Dietrich et al. 1986, 1987, 1989, 1991; Jedrychowski et al. 2009; Liu et al. 2014b). The association between Pb and declining cognitive behavior appears to be exacerbated by maternal prenatal psychosocial stress. A small prospective study conducted in Shanghai, China (139 mother-infant pairs) found larger effect sizes on language development in mothers who demonstrated higher prenatal stress (Zhou et al. 2017).

*Cognitive function in early childhood - FSIQ.* Prospective studies initiated at time of pregnancy or birth have consistently found decrements in child FSIQ in association with increasing cohort mean PbB <10 µg/dL measured at various stages of development (Table 2-30). Collectively, these studies provide evidence for effect sizes ranging from -1 to -6 FSIQ points in association with a 10-fold increase in PbB and larger effect sizes in cohorts or cohort strata having a lower mean PbB. These studies do not consistently point to a specific life stage as being more or less vulnerable, as negative associations with FSIQ have been observed with PbB measured during pregnancy, infancy, and childhood, and measured previous to or concurrently with the FSIQ evaluation. Results of an adult follow-up of a birth cohort suggest that FSIQ decrements observed in childhood may persist to adulthood (Mazumdar et al. 2011).

**Table 2-30.  Summary of Epidemiological Studies Evaluating Neurological Effects in Children at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| **Intellectual deficits** | | | |
| **Baghurst et al. 1992**<br><br>Prospective cohort, n=494 children followed from birth to age 7 years | Quartile range:<br>• Birth: 4.3, 15.0<br>• Mean 0–2 years: 11.6, 27.1<br>• Mean 0–3 years: 12.2, 28.2<br>• Mean 0–4 years: 12.2, 27.7<br>• Lifetime average (7 years):10.8, 24.8 | FSIQ | β (SE) for PbB metrics per each in PbB increase:<br>• Prenatal: 0.6 (1.4), p=0.68<br>• **Mean 0–2 years: -4.6 (2.1), p=0.03\***<br>• **Mean 0–3 years: -4.8 (2.3), p=0.04\***<br>• **Mean 0–4 years: -4.6 (2.4), p=0.05\***<br>• Lifetime average: -3.7 (2.5), p=0.14 |
| **Blackowicz et al. 2016**<br><br>Retrospective study; n=12,319 third-grade Hispanic children | Mean (SD):<br>• 4.16 (2.03) | ISAT | RR for failure on ISAT for 1 or 5 µg/dL increase in PbB:<br>Reading ISAT:<br>• **1 µg/dL increase: 1.07 (1.05, 1.10)\***<br>• **5 µg/dL increase: 1.43 (1.25, 1.63)\***<br>Math ISAT<br>• **1 µg/dL increase: 1.09 (1.06, 1.12)\***<br>• **5 µg/dL increase: 1.53 (1.32, 1.78)\*** |
| **Bellinger et al. 1992; Bellinger and Needleman 2003**<br><br>Prospective cohort, n=148 children followed from birth to age 10 years | Mean (SE):<br>• 6 months: 6.7 (7.0)<br>• 1 years: 7.7 (6.5)<br>• 2 years: 6.5 (4.9) | FSIQ | β (SE) for PbB metrics per each 1 µg/dL increase in PbB:<br>• Prenatal: -2.55 (2.56), p=0.57<br>• 6 months: -0.13 (0.15), p=0.39<br>• **2 years: -0.58 (0.21), p<0.007\***<br>• **Peak <10 µg/dL: -1.56 (p=0.03)\***<br>• Peak >10 µg/dL: -0.58 (p=NA) |
| **Boucher et al. 2014**<br><br>Prospective cohort, n=93 infants | Umbilical cord PbB:<br>• Mean (SD): 4.8 (3.5)<br>• Range: 0.5–17.8 | FTII-fixed duration | **β 0.21 (0.07, 0.35); p≤0.01\*** |

APPX ATT_V6_2470

2. HEALTH EFFECTS

## Table 2-30. Summary of Epidemiological Studies Evaluating Neurological Effects in Children at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| **Braun et al. 2012**<br><br>Prospective cohort, n=1,035 mother-infant pairs | Median (5th, 95th percentile) at age:<br>• 1 years: 4.2 (1.3, 10.6)<br>• 2 years: 4.6 (1.5, 13.4)<br>• 3 years: 5.5 (2.3, 13.8)<br>• 4 years: 5.9 (2.5, 12.8) | GCI | Coefficient for change in GCI (measured at year 4) per 10 µg/dL increase in PbB for PbB measured at each year:<br>• PbB at 1 year: -2.5 (-5.6, 0.5)<br>• **PbB at 2 years: -3.8 (-6.3, -1.4)***<br>• PbB at 3 years: -0.7 (-3.1, 1.6)<br>• PbB at 4 years: -2.5 (-5.1, 0.1) |
| **Canfield et al. 2003**<br><br>Prospective cohort, n=172 children, followed from age 24–40 months to 5 years | Mean (SD):<br>Lifetime average at age 5: 7.4 (4.3)<br>Peak: 11.1 (7.1)<br>Concurrent with FSIQ: 5.8 (4.1) | FSIQ | β per IQ for each 1 µg/dL increase in PbB at 5 years of age:<br>Full cohort (n=172):<br>• **Lifetime average: -0.57 (-0.93, -0.20); p=0.03***<br>• **Peak: -0.26 (-0.47, -0.05); p=0.02***<br>• **Concurrent: -0.61 (-0.99, -0.24); p <0.001***<br><br>Peak PbB <10 (n=101)<br>• **Lifetime average: -1.52 (-2.94, -0.09); p=0.04***<br>• **Peak: -1.44 (-2.55, -0.33); p=0.01***<br>• **Concurrent: -1.79 (-3.00, -0.60); p=0.004*** |
| **Chandramouli et al. 2009**<br><br>Prospective study; n=488 children followed from age 4–30 months (born 1992) to age 7–8 years | Mean (SD) at age 30 months: 4.22 (3.12) | Reading | • PbB 2–5 µg/dL OR: 0.88 (0.54, 1.43); p=0.608<br>• **PbB 5–10 µg/dL OR: 0.51 (0.32, 0.82); p=0.006*** |
| | | Writing | • PbB 2–5 µg/dL OR: 1.08 (0.69, 1.71); p=0.729<br>• **PbB 5–10 µg/dL OR:0.49 (0.31, 0.78); p=0.003*** |
| | | Standard assessment test scores | A 2-fold increase in PbB was associated with a 0.3-point (95% CI -0.5, -0.1) decrease in scores. |

APPX ATT_V6_2471

Table 2-30. Summary of Epidemiological Studies Evaluating Neurological Effects in Children at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| Chiodo et al. 2004<br><br>Prospective study; n=237 children, age 7.5 years | Mean (SD, range): 5.4 (3.3, 1–25) | FSIQ | β (SE):<br>• <3 µg/dL: -0.10; p≤0.1*<br>• <5 µg/dL: -0.12; p≤0.1*<br>• <7.5 µg/dL: -0.14; p≤0.05*<br>• <10 µg/dL: -0.18; p≤0.01*<br>• **Cohort: -0.20; p≤0.01*** |
| Desrochers-Couture et al. 2018<br><br>Prospective study; n=609 mother-infant pairs with follow-up at age 3–4 years | Gmean (SD)<br>• Cord: 0.76 (1.7)<br>• Child: 0.70 (1.7) | FSIQ | Associations with PbB (β per 1 SD PbB:<br>Cord PbB<br>• **Male: -2.65 (-4.66, -0.48) p=0.04***<br>• Female: -0.18 (-1.63, 1.21) p=0.83<br>Child PbB<br>• Male: -0.07 (-2.10, 2.17), p=0.96<br>• Female: 0.52 (-1.23, 2.40), p=0.63 |
| Dietrich et al. 1986<br><br>Prospective study; n=280 mother-infant pairs | Prenatal (maternal):<br>• Mean (SD): 8.0 (3.8)<br>• Range: 1–27<br>Neonatal (age 10 days):<br>• Mean (SD): 4.5 (2.9)<br>• Range: 1–22 | MDI | Associations with maternal PbB (n=245), β per lnPbB (SE): **-14.978 (6.114); p<0.02***<br><br>Associations with neonatal PbB (n=280), β per lnPbB (SE): **-15.110 (5.083); p<0.003***<br><br>In males: F (1,122); 4.95; p=0.03* |
| Dietrich et al. 1987<br><br>Prospective study; n=185 mother-infant pairs | Mean (SD, range):<br>Prenatal (maternal): 8.3 (3.8, 1–27)<br>Neonatal (10 days): 4.9 (3.3, 1–24)<br>Neonatal (3 months): 6.3 (3.8, 1–22)<br>Neonatal (6 months): 8.1 (5.2, 1–36) | MDI<br><br><br><br><br>PDI<br><br>Motor maturity | β per lnPbB (SE):<br>• **3-month: -12.113 (4.727); p=0.01***<br>• **6-month: -2.117 (0.916); p=0.02***<br><br>• **β (SE): -13.248 (4.250); p=0.002***<br><br>• **β (SE): -0.570 (0.260); p=0.03*** |

**Table 2-30. Summary of Epidemiological Studies Evaluating Neurological Effects in Children at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| **Dietrich et al. 1989**<br><br>Prospective study; n=192 mother-infant pairs | Mean (SD, range):<br>• Prenatal (maternal): 8.2 (3.6, 1–27)<br>• Neonatal (10 days): 4.8 (3.1, 1–23)<br>• Neonatal (3 months): 6.0 (3.5, 1–20)<br>• Neonatal (6 months): 7.9 (4.8, 1–35)<br>• Neonatal (9 months): 11.5 (6.9, 2–57)<br>• Neonatal (12 months): 14.2 (7.3,<4–47) | MDI | Structural Equation Model indicated associations (p≤0.05) between increasing prenatal PbB and 12-month MDI through decreasing birth weight.<br><br>Standardized regression coefficients:<br>• **Prenatal PbB → birth weight: -0.15, p≤0.05***<br>• **Birth weight → 12-month MDI: 0.18, p≤0.05*** |
| **Dietrich et al. 1991**<br><br>Prospective study; n=258 4-year-old children | Mean (SD, range):<br>(based on Dietrich et al. 1992)<br>• Maternal (6–7 months): 8.2 (3.8, 1–27)<br>• Neonatal (10 days): 4.8 (3.3, 1–26) | K-ABC scores | Coefficients per µg/dL neonatal PbB:<br>• **Mental processing composite: -0.63; p<0.01***<br>• **Sequential processing: -0.68, p<0.01***<br>• **Simultaneous processing: -0.50; p<0.05***<br>• **Nonverbal: -0.63; p<0.01***<br>• **Achievement: -0.28; p<0.05*** |
| **Dietrich et al. 1992**<br><br>Prospective study; n=259 5-year-old children | Mean (SD, range):<br>• Maternal (6–7 months): 8.2 (3.8, 1–27)<br>• Neonatal (10 days): 4.8 (3.3, 1–26)<br>• Postnatal (5 years): 11.9 (6.4, 3–38) | FWS scores | Coefficients per µg/dL neonatal PbB:<br>• **FWS(T): -0.26 p<0.1***<br>• **FWS(L): -0.20, p<0.01***<br>• **FWS(R) -0.13, p<0.1***<br><br>Coefficients per µg/dL concurrent PbB:<br>• **FWS(T): -0.11 p<0.1***<br>• **FWS(L): -0.06, p<0.1***<br>• **FWS(R) -0.08, p<0.05*** |

APPX ATT_V6_2473

2. HEALTH EFFECTS

**Table 2-30.  Summary of Epidemiological Studies Evaluating Neurological Effects in Children at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| **Dietrich et al. 1993a**<br><br>Prospective study; n=253 6–7-year-old children | Mean (SD):<br>• Maternal: 8.3 (3.7)<br>• Birth: 5 (3.4)<br>• 4–5 years: 11.8 (6.3) | FSIQ | Adjusted β (SE) in IQ per each 1 µg/dL:<br>• Prenatal: 0.15 (0.21);<br>• Lifetime average: -0.13 (0.11);<br>• **Concurrent: -0.33 (0.14); p≤0.05*** |
| **Emory et al. 2003**<br><br>Retrospective study; n=79 African-American mother-infant pairs | Mean (SD, 5th–95th percentile):<br>• Maternal: 0.72 (0.86, 0.28–1.18) | FTII, Scaled Novelty Risk (risk of mental retardation later in life) | Score: PbB (SD):<br>• Low risk: 0.65 µg/dL (0.80)<br>• Medium risk: 0.89 µg/dL (0.88)<br>• High risk: 1.01 µg/dL (0.126) |
| **EPA 2014e**<br>(re-analysis of pooled cohort from Lanphear et al. 2005 with corrections to the database)<br><br>Prospective; pooled-analysis; n=1,333 children (4.8–6 years of age) from seven prospective studies | Mean (95% CI):<br>Lifetime average: 12.4 (4.1, 34.8)<br>Peak: 18.0 (6.2, 47.0)<br>Concurrent with FSIQ: 9.7 (2.5, 33.2) | FSIQ | β in IQ per each in PbB (µg/dL) increase in PbB (95% CI):<br>• **6–24 months: -2.21 (-3.38, -1304)***<br>• **Lifetime average: -3.14 (-4.39, -1.88)***<br>• **Peak: -2.86 (-4.10, -1.61)***<br>• **Concurrent: -2.65 (-3.69, -1.61)***<br><br>FSIQ change for concurrent PbB range:<br>• **2.4–10 µg/dL: -3.8 points (-2.3, -5.3)***<br>• **10–20 µg/dL: -1.8 points (-1.1, -2.6)***<br>• **20–30 µg/dL: -1.1 (-0.7, -1.5)*** |
| **Evens et al. 2015**<br><br>Population-based retrospective cohort study; n=47,168 children (third graders) | Mean (SD): 4.81 (2.22);<br>Participants with PbB <10:<br>100% | ISAT reading scores | Regression coefficient (SE): -0.60 (0.03); p<0.0001*<br><br>Adjusted RR:<br>• **1 µg/dL: 1.06 (1.05, 1.07)***<br>• **5 µg/dL: 1.32 (1.26, 1.39)*** |
| | | Math | Regression coefficient (SE): -0.50 (0.03); p<0.0001*<br><br>Adjusted RR:<br>• **1 µg/dL: 1.06 (1.05, 1.07)***<br>• **5 µg/dL: 1.32 (1.26, 1.39)*** |

APPX ATT_V6_2474

## Table 2-30. Summary of Epidemiological Studies Evaluating Neurological Effects in Children at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| Geier et al. 2017<br><br>Cross-sectional study;<br>n=1,411 children, age 6–15 years | Mean (SD): 1.32 (0.95)<br><P50: 0.2–1.007<br>P50–P75: 1.007–1.530<br>P75–P100: 1.530–13.50 | Diagnosed with learning disability | **OR per µg/dL: 1.19 (1.00, 1.40) p=0.044\***<br>OR for quartile relative to <50th percentile (<P50):<br>• **P50–75: 1.46 (1.11, 1.92), p=0.0017\***<br>• **P75–100: 1.95 (1.16, 3.29), p=0.0033\*** |
| Gomaa et al. 2002<br><br>Prospective study; n=197 children<br>followed from birth to age 2 years | Umbilical cord mean (SD):<br>6.7 (3.4)<br>Participants with PbB ≥10:<br>15.7% | MDI | β (SE): -4.48 (2.04); p=0.03\* |
| Hong et al. 2015<br><br>Cross-sectional study;<br>n=1,001 children (ages 8–11 years) | Gmean (GSD): 1.80 (1.40)<br>5th–95th percentile range:<br>0.53–6.16 | IQ | Regression coefficients per 10-fold increase in PbB:<br>• **Verbal IQ: -2.64 (-4.98, -0.30); p=0.027\***<br>• **Full-scale IQ: -7.23 (-13.39, -1.07); p=0.021\*** |
| Hu et al. 2006<br><br>Prospective study; n=146 mother-child pairs | Mean±SD (range):<br>• Umbilical cord:<br>  6.20±3.88 (0.9–20.0)<br>• Child 12-month:<br>  5.22±3.41 (0.9–20.4)<br>• Child 24-month:<br>  4.79±3.71 (0.8–36.8)<br>• Maternal 1st trimester:<br>  7.07±5.10 (1.49–43.6)<br>• Maternal 2nd trimester:<br>  6.08±3.15 (1.58–22.4)<br>• Maternal 3rd trimester:<br>  6.86±4.23 (1.53–33.1) | MDI | β per 1 SD change in ln PbB:<br>• Umbilical cord: -0.35 (-4.72, 4.03); p=0.88<br>• Child 12-month: -2.38 (-6.24, 1.49); p=0.23<br>• Child 24-month: -1.00 (-3.93, 1.94); p=0.50<br>• **Maternal 1st trimester: -4.13 (-8.10, -0.17); p=0.04\***<br>• Maternal 2nd trimester: -4.08 (-8.29, 0.12); p=0.06<br>• Maternal 3rd trimester: -2.42 (-6.38, 1.54); p=0.23 |

Table 2-30. Summary of Epidemiological Studies Evaluating Neurological Effects in Children at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| **Jedrychowski et al. 2009**<br><br>Prospective study; n=444 children followed prenatally to age 3 years | Umbilical cord PbB<br>• Gmean: 1.29<br>• Median: 1.23<br>• Range: 0.44–6.90 | MDI | β per lg cord PbB±SE:<br>• 12 months: -5.419±2.935 (-11.188, 0.3495); p=0.066<br>• 24 months: -7.653±3.577 (-14.684,-0.623); p=0.033*<br>• 36 months: -6.717±2.964 (-12.546, -0.889); p=0.024*<br>• All participants with PbB <5 (combination of all testing times): -6.618±2.499 (-11.517, -1.719); p=0.008* |
| **Jusko et al. 2008**<br><br>Prospective study; n=174 children recruited at age 24–30 months and evaluated for FSIQ at 6 years | Lifetime average:<br>• Mean (SD): 7.2 (4.1)<br>• Range: 1.4–27.1<br>• Participants <10: 77% | FSIQ | • Associations between increasing PbB and decreasing FSIQ measured at age 6 years (p=0.003)*<br>• Comparison of children with PbB of 5–9.9 (high) to those with PbB <5 (low) showed a 4.9-point decrease in FSIQ score (low: 91.3; high 86.4; p=0.04)*<br>• Adjusted changes in IQ for each 1 µg/dL increase in peak lifetime PbB (p not reported):<br>  ○ 2.1–10 µg/dL: -1.2<br>  ○ 10–20 µg/dL: -0.32<br>  ○ 20–30 µg/dL: -0.15 |
| **Kim et al. 2013b**<br><br>Prospective birth cohort; n=884 mother infant pairs | Gmean (GSD):<br>Early pregnancy: 1.4 (1.5)<br>Late pregnancy: 1.3 (1.5) | MDI | β per 1 µg/dL change in late pregnancy PbB: -1.94 (-3.60, -0.29); p=0.02* |

APPX ATT_V6_2476

2. HEALTH EFFECTS

148

## Table 2-30. Summary of Epidemiological Studies Evaluating Neurological Effects in Children at Mean Blood Lead Concentration (PbB) ≤10 μg/dL[a]

| Reference and study population[b] | PbB (μg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| **Kordas et al. 2011** <br><br> Prospective study; n=186 children followed prenatally (to age 4 years) | Mean (SD): <br> • Umbilical cord: 6.6 (3.3) <br> • 24 months: 8.1 (4.4) <br> • 48 months: 8.1 (3.6) | MDI (24 months) | • **β (SE) Cord PbB: -0.7 (0.3); p<0.05\*** <br> • β (SE) Concurrent PbB: -0.1 (0.2) |
| | | PDI (24 months) | • β (SE) Cord PbB: -0.4 (0.2) <br> • β (SE) Concurrent PbB: -0.2 (0.2) |
| | | GCI (48 months) | • β (SE) Cord PbB: -0.2 (0.3) <br> • **β (SE) Concurrent PbB: -0.6 (0.2); p<0.05\*** |
| | | Memory score | • β (SE) Cord PbB: 0.1 (0.1) <br> • β (SE) Concurrent PbB: -0.3 (0.1) |
| **Lanphear et al. 2000a** <br><br> Cross-sectional study; n=4,853 children (ages 6–16 years) | Gmean: 1.9 <br> Participants with PbB <br> • ≥5: 9.7% <br> • ≥10: 2.1% | Arithmetic | Regression coefficients (SE): <br> • PbB <2.5: -1.28 (0.98), p=0.20 <br> • **PbB <5.0: -1.06 (0.48); p=0.03\*** <br> • **PbB <7.5: -1.06 (0.39); p=0.01\*** <br> • **PbB <10: -0.89 (0.32); p=0.008\*** |
| | | Reading | Regression coefficients (SE): <br> • PbB <2.5: -1.71 (0.93); p=0.07 <br> • **PbB <5.0: -1.66 (0.36); p<0.001\*** <br> • **PbB <7.5: -1.53 (0.31); p<0.001\*** <br> • **PbB <10: -1.44 (0.30); p<0.001\*** |
| | | Block design | Regression coefficients (SE): <br> • PbB <2.5: -0.08 (0.22); p=0.72 <br> • PbB <5.0: -0.05 (0.07); p=0.45 <br> • **PbB <7.5: -0.11 (0.06); p=0.04\*** <br> • **PbB <10: -0.13 (0.06); p=0.03\*** |
| | | Digit span | Regression coefficients (SE): <br> • PbB <2.5: -0.25 (0.17); p=0.17 <br> • PbB <5.0: -0.09 (0.07); p=0.20 <br> • PbB <7.5: -0.09 (0.05); p=0.11 <br> • **PbB <10: -0.08 (0.04); p=0.03\*** |

**Table 2-30. Summary of Epidemiological Studies Evaluating Neurological Effects in Children at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| **Lanphear et al. 2005** (same cohorts used for Budtz-Jorgensen et al. 2013)<br><br>Prospective; pooled-analysis; n=1,333 children (4.8–6 years of age) from seven prospective studies | Mean (96% CL):<br>• Lifetime average: 12.4 (4.1, 34.8)<br>• Peak: 18.0 (6.2, 47.0)<br>• Concurrent with FSIQ: 9.7 (2.5, 33.2) | FSIQ | β in IQ for per each ln PbB (µg/dL) increase in PbB:<br>• **6–24 months: -2.04 (-3.27, -0.81)*<br>• Lifetime average: -3.04 (-4.33, -1.75)<br>• Peak: -2.85 (-4.10, -1.60)*<br>• Concurrent: -2.70 (-3.74, -1.66)***<br><br>FSIQ change for lifetime average PbB:<br>• **2.4–10 µg/dL: -3.9 points (-2.4, -5.3)*<br>• 10–20 µg/dL: -1.9 points (-1.2, -2.6)*<br>• 20–30 µg/dL: -1.1 (-0.7, -1.5)*** |
| **Lanphear et al. 2019** (re-analysis of data reported in Lanphear et al. 2005; same cohorts used for Budtz-Jorgensen et al. 2013)<br><br>Prospective; pooled-analysis; n=1,333 children (4.8–6 years of age) from seven prospective studies | Median (96% CL):<br>• Lifetime average: 11.9 (3.6, 34.5)<br>• Peak: 18.0 (6.2, 47.0)<br>Concurrent with FSIQ: 9.7 (2.5, 33.2) | FSIQ | β in IQ for per each ln PbB (µg/dL) increase in PbB:<br>• **6–24 months: -2.21 (-3.38, -1.04)*<br>• Peak: -2.86 (-4.10, -1.61)*<br>• Lifetime average: -3.25 (-4.51, -1.99)*<br>• Concurrent: -2.65 (-3.69, -1.61)***<br>FSIQ change for concurrent PbB:<br>• **2.4–10 µg/dL: -3.8 points (-2.3, -5.3)*<br>• 10–20 µg/dL: -1.8 points (-1.1, -2.6)*<br>• 20–30 µg/dL: -1.1 (-0.7, -1.5)*** |
| **Lin et al. 2013**<br><br>Prospective (Taiwan Birth Panel Study; birth dates: April 2004–January 2005) of 230 mother-infant pairs from Taipei, Taiwan, followed until age 2 years | Umbilical cord<br>• Mean (SD): 1.30 (0.75)<br>• Range: 0.016–4.32 | Cognitive score | Regression analysis comparing PbB ≥1.645 (75th percentile) and PbB <1.645. Adjusted β (SE):<br>• **Total score: -4.23 (1.82); p<0.05*<br>• Cognitive: -5.35 (2.19); p<0.05***<br>• Language: -2.53 (1.89); p≥0.05 |

APPX ATT_V6_2478

**Table 2-30. Summary of Epidemiological Studies Evaluating Neurological Effects in Children at Mean Blood Lead Concentration (PbB) ≤10 μg/dL[a]**

| Reference and study population[b] | PbB (μg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| **Liu et al. 2014b**<br><br>Prospective study; n=243 infants followed from birth to age 3 years | Umbilical cord (mean±SD):<br>• Low PbB group: 1.35±0.26<br>• High PbB group: 5.63±0.32 | MDI | Regression coefficients:<br>• **6 months: -1.647 (-2.094, -1.200); p=0.016\***<br>• **12 months: -1.458 (-1.832, -1.084); p=0.023\***<br>• **24 months: -1.385 (-1.683, -1.087) p=0.033\***<br>• **36 months: -1.291 (-1.550, -1.032); p=0.036\***<br><br>Increasing PbB at ages 24 and 36 months was associated with decreasing MDI scores measured at 24 and 36 months, respectively; β:<br>• **24 months: -1.403; p=0.026\***<br>• **36 months: -1.298; p=0.036\*** |
| | | PDI | **Regression coefficients at 36 months: -1.302 (-1.572, -1.031); p=0.041\*** |
| **Mazumdar et al. 2011**<br><br>A prospective of 43 adults followed from birth (1979–1981) to age 28–30 years | Mean (SD):<br>• Cord: 6.5 (5.3)<br>• 6 months: 8.0 (5.3)<br>• 12 months: 10.0 (6.7)<br>• Age 2 years: 7.7 (4.0)<br>• Age 4 years: 6.7 (3.6)<br>• Age 10 years: 3.0 (2.7) | FSIQ | Change in FSIQ per 1 μg/dL increase in PbB. β for average late childhood PbB (mean of 4- and 10-year PbB):<br>• **Unadjusted: -1.89 (-3.30, -0.47), p<0.01\***<br>• Adjusted for maternal IQ: -1.11 (-2.29, 0.06)<br>• Other adjustments: 95% UCLs <0 |
| **McLaine et al. 2013**<br><br>Population-based retrospective cohort study; n=3,406 children (kindergarteners) | Median: 4.2<br>Interquartile range: 2.6, 6.0 | PALS-K scores | Mean differences (95% CI) in PALS-K scores (85% CL), compared to PbB <5:<br>• PbB 5–9: -4.51 (-6.61, -2.85); p>0.182<br>• PbB ≥10: -10.13 (-13.30, -6.96); p>0.182<br><br>PR for falling below the PALS-K benchmark, compared to PbB <4:<br>• **PbB 5–9: 1.21 (1.19, 1.23); p<0.001\***<br>• **PbB ≥10: 1.56 (1.51, 1.60); p<0.001\*** |

APPX ATT_V6_2479

**Table 2-30. Summary of Epidemiological Studies Evaluating Neurological Effects in Children at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| **Min et al. 2009**<br><br>Prospective study; n=267 children followed prenatally age 11 years | Mean (SD):<br>• 4 years: 7.0 µg/dL (4.1) | FSIQ | Regression coefficient (SE):<br>• **4 years: -0.50 (0.20), p<0.05***<br>• **9 years: -0.41 (0.19), p<0.05***<br>• **11 years: -0.54 (0.19); p<0.01*** |
| **Miranda et al. 2009**<br><br>Population-based retrospective cohort study; n=57,678 4th grade children | Mean: 4.8<br>Median: 4<br>Range: 1–16 | EOG scores | Multivariate regression coefficients for PbB (µg/dL) of:<br>• **PbB 2: -0.30 (-0.58, -0.01); p<0.0001***<br>• **PbB 3: -0.46 (-0.73, -0.19); p<0.0001***<br>• **PbB 4: -0.52 (-0.79, -0.24); p<0.0001***<br>• **PbB 5: -0.80 (-1.08, -0.51); p<0.0001***<br>• **PbB 6: -0.99 (-1.29, -0.68); p<0.0001***<br>• **PbB 7: -1.07 (-1.40, -0.74); p<0.0001***<br>• **PbB 8: -1.35 (-1.73, -0.97); p<0.0001***<br>• **PbB 9: -1.20 (-1.64, -0.76); p<0.0001***<br>• **PbB ≥10: -1.75 (-2.09, -1.41); p<0.0001*** |
| **Polanska et al. 2018**<br><br>Prospective study; n=538 mother-child pairs with follow-up of 303 children at age 2 years | Gmean (SD) (range)<br>• 2nd trimester: 0.99 (0.15) (0.29, 2.63)<br>• Cord: 0.96 (0.16) (0.24, 5.65) | BSID III | β score per µg/dL cord ln PbB:<br>Cognitive score:<br>• Females: 0.34 (-1.30, 1.98), p=0.68<br>• **Males: -2.07 (-4.07, -0.06), p=0.04***<br>Language score:<br>• Females: -0.29 (-2.23, 1.65), p=0.77<br>• Males: -0.43 (-2.81, 1.95), p=0.72 |
| **Rodrigues et al. 2016**<br><br>Prospective study; n=812 mother-child pairs with follow-up of 5251, children at age 2–3 years | Median (P24, P75, maximum)<br>• Sirajdikhan: 7.6 (5.5, 10.4)<br>• Pabna: <LOD (<LOD, 3.8, 13.8) | BSID III | β score per µg/L child PbB:<br>Cognitive score:<br>• **Sirajdikhan: -0.17 (0.09), p=0.05***<br>• Pabna: 0.02 (0.12), p=0.87 |

APPX ATT_V6_2480

2. HEALTH EFFECTS

**Table 2-30. Summary of Epidemiological Studies Evaluating Neurological Effects in Children at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| **Rooney et al. 2018**<br><br>Longitudinal study; n=330 children with follow-up at age 12 and 17 years | Mean (SD) at age 8–12 years<br>• Females: 4.42 (2.19)<br>• Males: 5.26 (2.73) | Learning, memory, and executive function test | Genetic variants of N-methyl-D-aspartate receptors (NMDAR subunits GRIN2A and GRIN2B) were effect modifiers on associations between increasing PbB (at age 8–12 years) and decreasing performance on learning and memory and executive functions |
| **Ruebner et al. 2019**<br><br>Cross-sectional study; n=412 children (median age 15.4 years) from prospective study of CKD in children | Median (P24, P75):<br>1.2 (0.8, 1.8) | FSIQ, CPT | β score per µg/dL (95% CI):<br>FSIQ:<br>• **PbB: -2.1 (-3.9, -0.2), p=0.029*CPT variability score:**<br>• **PbB: 1.8 (0.2, 3.5), p=0.033*** |
| **Schnaas et al. 2006**<br><br>Prospective study; n=150 followed from birth to age 10 years | Maternal during full pregnancy<br>• Gmean (range): 8.0 (1–33)<br>Maternal PbB during pregnancy weeks 28–36<br>• Gmean (95% CI): 7.3 (1.5–17.4)<br>Child 1–5 years<br>• Gmean (range): 9.8 (2.8–36.4)<br>Child 6–10 years<br>• Gmean (range): 6.2 (2.2–18.6) | FSIQ | β assessed at age 6–10 years:<br>• **Ln maternal PbB (28 weeks pregnancy): -4.00 (-6.37, -1.65); p=0.001***<br>• **Ln child PbB (6–10 years): -2.45 (-4.09, -0.81); p=0.003*** |

APPX ATT_V6_2481

2. HEALTH EFFECTS

**Table 2-30. Summary of Epidemiological Studies Evaluating Neurological Effects in Children at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| **Shadbegian et al. 2019**<br><br>Retrospective study;<br>n=560,624 children with PbB measured at ages 0–5 years and cognitive assessments during school grades 3–8 | Mean (SD)<br>Whole cohort<br>• <10 µg/dL: 3.66 (1.90)<br>• ≤5 µg/dL: 2.89 (1.18)<br>CEM stratum<br>≤5 µg/dL: 2.40 (1.24) | Standardized academic achievement tests | Percentile score change relative to ≤1 µg/dL CEM stratum (SE) for children who had geometric mean PbB >1 and ≤5 µg/dL:<br>Math percentile for PbB strata:<br>• 2 µg/dL: -0.38 (0.19), p>0.05<br>• **3 µg/dL: -0.56 (0.20), p<0.01***<br>• **4 µg/dL: -0.96 (0.23), p<0.001***<br>• 5 µg/dL: -0.51(0.30), p>0.05<br><br>Reading percentile for PbB strata:<br>• **2 µg/dL: -0.55 (0.19), p<0.01***<br>• **3 µg/dL: -1.02 (0.20), p<0.001***<br>• **4 µg/dL: -1.31 (0.23), p<0.001***<br>• **5 µg/dL: -0.97 (0.30), p<0.001*** |
| **Sobin et al. 2015**<br><br>Cross-sectional study; n=252 children (age 5.1–11.8 years) | Mean (SD):<br>• Females: 2.7 (1.5)<br>• Males: 2.4 (1.0)<br>• 96% <5.0 µg/dL | Working memory | β (SE): 0.11 (0.03), p<0.01* |
| **Taylor et al. 2017**<br><br>Prospective study; n=14,062 mother-infant pairs with follow-up of 404 children at age 4 years and n=2,217 children at age 8 years | Mean (SD):<br>Maternal (11 weeks):<br>3.67 (1.46)<br>Child (30 months): 4.22 (3.12) | FSIQ | β for score per µg/dL at age 8 years:<br>Females:<br>• **Verbal: 0.71 (0.11, 1.32), p=0.021***<br>• Performance: 0.57 (-0.11, 1.24), p=0.099<br>• Total: 0.73 (0.13, 1.33), p=0.017<br>Males:<br>• Verbal: -0.15 (-0.90, 0.60), p=0.72<br>• Performance: -0.42 (-1.19, 0.35), p=0.29<br>• Total: -0.29 (-1.02, 0.44), p=0.44 |

**APPX ATT_V6_2482**

## Table 2-30. Summary of Epidemiological Studies Evaluating Neurological Effects in Children at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| **Tellez-Rojo et al. 2006**<br><br>Prospective study; n=294 children followed from birth to age 2 years | Mean (SD):<br>• Cord: 4.85 (3.0)<br>• 12 months: 4.27 (2.14)<br>• 24 months: 4.28 (2.25) | MDI | β per ln PbB 12 months:<br>• <10 µg/dL: -0.15, p=0.57<br>• ≥10 µg/dL: -0.71, p=0.17<br>β per lnPbB 24 months:<br>• **<10 µg/dL: -1.04, p<0.01*<br>• ≥10 µg/dL: 0.07, p=0.84 |
| **Vigeh et al. 2014**<br><br>Prospective study; n=174 mother-child pairs, birth to 36 months | Mean±SD (range):<br>• 1st trimester: 4.15±2.43 (1.6–20.5)<br>• 2nd trimester: 3.44±1.28 (1.1–7.5)<br>• 3rd trimester: 3.78±1.40 (1.5–8.0)<br>• Umbilical cord: 2.86±1.09 (1.2–6.9). | ECDI score | OR 1st trimester: 1.74 (1.18–2.57); p=0.005* |
| **Wasserman et al. 1994, 1997, 2003**<br><br>Prospective study; n=332 children age 4 years, 261 children age 7 years, 167 children age 10–12 years | Mean (SD):<br>• Age 4 years: 9.6, Pristina 39.9, K. Mitrovica<br>• Age 10–12 years: 6.1 (1.9), Pristina 30.9 (9.6), K. Mitrovica | FSIQ | β (SE) for each ln PbB increase:<br>• 4 years: -9.43 (2.44); p=0.000*<br>• Lifetime AUC 7 years: -8.59 (1.89); p<0.05*<br>• Lifetime average 10–12 years: -5.31 (1.98); p<0.05* |
| **Zhang et al. 2013**<br><br>Population-based retrospective cohort study; n=8,831, 7,708, and 4,742 students in grades 3, 5, and 8, respectively | Mean (SD): 7.12 (7.26) Analysis: academic achievement | Math | • OR 1–5 PbB (µg/dL): 1.42 (1.24, 1.63)*<br>• OR 6–10 PbB (µg/dL): 2.00 (1.74, 2.30)*<br>• OR >10 PbB (µg/dL): 2.40 (2.07, 2.77)* |
| | | Science | • OR 1–5 PbB (µg/dL): 1.33 (1.10, 1.62)*<br>• OR 6–10 PbB (µg/dL): 2.22 (1.82, 2.72)*<br>• OR >10 PbB (µg/dL): 2.26 (1.84, 2.78)* |
| | | Reading | • OR 1–5 PbB (µg/dL): 1.45 (1.27, 1.67)*<br>• OR 6–10 PbB (µg/dL): 2.21 (1.92, 2.55)*<br>• OR >10 PbB (µg/dL): 2.69 (2.31, 3.12)* |

APPX ATT_V6_2483

**Table 2-30. Summary of Epidemiological Studies Evaluating Neurological Effects in Children at Mean Blood Lead Concentration (PbB) ≤10 μg/dL[a]**

| Reference and study population[b] | PbB (μg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| Zhou et al. 2017<br><br>Prospective study; n=139 mother-infant pairs followed from birth to 24–36 months | Gmean (95% CI)<br>Mid-late pregnancy: 3.30 (3.05, 3.57) | Gesell Development Scale, prenatal stress Global Severity Index | β for development quotient per μg/dL:<br>All children:<br>• Adaptive behavior: 3.60 (-3.64, 10.83)<br>• Language: -6.76 (-17.29, 3.77)<br>• Social behavior: -6.45 (-15.55, 2.65)<br><br>Children from mothers who exhibited high prenatal stress:<br>• **Adaptive behavior: -17.93 (-35.83, -0.03)\***<br>• **Language: -33.82 (-60.04, -7.59)\***<br>• **Social behavior: -41.00 (-63.11 -18.89)\*** |
| **Mood and behavior** | | | |
| Arbuckle et al. 2016<br><br>Cross-sectional study; n=2,097 children aged 6–19 years | Gmean (95% CI)<br>age 6–11 years: 0.91 (0.81, 0.99)<br>age 12–19 years: 0.80 (0.74, 0.85) | ADD/ADHD | ORs for ln(PbB):<br>• **ADD/ADHD: 2.39 (1.32, 4.32)\***<br>• Emotional symptoms: 1.08 (0.68, 1.71)<br>• **Hyperactivity/inattention: 2.33 (1.59, 3.43)\***<br>• **Total difficulties: 2.16 (1.33, 3.51)\*** |
| Boucher et al. 2012<br><br>Prospective study: n=272 children (mean age 11.3 years) | Mean±SD (range):<br>• Umbilical cord: 4.7±3.3 (0.8–20.9)<br>• Current: 2.7±2.2 (0.4–12.8) | ADHD-inattentive type | Adjusted ORs:<br>• T2 (n=94): 1.06 (0.42, 2.66)<br>• T3 (n=91): 1.01 (0.38, 2.64) |
| | | ADHD-hyperactive-impulsive type | • **T2(n=94): 4.01 (1.06, 15.23)\***<br>• **T3(n=91): 5.52 (1.38, 22.12)\*** |
| | | ODD and/or CD | • T2 (n=94): 1.90 (0.88, 4.11)<br>• T3 (n=91): 1.53 (0.67, 3.49) |
| | | Behavior problem scores | Umbilical cord PbB was not associated with associated with behavior problem scores (data not reported). |

APPX ATT_V6_2484

**Table 2-30. Summary of Epidemiological Studies Evaluating Neurological Effects in Children at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| **Braun et al. 2006**<br><br>Cross-sectional study;<br>n=4,704 children (ages 4–15 years) | Quintiles:<br>• Q1 (reference): ND–0.7<br>• Q2: 0.8–1.0<br>• Q3: 1.1–1.3<br>• Q4: 1.4–2.0<br>• Q5: ≥2.0 | ADHD | Adjusted ORs:<br>• Q2: 1.1 (0.4, 3.4); p=0.804<br>• Q3: 2.1 (0.7, 6.8); p=0.195<br>• Q4: 2.7 (0.9, 8.4);p=0.086<br>• **Q5: 4.1 (1.2, 14.0); p=0.026\***<br>• **p-trend: 0.012\*** |
| **Braun et al. 2008**<br><br>Cross-sectional study;<br>n=3,082 children (ages 8–15 years) | Quartiles:<br>• Q1 (reference): 0.2–0.7<br>• Q2: 0.8–1.0<br>• Q3: 1.1–1.4<br>• Q4: >2.0 | Conduct disorder | Adjusted ORs:<br>• **Q2: 7.24 (1.06, 49.47)\***<br>• **Q3: 12.37 (2.37, 64.56\*)**<br>• **Q4: 8.64 (1.87, 40.04)\*** |
| **Choi et al. 2016**<br><br>Longitudinal study; n=2,159 children<br>(ages 7–9 years) | Gmean (GSD):<br>• All participants<br>  >7 years: 1.62 (1.52)<br>  Boys: 1.65 (1.75)<br>  Girls: 1.47 (1.76);<br>  p<0.001, compared to<br>  boys | ADHD | • **RR for PbB ≥2.17 (compared to PbB <2.17):**<br>  **1.552 (1.002, 2.403)\*** |
| **Desrochers-Couture et al. 2019**<br><br>Longitudinal study; n=212 Inuit<br>children followed from birth and<br>evaluated at mean age 11.4 and<br>18.5 years | Gmean (GSD)<br>• Cord: 3.80 (1.84)<br>• Child: 2.34 (1.86)<br>• Adolescent: 1.63 (2.00) | ADHD | β per log₂ µg/dL PbB:<br>Child:<br>• Externalizing: 0.61 (-0.63, 1.96)<br>• Hyperactivity-impulsivity: 0.11 (-0.14, 0.37)<br>• Oppositional defiant/conduct disorder: 0.02<br>  (-0.20, 0.21)<br>Adolescent:<br>• **Externalizing interacting with child**<br>  **externalizing: 0.32 (0.08, 0.72)\*** |

APPX ATT_V6_2485

**Table 2-30. Summary of Epidemiological Studies Evaluating Neurological Effects in Children at Mean Blood Lead Concentration (PbB) ≤10 μg/dL[a]**

| Reference and study population[b] | PbB (μg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| **Dietrich et al. 2001**<br><br>Prospective study; n=195 subjects (age 15–17 years) | Categories:<br>Lowest: <10<br>Low: 10–15<br>Medium: 16–20<br>High: >20 | SRDBS scores | β (SE):<br>• **Prenatal PbB: 0.192 (0.076); p=0.002\***<br>• **78-month PbB: 0.193 (0.061); p=0.002\***<br>• **Average child PbB: 0.101 (0.047); p=0.036\*** |
| **Froehlich et al. 2009**<br><br>Cross-sectional study; n=2,588 children (ages 8–15 years) | Tertiles<br>T1: 0.2–0.8<br>T2: 0.9–1.3<br>T3: >1.3 | ADHD | Adjusted ORs:<br>• T2: 1.7 (0.97, 2.9); p=0.06<br>• **T3: 2.3 (1.5, 3.8); p=0.001\*** |
| **Fruh et al. 2019**<br><br>Prospective study; n=1,006 mother-child pairs with follow-up at age 8 years; Massachusetts | Erythrocyte Pb:<br>Median:1.1<br>25th–75th % range: 0.6 | BRIEF and SDQ | β for change in score for an IQR increase in maternal 2nd trimester erythrocyte Pb:<br>Parent-rated SDQ:<br>• Total difficulties: 0.36 (-0.04, 0.77)<br>• **Emotional problems: 0.18 (0.03, 0.33)\***<br><br>Parent-rated BRIEF score:<br>• Behavioral regulation index: 0.69 (-0.13, 1.51)<br>• General executive composite: 0.73 (-0.06, 1.52)<br>• **Plan organize: 0.85 (0.12, 1.59)\*** |
| **Geier et al. 2018**<br><br>Cross-sectional study; n=2,109 children, age 10–19 years | Mean (SD): 1.16 (1.27)<br>Quartiles, range:<br>• 0–50th: 0.2–0.88<br>• 50th–75th: 0.88–1.26<br>• 75th–100th: 1.26–34.8 | ADD | OR for diagnosis of ADD:<br><br>**Total sample (per μg/dL): 1.292 (1.025, 1.545) p=0.0301\***<br><br>**Upper quartile PbB relative to 0–50th percentile as reference:**<br>• **50–75th %: 1.28 (0.82, 2.00), p=0.2466\***<br>• **75–100th %: 1.59 (1.05, 2.39), p=0.0130\*** |

APPX ATT_V6_2486

**Table 2-30. Summary of Epidemiological Studies Evaluating Neurological Effects in Children at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| He et al. 2019<br><br>Meta-analysis of seven studies of associations between PbB and risk of ADHD diagnosis | Range of study means: 0.73, 8.77 | ADHD | Mean risk difference (95% CI):<br>• **All studies (7): 0.59 (0.50, 0.68), p<0.0001\***<br>• **PbB <3 µg/dL: 0.47 (0.39, 0.56), p<0.0001\***<br>• **Age 5–12 years compared to age >12 years: 1.35 (0.28, 2.41), p<0.0001\*** |
| Hong et al. 2015<br><br>A cross-sectional study;<br>n=1,001 children (age 8–11 years) | Gmean (GSD): 1.80 (1.40)<br>Range: 0.53–6.16 | ADHD-hyperactive-impulsive type | **PbB (log-transformed) OR: 3.66 (1.18, 6.13); p=0.004\*** |
| | | ADHD-inattentive type | • OR: 2.72 (-0.12, 5.56); p=0.060 |
| | | Total score | • **OR: 6.38 (1.36, 11.40); p=0.013\*** |
| Huang et al. 2016<br><br>Prospective study of mother-infant pairs with follow-up of 578 children at age 6–13 years | Mean (SD): 3.4 (3.1) | ADHD | β per 1 µg/dL:<br>• **Hyperactivity: 1.2 (0.3, 2.0), p=0.01\***<br>• **Restless-impulsive: 1.2 (0.3, 2.0), p=0.007\***<br>• **Hyperactive-impulsive: 1.1 (0.2, 2.0), p=0.02\*** |
| Ji et al. 2018<br><br>Prospective study of mother-infant pairs recruited beginning 1998 with follow-up of 1,479 children at median age 9.6 years | Mean (SD): 2.2 (1.6)<br>• All: 2.2 (1.6)<br>• ADHD: 2.4 (1.9)<br>• No neuro-developmental disorder: 2.1 (1.5) | ADHD | OR for ADHD diagnosis.<br>Males and females: **OR per ln PbB (µg/dL): 1.25 (1.01, 1.56) p=0.045\***<br><br>OR relative to <2 µg/dL reference:<br>• 2–4 µg/dL: 1.08 (0.81, 1.44) p=0.622<br>• **5–10 µg/dL: 1.73 (1.09, 2.73) p=0.019\***<br><br>OR relative to <5 µg/dL reference:<br>• **5–10 µg/dL: 1.66 (1.08, 2.56) p=0.020\***<br><br>Males:<br>OR 5–10 µg/dL relative to <5 µg/dL reference:<br>• **Males: 2.49 (1.46, 4.26) p=0.001\***<br>• Females: 0.68 (0.27, 1.69) p=0.401 |

**Table 2-30. Summary of Epidemiological Studies Evaluating Neurological Effects in Children at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| **Joo et al. 2017**<br><br>Case-control study; n=214 child ADHD cases and 214 controls, age 6–10 years | Gmean (SD):<br>Cases: 1.65 (1.45)<br>Controls: 1.49 (1.48) | | Joint effects of sex and PbB:<br>OR 5–10 µg/dL relative to <5 µg/dL reference:<br>• **Males: 7.48 (4.29, 13.02) p <0.001***<br>• Females: 0.69 (0.28, 1.71) p=0.426<br><br>OR for ADHD diagnosis; OR per µg/dL:<br>• All AHDH: 1.28 (0.89, 1.83)<br>• **Inattention: 1.63 (1.03, 2.58), p<0.05***<br>• Hyperactivity/impulsivity: 1.04 (0.53, 2.07) |
| **Joo et al. 2018**<br><br>Prospective study; n=1,751 mother-infant pairs with follow-up of 575 children at age 5 years | Gmean (SD):<br>Early pregnancy: 1.28 (1.48)<br>Late pregnancy: 1.24 (1.57)<br>Cord: 0.90 (1.57)<br>2 years: 1.55 (1.49)<br>3 years: 1.43 (1.44)<br>5 years: 1.29 (1.38) | Behavioral problems<br>(Child Behavior Checklist) | β for score per µg/dL:<br>PbB at age 2 years:<br>• **Females: 3.82 (1.25, 3.69)***<br>• Males: 0.22 (-1.87, 2.32)<br>PbB at age 3 years:<br>• Females: 2.43 (-1.00, 5.87)<br>• Males: 0.48 (-2.17, 3.12)<br>PbB at age 5 years:<br>• **Females: 5.72 (0.44, 10.99)***<br>• Males: 1.37 (-2.06, 4.80) |
| **Kim et al. 2016**<br><br>Prospective study; n=2,473 children (age 7–8 years) | Mean (95% CI):<br>• Ages 7–8 years: 1.64 (1.60, 1.68)<br>• Ages 9–10 years: 1.58 (1.55, 1.61)<br>• Ages 11–12 years: 1.58 (1.55, 1.61) | ASSQ | PbB (log transformed) β (SE):<br>• **7–8 years: 0.151 (0.061, 0.242)***<br>• 9–10 years: -0.023 (-0.143, 0.097)<br>• 11–12 years: -0.054 (-0.061, 0.170) |
| | | SRS | • **PbB at 7–8 years: 2.489 (1.378, 3.600)***<br>• PbB at 9–10 years: 1.295 (-0.235, 2.825)<br>• PbB at 11–12 years: β (SE): 0.724 (-0.727, 2.176) |

2. HEALTH EFFECTS

## Table 2-30. Summary of Epidemiological Studies Evaluating Neurological Effects in Children at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| Liu et al. 2014a<br><br>Prospective study; n=332 mother-infant pairs | Mean (SD):<br>• Low PbB group<br>  ○ 1st trimester: 1.22 (0.28)<br>  ○ 2nd trimester: 1.01 (0.19)<br>  ○ 3rd trimester: 1.19 (0.23)<br>  ○ Delivery: 1.26 (0.25)<br>• High PbB group<br>  ○ 1st trimester: 6.49 (0.62)<br>  ○ 2nd trimester: 5.63 (0.43)<br>  ○ 3rd trimester: 6.31 (0.51)<br>  ○ Delivery: 6.65 (0.55) | NBNA score | β:<br>• **1st trimester: -4.86 (-8.831, -0.889); p=0.03***<br>• 2nd trimester: -3.98 (-8.180, 0.220); p=0.07*<br>• 3rd trimester: -3.65 (-6.609, 1.309); p=0.21<br>• Delivery: -3.39 (-7.531, 0.751); p=0.11 |
| Liu et al. 2015b<br><br>Prospective study; n=665 children (ages 3–13 years) | Mean (SD): 6.26 (2.54) | Sleep onset delay | **β: 0.033 (0.009, 0.056); p=0.006*** |
| Park et al. 2016<br><br>Case-control study of child (mean age 9 years) ADHD cases (n=114) and controls (n=114) | Gmean ± SD (range):<br>Cases: 1.90±0.86 (0.37, 5.35)<br>Controls 1.59±0.68 (0.18, 3.41)<br>Q1: 0.18, 1.12<br>Q2: 1.13, 1.71<br>Q2: 1.72, 2.29<br>Q4: 2.30, 5.35 | ADHD | OR for ADHD diagnosis:<br>**All subjects: 1.60 (1.04, 2.25), p=0.03***<br>Relative to Q1:<br>Q2: 1.26 (0.56, 2.84), p=0.39<br>Q3: 1.26 (0.55, 2.87), p=0.61<br>**Q4: 2.54 (1.09, 5.94), p=0.03*** |

APPX ATT_V6_2489

**Table 2-30. Summary of Epidemiological Studies Evaluating Neurological Effects in Children at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| **Sioen et al. 2013**<br><br>Prospective study; n=270 children, followed newborn to 8 years | Umbilical cord mean (25th– 75th percentiles): 1.43 (0.73–2.53) | Hyperactivity | **OR: 2.940 (1.172, 7.380); p=0.022***  |
| **Stroustrup et al. 2016**<br><br>Prospective study, n=948 mother-infant pairs with follow-up of 500 children at age 24 months | Median (IQR):<br>2nd trimester: 2.8 (2.7) | Temperament (TTS=easy, intermediate, or difficult); maternal postnatal depression (EPDS) | OR (95% CI) corresponding to a 1 unit change in ln(maternal PbB µg/dL) for TTS score, easy score as reference:<br>• Intermediate: 0.88 (0.59, 1.3)<br>• **Difficult: 1.52 (1.03, 2.26)***<br>Probability of demonstrating difficult TTS score was approximately doubled if EPDS score was high |
| **Wang et al. 2008**<br><br>Case-control study; n=630 children (ages 4–12 years) | Means (SE):<br>• ADHD cases: 8.77 (3.89)<br>• Controls: 5.76 (3.36)<br>Cases versus control: p<0.05<br>Tertiles:<br>• T1 (reference): ≤5<br>• T2: 5–10<br>• T3: ≥10 | ADHD | OR:<br>• **T2: 4.92 (3.47, 6.98); p<0.01***<br>• **T3: 6.00 (4.11, 8.77); p<0.01*** |
| **Winter and Sampson 2017**<br><br>Prospective study of birth cohort (n=1,255) with follow-up from birth to age 18 years (n=208) | Means (SD) at age <6 years: 6.14 (4.58) | Impulsivity, anxiety, or depression (Child Behavior Checklist) | β for score per µg/dL:<br>• **Impulsivity: 0.08 (0.01, 0.16)***<br>• **Anxiety or depression: 0.11 (0.01, 0.21)*** |

APPX ATT_V6_2490

## Table 2-30. Summary of Epidemiological Studies Evaluating Neurological Effects in Children at Mean Blood Lead Concentration (PbB) ≤10 μg/dL[a]

| Reference and study population[b] | PbB (μg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| **Neuromotor neurosensory function** | | | |
| **Chiodo et al. 2004**<br><br>Prospective study; n=237 children (age 7.5 years) | Mean (SD, range): 5.4 (3.3, 1–25) | Battery test performance | Tests with declines (β) at <3, <5, <7.5, or <10 μg/dL:<br>• Block design: <10, <5; p≤0.05*<br>• Digit span backwards: <7.5; p≤0.05*<br>• Beery visual-motor integration: <10, <5; p≤0.05*<br>• MFF (number correct): <5; p≤0.05*<br>• Attention-TRF: <3; p≤0.05*<br>• Barkley-inattention: <5 <3; p≤0.05*<br>• Withdrawn-TRF: <7.5, <3; p≤0.05*<br>• Barkley off-task: <10, <5; p≤0.05*<br>• Stemberg RT "Yes: <5, <3; p≤0.05*<br>• Color naming: <5; p≤0.05*<br>• CPT visual (number correct): none<br>• Seashore rhythm: <3; p≤0.05*<br>• Mental rotation RT "forward": <10, <7.5; p≤0.05* |
| **Dietrich et al. 1987**<br><br>Prospective study; n=185 mother-infant pairs | Mean (SD, range):<br>• Prenatal (maternal): 8.3 (3.8, 1–27)<br>• Neonatal (10 days): 4.9 (3.3, 1–24)<br>• Neonatal (3 months): 6.3 (3.8, 1–22)<br>• Neonatal (6 months): 8.1 (5.2, 1–36) | Motor maturity<br><br><br><br><br><br>PDI | Associations with 3-month ln PbB, β (SE):<br>• PDI: -13.248 (4.250); p=0.002*<br>• Motor maturity: -0.570 (0.260); p=0.03*<br><br>Associations with 6-month ln PbB, β (SE):<br>• PDI: -2.117 (0.916); p=0.02*<br>• Motor maturity: -0.092 (0.056); p=0.11<br><br>Associations with 3-month ln PbB, β (SE):<br>• PDI: -13.248 (4.250); p=0.002*<br>Associations with 6-month ln PbB, β (SE):<br>• PDI: -2.117 (0.916); p=0.02* |

APPX ATT_V6_2491

**Table 2-30. Summary of Epidemiological Studies Evaluating Neurological Effects in Children at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| **Dietrich et al. 1989**<br><br>Prospective study; n=192 mother-infant pairs | Mean (SD, range):<br>• Prenatal (maternal): 8.2 (3.6, 1–27)<br>• Neonatal (10 days): 4.8 (3.1, 1–23)<br>• Neonatal (3 months): 6.0 (3.5, 1–20)<br>• Neonatal (6 months): 7.9 (4.8, 1–35)<br>• Neonatal (9 months): 11.5 (6.9, 2–57)<br>• Neonatal (12 months): 14.2 (7.3<4–47) | PDI | β (SE), 12 months: -14.09 (7.26); p=0.054<br><br>SEM indicated associations between increasing prenatal PbB and race and 12-month PDI.<br>• **Prenatal PbB –> 12-month PDI: -0.47, p≤0.05***<br>• **Prenatal PbB x race –> birth weight: 0.97, p≤0.05***<br>• **Race –> 12-month MDI: -0.72, p≤0.05*** |
| **Dietrich et al. 1993b**<br><br>Prospective study; n=245 children (age 6 years) | Mean (SD):<br>• Prenatal (maternal): 8.4 (3.8)<br>• Neonatal: 4.8 (3.1)<br>• Life average<br>• 6 years: 10.1 (5.6)<br>• Lifetime average quartile range: 7–22 | Motor performance | Tests with (p≤0.05) declines (β) associated with neonatal (N), mean lifetime (L) or concurrent (C) PbB:<br>• Bilateral coordination: N, M<br>• Visual motor control: C<br>• Upper limb speed and dexterity: C, M, N<br>• Fine motor composite: C, M, N |
| **Ethier et al. 2012**<br><br>Prospective longitudinal, n=149 children (age 10–13 years) | Mean (SD, range):<br>• Cord: 4.6 (3.1, 0.8–19.5)<br>• 11 years: 2.6 (2.3, 0.4–12.8) | Delay of N150 latency of VEP | Association between increasing cord PbB and delay of N150 latency of VEP at multiple contracts.<br>Mean latency (estimated from reported bar plot):<br>• **≥4.15 µg/dL: ~160 ms, p<0.05***<br>• <4.15 µg/dL: ~153 ms (reference) |
| **Fraser et al. 2006**<br><br>Prospective study; n=101 children (age 5 years) | Mean (SD):<br>Cord: 4.9 (3.7)<br>Child: 5.3 (4.9) | Hand movements | **β -0.30, p≤0.01*** |
| | | Sway velocity | **β -0.28, p≤0.01*** |
| | | Transversal sway | **β 0.24, p≤0.05*** |

APPX ATT_V6_2492

## Table 2-30. Summary of Epidemiological Studies Evaluating Neurological Effects in Children at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| **Kim et al. 2013b**<br><br>Prospective birth cohort, n=884 mother infant pairs | Gmean (GSD):<br>Early pregnancy: 1.4 (1.5)<br>Late pregnancy: 1.3 (1.5) | PDI | β per 1 µg/dL change in PbB: -1.69 (-3.65, -0.27); p=0.09 |
| **Liu et al. 2018b**<br><br>Cross-sectional study; n=234 children, age 3–7 years | Median (SE)<br>e-waste location: 4.94 (0.20)<br>reference location: 3.85 (1.81) | Hearing (pure tone conduction >25 dB) | OR for hearing loss per µg/dL (95% CI):<br>• **Hearing loss 1.24 (1.029, 1.486) p<0.05***<br>• Low frequency loss: 1.02 (0.869, 1.190)<br>• High frequency: 1.08 (0.839, 1.379) |
| **Osman et al. 1999**<br><br>Retrospective study; n=155 children (age 4–14 years) | Median (range):<br>• 7.2 (1.9–28.1) | Hearing threshold | β per 1 change in PbB for right ear for full cohort:<br>• **0.5 kHz: 0.054 (0.035, 0.074)***<br>• **1 kHz: 0.044 9 (0.026, 0.062)***<br>• **2 kHz: 0.048 (0.029, 0.066)***<br>• **4 kHz: 0.060 (0.039, 0.081)***<br>• **6 kHz: 0.068 (0.044, 0.092)***<br>• **8kHz: 0.072 (0.050, 0.094)***<br><br>β per 1 change in PbB for left ear:<br>• **0.5 kHz: 0.051 (0.026, 0.075)***<br>• **1 kHz: 0.032 (0.014, 0.050)***<br>• **2 kHz: 0.036 (0.019, 0.053)***<br>• **4 kHz: 0.039 (0.020, 0.059)***<br>• **6 kHz: 0.004 (0.044, 0.049)***<br>• **8kHz: 0.047 (0.024, 0.080)***<br><br>**Association (p<0.05) between increasing PbB and increasing hearing threshold at all frequencies in PbB stratum <10 µg/dL (thresholds not reported)*** |

**Table 2-30. Summary of Epidemiological Studies Evaluating Neurological Effects in Children at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| **Polanska et al. 2018**<br><br>Prospective study; n=539 mother-child pairs with follow-up of children at age 2 years; 280 blood samples and 303 cord blood samples were randomly chosen for analysis | Gmean (SD) (range)<br>• 2nd trimester: 0.99 (0.15) (0.29, 2.63)<br>• Cord: 0.96 (0.16) (0.24, 5.65) | BSID III | β score per µg/dL cord PbB:<br>Motor score:<br>• Females: 0.48 (-1.55, 2.52), p=0.64<br>• Males: -0.70 (-2.90, 1.51), p=0.53 |
| **Rodrigues et al. 2016**<br><br>Prospective study with cross-sectional analysis of PbB and fine motor score; n=524 children, 20–30 months | Median (P25, P75, maximum)<br>• Siraj/dikhan: 7.6 (5.5, 10.4)<br>• Pabna: <LOD (<LOD, 3.8, 13.8) | BSID III | β score (SE) per child lnPbB (µg/L):<br>Fine motor score:<br>• Siraj/dikhan: 0.07 (0.11), p=0.50<br>• Pabna: -0.07 (0.11), p=0.50 |
| **Silver et al. 2016**<br><br>Prospective study; infants assessed for hearing at 2 days and vision at 6 weeks; maternal blood Pb collected at mid pregnancy and late pregnancy and in cord blood | Exposure for infants with hearing data:<br>Gmean (SD)<br>Mid-pregnancy: 2.4 (2.5)<br>Late-pregnancy: 2.7 (2.3)<br>Cord: <LOQ<br><br>Exposure for infants with vision data:<br>Gmean (SD)<br>Mid-pregnancy: 2.4 (2.6) (n=1,038);<br>Late-pregnancy: 2.9 (2.2) (n=1,058);<br>Cord: <LOQ (n=949) | Hearing at age 2 days (ABR); vision at age 6 weeks (GVA) | Percent change in score relative to <2 µg/dL (late-pregnancy) reference group<br>**GVA score for PbB strata:**<br>• **>3.8 µg/dL: -8.5 (-14.7, -2.4)\***<br>• **2 - 3.8 µg/dL: -7.2 (-13.3, -1.1)\***<br>**ABR C-P ratio for PbB strata:**<br>• **>3.8 µg/dL: 4.6 (1.8, 7.4)\***<br>• **2 - 3.8 µg/dL: 3.2 (0.0, 5.9)\*** |

APPX ATT_V6_2494

2. HEALTH EFFECTS

## Table 2-30. Summary of Epidemiological Studies Evaluating Neurological Effects in Children at Mean Blood Lead Concentration (PbB) ≤10 μg/dL[a]

| Reference and study population[b] | PbB (μg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| **Taylor et al. 2018**<br><br>Prospective study; n=14,541 mother-infant pairs with follow-up of 1,558 children at age 7 years | Mean (SD) at gestation week 11<br>Mean (SD) 3.66 (1.55)<br>Range: 0.20, 19.14 | Motor skills (Movement Assessment Battery) | OR for scores per μg/dL prenatal PbB:<br>• Heal to toe: 0.99 (0.74, 1.33), p=0.93<br>• Beanbag: 0.88 (0.58, 1.32), p=0.54<br>• Threading lace: 1.12 (0.83, 1.50), p=0.47<br>• Peg board (preferred hand): 1.19 (0.88, 1.60), p=0.26<br>• Peg board (non-preferred hand): 1.14 (0.85, 1.54), p=0.37 |
| **Tellez-Rojo et al. 2006**<br><br>Prospective study; n=294 children (followed from birth to age 2 years) | Mean (SD):<br>• Cord: 4.85 (3.0)<br>• 12 months: 4.27 (2.14)<br>• 24 months: 4.28 (2.25) | PDI | β per 1 In change in PbB:<br>12 months:<br>• <10 μg/dL: -0.01, p=0.98<br>• **≥10 μg/dL: -1.19, p=0.01***<br>24 months:<br>• **<10 μg/dL: -1.18, p<0.01***<br>• ≥10 μg/dL: 0.04, p=0.89 |
| **Zhou et al. 2017**<br><br>Prospective study; n=139 mother-infant pairs followed from birth to 24–36 months | Gmean (95% CI)<br>Mid-late pregnancy: 3.30 (3.05, 3.57) | Motor skills (Gesell Development Scale) | β (95% CI) for development quotient per μg/dL:<br>All children:<br>• Gross motor: 3.31 (-6.11, 12.73)<br>• Fine motor: 0.49 (-11.27, 12.24) |
| **Altered brain structure and chemistry** | | | |
| **Cecil et al. 2008**<br><br>Prospective study; n=157 adults, age 19–24 years from a birth cohort born 1979–1984 from Cincinnati, Ohio | Mean (SD, range):<br>• 6 month–6.5 years: 13.3 (5.9, 4.6–37.2) | Brain volume | Association (p≤0.001) between increasing childhood mean PbB and decreasing brain volume affecting 1.2% of the total gray matter. Effects were greater in males than females. Largest effects were in the anterior cingulate cortex. |

APPX ATT_V6_2495

## Table 2-30. Summary of Epidemiological Studies Evaluating Neurological Effects in Children at Mean Blood Lead Concentration (PbB) ≤10 µg/dL [a]

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| **Cecil et al. 2011**<br><br>Prospective study; n=159 adults, age 19–24 years from a birth cohort born 1979–1984 from Cincinnati, Ohio | Mean (SD, range):<br>• 6 months–6.5 years: 13.3 (6.1, 4.7–37.2) | Brain metabolism | **Association (p<0.05) between increasing childhood mean PbB and decreasing regional levels of gray matter N-acetyl aspartate, glutamate-glutamine, creatine and phosphocreatine, and white matter cholines. Areas affected include the basal ganglia, cerebellum vermis, parietal white matter, and frontal white matter.***  |

[a]See the *Supporting Document for Epidemiological Studies for Lead*, Table 9 for more detailed descriptions of studies.
[b]Participants had no known occupational exposure to Pb.
[c]Asterisk and bold indicate association with Pb; unless otherwise specified, values in parenthesis are 95% CIs; p-values <0.05 unless otherwise noted in the table.

ABR = brainstem auditory response; ADD = attention deficit disorder; ADHD = attention-deficit/hyperactivity disorder; ASSQ = Autism Spectrum Screening Development Questionnaire; AUC = area under the curve; BRIEF = Behavior Rating Inventory of Executive Function; BSID = Bayley Scales of Infant Development CD = Conduct Disorder; CEM = Coarsened Exact Matching; CI = confidence interval; CKD = chronic kidney disease; CL = confidence limit; C-P = central-to-peripheral; CPT = Continuous Performance Test; ECDI = Early Child Development Inventory; EOG = End of Grade; EPDS = Edinburgh Postnatal Depression Scale; FSIQ = Full-Scale Intelligence quotient; FTII = Fagan Test of Infant Intelligence; FWS = Filtered Word Subtest; GCI = General Cognitive Index; Gmean = geometric mean; GSD = geometric standard deviation; GVA = grating visual acuity; IQ = intelligence quotient; IQR = interquartile range; ISAT = Illinois Standard Achievement Test; K-ABC = Kaufman Assessment Battery for Children; LOD = limit of detection; LOQ = limit of quantitation; MDI = Mental Development Index; MFF = Matching Familiar Figures; MSEL = Mullen Scales of Early Learning; NA = not available; NBNA = Neonatal Behavioral Neurological Assessment; ND = not detected; ODD = Oppositional Defiant Disorder; OR = odds ratio; PALS-K = Phonological Awareness Literacy Screening-Kindergarten; Pb = lead; PDI = Psychomotor Development Index; PR = prevalence ratio; RR = relative risk; RT = reaction time; SD = standard deviation; SDQ = Strengths and Difficulties Questionnaire; SE = standard error; SRDBS = Self-Reported Delinquent Behavior Survey; SRS = Social Responsiveness Scale; TRF = Teacher Report Form from the Child Behavior Checklist; TTS = Toddler Temperament Scales; UCL = upper confidence limit; VEP = visual evoked potential

APPX ATT_V6_2496

FSIQ was assessed at age 28–30 years in 43 members of the Boston prospective study cohort (Bellinger et al. 1992). The change in FSIQ was -1.89 points (95% CI: -3.00, -047) per µg/dL increase in late child PbB (mean 6.7±3.6 at age 4 years, 3.0±2.7 at age 10 years). After adjustment for maternal IQ, the change in FSIQ was -1.11 (95% CI: -2.29, 0.06).

The largest study was a pooled analysis from seven individual prospective studies that evaluated FSIQ (Baghurst et al. 1992; Bellinger et al. 1992; Canfield et al. 2003; Dietrich et al. 1993a; Ernhart et al. 1989; Schnaas et al. 2000; Wasserman et al. 1997). The pooled cohort consisted for 1,333 children who were evaluated for FSIQ between ages 4.8 and 6 years (Lanphear et al. 2005, 2019). Co-variates considered in the analysis included study, maternal IQ, HOME score (Home Observation for Measurement of the Environment Inventory score), maternal education, marital status, birth weight, birth order, maternal age, race, and prenatal tobacco exposure. Of these, maternal IQ, HOME, and birth weight were included in the final models. When the full cohort was considered (PbB range 0.1–72 µg/dL), the adjusted change in FSIQ was loglinear, with greater changes in IQ per unit change in PbB at lower PbB levels. Several blood Pb metrics were explored in regression modeling, and slopes were significant for childhood, peak, lifetime average, or concurrent (with IQ testing) PbB. The model that used concurrent PbB had the highest $r^2$ (not reported). The covariate adjusted regression β for this model was -2.65 (95% CI: -3.69, -1.61) IQ points per 1 lnPbB. The unadjusted β was -4.84 (-5.98, -3.69). The concurrent PbB model predicts a decrease of 6.2 points in FSIQ when PbB increased from 1 to 10 µg/dL. In a PbB stratum maximum <7.5 µg/dL, the mean change in FSIQ was -2.53 (95% CI -4.48, -0.58) per 1 µg/dL change in PbB, and for a PbB stratum maximum ≥7.5 µg/dL, the mean change in FSIQ was -0.15 (95% CI -0.23, -0.07) per 1 µg/dL. Re-analyses of the pooled cohort reported in Lanphear et al. (2005) have been conducted (Crump et al. 2013; EPA 2014e). EPA (2014e) made several corrections to the dataset and obtained β coefficients that were similar to those reported in Lanphear et al. (2005). The results of the EPA (2014e) reanalysis are presented in Table 2-30.

The model that used early childhood PbB (6–24 months) had the highest $r^2$ (0.6433), although the $r^2$ was similar to concurrent PbB (0.6414). A benchmark dose (BMD) analysis of the pooled data from Lanphear et al. (2005) estimated BMDLs (95% lower one-sided confidence limit on BMD) ranging from 0.1 to 1 µg/dL for a 1% decrease in FSIQ for the best-fitting models (Budtz-Jorgensen et al. 2013). This BMD analysis provides supporting evidence that exposures to Pb may produce effects on cognitive function in populations whose PbBs are well below 5 µg/dL, and may extend to levels below 1 µg/dL.

In addition to the seven prospective studies included in the Lanphear et al. (2005, 2019) pooled analysis, more recent prospective studies have evaluated associations between PbB and FSIQ in children (Braun et al. 2012; Chiodo et al. 2004; Jusko et al. 2008; Kordas et al. 2011; Min et al. 2009; Schnaas et al. 2006; Taylor et al. 2017; Table 2-30).  Each of these studies found significant associations between increasing PbB and decreasing FSIQ in study populations that had mean PbBs <10 µg/dL.  The largest of these studies combined four Mexico City birth cohorts for a total of 1,035 mother-infant pairs (Braun et al. 2012).  Cognitive function assessed at age 4 years (McCarthy General Cognitive Index [GCI]) decreased with increasing PbB measured at age 2 years.  The adjusted effect of concurrent PbB was estimated as -3.8 (95% CI: -6.3, -1.4) points when PbB increased by 10 µg/dL.  Similar to the findings of the Lanphear et al. (2005, 2019) study, covariate adjustment decreased the regression β by approximately 40% (from -6.4 to -3.8).  The cohort mean PbB was 4.6 µg/dL (5th–95th percentile range 1.3–13.4).  Studies of smaller cohorts from Mexico City found similar associations (Kordas et al. 2011; Schnaas et al. 2006).  Schnaas et al. (2006) estimated the effect size to be a -4.0 (95% CI: -6.37, -1.65) point change in FSIQ measured at ages 6–10 years in association with a natural log increase in maternal PbB; the cohort geometric mean was 7.3 µg/dL (95% CI: 1.5, 17.4).  Kordas et al. (2011) estimated the effect size to be -0.6 (SE 0.2) for a 1 µg/dL increase in concurrent PbB (mean 8.1 µg/dL ±4.4 SE).  Prospective studies conducted in Cleveland, Ohio (Min et al. 2009) and Rochester, New York (Jusko et al. 2008) also found similar effect sizes for the associations between increasing PbB and decreasing IQ.  In the Rochester study, the changes in FSIQ were larger at lower PbB, consistent with the outcomes of the Lanphear et al. (2005) study (Jusko et al. 2008).  For the PbB range 2.1–10 µg/dL, the change in FSIQ measured at age 6 years was -1.2 per 1 µg/dL increase in PbB.  This decreased to -0.32 and -0.15 for the ranges 10–20 and 20–30 µg/dL, respectively.  In the Cleveland study, the change was -0.50±0.20 (SE) in FSIQ measured at age 4 years per 1 µg/dL increase in concurrent PbB (Min et al. 2009).  A study conducted in Detroit, Michigan estimated the change in FSIQ to be -0.20 per 1 SD change in PbB (Chiodo et al. 2004).  The decrement was significant (p≤0.05) in PbB strata <7.5 and <10 µg/dL.  Not all prospective studies have found evidence for decreasing FSIQ in association with increased PbB.  One of the largest birth cohorts that has been studied is the Avon Longitudinal Study of Parents and Children (ALSPC), conducted in the United Kingdom (Taylor et al. 2017).  This study followed a cohort of approximately 14,000 births.  In a follow-up of 2,127 children at age 8 years, increasing maternal PbB (mean 3rd trimester PbB 3.67±1.46 SD) was associated with an increase in FSIQ in females and no change in FSIQ in males.  The changes in FSIQ were 0.73 (95% CI: 0.13, 1.01) per 1 µg/dL increase in PbB in females and -0.29 (95% CI: -1.02, 0.44) in males.  A prospective study of 609 mother-infant pairs, conducted in Canada, found that increasing cord PbB was associated with decreasing FSIQ when assessed in male children at age 3–4 years (Desrochers-Couture et al. 2018).  The change in FSIQ in males was -2.61 points (95% CI: -4.66, -0.48) per 1 µg/dL

and the change in females was -0.18 (-1.63, 1.21).  The geometric mean cord PbB was 3.80±1.86 (geometric standard deviation [GSD]).

Cross-sectional studies have also found associations between increasing PbB and FSIQ in children (Hong et al. 2015; Ruebner et al. 2019).  A study conducted in South Korea evaluated PbB and FSIQ in 1,001 children 8–11 years of age (Hong et al. 2015).  The estimated effect of PbB on FSIQ was -7.23 points (95% CI: -13.39, -1.07) per 10-fold increase in PbB.  The 5th–95th percentile range for the cohort PbB was 0.53–6.16 µg/dL.  A study of 412 children (median age 15 years) who were diagnosed with CKD found an association between increasing child PbB and decreasing FSIQ, after adjustment for CKD severity (Ruebner et al. 2019).  The estimated effect of PbB on FSIQ was -2.1 (95% CI: -3.9, -0.2).

*Cognitive function in early childhood–other than FSIQ.*  Several studies have examined outcomes other than IQ and have found associations between PbB and changes in cognitive function in children whose PbBs were <10 µg/dL (Table 2-30).  These include prospective studies that used the same outcome metric, the BSID MDI, allowing comparison of outcomes across studies (Dietrich et al. 1986, 1987, 1989; Kim et al. 2013b; Polanska et al. 2018; Rodrigues et al. 2016; Tellez-Rojo et al. 2006).  A prospective study of 884 children conducted in South Korea found inverse associations between PbB in late pregnancy (geometric mean 1.3±1.5, GSD) and MDI scores measured at age 6 months (Kim et al. 2103b).  A prospective study of 294 children conducted in Mexico City found inverse associations between concurrent PbB (mean 4.27±2.14, SD) and MDI measured at 24 months in a PbB stratum <10 µg/dL (Tellez-Rojo et al. 2006).  A prospective study conducted in Cincinnati, Ohio (approximately 190 infants) found declines in MDI scores at age 6 and 12 months in association with increasing maternal, neonatal, or infant PbB (Dietrich et al. 1986, 1987, 1989).  A prospective study conducted in Poland (303 infants) found declines in MDI scores at age 2 years in males (but not females) in association with increasing cord PbB (range 0.24–5.65 µg/dL) (Polanska et al. 2018).  A prospective study conducted in Bangladesh (324 infants) found declines in MDI scores at age 2–3 years in association with increasing child PbB (median 7.6 µg/dL, maximum 10.4 µg/dL) (Rodrigues et al. 2016).

Several large-scale retrospective studies linked academic performance for individual children with their corresponding blood Pb data recorded in state or local blood Pb registries (Blackowicz et al. 2016; Evens et al. 2015; Miranda et al. 2009; Shadbegian et al. 2019; Zhang et al. 2013; Table 2-30).  Evens et al. (2015) linked individual 3rd grade Illinois Standard Achievement Test (ISAT) scores and PbB data (birth–72 months) for a population of 47,158 children in Chicago, Illinois.  All children had PbB <10 µg/dL and the population mean was 4.8±2.2 µg/dL (SD).  Increasing PbB was inversely associated with decreasing

covariate adjusted scores in math and reading. The adjusted relative risks (RRs) for failing scores was also significant for a 1 or 5 µg/dL increase in PbB. A follow-up to this study of the same data from Chicago that focused on Hispanic children who had PbB <10 µg/dL also found that increasing PbB was associated with decreasing scores in math and reading and significant RRs for failing scores (Blackowicz et al. 2016). Miranda et al. (2009) linked 4th grade reading End of Grade (EOG) scores and PbB data collected (birth–36 months) for a population of 57,678 children in North Carolina. The population mean PbB was 4.8 µg/dL (range 1–16 µg/dL); 94% of children had PbB <10 µg/dL. Increasing PbB was associated with decreasing covariate adjusted scores in all PbB strata, the lowest of which was 2 µg/dL. The effect size (change in score/µg/dL PbB) increased with increasing PbB. Another study conducted in North Carolina analyzed data on PbB and standardized achievement scores of children in grades 3–8 (Shadbegian et al. 2019). Increasing PbB was associated with decreasing score percentiles in math and reading among children who had PbBs within the range >1–≤5 µg/dL, relative to children who had PbBs <1 µg/dL. Zhang et al. (2013) linked Michigan Educational Assessment Program (MEAP) scores and PbB data (birth–72 months) of age for a population of approximately 21,000 children in Detroit, Michigan. Covariate adjusted ORs for failing scores in mathematics, science, and reading were significant for PbB strata 1–5, 6–10, and >10 µg/dL. A cross-sectional study of data from NHANES III examined associations between PbB and scores on tests of cognitive function (Wide Range Achievement Test-Revised [WRAT-R], Wechsler Intelligence Scales for Children-Revised [WISC-R]) in approximately 5,000 children 6–16 years of age (Lanphear et al. 2000a). Increasing PbB was significantly associated with decreasing scores in reading in blood strata <5.0, <7.5, and <10 µg/dL. McLaine et al. (2013) examined associations between PbB (9–72 months) and kindergarten readiness assessed from Phonological Awareness Literacy Screening-Kindergarten (PALS-K) scores in approximately 3,400 children in Providence, Rhode Island. The population median PbB was 4.2 µg/dL (interquartile range 2.9–6.0); 93% of children had PbB <10 µg/dL. Mean difference in covariate adjusted scores in blood strata 5–9 and ≥10 µg/dL compared to <4 µg/dL were in the inverse direction and adjusted prevalence ratios for test failure was significant in both strata. Genetic variants of N-methyl-D-aspartate receptors (NMDAR subunits GRIN2A and GRIN2B) were effect modifiers on associations between increasing PbB (at age 8–12 years) and decreasing performance tests of learning, memory, and executive function at age 17 years (Rooney et al. 2018).

*Altered mood and behavior.* Numerous studies have examined possible associations between neonatal and child PbB risk of behaviors that may contribute to learning deficits, including attention deficits, hyperactivity, autistic behaviors, conduct disorders, and delinquency (Table 2-30).

Several studies have examined attention-deficit/hyperactivity disorder (ADHD) as an outcome, allowing comparisons of outcomes across studies (Arbuckle et al. 2016; Boucher et al. 2012; Braun et al. 2006; Choi et al. 2016; Desrochers-Couture et al. 2019; Froehlich et al. 2009; Geier et al. 2018; He et al. 2019; Hong et al. 2015; Huang et al. 2016; Ji et al. 2018; Joo et al. 2017; Park et al. 2016; Wang et al. 2008). Collectively, the ADHD studies indicate that risk of childhood ADHD increases in association with increasing PbB within the range of PbB <10 µg/dL (Table 2-30). Several case-control studies have found associations between increasing PbB and increasing OR for ADHD diagnosis in children (Joo et al. 2017; Park et al. 2016; Wang et al. 2008). In the largest case-control study (630 cases), conducted in China, covariate-adjusted ORs for ADHD in children 4–14 years of age were 4.92 (95% CI 3.47, 6.98) for the PbB range 5–10 µg/dL and 6.00 (4.11, 8.77) for PbB ≥10 µg/dL compared to <5 µg/dL (Wang et al. 2008). Associations between increasing PbB and increasing OR for ADHD diagnosis in children have also been found in several prospective studies (Boucher et al. 2012; Huang et al. 2016; Ji et al. 2008). In the largest prospective study (1,479 children, median age 9.6 years), conducted in Boston, ORs were estimated relative to PbB <2 µg/dL (Ji et al. 2018). The OR for the PbB range of 2–4 µg/dL was 1.08 (95% CI 0.81, 1.44), and the OR for the PbB range of 5–10 µg/dL was 1.73 (95% CI 1.09, 2.73). The OR (5–10 µg/dL relative to <5 µg/dL) for male children (OR 2.49, 95% CI 1.46, 4.26) was larger than for female children (OR 0.68, 95% CI 0.27, 1.69). A prospective study of 272 children (mean age 11 years) conducted in Nunavik, Canada found elevated covariate adjusted ORs of 4.01 (95% CI 1.06, 15.23) for a PbB stratum 1.6–2.7 µg/dL and 5.52 (95% CI 1.38, 22.12) for the stratum 2.7–12.8 µg/dL (Boucher et al. 2012). A longitudinal study examined ADHD outcomes of 2,159 South Korean children (ages 7–9 years) who did not exhibit ADHD symptoms at recruitment (Choi et al. 2016). Two years following baseline assessment, the covariate adjusted relative risk of ADHD was estimated to be 1.552 (95% CI 1.002, 2.403) for children having PbB >2.17 µg/dL compared to ≤2.17 µg/dL. The geometric mean PbB for the cohort was 1.62 µg/dL ±1.52 (GSD). Several cross-sectional studies have also found associations between concurrent PbB and risk of ADHD (Braun et al. 2006; Froehlich et al. 2009; Hong et al. 2014). A study of data on approximately 4,700 children (age 4–15 years) reported in the 1999–2002 NHANES found elevated risk of ADHD in association with concurrent PbB >2 µg/dL and a significant trend in risk with increasing PbB (Braun et al. 2006). Froehlich et al. (2009) examined data for children 8–15 years of age from the 2001–2004 NHANES. Covariate adjusted ORs of ADHD were elevated for the PbB stratum >1.3 µg/dL (compared to ≥0.8 µg/dL). A cross-sectional study conducted in South Korea examined associations between PbB and ADHD rating scores of 1,001 children of age 8–11 years (Hong et al. 2015). One $\log_{10}$ increase of PbB was associated with increases in teacher-rated ADHD hyperactivity (OR 3.66; 95% CI 1.18, 6.13) and total ADHD score (OR 6.38; 95% CI 1.36, 11.40). The cohort geometric mean PbB was 1.8±1.4 µg/dL (SD).

Prospective studies have also provided evidence for associations between neonatal or early childhood PbB and other neurobehavioral outcomes, including neonatal behavior, emotional or temperament problems, anxiety or depression, sleep disorders, hyperactivity and impulsivity, autistic behavior, and delinquency (Dietrich et al. 2001; Fruh et al. 2019; Huang et al. 2016; Joo et al. 2018; Kim et al. 2016; Liu et al. 2014b, 2015b; Sioen et al. 2013; Stroustrup et al. 2016; Winter and Sampson 2017).

*Altered neuromotor-neurosensory function.*  Numerous studies have examined possible associations between neonatal and child PbB and neuromotor or neurosensory function (Table 2-30).  Several studies used the Psychomotor Development Index (PDI) score from the BSID, allowing comparison of results across studies (Dietrich et al. 1987, 1989; Kim et al. 2013b; Tellez-Rojo et al. 2006).  Each study found inverse associations for PDI scores measured from 6 to 12 months in association with increasing prenatal (e.g., maternal) or neonatal PbB.  Studies that repeatedly measured PDI scores longitudinally within the same birth cohorts found that associations observed at 6 months persisted to later ages (Dietrich et al. 1987, 1989, 1991; Tellez-Rojo et al. 2006).  A prospective study conducted in China administered a neurobehavioral test battery to a birth cohort of 237 children at age 7 years (Chiodo at al. 2004).  Significant declines in performance (p≤0.05) were observed in PbB strata that ranged from <3 µg/dL at the lowest to <10 µg/dL; most tests that showed significant declines at <10 µg/dL, also showed declines at <5 µg/dL (p≤0.05).  A prospective study conducted in Nunavik, Canada evaluated fine motor control in a birth cohort at 5 years (Fraser et al. 2006).  Significant changes in motor control assessed from sway and reaction times were associated with increasing concurrent PbB (p≤0.01).  The cohort PbB mean was 5.3 µg/dL ±4.9 (SD).  This birth cohort also exhibited changes in visual evoked potentials that were associated in increasing cord PbB (Ethier et al. 2012).  The cohort cord PbB mean was 4.6±3.1 (SD).  However, not all studies have found associations between PbB and neuromotor performance.  A follow-up of a prospective birth cohort of approximately 14,500 pregnancies evaluated motor skills in 1,558 children at age 7 years (Taylor et al. 2018).  Prenatal (gestation week 11) PbB was not associated with performance on a movement assessment battery (e.g., heel-to-toe, threading lace, peg board).

Several studies have examined associations between PbB and neurosensory function in infants or children (Ethier et al. 2012; Liu et al. 2018b; Silver et al. 2016).  A prospective study conducted in Nunavik, Canada found changes in visual evoked potentials at age 5 years that were associated with increasing cord PbB (mean 4/6±3.1 µg/dL) (Ethier et al. 2012).  A prospective study of 315 mother-infant pairs conducted in China found associations between increasing prenatal PbB and brainstem auditory response measured at age 2 days and grating visual activity measured at age 6 weeks (Silver et al. 2016).  Geometric mean

late-pregnancy PbB was 2.7±2.3 (GSD) µg/dL.  A cross-sectional study of 234 children (age 3–7 years), conducted in China, found that increasing PbB was associated with hearing loss (Liu et al. 2018b).  The OR for hearing loss was 1.24 (95% CI 1.029, 1.486).  The median PbB was 4.94±0.20 (SE) µg/dL.

*Altered brain structure and neurochemistry.*  A follow-up to the Cincinnati prospective study (Dietrich et al. 1986) estimated whole brain volumes and imaged brain metabolites in 157–159 adults at age 19–24 years (Brubaker et al. 2010; Cecil et al. 2008, 2011; Table 2-30).  Decreasing covariate adjusted brain volume was associated with increased childhood mean PbB (measured between ages 6 months and 6 years).  Brain volume reductions that were associated with childhood PbB compromised approximately 1.2% of the total gray matter and were more severe in males compared to females.  The largest effects were observed in the anterior cingulate cortex.  This region of the brain is involved in controlling executive function, mood, and decision-making.  Increasing childhood PbB was also associated with decreasing concentrations of various metabolites in the brain known to be important in the supporting metabolic structural integrity of neurons (e.g., lipid metabolism and myelin production).  These included decreased N-acetyl aspartate (NAA) in the basal ganglia and cerebellar hemisphere, decreased glutamate-glutamine in the vermis and parietal white matter, decreased creatine and phosphocreatine in the basal ganglia, and decreased cholines in the cerebellum, parietal white matter, and frontal white matter.  These changes in association with childhood PbB suggest that childhood Pb exposure may be indicators of longer-term changes in brain glutamate-associated lipid metabolism or neuronal architecture (Cecil et al. 2011).

**Associations Between Bone Pb and Neurological Effects in Children.**  Few studies have been conducted to assess possible associations between bone Pb and neurological function in children (Table 2-31).  Prospective studies of outcomes in children of mother-infant pairs have found associations between maternal or child bone Pb cognitive function (Campbell et al. 2000b; Gomaa et al. 2002; Needleman et al. 1996; Wasserman et al. 2003; Xu et al. 2015).  Increasing bone Pb measured at age 24 months was associated with decrements in cognitive development (Gomaa et al. 2002) and behaviors indicative of attention deficit hyperactivity disorder assessed at age 7–15 years (Xu et al. 2015).  Increasing child bone Pb measured later in childhood (ages 11–14 years) was associated with decrements in language processing (Campbell et al. 2000b); full scale, verbal, and performance IQ (Wasserman et al. 2003); and delinquent, aggressive, internalizing, externalizing behaviors (Needleman et al. 1996).  A case-control study of adjudicated delinquency at age 12–18 years found associations between increasing bone Pb and delinquency (Needleman et al. 2002).  A prospective study found associations between increasing bone Pb and difficult temperament at age 24 months (Stroustrup et al. 2016).

**Table 2-31. Associations Between Bone Pb and Neurological Outcomes in Children**

| Reference | Population | Neurological outcome | | | Outcome measures |
|---|---|---|---|---|---|
| | | Intellectual deficits | Altered neuromotor or neurosensory function | Altered mood or behavior | |
| Campbell et al. 2000b | 156 males, age: 11–14 years | ↑ T | – | – | Language processing |
| Gomaa et al. 2002 | 197 mother-infant pairs | ↑ P[a]<br>0 T[a] | – | – | 24-month MDI[b] |
| Needleman et al. 1996 | 301 males, age: 9–13 years | – | – | ↑ T | Delinquent, aggressive, internalizing, externalizing behaviors |
| Needleman et al. 2002 | 194 male cases, 145 controls, age: 12–18 years | – | – | ↑ T | Adjudicated delinquency |
| Stroustrup et al. 2016 | 948 mother-infant pairs, 760 children, age: 24 months | – | – | ↑ T | Difficult temperament |
| Wasserman et al. 2003 | 167 children, age: 10–12 years | ↑ T | – | – | IQ (full scale, verbal, performance)[c] |
| Xu et al. 2015 | 197 mother-infant pairs | – | – | ↑ P[a] | Attenuation of effect of maternal self-esteem on ADHD assessed at age 7–15 years[d] |

[a]Maternal bone lead measured within 1 month of birth.
[b]Bayley Scale.
[c]Wechsler Intelligence Scale for Children-III.
[d]Maternal self-esteem was evaluated with Coopersmith Self-Esteem Inventory. ADHD was evaluated with Conners' Parent Rating Scale-Revised and Behavior Rating Inventory of Executive Function.

↑ = positive association; ↓ = inverse association; 0 = no association; – = not reported; ADHD = Attention deficit hyperactivity disorder; C = calcaneus bone; MDI = Mental Developmental Index; P = patella; Pb = lead; T = tibia; O = other

*Effects at Blood Pb Levels ≤10 μg/dL in Adults.* Numerous longitudinal and large cross-sectional studies in adults provide a weight of evidence for decreased cognitive function, altered mood and behavior, and altered neuromotor and neurosensory function in association with exposures that result in PbB <10 μg/dL,

with some studies showing effects in the 3–5 µg/dL range.  Study details are reviewed in the *Supporting Document for Epidemiological Studies for Lead,* Table 10.  Cognitive, neuromotor, and neurosensory outcomes have been evaluated with tests of memory, learning, executive function, reaction time, walking speed, and tremor.  Pb exposure has been associated with risk of various psychiatric symptoms including anxiety, depression, and schizophrenia, and with risk of ALS.  In some studies, associations were found between outcomes and PbB and/or bone Pb.  Several studies have examined cohorts of people who had mean ages within the range 50–70 years.  Studies of cognitive function in elderly populations must control for factors that contribute to age-related decrements in function, including confounding from the relationship between age and bone Pb, which increases with age.  Longitudinal studies offer advantages over cross-sectional studies in that they can provide measurement changes in function of individual subjects with age.

*Cognitive function.*  Numerous studies have examined possible associations between Pb exposure and cognitive function in adults (Table 2-32).  Most of these studies have found associations between increasing Pb exposure, indicated by blood or bone Pb, and indications of decreased cognitive function (Muldoon et al. 1996; Payton et al. 1998; Power et al. 2014; Przybyla et al. 2017; Seegal et al. 2013; Seo et al. 2014; Shih et al. 2006; Weisskopf et al. 2007; Weuve et al. 2006, 2009; Wright et al. 2003b).  However, not all studies have found associations (Kreig et al. 2005; Yu et al. 2019b).  One of the largest cross-sectional studies analyzed data from NHANES III (1988–1994) found no associations between PbB and performance on neurobehavioral tests (Krieg et al. 2005).  This study compared scores from several tests from the Neurobehavioral Evaluation System (NBES) and concurrent PbB in approximately 5,700 adults (age 20–50 years).  Implemented tests measured processing speed, attention, learning, and memory (reaction time, symbol-digit substitution, serial digit learning).  The geometric mean PbB was 2.51 µg/dL (range 0.7–42) and 96% of the cohort was <10 µg/dL.  No significant associations (defined as $p \leq 0.05$) between PbB and cognitive outcomes were found.  However, associations between PbB and cognitive performance may be stronger in elderly adults.  An examination of a smaller cohort from the NHANES 1999–2000, restricted to ages ≥60 years (n=498), found an association between increasing PbB and decreasing scores on short-term memory (digit symbol test) (Przybyla et al. 2017).  The geometric mean PbB in this study was 2.17 µg/dL.  Several studies have examined smaller cohorts from longitudinal studies designed to evaluate health in aging populations.  Studies of male cohorts from the Normative Aging Study have found significant ($p \leq 0.05$) associations between increasing blood and/or bone Pb and

**Table 2-32. Summary of Epidemiology Studies Evaluating Neurodevelopmental Effects in Adults at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| **Cognitive abilities** | | | |
| **Krieg et al. 2005**<br><br>Cross-sectional study; n=5,662 adults, age 20–59 years | Gmean (range): 2.51 (0.7, 41.8) | Simple visual reaction time | No associations between PbB and performance scores<br>• Mean reaction time: p=0.24 |
| | | Symbol-digit substitution | • Mean total latency: p=0.27<br>• Number of errors: p=0.82 |
| | | Serial digit learning | • Trials to criterion: p=0.26<br>• Total score: p=0.24 |
| **Muldoon et al. 1996**<br><br>Cross-sectional study; n=530 adult women, mean age 70 years | Mean (SD):<br>• All: 4.8 (0.4)<br>• Rural: 4.5 (0.4)<br>• Urban: 5.4 (0.4)<br>• Low: <4<br>• Medium: 4–7<br>• High: >7 | Trailmaking B | • Urban<br>  o Medium PbB OR: 0.97 (0.40, 2.40)<br>  o High PbB OR: 0.79 (0.20, 3.04)<br>• **Rural**<br>  o **Medium PbB OR: 2.05 (1.05, 4.02)\***<br>  o **High PbB OR: 2.60 (1.04, 6.49)\*** |
| | | Digit symbol (correct) | • Urban<br>  o Medium PbB OR: 0.61 (0.25, 1.50)<br>  o High PbB OR: 0.64 (0.16, 2.47)<br>• **Rural**<br>  o **Medium PbB OR: 2.03 (1.06, 3.88)\***<br>  o **High PbB OR: 3.73 (1.57, 8.84)\*** |
| | | Incidental memory | • Urban<br>  o Medium PbB OR: 0.50 (0.22, 1.16)<br>  o High PbB OR:0.99 (0.28, 1.16)<br>• Rural<br>  o Medium PbB: OR: 1.37 (0.77, 2.41)<br>  o High PbB: OR: 1.89 (0.83, 3.41) |

**Table 2-32. Summary of Epidemiology Studies Evaluating Neurodevelopmental Effects in Adults at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| **Payton et al. 1998**<br><br>Longitudinal study; n=141 males, mean age 67 years | Mean (SD):<br>• 5.5 (3.5)<br>• Q1: 1.4<br>• Q2: 3.5<br>• Q3: 5.4<br>• Q4: 9.8 | Pattern recognition<br>Vocabulary<br>Word list memory<br>Boston naming test<br>Verbal fluency | • **β: 0.074 (0.032), p=0.02***<br>• **β: -0.841 (0.20), p=0.0001***<br>• **β: -0.182 (0.086), p=0.036***<br>• **β: -0.036 (0.016), p=0.028***<br>• β: -0.230 (0.120), p=0.09 |
| **Power et al. 2014**<br><br>Longitudinal study; n=584 adults females, mean age 61 years | Mean (SD):<br>• 2.9 (1.9)<br>Tibia Pb (µg/g): Mean (SD):<br>• 10.5 (9.7)<br>Patella Pb (µg/g) mean (SD):<br>• 12.6 (11.7) | Overall cognition<br><br>Verbal memory | β for 1-age year change in score per 1 SD PbB: -0.013 (-0.044, 0.017)<br>β for 1-age year change in score per 1 SD PbB: 0.006 (-0.037, 0.050) |
| **Przybyla et al. 2017**<br><br>Cross-sectional study; n=498 adults, age 60–84 years | Gmean (range): 2.17 (0.4, 16.4) | Digit symbol (correct) | β per lnPbB µg/dL: -0.10 (-0.20, -0.006), p=0.04 |
| **Seo et al. 2014**<br><br>Cross-sectional study; n=31 retired female Pb workers, mean age 60.4 years, and 34 controls | Gmean (range):<br>Exposed: 4.07 (0.88–13.5)<br>Controls: 2.00 (1.24–6.47) | Verbal memory | Accuracy % (SD), exposed versus control:<br>• 1-back test: 55.9 (19.8) versus 65.4 (19.4), p=0.056<br>• **2-back test: 61.4 (20.1) versus 77.2 (15.6), p=0.001*** |

APPX ATT_V6_2507

**Table 2-32. Summary of Epidemiology Studies Evaluating Neurodevelopmental Effects in Adults at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| **Shih et al. 2006**<br><br>Cross-sectional study; n=985 adults, mean age 59.4 years | Mean (SD):<br>• 3.46 (2.23)<br>Tibia Pb (µg/g) mean (SD):<br>• 18.72 (11.24) | Language | • **B per 1 µg/g tibia Pb: -0.0083 (0.0023), p≤0.01\*** |
| | | Processing speed | • β per 1 µg/g tibia Pb: -0.0042 (0.0021), p<0.01\* |
| | | Eye-hand | • β per 1 µg/g tibia Pb: -0.0079 (0.0020), p≤0.01\* |
| | | Executive function | • β per 1 µg/g tibia Pb: -0.0075 (0.0019), p≤0.01\* |
| | | Verbal memory and learning | • β per 1 µg/g tibia Pb: -0.0078 (0.0024), p≤0.01\* |
| | | Visual memory | • β per 1 µg/g tibia Pb: -0.0067 (0.0023), p≤0.01\* |
| | | Visuoconstruction | • β per 1 µg/g tibia Pb: -0.0122 (0.0027), p≤0.01\* |
| **Weisskopf et al. 2007**<br><br>Longitudinal study cohort,<br>n=1,089 males, mean age 68.7 years | Median (IQ range):<br>• 5 (3–6)<br>Tibia Pb (µg/g) median (IQ range):<br>• 20 (13–28)<br>Patella Pb (µg/g) median (IQ range):<br>• 25 (17–37) | Vocabulary | β per 3 µg/dL increase in PbB: -1.26 (-2.08, -0.44), p=0.003\* |
| | | Visuoconstruction (patella Pb) | β per IQR: -0.067 (-0.11, -0.02), p=0.0041\* |
| | | Pattern comparison latency (tibia Pb) | β: 0.079 (0.04, 0.12), p=0.0004\* |
| **Weuve et al. 2006**<br><br>Longitudinal study cohort,<br>n=915 males, mean age 68.7 years | Median (IQ range):<br>• 5.2 (2.9)<br>• 94% <10 | Cognitive function | Change in MMSE score per IQR in PbB, 3 µg/dL:<br>• **ALAD-2: IQR: -0.29 (-0.56, -0.02)\***<br>• ALAD wildtype: IQR: -0.05 (-0.16, 0.06) |
| **Weuve et al. 2009**<br><br>Longitudinal study cohort,<br>n=587 females, mean age 61 years | Mean (SD):<br>• 2.9 (1.9)<br>Tibia Pb (µg/g) median (SD):<br>• 10.5 (9.7) | Cognitive function | Change in score per 1 SD in PbB or bone Pb:<br>• PbB: -0.016 (-0.071, 0.039), p=0.57<br>• **Tibia: -0.051 (-0.099, -0.003), p=0.04\***<br>• Patella Pb: -0.033 (-0.080, 0.014), p=0.17 |

APPX ATT_V6_2508

**Table 2-32. Summary of Epidemiology Studies Evaluating Neurodevelopmental Effects in Adults at Mean Blood Lead Concentration (PbB) ≤10 μg/dL[a]**

| Reference and study population[b] | PbB (μg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| **Wright et al. 2003b**<br><br>Longitudinal study cohort,<br>n=736 males, mean age 68.2 years | Patella Pb (μg/g) median (SD):<br>• 12.6 (11.6)<br><br>Mean (SD):<br>• All: 4.5 (2.5)<br>• Q1: 2.5<br>• Q2: 4.0<br>• Q3: 5.9<br>• Q4: 8.9<br>Tibia Pb (μg/g) median (SD):<br>• 22.4 (15.3)<br>Patella Pb (μg/g) median (SD):<br>• 29.5 (21.2) | MMSE score | Adjusted OR with 1 μg/dL increase in PbB or 1 μg/g increase in bone Pb:<br>• **PbB: 1.21 (1.07, 1.36)\***<br>• **Patella Pb: 1.02 (1.00, 1.03)\***<br>• **Tibia Pb: 1.02 (1.00, 1.04)\***<br><br>Effect of age increased with increasing PbB.<br>β for age with increasing Pb for PbB quartile:<br>• Q1 -0.04 (-0.07, -0.02)\*<br>• Q2 -0.04 (-0.08, -0.01)\*<br>• Q3 -0.09 (-0.13, -0.06)\*<br>• Q4 -0.12 (-0.17, -0.02)\* |
| **Yu et al. 2019b**<br><br>Cross-sectional study; n=339 males, mean age 28.6 years | Gmean (IQR): 2.47 (2.00, 3.00) | Digit symbol (mean total latency) | β per $\log_{10}$ PbB: 5.4% (-0.4, 11.5), p=0.066 |
| | | Stroop reaction time incongruent trials | β per $\log_{10}$ PbB: 5.1% (-4.5, 15.6), p=0.30 |
| | | Stroop reaction time congruent trials | β per $\log_{10}$ PbB: -1.2% (-10.4, 9.0), p=0.81 |
| | | Stroop interference effect | β per $\log_{10}$ PbB: 23.0% (-15.4, 78.9), p=0.28 |

APPX ATT_V6_2509

**Table 2-32. Summary of Epidemiology Studies Evaluating Neurodevelopmental Effects in Adults at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| **Mood and behavior** | | | |
| **Bouchard et al. 2009**<br><br>Cross-sectional study; n=1,987 adults (age 20–39 years) | Gmean±GSD (range):<br>• 1.24 (1.96)<br>• 99%≤10<br>• Q1: 0.6<br>• Q2: 0.9<br>• Q3: 1.2<br>• Q4: 1.3<br>• Q5: 3.0 | Major depressive disorder | • **Adjusted ORs for PbB for Q5 relative to Q1: 2.32 (1.13, 4.75); p-trend=0.05***<br>• **Eliminating current smokers, adjusted ORs for PbB for Q5 relative to Q1: 2.93 (1.24, 6.92); p-trend=0.03*** |
| | | Panic disorder | • **Adjusted ORs for PbB for Q5 relative to Q1: 4.94 (1.32, 18.48); p-trend=0.02***<br>• **Eliminating current smokers, adjusted ORs for PbB for Q5 relative to Q1: 9.57 (1.28, 71.43); p-trend=0.01*** |
| | | Generalized anxiety disorder | • Adjusted ORs for PbB for Q5 relative to Q1: 1.53 (0.39, 5.96); p-trend=0.78<br>• Eliminating current smokers, adjusted ORs for PbB for Q5 relative to Q1: 1.59 (0.19, 13.31); p-trend=0.44 |
| **Buser and Scinicariello 2017**<br><br>Cross-sectional study of 3,905 adults (age ≥20 years) from NHANES 2011–2012 | Cohort stratified into PbB quartiles:<br>• Q1: <0.7<br>• Q2: 0.70–1.06<br>• Q3: 1.07–1.67<br>• Q4: >1.67 | Depression | Adjusted OR for depression symptoms in adult females (age 20–47 years) associated with increasing PbB:<br>• **Q3: 1.86 (1.01, 3.41, p<0.05***<br>• **Q4: 2.97 (1.01, 8.74), p<0.05*** |
| **Fan et al. 2020**<br><br>Cross-sectional study; n=994 adults, age >60 years | Mean (SD): 3.229 (2.357)<br>• Q1: <2.027<br>• Q2: 2.027, 2.677<br>• Q3: 2.677, 3.058<br>Q4: ≥3.058 | Depression symptoms (score on 30-point Geriatric Depression Scale ≥11) | OR for depression for PbB quartiles relative to Q1:<br>• Q2: 1.28 (0.79, 2.08), p=0.315<br>• Q3: 1.36 (0.84, 2.22), p=0.216<br>• **Q4: 2.03 (1.23, 3.35), p=0.006***<br>• **p-trend=0.007*** |

APPX ATT_V6_2510

## Table 2-32. Summary of Epidemiology Studies Evaluating Neurodevelopmental Effects in Adults at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| **Golub et al. 2010**<br><br>Cross-sectional study; 4,195 adults (age ≥20 years) from NHANES 2005–2006 | Cohort stratified into PbB quartiles:<br>• Q1: ≤0.88<br>• Q2: 0.89–1.40<br>• Q3: 1.41–2.17<br>• Q4: 2.18–26.4 | | Adjusted OR for depression symptoms was elevated in PbB quartile 3 (95% CI):<br>• **Q3: 1.25 (1.07, 1.47)*** |
| **Li et al. 2017a**<br><br>Cross-sectional study; n=1,931 pregnancies (age 13–42 years) | Gmean (range): 3.99 (0.80, 14.84) | Depression symptoms | β per log₁₀ PbB:<br>• Full cohort: 0.03 (-0.05, 0.10), p=0.466<br>• **PbB ≤2.57: 0.34 (0.12, 0.56), p=0.002***<br>• PbB >2.57: -0.09 (-0.19, 0.02), p=0.113 |
| | | Anxiety symptoms | β per log₁₀ PbB:<br>• Full cohort: 0.01 (-0.06, 0.08), p=0.770<br>• **PbB ≤2.57: 0.25 (0.04, 0.46), p=0.019***<br>• PbB >2.57: -0.08 (-0.18, 0.02), p=0.136 |
| | | Depression or anxiety symptoms (Global Severity Index) | β per log10 PbB:<br>• Full cohort: 0.01 (-0.05, 0.07), p=0.815<br>• **PbB ≤2.57: 0.22 (0.05, 0.40), p=0.013***<br>• PbB >2.57: -0.07 (-0.16, 0.01), p=0.100 |
| **Opler et al. 2004**<br><br>Case-control study; n=44 schizophrenia cases and 75 matched controls from birth cohorts | Cohort stratified into <15 or ≥15 µg/dL based on 2nd trimester ALA measurements | Schizophrenia | Adjusted OR for schizophrenia associated with high (≥15 µg/dL) prenatal PbB: 2.43 (0.99, 5.96), p=0.051 |
| **Opler et al. 2008**<br><br>Case-control study; n=71 schizophrenia cases and 129 matched controls | Cohort stratified into <15 or ≥15 µg/dL based on 2nd trimester ALA measurements | Schizophrenia | **Adjusted OR for schizophrenia associated with high (≥15 µg/dL) prenatal PbB: 1.92 (1.05, 3.87), p=0.03*** |

APPX ATT_V6_2511

**Table 2-32. Summary of Epidemiology Studies Evaluating Neurodevelopmental Effects in Adults at Mean Blood Lead Concentration (PbB) ≤10 μg/dL[a]**

| Reference and study population[b] | PbB (μg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| **Rajan et al. 2007**<br><br>Longitudinal study cohort,<br>n=1,075 males, mean age 67.1 years | Mean (SD):<br>• All: 6.2 (4.1)<br>Tibia Pb (μg/g) median (SD):<br>• 22.1 (13.8)<br>Patella Pb (μg/g) median (SD):<br>• 31.4 (19.6) | Somatization, tibia Pb<br><br><br><br>Global severity index, patella Pb | **Adjusted OR for inter quartile increases in tibia Pb (14 μg/g) or patella Pb (20 μg/g): 1.21 (1.01, 1.46)\***<br><br>OR: 1.23 (1.02, 1.47)\* |
| **Rhodes et al. 2003**<br><br>Longitudinal study cohort,<br>n=526 males, mean age 67.1 years | Mean (SD):<br>• 6.3 (4.2)<br>Tibia Pb (μg/g) median (SD):<br>• 21.9 (13.5)<br>Patella Pb (μg/g) median (SD):<br>• 32.1 (19.8) | Phobic anxiety<br><br><br><br>Combined symptoms | **Adjusted OR for inter quintile increases in patella Pb (8.9 μg/dL: 1.91 (1.01, 3.61)\***<br><br>**Adjusted OR for inter quintile increases:**<br>• **PbB OR: 2.91 (1.39, 6.09)\***<br>• **Tibia Pb OR: 2.08 (1.06, 4.07)\***<br>• **Patella Pb OR: 3.62 (1.62, 8.08)\*** |
| **Scinicariello and Buser 2015**<br><br>Cross-sectional study of 2,892 adults (age 20–39 years) from NHANES 2007–2010 | **PbB:**<br>Gmean (GSD)<br>• 0.96 (0.02). | Depression | Adjusted OR for depression symptoms was not associated with increasing PbB (ORs were not reported). |

APPX ATT_V6_2512

**Table 2-32. Summary of Epidemiology Studies Evaluating Neurodevelopmental Effects in Adults at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| **Neuromotor neurosensory function** | | | |
| **Casjens et al. 2018**<br><br>Longitudinal study; n=1,188 males, age 55–86 years at follow-up | Median (% >9):<br>• Baseline: 3.29 (2.27%)<br>• 11-year follow-up: 2.59 (0.84%) | Olfaction (score on 12-point odor identification test ≤7) | Proportional OR for PbB stratum relative <5.0 µg/dL:<br>Baseline:<br>• 5–<9 µg/dL: 0.91 (0.65, 1.28)<br>• ≥9 µg/dL: 1.96 (0.94, 4.11)<br>Follow-up:<br>• 5.0–<9.0 µg/dL: 1.04 (0.55, 1.94)<br>• ≥9.0 µg/dL: 1.57 (0.47, 5.19) |
| | | Dexterity (finger tapping errors) | OR (95% CI) for impaired performance <5.0 µg/dL:<br>• 5.0 to <9.0 µg/dL: 0.87 (0.53, 1.44)<br>• ≥9.0 µg/dL: 1.35 (0.49, 3.70)<br>Follow-up:<br>• **5.0–<9.0 µg/dL: 2.63 (1.26, 5.94)***<br>• ≥9.0 µg/dL: 0.80 (0.14, 4.59) |
| **Hwang et al. 2009**<br><br>Cross-sectional study; n=259 male steel workers, mean age 36.0 years | Mean (SD):<br>5.43 (3.46) | Hearing loss | Adjusted OR for hearing loss (>25 dB) at 3,000–8,000 Hz in PbB categories relative to ≤4 µg/dL:<br>Loss at 3,000 Hz<br>• 4–7 µg/dL: 0.75 (0.17, 3.29)<br>• **≥7 µg/dL: 4.49 (1.28, 15.8); p<0.005***<br>Loss at 4,000 Hz:<br>• **4–7 µg/dL: 3.54 (1.40, 8.97)* (p-value not reported)**<br>• **≥7 µg/dL: 6.26 (2.35, 16.6); p<0.005***<br>Loss at 6,000 Hz:<br>• 4–7 µg/dL: 2.11 (0.94, 4.47)<br>• **≥7 µg/dL: 3.06 (1.27, 7.39); p<0.05*** |

**APPX ATT_V6_2513**

2. HEALTH EFFECTS

**Table 2-32. Summary of Epidemiology Studies Evaluating Neurodevelopmental Effects in Adults at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| **Huh et al. 2018** <br><br> Cross-sectional study; n=2,387 adults, age 19–85 years | Gmean (95% CI): 2.46 (2.41, 2.52) | Hearing loss (pure tone threshold >25 dB) | OR per doubling of PbB (95% CI): <br> • Low frequency: 0.91 (0.52, 1.61) <br> • Speech frequency: 1.21 (0.72, 2.04) <br> • **High frequency: 1.88 (1.11, 3.17)*** |
| **Ji et al. 2013** <br><br> Cross-sectional study; n=1,795 males and 1,798 females, age >50 years (median 61.2) | Mean (SD): <br> • Females: 2.17 (0.06) <br> • Males: 3.18 (0.12) | Walking speed | Mean change in walking speed (ft/sec) for PbB quintile relative to Q1 (≤1.2 µg/dL): <br> • PbB 1.3–≤1.6, β: -0.024 (-0.112, 0.064), p=0.58 <br> • PbB 1.7–≤2.1, β: -0.027 (-0.118, 0.063), p=0.54 <br> • **PbB 2.2–≤2.9, β: -0.104 (-0.187, -0.021), p=0.02*** <br> • **PbB 3.3–≤53.0, β: -0.114 (-0.191, -0.038), p=0.01*** <br> • **p-trend=0.005*** |
| **Ji et al. 2015** <br><br> Longitudinal study cohort, n=807 males, mean age 69 years | Mean (SD): 5.0 (2.7) <br> • % <10: 96% <br><br> Bone Pb, µg/g (SD) <br> • Patella: 28.0 (18.4) <br> • Tibia: 21.2 (13.3) | Tremor | OR for tremor by PbB quintile: <br> • Q5 (8–28), PbB: 0.84 (0.38, 1.86), p=0.72 <br> • Q5 (40–165), patella Pb: 0.83 (0.31, 2.19), p=0.41 <br> • Q5 (30–126): tibia Pb: 1.08 (0.46, 2.53), p=0.60 |

APPX ATT_V6_2514

Table 2-32. Summary of Epidemiology Studies Evaluating Neurodevelopmental Effects in Adults at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| Kang et al. 2018<br><br>Cross-sectional study; n=6,409 adults, age 20–87 years | Cohort stratified into PbB quartiles<br>Females, weighted mean (SE)<br>• Q1: 1.12 (0.01)<br>• Q2: 1.61 (0.01)<br>• Q3: 2.11 (0.01)<br>• Q4: 3.03 (0.03)<br>Males, weighted mean (SE)<br>• Q1: 1.56 (0.01)<br>• Q2: 2.22 (0.01)<br>• Q3: 2.82 (0.01)<br>• Q4: 4.22 (0.08) | Hearing loss (females)<br><br><br><br>Hearing loss (males) | • Q2: 0.947 (0.606 1.477)<br>• Q3: 1.013 (0.698, 1.471)<br>• **Q4: 1.502 (1.027, 2.196)\***<br><br>• **Q2: 1.368 (1.006, 1.859)\***<br>• **Q3: 1.402 (1.005, 1.955)\***<br>• **Q4: 1.629 (1.161, 2.287)\*** |
| Muldoon et al. 1996<br><br>Cross-sectional study; n=530 adult women, mean age 70 years | Mean (SD):<br>• All: 4.8 (0.4)<br>• Rural: 4.5 (0.4)<br>• Urban: 5.4 (0.4)<br>• Low: <4<br>• Medium: 4–7<br>• High: >7 | Pegboard<br><br><br><br><br>Upper extremity<br><br><br><br>Lower extremity | OR for poor performance (low PbB reference) in the rural cohort:<br>ANOVA, p=0.98<br>• Medium PbB OR: 1.37 (0.71, 2.65)<br>• High PbB OR: 1.16 (0.45, 3.01)<br><br>ANOVA, p<0.01, in the rural cohort<br>• Medium PbB: OR: 1.39 (0.73, 2.65)<br>• **High PbB: OR: 2.43 (1.01, 5.83)\***<br><br>ANOVA, p<0.01, in the rural cohort<br>• Medium PbB OR: 1.29 (0.68, 2.47<br>• **High PbB OR: 2.84 (1.19, 6.74)\*** |

APPX ATT_V6_2515

**Table 2-32. Summary of Epidemiology Studies Evaluating Neurodevelopmental Effects in Adults at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| **Neurological disease** | | | |
| **Fang et al. 2010**<br><br>Case-control study; n=184 male ALS cases and 194 matched controls, mean age 63 years | Mean (range):<br>• Controls: 1.76 (0.32–6.90)<br>• Cases: 2.41 (0.72–7.58) | ALS | **Adjusted OR for ALS for doubling of PbB:**<br>• All cases (n=184): 1.9 (1.3, 2.7)*<br>• Excluding progressive muscular atrophy and primary lateral sclerosis (n=151): 1.8 (1.2, 2.5)* |
| **Kamel et al. 2002**<br><br>Case-control study; n=109 ALS cases and 256 matched controls, age 30–80 years | Mean (range):<br>• Cases: 3 of 194 had PbB >10<br>• Controls: <10 µg/dL | ALS | • **Adjusted OR for ALS (for a 1-µg/dL increase in PbB): 1.9 (1.4, 2.6)***<br>• **Adjusted OR for ALS relative to <2 µg/dL:**<br> ○ 3–4 µg/dL: 14.3 (3.0, 69.3)*<br> ○ 5–14 µg/dL: 24.5 (4.3, 139.3)* |

[a]See the *Supporting Document for Epidemiological Studies for Lead*, Table 10 for more detailed descriptions of studies.
[b]Participants had no known occupational exposure to Pb.
[c]Asterisk and bold indicate association with Pb; unless otherwise specified, values in parenthesis are 95% CIs; p-values <0.05 unless otherwise noted in the table.

ALA = aminolevulinic acid; ALAD-2 = delta-aminolevulinic acid dehydratase allele; ALS = amyotrophic lateral sclerosis; ANOVA = analysis of variance; CI = confidence interval; CL = confidence limit; Gmean = geometric mean; GSD = geometric standard deviation; IQ = intelligence quotient; IQR = interquartile range; MMSE = Mini-Mental Status Examination; NHANES = National Health and Nutrition Examination Survey; OR = odds ratio; Pb = lead; SD = standard deviation; SE = standard error

decreasing scores on cognitive tests, including short-term memory, verbal memory, and visuoconstruction (Payton et al. 1998; Weisskopf et al. 2007; Weuve et al. 2006). Cohort sizes in these studies ranged from approximately 600 to 1,100 and the mean PbB ranged from $2.9\pm1.9$ to $5.5\pm3.5$ µg/dL. Weuve et al. (2006) found that decreases in cognitive performance were associated with PbB in a cohort of ALAD-2 carriers, but not in a cohort that carried the wildtype ALAD allele. Studies of female cohorts (approximately 600 subjects) from the longitudinal Nurses' Health Study have found mixed outcomes (Power et al. 2014; Weuve et al. 2009). Weuve et al. (2009) found significant association between increasing tibia Pb, but not PbB, and scores on a telephone survey of cognitive function (the Telephone Interview for Cognitive Status, TIC). The TIC has been used to assess memory and executive function and has been used to evaluate dementia. The effect size was -0.051 (95% CI -0.099, -0.003) points per 1 SD of tibia Pb. Power et al. (2014) used the same telephone survey instrument and found no associations between blood or bone Pb and cognitive function; the effect size for PbB was -0.013 (95% CI: -0.044, 0.017) and the cohort mean PbB was $2.9\pm1.9$ (SD) µg/dL. A cross-sectional study of approximately 1,000 adults from the Boston Memory Study found inverse associations ($p\leq0.05$) between performance on cognitive tests and increasing tibia Pb, but not for PbB (Shih et al. 2006). The cohort mean blood Pb was $3.46\pm2.2$ (SD) µg/dL. Cognitive function evaluated included language, processing speed, executive function, verbal memory and learning, and visuoconstruction. The effect sizes were substantially attenuated by race/ethnicity and years of educational and were no longer significant ($p<0.05$) when adjusted for these covariates. A cross-sectional study of approximately 500 adult females from the Study of Osteoporotic Fractures found significant associations ($p\leq0.05$) between performance on cognitive tests and increasing PbB (Muldoon et al. 1996). The odds of performing worse on visual attention and short-term memory tests were significantly decreased ($p\leq0.05$) in a PbB stratum 4–7 and to >7 µg/dL compared to stratum <4 µg/dL. A cross-sectional study of 339 newly hired male Pb workers did not find significant associations between PbB ($p\geq0.05$) and performance on tests that measured attention, memory, and processing speed (Stroop test, Symbol Digit Test) (Yu et al. 2019b). The geometric mean PbB was 2.47 µg/dL.

*Altered mood and behavior.* Several studies have examined associations between Pb exposure assessed from blood or bone Pb and symptoms of psychiatric disorders (Table 2-32). Several studies have analyzed cross-sectional data from NHANES to explore associations between depression symptoms and PbB (Bouchard et al. 2009; Buser and Scinicariello 2017; Golub et al. 2010; Scinicariello and Buser 2015). Three studies found associations between PbB and depression in adult populations that had geometric mean PbBs that were 2–3 µg/dL compared to populations that have PbBs <1 (Bouchard et al. 2009; Buser and Scinicariello 2017; Golub et al. 2010). Buser and Scinicariello (2017) found stronger

associations in adult women than in men.  Cross-sectional studies in other populations have found significant associations between PbB and symptoms of depression or anxiety (Fan et al. 2020; Li et al. 2017a).  The Fan et al. (2020) study was restricted to adults >60 years (n=994) and found that increasing PbB was associated with increasing scores on the Geriatric Depression Scale.  The OR for categorization as depressed was 2.04 (95% CI: 1.23, 3.35) in the upper quartile PbB stratum ($\geq$3.06 $\mu$g/dL).  The Li et al. (2017a) study examined a cross-sectional cohort of 1,931 pregnancies (age range 13–42 years) for depression, anxiety, and psychological stress.  Increasing PbB was associated with increasing scores on depression and anxiety assessments; however, the association was stronger in the PbB stratum $\leq$2.57 $\mu$g/dL compared to a higher stratum >2.57 $\mu$g/dL.  Associations between psychiatric disorders and Pb exposure metrics have also been studied in longitudinal studies (Rajan et al. 2007; Rhodes et al. 2003).  Two studies of cohorts from the Normative Aging Study found significant ORs for blood or bone Pb and various psychiatric symptoms in males (mean age 67$\pm$7, SD), including somatization, phobic anxiety, and composite indices of distress.  Mean PbBs in these cohorts were 6$\pm$4 (SD) $\mu$g/dL.  Associations between PbB and psychiatric disorders have also been found in case-control studies (Opler et al. 2004, 2008).  The largest was a study of 71 schizophrenia cases and 129 matched controls (Opler et al. 2008).  The adjusted OR for schizophrenia was 1.92 (95% CI 1.05, 3.87) for the PbB stratum $\geq$15 $\mu$g/dL compared to 15 $\mu$g/dL.  Because individual PbB data were not available, subjects were categorized into the high (<15 $\mu$g/dL) or low (15 $\mu$g/dL) PbB categories based on measurements of serum ALA and a regression model relating PbB and ALA derived from a different population (Graziano et al. 1990).  Although the accuracy of the method for assigning subjects from Graziano et al. (1990) into low or high categories was, on average, approximately 90%, uncertainty in the actual regression model is likely to have resulted in some misclassification of individuals.

*Altered neuromotor neurosensory function.*  Several studies have examined associations between Pb exposure assessed from blood or bone Pb and performance on tests of neuromotor or neurosensory function (Table 2-32).  The largest study analyzed data from NHANES III (1988–1994) and found no association (p=0.34) between concurrent PbB and simple visual reaction time in a cohort of 5,700 adults (age 20–50 years; Krieg et al. 2005).  The geometric mean PbB was 2.51 $\mu$g/dL (range 0.7–42) and 96% of the cohort was <10 $\mu$g/dL.  A more recent analysis of data from NHANES (1999–2002) examined walking speed in cohorts of approximately 1,800 males or females and found a significant association between increasing PbB and decreasing walking speed in females in a PbB stratum 2.2–$\leq$2.9 $\mu$g/dL compared to 1.6 $\mu$g/dL; there was a significant trend with increasing PbB (Ji et al. 2013).  This outcome is consistent with a smaller cross-sectional study of women (mean age 70$\pm$4 years) that found significant decreases in upper and lower extremity reaction times in association with increasing PbB (Muldoon et al.

1996).  A longitudinal study of a cohort from the Normative Aging Study found no significant associations between bone or blood Pb and hand tremor in males (mean age 60±7 years; Ji et al. 2015).  The mean PbB for the cohort was 5.0±2.7 (SD) µg/dL.  A longitudinal study of males (n=1,188), age range 50–86 years, conducted in Germany, found associations between increasing PbB and decreasing performance scores on tests of dexterity (Casjens et al. 2018).  The median PbBs were 3.29 µg/dL at the start of the study (2.27% >9 µg/dL) and 2.29 µg/dL (0.84% >9 µg/dL) at the 11-year follow-up.  This study examined several metrics of dexterity (finger tapping and aiming, line tracing, steadiness).  The association with Pb was strongest for the finger tapping test.  The OR for impaired performance on the finger tapping test at the follow-up was 2.63 (95% CI: 1.26, 5.94) for the PbB stratum 5.0–<9 µg/dL and 0.80 (95% CI: 0.14, 4.59) for the PbB stratum >9 µg/dL.

Several studies have examined associations between PbB and sensory function in adults, including olfaction (Casjens et al. 2018) and hearing (Huh et al. 2018; Hwang et al. 2009; Kang et al. 2018).  Two studies examined association between PbB and hearing using data from the Korean National Health and Nutrition Examination Study (KNHANES) (Huh et al. 2018; Kang et al. 2018).  Both studies found associations between increasing PbB and high-frequency hearing loss.  The larger of the two studies (n=6,409) estimated ORs for high-frequency hearing loss in females and males in the age range 19–85 years.  The ORs were 1.629 (95% CI: 1.161, 2.287) in the highest male PbB quartile (mean PbB: 4.2 µg/dL±0.04 SE) and 1.502 (95% CI: 1.027, 2.196) in the highest female PbB quartile (mean PbB: 3.03 µg/dL ±0.03 SE).  A smaller cross-sectional study of steel workers (n=259) also found associations been increasing PbB and hearing loss that extended from 3,000 to 8,000 Hz in the PbB stratum ≥7 µg/dL (Hwang et al. 2009).  Performance on an odor identification test was not associated with PbB in a longitudinal study of males (n=1,188), age range 50–86 years (Casjens et al. 2018).

*Neurological diseases.*  Possible associations between Pb exposure and risk of ALS have been examined in case-control studies (Fang et al. 2010; Kamel et al. 2002).  A case-control study of 184 male ALS cases and 194 matched controls found a significant association between increasing PbB and ALS (Fang et al. 2010).  The mean PbB for cases was 2.41 µg/dL (range 0.72–7.58 µg/dL).  A case-control study of 109 ALS cases (43 females, 66 males) and 194 matched controls estimated the OR for ALS to be 1.9 (95% CI: 1.4, 2.6) for a 1 µg/dL increase in PbB (Kamel et al. 2002).

**Associations Between Bone Pb and Neurological Effects in Adults.**  Decrements in neurological function in adults have also been associated with bone Pb (Table 2-33).  In general, these studies provide further support for associations between Pb exposure and neurobehavioral function, including decrements

LEAD

191

2. HEALTH EFFECTS

in cognitive function, altered neuromotor and neurosensory function, and altered behavior and mood. Most of these studies are of cohorts from longitudinal health studies: Boston Memory Study (Bandeen-Roche et al. 2009; Glass et al. 2009; Shih et al. 2006), Nurses' Health Study (Power et al. 2014; Weuve et al. 2009), or Normative Aging Study (Eum et al. 2013; Farooqui et al. 2017; Grashow et al. 2013a, 2013b, 2015; Ji et al. 2015; Park et al. 2010; Payton et al. 1998; Power et al. 2014; Rajan et al. 2007, 2008; Rhodes et al. 2003; Schwartz et al. 2005; Wang et al. 2007, 2018; Weisskopf et al. 2004, 2007; Wright et al. 2003b). These studies have provided both cross-sectional and longitudinal assessments of associations between bone Pb (and PbB) and neurological function in adult populations. Longitudinal designs are particularly important because they allow age-related declines in cognitive function to be assessed. Longitudinal studies have found that associations between bone Pb and cognitive function (learning, memory) persist when adjustments are made for age (Bandeen-Roche et al. 2009; Dorsey et al. 2006; Eum et al. 2013; Grashow et al. 2013a; Khalil et al. 2009; Payton et al. 1998; Power et al. 2014; Rajan et al. 2008; Schwartz et al. 2005; Seegal et al. 2013; Shih et al. 2006; Stewart et al. 2002; van Wijngaarden et al. 2009; Weisskopf et al. 2007; Weuve et al. 2009, 2013; Wright et al. 2003b). Rates of decrement in cognitive function with age have been found to be more severe in association with increasing bone Pb (Farooqui et al. 2017; Power et al. 2014; Schwartz et al. 2005; Wang et al. 2007; Weisskopf et al. 2004, 2007; Wright et al. 2003b).

## Table 2-33. Associations Between Bone Pb and Neurological Outcomes in Adults

| Reference | Population | Neurological outcome | | | Outcome measures |
|---|---|---|---|---|---|
| | | Intellectual deficits | Altered neuromotor or neurosensory function | Altered mood or behavior | |
| Bandeen-Roche et al. 2009 | 965 adults, age: 50–70 years[a] | ↑ T | – | – | Learning, memory, executive function, eye-hand coordination |
| Coon et al. 2006 | 121 adult cases, 414 controls, age: 50–>80 years | – | ↑ 0[d] | – | Parkinson's disease |
| Dorsey et al. 2006 | 652 adult Pb workers, age: 20–70 years | ↑ P ↑ T | ↑ P ↑ T | ↑ P ↑ T | Reaction time, executive function, manual dexterity, vibration threshold, depression |

2.  HEALTH EFFECTS

### Table 2-33.  Associations Between Bone Pb and Neurological Outcomes in Adults

| | | Neurological outcome | | | |
| Reference | Population | Intellectual deficits | Altered neuromotor or neurosensory function | Altered mood or behavior | Outcome measures |
|---|---|---|---|---|---|
| Eum et al. 2013 | 789 adult males[b], age: 68 years (median) | ↑ P ↑ T | – | – | Memory, verbal and written skills, executive function |
| Eum et al. 2015 | 100 adult cases, 194 controls, age: 60 years (mean) | – | ↑ P ↑ T | – | Interaction between Pb, amyotrophic lateral sclerosis and hemochromatosis gene polymorphisms |
| Farooqui et al. 2017 | 741 males, age: 68 years (mean) | ↑ P 0 T | – | – | Memory, visuospatial ability, attention, language, orientation |
| Glass et al. 2009 | 1,001 adults[a], age: 50–70 years | ↑ T | ↑ T | – | Interaction between Pb and psychosocial hazard scale for eye-hand coordination, executive function, language |
| Grashow et al. 2013a | 51 adult males[b], age: 75 years (mean) | ↑ P 0 T | – | – | Fear conditioning |
| Grashow et al. 2013b | 362 adult males[b], age: 69 years (mean) | – | ↑ P ↑ T | – | Manual dexterity |
| Grashow et al. 2015 | 164 adult males[b], age: 80 years (mean) | – | 0 P ↑ T | – | Olfactory function |
| Ji et al. 2015 | 672 adult males[b], age: 50–98 years | – | 0 P 0 T | – | Tremor (no association in adjusted models) |
| Kamel et al. 2002 | 109 adult cases, 256 controls, age: 30–80 years | – | 0 P 0 T | – | Amyotrophic lateral sclerosis (no association in adjusted models) |
| Khalil et al. 2009 | 83 adult workers and 51 controls, age: >55 years | ↑ T | – | – | Learning, memory |

APPX ATT_V6_2521

**Table 2-33. Associations Between Bone Pb and Neurological Outcomes in Adults**

| Reference | Population | Neurological outcome | | | Outcome measures |
|---|---|---|---|---|---|
| | | Intellectual deficits | Altered neuromotor or neurosensory function | Altered mood or behavior | |
| Park et al. 2010 | 448 adult males[b], age: 65 years (mean) | – | ↑ P ↑ T | – | Hearing function |
| Payton et al. 1998 | 141 adult males[b], age: 67 years (mean) | ↑ T | – | – | Memory, visual-spatial performance |
| Power et al. 2014 | 584 adult females[c], age: 60–74 years | 0 P 0 T | – | – | Learning, memory, executive function |
| Rajan et al. 2007 | 1,075 adult males[b], age: 48–94 years | – | – | ↑ P ↑ T | Psychiatric symptoms |
| Rajan et al. 2008 | 982 adult males[b], age: 49–>72 years | 0 P ↑ T | – | – | Visual-spatial performance |
| Rhodes et al. 2003 | 536 adult males[b], age: 48–70 years | – | – | ↑ P ↑ T | Anxiety |
| Schwartz et al. 2000b | 535 Pb workers, age: 56 years (mean) | ↑ T | ↑ T | – | Memory, executive function, manual dexterity |
| Schwartz et al. 2001 | 803 exposed Pb workers and 135 controls, age: 40 years (mean) | 0 T | 0 T | 0 T | Learning, memory, executive function, manual dexterity, grip strength, mood and depression |
| Schwartz et al. 2005 | 576 exposed Pb workers, age: 41 years (mean) | ↑ T | ↑ T | ↑ T | Executive function, manual dexterity, vibration threshold, depression |
| Seegal et al. 2013 | 241 capacitor workers, age: 64 years (mean) | ↑ T | ↑ T | – | Learning, memory, executive function, manual dexterity |
| Shih et al. 2006 | 991 adults[a], age: 50–70 years | ↑ T | ↑ T | – | Learning, memory, executive function, manual dexterity |

**Table 2-33. Associations Between Bone Pb and Neurological Outcomes in Adults**

| Reference | Population | Neurological outcome | | | Outcome measures |
|---|---|---|---|---|---|
| | | Intellectual deficits | Altered neuromotor or neurosensory function | Altered mood or behavior | |
| Stewart et al. 2002 | 529 Pb workers, age: 40– >70 years | ↑ T | ↑ T | – | Learning, memory, executive function, reaction time, manual dexterity |
| van Wijngaarden et al. 2009 | 47 adults, age: 55–67 years | ↑ C | – | – | Learning, memory |
| Wang et al. 2007 | 358 adult males[b], age: 67 years (median) | ↑ T | – | – | Interaction between Pb and hemochromatosis gene polymorphisms on learning, memory, executive function |
| Wang et al. 2018 | 634 males, age: 67 years (mean) | – | ↑ P ↑ T | – | Glaucoma |
| Weisskopf et al. 2004 | 466 adult males[b], age: 68 years (mean) | ↑ P | – | – | Memory, verbal and written skills, executive function |
| Weisskopf et al. 2007 | 761 adult males[b], age: 69 years (mean) | ↑ P ↑ T | – | – | Memory, visual-spatial performance |
| Weisskopf et al. 2010 | 330 adult cases and 308 controls, age: 67 years (mean) | – | ↑ T | – | Parkinson's disease |
| Weuve et al. 2009 | 587 adult females[c], age: 47–74 years | 0 P ↑ T | – | – | Learning, memory |
| Weuve et al. 2013 | 101 cases and 50 controls, age: 55–80 years | 0 P ↑ T | – | – | Learning, memory (stronger association with Pb among Parkinson's disease cases) |

**Table 2-33. Associations Between Bone Pb and Neurological Outcomes in Adults**

| Reference | Population | Neurological outcome | | | Outcome measures |
|---|---|---|---|---|---|
| | | Intellectual deficits | Altered neuromotor or neurosensory function | Altered mood or behavior | |
| Wright et al. 2003b | 736 adult males[b], age: 68 years (mean) | ↑ P ↑ T | – | – | Memory, verbal and written skills, executive function |

[a]Boston Memory Study.
[b]Normative Aging Study.
[c]Nurses Health Study.
[d]Whole-body Pb predicted from bone Pb.

↑ = positive association; ↓ = inverse association; 0 = no association; – = not reported; C = calcaneus bone; P = patella; Pb = lead; T = tibia; O = other

Bone Pb has been associated with declines in neuromotor and neurosensory function. Neuromotor outcomes that have been associated with bone Pb include tremor, Parkinson's disease, and ALS (Coon et al. 2006; Eum et al. 2015; Weisskopf et al. 2010; Weuve et al. 2013). Neurosensory outcomes include decrements in olfactory and hearing function, vibration threshold, and manual dexterity (Dorsey et al. 2006; Grashow et al. 2013b, 2015; Park et al. 2010; Schwartz et al. 2000b; 2005; Shih et al. 2006; Stewart et al. 2002). Bone Pb has also been associated with increased risk or odds of psychiatric symptoms such as anxiety and depression (Dorsey et al. 2006; Rajan et al. 2007; Rhodes et al. 2003; Schwartz et al. 2005).

***Mechanisms of Action.*** Numerous cellular mechanisms are likely involved in Pb-induced alterations in neurological function. Pb disrupts cellular function through diverse mechanisms, including displacement of metal ion co-factors from protein, enzyme inhibition, inhibition of ion transport, disruption of cell and mitochondrial membrane potentials, disruption of intracellular calcium homeostasis oxidative stress, and inflammation and endocrine disruption (see Section 2.21). All of these Pb mechanisms have been demonstrated in neuronal tissues, although there is no consensus on which mechanisms dominate. Evidence for various mechanisms that may participate in Pb neurotoxicity are summarized in this section. The reader is referred to references cited therein for more detailed information (Bouton and Pevsner 2000; Bressler et al. 1999; Cory-Slechta 1995, 2003; EPA 2014c; Gilbert and Lasley 2002; Lasley and Gilbert 2000; Mitra et al. 2017; Nihei and Guilarte 2002; Suszkiw 2004; Toscano and Guilarte 2005; Zawia et al. 2000; Zhang et al. 2015).

Pb can affect the nervous system by multiple mechanisms, one of the most important of which is by mimicking calcium action and/or disruption of calcium homeostasis. Because calcium is involved as a cofactor in many cellular processes, it is not surprising that many cell-signaling pathways are affected by Pb. One pathway that has been studied in more detail is the activation of protein kinase C (PKC). PKC is a serine/threonine protein kinase involved in many processes important for synaptic transmission such as the synthesis of neurotransmitters, ligand-receptor interactions, conductance of ionic channels, and dendritic branching. The PKC family is made up of 12 isozymes, each with different enzymatic cofactor requirements, tissue expression, and cellular distributions. The γ-isoform is one of several calcium-dependent forms of PKC and is a likely target for Pb neurotoxicity; it is neuron-specific and is involved in long-term potentiation (see below), spatial learning, and memory processes. Pb has the capacity to both activate and inhibit PKCs. Studies have shown that micromolar concentrations of Pb can activate PKC-dependent phosphorylation in cultured brain microvessels, whereas picomolar concentrations of Pb activate preparations of PKC *in vitro*. Interestingly, studies in rats exposed to low Pb levels have shown few significant changes in PKC activity or expression, suggesting that the whole animal may be able to compensate for Pb PKC-mediated effects compared to a system *in vitro*. PKC induces the formation of the AP-1 transcriptional regulatory complex, which regulates the expression of a large number of target genes via AP-1 promoter elements. A gene regulated by Pb via AP-1 promoters is the glial fibrillary acidic protein (GFAP), an astrocytic intermediate filament protein that is induced during periods of reactive astrocytic gliosis. Astrocytes, along with endothelial cells, make up the blood-brain barrier. Studies in rats exposed chronically to low Pb levels have reported alterations in the normal pattern of GFAP gene expression in the brain, and the most marked long-lasting effects occurred when the rats were exposed during the developmental period. In immature brain microvessels, most of the protein kinase C is in the cytosol, whereas in mature brain microvessels, this enzyme is membrane-bound. Activation of protein kinase C in other systems is known to result in a change in distribution from cytosol to membrane, and has been observed with exposure of immature brain microvessels to Pb. An inhibition of microvascular formation has been observed with Pb concentrations that are effective in activating PKC. Thus, it appears that premature activation of PKC by Pb may impair brain microvascular formation and function, and at high levels of Pb exposure, may account for gross defects in the blood-brain barrier that contribute to acute Pb encephalopathy. The blood-brain barrier normally excludes plasma proteins and many organic molecules, and limits the passage of ions. With disruption of this barrier, molecules such as albumin freely enter the brain, and ions and water follow. Because the brain lacks a well-developed lymphatic system, clearance of plasma constituents is slow, edema occurs, and intracranial pressure rises. The particular vulnerability of the fetus and infant to the neurotoxicity of Pb may be due in part to

immature brain microvessels, which affect the blood brain barrier, and to the lack of the high-affinity Pb-binding protein in astroglia, which sequester Pb.

Another enzyme altered by Pb is calmodulin, a major intracellular receptor for calcium in eukaryotes. Normally, calcium induces a conformational change in calmodulin that converts the protein to an active form; Pb improperly activates the enzyme. Some studies suggest that activation of calmodulin by Pb results in protein phosphorylation in the rat brain and brain membrane preparations and can alter proper functioning of cAMP messenger pathways. It has been shown that calmodulin can mediate gene expression via calmodulin-dependent kinases. The effects of Pb on gene expression via activation of calmodulin are not as marked as those via PKC because activation of calmodulin requires 100-fold more Pb than activation of PKC.

Pb also can substitute for zinc in some enzymes and in zinc-finger proteins, which coordinate one or more zinc cations as cofactors. The substitution of Pb for zinc in zinc-finger proteins can have significant effects on *de novo* expression of the bound proteins and in any genes transcriptionally-regulated by a particular protein. Pb has been found to alter the binding of zinc-finger transcriptional regulator Sp1 to its specific DNA sequences. This is accompanied by aberrant expression of Sp1 target genes such as myelin basic protein and proteolipid protein. Another gene regulated by Sp1 is the β-amyloid precursor protein (APP) gene. Recently, it was shown that Pb exposure in neonatal rats transiently induces APP mRNA, which is overexpressed with a delay of 20 months after exposure to Pb has ceased. In contrast, APP expression, and Sp1 activity, as well as APP and β-amyloid protein levels, were unresponsive to Pb during old age, suggesting that exposures occurring during brain development may predetermine the expression and regulation of APP later in life. It has been suggested that the multiple responses to Pb exposure are due to Pb specifically targeting zinc-finger proteins found in enzymes, channels, and receptors.

Pb affects virtually every neurotransmitter system in the brain, but most information on changes is available on the glutamatergic, dopaminergic, cholinergic, and gamma-aminobutyric acid (GABA) systems. Of these, special attention has been paid to the glutamatergic system and its role in hippocampal long-term potentiation (LTP). Hippocampal LTP is a cellular model of learning and memory characterized by a persistent increase in synaptic efficacy following delivery of brief tetanic stimulation (high-frequency stimulation). LTP provides a neurophysiological substrate for learning and storing information and is thought to utilize the same synaptic mechanisms as the learning process. LTP is established only with complex patterns of stimulation but not with single pulse stimulation. While it has

2. HEALTH EFFECTS

been studied primarily in the hippocampal subregions CA1 and dentate gyrus, it can also be evoked in cortical areas. Exposure of intact animals or tissue slices to Pb diminishes LTP by a combination of three actions: increasing the threshold for induction, reducing the magnitude of potentiation, and shortening its duration by accelerating its rate of decay. This effect on LTP involves actions of Pb on glutamate release (presynaptic effects) and on the N-methyl-D-aspartate (NMDA) receptor function. Pb exposure inhibits release of glutamine from pre-synaptic endings, which may be mediated, in part, by altered pre-synaptic vesicle formation or activation. Studies have shown that the effects of Pb vary as a function of the developmental exposure period and that Pb exposure early in life is critical for production of impaired LTP in adult animals. LTP is more readily affected by Pb during early development, but exposure initiated after weaning also affects synaptic plasticity. Studies also have shown that both LTP magnitude and threshold exhibit a U-shape type response with increasing Pb doses. While LTP is primarily a glutamatergic phenomenon, it can be modulated through input from extrahippocampal sources including noradrenergic, dopaminergic, and cholinergic sources.

Studies in animals treated with Pb (PbB 30–40 µg/dL) have shown that induction of pair-pulse facilitation in the dentate gyrus is impaired. Since the phenomenon is mediated primarily by increased glutamate release, the reasonable assumption is that Pb reduces glutamate release. Support for this assumption is also derived from studies in which depolarization-induced hippocampal glutamate release was reduced in awake animals with similar PbB. This inhibition of glutamate release was shown to be due to Pb-related decrements in a calcium-dependent component. The exact mechanism for the inhibition of glutamate release by Pb is not known, but is consistent with Pb at nanomolar concentrations preventing maximal activation of PKC, rather than Pb blocking calcium influx into the presynaptic terminal through voltage-gated calcium channels. Reduced glutamate release has been observed in rats exposed from conception through weaning and tested as adults, when Pb was no longer present, suggesting that a direct action of Pb is not necessary and that other mechanisms, such as reductions in synaptogenesis, also may be involved. As with LTP, depolarization-evoked hippocampal glutamate release in rats treated chronically with several dose levels of Pb exhibited a U-shaped response. That is, glutamate release was inhibited in rats treated with the lower Pb doses, but not in those exposed to the higher concentrations of Pb. Although speculative, this was interpreted as Pb at the higher doses mimicking calcium in promoting transmitter release and overriding the inhibitory effects of Pb that occur at lower Pb levels.

The findings regarding the effects of Pb on postsynaptic glutamatergic function have been inconsistent across laboratories, but a direct inhibitory action of Pb on the NMDA receptor is unlikely at environmentally relevant exposure levels. Some studies have shown that continuous exposure of rats

from gestation to adulthood results in a significant increase in NMDA receptor numbers in cortical areas, hippocampus, and forebrain. This was observed in the forebrain at PbB of 14 μg/dL. Other studies, however, have reported changes in the opposite direction and the reason for the discrepancy in results may be due to the different exposure protocols used. From a functional point of view, it seems plausible that a Pb-induced reduction in presynaptic transmitter release be compensated by a postsynaptic increase in number or density of receptors in order to maintain a viable function.

The dopaminergic system also has a role in aspects of cognitive function since lesions of dopaminergic neurons impair behavior in various types of learning and cognitive tasks. Also, individuals who suffer from Parkinson's disease, a disease associated with dopamine depletion in the striatum, sometimes show difficulties in cognitive functions. Most of the evidence available suggests that Pb may impair regulation of dopamine synthesis and release, indicating a presynaptic site of action. Studies in animals often report opposing effects of Pb on nigrostriatal and mesolimbic dopamine systems regarding receptor binding, dopamine synthesis, turnover, and uptake. Postweaning exposure of rats to Pb resulted in supersensitivity of D1 and D2 dopamine receptors, which can be interpreted as a compensatory response to decreased synthesis and/or release of dopamine. Lesions to the nucleus accumbens (a terminal dopamine projection area) and the frontal cortex resulted in perseverative deficits, suggesting that the mesolimbic system is preferentially involved in the effects of Pb. Results of studies using dopaminergic compounds seem to indicate that changes in dopamine systems do not play a role in the effects of Pb on learning. Instead, it has been suggested that changes in dopaminergic systems may play a role in the altered response rates on Fixed-Interval (FI) schedules of reinforcement that have been observed in animals exposed to Pb. This type of change has been thought to represent a failure to inhibit inappropriate responding.

It is widely accepted that the cholinergic system plays a role in learning and memory processes. Some cognitive deficits observed in patients with Alzheimer's disease have been attributed to impaired cholinergic function in the cortex and hippocampus. Exposure to Pb induces numerous changes in cholinergic system function, but the results, in general, have been inconsistently detected, or are of opposite direction in different studies, which may be attributed to the different exposure protocols used in the different studies. However, it is clear that Pb blocks evoked release of acetylcholine and diminishes cholinergic function. This has been demonstrated in central and peripheral synapses. Studies with the neuromuscular junction showed that Pb reduces acetylcholine release by blocking calcium entry into the terminal. At the same time, Pb prevents sequestration of intracellular calcium by organelles, which results in increased spontaneous release of the neurotransmitter. Studies *in vitro* show that Pb can block nicotinic cholinergic receptors, but it is unclear whether such effects occur *in vivo* or whether Pb alters the

expression of nicotinic cholinergic receptors in the developing brain. Evidence for an involvement in Pb-induced behavioral deficits has been presented based on the observation that intrahippocampal transplants of cholinergic-rich septal and nucleus basalis tissue improve the deficits and that treatment with nicotinic agonists can improve learning and memory impairments following perinatal Pb treatment of rats. Chronic exposure of rats to Pb has resulted in decreased muscarinic-receptor expression in the hippocampus. Whether or not Pb exposure during development alters muscarinic receptor sensitivity is unclear as there are reports with opposite results. The preponderance of the binding data suggests that Pb does not directly affect muscarinic receptors with the exception of the visual cortex, where Pb may have a direct inhibitory effect on muscarinic receptors from rods and bipolar cells of the retina.

Pb exposure decreases spontaneous and evoked release of GABA in rats and in hippocampal cultures and brain slices. In general, GABA functions in the brain as a post-synaptic inhibitory transmitter. The role of changes in GABA release in the neurotoxicity of Pb has not been firmly established.

Various other mechanisms may also contribute to Pb neurotoxicity. Exposure to Pb has also been shown to stimulate inflammation in a variety of tissues, including neuronal tissue (see Section 2.21). Contributing mechanisms include alterations in levels of ROS, activation of nuclear activation factor NFκβ, cytokine release, and alterations in prostaglandin metabolism. Pb exposure has been shown to alter neuronal nitric oxide signaling (NOS) and the hormone levels regulated by the hypothalamic-pituitary-thyroid axis.

## 2.17  REPRODUCTIVE

*Overview.*  Numerous epidemiological studies have evaluated effects of Pb on male and female reproductive function. In males, most exposures were occupational, with mean PbB >10 µg/dL. In general, studies in males show consistent evidence of reproductive effects on sperm (production, motility, viability, and morphology), semen quantity and composition, serum reproductive hormone levels, and fertility, with severity of effects increasing with increasing PbB. In contrast to exposure of males, most exposures of females were non-occupational, with mean PbB ≤10 µg/dL. Studies investigating effects on serum reproductive hormone levels, fertility, spontaneous abortion, and preterm birth provide mixed results; thus, dose-dependence of effects in females is difficult to assess.

APPX ATT_V6_2529

2. HEALTH EFFECTS

The following reproductive effects in males have been associated with PbB:

- ≤10 µg/dL:
  - Increased serum testosterone; evaluated in a few studies with mixed results.
  - Effects on sperm (decreased sperm count, concentration, motility, and viability, and increased immature sperm concentration and percentage of morphologically abnormal sperm); evaluated in a few studies with mixed results.
- >10 µg/dL:
  - Altered serum concentrations of reproductive hormones (testosterone, FSH, LH); evaluated in several studies with mixed results.
  - Effects on sperm (decreased sperm count, concentration, motility, viability, and increased immature sperm concentration and percentage of morphologically abnormal sperm); corroborated in several studies.
  - Alterations in semen quality (decreased semen volume and altered composition of seminal fluid); evaluated in a few studies.
  - Decreased fertility; evaluated in a few studies.
  - Histopathological changes to the testes (peritubular fibrosis, oligospermia, and vacuolization of Sertoli cells); evaluated in a few studies.

The following reproductive effects in females have been associated with PbB:

- ≤10 µg/dL:
  - Increased serum levels of estradiol, FSH, and LH; studies have mixed results.
  - Decreased fertility; studies have mixed results.
  - Increased spontaneous abortion; studies have mixed results.
  - Increased preterm birth; studies have mixed results.
  - Earlier age at onset of menopause; demonstrated in a few studies.
- >10 µg/dL:
  - Decreased fertility; studies have mixed results.
  - Increased preterm birth; studies have mixed results.

***Measures of Exposure.*** Most studies evaluating effects on male and female reproductive systems used PbB as the biomarker for exposure. More recent studies in men have explored the relationship between the concentration of Pb in semen or spermatozoa and adverse effects (Table 2-34). It has been suggested

LEAD

2. HEALTH EFFECTS

that semen levels of Pb may be a better biomarker for assessment of male reproductive effects, particularly at low PbB, because no relationship between PbB and Pb levels in semen or spermatozoa has been observed (Hernandez-Ochoa et al. 2005; Mendiola et al. 2011). In women, other biomarkers of exposure include concentration of Pb in plasma (Lamadrid-Figueroa et al. 2007), red blood cells (Perkins et al. 2014), placenta (Gundacker et al. 2010), and plasma/blood ratio (Lamadrid-Figueroa et al. 2007).

***Confounding Factors and Effect Modifiers.*** Numerous factors may add uncertainty in the interpretation of studies examining associations between PbB and reproductive effects, including overall health, body weight, nutrition, and SES. Exposures to other substances, including recreational drugs, alcohol, therapeutic agents, industrial chemicals, insecticides, and pesticides, also may affect fertility (Foster and Gray 2008). Failure to account for these factors may attenuate or strengthen the apparent associations between Pb exposure and the outcome, depending on the direction of the effect of the variable on the outcome. Some studies examining effects on sperm (discussed below) were conducted on samples obtained at fertility clinics; therefore, other causes for sperm effects could be effect modifiers (additional details are provided in the *Supporting Document for Epidemiological Studies for Lead,* Table 11). In addition, because sperm counts can vary by geographical location, it is important that control and exposed groups are matched for geographic location.

***Characterization of Effects in Males.*** General trends regarding the relationship between PbB and male reproductive effects are shown in Table 2-34. Overall, the dose-effect pattern suggests an increasing severity of toxicity associated with increasing PbB, with effects on sperm at ≤10 µg/dL (discussed in more detail below). At increasing PbB, effects become more severe, with decreased fertility observed at PbB >10 µg/dL and histopathological changes of the testes at PbB of approximately 30 µg/dL. Effects on sperm, including decreased sperm count, concentration, motility, viability, and increased immature sperm concentration and percentage of morphologically abnormal sperm, have been observed at PbB of ≤10–>50 µg/dL (Alexander et al. 1998a; Assennato et al. 1987; Bonde et al. 2002; Cullen et al. 1984; Famurewa and Ugwuja 2017; Hernández-Ochoa et al. 2005; Kasperczyk et al. 2008; Lancranjan et al. 1975; Lerda 1992; Li et al. 2015; Meeker et al. 2008; Moran-Martinez et al. 2013; Telisman et al. 2007; Wildt et al. 1983). However, a few studies showed no association between PbB and adverse effects on sperm (Lancranjan et al. 1975; Mendiola et al. 2011). The significance of the observed changes to sperm on fertility is uncertain. Decreased semen volume and altered composition of seminal fluid have been observed at PbB >10 µg/dL (Bonde et al. 2002; Naha and Chowdhury 2006; Telisman et al. 2000; Wildt et al. 1983). Decreased fertility has been reported in association with PbB >10–>50 µg/dL (Sallmén et al. 2000; Shiau et al. 2004), although no effect on fertility was observed in one study of workers with PbB

2. HEALTH EFFECTS

>40 µg/dL (Coste et al. 1991). Histopathological assessment of biopsied testicular tissue from Pb
workers (mean PbB: 29.0 µg/dL) showed peritubular fibrosis, oligospermia, and vacuolization of Sertoli
cells (Braunstein et al. 1978). Evaluations of associations between PbB and serum levels of reproductive
hormones show inconsistent results (Table 2-35). At PbB ≤10 µg/dL, positive associations between PbB
and serum testosterone levels have been observed (Kresovich et al. 2015; Lewis and Meeker 2015;
Meeker et al. 2010; Telisman et al. 2007), whereas inverse associations or no effects were reported at PbB
>10 µg/dL. No effects on FSH or LH were reported at PbB ≤10 µg/dL, and inconsistent results were
observed at PbB >10 µg/dL. Changes in serum levels of reproductive hormones may indicate disruption
of the hypothalamic-pituitary-gonadal axis; however, due to inconsistent findings, an association between
PbB and endocrine disruption in males has not been firmly established.

**Table 2-34. Overview of Effects on the Male Reproductive System Associated with Chronic Exposure to Lead (Pb)**

| Mean blood lead concentration (PbB) (µg/dL) | Effects associated with Pb exposure | References |
|---|---|---|
| ≤10 | Effects on sperm (decreased sperm concentration, motility, and viability; increased morphologic abnormalities) | Famurewa and Ugwuja 2017; Hernández-Ochoa et al. 2005; Li et al. 2015; Meeker et al. 2008; Telisman et al. 2007 |
| | Effects on hormones (increased serum levels of testosterone, estradiol, LH, FSH, and SHBG; decreased serum prolactin and SHBG | Chen et al. 2016; Kresovich et al. 2015; Lewis and Meeker 2015; Meeker et al. 2010; Telisman et al. 2007 |
| >10–30 | Effects on sperm (decreased sperm count, concentration, density, motility, viability; morphologic abnormalities) | Alexander et al. 1998a; Bonde et al. 2002; Moran-Martinez et al. 2013 |
| | Effects on semen (decreased volume) | Bonde et al. 2002 |
| | Decreased fertility | Sallmén et al. 2000 |
| >30–50 | Effects on sperm (decreased count, concentration, motility, viability; morphologic abnormalities) | Hsu et al. 2009; Lancranjan et al. 1975; Lerda 1992; Telisman et al. 2000 |
| | Effects on composition of seminal fluid | Telisman et al. 2000 |
| | Effects on hormones (increased estradiol, LH, FSH; decreased testosterone) | Braunstein et al. 1978; Ng et al. 1991; Telisman et al. 2000 |
| | Histopathological changes to testes (peritubular fibrosis, oligospermia, vacuolization of Sertoli cells) | Braunstein et al. 1978 |
| | Decreased fertility | Sallmén et al. 2000; Shiau et al. 2004 |

**Table 2-34. Overview of Effects on the Male Reproductive System Associated with Chronic Exposure to Lead (Pb)**

| Mean blood lead concentration (PbB) (µg/dL) | Effects associated with Pb exposure | References |
|---|---|---|
| >50 | Effects on sperm (decreased count, concentration, motility, viability; morphologic abnormalities) | Assennato et al. 1987; Cullen et al. 1984; Kasperczyk et al. 2008; Lancranjan et al. 1975; Lerda 1992; Naha and Chowdhury 2006; Wildt et al. 1983 |
| | Effects on semen (decreased volume; altered composition) | Naha and Chowdhury 2006; Wildt et al. 1983 |
| | Effects on hormones (altered serum levels of testosterone, FSH, LH, prolactin) | Assennato et al. 1987; Rodamilans et al. 1988 |
| | Decreased fertility | Sallmén et al. 2000 |

FSH = follicle-stimulating hormone; LH = luteinizing hormone; SHBG = sex hormone binding globulin

**Table 2-35. Effects on Reproductive Hormones Associated with Chronic Exposure to Lead (Pb) in Males**

| PbB (µg/dL) | Hormone | | | | | | | Reference |
|---|---|---|---|---|---|---|---|---|
| | T | FSH | LH | E | P | A | SHBG | |
| ≤10 | ↑ | 0 | – | – | – | 0 | 0 | Kresovich et al. 2015 |
| | ↑ | 0 | 0 | – | – | – | 0 | Meeker et al. 2010 |
| | ↑ | – | – | ↑ | 0 | – | – | Telisman et al. 2007 |
| | ↑ | – | – | – | – | – | – | Lewis and Meeker 2015 |
| | ↑ | ↑ | ↑ | 0 | – | – | ↑ | Chen et al. 2016 |
| | 0 | 0 | 0 | – | – | – | – | Mendiola e al. 2011 |
| 10–30 | 0 | 0 | 0 | – | – | – | – | Hsieh et al. 2009 |
| | 0 | 0 | 0 | – | – | – | – | Alexander et al. 1998a |
| 30–50 | ↓ | 0 | 0 | – | 0 | – | – | Braunstein et al. 1978 |
| | 0 | 0 | 0 | – | 0 | – | – | Erfurth et al. 2001 |
| | 0 | ↓ | ↓ | – | – | – | – | Gustafson et al. 1989 |
| | 0 | ↑ | ↑ | – | – | – | – | McGregor and Mason 1990 |
| | ↓ | ↑ | ↑ | – | 0 | – | – | Ng et al. 1991 |
| | | | | ↑ | – | – | – | Telisman et al. 2000 |
| | 0 | 0 | 0 | 0 | – | – | – | Sadeghnaiit Haghighi et al. 2013 |
| | ↓ | – | – | – | – | – | – | Rodamilans et al. 1988 |

0 = no effect; ↑ = increased serum level; ↓ = decreased serum level; – = not evaluated; A = androstenedione; E = estradiol; FSH = follicle stimulating hormone; LH = luteinizing hormone; P = prolactin; SHBG = sex hormone binding globulin; T = testosterone

***Effects in Males at Blood Pb Levels ≤10 μg/dL.*** Cross-sectional studies evaluating adverse effects of non-occupational exposures to Pb on the male reproductive system show that damage to sperm, decreased semen volume, and increased serum testosterone are associated with mean PbB ≤10 μg/dL or with Pb concentrations in semen or spermatozoa when PbBs are ≤10 μg/dL. Results are summarized in Table 2-36, with study details provided in the *Supporting Document for Epidemiological Studies for Lead,* Table 11. None of the studies evaluated associations between PbB and male fertility parameters (i.e., pregnancy). Three studies assessed larger populations, including two studies using NHANES data (Kresovich et al. 2015; Lewis and Meeker 2015) and one study of a Chinese population (Chen et al. 2016). However, in general, study populations were small (n=61–240). In addition, for a few studies, participants were selected from infertility clinics and it is unclear how this may have biased study results (Meeker et al. 2008, 2010; Mendiola et al. 2011). Despite these limitations, taken together, results of non-occupational exposure studies support that adverse effects to the male reproductive system occur at PbB ≤10 μg/L.

*Sperm and semen.* A significant association between an increase in PbB ≤10 μg/dL and increasing percentages of morphologically abnormal sperm, wide sperm, and round sperm was observed in a population of Croatian men (Telisman et al. 2007). The mean PbB was 4.92 μg/dL; although the maximum PbB value in this study was 14.9 μg/dL, over 90% of participants had PbB <10 μg/dL. Li et al. (2015) found small, but significant inverse associations between PbB and sperm count, sperm concentration, motile sperm, and morphologically normal sperm in 154 men from a reproductive clinic in Taiwan. The median PbB was 2.78 μg/dL (SD 1.85); range and percentiles were not reported. Sperm count was associated with PbB in a small population of infertile men with mean PbB 1.71–2.05 μg/dL (Famurewa and Ugwuja 2017). Other studies have shown associations between Pb levels in semen and/or spermatozoa and increased percentages of morphologically abnormal sperm and decreased sperm motility and viability, although no associations were observed between PbB and these outcomes (Hernandez-Ochoa et al. 2005; Mendiola et al. 2011); mean PbB levels were 9.3 μg/dL in the Hernandez-Ochoa et al. (2005) study and 2.8 μg/dL in the Mendiola et al. (2011) study. No associations were observed between PbB and sperm concentration, motility, or morphologic abnormalities in men at a median PbB of 1.5 μg/dL (Meeker et al. 2008). Semen volume (mL) was inversely associated with PbB at a mean PbB of 9.3 μg/dL; however, 48% of participants had PbB >10 μg/dL (Hernandez-Ochoa et al. 2005).

**Table 2-36. Summary of Epidemiological Studies Evaluating Effects on the Male Reproductive System at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| **Effects on serum hormone levels** | | | |
| Chen et al. 2016<br><br>Cross-sectional study; n=2,286 | Median (IQR): 4.40 (2.90–6.23)<br>Quartiles:<br>• Q1: <2.9 (n=558)<br>• Q2: 2.9–4.39 (n=572)<br>• Q3: 4.4–6.2 (n=585)<br>• Q4: >6.2 (n=571) | Testosterone<br>FSH<br>LH<br>E<br>SHBG | β coefficient (SE) Q4: 0.033 (0.010); p<0.01*<br>β coefficient (SE) Q4: 0.030 (0.015); p<0.05*<br>β coefficient (SE) Q4: 0.028 (0.013); p<0.05*<br>β coefficient (SE) Q4: -0.003 (0.017)<br>β coefficient (SE) Q4: 0.038 (0.012); p<0.01* |
| Kresovich et al. 2015<br><br>Cross-sectional study; n=869 | Median: 2.0<br>Quartiles:<br>• Q1: ≤1.4 (reference)<br>• Q2: 1.4–2.1<br>• Q3: 2.10–3.20<br>• Q4: >3.20 | Testosterone | • β coefficient ng/mL per µg/dL (SE)<br>  Q3: 0.54 (0.21); p<0.05*<br>  Q4: 0.79 (0.22); p<0.05*;<br>  p-trend=0.00268* |
| Lewis and Meeker 2015<br><br>Cross-sectional study; n=484 | Gmean: 1.06<br>Quartiles:<br>• Q1: <0.71<br>• Q2: 0.71–1.00<br>• Q3: 1.00–1.59<br>• Q4: 1.59–33.67 | Testosterone | • Percent change in serum testosterone concentration associated with a doubling (100% increase) in PbB: 6.65% (2.09, 11.41); p<0.004)*; p-trend across quartiles=0.003* |

APPX ATT_V6_2535

## Table 2-36. Summary of Epidemiological Studies Evaluating Effects on the Male Reproductive System at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| **Meeker et al. 2010** | Median:1.5 | Testosterone | **Regression coefficient Q4 (ng/dL per µg/dL): 39.9 (3.32, 76.4)*** |
| Cross-sectional study; n=219 | Quartiles<br>• Q1: <1.1 (reference)<br>• Q2: 1.1–1.5<br>• Q3: 1.5–2.0<br>• Q4: >2.0–16.2 | FSH | Regression coefficient Q4 (mIU/mL per µg/dL): 0.07 (-0.18, 0.31) |
| | | LH | Regression coefficient Q4 (mIU/m per µg/dL): 0.08 (-0.14, 0.29) |
| | | Inhibin B | Regression coefficient Q4 (pg/mL per µg/dL): -7.79 (-29.0, 13.4) |
| | | SHBG | Regression coefficient Q4 (nmol/L per µg/dL): 0.07 (-0.10, 0.23) |
| | | FAI | Regression coefficient Q4 (per µg/dL): 0.08 (-0.05, 0.21) |
| **Mendiola et al. 2011** | Gmean: 2.8 | Testosterone | β coefficient (ng/mL per µg/L): -0.12 (-0.40, 0.14) |
| Case-control study; n=61 | | FSH | β coefficient (IU/L per µg/L): -0.20 (-0.64, 0.25) |
| | | LH | β coefficient (IU/L per µg/L): -0.07 (-0.49, 0.31) |
| **Telisman et al. 2007** | Median: 4.92 | Testosterone | **β coefficient (nmol/L per µg/L): 0.21; p<0.003*** |
| Cross-sectional study; n=240 | | Estradiol | **β coefficient (nmol/L per µg/L): 0.22; p<0.0008*** |
| | | Prolactin | β coefficient (µg per µg/L): -0.18; p<0.007 |
| **Sperm and semen quality** | | | |
| **Famurewa and Ugwuja 2017** | **PbB:**<br>Mean | Semen volume | Pearson correlation R value: -0.132; p=0.27 |
| Cross-sectional study; n=75 men with infertility | • Normospermic: 1.49<br>• Azoospermic: 1.71<br>• Oligospermic: 2.05 | Sperm count | **Pearson correlation R value: -0.280; p=0.02*** |
| | | Sperm motility | Pearson correlation R value: -0.092; p=0.44 |
| | | Sperm morphology | Pearson correlation R value: -0.081; p=0.50 |

APPX ATT_V6_2536

Table 2-36. Summary of Epidemiological Studies Evaluating Effects on the Male Reproductive System at Mean Blood Lead Concentration (PbB) ≤10 µg/dL [a]

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| **Hernandez-Ochoa et al. 2005**<br>Cross-sectional study; n=68 | Mean: 9.3<br>SPZ Pb: 0.047 ng/10⁶ cells<br>SF Pb: 2.02 µg/L | Log sperm concentration | β coefficient SPZ Pb (10⁶ cells/mL per ng/10⁶ cells): -17.17 (p<0.05)* |
| | | Sperm motility | β coefficient PbB (% per µg/dL): -0.006<br>β coefficient SPZ Pb: (% per ng/10⁶ cells): -2.12 (p<0.05)* |
| | | Sperm morphology (abnormal) | β coefficient PbB (% per µg/dL): -0.001<br>β coefficient SPZ Pb (% per ng/10⁶ cells): -1.42 (p<0.05)* |
| | | Sperm viability | β coefficient PbB (% per µg/dL): -0.095<br>β coefficient SPZ Pb (% per ng/10⁶ cells): -0.130 (p<0.05)* |
| | | Semen volume | β coefficient PbB (mL per µg/dL): -0.043<br>β coefficient SF Pb (mL per µg/L): -0.183 mL; p<0.05* |
| **Li et al. 2015**<br>Cross-sectional study; n=154 | Mean:<br>All participants: 2.78<br>Low-quality semen group: 3.43<br>High-quality semen group: 2.38 | Low quality sperm | OR: 1.040 (1.011, 1.069); p=0.0061* |
| | | Decreased sperm concentration | OR: 1.046 (1.015, 1.078); p=0.0032* |
| | | Decreased sperm number | OR: 1.041 (1.012, 1.071); p=0.0048* |
| | | Decreased motile sperm | OR: 1.057 (1.026, 1.089; p=0.0003* |
| | | Decreased morphologically normal sperm | OR: 1.071 (1.025, 1.118; p=0.0021* |
| **Meeker et al. 2008**<br>Cross-sectional study; n=219 | Median:1.50<br>• Quartiles (Q):<br>  ○ Q1: <1.10<br>  ○ Q2: 1.10–1.50<br>  ○ Q3: 1.50–2.00<br>  ○ Q4: 2.00–16.2 | Sperm concentration | Regression coefficient (10⁶/mL per µg/dL):<br>Q4: 0.02 (-0.39, 0.43) |
| | | Sperm motility | Regression coefficient (% per µg/dL)<br>Q4: 1.10 (-4.56, 6.75) |
| | | Sperm morphology | Regression coefficient (% per µg/dL)<br>Q4: -0.16 (-1.58, 1.26) |
| | | Semen volume | Regression coefficient (mL per µg/dL)<br>Q4: 0.17 (-0.41, 0.74) |

## Table 2-36. Summary of Epidemiological Studies Evaluating Effects on the Male Reproductive System at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| **Mendiola et al. 2011** | Gmean: 2.8 | Sperm concentration | β coefficient ($10^6$/mL per µg/L): 0.08 (-4.1, 5.2) |
| | Median: 2.9 | Immobile sperm | β coefficient (% per µg/L): -0.49 (-1.8, 0.62) |
| Case-control study; n=61 | | morphologically normal sperm | β coefficient(% per µg/L): -0.8 (-3.5, 3.4) |
| **Telisman et al. 2007** | Median: 4.92 | Immature sperm | β coefficient ($10^6$/mL per µg/L): 0.13 (p<0.07) |
| | | Pathologic sperm | **β coefficient (% per µg/L): 0.31 (p<0.0002)\*** |
| Cross-sectional study; n=240 | | Wide sperm | **β coefficient (% per µg/L): 0.32 (p<0.0001)\*** |
| | | Round sperm | **β coefficient (% per µ: 0.16 (p<0.03)\*** |

[a]See the *Supporting Document for Epidemiological Studies for Lead*, Table 11 for more detailed descriptions of studies.
[b]Participants had no known occupational exposure to Pb.
[c]Asterisk and bold indicate association with PB; unless otherwise specified, values in parenthesis are 95% CIs; p-values <0.05 unless otherwise noted in the table.

CI = confidence interval; E = estradiol; FAI = free androgen index; FSH = follicle-stimulating hormone; Gmean = geometric mean; Inhibin B = gonadal dimeric polypeptide hormone; IQR = interquartile range; LH = luteinizing hormone; OR = odds ratio; Pb = lead; SE = standard error; SF = seminal fluid; SHBG = sex hormone-binding globulin; SPZ = spermatozoa

*Serum testosterone levels.* Significant associations have also been observed between PbB ≤10 µg/dL and increased serum testosterone levels (Table 2-34). Studies using NHANES data found significant positive associations between PbB and serum testosterone levels (Kresovich et al. 2015; Lewis and Meeker 2015). Examined by PbB quartiles, Kresovich et al. (2015) observed significant positive associations between PbB and serum testosterone (ng/L) for PbBs of 2.10–3.20 and >3.2 µg/dL; the median PbB of the study population was 2.0 µg/dL. A doubling of PbB was positively associated with a 6.65% change in serum testosterone; the mean PbB of the study population was 1.06 µg/dL (Lewis and Meeker 2015). The toxicological significance of the observed associations between PbB and serum testosterone has not been established.

***Characterization of Effects in Females.*** As noted above, most epidemiological studies evaluated effects at PbB ≤10 µg/dL, with few studies of PbB >10 µg/dL. Studies of PbB ≤10 µg/dL are discussed in detail in the section below. General trends for studies showing a relationship between PbB ≤10–50 µg/dL and female reproductive effects are shown in Table 2-37. Effects associated with PbB include increased serum levels of estradiol, FSH, and LH at PbB ≤10 µg/dL (Chang et al. 2006; Krieg 2007), decreased fertility at PbB ≤10 µg/dL (Chang et al. 2006), increased time to pregnancy at PbB >30–40 µg/dL (Sallmén et al. 1995), increased spontaneous abortion at PbB ≤10–30 µg/dL (Borja-Aburto et al. 1999; Yin et al. 2008), decreased number of gestational days at PbB >10–40 µg/dL (Jelliffe-Pawlowski et al. 2006), and increased preterm birth at PbB ≤10–50 µg/dL (McMichael et al. 1986; Jelliffe-Pawlowski et al. 2006; Rabito et al. 2014). Although epidemiological studies demonstrate effects on reproductive function, results are inconsistent, with several studies reporting no association between PbB and female reproductive effects (Baghurst et al. 1987; Bloom et al. 2010, 2011, 2015; Garcia-Esquinas et al. 2014; Jackson et al. 2007; Murphy et al. 1990; Perkins et al. 2014; Pollack et al. 2011; Sallmén et al. 1995; Taylor et al. 2015; Vigeh et al. 2010). Dose-dependence has not been firmly established within the relatively narrow range of PbB (≤10 µg/dL) in most studies.

2. HEALTH EFFECTS

**Table 2-37. Overview of Effects on the Female Reproductive System and Pregnancy Outcomes Associated with Chronic Exposure to Lead (Pb)**

| Mean blood lead concentration (PbB) (µg/dL) | Effects associated with Pb exposure | References |
|---|---|---|
| ≤10 | Increased serum hormones (estradiol, FSH, LH) | Chang et al. 2006; Chen et al. 2016; Krieg 2007 |
| | Decreased fertility | Chang et al. 2006 |
| | Increased spontaneous abortion | Yin et al. 2008 |
| | Increased preterm birth | Li et al. 2017b; Rabito et al. 2014 |
| | Earlier age at menopause | Eum et al. 2014; Popovic et al. 2005 |
| >10–30 | Increased spontaneous abortion | Borja-Aburto et al. 1999 |
| | Decreased number of gestational days | Jelliffe-Pawlowski et al. 2006 |
| | Increased preterm birth | McMichael et al. 1986 |
| >30–40 | Increased time to pregnancy | Sallmén et al. 1995 |
| | Decreased number of gestational days | Jelliffe-Pawlowski et al. 2006 |
| | Increased preterm birth | Jelliffe-Pawlowski et al. 2006 |
| >40–50 | Increased preterm birth | Jelliffe-Pawlowski et al. 2006 |

FSH = follicle-stimulating hormone; LH = luteinizing hormone

***Effects in Females at Blood Pb Levels ≤10 µg/dL.*** As discussed above, most epidemiology studies evaluating adverse effects of Pb on female reproductive function reported mean PbB ≤10 µg/dL. Although some studies provide evidence showing associations between PbB ≤10 µg/dL and effects on serum reproductive hormones (Chang et al. 2006; Chen et al. 2016; Krieg 2007), fertility (Chang et al. 2006), spontaneous abortion (Lamadrid-Figueroa et al. 2007; Yin et al. 2008), and preterm birth (Li et al. 2017b; Rabito et al. 2014; Taylor et al. 2015; Vigeh et al. 2011), many studies show no associations between PbB and these outcomes. In general, most studies are limited by small sample sizes, although, as discussed below, some studies were of larger populations. The basis for differences in study outcomes in not readily apparent, although several factors may contribute, including low samples size, timing of evaluations in menstrual and life cycles, and inclusion of study participants identified from fertility clinics. Results are summarized in Table 2-38, with study details provided in the *Supporting Document for Epidemiological Studies for Lead* Table 12.

**Table 2-38. Summary of Epidemiological Studies Evaluating Effects on the Female Reproductive System at Mean Blood Lead Concentration (PbB) ≤10 µg/dL [a]**

| Reference and study population [b] | PbB (µg/dL) | Outcome evaluated | Result [c] |
|---|---|---|---|
| **Effects on serum hormone levels** | | | |
| Chang et al. 2006 <br><br> Case control study; n=147 | Mean: 3.55 | Estradiol | β coefficient pg/mL per µg/dL (SE): 1.18 (0.60); p=0.049* |
| Chen et al. 2016 <br><br> Cross-sectional study; <br> n=1,571 postmenopausal women | Median: 4.1 <br> • Q1: <2.7 (n=558) <br> • Q2: 2.7–4.09 (n=572) <br> • Q3: 4.1–5.98 (n=585) <br> • Q4: >5.98 (n=571) | FSH | β coefficients (SE) <br> • Q3: 0.047 (0.015); p<0.01* <br> • Q4: 0.046 (0.016); p<0.01* |
| | | LH | β coefficients (SE), Q4: 0.037 (0.016); p<0.05* |
| | | Estradiol | β coefficients (SE), Q4: -0.021 (0.020) |
| | | Testosterone | β coefficients (SE), Q4: -0.016 (0.020) |
| | | Sex hormone binding globulin | β coefficients (SE), Q4: 0.048 (0.016); p<0.01* |
| Jackson et al. 2011 <br><br> Longitudinal cohort study; n=252 | Mean: 0.87 | FSH | β coefficient (IU/L per µg/dL): -2.5 (-11.2, 7.0) |
| | | LH | β coefficient (mg/L per µg/dL): 2.5 (-12.3, 19.9) |
| | | Estradiol | β coefficient (pg/mL per µg/dL): 4.9 (-5.0, 15.9) |
| | | Progesterone | β coefficient (ng/mL per µg/dL): 4.6 (-12.2, 24.6) |
| Krieg 2007 <br><br> Cross-sectional study; n=3,375 | Gmean: 2.2 | FSH | • Slope pre-menopausal (IU/L per µg/dL): 8.3 (2.2); 95% CI 3.8, 12.7; p=0.0006* <br> • Slope post-menopausal (IU/L per µg/dL): 22.2 (4.3); 95% CI 13.5, 30.8; p=0.0000* <br> • Slope both ovaries removed (IU/L per µg/dL): 32.6 (11.2); 95% CI 10.1, 55.1; p=0.0054* |
| | | LH | • Slope pre-menopausal (IU/L per µg/dL): 1.7 (1.2); 95% CI -0.6, 4.1; p=0.1486 <br> • Slope post-menopausal (IU/L per µg/dL): 6.2 (1.6); 95% C: 3.0, 9.5; p=0.0003* |

**Table 2-38. Summary of Epidemiological Studies Evaluating Effects on the Female Reproductive System at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| | | | • **Slope both ovaries removed (IU/L per µg/dL): 10.0 (4.4); 95% CI 1.1, 18.9; p=0.0279*** |
| **Pollack et al. 2011** | Mean: 0.93 | Estradiol | β coefficient (pg/mL per µg/dL): 0.03 (-0.05, 0.11) |
| Longitudinal cohort study; n=252 | | FSH | β coefficient (mIU/mL per µg/dL): -0.01 (-0.07, 0.06) |
| | | LH | β coefficient (ng/mL per µg/dL): 0.02 (-0.06, 0.10) |
| | | Progesterone | β coefficient (ng/mL per µg/dL): 0.06 (-0.04, 0.17) |
| **Fertility** | | | |
| **Bloom et al. 2010** | Mean: 0.82 | Oocyte fertilization (in vitro) | RR: 1.09 (0.72, 1.65). |
| Longitudinal cohort study; n=15 | | | |
| **Bloom et al. 2011** | Mean: 1.54 | Achieving pregnancy over 12 menstrual cycles | β coefficient (probability of pregnancy per µg/dL): -0.031 (95% CI -1.066, 1.004); p=0.954 |
| Longitudinal cohort study; n=80 | | | |
| **Chang et al. 2006** | Mean: | Infertility | **OR for PbB >2.5 versus ≤2.5 µg/dL: 2.94 (95% CI 1.18, 7.34); p=0.021*** |
| Case control study; n=147 | • All: 3.12 | | |
| | • Controls: 2.78 | | |
| | • Cases: 3.55 | | |
| **Pregnancy outcome** | | | |
| **Bloom et al. 2015** | Mean: 0.71 | Duration of gestation | Regression coefficient gestational age per µg/dL) T3: 0.14 (-0.81, 1.09) |
| Case control study; n=235 | Tertiles (mean): | | |
| | • T1: not reported | | |
| | • T2: 0.55 | | |
| | • T3: 0.73 | | |

APPX ATT_V6_2542

**Table 2-38. Summary of Epidemiological Studies Evaluating Effects on the Female Reproductive System at Mean Blood Lead Concentration (PbB) ≤10 µg/dL [a]**

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| **Garcia-Esquinas et al. 2014**<br><br>Birth cohort study; n=100 | Gmean: 1.83 | Duration of gestation | Mean difference in gestational age (weeks) per 2-fold increase in PbB: 0.02 (95% CI -0.44, 0.47) |
| **Gundacker et al. 2010**<br><br>Cross-sectional study; n=30 | Median PbB: 2.5<br><br>Median Pb (placenta): 25.8 µg/kg | Spontaneous abortion | **Placenta Pb concentration in women with a history of miscarriage was higher (n=8; p=0.039) than in women with no history of miscarriage (n=22)*** |
| **Lamadrid-Figueroa et al. 2007**<br><br>Cross-sectional study; n=207 | Mean PbB: 6.24 (4.48)<br>Mean plasma Pb: 0.014<br>Mean plasma/blood Pb ratio: 0.22%<br><br>(tertile values not reported) | Spontaneous abortion | IRR PbB: 0.93; p=0.56<br>IRR Plasma Pb: 1.12; p=0.22<br>**Plasma/blood Pb ratio: 1.18; p=0.02***<br><br>IRR for T2 plasma/blood Pb ratio: 1.161; p=0.612<br>**IRR for T3 plasma/blood Pb ratio: 1.903; p=0.015*** |
| **Li et al. 2017b**<br><br>Birth cohort study; n=3,125 | Mean (range): 1.5 (0.02-5.46)<br>Stratified:<br>• Low: <1.18<br>• Medium: 1.18–1.70<br>• High: ≥1.71 | Preterm birth | • **OR Medium PbB: 2.33 (1.49, 3.65); p<0.001***<br>• **OR High PbB: 3.09 (2.01, 4.76); p<0.001*** |
| **Perkins et al. 2014**<br><br>Birth cohort; n=949 | Estimated mean PbB: 0.4<br>Mean RBC: 1.22 µg/dL<br>Quartile RBC (µg/dL):<br>• Q1: 0.65<br>• Q2: 0.96<br>• Q3: 1.27<br>• Q4: 2.02 | Duration of gestation | β coefficient Q4 gestational age (weeks) per µg/dL: -0.17 (-0.51, 0.16) |
| **Rabito et al. 2014**<br><br>Birth cohort; n=98 | Second trimester mean: 0.42<br>Third trimester mean: 0.45 | Preterm birth | **OR second trimester: 1.66 (1.23, 2.23); p<0.01***<br>**OR third trimester: 1.24 (1.01, 1.52); p=0.04*** |

APPX ATT_V6_2543

**Table 2-38. Summary of Epidemiological Studies Evaluating Effects on the Female Reproductive System at Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL) | Outcome evaluated | Result[c] |
|---|---|---|---|
| **Taylor et al. 2013, 2015**<br><br>Longitudinal cohort study; n=3,870 | Mean: 3.67<br>Median: 3.42 | Preterm birth | OR for PbB ≥5.0: 2.0 (1.35, 3.00); p=0.001* |
| **Vigeh et al. 2010**<br><br>Longitudinal cohort study; n=351 | Mean: 3.8 | Spontaneous abortion | OR (log PbB): 0.331 (0.011, 10.096); p=0.53 |
| **Vigeh et al. 2011**<br><br>Longitudinal cohort study; n=44 women with preterm birth; n=304 women with term birth | Mean:<br>• Term birth: 3.72<br>• Preterm birth: 4.52 | Preterm birth | OR: 1.41 (1.08, 1.84)* |
| **Yin et al. 2008**<br><br>Case-control study; n=80 | Control (term birth): 4.5<br>Spontaneous abortion: 5.3 | Spontaneous abortion | **PbB was higher in cases of anembryonic pregnancy during gestational weeks 8–13 compared to controls with term births (p=0.03).*** |
| **Zhu et al. 2010**<br><br>Retrospective cohort; n=43,288 mother-infant pairs (n=3,519 preterm birth; n=39,769 term birth) | **PbB**<br>Mean: 2.1<br>Quartiles:<br>• Q1: ≤1.0<br>• Q2: 1.1–2.0<br>• Q3: 2.1–3.0<br>• Q4: 3.1–9.9 | Preterm birth | Adjusted ORs did not show an increased risk of preterm birth for any quartile. Q4: 1.04 (0.89, 1.22) |

[a]See the *Supporting Document for Epidemiological Studies for Lead,* Table 12 for more detailed descriptions of studies.
[b]Participants had no known occupational exposure to Pb.
[c]Asterisk and bold indicate association with PB; unless otherwise specified, values in parenthesis are 95% CIs; p-values <0.05 unless otherwise noted in the table.

CI = confidence interval; FSH = follicle-stimulating hormone; Gmean = geometric mean; IRR = incidence rate ratio; LH = luteinizing hormone; OR = odds ratio; Pb = lead; PbPI = Pb concentration in placenta (µg/kg); RBC = red blood cell; RR = relative risk; SE = standard error

APPX ATT_V6_2544

216

2. HEALTH EFFECTS

*Serum hormone levels and estrus cycle.* Results of epidemiological studies on associations between PbB ≤10 μg/dL and serum hormone levels show conflicting results (Table 2-38). The strongest evidence showing that chronic Pb exposure alters serum hormone levels is from a large cross-sectional study (mean PbB: 2.2 μg/dL) participating in the NHANES III study (Krieg 2007). Serum levels of FSH (IU/L) increased with PbB in both pre-menopausal and post-menopausal women. Serum levels of LH increased with PbB in post-menopausal women, but not pre-menopausal women. The lowest PbBs associated with a significant increase in FSH in pre- and post-menopausal women were 4.1 μg/dL and 2.4 μg/dL, respectively. The lowest PbB associated with a significant increase in FSH in post-menopausal women was 2.8 μg/dL (slope±SE 8.6±3.3; 95% CI 2.1, 15.2; p=0.0109). Increases in serum FSH and LH were also observed in women who had total ovariectomy, indicating that increased hormone levels may be related to effects on the hypothalamus or pituitary (Krieg 2007). A large cross-sectional study of postmenopausal Chinese women also found that elevated serum hormones levels were positively associated with PbB. Increased FSH was observed in the two highest PbB quartiles (4.1–5.9 and >5.9 μg/dL), with LH increased in the highest quartile (Chen et al. 2016). SHBG was also increased in the highest quartile. No associations were observed between Pb and serum levels of FSH, LH, estradiol, or progesterone or menstrual cycle length in a smaller study of pre-menopausal women with a mean PbB of 0.87 μg/dL (Jackson et al. 2011). In this same study population, when PbB was examined by tertiles, increased serum progesterone levels were observed in the second PbB tertile (0.73–1.10 μg/dL) compared to the lowest tertile (0.30–0.72 μg/dL), but no effects were observed in the highest PbB tertile (1.11–6.20 μg/dL) compared to the lowest (Pollack et al. 2011). In this study population, no association was observed between PbB and anovulation. In a case-control study of women attending a fertility clinic, a significant association was observed between PbB and serum estradiol concentrations (Chang et al. 2006).

*Fertility.* Little epidemiological information is available on the effects of PbB ≤10 μg/dL on female fertility. A prospective cohort study with a mean Pb of 1.5 μg/dL showed no effect on achieving pregnancy over 12 menstrual cycles (Bloom et al. 2011). A case-control study of women from a fertility clinic showed a 2.9-fold risk of infertility for PbB >2.5 μg/dL compared to PbB ≤2.5 μg/dL (Chang et al. 2006). In a study of women undergoing *in vitro* fertilization, no association was observed between PbB and oocyte fertilization; however, only 15 women were included in this study. Available epidemiological studies on the effects of PbB ≤10 μg/dL on fertility are limited due to small numbers of participants and study populations of women undergoing fertility treatment; thus, data are not sufficient to determine if fertility in women is affected at PbB ≤10 μg/dL.

LEAD                                                                                             217

2.  HEALTH EFFECTS

*Spontaneous abortion.*  Few epidemiological studies have evaluated associations between PbB ≤10 µg/dL and spontaneous abortion (Table 2-38).  Although studies provide some evidence suggesting associations between PbB ≤10 µg/dL or plasma/blood Pb ratio and spontaneous abortion, results are inconsistent.  In a case-control study, PbB was significantly higher in cases of spontaneous abortion (PbB 5.3 µg/dL; p=0.03) during weeks 8–13, compared to women with term birth (PbB 4.5 µg/dL) (Yin et al. 2008).  A cross-sectional study reported that the risk of miscarriage per 1 SD increase of plasma/blood Pb ratio [mean plasma/blood Pb ratio±SD (%): 0.22±0.14] was associated with an 18% greater incidence of spontaneous abortion, although the association between risk of spontaneous abortion and PbB (mean 6.24) was not significant (Lamadrid-Figueroa et al. 2007).  In contrast, results of a longitudinal cohort study showed no association between PbB and spontaneous abortion during gestational weeks 13–19 (Vigeh et al. 2010).

*Preterm birth.*  Several studies have evaluated associations between PbB ≤10 µg/dL and preterm birth (<37 weeks of gestation), including three studies of larger study populations (n=705–3,870) (Li et al. 2017b; Perkins et al. 2014; Taylor et al. 2015).  Results of these studies are mixed (Table 2-38).  The strongest evidence showing that chronic Pb exposure is associated with preterm birth is from two large, cohort studies (Li et al. 2017b; Taylor et al. 2013, 2015).  Taylor et al. (2013, 2015) reported that when stratified into groups of PbB <5 and ≥5.0 µg/dL, there was a 2-fold increase in the risk of preterm birth for PbB ≥5.0 µg/dL compared to PbB <5 µg/dL.  In the PbB ≥5.0 µg/dL group, the maximum PbB was 19.14 µg/dL, although very few PbBs were >10 µg/dL; however, the group mean PbB was not reported. In a large cohort study, the risk of preterm birth was increased in women with PbBs of 1.18–1.70 and 1.71–5.46 µg/dL, relative to women with PbBs of 0.02–1.18 µg/dL (Li et al. 2017b).  The risk of preterm birth also was increased in a longitudinal cohort study (Vigeh et al. 2011).  Mean PbB in women with preterm birth was significantly higher than in women with term birth (preterm PbB: 4.52 µg/dL; term birth PbB: 3.72 µg/dL).  A cohort study showed increased odds of preterm birth associated with PbB measured in the 2nd (mean: 0.42 µg/dL) and 3rd (mean: 0.45 µg/dL) trimesters (Rabito et al. 2014).  ORs for risks of preterm birth were 1.66 (p<0.01) and 1.24 (p=0.04) for 2nd and 3rd trimester PbB, respectively. Other studies reported no associations between PbB and preterm birth at mean PbB of 0.71–5.70 µg/dL (Bloom et al. 2015; Perkins et al. 2014; Zhu et al. 2010), including a large retrospective cohort study (Zhu et al. 2010) and a large case-control study (Perkins et al. 2014).

*Age at menopause.*  A few studies had evaluated associations between Pb exposure and age at menopause (Eum et al. 2014; Popovic et al. 2005).  Eum et al. (2014) found an inverse association between tibia Pb and age at onset of natural menopause (e.g., non-surgical) in a population of 434 participants in the

Nurses Health Study cohort. In the highest tibia Pb tertile, the age at onset of menopause was 1.21 years earlier than controls. However, no associations were observed between PbB (mean PbB: <5 µg/dL) or patella Pb. In a study of 108 former smelters (mean PbB: 2.73 µg/dL), the age at onset of combined natural and surgical menopause was earlier by 7 years (p=0.001) compared to controls (n=99; PbB: 1.25 µg/dL) (Popovic et al. 2005). No difference was observed between the age at onset and natural menopause between the exposed and control groups.

***Mechanisms of Action.*** General mechanisms of toxicity of Pb (reviewed in Section 2.21) are likely involved in the development of toxicity to male and female reproductive systems. Oxidative stress through ROS is a plausible mechanism for reproductive effects, as is the disruption of calcium homeostasis. Mechanisms for alterations in circulating hormone levels have been not been established. However, EPA (2014c) and NRC (2012) noted several possible mechanisms that may be involved in alterations of serum hormones, including direct inhibition of LH secretion; reduced expression of steroidogenic acute regulatory protein (a protein required in maintaining gonadotropin-stimulated steroidogenesis); altered release of pituitary hormones due to interference with cation-dependent second messenger systems; and altered binding of hormones to receptors. Pb is distributed to, and has been measured in, semen, spermatozoa, the fetus, umbilical cord blood, placenta, and follicular fluid (see Section 3.1.2, Toxicokinetics, Distribution), providing a toxicokinetic mechanism for direct effects to reproductive tissues.

## 2.18  DEVELOPMENTAL

This section discusses developmental effects of Pb other than neurodevelopmental defects. Neurodevelopmental effects are discussed in Section 2.16 (Neurological Effects). The term "developmental" used in the discussion that follows refers to effects other than neurodevelopmental.

***Overview.*** Numerous epidemiological studies have evaluated developmental effects (birth outcomes, birth defect, neural tube defects, decreased anthropometric measures in children, and delayed puberty) associated with Pb exposure, with the database for developmental effects dominated by environmental exposure studies with PbB ≤10 µg/dL. In general, studies provide mixed evidence for effects on birth outcomes (e.g., infant size) and anthropometric measures in children, but more consistent evidence for delayed puberty. Although studies provide evidence of associations between PbB and developmental outcomes, results are inconsistent, and several studies, including prospective studies, with PbB ≤10 µg/dL show no associations with developmental outcomes.

The following developmental effects have been associated with PbB:

- ≤10 µg/dL:
  o Effects on birth outcomes (decreased birth weight, head circumference, and crown-heel length); results are mixed when compared across studies.
  o Decreased anthropometric measures in children (weight, height, head circumference, trunk length, leg length, arm length, BMI); results are mixed when compared across studies.
  o Delayed puberty in females (breast development, pubic hair development, onset of menarche); corroborated in multiple studies.
  o Delayed puberty in males (testicular volume, genitalia development, pubic hair development); a few studies with equivocal results.
- >10 µg/dL (based on few studies):
  o Effects on birth outcomes (low birth weight).
  o Decreased anthropometric measures in children (decreased weight, height, head circumference, chest circumference).
  o Delayed puberty in females (breast development).
  o Delayed puberty in males (decreased testicular size, delayed pubic hair development, delayed penile development).

***Measures of Exposure.*** Most studies evaluating developmental effects used maternal PbB and/or cord, infant, or child PbB as the biomarker for exposure. In some studies, Pb concentrations in red blood cells (Perkins et al. 2014), maternal bone (Afeiche et al. 2011; Cantonwine et al. 2010; Hernandez-Avila et al. 2002; Kordas et al. 2009), or hair (Sanín et al. 2001; Sanna and Vallascas 2011) were used as biomarkers.

***Confounding Factors and Effect Modifiers.*** Numerous complicating factors may add uncertainty in the interpretation of studies examining associations between PbB and developmental effects. These factors include nutrition during pregnancy, prenatal care, adequate nutrition during infancy and childhood, SES, intercurrent diseases, alcohol consumption, smoking status, and potential exposure to other chemicals. Failure to account for these factors may attenuate or strengthen the apparent associations between Pb exposure and the outcome, depending on the direction of the effect of the variable on the outcome.

***Characterization of Effects.*** As noted above, most epidemiological studies evaluated developmental effects at PbB ≤10 µg/dL, with few studies of PbB >10 µg/dL. Studies of PbB ≤10 µg/dL are discussed

in detail in the section below. General trends for studies showing a relationship between PbB ≤10–50 µg/dL and developmental effects are shown in Table 2-39. Effects on birth outcomes, including decreased birth weight, head circumference, and crown-heel length have been observed at maternal PbBs of ≤10–50 µg/dL. Decreased anthropometric measures in infants and children, including decreased weight, height, head circumference, trunk length, leg length, arm length, and BMI, have been observed over the PbB range of ≤10–30 µg/dL. Delayed onset of puberty in males and females was observed over the PbB range of ≤10–30 µg/dL. Very little data are available regarding *in utero* exposure to Pb and birth defects. Two studies that examined neural tube defects did not find associations with Pb exposure at mean blood levels over for PbB means ranging from 2.4 to 24 µg/dL (Brender et al. 2006; Zeyrek et al. 2009). As discussed below, although epidemiological studies demonstrate developmental effects of Pb, results across studies are inconsistent, with several studies reporting no association between PbB and developmental effects. For example, results of effects on birth outcomes in study populations with maternal PbB ≤10 µg/dL are equivocal (see Tables 2-40 and 2-41). For studies with maternal PbB >10 µg/dL, equivocal results also were observed for associations between PbB and birth weight and length (Factor-Litvak et al. 1991; Hernandez-Avila et al. 2002; McMichael et al. 1986; Murphy et al. 1990). Dose-dependence has not been firmly established within the relatively narrow range of PbB (≤10 µg/dL) in most studies.

**Table 2-39. Overview of Developmental Effects Associated with Chronic Exposure to Lead (Pb)**

| Mean blood lead concentration (PbB) (µg/dL) | Effects associated with Pb exposure | References |
|---|---|---|
| ≤10 | Effects on birth outcome (decreased birth weight, crown-heel length, head circumference) | Bornschein et al. 1989; González - Cossío et al. 1997; Nishioka et al. 2014; Odland et al. 1999; Taylor et al. 2013, 2015; Wang et al. 2017b, 2017b; Xie et al. 2013; Zhu et al. 2010 |
| | Minor congenital anomalies | Needleman et al. 1984 |
| | Decreased anthropometric measures in children (decreased weight, height, head circumference, waist circumference, trunk length, leg length, arm length, body mass index, body fat) | Afeiche et al. 2011; Alvarez-Ortega et al. 2019; Dallaire et al. 2014; Deierlein et al. 2019; Hauser et al. 2008; Hong et al. 2014; Ignasiak et al. 2006; Little et al. 2009; Min et al. 2008b; Olivero-Verbel et al. 2007; Raihan et al. 2018; Schell et al. 2009; Yang et al. 2013a |
| | Delayed puberty in females (breast development, pubic hair development, onset of menarche) | Denham et al. 2005; Den Hond et al. 2011; Gollenberg et al. 2010; Naicker et al. 2010; Selevan et al. 2003; Wu et al. 2003b |

### Table 2-39. Overview of Developmental Effects Associated with Chronic Exposure to Lead (Pb)

| Mean blood lead concentration (PbB) (µg/dL) | Effects associated with Pb exposure | References |
|---|---|---|
| | Delayed puberty in males (testicular volume, genitalia development, pubic hair development) | Hauser et al. 2008; Williams et al. 2010, 2019 |
| >10–30 | Effects on birth outcome (decreased birth weight) | Chen et al. 2006; Hernandez-Avila et al. 2002 |
| | Decreased anthropometric measures in children (decreased weight, height, head circumference, chest circumference) | Frisancho and Ryan 1991; Kerr et al. 2019; Tomoum et al. 2010 |
| | Delayed puberty in females (breast development) | Liu et al. 2019b; Tomoum et al. 2010 |
| | Delayed puberty in males (decreased testicular size, delayed pubic hair development; delayed penile development) | Tomoum et al. 2010 |
| >30–50 | Effects on birth outcome (low birth weight) | Jelliffe-Pawlowski et al. 2006 |

### Table 2-40. Effects on Birth Outcomes at Blood Lead Concentration (PbB) ≤10 µg/dL

| Reference (population size) | Birth outcome | | | |
|---|---|---|---|---|
| | Birth weight | Height or C-H length | SGA | Head circumference |
| Al-Saleh et al. 2014 (n=1,577) | 0[a] | 0 | 0 | 0 |
| Bloom et al. 2015 (n=235) | 0[a] | 0 | – | 0 |
| Bornschein et al. 1989 (n=202) | ↓[a] | ↓ | – | 0 |
| Garcia-Esquinas et al. 2014 (n=97) | 0[a] | 0 | – | – |
| González-Cossío et al. 1997 (n=272) | 0[b] | – | – | – |
| Kim et al. 2017b (n=280) | 0[b] | ↑ (M), 0 (F) | – | 0 |
| Nishioka et al. 2014 (n=386) | ↓[b] | – | – | – |
| Odland et al. 1999 (n=50) | ↓[a,b] | – | – | – |
| Perkins et al. 2014 (n=949) | 0[a,b] | 0 | – | 0 |
| Rabito et al. 2014 (n=98) | 0[a] | – | – | – |
| Rodosthenous et al. 2017 (n=946) | – | – | 0 | – |
| Taylor et al. 2015 (n=4,285) | ↓[b] | ↓ | – | ↓ |
| Thomas et al. 2015 (n=1,835) | – | – | 0 | – |
| Wang et al. 2017b | ↓ | 0 | ↓ | 0 |
| Wang et al. 2017c | ↑ (M), 0 (F) | 0 (F) | – | 0 |

**Table 2-40. Effects on Birth Outcomes at Blood Lead Concentration (PbB) ≤10 µg/dL**

| Reference (population size) | Birth outcome | | | |
|---|---|---|---|---|
| | Birth weight | Height or C-H length | SGA | Head circumference |
| Xie et al. 2013 (n=252) | ↓[b] | 0 | – | 0 |
| Zhu et al. 2010 (n=43,288) | ↓[b] | – | 0 | – |

[a]Birth weight not adjusted for gestational age
[b]Birth weight adjusted for gestational age

↓ = decrease in outcome measure; ↑ = increase in outcome measure; 0 = no effect on outcome measure; – = not assessed; C-H = crown-heel; F = female; M = male; SGA = small for gestational age

APPX ATT_V6_2551

**Table 2-41. Summary of Epidemiological Studies Evaluating Birth Outcomes Effects of Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL)[c] | Outcome evaluated | Result[d] |
|---|---|---|---|
| **Al-Saleh et al. 2014**<br><br>Cross-sectional study;<br>n=1578 mother-infant pairs | Maternal PbB mean: 2.897 | Birth weight | OR: 1.107 (0.797, 1.538); p=0.545 |
| | | Birth height | OR: 1.299 (0.945, 1.786); p=0.107 |
| | | Crown-heel length | OR: 1.061 (0.795, 1.415); p=0.689 |
| | | SGA | OR: 1.168 (0.837, 1.631); p=0.362 |
| | | Head circumference | OR: 1.007 (0.724, 1.400); p=0.968 |
| | | Apgar | OR: 1.027 (0.787, 1.341); p=0.842 |
| **Bloom et al. 2015**<br><br>Case-control study;<br>n=235 mother-infant pairs | Maternal PbB mean: 0.71<br>Tertiles:<br>• T1: <0.55 (reference)<br>• T2: 0.55–<0.73<br>• T3: 0.73–2.23 | Birth weight | Linear regression coefficient (g per µg/dL) T3: -34.85 (-97.76, 128.06); p-trend=0.202 |
| | | Birth length | Linear regression coefficient (cm per µg/dL) T3: 0.14 (-0.81, 1.09); p-trend:0.671 |
| | | Head circumference | Linear regression coefficient (cm per µg/dL) T3: -0.33 (-1.07, 0.41); p-trend: 0.132 |
| **Bornschein et al. 1989**<br><br>Prospective study;<br>n=202 mother-infant pairs | **PbB:**<br>Mean (SD): 7.5 | Birth weight | **Regression coefficient (g per ln µg/dL) for all births: -114; p<0.001\*.**<br><br>**Regression coefficient (g per ln µg/dL) with significant interaction with maternal age (p=0.0073)\*:**<br>**maternal age 18 years: -58\***<br>**maternal age 30 years: -601\*** |
| | | Birth length | **Regression coefficient (cm per ln µg/dL): -2.5; p=0.019\*** |
| | | Head circumference | Regression coefficient (cm per ln PbB µg/dL): 0.0 p=0.97 |

APPX ATT_V6_2552

2. HEALTH EFFECTS

**Table 2-41. Summary of Epidemiological Studies Evaluating Birth Outcomes Effects of Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL)[c] | Outcome evaluated | Result[d] |
|---|---|---|---|
| **Garcia-Esquinas et al. 2014**<br><br>Birth cohort study;<br>n=100 mother-infant pairs | Maternal PbB Gmean: 1.83 | Birth weight | Adjusted mean difference in grams for a 2-fold increase in PbB (µg/L): 62.4 (-73.1, 197.8) |
| | | Birth length | Adjusted mean difference in cm for a 2-fold increase in PbB (µg/L): 0.17 (-0.56, 0.91) |
| | | Abdominal diameter | Adjusted mean difference in cm for a 2-fold increase in PbB (µg/d): 0.31 (-0.52, 1.15) |
| | | Cephalic diameter | Adjusted mean difference in cm for a 2-fold increase in PbB (µg/L): 0.15 (-0.21, 0.51) |
| **González-Cossío et al. 1997**<br><br>Birth cohort study;<br>n=272 mother-infant pairs | **PbB:**<br>• Maternal<br>  ○ Mean (SD): 8.9 (4.1)<br>  ○ Quartiles:<br>    ▪ Q1: ≤5.8<br>    ▪ Q2: 5.9–8.0<br>    ▪ Q3: 8.1–11.0<br>    ▪ Q4: ≥11.1<br>• Umbilical cord<br>  ○ Mean (SD): 7.1 (3.5)<br>  ○ Quartiles<br>    ▪ Q1: ≤4.6<br>    ▪ Q2: 4.7–6.1<br>    ▪ Q3: 6.2–8.5<br>    ▪ Q4: ≥8.6 | Birth weight | Regression coefficient:<br>• Maternal PbB for Q4: -98.30 (59.55); p=0.100<br>• Umbilical cord PbB for Q4: -41.74 (64.04); p=0.514 |

**Table 2-41. Summary of Epidemiological Studies Evaluating Birth Outcomes Effects of Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL)[c] | Outcome evaluated | Result[d] |
|---|---|---|---|
| **Kim et al. 2017b**<br><br>Prospective longitudinal study;<br>n=280 mother-infant pairs | **PbB:**<br>Umbilical cord, mean (SE)<br>• All: 1.31 (0.06)<br>• Boys: 1.39 (0.09)<br>• Girls: 1.21 (0.07) | Birth weight | Regression coefficient:<br>• Boys: 0.010 (-0.014, 0.034); p=0.403<br>• Girls: 0.001 (-0.025, 0.027); p=0.950 |
| | | Birth length | Regression coefficient:<br>• **Boys: 0.017 (0.003, 0.031); p=0.019***<br>• Girls: 0.007 (-0.010, 0.025); p=0.410 |
| | | Head circumference | Regression coefficient:<br>• Boys: 0.010 (-0.001, 0.022); p=0.083<br>• Girls: -0.007 (-0.016, 0.002); p=0.148 |
| | | Ponderal index | Regression coefficient:<br>• **Boys: -0.055 (-0.103, -0.006); p=0.027***<br>• Girls: -0.009 (-0.062, 0.045); p=0.748 |
| **Nishioka et al. 2014**<br><br>Cohort study;<br>n=386 mother-infant pairs | Maternal PbB mean at gestational weeks:<br>• 12 weeks: 0.98<br>• 25 weeks: 0.92<br>• 36 weeks: 0.99 | Birth weight | Regression coefficient based on log µg/dL:<br>• **Infant males: -0.151 (p<0.05)***<br>• Infant females: -0.098 (p>0.05) |
| **Odland et al. 1999**<br><br>Cohort study;<br>n=262 mother-infant pairs | Maternal, mean (range);<br>p-values compare Russian and Norwegian cohorts<br>• Russian cohort: 2.9 (0.83–13.5)<br>• Norwegian cohort: 2.3 (0.41–3.9); p<0.001 | Birth weight | Regression coefficient, combined Russian and Norwegian cohorts [g per µmol/L (g per 20.7 µg/dL)]:<br>**-1,068 (95% CI -2,134, -2); p<0.05*** |

APPX ATT_V6_2554

2. HEALTH EFFECTS

**Table 2-41. Summary of Epidemiological Studies Evaluating Birth Outcomes Effects of Mean Blood Lead Concentration (PbB) ≤10 μg/dL[a]**

| Reference and study population[b] | PbB (μg/dL)[c] | Outcome evaluated | Result[d] |
|---|---|---|---|
| **Perkins et al. 2014**<br><br>Birth cohort study;<br>n=829 mother-infant pairs | Maternal RBC Pb concentration (μg/dL) mean: 1.22<br>Quartiles for RBC Pb; mean:<br>• Q1: 0.65<br>• Q2: 0.96<br>• Q3: 1.27<br>• Q4: 2.02<br><br>Estimated maternal PbB mean: 0.4 | Birth weight | Linear regression β coefficient for RBC (μg/dL)<br>Q4: -47<br>(-128, 35); p-trend: 0.27 |
| | | Birth length | Linear regression β coefficient for RBC (μg/dL)<br>Q4: -0.15 (-0.54, 0.23); p-trend: 0.37 |
| | | Head circumference | Linear regression β coefficient for RBC (μg/dL)<br>Q4: -0.08 (-0.33, 0.16); p-trend: 0.56 |
| **Rabito et al. 2014**<br><br>Birth cohort study;<br>n=98 mother-infant pairs | Maternal 2nd trimester PbB mean: 0.42<br>Maternal 3rd trimester PbB mean: 0.45 | Birth weight | Linear regression β coefficient, g per μg/dL maternal:<br>• 2nd trimester: -43.21 (-88.6, 2.18); p=0.06<br>• 3rd trimester: β not reported; p=0.68<br>• Delivery: β not reported; p=0.83 |
| **Rodosthenous et al. 2017**<br><br>Prospective cohort study;<br>n=944 mother-infant pairs | Maternal 2nd trimester PbB: 3.7<br>• Quartiles:<br>  ○ Q1: <1.93<br>  ○ Q2: 1.93–2.79<br>  ○ Q3: 2.80–4.53<br>  ○ Q4: >4.53 | Birthweight-for-gestational age z-score | • Linear regression β for a doubling for PbB: -0.06 (-0.13, 0.003); p=0.06 |
| | | SGA | Logistic regression OR Q4: 1.62 (0.99–2.65) |
| **Taylor et al. 2013, 2015**<br><br>Longitudinal cohort study;<br>n=4,285 mother-infant pairs | Maternal PbB mean: 3.67<br><br>Population stratified by PbB <5.0 and ≥5.0 | Birth weight | **β coefficient (g per μg/dL): -13.23 (-23.75, -2.70); p=0.014***<br> |
| | | Head circumference | **β coefficient (cm per μg/dL): -0.04 (-0.07, -0.06)\*; p=0.021*** |
| | | Crown-heel length | **β coefficient (cm per μg/dL): -0.05 (-0.10, -0.00)\*; p=0.034*** |

APPX ATT_V6_2555

**Table 2-41. Summary of Epidemiological Studies Evaluating Birth Outcomes Effects of Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL)[c] | Outcome evaluated | Result[d] |
|---|---|---|---|
| **Thomas et al. 2015**<br><br>Prospective cohort;<br>n=1,835 mother-infant pairs | Maternal PbB median: 0.59<br>Tertiles:<br>• T1: <0.52<br>• T2: 0.52–1.04<br>• T3: >1.04–4.04 | SGA | Adjusted RR for T3 (95% CI): 1.19 (0.65, 2.18) |
| **Wang et al. 2017b**<br><br>Prospective cohort study;<br>n=3,125 mother-infant pairs | Maternal serum Pb mean: 1.50<br>Tertiles:<br>• T1: <1.18<br>• T2: 1.18–1.70<br>• T3: ≥1.71 | Birth weight | **Regression coefficient β: -2.74 (-5.17, -0.31); p=0.03*** |
| | | Birth length | Regression coefficient β: -0.013 (-0.026, 0.001); p=0.06 |
| | | Head circumference | Regression coefficient β: -0.008 (-0.019, 0.004); p=0.18 |
| | | Chest circumference | Regression coefficient β: -0.008 (-0.018, 0.002); p=0.13 |
| **Wang et al. 2017c**<br><br>Cross-sectional study;<br>n=1,009 mother-infant pairs | **PbB:**<br>Cord PbB, Gmean (95% CI)<br>All: 4.07 (3.98, 4.17)<br>Infant boys: 4.07 (3.89, 4.17)<br>Infant girls: 4.17 (3.98, 4.36) | SGA | • **OR T2: 1.45 (1.04, 2.02); p=0.03***<br>• **OR T3: 1.69 (1.22, 2.34); p=0.002*** |
| | | Birth weight | Regression coefficient β (95%), per 1-unit increase in $log_{10}$-transformed PbB:<br>• All: 60.78 (-66.30, 187.85); p=0.35<br>• **Boys: 182.32 (15.24, 349.39); p=0.03***<br>• Girls: -96.06 (-289.23, 97.10); p=0.33 |
| | | Birth length | Regression coefficient β (95%), per 1-unit increase in $log_{10}$-transformed PbB:<br>• All: 0.32 (-0.18, 0.82); p=0.21<br>• Boys: not reported<br>• Girls: 0.30 (-0.46, 1.05); p=0.44 |

APPX ATT_V6_2556

2. HEALTH EFFECTS

**Table 2-41. Summary of Epidemiological Studies Evaluating Birth Outcomes Effects of Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL)[c] | Outcome evaluated | Result[d] |
|---|---|---|---|
| | | Head circumference | Regression coefficient β (95%), per 1-unit increase in $\log_{10}$-transformed PbB:<br>• All: -0.36 (-0.78, 0.06); p=0.09<br>• Boys: -0.50 (-1.09, 0.09); p=0.10<br>• Girls: -0.32 (-0.91, 0.27); p=0.29 |
| | | Ponderal index | Regression coefficient β (95%), per 1-unit increase in $\log_{10}$-transformed PbB:<br>• All: -0.01(-0.10, 0.09); p=0.94<br>• Boys: 0.10 (-0.03, 0.23); p=0.12<br>• **Girls: -0.17 (-0.31, -0.02); p=0.02\*** |
| **Xie et al. 2013** | Maternal PbB mean: 3.53 | Birth weight | **β coefficient (g per square root µg/dL): -148.99 (-286.33, -11.66); p=0.03\*** |
| Birth cohort study; n=252 mother-infant pairs | | Birth length | β coefficient (cm per square root µg/dL): -0.46 (-1.25, 0.34); p=0.26 |
| | | Head circumference | β coefficients (cm per square root µg/dL): -0.37 (-0.78, 0.19); p=0.24 |

**Table 2-41. Summary of Epidemiological Studies Evaluating Birth Outcomes Effects of Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL)[c] | Outcome evaluated | Result[d] |
|---|---|---|---|
| **Zhu et al. 2010**<br><br>Retrospective cohort study;<br>n=43,288 mother-infant pairs | Maternal PbB mean: 2.1 | Birth weight | β coefficient g per µg/dL (95% CI):<br>0: reference<br>1: -27.4 (-17.1, -37.8)*<br>2: -38.8 (-24.1, -53.4)*<br>3: -47.5 (-29.6, -65.4)*<br>4: -54.8 (-34.2, -75.5)*<br>5: -61.3 (-38.2, -84.4)*<br>6: -67.2 (-41.8, -92.5)*<br>7: -72.5 (-45.2, -99.9)*<br>8: -77.6 (-48.3, -106.8)*<br>9: -82.3 (-51.2, -113.3)*<br>10: -86.7 (-54.0, -119.4)* |
| | | SGA | Adjusted OR for Q4: 1.07 (0.93, 1.23) |

[a]See the *Supporting Document for Epidemiological Studies for Lead*, Table 13 for more detailed descriptions of studies.
[b]Participants had no known occupational exposure to Pb.
[c]Values are for maternal PbB, unless otherwise specified.
[d]Asterisk and bold indicate association with Pb, unless otherwise specified, values in parenthesis are 95% CIs; p-values <0.05 unless otherwise noted in the table.
[e]Values are reported; the value for the β coefficient is outside of the 95% CI.

CI = confidence interval; Gmean = geometric mean; OR = odds ratio; Pb = lead; RBC = red blood cell; RR = relative risk; SD = standard deviation; SE = standard error; SGA = small for gestational age

***Effect at Blood Pb Levels ≤10 µg/dL.*** Epidemiology studies have reported developmental effects, including birth outcomes, birth defects, anthropometric measures in children, and delayed onset of puberty, at mean PbB ≤10 µg/dL. Study details are provided in *Supporting Document for Epidemiological Studies for Lead,* Table 13. Results of studies on associations between PbB and adverse effects on birth outcomes and anthropometric measures are mixed when compared across studies. Delayed onset of puberty in females has been corroborated in several studies. Fewer studies are available regarding effects of Pb on onset of puberty in males, with equivocal results. Exposure to Pb has not been shown to cause birth defects in humans. Neural tube defects have not been associated with Pb exposure and findings of a single study showing minor anomalies have not been corroborated.

*Birth outcomes.* An overview of results of studies that evaluated associations between Pb exposure and birth outcomes (infant weight, height or crown-heel length, small for gestation age [SGA], head circumference, and ponderal index) at maternal PbB ≤10 µg/dL is shown in Table 2-40, with more detailed results in Table 2-41. Studies include two prospective studies (Bornschein et al. 1989; Thomas et al. 2015), several studies of large populations (n=829–43,288) (Al-Saleh et al. 2014; Perkins et al. 2014; Rodosthenouse et al. 2017; Taylor et al. 2015; Thomas et al. 2015; Wang et al. 2017b, 2017b; Zhu et al. 2010), and cohort and case-control studies of smaller (n=98–386) populations (Bloom et al. 2015; Garcia-Esquinas et al. 2014; González-Cossío et al. 1997; Kim et al. 2017b; Nishioka et al. 2014; Rabito et al. 2014). As shown in Table 2-41, results of most studies show either decreases or no change in birth outcomes. Some positive associations between PbB and birth outcomes have been reported. A large cross-sectional study (n=1,009) reported a positive association between umbilical cord PbB (mean: 4.07 g/dL) and birth weight in male infants, but no change for female infants (PbB mean: 4.17 µg/dL) (Wang et al. 2017c). A longitudinal study showed a positive association between umbilical cord PbB in infant boys (mean: 1.39 µg/dL) and birth length, but an inverse association for ponderal index (calculated relationship between body mass and height); no associations were observed for infant girls (PbB mean: 1.21 µg/dL) (Kim et al. 2017b). In a small (n=202) prospective study, Bornschein et al. (1989) reported associations between maternal PbB (mean 7.5 µg/dL) and decreased birth weight and length. The size of the effect of PbB varied with maternal age (p<0.007), with a 58 g per lnPbB decrease for pregnancies at age 18 years and a 601 g decrease per ln PbB (µg/dL) for pregnancies at age 30 years. In the complete birth cohort from this study, which included mothers who declined participation in the infant follow-up (n=861), the decline in birth weight was -114 g per ln PbB. Results of the largest cohort study, a retrospective study of >43,000 participants (mean PbB: 2.1 µg/dL), showed an inverse association between PbB and birth weight (Zhu et al. 2010). The best fitting model was a linear change in birth weight with square root of PbB (Figure 2-7). The model predicts a 34 g decrease in birth weight for an

increase in PbB from 1 to 5 µg/dL and a 59 g decrease for an increase in PbB from 1 to 10 µg/dL (adjusted for confounders).

**Figure 2-7. Relationship Between Blood Lead Concentration (PbB) and Birth Weight at PbB ≤10 µg/dL**



Source: Zhu et al. 2010

Results of a longitudinal cohort study of 4,285 mother-infant pairs (maternal PbB mean: 2.1 µg/dL; range 0.42–19.14) showed inverse associations between birth weight, crown-heel length, and head circumference for participants with PbB ≥5 µg/dL compared to PbB <5 µg/dL (Taylor et al. 2015). A prospective cohort study of 3,125 mother infant pairs observed an inverse association between maternal serum Pb (mean: 1.50 µg/dL) and birth weight and SGA (Wang et al. 2017b). Other smaller cohort studies also showed associations between maternal PbB ≤10 µg/dL and decreased birth weight (Nisioka et al. 2014; Odland et al. 1999). In contrast, other studies, including a prospective study and cohort studies of large populations, did not find associations between PbB and birth outcome measures. A prospective study of 1,835 mother-infant pairs did not find an association between PbB and SGA, with PbB data stratified by tertiles (range for highest tertile: 1.04–4.04 µg/dL) (Thomas et al. 2015). Similarly, no associations between maternal PbB and decreased birth weight, length, or head circumference were

observed in a cohort study of 829 participants (estimated PbB mean of 0.4 µg/dL) (Perkins et al. 2014), or in a cross-sectional study of 1,578 participants (Al-Saleh et al. 2014). Smaller cohort studies also report no associations between PbB and adverse birth outcome measures (Bloom et al. 2015; Garcia-Esquinas et al. 2014; González-Cossío et al. 1997; Rabito et al. 2014). Equivocal findings for birth outcomes in studies examining effects at maternal PbB ≤10 µg/dL are not surprising, given that prospective studies at maternal PbB >10 µg/dL also have reported conflicting results for adverse effects on birth outcomes (Factor-Litvak et al. 1991; Hernandez-Avila et al. 2002; McMichael et al. 1986; Murphy et al. 1990). For example, two prospective studies found no associations between PbB and birth weight in birth cohorts that had mean maternal PbBs >10 µg/dL (Factor-Litvak et al. 1991; McMichael et al. 1986).

*Birth defects.* Few studies have evaluated associations between *in utero* exposure to Pb and birth defects. Details of studies evaluating PbB ≤10 µg/dL are provided in the *Supporting Document for Epidemiological Studies for Lead,* Table 13. No association was observed between PbB and neural tube defects in a case-control study (n=409) with mean maternal PbB of 2.5 µg/dL (Brender et al. 2006). Other epidemiological studies that have reported associations between Pb in exposure media (e.g., water, soil) and neural tube defects are limited by the lack of PbB measurement (Bound et al. 1997; Huang et al. 2011; Irgens et al. 1998). An early cross-sectional study of birth outcomes examined associations between PbB and congenital anomalies using hospital records on 5,183 deliveries in Boston, Massachusetts (Needleman et al. 1984). The RR of an anomaly increased with increasing cord PbB; the RR (relative to PbB 0.7 µg/dL) was 1.87 (95% CI 1.44, 2.42) for PbB of 6.3 µg/dL and increased to 2.39 (95% CI 1.66, 3.43) at 15 µg/dL and 2.73 (95% CI 1.80, 4.16) at 24 µg/dL. The anomalies were considered to be minor (hemangiomas, lymphangiomas, hydrocele, minor skin anomalies, undescended testicle) and no specific anomaly was associated with PbB. Limitations of this study are that it was a cross-sectional study of a convenience sample with outcomes obtained from hospital records. Associations between PbB and congenital anomalies have not been corroborated. A case-control study of 97 cases and 201 controls did not find an increased risk for congenital heart defects (Liu et al. 2018a). For the highest umbilical cord PbB tertile (≥0.826 µg/dL), the OR (95% CI) for congenital heart defects was 1.67 (0.88, 3.17).

*Anthropometric measures in children.* An overview of results of studies evaluating associations between Pb exposure and growth of infants and children (aged 0.5–15 years) at maternal and/or offspring PbB ≤10 µg/dL is shown in Table 2-42, with more detailed results in Table 2-43. Studies include five prospective studies (Dallaire et al. 2014; Deierlein et al. 2019; Lamb et al. 2008 Kim et al. 2017b; Renzetti et al. 2017), cross-sectional studies of large (n=899–1,050) populations (Afeiche et al. 2011;

Hong et al. 2014; Ignasiak et al. 2006), and several smaller (n=108–729) cohort and cross-sectional studies (Alvarez-Ortega et al. 2019; Hauser et al. 2008; Little et al. 2009; Min et al. 2008b; Olivero-Verbel et al. 2007; Raihan et al. 2018; Schell et al. 2009; Yang et al. 2013a).  Most studies report inverse associations between Pb exposure and height, with mixed results for weight and BMI (Table 2-42).  In a prospective longitudinal study of girls (n=692; mean PbB: 1.16 µg/dL), height, BMI, waist circumference, and percent body fat were decreased in participants with PbB $\geq$1 µg/dL, compared to participants with PbB <1 µg/dL; decreases were observed at yearly assessments at ages 7–14 years (Deierlein et al. 2019). The Renzetti et al. (2017) prospective study (n=513 mothers) reported inverse associations between 3[rd] pregnancy trimester maternal PbB (mean: 3.1 µg/dL) and weight-for-age and height-for-age, but no associations for BMI or percentage body fat.  No associations were observed between 2[nd] trimester PbB or cord PbB.  In contrast, a prospective study of 280 children (18–27 months) observed positive associations between umbilical cord PbB (mean: 1.31 µg/dL) and weight and BMI, but not height; no associations were observed at 18 or 27 months (Kim et al. 2017b).  A small (n=290) prospective study showed an association between cord PbB (mean 4.8 µg/dL) and small decreases in height and head circumference, but not for weight or BMI (Dallaire et al. 2014).  Similarly, Lamb et al. (2008) did not find an association between maternal PbB and height or BMI at maternal PbB means of 5.60–20.56 µg/dL (means for different geographic locations).  In contrast, results of large case-control studies showed inverse associations between maternal bone Pb and weight (Afeiche et al. 2011), maternal PbB and weight and height (Hong et al. 2014), and child PbB and several growth measures, including weight, height, and BMI (Ignasiak et al. 2006).  The largest inverse association for decreased weight was observed for maternal bone Pb in females assessed at 2–5 years of age; the mean PbB in children was 3.8 µg/dL (Afeiche et al. 2011).  At the 5-year assessment, body weight in females was decreased by approximately 172 g for each 1-SD increase in maternal bone Pb.  Smaller case-control and cohort studies reported consistent inverse associations between PbB and height, with equivocal findings for weight, and no associations for BMI.

**Table 2-42.  Overview of Decreased Anthropometric Measures in Children at Blood Lead Concentration (PbB) ≤10 µg/dL**

| Reference | Age at time of assessment (years) | Anthropometric measurements | | |
| --- | --- | --- | --- | --- |
| | | Weight | Height | BMI |
| Afeiche et al. 2011 | 1–5 | ↓ (F); 0 (M) | – | – |
| Alvarez-Ortega et al. 2019 | 5–16 | ↓ (F); 0 (M) | ↓ (F); 0 (M) | ↓ (F); 0 (M) |
| | 5–11 | 0 | 0 | 0 |
| | 12–16 | ↓ | ↓ | ↓ |
| Dallaire et al. 2014 | 8–14 | 0 | ↓ | 0 |
| Deierlein et al. 2019 | 7–14 | ↓ | ↓ | ↓ |

**Table 2-42. Overview of Decreased Anthropometric Measures in Children at Blood Lead Concentration (PbB) ≤10 μg/dL**

| Reference | Age at time of assessment (years) | Anthropometric measurements | | |
|---|---|---|---|---|
| | | Weight | Height | BMI |
| Hauser et al. 2008 | 8–9 | 0 | ↓ | 0 |
| Hong et al. 2014 | 0.5–2 | ↓ | ↓ | – |
| Ignasiak et al. 2006 | 7–15 | ↓ (F); 0 (M) | ↓ (F); 0 (M) | ↓ |
| Kim et al. 2017b | 2.25 | 0 | 0 | 0 |
| Lamb et al. 2008 | 1–10 | 0 | 0 | 0 |
| Little et al. 2009 | 2–12 | ↓ | – | – |
| Min et al. 2008b | 5–13 | 0 | ↓ | – |
| Olivero-Verbel et al. 2007 | 5–9 | 0 | ↓ | – |
| Raihan et al. 2018 | <2 | ↓[a] | ↓[a] | 0 |
| Renzetti et al. 2017 | 4–6 | ↓ | ↓ | – |
| Schell et al. 2009 | 0.5–1 | 0 | ↓ | – |
| Yang et al. 2013a | 3–9 | ↓ | ↓ | 0 |

[a]Assessments were underweight (defined as weight-for-age z-score <-2) and "stunting" (defined as length-for-age z-score <-2).

↓ = decrease in outcome measure; 0 = no effect on outcome measure; – = not assessed; BMI = body mass index; F = females; M = males

*Delayed puberty.*  Results of studies that evaluated associations between Pb exposure and sexual maturation in boys and girls at child PbB ≤10 μg/dL are summarized in Table 2-44.  In girls, delayed onset of puberty, as measured by breast development, pubic hair development, and attainment of menarche, has been corroborated in multiple cross-sectional studies (Den Hond et al. 2011; Denham et al. 2005; Gollenberg et al. 2010; Naicker et al. 2010; Selevan et al. 2003; Wu et al. 2003b).  Mean PbB in these studies ranged from 0.49 to 4.9 μg/dL.  Delays in the predicted attainment of menarche ranged from 3.6 to 10.6 months (Denham et al. 2005; Selevan et al. 2003).  Fewer studies examining associations between Pb exposure and sexual maturation in boys at child PbB ≤10 μg/dL are available.  Results of these studies are equivocal.  Delayed sexual maturation (time to onset to puberty and sexual maturity), measured by genitalia development, testicular volume, and pubic hair development, was observed in three cross-sectional studies of the same study population of 481–489 boys; the median child PbB was 3 μg/dL at the time of study enrollment (Hauser et al. 2008; Williams et al. 2010, 2019).  However, no association between PbB and the onset of puberty was observed in a cross-sectional study of 887 boys with a median PbB of 2.5 μg/dL (Den Hond et al. 2011).

**Table 2-43. Summary of Epidemiological Studies Evaluating Anthropometric Measurements in Infants and Children with Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL)[c] | Outcome evaluated | Result[d] |
|---|---|---|---|
| **Afeiche et al. 2011**<br><br>Cross-sectional study;<br>n=999 mother-child pairs | • Child PbB mean: 3.8<br>• Maternal bone Pb (patella) mean (µg/g): 10.4 | Weight (females) | Associations between a 1-SD increase in maternal bone Pb (µg/g) and child weight (g) for children aged:<br>• 12 months: -70.9 (-147.9, 6.0)<br>• 24 months: -96.1 (-170.4, -21.8)*<br>• 36 months: -121.3 (-200.0, -42.6)*<br>• 48 months: -146.4 (-235.5, -57.4)*<br>• 60 months: -171.6 (-275.2, -68.0)* |
| | | Weight (males) | Associations between a 1-SD increase in maternal bone Pb (µg/g) and child weight (g) for children aged:<br>• 12 months: 29.4 (-42.1, 100.8)<br>• 24 months: 27.8 (-43.5, 99.1)<br>• 36 months: 7.9 (-67.3, 83.1)<br>• 48 months: -13.6 (-97.9, 70.8)<br>• 60 months: -35.0 (-132.4, 62.3) |
| **Alvarez-Ortega et al. 2019**<br><br>Cross-sectional study;<br>n=554 children (ages 5–16 years) | Mean (SE): 3.5 (0.2)<br>Median: 1.9<br>Range: 0.1–50.1 | Weight | Spearman correlations:<br>• **All participants: -0.152; p<0.001***<br>• **Females: -0.226; p<0.001***<br>• Males: -0.056; p=0.380<br>• **Age 5–11 years: -0.069; p=0.010***<br>• **Age 12–16 years: -0.385; p<0.001*** |
| | | Height | Spearman correlations:<br>• **All participants: -0.101; p=0.019***<br>• **Females: -0.153; p=0.009***<br>• Males: -0.037; p=0.567<br>• Age 5–11 years: -0.137; p=0.418<br>• **Age 12–16 years: -0.206; p=0.009*** |

APPX ATT_V6_2564

**Table 2-43. Summary of Epidemiological Studies Evaluating Anthropometric Measurements in Infants and Children with Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL)[c] | Outcome evaluated | Result[d] |
|---|---|---|---|
| | | BMI | Spearman correlations:<br>• All participants: -0.172; p<0.001*<br>• Females: -0.273; p<0.001*<br>• Males: -0.040; p=0.536<br>• Age 5–11 years: -0.056; p=0.295<br>• Age 12–16 years: -0.384; p<0.001* |
| Dallaire et al. 2014<br><br>Prospective cohort study; n=290 children (aged 8–14 years) | • Cord PbB mean: 4.8<br>• Child PbB mean: 2.7 | Height | β coefficients (cm per µg/dL cord): -1.57; p=0.004* |
| | | Head circumference | β coefficients (cm per µg/dL cord): -0.005; p=0.04* |
| | | Weight | β coefficients (kg per µg/dL cord): β not reported; p=0.70 |
| | | BMI | β coefficients (kg/m² per µg/dL cord): 0.07; p=0.23 |
| Deierlein et al. 2019<br><br>Prospective longitudinal study; n=of 683 girls (enrolled at ages 6–8 years) | • Mean (SD): 1.16 (0.67)<br>• Range: 0.18–5.40 | Height | Predicted mean differences (cm) for PbB ≥1 µg/dL compared to <1 µg/dL:<br>• Age 7: -2.0 (-3.0, -1.0); p<0.001*<br>• Age 14: -1.5 (-2.5, -0.4); p=0.01* |
| | | BMI | Predicted mean differences (kg/m²) for PbB ≥1 µg/dL compared to <1 µg/dL:<br>• Age 7: -0.7 (-1.2, -0.2); p=0.005*<br>• Age 14: -0.8 (-1.5, -0.02); p=0.05* |
| | | Waist circumference | Predicted mean differences (cm) for PbB ≥1 µg/dL compared to <1 µg/dL:<br>• Age 7: -2.2 (-3.8, -0.6); p=0.01*<br>• Age 14: -2.9 (-4.8, -0.9); p=0.005* |
| | | Body fat | Predicted mean differences (%) for PbB ≥1 µg/dL compared to <1 µg/dL:<br>• Age 7: -1.8 (-3.2, -0.4); p=0.01*<br>• Age 14: -1.7 (-3.1, -0.4); p=0.01* |

APPX ATT_V6_2565

2. HEALTH EFFECTS

**Table 2-43. Summary of Epidemiological Studies Evaluating Anthropometric Measurements in Infants and Children with Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL)[c] | Outcome evaluated | Result[d] |
|---|---|---|---|
| **Hauser et al. 2008**<br><br>Cross-sectional study<br>n=489 children (aged 8–9 years) | Child PbB, mean: 3 | Height | **Regression coefficient (cm per µg/dL): -1.439 (-2.25, -0.63); p<0.001*** |
| | | Weight | Regression coefficient (kg per µg/dL): -0.761 (-1.54, 0.02); p=0.067 |
| | | BMI | Regression coefficient (kg/m² per µg/dL): -0.107 (-0.44, 0.23); p=0.53 |
| **Hong et al. 2014**<br><br>Cross-sectional study;<br>n=1,150 infants (aged 6–24 months) | Maternal PbB mean: 1.25 | Weight | **Weight z score: -0.28 (-0.48, -0.09); p<0.05*** |
| | | Height | **Height z score: -0.28 (-0.49, -0.06); p<0.05*** |
| **Ignasiak et al. 2006**<br><br>Cross-section study;<br>n=899 children (aged 7–15 years) | Child PbB mean: 7.7 | Weight | • Slope boys(kg per $\log_{10}$ µg/dL): 4.00 (2.45); p=0.10<br>• **Slope girls (kg per $\log_{10}$ µg/dL): -6.59 (2.09); p=0.001*** |
| | | Height | • Slope boys (cm per $\log_{10}$ µg/dL): -6.26 (1.40); p=0.002<br>• **Slope girls (cm per $\log_{10}$ µg/dL): -5.54 (2.05); p=0.007*** |
| | | BMI | • Slope boys (kg/m² per $\log_{10}$ µg/dL): -0.39 (0.82); p=NS<br>• **Slope girls (kg/m² per log µg/dL): -1.86 (0.75); p=0.01*** |
| | | Trunk length | • **Slope boys (cm per $\log_{10}$ µg/dL): -2.21 (0.97); p=0.02***<br>• Slope girls (cm per log µg/dL): -1.47 (1.00); p=NS |

APPX ATT_V6_2566

**Table 2-43.  Summary of Epidemiological Studies Evaluating Anthropometric Measurements in Infants and Children with Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL)[c] | Outcome evaluated | Result[d] |
|---|---|---|---|
| | | Leg length | • **Slope boys (cm per log₁₀ µg/dL): -4.05 (1.27); p=0.002\*** <br> • **Slope girls (cm per log₁₀ µg/dL): -4.08 (1.27) p=0.0001\*** |
| | | Arm length | • **Slope boys (cm per µg/dL): -3.20 (0.97); p=0.0001\*** <br> • **Slope girls (cm per log₁₀ µg/dL): -2.61 (0.98); p=0.008\*** |
| | | Trunk-length ratio | • **Slope boys (per log₁₀ µg/dL): 0.71 (0.34); p=0.04\*** <br> • **Slope girls (per log₁₀ µg/dL): 1.03 (0.34); p=0.003\*** |
| **Lamb et al. 2008** <br><br> Population-based prospective cohort; n=309 children (aged 1–10) years | Maternal PbB mean for towns of: <br> • Pristina: 5.60 <br> • Mitrovica: 20.56 | Height/BMI | Pristina (β coefficients per log µg/dL): <br> • Age 1 year: -0.61 (-2.24, 1.03) <br> • Age 10 years: -0.09 (-3.69, 3.52) <br> Mitrovica (β coefficients per log µg/dL): <br> • Age 1 year: -0.30 (-2.55, 1.96) <br> • Age 10 years: -2.87 (-6.21, 0.47) |
| **Little et al. 2009** <br><br> Cross-sectional study; n=360 children (aged 2–12 years) | Child PbB mean <br> • 1980 cohort: 23.6 <br> • 2002 cohort: 1.6 <br> • Pooled cohort PbB mean <br> not reported | Height | **β coefficient (cm per10 µg/dL PbB decrease): 2.1 (1.9, 2.3); p<0.0001\*** |
| | | Weight | **β coefficient (kg per 10 µg/dL PbB decrease): 1.9 (1.7, 2.1); p<0.0001\*** |
| | | BMI | **β coefficient (kg/m² per 10 µg/dL PbB decrease): 0.5 (0.4, 0.7); p<0.0001\*** |

**Table 2-43. Summary of Epidemiological Studies Evaluating Anthropometric Measurements in Infants and Children with Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL)[c] | Outcome evaluated | Result[d] |
|---|---|---|---|
| **Kim et al. 2017b**<br><br>Prospective longitudinal study;<br>n=280 children (18–27 months) | Umbilical cord, mean: 1.31<br>• All: 1.31 (0.06)<br>• Boys: 1.39 (0.09)<br>• Girls: 1.21 (0.07) | Weight | Regression coefficient β:<br>• 18 months: 0.897 (-0.171, 1.965); p=0.092<br>• **24 months: 0.717 (0.195, 1.239); p=0.009***<br>• 27 months: 0.316 (-0.345, 0.977); p=0.333 |
| | | Height | Regression coefficient β:<br>• 18 months: 0.909 (-0.222, 2.040); p=0.101<br>• 24 months: 0.138 (-0.530, 0.806); p=0.675<br>• 27 months: 0.354 (-0.497, 1.205); p=0.394 |
| | | BMI | Regression coefficient β:<br>• 18 months: 0.157 (-1.266, 1.580) p=0.806<br>• **24 months: 0.695 (0.077, 1.313); p=0.029***<br>• 27 months: 0.409 (-0.398, 1.216); p=0.300 |
| **Min et al. 2008b**<br><br>Cross-sectional study;<br>n=108 children (aged 5–13 years) | Child PbB mean: 2.4 | Height | **Regression coefficient cm per µg/dL (SE): -1.449 (0.639); p=0.026*** |
| | | Weight | Regression coefficient kg per µg/dL (SE): -0.646 (0.718); 0.370 |
| | | BMI | Regression coefficient kg/m² per µg/dL (SE): -0.006 (0.272); p=0.982 |
| | | Arm length | **Regression coefficient cm per µg/dL (SE): -1.804 (0.702); p=0.012*** |
| **Olivero-Verbel et al. 2007**<br><br>Cross-sectional study;<br>n=189 children (aged 5–9 years) | Child PbB mean: 5.53 | Height | Correlation coefficient: -0.224; p=0.002* |
| | | Weight | Correlation coefficient: -0.126; p=0.087 |
| **Raihan et al. 2018**<br><br>Cross-sectional study;<br>n=729 children (<2 years of age) | Mean (SD): 8.25 (3.64)<br>95% CI: 7.98, 8.51<br>"Normal" PbB: <5<br>"Elevated" PbB: ≥5 | Stunting[e] | **OR for PbB ≥5 µg/dL (compared to PbB <5 µg/dL): 1.78 (1.07, 2.99); p=0.028*** |
| | | Wasting[e] | OR for PbB ≥5 µg/dL (compared to PbB <5 µg/dL): 1.18 (0.64, 2.19); p=0.581 |
| | | Underweight[e] | **OR for PbB ≥5 µg/dL (compared to PbB <5 µg/dL): 1.63 (1.02, 2.61); p=0.043*** |

APPX ATT_V6_2568

## Table 2-43. Summary of Epidemiological Studies Evaluating Anthropometric Measurements in Infants and Children with Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]

| Reference and study population[b] | PbB (µg/dL)[c] | Outcome evaluated | Result[d] |
|---|---|---|---|
| **Renzetti et al. 2017**<br><br>Prospective study; n=513 mothers (children assessed at ages 4–6 years) | Maternal PbB (Gmean)<br>• 2nd trimester: 3.0 (0.8–17.8)<br>• 3rd trimester: 3.1 (0.3–28.3)<br>• At delivery: 3.5 (0.7–21.9)<br>• Umbilical cord: 2.8 (0.4–18.5) | BMI z-score | β coefficient for:<br>• 2nd trimester: 0.04 (-0.07, 0.15); p=0.51<br>• 3rd trimester: -0.01 (-0.12, 0.10); p=0.81<br>• At delivery: -0.03 (-0.08, 0.14); p=0.58<br>• Cord PbB: 0.05 (-0.08, 0.17); p=0.46 |
| | | Percentage body fat | β coefficient for:<br>• 2nd trimester: -0.13 (-0.75, 0.49); p=0.68<br>• 3rd trimester: -0.21 (-0.82, 0.41); p=0.52<br>• At delivery: -0.12 (-0.74, 0.50); p=0.70<br>• Cord PbB: 0.31 (-0.37, 0.99); p=0.37 |
| | | Weight-for-age z-score | β coefficient for:<br>• 2nd trimester: -0.02 (-0.13, 0.09); p=0.68<br>• **3rd trimester: -0.11 (-0.22, -0.003); p=0.04***<br>• At delivery: -0.03 (-0.13, 0.08); p=0.58<br>• Cord PbB: -0.03 (-0.15, 0.09); p=0.64 |
| | | Height-for-age z-score | β coefficient for:<br>• 2nd trimester: -0.04 (-0.13, 0.04); p=0.32<br>• **3rd trimester: -0.10 (-0.19, -0.01); p=0.03***<br>• At delivery: -0.04 (-0.13, 0.05); p=0.39<br>• Cord PbB: -0.04 (-0.14, 0.06); p=0.39 |
| **Schell et al. 2009**<br><br>Longitudinal cohort study; n=244 children (aged 3–12 months) | Maternal PbB mean: 2.8 | Length | Regression coefficients (SE):<br>• **6 months (cm per log µg/dL): 0.149 (0.076); p=0.05***<br>• 12 months (cm per log µg/dL): 0.073 (0.083); p=0.38 |
| | | Weight-for-age | Regression coefficients (SE):<br>• 6 months (kg per µg/dL): 0.013 (0.098); p=0.89<br>• 12 months (kg per µg/dL): 0.124 (0.107); p=0.25 |

APPX ATT_V6_2569

**Table 2-43. Summary of Epidemiological Studies Evaluating Anthropometric Measurements in Infants and Children with Mean Blood Lead Concentration (PbB) ≤10 μg/dL[a]**

| Reference and study population[b] | PbB (μg/dL)[c] | Outcome evaluated | Result[d] |
|---|---|---|---|
| Yang et al. 2013a<br>Cross sectional study;<br>n=246 children (aged 3–8 years) | Child PbB mean: 7.30 | Weight for length | Regression coefficients (SE):<br>• 6 months(per μg/dL): -0.158 (0.111); p=0.16<br>• 12 months (per μg/dL): 0.084 (0.111); p=0.45 |
| | | Head circumference | Regression coefficients (SE):<br>• **6 months (cm per μg/dL): -0.242 (0.094); p=0.01***<br>• **12 months (cm per μg/dL): -0.220 (0.109); p=0.05*** |
| | | Upper arm circumference | Regression coefficients (SE):<br>• 12 months (cm per μg/dL):-0.132 (0.114); p=0.25 |
| | | Height | **β coefficient(cm per μg/dL): -0.10; p=0.02*** |
| | | Weight | **β coefficient (kg per μg/dL): -0.14; p=0.01*** |
| | | BMI | β coefficient (kg/m² per μg/dL): -0.08;p=0.24 |

[a]See the *Supporting Document for Epidemiological Studies for Lead*, Table 13 for more detailed descriptions of studies.
[b]Participants had no known occupational exposure to Pb.
[c]Values are for maternal PbB, unless otherwise specified.
[d]Asterisk and bold indicate association with Pb; unless otherwise specified, values in parenthesis are 95% CIs; p-values <0.05 unless otherwise noted in the table.
[e]Stunting (defined as length-for-age z score <-2), wasting (defined as weight-for-length z-score <-2), and underweight (defined as weight-for-age z-score <-2)

BMI = body mass index; CI = confidence interval; Gmean = geometric mean; NS = not statistically significant; OR = odds ratio; Pb = lead; SD = standard deviation; SE = standard error

## Table 2-44. Summary of Epidemiological Studies Evaluating the Onset of Puberty in Children with Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]

| Reference and study population[b] | PbB (µg/dL)[c] | Outcome evaluated | Result[d] |
|---|---|---|---|
| **Onset of puberty in females** | | | |
| **Den Hond et al. 2011**<br>Cross-sectional study; n=792 girls (aged 14–15 years) | Median: 1.81 | Pubic hair development | OR: 0.65 (0.45, 0.93); p=0.020* |
| **Denham et al. 2005**<br>Cross-sectional study; n=138 girls (aged 10–16.9 years) | Mean: 0.49 | Attainment of menarche | β coefficient (SE) predicting likelihood of attaining menarche (per ln µg/dL): -1.29 (0.494); p=0.01* |
| **Gollenberg et al. 2010**<br>Cross-sectional study; n=705 girls (aged 6–11 years) | Median: 2.5<br>Tertiles<br>• T1: <1.0<br>• T2: 1–4.99<br>• T3: ≥5.00 | Inhibin B pubertal cutoff value | OR for exceeding pubertal cutoff value:<br>• T2 (OR): 0.38 (0.12, 1.15)*<br>• T3 (OR): 0.26 (0.11, 0.60)* |
| **Naicker et al. 2010**<br>Cross-sectional, longitudinal study; n=682 girls (aged 13 years) | Mean: 4.9 | Breast development | Trend analysis over ages 8–16 years: p<0.001* |
| | | Pubic hair development | Trend analysis over ages 8–16 years: p<0.001* |
| | | Attainment of menarche | Trend analysis over ages 8–16 years: p<0.001* |

APPX ATT_V6_2571

2. HEALTH EFFECTS

**Table 2-44. Summary of Epidemiological Studies Evaluating the Onset of Puberty in Children with Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL)[c] | Outcome evaluated | Result[d] |
|---|---|---|---|
| **Selevan et al. 2003**<br><br>Cross-sectional study;<br>n=2,186 girls (aged 8–18 years) | Gmean<br>• NHW: 1.4<br>• NHAA: 2.1<br>• MA: 1.7 | Breast development | • NHW OR: 0.82 (0.47, 1.42)<br>• **NHAA OR: 0.64 (0.42, 0.97); p<0.05***<br>• **MA OR: 0.76 (0.63, 0.91); p<0.05*** |
| | | Pubic hair development | • NHW OR: 0.75 (0.37, 1.51)<br>• **NHAA OR: 0.62 (0.41, 0.96); P<0.05**<br>• **MA OR: 0.70 (0.54, 0.91); p<0.05** |
| | | Age of menarche | • NHW HR: 0.74 (0.55, 1.002)<br>• **NHAA HR: 0.78 (0.63, 0.98); p<0.05 (age at menarche delayed 3.6 months)***<br>• MA HR: 0.90 (0.73, 1.11) |
| **Wolff et al. 2008**<br><br>Cross-sectional study; n=192 girls (aged 9 years) | Median: 2.4 | Breast development | PR for breast stage ≥2 versus stage 1: 1.01 (0.79, 1.30) |
| | | Pubic hair development | PR for pubic hair stage ≥2 versus stage 1: 1.25 (0.83, 1.88) |
| **Wu et al. 2003b**<br><br>Cross-sectional study;<br>n=1,706 girls (aged 8–16 years) | Mean: 2.5<br>Tertiles:<br>• T1: 0.7–2.0 (reference)<br>• T2: 2.1–4.9<br>• T3: 5.0–21.7 | Breast development | • OR for T2: 1.51 (0.90, 2.53)<br>• OR for T3: 1.20 (0.51, 2.85) |
| | | Pubic hair development | • **OR for T2: 0.48 (0.25, 0.92)***<br>• **OR for T3: 0.27 (0.08, 0.93)*** |
| | | Attainment of menarche | • **OR for T2: 0.42 (0.18, 0.97)***<br>• **OR for T3: 0.19 (0.08, 0.43)*** |

APPX ATT_V6_2572

**Table 2-44. Summary of Epidemiological Studies Evaluating the Onset of Puberty in Children with Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL)[c] | Outcome evaluated | Result[d] |
|---|---|---|---|
| **Onset of puberty in males** | | | |
| **Den Hond et al. 2011**<br><br>Cross-sectional study; n=887 boys (aged 12–15 years) | Median: 2.50 | Onset of puberty | No association between PbB and the onset of puberty (specific data not reported) |
| **Hauser et al. 2008**<br><br>Cross-sectional study; n=489 peripubertal boys (aged 8–9 years) | Median: 3 | Genitalia development | OR for having entered genitalia stage G2 for PbB ≥5 compared to PbB <5: 0.57 (0.34, 0.95); p=0.03* |
| **Williams et al. 2010**<br><br>Longitudinal cohort; n=489 peripubertal boys (aged 8–9 years) | Median: 3 | Testicular volume | HR for testicular volume <3 mL for PbB ≥5 µg/dL compared to PbB <5 µg/dL: 0.73 (0.55, 0.97); p=0.03* |
| | | Genitalia stage | HR for having entered genitalia stage G2 for PbB ≥5 µg/dL compared to PbB <5 µg/dL: 0.76 (0.59, 0.98); p=0.04* |
| | | Pubic hair stage | HR for having entered pubic hair stage G2 for PbB ≥5 µg/dL compared to PbB <5 µg/dL: 0.69 (0.44, 1.07); p=0.10 |

APPX ATT_V6_2573

2. HEALTH EFFECTS

**Table 2-44. Summary of Epidemiological Studies Evaluating the Onset of Puberty in Children with Mean Blood Lead Concentration (PbB) ≤10 µg/dL[a]**

| Reference and study population[b] | PbB (µg/dL)[c] | Outcome evaluated | Result[d] |
|---|---|---|---|
| **Williams et al. 2019**<br><br>Longitudinal cohort; n=481 boys (enrolled at ages 8–9 years) | Median: 3 | Onset of puberty | **Difference in age (shift in mean age in months) (95% CI) for PbB ≥5 µg/dL compared to PbB, based on:**<br>• **Genitalia: 8.40 (3.70, 13.10); p<0.001***<br>• **Pubic hair: 8.12(3.46, 12.78); p<0.001***<br>• **Testicular volume: 7.68 (3.46, 11.90); p<0.001*** |
| | | Onset of sexual maturity | **Difference in age (shift in mean age in months) (95% CI) for PbB ≥5 µg/dL compared to PbB, based on:**<br>• **Genitalia: 4.20 (0.56, 7.84); p=0.024***<br>• Pubic hair: 4.23 (-0.31, 8.77); p=0.068<br>• **Testicular volume: 5.14 (1.70, 8.58); p=0.003*** |

[a]See the *Supporting Document for Epidemiological Studies for Lead*, Table 13 for more detailed descriptions of studies.
[b]Participants had no known occupational exposure to Pb.
[c]Values are for maternal PbB, unless otherwise specified.
[d]Asterisk and bold indicate association with Pb; unless otherwise specified, values in parenthesis are 95% CIs; p-values <0.05 unless otherwise noted in the table

CI = confidence interval; Gmean = geometric mean; HR = hazard ratio; MA = Mexican Americans; NHW = Non-Hispanic whites; NHAA = Non-Hispanic African Americans; OR = odds ratio; Pb = lead; PR = prevalence ratio; SE = standard error

APPX ATT_V6_2574

LEAD

246

2. HEALTH EFFECTS

***Associations Between Bone Pb and Birth Outcome and Postnatal Growth.*** Studies evaluating associations between maternal bone Pb and birth outcome (birth weight and length, head circumference) and postnatal growth (infant and child weight gain) are summarized in Table 2-45. Studies were conducted in mother-infant/child pairs residing in Mexico City. Maternal tibia Pb was inversely associated with birth weight (Cantonwine et al. 2010; González-Cossío; Kordas et al. 2009), birth length (Hernandez-Avila et al. 2002), and head circumference (Hernandez-Avila et al. 2002; Kordas et al. 2009). Maternal patella Pb was associated with decreased head circumference (Hernandez-Avila et al. 2002), but not birth weight (Afeiche et al. 2011; González-Cossío) or birth length (Hernandez-Avila et al. 2002). Infant weight gain measured at 1 month of age was inversely associated with maternal patella Pb, but not maternal tibia Pb (Sanin et al. 2001); no associations between maternal tibia or patella Pb were observed from birth to 12 months of age (Afeiche et al. 2011). Maternal patella Pb was inversely associated with weight gain in girls, but not boys, at 5 years of age; however, no associations were observed for maternal tibia Pb for boys or girls. In contrast, no associations were observed in a prospective study examining the relationships between maternal patella or tibia Pb (measured 1 month postpartum) and BMI, percent body fat, weight-for-age score, or height-for-age score in children ages 4–6 years (Renzetti et al. 2017). Taken together, results of these studies provide evidence that long-term maternal Pb exposure is inversely associated with infant size and post-natal growth.

### Table 2-45. Associations Between Maternal Bone Pb and Birth Outcome and Postnatal Growth

| Reference | Population[a] | Effect | | | | |
| | | Birth weight | Birth length | Head circumference | Infant weight gain | Child weight gain |
|---|---|---|---|---|---|---|
| Afeiche et al. 2011 | Mother-infant pairs (522 boys; 477 girls) | 0 T (M, F) 0 P (M, F) | – | – | 0 T (M, F)[b] 0 P (M, F)[b] | 0 T (M, F) 0 P (M) ↓ P (F)[c] |
| Cantonwine et al. 2010 | 538 mother-infant pairs | ↓ T | – | – | – | – |
| Gonzalez-Cossio et al. 1997 | 272 mother-infant pairs | ↓ T 0 P | – | – | – | – |
| Hernandez-Avila et al. 2002 | 223 mother-infant pairs | – | ↓ T 0 P | ↓ T ↓ P | – | – |
| Kordas et al. 2009 | 474 mother-infant pairs | ↓ T | 0 T | ↓ T | – | – |

**Table 2-45.  Associations Between Maternal Bone Pb and Birth Outcome and Postnatal Growth**

| Reference | Population[a] | Effect | | | | |
|---|---|---|---|---|---|---|
| | | Birth weight | Birth length | Head circumference | Infant weight gain | Child weight gain |
| Renzetti et al. 2017 | 424 (P) and 430 (T) mother-child pairs | – | – | – | – | 0 T[d] 0 P[d] |
| Sanin et al. 2001 | 329 mother-infant pairs | – | – | – | 0 T[e] ↓ P[e] | – |

[a]From Mexico City.
[b]Measured from birth to 12 months of age.
[c]Measured at 5 years of age.
[d]Measured at 4–6 years; assessments included BMI, percentage body fat, weight-for-age, and height-for-age.  No associations between maternal Pb and any of the assessments were observed.
[e]Measured at 1 month of age.

↓ = inverse association; 0 = no association; – = not reported; F = female; M = male; P = patella; Pb = lead; T = tibia

*Mechanisms of Action.*  General mechanisms of toxicity of Pb (reviewed in Section 2.21) are likely involved in adverse development effects.  EPA (2014c) specifically noted that delayed puberty may result from alterations in pulsatile release of sex hormones and that insulin-like growth factor 1 (IGF-1) may play a role in this effect.  Pb is distributed to the fetus and has been measured in umbilical cord blood, placenta, and follicular fluid (See Section 3.1.2, Toxicokinetics, Distribution), providing a toxicokinetic mechanism for direct exposure of the fetus.

## 2.19  CANCER

*Overview.*  Numerous epidemiological studies have investigated associations between Pb exposure and cancer.  Studies include exposure of workers and general populations, with many studies reporting PbB.  In most studies, mean PbBs in these studies are <10 µg/dL.  Although studies provide limited evidence of carcinogenicity of Pb in humans, results are inconsistent and interpretation may be limited due to confounding factors.

Many studies of occupational cohorts and cancer risks do not report PbB data.  These studies have reported associations between occupational exposure to Pb and cancer, including overall cancer mortality and cancers of the lung, brain, stomach, kidney, and bladder.  However, results are inconsistent and interpretation may be limited due to confounding factors.

The following cancers have been associated with PbB:

- ≤10 µg/dL:
  - Increased risk of all cancer; evaluated in multiple studies with mixed results.
  - Increased risk of lung cancer; evaluated in multiple studies with mixed results.
- >10 µg/dL:
  - Increased risk of all cancer; evaluated in multiple studies with mixed results.
  - Increased risk of respiratory tract cancers (bronchus, trachea, lung); evaluated in multiple studies with mixed results.
  - Increased risk of stomach cancer; evaluated in multiple studies with mixed results.
  - Increased risk of intestinal cancer.
  - Increased risk of cancer of the larynx.
  - Increased risk of glioma.

***Carcinogenicity Classifications of Pb and Pb Compounds.*** IARC has classified inorganic Pb compounds as probably carcinogenic to humans (Group 2A) based on sufficient evidence in animals and limited evidence in humans; evidence for organic Pb compounds was considered to be inadequate in humans and animals (IARC 2006). The National Toxicology Program 14th Report on Carcinogens classified Pb and Pb compounds as reasonably anticipated to be human carcinogens (NTP 2016). As the basis of the Group 2A classification for inorganic Pb compounds, IARC (2006) cited multiple animal studies showing kidney cancer following chronic oral and parenteral exposure (Azar et al. 1973; Balo et al. 1965; Fears et al. 1989; Kasprzak et al. 1985; Koller et al. 1985; Van Esch and Kroes 1969; Zawirska 1981; Zollinger 1953), renal tubular adenoma in offspring of mice exposed during gestation and lactation (Waalkes et al. 1995), and brain gliomas following oral exposure of rats (Zawirska 1981; Zawirska and Medras 1972). For epidemiological studies of occupational cohorts, IARC (2006) noted limited evidence of carcinogenicity of the lung, stomach, kidney, and brain/nervous system, although studies yielded inconsistent results, and interpretation of results was compromised due to potential confounding factors (e.g., smoking, occupational exposure to other carcinogens such as arsenic).

***Confounding Factors and Effect Modifiers.*** Numerous factors can influence results of epidemiological studies evaluating associations between Pb exposure and cancer, including smoking status, family history of cancer, and co-exposure to other carcinogens. Failure to account for these factors may attenuate or strengthen the apparent associations between Pb exposure and the outcome, depending on the direction of

the effect of the variable on the outcome. For example, many occupational studies include smelters where exposure to arsenic and other carcinogenic metals (e.g., cadmium) can be correlated with exposure to Pb. Exposures to Pb occur throughout the lifetime and a cross-sectional evaluation of PbB may not adequately represent the exposure history of the individual.

***Measures of Exposure.*** Numerous studies evaluating cancer in general populations and Pb-exposed workers report PbB as a measure of exposure. A few studies measured exposure by bone Pb concentrations, cumulative blood Pb index, or cumulative exposure (Bhatti et al. 2009; Englyst et al. 2001; Ionescu et al. 2007; Rajaraman et al. 2006); however, these studies did not report PbB.

***Characterization of Effects.*** Numerous epidemiological studies have assessed associations between PbB and cancer. Studies of general populations and workers are briefly summarized in Table 2-46. Studies of general populations include large cross-sectional studies (n=5,482–13,946) of NHANES participants (Cheung et al. 2013; Jemal et al. 2002; Menke et al. 2013; Schober et al. 2006). Mean PbBs in most studies are <10 µg/dL, although in some studies that stratify by PbB, the highest exposure categories are >10 µg/dL (Jemal et al. 2002; Kelly et al. 2013; Schober et al. 2006). Results of two studies with PbB <10 µg/dL show increased risks of all cancer and of lung cancer (Cheung et al. 2013; Schober et al. 2006), although other studies show no increases in cancer risk (Jemal et al. 2002; Khalil et al. 2009; Kelly et al. 2013; Menke et al. 2013; Santibanez et al. 2008; Wiesskopf et al. 2009). Results of occupational exposure studies are mixed and do not establish a pattern of effects of exposure-response relationships. PbBs in these studies generally are >40 µg/dL. Studies have reported associations between PbB and all cancers (Anttila et al. 1995; Lundstrom et al. 1997; Lustberg and Silbergeld 2002; McElvenny et al. 2015; Wong and Harris et al. 2000), cancers of the bronchus, trachea, and lung (Anttila et al. 1995; Barry and Steenland 2019; Chowdhury et al. 2014; Kim et al. 2015; Lundstrom et al. 1997; McElvenny et al. 2015; Steenland and Boffetta 2000; Steenland et al. 2017, 2019), cancer of the larynx (Barry and Steenland 2019; Chowdhury et al. 2014; Steenland et al. 2019), esophageal cancer (Steenland et al. 2019), stomach cancer (Cooper et al. 1985; Steenland and Boffetta 2000; Steenland et al. 2017, 2019; Wong and Harris et al. 2000), intestinal or rectal cancer (Kim et al. 2015; Steenland et al. 2019), bladder cancer (Steenland et al. 2017), and gliomas (Anttila et al. 1996).

Many studies of occupational cohorts with high exposure to Pb and cancer risks do not report PbB data (Bertazzi and Zocchetti 1980; Bhatti et al. 2009; Cocco et al. 1994, 1997, 1998a, 1998b, 1999a, 1999b; Davies 1984a, 1984b; Dingwall-Fordyce and Lane 1963; Fayerweather et al. 1997; Hu et al. 1999; Jones et al. 2007; Kauppinen et al. 1992; Lin et al. 2009; McElroy et al. 2008; Michaels et al. 1991; Pan et al.

## Table 2-46. Summary of Epidemiological Studies Evaluating Cancer Endpoints and Blood Lead Concentration (PbB)

| Reference and study population | PbB (µg/dL) | Cancer outcomes | Effects[a] |
|---|---|---|---|
| **General population** | | | |
| Cheung et al. 2013<br><br>Cross-sectional study; n=3,482 (NHANES III) | Mean (SE): 4.44 (0.14) | All cancer<br><br>Lung cancer | **OR: 1.071 (1.036, 1.106)***<br><br>**OR: 1.090 (1.054, 1.127)*** |
| Jemal et al. 2002<br><br>Cross-sectional study; n=3,592 (NHANES II, age 6 months–74 years) | Quartiles:<br>• Q1: ≤9.8<br>• Q2: 9.9–12.9<br>• Q3: 13.0–16.9<br>• Q4: ≥17.0 | All cancer | Adjusted RR Q4: 1.50 (0.75, 3.01) |
| Khalil et al. 2009<br><br>Prospective cohort study; n=532 women (age 65–87 years) | Mean: 5.3<br>• <8 (n=453)<br>• ≥8 (n=79) | All cancer | Adjusted HR PbB ≥8 (versus <8): 1.64 (0.73, 3.71) |
| Kelly et al. 2013<br><br>Nested case-control study; n=194 cases NHL; 76 cases MM; and 270 controls (mean age 53.08 years) | Mean (range)<br>• Males: 6.18 (1.54, 67.2)<br>• Females: 5.27 (1.1, 40.1)<br>Quartiles<br>• Q1: 1.5423–3.986<br>• Q2: 3.9504–5.8763<br>• Q3: 5.8832–8.7218<br>• Q4: 8.7531–40.0843 | NHL<br><br><br>MM | OR Q4: 0.93 (0.43, 2.02)<br>p-trend=0.849<br><br>OR Q4: 1.63 (0.45, 5.94)<br>p-trend=0.533 |
| Menke et al. 2006<br><br>Cross-sectional study; n=13,946 (NHANES 1988–1994; mean age 44.4 years) | Mean: 2.58<br>Tertiles:<br>• T1: <1.93<br>• T2: 1.94–3.62<br>• T3: ≥3.62 | All cancer | Adjusted OR<br>• T2: 0.72 (0.46, 1.12); p-trend=0.130<br>• T3: 1.10 (0.82, 1.47); p-trend=0.101 |
| Santibanez et al. 2008<br><br>Case-control study; n=185 esophageal cancer patients; 285 controls (age 30–80 years) | Low: ≤4.9<br>High: >4.9 | Esophageal | Adjusted OR<br>• Low: 0.79 (0.43, 1.46)<br>• High: 1.69 (0.57, 5.03) |

APPX ATT_V6_2579

2. HEALTH EFFECTS

**Table 2-46.  Summary of Epidemiological Studies Evaluating Cancer Endpoints and Blood Lead Concentration (PbB)**

| Reference and study population | PbB (µg/dL) | Cancer outcomes | Effects[a] |
|---|---|---|---|
| **Schober et al. 2006**<br>Cross-sectional study; n=9,757 (NHANES III; age ≥40 years) | Tertiles<br>• T1: <5 (mean 2.6)<br>• T2: 5–9 (mean 6.3)<br>• T3: >10 (mean 11.8) | All cancer | Adjusted RR<br>• **T2: 1.44 (1.12, 1.86)***<br>• **T3: 1.69 (1.14, 2.52)***<br>• **p-trend<0.01*** |
| **Weisskopf et al. 2009**<br>Prospective study; n=868 men (Normative Aging Study; age 21–80 years) | Mean (SD): 5.6 (3.4)<br>Tertiles:<br>• T1: <4<br>• T2: 4–6<br>• T3: >6 | All cancer | **Adjusted HR T3: 0.48 (0.25–0.91)***;<br>**p-trend=0.02** |
| **Workers** | | | |
| **Anttila et al. 1995**<br>Cross-sectional study; n=20,700 workers (age 30–74 years) | Tertiles:<br>• T1: 0–18.6<br>• T2: 20.7–39.4<br>• T3: 41.1–161.6 | All cancer<br><br>Lung, trachea | **SMR T2: 1.4 (1.1, 1.8)***<br>SMR T3: 1.2 (0.9, 1.8)<br>**SMR T2: 2.0 (1.2, 3.2)***<br>SMR T3: 1.5 (0.8, 2.1) |
| **Anttila et al. 1996**<br>Cross-sectional study; n=20,741 workers (age 18–74 years) | Tertiles:<br>• T1: 2.1–14.5<br>• T2: 16.6–26.9<br>• T3: 29.0–89.1 | All nervous system cancers<br><br>Glioma | Adjusted OR T3: 2.2 (0.7, 6.6)<br>p-trend=0.17<br>**Adjusted OR T3: 11 (1.0, 626)***<br>**p-trend: 0.037** |

APPX ATT_V6_2580

**Table 2-46. Summary of Epidemiological Studies Evaluating Cancer Endpoints and Blood Lead Concentration (PbB)**

| Reference and study population | PbB (µg/dL) | Cancer outcomes | Effects[a] |
|---|---|---|---|
| **Barry and Steenland 2019** | Quartiles | Colon | HR Q4: 1.19 (0.54, 2.61) |
| Retrospective study; n=58,368 male workers (follow-up of Chowdhury et al. 2014) | • Q1: 0–<5 | Esophagus | HR Q4: 0.97 (0.43, 2.20) |
| | • Q2: 5–<25 | Kidney | HR Q4: 0.92 (0.32, 2.58) |
| | • Q3: 25–<40 | Liver | HR Q4: 1.53 (0.79, 2.99) |
| | • Q4: ≥40 | Lung | **HR Q2: 1.61 (1.04, 2.48)*** |
| | | | **HR Q3: 2.03 (1.34, 3.10)*** |
| | | | **HR Q4: 2.92 (1.91, 4.46)*** |
| | | | **p-trend: <0.01*** |
| | | Stomach | HR Q4: 0.64 (0.22, 1.82) |
| | Tertiles: | Brain | HR Q4: 1.49 (0.71, 3.12) |
| | • T1: 0–<25 | Bladder | HR Q4: 1.71 (0.83, 3.55) |
| | • T2: 25–<40 | Larynx | **HR Q4: 3.42 (1.29, 9.09)*** |
| | • T4: ≥40 | Non-Hodgkin's lymphoma | HR Q4: 1.60 (0.85, 3.01) |
| | | Pancreas | HR Q4: 1.15 (0.72, 1.85) |
| | | Rectal | HR Q4: 2.06 (0.87, 4.84) |
| **Chowdhury et al. 2014** | Quartiles | Lung | **SMR Q4: 1.20 (1.03, 1.39)*** |
| Survey study/cross-sectional study; n=58,368 male workers (mean age 38.9 years) | • Q1: 0–<5 | Brain | SMR Q4: 0.83 (0.41, 1.49) |
| | • Q2: 5–<25 | Kidney | SMR Q4: 0.72 (0.33, 1.37) |
| | • Q3: 25–<40 | Stomach | SMR Q4: 0.92 (0.44, 1.69) |
| | • Q4: ≥40 | Esophagus | SMR Q4: 0.65 (0.32, 1.16) |
| | | Larynx | **SMR Q4: 2.11 (1.05, 3.77)*** |
| | | Bladder | SMR Q4: 0.70 (0.28, 1.45) |
| **Cooper et al. 1985** | Mean | All cancer | Battery PMR: 1.06 (0.96, 1.16) |
| Cohort study; n=4,519 battery workers; 2,300 smelters | • Battery (n=1,326): 62.7 | | Smelters PMR: 1.02 (0.87, 1.19) |
| | • Smelters (n=537): 79.7 | Stomach | **Battery PMR: 1.54 (1.11, 2.15)*** |
| | | | Smelters PMR: 1.03 (0.75, 1.42) |
| | | Large intestine | Battery PMR: 0.98 (0.69, 1.40) |
| | | | Smelters PMR: 1.19 (0.62, 2.28) |

**Table 2-46. Summary of Epidemiological Studies Evaluating Cancer Endpoints and Blood Lead Concentration (PbB)**

| Reference and study population | PbB (µg/dL) | Cancer outcomes | Effects[a] |
|---|---|---|---|
| | | Larynx | Battery PMR: 1.19 (0.54, 2.65) Smelters PMR (95% CI): 1.06 (0.27, 4.21) |
| | | Bronchus, trachea, lung | Battery PMR: 1.16 (0.97, 1.39) Smelters PMR: 1.13 (0.84, 1.51) |
| | | Brain and other CNS | Battery PMR: 1.09 (0.55, 2.18) Smelters PMR: 0.97 (0.32, 3.01) |
| **Kim et al. 2015** Cross-sectional study; n=81,067 inorganic Pb workers (54,788 males; 26,279 females; age 20–≤50 years) | Mean (SD) • Males: 8.8 (8.5) • Females 5.8 (5.4) Tertiles: • T1: <10 • T2: 10–20 • T3: >20 | All cancer | Males: RR T3: 0.95 (0.56, 1.61) Females RR T3: 1.68 (0.40, 7.13) |
| | | Stomach | Males: RR T3: 0.80 (0.23, 2.71) Females RR T2: 1.82 (0.20, 16.36) Females T3: no cases |
| | | Colo-rectal | Males: RR T3: 1.86 (0.35, 9.79) **Females RR T2: 13.42 (1.21, 149.4)*; p<0.05** Females T3: no cases |
| | | Liver | Males: RR T3: 1.72 (0.72, 4.14) Females T2 RR: 0.83 (0.10, 6.56) Females T3: no cases |
| | | Bronchus, lung | Males: RR T3: 0.46 (0.10, 2.01) **Females RR T2: 10.45 (1.74, 62.93)*; p<0.05** **Females RR T3: 12.68 (1.69, 147.86)*; p<0.05** |
| **Lundstrom et al. 1997** Cross-sectional study; n=3979 workers | Mean: • In 1950: 62.2 • In 1987: 33.2 | All cancer | **SMR: 1.2 (1.0, 1.5)*** |
| | | Lung | **SMR: 2.8 (2.0, 3.8)*** |
| **Lundstrom et al. 2006** Nested case-referent study; 3,979 smelter workers | Peak: Cases (n=40): 49.7 Referents (n=114): 55.9 | Lung | OR: 0.93 (0.60, 1.44) |

APPX ATT_V6_2582

**Table 2-46. Summary of Epidemiological Studies Evaluating Cancer Endpoints and Blood Lead Concentration (PbB)**

| Reference and study population | PbB (µg/dL) | Cancer outcomes | Effects[a] |
|---|---|---|---|
| **Lustberg and Silbergeld 2002** Cross-sectional study; n=4,292; age 30–74 years (NHANES II) | Tertiles: <br>• T1 (n=818): <10 <br>• T2 (n=2,735): 10–19 <br>• T3 (n=637): 20–29 | All cancer (rate ratio) | RR T2: 1.46 (0.87, 2.48) <br>**RR T3: 1.68 (1.02, 2.78)*** |
| **McElvenny et al. 2015** Cohort study; n=9,122 workers; mean age 29.2 years | Mean (SD): 44.3 (22.7) Range: 2.3–321.5 | All cancer | **SMR: 1.13 (1.07, 1.20)*** |
| | | Esophagus | SMR: 1.05 (0.78, 13.8) |
| | | Stomach | SMR: 1.11 (0.86, 1.43) |
| | | Colon | SMR: 0.98 (0.77, 1.26) |
| | | Kidney | SMR: 1.30 (0.91, 1.86) |
| | | Bladder | SMR: 0.95 (0.67, 1.35) |
| | | Bronchus, trachea, lung | **SMR: 1.42 (1.29, 1.57)*** |
| | | Brain | SMR: 0.92 (0.61, 1.38) |
| **Selevan et al. 1985** Retrospective cohort study; n=1,987 male workers | Mean: 56.3 | All cancer | SMR: 0.95 (0.78, 1.14) |
| | | Digestive organs | SMR: 0.77 (0.52, 1.10) |
| | | Respiratory system | SMR: 1.11 (0.80, 1.51) |
| | | Kidney | SMR: 2.04 (0.75, 4.44) |
| | | Bladder | SMR: 1.44 (0.53, 3.14) |
| **Steenland and Boffetta 2000** Meta-analysis; data from eight studies on Pb workers; n=36,027 workers | Range of study means: 26–80 | Lung | **RR: 1.14 (1.04, 1.25)*** |
| | | Stomach | **RR: 1.34 (1.14, 1.57)*** |
| | | Brain | RR: 1.06 (0.81, 1.40) |
| **Steenland et al. 1992** Cohort study (same cohort as Selevan et al. 1985); n=1,990 male smelter workers | Mean: 56.3 | All Cancer | SMR: 0.98 (0.84, 1.12) |
| | | Colon | SMR: 0.48 (0.22, 0.90) |
| | | Lung | SMR: 1.18 (0.92, 1.48) |
| | | Kidney | SMR: 1.93 (0.88, 3.67) |

## Table 2-46.  Summary of Epidemiological Studies Evaluating Cancer Endpoints and Blood Lead Concentration (PbB)

| Reference and study population | PbB (µg/dL) | Cancer outcomes | Effects[a] |
|---|---|---|---|
| **Steenland et al. 2017**<br>Cohort study; n=88,000 Pb workers | Median: 26 | Bladder (>40 µg/dL) | **HR: 1.86 (1.04, 3.33)*** |
| | | Kidney (>40 µg/dL) | HR: 1.21 (0.74, 1.97) |
| | | Larynx (>40 µg/dL) | **HR: 2.69 (1.07, 6.76)*** |
| | | Lung (20–<30 µg/dL) | **HR: 1.39 (1.19, 1.64)*** |
| | | Stomach (20–<40 µg/dL) | **HR: 1.62 (1.13, 2.32)*** |
| **Steenland et al. 2019**<br>Cohort study; n=29,874 Pb workers | Median: 29 | Brain (>40 µg/dL) | HR: 1.71 (0.94, 3.12) |
| | | Bladder (>40 µg/dL) | HR: 1.24 (0.87, 1.75) |
| | | Esophagus (30–39 µg/dL) | **HR: 2.00 (1.08, 3.71)*** |
| | | Kidney (>40 µg/dL) | HR: 1.00 (0.66, 1.51) |
| | | Larynx (>40 µg/dL) | HR: 1.92 (0.94, 3.91) |
| | | Lung (20–29 µg/dL) | **HR: 1.39 (1.17, 1.65)*** |
| | | Rectum (>40 µg/dL) | **HR: 1.49 (1.03, 2.17)*** |
| | | Stomach (20–29 µg/dL) | **HR: 1.55 (1.10, 2.18)*** |
| **Wong and Harris et al. 2000**<br>Cohort study; n=4,519 battery workers; 2,300 smelters (same cohort as Cooper et al. 1985) | Mean:<br>• All workers: 64.0<br>• Battery workers: 62.7<br>• Smelters: 79.7 | All cancer | **SMR: 1.045 (1.012, 1.080)*** |
| | | Stomach | **SMR: 1.474 (1.125, 1.898)*** |
| | | Large intestine | SMR: 0.994 (0.789, 1.235) |
| | | Bronchus, trachea, lung | SMR: 1.164 (1.039, 1.299) |
| | | Kidney | SMR: 0.636 (0.339, 1.087) |
| | | CNS | SMR: 0.748 (0.419, 1.234) |

[a]Asterisk and bold indicate association with Pb; unless otherwise specified, values in parenthesis are 95% CIs; p-values <0.05 unless otherwise noted in the table.

CI = confidence interval; CNS = central nervous system; HR = hazard ratio; MM = multiple myeloma; NHANES = National Health and Nutrition Examination Survey; NHL = non-Hodgkin's lymphoma; OR = odds ratio; Pb = lead; PMR = proportionate mortality ratio; RR = rate ratio or relative ratio; SD = standard deviation; SE = standard error; SMR = standard mortality ratio

2. HEALTH EFFECTS

2011; Partanen et al. 1991; Pesch et al. 2000; Rajaraman et al. 2006; Risch et al. 1988; Rousseau et al. 2007; Sankila et al. 1990; Sheffet et al. 1982; Siemiatycki 1991; Sweeney et al. 1986; van Wijngaarden and Dosemeci 2006; Wingren and Englander 1990). Although results of these studies are mixed and interpretation may be limited due to confounding factors, associations have been reported between occupational exposure to Pb and cancer, including overall cancer mortality and cancers of the lung, brain, stomach, kidney, and bladder.

***Mechanisms of Action.*** Numerous mechanisms for Pb-induced carcinogenicity have been proposed (EPA 2014c); however, it is likely that a combination of mechanisms, rather than a single mechanism, is involved. Although Pb is considered to be only weakly mutagenic, it has been shown to produce DNA damage (single and double strand breaks), sister chromatid exchanges (SCEs), chromosome aberrations, micronuclei (MN) formation, and cytogenetic damage. Epigenetic mechanisms (e.g., changes in gene expression in the absence of changes to DNA), post-translational alterations to protein structure, and immune modulation of tumorigenesis in response to Pb-induced ROS oxidative damage and inflammation have also been proposed as possible mechanisms involved in Pb-induced carcinogenesis.

## 2.20  GENOTOXICITY

The genotoxicity of Pb has been studied in Pb workers and the general population, in *in vivo* animal models, and *in vitro* cultures of microorganisms and mammalian cells. For the following discussions, data from epidemiological studies on genotoxicity were obtained from the primary literature. Information on *in vitro* studies and *in vivo* animal studies was taken from comprehensive reviews of Pb genotoxicity (EPA 2014c; Garcia-Leston et al. 2010; IARC 2006; NTP 2003).

### Epidemiological Studies

***Overview.*** Epidemiological studies have examined genotoxic effects associated with Pb exposure in adults (general populations and workers) and children. Most studies were conducted in small populations of workers. Numerous studies with PbB ≥10 µg/dL report associations for exposure to Pb and genotoxic endpoints (gene mutation, DNA damage, SCE, MN formation, and DNA methylation), although some inverse associations have been reported. Few epidemiology studies have evaluated genotoxicity at PbB ≤10 µg/dL.

APPX ATT_V6_2585

2. HEALTH EFFECTS

The following genotoxic effects have been associated with PbB:

- ≤10 µg/dL:
  - Gene mutation.
  - DNA damage; evaluated in a few studies with mixed results.
  - DNA methylation; positive results, corroborated in a few studies.
- >10 µg/dL:
  - DNA damage; corroborated in numerous studies.
  - Decreased telomere length.
  - Chromosomal aberrations; evaluated in numerous studies with mainly positive results.
  - Sister chromatid exchange; evaluated in numerous studies with mainly positive results.
  - Micronuclei formation; evaluated in numerous studies with mainly positive results.
  - DNA methylation.

*Measures of Exposure.*  Studies evaluating the association between genotoxic effects and Pb exposure typically evaluate exposure by measurement of PbB.

*Confounding Factors and Effect Modifiers.*  Most epidemiological studies evaluating genotoxic effects were conducted in worker populations.  Therefore, potential co-exposure to other genotoxic compounds (such as arsenic) could occur, complicating interpretation of results.  In addition, many studies were conducted in small populations (n<100).  Variable outcomes of genotoxicity studies in human populations may derive from the influence of experimental variables that may act as confounders, such as duration and route of Pb exposure, cell culturing time following the exposure, smoking habits, and simultaneous exposure to other toxic agents that could act by modifying the genotoxic response of the cells to Pb exposure and similarly, modifying the results of the studies (García-Lestón et al. 2010).

*Characterization of Effects.*  General trends for studies demonstrating associations between PbB and genotoxic effects are shown in Table 2-47.  Additional study details are provided in the *Supporting Document for Epidemiological Studies for Lead,* Table 14.  Although few studies have evaluated genotoxic effects at PbB ≤10 µg/dL (see discussion below), numerous studies in adult workers with mean PbBs ranging from 20 to >50 µg/dL provide evidence of increased DNA damage, chromosomal aberrations, SCEs, and MN.  One study reported decreased telomere length in workers (Pawlas et al. 2016).  A few studies in workers reported negative findings for chromosomal aberrations (Anwar and Kamal 1988; Bulsma and DeFrance 1976; Mäki-Paakkanen et al. 1981; Schwanitz et al. 1975) and SCEs

2. HEALTH EFFECTS

(Grandjean et al. 1983; Mäki-Paakkanen et al. 1981); however, positive results for these endpoints were reported in other studies at similar PbBs.

**Table 2-47. Overview of Epidemiology Studies Evaluating Genotoxicity Associated with Chronic Exposure to Lead (Pb)**

| Mean PbB (µg/dL) | Effects associated with Pb exposure | References |
|---|---|---|
| ≤10 | Gene mutation | Van Larebeke et al. 2004 |
| | DNA damage/repair | Akram et al. 2019; Jasso-Pineda et al. 2012; |
| | Decreased telomere length | Pawlas et al. 2015 |
| | MN | Mielzynska et al. 2006; Wu et al. 2017 |
| | DNA methylation | Hanna et al. 2012; Li et al. 2016b; Pilsner et al. 2009 |
| >10–30 | DNA damage/repair | Chinde et al. 2014; Danadevi et al. 2003; Dobrakowski et al. 2017; Jannuzzi and Alpertunga 2016; Kašuba et al. 2012; Kayaalti et al. 2015b; Méndez-Gómez et al. 2008; Shaik and Jamil 2009 |
| | Chromosomal aberrations | Pinto et al. 2000 |
| | SCE | Anwar and Kamal 1988; Pinto et al. 2000 |
| | MN | Chinde et al. 2014; Khan et al. 2010b; Kašuba et al. 2012; Nordenson et al. 1978; Pinto et al. 2000 |
| >30–50 | DNA damage/repair | Dobrakowski et al. 2017; Fracasso et al. 2002; Grover et al. 2010; Pawlas et al. 2017 |
| | Decreased telomere length | Pawlas et al. 2016 |
| | Chromosomal aberrations | Forni et al. 1976; Grover et al. 2010; Schwanitz et al. 1970 |
| | SCE | Duydu et al. 2001, 2005; Wiwanitkit et al. 2008; Wu et al. 2002 |
| | MN | Grover et al. 2010; Hamurcu et al. 2001; Minozzo et al. 2004 |
| | DNA methylation | Devoz et al. 2017 |
| >50 | DNA damage/repair | de Restrepo et al. 2000 |
| | Chromosomal aberrations | Al-Hakkak et al. 1986; Forni et al. 1976; Huang et al. 1988; Nordenson et al. 1978; Schwanitz et al. 1970 |
| | SCE | Huang et al. 1988 |
| | MN | Shaik and Jamil 2009; Singh et al. 2013; Vaglenov et al. 1998, 2001 |

DNA = deoxyribonucleic acid; MN = micronuclei; PbB = blood lead concentration; SCE = sister chromatid exchange

Results of genotoxicity studies conducted in small populations of children (n=12–103) are inconsistent; for study details, see the *Supporting Document for Epidemiological Studies for Lead,* Table 14. Mixed results were observed for studies on DNA damage, with positive associations at mean PbBs of 7.3 and 28.5 µg/dL (Méndez-Gómez et al. 2008; Jasso-Pineda et al. 2012) and no associations at a mean PbB of 19.5 µg/dL (Méndez-Gómez et al. 2008). No associations were observed for chromosome aberrations at

a PbB range of 12–33 µg/dL (Bauchinger et al. 1977) and for SCE at mean PbBs of 7.69 and 62.7 µg/dL (Dalpra et al. 1983; Mielzynska et al. 2006). MN formation was positively associated with a mean PbB of 7.69 µg/dL (Mielzynska et al. 2006), and altered DNA methylation was found in newborns at mean umbilical cord PbB of 6.6 µg/dL (Pilsner et al. 2009) and mean prenatal maternal RBC Pb of 1.2 µg/dL (Wu et al. 2017).

***Effect at Blood Pb Levels ≤10 µg/dL.*** Results of studies evaluating genotoxic effects of PbB ≤10 µg/dL are summarized in Table 2-48, with study details provided in the *Supporting Document for Epidemiological Studies for Lead,* Table 14. Few studies have evaluated genotoxicity at PbB ≤10 µg/dL. Some endpoints were only evaluated in a single study; therefore, it is difficult to draw conclusions. With the exception of a large study conducted in NHANES participants (Zota et al. 2015), genotoxic effects were evaluated in small study populations (n=12–103). Gene mutations were observed in a single study of Finnish women at a PbB range of 1.6–5.2 µg/dL (Van Larebeke et al. 2004). Results of studies on DNA damage are mixed, with no associations in adult workers at PbB means of 2.1–4.4 µg/dL (Al Bakheet et al. 2013; Hengstler et al. 2003), and positive associations in a small study of children with a mean PbB of 7.3 µg/dL (Jasso-Pineda et al. 2012). No effect on telomere length was observed in a large NHANES study of adults with a mean PbB of 1.67 µg/dL (Zota et al. 2015). No associations were observed for SCE in a single study in workers with a mean PbB of 9.3 µg/dL and for MN in children with a mean PbB of 7.69 µg/dL (Mielzyńska et al. 2006; Wu et al. 2002). Studies on DNA methylation showed positive associations in adult women undergoing *in vitro* fertilization (median PbB 2.88 µg/dL), in children (mean PbB: 1.36 µg/dL), and in newborns (mean umbilical cord PbB 6.6 µg/dL or prenatal maternal RBC Pb 1.2 µg/dL) (Hanna et al. 2012; Li et al. 2016b; Pilsner et al. 2009; Wu et al. 2017).

***In Vivo* Animal Models and I*n Vitro* Cultures of Mammalian Cells and Microorganisms.** Numerous studies have investigated the genotoxicity of Pb using *in vivo* animal models and cultured mammalian cells and microorganisms. Rather than reviewing these numerous studies, an overview of findings is summarized below. This information was taken from the following reviews: EPA 2006, 2014c; IARC 2006; NTP 2016.

*In vivo studies in animals.* DNA damage has been observed in several *in vivo* exposure studies in rodents. DNA damage (single strand breaks), as measured in comet assays, was observed in various organ systems, bone marrow, leukocytes, and spermatozoa of mice and rats following repeated inhalation or oral exposures to Pb or Pb acetate. Many of these studies administered Pb by parenteral routes (intravenous, intraperitoneal). Narayana and Al-Bader (2011) and Narayana and Raghupathy (2012) did

## Table 2-48. Results of Genotoxicity Studies at Blood Lead Concentration (PbB) ≤10 µg/dL

| PbB or range (µg/dL) | Population (n) | Gene mutation | DNA damage | Telomere length | SCE | MN | DNA methylation | Reference |
|---|---|---|---|---|---|---|---|---|
| 1.6–5.2 | Women (99) | ↑ | NA | NA | NA | NA | NA | Van Larebeke et al. 2004 |
| 2.1 | Men (40) | NA | 0 | NA | NA | NA | NA | Al Bakheet et al. 2013 |
| 3.28 | Children (99) | NA | NA | ↓ | NA | NA | NA | Pawlas et al. 2015 |
| 4.4 | Workers (78) | NA | 0 | NA | NA | NA | NA | Hengstler et al. 2003 |
| 7.3 | Children (12) | NA | ↑ | NA | NA | NA | NA | Jasso-Pineda et al. 2012 |
| 1.67 | Adults (6,796)[a] | NA | NA | 0 | NA | NA | NA | Zota et al. 2015 |
| 9.3 | Workers (34) | NA | NA | NA | 0 | NA | NA | Wu et al. 2002 |
| 7.69 | Children | NA | NA | NA | NA | 0 | NA | Mielzyńska et al. 2006 |
| >0.73 | Women (43) | NA | NA | NA | NA | NA | ↓ | Hanna et al. 2012 |
| 1.45 | Adults (78)[b] | NA | NA | NA | NA | NA | NA | Li et al. 2016b |
| 6.6[c] | Newborns (103) | NA | NA | NA | NA | NA | ↑↓ | Pilsner et al. 2009 |
| 8 | Workers (100) | NA | ↑ | NA | NA | NA | NA | Akram et al. 2019 |
| 1.2[d] | Newborns (268) | NA | NA | NA | NA | NA | ↓ | Wu et al. 2017 |

[a]NHANES participants.
[b]Prospective study; genotoxicity assessed in adults and evaluated against PbB obtained during childhood (birth–78 months).
[c]Umbilical cord PbB.
[d]Maternal RBC lead at gestation week 28.

↑ = increase observed for specific effect; ↓ = decrease observed for specific effect; ↑↓ = decreased DNA methylations at some differentially methylated regions, and increased DNA methylation at other regions; 0 = no effect observed; DNA = deoxyribonucleic acid; MN = micronuclei; NA = not assessed; NHANES = National Health and Nutrition Examination Survey; RBC = red blood cell; SCE = sister chromatid exchange

APPX ATT_V6_2589

not find DNA damage in rats that received oral doses of lead nitrate at levels that produced necrotic changes in the liver.  Global hypomethylation in hepatic DNA of rats was observed following single intravenous injection of Pb nitrate; hypomethylation was associated with an increase in cell proliferation.  Exposure to Pb compounds is correlated with increased DNA synthesis and cell proliferation in the mammalian liver following intravenous injection.  Numerous studies have assessed Pb compounds for chromosomal damage.  Chromosomal aberrations were observed in bone marrow cells and spermatocytes of mice and rats following single or repeated exposure (intraperitoneal, gavage, dietary); however, the increase in aberrations did not consistently demonstrate dose-dependence.

Exposure to Pb compounds has been associated with SCEs in bone marrow of mice and rats following intravenous exposure.  Studies assessing Pb compounds for MN formation in bone marrow erythrocytes of rats and mice were positive for multiple exposure routes (gavage, drinking water, intraperitoneal).

*In vitro studies in human cell lines.  In vitro* studies in human cells lines have yielded mixed results.  Pb acetate was weakly mutagenic in keratinocytes in the presence of 6-thioguanine, but not mutagenic in human foreskin, fibroblasts, or lung carcinoma cells.  Results of assays assessing Pb compounds for DNA damage in human cell cultures were inconsistent.  Double or single DNA strand breaks have been observed in peripheral blood lymphocytes, endothelial cells, hTERT-immortalized human skin fibroblasts, and HepG2 cells, but not in HeLa cells.  DNA-protein crosslinks were observed in lymphoma cells exposed to 100 $\mu$M Pb acetate, although cross-links were not observed for Pb nitrate at concentrations up to 10,000 $\mu$M.  Studies investigating SCEs and MN formation in human lymphocytes were positive following exposure to Pb nitrate and Pb chloride; however, no SCEs were observed in human lung cells or primary lymphocytes exposed to Pb.  Interpretation of *in vitro* studies is challenging because concentrations used in these studies typically are very high and are not relevant to environmental or occupational exposures.  As discussed in Section 3.1.2 (Toxicokinetics, Distribution), >99% of Pb in blood is bound to erythrocytes, leaving <1% available in plasma.  Thus, plasma levels of Pb are far lower (at least two orders of magnitude) than the concentrations examined in *in vitro* studies in human cell lines.  This leads to the introduction of considerable bias when interpreting study results (Bannon and Williams 2017).

*In vitro studies in prokaryotic and mammalian cells.*  Mutagenicity tests of Pb compounds in prokaryotic organisms have mostly yielded negative results.  Studies assessed gene mutation and DNA damage in *Salmonella typhimurium*, *Escherichia coli,* and *Bacillus subtilis* and gene conversion and mitotic recombination in *Saccharomyces cerevisiae* in the presence or absence of metabolic activation.  The only

Pb compound that yielded positive results for gene mutation in *S. typhimurium* and *E. coli* was Pb bromide. Results of *in vitro* studies in mammalian cells for Pb compounds are mixed. Mutagenicity assays (hypoxanthine phosphorybosyl transferase [HPRT] and glutamate pyruvate transaminase [gpt] assays) were mutagenic in Chinese hamster ovary (CHO) and CHV79 cells at higher concentrations (>100 µM) and negative at lower concentrations (<100 µM). Pb chloride was the only Pb compound that was consistently mutagenic (gpt assay) in CHO cells at low concentrations (0.1–1.1 µM; equivalent to 2.3–23 µg/dL). Comet assays assessing Pb acetate for DNA damage (single strand breaks) in undifferentiated PC12 cells and mouse bone marrow mesenchymal stem cells were positive. Concentration-dependent increases in DNA-protein crosslinks were observed in hepatoma cells exposed to Pb nitrate, although Pb acetate did not induce single or double DNA strand breaks or DNA crosslinks in CHV79 cells. Exposure to Pb nitrate or Pb glutamate did not induce chromosomal aberrations in CHO cells. Assays assessing Pb compounds for SCEs in CHV79 cells were negative when fewer cells per concentrations were utilized (25–30 cells), but were positive when the number of cells per concentration was increased (100 cells). Conflicting results were reported for MN formation in Chinese hamster cells.

***Mechanisms of Action.*** Several mechanisms of action are likely involved in the genotoxic effects of Pb (EPA 2014c; IARC 2006; NTP 2016). Studies in occupationally exposed populations have found significant correlations between DNA breaks, decreased glutathione levels in the lymphocytes, and increased production of ROS, which may indicate oxidative stress as a possible mechanism for this response. The production of ROS after Pb exposure is a multi-pathway process, which results from oxidation of ALA, membrane and lipid oxidation, NAD(P)H oxidase activation, and antioxidant enzyme depletion. Disruption of functional metal ions that form enzymes (superoxide dismutase [SOD], catalase [CAT], and glutathione peroxidase [GPx]) may occur as part of this process.

## 2.21  GENERAL CELLULAR MECHANISMS OF ACTION

### 2.21.1  Perturbation of Ion Homeostasis

Pb exerts many of its adverse effects by perturbing ion homeostasis. This perturbation occurs when Pb displaces other metal ions such as iron, calcium, zinc, magnesium, selenium, and manganese, interfering with the critical biological processes mediated by the ions themselves or by enzymes and proteins that require these ions (reviewed by EPA 2014c; Flora et al. 2012). Among the biological processes that Pb has been shown to affect via its impact on ion homeostasis are: calcium homeostasis; transportation of

ions across cell membranes; cellular energetics; and the functioning of numerous proteins involved in cell signaling, growth and differentiation, gene expression, energy metabolism, and biosynthetic pathways.

***Calcium Homeostasis.*** Many of Pb's adverse effects can be traced back to its ability to displace calcium, leading to perturbations of numerous calcium-dependent cellular functions, including energy metabolism, apoptosis, cellular motility, signal transduction, and hormonal regulation (reviewed by EPA 2014c). In addition, intracellular migration of Pb has been shown in several cell lines (HEK293, HeLa, and PC12) to occur via calcium channels; higher Pb permeation correlated with lower calcium concentrations, suggesting that Pb competed with calcium for the channel binding sites.

***Ion Transport.*** Pb has been shown to disrupt the transportation of critical cations across the cell membrane by decreasing the activity of ATPases (including Na+/K+-, Ca2+, and Mg2+-ATPases; reviewed by EPA 2014c). Pb-induced inhibition of ATPase activities has been shown in the kidneys, livers, erythrocytes, and brain synaptosomes of rats exposed to Pb in drinking water; in testes of rat pups exposed during lactation and postweaning; in primary cerebellar granule neuronal cultures of rat pups exposed pre- and postnatally; in rabbit kidney membranes and sarcoplasmic reticulum exposed *in vitro*; and in human erythrocyte ghosts. Furthermore, blood or hair Pb levels were inversely correlated with ATPase activities in erythrocytes in several human epidemiological studies.

In addition to ATPases, Pb's action on ion transport includes competitive inhibition of voltage-gated calcium channels (reviewed by EPA 2014c). A number of *in vitro* studies have demonstrated inhibition of calcium transport via voltage gated channels in cultured neurons and neuroblastoma cells, bovine adrenal chromaffin cells, and human embryonic kidney cells. Inhibition of calcium transportation via voltage-gated channels can disrupt release of neurotransmitters, and impaired neurotransmitter release has, in fact, been shown with Pb exposure at low *in vitro* levels. In addition to inhibiting calcium-dependent neurotransmitter release, Pb may mimic calcium, thereby increasing neurotransmitter release in some circumstances. For example, Pb exposure *in vitro* has been shown to induce the spontaneous release of norepinephrine from bovine adrenal chromaffin cells and increase the release of catecholamine from PC12 cells. It has been suggested that Pb may trigger spontaneous neurotransmitter release via activation of calcium/calmodulin-dependent protein kinase II-dependent phosphorylation of synapsin I, or by directly activating synaptotagmin I (a calcium-sensing protein that regulates neurotransmitter release). Intracellular migration of Pb has been shown to occur via calcium channels; higher Pb permeation in several cell lines (HEK293, HeLa, and PC12) correlated with lower calcium concentrations, suggesting that Pb competed with calcium for the channel binding sites.

Pb also disrupts the activity of calcium-dependent potassium channels, as shown by increased efflux of potassium from inverted erythrocyte vesicles, and alterations in potassium channel activation in erythrocytes exposed to Pb (reviewed by EPA 2014c). The nature of the effect on potassium channels is dose-dependent; at low Pb concentrations (<10 µM), potassium channels are activated, while inhibition of the channels is seen at higher Pb concentrations. As with calcium channels, alterations in potassium channel activity may also disrupt neurotransmitter release. In rats exposed to Pb *in utero* and postnatally, potassium-stimulated release of hippocampal GABA was decreased at low exposure levels, but enhanced GABA release was observed at higher exposures (in the absence of calcium).

***Cellular Energetics.*** Evidence indicating that Pb exposure perturbs mitochondrial function and cellular energy metabolism is abundant (as reviewed by EPA 2014c). In rats exposed to Pb via diet or drinking water, renal tubular and epididymal mitochondria exhibited swelling, rupture of the outer membrane, distorted cristae or loss of cristae, vacuolization, inclusion bodies, and fusion with nearby mitochondria. As discussed further in Section 2.21.6, Apoptosis, Pb exposure has been shown to open the mitochondrial transmembrane pore, initiating the apoptotic caspase cascade. Evidence for Pb's effect on energy metabolism includes decreased ATP levels and/or adenylate energy charge (AEC) (along with increased ADP, AMP, and/or adenosine levels) in forebrain synaptosomes from rats exposed via drinking water, in cerebellar granule neuronal cultures from rats exposed by drinking water, in PC-12 cells exposed *in vitro*, and in isolated mitochondria exposed *in vitro*. In osteoblasts exposed *in vitro*, Pb inhibited both coupled and uncoupled respiratory oxygen use in mitochondria. Pb has been proposed to behave as a classic chemical uncoupler of respiration, abolishing the proton gradient necessary for oxidative phosphorylation. In the muscles of rats exposed to Pb in drinking water, decreased activities of the enzymes of complex I and IV of the respiratory chain were observed. However, in forebrain synaptosomes from rats exposed to Pb *in vivo*, oxidative phosphorylation was not inhibited, despite the fact that ATP levels were decreased.

Pb may affect cellular energetics via perturbation of the glycolysis pathway. Decreased glycolysis was observed in osteoblasts and erythrocytes exposed to Pb *in vitro* (reviewed by EPA 2014c). However, increased levels of glycolytic enzymes were noted in workers with higher blood Pb levels, when compared with workers with lower blood Pb, suggesting that Pb may activate anaerobic glycolysis.

Depletion of cellular nucleotide pools required for ATP synthesis has also been observed after Pb exposure of human erythrocytes *in vitro* and in rats exposed via drinking water (reviewed by EPA 2014c). This effect may be mediated by Pb-induced inhibition of enzymes involved in nucleotide biosynthesis in

erythrocytes, including adenine phosphoribosyltransferase (see Impaired Protein Function below) and NAD synthetase (which depends on magnesium for activity). In support of the latter mechanism, in humans exposed to Pb, PbB levels were inversely correlated with NAD synthetase activity.

**Impaired Protein Function.** Pb impairs the functions of numerous proteins, with concomitant effects on signaling, growth and differentiation, gene expression, energy metabolism, and biosynthetic pathways. The mechanisms by which Pb alters protein activity are by displacing metal cofactors or binding to sulfhydryl groups (reviewed by EPA 2014c). Table 2-49 shows proteins known to be bound to or otherwise altered by Pb, along with their functions and brief summaries of the evidence for Pb-induced alterations. As the table suggests, Pb-induced alterations in proteins may play a role in its adverse effects on the neurological, hematological, cardiovascular, and skeletal systems.

Through its displacement of calcium, Pb perturbs the function of several calcium-dependent proteins, including protein kinase C, calmodulin, osteocalcin, the mitochondrial transmembrane pore, and NAD(P)H oxidase (reviewed by EPA 2014c). The protein kinase C family of enzymes is important to cell signaling, growth, and differentiation. Pb exposure has been shown to activate PKC in a number of cell types tested *in vitro* (see table), and to decrease its activity in mouse macrophages and rat brain cortex. Pb stimulates calmodulin activity, as shown by increased activity of several calmodulin-dependent enzymes, and increased binding of calmodulin to brain membranes. In experiments testing the affinity of metal cations to bind calmodulin, Pb was more potent than mercury, cadmium, iron, and even calcium. Pb binding to calmodulin has been postulated as a mechanism for its stimulatory effect on $Ca^{2+}/Mg^{2+}$ ATPase. Calmodulin plays an essential role in maintaining calcium homeostasis and regulating calcium-dependent cell signaling important to structural integrity, gene expression, and maintaining membrane potential (reviewed by EPA 2014c).

Skeletal effects of Pb may be mediated in part by Pb's interference with another calcium-dependent protein: osteocalcin (reviewed by EPA 2014c). The binding of Pb to osteocalcin is much stronger than binding of calcium, and Pb binding alters the structure of osteocalcin. The conformational change in osteocalcin induced by Pb has been postulated as the mechanism by which Pb exposure diminishes the adsorption of osteocalcin to hydroxyapatite.

## Table 2-49. Effects of Lead (Pb) on Function of Various Proteins

| Protein | General function | Effect of Pb; summary of evidence |
|---|---|---|
| **Calcium-dependent proteins** | | |
| Calcium binding proteins (CABPs I and II) | Regulation of calcium signaling, especially in neuronal cells | No data<br>-$Ca^{2+}$ displacement shown *in vitro*. |
| $Ca^{2+}$-dependent $K^+$ channel | Ion transport; activation of channels regulates neuron firing and neurotransmitter release | Activates or inhibits channel<br>-Pb promoted efflux of $K^+$ from inverted red blood cell vesicles.<br>-Pb induced activation of $K^+$ channel in erythrocytes at low Pb concentrations and inhibited activity at high concentrations. |
| Calmodulin | Cell signaling, including structural integrity, gene expression, and maintenance of membrane potential | Amplifies calmodulin activity<br>-Pb activated calmodulin-dependent phosphodiesterase and cyclic nucleotide phosphodiesterase activities.<br>-Pb stimulated brain membrane phosphorylation.<br>-Pb increased binding of calmodulin to brain membranes. |
| Mitochondrial transmembrane pore (MTMP) | Triggers mitochondrial apoptosis cascade when open | Opens MTMP, triggering apoptosis<br>-Pb increased mitochondria-regulated apoptotic indicators (cytochrome c, caspases) in rat retinal rod cells and hepatic oval cells *in vitro*. |
| NAD(P)H oxidase | Inflammatory mediator; triggers oxidative burst (via production of superoxide) in response to infection | Increases activity, leading to ROS generation<br>-Pb increased protein levels of glycosylated subunit of NAD(P)H oxidase in brain, heart, and renal cortex of rats exposed via drinking water and in human coronary artery endothelial cells *in vitro*. |
| Osteocalcin | Bone resorption, osteoclast differentiation, and bone growth | Alters binding of osteocalcin to hydroxyapatite<br>-Pb exposure has been shown to both increase and decrease binding of osteocalcin to hydroxyapatite. |
| Parvalbumin | Unclear; may buffer $Ca^{2+}$ levels; expressed at high levels in interneurons | No data<br>-$Ca^{2+}$ displacement shown *in vitro*. |
| Phospholipase $A_2$ | Hydrolyze fatty acids from membrane phospholipids; released fatty acids are metabolized to bioactive lipid mediators | No data<br>-$Ca^{2+}$ displacement shown *in vitro*. |

APPX ATT_V6_2595

2. HEALTH EFFECTS

## Table 2-49. Effects of Lead (Pb) on Function of Various Proteins

| Protein | General function | Effect of Pb; summary of evidence |
|---|---|---|
| Protein kinase C (PKC) | Cell signaling, especially growth and differentiation | Increases or decreases activity<br>-Pb shown to activate PKC *in vitro* in bovine adrenal chromaffin cells, rat brain microvessels, human erythrocytes, and rabbit mesenteric arteries.<br>-Pb decreased PKC activity in mouse macrophages and rat brain cortex. |
| Synaptotagmin I | $Ca^{2+}$ sensor regulating neurotransmitter release | No data<br>-$Ca^{2+}$ displacement shown *in vitro*. |
| Troponin C | $Ca^{2+}$ sensor regulating muscle contraction | No data<br>-$Ca^{2+}$ displacement shown *in vitro*. |
| **Heme-dependent proteins** | | |
| Catalase | Antioxidant; scavenger of hydrogen peroxide | Increases or decreases activity<br>-Pb shown to increase activity in some studies and decrease activity in others, possibly due to differences in species, exposure duration, dose, or other study design variations. |
| Guanylate cyclase | Catalyzes synthesis of cGMP, which stimulates vasorelaxation in vascular tissues | Impairs production of cGMP<br>-Pb reduced cGMP in plasma and urine of rats exposed by drinking water.<br>-Pb decreased protein levels of soluble guanylate cyclase in vascular tissue. |
| Hemoglobin | Oxygen transportation | Impairs heme production needed for synthesis of hemoglobin<br>-Pb binding to hemoglobin demonstrated in human blood. |
| **Magnesium-dependent proteins** | | |
| Adenine and hypoxanthine/guanine phosphoribosyltransferases | Recycling of nucleotides | Inhibits activity<br>-Pb inhibited phosphoribosyltransferase activities in erythrocytes of rats exposed via drinking water and in human erythrocytes *in vitro*. |
| NAD synthetase (Mg) | Nucleotide biosynthesis | Decreases activity<br>-Blood Pb was inversely correlated with NAD synthetase activity in humans. |
| Pyrimidine 5'-nucleotidase | Dephosphorylates pyrimidine nucleotides in erythrocytes, preserving purine nucleotides (e.g., ATP, ADP) necessary for energy | Alters protein conformation and amino acid positioning at active site, possibly by occupying active site<br>-Pb binding and protein conformation changes observed *in vitro*.<br>-Pyrimidine nucleotide accumulation in erythrocytes is seen in Pb poisoning. |

## Table 2-49. Effects of Lead (Pb) on Function of Various Proteins

| Protein | General function | Effect of Pb; summary of evidence |
|---|---|---|
| **Zinc-dependent proteins** | | |
| δ-ALA (δ-ALAD or porphobilinogen synthase) | Heme biosynthesis (converts δ-ALA to porphobilinogen) | Depletes δ-ALAD, preventing heme biosynthesis and leading to accumulation of δ-ALA.<br>- δ-ALAD shown to be major binding target of Pb in erythrocytes. |
| GATA zinc finger proteins | Activation/suppression of DNA transcription | Decreases ability of GATA proteins to bind to DNA and regulate transcription<br>-Pb binding to cysteine residues and displacement of Zn from GATA proteins observed *in vitro.*<br>-Pb-bound GATA proteins exhibited reduced DNA binding. |
| Transcription factors TFIIIA, Sp1, and Erg-1 | Activation/suppression of DNA transcription | Decreases ability of TFIIIA, Sp1, and Erg-1 to bind to DNA and regulate transcription<br>-Pb exposure caused dissociation of TFIIIA-DNA adducts.<br>-Pb exposure altered DNA binding profile of Sp-1 and Erg-1 in rat pups exposed via lactation, leading to changes in gene expression. |
| **Proteins altered by lead interaction with other cations or sulfhydryl groups** | | |
| ATPases ($Ca^{2+}$-, $Mg^{2+}$-, and $Na^+/K^+$-) | Ion transport | Decreases activity<br>-Pb decreased ATPase activities in brain, kidneys, liver, testes, and erythrocytes (cells or tissues). |
| cGMP phosphodiesterase (Zn, Mg) | Hydrolysis of cGMP | Inhibits activity<br>-Decreased activity observed in homogenized bovine retinas exposed to Pb *in vitro.* |
| Ferrochelatase (Fe) | Heme biosynthesis; incorporates $Fe^{2+}$ into protoporphyrin IX to form heme | Inhibits insertion of Fe into protoporphyrin ring, leading to substitution by Zn<br>-Zn-protoporphyrin levels correlated with blood Pb levels in humans. |
| Glutathione peroxidase and glutathione S-transferase (Se) | Antioxidants | Reduces uptake of Se and depletes cellular GSH and protein thiols, resulting in altered GST and GPx enzyme activities<br>-Decreased activity, often with compensatory upregulation of the enzymes, seen in Pb-exposed animals and humans. |

## Table 2-49. Effects of Lead (Pb) on Function of Various Proteins

| Protein | General function | Effect of Pb; summary of evidence |
|---------|------------------|-----------------------------------|
| Metallothionein (Zn, Cu) | Trace element homeostasis; free radical scavenging | Sequestered by metallothionein, providing protective effect<br>-Pb toxicity is seen at lower blood Pb levels in humans with low expression of metallothionein or low Pb binding to metallothionein.<br>-Pb induced production of metallothionein in mice exposed via intraperitoneal or intravenous injection and in rats exposed via intraperitoneal injection, but not in rats exposed via drinking water.<br>-Presence of zinc metallothionein reduced effect of Pb on membrane integrity in hepatocytes exposed *in vitro*.<br>-Pb nephrotoxicity and preneoplastic and neoplastic lesions in the testes, bladder, and kidneys were more severe or seen at increased incidences in metallothionein-null mice compared with wild-type. |
| Superoxide dismutase | Antioxidant; catalyzes conversion of superoxide to hydrogen peroxide; inhibits oxidative inactivation of nitric oxide | Increased or decreased activity<br>-Pb shown to increase activity in several studies and decrease activity in others, possibly due to differences in species, exposure duration, dose, or other study design variations. |
| Thymosin β-4 | Actin regulation; exerts angiogenic, anti-inflammatory, and cardioprotective effects on the heart | No data<br>-Pb binding observed *in vitro*. |

ADP = adenosine diphosphate; δ-ALA = aminolevulinic acid; δ-ALAD = aminolevulinic acid dehydratase; ATP = adenosine triphosphate; ATPase = family of phosphatase enzymes that breakdown ATP and ADP; cGMP = cyclic guanosine monophosphate; DNA = deoxyribonucleic acid; Erg-1 = early growth response protein 1; GST = glutathione S-transferase; GSH = glutathione; GPx = glutathione peroxidase; NAD = nicotinamide adenine dinucleotide; NAD(P)H = the reduced form of nicotinamide adenine dinucleotide phosphate; ROS = reactive oxygen species; Sp1 = Transcription factor specificity protein 1; TFIIA = transcription factor IIIA

Sources:  EPA 2014c; Ahamed and Siddiqui 2007; Flora et al. 2012; Gonick 2011

Other calcium-dependent proteins bound to or impaired by Pb include parvalbumin, phospholipase A2, synaptotagmin I (see *Ion Transport* above), troponin C, the mitochondrial transmembrane pore (see Section 2.21.6, Apoptosis), and NAD(P)H oxidase (see Section 2.21.3, Oxidative Stress) (reviewed by EPA 2014c).

Pb also displaces zinc in a number of critical proteins, including ALAD, GATA proteins, and several zinc-binding transcription factors (TFIIIA, Sp1, and Erg-1) (reviewed by EPA 2014c). Section 2.8 provides a detailed discussion of Pb's effects on ALAD and heme biosynthesis. Binding of Pb to zinc-binding domains in GATA proteins and transcription factors inhibits their binding to DNA and impairs their ability to regulate gene expression (see Section 2.21.5, *Epigenetic Effects*, below for further detail).

Through competitive inhibition of magnesium-dependent proteins, Pb also affects the activities of adenine and hypoxanthine/guanine phosphoribosyltransferases, cyclic guanosine monophosphate (cGMP) phosphodiesterase, and pyrimidine 5'-nucleotidase (reviewed by EPA 2014c). In erythrocytes, adenine phosphoribosyltransferase catalyzes the synthesis of nucleotides via the adenine salvage pathway; Pb exposure has been shown to decrease nucleotide pools in human erythrocytes *in vitro* and in erythrocytes from rats exposed via drinking water. Inhibition of cGMP phosphodiesterase, a magnesium-dependent enzyme regulating cGMP signaling in smooth muscle contraction and relaxation, has been observed in homogenized bovine retinas cultured with Pb. Pb inhibits magnesium binding in pyrimidine 5'-nucleotidase, inhibiting its activity by changing its active site conformation. Pyrimidine 5'-nucleotidase occurs at high levels in erythrocytes, where it dephosphorylates pyrimidine nucleotides while leaving purine nucleotides (used as an energy source in erythrocytes, as they lack mitochondria), intact. Basophilic stippling of erythrocytes, a common feature of Pb poisoning, is also seen in individuals with inherited pyrimidine-5'-nucleotidase deficiency (Rees et al. 2003), providing supporting evidence that Pb inactivates the enzyme.

## 2.21.2 Protein Binding/Sequestration

A number of low molecular-weight proteins, including metallothionein, have been shown to bind (through thiol residues) to Pb, forming inclusion bodies in the kidney, liver, lung, and glial cells (reviewed by EPA 2014c; Gonick 2011). In the case of metallothionein, the effect of the binding is to sequester Pb, protecting the exposed cells and tissues. The strongest evidence for the protective effect of metallothionein comes from studies of metallothionein-null mice, which exhibit more severe Pb-induced renal toxicity, as well as increased incidences of neoplastic and nonneoplastic lesions in the testes,

APPX ATT_V6_2599

bladder, and kidneys, compared with wild-type mice.  Supporting this finding is the observation that
higher blood Pb levels, as well as more pronounced Pb-induced effects on systolic blood pressure and
kidney function, were observed in exposed workers with a metallothionein mutation (compared with
those exhibiting a normal metallothionein genotype).  Metallothionein levels have been shown to be
induced by Pb exposure in mice and in rats pretreated with zinc.

In erythrocytes, the major Pb-binding protein is ALAD; hemoglobin also binds Pb (reviewed by EPA
2014c; Gonick 2011).  In exposed humans, polymorphisms in the ALAD gene that increase the
Pb-binding capacity of its protein product (e.g., ALAD-2) were observed to decrease blood Pb levels and
biomarkers for Pb toxicity, including plasma levulinic acid, zinc protoporphyrin, cortical bone Pb levels,
and dimercaptosuccinic acid-chelatable Pb levels.  Other proteins that bind Pb in erythrocytes include
pyrimidine 5'-nucleotidase and acyl-coenzyme A binding protein.

In rat kidneys, inclusion bodies consisting of Pb-bound proteins have been observed in a number of
studies (reviewed by EPA 2014c; Gonick 2011).  These inclusion bodies are initially observed in the
cytosol, but appear to translocate to the nucleus, as they disappear concomitantly with the appearance of
intranuclear inclusion bodies.  The primary Pb-bound protein in the kidney (a 32 kDa protein with an
isoelectric point of 6.3, named p32/6.3) has not been identified, but has been shown to be enriched in the
brain and is highly conserved across species (rats, mice, dogs, chickens, and humans).  Studies in rats
exposed by food or drinking water showed that p32/6.3 is not found in the kidneys of untreated rats but
rather is induced by Pb exposure.  Other Pb-binding proteins identified in the kidneys of rats or humans
include acyl-CoA binding protein and thymosin β-4 (the latter is involved in actin regulation).

### 2.21.3  Oxidative Stress

Pb exposure has resulted in oxidative damage in several tissues in humans and rats, including the brain,
kidneys, reproductive organs, heart, and erythrocytes (reviewed by EPA 2014c; Ahamed and Siddiqui
2007).  Oxidative damage may play a role in Pb-induced toxicity in these tissues, including neurological
effects, hypertension and other cardiovascular effects, and diminished fertility.  Pb induces oxidative
stress through several mechanisms, including increased production of ROS via inhibition of heme
biosynthesis and activation of NAD(P)H oxidase; stimulation of lipid peroxidation and alteration of lipids
enhancing their susceptibility to lipid peroxidation; and inactivation and/or depletion of antioxidant
enzymes.  Through the increased production of ROS, which sequesters nitric oxide, Pb exposure also
leads to perturbation of nitric oxide signaling that is critical to vasodilation.

Exposure to Pb triggers increased production of ROS via its effects on heme biosynthesis. In erythrocytes, Pb has been shown to bind to δ-ALAD as well as to inhibit its activity by interfering with the zinc ions the enzyme requires for heme biosynthesis; in fact, inhibition of δ-ALAD activity is inversely correlated with PbB levels in humans (reviewed by EPA 2014c; Ahamed and Siddiqui 2007). δ-ALAD catalyzes the conversion of δ-ALA to porphobilinogen; thus, its inhibition results in accumulation of δ-ALA in blood and in urine. In these environments, δ-ALA undergoes autoxidation, yielding superoxide and hydroxyl radicals, as well as hydrogen peroxide and an ALA radical. In addition, through subsequent reduction of ferricytochrome c and transfer of electrons from oxyhemoglobin, methemoglobin, and ferric and ferrous iron complexes, oxidized δ-ALA also produces ROS.

Pb may also increase intracellular ROS by upregulating expression of NAD(P)H oxidase, an enzyme that produces superoxide anion via reaction of NAD(P)H and molecular oxygen, but data are limited (reviewed by EPA 2014c). Increased protein expression of the glycosylated subunit of NAD(P)H oxidase was observed in tissues of rats exposed to Pb in drinking water, and in human endothelial cells *in vitro*.

ROS produced via Pb effects on δ-ALA and/or NAD(P)H oxidase can damage membrane lipids through peroxidation. In addition, however, Pb has been shown to catalyze ferrous ion-initiated lipid peroxidation (reviewed by EPA 2014c). Furthermore, there is evidence that Pb exerts effects on membrane lipids that render them more vulnerable to peroxidation (reviewed by EPA 2014c; Ahamed and Siddiqui 2007). For example, Pb has been shown to alter the composition of fatty acids in chicks exposed by drinking water, such that a higher fraction of longer fatty acids (such as arachidonic acid) and lower fraction of shorter fatty acids (compared with controls) were observed. Oxidative potential of fatty acids is correlated with both length and desaturation (i.e., the number of double bonds; the hydrogen on a double bond is easier to remove). It has been proposed that Pb may stimulate both elongation and desaturation of fatty acids, increasing their susceptibility to peroxidation. Alterations in lipid composition may also affect membrane permeability and functions, including the activity of membrane-associated enzymes, solute transport functions, endo- and exocytosis, and signal transduction.

Increased circulating ROS (specifically, superoxide anion) can inactivate nitric oxide, an endogenously produced molecule that plays an important role in vasodilation (reviewed by EPA 2014c). Depletion of nitric oxide has been observed in animals exposed to Pb, as well as in human and animal immune cells treated *in vitro*. In addition, nitric oxide depletion is believed to be the mechanism behind Pb-induced upregulation of nitric oxide synthases seen in vascular tissues after Pb exposure. Nitric oxide depletion

occurs when it reacts with superoxide anion to form the highly reactive peroxynitrite anion, which itself damages DNA and proteins. Levels of nitrotyrosine, which results from peroxynitrite-induced nitration of tyrosine residues in proteins, were increased in plasma and other tissues after *in vivo* exposure to Pb. In vascular tissues, nitric oxide induces vasorelaxation via cGMP signaling (reviewed by EPA 2014c). Exposure of rats to Pb in drinking water for 1–3 months markedly reduced cGMP levels in both blood and urine. Synthesis of cGMP is catalyzed by soluble guanylate cyclase, a heme-dependent enzyme. Pb exposure has been shown to reduce protein levels of soluble guanylate cyclase in vascular tissues; alleviation of this effect by antioxidant treatment (ascorbic acid) demonstrated that this finding was mediated, at least in part, by increased oxidative stress.

In human epidemiological studies, the ratio of oxidized glutathione (glutathione disulfide or GSSG) to reduced glutathione (GSH), a measure of oxidative stress, was positively correlated with blood Pb levels (reviewed by EPA 2014c; Ahamed and Siddiqui 2007; Flora et al. 2012). The effects of Pb on oxidative stress levels may occur through depletion of antioxidant levels in addition to stimulation of ROS, as oxidative stress occurs when the antioxidant capacity of the body is exceeded. Pb forms covalent bonds with sulfhydryl groups in antioxidant enzymes such as GSH, glutathione reductase (GR), and glutathione S-transferase (GST) (reviewed by EPA 2014c; Ahamed and Siddiqui 2007; Flora et al. 2012). In humans, animals, and *in vitro* studies, decreased GSH in blood and organs has been associated with Pb exposure. After long-term exposure to Pb, increased GSH levels, attributed to compensatory upregulation of GSH biosynthesis, have been reported. Like GSH, GR (which reduces GSSG back to GSH) and GST also have disulfides at their active site that could be bound by Pb. Studies examining GR and GST activity after Pb exposure used varying study designs and showed both increases and decreases; it is not clear whether the differences in results reflect species, strain, dose, or duration differences.

Pb's capacity to compete with cations and its interference with heme biosynthesis have also been suggested as potential mechanisms for its ability to alter levels of SOD, CAT, GPx, and GST (reviewed by EPA 2014c; Flora et al. 2012; Ahamed and Siddiqui 2007). SOD forms require copper, zinc, or manganese, cations that Pb may displace, while catalase is a heme-dependent enzyme. Several studies in humans and animals have shown alterations in SOD and CAT activity, with some evidence for a nonlinear dose-response relationship. EPA (2014c) suggested that increased SOD and CAT may occur at low doses as a result of ROS generation by Pb, while at higher doses, Pb may inactivate the enzymes. Pb exposure also alters activities of GPx and GST, potentially by reducing the uptake of selenium (required by GPx) and/or disrupting protein thiols (necessary for GST function). Decreased GPx and GST

activities have been observed, along with compensatory upregulation of these enzymes, in Pb-exposed humans and animals.

## 2.21.4 Inflammation

Increasing oxidative stress through ROS generation and depletion of antioxidant enzymes may be one mechanism by which Pb induces an inflammatory response (reviewed by EPA 2014c). Inflammation, considered a hallmark of Pb exposure (EPA 2014c), may also be triggered by pro-inflammatory signaling and cytokine production. Inflammation has been seen after Pb exposure in many different cell types, as well as in the kidneys of rats exposed to Pb in drinking water.

Oxidative stress is known to activate the pro-inflammatory nuclear transcription factor kappa B (NFκB). In the rat kidney, Pb-induced inflammation was accompanied by activation of NFκB as well as lymphocyte and macrophage infiltration (reviewed by EPA 2014c). Pb has been shown to stimulate the expression of pro-inflammatory signal mediators including NFκB, activator protein-1 (AP-1), and c-Jun, and to stimulate phosphorylation of the Erk/MAPK pathway. In addition, exposure to Pb is associated with increased production of prostaglandins, which also mediate pro-inflammatory messaging. Increases in arachidonic acid production, leading to increases in prostaglandins E2 and F2 and thromboxane levels, have been seen in Pb-exposed workers as well as in animals and in cultured cells systems exposed to Pb. In vascular smooth muscle cells, Pb has been shown to activate phospholipase A2, which may explain its ability to stimulate the release of arachidonic acid.

In both human epidemiological and laboratory animal studies, Pb exposure has been demonstrated to increase cytokine production (reviewed by EPA 2014c). In these studies, a fairly consistent picture of decreasing Th-1 cytokines and increasing Th-2 cytokines has emerged. EPA (2014c) outlined three modes by which Pb influences cytokine production: (1) direct action on macrophages to increase pro-inflammatory cytokines such as TNF-α and interleukin 6 (IL-6); (2) skew the ratio of IL-12 to IL-10, leading to suppression of Th-1 cell responses and stimulation of Th-2 cell responses; and (3) during acquired immune response occurring after Pb exposure, production of cytokines by Th-1 lymphocytes is suppressed, and Th-2 cytokines are increased. The net result of these changes is consistent with the pro-inflammatory picture seen with Pb exposure.

Human epidemiological studies have provided evidence that Pb exposure skews immune responses toward Th-2 pro-inflammatory responses (reviewed by EPA 2014c). Higher blood Pb levels in children

were associated with increased serum levels of Il-4 (which induces differentiation of Th0 cells to the Th-2 phenotype) and lower levels of interferon gamma (IFN-γ). In adult students in Korea, higher blood Pb levels were positively associated with increased TNF-α and IL-6; a 1 µg/dL increase in blood Pb was associated with a 23% increase in log TNF-α and a 26% increase in IL-6. Finally, in occupationally-exposed workers, higher blood Pb levels were associated with increases in IL-2, IL-10, IL-6, TNF-α, and granulocyte colony stimulating factor (G-CSF) and, in one study, lower levels of Th-1 cytokines IL-1β and IFN-γ. Similar effects were seen in mice exposed to Pb in feed; blood levels of Th-1 cytokines (IL-2 and IFN-γ) were decreased at low dietary doses, while increases in IL-4 were seen as the Pb dose increased. Based on these data, EPA (2014c) suggested that the immune system response to Pb may exhibit nonlinearities at low doses. In rats exposed to Pb via intraperitoneal injection, increased levels of TNF-α were seen in the hippocampus, and increased IL-6 was noted in the forebrain. *In vitro* data have also shown alterations in cytokine production after exposure to Pb.

## 2.21.5 Epigenetic Effects

In a small number of studies, Pb has been shown to induce epigenetic effects, including perturbations in DNA methylation as well as alterations in mitogenesis (reviewed by EPA 2014c; Bakulski et al. 2012). In human studies, maternal blood Pb was correlated with decreased DNA methylation of Alu retrotransposable elements in umbilical cord blood, and bone Pb levels were correlated with decreased DNA methylation of LINE-1 retrotransposons in elderly men, while higher blood Pb was associated with increased methylation of p16 tumor suppressor gene promoters in occupationally exposed individuals. Other evidence for effects of Pb on DNA methylation include a study in primates in which the activity of DNA methyltransferase 1 was decreased by early life Pb exposure, and *in vitro* data showing decreased global DNA methylation in rat pheochromocytoma cells. Hypomethylation of DNA has been shown to trigger changes in gene expression that may lead to alterations in tissue differentiation.

Pb exposure also induces effects on mitogenesis, including both increases in cell proliferation and decreases in some systems (reviewed by EPA 2014c). Increased cell proliferation and/or DNA synthesis have been reported in workers exposed to Pb, in hepatocytes of rats exposed by intravenous injection of Pb nitrate, and in mouse lung after exposure to Pb acetate via inhalation. In *in vitro* studies, results were mixed: in some cases cell proliferation was decreased, as Pb exposure resulted in cell cycle arrest. Effects of Pb exposure on gene expression have been demonstrated in several studies (reviewed by EPA 2014c). Although the exact mechanisms by which Pb alters gene expression have not been elucidated, Pb is known to interfere with GATA proteins and several transcription factors (TFIIIA, Sp1, and Erg-1)

through its interaction with zinc-binding domains, reducing the ability of these proteins to bind to DNA and exert their transcriptional regulation functions. *In vivo* and *in vitro* studies have shown that Pb alters the transcription of genes for metabolic enzymes including GST-P and GST-Ya, CYPs 1A1 and 1A2, and NAD(P)H:quinone oxidoreductase, as well as genes involved in the pentose phosphate pathway and amino acid metabolism.

## 2.21.6  Apoptosis

As discussed earlier, Pb is capable of opening the mitochondrial transmembrane pore (MTMP, the first step in the mitochondrial apoptosis cascade), possibly by displacing calcium on the matrix side of the pore (reviewed by EPA 2014c).  Evidence for this effect includes observations of mitochondrial swelling and decreased membrane potential in rat primary cerebellar granule neuronal cultures, astroglia, proximal tubule cells, and retinal rod photoreceptor cells.  In addition, release of cytochrome c and activation of caspases 3 and 9 were observed in rat retinal rod cells and hepatic oval cells exposed to Pb *in vitro*.  In lymphocytes of Pb-exposed humans, increased apoptosis, karyorrhexis, and karyolysis (early indicators of apoptosis) were observed.  Other tissues have also exhibited increased apoptosis after Pb exposure, including liver, fibroblasts, and alveolar macrophages.

# CHAPTER 3.  TOXICOKINETICS, SUSCEPTIBLE POPULATIONS, BIOMARKERS, CHEMICAL INTERACTIONS

## 3.1   TOXICOKINETICS

***Overview.***  The toxicokinetics of Pb in humans has been extensively studied and several models have been published that simulate the absorption and complex distribution and elimination of Pb from blood, soft tissues, and bone.

- Absorption:
  - Respiratory tract: Inorganic Pb in submicron size particles can be almost completely absorbed through the respiratory tract, whereas larger particles may be moved after deposition in the respiratory tract by mucociliary clearance toward the oropharynx and swallowed.
  - Gastrointestinal tract: The fraction of ingested Pb absorbed from the gastrointestinal tract depends on many factors, including age, diet, nutrition, and physiological characteristics of Pb in the medium ingested.
  - Children can absorb 40–50% of an oral dose of water-soluble Pb compared to 3–10% for adults.
  - Gastrointestinal absorption of inorganic Pb occurs primarily in the duodenum by saturable mechanisms.
  - Dermal: Inorganic Pb can be absorbed following inhalation, oral, and dermal exposure, but the latter route is much less efficient than the former two, with the exception of hand-to-mouth behavior.  Studies in animals have shown that organic Pb is absorbed through the skin.

- Distribution:
  - The distribution of Pb in the body is route-independent and, in adults, approximately 94% of the total body burden of Pb is in the bones compared to approximately 73% in children.
  - Pb in blood is primarily in red blood cells.  Conditions such as pregnancy, lactation, menopause, and osteoporosis increase bone resorption and consequently also increase Pb in blood.

- o  Pb can be transferred from the mother to the fetus and also from the mother to infants via maternal milk.

- Metabolism:
  - o  Metabolism of inorganic Pb consists of formation of complexes with a variety of protein and nonprotein ligands.
  - o  Organic Pb compounds are actively metabolized in the liver by oxidative dealkylation by P-450 enzymes.

- Excretion:
  - o  Pb is excreted primarily in urine and feces regardless of the route of exposure.  Minor routes of excretion include sweat, saliva, hair, nails, breast milk, and seminal fluid.
  - o  Elimination of Pb is multiphasic, reflecting pools of Pb in the body that have varying retention times.  The apparent elimination half-time in blood varies with age and exposure history and ranges from 1 week to 2 years.  Elimination of Pb from bone occurs with an apparent half-time of 1–2 decades.

- Toxicokinetics models:
  - o  Several models of Pb pharmacokinetics have been proposed to characterize such parameters as intercompartmental Pb exchange rates, retention of Pb in various tissues, and relative rates of distribution among the tissue groups.
  - o  Some models are currently being used or are being considered for broad application in Pb risk assessment.

## 3.1.1  Absorption

**Inhalation Exposure**

***Inorganic Pb.***  Inorganic Pb in ambient air consists of aerosols of particulates that can be deposited in the respiratory tract when the aerosols are inhaled.  Amounts and patterns of deposition of particulate aerosols in the respiratory tract are affected by the size of the inhaled particles, age-related factors that determine breathing patterns (e.g., nose versus mouth breathing), airway geometry, and air-stream velocity within the respiratory tract (James et al. 1994).  Absorption of deposited Pb is influenced by particle size and solubility as well as the pattern of regional deposition within the respiratory tract.  Larger particles

(>2.5 μm) that are deposited in the ciliated airways (nasopharyngeal and tracheobronchial regions) can be transferred by mucociliary transport into the esophagus and swallowed. Smaller particles (2.5 to <1 μm), which can be deposited in the alveolar region, can be absorbed after extracellular dissolution or ingestion by phagocytic cells (Bailey and Roy 1994).

Deposition in, and clearance from, the respiratory tract have been measured in adult humans (Chamberlain et al. 1978; Hursh and Mercer 1970; Hursh et al. 1969; Morrow et al. 1980; Wells et al. 1975). In these studies, exposures were to Pb-bearing particles having mass median aerodynamic diameters (MMADs) below 1 μm and, therefore, deposition of the inhaled Pb particles can be assumed to have been primarily in the bronchiolar and alveolar regions of the respiratory tract (James et al. 1994) where transport of deposited Pb to the gastrointestinal tract is likely to have been only a minor component of particle clearance (Hursh et al. 1969). Approximately 25% of inhaled Pb chloride or Pb hydroxide (MMAD 0.26 and 0.24 μm, respectively) was deposited in the respiratory tract in adult subjects who inhaled an inorganic Pb aerosol through a standard respiratory mouthpiece for 5 minutes (Morrow et al. 1980). Approximately 95% of deposited inorganic Pb that was inhaled as submicron particles was absorbed (Hursh et al. 1969; Wells et al. 1975). Rates of clearance from the respiratory tract of inorganic Pb inhaled as submicron particles of Pb oxide, or Pb nitrate, were described with half-times ($t_{1/2}$) of 0.8 hours (22%), 2.5 hours (34%), 9 hours (33%), and 44 hours (12%) (Chamberlain et al. 1978). These rates are thought to represent, primarily, absorption from the bronchiolar and alveolar regions of the respiratory tract. Absorption half-times have been estimated in adults who inhaled aerosols of Pb and bismuth isotopes generated from decay of [220]Rn or [222]Rn (Butterweck et al. 2002; Marsh and Birchall 1999). The absorption half-time was approximately 10 hours in subjects who inhaled aerosols having an activity median particle diameter of approximately 160 nm (range 50–500 nm), and approximately 68 minutes for aerosols having diameters of approximately 0.3–3 nm.

Rates and amounts of absorption of inhaled Pb particles >2.5 μm will be determined, primarily by rates of transport to and absorption from the gastrointestinal tract. Absorption of Pb from the gastrointestinal tract varies with the chemical form ingested, age, meal status (e.g., fed versus fasted), and nutritional factors (see Section 3.1.1 *Oral Exposure*).

***Organic Pb.*** Clinical studies of subjects who inhaled tetraethyl or tetramethyl Pb found that 60–80% of the Pb deposited in the respiratory tract was absorbed (Heard et al. 1979). Following a single exposure to vapors of radioactive ([203]Pb) tetraethyl Pb (approximately 1 mg/m[3] breathed through a mouthpiece for 1–2 minutes) in four male subjects, 37% of inhaled [203]Pb was initially deposited in the respiratory tract, of

which approximately 20% was exhaled in the subsequent 48 hours (Heard et al. 1979).  One hour after the exposure, approximately 50% of the $^{203}$Pb burden was associated with liver, 5% was associated with kidney, and the remaining burden was widely distributed throughout the body (determined by external gamma counting), suggesting near complete absorption of the Pb that was not exhaled.  In a similar experiment conducted with ($^{203}$Pb) tetramethyl Pb, 51% of the inhaled $^{203}$Pb dose was initially deposited in the respiratory tract, of which approximately 40% was exhaled in 48 hours.  The distribution of $^{203}$Pb 1 hour after the exposure was similar to that observed following exposure to tetraethyl Pb.

The relatively rapid and near complete absorption of tetraalkyl Pb that is inhaled and deposited in the respiratory tract is also supported by studies conducted in animal models (Boudene et al. 1977; Morgan and Holmes 1978).

**Oral Exposure**

*Inorganic Pb.*  The extent and rate of gastrointestinal absorption of ingested inorganic Pb are influenced by physiology (e.g., age, fasting, nutritional calcium and iron status, pregnancy), physicochemical characteristics of the medium ingested (e.g., particle size, mineralogy, solubility, and Pb species) and the ingested Pb dose.

*Mechanisms of Absorption.*  Gastrointestinal absorption of inorganic Pb occurs primarily in the duodenum (Mushak 1991).  The exact mechanisms of absorption are unknown and may involve active transport and/or diffusion through intestinal epithelial cells (transcellular) or between cells (paracellular), and may involve ionized Pb (Pb$^{+2}$) and/or inorganic or organic complexes of Pb.  *In vitro* studies of Pb speciation in simulated human intestinal chyme indicate that the concentration of ionized Pb is negligible at Pb concentrations below $10^{-3}$ M (207 mg/L) and that Pb phosphate and bile acid complexes are the dominant forms when inorganic Pb salts (e.g., Pb nitrate) are added to chyme (Oomen et al. 2003a). However, these complexes may be sufficiently labile to provide ionized Pb for transport across cell membranes (Oomen et al. 2003b).  Saturable mechanisms of absorption have been inferred from measurements of net flux kinetics of Pb in *in situ* perfused mouse intestine, *in situ* ligated chicken intestine, and *in vitro* isolated segments of rat intestine (Aungst and Fung 1981; Barton 1984; Flanagan et al. 1979; Mykkänen and Wasserman 1981).  By analogy to other divalent cations, saturable transport mechanisms for Pb$^{+2}$ may exist within the mucosal and serosal membranes and within the intestinal epithelial cell.  For calcium and iron, these are thought to represent membrane carriers (e.g., Ca$^{2+}$-Mg$^{2+}$-ATPase, Ca$^{2+}$/Na$^{+}$ exchange, DMT1) or facilitated diffusion pathways (e.g., Ca$^{2+}$ channel) and

intracellular binding proteins for $Ca^{2+}$ (Bronner et al. 1986; Fleming et al. 1998b; Gross and Kumar 1990; Teichmann and Stremmel 1990).

***Effect of Age.*** Gastrointestinal absorption of water-soluble Pb appears to be higher in children than in adults. Estimates derived from dietary balance studies conducted in infants and children (ages 2 weeks to 8 years) indicate that approximately 40–50% of ingested Pb is absorbed (Alexander et al. 1974; Ziegler et al. 1978). In adults, estimates of absorption of ingested water-soluble Pb compounds (e.g., Pb chloride, Pb nitrate, Pb acetate) ranged from 3 to 10% in fed subjects (Heard and Chamberlain 1982; James et al. 1985; Rabinowitz et al. 1980; Watson et al. 1986). Data available on Pb absorption between childhood and adulthood ages are very limited. While no absorption studies have been conducted on subjects in this age range, the kinetics of the change in stable isotope signatures of blood Pb in mothers and their children, as both come into equilibrium with a novel environmental Pb isotope profile, suggest that children ages 6–11 years and their mothers may absorb a similar percentage of ingested Pb (Gulson et al. 1997b).

Studies in experimental animals provide additional evidence for an age-dependency of gastrointestinal absorption of Pb. Absorption of Pb, administered as Pb acetate (6.37 mg Pb/kg, gavage), was higher in juvenile Rhesus monkeys (38% of dose) compared to adult female monkeys (26% of the dose) (Pounds et al. 1978). Rat pups absorb approximately 40–50 times more Pb from the diet than do adult rats (Aungst et al. 1981; Forbes and Reina 1972; Kostial et al. 1978). This age difference in absorption may be due, in part, to the shift from the neonatal to adult diet, and to postnatal physiological development (enzymes, transporters, gastric pH) of the gastrointestinal tract (Weis and LaVelle 1991).

***Effect of Fasting.*** The presence of food in the gastrointestinal tract decreases absorption of water-soluble Pb (Blake and Mann 1983; Blake et al. 1983; Heard and Chamberlain 1982; James et al. 1985; Maddaloni et al. 1998; Rabinowitz et al. 1980). In adults, absorption of a tracer dose of Pb acetate in water was approximately 63% when ingested by fasted subjects and 3% when ingested with a meal (James et al. 1985). Heard and Chamberlain (1982) reported nearly identical results. The arithmetic mean of reported estimates of absorption in fasted adults was 57% (calculated by ATSDR based on Blake et al. 1983; Heard and Chamberlain 1982; James et al. 1985; Rabinowitz et al. 1980). Reported fed/fasted ratios for absorption in adults range from 0.04 to 0.2 (Blake et al. 1983; Heard and Chamberlain 1983; James et al. 1985; Rabinowitz et al. 1980). Mineral content is one contributing factor to the lower absorption of Pb when Pb is ingested with a meal; in particular, the presence of calcium and phosphate in a meal will depress the absorption of ingested Pb (Blake and Mann 1983; Blake et al. 1983; Heard and Chamberlain

1982). Suppression of absorption by meals may explain the observation of lower PbB in children (age 3–5 years) who ate breakfast compared to children who went without breakfast, after controlling for nutritional variables (Liu et al. 2011).

***Effect of Nutrition.*** Pb absorption in children is affected by nutritional iron status. Children who are iron deficient have higher PbBs than similarly exposed children who are iron replete, which would suggest that iron deficiency may result in higher absorption of Pb or, possibly, other changes in Pb biokinetics that would contribute to higher PbBs (Mahaffey and Annest 1986; Marcus and Schwartz 1987). Genetic variation in genes involved in iron metabolism appear to affect PbBs; however, it is not certain if these associations are caused by changes in Pb absorption. These include variants in the hemochromatosis (HFE) and transferrin genes, which have been associated with higher PbBs in children (Hopkins et al. 2008), and with lower PbBs and bone Pb levels in elderly men (Wright et al. 2004).

Evidence for the effect for iron deficiency on Pb absorption has been provided from animal studies. In rats, iron deficiency increases the gastrointestinal absorption of Pb, possibly by enhancing binding of Pb to iron binding proteins in the intestine (Bannon et al. 2003; Barton et al. 1978b; Morrison and Quaterman 1987). Interactions between iron and Pb appear to involve either intracellular transfer or basolateral transfer mechanisms. Iron ($FeCl_2$) added to the mucosal fluid of the everted rat duodenal sac decreases serosal transfer, but not mucosal uptake of Pb (Barton 1984). When mRNA for DMT1, a mucosal membrane carrier for iron (which also transports other divalent metal cations), was suppressed in Caco 2 cells (a human gastrointestinal cell line), the rate of iron and cadmium uptake decreased by 50% compared to cells in which DMT1 mRNA was not suppressed; however, DMT1 mRNA suppression did not alter the rate of Pb uptake by Caco 2 cells, indicating that Pb may enter Caco 2 cells through a mechanism that is independent of DMT1 (Bannon et al. 2003). The above observations suggest that rate-limiting saturable mechanisms for Pb absorption are associated with transfer of Pb from cell to blood rather than with mucosal transfer. Similar mechanisms may contribute to Pb-iron and Pb-calcium absorption interactions in humans, and possibly interactions between Pb and other divalent cations such as cadmium, copper, magnesium, and zinc.

Dietary calcium intake affects Pb absorption. An inverse relationship has been observed between dietary calcium intake and PbBs in children, suggesting that children who are calcium-deficient may absorb more Pb than calcium-replete children (Elias et al. 2007; Mahaffey et al. 1986; Schell et al. 2004; Ziegler et al. 1978). An effect of calcium on Pb absorption is also evident in adults. In experimental studies of adults, absorption of a single dose of Pb (100–300 µg Pb chloride) was lower when the Pb was ingested together

with calcium carbonate (0.2–1 g calcium carbonate) than when the Pb was ingested without additional calcium (Blake and Mann 1983; Heard and Chamberlain 1982). A similar effect of calcium occurs in rats (Barton et al. 1978a). Complexation with calcium (and phosphate) in the gastrointestinal tract and competition for a common transport protein have been proposed as possible mechanisms for this interaction (Barton et al. 1978a; Heard and Chamberlain 1982). Absorption of Pb from the gastrointestinal tract is enhanced by dietary calcium depletion or administration of cholecalciferol (Mykkänen and Wasserman 1981, 1982). This "cholecalciferol-dependent" component of Pb absorption appears to involve a stimulation of the serosal transfer of Pb from the epithelium, not stimulation of mucosal uptake of Pb (Mykkänen and Wasserman 1981, 1982). This is similar to the effects of cholecalciferol on calcium absorption (Bronner et al. 1986; Fullmer and Rosen 1990).

In a study of young children (ages 6–12 months), PbBs increased in association with lower dietary Zn levels (Schell et al. 2004); however, it is not certain if these associations were caused by changes in Pb absorption.

***Effect of Pregnancy.*** Absorption of Pb may increase during pregnancy. Although there is no direct evidence for this in humans, an increase in Pb absorption may contribute, along with other mechanisms (e.g., increased mobilization of bone Pb), to the increase in PbBs that has been observed during the latter half of pregnancy (see Section 3.1.2, *Pb Distribution during Pregnancy and Maternal-Fetal-Infant Transfer*).

***Effect of Dose.*** Pb absorption in humans may be a capacity-limited process, in which case, the percentage of ingested Pb that is absorbed may decrease with increasing rate of Pb intake. Studies, to date, do not provide a firm basis for discerning if the gastrointestinal absorption of Pb is limited by dose. Numerous observations of nonlinear relationships between PbB and Pb intake in humans provide support for the existence of a saturable absorption mechanism or some other capacity-limited process in the distribution of Pb in humans (Pocock et al. 1983; Sherlock and Quinn 1986; Sherlock et al. 1984) (see Section 3.1.2, *Pb in Blood* and *Pb in Plasma* for discussion of saturable uptake of Pb in red blood cells). However, in immature swine that received oral doses of Pb in soil, Pb dose-blood Pb relationships were curvilinear, whereas dose-tissue Pb relationships for bone, kidney, and liver were linear. The same pattern (nonlinearity for PbB and linearity for tissues) was observed in swine administered Pb acetate intravenously (Casteel et al. 1997, 2006). These results suggest that the nonlinearity in the Pb dose-blood Pb relationship may derive from an effect of Pb dose on some aspect of the biokinetics of Pb other than absorption. In fasted rats, absorption was estimated at 42 and 2% following single oral administration of

1 and 100 mg Pb/kg, respectively, as Pb acetate, suggesting a limitation on absorption imposed by dose (Aungst et al. 1981). Evidence for capacity-limited processes at the level of the intestinal epithelium (Aungst and Fung 1981; Barton 1984; Flanagan et al. 1979; Mykkänen and Wasserman 1981) suggests that the intake-uptake relationship for Pb is likely to be nonlinear; however, the dose at which absorption becomes appreciably limited in humans is not known.

***Effect of Particle Size.*** Particle size influences the degree of gastrointestinal absorption (Ruby et al. 1999). In rats, an inverse relationship was found between absorption and particle size of Pb in diets containing metallic Pb particles that were ≤250 μm in diameter (Barltrop and Meek 1979). Tissue Pb concentration was a 2.3-fold higher when rats ingested an acute dose (37.5 mg Pb/kg) of Pb particles that were <38 μm in diameter than when rats ingested particles having diameters in the range of 150–250 μm (Barltrop and Meek 1979). Dissolution kinetics experiments with Pb-bearing mine waste soil suggest that surface area effects control dissolution rates for particles sizes of <90 μm diameter; however, dissolution of 90–250 μm particle size fractions appeared to be controlled more by surface morphology (Davis et al. 1994). Similarly, Healy et al. (1982) found that the solubility of Pb sulfide in gastric acid *in vitro* was much greater for particles that were 30 μm in diameter than for particles that were 100 μm in diameter.

***Absorption from Soil.*** Absorption of Pb from the gastrointestinal tract involves absorptive transport of soluble Pb species (e.g., $Pb^{2+}$) across the gastrointestinal tract epithelium. In order for Pb to be absorbed from soil, it must first be made bioaccessible in the gastrointestinal tract. The process of rendering soil Pb bioaccessible may involve: (1) physical and/or chemical digestion of the soil particles to expose Pb deposits to gastrointestinal tract fluids; (2) transfer of Pb minerals from exposed surfaces on soil particles to the aqueous environment of the gastrointestinal tract; and (3) chemical transformation of Pb minerals to soluble Pb species (e.g., $Pb^{2+}$) that are substrates for absorptive transport. Although absorptive transport of Pb occurs predominantly, if not solely, in the upper small intestine, bioaccessibility processes occurring in the stomach appear to be major determinants of Pb absorption.

Adult subjects who ingested soil (particle size <250 μm) collected from the Bunker Hill National Priorities List (NPL) site absorbed 26% of the resulting 250 μg/70 kg body weight Pb dose when the soil was ingested in the fasted state, and 2.5% when the same soil Pb dose was ingested with a meal (Maddaloni et al. 1998). The value reported for fasted subjects (26%) was approximately half that reported for soluble Pb ingested by fasting adults, or approximately 60% (Blake et al. 1983; Heard and Chamberlain 1983; James et al. 1985; Rabinowitz et al. 1980). Measurements of the absorption of soil Pb in infants or children have not been reported.

Absorption of Pb from ingested soils and surface dust has been studied more extensively in animals (Bannon et al. 2009; Barltrop and Meek 1979; Bradham et al. 2016, 2019; Brown et al. 2004; Casteel et al. 1997, 2006; Freeman et al. 1992, 1994, 1996; Healy et al. 1982; Hettiearachchi et al. 2003; Juhasz et al. 2009; Ryan et al. 2004; Weis and Lavelle 1991).  These studies have shown that absorption of soil Pb varies depending upon the Pb mineralogy and physical characteristics of the Pb in the soil (e.g., encapsulated or exposed, particle size).  Studies conducted in swine and other animal models have provided estimates of relative bioavailability (RBA) of Pb in soils collected from sites impacted by a variety of sources of Pb contamination including ore and ore processing, shooting of Pb munitions, and Pb-based paint (Bannon et al. 2009; Barltrop and Meek 1979; Bradham et al. 2016, 2019; Brown et al. 2004; Casteel et al. 1997, 2006; Freeman et al. 1992, 1994, 1996; Healy et al. 1982; Hettiearachchi et al. 2003; Juhasz et al. 2009; Ryan et al. 2004; Weis and Lavelle 1991).  RBA is the ratio of the absolute bioavailability (or absorption fraction) of Pb in soil to that of a water-soluble reference (Pb acetate).  RBA has been measured in animal models using various approaches, including measurement of blood and tissue Pb in animals following dosing with soil or Pb acetate.  RBA estimates from these studies ranged from 1 to 100% (mean 60%, n=33, calculated by ATSDR).  RBAs for soils (sieved to <250 µm) from firing ranges where the predominant form of Pb was Pb carbonate were approximately 100% (Bannon et al. 2009).  A soil amended with NIST paint standard (a mixture of Pb carbonate and Pb oxide) had an RBA of 92%.  Smelter slag and soils in which the dominant source of Pb was smelter slag had relatively low RBA (14–40%).  Galena (lead sulfide) in soil also had relatively low RBA (1–6%).

Casteel et al. (2006) estimated Pb RBA of 19 soils in swine and categorized the RBA according to Pb mineral associations.  Electron microprobe analyses of Pb-bearing grains in the various soils revealed that the grains ranged from as small as 1–2 µm up to a maximum of 250 µm (the sieve size used in preparation of the samples) and that Pb was present in a wide range of different mineral associations (phases), including various oxides, sulfides, sulfates, and phosphates.  These variations in size and mineral content of the Pb-bearing grains are the suspected cause of variations in the gastrointestinal absorption of Pb from different samples of soil.  Based on these very limited data, the RBA of Pb mineral phases were rank-ordered (Table 3-1).

**Table 3-1. Ranking of Relative Bioavailability of Lead (Pb) Mineral Phases in Soil[a]**

| Low bioavailability (RBA<0.25) | Medium bioavailability (RBA=0.25–0.75) | High bioavailability (RBA>0.75) |
|---|---|---|
| Angelsite | Pb oxide | Cerussite |
| Fe(M) oxide | Pb phosphate | Mn(M) oxide |
| Fe(M) sulfate | | |
| Galena | | |
| Pb(M) oxide | | |

[a]Estimates are based on studies of immature swine.

Fe = iron; M = metal; Mn = manganese; RBA = relative bioavailability (compared to Pb acetate)

Source: Casteel et al. 2006

Several studies have shown that elevating the phosphate concentration of soil can decrease soil Pb RBA (Brown et al. 2004; Hettiarachichi et al. 2003; Ryan et al. 2004). The mechanism for the effect is thought to be the formation of a relatively insoluble form of Pb in soil, pyromorphite, which has a low RBA (Scheckel et al. 2013).

***Bioaccessibility in Soil and its Relationship to Relative Bioavailability.*** Empirical evidence supporting the importance of gastric bioaccessibility in Pb absorption comes from studies of relationships between extractability of Pb from soil measured *in vitro* and Pb RBA measured in animals. *In vitro* extractability of Pb from soil (*in vitro* bioaccessibility, IVBA) strongly correlates with RBA measured swine assays when the extraction is performed at gastric pH ($r^2$=0.92, n=18; Drexler and Brattin 2007). Bioaccessibility estimates obtained from IVBA assays are sensitive to assay conditions such as pH, liquid:soil ratios, inclusion or absence of food material, and differences in methods used to separate dissolved and particle-bound Pb (e.g., centrifugation versus filtration); as a result, different assays can yield different results when applied to the same soils or surface dusts (Dong et al. 2016; Juhasz et al. 2011; Lu et al. 2011; Roussel et al. 2010; Saikat et al. 2007; Smith et al. 2011; Van de Wiele et al. 2007). For this reason, application of IVBA assays for predicting RBA must be supported by demonstration of a strong correlation between IVBA and RBA (Drexler and Brattin 2007). Even in the absence of validation of RBA predictions, IVBA assays may be useful for predicting relative differences in RBA between soils. For example, the relative change in Pb RBA resulting from treatment of soils with phosphate amendments was predicted from IVBA measurements even though the IVBA assay performed poorly at predicting the actual RBA of the soils (Juhasz et al. 2016). Bioaccessibility measured with IVBA assays has been shown to increase with decreasing particle size (varied from <2,000 to <50 μm) (Juhasz et al. 2011) and increase with increasing soil acidity and organic matter content (Jin et al. 2005).

**Dermal Exposure**

***Inorganic Pb.***  Dermal absorption of inorganic Pb compounds is generally considered to be much less than absorption by inhalation or oral routes of exposure; however, few studies have provided quantitative estimates of dermal absorption of inorganic Pb in humans, and the quantitative significance of the dermal absorption pathway as a contributor to Pb body burden in humans remains an uncertainty.  Pb was detected in the upper layers of the stratum corneum of Pb-battery workers, prior to their shifts and after cleaning of the skin surface (Sun et al. 2002), suggesting adherence and/or possible dermal penetration of Pb.  Following skin application of [203]Pb-labeled Pb acetate in cosmetic preparations (0.12 mg Pb in 0.1 mL or 0.18 mg Pb in 0.1 g of a cream) to eight male volunteers for 12 hours, absorption was ≤0.3%, based on whole-body, urine, and blood [203]Pb measurements, and was predicted to be 0.06% during normal use of such preparations (Moore et al. 1980).  Most of the absorption took place within 12 hours of exposure.  Pb also appears to be absorbed across human skin when applied to the skin as Pb nitrate; however, quantitative estimates of absorption have not been reported.  Pb (4.4 mg, as Pb nitrate) was applied (vehicle or solvent not reported) to an occluded filter placed on the forearm of an adult subject for 24 hours, after which, the patch was removed, the site cover and the forearm were rinsed with water, and total Pb was quantified in the cover material and rinse (Stauber et al. 1994).  The amount of Pb recovered from the cover material and rinse was 3.1 mg (70% of the applied dose).  Based on this recovery measurement, 1.3 mg (30%) of the applied dose remained either in the skin or had been absorbed in 24 hours; the amount that remained in or on the skin and the fate of this Pb (e.g., exfoliation) was not determined.  Exfoliation has been implicated as an important pathway of elimination of other metals from skin (e.g., inorganic mercury; Hursh et al. 1989).  Pb concentrations in sweat collected from the right arm increased 4-fold following the application of Pb to the left arm, indicating that some Pb had been absorbed (amounts of sweat collected or total Pb recovered in sweat were not reported; Stauber et al. 1994).  In similar experiments with three subjects, measurements of [203]Pb in blood, sweat, and urine, made over a 24-hour period following dermal exposures to 5 mg Pb as [203]Pb nitrate or acetate, accounted for <1% of the applied (or adsorbed) dose (Stauber et al. 1994).  This study also reported that absorption of Pb could not be detected from measurements of Pb in sweat following dermal exposure to Pb as Pb carbonate.

Information on relative dermal permeability of inorganic and organic Pb salts of Pb comes from studies of *in vitro* preparations of excised skin; the rank ordering of penetration rates through excised human skin

was: Pb nuolate (Pb linoleic and oleic acid complex) > Pb naphthanate > Pb acetate > Pb oxide (nondetectable) (Bress and Bidanset 1991).

Studies conducted in animals provide additional evidence that dermal absorption of inorganic Pb is substantially lower than absorption from the inhalation or oral route. In a comparative study of dermal absorption of inorganic and organic salts of Pb conducted in rats, approximately 100 mg of Pb was applied in an occluded patch to the shaved backs of rats. Based on urinary Pb measurements made prior to and for 12 days following exposure, Pb compounds could be ranked according to the relative amounts absorbed (i.e., percent of dose recovered in urine; calculated by ATSDR): Pb naphthalene (0.17%), Pb nitrate (0.03%), Pb stearate (0.006%), Pb sulfate (0.006%), Pb oxide (0.005%), and metal Pb powder (0.002%). This rank order (i.e., Pb naphthalene > Pb oxide) is consistent with a rank ordering of penetration rates of inorganic and organic Pb salts through excised skin from humans and guinea pigs: Pb nuolate (Pb linoleic and oleic acid complex) > Pb naphthanate > Pb acetate > Pb oxide (nondetectable) (Bress and Bidanset 1991). The estimates for percent of dose excreted underestimate actual absorption as these estimates do not account for the Pb retained in bone and other tissues.

Following application of Pb acetate to the shaved clipped skin of rats, the concentration of Pb in the kidneys was found to be higher relative to controls, suggesting that absorption of Pb had occurred (Laug and Kunze 1948). This study also observed that dermal absorption of Pb from Pb arsenate was significantly less than from Pb acetate, and that mechanical injury to the skin significantly increased the dermal penetration of Pb.

***Organic Pb.*** Relative to inorganic Pb and organic Pb salts, tetraalkyl Pb compounds have been shown to be rapidly and extensively absorbed through the skin of rabbits and rats (Kehoe and Thamann 1931; Laug and Kunze 1948). A 0.75-mL amount of tetraethyl Pb, which was allowed to spread uniformly over an area of 25 cm$^2$ on the abdominal skin of rabbits, resulted in 10.6 mg of Pb in the carcass at 0.5 hours and 4.41 mg at 6 hours (Kehoe and Thamann 1931). Tetraethyl Pb was reported to be absorbed by the skin of rats to a much greater extent than Pb acetate, Pb oleate, and Pb arsenate (Laug and Kunze 1948). Evidence for higher dermal permeability of organic Pb compounds compared to inorganic organic salts of Pb also comes from *in vitro* studies conducted with excised skin. The rank order of absorption rates through excised skin from humans and guinea pigs was as follows: tetrabutyl Pb > Pb nuolate (Pb linoleic and oleic acid complex) > Pb naphthanate > Pb acetate > Pb oxide (nondetectable) (Bress and Bidanset 1991).

## 3.1.2   Distribution

***Inorganic Pb.***   Absorbed inorganic Pb appears to be distributed in essentially the same manner regardless of the route of absorption (Chamberlain et al. 1978; Kehoe 1987); therefore, the distribution of absorbed Pb (i.e., by any route) is discussed in this section, rather than in separate sections devoted to specific routes of exposure.  The expression "body burden" is used here to refer to the total amount of Pb in the body.  Most of the available information about the distribution of Pb to major organ systems (e.g., bone, soft tissues) derives from autopsy studies conducted in the 1960s and 1970s and reflect body burdens accrued during periods when ambient and occupational exposure levels were much higher than current levels (Barry 1975, 1981; Gross et al. 1975; Schroeder and Tipton 1968).  A more recent autopsy study found lower Pb concentrations in autopsies performed during the period 2004–2013 (Mari et al. 2014).  In general, these studies indicate that the distribution of Pb appears to be similar in children and adults, although a larger fraction of the Pb body burden of adults resides in bone.  Several models of Pb pharmacokinetics have been proposed to characterize such parameters as intercompartmental Pb exchange rates, retention of Pb in various tissues, and relative rates of distribution among the tissue groups (see Section 3.1.5 for further discussion of models).

***Pb in Blood.***   Concentrations of Pb in blood vary considerably with age, physiology/life stage (e.g., pregnancy, lactation, menopause), and numerous factors that affect exposure to Pb.  PbBs in various demographic strata of the U.S. population are periodically estimated from the NHANES.  Based on data from NHANES (2015–2016, CDC 2018a), the geometric mean PbB of U.S. adults, age ≥20 years, was 0.920 µg/dL (95% CI 0.862, 0.982).  The geometric mean PbB of U.S. children, age 1–5 years, was 0.758 (95% CI 0.675, 0.850).  PbBs in the United States have decreased considerably in the last several decades as a result of removal of Pb from gasoline and restrictions placed on the use of Pb in residential paints (Brody et al. 1994; CDC 2011, 2018a; Pirkle et al. 1994, 1998; Schwartz and Pitcher 1989).  While historically, the geometric mean PbB in U.S. children has been higher than that of the adult population, recent estimates indicate that geometric means in children have fallen below that of adults.

***Pb in Red Blood Cells.***   Pb in blood is primarily in the red blood cells (99%) (Bergdahl et al. 1997a, 1998, 1999; Hernandez-Avila et al. 1998; Manton et al. 2001; Schutz et al. 1996; Smith et al. 2002).  Although the mechanisms by which Pb crosses cell membranes have not been fully elucidated, results of studies in intact red blood cells and red blood cell ghosts indicate that there are two, and possibly three, pathways for facilitated transfer of Pb across the red cell membrane.  The major proposed pathway is an anion exchanger that is dependent upon $HCO_3^-$ and is blocked by anion exchange inhibitors (Bannon et al.

2000, Simons 1985, 1986a, 1986b, 1993).  A second minor pathway, which does not exhibit $HCO_3^-$ dependence and is not sensitive to anion exchange inhibitors, may also exist (Simons 1986b).  Pb and calcium may also share a permeability pathway, which may be a $Ca^{2+}$-channel (Calderon-Salinas et al. 1999).  Pb is transferred out of the erythrocyte by an active transport pathway, most likely a $(Ca^{2+}, Mg^{2+})$-ATPase (Simons 1988).

Pb in erythrocytes binds to several intracellular proteins.  ALAD is the primary binding ligand for Pb in erythrocytes (Bergdahl et al. 1997a, 1998; Sakai et al. 1982; Xie et al. 1998).  Pb binding to ALAD is saturable; the binding capacity has been estimated to be approximately 85 µg/dL red blood cells (or approximately 40 µg/dL whole blood) and the apparent dissociation constant has been estimated to be approximately 1.5 µg/L (Bergdahl et al. 1998).  Two other Pb-binding proteins have been identified in erythrocytes, a 45 kDa protein (Kd 5.5 µg/L) and a smaller protein(s) having a molecular weight <10 kDa (Bergdahl et al. 1996, 1997a, 1998).  Of the three principal Pb-binding proteins identified in erythrocytes, ALAD has the strongest affinity for Pb (Bergdahl et al. 1998) and appears to dominate the ligand distribution of Pb (35–84% of total erythrocyte Pb) at blood Pb levels below 40 µg/dL (Bergdahl et al. 1996, 1998; Sakai et al. 1982).  The decrease in hematocrit that occurs in early infancy (51% at birth to 35% at 6 months) may decrease the total binding capacity of blood and PbBs over the first postnatal 6 months (Simon et al. 2007).

Pb binds to and inhibits the activity of ALAD (Gercken and Barnes 1991; Gibbs et al. 1985; Jaffe et al. 2000; Sakai et al. 1982, 1983).  Binding of zinc is essential for ALAD activity, and Pb inhibits activity of ALAD by displacing zinc (Jaffe et al. 2000).  Synthesis of ALAD appears to be induced in response to inhibition of ALAD and, therefore, in response to binding of Pb to ALAD (Boudene et al. 1984; Fujita et al. 1982).  Several mechanisms may participate in the induction of ALAD, including (1) inhibition of ALAD directly by Pb; (2) inhibition by protoporphyrin, secondary to accumulation of protoporphyrin as a result of Pb inhibition of ferrochelatase; and (3) accumulation of ALA (a substrate of ASAD), secondary to inhibition of ALAD, which may stimulate ALAD synthesis in bone marrow cells (Boudene et al. 1984; Fujita et al. 1982).

ALAD is a polymorphic enzyme with two alleles (ALAD 1 and ALAD 2) and three genotypes (ALAD 1,1, ALAD 1,2, and ALAD 2,2) (Battistuzzi et al. 1981, Scinicariello et al. 2007).  Numerous studies have examined the relationship between ALAD genotype and PbBs and the results of these studies are mixed with some studies finding higher PbBs in association with the ALAD 2 allele and other studies finding no associations or lower PbBs associated with the ALAD 2 allele (see Section 3.2).  One possible

mechanism by which ALAD polymorphism could affect PbBs is by allelic variation in Pb binding to ALAD (Bergdahl et al. 1997b).  However, competitive displacement studies with recombinant human ALAD 1 and ALAD 2 did not indicate differences in affinity for Pb relative to zinc (Jaffe et al. 2000).

***Pb in Blood Plasma.***  Pb binds to several constituents in plasma and it has been proposed that Pb in plasma exists in four states:  loosely bound to serum albumin or other proteins with relatively low affinity for Pb, complexed to low molecular weight ligands such as amino acids and carboxylic acids, tightly bound to a circulating metalloprotein, and as free $Pb^{2+}$ (Al-Modhefer et al. 1991).  Free ionized Pb (i.e., $Pb^{2+}$) in plasma represents an extremely small percentage of total plasma Pb.  The concentration of $Pb^{2+}$ in fresh serum, as measured by an ion-selective Pb electrode, was reported to be 1/5,000 of the total serum Pb (Al-Modhefer et al. 1991).  Approximately 40–75% of Pb in the plasma is bound to plasma proteins, of which albumin appears to be the dominant ligand (Al-Modhefer et al. 1991; Ong and Lee 1980).  Pb also binds to transferrins and γ-globulins (Guo et al. 2014; Ong and Lee 1980).  Pb in serum that is not bound to protein exists largely as complexes with low molecular weight sulfhydryl compounds (e.g., cysteine, homocysteine).  Other potential low molecular weight Pb-binding ligands in serum may include citrate, cysteamine, ergothioneine, glutathione, histidine, and oxylate (Al-Modhefer et al. 1991).

Saturable binding to red blood cell proteins contributes to curvature to the blood Pb-plasma Pb relationship with an increase in the plasma/blood Pb ratio with increasing PbB (Barbosa et al. 2006a; Bergdahl et al. 1997b, 1998, 1999; DeSilva 1981; Jin et al. 2008; Kang et al. 2009; Manton et al. 2001; Rentschler et al. 2012; Smith et al. 2002; Tian et al. 2013).  The curvature becomes evident at PbBs well above 10 µg/dL.  As binding sites for Pb in red blood cells become saturated, a larger fraction of the blood Pb is available in plasma to distribute to brain and other Pb-responsive tissues.  This contributes to a curvature in the relationship between Pb intake and PbB, with the blood Pb/intake slope decreasing with increasing Pb intake, which has been observed in children (Sherlock and Quinn 1986) and immature swine (Casteel et al. 2006).  Saturable binding of Pb to red blood cell proteins also contributes to a curvilinear relationship between blood Pb and urinary Pb, whereas the relationship between plasma Pb concentration and urine Pb is linear (Bergdahl et al. 1997b).

***Pb in Bone.***  In human adults, approximately >90% of the total body burden of Pb is found in the bones.  Based on analyses of post-mortem tissues, bone accounted for 94% of the total Pb body burden of adults and 73% of the body burden in children (Barry 1975).  Pb concentrations in bone increase with age, indicative of a relatively slow turnover of Pb in adult bone (Barry 1975, 1981; Gross et al. 1975; Schroeder and Tipton 1968; Wilker et al. 2011).  A portion of Pb in bone readily exchanges with the

plasma Pb pool and, as a result, bone Pb is a reservoir for replenishment of Pb eliminated from blood by excretion (Alessio 1988; Behinaein et al. 2012, 2014; Chettle et al. 1991; Hryhorczuk et al. 1985; Nie et al. 2005; Nilsson et al. 1991; Rabinowitz et al. 1976). Pb in adult bone can serve to maintain blood Pb levels long after exposure has ended (Fleming et al. 1997; Inskip et al. 1996; Kehoe 1987; O'Flaherty et al. 1982; Smith et al. 1996). It can also serve as a source of Pb transfer to the fetus when maternal bone is resorbed for the production of the fetal skeleton (Franklin et al. 1997; Gulson et al. 1997b, 1999b, 2003).

Pb forms highly stable complexes with phosphate and can replace calcium in the calcium-phosphate salt, hydroxyapatite, which comprises the primary crystalline matrix of bone (Bres et al. 1986; Lloyd et al. 1975; Meirer et al. 2011; Miyake 1986; Verbeeck et al. 1981). As a result, Pb deposits in bone during the normal mineralization process that occurs during bone growth and remodeling and is released to the blood during the process of bone resorption (Aufderheide and Wittmers 1992; O'Flaherty 1991b, 1993). During infancy and childhood, bone calcification is most active in trabecular bone, whereas in adulthood, calcification occurs at sites of remodeling in cortical and trabecular bone. This suggests that Pb accumulation will occur predominantly in trabecular bone during childhood, and in both cortical and trabecular bone in adulthood (Aufderheide and Wittmers 1992). The association of Pb uptake and release from bone with the normal physiological processes of bone formation and resorption renders Pb biokinetics sensitive to these processes. Physiological states (e.g., pregnancy, menopause, advanced age) or disease-related states (e.g., osteoporosis, prolonged immobilization) that are associated with increased bone resorption will tend to promote the release of Pb from bone, which, in turn, may contribute to an increase in the concentration of Pb in blood (Berkowtiz et al. 2004; Bonithon-Kopp et al. 1985; Garrido Latorre et al. 2003; Hernandez-Avila et al. 2000; Jackson et al. 2010; Markowitz and Weinberger 1990; Mendola et al. 2013; Nash et al. 2004; Nie et al. 2009; Popovic et al. 2005; Silbergeld et al. 1988; Symanski and Hertz-Picciotto 1995; Thompson et al. 1985).

Two physiological compartments appear to exist for Pb in cortical and trabecular bone, to varying degrees. In one compartment, bone Pb is essentially inert, having an elimination half-time of several decades. A labile compartment exists as well that allows for maintenance of an equilibrium of Pb between bone and soft tissue or blood (Rabinowitz et al. 1976). Although a high bone formation rate in early childhood results in the rapid uptake of circulating Pb into mineralizing bone, bone Pb is also recycled to other tissue compartments or excreted in accordance with a high bone resorption rate (O'Flaherty 1995a). Thus, most of the Pb acquired early in life is not permanently fixed in the bone (O'Flaherty 1995a). In general, bone turnover rates decrease as a function of age, resulting in slowly increasing bone Pb levels among adults (Barry 1975; Gross et al. 1975; Schroeder and Tipton 1968).

Bone Pb burdens in adults are slowly lost by diffusion (heteroionic exchange) as well as by resorption (O'Flaherty 1995a, 1995b). An XRF study of tibia Pb concentrations in individuals >10 years old showed a gradual increase in bone Pb after age 20 (Kosnett et al. 1994). In 60–70-year-old men, the total bone Pb burden may be ≥200 mg, while children <16 years old have been shown to have a total bone Pb burden of 8 mg (Barry 1975). However, in some bones (i.e., mid femur and pelvic bone), the increase in Pb content plateaus at middle age and then decreases at higher ages; the decrease with age was more pronounced in females (Drasch et al. 1987). Osteoporosis and release of Pb from resorbed bone to blood may contribute to decreasing bone Pb content in females (Gulson et al. 2002).

Evidence for the exchange of bone Pb and soft tissue Pb stores comes from analyses of stable Pb isotope signatures of Pb in bone and blood. A comparison of blood and bone Pb stable isotope signatures in five adults indicated that bone Pb stores contributed to approximately 40–70% of the Pb in blood (Smith et al. 1996). During pregnancy, the mobilization of bone Pb increases, as the bone is resorbed to produce the fetal skeleton. Analysis for kinetics of changes in the stable isotope signatures of blood Pb in pregnant women as they came into equilibrium with a novel environmental Pb isotope signature indicated that 10–88% of the Pb in blood may derive from the mobilization of bone Pb store and approximately 80% of cord blood may be contributed from maternal bone Pb (Gulson 2000; Gulson et al. 1997b, 1999c, 2003). The mobilization of bone Pb during pregnancy may contribute, along with other mechanisms (e.g., increased absorption), to the increase in Pb concentration that has been observed during the later stages of pregnancy (Gulson et al. 1997b, 2016; Lagerkvist et al. 1996; Schuhmacher et al. 1996). Bone resorption during pregnancy can be reduced by ingestion of calcium supplements (Janakiraman et al. 2003). Additional evidence for increased mobilization of bone Pb into blood during pregnancy is provided from studies in nonhuman primates and rats (Franklin et al. 1997; Maldonado-Vega et al. 1996). Direct evidence for transfer of maternal bone Pb to the fetus has been provided from stable Pb isotope studies in Cynomolgus monkeys (*Macaca fascicularis*) that were dosed with Pb having a different stable isotope ratio than the Pb to which the monkeys were exposed at an earlier age; approximately 7–39% of the maternal Pb burden that was transferred to the fetus appeared to have been derived from the maternal skeleton (Franklin et al. 1997).

In addition to pregnancy, other states of increased bone resorption appear to result in release of bone Pb to blood; these include lactation, osteoporosis, and severe weight loss. Analysis of kinetics of changes in the stable isotope signatures of blood Pb in postpartum women as they came into equilibrium with a novel environmental Pb isotope signature indicated that the release of maternal bone Pb to blood appears to accelerate during lactation (Gulson et al. 2002, 2003, 2004). This is consistent with declines in patella

bone Pb (measured by XRF) during lactation without calcium supplementation (Hernandez-Avila et al. 1996). Similar approaches have detected increased release of bone Pb to blood in women, in association with menopause (Gulson et al. 2002). These observations are consistent with epidemiological studies that have shown increases in PbB after menopause and in association with decreasing bone density in postmenopausal women (Berkowitz et al. 2004; Garrido Latorre et al. 2003; Hernandez-Avila et al. 2000; Korrick et al. 2002; Nash et al. 2004; Popovic et al. 2005; Symanski and Hertz-Picciotto 1995). In a prospective study of women who were scheduled to undergo bilateral oophorectomy for benign conditions, blood and tibia bone Pb (measured by XRF and adjusted for bone mineral density) did not change 6–18 months post-surgery, regardless of whether patients were given estrogen replacement therapy (Berkowitz et al. 2004). Severe weight loss (28% of BMI in 6 months) in women, which increased bone turnover, increased PbB (Riedt et al. 2009).

***Pb in Soft Tissues.*** Several studies have compared soft tissue concentrations of Pb in autopsy samples of soft tissues (Barry 1975, 1981; Gross et al. 1975; Schroeder and Tipton 1968). These studies were conducted in the 1960s and 1970s and, therefore, reflect burdens accrued during periods when ambient and occupational exposure levels were much higher than current levels. A more recent autopsy study found lower Pb concentrations in autopsies performed during the period 2004–2013 (Mari et al. 2014). Average PbBs reported in the adult subjects were approximately 20 μg/dL in the Barry (1975) and Gross et al. (1975) studies, whereas more current estimates of the average for adults in the United States are <5 μg/dL (CDC 2018a). Levels in other soft tissues also appear to have decreased substantially since these studies were reported (Barregård et al. 1999; Mari et al. 2014). For example, average Pb concentrations in kidney cortex of male adults were 0.78 μg/g wet tissue and 0.79 μg/g, as reported by Barry (1975) and Gross et al. (1975), respectively (samples in the Barry study were from subjects who had no known occupational exposures). An analysis of kidney biopsy samples collected in Sweden found that the mean level of Pb in kidney cortex among subjects not occupationally exposed to Pb was 0.18 μg/g (maximum, 0.56 μg/g) (Barregård et al. 1999). Mari et al. (2014) reported a value of 0.18 μg/g for mean kidney Pb concentration in 20 autopsies performed in Spain. In spite of the downward trends in soft tissue Pb levels, the autopsy studies provide a basis for describing the relative soft tissue distribution of Pb in adults and children. Most of the Pb in soft tissue is in liver. Relative amounts of Pb in soft tissues as reported by Schroeder and Tipton (1968), expressed as percent of total soft tissue Pb, were: liver, 33%; skeletal muscle, 18%; skin, 16%; dense connective tissue, 11%; fat, 6.4%; kidney, 4%; lung, 4%; aorta, 2%; and brain, 2% (other tissues were <1%). The highest soft tissue concentrations in adults also occur in liver and kidney cortex (Barry 1975; Gerhardsson et al. 1986, 1995b; Gross et al. 1975; Mari et al. 2014; Oldereid et al. 1993). The relative distribution of Pb in soft tissues, in males and females,

expressed in terms of tissue:liver concentration ratios, were:  liver, 1.0 (approximately 1 μg/g wet weight); kidney cortex, 0.8; kidney medulla, 0.5; pancreas, 0.4; ovary, 0.4; spleen, 0.3; prostate, 0.2; adrenal gland, 0.2; brain, 0.1; fat, 0.1; testis, 0.08; heart, 0.07; and skeletal muscle, 0.05 (Barry 1975; Gross et al. 1975).  In contrast to Pb in bone, which accumulates Pb with continued exposure in adulthood, concentrations in soft tissues (e.g., liver and kidney) are relatively constant in adults (Barry 1975; Treble and Thompson 1997), reflecting a faster turnover of Pb in soft tissue, relative to bone.

Mechanisms by which Pb enters soft tissues have not been fully characterized (Bressler et al. 2005). Studies conducted in preparations of mammalian small intestine support the existence of saturable and nonsaturable pathways of Pb transfer and suggest that Pb can interact with transport mechanisms for calcium and iron (see Section 3.1.1).  Pb can enter cells through voltage-gated L-type $Ca^{2+}$ channels in bovine adrenal medullary cells (Legare et al. 1998; Simons and Pocock 1987; Tomsig and Suszkiw 1991) and through store-operated $Ca^{2+}$ channels in pituitary GH3, glial C3, human embryonic kidney, and bovine brain capillary endothelial cells (Kerper and Hinkle 1997a, 1997b).  Anion exchangers may also participate in Pb transport in astrocytes (Bressler et al. 2005).  In addition to the small intestine, DMT1 is expressed in the kidney (Canonne-Hergaux et al. 1999); however, little information is available regarding the transport of Pb across the renal tubular epithelium.  In Madin-Darby canine kidney cells (MDCK), Pb has been shown to undergo transepithelial transport by a mechanism distinct from the anion exchanger that has been identified in red blood cells (Bannon et al. 2000).  The uptake of Pb into MDCK cells was both time and temperature dependent.  Overexpression of DMT1 in the human embryonic kidney fibroblast cells (HEK293) resulted in increased Pb uptake compared to HEK293 cells in which DMT1 was not overexpressed (Bannon et al. 2002).  Based on this limited information, it appears that DMT1 may play a role in the renal transport of Pb.

Pb in other soft tissues such as kidney, liver, and brain exists predominantly bound to protein.  High affinity cytosolic Pb binding proteins have been identified in rat kidney and brain (DuVal and Fowler 1989; Gonick et al. 2011).  The Pb binding proteins of rat are cleavage products of α2μ-globulin, a member of the protein superfamily known as retinol-binding proteins (Fowler and DuVal 1991). α2μ-Globulin is synthesized in the liver under androgen control and has been implicated in the mechanism of male rat hyaline droplet nephropathy produced by certain hydrocarbons (EPA 1991; Swenberg et al. 1989); however, there is no evidence that Pb induces male-specific nephropathy or hyaline droplet nephropathy.  The precise role for Pb binding proteins in the toxicokinetics and toxicity of Pb has not been firmly established; however, it has been proposed that binding proteins may serve as a cytosolic Pb "receptor" that, when transported into the nucleus, binds to chromatin and modulates gene

expression (Fowler and DuVal 1991; Mistry et al. 1985, 1986). Other high-affinity Pb binding proteins (Kd approximately 14 nM) have been isolated in human kidney, two of which have been identified as a 5 kD peptide, thymosin 4, and a 9 kD peptide, acyl-CoA binding protein (Smith et al. 1998b). Pb also binds to metallothionein, but does not appear to be a significant inducer of the protein in comparison with the inducers of cadmium and zinc (Eaton et al. 1980; Waalkes and Klaassen 1985). *In vivo*, only a small fraction of the Pb in the kidney is bound to metallothionein, and appears to have a binding affinity that is less than $Cd^{2+}$, but higher than $Zn^{2+}$ (Ulmer and Vallee 1969); thus, Pb will more readily displace zinc from metallothionein than cadmium (Goering and Fowler 1987; Nielson et al. 1985; Waalkes et al. 1984).

***Pb Distribution during Pregnancy and Maternal-Fetal-Infant Transfer.*** PbBs tend to be lower in pregnant women compared to non-pregnant women of similar age, BMI, iron status, and smoking status (Jain 2013a; Liu et al. 2013). This difference may reflect increased elimination of Pb from the maternal system (Jain 2013b). Maternal PbB changes during and following pregnancy. A U-shaped temporal pattern has been observed in which maternal PbBs decrease during the second trimester and increase during the third trimester and postpartum period (Gulson et al. 2004, 1997b, 2016; Hertz-Picciotto et al. 2000; Lagerkvist et al. 1996; Lamadrid-Figueroa et al. 2006; Rothenberg et al. 1994). Several factors appear to contribute to these changes. During the second trimester, increased plasma volume contributes to hemodilution of maternal blood Pb and a lowering in the PbB (Hytten 1985). During the third trimester, growth of the fetal skeleton accelerates, which results in increased mobilization of calcium and Pb from the maternal skeleton, increasing maternal PbB (Gulson et al. 1998b, 2003). Postpartum calcium demand increases further during lactation and breastfeeding, which promotes further mobilization of calcium and Pb from bone and sustains or increases maternal PbBs (Gulson et al. 1998b; Hansen 2011; Tellez-Rojo et al. 2002). Increased demand for calcium in the third trimester and postpartum (to supply calcium for breast milk) is also evident from studies of the effects of dietary calcium supplementation during pregnancy. Calcium supplementation of the maternal diet decreased or delayed the onset of the increase in maternal PbB during the third trimester and postpartum period and delayed mobilization of maternal bone Pb in the third trimester (Ettinger et al. 2009; Gulson et al. 2004, 2016; Manton et al. 2003). The increase in PbB associated with late pregnancy was greater in older women who had a longer history of Pb exposure and, presumably, higher bone Pb levels (Miranda et al. 2010). Pb has been detected in follicular fluid at concentrations similar to that in blood plasma (Silberstein et al. 2006).

A portion of the maternal Pb burden is transferred to the placenta and fetus during pregnancy (Esteban-Vasaloo et al. 2012; Franklin et al. 1997; Gulson et al. 2003, 2016; Irwinda et al. 2019; Kayaalti et al.

2016; Kazi et al. 2014; O'Flaherty 1998; Reddy et al. 2014).  Measurements of stable Pb isotope ratios in pregnant women and cord blood, as they came into equilibrium with a novel environmental Pb isotope signature, indicated that approximately 80% of Pb in fetal cord blood appears to derive from maternal bone stores (Gulson et al. 1997b, 1999c, 2000, 2003, 2016).  Stable isotope studies have also demonstrated transfer of Pb from the maternal skeleton to fetus in nonhuman primates (Franklin et al. 1997; O'Flaherty 1998).  Transplacental transfer of Pb may be facilitated by an increase in the plasma/PbB ratio during pregnancy (Lamadrid-Figueroa et al. 2006; Montenegro et al. 2008).

Fetal and maternal PbBs and placental Pb concentrations are correlated (Amaral et al. 2010; Baeyens et al. 2014; Baranowska-Boisiacka et al. 2016; Carbone et al. 1998; Chen et al. 2014; Goyer 1990; Graziano et al. 1990; Gulson et al. 2016; Kayaalti et al. 2015b; Kazi et al. 2014; Kim et al. 2015; Kordas et al. 2009; Patel and Prabhu 2009; Reddy et al. 2014).  Estimates of the maternal/fetal PbB ratio, based on cord blood Pb measurements at the time of delivery, range from 0.7 to 1.0 at mean maternal PbBs ranging from 1 to 9 µg/dL.  In one of the larger studies of fetal PbB, maternal and cord PbB were measured at delivery in 888 mother-infant pairs; the cord/maternal ratio was relatively constant, 0.93, over a blood Pb range of approximately 3–40 µg/dL (Graziano et al. 1990).  An analysis of data from 159 mother-infant pairs revealed that higher blood pressure and alcohol consumption late in pregnancy were associated with higher concentrations of Pb in cord blood relative to maternal blood, while higher hemoglobin and sickle cell trait were associated with lower cord blood Pb relative to maternal blood Pb (Harville et al. 2005).  No associations were found for calcium intake, physical activity, or smoking.  Placental Pb concentrations were found to correlate with ALAD polymorphisms, with higher concentrations observed in association with ALAD2 (Kayaalti et al. 2015b).

Maternal Pb is transferred to infants during breastfeeding.  Stable Pb isotope dilution studies suggested that Pb in breast milk can contribute substantially to the isotope profile of infant blood (approximately 40–80%; Gulson et al. 1998b).  Numerous studies have reported Pb concentrations in maternal blood and breast milk.  In general, these studies indicate that Pb concentrations in breast milk are correlated with Pb concentrations in maternal blood or plasma.  Milk/maternal concentration ratios are <0.1, although values of 0.9 have been reported (Baranowska-Boisiacka et al. 2016; Counter et al. 2014; Ettinger et al. 2006, 2014; Gulson et al. 1998a; Koyashiki et al. 2010).  Ettinger et al. (2004, 2006) assessed factors influencing breast milk Pb concentration in a group of 367 women and found that PbB (mean 8–9 µg/dL; range 2–30) was a stronger predictor of breast milk Pb (mean 0.9–1.4 µg/dL; range 0.2–8 µg/dL) than bone Pb, and that tibia Pb (mean 9.5 µg/g; range <1–76.5 µg/dL) was a stronger predictor of breast milk Pb than patella bone Pb (mean 14.6 µg/dL; range <1–67.2 µg/dL).  Dietary intake of polyunsaturated fatty

acids (PUFA) may decrease transfer of Pb from bone to breast milk (Arora et al. 2008). Pb concentrations in maternal blood and breast milk have been shown to correlate with PbBs in breastfeeding infants (Ettinger et al. 2014; Farhat et al. 2013). Breast milk Pb concentrations explained 37% of the variation in infant blood Pb of breastfeeding infants (Ettinger et al. 2014).

*Organic Pb.*  Information on the distribution of Pb in humans following exposures to organic Pb is extremely limited. One hour following 1–2-minute inhalation exposures to [203]Pb tetraethyl or tetramethyl Pb (1 mg/m$^3$), approximately 50% of the [203]Pb body burden was associated with liver and 5% was associated with kidney; the remaining [203]Pb was widely distributed throughout the body (Heard et al. 1979). The kinetics of [203]Pb in blood of these subjects showed an initial declining phase during the first 4 hours (tetramethyl Pb) or 10 hours (tetraethyl Pb) after the exposure, followed by a phase of gradual increase in PbB that lasted for up to 500 hours after the exposure. Radioactive Pb in blood was highly volatile immediately after the exposure and transitioned to a nonvolatile state thereafter. These observations may reflect an early distribution of organic Pb from the respiratory tract, followed by a redistribution of de-alkylated Pb compounds (see Section 3.1.3 for further discussion of alkyl Pb metabolism).

In a man and woman who accidentally inhaled a solvent containing 31% tetraethyl Pb (17.6% Pb by weight), Pb concentrations in the tissues, from highest to lowest, were liver, kidney, brain, pancreas, muscle, and heart (Bolanowska et al. 1967). In another incident, a man ingested a chemical containing 59% tetraethyl Pb (38% Pb w/w); Pb concentration was highest in the liver followed by kidney, pancreas, brain, and heart (Bolanowska et al. 1967).

### 3.1.3   Metabolism

*Inorganic Pb.*  Metabolism of inorganic Pb consists of formation of complexes with a variety of protein and nonprotein ligands (see Section 3.1.2 for further discussion). Major extracellular ligands include albumen and nonprotein sulfhydryls. The major intracellular ligand in red blood cells is ALAD. Pb also forms complexes with proteins in the cell nucleus and cytosol.

*Organic Pb.*  Alkyl Pb compounds are actively metabolized in the liver by oxidative dealkylation catalyzed by cytochrome P-450. Relatively few studies that address the metabolism of alkyl Pb compounds in humans have been reported. Studies of workers who were exposed to tetraethyl Pb have shown that tetraethyl Pb is excreted in the urine as diethyl Pb, ethyl Pb, and inorganic Pb (Turlakiewicz

and Chmielnicka 1985; Vural and Duydu 1995; Zhang et al. 1994). Trialkyl Pb metabolites were found in the liver, kidney, and brain following exposure to the tetraalkyl compounds in workers; these metabolites have also been detected in brain tissue of nonoccupational subjects (Bolanowska et al. 1967; Nielsen et al. 1978). In volunteers exposed by inhalation to 0.64 and 0.78 mg Pb/m³ of ²⁰³Pb-labeled tetraethyl and tetramethyl Pb, respectively, Pb was cleared from the blood within 10 hours, followed by a re-appearance of radioactivity back into the blood after approximately 20 hours (Heard et al. 1979). The high level of radioactivity initially in the plasma indicates the presence of tetraalkyl/trialkyl Pb. The subsequent rise in blood radioactivity, however, probably represents water-soluble inorganic Pb and trialkyl and dialkyl Pb compounds that were formed from the metabolic conversion of the volatile parent compounds (Heard et al. 1979).

## 3.1.4 Excretion

Independent of the route of exposure, absorbed Pb is excreted primarily in urine and feces; sweat, saliva, hair and nails, breast milk, and seminal fluids are minor routes of excretion (Chamberlain et al. 1978; Griffin et al. 1975; Hernandez-Ochoa et al. 2005; Hursh and Suomela 1968; Hursh et al. 1969; Kehoe 1987; Rabinowitz et al. 1976; Sears et al. 2012; Stauber et al. 1994). Fecal excretion accounts for approximately one-third of total excretion of absorbed Pb (fecal/urinary excretion ratio of approximately 0.5), based on intravenous injection studies conducted in humans (Chamberlain et al. 1978). A similar value for fecal/urinary excretion ratio, approximately 0.5, has been observed following inhalation of submicron Pb particles (Chamberlain et al. 1978; Hursh et al. 1969). Contributors to fecal excretion may include secretion into the bile, gastric fluid, and saliva (Rabinowitz et al. 1976). Biliary excretion of Pb has been observed in the dog, rat, and rabbit (Klaassen and Shoeman 1974; O'Flaherty 1993).

Mechanisms by which inorganic Pb is excreted in urine have not been fully characterized. Such studies have been hampered by the difficulties associated with measuring ultrafilterable Pb in plasma and thereby in measuring the GFR of Pb. Renal plasma clearance was approximately 20–30 mL/minute in a subject who received a single intravenous injection of a ²⁰³Pb chloride tracer (Chamberlain et al. 1978). Urinary Pb excretion is strongly correlated with the GFR of Pb (Araki et al. 1986) and plasma Pb concentration (Bergdahl et al. 1997b; Rentschler et al. 2012) (i.e., urinary excretion is proportional to GFR x plasma Pb concentration). Estimates of plasma-to-urine clearance of Pb range from 13 to 22 L/day, with a mean of 18 L/day (Araki et al. 1986; Manton and Cook 1984; Manton and Malloy 1983; Chamberlain et al. 1978). The rate of urinary excretion of Pb was less than the GFR of ultrafilterable Pb, suggesting renal tubular reabsorption of Pb from the glomerular filtrate (Araki et al. 1986, 1990). Measurement of the renal

clearance of ultrafilterable Pb in plasma indicates that in dogs, Pb undergoes glomerular filtration and net tubular reabsorption (Araki et al. 1986, 1990; Vander et al. 1977; Victery et al. 1979). Net tubular secretion of Pb has been demonstrated in dogs made alkalotic by infusions of bicarbonate (Victery et al. 1979). Renal clearance of blood Pb increases with increasing PbBs >25 µg/dL (Chamberlain 1983). The mechanism for this has not been elucidated and could involve a shift in the distribution of Pb in blood towards a fraction having a higher GFR (e.g., lower molecular weight complex), a capacity-limited mechanism in the tubular reabsorption of Pb, or the effects of Pb-induced nephrotoxicity on Pb reabsorption. Renal clearance of blood Pb has been estimated in approximately 7,600 subjects who participated in the NHANES 2009–2016 (Diamond et al. 2019). Blood Pb concentrations ranged from 0.05 to 34 µg/dL, with medians of 0.54 µg/dL in adolescents (12–<20 years old) and 1.08 µg/dL in adults (≥20 years old). The median blood Pb clearance was 0.043 L/day in adolescents and 0.040 L/day in adults. Blood Pb clearance was approximately 3% of GFR, estimated from creatinine clearance.

## Excretion and Routes of Exposure

### *Inhalation Exposure*

*Inorganic Pb.* Inorganic Pb inhaled as submicron particles is deposited primarily in the bronchiolar and alveolar regions of the respiratory tract, from where it is absorbed and excreted primarily in urine and feces (Chamberlain et al. 1978; Hursh et al. 1969; Kehoe 1987). Fecal/urinary excretion ratios were approximately 0.5 following inhalation of submicron Pb-bearing particles (Chamberlain et al. 1978; Hursh et al. 1969). Higher fecal-urinary ratios would be expected following inhalation of larger particle sizes (e.g., >1 µm) as these particles would be cleared to the gastrointestinal tract from where a smaller percentage would be absorbed (Kehoe 1987; see Section 3.1.1).

*Organic Pb.* Pb derived from inhaled tetraethyl and tetramethyl Pb is excreted in exhaled air, urine, and feces (Heard et al. 1979). Following 1–2-minute inhalation exposures to [203]Pb tetraethyl (1 mg/m[3]), in four male subjects, 37% of inhaled [203]Pb was initially deposited in the respiratory tract, of which approximately 20% was exhaled in the subsequent 48 hours (Heard et al. 1979). In a similar experiment conducted with ([203]Pb) tetramethyl Pb, 51% of the inhaled [203]Pb dose was initially deposited in the respiratory tract, of which approximately 40% was exhaled in 48 hours. Pb that was not exhaled was excreted in urine and feces. Fecal/urinary excretion ratios were 1.8 following exposure to tetraethyl Pb and 1.0 following exposure to tetramethyl Pb (Heard et al. 1979). Occupational monitoring studies of workers who were exposed to tetraethyl Pb have shown that tetraethyl Pb is excreted in the urine as

diethyl Pb, ethyl Pb, and inorganic Pb (Turlakiewicz and Chmielnicka 1985; Vural and Duydu 1995; Zhang et al. 1994).

***Oral Exposure***

*Inorganic Pb.*  Much of the available information on the excretion of ingested Pb in adults derives from studies conducted on five male adults who received daily doses of [207]Pb nitrate for periods up to 210 days (Rabinowitz et al. 1976).  The dietary intakes of the subjects were reduced to accommodate the tracer doses of [207]Pb without increasing daily intake, thus preserving a steady state with respect to total Pb intake and excretion.  Total Pb intakes (diet plus tracer) ranged from approximately 210 to 360 µg/day. Urinary excretion accounted for approximately 12% of the daily intake (range for five subjects:  7–17%) and fecal excretion, approximately 90% of the daily intake (range, 87–94%).  Based on measurements of tracer and total Pb in saliva, gastric secretions, bile, and pancreatic secretions (samples collected from three subjects by intubation), gastrointestinal secretion of Pb was estimated to be approximately 2.4% of intake (range, 1.9–3.3%).  In studies conducted at higher ingestion intakes, 1–3 mg/day for up to 208 weeks, urinary Pb excretion accounted for approximately 5% of the ingested dose (Kehoe 1987). Elimination of Pb is multiphasic, reflecting pools of Pb in the body that have varying retention times. Elimination from blood and soft tissues is faster than bone (Nilsson et al. 1991; Rabinowitz et al. 1976). As a result, after an abrupt decrease in exposure, PbB declines at an apparent rate that reflects excretion of Pb from blood and replenishment of Pb in blood from bone stores.  The elimination half-time of Pb in blood in retired Pb workers was tri-exponential, with approximately 22% of elimination occurring at a half-time of 34 days (95% CI: 29, 41), 28% at a half-time of 1.2 years (95% CI: 0.85, 1.8), and 50% at a half-time of 13 years (95% CI: 10, 18) (Nilsson et al. 1991).  The corresponding mono-exponential half-time for finger bone (XRF) in these same subjects was 16 years (85% CL 12, 23).  Apparent elimination half-times for blood Pb in children also vary considerably, dependent in part on age and exposure history of the child that establishes levels of Pb in bone (Manton et al. 2000; Specht et al. 2018).  Manton et al. (2000) estimated apparent elimination half-times for PbB in children (ages 2–3 years at time of exposure) that ranged from 8 to 38 months.  However, these estimates reflect both excretion of Pb from blood as well as transfer of Pb from bone to blood; the latter would tend to increase the apparent blood elimination half-time.  Specht et al. (2018) estimated blood Pb elimination half-times for Pb transferred from bone to blood (estimated with XRF measurements and biokinetics modeling).  Estimated blood Pb half-times were 6.9±4 (SD) days in children 1–3 years old and 19.3±14.1 days in children >3 years old (Specht et al. 2018).

3. TOXICOKINETICS, SUSCEPTIBLE POPULATIONS, BIOMARKERS, CHEMICAL INTERACTIONS

*Dermal Exposure.* Inorganic Pb is excreted in sweat and urine following dermal exposure to Pb nitrate or Pb acetate (Moore et al. 1980; Stauber et al. 1994).

## 3.1.5   Physiologically Based Pharmacokinetic (PBPK)/Pharmacodynamic (PD) Models

PBPK models use mathematical descriptions of the uptake and disposition of chemical substances to quantitatively describe the relationships among critical biological processes (Krishnan et al. 1994). PBPK models are also called biologically based tissue dosimetry models. PBPK models are increasingly used in risk assessments, primarily to predict the concentration of potentially toxic moieties of a chemical that will be delivered to any given target tissue following various combinations of route, dose level, and test species (Clewell and Andersen 1985). Physiologically based pharmacodynamic (PBPD) models use mathematical descriptions of the dose-response function to quantitatively describe the relationship between target tissue dose and toxic endpoints.

Early Pb modeling applications relied on classical pharmacokinetics. Compartments representing individual organs or groups of organs that share a common characteristic were defined as volumes, or pools, that are kinetically homogeneous. For example, the body could be represented by a central compartment (e.g., blood plasma), and one or two peripheral compartments, which might be "shallow" or "deep" (i.e., they may exchange relatively rapidly or relatively slowly with blood plasma) (O'Flaherty 1987). One of the first of such models was proposed by Rabinowitz et al. (1976) based on a study of the kinetics of ingested stable Pb isotope tracers and Pb balance data in five healthy adult males. The Rabinowitz model included three compartments: a central compartment representing blood and other tissues and spaces in rapid equilibrium with blood (e.g., interstitial fluid); a shallow tissue compartment, representing soft tissues and rapidly exchanging pools within the skeleton; and a deep tissue compartment, representing, primarily, slowly exchanging pools of Pb within bone. Excretion pathways represented in the model included urinary, from the central compartment, and bile, sweat, hair, and nails, from the shallow tissue compartment. The model predicted pseudo-first-order half-times for Pb of approximately 25, 28, and $10^4$ days in the central, shallow tissue, and deep compartments, respectively. The slow kinetics of the deep tissue compartment led to the prediction that it would contain most of the Pb burden after lengthy exposures (e.g., years), consistent with Pb measurements made in human autopsy samples (see Section 3.1.2 Distribution). Note that this model did not simulate the distribution of Pb within blood (e.g., erythrocytes and plasma), nor did it simulate subcompartments within bone or physiological processes of bone turnover that might affect kinetics of the deep tissue compartment.

APPX ATT_V6_2631

Marcus (1985b) reanalyzed the data from stable isotope tracer studies of Rabinowitz et al. (1976) and derived an expanded multicompartment kinetic model for Pb that included separate compartments for cortical (slow, $t_{1/2}$ $1.2 \times 10^4$–$3.5 \times 10^4$ days) and trabecular (fast, $t_{1/2}$ 100–700 days), an approach subsequently adopted in several models (Bert et al. 1989; EPA 1994a, 1994b; Leggett 1993; O'Flaherty 1993, 1995a). A more complex representation of the Pb disposition in bone included explicit simulation of diffusion of Pb within the bone volume of the osteon and exchange with blood at the canaliculus (Marcus 1985a). The bone diffusion model was based on Pb kinetics data from studies conducted in dogs. Marcus (1985c) also introduced nonlinear kinetics of exchange of Pb between plasma and erythrocytes. The blood model included four blood subcompartments: diffusible Pb in plasma, protein-bound Pb in plasma, a "shallow" erythrocyte pool, and a "deep" erythrocyte pool. This model predicted the curvilinear relationship between plasma and PbBs observed in humans (see Section 3.1.2 Distribution for further discussion of plasma-erythrocyte Pb concentrations).

Additional information on Pb biokinetics, bone mineral metabolism, and Pb exposures has led to further refinements and expansions of these earlier modeling efforts. Four pharmacokinetic models, in particular, are currently being used or are being considered for broad application in Pb risk assessment: (1) the O'Flaherty Model, which simulates Pb kinetics from birth through adulthood (O'Flaherty 1993, 1995a); (2) the EPA Integrated Exposure Uptake BioKinetic (IEUBK) Model for Lead in Children developed by EPA (1994a, 1994b); (3) the Leggett Model, which simulates Pb kinetics from birth through adulthood (Leggett 1993); and (4) the EPA All Ages Lead Model (AALM, EPA 2014a). The AALM is currently under review by EPA; a version of the model is available at https://cfpub.epa.gov/ncea/risk/ recorddisplay.cfm?deid=343670 (January 10, 2020). The structure and parameterization of the O'Flaherty Model is distinct from both the IEUBK Model and Leggett Model. The AALM is an update of the O'Flaherty and Leggett models, extended to include a multi-media exposure model.

The IEUBK Model simulates multimedia exposures, uptake, and kinetics of Pb in children ages 0–7 years for predicting pseudo-steady state relationships between Pb exposure and PbB; the model is not intended for use in predicting short-term kinetics of blood Pb or Pb concentrations in tissues other than whole blood. The O'Flaherty Model, Leggett Model, and AALM are lifetime models, and include parameters that simulate uptake and kinetics of Pb during infancy, childhood, adolescence, and adulthood. Pb exposure (e.g., residence-specific environmental Pb concentrations, childhood activity patterns) is not readily described by current versions of the O'Flaherty and Leggett models. The IEUBK Model and AALM include parameters for simulating exposures and uptake to estimate average daily uptake of Pb

(μg/day) among populations potentially exposed via soil and dust ingestion, air inhalation, tap water ingestion, diet, and miscellaneous (other) intakes.  All four models have been calibrated, to varying degrees, against empirical physiological data on animals and humans, and data on PbBs in individuals and/or populations (Beck et al. 2001; Bowers and Mattuck 2001; Cal EPA 2013; EPA 1994a, 1994c, 2014a, 2014b, 2016; Griffin et al. 1999; Hogan et al. 1998; Leggett 1993; Li et al. 2016a; MacMillan et al. 2015; O'Flaherty 1993, 1995a, 1998, 2000; Pounds and Leggett 1998; White et al. 1998; Von Lindern et al. 2003, 2016).

The focus on relying on PbBs for model evaluation and calibration derives from several concerns.  The empirical basis for a relationship between low levels of Pb exposure and behavioral dysfunction largely consists of prospective epidemiological studies relating various indices of dysfunction with PbB (see Section 3.3).  In this context, PbB has been related to health effects of Pb, and this is the main reason that the focus of interest in the models has been on estimating PbBs.  Also, the most available data with which to calibrate and validate the models have been data relating exposure and/or Pb intake to blood concentration.  Thus, there is greater confidence in the validity of the models for estimating blood concentrations, rather than Pb levels in other physiologic compartments.  Although the principal adverse health effects of Pb have been related to concentrations of Pb in blood, other biomarkers of Pb exposure, such as bone Pb concentrations, are also of value in assessing associations between Pb exposure and health; hence, there is a need for models that predict concentrations of Pb in tissues other than blood (see Section 3.3).

The following four pharmacokinetic models are discussed in great detail below: (1) the O'Flaherty Model (O'Flaherty 1993, 1995a); (2) the IEUBK Model for Lead in Children (EPA 1994a, 1994b); (3) the Leggett Model (Leggett 1993); and (4) AALM (EPA 2014a).

### 3.1.5.1  O'Flaherty Model

The O'Flaherty Model simulates Pb exposure, uptake, and disposition in humans, from birth through adulthood (O'Flaherty 1993, 1995a).  Figure 3-1 shows a conceptualized representation of the O'Flaherty Model, including the movement of Pb from exposure media (i.e., intake via inhalation or ingestion) to the lungs and gastrointestinal tract, followed by the subsequent exchanges between blood plasma, liver, kidney, richly-perfused tissues, poorly-perfused tissues, bone compartments, and excretion from liver and/or kidney.  The model simulates both age- and media-specific absorption.  Because many of the pharmacokinetic functions are based on body weight and age, the model can be used to estimate PbBs

**Figure 3-1. Compartments and Pathways of Lead (Pb) Exchange in the O'Flaherty Model\***



\*Schematic model for Pb kinetics in which Pb distribution is represented by flows from blood plasma to liver, kidney, richly-perfused tissues, poorly-perfused tissues, and cortical and trabecular bone. The model simulates tissue growth with age, including growth and resorption of bone mineral.

Sources: O'Flaherty 1991b, 1993, 1995a

across a broad age range, including infants, children, adolescents, and adults. The model uses physiologically based parameters to describe the volume, composition, and metabolic activity of blood, soft tissues, and bone that determine the disposition of Pb in the human body.

A central feature of the model is the growth curve, a logistic expression relating body weight to age. The full expression relating weight to age has five parameters (constants), so that it can readily be adapted to fit a range of standardized growth curves for men and women. Tissue growth and volumes are linked to body weight; this provides explicit modeling of concentrations of Pb in tissues. Other physiologic functions (e.g., bone formation) are linked to body weight, age, or both.

Pb exchange between blood plasma and bone is simulated as parallel processes occurring in cortical (80% of bone volume) and trabecular bone (20% of bone volume). Uptake and release of Pb from trabecular bone and metabolically active cortical bone are functions of bone formation and resorption rates, respectively. Rates of bone formation and resorption are simulated as age-dependent functions, which gives rise to an age-dependence of Pb kinetics in bone. The model simulates an age-related transition from immature bone, in which bone turnover (formation and resorption) rates are relatively high, to mature bone, in which turnover is relatively slow. Changes in bone mineral turnover associated with senescence (e.g., postmenopausal osteoporosis) are not represented in the model. In addition to metabolically active regions of bone, in which Pb uptake and loss is dominated by bone formation and loss, a region of slow kinetics in mature cortical bone is also simulated, in which Pb uptake and release to blood occur by heteroionic exchange with other minerals (e.g., calcium). Heteroionic exchange is simulated as a radial diffusion in bone volume of the osteon. All three processes are linked to body weight, or the rate of change of weight with age. This approach allows for explicit simulation of the effects of bone formation (e.g., growth) and loss, changes in bone volume, and bone maturation on Pb uptake and release from bone. Exchanges of Pb between blood plasma and soft tissues (e.g., kidney and liver) are represented as flow-limited processes. The model simulates saturable binding of Pb in erythrocytes; this replicates the curvilinear relationship between plasma and erythrocyte Pb concentrations observed in humans (see Section 3.1.2). Excretory routes include kidney to urine and liver to bile. Total excretion (clearance from plasma attributable to bile and urine) is simulated as a function of GFR. Biliary and urinary excretory rates are proportioned as 70 and 30% of the total plasma clearance, respectively.

The O'Flaherty Model simulates Pb intake from inhalation and ingestion. Inhalation rates are age-dependent. Absorption of inhaled Pb is simulated as a fraction (0.5) of the amount inhaled, and is

independent of age. The model simulates ingestion exposures from infant formula, soil and dust ingestion, and drinking water ingestion. Rates of soil and dust ingestion are age-dependent, increasing to approximately 130 mg/day at age 2 years, and declining to <1 mg/day after age 10 years. Gastrointestinal absorption of Pb in diet and drinking water is simulated as an age-dependent fraction, declining from 0.58 of the ingestion rate at birth to 0.08 after age 8 years. These values can be factored to account for relative bioavailability when applied to absorption of Pb ingested in dust or soil.

The O'Flaherty Model, as described in O'Flaherty (1993, 1995a), utilizes point estimates for parameter values and yields point estimates as output; however, a subsequent elaboration of the model has been developed that utilizes a Monte Carlo approach to simulate variability in exposure, absorption, and erythrocyte Pb binding capacity (Beck et al. 2001). This extension of the model can be used to predict the probability that children exposed to Pb in environmental media will have PbBs exceeding a health-based reference value (e.g., 5 μg/dL).

The model was designed to operate with an exposure time step on 1 year (the smallest time interval for a single exposure event). However, the implementation code allows constructions of simulations with an exposure time step as small as 1 day, which would allow simulation of rapidly changing intermittent exposures (e.g., an acute exposure event).

The O'Flaherty Model was initially calibrated to predict blood, bone, and tissue Pb concentrations in rats (O'Flaherty 1991a), and subsequently modified to reflect anatomical and physiological characteristics in children (O'Flaherty 1995a), adults (O'Flaherty 1993), and Cynomolgus monkeys (*M. fasicularis*) (O'Flaherty et al. 1998). Model parameters were modified to correspond with available information on species- and age-specific anatomy and physiological processes described above. Comparisons of predicted and observed PbB in children and adults are reported in O'Flaherty (1993, 1995a). MacMillan et al. (2015) evaluated performance of the model for predicting population blood and bone Pb levels in a convenience sample of 263 individuals (age range 1–83 years) who experienced low chronic exposure. Based on this evaluation, model performance for predicting general trends in population PbBs and cortical bone Pb concentrations was improved by revising parameters that determine binding of Pb in red blood cells. Revisions included decreasing the maximum and affinity constants (*BIND* and *KBIND*, respectively) and increasing clearance of Pb from blood to bone by increasing the permeability constant for Pb diffusion across the canaliculi-bone interface from canaliculi to bone ($P_0$).

### 3.1.5.2   EPA IEUBK Model

The EPA IEUBK Model for Lead in Children simulates Pb exposure, uptake, and disposition in human children from birth to age 7 years (EPA 1994a, 1994b, 2002a; White et al. 1998).  Figure 3-2 shows a conceptualized representation of the IEUBK Model.  The model has four major submodels:  (1) exposure model, in which average daily intakes of Pb (µg/day) are calculated for each inputted exposure concentration (or rates) of Pb in air, diet, dust, soil, and water; (2) uptake model, which converts environmental media-specific Pb intake rates calculated from the exposure model into a media-specific time-averaged uptake rate (µg/day) of Pb to the central compartment (blood plasma); (3) biokinetic model, which simulates the transfer of absorbed Pb between blood and other body tissues, elimination of Pb from the body (via urine, feces, skin, hair, and nails), and predicts an average PbB for the exposure time period of interest; and (4) blood Pb probability model, which applies a log-normal distribution (using geometric mean and geometric standard deviation for parameters) to predict probabilities for the occurrence of a specified given PbB in a population of similarly exposed children.

***Exposure Model.***  The exposure model simulates intake of Pb (µg/day) for inputted exposures to Pb in air (µg/m$^3$), drinking water (µg/L), soil-derived dust (µg/g), or diet (µg/day).  The exposure model operates on a 1-year time step, the smallest time interval for a single exposure event.  The model accepts inputs for media intake rates (e.g., air volumes, breathing rates, drinking water consumption rate, soil and dust ingestion rate).  The air exposure pathway is partitioned in exposures to outdoor air and indoor air, with age-dependent values for time spent outdoors and indoors (hours/day).  Exposure to Pb to soil-derived dust is also partitioned into outdoor and indoor contributions.  The intakes from all ingested exposure media (diet, drinking water, soil-derived dust) are summed to calculate a total intake to the gastrointestinal tract, for estimating capacity-limited absorption (see description of the uptake model).

***Uptake Model.***  The uptake model simulates Pb absorption for the gastrointestinal tract as the sum of capacity-limited (represented by a Michaelis-Menten type relationship) and unlimited processes (represented by a first-order, linear relationship).  These two terms are intended to represent two different mechanisms of Pb absorption, an approach that is in accord with limited available data in humans and animals that suggest a capacity limitation to Pb absorption (see Section 3.2.1).  One of the parameters for the capacity-limited absorption process (that represents that maximum rate of absorption) is age-dependent.  The above representation gives rise to a decrease in the fractional absorption of ingested Pb as a function of total Pb intake as well as an age-dependence of fractional Pb absorption.  Absorption

**Figure 3-2. Structure of the IEUBK Model for Lead (Pb) in Children\***

\*Schematic for integrated Pb exposure-kinetics model in which simulated multi-media exposures are linked to simulations of lead uptake (i.e., absorption into the plasma-extracellular fluid), tissue distribution, and excretion).

Sources: EPA 1994a, 1994b

fractions are also medium-specific.  At 30 months of age, at low intakes (<200 µg/day), below the rates at which capacity-limitation has a significant impact on absorption, the fraction of ingested Pb in food or drinking water that is absorbed is 0.5 and decreases to approximately 0.11 (intake, >5,000 µg/day).  For Pb ingested in soil or dust, fractional absorption is 0.35 at low intakes (<200 µg/day) and decreases to 0.09 (intake, >5,000 µg/day).

The uptake model assumes that 32% of inhaled Pb is absorbed.  This value was originally assigned based on a scenario of exposure to active smelter emissions, which assumed the particle size distribution in the vicinity of an active Pb smelter (<1 µm, 12.5%; 1–2.5 µm, 12.5%; 2–15 µm, 20%; 15–30 µm, 40%; >30 µm, 15%); size-specific deposition fractions for the nasopharyngeal, tracheobronchial, and alveolar regions of the respiratory tract; and region-specific absorption fractions.  Pb deposited in the alveolar region is assumed to be completely absorbed from the respiratory tract, whereas Pb deposited in the nasopharyngeal and tracheobronchial regions (30–80% of the Pb particles in the size range 1–15 µm) is assumed to be transported to the gastrointestinal tract.

***Biokinetics Model.***  The biokinetics model includes a central compartment, six peripheral body compartments, and three elimination pools (urine, feces, lumped pool representing skin, hair, and nails).  The body compartments include plasma and extracellular fluid (central compartment), red blood cells, kidney, liver, trabecular bone, cortical bone, and other soft tissue (EPA 1994a).  The model simulates growth of the body and tissues, compartment volumes, and Pb masses and concentrations in each compartment.  PbB at birth (neonatal) is assumed to be 0.85 of the maternal blood Pb.  Neonatal Pb masses and concentrations are assigned to other compartments based on a weighted distribution of the neonatal PbB.  Exchanges between the central compartment and tissue compartments are simulated as first-order processes, which are parameterized with unidirectional, first-order rate constants.  Bone is simulated as two compartments:  a relatively fast trabecular bone compartment (representing 20% of bone volume) and a relatively slow cortical bone compartment (representing 80% of the bone volume).  Saturable uptake of Pb into erythrocytes is simulated, with a maximum erythrocyte Pb concentration of 12 µg/dL.  Excretory routes simulated include urine, from the central compartment; bile-feces, from the liver; and a lumped excretory pathway representing losses from skin, hair and nail, from the other soft tissue compartment.

***Blood Pb Probability Model.***  Inputs to the IEUBK Model are exposure point estimates that are intended to represent time-averaged central tendency exposures.  The output of the model is a central tendency estimate of PbB for children who might experience the inputted exposures.  However, within a group of

similarly exposed children, PbBs would be expected to vary among children as a result of inter-individual variability in media intakes, absorption, and biokinetics. The model simulates the combined impact of these sources of variability as a lognormal distribution of PbB for which the geometric mean is given by the central tendency PbB outputted from the biokinetics model and the GSD is an input parameter. The resulting lognormal distribution also provides the basis for predicting the probability of occurrence of given PbB within a population of similarly exposed children. The model can be iterated for varying exposure concentrations (e.g., a series of increasing soil Pb concentrations) to predict the media concentration that would be associated with a probability of 0.05 for the occurrence of a PbB exceeding 10 µg/dL. A subsequent elaboration of the model has been developed that utilizes a Monte Carlo approach to simulate variability and uncertainty in exposure and absorption (Goodrum et al. 1996; Griffin et al. 1999). This extension of the model provides an alternative to the blood Pb probability model for incorporating, explicitly, estimates of variability (and uncertainty in variability) in exposure and absorption into predictions of an expected probability distribution of PbBs. More recently, Zartarian et al. (2017) provided an analysis coupling the IEUBK model with EPA's Stochastic Human Exposure and Dose Simulation (SHEDS)-Multimedia Model that considered general U.S. childhood exposures probabilistically and assessed primary sources of Pb exposure across the distribution of PbB.

Performance of the IEUBK Model has been evaluated for predicting observed PbBs in children (Hogan et al. 1998; Li et al. 2016a; Von Lindern et al. 2003, 2016). The largest evaluation utilized longitudinal exposure and blood Pb data for approximately 2,200 children who resided near a former smelter in northern Idaho (Bunker Hill site) during a 14-year period of remediation activities (Von Lindern et al. 2003, 2016). The observed annual blood Pb geometric means ranged from 2.5 to 10.6 µg/dL. The model predicted the time course of the observed PbBs as the remediation progressed when the gastrointestinal absorption fraction was calibrated to agree with blood Pb observations (Von Lindern et al. 2003). A similar outcome was obtained in a subsequent analysis in which the gastrointestinal absorption fraction was adjusted to agree with site measurements of soil Pb RBA, and soil and dust ingestion rates were calibrated to the blood Pb observations (Von Lindern et al. 2016). The mean difference between predicted and observed annual geometric mean PbBs (predicted - observed) was -0.31 µg/dL (range: -1.07, 1.93) and the mean relative percent difference was -8.4% (range: -23–21%). Applications of the IEUBK Model to the Bunker Hill site were reviewed by the National Research Council (NRC 2005). Hogan et al. (1998) evaluated the IEUBK Model performance based on residential exposure and blood data for approximately 478 children who resided near three Pb mining and smelting sites. The observed geometric means for the three sites ranged from 5.2 to 6.8 µg/dL. The IEUBK Model predictions agreed reasonably well with observations for children whose exposures were predominantly

from their residence (e.g., who spent no more than 10 hours/week away from home).  The mean difference between predicted and observed site geometric mean PbBs (predicted-observed) was 0.03 µg/dL (range -0.6–0.7) and the mean relative percent difference was -0.4% (range -12–10%).  The predicted geometric mean PbBs were within 0.7 µg/dL of the observed geometric means at each site.  The prediction of the percentage of children expected to have PbBs exceeding 10 µg/dL were within 4% of the observed percentage at each site.  Li et al. (2016a) compared predictions of PbB to observations in a cohort of 760 children in Central China.  The observed residence area geometric means ranged from 5 to 14 µg/dL.  When exposure parameters were set to the study population (e.g., exposure media Pb concentration and intakes), predicted and observed PbBs were not significantly different.  The mean difference between predicted and observed geometric mean PbBs for 21 residence areas (predicted-observed) was 0.55 µg/dL (range -2.0–3.2) and the mean relative percent difference was 3.5% (range -32–28%).  These evaluations provide support for the validity of the IEUBK Model for estimating PbBs in children at sites where their exposures can be adequately characterized.  Similar empirical comparisons of the IEUBK Model have shown that agreement between model predictions and observed PbBs at specific locations is influenced by numerous factors, including the extent to which the exposure and blood Pb measurements are adequately matched, and site-specific factors (e.g., soil characteristics, behavior patterns, bioavailability) that may affect Pb intake or uptake in children (Bowers and Mattuck 2001; Von Lindern et al. 2003, 2016).  In addition to the above empirical comparisons, the computer code used to implement the IEUBK Model (IEUBK version 0.99d) has undergone an independent validation and verification and has been shown to accurately implement the conceptual IEUBK Model (Zaragoza and Hogan 1998).

### 3.1.5.3   Leggett Model

The Leggett Model simulates Pb intake, absorption, and disposition in humans, from birth through adulthood (Leggett 1993).  Figure 3-3 shows a conceptualized representation of the model, including the movement of Pb from exposure media (i.e., intake via inhalation or ingestion) to the lungs and gastrointestinal tract, followed by the subsequent exchanges between diffusible blood plasma, soft tissues, bone compartments, and excretion from liver, kidneys, and sweat.  A detailed exposure module is not linked to the Leggett Model; rather, Pb exposure estimates are incorporated into the model as age-specific point estimates of average daily intake (µg/day) from inhalation and ingestion.  A description of the model and its potential application to risk assessment are provided below.

**Figure 3-3. Compartments and Pathways of Lead (Pb) Exchange in the Leggett Model\***



\*Schematic model for Pb kinetics in which Pb distribution is represented by exchanges between the central plasma-extracellular fluid and tissue compartments. Bone is represented as having surface (which rapidly exchanges with plasma-extracellular fluid) and volume compartments; the latter simulates slow exchange with the surface and slow return of Pb to the plasma-extracellular fluid from bone resorption.

GI = gastrointestinal; RBC = red blood cell; RT = respiratory

Source: Leggett 1993

The Leggett Model includes a central compartment, 15 peripheral body compartments, and 4 elimination pools (urine, feces, sweat, and lumped pool representing skin, hair, and nails), as illustrated in Figure 3-3. Transport of Pb from blood plasma to tissues is assumed to follow first-order kinetics. Transfer rate constants vary with age and PbB. Above a nonlinear threshold concentration in red blood cells (assumed to be 60 μg/dL), the rate constant for transfer to red blood cells declines and constants to all other tissues increase proportionally (Leggett 1993). This replicates the nonlinear relationship between plasma and red blood cells observed in humans (see Section 3.1.2). The model simulates blood volume as an age-dependent function, which allows simulation of plasma and PbBs. Pb masses are simulated in all other tissues (tissue volumes are not simulated).

Unidirectional, first-order transfer rates (day$^{-1}$) between compartments were developed for six age groups, and intermediate age-specific values are obtained by linear interpolation. The total transfer rate from diffusible plasma to all destinations combined is assumed to be 2,000 day$^{-1}$, based on isotope tracer studies in humans receiving Pb via injection or inhalation. Values for transfer rates in various tissues and tissue compartments are based on measured deposition fractions or instantaneous fractional outflows of Pb between tissue compartments (Leggett 1993).

The Leggett Model was developed from a biokinetic model originally developed for the International Commission on Radiological Protection (ICRP) for calculating radiation doses from environmentally important radionuclides, including radioisotopes of Pb (Leggett 1993). The Leggett Model simulates age-dependent bone physiology using a model structure developed for application to the alkaline earth elements, but parameterized using data specific to Pb where possible. The model simulates both rapid exchange of Pb with plasma via bone surface and slow loss by bone resorption. Cortical bone volume (80% of bone volume) and trabecular bone volume (20% of bone volume) are simulated as bone surface compartments, which rapidly exchange Pb with the blood plasma, and bone volume, within which are *exchangeable* and *nonexchangeable* pools. Pb enters the exchangeable pool of bone volume via the bone surface and can return to the bone surface, or move to the nonexchangeable pool, from where it can return to the blood only when bone is resorbed. Rate constants for transfer of Pb from the nonexchangeable pools and blood plasma vary with age to reflect the age-dependence of bone turnover.

The liver is simulated as two compartments: one compartment has a relatively rapid uptake of Pb from plasma and a relatively short removal half-time (days) for transfers to plasma and to the small intestine by biliary secretion, and a second compartment simulates a more gradual transfer to plasma of approximately 10% of Pb uptake in liver. The kidney is simulated as two compartments: one that exchanges slowly with

3. TOXICOKINETICS, SUSCEPTIBLE POPULATIONS, BIOMARKERS, CHEMICAL INTERACTIONS

blood plasma and accounts for Pb accumulation in kidney tissue, and a second compartment that receives Pb from blood plasma and rapidly transfers Pb to urine, with essentially no accumulation (urinary pathway). Other soft tissues are simulated as three compartments representing rapid, intermediate, and slow turnover rates (without specific physiologic correlates). Other excretory pathways (hair, nails, and skin) are represented as a lumped pathway from the intermediate turnover rate soft tissue compartment.

The Leggett Model simulates Pb intakes from inhalation, ingestion, or intravenous injection. The latter was included to accommodate model evaluations based on intravenous injection studies in humans and animal models. The respiratory tract is simulated as four compartments into which inhaled Pb is deposited and absorbed with half-times of 1, 3, 10, and 48 hours. Four percent of the inhaled Pb is assumed to be transferred to the gastrointestinal tract. These parameter values reflect the data on which the model was based, which were derived from studies in which human subjects inhaled submicron Pb-bearing particles (Chamberlain et al. 1978; Hursh and Mercer 1970; Hursh et al. 1969; Morrow et al. 1980; Wells et al. 1975). These assumptions would not necessarily apply to exposures to large airborne particles (see Section 3.1.1). Absorption of ingested Pb is simulated as an age-dependent fraction of the ingestion rate, declining from 0.45 at birth to 0.3 at age 1 year (to age 15 years), and to 0.15 after age 25 years.

Output from the Leggett Model has been compared with data in children and adult subjects exposed to Pb in order to calibrate model parameters (Leggett et al. 1993; Pounds and Leggett 1998). Nie et al. (2005) evaluated performance of the Leggett Model for predicting bone Pb concentrations in 539 Pb workers. The data included periodic monitoring of PbBs and XRF bone Pb measurements made in 1994 and 1999. Pb intakes of each individual were calibrated to agree with measured PbBs. The Leggett Model underpredicted observed cortical bone Pb concentrations by a factor of 3–4, and underpredicted trabecular bone Pb concentration by a factor of 12–18. EPA (2014a) evaluated performance of the Leggett Model for predicting PbBs in children and blood and bone Pb concentrations in adults. The evaluation of predictions for children used data on PbBs reported in the NHANES for the years 2007–2008, and required making assumptions about Pb exposures in this population. The Leggett Model overpredicted observed PbBs in children 1–7 years of age by a factor of 2–3. Cal EPA (2013) evaluated the Leggett Model for predicting PbBs in smelter workers whose occupational exposures were interrupted during a workers strike. Pre-hire background Pb intakes and pre-strike intakes were calibrated to agree with measured PbBs and the predicted rate of decline in blood Pb that occurred during the strike period was compared to observations. Cal EPA (2013) reported "the average difference between the measured and predicted post-strike BLL was unacceptably large and indicated significant under-prediction of BLLs".

The average difference was >4 µg/dL in a cohort that had a mean post-strike PbB of 31 µg/dL (no further details were provided). Performance was substantially improved when various parameters were calibrated to the observations. These included parameters that control transfers between plasma and bone and red blood cell saturation (see Cal EPA [2013] for details of parameter value changes). The mean difference between predicted and observed annual geometric mean PbBs (predicted-observed) was -0.9 µg/dL (range -26–32) and the mean relative percent difference was -8.8% (range: -55–320%). Cal EPA (2013) reported several other evaluations of their recalibrated model, including observed and predicted relationships between plasma and whole PbBs in adults, and predicted distribution of Pb in bone and soft tissues compared to estimates from human autopsy studies.

### 3.1.5.4  EPA All Ages Lead Model (AALM)

The AALM simulates blood and tissue Pb masses (µg) and concentrations (µg/g) resulting from exposures to Pb in air, drinking water, surface dust (e.g., indoor dust, soil dust), food, or miscellaneous Pb ingestion pathways. The AALM exposure module allows the user to simulate multi-pathway exposures that are constant or that vary in time increments as small as 1 day and that occur at any age from birth to 90 years. The user can select to run a systemic biokinetics simulation based on either the Leggett (AALM-LG) or O'Flaherty (AALM-OF) biokinetics models. Parameters in both systemic models were re-calibrated with observations of blood, bone, and soft tissue Pb concentrations in children and adults (EPA 2014a). The version of the AALM described in EPA (2014a) was implemented in Advanced Continuous Simulation Language (acslX, ver. 3.1.4.2). The ICRP Human Respiratory Tract Model (HRTM) deposition and absorption parameters are used in both the AALM-LG and AALM-OF, which allows simulation of inhaled Pb particles of specified size ranges and absorption kinetics (ICRP 1994). The gastrointestinal tract model includes age-dependent absorption fractions and parameters for RBA of Pb from all ingestion pathways.

The structures of the two systemic biokinetics models in AALM-OF and AALM-LG are based on the O'Flaherty and Leggett models, respectively, with the following modifications. Growth parameters from the O'Flaherty Model are used in both models to simulate age-dependent body weight tissue weights. This provides a means for calculating tissue concentrations as the Pb mass (µg) divided by the tissue weight (g). Concentrations of Pb in bone wet weight are converted to concentration per g bone mineral by dividing the wet weight concentration by the ash fraction of bone. This conversion provides a means for comparing model predictions of bone Pb concentration with bone XRF data, which is typically reported in units of Pb per g bone mineral. Parameters for RBA of Pb in each intake medium include the

gastrointestinal tract model. This provides a means for independently adjusting the absorption fraction for each of the intake pathways (including respiratory tract-to-gastrointestinal tract) and maintains mass balance for fecal excretion of unabsorbed Pb. Inhalation, deposition, mucociliary clearance, and absorptive clearance of airborne Pb is simulated with a simplified implementation of the ICRP HRTM.

The AALM systemic biokinetic models were recalibrated from the original Leggett and O'Flaherty Models (EPA 2014b). The sequential recalibration utilized several sources of data on blood and bone Pb concentrations in humans. Parameters that control the uptake and retention of Pb in red blood cells were recalibrated using paired data on whole blood and plasma Pb concentrations in children and adults (Bergdahl et al. 1997c, 1998, 1999; Hernández-Avila et al. 1998; Manton et al. 2001; Schütz et al. 1996; Smith et al. 2002). Parameters that control plasma-to-urine clearance were recalibrated based on clearance estimates from studies that measured paired plasma concentration and urinary Pb excretion in adults (Araki et al. 1986; Chamberlain et al. 1978; Manton and Cook 1984; Manton and Malloy 1983). Autopsy data from children and adults were used to evaluate parameters that control the relationship between of tissue Pb concentrations and bone Pb concentrations (Barry 1975). The relationship between bone and plasma Pb concentrations was evaluated with paired data for plasma Pb concentration and XRF bone Pb in adults (Cake et al. 1996; Hernández-Avila et al. 1998). The long-term rate elimination of Pb from blood and bone was evaluated with data on blood and XRF bone Pb in retired Pb workers (Nilsson et al. 1991).

The calibrated AALM was evaluated with data on PbBs measured in infants (Ryu et al. 1983; Sherlock and Quinn 1986) or adults (Rabinowitz et al. 1976) who consumed known quantities of Pb. In the Ryu et al. (1983) study, PbBs were monitored in formula-fed infants who were fed measured quantiles of formula. PbBs predicted from the AALM-LG were within 1 SD of the group means and the $r^2$ for predictions was 0.85. Predictions from the AALM-OF were uniformly higher than observations and the $r^2$ for predictions was 0.76. Sherlock and Quinn (1986) measured PbB in infants at age 13 weeks and estimated dietary intake of Pb for each infant based on Pb measurements made in duplicate diet samples collected daily during week 13. The observed dose-blood Pb relationship was predicted with $r^2$ values of 0.95 for AALM-LG and 0.98 for AALM-OF. Rabinowitz et al. (1976) conducted a pharmacokinetics study in which four adults ingested daily doses of [$^{207}$Pb] nitrate for periods up to 124 days. Concentrations of $^{207}$Pb in blood, urine, and feces were then monitored during and following cessation of exposure, and data on daily intakes and blood concentrations for each subject were reported. Absorption fractions for Pb were estimated for each individual based on mass balance in feces. AALM-LG

predictions are closer to the observations; $r^2$ values ranged from 0.92 to 0.98 for four subjects in the study. The AALM-OF predicted a slower accrual and decline of blood Pb, and lower peak PbBs ($r^2$ <0.25).

### 3.1.5.5   Model Comparisons

The O'Flaherty, IEUBK, and Leggett Model differ considerably in the way each represents tissues, exchanges of Pb between tissues, and Pb exposure.  The AALM includes biokinetics models based on, but updated from, the O'Flaherty and Leggett models.

Figure 3-4 compares the PbBs predicted by each model for a hypothetical child who ingests 100 µg Pb/day in soil for a period of 1 year beginning at the age of 2 years (e.g., equivalent to ingestion of 100 µg soil/day at a soil Pb concentration of 1,000 mg Pb/g soil).  The 100-µg/day exposure is superimposed on a baseline exposure that yields a PbB of approximately 2 µg/dL at 2 years of age.  All five models predict an increase in PbB towards a quasi-steady state during the exposure period, followed by a decline towards the pre-exposure baseline PbB with an apparent half-time of approximately 1 month.  Predicted PbBs at the end of the 12-month soil exposure period were 10, 23, 5.9, 9.4, and 10.4 µg/dL for the IEUBK Model, Leggett Model, O'Flaherty Model, AALM-LG, and AALM-OF, respectively.  Differences in the magnitude of the predicted impact of the soil exposure on PbB reflect differences in assumptions about Pb biokinetics and cannot be attributed solely to different assumptions about Pb bioavailability. Bioavailability assumptions in the models for the age range 2–3 years are:  O'Flaherty Model, 45% (50% at age 2 years, decreasing to 40% at age 3 years); IEUBK Model, 30% (soil Pb at low intakes); Leggett Model, 30%; and AALM-LG and AALM-OF 34% (38% at age 2 years and decreasing to 30% at age 3 years).  A comparison of model predictions for a similar exposure during adulthood (100 µg Pb/day for 1 year, beginning at age 25) is shown in Figure 3-5.  Predicted PbBs at the end of the 12-month soil exposure period were 8.4, 3.3, 4.0, and 4.8 µg/dL for the Leggett Model, O'Flaherty Model, AALM-LG, and AALM-OF, respectively.  All four models predict a smaller change in PbB in adults, compared to children, for a similar increment in exposure.  This is attributed, in part, to assumptions of lower Pb bioavailability in adults (i.e., O'Flaherty, 8%; Leggett, 15%; AALM-LG and AALM-OF, 8%).

**Figure 3-4. Blood Lead Concentrations (PbBs) in Children Predicted by the IEUBK, Leggett, and O'Flaherty Models and AALM\***



*The simulations are of a hypothetical child who has a PbB of 2 µg/dL at age 2 years, and then experiences a 1-year exposure to 100 µg Pb/day. The 100 µg/day exposure was simulated as an exposure to lead in soil in the IEUBK Model. Default bioavailability assumptions were applied in all three models.

**Figure 3-5. Blood Lead Concentrations (PbBs) in Adults Predicted by the Leggett and O'Flaherty Models and AALM\***



*The simulations are of a hypothetical adult who has a PbB of 2 µg/dL at age 25 years, and then experiences a 1-year exposure to 100 µg Pb/day. Default bioavailability assumptions were applied in all three models.

### 3.1.5.6  Slope Factor Models

Slope factor models have been used as simpler alternatives to compartmental models for predicting PbBs, or the change in PbB, associated with a given exposure (Abadin et al. 1997; Bowers et al. 1994; Carlisle and Wade 1992; EPA 2017d; Maddaloni et al. 2005; Stern 1994, 1996).  In slope factor models, Pb biokinetics is represented with a simple linear relationship between the PbB and either Pb uptake (biokinetic slope factor, BSF) or Pb intake (intake slope factor, ISF).  The models take the general mathematical forms:

$$PbB = E \cdot ISF$$

$$PbB = E \cdot AF \cdot BSF$$

where E is an expression for exposure (e.g., soil intake x soil Pb concentration) and AF is the absorption fraction for Pb in the specific exposure medium of interest.  Intake slope factors are based on ingested Pb, rather than absorbed Pb and, therefore, integrate both absorption and biokinetics into a single slope factor, whereas models that utilize a biokinetic slope factor (BSF) to account for absorption in the relationship include an absorption parameter.  Slope factors used in various models are presented in Table 3-2.  Of the various models presented in Table 3-2, the Bowers et al. (1994) and EPA (2017b) models implement BSFs.  The slope factors used in both models (approximately 0.4 μg/dL per μg Pb/day) are similar to BSFs predicted from the O'Flaherty Model (0.65 μg/dL per μg Pb uptake/day) and Leggett Model (0.43 μg/dL per μg Pb uptake/day) for simulations of adult exposures (Maddaloni et al. 2005).

**Table 3-2.  Comparison of Slope Factors in Selected Slope Factor Models**

| Model | Receptor | Intake route | Slope factor Intake | Slope factor Biokinetics | Absorption fraction |
|---|---|---|---|---|---|
| Bowers et al. 1994 | Adult | Ingestion of soil/dust | ND | 0.375 | 0.08 |
| Carlisle and Wade 1992 | Child | Ingestion of soil/dust Ingestion of water | 0.07 0.04 | ND | ND |
| Carlisle and Wade 1992 | Adult | Ingestion of soil/dust Ingestion of water | 0.018 0.04 | ND | ND |
| Cal EPA 2017 | Child | Ingestion of soil/dust Inhalation of respirable dust Dermal contact | ND 0.192 0.0001 | 0.16 ND ND | 0.44 ND ND |
| EPA 2017d; Maddaloni et al. 2005 | Adult | Ingestion of soil/dust | ND | 0.4 | 0.12 |

### Table 3-2. Comparison of Slope Factors in Selected Slope Factor Models

| Model | Receptor | Intake route | Slope factor Intake | Slope factor Biokinetics | Absorption fraction |
|---|---|---|---|---|---|
| Stern 1994 | Child | Ingestion of soil/dust | T (0.056, 0.16, 0.18) | ND | ND |
| Stern 1996 | Adult | Ingestion of soil dust | U (0.014, 0.034) | ND | ND |

ND = no data; T = triangular probability distribution function (PDF); U = uniform PDF

## 3.2    CHILDREN AND OTHER POPULATIONS THAT ARE UNUSUALLY SUSCEPTIBLE

This section discusses potential health effects from exposures during the period from conception to maturity at 18 years of age in humans. Potential effects on offspring resulting from exposures of parental germ cells are considered, as well as any indirect effects on the fetus and neonate resulting from maternal exposure during gestation and lactation. Children may be more or less susceptible than adults to health effects from exposure to hazardous substances and the relationship may change with developmental age.

This section also discusses unusually susceptible populations. A susceptible population may exhibit different or enhanced responses to certain chemicals than most persons exposed to the same level of these chemicals in the environment. Factors involved with increased susceptibility may include genetic makeup, age, health and nutritional status, and exposure to other toxic substances (e.g., cigarette smoke). These parameters can reduce detoxification or excretion or compromise organ function.

Populations at greater exposure risk to unusually high exposure levels to Pb are discussed in Section 5.7, Populations with Potentially High Exposures.

*Age.* Children and the elderly are likely to have increased susceptibility to Pb compared to non-elderly adults. As reviewed in Section 3.1.2 (Distribution), Pb crosses the placenta and is distributed to the fetus; neonates are also exposed to Pb in breast milk. Epidemiological studies show that umbilical cord PbB (reflective of neonatal PbB) and PbB in infants are associated with adverse health outcomes during childhood, including decrements in neurological function (reviewed in Chapter 2). Results of a few studies that have followed children to early adulthood show an association between child PbB and behavioral and neuroanatomical changes in adults, suggesting a possible role of exposures in childhood to adult outcomes. Children are likely to be more susceptible than adults to Pb for the following reasons: (1) it is generally accepted that developing systems are more susceptible than mature systems; (2) absorption of Pb is higher in children compared to adults (see Section 3.1.1, Absorption); and

(3) children exhibit behaviors that increase ingestion of Pb surface dusts (e.g., hand-to-mouth activity, pica behavior [the compulsive, habitual consumption of nonfood items]), proximity of breathing zone to entrained surface dust).

Regarding the elderly, it is well-established that physiological functions (e.g., renal, neurological, cardiovascular) decline with age.  Thus, populations with age-related compromises in physiological function would be anticipated to be more susceptible to Pb than younger populations.  Furthermore, because aging is associated with bone loss, Pb is mobilized into blood, resulting in potential increases in PbB.

***Sex.***  As reviewed in Chapter 2, some epidemiological studies examined health outcomes in populations stratified by sex.  However, studies have not demonstrated clear sex-related susceptibilities to Pb-induced toxicity for any health effect outcome.  In women, pregnancy, lactation, and post-menopausal status may increase bone demineralization, mobilizing bone Pb into the blood and potentially redistributing Pb to other tissues.

***Nutritional Status.***  As discussed in Sections 3.1 (Toxicokinetics) and 3.4 (Interactions with other Chemicals), dietary calcium and nutritional status of iron and zinc can affect absorption of Pb, potentially leading to alterations in PbB and health effects.  See Sections 3.1 and 3.4 for additional details.

***Pre-existing Conditions, Diseases, and Exposure to Other Substances.***  Because health effects associated with Pb are observed in every organ system, it is assumed that any condition or disease that compromises physiological functions could cause increased susceptibility to Pb.  Examples of underlying conditions include diseases of the kidney (e.g., glomerular nephritis), neurological system (e.g., autism), hematological system (e.g., anemia, thalassemia), and cardiovascular system (e.g., hypertension, cardiac conduction disorders).  Similarly, increased susceptibility to Pb would be anticipated due to use of alcohol, tobacco, or any other substance that causes deficits in physiological function.

***Genetic Polymorphisms.***  Numerous genetic polymorphisms that may alter susceptibility to Pb through altered toxicokinetics (i.e., absorption, distribution, and retention of Pb) or toxicodynamics (e.g., effects) have been identified.  The most well-studied polymorphisms are δ-ALAD and the VDR.  Several other polymorphisms that may alter susceptibility to Pb have been identified, although little data are available. In addition to the references listed below, information also was obtained from a recent review by Broberg et al. 2015.

*ALAD.* As reviewed in Section 2.8 (Heath Effects, Hematological), Pb binds to and inhibits δ-ALAD, causing decreased hemoglobin formation, measurable decreases in blood hemoglobin concentration, and anemia. δ-ALAD is the major binding site for Pb in the blood (see Section 3.1.2). As such, polymorphisms of ALAD have the potential to alter Pb toxicokinetics, and thereby alter health effects. Many studies have evaluated the potential effects of ALAD polymorphisms on Pb distribution and toxicity. Information reviewed below was obtained from the following publications: Åkesson et al. (2000); Alexander et al. (1998b); Astrin et al. (1987); Battistuzzi et al. (1981); Bellinger et al. (1994); Bergdahl et al. (1997a, 1997b); Chia et al. (2005); Chiu et al. (2013); Fang et al. (2010); Fleming et al. (1998a); Gao et al. (2010); Hsieh et al. (2000); Hu et al. (2001); Huo et al. (2014); Jaffe et al. (2000, 2001); Kim et al. (2004); Krieg et al. (2009); Lee et al. (2001); Mitra et al. (2017); Ong et al. (1990); Pagliuca et al. (1990); Pawlas et al. (2012); Petrucci et al. (1982); Sakai et al. (2000); Schwartz (1995); Schwartz et al. (1995, 1997a, 1997b, 2000a, 2000b); Scinicariello et al. (2007, 2010); Shen et al. (2001); Sithisarankul et al. (1997); Smith (1995); Suzen et al. (2003); Szymanska-Chaowska et al. (2015); Tasmin et al. (2015); Warrington et al. (2015); Weaver et al. (2008); Wetmur et al. (1991a, 1991b); Wu et al. (2003a); and Zheng et al. (2011).

The ALAD gene encodes for the heme metabolism enzyme δ-ALAD. ALAD is a polymorphic enzyme with two alleles (ALAD-1 and ALAD-2) and three genotypes (ALAD 1,1; ALAD 1,2; and ALAD 2,2). The ALAD 2,2 genotype is rare, and is found in 1% of Caucasians; in contrast, the ALAD 1,1 and ALAD 1,2 genotypes occur in 80 and 19%, respectively, of Caucasians. The ALAD 2,2 genotype occurs in <1% of Asian and African populations. A study using NHANES III data (1988–1994) reported that 15.6% of non-Hispanic whites, 2.6% non-Hispanic blacks, and 8.8% Mexican Americans carried the ALAD-2 allele (Scinicariello et al. 2010). The ALAD-2 protein has a higher binding affinity than the ALAD-1 protein for Pb. Due to this higher binding affinity, it has been proposed that ALAD-2 sequesters Pb in erythrocytes, limiting distribution of Pb to other tissues. Numerous studies have shown that ALAD-2 carriers have higher PbB than ALAD-1 carriers. Although it has been demonstrated that ALAD genotype affects the toxicokinetics of Pb, the association between adverse effects of Pb and ALAD genotype have not been definitively established.

*VDR.* Several studies have evaluated the potential effects of VDR polymorphisms on Pb uptake and distribution. Information reviewed below was obtained from the following publications: Ames et al. (1999); Cooper and Umbach (1996); Gundacker et al. (2009, 2010); Haynes et al. (2003); Krieg et al. (2010); Mitra et al. (2017); Morrison et al. (1992); Onalaja and Claudio (2000); Rezende et al. (2008);

Schwartz et al. (2000a, 2000b); Szymanska-Chaowska et al. (2015); Theppeang et al. (2004); and Weaver et al. (2003b).

The VDR is located in the nucleus of intestinal, renal, and bone cells.  It is involved in maintaining calcium and phosphate homeostasis and regulating bone metabolism.  Binding of vitamin D3 (the active form of vitamin D) to the VDR activates genes that encode for various calcium-binding proteins involved in intestinal absorption and accumulation of calcium in bone.  The VDR regulates the production of calcium-binding proteins, and accounts for up to 75% of the total genetic effect on bone density.  Because Pb can replace and mimic calcium, the VDR plays a critical role in the accumulation of Pb in bone.  The VDR has several polymorphic forms that are defined based on restriction enzyme digestion; these include FokI with three genotypes (FF, Ff, and ff) and BsmI with three genotypes (BB, Bb, bb).  The FF genotype has been associated with higher PbB and increased bone mineral density and calcium uptake.  The BB genotype has been associated with higher PbB and bone Pb.  However, the role of VDR polymorphisms in the Pb uptake into bone remains to be fully elucidated.

*Hemochromatosis gene (HFE).*  Information on HFE polymorphisms was taken from the following publications: Åkesson et al. (2000); Barton et al. (1994); Fan et al. (2014); Hopkins et al. (2008); Mitra et al. (2017); Onalaja and Claudio (2000); Park et al. (2009a); Wang et al. (2007); Wright et al. (2004); and Zhang et al. (2010).

Hemochromatosis is an autosomal, recessive disease characterized by the excessive accumulation of iron in the body.  In individuals with hemochromatosis, excess iron accumulates in various organs of the body and causes damage to the liver and compromises cardiovascular function.  Hemochromatosis is caused by mutations of the HFE gene, which result in defects to the HFE protein.  In individuals with normal HFE, HFE binds to transferrin, decreasing the gastrointestinal absorption of iron; however, in individuals with hemochromatosis, the HFE protein is not functional, leading to an increased accumulation of iron.  The absorption of Pb is linked to iron status such that Pb absorption increases when iron is limited.  HFE polymorphisms have been shown to enhance Pb-induced cognitive impairment (Wang et al. 2007) and the HFE H63D polymorphism appears to enhance positive associations between bone Pb and pulse pressure (Zhang et al. 2010).  However, the influence of HFE variants on absorption and health effects of Pb is still being defined.

*Other polymorphisms.*  Several other polymorphisms have been examined to evaluate potential alterations in susceptibility to adverse effects of Pb; however, little data are available.  These include:

- *Apoprotein E (APOE).* APOE is an intracellular transporter of cholesterol and fatty acids that is synthesized by astrocytes in the brain and plays a key role in the structure of cell membranes and myelin. There are three alleles of the APOE gene: E2, E3, and E4. It has been proposed that APOE gene variants may alter susceptibility to Pb-induced changes in neurodevelopment and neurological deficits (Stewart et al. 2002; Wright et al. 2003a).

- *Dopamine receptor D4 (DRD4), Dopamine Receptor D2 (DRD2), and Dopamine Transporter (DAT1).* Pb is associated with alterations in the dopaminergic system, which is involved in cognition and behavior. Thus, polymorphisms of DRD4, DRD2, and DAT1 may alter susceptibility to Pb-induced neurocognitive impairment (Froehlich et al. 2007; Kordas et al. 2011; Roy et al. 2011).

- *N-Methyl-D-aspartate receptors (NMDAR subunits GRIN2A and GRIN2B).* NMDARs mediate excitatory actions of glutamate in the central nervous system, which affect learning and memory. Polymorphisms in GRIN2A and GRIN2B have been shown to be interacting factors with PbB in association between PbB and cognitive performance in children (Rooney et al. 2018).

- *Glutathione S-transferase mu 1 (GSTM1).* Glutathione is an intracellular scavenger of oxidants and electrophiles. It is encoded by the polymorphic gene GSTM1. Genetic alterations causing a decrease in functional glutathione could result in increased oxidative damage or inflammation (Kim et al. 2007).

- *Endothelial nitric oxide synthase (eNOS).* Nitric oxide, an endogenous signaling molecule involved in vasodilation, is produced by a family of nitric oxide synthase enzymes, including eNOS. Polymorphisms of eNOS could increase susceptibility to Pb (Barbosa et al. 2006b).

- *Metallothionein (MT).* MT binds to and sequesters Pb. It has been proposed that polymorphisms of MT (MT1 and MT2) may affect binding of Pb to MT and lead to an increased PbB (Chen et al. 2010; Fernandes et al. 2016; Mitra et al. 2017; Yang et al. 2013b).

- *Peptide transporter 2 (PEPT2).* Polymorphisms of PEPT2 have been associated with increased PbB in children (Sobin et al. 2009).

- *Tumor necrosis factor-alpha (TNF-α)*: TNF-α is a cell signaling protein involved in the development of inflammation. Genetic variants in TNF-α have the potential to alter susceptibility to Pb (Kim et al. 2007).

## 3.3    BIOMARKERS OF EXPOSURE AND EFFECT

Biomarkers are broadly defined as indicators signaling events in biologic systems or samples.  They have been classified as biomarkers of exposure, biomarkers of effect, and biomarkers of susceptibility (NAS/NRC 1989).

A biomarker of exposure is a xenobiotic substance or its metabolite(s) or the product of an interaction between a xenobiotic agent and some target molecule(s) or cell(s) that is measured within a compartment of an organism (NAS/NRC 1989).  The preferred biomarkers of exposure are generally the substance itself, substance-specific metabolites in readily obtainable body fluid(s), or excreta.  Biomarkers of exposure to Pb are discussed in Section 3.3.1.  The National Report on Human Exposure to Environmental Chemicals provides an ongoing assessment of the exposure of a generalizable sample of the U.S. population to environmental chemicals using biomonitoring (see http://www.cdc.gov/exposurereport/).  If available, biomonitoring data for Pb from this report are discussed in Section 5.6, General Population Exposure.

Biomarkers of effect are defined as any measurable biochemical, physiologic, or other alteration within an organism that (depending on magnitude) can be recognized as an established or potential health impairment or disease (NAS/NRC 1989).  This definition encompasses biochemical or cellular signals of tissue dysfunction (e.g., increased liver enzyme activity or pathologic changes in female genital epithelial cells), as well as physiologic signs of dysfunction such as increased blood pressure or decreased lung capacity.  Note that these markers are not often substance specific.  They also may not be directly adverse, but can indicate potential health impairment (e.g., DNA adducts).  Biomarkers of effect caused by Pb are discussed in Section 3.3.2.

A biomarker of susceptibility is an indicator of an inherent or acquired limitation of an organism's ability to respond to the challenge of exposure to a specific xenobiotic substance.  It can be an intrinsic genetic or other characteristic or a preexisting disease that results in an increase in absorbed dose, a decrease in the biologically effective dose, or a target tissue response.  If biomarkers of susceptibility exist, they are discussed in Section 3.2, Children and Other Populations that are Unusually Susceptible.

### 3.3.1 Biomarkers of Exposure

Biomarkers of exposure in practical use today are measurements of total Pb levels in body fluids or tissues, such as blood, bone, or urine. Tetraalkyl Pb compounds may also be measured in the breath. Of these, PbB is the most widely used and is considered to be the most reliable biomarker for general clinical use and public health surveillance. Currently, PbB measurement is the screening test of choice to identify children with elevated PbBs (CDC 2012d). Venous sampling of blood is preferable to finger prick sampling, which has a considerable risk of surface Pb contamination from the finger if proper finger cleaning is not carried out. In children, PbBs greater than the blood lead reference value identify high-risk childhood populations and geographic areas most in need of primary prevention (CDC 2012d). In 2012, the blood lead reference value was defined as 5 µg/dL (CDC 2012d). Based on an analyses of NHANES data, geometric mean PbB decreased in the United States population during the period 2009–2014 (Tsoi et al. 2016) and the percentage of children (<6 years of age) in the United States who had PbB ≥5 µg/dL in the survey period 2014–2015 decreased compared to the survey period 2009–2010 (Baertkein and Yendell 2017; McClure et al. 2016).

*PbB.* Measurement of PbB is the most widely used biomarker of Pb exposure. CDC considers PbB to be elevated in children when it exceeds a reference value defined as the 97.5[th] percentile for the U.S. population. The blood lead reference value was set at 5 µg/dL in 2012, based on data from NHANES 2007–2008 and 2009–2010, is 5 µg/dL (CDC 2012d). Elevated PbB (e.g., >5 µg/dL) is an indication of excessive exposure in infants and children. The biological exposure index (BEI) for Pb in blood of exposed workers is 20 µg/dL (ACGIH 2018). The BEI also notes to advise "female workers of child-bearing age about the risk of delivering a child with a PbB over the current CDC reference value." The Occupational Safety and Health Administration's (OSHA) permissible exposure limit (PEL) for Pb (50 µg/m$^3$ air, 8-hour time-weighted average [TWA]) was established to keep a majority of worker PbBs below 40 µg/dL (OSHA 2016a). The National Institute for Occupational Safety and Health (NIOSH) recommended exposure limit (REL) for workers (50 µg/m$^3$ air, 8-hour TWA) is established to ensure that the PbB does not exceed 60 µg/dL (NIOSH 2016b).

The extensive use of PbB as a dose metric reflects mainly the greater feasibility of incorporating PbB measurements into clinical or epidemiological studies, compared to other potential dose indicators, such as Pb in kidney, plasma, or bone. PbB measurements have several limitations as measures of total Pb body burden. Blood comprises <2% of the total Pb burden; most of the Pb burden resides in bone (Barry 1975). Pb is eliminated from blood more rapidly than from bone (Behinaein et al. 2014; Brito et al. 2005;

Chamberlain et al. 1978; Griffin et al. 1975; Manton et al. 2001; Nie et al. 2005; Nilsson et al. 1991; Rabinowitz et al. 1976; Rentschler et al. 2012); therefore, the Pb concentration in blood reflects mainly the exposure history of the previous few months and does not necessarily reflect the larger burden and much slower elimination kinetics of Pb in bone (Graziano 1994; Lyngbye et al. 1990). Slow release of Pb from bone can contribute to blood Pb levels long after external exposure has ceased (Fleming et al. 1997; Inskip et al. 1996; Kehoe 1987; McNeill et al. 2000; O'Flaherty et al. 1982; Smith et al. 1996). The relationship between Pb intake and PbB is curvilinear; the increment in PbB per unit of intake decreases with increasing PbB (Ryu et al. 1983; Sherlock and Quinn 1986; Sherlock et al. 1982, 1984). Pb intake-PbB relationships also vary with age as a result of age-dependency of gastrointestinal absorption of Pb, and vary with diet and nutritional status (Mushak 1991). A practical outcome of the above characteristics of PbB is that PbB can change relatively rapidly (e.g., days to weeks) in response to changes in exposure; thus, PbB can be influenced by short-term variability in exposure that may have only minor effects on total Pb body burden. A single PbB determination cannot distinguish between lower-level intermediate or chronic exposure and higher-level acute exposure. Similarly, a single measurement may fail to detect a higher exposure that occurred (or ended) several months earlier. Time-integrated measurements of PbB (CBLI) may provide a means for accounting for some of these factors and thereby provide a better measure of long-term exposure (Armstrong et al. 1992; Behinaein et al. 2014; Chuang et al. 2000; Fleming et al. 1997; Gerhardsson et al. 1993; Healey et al. 2008; Hu et al. 2007; McNeill et al. 2000; Nie et al. 2011a; Roels et al. 1995). The correlation observed between CBLI and tibia bone Pb concentrations provides supporting evidence for this (Hu et al. 2007).

***Bone and Tooth Pb Measurements.*** The development of noninvasive XRF techniques for measuring Pb concentrations in bone has enabled the exploration of bone Pb as a biomarker of Pb exposure in children and in adults (Behinaein et al. 2011; Chettle et al. 2003; Hu et al. 2007; Ji et al. 2014; Nie et al. 2011b; Specht et al. 2016; Todd et al. 2000). Pb in bone is considered a biomarker of cumulative exposure to Pb because Pb accumulates in bone over the lifetime and most of the Pb body burden resides in bone. Pb is not distributed uniformly in bone. Pb will accumulate in those regions of bone undergoing the most active calcification at the time of exposure. During infancy and childhood, bone calcification is most active in trabecular bone, whereas in adulthood, calcification occurs at sites of remodeling in both cortical and trabecular bone. This suggests that Pb accumulation will occur predominantly in trabecular bone during childhood, and in both cortical and trabecular bone in adulthood (Aufderheide and Wittmers 1992). Patella, calcaneus, and sternum XRF measurements primarily reflect Pb in trabecular bone, whereas XRF measurements of midtibia, phalanx, or ulna primarily reflect primarily Pb in cortical bone. Pb levels in cortical bone may be a better indicator of long-term cumulative exposure than Pb in

trabecular bone, possibly because Pb in trabecular bone may exchange more actively with Pb in blood than does cortical bone. This is consistent with estimates of a longer elimination half-time of Pb in cortical bone, compared to trabecular bone (Behinaein et al. 2014; Borjesson et al. 1997; Brito et al. 2005; Nie et al. 2005; Nilsson et al. 1991; Schutz et al. 1987). Longitudinal studies that have repeatedly measured bone Pb (by XRF) over many years have shown more rapid declines in trabecular bone compared to cortical bone (Kim et al. 1997; Wilker et al. 2011). Estimates of cortical bone Pb elimination half-times (5–50 years) show a dependence on Pb burden, with longer half-times in people who have higher total body burdens (estimated from CBLI) and bone Pb burdens (Behinaein et al. 2014; Brito et al. 2005; Nie et al. 2005). Further evidence that cortical bone Pb measurements may provide a better reflection of long-term exposure than do measurements of trabecular bone comes from studies in which cortical and trabecular bone Pb measurements have been compared to PbB. Pb levels in trabecular bone (in adults) correlate more highly with contemporary PbB than do levels of Pb in cortical bone (Erkkila et al. 1992; Hernandez-Avila et al. 1996; Hu et al. 1996b, 1998; Watanabe et al. 1994). Cortical bone Pb measurements correlate well with time-integrated PbB measurements, which would be expected to be a better reflection of cumulative exposure than contemporary PbB measurements (Behinaein et al. 2012; Borjesson et al. 1997; Hu et al. 2007; Roels et al. 1994). Bone Pb levels tend to increase with age (Hu et al. 1996b; Kosnett et al. 1994; Roy et al. 1997), although the relationship between age and bone Pb may be stronger after adolescence (Hoppin et al. 1997). These observations are consistent with cortical bone reflecting cumulative exposures over the lifetime.

Standard methods for bone Pb XRF measurements have not been universally accepted, in part, because the technology continues to be improved, and this needs to be considered in comparisons of measurements reported by different laboratories and at different times in development of the methodology used. Historically, two XRF methods have seen the most use in bone Pb epidemiology: K-shell and L-shell methods. The K-shell method is the more widely used, although, improvements in L-shell technology continue to be reported (Nie et al. 2011a). One study reported a correlation of 0.65 between bone Pb measurements made with a portable L-shell device and a K-shell method (Nie et al. 2011a). In general, recent advances in K-shell technology have yielded higher sensitivities (approximately 3 µg/g tibia mineral; Behinaein et al. 2011) than L-shell technology (approximately 8 µg/g tibia bone mineral; Nie et al. 2011a). Precision of K-shell XRF bone Pb measurements have been extensively discussed (Aro et al. 2000; Behinaein et al. 2014; Todd et al. 2000, 2001, 2002). Methodological factors can contribute substantially to observed variability in bone Pb measurements in populations (Behinaein et al. 2014). These factors include bone Pb target, radioactive source, measurement time, and data reduction methods (e.g., approach to handling negative values). Measurement uncertainty also appears to contribute by

biological factors, such as BMI and bone mineral content (Behinaein et al. 2014; Berkowitz et al. 2004; Hu et al. 2007; Theppeang et al. 2008). The association between BMI and measurement uncertainty may reflect the effect attenuation of the XRF signal by tissue overlaying the target bone site (Behinaein et al. 2014). Bone mineral can be a factor because XRF measures bone Pb fluorescence in relation to fluorescence from bone calcium and the result is expressed in units of μg Pb per g bone mineral. As a result, variability in bone mineral content can contribute to variability in measured bone Pb. Typically, potential associations between bone density and bone Pb concentration are not evaluated in epidemiologic studies (Berkowitz et al. 2004; Hu et al. 2007; Theppeang et al. 2008). An important consequence of expressing bone Pb measures relative to bone mineral content is that lower bone mineral density is associated with greater measurement uncertainty in bone Pb. This uncertainty can have important implications for studies in older women for whom low bone mineral density is more common than in other populations including men and younger adults.

Tooth Pb has been considered a potential biomarker for measuring long-term exposure to Pb (e.g., years) because Pb that accumulates in tooth dentin and enamel appears to be retained until the tooth is shed or extracted (Costa de Almeida et al. 2007; Ericson 2001; Fosse et al. 1995; Gomes et al. 2004; Gulson and Wilson 1994: Gulson et al. 1996; Omar et al. 2001; Rabinowitz 1995; Rabinowitz et al. 1989, 1993; Robbins et al. 2010; Steenhout and Pourtois 1987; Tvinnereim et al. 1997). Formation of enamel and primary dentin of deciduous teeth begins *in utero* and is complete prior to the time children begin to crawl. Formation of secondary dentin begins after completion of the tooth root and continues through childhood until the tooth is lost, or otherwise loses vitality. Pb in shed deciduous teeth is not uniformly distributed. Differences in Pb levels and stable isotope signatures of the enamel and dentin suggest that Pb uptake occurs differentially in enamel and dentin (Gulson 1996; Gulson and Wilson 1994). Pb in enamel is thought to reflect primarily Pb exposure that occurs *in utero* and early infancy, prior to tooth eruption. Dentin appears to continue to accumulate Pb after eruption of the tooth; therefore, dentin Pb is thought to reflect exposure that occurs up to the time the teeth are shed or extracted (Gulson 1996; Gulson and Wilson 1994; Rabinowitz 1995; Rabinowitz et al. 1993). The technique of laser ablation-inductively coupled plasma-mass spectrometry (LA-ICP-MS) allows measurement of Pb levels in regions of dentin formed at various times during deciduous tooth formation *in utero* and after birth (Arora et al. 2014; Shepherd et al. 2016). Accumulation of Pb in dentin of permanent teeth may continue for the life of the tooth (Steenhout 1982; Steenhout and Pourtois 1981). Because enamel is in direct contact with the external environment, enamel Pb levels may be more influenced than dentin Pb by external Pb levels and tooth wear (Purchase and Fergusson 1986).

An analysis of eight cross-sectional and/or prospective studies that reported tooth Pb and PbBs of the same children found considerable consistency among the studies (Rabinowitz 1995). The mean tooth Pb levels ranged from <3 to >12 µg/g. Dentin Pb was found to be predictive of Pb in tibia, patella, and mean bone Pb in 32 of 63 subjects at follow-up of ≤13 years (Kim et al. 1996b). The authors estimated that a 10 µg/g increase in dentin Pb levels in childhood was predictive of a 1 µg/g increase in tibia Pb levels, a 5 µg/g in patella Pb levels, and a 3 µg/g increase in mean bone Pb among the young adults. Arora et al. (2014) found that Pb levels in primary (prenatal) dentin were more strongly correlated with PbBs at birth (correlation coefficient, r=0.69, n=27), whereas Pb levels in secondary (postnatal) dentin were more strongly correlated with CBLI (r=0.38, n=75). Shepherd et al. (2016) combined LA-ICP-MS with histological determinations of dentin age to reconstruct the history of incorporation of environmental Pb from various sources.

***Plasma Pb Concentration.*** The concentration of Pb in plasma (e.g., approximately 0.04 µg/dL at PbB of 10 µg/dL) is extremely difficult to measure accurately because levels in plasma are near the quantitation limits of most analytical techniques (Bergdahl and Skerfving 1997; Bergdahl et al. 1997a) and because hemolysis that occurs with typical analytical practices can contribute to substantial measurement error (Bergdahl et al. 1998, 2006; Cavalleri et al. 1978; Smith et al. 1998a). ICP-MS offers sensitivity sufficient for measurements of Pb in plasma (Schütz et al. 1996). The technique has been applied to assessing Pb exposures in adults (Barbosa et al. 2006a; Cake et al. 1996; Hernandez-Avila et al. 1998; Manton et al. 2001; Smith et al. 2002; Tellez-Rojo et al. 2004; Tian et al. 2013). A direct comparison of Pb concentrations in plasma and serum yielded similar results (Bergdahl et al. 2006); however, the interchangeability of plasma and serum Pb measurements for biomonitoring of Pb exposure or body burden had not been thoroughly evaluated in large numbers of subjects (Bergdahl et al. 2006; Manton et al. 2001; Smith et al. 2002).

***Urinary Pb.*** Measurements of urinary Pb levels have been used to assess Pb exposure (e.g., Chiang et al. 2008; Fels et al. 1998; Fukui et al. 1999; Gerhardsson et al. 1992; Lilis et al. 1968; Lin et al. 2001; Mendy et al. 2012; Mortada et al. 2001; Navas-Acien et al. 2005; Rentschler et al. 2012; Roels et al. 1994; Sun et al. 2008b). However, like PbB, urinary Pb excretion mainly reflects recent exposure and thus shares many of the same limitations for assessing Pb body burden or long-term exposure (Sakai 2000; Skerfving 1988). Although collection of urine is noninvasive, urine Pb levels exhibit variability with PbB, and interpretation of urine Pb levels requires estimates of GFR and measurement of urine volume (NTP 2012). A significant, but relatively weak correlation between urinary Pb levels (µg/g creatinine) and individual Pb intakes (µg/day) was observed in a study of 10–12-year-old children (β: 0.053, R=0.320,

p=0.02, N=57; Chiang et al. 2008). In this study, urine sampling and measurements used to estimate intake were separated by as long as 6 months for some children, which may have contributed to the relatively weak correlation. The measurement is further complicated by variability in urine volume, which can affect concentrations independent of excretion rate (Diamond 1988) and the potential effects of decrements in kidney function on excretion, in association with high, nephrotoxic Pb exposures or kidney disease (Lilis et al. 1968; Wedeen et al. 1975). Urinary Pb concentration increases exponentially with PbB and can exhibit relatively high intra-individual variability, even at similar PbBs (Gulson et al. 1998a; Skerfving et al. 1985). However, the relationship between plasma Pb and urinary Pb (μg Pb/g creatinine) was linear in a small group of children (Rentschler et al. 2012). The linear relationship between plasma and urinary Pb may reflect the importance of plasma Pb in determining the rate of glomerular filtration and renal tubular transport of Pb (see Section 3.1.4). Urinary diethyl Pb has been proposed as a qualitative marker of exposure to tetraethyl Pb (Turlakiewicz and Chmielnicka 1985; Vural and Duydu 1995; Zhang et al. 1994).

The measurement of Pb excreted in urine following an injection (intravenous or intramuscular) of the chelating agent, calcium disodium EDTA (*EDTA provocation*), or oral dosing with dimercaptosuccinic acid (DMSA) has been used to detect elevated body burden of Pb in adults (Biagini et al. 1977; Lee et al. 2009; Lilis et al. 1968; Lin et al. 2003, 2006a, 2006b; Schwartz et al. 2000a, 2000c; Wedeen 1992; Wedeen et al. 1975)and children (Chisolm et al. 1976; Markowitz and Rosen 1981). However, the American College of Medical Toxicology (ACMT 2010) position statement on post-chelator challenge urinary metal testing states that "post-challenge urinary metal testing has not been scientifically validated, has no demonstrated benefit, and may be harmful when applied in the assessment and treatment of patients in whom there is concern for metal poisoning." The assay is not a substitute for PbB measurements in the clinical setting. Note that children whose PbBs are ≥45 μg/dL should not receive a provocative chelation test; they should be immediately referred for appropriate chelation therapy (CDC 2002a, 2012e). For additional information on recommended actions based on PbB level in children and adults, see Section 3.5 (Methods for Reducing Toxic Effects). Further limitations for routine use of the test are that EDTA must be given parenterally and requires timed urine collections. A study conducted in rats found that intraperitoneal administration of a single dose of EDTA following 3–4-month exposures to Pb in drinking water increased levels of Pb in the liver and brain (Cory-Slechta et al. 1987) raising concern for similar effects in humans who undergo the EDTA provocation test. The use of EDTA to assess bone stores of Pb (Wedeen 1992) is largely being supplanted by more direct, noninvasive procedures for measuring Pb in bone. DMSA is a Pb chelating agent that can be administered orally.

DMSA-chelatable Pb has been used as marker of Pb body burden in adults (Schwartz et al. 1997b, 2000a, 2000c; Scinicariello et al. 2007; Weaver et al. 2003a, 2003b).

***Pb in Saliva and Sweat.*** Pb is excreted in human saliva and sweat (Genuis et al. 2011; Lilley et al. 1988; Omokhodion and Crockford 1991; Rabinowitz et al. 1976; Stauber and Florence 1988; Sears et al. 2012; Stauber et al. 1994). Sweat has not been widely adopted for monitoring Pb exposures. Lilley et al. (1988) found that Pb concentrations in sweat were elevated in Pb workers; however, sweat and PbBs were poorly correlated. This may reflect excretion of Pb in or on the skin that had not been absorbed into blood. Studies conducted in rats have found relatively strong correlations between Pb concentrations in plasma and saliva (e.g., $r^2 > 0.9$), compared to blood Pb and saliva; therefore, saliva may serve as a better predictor of plasma Pb than PbB (Timchalk et al. 2006). However, studies of saliva Pb conducted in humans have had mixed results, with some studies showing relatively strong correlations between salivary Pb concentration and PbB (Brodeur et al. 1983; Omokhodion and Crockford 1991; P'an 1981), and other studies showing weak or inconsistent relationships (Barbosa et al. 2006c; Costa de Almeida et al. 2009, 2010, 2011; Nriagu et al. 2006). Variable outcomes from these studies may reflect differences in PbBs, exposure history and/or dental health (i.e., transfer of Pb between dentin and saliva), and methods used for determining Pb in saliva. Other complicating factors reported in the literature include uncontrolled variation in salivary flow rates (Barbosa et al. 2005; Esteban and Castano 2009) and potential blood contamination of saliva (Koh and Koh 2007).

***Hair and Nail Pb.*** Pb is incorporated into human hair and hair roots (Bos et al. 1985; Rabinowitz et al. 1976) and has been explored as a possibly noninvasive approach for estimating Pb body burden (Gerhardsson et al. 1995b; Wilhelm et al. 1989). The method is subject to error from contamination of the surface with environmental Pb and contaminants in artificial hair treatments (i.e., dyeing, bleaching, permanents) and is a relatively poor predictor of PbB, particularly at low concentrations (<12 μg/dL) (Campbell and Toribara 2001; Drasch et al. 1997; Esteban et al. 1999; Rodrigues et al. 2008). Nevertheless, levels of Pb in hair were positively correlated with children's classroom attention deficit behavior in a study (Tuthill 1996). Pb in hair was correlated with liver and kidney Pb in a study of deceased smelter workers (Gerhardsson et al. 1995b). Correlations between maternal and infant hair Pb concentrations have been observed (Kordas et al. 2010). Although hair Pb measurements have been used in some epidemiologic studies (Bao et al. 2009; Huel et al. 2008; Marcus et al. 2010; Shah et al. 2011), an empirical basis for interpreting hair Pb measurements in terms of body burden or exposure has not been firmly established. Nail Pb has also been utilized as a marker of Pb exposure, although nails may be contaminated with Pb from external sources (Barbosa et al. 2005; Gerhardsson et al. 1995b).

***Semen Pb.*** Pb concentrations in semen have been explored as an internal exposure biomarker for adverse effects of Pb on the testes (Hernandez-Ochoa et al. 2005; Kasperczyk et al. 2015; Slivkova et al. 2009; Taha et al. 2013; Wu et al. 2012). Correlations between concentrations of Pb in semen and blood have been reported and vary in strength across studies (Alexander et al. 1998a, 1998b; Farias et al. 2005; Hernandez-Ochoa et al. 2005; Mendiola et al. 2011; Telisman et al. 2000). This variation may relate, in part, to analytical challenges in the measurement of the relatively low concentrations of Pb in semen. Using ICP-MS and rigorous collection methods to avoid contamination, Farias et al. (2005) reported a detection limit of 0.2 µg/L semen. Mean semen Pb concentration in a group of 160 men (age range 19–48 years) who were not exposed to Pb occupationally was 2.66 µg/L (range 0.08–19.42) and was significantly correlated with PbB (mean 10.8 µg/dL, range 4.5–40.2) and tibia bone Pb (mean 14.51 µg/g, range not-detected–44.71 µg/g).

***Stable Pb Isotopes.*** Analysis of the relative abundance of stable isotopes of Pb in blood and other accessible body fluids (e.g., breast milk, urine) has been used to differentiate exposures from multiple sources (Flegal and Smith 1995). Relative abundances of stable isotopes of Pb ($^{204}$Pb, $^{206}$Pb, $^{207}$Pb, and $^{208}$Pb) in Pb ores vary with the age of the ore (which determines the extent to which the parent isotopes have undergone radioactive decay to stable Pb). Humans have Pb isotope abundance profiles that reflect the profiles of Pb deposits to which they have been exposed. Pb isotope studies can be used to exclude sources of Pb contributing to exposure. Similarly, if exposure abruptly changes to a Pb source having a different isotope abundance profile, the kinetics of the change in profile in the person can be measured, reflecting the kinetics of uptake and distribution of Pb from the new source (Gulson et al. 2003; Maddaloni et al. 1998; Manton et al. 2003). Numerous examples of the application of stable isotope abundance measurements for studying sources of Pb exposures have been reported (Angle et al. 1995; Graziano et al. 1996; Gulson and Wilson 1994; Gulson et al. 1996, 1997b, 1999c, 2016; Manton 1977, 1998).

***Effect Biomarkers Used to Assess Exposure to Pb.*** Certain physiological changes that are associated with Pb exposure have been used as biomarkers of exposure (see Section 3.3.2). These include measurements of biomarkers of impaired heme biosynthesis (blood zinc protoporphyrin, urinary coproporphyrin, erythrocyte ALAD activity, serum ALA). These types of measurements have largely been supplanted with measurement of PbB for the purpose of assessing Pb exposure due to the higher sensitivity of PbB measurements in quantifying lower level Pb exposures.

## 3.3.2   Biomarkers of Effect

Certain effects of Pb have been used in diagnosing Pb poisoning to support measurements of PbB;
however, none of these diagnostic aids are considered preferable to measurement of PbB.  A multisite
study of populations living near four NPL sites was conducted to assess the relationship between
exposure (PbB and area of residence) and biomarkers of four organ systems:  immune system
dysfunction, kidney dysfunction, liver dysfunction, and hematopoietic dysfunction (ATSDR 1995).  The
geometric mean PbB in those living in the target areas was 4.26 µg/dL (n=1,645) compared with
3.45 µg/dL for a group living in comparison areas (n=493).  In children <6 years old, the corresponding
means were 5.37 versus 3.96 µg/dL.  In subjects ≥15 years old, the target and comparison values were
3.06 and 3.63 µg/dL, respectively.  Ninety percent of target and 93% of comparison area participants had
PbBs <10 µg/dL.  Pb in soil and water was found to be higher in comparison areas than in the target areas,
but Pb in house dust and in interior paint was higher in the target areas.  PbB correlated with Pb in soil
and dust, but not with Pb in paint and water.  Multivariate regression analyses showed that of all the
biomarkers analyzed, PbB was significantly associated with, and predictive of, hematocrit in adults
≥15 years of age and with increased mean serum IgA in children 6–71 months of age.  The biological
significance of these associations is unclear since both hematocrit and IgA levels were well within normal
ranges and were hardly different than levels in subjects from the comparison areas.

Pb inhibits heme biosynthesis, which is necessary for production of red blood cells.  Hematologic tests
such as hemoglobin concentration may suggest toxicity, but this is not specific for Pb (Bernard and
Becker 1988).  However, inhibition of ferrochelatase in the heme pathway causes accumulation of
protoporphyrin in erythrocytes (CDC 1985).  Most protoporphyrin in erythrocytes (about 90%) exists as
zinc-protoporphyrin (ZPP).  This fraction is preferentially measured by hematofluorometers.  Extraction
methods measure all of the protoporphyrin present, but strip the zinc from the ZPP during the extraction
process.  For this reason, extraction results are sometimes referred to as (zinc) free erythrocyte
protoporphyrin (FEP).  Although the chemical forms measured by the two methods differ slightly, on a
weight basis, they are roughly equivalent; thus, results reported as EP, ZPP, or FEP all reflect essentially
the same analyte.  An elevated EP level is one of the earliest and most reliable indicators of impairment of
heme biosynthesis and reflects average Pb levels at the site of erythropoiesis over the previous 4 months
(Janin et al. 1985).  The concentration of EP rises above background at PbBs of 25–30 µg/dL, above
which, there is a positive correlation between PbB and EP (CDC 1985; Gennart et al. 1992a; Roels and
Lauwerys 1987; Soldin et al. 2003; Wildt et al. 1987).  Pb toxicity is generally considered to be present
when a PbB ≥10 µg/dL is associated with an EP level ≥35 µg/dL (CDC 1991; Somashekaraiah et al.

1990). This effect is detectable in circulating erythrocytes only after a lag time reflecting maturation in which the entire population of red blood cells has turned over (i.e., 120 days) (EPA 1986a; Moore and Goldberg 1985). Similarly, elevated EP can reflect iron deficiency, sickle cell anemia, and hyperbilirubinemia (jaundice). Therefore, reliance on EP levels alone for initial screening could result in an appreciable number of false positive cases (CDC 1985; Mahaffey and Annest 1986; Marcus and Schwartz 1987). Conversely, since EP does not go up until the PbB exceeds 25 µg/dL, and the blood lead reference value was set at 5 µg/dL in 2012, relying on EP measures would result in many false negative cases. Some have estimated that relying only on ZPP screening to predict future Pb toxicity would miss approximately three cases with toxic PbBs in every 200 workers at risk (Froom et al. 1998). A limitation of measuring porphyrin accumulation is that porphyrin is labile because of photochemical decomposition; thus, assay samples must be protected from light. However, other diseases or conditions such as porphyria, liver cirrhosis, iron deficiency, age, and alcoholism may also produce similar effects on heme synthesis (Somashekaraiah et al. 1990).

ALAD, an enzyme occurring early in the heme pathway, is also considered a sensitive indicator of Pb effect (Graziano 1994; Hernberg et al. 1970; Morris et al. 1988; Somashekaraiah et al. 1990; Tola et al. 1973). ALAD activity is negatively correlated with PbBs of 5–95 µg/dL, with >50% inhibition occurring at PbBs >20 µg/dL (Hernberg et al. 1970; Morita et al. 1997; Roels and Lauwerys 1987). However, ALAD activity may also be decreased with other diseases or conditions such as porphyria, liver cirrhosis, and alcoholism (Somashekaraiah et al. 1990). ALAD was found to be a more sensitive biomarker than urinary ALA and ZPP at PbBs between 21 and 30 µg/dL (Schuhmacher et al. 1997). A marked increase in urinary excretion of ALA, the intermediate that accumulates from decreased ALAD, can be detected when PbB exceeds 35 µg/dL in adults and 25–75 µg/dL in children (NAS 1972; Roels and Lauwerys 1987; Sakai and Morita 1996; Schuhmacher et al. 1997).

Another potential biomarker for hematologic effects of Pb is the observation of basophilic stippling and premature erythrocyte hemolysis (Paglia et al. 1975, 1977). Pb can impair the activity of pyrimidine 5'-nucleotidase, resulting in a corresponding increase in pyrimidine nucleotides in red blood cells, which leads to a deficiency in maturing erythroid elements and thus, decreased red blood cells. However, this effect is nonspecific; it is encountered with benzene and arsenic poisoning (Smith et al. 1938) and in a genetically-induced enzyme-deficiency syndrome (Paglia et al. 1975, 1977). Furthermore, since basophilic stippling is not universally found in chronic Pb poisoning, it is relatively insensitive to lesser degrees of Pb toxicity (CDC 1985). The activity of adenine dinucleotide synthetase (NADS) in

erythrocytes has also been explored as a biomarker for predicting PbBs >40 μg/dL; NADS activity is negatively correlated with PbB over the range 5–80 μg/dL (Morita et al. 1997).

Reduction in the serum 1,25-dihydroxyvitamin D concentration has been reported as an indicator of increased Pb absorption or Pb concentrations in the blood (Rosen et al. 1980). Pb inhibits the formation of this active metabolite of vitamin D, which occurs in bone mineral metabolism (EPA 1986a; Landrigan 1989). Children with PbBs of 12–120 μg/dL showed decreased serum 1,25-dihydroxyvitamin D concentrations comparable to those found in patients with hypoparathyroidism, uremia, and metabolic bone disease (Mahaffey et al. 1982; Rosen et al. 1980). This biomarker is clearly not specific for Pb exposure and several diseases can influence this measurement.

One of the most sensitive systems affected by Pb exposure is the nervous system. Encephalopathy is characterized by symptoms such as coma, seizures, ataxia, apathy, bizarre behavior, and incoordination (CDC 1985). Children are more sensitive to neurological changes than adults. In children, encephalopathy has been associated with PbBs as low as 70 μg/dL (CDC 1985). An early sign of peripheral manifestations of neurotoxicity is gastrointestinal colic, which can occur with PbBs above 50 μg/dL. The most sensitive peripheral index of neurotoxicity of Pb is reported to be slowed conduction velocity in small motor fibers of the ulnar nerve in workers with PbBs of 30–40 μg/dL (Landrigan 1989). Other potential biomarkers of Pb suggested for neurotoxicity in workers are neurological and behavioral tests, as well as cognitive and visual sensory function tests (Williamson and Teo 1986). However, these tests are not specific to elevated Pb exposure.

Functional deficits associated with Pb-induced nephrotoxicity increase in severity with increasing PbB. Effects include decreased glomerular filtration, enzymuria and proteinuria, and impaired transport function. Biomarkers for these changes include elevation of serum creatinine, urinary enzymes (e.g., NAG), or protein (albumin, β2μ-globulin, α1μ-globulin, retinol binding protein). However, none of these markers are specific for Pb-induced nephrotoxicity. A characteristic histologic feature of Pb nephrotoxicity is the formation of intranuclear inclusion bodies in the renal proximal tubule (Choie and Richter 1972; Goyer et al. 1970a, 1970b).

3. TOXICOKINETICS, SUSCEPTIBLE POPULATIONS, BIOMARKERS, CHEMICAL INTERACTIONS

## 3.4  INTERACTIONS WITH OTHER CHEMICALS

Interactions between Pb and other chemicals can be classified into two categories: interactions with
contaminants that are commonly found together with Pb at hazardous waste sites, and interactions with
essential elements (ATSDR 2004a, 2004b, 2006; EPA 2014c).

***Interactions with Other Contaminants.***  Several metals and metalloids frequently are found together with
Pb at hazardous waste sites, including arsenic (As), cadmium (Cd), manganese (Mn), zinc (Zn), copper
(Cu), and inorganic mercury (Hg).  ATSDR (2004a, 2004b, 2006) has conducted assessments to predict
interactions of these chemicals with Pb; conclusions are presented in Table 3-3.  For each co-contaminant,
interactions were classified as less than additive (indicating an antagonistic effect with Pb), additive
(indicating no effect of combined exposure), or greater than additive (indicating a synergistic effect with
Pb).  Greater-than-additive effects were observed for neurological effects for As and Cd, male
reproductive effects for Cd, and renal effects for Hg.  Interactions for other metals were either less than
additive or additive for cardiovascular (Cd, Zn), developmental (Zn), hematological (As, Cd, Mn, Zn,
Cu), immunological (Cd), neurological effects (Zn), renal (As, Cd, Mn, Zn, Cu), and male reproductive
(Zn) effects.  Other metals that may interact with Pb include selenium and chromium(VI) (Nordberg et al.
2015).  Observed interactions of metals and metalloids with Pb could be the results of alterations to Pb
toxicokinetics, toxicodynamics, or a combination of both.

### Table 3-3.  Influence of Other Metals and Metalloids on Lead (Pb) Toxicity

| Organ system | Metal | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
|  | Arsenic[a] | Cadmium[a] | Manganese[b] | Zinc[b] | Copper[b] | Inorganic mercury[c] |
| Cardiovascular | – | < or 0 | – | < | – | – |
| Developmental | – | – | – | < | – | – |
| Hematological | < or 0 | < or 0 | 0 | < or 0 | < | – |
| Immunological | – | < | – | – | – | – |
| Neurological | > | > | – | < or 0 | < | – |
| Renal | 0 | < or 0 | 0 | < | – | > |
| Male reproductive | – | > | – | < | – | – |

[a]ATSDR 2004a.
[b]ATSDR 2004b.
[c]ATSDR 2006.

< = less than additive; 0 = additive (no effect); > = greater than additive; – = not assessed

***Interactions with Essential Elements.*** In physiological systems, Pb mimics divalent cations (calcium, iron, zinc). Substitution of Pb for essential elements in membrane transport systems is the mechanism by which Pb is absorbed from the intestine and crosses cell membranes throughout the body. Thus, numerous interactions between Pb and essential elements have been observed, including the following (additional details on these finding are provided in Section 3.1, Toxicokinetics):

- Dietary calcium intake appears to affect Pb absorption. An inverse relationship has been observed between dietary calcium intake and PbBs in children (Elias et al. 2007; Mahaffey et al. 1986; Schell et al. 2004; Ziegler et al. 1978).

- Nutritional iron status may affect Pb absorption in children. Higher PbBs have been observed in iron-deficient children compared to children who are iron replete. This observation suggests that iron deficiency may result in higher absorption of Pb or, possibly, other changes in Pb biokinetics that would contribute to higher PbBs (Mahaffey and Annest 1986; Marcus and Schwartz 1987).

- In young children (ages 6–12 months), PbB increased in association with lower dietary Zn levels (Schell et al. 2004). It is not clear, however, if these associations were caused by changes in Pb absorption.


## 3.5   METHODS FOR REDUCING TOXIC EFFECTS

This section will describe clinical practice and research concerning methods for reducing toxic effects of exposure to Pb. However, because some of the treatments discussed may be experimental and unproven, this section should not be used as a guide for treatment of exposures to Pb. When specific exposures have occurred, poison control centers, medical toxicologists, or other clinicians with expertise and experience treating and managing Pb-exposed adults and/or children should be consulted. The following resources provide specific information about treatment and management of patients following exposure to Pb:

AAP. 2005. Lead exposure in children: Prevention, detection, and management. Pediatrics 116(4):1036-1046. 10.1542/peds.2005-1947.

AAP. 2016. Council on Environmental Health. Prevention of childhood lead toxicity. Pediatrics 38(1):e20161493

ATSDR. 2017. Case studies in environmental medicine (CSEM). Lead toxicity. https://www.atsdr.cdc.gov/csem/lead/docs/csem-lead_toxicity_508.pdf. August 30, 2018.

Calello DP, Henretig FM. 2014. Lead. In: Goldfrank's toxicologic emergencies. Tenth ed. New York, NY: McGraw-Hill, 1219-1234.

Holland MG, Cawthon D. 2016. ACOEM Position Statement. Workplace lead exposure. J Occup Environ Med 58(12):e371-e374.

APPX ATT_V6_2668

Leikin JB, Paloucek FP. 2008. Lead. In: Poisoning and toxicology handbook. Fourth ed. Boca Raton, FL: CRC Press, 807-811.

CDC. 2002a. Managing elevated blood levels among young children. Recommendations from the Advisory Committee on Childhood Lead Poisoning. Centers for Disease Control and Prevention. https://www.cdc.gov/nceh/lead/casemanagement/managingEBLLs.pdf. July 18, 2018.

Kosnett MJ. 2001. Lead. In: Ford M, Delaney KA, Ling L, et al., eds. Clinical toxicology. St. Louis: WB Saunders, 723-736.

Kosnett MJ. 2005. Lead. In: Brent J, Wallace KL, Burkhart KK, et al., eds. Critical care toxicology. Philadelphia, PA: Elsevier Mosby, 821-836.

PEHSU. 2013. Recommendations on medical management of childhood lead exposure and poisoning. Pediatric Environmental Health Specialty Units.

Additional publicly available clinical resources for the health care professional can be found in Appendix D.

## 3.5.1   Reducing Absorption Following Exposure

No treatment modalities to reduce Pb absorption have been developed. Therefore, the most important intervention is to identify and remove the source of exposure (AAP 2005, 2016; ATSDR 2017; CDC 2012e). Pb absorption from the gastrointestinal tract is influenced by nutrition, especially calcium, iron, and vitamin C (AAP 2005; CDC 2012e). It is recommended that a child's diet contain ample amounts of iron and calcium to reduce the likelihood of increased absorption of Pb and that children eat regular meals since more Pb is absorbed on an empty stomach (AAP 2005; CDC 2002a, 2012e). Good sources of iron include liver, fortified cereal, cooked legumes, and spinach, whereas milk, yogurt, cheese, and cooked greens are good sources of calcium (CDC 1991).

General recommendations to reduce absorption of Pb following acute exposure include the following (AAP 2016; ATSDR 2017; Calello and Henretig 2014; Kosnett et al. 2007):

- remove the individual from the source of exposure;
- mitigate source of exposure;
- if suspected that elevated PbB is due to ingestion of a foreign object (e.g., Pb paint chips, toys or jewelry containing Pb, Pb ammunition), radiographic imaging is suggested;
- if elevated PbB is due to ingestion of a foreign object, decontamination of the bowel (surgical or gastric lavage) is indicated; and
- ensure that diet is adequate in calcium, iron, and vitamin C.

For children, specific recommended actions based on PbB levels are summarized in Table 3-4. CDC considers PbB to be elevated in children when it exceeds a reference value defined as the 97.5[th] percentile for the U.S. population. In 2012, CDC adopted a blood lead reference value, based on data from NHANES 2007–2008 and 2009–2010, of 5 µg/dL (CDC 2016).

### Table 3-4. Recommended Actions Based on Child Blood Lead Level (PbB)

| PbB (µg/dL) | Recommended actions |
|---|---|
| <Reference value[a] | • Routine assessment of nutritional and developmental milestones<br>• Education on common sources of Pb exposure<br>• Follow-up PbB monitoring |
| 5-19 | • Follow recommendations for <Reference value<br>• Nutritional counseling for calcium and iron intake |
| 20-44 | • Complete history and physical examination with neurodevelopmental assessment<br>• Environmental assessment of home and lead hazard reduction<br>• Follow-up PbB monitoring<br>• Assess iron status, hemoglobin, and hematocrit<br>• Abdominal x-ray and bowel decontamination if indicated |
| ≥45 and ≤69 | • Follow recommendations for 45–69 µg/dL<br>• Complete neurological examination<br>• Consider oral chelation therapy with consultation with a medical toxicologist or pediatric environmental health expert or unit<br>• Consider hospitalization if cannot assure mitigation of Pb source |
| ≥70 | • Hospitalize<br>• Initiate chelation therapy with consultation with a medical toxicologist or pediatric environmental health expert or unit<br>• Follow recommendations for ≥45 and ≤69 µg/dL<br>• Environmental investigation of the home and lead hazard reduction; child receiving chelation therapy should not return to home until lead hazard remediation is completed |

[a]5 µg/dL (CDC 2012d).

Source: CDC 2012f

For occupational exposures, OSHA and NIOSH have developed recommendations to reduce Pb exposure through procedures and surveillance. In 1987, NIOSH created the Adult Blood Lead Epidemiology and Surveillance (ABLES) program to monitor adult PbBs through coordinated efforts with state agencies (NIOSH 2017a). This program was designed to decrease the rate of adults with PbBs ≥10 µg/dL as a result of work-related Pb exposure. In 2015, NIOSH designated PbB of 5 µg/dL as the PbB reference value and defined elevated PbB as PbB ≥5 µg/dL (NIOSH 2017a). Several federal and state agencies work together to reduce the rate of elevated PbBs among workers. The OSHA (1995) mandated rule on

Pb provides recommendations to reduce occupational Pb exposure for general industry, shipyard employment, and construction through use of respirators, protective clothing, routine biological monitoring of PbB and zinc protoporphyrin, and medical assessments for workers with elevated PbB. More recently, Holland and Cawthon (2016) suggested the actions based on PbB levels, with a baseline PbB <5 µg/dL (Table 3-5).

## Table 3-5. Recommended Actions for Workers Based on Blood Lead Level (PbB)

| PbB (µg/dL) | Recommended actions |
|---|---|
| All workers | • PbB monitoring at initial employment<br>• Monitor PbB every 6 months after initial employment monitoring<br>• PbB goal is <5 µg/dL for pregnant workers |
| ≥5–9 | • Increase monitoring if indicated<br>• Recommend removal for pregnant workers or workers who are trying to become pregnant; return to work may be considered if two consecutive PbB measurements are <5 µg/dL<br>• Continue PbB monitoring as noted above |
| 10–19 | • Monitor PbB every 2 months until two consecutive PbB measurements are <10 µg/dL<br>• Mandatory medical removal for pregnant workers or workers who are trying to become pregnant; return to work may be considered if two consecutive PbB measurements are <5 µg/dL<br>• Continue PbB monitoring as noted above<br>• Evaluate exposure, controls, and work practices |
| ≥20 | • Remove from work if repeat PbB measurement in 4 weeks is ≥20 µg/dL or if single PbB measurement is ≥30 µg/dL<br>• Monitor PbB monthly; return to work after two consecutive monthly PbB measurements are <15 µg/dL<br>• Continue PbB monitoring as noted above<br>• Evaluate exposure, controls, and work practices |
| ≥30 | • Removed from exposure immediately<br>• Monitor PbB monthly; return to work after two consecutive monthly PbB measurements are <15 µg/dL<br>• Continue PbB monitoring as noted above<br>• Evaluate exposure, controls, and work practices |

Source: Holland and Cawthon (2016)

### 3.5.2 Reducing Body Burden

Pb is initially distributed throughout the body and then redistributed to soft tissues and bone. In human adults and children, approximately 94 and 73% of the total body burden of Pb is found in bones, respectively. Pb may be stored in bone for long periods of time, but may be mobilized, thus achieving a steady state of intercompartmental distribution (see Section 3.3.2).

Currently available methods to obviate the toxic effects of Pb are based on their ability to reduce the body burden of Pb by chelation. All of the chelating agents bind inorganic Pb, enhance its excretion, and facilitate the transfer of Pb from soft tissues to the circulation where it can be excreted. Since the success of chelation therapy depends on excretion of chelated Pb via the kidney, caution should be used when treating a patient with renal failure. For all cases where chelation therapy is considered or implemented, medical providers should consult with a medical toxicologist or an expert in the medical management of Pb toxicity (CDC 2002a, 2012e). Chelation treatment should be administered in conjunction with meticulous supportive therapy (Calello and Henretig 2014). Most of the information below regarding chelators was obtained from Calello and Henretig (2014) and Kosnett (2005, 2007).

Several pharmacological substances are available for chelation therapy for Pb intoxication. Chelating agents currently in use are dimercaprol (British Anti-Lewisite, or BAL), $CaNa_2$-EDTA (or EDTA), and 2,3-dimercaptosuccinic acid (DMSA; Succimer®). Dosages and administration protocols for these agents vary with patient age, PbB level, and symptom types and severity. Specific treatment protocols should be developed in consultation with clinical experts in the management of Pb toxicity for the most current chelation therapy procedures for children and adults (CDC 2002a, 2012e).

***Dimercaprol (BAL).*** The mechanism of action of BAL is through formation of stable chelate-metal compounds intra- and extracellularly. BAL is administered parenterally. The onset of action for BAL is 30 minutes. BAL increases fecal excretion of Pb as chelated Pb is excreted predominantly in bile within 4–6 hours; BAL also increases urinary excretion of chelated Pb. A number of adverse reactions have been associated with BAL, including nausea, vomiting, hypertension, tachycardia, headache, increased secretions, anxiety, abdominal pain, and fever.

***$CaNa_2$-EDTA (or EDTA).*** EDTA works by forming a stable metal-chelate complex that is excreted by the kidney. It increases renal excretion of Pb 20–50 times. EDTA is administered parenterally. Numerous adverse effects have been described due to treatment with EDTA including rash, fever, fatigue, thirst, myalgias, chills, and cardiac dysrhythmias. Since EDTA chelates zinc, patients with low zinc stores may be adversely affected by EDTA. Since EDTA also chelates other metals, administration of EDTA (or BAL) to persons occupationally exposed to cadmium may result in increased renal excretion of cadmium and renal damage.

***2,3-Dimercaptosuccinic acid (DMSA; Succimer®).*** The mechanism of action of DMSA is similar to BAL. DMSA is administered orally. DMSA has been shown to be as effective as EDTA in increasing the urinary excretion of Pb. Minimal adverse effects that have been reported include anorexia, nausea, vomiting, and rashes. DMSA increases the excretion of zinc, but to a much lesser extent than other chelators, and has minimal effects on calcium, iron, magnesium, and copper.

APPX ATT_V6_2673

## CHAPTER 4.  CHEMICAL AND PHYSICAL INFORMATION

### 4.1  CHEMICAL IDENTITY

Pb is a naturally occurring element with an abundance of 0.0016% in the earth's crust (Davidson et al. 2014).  It is a member of Group 14 (IVA) of the periodic table.  Natural Pb is a mixture of four stable isotopes: $^{204}$Pb (1.4%), $^{206}$Pb (24.1%), $^{207}$Pb (22.1%), and $^{208}$Pb (52.4%).  The Pb isotopes $^{206}$Pb, $^{207}$Pb, and $^{208}$Pb are the stable decay product of the naturally occurring decay series of uranium, actinium, and thorium, respectively (Haynes 2014).

Pb is found in concentrated and easily accessible Pb ore deposits that are widely distributed throughout the world (King et al. 2014).  Its properties, such as corrosion resistance, density, and low melting point, make it a familiar metal in pipes, solder, weights, and storage batteries.  The chemical identities of Pb and several of its compounds are provided in Table 4-1.

### Table 4-1.  Chemical Identity of Lead and Compounds

| Characteristic | Lead | Lead(II) acetate | Lead(II) azide | Lead(II) bromide |
|---|---|---|---|---|
| Synonym(s) and registered trade name(s) | C.I. 77575; C.I. Pigment metal 4; Glover; Lead flake; Lead S2; Omaha; Omaha & Grant; SI; SO[a] | Acetic acid lead(2+) salt (2:1); neutral lead acetate; plumbous acetate; normal lead acetate; sugar of lead; salt of Saturn[b] | Lead azide[b] | Lead bromide (PbBr$_2$); plumbous bromide[b] |
| Chemical formula | Pb[b] | Pb(CH$_3$CO$_2$)$_2$[b] | Pb(N$_3$)$_2$[b] | PbBr$_2$[b] |
| Chemical structure | Not applicable | Not applicable | Not applicable | Not applicable |
| CAS Registry Number | 7439-92-1[b] | 301-04-2[b] | 13424-46-9[b] | 10031-22-8[b] |

**Table 4-1.  Chemical Identity of Lead and Compounds**

| Characteristic | Lead(II) chloride | Lead(II) chromate | Lead(II) tetrafluoroborate[c] | Lead(II) iodide |
|---|---|---|---|---|
| Synonym(s) and registered trade name(s) | Lead chloride ($PbCl_2$); Lead(2+) chloride; Plumbous chloride[b] | Chromic acid ($H_2CrO_4$ lead(2+) salt (1:1); Chrome yellow; Cologne yellow; King's yellow; Leipzig yellow; Paris yellow; C.I. Pigment Yellow 34; lead chromium oxide ($PbCrO_4$); plumbous chromate; C.I. 77600[b] | Tetrafluoro borate(1-) Lead(2+)[a] | Lead iodide ($PbI_2$); Plumbous iodide[b] |
| Chemical formula | $PbCl_2$[b] | $PbCrO_4$[b] | $Pb(BF_4)_2$[a] | $PbI_2$[b] |
| Chemical structure | Not applicable | Not applicable | Not applicable | Not applicable |
| CAS Registry Number | 7758-95-4[b] | 7758-97-6[b] | 13814-96-5[a] | 10101-63-0[b] |

4.  CHEMICAL AND PHYSICAL INFORMATION

### Table 4-1.  Chemical Identity of Lead and Compounds

| Characteristic | Lead molybdenum chromate | Lead(II) nitrate | Lead(II) oxide | Lead(II,II,IV) oxide |
|---|---|---|---|---|
| Synonym(s) and registered trade name(s) | Chromic acid, lead and molybdenum salt; chromic acid lead salt with lead molybdate; C.I. Pigment Red 104; Lead chromate, Molybdenum-Lead chromate; Molybdenum Orange[a] | Nitric acid lead(2+) salt (2:1); Plumbous nitrate[b] | C.I. 77577; C.I. Pigment Yellow 46; Lead oxide; Lead oxide yellow; Lead protoxide; Litharge; Litharge Yellow L-28; Massicot; Massicotite; Plumbous oxide; Yellow lead ocher[a] | Lead tetraoxide; Lead tetroxide; Lead oxide red; C.I. Pigment Red 105; C.I. 77578; Gold satinobre; Lead orthoplumbate; Lead oxide (3:4); Mineral Orange; Mineral Red; Paris Red; Saturn Red; Minium; Plumboplumbic oxide; Red Lead; Red Lead oxide; Trilead tetraoxide[d,e] |
| Chemical formula | No data | $Pb(NO_3)_2$[b] | $PbO$[a] | $Pb_3O_4$[e] |
| Chemical structure | Not applicable | Not applicable | Not applicable | |
| CAS Registry Number | 12709-98-7[a] | 10099-74-8[b] | 1317-36-8[a] | 1314-41-6[d] |

APPX ATT_V6_2676

4. CHEMICAL AND PHYSICAL INFORMATION

### Table 4-1. Chemical Identity of Lead and Compounds

| Characteristic | Lead(II) phosphate | Lead(II) styphnate | Lead(II) sulfate |
|---|---|---|---|
| Synonym(s) and registered trade name(s) | C.I. 77622; Lead orthophosphate; Lead phosphate (3:2); Lead(2+) phosphate; normal lead orthophosphate; Phosphoric acid, lead(2+) salt (2:3); Plumbous phosphate; Trilead phosphate[a] | Lead trinitroresorcinate[f] | Anglesite; C.I. 77630; C.I. Pigment White 3; Fast White; Freemans White Lead; Lead bottoms; Milk white; Mulhouse White; Sulfuric acid, lead(2+) salt (1:1)[a] |
| Chemical formula | $Pb_3(PO_4)_2$[a] | $Pb(C_6HN_3O_8)_2$[f] | $PbSO_4$[b] |
| Chemical structure | Not applicable | Not applicable | Not applicable |
| CAS Registry Number | 7446-27-7[a] | 15245-44-0[f] | 7446-14-2[b] |
| Characteristic | Lead(II) sulfide | Tetraethyl lead | Lead(II) carbonate |
| Synonym(s) and registered trade name(s) | C.I. 77640; Galena; Natural lead sulfide; Plumbous sulfide[a] | Tetraethylplumbane; Lead tetraethyl; TEL[b] | Carbonic acid, lead(2+) salt (1:1); Cerussite; Dibasic lead carbonate; Lead(2+) carbonate; White lead[a] |
| Chemical formula | PbS[a] | $Pb(C_2H_5)_4$[a] | $PbCO_3$[a] |
| Chemical structure | Not applicable | | Not applicable |
| CAS Registry Number | 1314-87-0[a] | 78-00-2[b] | 598-63-0[a] |

[a]Lewis 2012.
[b]O'Neil et al. 2013.
[c]Stable only in aqueous solution (Haynes 2014).
[d]NLM 2020.
[e]Haynes 2014.
[f]Boileau et al. 2012.

CAS = Chemical Abstracts Services

## 4.2  PHYSICAL AND CHEMICAL PROPERTIES

Pb, a blueish-white metal with bright luster, is very soft, highly malleable, ductile, a poor conductor of electricity, and is very resistant to corrosion (Haynes 2014).  A clean Pb surface will not be attacked by dry air; however, in moist air, the surface will react and become coated with a layer of lead(II) oxide (PbO).  This coating may be hydrated and combine with carbon dioxide to form lead(II) carbonate ($PbCO_3$) (Carr et al. 2004).  This protective coating of insoluble Pb compounds slows or halts corrosion of the underlying metal.  Pb is rarely found in its metallic form in nature and commonly occurs as a

mineral with sulfur or oxygen. The most important Pb mineral is galena (PbS). Other common Pb-containing minerals include anglesite ($PbSO_4$), cerussite ($PbCO_3$), and minium ($Pb_3O_4$) (Carr et al. 2004; Davidson et al. 2014; Haynes 2014).

Pb can exist in the 0 oxidation state in metallic Pb and in compounds as the +2 or +4 oxidation states. In the environment, Pb is primarily found in the +2 state in inorganic compounds. The chemistry of inorganic Pb compounds is generally similar to that of the Group 2(II) or alkaline earth metals. There are three common oxides of Pb: lead(II) oxide (PbO); lead(II,IV) oxide or lead tetroxide ($Pb_3O_4$); and lead(IV) oxide or lead dioxide ($PbO_2$). The +4 state is only formed under strongly oxidizing conditions. Inorganic Pb(+4) compounds are relatively unstable and would not be expected to be found under ordinary environmental conditions. Pb is amphoteric, meaning that it can react with acids and bases. In acid, Pb forms Pb(+2) (plumbous) and Pb(+4) (plumbic) salts and in basic solution, it forms plumbites ($PbO_2^{2-}$) and plumbates ($Pb(OH)_6^{2-}$) (Carr et al. 2004). In organolead compounds, Pb is typically in the tetravalent (+4) oxidation state (Carr et al. 2004; Haynes 2014).

Data on the physical and chemical properties of Pb and several of its compounds are provided in Table 4-2.

APPX ATT_V6_2678

### Table 4-2. Physical and Chemical Properties of Lead and Compounds

| Property | Lead | Lead(II) acetate | Lead(II) azide | Lead(II) bromide |
|---|---|---|---|---|
| Molecular weight | 207.2[a] | 325.3[b] | 291.24[a] | 367.0[b] |
| Color | Bluish-white, silvery, gray metal[a] | White crystals[b] | Needles or white powder[a] | White orthorhombic crystals[b] |
| Physical state | Solid | Solid | Solid | Solid |
| Melting point | 327.4°C[a] | 280°C[b] | Decomposes at 190°C[c] | 371°C[b] |
| Boiling point | 1,740°C[a] | Decomposes[b] | No data | 892°C[b] |
| Density | 11.34 g/cm$^3$ at 20°C[a] | 3.25 g/cm$^{3b}$ | 4.17 g/cm$^3$ at 20°C[c] | 6.69 g/cm$^{3b}$ |
| Odor | No data | Slightly acetic odor (trihydrate)[a] | No data | No data |
| Odor threshold: | | | | |
|   Water | No data | No data | No data | No data |
|   Air | No data | No data | No data | No data |
| Solubility: | | | | |
|   Water | Insoluble[d] | 443,000 mg/L at 20°C[b] | 230 mg/L at 18°C[a] | 9,750 mg/L at 25°C[b] |
|   Acids | Soluble in dilute nitric acid[d]; reacts with sulfuric acid[a] | Soluble in acid[e] | Freely soluble in acetic acid[a] | No data |
|   Bases | No data | Soluble in alkali[e] | No data | No data |
|   Organic solvents | Soluble in glycerin; slightly soluble in alcohol[e] | Slightly soluble in alcohol; freely soluble in glycerol[d] | No data | Insoluble in alcohol[b] |
| Partition coefficients: | | | | |
|   Log $K_{ow}$ | No data | No data | No data | No data |
|   Log $K_{oc}$ | No data | No data | No data | No data |
| Vapor pressure | 1.77 mmHg at 1,000°C[a] | No data | No data | 0.0075 mmHg at 374°C[b] |
| Henry's law constant | No data | No data | No data | No data |
| Autoignition temperature | No data | No data | No data | No data |
| Flashpoint | No data | No data | No data | No data |
| Flammability limits | No data | No data | No data | No data |
| Conversion factors | Not relevant[f] | Not relevant[f] | Not relevant[f] | Not relevant[f] |
| Explosive limits | No data | No data | Explodes at 350°C[a] | No data |
| Valence state | 0 | +2 | +2 | +2 |

### Table 4-2. Physical and Chemical Properties of Lead and Compounds

| Property | Lead(II) chloride | Lead(II) chromate | Lead(II) tetrafluoroborate | Lead iodide |
|---|---|---|---|---|
| Molecular weight | 278.1[g] | 323.19[a] | 380.8[b] | 461.05[g] |
| Color | White, orthorhombic needles[g] | Yellow or orange-yellow powder[a] | No data | Yellow hexagonal crystals[g] |
| Physical state | Solid | Solid | Stable only in aqueous solution[b] | Solid |
| Melting point | 501°C[g] | 844°C[a] | No data | 402°C[g] |
| Boiling point | 950°C[g] | No data | No data | 954°C[g] |
| Density | 5.85 g/cm$^3$[g] | 6.12 g/cm$^3$[b] | No data | 6.16 g/cm$^3$[g] |
| Odor | No data | No data | No data | No data |
| Odor threshold | No data | No data | No data | No data |
| Solubility: | | | | |
|   Water | 9,900 mg/L at 20°C[g] | 0.2 mg/L[a] | Soluble[b] | 630 mg/L at 20°C[g] |
|   Acids | Slightly soluble in dilute hydrochloric acid[g] | Soluble in dilute nitric acid; insoluble in acetic acid[a] | No data | No data |
|   Bases | Slightly soluble in dilute ammonia[g] | No data | No data | No data |
|   Organic solvents | Insoluble in alcohol[g] | No data | No data | Insoluble in alcohol[g] |
| Partition coefficients: | | | | |
|   Log $K_{ow}$ | No data | No data | No data | No data |
|   Log $K_{oc}$ | No data | No data | No data | No data |
| Vapor pressure | 7.5 mmHg at 637°C[b] | No data | No data | 0.75 mmHg at 470°C[b] |
| Henry's law constant | No data | No data | No data | No data |
| Autoignition temperature | No data | No data | No data | No data |
| Flashpoint | No data | No data | No data | No data |
| Flammability limits | No data | No data | No data | No data |
| Conversion factors | Not relevant[f] | Not relevant[f] | Not relevant[f] | Not relevant[f] |
| Explosive limits | No data | No data | No data | No data |
| Valence state | +2 | +2 | +2 | +2 |

## Table 4-2. Physical and Chemical Properties of Lead and Compounds

| Property | Lead molybdenum chromate | Lead(II) nitrate | Lead(II) oxide | Lead(II,II,IV) oxide |
|---|---|---|---|---|
| Molecular weight | No data | 331.23[g] | 223.21[g] | 685.57[e] |
| Color | No data | Cubic or monoclinic colorless crystals[g] | Reddish-yellow; yellow (above 489°C)[g] | Bright red heavy powder[a]; red tetrahedral crystals[b] |
| Physical state | No data | Solid | Solid | Solid |
| Melting point | No data | Begins to decompose above 205°C[g] | 897°C (begins to sublime before melting)[g] | 830°C[b]; 500°C[e] |
| Boiling point | No data | No data | Decomposes at 1,472°C[g] | Decomposes between 500-530°C[d] |
| Density | No data | 4.53 g/cm$^3$[g] | 9.53 g/cm$^3$ (Litharge)[g]; 9.6 g/cm$^3$ (Massicot)[g] | 8.92 g/cm$^3$[b]; 9.1 g/cm$^3$[e] |
| Odor | No data | No data | No data | No data |
| Odor threshold: | No data | No data | No data | No data |
| Solubility: | | | | |
|    Water | No data | 56:5 g/100 mL at 20°C[g] | 50.4 mg/L at 25°C (Litharge)[g]; 106.5 mg/L at 25°C (Massicot)[g] | Insoluble in water[d] |
|    Acid | No data | Insoluble in concentrated nitric acid[a] | Soluble[g] | Dissolves in acetic acid or hot hydrochloric acid[b,g] |
|    Base | No data | Soluble in alkali and ammonia[g] | Soluble[g] | No data |
|    Organic solvents | No data | 87.7 mg/L (43% aqueous ethanol) at 22°C[g] | Insoluble in alcohol[a] | Insoluble in alcohol[g] |
| Partition coefficients: | | | | |
|    Log $K_{ow}$ | No data | No data | No data | No data |
|    Log $K_{oc}$ | No data | No data | No data | No data |
| Vapor pressure | No data | No data | 0.0075 mmHg at 724°C[b] | No data |
| Henry's law constant | No data | No data | No data | No data |
| Autoignition temperature | No data | No data | No data | No data |
| Flashpoint | No data | No data | No data | No data |
| Flammability limits | No data | No data | No data | No data |
| Conversion factors | Not relevant[f] | Not relevant[f] | Not relevant[f] | Not relevant[f] |
| Explosive limits | No data | No data | No data | No data |
| Valence state | +2 | +2 | +2 | +2, +2, +4 |

## Table 4-2. Physical and Chemical Properties of Lead and Compounds

| Property | Lead(II) phosphate | Lead(II) styphnate | Lead(II) sulfate |
|---|---|---|---|
| Molecular weight | 811.54[a] | 450.29[h] | 303.25[g] |
| Color | White powder[a] | Monoclinic orange-yellow crystal (monohydrate)[b] | White, heavy, crystalline powder[a] |
| Physical state | Solid | Solid | Solid |
| Melting point | 1,014°C[a] | No data | 1,170°C[g] |
| Boiling point | No data | No data | No data |
| Density | 6.9 g/cm$^3$[a] | 3.1 g/cm$^3$ (monohydrate); 2.9 g/cm$^3$ (anhydrous)[b] | 6.2 g/cm$^3$[g] |
| Odor | No data | No data | No data |
| Odor threshold: | No data | No data | No data |
| Solubility: | | | |
|   Water | Insoluble[b] | Insoluble[b] | 42.5 mg/L at 25°C[g] |
|   Acid | Soluble in nitric acid[a] | No data | Soluble in concentrated acids[g] |
|   Base | Soluble in fixed alkali hydroxides[a] | No data | Soluble in alkalies[g] |
|   Organic solvents | Insoluble in alcohol[a] | No data | Insoluble in alcohol[a] |
| Partition coefficients: | | | |
|   Log $K_{ow}$ | No data | No data | No data |
|   Log $K_{oc}$ | No data | No data | No data |
| Vapor pressure | No data | No data | No data |
| Henry's law constant | No data | No data | No data |
| Autoignition temperature | No data | No data | No data |
| Flashpoint | No data | No data | No data |
| Flammability limits | No data | No data | No data |
| Conversion factors | Not relevant[f] | Not relevant[f] | Not relevant[f] |
| Explosive limits | No data | Detonates at 260°C[b] | No data |
| Valence state | +2 | +2 | +2 |

## Table 4-2. Physical and Chemical Properties of Lead and Compounds

| Property | Lead(II) sulfide | Tetraethyl lead | Lead(II) carbonate |
|---|---|---|---|
| Molecular weight | 239.25[g] | 323.45[a] | 267.22[g] |
| Color | Metallic black cubic crystals[g] | Colorless[a] | Colorless rhombic crystals[g] |
| Physical state | Solid | Liquid[a] | Solid |
| Melting point | 1,114°C[d] | No data | 315°C (decomposes)[g] |
| Boiling point | Sublimes at 1,281°C[d] | 200 °C; 227.7°C (with decomposition)[a] | No data |
| Density | 7.57–7.59 g/cm$^3$[g] | 1.653 g/cm$^3$[a] | 6.6 g/cm$^3$[g] |
| Odor | No data | No data | No data |
| Odor threshold: | No data | No data | No data |
| Solubility: | | | |
|   Water | 124.4 mg/L 20°C[g] | 0.29 mg/L[i] | 1.1 mg/L at 20°C[g] |
|   Acid | Soluble in nitric acid[g] | No data | Soluble[g] |
|   Base | Insoluble in alkalies[d] | No data | Soluble in alkalies; insoluble in ammonia[g] |
|   Organic solvents | Insoluble in alcohol[a] | Soluble in benzene, petroleum ether, gasoline; slightly soluble in alcohol[a] | Insoluble in alcohol[g] |
| Partition coefficients: | | | |
|   Log K$_{ow}$ | No data | 4.15[j] | No data |
|   Log K$_{oc}$ | No data | No data | No data |
| Vapor pressure | 0.0075 mmHg at 705°C[b] | 0.26 mmHg at 25°C[j] | No data |
| Henry's law constant | No data | No data | No data |
| Autoignition temperature | No data | No data | No data |
| Flashpoint | No data | 200°F (93°C) (closed cup)[k] | No data |
| Flammability limits | No data | Lower flammable limit: 1.8% by volume[k] | No data |
| Conversion factors | Not relevant[f] | No data | Not relevant[f] |
| Explosive limits | No data | No data | No data |
| Valence state | +2 | +4 | +2 |

[a]O'Neil et al. 2013.
[b]Haynes 2014.
[c]Akhavan 2004.
[d]Larrañaga et al. 2016.
[e]Jacob 2012.
[f]Since these compounds exist in the atmosphere in the particulate state, their concentrations are expressed as μg/m$^3$ only.
[g]Carr et al. 2004.
[h]Molecular weight calculated from atomic weights.
[i]Feldhake and Stevens 1963.
[j]Wang et al. 1996.
[k]NFPA 2002.

APPX ATT_V6_2683

# CHAPTER 5.  POTENTIAL FOR HUMAN EXPOSURE

## 5.1   OVERVIEW

Pb and Pb compounds have been identified in at least 1,287 and 46 sites, respectively, of the 1,867 hazardous waste sites that have been proposed for inclusion on the EPA National Priorities List (NPL) (ATSDR 2019).  However, the number of sites evaluated for Pb is not known.  The number of sites in each state is shown in Figures 5-1 and 5-2, respectively.  Of these 1,287 sites for Pb, 1,273 are located within the United States, 2 are located in the Virgin Islands, 2 are located in Guam, and 10 are located in Puerto Rico (not shown).  All the sites for Pb compounds are only in the United States.

## Figure 5-1.  Number of NPL Sites with Lead Contamination



**Figure 5-2. Number of NPL Sites with Lead Compound Contamination**



- Pb is an element found in concentrated and easily accessible Pb ore deposits that are widely distributed throughout the world.
- The general population may be exposed to Pb in ambient air, foods, drinking water, soil, and dust. For adults, exposure to levels of Pb beyond background are usually associated with occupational exposures.
- For children, exposure to high levels of Pb are associated with living in areas contaminated by Pb (e.g., soil or indoor dust in older homes with Pb paint). Exposure usually occurs by hand-to-mouth activities.
- As an element, Pb does not degrade. However, particulate matter contaminated with Pb can move through air, water, and soil.
- Atmospheric deposition is the largest source of Pb found in soils. Pb is transferred continuously between air, water, and soil by natural chemical and physical processes such as weathering, runoff, precipitation, dry deposition of dust, and stream/river flow; however, soil and sediments appear to be important sinks for Pb.
- Pb adsorbs strongly to most soils, which limits the rate of leaching of Pb from soil. Soil acidity (pH) is the most important factor affecting solubility, mobility, and phytoavailability of Pb in soil.

Other conditions that increase Pb mobility in soils are reducing conditions (low redox potential; for example, anoxia) and high chloride content.

Pb is dispersed throughout the environment primarily as the result of anthropogenic activities. In the air, Pb is in the form of particles and is removed by rain or gravitational settling. The solubility of Pb compounds in water is a function of pH, ionic strength, and the presence of humic material. Solubility is highest in acidic water. Soil and sediment are an important sink for Pb. Because Pb is strongly adsorbed to soil, very little is transported through runoff to surface water or leached to groundwater except under acidic conditions. Anthropogenic sources of Pb include the mining and smelting of ore, manufacture and use of Pb-containing products, combustion of coal and oil, and waste incineration. Many anthropogenic sources of Pb, most notably leaded gasoline, Pb-based paint, Pb solder in food cans, Pb-arsenate pesticides, and shot and sinkers, have been eliminated or are regulated. Pb compounds released to the environment may be transformed to other Pb compounds; however, Pb is an element and cannot be destroyed or degraded. Because Pb does not degrade over time, deposits of Pb in the environment by current and former uses leave their legacy as higher concentrations of Pb in the environment. These deposits can continue to be a source for potential Pb exposure (e.g., soil particles containing Pb also may be resuspended and redeposited). Plants and animals may bioconcentrate Pb, but Pb is not biomagnified in the aquatic or terrestrial food chain.

The general population may be exposed to Pb in ambient air, foods, drinking water, soil, and dust. Segments of the general population at highest risk of health effects from Pb exposure are preschool-age children and pregnant women and their fetuses. Other segments of the general population with an increased exposure include individuals living near sites where Pb was produced or disposed. Some of the more important Pb exposures have occurred as a result of living in urban environments, particularly in areas near stationary emission sources (e.g., smelters); renovation of homes containing Pb-based paint; pica (the compulsive, habitual consumption of nonfood items); contact with interior Pb paint dust; occupational exposure; and secondary occupational exposure (e.g., families of workers in Pb industries). Higher exposures may also occur to residents living in close proximity to NPL sites that contain elevated levels of Pb.

The primary source of Pb in the environment has historically been anthropogenic emissions to the atmosphere. In 1984, combustion of leaded gasoline was responsible for approximately 90% of all anthropogenic Pb emissions. The United States gradually phased out the use of Pb alkyls in gasoline, and by 1990, auto emissions accounted for only 33% of the annual Pb emissions (EPA 1996b). Use of Pb

additives in most motor fuels was totally banned after December 31, 1995 (EPA 1996a). The ban went into effect on February 2, 1996. The ban did not include off-road vehicles, including aircraft, racing cars, farm equipment, and marine engines. Pb additives are still used in fuels for piston driven airplane engines and it continues to be commercially available for other off-road uses. Atmospheric deposition is the largest source of Pb found in soils. Pb is transferred continuously between air, water, and soil by natural chemical and physical processes such as weathering, runoff, precipitation, dry deposition of dust, and stream/river flow; however, soil and sediments appear to be important sinks for Pb. Pb particles are removed from the atmosphere primarily by wet and dry deposition. The average residence time in the atmosphere is 10 days. Over this time, long-distance transport, up to thousands of kilometers, may take place. The speciation of Pb in these media varies widely depending upon such factors as temperature, pH, and the presence of humic materials. Pb is largely associated with suspended solids and sediments in aquatic systems, and it occurs in relatively immobile forms in soil.

## 5.2   PRODUCTION, IMPORT/EXPORT, USE, AND DISPOSAL

### 5.2.1   Production

The most important mineable Pb ore is galena (PbS), which is commonly associated with other minerals, typically zinc ores. Anglesite (PbSO$_4$) and cerussite (PbCO$_3$), formed by the weathering of galena, are two other important Pb minerals. Pb is processed from ore to refined metal in four steps: ore dressing; smelting; drossing; and refining. Ore dressing involves crushing, grinding, and beneficiation (concentration) (King et al. 2014).

Since 1998, U.S. production of Pb has shifted to the domestic secondary Pb industry (USGS 2014). Since 2014, primary Pb metal has not been produced in the United States (USGS 2016). The Doe Run Resources Corporation operated the last domestic primary Pb smelter-refinery facility in the United States at Herculaneum, Missouri and it was closed at the end of 2013. Pb-acid batteries are the dominant source of recoverable Pb scrap, accounting for nearly 100% of all secondary Pb (USGS 2016, 2019).

Domestic mines produced 368,000 metric tons of recoverable Pb in 2014, a more than 11% increase from 2013. Nearly all of the secondary Pb produced in 2014 was by 7 companies operating 12 plants in Alabama, California, Florida, Indiana, Minnesota, Missouri, New York, Pennsylvania, Tennessee, and Texas (USGS 2016). Secondary (recycled) Pb, derived from mainly scrapped Pb-acid batteries, accounted for all of the domestic refined Pb production in 2014. Due to plant closings, U.S. production

of secondary refined Pb decreased in 2014 by 11% to 1.02 metric tons, from 1.5 metric tons in 2013 (USGS 2016).

World mine production of Pb was 4.91 million metric tons in 2014, a decrease of 9% from 2013. The United States accounted for approximately 8% of global mine production in 2014. The United States ranked third in global mine production behind China and Australia, which accounted for 49 and 15%, respectively. World production of refined Pb (primary and secondary) was 10.6 million metric tons in 2014. China produced about 45% of global refined Pb in 2014 with the United States as the second leading world producer of refined Pb, accounting for 10% (USGS 2016). In 2017 and 2018 worldwide mine production of Pb was reported as 4.58 and 4.40 million metric tons, respectively (USGS 2019). As in previous years, China was the dominant producer accounting for nearly half of the world production.

Manufacturers and importers of Pb metal and selected Pb compounds are listed in Table 5-1. These data are from EPA's Chemical Data Access Tool (now called Chemical Data Reporting [CDR]), which provides information on chemicals submitted to the EPA under the Toxic Substance Control Act that are manufactured or imported into the United States. Manufacturing volumes for more recent years are not available in the CDR as most manufacturers have withheld these data as confidential business information; however, as in previous years, the U.S. Geological Survey (USGS) reported total Pb mined in the United States in its Minerals Commodity summaries and these data for 2015–2018 are provided in Table 5-2. According to the USGS, five Pb mines located in the state of Missouri along with five mines in Alaska, Idaho, and the state of Washington accounted for all domestic Pb mine production (USGS 2019).

### Table 5-1. U.S. Manufacturers of Lead Metal and Selected Lead Compounds

| Company | Location | Domestic manufacturing (pounds/year) |
|---|---|---|
| Lead | | |
| 5n Plus Inc. | Fairfield, Connecticut | 36,671 |
| Colfin Specialty Steel Corp. | New Brighton, Pennsylvania | 2,552 |
| Compliance Administrators & Project Services Inc. | Bloomington, California | 848,008 |
| Concorde/Interspace Battery | West Covina, California | 348,998 |
| Doe Run Co. | Herculaneum, Missouri | 280,000,000 |
| East Penn Manufacturing Co. Inc. | Lyon Station, Pennsylvania | 194,537,569 |
| Exide Technologies | Bristol, Tennessee | 150,000 |

### Table 5-1.  U.S. Manufacturers of Lead Metal and Selected Lead Compounds

| Company | Location | Domestic manufacturing (pounds/year) |
|---|---|---|
| | Columbus, Georgia | 4,200,000 |
| | Forest City, Missouri | 84,000,000 |
| | Fort Smith, Arkansas | 3,600,000 |
| | Frisco, Texas | 140,000,000 |
| | Kansas City, Kansas | 9,100,000 |
| | Los Angeles, California | 230,000,000 |
| | Manchester, Iowa | 16,000,000 |
| | Muncie, Indiana | 160,000,000 |
| | Reading, Pennsylvania | 130,000,000 |
| | Salina, Kansas | 990,000 |
| Gopher Resource | Eagan, Minnesota | 310,000,000 |
| | Tampa, Florida | 38,000,000 |
| Horsehead Holding Corp. | Chicago, Illinois | 2,444,492 |
| | Palmerton, Pennsylvania | 3,867,016 |
| | Rockwood, Tennessee | 1,872,054 |
| | Snelling, South Carolina | 2,012,236 |
| Johnson Controls | Canby, Oregon | 36,832,250 |
| | Geneva, Illinois | 47,025,828 |
| | Holland, Ohio | 82,721,150 |
| | Kernersville, North Carolina | 204,679,893 |
| | Middletown, Delaware | 86,732,852 |
| | Tampa, Florida | 3,069,380 |
| | Yuma, Arizona | 359,977,380 |
| Johnson Controls Distribution Center | Saint Joseph, Missouri | 2,550,177 |
| | St. Joseph, Missouri | 266,151,342 |
| Renco Group Inc. | Boss, Missouri | 310,000,000 |
| Sanders Lead Co., Inc. | Troy, Alabama | 471,954,520 |
| Stemar Investments Inc. | Butler, Pennsylvania | 40,506 |
| Yuasa Battery Inc. | Laureldale, Pennsylvania | 1,492,754 |
| Lead(II) nitrate | | |
| American Pacific Corp. | Cedar City, Utah | 42,500 |
| Lead(II) oxide | | |
| C&D Technologies Inc. | Attica, Indiana | 18,657,255 |
| | Leola, Pennsylvania | 1,348,311 |
| | Milwaukee, Wisconsin | 48,491,557 |
| Crown Battery Manufacturing Co. | Fremont, Ohio | 25,600,000 |

### Table 5-1.  U.S. Manufacturers of Lead Metal and Selected Lead Compounds

| Company | Location | Domestic manufacturing (pounds/year) |
|---|---|---|
| Fiamm Energy LLC | Waynesboro, Georgia | 4,700,000 |
| Hammond Group Inc. | Hammond, Indiana | 3,585,529 |
| | Pottstown, Pennsylvania | 8,287,521 |
| Renco Group Inc. | Boss, Missouri | 7,700,000 |
| Steel Dust Recycling | Millport, Alabama | 2,000,000 |
| Superior Battery Manufacturing | Russell Springs, Kentucky | 16,866,793 |
| Trojan Battery Co. | Lithonia, Georgia | 38,540,700 |
| | Santa Fe Springs, California | 35,241,500 |
| Lead(II) styphnate | | |
| Alliant Techsystems Inc. | Lewiston, Idaho | 78,767 |
| Alliant Techsystems Operations LLC | Independence, Missouri | 43,489 |
| Lead(II) sulfate | | |
| Crown Battery Manufacturing Co. | Fremont, Ohio | 768,000 |
| East Penn Manufacturing Co., Inc. | Corydon, Iowa | 17,006,710 |
| | Lyon Station, Pennsylvania | 220,436,420 |
| Johnson Controls | Canby, Oregon | 6,098,880 |
| | Geneva, Illinois | 11,340,306 |
| | Holland, Ohio | 10,714,048 |
| | Middletown, Delaware | 5,749,910 |
| | Tampa, Florida | 5,506,240 |
| | Yuma, Arizona | 86,756 |
| Johnson Controls Distribution Center | Saint Joseph, Missouri | 306,021 |
| | St. Joseph, Missouri | 29,577,055 |
| Palos Verdes Bldg Corp. | Augusta, Georgia | 6,904,629 |
| Superior Battery Manufacturing | Russell Springs, Kentucky | 22,905,105 |
| Trojan Battery Co. | Lithonia, Georgia | 58,127,100 |
| | Santa Fe Springs, California | 53,083,500 |
| Lead(II) chloride | | |
| Horsehead Holding Corp. | Monaca, Pennsylvania | 1,891,700 |
| | Palmerton, Pennsylvania | 11,484,955 |

Source: EPA 2014d

### Table 5-2. U.S. Lead Production 2015–2018

|  | Production volumes in metric tons | | | |
|---|---|---|---|---|
|  | 2015 | 2016 | 2017 | 2018 |
| Mine, lead in concentrates | 370,000 | 346,000 | 310,000 | 260,000 |
| Secondary refinery, old scrap | 1,050,000 | 986,000 | 1,130,000 | 1,300,000 |

Source: USGS 2019

Tables 5-3 (Pb) and 5-4 (Pb compounds) list the facilities in each state that manufacture or process Pb or Pb compounds, the intended use, and the range of maximum amounts of Pb that are stored on site. The data listed in Tables 5-3 and 5-4 are derived from the Toxics Release Inventory (TRI) (TRI18 2020). The data presented in Table 5-3 are for Pb metal and the data from Table 5-4 are for all Pb compounds. Facilities with ≥10 full-time employees in certain TRI-covered industry sectors (e.g., manufacturing) must submit data on releases and other waste management for TRI-listed chemicals (Pb and Pb compounds are TRI listed). Therefore, there are sources for Pb and Pb compounds not contained in the TRI database. In comparing TRI data with that of previous years, it is important to note that starting in 2001, the threshold for reporting Pb and all Pb compounds was reduced to 100 pounds, except for Pb contained in a stainless steel, brass, or bronze alloy. Previously, reporting was only required of facilities that manufactured or processed >25,000 pounds annually or that used >10,000 pounds annually. Beginning in 1998, additional industries were required to report, including metal mining, coal mining, electrical utilities, and Resource Conservation and Recovery Act (RCRA)/Solvent Recovery. Table 5-3 lists the producers of primary Pb metal and selected Pb compounds. Companies listed are those producing Pb compounds in commercial quantities >5,000 pounds or $10,000 in value annually. Table 5-4 shows the U.S. production volumes for Pb for 2010 through 2013. During this time, the primary Pb production declined, while secondary Pb production was relatively constant.

### Table 5-3. Facilities that Produce, Process, or Use Lead

| State[a] | Number of facilities | Minimum amount on site in pounds[b] | Maximum amount on site in pounds[b] | Activities and uses[c] |
|---|---|---|---|---|
| AK | 4 | 100 | 99,999 | 12 |
| AL | 105 | 0 | 999,999,999 | 1, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| AR | 67 | 0 | 49,999,999 | 1, 2, 5, 6, 7, 8, 9, 11, 12, 13, 14 |
| AZ | 52 | 0 | 9,999,999 | 1, 3, 5, 7, 8, 9, 10, 11, 12, 14 |
| CA | 188 | 0 | 9,999,999 | 1, 2, 3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| CO | 33 | 0 | 99,999 | 1, 5, 6, 7, 8, 10, 11, 12, 14 |

### Table 5-3. Facilities that Produce, Process, or Use Lead

| State[a] | Number of facilities | Minimum amount on site in pounds[b] | Maximum amount on site in pounds[b] | Activities and uses[c] |
|---|---|---|---|---|
| CT | 42 | 0 | 99,999 | 1, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| DC | 6 | 0 | 9,999 | 1, 7, 8, 11, 12, 13, 14 |
| DE | 6 | 0 | 99,999 | 7, 12, 14 |
| FL | 223 | 0 | 999,999 | 1, 2, 3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| GA | 108 | 0 | 999,999 | 1, 2, 3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| GU | 1 | 0 | 99 | 1, 5 |
| HI | 2 | 0 | 99,999 | 8, 12 |
| IA | 114 | 0 | 9,999,999 | 1, 2, 5, 6, 7, 8, 9, 11, 12, 13, 14 |
| ID | 27 | 0 | 49,999,999 | 1, 2, 3, 5, 8, 9, 11, 12, 13, 14 |
| IL | 228 | 0 | 49,999,999 | 1, 2, 3, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14 |
| IN | 161 | 0 | 999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| KS | 70 | 0 | 9,999,999 | 1, 3, 5, 7, 8, 9, 10, 12, 13, 14 |
| KY | 79 | 0 | 999,999 | 1, 2, 3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| LA | 46 | 0 | 999,999 | 1, 2, 3, 5, 8, 9, 10, 11, 12, 13, 14 |
| MA | 55 | 0 | 999,999 | 1, 2, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| MD | 35 | 0 | 99,999 | 1, 5, 7, 8, 9, 10, 11, 12, 14 |
| ME | 20 | 0 | 99,999 | 1, 2, 3, 4, 5, 8, 9, 11, 12, 13, 14 |
| MI | 148 | 0 | 999,999 | 1, 2, 3, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14 |
| MN | 123 | 0 | 99,999 | 1, 2, 3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| MO | 92 | 0 | 9,999,999 | 1, 3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| MS | 62 | 0 | 999,999 | 1, 5, 7, 8, 9, 10, 12, 14 |
| MT | 15 | 0 | 99,999 | 1, 2, 5, 11, 12, 13, 14 |
| NC | 162 | 0 | 9,999,999 | 1, 2, 3, 5, 6, 7, 8, 9, 11, 12, 13, 14 |
| ND | 14 | 0 | 9,999 | 1, 5, 8, 9, 12, 14 |
| NE | 62 | 0 | 999,999 | 1, 2, 3, 5, 7, 8, 9, 11, 12, 13, 14 |
| NH | 30 | 0 | 99,999 | 1, 2, 3, 4, 5, 7, 8, 9, 10, 11, 12, 14 |
| NJ | 43 | 0 | 99,999 | 1, 2, 5, 7, 8, 9, 11, 12, 13, 14 |
| NM | 17 | 0 | 999,999 | 1, 5, 6, 8, 9, 10, 11, 12, 14 |
| NV | 28 | 0 | 999,999 | 1, 2, 4, 5, 8, 9, 12, 13, 14 |
| NY | 140 | 0 | 999,999 | 1, 2, 3, 5, 7, 8, 9, 10, 11, 12, 13, 14 |
| OH | 237 | 0 | 9,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| OK | 54 | 0 | 999,999 | 1, 2, 3, 5, 7, 8, 11, 12, 14 |
| OR | 48 | 0 | 9,999,999 | 1, 2, 3, 5, 7, 8, 10, 11, 12, 13, 14 |
| PA | 182 | 0 | 99,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| PR | 5 | 100 | 9,999 | 2, 3, 8, 9, 12 |
| RI | 15 | 0 | 999,999 | 1, 5, 7, 8, 9, 10, 11, 12, 13, 14 |
| SC | 81 | 0 | 999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 11, 12, 13, 14 |
| SD | 14 | 0 | 99,999 | 1, 2, 5, 7, 8, 9, 13, 14 |

### Table 5-3. Facilities that Produce, Process, or Use Lead

| State[a] | Number of facilities | Minimum amount on site in pounds[b] | Maximum amount on site in pounds[b] | Activities and uses[c] |
|---|---|---|---|---|
| TN | 110 | 0 | 99,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| TX | 326 | 0 | 49,999,999 | 1, 2, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| UT | 50 | 0 | 999,999 | 1, 5, 6, 8, 9, 10, 11, 12, 13, 14 |
| VA | 98 | 0 | 999,999 | 1, 2, 3, 5, 7, 8, 9, 10, 11, 12, 13, 14 |
| VI | 3 | 0 | 99 | 7, 9, 14 |
| VT | 11 | 0 | 99,999 | 1, 2, 3, 5, 8, 11, 12, 13, 14 |
| WA | 57 | 0 | 999,999 | 1, 2, 3, 4, 5, 7, 8, 9, 11, 12, 13, 14 |
| WI | 165 | 0 | 9,999,999 | 1, 2, 3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| WV | 31 | 0 | 999,999 | 1, 2, 5, 8, 9, 10, 11, 12, 13, 14 |
| WY | 12 | 0 | 99,999 | 1, 5, 6, 8, 9, 10, 11, 12, 13, 14 |

[a]Post office state abbreviations used.
[b]Amounts on site reported by facilities in each state.
[c]Activities/Uses:

| | | |
|---|---|---|
| 1. Produce | 6. Reactant | 11. Manufacture Aid |
| 2. Import | 7. Formulation Component | 12. Ancillary |
| 3. Used Processing | 8. Article Component | 13. Manufacture Impurity |
| 4. Sale/Distribution | 9. Repackaging | 14. Process Impurity |
| 5. Byproduct | 10. Chemical Processing Aid | |

Source: TRI18 2020 (Data are from 2018)

### Table 5-4. Facilities that Produce, Process, or Use Lead Compounds

| State[a] | Number of facilities | Minimum amount on site in pounds[b] | Maximum amount on site in pounds[b] | Activities and uses[c] |
|---|---|---|---|---|
| AK | 16 | 0 | 499,999,999 | 1, 5, 9, 12, 13, 14 |
| AL | 130 | 0 | 49,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| AR | 68 | 0 | 49,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| AZ | 65 | 0 | 49,999,999 | 1, 2, 3, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14 |
| CA | 315 | 0 | 9,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| CO | 76 | 0 | 49,999,999 | 1, 2, 3, 4, 5, 7, 8, 9, 11, 12, 13, 14 |
| CT | 39 | 0 | 49,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| DC | 1 | 100 | 999 | 14 |
| DE | 5 | 100 | 49,999,999 | 1, 2, 3, 4, 5, 7, 8, 9, 12, 13, 14 |
| FL | 150 | 0 | 49,999,999 | 1, 2, 3, 4, 5, 7, 8, 9, 11, 12, 13, 14 |
| GA | 108 | 0 | 9,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 11, 12, 13, 14 |
| GU | 3 | 0 | 99 | 1, 5, 7, 9, 12, 13, 14 |
| HI | 14 | 0 | 99,999 | 1, 2, 5, 7, 9, 12, 13, 14 |
| IA | 66 | 0 | 9,999,999 | 1, 2, 3, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14 |

### Table 5-4.  Facilities that Produce, Process, or Use Lead Compounds

| State[a] | Number of facilities | Minimum amount on site in pounds[b] | Maximum amount on site in pounds[b] | Activities and uses[c] |
|---|---|---|---|---|
| ID | 31 | 0 | 9,999,999 | 1, 2, 3, 4, 5, 7, 8, 11, 12, 13, 14 |
| IL | 166 | 0 | 49,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| IN | 151 | 0 | 99,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| KS | 40 | 0 | 9,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| KY | 64 | 0 | 9,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| LA | 85 | 0 | 9,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| MA | 53 | 0 | 49,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| MD | 35 | 0 | 99,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 12, 13, 14 |
| ME | 13 | 0 | 999,999 | 1, 2, 4, 5, 8, 9, 12, 13, 14 |
| MI | 102 | 0 | 9,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| MN | 50 | 0 | 49,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| MO | 74 | 0 | 999,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 11, 12, 13, 14 |
| MP | 1 | 0 | 99 | 1, 5, 12, 13, 14 |
| MS | 50 | 0 | 99,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 11, 12, 13, 14 |
| MT | 20 | 0 | 9,999,999 | 1, 2, 3, 4, 5, 6, 7, 9, 12, 13, 14 |
| NC | 149 | 0 | 49,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| ND | 20 | 0 | 99,999 | 1, 2, 3, 4, 5, 7, 8, 9, 12, 13, 14 |
| NE | 24 | 0 | 9,999,999 | 1, 3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 14 |
| NH | 14 | 0 | 999,999 | 1, 2, 5, 7, 8, 9, 11, 12, 14 |
| NJ | 55 | 0 | 999,999 | 1, 2, 3, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14 |
| NM | 18 | 0 | 49,999,999 | 1, 2, 3, 4, 5, 7, 8, 9, 11, 12, 13, 14 |
| NV | 51 | 0 | 49,999,999 | 1, 2, 3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| NY | 82 | 0 | 49,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| OH | 175 | 0 | 49,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| OK | 81 | 0 | 49,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| OR | 55 | 0 | 9,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| PA | 195 | 0 | 99,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| PR | 11 | 0 | 99,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 12, 14 |
| RI | 19 | 0 | 99,999 | 1, 2, 3, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14 |
| SC | 101 | 0 | 49,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 11, 12, 13, 14 |
| SD | 11 | 0 | 9,999,999 | 1, 3, 4, 5, 6, 7, 8, 9, 12, 13, 14 |
| TN | 89 | 0 | 9,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 11, 12, 13, 14 |
| TX | 330 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| UT | 41 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| VA | 84 | 0 | 49,999,999 | 1, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| VI | 2 | 0 | 99 | 1, 5, 12, 0 |
| VT | 5 | 0 | 9,999 | 7, 8, 14 |
| WA | 76 | 0 | 9,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 11, 12, 13, 14 |

### Table 5-4. Facilities that Produce, Process, or Use Lead Compounds

| State[a] | Number of facilities | Minimum amount on site in pounds[b] | Maximum amount on site in pounds[b] | Activities and uses[c] |
|---|---|---|---|---|
| WI | 100 | 0 | 999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| WV | 44 | 0 | 49,999,999 | 1, 3, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14 |
| WY | 16 | 0 | 999,999 | 1, 2, 3, 4, 5, 8, 9, 12, 13, 14 |

[a]Post office state abbreviations used.
[b]Amounts on site reported by facilities in each state.
[c]Activities/Uses:

| | | |
|---|---|---|
| 1. Produce | 6. Reactant | 11. Manufacture Aid |
| 2. Import | 7. Formulation Component | 12. Ancillary |
| 3. Used Processing | 8. Article Component | 13. Manufacture Impurity |
| 4. Sale/Distribution | 9. Repackaging | 14. Process Impurity |
| 5. Byproduct | 10. Chemical Processing Aid | |

Source: TRI18 2020 (Data are from 2018)

### 5.2.2   Import/Export

In 2014, 1,080 and 593,000 metric tons of Pb as base bullion and pigs and bars, respectively, were imported into the United States. Imports have increased since 2010 when 602 and 271,000 metric tons of Pb as base bullion and pigs and bars, respectively, were imported. In 2014, 65,100 metric tons, Pb content of Pb pigments and compounds were imported in the United States (USGS 2016). In 2015, 2016, 2017, and 2018 imports of Pb refined metal (unwrought) were reported as 521,000, 533,000, 658,000, and 580,000 metric tons, respectively (USGS 2019).

Exports of Pb in ore and concentrates and Pb materials, excluding scrap were 299,000 and 83,500 metric tons, respectively, in 2010 as compared to 365,000 and 61,300 metric tons, respectively, in 2014. In 2013 and 2014, 34,900 and 36,400 metric tons of Pb scrap were exported, respectively (USGS 2016). Total exports of Pb (Pb in concentrates and refined metal, unwrought gross weight) were reported as 406,000, 384,000, 293,000, and 324,000 metric tons in 2015, 2016, 2017, and 2018, respectively (USGS 2019).

### 5.2.3   Use

Pb may be used in the form of metal, either pure or alloyed with other metals, or as chemical compounds. The main uses of Pb and its compounds are in Pb-acid batteries, with most other applications using Pb alloys. The commercial importance of Pb is based on its physical properties, including its low melting

point, ease of casting, high density, softness, malleability, low strength, ease of fabrication, acid resistance, electrochemical reaction with sulfuric acid, and chemical stability in air, water, and soil (King et al. 2014).

In the United States in 2014, Pb was consumed by over 70 companies to manufacture products such as ammunition; building-construction materials; covering for power and communication cable; Pb-acid storage batteries; Pb oxides for ceramics, chemicals, glass, and pigments; Pb sheet; and solder for construction, electronic components and accessories, metal containers, and motor vehicles (USGS 2016). In 2018, it was estimated that the Pb-acid battery industry accounted for >85% of the domestic consumption of Pb in the United States (USGS 2019).  Pb-acid batteries were primarily used as starting-lighting-ignition (SLI) batteries for automobiles and trucks and as industrial-type batteries for standby power for computer and telecommunications networks and for motive power.  Global consumption of refined Pb was 11.71 million metric tons in 2018, (USGS 2019).

Prior to the EPA beginning to regulate the Pb content in gasoline during the early 1970s, approximately 250,000 tons of organic Pb (e.g., tetraethyl Pb) were added to gasoline on an annual basis in the United States (Giddings 1973).  These Pb-based "anti-knock" additives increased the octane rating of the gasoline and, as a result, increased engine efficiency (Giddings 1973).  In 1971, the average Pb content for a gallon of gasoline purchased in the United States was 2.2 g/gallon (Giddings 1973).  After determining that Pb additives would impair the performance of emission control systems installed on motor vehicles, and that Pb particle emission from motor vehicles presented a significant health risk to urban populations, EPA, in 1973, initiated a phase-down program designed to minimize the amount of Pb in gasoline over time.  By 1988, the phase-down program had reduced the total Pb usage in gasoline to <1% of the amount of Pb used in the peak year of 1970 (EPA 1996a).

In 1990, a Congressional amendment to the Clean Air Act (CAA) banned the use of gasoline containing Pb or Pb additives as fuel in most motor vehicles.  On February 2, 1996, the EPA incorporated the statutory ban in a direct final rule, which defined unleaded gasoline as gasoline containing trace amounts of Pb up to 0.05 g/gallon (EPA 1996a).  The definition still allowed trace amounts of Pb, but expressly prohibited the use of any Pb additive in the production of unleaded gasoline.  The term "lead additive" was defined to include pure Pb as well as Pb compounds (EPA 1996a).  Although the regulatory action of Congress banned the use of leaded gasoline as fuel in motor vehicles, it did not restrict other potential uses of gasoline containing Pb or Pb additives (EPA 1996a).  Gasoline produced with Pb additives continues to be made and marketed for use as fuels in aircraft, race cars, and non-road engines such as

farm equipment engines and marine engines to the extent allowed by law (EPA 1996a), but tetraethyl Pb
has not been produced in the United States since March 1991. All gasoline sold for motor vehicle use
since January 1, 1996 has been unleaded (EPA 2020a).

Table 5-5 lists the uses of the specific Pb compounds identified in Chapter 4.

### Table 5-5. Current and Former Uses of Selected Lead Compounds

| Compound | Uses |
|---|---|
| Lead(II) acetate | Dyeing of textiles, waterproofing, varnishes, lead driers, chrome pigments, gold cyanidation process, insecticide, anti-fouling paints, analytical reagent, hair dye |
| Lead(II) azide | Primary detonating compound for high explosives, firing of Pb-based ammunition |
| Lead(II) bromide | Photopolymerization catalyst, inorganic filler in fire-retardant plastics, general purpose welding flux |
| Lead(II) carbonate | Polymerization catalyst, component of high pressure lubricating greases, coating on vinyl chloride polymers |
| Lead(II) chloride | Preparation of lead salts, lead chromate pigments, analytical reagent |
| Lead(II) chromate | Pigment in industrial paints, rubber, plastics, ceramic coatings; organic analysis |
| Lead(II) tetrafluoroborate | Salt for electroplating lead; can be mixed with stannous fluoborate to electroplate any composition of tin and lead as an alloy |
| Lead(II) iodide | Bronzing, printing, photography, cloud seeding |
| Lead molybdenum chromate | Analytical chemistry, pigments |
| Lead(II) nitrate | Lead salts, mordant in dyeing and printing calico, matches, mordant for staining mother of pearl, oxidizer in the dye industry, sensitizer in photography, explosives, tanning, process engraving, and lithography |
| Lead(II) oxide | Storage batteries, ceramic cements and fluxes, pottery and glazes, glass, chromium pigments, oil refining, varnishes, paints, enamels, assay of precious metal ores, manufacture of red lead, cement (with glycerol), acid-resisting compositions, match-head compositions, other lead compounds, rubber accelerator |
| Lead(II) phosphate | Stabilizing agent in plastics |
| Lead(II) styphnate | Primary explosive, firing of Pb-based ammunition |
| Lead(II) sulfate | Storage batteries, paints, ceramics, pigments, electrical and other vinyl compounds requiring high heat stability |
| Lead(II) sulfide | Ceramics, infrared radiation detector, semi-conductor, ceramic glaze, source of lead |
| Tetraethyl lead | Anti-knock agent in aviation gasoline |

Sources: Boileau et al. 1987; Carr 1995; Carr et al. 2004; Davidson et al. 2014

Pb arsenate, basic Pb arsenate, and Pb arsenite were formerly used as herbicides, insecticides, or
rodenticides. Until the 1960s, they were widely used to control pests in fruit orchards, especially apple

orchards (EPA 2002c; PAN Pesticides Database 2004; Peryea 1998; Wisconsin DHS 2002). All insecticidal use of Pb arsenate was officially banned on August 1, 1988. However, all registrations for its insecticidal use had lapsed before that time.

## 5.2.4   Disposal

Secondary (recycled) Pb, derived mainly from scrapped Pb-acid batteries, accounted for 100% of refined Pb production in the United States in 2014. Almost all of the Pb recycled in 2014 was recovered by 7 companies operating 12 plants in Alabama, California, Florida, Indiana, Minnesota, Missouri, New York, Pennsylvania, Tennessee, and Texas (USGS 2016). More than 99% of all battery Pb is recycled and new batteries contain between 60 and 80% recycled Pb and plastic, respectively (BCI 2019). Scrap Pb is also recovered from dross, dust, residue, and sludge generated by smelting of metals, Pb pipe and sheet, printing materials, sheaths from power and telephone cable, and vehicle wheel weights (USGS 2014).

Disposal of wastes containing Pb or Pb compounds is controlled by several federal regulations (see Chapter 7). Pb is listed as a toxic substance under Section 313 of the Emergency Planning and Community Right to Know Act (EPCRA) under Title III of the Superfund Amendments and Reauthorization Act (SARA) (EPA 1988). Pb-containing waste products include storage batteries, ammunition waste, ordnance, sheet Pb, solder, pipes, traps, and other metal products; solid waste and tailings from Pb mining; items covered with Pb-based paint; and solid wastes created by mineral ore processing, iron and steel production, copper and zinc smelting, and the production and use of various Pb-containing products (EPA 1982a).

In the United States., federal laws require, used nickel cadmium (Ni-Cd) and lead (Pb) batteries to be managed as Universal Waste and recycled or disposed of in accordance under Title 40 Parts 266 and 273 of the Code of Federal Regulations (EPA 2020b). The Mercury-Containing and Rechargeable Battery Management Act (the Battery Act) of 1996 removed certain barriers to the recycling of batteries including small, sealed lead acid (SSLA) batteries (EPA 2002b). The intent was to provide the efficient and cost-effective collection and recycling or proper disposal of batteries to keep them out of the waste stream. The Act established uniform national labeling requirements, mandated that batteries under the Act be "easily removable" from consumer products where possible, made the Universal Waste Rule effective in all 50 states for the collection, storage, and transportation of batteries covered by the Battery Act, and

required EPA to establish a public education program on battery recycling and the proper handling and disposal of used batteries (EPA 1997a).

According to data from the TRI, total disposal of Pb and Pb compounds varied during the period of 2005–2015 from 387 million pounds in 2009 to 832 million pounds in 2013, with an overall increase of 20% during this time period. The metal mining sector contributes most to the disposal of Pb and Pb compounds, with metal mines reporting 85% of total Pb and Pb compound releases in 2015.

## 5.3   RELEASES TO THE ENVIRONMENT

Facilities with ≥10 full-time employees in certain industry sectors (e.g., manufacturing) covered by the TRI (e.g., manufacturing) must submit data to TRI on releases and other waste management for TRI-listed chemicals (Pb and Pb compounds are TRI listed). Therefore, TRI data do not reflect all sources of Pb releases (EPA 2005a). TRI-covered facilities are required to report information to the TRI only if they employ the equivalent of ≥10 full-time employees; if their facility is included in Standard Industrial Classification (SIC) Codes 10 (except 1011, 1081, and 1094), 12 (except 1241), 20–39, 4911 (limited to facilities that combust coal and/or oil for the purpose of generating electricity for distribution in commerce), 4931 (limited to facilities that combust coal and/or oil for the purpose of generating electricity for distribution in commerce), 4939 (limited to facilities that combust coal and/or oil for the purpose of generating electricity for distribution in commerce), 4953 (limited to facilities regulated under RCRA Subtitle C, 42 U.S.C. section 6921 et seq.), 5169, 5171, and 7389 (limited S.C. section 6921 et seq.), 5169, 5171, and 7389 (limited to facilities primarily engaged in solvents recovery services on a contract or fee basis); and if their facility produces, imports, or processes >25,000 pounds of any TRI chemical or otherwise uses >10,000 pounds of a TRI chemical in a calendar year (EPA 2005a).

Starting in 2001, the threshold to trigger reporting of Pb in most Pb compounds was reduced to 100 pounds. The higher threshold still applies to Pb contained in stainless steel, brass, or bronze alloys. The threshold for Pb is determined using the weight of the metal, whereas the threshold for Pb compounds is determined by the weight of the entire compound. Prior to 1998, only facilities classified within the SIC codes 20–39 (Manufacturing Industries) were required to report. After 1998, the industries required to report were enlarged to include other industrial sectors, such as metal mining, coal mining, electrical utilities, and hazardous waste treatment (EPA 2001).

Pb is a naturally-occurring element that is typically found combined in various minerals. It occurs in the Earth's crust primarily as the mineral galena (PbS), and to a lesser extent as anglesite (PbSO$_4$) and cerussite (PbCO$_3$) (Carr et al. 2004; Davidson et al. 2014; Haynes 2014). Pb minerals are found in association with zinc, copper, and iron sulfides as well as gold, silver, bismuth, and antimony minerals. It also occurs as a trace element in coal, oil, and wood. Typical Pb concentrations in some ores and fuels are: copper ores, 11,000 ppm; Pb and zinc ores, 24,000 ppm; gold ores, 6.60 ppm; bituminous coal, 3–111 ppm; crude oil, 0.31 ppm; No. 6 fuel oil, 1 ppm; and wood, 20 ppm (EPA 2001).

Leaded gasoline remains commercially available for off-road uses, including aircraft, racing cars, farm equipment, and marine engines. Currently, the largest contributor to atmospheric Pb emissions in the United States is piston-engine aircraft emissions (EPA 2016c). Industrial sources of Pb can result from the mining and smelting of Pb ores, as well as other ores in which Pb is a byproduct or contaminant. Fuel combustion also contributes to releases of Pb to the environment. As a result of these processes, Pb may be released to land, water, and air. Many of the anthropogenic sources of Pb have been eliminated or phased out because of Pb's persistence, bioaccumulative nature, and toxicity. These include Pb-based paint in 1978, Pb-containing pesticides in 1988, and Pb in gasoline for use in on-road vehicles in 1996. In early 2017, the use of Pb ammunition and Pb sinkers was banned on most federal lands; however, this ban was temporarily halted soon after. Because Pb does not degrade and remains in the environment long after its release, these former uses continue to be a potential source for Pb exposure.

### 5.3.1   Air

According to the TRI, in 2018, a total of 57,240 pounds of Pb were released to air from 4,064 reporting facilities (TRI18 2020). In addition, a total of 343,142 pounds of Pb compounds were released to air from 3,789 reporting facilities (TRI18 2020). Tables 5-6 and 5-7 list amounts of Pb and Pb compounds released from these facilities grouped by state, respectively.

**Table 5-6. Releases to the Environment from Facilities that Produce, Process, or Use Lead[a]**

| State[c] | RF[d] | Air[e] | Water[f] | UI[g] | Land[h] | Other[i] | On-site[j] | Off-site[k] | On- and off-site |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Total release | |
| AK | 4 | 1 | 0 | 0 | 22,766 | 0 | 22,167 | 600 | 22,767 |
| AL | 105 | 2,944 | 1,133 | 11 | 1,481,278 | 7,384 | 1,483,641 | 9,109 | 1,492,750 |
| AR | 66 | 2,318 | 107 | 0 | 176,475 | 730 | 177,674 | 1,955 | 179,629 |
| AZ | 52 | 103 | 129 | 0 | 42,201 | 331 | 40,794 | 1,970 | 42,765 |
| CA | 179 | 662 | 1,313 | 0 | 585,305 | 58,212 | 572,870 | 72,623 | 645,493 |
| CO | 34 | 296 | 20 | 0 | 108,291 | 51 | 108,414 | 244 | 108,658 |
| CT | 42 | 52 | 541 | 0 | 2 | 5,360 | 62 | 5,893 | 5,955 |
| DC | 6 | 1 | 2 | 0 | 6,493 | 1,000 | 6,464 | 1,031 | 7,495 |
| DE | 6 | 9 | 3 | 89 | 7,852 | 0 | 7,864 | 89 | 7,954 |
| FL | 221 | 693 | 89 | 1 | 98,375 | 15,249 | 84,880 | 29,527 | 114,408 |
| GA | 107 | 3,397 | 1,000 | 0 | 18,503 | 8,671 | 20,456 | 11,114 | 31,571 |
| GU | 1 | 28 | 0 | 0 | 0 | 0 | 0 | 0 | 28 |
| HI | 2 | 0 | 0 | 0 | 10,359 | 0 | 10,358 | 1 | 10,359 |
| IA | 114 | 10,241 | 80 | 849 | 6,205 | 12,559 | 14,396 | 15,538 | 29,934 |
| ID | 27 | 268 | 45 | 0 | 367,560 | 29,707 | 367,635 | 29,945 | 397,579 |
| IL | 228 | 3,147 | 2,286 | 27 | 649,364 | 43,310 | 613,450 | 84,683 | 698,133 |
| IN | 160 | 1,056 | 272 | 22 | 454,088 | 557,867 | 7,434 | 1,005,871 | 1,013,305 |
| KS | 70 | 536 | 26 | 0 | 24,749 | 729 | 13,856 | 12,183 | 26,039 |
| KY | 79 | 891 | 509 | 0 | 32,991 | 5,941 | 30,618 | 9,715 | 40,333 |
| LA | 45 | 511 | 967 | 13 | 22,715 | 462 | 22,763 | 1,905 | 24,669 |
| MA | 55 | 70 | 10,245 | 28 | 36,566 | 3,555 | 15,467 | 34,998 | 50,465 |
| MD | 34 | 25 | 59 | 0 | 13,986 | 86 | 13,467 | 689 | 14,156 |
| ME | 20 | 3 | 23 | 0 | 219 | 123 | 39 | 329 | 368 |
| MI | 147 | 2,095 | 396 | 11 | 41,090 | 5,359 | 19,114 | 29,837 | 48,951 |
| MN | 123 | 1,199 | 232 | 5 | 4,017 | 624 | 1,971 | 4,106 | 6,077 |
| MO | 92 | 483 | 225 | 1 | 20,478 | 729 | 12,844 | 9,072 | 21,915 |
| MS | 62 | 1,102 | 35 | 1 | 63,143 | 1,327 | 63,240 | 2,368 | 65,608 |
| MT | 13 | 16 | 2 | 0 | 36,873 | 0 | 36,872 | 20 | 36,892 |
| NC | 162 | 567 | 708 | 248 | 122,679 | 1,295 | 16,540 | 108,957 | 125,497 |
| ND | 13 | 1 | 229 | 0 | 6,038 | 7 | 6,130 | 144 | 6,275 |
| NE | 61 | 4,505 | 1,379 | 0 | 79,160 | 9,063 | 83,397 | 10,709 | 94,107 |
| NH | 29 | 17 | 6 | 0 | 726 | 26,933 | 743 | 26,939 | 27,682 |
| NJ | 42 | 198 | 27 | 17 | 3,286 | 4,976 | 1,419 | 7,086 | 8,505 |
| NM | 16 | 12 | 0 | 0 | 6,472 | 61 | 5,582 | 963 | 6,545 |
| NV | 27 | 502 | 1 | 1 | 2,554,095 | 150 | 2,554,538 | 210 | 2,554,748 |

Reported amounts released in pounds per year[b]

**Table 5-6. Releases to the Environment from Facilities that Produce, Process, or Use Lead[a]**

| State[c] | RF[d] | Air[e] | Water[f] | UI[g] | Land[h] | Other[i] | On-site[j] | Off-site[k] | On- and off-site |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total release | | |
| NY | 140 | 499 | 89 | 0 | 21,001 | 9,770 | 14,560 | 16,799 | 31,359 |
| OH | 236 | 4,321 | 540 | 232 | 68,683 | 33,151 | 34,929 | 71,997 | 106,926 |
| OK | 54 | 451 | 11 | 14 | 81,644 | 3,422 | 81,961 | 3,581 | 85,542 |
| OR | 48 | 77 | 45 | 0 | 1,495,571 | 742 | 1,494,474 | 1,961 | 1,496,435 |
| PA | 183 | 6,456 | 1,908 | 425 | 167,238 | 486,904 | 12,164 | 650,767 | 662,931 |
| PR | 4 | 4 | 0 | 0 | 3,777 | 47 | 3,780 | 48 | 3,828 |
| RI | 14 | 10 | 1 | 0 | 3 | 5,086 | 10 | 5,091 | 5,101 |
| SC | 80 | 517 | 212 | 0 | 43,446 | 947 | 35,803 | 9,319 | 45,123 |
| SD | 14 | 100 | 0 | 0 | 0 | 25 | 100 | 25 | 126 |
| TN | 109 | 756 | 222 | 1 | 33,156 | 8,866 | 21,918 | 21,083 | 43,001 |
| TX | 325 | 1,223 | 1,027 | 2,833 | 468,642 | 45,651 | 468,737 | 50,638 | 519,376 |
| UT | 49 | 835 | 24 | 0 | 95,346 | 80 | 89,493 | 6,793 | 96,286 |
| VA | 93 | 1,176 | 574 | 17 | 184,110 | 26,197 | 83,245 | 128,828 | 212,074 |
| VI | 3 | 2 | 0 | 0 | 31 | 0 | 24 | 8 | 32 |
| VT | 11 | 1 | 6 | 0 | 16,304 | 397 | 16,289 | 419 | 16,708 |
| WA | 54 | 115 | 184 | 0 | 382,285 | 212,687 | 371,196 | 224,075 | 595,272 |
| WI | 163 | 1,921 | 638 | 0 | 35,520 | 13,924 | 5,242 | 46,762 | 52,004 |
| WV | 30 | 410 | 190 | 52 | 144,313 | 38 | 144,201 | 803 | 145,004 |
| WY | 10 | 416 | 1 | 0 | 47,579 | 1 | 47,733 | 263 | 47,996 |
| Total | 4,064 | 57,240 | 27,764 | 4,901 | 10,393,047 | 1,649,785 | 9,363,048 | 2,769,688 | 12,132,737 |

Reported amounts released in pounds per year[b]

[a]The TRI data should be used with caution since only certain types of facilities are required to report. This is not an exhaustive list. Data are rounded to nearest whole number.
[b]Data in TRI are maximum amounts released by each facility.
[c]Post office state abbreviations are used.
[d]Number of reporting facilities.
[e]The sum of fugitive and point source releases are included in releases to air by a given facility.
[f]Surface water discharges, waste water treatment-(metals only), and publicly owned treatment works (POTWs) (metal and metal compounds).
[g]Class I wells, Class II-V wells, and underground injection.
[h]Resource Conservation and Recovery Act (RCRA) subtitle C landfills; other onsite landfills, land treatment, surface impoundments, other land disposal, other landfills.
[i]Storage only, solidification/stabilization (metals only), other off-site management, transfers to waste broker for disposal, unknown
[j]The sum of all releases of the chemical to air, land, water, and underground injection wells.
[k]Total amount of chemical transferred off0site, including to POTWs.

RF = reporting facilities; UI = underground injection

Source: TRI18 2020 (Data are from 2018)

**Table 5-7. Releases to the Environment from Facilities that Produce, Process, or Use Lead Compounds[a]**

| | | | | | | | | Total release | |
| State[c] | RF[d] | Air[e] | Water[f] | UI[g] | Land[h] | Other[i] | On-site[j] | Off-site[k] | On- and off-site |
|---|---|---|---|---|---|---|---|---|---|
| AK | 15 | 19,345 | 139 | 0 | 499,679,935 | 1,006 | 499,696,960 | 3,465 | 499,700,425 |
| AL | 130 | 6,801 | 4,859 | 0 | 1,254,651 | 4,503 | 1,167,133 | 103,682 | 1,270,814 |
| AR | 67 | 5,268 | 1,098 | 0 | 481,839 | 53,191 | 239,131 | 302,264 | 541,396 |
| AZ | 64 | 64,290 | 103 | 0 | 27,547,626 | 7,110 | 27,600,302 | 18,827 | 27,619,128 |
| CA | 305 | 5,816 | 435 | 0 | 2,656,973 | 27,145 | 1,127,596 | 1,562,773 | 2,690,369 |
| CO | 76 | 2,931 | 244 | 1 | 10,195,005 | 239 | 10,180,490 | 17,930 | 10,198,420 |
| CT | 39 | 445 | 565 | 0 | 32,116 | 14,510 | 708 | 46,929 | 47,637 |
| DC | 1 | 0 | 0 | 0 | 24 | 0 | 24 | 0 | 24 |
| DE | 5 | 127 | 17 | 0 | 489 | 1,070 | 599 | 1,103 | 1,703 |
| FL | 150 | 5,429 | 1,691 | 1 | 972,024 | 2,470 | 946,498 | 35,116 | 981,615 |
| GA | 107 | 6,011 | 4,228 | 0 | 573,267 | 242 | 361,887 | 221,860 | 583,747 |
| GU | 3 | 30 | 0 | 0 | 1,510 | 0 | 1,540 | 0 | 1,540 |
| HI | 14 | 2,406 | 35 | 18 | 57,605 | 4 | 57,568 | 2,501 | 60,068 |
| IA | 66 | 3,101 | 568 | 4 | 98,007 | 47,899 | 35,369 | 114,209 | 149,578 |
| ID | 31 | 1,337 | 105 | 0 | 587,617 | 1,071 | 588,601 | 1,529 | 590,130 |
| IL | 163 | 10,458 | 3,316 | 158 | 1,044,749 | 382,696 | 219,957 | 1,221,420 | 1,441,377 |
| IN | 147 | 26,832 | 60,668 | 86 | 3,554,799 | 1,702,496 | 1,345,912 | 3,998,968 | 5,344,880 |
| KS | 40 | 2,171 | 126 | 35 | 33,471 | 7,290 | 31,594 | 11,499 | 43,092 |
| KY | 64 | 15,233 | 719 | 272 | 758,794 | 116,393 | 739,954 | 151,456 | 891,411 |
| LA | 82 | 8,193 | 8,065 | 303 | 694,825 | 3,582 | 504,890 | 210,078 | 714,968 |
| MA | 53 | 888 | 357 | 0 | 20,874 | 2,919 | 2,655 | 22,382 | 25,037 |
| MD | 35 | 209 | 203 | 0 | 4,611 | 55,261 | 1,443 | 58,842 | 60,285 |
| ME | 18 | 750 | 510 | 0 | 23,485 | 8,099 | 4,729 | 28,116 | 32,844 |
| MI | 100 | 4,220 | 979 | 13 | 2,091,026 | 18,914 | 1,514,558 | 600,594 | 2,115,152 |
| MN | 50 | 2,961 | 291 | 0 | 980,965 | 2,228 | 97,635 | 888,810 | 986,445 |
| MO | 73 | 12,990 | 1,919 | 206 | 18,739,390 | 243,396 | 18,118,610 | 879,290 | 18,997,900 |
| MP | 1 | 2 | 0 | 0 | 1 | 0 | 3 | 0 | 3 |
| MS | 50 | 2,260 | 1,770 | 197,869 | 261,610 | 3,066 | 235,034 | 231,540 | 466,575 |
| MT | 20 | 3,438 | 20 | 4,503 | 6,091,825 | 581 | 6,092,803 | 7,565 | 6,100,367 |
| NC | 145 | 10,843 | 973 | 0 | 728,520 | 35,993 | 551,282 | 225,047 | 776,329 |
| ND | 19 | 4,103 | 19 | 0 | 90,847 | 5,984 | 76,746 | 24,207 | 100,953 |
| NE | 24 | 1,473 | 125 | 0 | 50,473 | 529 | 46,977 | 5,623 | 52,600 |
| NH | 14 | 20 | 23 | 0 | 1,509 | 6,243 | 94 | 7,702 | 7,796 |
| NJ | 54 | 871 | 12,266 | 0 | 410,073 | 234,474 | 62,349 | 595,336 | 657,685 |
| NM | 17 | 902 | 283 | 1 | 2,978,296 | 31,276 | 2,893,375 | 117,383 | 3,010,758 |
| NV | 49 | 9,161 | 1 | 0 | 49,276,056 | 40 | 49,282,572 | 2,685 | 49,285,258 |
| NY | 82 | 2,294 | 1,167 | 0 | 209,644 | 26,579 | 132,597 | 107,087 | 239,684 |

## Table 5-7. Releases to the Environment from Facilities that Produce, Process, or Use Lead Compounds[a]

| State[c] | RF[d] | Air[e] | Water[f] | UI[g] | Land[h] | Other[i] | On-site[j] | Off-site[k] | On- and off-site |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total release | | |
| OH | 175 | 9,346 | 17,583 | 5,952 | 1,483,307 | 263,386 | 1,093,350 | 686,224 | 1,779,574 |
| OK | 80 | 11,075 | 378 | 58 | 307,485 | 945 | 307,785 | 12,157 | 319,941 |
| OR | 55 | 1,591 | 2,127 | 0 | 5,176 | 1,827 | 6,272 | 4,449 | 10,721 |
| PA | 195 | 13,623 | 15,874 | 0 | 3,488,454 | 229,953 | 3,176,873 | 571,031 | 3,747,904 |
| PR | 11 | 759 | 13 | 0 | 236 | 1,300 | 772 | 1,536 | 2,308 |
| RI | 19 | 23 | 15 | 0 | 1,018 | 124 | 24 | 1,155 | 1,179 |
| SC | 100 | 4,198 | 1,783 | 0 | 459,973 | 38,536 | 101,830 | 402,660 | 504,490 |
| SD | 11 | 149 | 0 | 0 | 1,757,845 | 9 | 1,757,955 | 48 | 1,758,003 |
| TN | 89 | 4,151 | 2,653 | 184 | 3,375,608 | 11,693 | 2,953,656 | 440,633 | 3,394,289 |
| TX | 323 | 14,625 | 2,732 | 2,309 | 1,365,901 | 3,582 | 1,170,161 | 218,988 | 1,389,149 |
| UT | 40 | 17,378 | 657 | 0 | 185,430,965 | 41,774 | 185,290,906 | 199,868 | 185,490,774 |
| VA | 82 | 10,922 | 8,300 | 0 | 201,670 | 12,410 | 206,084 | 27,217 | 233,301 |
| VI | 2 | 13 | 0 | 0 | 0 | 0 | 13 | 0 | 13 |
| VT | 5 | 10 | 0 | 0 | 117 | 0 | 10 | 117 | 127 |
| WA | 76 | 4,205 | 843 | 0 | 2,976,519 | 10,118 | 2,925,078 | 66,607 | 2,991,685 |
| WI | 98 | 3,448 | 1,598 | 0 | 279,692 | 27,606 | 74,486 | 237,858 | 312,344 |
| WV | 44 | 3,235 | 920 | 0 | 362,089 | 1,142 | 240,520 | 126,866 | 367,385 |
| WY | 16 | 783 | 2 | 0 | 79,050 | 284 | 67,659 | 12,461 | 80,119 |
| Total | 3,789 | 343,142 | 163,361 | 211,975 | 833,759,635 | 3,693,189 | 823,333,608 | 14,837,694 | 838,171,302 |

Column header note: "Reported amounts released in pounds per year[b]"; "Total release" spans On-site[j], Off-site[k], and On- and off-site columns.

[a]The TRI data should be used with caution since only certain types of facilities are required to report. This is not an exhaustive list. Data are rounded to nearest whole number.
[b]Data in TRI are maximum amounts released by each facility.
[c]Post office state abbreviations are used.
[d]Number of reporting facilities.
[e]The sum of fugitive and point source releases are included in releases to air by a given facility.
[f]Surface water discharges, waste water treatment (metals only), and publicly owned treatment works (POTWs) (metal and metal compounds).
[g]Class I wells, Class II–V wells, and underground injection.
[h]Resource Conservation and Recovery Act (RCRA) subtitle C landfills; other onsite landfills, land treatment, surface impoundments, other land disposal, other landfills.
[i]Storage only, solidification/stabilization (metals only), other offsite management, transfers to waste broker for disposal, unknown
[j]The sum of all releases of the chemical to air, land, water, and underground injection wells.
[k]Total amount of chemical transferred offsite, including to POTWs.

RF = reporting facilities; UI = underground injection

Source: TRI18 2020 (Data are from 2018)

The decrease in national Pb emissions between 1970 to 2011 is estimated to be 99.6% (220,000 tons), which is mostly attributed to the elimination of leaded gasoline for on-road vehicles. Since 2000, nonroad engines and metals industrial processing have accounted for most of the anthropogenic Pb emissions in the United States (EPA 2015). Based on data from the National Emissions Inventory (NEI 2014), the following sectors contribute the largest portions of total Pb emissions in the United States: mobile-aircraft (63%), industrial processes–not elsewhere classified (6.8%), industrial processes–ferrous metals (6.8%), fuel combustion–electric generation–coal (5.5%), and industrial processes–non-ferrous metals (4.1%) (EPA 2016c). Historical trends of Pb emissions in the United States are provided in Table 5-8 (EPA 2015).

### Table 5-8. Historic Levels of Lead Emissions to the Atmosphere in the United States (in Thousand Metric Tons)

|  | 1970 | 1975 | 1980 | 1985 | 1990 | 1995 | 1999 | 2002 | 2005 | 2008 | 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| On-road vehicles | 172 | 130.2 | 60.5 | 18.1 | 2.17 | 2.05 | 1 | 0 | 0 | 0 | 0 |
| Metals industrial processing | 24.22 | 9.923 | 3.03 | 2.1 | 0.5 | 0.49 | 0.96 | 0.4 | 0.3 | 0.16 | 0.14 |
| Fuel combustion | 10.62 | 10.35 | 4.3 | 0.52 | 0.42 | 0.02 | 0 | 0.39 | 0.14 | 0.12 | 0.09 |
| Nonroad engines | 9.737 | 6.13 | 4.2 | 0.92 | 0.78 | 0.54 | 0.55 | 0.45 | 0.66 | 0.56 | 0.49 |
| Other sources | 4.331 | 3.053 | 2.12 | 1.31 | 1.11 | 0.83 | 0.84 | 0.43 | 0.25 | 0.11 | 0.1 |

Source: EPA 2015

According to the data from the NEI, the largest portions of total Pb emissions are in the U.S. mobile-aircraft sector. Murphy et al. (2008) studied weekly patterns of metals and other aerosol components using data collected from 2000 to 2006 at Interagency Monitoring of Protected Visual Environments (IMPROVE) sites, and these data suggested that Pb concentrations were impacted by piston aircraft emissions.

As indicated in Table 5-6, by the early 2000s, transportation (i.e., automotive) emissions were no longer the dominant source of Pb emitted to the atmosphere. When such emissions were prevalent, >90% (mass basis) of automotive Pb emissions from leaded gasoline were in the form of inorganic particulate matter (e.g., Pb bromochloride [PbBrCl]) and <10% (mass basis) were in the form of organolead vapors (e.g., Pb alkyls). In 1984, the average Pb content of gasoline was 0.44 g Pb/gallon (EPA 1986b); however, as of January 1986, the allowable Pb content of leaded gasoline dropped to 0.1 g Pb/gallon (EPA 1985d). Between January and June of 1990, the actual average Pb concentration in leaded gasoline was 0.085 g Pb/gallon, indicating consumption of approximately 230,000 kg of Pb for the production of 2.74 billion

gallons of leaded gasoline. In the early 1980s, EPA allowed up to 0.05 g of Pb in a gallon of unleaded gasoline (EPA 1982b).

According to data from TRI, on-site air releases of Pb and Pb compounds varied over the same period from 431,311 pounds in 2014 to 1,037,265 pounds in 2006, with an overall decrease of 40%. In 2018, 91,028 pounds of Pb and Pb compounds were released to air. The electric utility and primary metals industry sectors contributed to this overall decrease; both sectors have decreased air Pb and Pb compounds releases by approximately 70% from 2005 to 2015. The primary metal sector, which includes iron and steel manufacturers and smelting operations, contributes the greatest quantity of Pb and Pb compounds to air releases (EPA 2017a, 2017b).

While Pb levels in paints for interior use have been restricted since the 1950s, older houses and furniture may still be covered with leaded paint. Releases from Pb-based paints are frequently confined to the area in the immediate vicinity of painted surfaces, and deterioration or removal of the paint by sanding or sandblasting can result in high localized concentrations of Pb dust in both indoor and outdoor air.

The largest volume of organolead vapors released to the atmosphere results from industrial processes; prior to its phaseout and ban, leaded gasoline containing tetraethyl Pb as an anti-knock additive was also a major contributor. Tetraalkyl Pb vapors are photoreactive, and their presence in local atmospheres is transitory. Halogenated Pb compounds are formed during combustion by reaction of the tetraalkyl Pb compounds with halogenated Pb scavenger compounds. These halogenated Pb compounds ultimately give rise to Pb oxides and carbonates in the environment (EPA 1985b). Tetraalkyl Pb compounds once contributed 5–10% of the total particulate Pb present in the atmosphere. Organolead vapors were most likely to occur in occupational settings (e.g., gasoline transport and handling operations, gas stations, and parking garages) and high-traffic areas (Nielsen 1984).

## 5.3.2   Water

According to the TRI, in 2018, a total of 27,764 pounds of Pb were released to water from 4,064 reporting facilities (TRI18 2020). In addition, a total of 163,361 pounds of Pb compounds were released to water from 3,789 reporting facilities (TRI18 2020). Tables 5-6 and 5-7 list amounts of Pb and Pb compounds released from these facilities grouped by state, respectively.

The following industry sectors accounted for the majority of release of Pb to surface water in 2018: chemicals (14%); paper (12%); primary metals (10%); transportation equipment (5%); and fabricated metals (2%). The following industry sectors accounted for the majority of release of Pb compounds to surface water in 2018: paper (20%); electric utilities (8%); primary metals (8%); metal mining (3%) (TRI18 2020). The trends in discharges of Pb and Pb compounds to surface water from 2001 to 2018 are presented in Table 5-9.

**Table 5-9. U.S. Surface Water Discharges of Lead and Lead Compounds (Pounds/Year)**

| Year | Lead | Lead compounds |
|------|------|----------------|
| 2001 | 45,871 | 97,479 |
| 2002 | 20,694 | 92,366 |
| 2003 | 21,314 | 109,299 |
| 2004 | 14,564 | 107,386 |
| 2005 | 15,883 | 100,778 |
| 2006 | 22,985 | 86,772 |
| 2007 | 16,745 | 82,815 |
| 2008 | 11,404 | 153,681 |
| 2009 | 9,886 | 73,683 |
| 2010 | 7,263 | 72,556 |
| 2011 | 7,086 | 77,568 |
| 2012 | 7,307 | 60,656 |
| 2013 | 6,327 | 76,053 |
| 2014 | 8,836 | 79,344 |
| 2015 | 5,264 | 70,981 |
| 2016 | 9,507 | 119,566 |
| 2017 | 11,901 | 100,552 |
| 2018 | 9,943 | 105,473 |

Source: EPA 2017c; TRI18 2020

Data reported by Environment and Climate Change Canada (2016) show that other industries, which include the iron and steel industry, oil and gas industry, and cement and concrete industry, contributed 136.9 tonnes of the total Pb released to water in 2014. This release includes 134.1 tonnes of Pb that were released when a dam securing a tailings pond from the Mount Polley mine in central British Columbia breached on August 4, 2014, spilling mining waste into Polley Lake and surrounding waters. Waste, pulp, paper, and paperboard industry, and non-ferrous smelting and refining were the next largest contributors (Table 5-10). In 2013, Pb releases to water were similar for other industries and waste.

### Table 5-10. Canada Surface Water Discharges of Lead and Lead Compounds (Tonnes)

| Year | Other industries | Waste | Pulp, paper, and paperboard industry | Non-ferrous smelting and refining | Other sources |
|------|------------------|-------|--------------------------------------|-----------------------------------|---------------|
| 2003 | 4.38 | 15.49 | 2.55 | 1.74 | 0.18 |
| 2004 | 3.97 | 11.53 | 2.84 | 2.26 | 0.26 |
| 2005 | 6.11 | 9.47 | 3.29 | 1.82 | 0.58 |
| 2006 | 5 | 9.9 | 2.35 | 1.65 | 0.24 |
| 2007 | 3.63 | 6.42 | 2.37 | 1.64 | 0.19 |
| 2008 | 4.76 | 11.58 | 2.42 | 2.04 | 0.16 |
| 2009 | 3.39 | 8.49 | 2.25 | 2.13 | 0.19 |
| 2010 | 3.21 | 11.97 | 2.12 | 1.45 | 0.14 |
| 2011 | 3.65 | 8.97 | 2.91 | 1.5 | 0.16 |
| 2012 | 4.66 | 4.69 | 2.8 | 1.75 | 0.12 |
| 2013 | 4.17 | 4.66 | 2.42 | 1.48 | 0.13 |
| 2014 | 136.92 | 5.11 | 1.85 | 1.77 | 0.13 |

Source: Environment and Climate Change Canada (2016)

Urban runoff and atmospheric deposition are significant indirect sources of Pb found in the aquatic environment. Pb reaching surface waters is sorbed to suspended solids and sediments (EPA 1982a; EPA 2006, 2014c).

Pb is released into surface water from Pb shot and Pb sinkers. A study of a shooting range in Southwestern Virginia found that the dissolved Pb content of surface water ranged up to 473 ppb, with the highest concentrations closest to the backstop (Craig et al. 1999). Upstream from the site, the Pb concentration was 0.5 ppb. In 1991, the U.S. Fish and Wildlife Service banned the use of Pb shot when hunting waterfowl, such as geese or ducks, in order to avoid releasing Pb directly to surface water.

### 5.3.3   Soil

According to the TRI, in 2018, a total of 10,393,047 pounds of Pb were released to the land, both on-site and off-site, by 4,064 reporting facilities (TRI18 2020). Table 5-6 lists amounts of Pb released from these facilities grouped by state. In addition, a total of 833,759,635 pounds of Pb compounds were released to land, both on-site and off-site, by 3,789 reporting facilities (TRI18 2020). Table 5-7 lists amounts of Pb compounds released from these facilities grouped by state. In addition, 27,764 and 211,975 pounds of Pb and Pb compounds, respectively, were injected underground.

Pb-containing material from home and commercial use may be sent to municipal landfills. It is important to note that land is the ultimate repository for Pb, and Pb released to air and water ultimately is deposited in soil or sediment. For example, Pb released to the air from leaded gasoline or in stack gas from smelters and power plants will settle on soil, sediment, foliage, or other surfaces. The heaviest contamination occurs near the highway, in the case of leaded gasoline, or near the facility, in the case of a power plant or smelter. Road dust contributes to Pb in soil. Pb concentrations were higher in surface soils within 1,000 m of roadways (134 kg/ha) as compared to outside the 1,000-m region (38.7 kg/ha) (Yesilonis et al. 2008). Wheel weights can contribute to releases of Pb along roadways. Aucott and Caldarelli (2012) estimated that approximately 12 tons of Pb as wheel weights are deposited on New Jersey roadways; however, they estimated that only a small amount enters the environment as small particulate from grinding. Root (2000) also estimated a rate of Pb deposition in Albuquerque, New Mexico as 50–70 kg/km/year. However, use of Pb wheel weights are on the decline due to legislation, voluntary phase-out, and new wheel technology (Aucott and Caldarelli 2012).

### 5.3.4  Paint

Although the sale of residential Pb-based paint was banned in the United States in 1978, flaking paint, paint chips, and weathered powdered paint, which are most commonly associated with deteriorated housing stock in urban areas, remain major sources of Pb exposure for young children residing in these houses, particularly for children afflicted with pica (the compulsive, habitual consumption of nonfood items) (Bornschein et al. 1986; EPA 1986b). Pb concentrations of 1–5 mg/cm$^2$ have been found in chips of Pb-based paint (Billick and Gray 1978), suggesting that consumption of a single chip of paint would provide greater short-term exposure than any other source of Pb (EPA 1986b). An estimated 40–50% of occupied housing in the United States may contain Pb-based paint on exposed surfaces (Chisolm 1986).

In the late 1980s, the U.S. Department of Housing and Urban Development (HUD) conducted a national survey of Pb-based paint in housing. The EPA subsequently sponsored a comprehensive technical report on the HUD-sponsored survey to provide estimates of the extent of Pb-based paint in housing. In the EPA report, a home is considered to have Pb-based paint if the measured Pb concentration on any painted surface is ≥1.0 mg/cm$^2$. The EPA report estimates that 64 million (±7 million) homes, or 83% (±9%) of privately-owned housing units built before 1980, have Pb-based paint somewhere in the building. Approximately 12 million (±5 million) of these homes are occupied by families with children under the age of 7 years. Approximately 49 million (±7 million) privately owned homes have Pb-based paint in

their interiors. By contrast, approximately 86% (±8%) of all pre-1980 public housing family units have Pb-based paint somewhere in the building (EPA 1995b).

Damaged Pb-based paint is associated with excessive dust Pb levels. Approximately 14 million homes (19% of pre-1980 housing) have >5 square feet of damaged Pb-based paint, and nearly half (47%) of those homes have excessive dust Pb levels (EPA 1995b).

In the Cincinnati prospective Pb study of public and private low- and moderate-income housing, the Pb concentration ranges were: painted interior walls, 0.1–35 mg/cm$^2$; interior home surface dust, 0.04–39 mg/m$^2$ and 72–16,200 µg/g; interior home dustfall, 0.0040–60 mg/m$^2$/30 days; exterior dust scrapings, 20–108,000 µg/g; and dust on children's hands, 1–191 µg. The Pb levels in older private deteriorating or dilapidated housing were higher than the levels in newer public and rehabilitated housing (Clark et al. 1985).

Releases from Pb-based paints are frequently confined to the area in the immediate vicinity of painted surfaces, and deterioration or removal of the paint can result in high localized concentrations of Pb in dust in air (from sanding and sandblasting) and on exposed surfaces. A study was conducted in New Orleans where power sanding is a common practice during repainting old houses; median, 90th percentile, and maximum Pb concentrations in 31 study houses were 35, 126, and 257 mg/g, respectively (Mielke et al. 2001). Pb concentrations in dust and soil samples from one study of a house where the paint chips contained about 90 mg Pb/g were very high. If the house had been sanded down to bare wood, 7.4 kg of Pb would have been released to the environment. Disturbance of older structures containing Pb-based paints is now a significant contributor to total Pb releases.

The authors of a report of findings from NHANES III, conducted in 1988–1991, commented that of the multiple sources of exposure, Pb-based paint is the principal high-dose source of Pb. Exposure occurs not only through the direct ingestion of flaking and chalking paint, but also through the inhalation of dust and soil contaminated with paint (Brody et al. 1994). According to a study by the New York State Department of Health, renovation and remodeling activities that disturb Pb-based paints in homes can produce significant amounts of Pb dust, which can be inhaled or ingested (CDC 1997a).

## 5.4   ENVIRONMENTAL FATE

The atmosphere is the main environmental transport media for Pb that is deposited onto surface water and soils (EPA 2006, 2014c). Upon release to the atmosphere, Pb particles are dispersed and ultimately removed from the atmosphere by wet or dry deposition. Pb deposition is typically greatest closer to Pb emission sources. An important factor in determining the atmospheric transport of Pb is particle size distribution. Large particles settle out of the atmosphere more rapidly and are deposited relatively close to emission sources and smaller particles may be transported much farther distances. After deposition, particles may be resuspended and redeposited. The cycling of Pb in aquatic environments is governed by chemical, biological, and mechanical processes. The exchange between sediment and surface water will be affected by pH, ionic strength, formation of organic complexes with Pb ions, and oxidation-reduction potential of the environment (EPA 2006, 2014c).

### 5.4.1   Transport and Partitioning

Transport and partitioning of Pb in the environment is an interplay of various processes (EPA 2014c). Global atmospheric deposition of Pb peaked in the 1970s and has declined since then; however, these deposits are still in the environment and can be transported and partitioned between environmental compartments. Past and current releases of Pb to the air result in the deposition of Pb on land and in surface water. While soil is a repository for Pb, it is not a passive repository, and resuspension of Pb contaminated soil-derived dust particulates can contribute to Pb exposure (Laidlaw and Filippelli 2008; Laidlaw et al. 2012). Pb in soil can be washed off surfaces into waters, and within water, it can partition between water and sediments (EPA 2006, 2014c).

**Air.**   EPA (2006) summarized that the major pathway for the transport of Pb in the environment is the atmosphere and that airborne Pb tends to be in the form of submicron aerosols, which can travel large distances. After release to the atmosphere, Pb particles are dispersed and ultimately removed from the atmosphere by wet or dry deposition. Dry deposition was the major removal process for Pb in coarse particulate matter and wet deposition was the most important removal process for fine particulate matter. Soil-bound Pb and contaminated road dust can be resuspended and can be a significant source of airborne Pb in areas near major sources of Pb emissions (EPA 2006, 2014c).

In the atmosphere, non-organic compounds of Pb exist primarily in the particulate form. The median particle distribution for Pb emissions from smelters is 1.5 μm, with 86% of the particle sizes under 10 μm

(Corrin and Natusch 1977).  The smallest Pb-containing particulate matter (<1 μm) is associated with high-temperature combustion processes.  Upon release to the atmosphere, Pb particles are dispersed and ultimately removed from the atmosphere by wet or dry deposition.  Approximately 40–70% of the deposition of Pb is by wet fallout; 20–60% of particulate Pb once emitted from automobiles is deposited near the source.  An important factor in determining the atmospheric transport of Pb is particle size distribution.  Large particles, particularly those with aerodynamic diameters of >2 μm, settle out of the atmosphere more rapidly and are deposited relatively close to emission sources (e.g., 25 m from the roadway for those size particles emitted in motor vehicle exhaust in the past); smaller particles may be transported thousands of kilometers away from the emission source.

The amount of Pb scavenged from the atmosphere by wet deposition varies widely; wet deposition can account for 40–70% of Pb deposition depending on such factors as geographic location and amount of emissions in the area (Nielsen 1984).  An annual scavenging ratio (concentration in precipitation, mg/L, to concentration in air, μg/m³) of $0.18 \times 10^{-6}$ has been calculated for Pb, making it the lowest value among seven trace metals studied (iron, aluminum, manganese, copper, zinc, cadmium); this indicates that Pb (which initially exists as fine particles in the atmosphere) is removed from the atmosphere by wet deposition relatively inefficiently.

While Pb particles from automobile emissions are quite relatively small (<0.1 μm in diameter), they may coagulate to form larger particulates (Chamberlain et al. 1979).  Pb has been found in sediment cores of lakes in Ontario and Quebec, Canada far from any point sources of Pb releases, suggesting that long-range atmospheric transport was occurring (Evans and Rigler 1985).  Sabin and Schiff (2008) reported that median dry deposition fluxes along a coastal transect in southern California ranged from 0.52 to 14 μg/m²-day in 2006.  Pb fluxes ranged from 20 to 330 μg/m²-day in 1975.  Osterberg et al. (2008) reported elevated concentrations of Pb in a 1970–1998 ice core from the summit of Mt. Logan, Canada, and indicated that elevated levels correspond to increased industrial activity in Asia over the same time period.  Mean Pb concentrations in the 1970–1998 portion were 68.9 ng/L, more than 10-fold above the natural background (5.6 ng/L).

Pb in soil in urban areas of older cities may be a source of airborne Pb (Laidlaw and Filippelli 2008).  Studies of the Pb species found in airborne particulate matter collected in El Paso, Texas found that Pb-humate was the dominant form of Pb in air samples.  Pb-humate, a stable, sorbed complex formed in the humus fraction of Pb contaminated soil, is the major Pb species in soils in El Paso (Pingitore et al. 2009).  In a review, Cho et al. (2011) noted that, over the past 40 years, lead-bound air particulates have shifted to

larger air particulate sizes as concentrations of Pb in urban areas have decreased. They note that this shift has occurred as the use of leaded gasoline was phased-out and that industrial emissions and resuspension of road dust became more important sources of Pb. In addition to soil-derived dust, re-entrainment of dusts near highways and deteriorating Pb-based paint from elevated steel structures can contribute to airborne Pb (Sabin et al. 2006; Weiss et al. 2006). Studies suggest that there is long-range transport of Pb bound to particulate matter from industrial emissions. Dust samples from surface glaciers and in dust traps in remote areas on the west coast of New Zealand's South Island were identified as being both Australian and New Zealand in origin. Samples were enriched in metals, including Pb, and the degree of metal enrichment indicted that they were transported from eastern Australia (Marx et al. 2008).

**Water.**    The amount of soluble Pb in surface waters depends upon the pH and the ionic strength of the water. Equilibrium calculations show that at pH >5.4, the total solubility of Pb is approximately 30 µg/L in hard water and approximately 500 µg/L in soft water. Sulfate ions, if present in soft water, limit the Pb concentration in solution through the formation of Pb sulfate. Above pH 5.4, the Pb carbonates, $PbCO_3$ and $Pb_2(OH)_2CO_3$, limit the amount of soluble Pb. The carbonate concentration is in turn dependent upon the partial pressure of carbon dioxide, pH, and temperature (EPA 1986b).

A significant fraction of Pb carried by river water is expected to be in an undissolved form, which can consist of colloidal particles or larger undissolved particles of Pb carbonate, Pb oxide, Pb hydroxide, or other Pb compounds incorporated in other components of surface particulate matter from runoff. Pb may occur either as sorbed ions or surface coatings on sediment mineral particles, or it may be carried as a part of suspended living or nonliving organic matter in water.

**Sediment and Soil.**    EPA (2006, 2014c) reviewed and summarized the factors affecting the behavior of Pb in soil. While Pb is relatively immobile in soil and has a long retention time in most soils, it has some capacity to leach through the soil column and potentially contaminate groundwater. Pb sorbs strongly to soil components and is only weakly soluble in pore water, making the leaching of Pb in soil a slower process as compared to other contaminants. Various soil conditions and characteristics affect the sorbing capacity of the soil and the solubility of contaminants including hydraulic conductivity of the soils, composition of the soil solution, organic matter, clay mineral content of the soil, pH, and microbial activity (EPA 2006). In soil, Pb can be partitioned between the soil water, precipitate forms, secondary iron and manganese oxides, carbonates, organic matter, sulfides, or the surfaces of clay, humus, or silicate particles. Pb adsorbed to the surfaces of colloid soil particles (e.g., organic matter, clay, oxides, and carbonates) are the most labile fraction. High chloride content in soil also enhances Pb solubility. At low

pH, metal species bound to carbonates, hydroxides, and other soil components are more likely to dissolve into solution, increasing rates of Pb migration through the soil. EPA (2014c) reported that soil pH is the most important factor affecting solubility, mobility, and phytoavailability of Pb in soil; however, reducing conditions (e.g., anoxia) in soil also increase Pb mobility. In addition, dissolved organic matter is more important than iron oxyhydroxides in Pb mobility in soil.

The fate of Pb in soil is affected by the adsorption at mineral interfaces, precipitation of sparingly soluble solid forms of the compound, and formation of relatively stable organic-metal complexes or chelates with soil organic matter. These processes are dependent on such factors as soil pH, soil type, particle size, organic matter content of soil, presence of inorganic colloids and iron oxides, cation exchange capacity (CEC), and amount of Pb in soil (Getz et al. 1977; Reddy et al. 1995). Soil samples were extracted from the Powder River Basin in Wyoming to determine the relative distribution and speciation of Pb and other metals in acidic environments (Reddy et al. 1995). At near neutral pH, organic carbon-Pb complexes were the predominant species in the soil water extracts. At low pH, dissolved Pb in ionic form ($Pb^{2+}$) and ion pairs (e.g., $PbSO_4$) were the predominant species. It was concluded that the mobility of Pb will increase in environments having low pH due to the enhanced solubility of Pb under acidic conditions. The accumulation of Pb in most soils is primarily a function of the rate of deposition from the atmosphere. Most Pb is retained strongly in soil, and very little is transported through runoff to surface water or leached to groundwater except under acidic conditions (EPA 1986b; Getz et al. 1977). Clays, silts, iron and manganese oxides, and soil organic matter can bind metals electrostatically (cation exchange) as well as chemically (specific adsorption) (Reed et al. 1995). Although sorption to organic matter in soil limits the rate and extent of leaching, Pb may enter surface waters as a result of erosion of Pb-containing soil particulates. Pb bromochloride, the primary form of Pb emitted from motor vehicles, which once burned leaded gasoline in the presence of organohalogen scavenger compounds, is converted to the less-soluble Pb sulfate either by reactions in the atmosphere or by reactions at the soil surface, thus limiting its mobility in soil. It has been determined that Pb oxides, carbonates, oxycarbonates, sulfates, and oxysulfates become the most prominent constituents of aged automobile exhaust particles (i.e., those collected at locations more remote from traffic sources) (Ter Haar and Bayard 1971). Pb may also be immobilized by ion exchange with hydrous oxides or clays or by chelation with humic or fulvic acids in the soil (Olson and Skogerboe 1975). In soils with pH ≥5 and with at least 5% organic matter content, atmospheric Pb is retained in the upper 2–5 cm of undisturbed soil. Inorganic Pb may be bound into crystalline matrices of rocks and remain essentially immobile; it can also occur in water entrapped in soil macro- and micropores (Reed et al. 1995). In soil with high organic matter content and a pH of 6–8, Pb may form insoluble organic Pb complexes; if the soil has less organic matter at the same pH, hydrous Pb

oxide complexes may form or Pb may precipitate out with carbonate or phosphate ions. At a pH of 4–6, the organic Pb complexes become soluble and leach out or may be taken up by plants (EPA 1986b). Entrainment or suspension of soil particles in moving air is another route of Pb transport (EPA 1982c). This process may be important in contributing to the atmospheric burden of Pb around some Pb smelting facilities and NPL sites that contain elevated levels of Pb in soil.

The downward movement of elemental Pb and inorganic Pb compounds from soil to groundwater by leaching is very slow under most natural conditions except for highly acidic situations (Getz et al. 1977). The conditions that induce leaching are the presence of Pb in soil at concentrations that either approach or exceed the CEC of the soil, the presence of materials in soil that are capable of forming soluble chelates with Pb, and a decrease in the pH of the leaching solution (e.g., acid rain) (Getz et al. 1977). Favorable conditions for leaching may be present in some soils near Pb smelting and NPL sites. Tetraalkyl Pb compounds, such as tetraethyl Pb, are insoluble in water and would not be expected to leach in soil. However, they can be transported through a soil column when it is present in a migrating plume of gasoline (USAF 1995). In aqueous media, tetraalkyl Pb compounds are first degraded to their respective ionic trialkyl Pb species and are eventually mineralized to inorganic Pb ($Pb^{2+}$) by biological and chemical degradation processes (Ou et al. 1995).

In a study of Pb migration in forest soils in Vermont, Miller and Friedland (1994) used Pb deposition time series and measurements of organic soil horizon Pb content made in 1966, 1980, and 1990 to compute dynamic response times for Pb storage in several types of soil. The authors concluded that maximum Pb concentrations in organic soil occurred around 1980, with concentrations of about 85 μg/g in soils of the northern hardwood forests of the study area and about 200 μg/g in soils of the spruce-fir forests. The large surge of atmospheric Pb deposited in these forests during the time when leaded gasoline was routinely used in motor vehicles is being redistributed in the soil profile rather than being retained in the organic horizon. Based on an analysis of Pb transit times through mineral soil horizons, the pulse of Pb may begin to be released to upland streams sometime in the middle of the next century (Miller and Friedland 1994). However, Wang et al. (1995) observed that Pb migration in forest soils is slowed considerably due to a decrease in solubility when Pb moves from the soil surface horizon to streams. Their results suggest that Pb is effectively trapped in the subsurface soil horizons, which may greatly reduce its release to streams.

Lewis et al. (2010) studied the distribution, chemical speciation, and mobility of Pb and antimony from small arms ammunition in a coarse-grained surface sand and reported that the transport of Pb was small in

this soil type. Ninety-three percent of the mass of the bullets was found in the top 30 cm of the sand. Pb was mostly associated with the following grain sizes in decreasing order >5.0 mm (~3.3 g/kg), 1.2–5.0 mm (~1.5 g/kg), and <0.06 mm (~0.25 m/kg). In the 0.06–0.6 mm fractions, Pb concentrations were just above background levels (0.0004 g/kg). Declining concentrations with depth has also been observed in clay/loam shooting range soils (Vantelon et al. 2005). Pb in the fine fraction (<2 mm) shooting range soils also showed a depth distribution, with the highest concentrations in the top 10 cm (Cao et al. 2003a, 2003b; Hui et al. 2002; Lin et al. 1995; Perroy et al. 2014; Selonen et al. 2012). In a study of various contaminant levels in soil at a major training facility used for testing military tanks and munitions, Pb concentrations in the 0–15 cm soil depth ranged from 249.2 to 1,963.7 mg/kg (Berthelot et al. 2008).

Flooding events can change the spatial distribution of Pb in soil and sediments (EPA 2014c). Zahran et al. (2010) and Presley et al. (2010) reported variations in Pb concentrations in soil samples from schoolyards in New Orleans, Louisiana before and after Hurricanes Katrina and Rita in 2005, with some sites increasing and others decreasing in Pb concentrations. Forty-six census tracts in New Orleans were sampled before and after Hurricanes Katrina and Rita; 29 of these showed a decline in Pb concentrations, with 6 samples >400 mg/kg. Prior to these hurricanes, 15 of 46 samples had Pb concentrations >400 mg/kg. Across the tracts, the average median Pb concentration decreased from 328.5 to 203.33 mg/kg (Zahran et al. 2010). Presley et al. (2010) reported similar trends. Of the 17 schoolyard sites that were sampled, 7 sites had concentrations exceeding Pb concentrations of 400 mg/kg in June 2005, and in January 2006, Pb concentrations at 3 sites exceeded this concentration. The geometric mean concentration of the sites decreased from 290.0 to 207.4 mg/kg; however, at two sites, Pb concentrations increased from 804.0 to 1,740.0 mg/kg and from 1,090.0 to 2,500.0 mg/kg. During a 4-day storm event, 2,400 tonnes of suspended particulate matter were transported in a historical mining, ore processing, and smelting region in the Czech Republic that contained various metals including 2,954 kg of Pb (Žak et al. 2009).

**Other Media.** Plants and animals may bioconcentrate Pb, but biomagnification is not expected. In general, the highest Pb concentrations are found in aquatic and terrestrial organisms with habitats near Pb mining, smelting, and refining facilities; storage battery recycling plants; areas affected by high automobile and truck traffic; sewage sludge and spoil disposal areas; sites where dredging has occurred; areas of heavy hunting and fishing (Pb from spent shot or sinkers); and urban and industrialized areas. Pb may be present on plant surfaces as a result of atmospheric deposition; its presence in internal plant tissues indicates biological uptake from the soil and leaf surfaces. Although the bioavailability of Pb in soil to plants is limited because of the strong adsorption of Pb to soil organic matter, bioavailability

increases with increased soil organic matter content and with decreased soil pH (more acidic).  Plants grown in Pb-contaminated soils were shown to accumulate low levels of Pb in the edible portions of the plant from adherence of dusts and translocation into the tissues (Finster et al. 2004).  Thirty-two different types of fruits or vegetables were grown in urban gardens with soils containing high Pb levels (27–4,580 mg/kg).  Samples were harvested and washed with either water or detergents and analyzed for Pb content.  Only one fruiting vegetable among 52 samples contained Pb levels greater than the detection limit of 10 μg/g in the edible portion.  However, 39% of the leafy vegetables and herbs had Pb levels >10 μg/g in the edible shoot portion following washing of the vegetables with detergent and water (Finster et al. 2004).

Pb may be taken up in edible plants from the soil via the root system, by direct foliar uptake and translocation within the plant, and by surface deposition of particulate matter.  The amount of Pb in soil that is bioavailable to a vegetable plant depends on factors such as cation exchange capacity, pH, amount of organic matter present, soil moisture content, and type of amendments added to the soil.  Background agricultural soil Pb concentrations for major growing areas of the United States have been determined (Holmgren et al. 1993).

The influence of various combinations of soil amendments on Pb uptake by soybeans was studied for a metal-contaminated alluvial soil (Pierzynski and Schwab 1993).  Addition of limestone was found to be most effective in reducing the bioavailability of metals (including Pb) as indicated by the reduction in labile soil metals, increased yields, and decreased soybean tissue metal content.  Uptake of metals by lettuce and radishes grown in a loam soil spiked with cadmium chloride and Pb nitrate (from 100 to 1,000 mg/kg) was also studied (Nwosu et al. 1995).  Results indicated that the mean uptake of Pb by lettuce increased as the concentration of Pb rose in the soil mixture.  However, the uptake was low and this finding is inconsistent with other reports.  Pb was not bioaccumulated by either plant regardless of soil Pb concentrations.  The response of kidney bean growth to the concentration and chemical form of Pb in soils obtained near a zinc smelter in Japan has been studied (Xian 1989).  It was found that the amount of Pb in the total plant (approximately 35–80 μg) correlated strongly with the concentration of Pb in the soil (0–240 mg/kg).  The best relationship was found between the amount of metal uptake and the concentration of exchangeable and carbonate forms of Pb in the soil.

Uptake of Pb in animals may occur as a result of inhalation of contaminated ambient air or ingestion of contaminated plants.  However, Pb is not biomagnified in aquatic or terrestrial food chains.  Older organisms tend to contain the greatest body burdens of Pb.  In aquatic organisms, Pb concentrations are

usually highest in benthic organisms and algae, and lowest in upper trophic level predators (e.g., carnivorous fish). Exposure of a fresh water fish to several sublethal concentrations of Pb for a period of 30 days showed significant accumulation of Pb in the blood and tissues. The Pb accumulation in tissues was found to increase with Pb in water up to a concentration of 5 mg/L (μg/mL); at concentrations of 10 and 20 mg/L, the Pb accumulation in the tissues, although indicating an increase, was not proportional to the Pb concentration in water (Tulasi et al. 1992). High bioconcentration factors (BCFs) were determined in studies using oysters (6,600 for *Crassostrea virginica*), fresh water algae (92,000 for *Senenastrum capricornutum*), and rainbow trout (726 for *Salmo gairdneri*). However, most median BCF values for aquatic biota were significantly lower: 42 for fish, 536 for oysters, 500 for insects, 725 for algae, and 2,570 for mussels (Eisler 1988). Pb is toxic to all aquatic biota, and organisms higher up in the food chain may experience Pb poisoning as a result of eating Pb-contaminated food. Organolead compounds, such as trialkyl and tetraalkyl Pb compounds, are more toxic than inorganic forms and have been shown to bioconcentrate in aquatic organisms.

Biomagnification of organolead compounds has not been found to occur. Depuration is relatively rapid, with half-life values of 30–45 hours for rainbow trout exposed to tetramethyl Pb. Tetraalkyl Pb compounds are more toxic than trialkyl Pb compounds, and ethyl forms are more toxic than methyl forms (Eisler 1988). Isolation of a *Pseudomonas aeruginosa* strain designated CHL004, which is able to remove Pb from solidified media and soil, has been reported (Vesper et al. 1996). The rate of uptake of Pb nitrate by CHL004 was very rapid initially and then decreased greatly.

## 5.4.2   Transformation and Degradation

As an element, Pb cannot be degraded in the environment, but may undergo various precipitation or ligand exchange reactions. Pb will typically be found in compounds with oxygen and sulfur, and may undergo oxidation-reduction reactions under different environmental conditions. Under most environmental conditions, Pb will most likely exist in its Pb(II) oxidation state. Pb can be complexed by various ligands present in the environment (e.g., fulvic and humic acids). Despite forming complexes with organic matter, it is unlikely that it would be incorporated into organic compounds under environmental conditions. Transformations of Pb compounds that occur during their movement through the environment will be between various inorganic compounds.

**Air.**   According to EPA (2014c), Pb accumulated on airborne mineral dusts can be transformed into different compounds during transport. It was also noted that Pb can accumulate on coarse particulate

matter during transport in air and undergo chemical transformations.  For example, Pb sulfate ($PbSO_4$), one of the main components of Pb-containing aerosols from coal combustion, can react with calcite ($CaCO_3$) in particulate matter to form various Pb carbonate compounds on the calcite surface.  Another study included in the discussion noted that Pb levels in the $PM_{10}$ fraction from dust storms collected in Israel were enriched with Pb at levels higher than those found in their source in the Sahara desert, suggesting that the dust samples accumulated Pb during transit between the Sahara desert and Israel (EPA 2014c).

Before the ban on sales of leaded gasoline, Pb particles were emitted to the atmosphere from automobile exhaust as Pb halides (mostly PbBrCl) and as double salts with ammonium halides (e.g., $2PbBrCl \cdot NH_4Cl$, $Pb_3[PO_4]_2$, and $PbSO_4$) (Biggins and Harrison 1979; Ter Haar and Bayard 1971).  After 18 hours, approximately 75% of the bromine and 30–40% of the chlorine was released, and Pb carbonates, oxycarbonates, and oxides were produced.  These Pb oxides are subject to further weathering to form additional carbonates and sulfates (Olson and Skogerboe 1975).  Pb particles are emitted from mines and smelters primarily in the form of elemental Pb and Pb-sulfur compounds, $PbSO_4$, $PbO \cdot PbSO_4$, and PbS (Corrin and Natusch 1977; EPA 1986b; Spear et al. 1998).  The Pb emitted from the combustion of waste oil was found to be in the form of $PbCl_2$, PbO, and elemental Pb ($Pb^0$) (Nerin et al. 1999).  In the atmosphere, Pb exists primarily in the form of $PbSO_4$ and $PbCO_3$ (EPA 1986b).

While Pb is no longer added to gasoline for on-road use, the inorganic Pb degradation products of these organolead compounds may still be present in the environment.  Based on the vapor pressure of tetraethyl Pb (0.26 mmHg at 25 °C) and tetramethyl Pb (26.0 mmHg at 20 °C), these two compounds exist almost entirely in the vapor phase in the atmosphere (Eisenreich et al. 1981).  When exposed to sunlight, they decompose rapidly to trialkyl and dialkyl Pb compounds, and eventually to inorganic Pb oxides by a combination of direct photolysis, reaction with hydroxyl radicals, and reaction with ozone.  The half-life of tetraethyl Pb in reactions with hydroxyl radicals during summer is approximately 5.7 hours, based on a rate constant of $6.8x10^{-11}$ $cm^3$/molecule-second (Nielsen et al. 1991).  The half-life for tetramethyl Pb is about 65 hours, based on a rate constant of $5.9x10^{-12}$ $cm^3$/molecule-second.  In the winter, both compounds have half-lives of up to several days since the concentration of atmospheric hydroxyl radicals is lower than in summer months (DeJonghe and Adams 1986).

**Water.**  The fate of Pb in water will be determined by the conditions of the water, including acidity (pH), ionic strength, oxidation-reduction potential, flow rate, and amount and composition of suspended materials (EPA 2014c).  The pH of water is an important factor in determining the fate of Pb in water.  At

5. POTENTIAL FOR HUMAN EXPOSURE

neutral to more basic pH, Pb will tend to be complexed, precipitated, or sorbed to suspended sediments in water (EPA 2014c). Pb will form compounds of low solubility with the major anions found in natural waters. The maximum solubility of Pb in hard water is about 30 μg/L at pH>5.4 and the maximum solubility of Pb in soft water is approximately 500 μg/L at pH>5.4 (EPA 1977). In the environment, the divalent form ($Pb^{2+}$) is the stable ionic species of Pb. Hydroxide, carbonate, sulfide, and, more rarely, sulfate may act as solubility controls in precipitating Pb from water. At pH<5.4, the formation of Pb sulfate limits the concentration of soluble Pb in water, while at pH>5.4, the formation of Pb carbonates limits the amount of soluble Pb (EPA 1979). The relatively volatile organolead compound, tetramethyl Pb, may form as a result of biological alkylation of organic and inorganic Pb compounds by microorganisms in anaerobic lake sediments; however, if the water over the sediments is aerobic, volatilization of tetramethyl Pb from the sediments is not considered to be important because the tetramethyl Pb will be oxidized (EPA 1979).

The speciation of Pb was found to differ in fresh water and seawater. In fresh water, Pb may partially exist as the divalent cation ($Pb^{2+}$) at pHs below 7.5, but complexes with dissolved carbonate to form insoluble $PbCO_3$ under alkaline conditions (Long and Angino 1977). Even small amounts of carbonate ions formed in the dissolution of atmospheric $CO_2$ are sufficient to keep Pb concentrations in rivers at the 500 μg/L solubility limit (EPA 1979). Pb chloride and Pb carbonate are the primary compounds formed in seawater (Long and Angino 1977). The speciation of Pb in water is also dependent on the presence of other ligands in water. Pb is known to form strong complexes with humic acid and other organic matter (Denaix et al. 2001; Gao et al. 1999; Guibaud et al. 2003). Pb-organic matter complexes are stable to a pH of 3 with the affinity increasing with increasing pH, but decreasing with increased water hardness (EPA 1979). In seawater, there is the presence of Pb complexed to Fe-Mn oxides, which is due to the content of these oxides in seawater (Elbaz-Poulichet et al. 1984). Sorption of Pb to polar particulate matter in fresh water and estuarine environments is an important process for the removal of Pb from these surface waters. The adsorption of Pb to organic matter, clay, and mineral surfaces, and coprecipitation and/or sorption by hydrous iron and manganese oxides increases with increasing pH (EPA 1979).

**Sediment and Soil.** Pb in its naturally-occurring mineral forms is a component of many soils in the United States. The speciation of Pb in soils is dependent upon the properties of the soil. In a calcareous soil, $PbSO_4$ and $PbCO_3$ were shown to account for <5% of the total Pb content, whereas in roadside dust, $PbSO_4$, elemental Pb, $Pb_3O_4$, $PbO·PbSO_4$, and $2PbCO_3·Pb(OH)_2$ were present in significant quantities (Chaney et al. 1988). It was also reported that after adding 3,000–4,000 mg/kg of Pb in the form of

$PbSO_4$, subsequent extractions revealed that the Pb sulfate was rapidly transformed to other Pb compounds in the soil (Chaney et al. 1988).

Nearly all forms of Pb that are released to soil from anthropogenic sources, such as elemental Pb, $PbSO_4$, $PbCO_3$, PbS, $Pb(OH)_2$, $PbCrO_4$, and PbClBr, are transformed by chemical and biotic processes to adsorbed forms in soil (Chaney et al. 1988). The transformation process involves the formation of Pb complexes with binding sites on clay minerals, humic acid and other organic matter, and hydrous iron oxides (Chaney et al. 1988; Chuan et al. 1996; Sauve et al. 1997). The ability of soils to bind Pb is dependent on soil pH and the cation exchange capacity of the soil components (e.g., hydrous iron oxides on clay and organic matter) (Chaney et al. 1988; EPA 1986b). Only a small fraction (0.1–1%) of Pb appears to remain water-soluble in soil (Khan and Frankland 1983). The solubility of Pb in soil is dependent on pH, being sparingly soluble at pH 8 and becoming more soluble as the pH approaches 5 (Chuan et al. 1996). Between pH 5 and 3.3, large increases in Pb solubility in soil are observed. These changes in Pb solubility appear to correlate with the pH-dependent adsorption and dissolution of Fe-Mn oxyhydroxides. In addition to pH, other factors that influence Pb solubility in soil are total Pb content and the concentrations of phosphate and carbonate in soils (Bradley and Cox 1988; Ge et al. 2000; Pardo et al. 1990; Sauve et al. 1997).

Large particles of elemental Pb (e.g., shot and bullet fragments) degrade from weathering processes (Cao et al. 2003a, 2003b). Weathering includes physical transformation of larger particles to smaller particles (particle dissolution), as well as oxidation of the particle surface (coating) to $PbO_2$, with subsequent further oxidation to carbonates, phosphates, and sulfates (Cao et al. 2003a, 2003b; Hardison et al. 2004; Hashimoto 2013; Lewis et al. 2010; Lin et al. 1995; Rooney et al. 2007; Vantenlon et al. 2005). Particle dissolution rates for shotgun pellets in soils have been estimated to range from 1 to 20 mg/g pellet/year, depending on soil type, precipitation, and vegetation cover (Jorgenson and Willems 1987; Takamatsu et al. 2010).

Since the ban on the use of leaded gasoline, atmospheric Pb deposition to soil has decreased considerably. However, the deposited organolead compounds and their transformation products remain in the soil. Limited data indicate that tetraethyl and tetramethyl Pb are converted into water-soluble Pb compounds in soil through microbial metabolism (Ou et al. 1994). Using an Arredondo fine sand from Florida (92% sand, 7% silt, 1% clay, 11.8 g/kg organic carbon, pH 5.5), tetraethyl Pb was shown to degrade sequentially to monoionic triethyl Pb, diionic diethyl Pb, and eventually $Pb^{+2}$ (Ou et al. 1994). Experiments were conducted using non-sterilized and autoclaved soil samples. The presence of

monoionic triethyl Pb and diionic diethyl Pb was generally lower in the autoclaved samples, suggesting that both abiotic and biotic mechanisms are responsible for the degradation of tetraethyl Pb. At the end of a 28-day incubation period, no tetraethyl Pb was present in the soil; however, there were significant quantities of monoionic triethyl Pb and diionic diethyl Pb, which suggest that the degradation products are more persistent than the original species. Although tetraethyl and tetramethyl Pb are not expected to leach significantly through soil, their more water-soluble metabolites may be subject to leaching (EPA 1985a).

Pb content in plants is largely the result of atmospheric deposition. This is due to the strong retention of particulate matter on plant surfaces that is difficult to remove through washing (EPA 1977). Uptake of Pb into plant tissue appears to involve a combination of uptake from the leaf surface and uptake from roots, with the relative contribution of each pathway dependent on species and soil characteristics (Angelova et al. 2010; Bindler et al. 2008; Chrastny et al. 2010; Cui et al. 2007; Guyette et al. 1991; Hu and Ding 2009; Nwosu et al. 1995). Pb taken up by the root systems remains largely associated with root tissues (Comino et al. 2011; Businelli et al. 2011; Deng et al. 2004; Mellem et al. 2009; Murray et al. 2009; Nan and Cheng 2001; Sonmez et al. 2008; Wang et al. 2011). Translocation from roots to stem and leaf tissue has been shown to occur in some species (Peralta-Videa et al. 2009; Shaheen and Tsadilas 2009; Tamura et al. 2005; Wang et al. 2006; Zaprjanova et al. 2010). Eventually, the Pb will be returned to soil when these plants decay unless they are harvested (to possibly enter the food chain) or removed.

## 5.5   LEVELS IN THE ENVIRONMENT

Reliable evaluation of the potential for human exposure to Pb depends, in part, on the reliability of supporting analytical data from environmental samples and biological specimens. Concentrations of Pb in unpolluted atmospheres and in pristine surface waters are often so low as to be near the limits of current analytical methods. In reviewing data on Pb levels monitored or estimated in the environment, it should also be noted that the amount of chemical identified analytically is not necessarily equivalent to the amount that is bioavailable.

Table 5-11 shows the lowest limit of detections that are achieved by analytical analysis in environmental media. An overview summary of the range of concentrations detected in environmental media is presented in Table 5-12.

**Table 5-11. Lowest Limit of Detection Based on Standards[a]**

| Media | Detection limit | Reference |
|---|---|---|
| Air | 1.5 ng/cm² (XRF) | EPA, 1999, Method IO-3.3 |
| | 2.6 µg/sample | NIOSH 2017b, Method 7082 |
| | 6 µg/sample | NIOSH 1998, Method 7702 |
| | 0.02 µg/sample | NIOSH 1994c, Method 7105 |
| | 0.05 µg/sample | NIOSH 2016a, Method 7701 |
| | 0.062 µg/filter | NIOSH 2003c, Method 7300 |
| | 0.062 µg/filter | NIOSH 2003a, Method 7301 |
| | 0.023 µg/mL | NIOSH 2003b, Method 7303 |
| | 0.6 µg/sample | NIOSH 2014a, Method 7302 |
| | 1 µg/sample | NIOSH 2014b, Method 7304 |
| | 0.062 µg/sample | NIOSH 2015, Method 7306 |
| | 0.03 µg/mL | OSHA 2002, Method ID-121 |
| | 2.1 µg/sample | OSHA 2002, Method ID-125G |
| Drinking water | 1.1 µg/L (ICP-AES) | EPA 2003 Method 200.5 |
| | 0.02 µg/L (ICP-MS) | EPA 1994f Method 200.8 |
| Surface water and groundwater | 0.07 µg/L | EPA 1997b |
| | 2.4 µg/L (GFAA) | EPA 1997b |
| | 0.28 µg/L (GFAA with preconcentration) | |
| | 0.07 µg/L (ICP-MS) | |
| | 0.05 µg/L (ICP-MS) | USGS 1989 |
| | 60 µg/L (ICP-OES) | |
| | 1 µg/L (GFAA) | USGS 1993 |
| | 1.1 µg/L (AVICP-AES) | |
| | 10 µg/L (ICP) | USGS 1989 |
| | 100 µg/L (total recoverable, FLAA) | |
| | 1 µg/L (whole water recoverable, GFAA) | |
| | 0.5 µg/L (dissolved in water by GFAA) | |
| | 100µg/L (suspended recoverable, FLAA) | |
| | 100 µg/L (dissolved, FLAA) | |
| | 0.6 µg/L (ICP-MS) | EPA 1994d |
| | 0.7 µg/L (GFAA) | |
| | 10 µg/L (ICP-AES) | |
| Soil/sediment | 0.15 µg/g (ICP-MS) | NOAA 1998 |
| | 0.2 µg/g (XRF) | |
| | 0.2 µg/g (GF-AAS) | |
| | 10 µg/g (FLAA) | USGS 1989 |

### Table 5-11.  Lowest Limit of Detection Based on Standards[a]

| Media | Detection limit | Reference |
|-------|-----------------|-----------|
| Wipes | 0.042 µg/wipe | NIOSH 2003d, Method 9102 |
|       | 0.02 µg/cm² for 100-cm² area (FLAA or ICP); 0.001 µg/cm² for 100-cm² area (GF-AAS) | NIOSH 1996a, Method 9100 |
|       | Range: 5–15 µg/wipe sample | NIOSH 2003e, Method 9105 |

[a]Detection limits based on using appropriate preparation and analytics.  These limits may not be possible in all situations.

AES = atomic emission spectroscopy; AVICP = axially viewed inductively coupled plasma; FLAA = flame atomic absorption; GFAA = graphite furnace atomic absorption; GF-AAS = graphite furnace-atomic absorption spectrometer; GRAV = gravimetry; ICP = inductively coupled plasma; MS = mass spectrometry; OES = optical emission spectrometry; Pb = lead; XRF = x-ray fluorescence

### Table 5-12.  Lead Levels in Water, Soil, and Air of National Priorities List (NPL) Sites

| Medium | Median[a] | Geometric mean[a] | Geometric standard deviation[a] | Number of quantitative measurements | NPL sites |
|--------|-----------|-------------------|----------------------------------|-------------------------------------|-----------|
| Water (ppb) | 75 | 118 | 13.8 | 1,452 | 659 |
| Soil (ppb) | 1,110,000 | 885,000 | 19.7 | 1,453 | 661 |
| Air (ppbv) | 0.194 | 0.286 | 32.3 | 85 | 51 |

[a]Concentrations found in ATSDR site documents from 1981 to 2019 for 1,867 NPL sites (ATSDR 2019).  Maximum concentrations were abstracted for types of environmental media for which exposure is likely.  Pathways do not necessarily involve exposure or levels of concern.

## 5.5.1  Air

Four national monitoring networks collect data on Pb concentrations in ambient air to report to the Air Quality System (AQS).  State and local agencies carry out monitoring at state and local monitoring stations (SLAMS).  These data are primarily used to evaluate compliance with the National Ambient Air Quality Standard (NAAQS) for Pb.  Pb levels are also monitored in the Chemical Speciation Network (CSN), Interagency Monitoring of Protected Visual Environments (IMPROVE), and National Air Toxics Trends Station (NATTS) networks.  Pb concentrations in air are measured in three particulate matter (PM) size fractions:  total suspended particles (TSP), $PM_{10}$, and $PM_{2.5}$.  The CSN and IMPROVE networks monitor Pb in $PM_{2.5}$ and the NATTS network monitors Pb in $PM_{10}$.  These networks are designed to meet different objectives than those of the Pb NAAQS monitoring network (EPA 2006, 2014c).  EPA (2014c) analyzed data from these monitoring systems and presented data summaries for

source-oriented (defined as near point sources and exceeded a defined emission threshold) and non-source-oriented Pb monitors across the United States for 2008–2010 (EPA 2014c). Maximum 3-month daily average Pb concentrations were calculated for non-source-oriented Pb-TSP monitors for 47 counties across the United States (1.5% of U.S. counties) and for source-oriented Pb-TSP monitors for 50 counties across the United States (1.6% of U.S. counties) during the period 2008–2010. Summaries of these analyses are presented in Table 5-13.

Table 5-13. Summary Data for Lead Monitors Across the United States, 2008–2010 ($\mu g/m^3$)

|  | Mean | Median | 95th% | 99th% | Maximum |
|---|---|---|---|---|---|
| Monthly (source-oriented) | 0.20 | 0.063 | 0.86 | 1.6 | 4.4 |
| Monthly (nonsource-oriented) | 0.012 | 0.010 | 0.040 | 0.052 | 0.14 |

Source: EPA 2014c

Pb levels have been declining in the ambient air of the United States for several decades and according to the EPA, there has been approximately a 94% decrease since 2000 (EPA 2018a). Figure 5-3 shows the annual maximum 3-month average Pb level in the United States based upon data at 24 monitoring sites.

Figure 5-3. Annual Maximum 3-Month Average Representing the National Trend



Source: EPA 2018a

Data compiled from the EPA AQS database from 2015 to 2018 were used to calculate the percentile distribution of arithmetic mean 3-month averages at locations across the United States. These data are summarized in Table 5-14.

**Table 5-14. Percentile Distribution of Mean Lead (TSP) Concentrations (µg/m³) Measured in Ambient Air at Locations Across the United States**

| Year | Percentile | | | | |
|------|--------|--------|--------|--------|---------|
|      | 25th | 50th | 75th | 95th | Maximum |
| 2015 | 0.0036 | 0.0090 | 0.0216 | 0.0753 | 0.1942 |
| 2016 | 0.0038 | 0.0093 | 0.0220 | 0.0782 | 0.1466 |
| 2017 | 0.0039 | 0.0080 | 0.0190 | 0.0756 | 0.2087 |
| 2018 | 0.0035 | 0.0090 | 0.0313 | 0.1248 | 0.5574 |

TSP = total suspended particles

Source: EPA 2018b

Pb in indoor air is related to Pb in housedust, and predominant sources are outdoor air and degraded Pb-based paint (EPA 2006). Smoking can also contribute to higher concentrations of Pb in indoor air. Pb concentrations in air and dust in the indoor environment were measured in residential homes as part of the National Human Exposure Assessment Survey (NHEXAS) in EPA Region V (Indiana, Illinois, Michigan, Minnesota, Ohio, and Wisconsin). Mean (±1 SD) and median concentrations of Pb in indoor air from 213 residences were 15.2 ng/m³ (37.6 ng/m³) and 6.17 ng/m³, respectively, with a maximum value of 293.5 ng/m³ (Bonanno et al. 2001). The median Pb concentration in outdoor air was 8.84 ng/m³ (Clayton et al. 2002). Pb concentrations were higher in households where one or more residents smoked indoors (mean concentration of 21.8 ng/m³) as compared to households with nonsmoking residents (mean concentration of 7.79 ng/m³) (Bonanno et al. 2001). In dust collected from the living areas of 238 residences, the mean (±1 SD) and median Pb concentrations were 467.4 µg/g (2,100 µg/g) and 131.6 µg/g, respectively, with a maximum value of 30,578 µg/g. Dust samples collected from window sills had mean (±1 SD) and median Pb concentrations of 987 µg/g (2,723 µg/g) and 207.5 µg/g, respectively, with a maximum value of 21,120 µg/g. For both indoor air and dust measurements, higher concentrations of Pb were correlated with dilapidated and suburban homes. Dixon et al. (2009) analyzed children's exposures to residential dust Pb using data from the NHANES survey and associated demographics as well as smoking status to exposure levels. Children who resided in homes in which smoking occurred indoors had significantly (p=0.015) higher PbB levels than children who lived in homes of nonsmokers.

In another analysis of the NHEXAS EPA Region V data, Pellizzari et al. (1999) looked at potential differences in Pb concentrations in indoor air and personal air exposures between minorities (e.g., Hispanics and African-Americans) and nonminorities (e.g., Caucasian). Some differences were noted in the mean ($\pm 1$ SD) Pb concentrations between minorities of 57 ng/m$^3$ ($\pm 24$ ng/m$^3$) and nonminorities of 22 ng/m$^3$ ($\pm 3.4$ ng/m$^3$) in personal air exposures, although the differences were not significant (p=0.147). Similarly, differences were noted between minorities (26$\pm$12 ng/m$^3$) and nonminorities (13$\pm$2.6 ng/m$^3$) in indoor air, although these were also not significantly different (p=0.266). When the age of the home was considered in the analysis, it was found that Pb concentrations were significantly (p=0.036) higher in homes built before 1940 than in homes built between 1960 and 1979, with mean ($\pm 1$ SD) values of 46 ng/m$^3$ ($\pm 1.6$ ng/m$^3$) and 13 ng/m$^3$ ($\pm 2.1$ ng/m$^3$), respectively. The Pb concentrations measured in indoor air in homes built before 1940 were not significantly different from mean ($\pm 1$ SD) Pb concentrations of 22 ng/m$^3$ ($\pm 5.1$ ng/m$^3$) and 23 ng/m$^3$ ($\pm 5.1$ ng/m$^3$) measured in indoor air in homes built between 1940 and 1959 and between 1980 and 1995, respectively.

## 5.5.2   Water

Pb has been monitored in surface water, groundwater, and drinking water throughout the United States and other countries. The concentration of Pb in surface water is highly variable depending upon sources of pollution, Pb content of sediments, and characteristics of the system (pH, temperature, etc.). Pb concentrations in surface water are generally higher in urban areas than in rural areas (EPA 1982c), and Pb measured in natural or "pristine" surface waters may be due to anthropogenic input. Western Airborne Contaminants Assessment Project (WACAP) data collected at five U.S. National Parks showed median Pb levels in surface waters ranging from 0.006 to 0.075 µg/L (EPA 2014c). The median Pb level in natural river water was 5 µg/L, with a range of 0.6–120 µg/L; however, lower Pb levels are to be expected after leaded gasoline was banned in 1985, which resulted in decreased rates of atmospheric deposition (Bowen et al. 1966; King et al. 2014). The National Academies of Science reported Pb concentration levels in surface water and groundwater (EPA 1986b). The mean Pb concentration level in surface water was 4 µg/L with a range from below the detection limit to 890 µg/L (EPA 2014c); concentrations >100 µg/L were observed near sources of urban runoff or industrial discharge. Mean levels of Pb in surface water measured at 50,000 surface water stations throughout the United States were 3.9 µg/L (based on 39,490 occurrences) (Eckel and Jacob 1988). Using the EPA Storage and Retrieval (STORET) database, from January 1, 2005 to May 16, 2005, Pb had been detected in surface water in Washington, Utah at concentrations of 20.5 and 142 µg/L and surface water from Salt Lake City, Utah at 7.75 µg/L (EPA 2005b). Pb was not detected above the detection limits in 224 other surface water samples obtained

from various locations in Utah and Iowa over the sampling period (EPA 2005b).  Pb content in
groundwater is driven largely by the surrounding bedrock geochemistry; Pb concentrations are generally
low in groundwater and natural springs ranging from below the detection limit to 100 µg/L (EPA 2014c).
A USGS study of groundwater in the United States from 2000 to 2016 concluded that <1% of measured
Pb concentrations are >15 µg/L, but when high levels are detected, they are typically associated with
geographic locations where the Pb solubility potentials (the amount of Pb that could dissolve before a Pb
mineral precipitates out of solution) are naturally high (Jurgens et al. 2019).  Pb levels in seawater are
typically in the range of 0.001–0.036 µg/L in the open ocean and about 0.050–0.30 µg/L in coastal waters
influenced by anthropogenic activity (Angel et al. 2016).

Urban storm water runoff is an important source of Pb entering receiving waterways.  Sources of Pb in
runoff can be contributed to substantial direct atmospheric deposition, as well as indirect release from
building materials, soil, and road dust, and industrial discharge.  Pb is found in building material (brick,
concrete, painted and unpainted wood, roofing, and vinyl), and automotive sources (brakes, used oil),
which contribute to runoff (Davis et al. 2001).  The largest contributing sources were siding and roofing.
Soto-Jiménez and Flegal (2009) evaluated the sources of Pb pollution in the Gulf of California, northwest
Mexico by sampling urban and rural areas for Pb levels and isotope ratios.  Urban street dust (157 µg/g),
agricultural soils (29.0 µg/g), and surface estuary sediments (35.6 µg/g) were all higher than natural
bedrock (16.0 µg/g).  Isotopic ratios in rural and soil runoff samples were comparable to natural Pb
containing bedrock.  Pb concentrations in the suspended particulate matter were measured in sewage
effluent (132 µg/g), agricultural effluent (29.3 µg/g), river runoff (7.3 µg/g), and estuary water
(68.3 µg/g).  Urban, street dust, and sewage showed contributions from automotive emissions from past
leaded gasoline combustion.

Pb in drinking water can derive from source water contamination as described above, but the more
common source of Pb in drinking water is from internal corrosion of water distribution system piping and
plumbing.  Internal corrosion of Pb service lines, Pb-based pipe solder, brass meters and plumbing
fixtures, and dissolution of existing protective scales contribute directly to Pb levels in drinking water.
The Lead and Copper Rule (LCR) was promulgated in 1991 with the purpose of protecting public health
by minimizing Pb and copper levels in drinking water, primarily by reducing water corrosivity (EPA
2004).  The LCR established a Pb action level (AL) of 15 µg/L and a maximum contaminant level goal
(MCLG) of zero.  The Pb action level is based on feasibility of public water systems to control corrosion
in their distribution systems and is not a health benchmark for Pb in drinking water.  The Pb action level
is exceeded if the concentration of the 90th percentile first draw tap sample (collected after a minimum

stagnation period of 6 hours from high risk sites) exceeds 15 µg/L (EPA 2016a).  If the Pb AL is exceeded, the LCR can require public water systems to take steps to minimize the risk of Pb exposure that may include source water monitoring/treatment, public education, water quality monitoring, implementing corrosion control treatment, and Pb service line replacement.  In October 2019, EPA proposed significant changes to the LCR (EPA 2019a).  These changes include: (1) identify areas most in need of remediation of Pb service lines; (2) establish a trigger level of 10 µg/L for requiring corrosion control in drinking water systems that do not currently treat for corrosion; (3) require water system to replace Pb service lines; (4) increase sampling reliability by prohibiting pre-stagnation flushing and other methods; (5) require systems to notify customers of action level exceedance within 24 hours; and (6) protect children in schools by expanding testing at drinking water outlets.

Analyses done in support of the short-term revisions to the LCR at the beginning of the 21st century suggest that in 2003, <2% of public water systems serving >3,300 people exceeded the Pb action level of 15 µg/L (EPA 2007a).  Additionally, a 2004 study conducted by the EPA on LCR compliance monitoring for public water systems serving >3,300 people indicated that <4% of those systems exceeded the Pb action level (Hill 2011).  It is important to note that states were not required until 2002 to report 90th percentile Pb concentrations to the EPA unless those samples exceeded the Pb AL; therefore, it is difficult to accurately compare differences between tap water Pb levels prior to LCR implementation and immediately following LCR implementation with current nationwide Pb concentration levels (Hill 2011).  Nevertheless, the EPA evaluated water sample data from 166 large public water systems (systems serving >50,000 people) that exceeded the Pb AL in 1992 and 1993 (Hill 2011).  Of the large systems that exceeded the Pb AL in 1992–1993, only 15 of those systems continued to exceed the Pb AL between 2000 and 2004, and their associated average 90th percentile Pb concentration levels significantly decreased from 32 to 8.2 µg/L.

The amount of Pb contained in pipes and plumbing fittings has been strictly regulated since 1986. Section 1417 of the Safe Drinking Water Act (SDWA) was amended to ban the use of service lines, pipe fittings, pipe solder, and fixtures that are not "Pb free" (not more than 0.2% Pb for pipe solder and flux, and not more than 8% Pb for pipe fittings and service lines) and are connected to a public water system and intended to provide water for human consumption.  The 1996 Amendment broadened this ban by limiting the amount of leaching of Pb from new plumbing, and an industry standard was established.  In 2011, the Reduction of Lead in Drinking Water Act amended Section 1417, revising the existing SDWA definition of "Pb free" and getting rid of the leaching certification requirement.  Implemented in 2014, the

act reduced the allowable level of Pb by "not more than a weighted average of 0.25 percent Pb when used with respect to the wetted surfaces of pipes, pipe fittings, plumbing fittings and fixtures."

According to EPA's National Public Water Systems Compliance Report for calendar year 2013 (EPA 2013), 73% of public water systems in the United States, serving approximately 77% of the population, had no significant reported violations of any type.  Significant violations include all violations of health-based standards, including violations of the maximum contaminant levels, treatment technique requirements, and significant monitoring and reporting requirements.  In 2013, 7% of public water systems had no reported violations of health-based standards, and 5% of all health-based standard violations were LCR violations.

In the spring of 2014, the source of drinking water in the city of Flint, Michigan was switched from treated water obtained from Lake Huron to the Flint River.  However, the treated water from the Flint River was more corrosive and did not contain corrosion inhibitors, which resulted in Pb leaching from the city's aging service lines.  Sampling data conducted in August of 2015 showed that the 90th percentile concentration of Pb in first-draw drinking water was 26.8 µg/L for 268 samples of tap water, which far exceeded the EPA AL of 15 µg/L (Pieper et al. 2018).  In response to the high Pb levels in Flint drinking water, the city reconnected to the DWSD in October of 2015.  By August of 2017, the 90th percentile concentration of Pb in first-draw tap water was 7.9 µg/L (Pieper et al. 2018).

### 5.5.3   Sediment and Soil

Pb is a naturally occurring metal found in the earth's crust at about 15–20 mg/kg (Goyer 2001).  However, the concentration of Pb in the top layers of soil varies widely due to deposition and accumulation of atmospheric particulates from anthropogenic sources.  The concentration of soil Pb generally decreases as distance from contaminating sources increases.  The estimated Pb levels in the upper layer of soil beside roadways are typically 30–2,000 µg/g higher than natural levels, although these levels drop exponentially up to 25 m from the roadway (EPA 1986b).  Soil adjacent to a smelter in Missouri had Pb levels in excess of 60,000 µg/g (Palmer and Kucera 1980).  Soils adjacent to houses with exterior Pb-based paints have reported Pb levels >10,000 µg/g (EPA 1986b).  As a result of Pb reactions with the soil, extractable Pb in surface soil samples (0–5 cm depth) from an agricultural area near a car battery manufacturing plant (taken at 0.3 km from the source) decreased from 117 to 1 µg/g within 1 year after the plant stopped operating (Schalscha et al. 1987).  Soil collected by scraping the top 2.5 cm of soil surface near homes and streetside in Louisiana and Minnesota contained median Pb concentrations of >840 µg/g in New

Orleans and 265 μg/g in Minneapolis.  In contrast, the small towns of Natchitoches, Louisiana, and
Rochester, Minnesota had soil Pb concentrations of <50 and 58 μg/g, respectively.  These data suggest
that Pb-contaminated soil is a major source of Pb exposure in urban areas (Mielke 1993).  As would be
expected, soils in elementary school properties were also found to have the same pattern of Pb levels as
the soils in the surrounding residences.  Pb concentrations in soils collected from inner-city schools in
New Orleans were higher (median concentration of 96.5 μg/g) than soils collected from mid-city
(30.0 μg/g) and outer-city (16.4 μg/g) elementary schools (Higgs et al. 1999).

The former use of Pb in paints, particularly in older structures, is also a source of Pb in soil and within
homes.  Mielke and Gonzales (2008) reported median Pb concentrations of 76,603 mg/kg (464–
317,151 mg/kg) and 416 mg/kg (24–63,313 mg/kg) for exterior and interior paints, respectively, in
40 paint chip samples collected from homes in metropolitan New Orleans.  The authors noted that the age
of the house is often used as a surrogate for the amount of Pb in paints; the mid-1920s being the peak use
of leaded paint with declines until 1978.  Demolition and renovation of buildings where leaded paint was
used can result in transport of Pb to soil surrounding the building as well as indoor dust that contains Pb.

Pb concentrations were measured in residential transects through Lubbock, Texas.  Pb concentrations
through the city showed a trend of decreasing Pb concentrations with increasing distance from the city
center, which also paralleled a decrease in the property age.  The highest Pb concentrations in the city
center were 90.0–174.0 mg/kg, with a median of 35.4 mg/kg, and decreased out to the farther part of the
residential transect to 6.0–9.0 mg/kg.  The highest concentrations outside city development were
4.9 mg/kg (Brown et al. 2008).

Studies conducted in Maryland and Minnesota indicate that within large, light-industrial, urban settings
such as Baltimore, the highest soil Pb levels generally occur near inner-city areas, especially where high
traffic flows have long prevailed (Mielke et al. 1983, 1984, 1989) and that the amount of Pb in the soil is
correlated with the size of the city (Mielke 1991).  In 1981, soil Pb levels in the Minneapolis/St. Paul
inner-city area were 60 times higher (423 μg/g) than levels found in rural Minnesota (6.7 μg/g), with
almost all the increase (95%) resulting from the combustion of leaded gasoline.  A study conducted in
Minneapolis, Minnesota, after the Pb content of gasoline had been significantly reduced, found that
median soil Pb levels taken from the foundations of homes, in yards, and adjacent to the street were 700,
210, and 160 μg/g, respectively; median soil Pb concentrations in comparable samples from the smaller
city of Rochester, Minnesota, did not exceed 100 μg/g at any location tested (Mielke et al. 1989).  The
Minneapolis data suggested that average Pb levels were elevated in soil samples taken from the

foundations of homes, but that Pb levels were low (<50 μg/g) in areas where children could be expected to play, such as parks that were located away from traffic, but were higher in play areas around private residences.  Soil samples taken from around the foundations of homes with painted exteriors had the highest Pb levels (mean concentrations of 522 μg/g), but levels around homes composed of brick or stucco were significantly lower (mean concentration 158 μg/g) (Schmitt et al. 1988).  Severely contaminated soils (levels as high as 20,136 μg/g) were located near house foundations adjacent to private dwellings with exterior Pb-based paint.  Elevated soil Pb concentrations were found in larger urban areas, with 27, 26, 32, and 42% of the soil samples exceeding 300 μg/g Pb in Duluth, inner-city North Minneapolis, inner-city St. Paul, and inner-city South Minneapolis, respectively.  Only 5% of the soil samples taken from the smaller urban areas of Rochester and St. Cloud, Minnesota, had Pb levels >150 μg/g.  It has been suggested that the higher Pb levels associated with soils taken from around painted homes in the inner city are the result of greater atmospheric Pb content, resulting from the burning of leaded gasoline in cars and the washdown of building surfaces to which the small Pb particles adhere by rain (Mielke et al. 1989).  A state-wide Minnesota study concluded that exterior Pb-based paint was the major source of contamination in severely contaminated soils located near the foundations of private residences and that aerosol Pb accounted for virtually all of the contamination found in soils removed from the influence of Pb-based paint.  Contamination due to Pb-based paint was found to be "highly concentrated over a limited area, while contamination due to aerosol Pb was found to be less concentrated, but more widespread" (Schmitt et al. 1988).

Pb was analyzed in dust wipes and soil samples from 67 public housing projects containing 487 dwelling units across the United States (Succop et al. 2001).  A total of 5,906 dust wipes and 1,222 soil samples were included in the data set.  The median soil levels were 194 ppm near the foundation, 177 ppm near the walkways, and 145 ppm elsewhere in the yard.  The maximum level, 3,900 ppm, was found in a foundation sample.  Median dust Pb loading ($\mu g\ m^{-2}$) from kitchens, living rooms, and two children's bedrooms were 151 (5th–95th percentile range: 22, 674), 936 (86, 10,190), and 8,560 (818, 313,000) for floor window sills and window troughs, respectively.  Thirteen percent of the floor samples and 30% of the window sill samples from the rooms exceeded the HUD Interim Dust Lead Standards of 431 and 2,690 $\mu g\ m^{-2}$ for floor and window sill samples, respectively.

### 5.5.4  Paint

Weathering and deterioration of Pb-based paint can contribute to the Pb content of dust and soil (Clark et al. 2004; Hunt et al. 1993; Jaeger et al. 1998; Lucas et al. 2014; Marcus and Elias 1995).  A soil Pb study

in Minneapolis, Minnesota, found that soil samples taken from around the foundations of homes with painted exteriors had a mean concentration of 522 µg/g, while soil samples taken from around the foundations of brick or stucco had a mean concentration of 158 µg/g (Schmitt et al. 1988). Pb-based paint, removed from surfaces by burning (gas torch or hot air gun), scraping, or sanding have been found to result, at least temporarily, in higher levels of exposure for families residing in these homes. A 2006 survey of U.S. housing stock estimated that 35% of 106 million housing units contained Pb-based paint and that approximately 20% of houses contained deteriorating Pb-based paint (HUD 2011).

### 5.5.5   Other Media

Pb has been detected in a variety of foods and spices (Lin et al. 2010). Pb may be introduced into food through uptake from soil into plants or atmospheric deposition onto plant surfaces, during transport to market, processing, and kitchen preparation (EPA 1986b). The ban on leaded gasoline as well as the use of welded (non-soldered) food cans during the 1980s are largely responsible for the decreases in levels of Pb in the U.S. diet beginning in the 1980s (FDA 2006). The FDA analyzed samples of foods commonly eaten by toddlers and infants for Pb and noted that levels of Pb in infant and toddler foods, on average, are relatively low (FDA 2016a). These results are summarized in Table 5-15. Selected data from the 2006–2011 FDA Total Diet Study Market Baskets are presented in Table 5-16 (FDA 2016b). Mean Pb levels in dairy products (e.g., milk, cheese, ice cream, cream, yogurt) were generally low or below the detection limit. The dairy product category with the highest Pb level was for low-fat fruit-flavored yogurt, with a mean concentration of 0.002 mg/kg for 24 analyses. Mean concentrations of Pb in fruits and vegetable were also generally low, with the highest concentrations in raisins (0.005 mg/kg), spinach (0.004 mg/kg), and lettuce (0.004 mg/kg). Mean concentration of Pb in baby foods ranged from not detected to 0.013 mg/kg. The highest levels reported were found in sweet potatoes (0.013 mg/kg), arrowroot cookies (0.012 mg/kg), grape juice (0.011 mg/kg), teething biscuits (0.008 mg/kg), and apple-cherry juice (0.008 mg/kg). Based on a multimedia Pb exposure modeling analysis for children 1–5 years old, below the 70th percentile of PbB in the general U.S. population, dietary intake was a major background exposure pathway (Zartarian et al. 2017)

### Table 5-15.  Lead Levels in Foods Commonly Eaten by Toddlers and Infants

| Product category | Average[a] (range) (µg/kg) | Number of samples |
|---|---|---|
| Cereal, infant/toddler (rice) | 15.6 (5.0–82.0) | 76 |
| Cereal, infant/toddler (multigrain) | 7.2 (6.0–8.0) | 6 |
| Cereal, infant/toddler (non-rice) | 4.8 (0.4–17.0) | 30 |

### Table 5-15. Lead Levels in Foods Commonly Eaten by Toddlers and Infants

| Product category | Average[a] (range) (µg/kg) | Number of samples |
|---|---|---|
| Apples[b] | 3.3 | 10 |
| Cereal, oat ring | 7.8 (3.3–16.4) | 30 |
| Grapes | 3.7 (3.3–7.6) | 10 |
| Juice, grape | 5.6 (0.3–41.3) | 30 |
| Juice boxes and pouches | 3.3 (0.3–17.0) | 40 |
| Peanut butter | 5.3 (3.3–45.2) | 29 |
| Quinoa | 22.2 (0.4–98.0) | 30 |
| Raisins | 18.1 (1.8–151) | 23 |
| Stage 2 toddler foods | 5.2 (1.0–22.2) | 35 |
| Teething biscuits | 12.0 (2.0–131) | 27 |
| Toddler puffs | 19.1 (3.3–91.0) | 31 |

[a]The average concentration reported for each product category was calculated using all values. For those samples with results below the detection limit, half of the detection limit was used to calculate the average.
[b]All of the apple samples were below the limit of detection.

Source: FDA 2016a

### Table 5-16. Selected Mean Lead Concentrations in Food from the FDA Total Diet Study

| Food | Mean (range) (mg/kg)[a] | Number of analyses | Number <LOD | LOD (mg/kg) |
|---|---|---|---|---|
| Syrup, chocolate | 0.016 (0–0.027) | 24 | 1 | 0.007 |
| Apricots, canned in heavy/light syrup | 0.015 (0–0.036) | 24 | 1 | 0.007 |
| Baby food, sweet potatoes | 0.013 (0–0.034) | 24 | 5 | 0.007 |
| Peach, canned in light/medium syrup | 0.013 (0–0.038) | 24 | 2 | 0.007 |
| Candy bar, milk chocolate, plain | 0.013 (0–0.027) | 24 | 5 | 0.01 |
| Baby food, arrowroot cookies | 0.012 (0–0.031) | 24 | 9 | 0.01 |
| Sweet potatoes, canned | 0.012 (0–0.018) | 24 | 2 | 0.007 |
| Shrimp, boiled | 0.012 (0–0.18) | 24 | 18 | 0.01 |
| Baby food, juice, grape | 0.011 (0–0.02) | 24 | 1 | 0.004 |
| Fruit cocktail, canned in light syrup | 0.011 (0–0.025) | 24 | 4 | 0.007 |
| Brownie | 0.01 (0–0.032) | 24 | 5 | 0.007 |

[a]Note: 1 mg/kg = 1,000 µg/kg.

FDA = U.S. Food and Drug Administration; LOD = limit of detection

Source: FDA 2016b

The U.S. Fish and Wildlife Service reported the concentrations of metals in a total of 315 composite samples of whole fish sampled from 109 stations nationwide from late 1994 to early 1995.  For Pb, the geometric mean, maximum, and 85th percentile concentrations (μg/g wet weight) were 0.11, 4.88, and 0.22, respectively.  The mean concentration of Pb was significantly lower than in the 1980–1981 survey.  Pb concentrations in fish have declined steadily from 1976 to 1984, suggesting that reductions of leaded gasoline and controls on mining and industrial discharges have reduced Pb in the aquatic environment (Schmitt and Brumbaugh 1990).

In order to reduce Pb exposure from consumption of Pb-contaminated fish and shellfish, consumption advisories are issued by states recommending that individuals restrict their consumption of specific fish and shellfish species from certain water bodies where Pb concentrations in fish and shellfish tissues exceed the human health level of concern.  This level of concern is set by individual state agencies and used to issue advisories recommending no consumption, or restricted consumption, of contaminated fish and shellfish from certain waterbody types (e.g., lakes and/or rivers).  In 1995, the EPA Office of Water issued guidance to states on sampling and analysis procedures to use in assessing the health risks from consuming locally caught fish and shellfish.  The risk assessment method proposed by EPA was specifically designed to assist states in developing fish consumption advisories for recreational and subsistence fishers (EPA 1995a).  These two groups within the general population consume larger quantities of fish and shellfish than the general population and frequently fish the same water bodies routinely.  Because of this, these populations are at greater risk of exposure to Pb and other chemical contaminants if the waters they fish are contaminated.  In 2007, eight advisories restricting the consumption of Pb-contaminated fish and shellfish were in effect in five states (Hawaii, Idaho, Washington, Kansas, and Missouri) and one territory (American Samoa) (EPA 2007b).

Elevated levels of Pb in the blood of cattle grazing near a Pb smelter have been reported, although no implications regarding Pb in beef were made.  The mean Pb levels for the herd were highest near the smelter and decreased with distance.  Ingestion of soil along with the forage was thought to be a large source of additional metal (Neuman and Dollhopf 1992).  Evidence has also been shown for transfer of Pb to milk and edible tissue in cattle poisoned by licking the remains of storage batteries burned and left in a pasture (Oskarsson et al. 1992).  Levels of Pb in muscle of acutely sick cows that were slaughtered ranged from 0.23 to 0.5 mg/kg (wet weight basis).  Normal Pb levels in bovine meat from Swedish farms are <0.005 mg/kg.  For eight cows that were less exposed, levels of Pb in milk taken 2 weeks after the exposure were 0.08±0.04 mg/kg.  The highest Pb level found in the milk of eight cows studied for 18 weeks was 0.22 mg/kg.  Pb in most milk samples decreased to values <0.03 mg/kg 6 weeks after

exposure. Two affected cows delivered a calf at 35 and 38 weeks after the exposure. There was a high Pb level in the blood of the cows at the time of delivery, which suggests mobilization of Pb in connection with the latter stages of gestation and delivery. Pb levels in colostrum were increased as compared to mature milk samples taken 18 weeks after exposure. The concentration of Pb in milk produced after delivery decreased rapidly with time and was almost down to the limit of detection in mature milk.

In a survey, 324 multivitamin-mineral products were analyzed for Pb content (Mindak et al. 2008). Estimates of Pb exposure from these products were derived for four groups summarized in Table 5-17. The overall median value for Pb exposure was 0.576 µg/day. Five samples would have provided exposures that exceeded 4 µg/day. The authors reported that the estimates of Pb exposures were below the provisional total tolerable intake levels for the four population groups (Mindak et al. 2008). Twenty-one elements, including Pb, were analyzed in various botanical and dietary supplements; Pb concentrations ranged from not detected to 4.21 µg/g. None of the products analyzed would result in a maximum exposure that exceeds a tolerable level of exposure (Avula et al. 2010).

### Table 5-17. Estimated Median and Maximum Lead Exposures

| Population group | Median (µg/day) | Maximum (µg/day) |
|---|---|---|
| Young children (0–6 years) | 0.123 | 2.88 |
| Older children (7+ years) | 0.356 | 1.78 |
| Pregnant or lactating women | 0.845 | 8.97 |
| Adult women | 0.842 | 4.92 |

Source: Adapted with permission from Mindak et al. (2008), American Chemical Society.

Many non-Western folk remedies used to treat diarrhea or other ailments may contain substantial amounts of Pb. Examples of these include: Alarcon, Ghasard, Alkohl, Greta, Azarcon, Liga, Bali Goli, Pay-loo-ah, Coral, and Rueda. In addition, an adult case of Pb poisoning was attributed to an Asian remedy for menstrual cramps known as Koo Sar. The pills contained Pb at levels as high as 12 ppm (CDC 1998). The source of the Pb was thought to be in the red dye used to color the pills. Pb was the most common heavy metal contaminant/adulterant found in samples (n=54) of Asian traditional remedies available at health food stores and Asian groceries in Florida, New York, and New Jersey (Garvey et al. 2001). Sixty percent of the remedies tested would give a daily dose of Pb in excess of 300 mg when taken according to labeling instructions. Pb poisoning has been caused by ingestion of a Chinese herbal medicine to which metallic Pb was added to increase its weight and sales price (Wu et al. 1996). Ayurveda is a traditional form of medicine practiced in India and other South Asian countries; the medications used often contain herbs, minerals, metals, or animal products and are made in standardized

and nonstandardized formulations (CDC 2004b). CDC (1998, 2002b) reported cases of elevated PbBs in children after consuming candy from Mexico or using various folk remedies. Elevated PbBs were reported in two 7-year-old children in Rhode Island. A sample of litargirio, which was used as an antiperspirant/deodorant, found in the home contained 79% Pb (CDC 2005).

During 2011–2012, six cases of Pb poisoning were associated with the use of 10 oral Ayurvedic medications made in India. Pb concentrations in these medications were as high as 2.4%. Blood Pb levels of these women ranged from 16 to 64 µg/dL (CDC 2012c). In 2004–2012, the New York City Department of Health and Mental Hygiene identified 22 oral medications, supplements, or remedies containing high levels of heavy metals, including Pb (Table 5-18).

### Table 5-18. Lead Content in Ayurvedic Medications and Other Health Remedies

| Product | Country where manufactured | Country where purchased | Lead content (ppm) |
|---|---|---|---|
| Calabash Chalk (Nzu) | Unknown | United States | 6.6 |
| Emperor's Tea Pill (concentrated) | China | United States | 5,400 |
| Garbha Chintamani Ras (Vrihat) (Swarna Yukt) | India | India | 120 |
| Garbha Dharak Yog | India | India | 110 |
| Garbhapal Ras | India | India | 22,000 |
| Garbhapal Ras | India | United States | 15,000 |
| Hepatico Extract (concentrated) | China | United States | 5,900 |
| Jambrulin | India | United States | 243,000 |
| Kankayan Bati (Gulma) | India | United States | 12 |
| Lakshmivilash Ras (Nardiya) | India | United States | 260 |
| Laxmana Louh | India | India | 180 |
| Maha Sudarshan | India | United States | 41 |
| Mahashakti Rasayan | India | India | 9,400 |
| Mahayogaraj Guggulu (enriched with silver) | India | United States | 47,000 |
| Ovarin | India | India | 24,000 |
| Pigmento | India | India | 7.3 |
| Pregnita | India | India | 12,000 |
| Sorin | India | India | 46,707 |
| Tierra Santa | Mexico | United States | 13 |
| Vasant Kusumakar Ras (with Gold and Pearl) | India | India | 29 |
| Vatvidhwansan Ras | India | United States | 20,000 |
| Vita Breath | United States | United States | 1,100 |

Source: CDC 2012c

A study was conducted in an urban neighborhood in Chicago in order to gauge the levels of Pb in an array of fruits, vegetables, and herbs (Finster et al. 2004). The soil Pb concentrations where the plants were sampled varied from 27 to 4,580 ppm (median 800 ppm, geometric mean 639 ppm). Detectable Pb levels in the edible fruit, vegetables, and herbs sampled ranged from 11 to 81 ppm. Only one fruiting vegetable (cucumber 81 ppm) among the 52 sampled had detectable levels of Pb in the edible portion. However, 12 of the 31 leafy vegetables and herbs sampled contained Pb in the edible shoot part of the plant (range, 11–60 ppm). The Pb concentrations in the four samples of root vegetables ranged from 10 to 21 ppm. No significant correlation was found between the Pb concentrations in the edible portion of plant and the soil Pb level.

Pb may leach from Pb crystal decanters and glasses into the liquids they contain. Port wine that contained an initial concentration of 89 µg/L Pb was stored for 4 months in crystal decanters containing up to 32% Pb oxide. At the end of 4 months, Pb concentrations in the port were 5,331, 3,061, and 2,162 µg/L in decanters containing 32, 32, and 24% Pb oxide, respectively. Pb was also found to elute from Pb crystal wine glasses within minutes. Mean Pb concentrations in wine contained in 12 glasses rose from 33 µg/L initially to 68, 81, 92, and 99 µg/L after 1, 2, 3, and 4 hours, respectively (Graziano and Blum 1991).

Hair dyes and some cosmetics may contain Pb compounds (Cohen and Roe 1991). Hair dyes formulated with Pb acetate may have Pb concentrations 3–10 times the allowable concentration in paint. Measured Pb concentrations of 2,300–6,000 µg of Pb/gram of product have been reported (Mielke et al. 1997). Pb acetate is soluble in water and easily transferred to hands and other surfaces during and following application of a hair dye product. Measurements of 150–700 µg of Pb on each hand following application have been reported (Mielke et al. 1997). In addition to transfer of Pb to the hand-to-mouth pathway of the person applying the product, Pb can be transferred to any other surface (comb, hair dryer, outside of product container, counter top, etc.) that comes into contact with the product. It is also on the hair that it is applied to and the hands applying it. Objects coming into contact with hair dyed with a Pb-containing product also become contaminated. A dry hand passed through dry hair dyed with a Pb-containing product in cream form was been shown to pick up about 786 µg of Pb. A dry hand passed through dry hair dyed using foam or liquid Pb-containing hair dye products picked up less Pb: 69 µg/hand for foam products and 73 µg/hand for liquid products (Mielke et al. 1997). An elevated PbB (12 µg/dL) in an infant was observed after the use of tiro, a Nigerian eye cosmetic applied to the infant's eyes (CDC 2012a). Elevated PbBs (27.0 and 33.5 µg/dL) were reported in two young children in New Mexico after the use of kajal, a cosmetic imported from Afghanistan, that was applied to the children's eyelids. The

kajal was reported to contain 54% Pb (CDC 2013).  Sindoor, a cosmetic and cultural/religious powder used in Hindu cultures, has been found to contain very high amounts of Pb (Lin et al. 2010).

Cases of Pb poisoning have been related to less common sources of exposure.  Illicit "moonshine" whiskey made in stills composed of Pb-soldered parts (e.g., truck radiators) may contain high levels of Pb.  Detectable levels of Pb with a maximum concentration of 5.3 mg/L were found in 7 of 12 samples of Georgia moonshine whiskey (Gerhardt et al. 1980).  Of the 115 suspected moonshine samples seized by local law enforcement between 1995 and 2001 and analyzed by the Bureau of Alcohol, Tobacco, and Firearms, 33 samples (28.7%) contained Pb levels >300 μg/dL.  The median and maximum levels were 44.0 and 53,200 μg/dL, respectively (Parramore et al. 2001).

Firing of Pb ammunition may result in exposure to Pb aerosols and dusts generated during gun or rifle discharge at levels up to 1,000 μg/m$^3$ (EPA 1985c), from Pb pellets ingested by or imbedded in animals that are used as food sources, and from Pb pellets or fragments imbedded in humans from shooting incidents (see Appendix C, Ingestion of Lead Debris).  Exposures to airborne Pb dust from firearm discharge in indoor shooting ranges has been shown to result in increases in PbBs that are 1.5–2 times higher than preexposure concentrations (Greenberg and Hamilton 1999; Gulson et al. 2002).  However, the use of copper-jacketed bullets, nonlead primers, and well-ventilated indoor firing ranges lessen the impact of airborne Pb on blood Pb levels (Gulson et al. 2002).

A Pb poisoning hazard for young children exists in imported vinyl miniblinds that had Pb added to stabilize the plastic.  Over time, the plastic deteriorates to produce Pb dust that can be ingested when the blinds are touched by children, who then put their hands in their mouths (CPSC 1996).  The U.S. Consumer Product Safety Commission (CPSC) has requested that manufacturers change the manufacturing process to eliminate the Pb.  As a consequence, vinyl miniblinds should now be Pb-free. The CPSC recommends that consumers with young children remove old vinyl miniblinds from their homes and replace them with new miniblinds made without added Pb or with alternative window coverings.

Inexpensive metallic jewelry items specifically intended for children and teenagers have been shown to contain varying levels of Pb (Maas et al. 2005).  A total of 311 chemical assays conducted using 285 jewelry items purchased in 20 different stores in California revealed that a considerable amount of Pb was added to the items, presumably to increase their weight or to impart some type of metallic coating to the surface of the item.  The mean weight percentage of Pb for all 311 assays was 30.6%.  Of the

311 samples tested, 169 contained at least 3% Pb by weight in at least one portion of the jewelry piece and 123 of the samples were found to contain >50% Pb by weight (Maas et al. 2005). In addition, 62 pieces of the purchased jewelry were tested for surface levels of Pb that could potentially be transferred dermally through the routine handling of these pieces. Using standard laboratory wipes, the surface of the jewelry pieces were wiped for a total of 20 seconds and subsequently analyzed for Pb content. Mean Pb levels in the wipes ranged from 0.06 to 541.97 μg. The authors characterized the potential Pb exposure from these dermal transfer experiments as either low exposure (<1 μg of Pb transferred to the laboratory wipe), moderate exposure (1–10 μg of Pb transferred to the laboratory wipe), high exposure (10–50 μg of Pb transferred to the laboratory wipe), and very high exposure (>50 μg of Pb transferred to the laboratory wipe). Approximately 35% of the 62 pieces tested were characterized as having low exposure, 48% were characterized as moderate exposure, 11% were characterized as high exposure, and 5% were characterized as very high exposure (Maas et al. 2005).

## 5.6   GENERAL POPULATION EXPOSURE

Measurements of Pb in blood, urine, and tissues (postmortem) have been used to assess exposures of individuals to Pb. Table 5-19 shows the lowest limit of detections that are achieved by analytical analysis of blood, urine and tissues.

### Table 5-19. Lowest Limit of Detection Based on Standards[a]

| Media | Detection limit | Reference |
|---|---|---|
| Whole blood/urine/tissue | 0.05 μg Pb/g blood or mL urine | NIOSH 1994b, Method 8003 |
| | 1 μg/100 g blood; 0.2 μg/g tissue | NIOSH 1994a, Method 8005 |
| Animal tissue | 0.1 μg/g (ICP-MS or GFAA) | NOAA 1998 |

[a]Detection limits based on using appropriate preparation and analytics. These limits may not be possible in all situations.

GFAA = graphite furnace atomic absorption; ICP-MS = inductively coupled plasma-mass spectrometry

Prior to the 1980s, aerolized Pb emissions from the use of leaded gasoline was the main source of Pb exposure for the general U.S. population. Aerolized Pb can be either inhaled or ingested after deposition on surfaces and food crops. Adult Pb exposures tend to be limited to occupational or recreational sources. For children, the primary source of Pb exposure is from surface dusts (on the ground or entrained) that contain Pb from a variety of sources including deteriorated Pb-based paint (Bornschein et al. 1986; CDC 2009; Dixon et al. 2009; Egeghy et al. 2005; EPA 1996c; Garavan et al. 2008; Gulson et al. 2009;

5. POTENTIAL FOR HUMAN EXPOSURE

Lanphear and Roghmann 1997; Lanphear et al. 1998a; Lewin et al. 1999; Malcoe et al. 2002; Mielke et al. 2007; Succop et al. 1998; Von Lindern et al. 2003, 2016; Zahran et al. 2013). Young children are particularly vulnerable to Pb exposure because of hand-to-mouth activity, which contributes to ingestion of Pb in surface dusts. Pb in the fine particle fraction of surface dusts (<150 µm) readily adheres to the skin surface, from which it can be inadvertently ingested from hand-to-mouth activity (Choate et al. 2006a, 2006b; Clausing et al. 1987; Davis and Mirick 2006; Davis et al. 1990; Siciliano et al. 2009; Yamamoto et al. 2006). Several studies have attempted to quantify soil and dust ingestion in children (Chien et al. 2017; Ozkaynak et al. 2011; Sedman et al. 1994; Stanek et al. 2012; Von Lindern et al. 2016; Wilson et al. 2013) and adults (Calabrese et al. 1990; Doyle et al. 2012; Irvine et al. 2014; Stanek et al. 1997).

Although air Pb can be a direct pathway of exposure in children, it can also be an indirect pathway from its effect on Pb concentration in surface dusts (Brunekreef 1984; Hayes et al. 1994; Hilts 2003; Rabinowitz et al. 1985; Schnaas et al. 2004; Schwartz and Pitcher 1989; Tripathi et al. 2001). Second-hand smoke may also contribute to increased Pb exposure (Apostolou et al. 2012; Mannino et al. 2003; Richter et al. 2013). Dietary sources of Pb can originate from direct or indirect transfer of atmospheric Pb emissions to secondary media such as water, food crops, game, and fish. Pb in the maternal system can also be transferred to the fetus during gestation and to the nursing infant (EPA 2014c).

Several studies provided data on Pb levels in food, with which dietary intakes of Pb for the general population in the United States have been estimated (FDA 2016a, 2016b). An analysis of individual food intakes and PbB from NHANES (2006–2008) estimated that diet explained approximately 2.9% of the variations of PbB in children and 1.6% in adults (Davis et al. 2014). A randomized survey of 250 individuals (adults and children) from the Midwest United States conducted over the period 1995–1997 estimated average dietary Pb intake to be approximately 10 µg/day (Clayton et al. 1999). The EPA has estimated mean dietary Pb intakes in children ages 6–84 months to be approximately 2 µg/day (EPA 2014c). The ban on the use of welded (non-soldered) food cans during the 1980s has resulted in a decrease in Pb exposure from foods (FDA 2006). In recent surveys, the mean Pb levels in dairy products (e.g., milk, cheese, ice cream, cream, yogurt) were generally low or below the detection limit. Mean concentrations of Pb in fruits and vegetables were also generally low. Mean concentration of Pb in baby foods ranged from not detected to 0.013 mg/kg. Possible sources of Pb in food samples include introduction during processing or preparation with drinking water contaminated with Pb, deposition of Pb onto raw materials for each food, and Pb exposure in livestock that produce dairy or meat ingredients (EPA 2014c). Pb has also been reported in home-prepared reconstituted infant formula. Although, at one

time, use of Pb solder in formula containers contributed to PbB from formula consumption (Ryu et al. 1983), this practice was phased out after 1970 in the United States and subsequently banned (FDA 1995). However, tap water remains a potential source of Pb in home-prepared formula at locations where tap water Pb concentrations are elevated.  In a study conducted in the Boston area in 1997, 2 of 40 samples of home-prepared formula had Pb concentrations >15 µg/L.  In both cases, the reconstituted formula had been prepared using cold tap water run for 5–30 seconds, drawn from the plumbing of houses >20 years old.  Pb-containing ceramic ware used in food preparation has also been associated with childhood Pb exposure in children of Hispanic ethnicity in San Diego County, California.  One study (Gersberg et al. 1997) used the IEUBK Model to determine that dietary Pb exposure from beans prepared in Mexican ceramic bean pots may account for a major fraction of blood Pb burden in children whose families use such ceramic ware.

The main source of Pb in drinking water is from the corrosion of Pb service lines, which are pipes constructed of pure Pb that connect the water distribution main to a building's internal plumbing.  Other common sources of Pb in drinking water are exposed leaded solder or corroded fixtures containing Pb (EPA 2016a).  While Pb was restricted to no more than 8% in plumbing materials in 1986, older homes and neighborhoods may still contain Pb service lines, Pb connections, Pb solder, or other Pb-based plumbing materials that may contaminate drinking water during its delivery from its source to homes. Corrosion of these older plumbing materials can result in leaching of Pb into drinking water (CDC 2012b; Hanna-Attisha et al. 2016).  Flint, Michigan is an example of how a water system with Pb sources in drinking water infrastructure resulted in elevated Pb levels in drinking water.  For decades, the drinking water for the City of Flint was purchased from the Detroit Water and Sewer Department (DWSD).  This water had optimized corrosion control and was treated with orthophosphate, a corrosion inhibitor that reduces Pb solubility and leaching from leaded plumbing materials by the formation of protective scales on the pipe's interior surface.  When the water source was changed to the Flint River in 2014, corrosion control was not implemented, which allowed Pb to leach into the drinking water (EPA 2017e).  Pb concentration in first-draw tap water tends to be higher than after the plumbing system has been flushed, although with Pb service lines, it is possible to see higher Pb concentrations in flushed water, if flushing is sufficient to draw stagnant water from the service line to the tap.  Gulson et al. (1997a) measured Pb in household water throughout the day when the plumbing system of an unoccupied test house was not flushed.  Water concentration data ranged from 119 µg/L for the initial (first-draw) sample to 35–52 µg/L for hourly samples to 1.7 µg/L for a fully flushed sample.  The 1991 LCR was implemented to protect public health by minimizing Pb and copper levels in drinking water, by primarily reducing water corrosivity (EPA 2010).  The rule set a Pb action level of 15 µg/L based on 90th percentile levels of tap

water samples. The LCR established tap sampling monitoring requirements for public water systems. One-liter samples are taken at the tap where water has stood in the pipes for at least 6 hours (first-draw) in homes and buildings that are considered high-risk of Pb and copper contamination, and the number of samples are based on the system size. Pb action level exceedances can trigger a number of steps that a water system can take to reduce Pb exposure. These requirements include implementing a corrosion control treatment program, monitoring and/or treating source water, public education, and Pb service line replacement (EPA 2004). As discussed in Section 5.5.2, EPA has proposed major changes in the LCR as of October 2019.

Other less common sources of Pb exposure also exist. Exposure may also result from engaging in hobbies that use Pb (e.g., leaded solder is used in making stained glass, molten Pb used in casting, leaded glazes and frits are used in making pottery, and Pb compounds as coloring agents in glassblowing) (Grabo 1997). The use of inadequately glazed or heavily worn earthenware vessels for food storage and cooking may result in Pb exposure (CDC 1985; EPA 1986b). Various folk remedies and Ayurvedic medication (CDC 1998, 2004b, 2012c; Garvey et al. 2001; Wu et al. 1996) and some cosmetics (Mielke et al. 1997) may also be sources of Pb exposure. Moonshine consumption was strongly associated with elevated PbBs (Morgan and Parramore 2001). A 2000 study found a median PbB of 11 µg/dL among 35 moonshine consumers versus 2.5 µg/dL in 68 randomly-selected nonmoonshine consumers (Parramore et al. 2001). Exposure to infants and children can occur from mouthing of leaded jewelry and toys containing Pb or painted with leaded paint (CDC 2018c).

Plastic food wrappers may be printed with pigments that contain Pb chromates. Plastic wrappers used for 14 different national brands of bread collected in New Jersey contained a mean concentration of 26 mg of Pb for a bag size of 2,000 cm$^2$. A survey of 106 homemakers who buy such breads indicated that 39% of them reused the bags and 16% of the respondents turned the bags inside out to reuse them, suggesting that the potential exists for Pb leaching from the paint into the stored food (Weisel et al. 1991).

Blood Pb levels measured as a part of the NHANES revealed that between 1976 and 1991, the mean PbBs of the U.S. population aged 1–74 years old dropped 78%, from 12.8 to 2.8 µg/dL. The prevalence of PbBs ≥10 µg/dL also decreased sharply from 77.8 to 4.3%. The major cause of the observed decline in PbBs is most likely the removal of 99.8% of Pb from gasoline and the removal of Pb from soldered cans (Pirkle et al. 1994). Data from the Fourth National Report on Human Exposure to Environmental Chemical are summarized in Tables 5-20 and 5-21, which provide geometric means of Pb levels in the blood and urine in segments of the U.S. population.

**Table 5-20. Geometric Mean Blood Lead Levels (µg/dL) and the 95th Percentile Confidence Interval, by Race/Ethnicity, Sex, and Age for the Years for 2011–2016**

| | Survey years | Geometric mean (95% confidence interval) | Sample size |
|---|---|---|---|
| Total | 11–12 | 0.973 (0.916–1.04) | 7,920 |
| | 13–14 | 0.858 (0.813–0.906) | 5,215 |
| | 15–16 | 0.820 (0.772–0.872) | 4,988 |
| **Age group** | | | |
| 1–5 years | 11–12 | 0.970 (0.877–1.07) | 713 |
| | 13–14 | 0.782 (0.705–0.869) | 818 |
| | 15–16 | 0.758 (0.675–0.850) | 790 |
| 6–11 years | 11–12 | 0.681 (0.623–0.744) | 1,048 |
| | 13–14 | 0.567 (0.529–0.607) | 1,075 |
| | 15–16 | 0.571 (0.523–0.623) | 565 |
| 12–19 years | 11–12 | 0.554 (0.511–0.601) | 1,129 |
| | 13–14 | 0.506 (0.464–0.551) | 627 |
| | 15–16 | 0.467 (0.433–0.504 | 1,023 |
| 20 years and older | 11–12 | 1.09 (1.03–1.16) | 5,030 |
| | 13–14 | 0.967 (0.921–1.02) | 2,695 |
| | 15–16 | 0.920 (0.862–0.982) | 2,610 |
| **Gender** | | | |
| Males | 11–12 | 1.13 (1.06–1.21) | 3,968 |
| | 13–14 | 0.994 (0.919–1.08) | 2,587 |
| | 15–16 | 1.13 (1.06–1.21) | 3,968 |
| Females | 11–12 | 0.842 (0.796–0.890) | 3,952 |
| | 13–14 | 0.746 (0.715–0.777) | 2,628 |
| | 15–16 | 0.735 (0.679–0.795) | 2,500 |
| **Race/ethnicity** | | | |
| Mexican Americans | 11–12 | 0.838 (0.767–0.916) | 1,077 |
| | 13–14 | 0.746 (0.685–0.813) | 969 |
| | 15–16 | 0.704 (0.659–0.759) | 994 |
| Non-Hispanic blacks | 11–12 | 0.998 (0.947–1.05) | 2,195 |
| | 13–14 | 0.871 (0.787–0.963) | 1,119 |
| | 15–16 | 0.856 (0.763–0.962) | 1,070 |
| Non-Hispanic whites | 11–12 | 0.993 (0.914–1.08) | 2,493 |
| | 13–14 | 0.882 (0.820–0.950) | 1,848 |
| | 15–16 | 0.835 (0.774–0.900) | 1,511 |
| All Hispanics | 11–12 | 0.855 (0.793–0.922) | 1,931 |
| | 13–14 | 0.742 (0.695–0.793) | 1,481 |
| | 15–16 | 0.703 (0.658–0.750) | 1,664 |
| Asians | 11–12 | 1.15 (1.06–1.24) | 1,005 |
| | 13–14 | 1.01 (0.923–1.11) | 510 |

**Table 5-20. Geometric Mean Blood Lead Levels (µg/dL) and the 95th Percentile Confidence Interval, by Race/Ethnicity, Sex, and Age for the Years for 2011–2016**

| Survey years | Geometric mean (95% confidence interval) | Sample size |
|---|---|---|
| 15–16 | 1.07 (0.976–1.18) | 479 |

Source: CDC 2018a

**Table 5-21. Geometric Mean Urine Lead Levels (µg/dL) and the 95th Percentile Confidence Interval, by Race/Ethnicity, Sex, and Age**

| | Survey years | Geometric mean (95% confidence interval) | Sample size |
|---|---|---|---|
| Total | 11–12 | 0.360 (0.328–0.396) | 2,504 |
| | 13–14 | 0.277 (0.257–0.298) | 2,664 |
| | 15–16 | | 3,061 |
| **Age group** | | | |
| 3–5 years | 15–16 | 0.257 (0.225–0.292) | 486 |
| 6–11 years | 11–12 | 0.346 (0.292–0.410) | 399 |
| | 13–14 | 0.222 (0.192–0.258) | 402 |
| | 15–16 | 0.346 (0.292–0.410) | 399 |
| 12–19 years | 11–12 | 0.259 (0.219–0.305) | 390 |
| | 13–14 | 0.201 (0.166–0.245) | 451 |
| | 15–16 | 0.196 (0.183–0.211) | 402 |
| 20 years and older | 11–12 | 0.381 (0.348–0.416) | 1,715 |
| | 13–14 | 0.297 (0.280–0.315) | 1,811 |
| | 15–16 | 0.304 (0.276–0.334) | 1,794 |
| **Gender** | | | |
| Males | 11–12 | 0.414 (0.367–0.466) | 1,262 |
| | 13–14 | 0.315 (0.295–0.337) | 1,318 |
| | 15–16 | 0.313 (0.285–0.343) | 1,524 |
| Females | 11–12 | 0.316 (0.282–0.355) | 1,242 |
| | 13–14 | 0.245 (0.222–0.269) | 1,346 |
| | 15–16 | 0.259 (0.233–0.288) | 1,537 |
| **Race/ethnicity** | | | |
| Mexican Americans | 11–12 | 0.372 (0.320–0.431) | 317 |
| | 13–14 | 0.277 (0.240–0.319) | 453 |
| | 15–16 | 0.259 (0.233–0.288) | 585 |
| Non-Hispanic blacks | 11–12 | 0.431 (0.385–0.483) | 669 |
| | 13–14 | 0.371 (0.320–0.429) | 581 |
| | | 0.340 (0.298–0.388) | 671 |
| Non-Hispanic whites | 11–12 | 0.346 (0.311–0.385) | 820 |
| | 13–14 | 0.267 (0.245–0.290) | 985 |
| | 15–16 | 0.275 (0.247–0.305) | 924 |
| All Hispanics | 11–12 | 0.372 (0.327–0.423) | 573 |

LEAD                                                                              417

5. POTENTIAL FOR HUMAN EXPOSURE

**Table 5-21.  Geometric Mean Urine Lead Levels (µg/dL) and the 95th Percentile Confidence Interval, by Race/Ethnicity, Sex, and Age**

|        | Survey years | Geometric mean (95% confidence interval) | Sample size |
|--------|--------------|------------------------------------------|-------------|
|        | 13–14        | 0.270 (0.239–0.305)                      | 701         |
|        | 15–16        | 0.284 (0.258–0.312)                      | 982         |
| Asians | 11–12        | 0.383 (0.341–0.429)                      | 353         |
|        | 13–14        | 0.257 (0.230–0.287)                      | 292         |
|        | 15–16        | 0.292 (0.264–0.324)                      | 332         |

Source: CDC 2019

The Adult Blood Lead Epidemiology and Surveillance (ABLES) program tracks adult (aged ≥16 years) cases with elevated PbBs from workplace exposure.  In 2016, 26 states submitted PbB data on 18,093 adults with PbBs ≥10 µg/dL.  PbBs ≥10 µg/dL declined from 26.6 adults per 100,000 employed in 2010 to 15.8 per 100,000 employed in 2016 (results for data submitted as of December 2018).  In 2016, among adults with known exposures, 90.3% had occupational exposure.  The majority of these adults were employed in manufacturing, construction, mining, and services.  Table 5-22 presents industries within each sector with the most workers with occupational exposures resulting in PbB ≥25 µg/dL during 2010–2016 (NIOSH 2017a).

**Table 5-22.  Industries by Sector with Most Workers having Blood Lead Concentrations (PbBs) ≥25 µg/dL, 2010–2016**

| NORA Sector | Industry NAICS Code |
|-------------|---------------------|
| Manufacturing | Storage battery manufacturing (33591) |
|  | Nonferrous metal (except copper and aluminum) rolling, drawing, extruding, and alloying (33149) |
|  | Alumina and aluminum production and processing (33131) |
|  | Nonferrous metal foundries (33152) |
|  | Nonferrous metal (except aluminum) smelting and refining (33141) |
|  | Other basic inorganic chemical manufacturing (32518) |
|  | Motor vehicle electrical and electronic equipment manufacturing (33632) |
| Construction | Painting and wall covering contractors (23832) |
|  | Highway, street, and bridge construction (23731) |
|  | Residential building construction (23611) |
|  | Plumbing, heating, and air-conditioning contractors (23822) |
|  | Site preparation contractors (23891) |
|  | Commercial and institutional building construction (23622) |
| Services (except public safety) | All other amusement and recreation industries (71399) |
|  | Remediation services (56291) |

**Table 5-22. Industries by Sector with Most Workers having Blood Lead Concentrations (PbBs) ≥25 µg/dL, 2010–2016**

| NORA Sector | Industry NAICS Code |
|---|---|
| | Automotive mechanical and electrical repair and maintenance (81111) |
| | Other services (except public safety industries) (71394) |
| Mining | Copper, nickel, lead, and zinc mining (21223) |

NAICS = North American Industry Classification System; NORA = National Occupational Research Agenda

Source: NIOSH 2017a

Raymond and Brown (2015a, 2015b, 2017) and analyzed the 2007–2012 and 2009–2014 datasets from the Childhood Blood Lead Surveillance (CBLS) system. In 2007, a total of 38 states identified and reported 37,289 children (<6 years) with PbB ≥10 µg/dL. In 2012, a total of 30 jurisdictions identified and reported approximately 138,000 children (<6 years) with PbB ≥5 µg/dL. In 2012, federal funding ended and several states lost their state-wide Pb poisoning prevention programs and in 2013, the number of states reporting data declined, as did the number of children reported to the CDC with PbB ≥5 µg/dL. In October 2013, federal funding resumed and in 2013, 27 states, the District of Columbia, and New York City reported data. In 2014, 30 states, the District of Columbia, and New York City reported data. Table 5-23 summarizes the number and rate per 100,000 children aged <5 years with blood Pb levels 5–9 µg/dL reported in the 2010–2014 CBLS system. PbBs ≥10 µg/dL continue to be more prevalent among children with known risk factors, such as minority race or ethnicity, urban residence, residing in homes built prior to the 1950s, and low family income (CDC 2009).

**Table 5-23. Number and Rate per 100,000 Children Aged <5 Years with Blood Lead Levels 5–9 µg/dL in the Childhood Blood Lead Surveillance System, United States, 2010–2014**

| Year | <1 Year | | 1–4 Years | |
|---|---|---|---|---|
| | Number | Rate | Number | Rate |
| 2010[a] | 18,598 | 448.48 | 137,887 | 805.62 |
| 2011[b] | 13,981 | 352.69 | 130,838 | 810.56 |
| 2012[c] | 7,876 | 199.74 | 95,854 | 596.58 |
| 2013[d] | 5,494 | 138.26 | 57,293 | 360.46 |
| 2014[e] | 5,904 | 148.51 | 70,680 | 444.49 |

[a]37 jurisdictions reporting.
[b]36 jurisdictions reporting.
[c]30 jurisdictions reporting.
[d]29 jurisdictions reporting.
[e]32 jurisdictions reporting.

**Table 5-23. Number and Rate per 100,000 Children Aged <5 Years with Blood Lead Levels 5–9 µg/dL in the Childhood Blood Lead Surveillance System, United States, 2010–2014**

| Year | <1 Year | | 1–4 Years | |
|------|---------|------|-----------|------|
|      | Number  | Rate | Number    | Rate |

Source: Raymond and Brown 2017

Various studies suggest that ingestion of game hunted with Pb shot is associated with increased PbBs. Johansen et al. (2006) collected blood samples from 50 men in Nuuk, Greenland to study the relationship between the consumption of birds hunted with Pb shot and PbBs. Men who regularly ate hunted birds killed with Pb shot had mean PbB ranging from 6.2 µg/dL in the group eating 0.1–5 bird equivalents per month to 12.8 µg/dL in those eating >30 bird equivalents per month. In addition, levels were highest in mid-winter when consumption of hunted birds was highest. Those who did not consume hunted birds had a mean PbB of 1.5 µg/dL. These results are consistent with earlier surveys of Arctic hunting communities. A 1992 survey of 492 Inuit adults from the Arctic region of Quebec, Canada showed that consumption of waterfowl, along with age and smoking, were associated with elevated PbB (Dewailly et al. 2001). The geometric mean PbB was 0.42 µmol/L (8.7 µg/dL), with a range of 0.04–2.28 µmol/L (0.8–47 µg/dL). In a cohort of Inuit newborns from northern Quebec, where the population consumed game killed with Pb shot, the geometric umbilical cord PbB was 3.9 µg/dL (range 0.2–27 µg/dL); 7% of Inuit newborns had cord PbBs >10 µg/dL as compared to 0.16% of the non-Inuit population in southern Quebec (Lévesque et al. 2003).

Second-hand smoke may also contribute to increased Pb exposure (Apostolou et al. 2012; Mannino et al. 2003; Richter et al. 2013). Pb is a component of tobacco and tobacco smoke, and smokers often have higher Pb blood levels than nonsmokers (Bonanno et al. 2001; Mannino et al. 2003). Using data from the NHEXAS EPA Region V study, PbB levels in smokers and nonsmokers were analyzed and a correlation between tobacco smoke and exposure levels was observed (Bonanno et al. 2001). The mean PbBs in smokers, nonsmokers exposed to environmental tobacco smoke (ETS), and nonsmokers without ETS were 2.85, 2.06, and 1.81 µg/dL, respectively (Bonanno et al. 2001). Recent Pb urine concentrations for the U.S. adult population from the NHANES by smoking status are presented in Table 5-24.

**Table 5-24. Geometric Mean Urine Lead Levels (µg/dL) and the 95th Percentile Confidence Interval by Smoking Status**

| | Survey years | Geometric mean (95% confidence interval) | Sample size |
|---|---|---|---|
| **Cigarette smokers** | | | |
| Total | 11–12 | 2.36 (1.71–4.62) | 876 |
| | 13–14 | 1.51 (1.30–1.91) | 957 |
| Age group | | | |
| 20–49 years | 11–12 | 1.78 (1.41–3.07) | 522 |
| 18–49 years | 13–14 | 1.34 (1.13–1.92) | 583 |
| 50 years and older | 11–12 | 3.35 (1.62–6.83) | 354 |
| | 13–14 | 1.72 (1.40–2.03) | 374 |
| Gender | | | |
| Males | 11–12 | 3.07 (1.73–5.03) | 527 |
| | 13–14 | 1.91 (1.48–2.14) | 512 |
| Females | 11–12 | 1.58 (1.14–3.45) | 349 |
| | 13–14 | 1.30 (1.12–1.41) | 445 |
| **Nonsmokers[a]** | | | |
| Total | 11–12 | 1.38 (1.25–1.58) | 1,343 |
| | 13–14 | 1.16 (0.950–1.51) | 1,487 |
| Age group | | | |
| 20–49 years | 11–12 | 1.26 (1.02–1.38) | 671 |
| 18–49 years | 13–14 | 0.880 (0.720–1.04) | 778 |
| 50 years and older | 11–12 | 1.63 (1.29–2.16) | 672 |
| | 13–14 | 1.48 (1.12–2.52) | 709 |
| Gender | | | |
| Males | 11–12 | 1.61 (1.18–2.13) | 635 |
| | 13–14 | 1.51 (1.04–2.68) | 663 |
| Females | 11–12 | 1.32 (1.06–1.38) | 708 |
| | 13–14 | 0.238 (0.219–0.258) | 824 |

[a]Cigarette nonsmokers who used other tobacco products were excluded.

Source: CDC 2018a

Studies have been conducted to determine exposure of firearm instructors to Pb at outdoor firing ranges when either nonjacketed (pure Pb) or jacketed (copper-coated) bullets were used. Instructors are likely to have higher exposure than shooters because they spend more time at the range. In studies at an outdoor range in Virginia, the mean breathing zone Pb level when nonjacketed bullets were fired was 67.1 µg/m$^3$ for one instructor and 211.1 µg/m$^3$ for another (Tripathi and Llewellyn 1990). When jacketed bullets were used, breathing zone levels decreased to ≤8.7 µg/m$^3$. PbBs of the instructors did not exceed the OSHA Pb standard's medical removal level of 2.4 µmol/L (60 µg/dL) in either case (OSHA 2016a).

When shooters fired conventional Pb bullets, their mean exposures to airborne Pb were 128 $\mu g/m^3$ in the personal breathing zone and 68 $\mu g/m^3$ in the general area. When totally copper-jacketed Pb bullets were fired, the mean breathing zone and general area air sample concentrations were 9.53 and 5.80 $\mu g/m^3$, respectively (Tripathi and Llewellyn 1990). At an outdoor uncovered range in Los Angeles, instructors who spent an average of 15–20 hours/week behind the firing line were found to be exposed to breathing zone Pb concentrations of 460 and 510 $\mu g/m^3$ measured as 3-hour, time-weighted averages. The PbB of one instructor reached 3.38 $\mu mol/L$ (70 $\mu g/dL$). After reassignment to other duties, repeat testing indicated his PbB had dropped to 1.35 $\mu mol/L$ (28 $\mu g/dL$) (Goldberg et al. 1991).

In 1991, NIOSH conducted a survey of the Federal Bureau of Investigations (FBI) Firearms Training Unit firing ranges and related facilities to determine occupational Pb exposures among FBI and Drug Enforcement Agency (DEA) firing range personnel (NIOSH 1996b). Sixty-one personal breathing-zone and 30 area samples for airborne Pb were collected. Exposures ranged up to 51.7 $\mu g/m^3$ (mean, 12.4 $\mu g/m^3$), 2.7 $\mu g/m^3$ (mean, 0.6 $\mu g/m^3$), and 4.5 $\mu g/m^3$ (mean, 0.6 $\mu g/m^3$) for range instructors, technicians, and gunsmiths, respectively. Exposure of custodians ranged from nondetectable to 220 $\mu g/m^3$ during short-term cleaning of a large indoor range. Carpet dust sampling of dormitory rooms of students who practiced at the firing ranges revealed higher (p<0.0005) dust-Pb concentrations when compared to nonstudent dormitories (dust-Pb concentration range of 116–546 $\mu g/g$ with a geometric mean of 214 $\mu g/g$ in the student's rooms versus a dust-Pb concentration range of 50–188 $\mu g/g$ with a geometric mean of 65 $\mu g/g$ for the nonstudent rooms). This suggested that the students were contaminating their living quarters with Pb.

The American Academy of Pediatrics (AAP) (1998, 2005) concluded that although monitoring data demonstrate a decline in PbBs, Pb remains a common, preventable, environmental health threat. Most Pb poisoning in children is the result of dust and chips from deteriorating Pb paint on interior surfaces (AAP 2005, 2016; ATSDR 2017). The AAP supported the CDC guidelines endorsing universal screening in certain areas and targeted screening for children at high risk (CDC 1997b, 2005). Many children continue to be at risk for ingestion of Pb-based paint and of soil and dust contaminated through the deterioration of Pb-based paint and the residues from combustion of leaded gasoline. A 1974 study indicated that elevated PbBs in children were most likely a result of ingesting Pb-contaminated soil, and that the most likely source was Pb-based paint rather than Pb from automotive exhaust (Ter Haar and Aronow 1974). However, more recent studies have shown that children with the highest PbBs live in areas with high traffic flow where Pb particles in the air may fall directly to the soil or adhere to the outer surfaces of building and wash to the soil with rain (Mielke et al. 1989, 2008, 2010). The CDC concluded that a

common source of Pb exposure for children who have elevated PbB is Pb-based paint that has
deteriorated into paint chips and Pb dusts (CDC 1997b, 2012d).

Pb can readily cross the placenta; therefore, exposure of women to Pb during pregnancy results in uptake
by the fetus.  Furthermore, since the physiological stress of pregnancy may result in mobilization of Pb
from maternal bone, fetal uptake of Pb can occur from a mother who was exposed to Pb before
pregnancy, even if no Pb exposure occurs during pregnancy.  Maternal Pb can also be transferred to
breastfeeding infants.

Malcoe et al. (2002) assessed Pb sources and their effect on blood Pb in rural Native American and white
children living in a former mining region.  Blood samples, residential environmental samples (soil, dust,
paint, water), and caregiver interviews (hand-mouth behaviors, socioeconomic conditions) were obtained
from a representative sample of 245 children ages 1–6 years.  There were no ethnic differences in the
results.  However, poor children were especially vulnerable.  Regression analysis showed that mean floor
dust Pb loading >10.1 $\mu g/ft^2$ and yard soil Pb >165.3 mg/kg were independently associated with blood Pb
levels ≥10 $\mu g/dL$.

The Pb content of dusts can be a significant source of exposure, especially for young children.  Baseline
estimates of potential human exposure to dusts, including intake due to normal hand-to-mouth activity,
are 0.2 g/day for children 1–6 years old versus 0.1 g/day for adults when both indoor and outdoor
ingestion of soil including dust is considered (EPA 1989a).  For children who engage in pica behavior
(the compulsive, habitual consumption of nonfood items), the ingestion rate of soil can be as high as
5 g/day.  Although ingestion of Pb-containing paint may lead to elevated PbBs in young children, a major
source of elevated PbBs (>10 $\mu g/dL$) in children is often contaminated household dust and subsequent
hand contamination and repetitive mouthing (Bornschein et al. 1986; Charney et al. 1980; Dixon et al.
2009; Lanphear and Roghmann 1997; Lanphear et al. 1998a; Succop et al. 1998).  Weathering of
Pb-based paint can contribute to the Pb content of dust and soil.  Pb levels of indoor dust and outdoor soil
were found to be strongly predictive of PbBs in over 200 urban and suburban infants followed from birth
to 2 years of age; however, PbBs were not correlated with indoor air or tap water Pb levels, nor the size of
nearby roadways.  Indoor dust Pb levels and soil Pb levels in the homes of children with high PbBs
(>8.8 $\mu g/dL$) were 72 $\mu g/wipe$ (window sill dust) and 1,011 $\mu g/g$, respectively; children with low PbBs
(<3.7 $\mu g/dL$) were exposed to 22 $\mu g/wipe$ and 380 $\mu g/g$, respectively.  In addition, 79% of the homes of
children with high PbBs had been renovated, while only 56% of the homes of children with low PbBs had
been renovated, suggesting that renovating the interior of homes previously painted with leaded paint may

increase, at least temporarily, a child's exposure to Pb dust (Rabinowitz et al. 1985). Regular use of dust control methods (e.g., wet mopping of floors, damp-sponging of horizontal surfaces, high-efficiency vacuum cleaner) has been shown in some, although not all, cases to reduce indoor dust, Pb dust, and blood Pb levels in some, although not all, older homes containing leaded paints (Lanphear et al. 2000b; Rhoads et al. 1999). Decreases of between 17 and 43% in blood Pb concentrations were observed in children where regular dust control methods had been used to reduce indoor levels of Pb (Rhoads et al. 1999). EPA (2014c) summarized concentrations of Pb in house dust in the United Stated from 2006 to 2011; these data are presented in Table 5-25.

PbB samples from 1,473 children <5 years old were analyzed prior to and after the change in drinking water source in the city of Flint, Michigan (Hanna-Attisha et al. 2016). Prior to the change, 2.4% of the children had PbB levels exceeding 5 μg/dL (n=736). Following the change in water source, 4.9% of children's PbB levels exceeded 5 μg/dL for samples obtained from January 1 to September 15, 2015 (n=737). The study also found that in areas where ≥25% of the drinking water samples exceeded 15 μg/L, the percentage of children with PbB levels >5 μg/dL increased from 4.0 to 10.6%. Gomez et al. (2018) analyzed PbB levels for children <5 years old in Flint, Michigan over an 11-year time span from 2006 to 2016. The percentage of children with PbB levels >5.0 μg/dL declined from 11.8% in 2006 to 3.2% by 2016. The study authors noted an uptick in the geometric mean PbB level during the height of the Flint water crisis from 1.19±0.02 to 1.30±0.02 μg/dL in 2014–2015, but it declined to 1.15±0.02 μg/dL in 2016 after the water source was switched back to the DWSD. The authors concluded that while there was a slight increase in PbB levels during the time at which the source of drinking water was changed for residents of Flint, the overall trend for the 11-year time span was decreasing PbB levels with a nearly 73% reduction in the percentage of children having levels >5 μg/dL. A second study analyzed PbB levels for females aged 12–50 years prior to (April 25, 2012–October 15, 2013), during (April 25, 2014–October 15, 2015), and immediately after (April 25, 2016–October 15, 2017) the Flint water crisis (Gomez et al. 2019). The authors found that blood levels did not increase for females of child-bearing age residing in Flint during the period when the water supply was changed from the DWSD to the Flint River. The geometric means reported were 0.69 μg/dL (April 25, 2012–October 15, 2013), 0.65 μg/dL (April 25, 2014–October 15, 2015), and 0.55 μg/dL, (April 25, 2016–October 15, 2017).

**Table 5-25. Measurements of Lead in Indoor Dust in the United States from 2006 to 2011**

| Location | Sample site | Value reported |
|---|---|---|
| New York City, New York | Glass plate next to open window of academic building | Median weekly dust loading: 52 µg/m² |
| Eureka, Utah near Eureka Mills Superfund Site | Indoor home site (not specified) | Dust concentrations, range: 160–2,000 mg/kg |
| Denver, Colorado, near Vasquez Blvd and I-70 Superfund Site | Indoor home site (not specified) | Dust concentrations, range: 11–660 mg/kg |
| East Helena, Montana, near East Helena Superfund Site | Indoor home site (not specified) | Dust concentrations, range: 68–1,000 mg/kg |
| Syracuse, New York | Floor | Dust concentrations, range: 209–1,770 mg/kg |
| United States (nationwide) | Smooth floor | Median dust loading: 1.7 µg/m²<br>Average dust loading: 4.4 µg/m² |
| | Rough floor | Median dust loading: 5.6 µg/m²<br>Average dust loading: 16 µg/m² |
| | Smooth windowsill | Median dust loading: 2.5 µg/m²<br>Average dust loading: 190 µg/m² |
| | Rough windowsill | Median dust loading: 55 µg/m²<br>Average dust loading: 480 µg/m² |
| Milwaukee, Wisconsin | Central perimeter | Average dust concentration: 107 µg/m² |
| | Entry | Average dust concentration: 140 µg/m² |
| | Window | Average dust concentration: 151 µg/m² |
| Rural towns, Idaho | Vacuum | Dust concentration<br>Median: 120 mg/kg<br>Maximum: 830 mg/kg |
| | Floor | Median dust concentration: 95 mg/kg<br>Maximum dust concentration: 1,300 mg/kg |
| Bunker Hill, Idaho Superfund Site | Vacuum | Median dust concentration: 470 mg/kg<br>Maximum dust concentration: 2,000 mg/kg |
| | Floor | Median dust concentration: 290 mg/kg<br>Maximum dust concentration: 4,600 mg/kg |

Source: EPA 2014c

Lanphear and Roghmann (1997) and Lanphear et al. (1996a, 1996b, 1998b) studied factors affecting PbBs in urban children and found the following independent predictors of children's PbBs: dust Pb loading in homes (carpets, uncarpeted floors, window sills, and troughs), African-American race/ethnicity, foundation perimeter soil Pb levels, ingestion of soil or dirt, Pb content and condition of interior painted surfaces, and first-flush kitchen drinking water Pb levels (Lanphear et al. 1996a, 1996b). Differences in housing conditions and exposures to Pb-containing house dust appear to contribute to the

racial differences in urban children's PbBs. In addition, white children were more likely to put soil in their mouths (outdoor exposure) and suck their fingers, and African-American children were more likely to put their mouths on window sills (indoor exposure) and to use a bottle. Interior Pb exposures were more significant for African American children and exterior Pb exposures were more significant for white children (Lanphear et al. 1996a, 1996b). Mouthing behaviors are an important mechanism of Pb exposure among urban children (Lanphear and Roghmann 1997). Community characteristics such as residence within a city, proportion of African Americans, lower housing value, housing built before 1950, higher population density, higher rates of poverty, lower percent of high school graduates, and lower rates of owner-occupied housing have been used to identify children with elevated blood levels (Lanphear et al. 1998b). An analysis of children's PbBs and multiple measures of Pb concentrations in household dust, tap water, foundation perimeter soil, and interior house paint has been used to predict the effect of changing concentrations of Pb in environmental media on children's PbBs. An increase in dust Pb loading from background to 200 $\mu g/ft^2$ was estimated to produce an increase of 23.3% in the percentage of children estimated to have a PbB >10 $\mu g/dL$; an increase in tap water Pb concentration from background to 15 $\mu g/L$ was estimated to produce an increase of 13.7% in the percentage of children estimated to have a PbB level >10 $\mu g/dL$; and an increase in soil Pb concentration from background to 400 $\mu g/g$ was estimated to produce an increase of 11.6% in the percentage of children estimated to have a PbB level >10 $\mu g/dL$ (Lanphear et al. 1998a).

Outdoor Pb dust was found to be a more potent contaminant of children's hands than indoor dust at daycare centers in New Orleans; boys, in general, had higher hand Pb levels than girls. The conclusions were based on Pb analysis of hand wipe samples taken before and after children played outdoors at four different daycare centers (a private inner-city site, a private outer-city site, a public inner-city site, and a public outer-city site). The private inner-city site had a severely contaminated outdoor play area with measured soil Pb concentrations ranging from 287 to 1,878 mg/kg. The outdoor play area at the public inner-city site, where children exhibited the lowest hand Pb measurements of any site in the study, had been completely paved over with concrete or rubberized asphalt and had well-maintained equipment (Viverette et al. 1996).

EPA conducted the Urban Soil Lead Abatement Demonstration Project (USLADP), also known as the "Three City Lead Study," in Boston, Baltimore, and Cincinnati (EPA 1996c). The purpose was to determine whether abatement of Pb in soil could reduce PbBs of inner-city children. No significant evidence was found that soil abatement had any direct impact on children's PbBs in either the Baltimore or Cincinnati studies. In the Boston study, however, a mean soil Pb reduction of 1,856 ppm resulted in a

mean decline of 1.28 µg/dL PbB at 11 months postabatement (Weitzman et al. 1993).  Phase II extended the study to 2 years and included soil abatement of the two comparison areas from Phase I (Aschengrau et al. 1994).  Combined results from Phase I and II suggested a higher impact of soil remediation on PbBs (2.2–2.7 µg/dL).  EPA reanalyzed the data from the USLADP in an integrated report (EPA 1996c).  They concluded that when soil is a significant source of Pb in the child's environment, under certain conditions, the abatement of that soil will result in a reduction in exposure and consequently, PbB level.  The results of the USLADP suggest that a number of factors are important in determining the influence of soil remediation on PbBs in children.  These include the site-specific exposure scenario, the magnitude of the remediation, and the magnitude of additional sources of Pb exposure.

Authors of a study of PbBs in children in Toronto, Canada, before and after abatement of Pb-contaminated soil and house dust found that they could neither strongly support nor refute beneficial effects of abatement.  The failure to reach a definite conclusion from the results of the study, which included data from 12 cross-sectional blood-screening surveys that were conducted over an 8-year period, was due, in part, to a low response rate (32–75%) to questionnaires used to determine behavioral, household, lifestyle, neighborhood, and environmental factors relating to study participants (Langlois et al. 1996).

Seasonal variations in PbBs in children have been observed in a number of studies (Gulson et al. 2008; Haley and Talbot 2004; Havlena et al. 2009; Kemp et al. 2007; Johnson and Bretsch 2002; Johnson et al. 1996; Laidlaw et al. 2005; Yiin et al. 2000).  These studies suggest a general trend of increasing PbB during late summer and early fall.  In addition to seasonal patterns in behavior (e.g., outdoor activities), seasonal patterns in weather (humidity and wind velocity) that promote re-entrainment and transport of dust Pb may contribute to the observed seasonal patterns in PbB (Laidlaw et al. 2005, 2012).

In addition to the ingestion of hand soil/dust through normal hand-to-mouth activity, some children engage in pica behavior (consumption of nonfood items), which can put them at increased risk through ingestion of large amounts of soil contaminated with Pb.  It has been estimated that an average child may ingest between 20 and 50 mg of soil/day and that a pica child may ingest ≥5,000 mg of soil/day (LaGoy 1987; Mielke et al. 1989).  If the soil contains 100 µg/g of Pb, an average child may be exposed to 5 µg Pb/day from this source alone (Mielke et al. 1989), and a pica child may be exposed to >100 times that amount.

Improper removal of Pb from housing known to contain Pb-based paint can significantly increase Pb levels in dust, thus causing Pb toxicity in children living in the home during the Pb-removal process. Four such cases have been documented (Amitai et al. 1987). In January 1995, the New York State Department of Health identified 320 children in 258 households in New York State (excluding New York City) with PbBs ≥20 μg/dL that were considered to be attributable to residential renovation and remodeling (CDC 1997a).

Workers occupationally exposed to Pb can carry Pb home on clothing, bodies, or tools (take home exposure). PbBs of children in households of occupationally exposed workers were almost twice those of children in neighboring homes whose parents were not occupationally exposed to Pb (median ranges were 10–14 and 5–8 μg/dL, respectively) (Grandjean and Bach 1986). Young children (<6 years old) of workers exposed to high levels of Pb in workplace air at an electronic components plant (61–1,700 μg Pb/m³ ambient concentrations) had significantly elevated PbBs (13.4 μg/dL) compared with children from the same locale whose parents did not work in the electronics plant (7.1 μg/dL) (Kaye et al. 1987). Based upon data collected from 1987 to 1994, children aged 1–5 years (n=139) of workers whose occupation resulted in Pb exposure had a geometric mean PbB of 9.3 μg/dL as compared to a U.S. population geometric mean of 3.6 μg/dL (Roscoe et al. 1999). Of this group, 52% of the children had PbBs ≥10 μg/dL compared to 8.9% of the U.S. population and 21% had PbBs ≥20 μg/dL compared to 1.1% of the U.S. population (Roscoe et al. 1999). However, improved industrial hygiene procedures are likely to have decreased worker take-home exposures. Exposures of Pb workers' families have been identified in nearly 30 different industries and occupations. Industries in which exposure of family members has been reported most often include Pb smelting, battery manufacturing and recycling, radiator repair, electrical components manufacturing, pottery and ceramics, and stained glass making (NIOSH 1995). Children of Pb-exposed construction workers may also be at increased risk (Whelan et al. 1997).

Children may be exposed to Pb because of activities associated with certain hobbies and artistic activities practiced by adults in the home. Some of the more obvious hobbies and activities involving use of Pb-containing materials include casting, stained glass, pottery, painting, glassblowing, and screenprinting. Activities involving use of Pb-containing materials should always be done in an area well-ventilated with outdoor air and should never be done with children in the same room or in close proximity. Maas et al. (2005) indicated that high levels of Pb are prevalent in inexpensive cosmetic jewelry that is sold to the general public at retail stores.

Accidental or intentional ingestion of folk remedies (e.g., Chinese herbal medicines and Ayurvedic medicines containing Pb) or use of the Pb containing eye cosmetic tiro in children (discussed in Section 5.5.5) represents another source for potential Pb-poisoning in children. Sindoor, a cosmetic and cultural/religious powder used in Hindu cultures, has been found to contain very high amounts of Pb (Lin et al. 2010). Hair dyes formulated with Pb acetate represent a potential source for Pb-poisoning both by accidental ingestion and by hand-to-mouth activity following contact with Pb-contaminated surfaces, including dyed hair of adults (Mielke et al. 1997).

Children may be exposed to Pb through the inhalation of second-hand smoke. Mannino et al. (2003) employed data from the NHANES III and analyzed PbBs of children aged 4–16 years who were exposed to high, low, and intermediate levels of second-hand smoke. Serum levels of the nicotine biomarker cotinine were used to classify the children into one of the three second-hand smoke exposure categories. The geometric mean PbBs were 1.5, 1.9, and 2.6 μg/dL for children with low (≤0.050–0.104 ng/mL), intermediate (0.105–0.562 ng/mL), and high (0.563–14.9 ng/mL) serum cotinine levels, respectively (Mannino et al. 2003).

## 5.7   POPULATIONS WITH POTENTIALLY HIGH EXPOSURES

In addition to workers exposed to Pb in the workplace and family members of workers exposed via take home exposure, other population groups are at risk for potential exposure to high levels of Pb. These include populations residing in older housing or buildings that contain deteriorating leaded paint or that have galvanized pipes, Pb service lines, or scales that contain Pb within a distribution public water system; in high-traffic areas with legacies from leaded gasoline; near sites where Pb was produced or disposed; or near one of the NPL hazardous waste sites where Pb has been detected in some environmental media (ATSDR 2017b; EPA 2014c, 2016a). Since Pb is often detected in tobacco and tobacco smoke, persons who use chewing tobacco or smoke or are exposed to second-hand smoke, may have higher PbB levels than persons that do not use these products (Apostolou et al. 2012; Bonanno et al. 2001; Richter et al. 2013). Recent studies have also found e-cigarettes to be a potential source of Pb exposure (Olmedo et al. 2018). Other Pb sources that can contribute to elevated exposures to individual children or adults include mouthing or ingestion of toys containing Pb and consumption of candy and folk remedies and illicitly manufactured drugs that contain Pb (CDC 2002b, 2018c).

General population exposure is most likely to occur through the ingestion of food and water contaminated with Pb. Based on a multimedia Pb exposure modeling analysis for children 1–5 years old at upper

percentiles of PbB in the U.S. population, soil and dust ingestion are dominant exposure pathways, but for lower percentiles, other age groups (e.g., younger children), or specific local U.S. locations, the main exposure source/pathway could be different (Zartarian et al. 2017). However, some individuals and families may be exposed to additional sources of Pb in their homes. This is particularly true of older homes that may contain Pb-based paint. In an attempt to reduce the amount of exposure due to deteriorating leaded paint, the paint is commonly removed from homes by burning (gas torch or hot air gun), scraping, or sanding. These activities have been found to result, at least temporarily, in higher levels of exposure for families residing in these homes. In addition, those individuals involved in the paint removal process (i.e., do-it-yourself renovators and professionals who remove Pb) can be exposed to such excessive levels that Pb poisoning may occur (Chisolm 1986; Fischbein et al. 1981; Rabinowitz et al. 1985). Special populations at risk of high exposure to tetraethyl Pb include workers at hazardous waste sites and those involved in the manufacture and dispensing of tetraethyl Pb (Bress and Bidanset 1991).

# CHAPTER 6.  ADEQUACY OF THE DATABASE

Section 104(i)(5) of CERCLA, as amended, directs the Administrator of ATSDR (in consultation with the Administrator of EPA and agencies and programs of the Public Health Service) to assess whether adequate information on the health effects of Pb is available.  Where adequate information is not available, ATSDR, in conjunction with NTP, is required to assure the initiation of a program of research designed to determine the adverse health effects (and techniques for developing methods to determine such health effects) of Pb.

Data needs are defined as substance-specific informational needs that, if met, would reduce the uncertainties of human health risk assessment.  This definition should not be interpreted to mean that all data needs discussed in this section must be filled.  In the future, the identified data needs will be evaluated and prioritized, and a substance-specific research agenda will be proposed.

## 6.1    INFORMATION ON HEALTH EFFECTS

Studies evaluating the health effects of exposure of humans Pb that are discussed in Chapter 2 are summarized in Figure 2-1.  The purpose of this figure is to illustrate the information concerning the health effects of Pb.  The number of human studies included in the profile for each endpoint is indicated regardless of whether an effect was found.

The health effects of Pb have been extensively studied in humans, including numerous studies in children. Due to the extent of the database in humans, a comprehensive review of the complete epidemiological database is not feasible.  Epidemiological studies included in Chapter 2 were selected to identify the major lines of evidence regarding health effects in humans.  Because the database of epidemiological studies is so large, animal studies were not included in the profile.  Due to the increasing awareness that low-level environmental exposure resulting in blood Pb concentrations (PbB) <10 µg/dL is associated with adverse effects, particularly in children, the primary objective of current research is focused on health effects associated with PbB ≤10 µg/dL.  Additional details on studies with PbB ≤10 µg/dL, including statistical analyses and assessment of confounding factors, are provided in the *Supporting Document for Epidemiological Studies for Lead.*

Health effects of Pb in humans are not defined in terms of route or duration of exposure.  Epidemiological studies on Pb toxicity rely on internal exposure metrics (e.g., PbB), rather than measurements of external

exposures (e.g., concentration of Pb in water or air) or ingested dose.  Furthermore, once absorbed into the body, the health effects of Pb are the same, regardless of the route of exposure.  Environmental exposure to Pb occurs continuously over a lifetime and Pb can be retained in the body for decades; therefore, health effects of Pb in humans are considered to be associated with chronic exposure, rather than to shorter exposures.

## 6.2    IDENTIFICATION OF DATA NEEDS

A data need, as defined in ATSDR's *Decision Guide for Identifying Substance-Specific Data Needs Related to Toxicological Profiles* (ATSDR 1989), is substance-specific information necessary to conduct comprehensive public health assessments.  Generally, ATSDR defines a data gap more broadly as any substance-specific information missing from the scientific literature.

Increased awareness of the potential adverse consequences of low environmental exposures to Pb has led to changes in U.S. public health policy, with a focus on lowering PbB levels to well below 10 µg/dL (CDC 2012d; EPA 2016b).  In 2012, the CDC concluded that the 97.5[th] percentile of the U.S. PbB distribution (based on NHANES data) should be considered a reference value for identifying children who have "elevated" PbB (CDC 2012d).  At that time, the 97.5[th] percentile was approximately 5 µg/dL.  Therefore, additional epidemiological studies for all health outcomes are needed.  The objective of these additional studies would be to define the low end of the dose-response curve (e.g., at PbB ≤5 µg/dL) and to identify threshold levels for health outcomes.

**MRLs.**  Epidemiological studies have identified health effects of Pb in all organ systems.  However, exposure thresholds for effects have not been identified, and it is not possible to determine from the epidemiological data which organ system are the most sensitive (i.e., primary) targets for Pb toxicity.  Because clear thresholds for these effects have not been identified, MRLs for Pb have not been derived.  Additional epidemiological studies would provide more data to further characterize effects; however, as PbBs continue to decline and effects are observed at the lowest PbB examined, identification of control groups has become increasingly difficult.  Thus, it is not anticipated that additional epidemiological studies would identify threshold values for Pb-induced toxicity endpoints.

**Health Effects.**  As noted above, epidemiological studies have identified health effects of Pb in every organ system at the lowest PbB evaluated.  Additional prospective studies on all health outcomes would provide important information to further characterize the effects of Pb and evaluate potential implications

for long-term effects.  However, as noted above, it is not anticipated that additional epidemiological studies would identify threshold values for health effects.

**Epidemiology and Human Dosimetry Studies.**  Several models of the Pb exposure-biokinetics toxicokinetics in humans have been developed and used in dosimetry studies.  Additional studies would be helpful for addressing major uncertainties in these models, including:  (1) absence of calibration data for the kinetics of Pb in blood and bone in children in association with exposures that have been quantified with high certainty; (2) absence of calibration data on bone Pb concentrations in adolescents and adults in association with exposures that have been quantified with high certainty; (3) absence of data on the absolute bioavailability of ingested Pb in older children and adolescents; (4) incomplete understanding of Pb kinetics during periods of changing bone metabolism, including adolescence, pregnancy, and menopause; and (5) incomplete understanding of inter- and intra-individual variability in model parameter values in humans.  In addition, there is a need for studies that can evaluate or validate model predictions of concentrations of Pb in blood and other tissues in populations in which PbBs are typical of the U.S. population ($\leq 5$ µg/dL).

**Biomarkers of Exposure and Effect.**  Measurement of blood Pb concentration is the most widely used biomarker of Pb exposure and is used to identity children who have elevated exposures.  Measurement of bone Pb by XRF has been used to estimate Pb body burden in adults, which is a more accurate biomarker of long-term exposure than PbB.  Additional studies that could improve and evaluate the validity of non-invasive biomarkers (e.g., hair, saliva, sweat, deciduous teeth, urine) for quantifying exposure would be helpful for population monitoring of Pb exposures and for epidemiology of Pb health effects.

**Absorption, Distribution, Metabolism, and Excretion.**  Studies of Pb absorption are limited to studies in infants and adults.  No data are available on the absorption of Pb in older children and adolescents.  Additional studies of Pb absorption in this age category would be useful for improving exposure-biokinetic models.

A variety of factors are known to influence the absorption of ingested Pb, including the chemical form of the ingested Pb, the presence of food in the gastrointestinal tract, diet, and nutritional status with respect to calcium, vitamin D, and iron; however, for the most part, the mechanisms by which these interactions occur are not fully understood.  This reflects, in part, a lack of understanding of the mechanisms by which Pb is absorbed in the gastrointestinal tract, and studies aimed at elucidating such mechanisms would be

helpful for developing PBPK models that accurately simulate relationships between Pb exposure and Pb in blood and other target and biomarker tissue.

The quantitative significance of the dermal absorption pathway as a contributor to Pb body burden remains an uncertainty. Few studies are available on Pb absorption after dermal exposure of inorganic Pb compounds in humans. Children may experience extensive dermal contact with Pb in soil, sand, or surface water and suspended sediment (e.g., beach or shoreline exposure scenario), even a low percent absorption across the skin may represent a significant internal dose. Therefore, additional studies designed to quantify dermal absorption of inorganic Pb compounds from both aqueous media and from soil would be helpful for improving PBPK models, in particular, studies that enable measurements to be extrapolated to children.

**Comparative Toxicokinetics.** Animal models (e.g., swine, mouse) have been used extensively as a model for assessing relative bioavailability of Pb in ingested soil in humans and for evaluating *in vitro* approaches to assessing bioaccessibility of Pb. However, no studies are available in which the absolute or relative bioavailability of ingested Pb has been quantitatively compared in animal models and humans. Such studies would be useful for validating both the *in vivo* swine model and the *in vitro* bioaccessibility model.

**Children's Susceptibility.** Children are likely to have increased susceptibility to Pb compared to adults for several reasons: increased susceptibility of developing physiological systems compared to mature systems; increased absorption of Pb in children compared to adults; and common childhood behaviors (e.g., hand-to-mouth activity, pica behavior [the compulsive, habitual consumption of nonfood items], proximity of breathing zone to entrained surface dust). In addition, several other factors may affect children's susceptibility to Pb, including (but not limited to) family socio-economic status, parent education, parent alcohol, tobacco, and drug use, allergen exposure, and family history of disease, although these factors may not be unique to children. Additional studies evaluating these factors would provide an increased understanding of relative contributions of these factors to child PbB and associated health effects.

**Physical and Chemical Properties.** No data needs were identified regarding physical and chemical properties of Pb.

**Production, Import/Export, Use, Release, and Disposal.**  Continued monitoring of Pb production, import/export, use, release, and disposal would be helpful for identifying sources of potential human exposure.  In particular, additional data on releases of Pb from leaded gasoline used in piston-driven engines would be helpful for determining potential contributions of this source to human exposure. Industrial wastes, as well as consumer products, containing Pb are disposed of in municipal and hazardous waste landfills.  Current information on the amounts being disposed would be helpful for evaluating potential for exposures to Pb from these sources.

**Environmental Fate.**  Additional information on the atmospheric transformations of organic and inorganic Pb compounds would be helpful for identifying Pb compounds to which humans are most likely to be exposed by inhalation.  Additional data regarding the chemical speciation and the transformation pathways of Pb in soils and water with varying properties such as pH, oxygen content, and salinity would be helpful for improved understanding of the environmental fate of Pb in soils and water.

**Bioavailability from Environmental Media.**  Studies conducted in animal models show that oral RBA of soil Pb varies depending upon the Pb mineralogy and physical characteristics of the Pb in the soil.  There is only one published study that assessed the bioavailability of Pb in humans (adults) who ingested hazardous waste site soil.  Additional studies of this type would provide an improved basis for estimating Pb uptake in people who are exposed to Pb in soil.  No studies have measured oral RBA of surface dusts.  Since this is an important exposure pathway, especially in urban environments, studies of oral Pb RBA of surface dusts collected from various types of indoor and outdoor surfaces, including those impacted by paint Pb, would be helpful.

Recent interest in the use of soil-amending agents (e.g., phosphate) to reduce soil Pb bioavailability, would be served by additional studies directed at developing methods for monitoring the magnitude and persistence of the effect of amending agents on Pb bioavailability and for predicting the magnitude of the effect for improved design of amending projects.

**Food Chain Bioaccumulation.**  No data needs were identified regarding food chain bioaccumulation.

**Exposure Levels in Environmental Media.**  Reliable monitoring data for the levels of Pb in contaminated media at hazardous waste sites are needed so that the information obtained on levels of Pb in the environment can be used in combination with the known body burden of Pb to assess the potential risk of adverse health effects in populations living in the vicinity of hazardous waste sites.  Continued

monitoring of Pb levels in air, drinking water, and diet (e.g., food and bottled water) would be helpful for evaluating potential for exposures to Pb from these sources. Continued testing of consumer products would be helpful for identifying potential localized sources of human exposure (e.g., ceramics, cosmetics, jewelry, toys).

**Exposure Levels in Humans.** Continued updating of national (e.g., NHANES) and regional surveys of Pb biomarkers (e.g., PbB) would be helpful for assessing temporal and demographic trends in Pb exposure in the U.S. population as well as for evaluating associations between Pb exposure and health metrics (e.g., those included in the NHANES), and for evaluating models that relate exposure to PbB.

**Exposures of Children.** Since an important variable in estimating Pb intakes from measurements of surface dust Pb levels is the rate of surface dust ingestion, improved estimates of soil ingestion would increase confidence in predictions of Pb intakes associated with exposures to Pb in surface dusts. In some contexts, exposure to surface dust Pb is measured in terms of Pb loading ($\mu g/Pb/cm^2$ of surface area available for contact); however, Pb loading measurements do not provide a direct way of estimating Pb ingestion without corresponding estimates of dust loading and surface dust ingestion rates. Improved methods for translating measurements of Pb loading into estimates of surface dust Pb concentration or surface dust Pb intake would be helpful for improving models for predicting exposure-Pb relationships in children.

## 6.3  ONGOING STUDIES

Ongoing studies on Pb are outlined in Table 6-1. Note that the studies listed below are funded by the National Institute of Health (NIH) and do not include ongoing studies that are funded by other sources.

### Table 6-1.  Ongoing Studies on Lead (Pb)

| Investigator | Affiliation | Research description | Sponsor |
|---|---|---|---|
| Bhattacharya, A | University of Cincinnati | Epidemiological study evaluating the effects of childhood Pb exposure on bone and musculature in African-American women | NIEHS |
| Kordas, K | State University of New York at Buffalo | Epidemiological study on the interaction between metals and neurobehavioral outcomes in children and adolescents | NIEHS |
| Lamas, G | Mt. Sinai Medical Center | Investigation effects of chelation-reduced PbB on myocardial infarction | NCCIH |

### Table 6-1. Ongoing Studies on Lead (Pb)

| Investigator | Affiliation | Research description | Sponsor |
|---|---|---|---|
| Lu, Q | Harvard School of Public Health | Study in children to evaluate SPP1 upregulation as a critical mechanism linking Pb exposure with neural stem cell function and neurodevelopment in children | NIEHS |
| Papautsky, I | University of Illinois at Chicago | Longitudinal study to evaluate the relationship between PbB and functional gait and static and dynamic balance in an adolescent cohort | NIEHS |
| Reuben, A | Duke University | Longitudinal birth cohort study of neuroimaging data to determine whether childhood Pb exposure relates to degenerative alterations in neural structure or function by late midlife | NIEHS |
| Upson, K | Michigan State University | Prospective cohort study to evaluate the association between PbB and uterine fibroid tumors | NINR |
| Wang, G | Johns Hopkins University | Prospective birth cohort study to evaluate the relationship between PbB and placental pathology and cardiometabolic outcomes in childhood | NIEHS |
| Weuve, J | Boston University Medical Campus | Pilot study to evaluate XRF energy-dispersed X-ray fluorescence measurement of Pb in bone and toenails | NIEHS |

NCCIH = National Center for Complementary and Integrative Health; NIEHS = National Institute of Environmental Health Sciences; NINR = National Institute of Nursing Research; PbB = blood lead concentration; SSP1 = secreted phosphoprotein 1; XRF = X-ray fluorescence

Source: NIH Reporter 2020 (https://projectreporter.nih.gov/reporter.cfm)

# CHAPTER 7.  REGULATIONS AND GUIDELINES

Pertinent international and national regulations, advisories, and guidelines regarding lead in air, water, and other media are summarized in Table 7-1.  This table is not an exhaustive list, and current regulations should be verified by the appropriate regulatory agency.

ATSDR develops MRLs, which are substance-specific guidelines intended to serve as screening levels by ATSDR health assessors and other responders to identify contaminants and potential health effects that may be of concern at hazardous waste sites.  See Section 1.3 and Appendix A for detailed information on the MRLs for Pb.  As discussed in Appendix A, no MRLs were derived for Pb.

| Agency | Description | Information | Reference |
|--------|-------------|-------------|-----------|
| **Table 7-1.  Regulations and Guidelines Applicable to Lead (Pb)** | | | |
| | | **Air** | |
| EPA | RfC | Not evaluated | IRIS 2002, 2004 |
| EPA | NAAQS | 0.15 µg/m$^3$ [a] | EPA 2019b |
| WHO | Air quality guidelines | Not listed | WHO 2010 |
| | | **Water & Food** | |
| EPA | Drinking water standards and health advisories | No data | EPA 2018c |
| | National primary drinking water regulations for inorganic lead | | EPA 2009 |
| |    MCL or TT | TT[b] | |
| |    Action level | 0.015 mg/L | |
| |    Public health goal | zero | |
| | Lead and copper rule proposal | | EPA 2019a |
| |    Trigger level (proposed) | 10 µg/L[c] | |
| | RfD | | |
| |    Tetraethyl lead | 1x10$^{-7}$ mg/kg/day | IRIS 2002 |
| WHO | Drinking water quality guidelines | | WHO 2017 |
| |    Provisional guideline value, lead | 0.01 mg/L (10 µg/L)[d] | |
| FDA | Substances Added to Food[e] | Not listed | FDA 2019a |
| | Allowable level of lead in bottled water | 0.005 mg/L | FDA 2019b |

### Table 7-1.  Regulations and Guidelines Applicable to Lead (Pb)

| Agency | Description | Information | Reference |
|--------|-------------|-------------|-----------|
| **Cancer** | | | |
| HHS | Carcinogenicity classification | | NTP 2016 |
| | Lead and lead compounds | Reasonably anticipated to be human carcinogens | |
| EPA | Carcinogenicity classification | | IRIS 2004 |
| | Lead and compounds (inorganic) | B2[f] | |
| IARC | Carcinogenicity classification | | |
| | Lead | Group 2B[g] | IARC 1987, 2019 |
| | Lead compounds, inorganic | Group 2A[h] | IARC 2006, 2019 |
| | Lead compounds, organic | Group 3[i] | IARC 2006, 2019 |
| **Occupational** | | | |
| OSHA | PEL (8-hour TWA) for general industry | | |
| | Lead (elemental, inorganic and organic soaps) | 50 µg/m$^3$ | OSHA 2019a |
| | Tetraethyl lead and tetramethyl lead | 0.075 mg/m$^{3\,i}$ | OSHA 2019b |
| | PEL (8-hour TWA) for construction and shipyards | | |
| | Lead (elemental, inorganic and organic soaps) | 50 µg/m$^3$ | OSHA 2019c, 2019a |
| | Tetraethyl lead | 0.1 mg/m$^{3\,i}$ | OSHA 2019d, 2019e |
| | Tetramethyl lead | 0.15 mg/m$^{3\,i}$ | OSHA 2019d, 2019f |
| | Action level (8-hour TWA) for general industry, construction | | |
| | Lead (elemental, inorganic and organic soaps) | 30 µg/m$^3$ | OSHA 2019a, 2019c |
| | Medical removal protection for general industry | | OSHA 2019a |
| | Temporary removal blood lead level | ≥60 µg/100 g | |
| | Return to work blood lead level | <40 µg/100 g | |
| | Medical removal protection for construction and shipyards | | OSHA 2019c |
| | Temporary removal blood lead level | ≥50 µg/dL | |
| | Return to work blood lead level | <40 µg/dL | |
| NIOSH | REL (8-hour TWA) | | |
| | Lead and compounds (as Pb) | 0.05 mg/m$^3$ | NIOSH 2019a |
| | Tetraethyl lead (as Pb) and tetramethyl lead (as Pb) | 0.075 mg/m$^{3\,i}$ | NIOSH 2019b, 2019c |
| | IDLH | | |
| | Lead and compounds (as Pb) | 100 mg/m$^3$ | NIOSH 2019a |
| | Tetraethyl lead (as Pb) and tetramethyl lead (as Pb) | 40 mg/m$^3$ | NIOSH 2019b, 2019c |

**Table 7-1. Regulations and Guidelines Applicable to Lead (Pb)**

| Agency | Description | Information | Reference |
|---|---|---|---|
| | | **Emergency Criteria** | |
| EPA | AEGLs-air | No data | EPA 2018c |
| DOE | PACs-air* | | DOE 2018a |
| | Lead | | |
| | PAC-1 | 0.15 mg/m$^3$ | |
| | PAC-2 | 120 mg/m$^3$ | |
| | PAC-3 | 700 mg/m$^3$ | |
| | Tetraethyl lead | | |
| | PAC-1 | 0.3 mg/m$^3$ | |
| | PAC-2 | 4 mg/m$^3$ | |
| | PAC-3 | 40 mg/m$^3$ | |
| | Tetramethyl lead | | |
| | PAC-1 | 0.45 mg/m$^3$ | |
| | PAC-2 | 4 mg/m$^3$ | |
| | PAC-3 | 40 mg/m$^3$ | |
| | Lead acetate | | |
| | PAC-1 | 5 mg/m$^3$ | |
| | PAC-2 | 55 mg/m$^3$ | |
| | PAC-3 | 330 mg/m$^3$ | |
| | Lead carbonate | | |
| | PAC-1 | 0.19 mg/m$^3$ | |
| | PAC-2 | 24 mg/m$^3$ | |
| | PAC-3 | 900 mg/m$^3$ | |
| | Lead dioxide and lead sulfide | | |
| | PAC-1 | 0.17 mg/m$^3$ | |
| | PAC-2 | 140 mg/m$^3$ | |
| | PAC-3 | 810 mg/m$^3$ | |
| | Lead tetroxide | | |
| | PAC-1 | 0.17 mg/m$^3$ | |
| | PAC-2 | 130 mg/m$^3$ | |
| | PAC-3 | 770 mg/m$^3$ | |
| | Lead sulfide | | |
| | PAC-1 | 0.17 mg/m$^3$ | |
| | PAC-2 | 140 mg/m$^3$ | |
| | PAC-3 | 810 mg/m$^3$ | |
| | Lead oxide | | |
| | PAC-1 | 0.16 mg/m$^3$ | |
| | PAC-2 | 130 mg/m$^3$ | |
| | PAC-3 | 750 mg/m$^3$ | |

| Agency | Description | Information | Reference |
|--------|-------------|-------------|-----------|
| | **Table 7-1.  Regulations and Guidelines Applicable to Lead (Pb)** | | |
| | Lead sulfate | | |
| | PAC-1 | $0.22 \text{ mg/m}^3$ | |
| | PAC-2 | $170 \text{ mg/m}^3$ | |
| | PAC-3 | $1,000 \text{ mg/m}^3$ | |
| | Lead phosphate | | |
| | PAC-1 | $0.2 \text{ mg/m}^3$ | |
| | PAC-2 | $150 \text{ mg/m}^3$ | |
| | PAC-3 | $910 \text{ mg/m}^3$ | |
| | Lead chloride | | |
| | PAC-1 | $0.2 \text{ mg/m}^3$ | |
| | PAC-2 | $160 \text{ mg/m}^3$ | |
| | PAC-3 | $940 \text{ mg/m}^3$ | |
| | Lead chromate | | |
| | PAC-1 | $0.036 \text{ mg/m}^3$ | |
| | PAC-2 | $16 \text{ mg/m}^3$ | |
| | PAC-3 | $97 \text{ mg/m}^3$ | |
| | Lead bromide | | |
| | PAC-1 | $0.27 \text{ mg/m}^3$ | |
| | PAC-2 | $200 \text{ mg/m}^3$ | |
| | PAC-3 | $1,200 \text{ mg/m}^3$ | |
| | Lead nitrate | | |
| | PAC-1 | $0.24 \text{ mg/m}^3$ | |
| | PAC-2 | $180 \text{ mg/m}^3$ | |
| | PAC-3 | $1,100 \text{ mg/m}^3$ | |
| | Lead iodide | | |
| | PAC-1 | $0.33 \text{ mg/m}^3$ | |
| | PAC-2 | $270 \text{ mg/m}^3$ | |
| | PAC-3 | $1,600 \text{ mg/m}^3$ | |
| | Lead fluoroborate | | |
| | PAC-1 | $0.28 \text{ mg/m}^3$ | |
| | PAC-2 | $220 \text{ mg/m}^3$ | |
| | PAC-3 | $1,300 \text{ mg/m}^3$ | |
| | **Miscellaneous Federal Guidance** | | |
| CDC | PbB reference value | $5 \text{ µg/dL}$ | CDC 2012d, 2012e |
| EPA | Dust-lead hazard standards | | EPA 2019c |
| | Floors | $10 \text{ µg/ft}^2$ | |
| | Window sills | $100 \text{ µg/ft}^2$ | |

**Table 7-1. Regulations and Guidelines Applicable to Lead (Pb)**

| Agency | Description | Information | Reference |
|---|---|---|---|
| EPA | Soil screening level | 400 ppm | EPA 1994e, 1998; 2016d |
| HUD | Dust lead hazard action levels | | HUD 2017 |
| | Floors | ≥10 µg/ft$^2$ | |
| | Window sills | ≥100 µg/ft$^2$ | |
| | Dust lead clearance action levels | | |
| | Interior floors | <10 µg/ft$^2$ | |
| | Porch floors | <40 µg/ft$^2$ | |
| | Window sills | <100 µg/ft$^2$ | |
| | Window troughs | <100 µg/ft$^2$ | |

[a]Not-to-exceed air Pb concentration of 0.15 µg/m$^3$ in total suspended solids for a 3-month rolling average, evaluated over a 3-year period (i.e., the 3-month rolling average cannot exceed 0.15 µg/m$^3$ over a 3-year period).
[b]If >10% of tap water samples exceed the action level, a water system must take additional steps to control the corrosiveness of its water.
[c]Exceedance would trigger additional planning, monitoring, and treatment requirements, which vary depending on the characteristics of the water system.
[d]The guideline value is designated as provisional on the basis of treatment performance and analytical achievability because it is extremely difficult to achieve a lower concentration by central conditioning, such as phosphate dosing.
[e]The Substances Added to Food inventory replaces EAFUS and contains the following types of ingredients: food and color additives listed in FDA regulations, flavoring substances evaluated by FEMA or JECFA, GRAS substances listed in FDA regulations, substances approved for specific uses in food prior to September 6, 1958, substances that are listed in FDA regulations as prohibited in food, delisted color additives, and some substances "no longer FEMA GRAS."
[f]Group B2: probable human carcinogen.
[g]Group 2B: possibly carcinogenic to humans.
[h]Group 2A: probably carcinogenic to humans.
[i]Group 3: not classifiable as to carcinogenicity to humans.
[j]Skin designation.
[k]Definitions of PAC terminology are available from U.S. Department of Energy (DOE 2018b).

AEGL = acute exposure guideline levels; CDC = Centers for Disease Control and Prevention; DOE = Department of Energy; EAFUS = Everything Added to Food in the United States; EPA = Environmental Protection Agency; FDA = Food and Drug Administration; FEMA = Flavor and Extract Manufacturers Association of the United States; GRAS = generally recognized as safe; HHS = Department of Health and Human Services; HUD = Housing and Urban Development; IARC = International Agency for Research on Cancer; IDLH = immediately dangerous to life or health concentration; IRIS = Integrated Risk Information System; JECFA = Joint FAO/WHO Expert Committee on Food Additives; MCL = maximum contaminant level; NAAQS = National Ambient Air Quality Standard; NIOSH = National Institute for Occupational Safety and Health; NTP = National Toxicology Program; OSHA = Occupational Safety and Health Administration; PAC = Protective Action Criteria; PbB = blood lead concentration; PEL = permissible exposure limit; REL = recommended exposure limit; RfC = inhalation reference concentration; RfD = oral reference dose; TT = treatment technique; TWA = time-weighted average; WHO = World Health Organization

# CHAPTER 8.  REFERENCES

AAP.  1998.  Screening for elevated blood lead levels.  American Academy of Pediatrics.  Pediatrics 101(6):1072-1078.

AAP.  2005.  Lead exposure in children:  Prevention, detection, and management.  American Academy of Pediatrics.  Pediatrics 116(4):1036-1046.

AAP.  2016.  Prevention of childhood lead toxicity.  Council on Environmental Health.  (Erratum in: Pediatrics 140(2):e20171490).  American Academy of Pediatrics.  Pediatrics 138(1):e20161493. http://doi.org/10.1542/peds.2016-1493.

Abadin HG, Wheeler JS, Jones DE, et al.  1997.  A framework to guide public health assessment decisions at lead sites.  J Clean Technol Environ Toxicol Occup Med 6(3):225-237.

Abam E, Okediran BS, Odukoya OO, et al.  2008.  Reversal of ionoregulatory disruptions in occupational lead exposure by vitamin C.  Environ Toxicol Pharmacol 26(3):297-304. http://doi.org/10.1016/j.etap.2008.05.008.

Abdelouahab N, Mergler D, Takser L, et al.  2008.  Gender differences in the effects of organochlorines, mercury, and lead on thyroid hormone levels in lakeside communities of Quebec (Canada).  Environ Res 107(3):380-392.  http://doi.org/10.1016/j.envres.2008.01.006.

ACGIH.  2018.  TLVs and BEIs based on the documentation of the threshold limit values for chemical substances and physical agents and biological exposure indices.  Cincinnati, OH:  American Conference of Governmental Industrial Hygienists.

ACMT.  2010.  American College of Medical Toxicology position statement on post-chelator challenge urinary metal testing.  American College of Medical Toxicology.  J Med Toxicol 6:74-75.

Adebonojo FO.  1974.  Hematologic status of urban black children in Philadelphia.  Clin Pediatr (Phila) 13(10):874-888.

Ademuyiwa O, Ugbaja RN, Idumebor F, et al.  2005.  Plasma lipid profiles and risk of cardiovascular disease in occupational lead exposure in Abeokuta, Nigeria.  Lipids Health Dis 4:19. http://doi.org/10.1186/1476-511X-4-19.

Afeiche M, Peterson KE, Sánchez BN, et al.  2011.  Prenatal lead exposure and weight of 0- to 5 year-old children in Mexico City.  Environ Health Perspect 119(10):1436-1441. http://doi.org/10.1289/ehp.1003184.

Ahamed M, Siddiqui MK.  2007.  Low level lead exposure and oxidative stress:  Current opinions.  Clin Chim Acta 383(1-2):57-64.  http://doi.org/10.1016/j.cca.2007.04.024.

Ahamed M, Verma S, Kumar A, et al.  2005.  Environmental exposure to lead and its correlation with biochemical indices in children.  Sci Total Environ 346(1-3):48-55. http://doi.org/10.1016/j.scitotenv.2004.12.019.

Ahamed M, Verma S, Kumar A, et al.  2006.  Delta-aminolevulinic acid dehydratase inhibition and oxidative stress in relation to blood lead among urban adolescents.  Hum Exp Toxicol 25(9):547-553.  http://doi.org/10.1191/0960327106het657oa.

Ahamed M, Singh S, Behari JR, et al.  2007.  Interaction of lead with some essential trace metals in the blood of anemic children from Lucknow, India.  Clin Chim Acta 377(1-2):92-97. http://doi.org/10.1016/j.cca.2006.08.032.

Ahn J, Kim NS, Lee BK, et al.  2018.  Association of blood pressure with blood lead and cadmium levels in Korean adolescents:  Analysis of data from the 2010-2016 Korean National Health and Nutrition Examination Survey.  J Korean Med Sci 33(44):e278.  http://doi.org/10.3346/jkms.2018.33.e278.

Aiba Y, Ohshiba S, Horiguchi S, et al.  1999.  Peripheral hemodynamics evaluated by acceleration plethysmography in workers exposed to lead.  Ind Health 37:3-8.

Åkesson A, Stal P, Vahter M.  2000.  Phlebotomy increases cadmium uptake in hemochromatosis.  Environ Health Perspect 108:289-291.

Åkesson A, Lundh T, Vahter M, et al.  2005.  Tubular and glomerular kidney effects in Swedish women with low environmental cadmium exposure.  Environ Health Perspect 113(11):1627-1631. http://doi.org/10.1289/ehp.8033.

Akhavan J. 2004. Explosives and propellants. In: Kirk-Othmer encyclopedia of chemical technology. Vol. 10. New York: John Wiley & Sons, 719-744. http://onlinelibrary.wiley.com/doi/10.1002/0471238961.0524161212091404.a01.pub2/pdf. March 30, 2017.

Akram Z, Riaz S, Kayani MA, et al. 2019. Lead induces DNA damage and alteration of ALAD and antioxidant genes mRNA expression in construction site workers. Arch Environ Occup Health 74(4):171-178. http://doi.org/10.1080/19338244.2018.1428523.

Al Bakheet SA, Attafi IM, Maayah ZH, et al. 2013. Effect of long-term human exposure to environmental heavy metals on the expression of detoxification and DNA repair genes. Environ Pollut 181:226-232.

Alessio L. 1988. Relationship between "chelatable lead" and the indicators of exposure and effect in current and past occupational life. Sci Total Environ 71:293-299.

Alessio L, Bertazzi PA, Monelli O, et al. 1976. Free erythrocyte protoporphyrin as an indicator of the biological effect of lead in adult males. Int Arch Occup Environ Health 37:89-105.

Alexander FW, Clayton BE, Delves HT. 1974. Mineral and trace-metal balances in children receiving normal and synthetic diets. Q J Med 169:89-111.

Alexander BH, Checkoway H, Faustman EM, et al. 1998a. Contrasting associations of blood and semen lead concentrations with semen quality among lead smelter workers. Am J Ind Med 34:464-469.

Alexander BH, Checkoway H, Costa-Mallen P, et al. 1998b. Interaction of blood lead and delta-aminolevulinic acid dehydratase genotype on markers of heme synthesis and sperm production in lead smelter workers. Environ Health Perspect 106:213-216.

Al-Hakkak ZS, Hamamy HA, Murad AM, et al. 1986. Chromosome aberrations in workers at a storage battery plant in Iraq. Mutat Res Genet Toxicol 171(1):53-60.

Ali Z, Ulrik CS. 2013. Obesity and asthma: A coincidence or a causal relationship? A systematic review. Respir Med 107:1287-1300.

Aligne CA, Auinger P, Byrd RS, et al. 2000. Risk factors for pediatric asthma: Contributions of poverty, race, and urban residence. Am J Respir Crit Care Med 162(3 Pt. 1):873-877.

Almeida Lopes ACB, Silbergeld EK, Navas-Acien A, et al. 2017. Association between blood lead and blood pressure: A population-based study in Brazilian adults. Environ Health 16(1):27. http://doi.org/10.1186/s12940-017-0233-5.

Al-Modhefer AJ, Bradbury MWB, Simons TJB. 1991. Observations on the chemical nature of lead in human blood serum. Clin Sci 81:823-829.

Al-Neamy FR, Almehdi AM, Alwash R, et al. 2001. Occupational lead exposure and amino acid profiles and liver function tests in industrial workers. Int J Environ Health Res 11(2):181-188.

Alomran AH, Shleamoon MN. 1988. The influence of chronic lead exposure on lymphocyte proliferative response and immunoglobulin levels in storage battery workers. J Biol Sci 19(3):575-585.

Al-Saleh I, Shinwari N, Mashhour A, et al. 2005. Is lead considered as a risk factor for high blood pressure during menopause period among Saudi women? Int J Hyg Environ Health 208(5):341-356.

Al-Saleh I, Shinwari N, Mashhour A, et al. 2014. Birth outcome measures and maternal exposure to heavy metals (lead, cadmium and mercury) in Saudi Arabian population. Int J Hyg Environ Health 217(2-3):205-218. http://doi.org/10.1016/j.ijheh.2013.04.009.

Alvarez-Ortega N, Caballero-Gallardo K, Olivero-Verbel J. 2019. Toxicological effects in children exposed to lead: A cross-sectional study at the Colombian Caribbean coast. Environ Int 130:104809. http://doi.org/10.1016/j.envint.2019.05.003.

Amaral JH, Rezende VB, Quintana SM, et al. 2010. The relationship between blood and serum lead levels in peripartum women and their respective umbilical cords. Basic Clin Pharmacol Toxicol 107(6):971-975. http://doi.org/10.1111/j.1742-7843.2010.00616.x.

Amato MS, Magzamen S, Imm P, et al. 2013. Early lead exposure (<3 years old) prospectively predicts fourth grade school suspension in Milwaukee, Wisconsin (USA). Environ Res 126:60-65. http://doi.org/10.1016/j.envres.2013.07.008.

Ames SK, Ellis KJ, Gunn SK, et al. 1999. Vitamin D receptor gene Fok1 polymorphism predicts calcium absorption and bone mineral density in children. J Bone Miner Res 14(5):740-746.

Amitai Y, Graef JW, Brown MJ, et al. 1987. Hazards of 'deleading' homes of children with lead poisoning. Am J Dis Child 141:758-760.

An HC, Sung JH, Lee J, et al. 2017. The association between cadmium and lead exposure and blood pressure among workers of a smelting industry: A cross-sectional study. Ann Occup Environ Med 29:47. http://doi.org/10.1186/s40557-017-0202-z.

Anetor J, Adeniyi F. 1997. Decreased immune status in Nigerian workers occupationally exposed to lead. Afr J Med Sci 27(3-4):169-172.

Angel BM, Apte SC, Batley GE, et al. 2016. Lead solubility in seawater: An experimental study. Huanjing Huaxue 13(3):489. http://doi.org/10.1071/en15150.

Angelova VR, Ivanova RV, Todorov JM, et al. 2010. Lead, cadmium, zinc, and copper bioavailability in the soil-plant-animal system in a polluted area. ScientificWorldJournal 10:273-285. http://doi.org/10.1100/tsw.2010.33.

Angle CR, Manton WI, Stanek KL. 1995. Stable isotope identification of lead sources in preschool children - The Omaha Study. Clin Toxicol 33(6):657-662.

Angle CR, McIntire MS, Swanson MS, et al. 1982. Erythrocyte nucleotides in children -- Increased blood lead and cytidine triphosphate. Pediatr Res 16:331-334.

Anttila A, Heikkila P, Pukkala E, et al. 1995. Excess lung cancer among workers exposed to lead. Scand J Work Environ Health 21:460-469.

Anttila A, Heikkila P, Nykyri E, et al. 1996. Risk of nervous system cancer among workers exposed to lead. J Occup Environ Med 38(2):131-136.

Anwar WA, Kamal AA. 1988. Cytogenetic effects in a group of traffic policemen in Cairo. Mutat Res 208(3-4):225-231.

Aoki Y, Brody DJ, Flegal KM, et al. 2016. Blood lead and other metal biomarkers as risk factors for cardiovascular disease mortality. Medicine 95(1):e2223. http://doi.org/10.1097/md.0000000000002223.

Apostoli P, Maranelli G, Cas LD, et al. 1990. Blood lead and blood pressure: A cross sectional study in a general population group. Cardiologia 35(7):597-603.

Apostolou A, Garcia-Esquinas E, Fadrowski JJ, et al. 2012. Secondhand tobacco smoke: A source of lead exposure in US children and adolescents. Am J Public Health 102(20):12. http://doi.org/10.2105/AJPH.2011.300161.

Araki S, Murata K, Aono H. 1987. Central and peripheral nervous system dysfunction in workers exposed to lead, zinc and copper. Int Arch Occup Environ Health 59:177-187.

Araki S, Sata F, Murata K. 1990. Adjustment for urinary flow rate: An improved approach to biological monitoring. Int Arch Occup Environ Health 62(6):471-477.

Araki S, Honma T, Yanagihara S, et al. 1980. Recovery of slowed nerve conduction velocity in lead-exposed workers. Int Arch Occup Environ Health 46:151-157.

Araki S, Aono H, Yokoyama K, et al. 1986. Filterable plasma concentration, glomerular filtration, tubular balance, and renal clearance of heavy metals and organic substances in metal workers. Arch Environ Health 41(4; 4):216-221.

Araki S, Sato H, Yokoyama K, et al. 2000. Subclinical neurophysiological effects of lead: A review on peripheral, central, and autonomic nervous system effects in lead workers. Am J Ind Med 37:193-204.

Arbuckle TE, Davis K, Boylan K, et al. 2016. Processed data for CHMS 2007-2009: Bisphenol A, phthalates and lead and learning and behavioral problems in Canadian children 6-19 years of age. Data Brief 8:784-802. http://doi.org/10.1016/j.dib.2016.06.017.

Ari E, Kaya Y, Demir H, et al. 2011. The correlation of serum trace elements and heavy metals with carotid artery atherosclerosis in maintenance hemodialysis patients. Biol Trace Elem Res 144(1-3):351-359. http://doi.org/10.1007/s12011-011-9103-0.

Armstrong R, Chettle DR, Scott MC, et al. 1992. Repeated measurements of tibia lead concentrations by in vivo x-ray fluorescence in occupational exposure. Br J Ind Med 49(1):14-16.

Arnvig E, Grandjean P, Beckmann J. 1980. Neurotoxic effects of heavy lead exposure determined with psychological tests. Toxicol Lett 5:399-404.

Aro A, Amarasiriwardena C, Lee ML, et al. 2000. Validation of K x-ray fluorescence bone lead measurements by inductively coupled plasma mass spectrometry in cadaver legs. Med Phys 27(1):119-123

Arora M, Ettinger AS, Peterson KE, et al. 2008. Maternal dietary intake of polyunsaturated fatty acids modifies the relationship between lead levels in bone and breast milk. J Nutr 138:73-79.

Arora M, Weuve J, Weisskopf MG, et al. 2009. Cumulative lead exposure and tooth loss in men: The normative aging study. Environ Health Perspect 117(10):1531-1534.

Arora M, Austin C, Sarrafpour B, et al. 2014. Determining prenatal, early childhood and cumulative long-term lead exposure using micro-spatial deciduous dentine levels. PLoS ONE 9(5):e97805. http://doi.org/10.1371/journal.pone.0097805.

Aschengrau A, Beiser A, Bellinger D, et al. 1994. The impact of soil lead abatement on urban children's blood lead levels: Phase II results from Boston Lead-in-Soil Demonstration project. Environ Res 67:125-148.

Assennato G, Paci C, Baser ME, et al. 1987. Sperm count suppression without endocrine dysfunction in lead-exposed men. Arch Environ Health 42:124-127.

Astrin KH, Bishop DF, Wetmur JG, et al. 1987. delta-Aminolevulinic acid dehydratase isozymes and lead toxicity. Ann N Y Acad Sci 514:23-39.

ATSDR. 1989. Decision guide for identifying substance-specific data needs related to toxicological profiles; Notice. Agency for Toxic Substances and Disease Registry. Fed Regist 54(174):37618-37634.

ATSDR. 1995. Multisite lead and cadmium exposure study with biological markers incorporated. Atlanta, GA: Agency for Toxic Substances and Disease Registry, U.S. Department of Health and Human Services.

ATSDR. 2004a. Interaction profile for arsenic, cadmium, chromium, and lead. Atlanta, GA: Agency for Toxic Substances and Disease Registry. http://www.atsdr.cdc.gov/interactionprofiles/ip04.html. July 3, 2017.

ATSDR. 2004b. Interaction profile for lead, manganese, zinc, and copper. Atlanta, GA: Agency for Toxic Substances and Disease Registry. http://www.atsdr.cdc.gov/interactionprofiles/ip06.html. July 3, 2017.

ATSDR. 2006. Interaction profile for chlorpyrifos, lead, mercury, and methylmercury. Atlanta, GA: Agency for Toxic Substances and Disease Registry. http://www.atsdr.cdc.gov/interactionprofiles/IP-11/ip11.pdf. July 3, 2017.

ATSDR. 2007. Toxicological profile for lead. Agency for Toxic Substances and Disease Registry. https://www.atsdr.cdc.gov/toxprofiles/tp13.pdf. June 20, 2017.

ATSDR. 2017. Case studies in environmental medicine (CSEM). Lead toxicity. Agency for Toxic Substances and Disease Registry. https://www.atsdr.cdc.gov/csem/lead/docs/csem-lead_toxicity_508.pdf. August 30, 2018.

ATSDR. 2019. Lead. Full SPL data. Substance priority list (SPL) resource page. Agency for Toxic Substances and Disease Registry.

Aucott M, Caldarelli A. 2012. Quantity of lead released to the environment in New Jersey in the form of motor vehicle wheel weights. Water Air Soil Pollut 223(4):1743-1752. http://doi.org/10.1007/s11270-011-0979-2.

Aufderheide AC, Wittmers LE. 1992. Selected aspects of the spatial distribution of lead in bone. Neurotoxicology 13:809-820.

Aungst BJ, Fung HL. 1981. Kinetic characterization of in vitro lead transport across the rat small intestine. Toxicol Appl Pharmacol 61:39-47.

LEAD
446

Aungst BJ, Dolce JA, Fung HL. 1981. The effect of dose on the disposition of lead in rats after intravenous and oral administration. Toxicol Appl Pharmacol 61:48-57.

Avula B, Wang YH, Smillie TJ, et al. 2010. Quantitative determination of multiple elements in botanicals and dietary supplements using ICP-MS. J Agric Food Chem 58:8887-8894.

Awad el Karim MA, Hamed AS, Elhaimi YA, et al. 1986. Effects of exposure to lead among lead-acid battery factory workers in Sudan. Arch Environ Health 41(4):261-265. http://doi.org/10.1080/00039896.1986.9938342.

Azar A, Trochimowicz HJ, Maxfield ME. 1973. Review of lead studies in animals carried out at Haskell Laboratory: Two year feeding study and response to hemorrhage study In: Barth D, Berlin A, Engel R, et al., eds. Environmental health aspects of lead: Proceedings of an international symposium. Vol. 5004. Luxembourg: Commission of the European Communities, 199-210.

Baertlein L, Yendell S. 2017. Selection bias in estimates of elevated blood lead levels in children. J Pediatr 181:330. http://doi.org/10.1016/j.jpeds.2016.09.044.

Baeyens W, Vrjens J, Gao Y, et al. 2014. Trace metals in blood and urine of newborn/mother pairs, adolescents and adults of the Flemish population (2007-2011). Int J Hyg Environ Health 217(8):878-890.

Bagci C, Bozkurt A, Cakmak E, et al. 2004. Blood lead levels of the battery and exhaust workers and their pulmonary function tests. Int J Clin Pract 58(6):568-572.

Baghurst PA, Robertson EF, McMichael AJ, et al. 1987. The Port Pirie cohort study: Lead effects on pregnancy outcome and early childhood development. Neurotoxicology 8(3):395-402.

Baghurst PA, McMichael AJ, Wigg NR, et al. 1992. Environmental exposure to lead and children's intelligence at the age of seven years. N Engl J Med 327(18):1279-1284.

Baghurst PA, McMichael AJ, Tong S, et al. 1995. Exposure to environmental lead and visual-motor integration at age 7 years: The Port Pirie cohort study. Epidemiology 6(2):104-109.

Bailey MR, Roy M. 1994. Clearance of particles from the respiratory tract. In: Human respiratory tract model for radiological protection: A report of a task group of the International Commission on Radiological Protection. Oxford, UK: Pergamon Press, 301-413.

Baker EL, Landrigan PJ, Barbour AG, et al. 1979. Occupational lead poisoning in the United States: Clinical and biochemical findings related to blood lead levels. Br J Ind Med 36:314-322.

Baker EL, Feldman RG, White RF, et al. 1983. The role of occupational lead exposure in the genesis of psychiatric and behavioral disturbances. Acta Psychiatr Scand Suppl 303:38-48.

Bakulski KM, Rozek LS, Dolinoy DC, et al. 2012. Alzheimer's disease and environmental exposure to lead: The epidemiologic evidence and potential role of epigenetics. Curr Alzheimer Res 9(5):563-573.

Balo J, Attila B, Bela S. 1965. [Experimental adenomas of the kidney produced by chronic administration of lead phosphate]. Magy Onkol 9:141-151. (Hungarian)

Bandeen-Roche K, Glass TA, Bolla KI, et al. 2009. Cumulative lead dose and cognitive function in older adults. Epidemiology 20(6):831-839. http://doi.org/10.1097/EDE.0b013e3181b5f100.

Bannon DI, Williams MA. 2017. Matching target dose to target organ. F1000 Research 5:2785. https://f1000research.com/articles/5-2785/v2. February 18, 2020.

Bannon DI, Olivi L, Bressler J. 2000. The role of anion exchange in the uptake of Pb by human erythrocytes and Madin-Darby canine kidney cells. Toxicology 147:101-107.

Bannon DI, Portnoy ME, Olivi L, et al. 2002. Uptake of lead and iron by divalent metal transporter 1 in yeast and mammalian cells. Biochem Biophys Res Commun 295(4):978-984.

Bannon DI, Abounader R, Lees PS, et al. 2003. Effect of DMT1 knockdown on iron, cadmium, and lead uptake in Caco-2 cells. Am J Physiol Cell Physiol 284(1):C44-50. http://doi.org/10.1152/ajpcell.00184.2002.

Bannon DI, Drexler JW, Fent GM, et al. 2009. Evaluation of small arms range soils for metal contamination and lead bioavailability. Environ Sci Technol 43(24):9071-9076. http://doi.org/10.1021/es901834h.

Bao QS, Lu CY, Song H, et al. 2009. Behavioural development of school-aged children who live around a multi-metal sulphide mine in Guangdong province, China: A cross-sectional study. BMC Public Health 9(1):217. http://doi.org/10.1186/1471-2458-9-217.

Baranowska-Bosiacka I, Kosinska I, Jamiol D, et al. 2016. Environmental lead (Pb) exposure versus fatty acid content in blood and milk of the mother and in the blood of newborn children. Biol Trace Elem Res 170:279-287. http://doi.org/10.1007/s12011-015-0482-5.

Barbosa F, Tanus-Santos JE, Gerlach RQ, et al. 2005. A critical review of biomarkers used for monitoring human exposure to lead: Advantages, limitations, and future needs. Environ Health Perspect 113(12):1669-1674.

Barbosa F, Ramires I, Rodrigues MHC, et al. 2006a. Contrasting effects of age on the plasma/whole blood lead ratio in men and women with a history of lead exposure. Environ Res 102(1):90-95. http://doi.org/10.1016/j.envres.2006.03.007.

Barbosa F, Sandrim VC, Uzuelli JA, et al. 2006b. eNOS genotype-dependent correlation between whole blood lead and plasma nitric oxide products concentrations. Nitric Oxide 14(1):58-64. http://doi.org/10.1016/j.niox.2005.09.007.

Barbosa F, Correa Rodrigues MH, Buzalaf MR, et al. 2006c. Evaluation of the use of salivary lead levels as a surrogate of blood lead or plasma lead levels in lead exposed subjects. Arch Toxicol 80(10):633-637. http://doi.org/10.1007/s00204-006-0096-y.

Barltrop D, Meek F. 1979. Effect of particle size on lead absorption from the gut. Arch Environ Health 34(4):280-285. http://doi.org/10.1080/00039896.1979.10667414.

Barman T, Kalahasthi R, Rajmohan HR. 2014. Effects of lead exposure on the status of platelet indices in workers involved in a lead-acid battery manufacturing plant. J Expo Sci Environ Epidemiol 24(6):629-633. http://doi.org/10.1038/jes.2014.4.

Barnes DG, Dourson M. 1988. Reference dose (RfD): Description and use in health risk assessments. Regul Toxicol Pharmacol 8(4):471-486.

Barregård L, Svalander C, Schütz A, et al. 1999. Cadmium, mercury, and lead in kidney cortex of the general Swedish population: A study of biopsies from living kidney donors. Environ Health Perspect 107(11):867-871.

Barry PSI. 1975. A comparison of concentrations of lead in human tissues. Br J Ind Med 32:119-139.

Barry PSI. 1981. Concentrations of lead in the tissues of children. Br J Ind Med 38:61-71.

Barry V, Steenland K. 2019. Lead exposure and mortality among U.S. workers in a surveillance program: Results from 10 additional years of follow-up. Environ Res 177:108625. http://doi.org/10.1016/j.envres.2019.108625.

Barry V, Todd AC, Steenland K. 2019. Bone lead associations with blood lead, kidney function and blood pressure among US, lead-exposed workers in a surveillance programme. Occup Environ Med 76(5):349-354. http://doi.org/10.1136/oemed-2018-105505.

Barth A, Schaffer AW, Osterode W, et al. 2002. Reduced cognitive abilities in lead-exposed men. Int Arch Occup Environ Health 75:394-398.

Barton JC. 1984. Active transport of lead-210 by everted segments of rat duodenum. Am J Physiol 247:G193-G198.

Barton JC, Conrad ME, Harrison L, et al. 1978a. Effects of calcium on the absorption and retention of lead. J Lab Clin Med 91(3):366-376.

Barton JC, Conrad ME, Nuby S, et al. 1978b. Effects of iron on the absorption and retention of lead. J Lab Clin Med 92(4):536-547.

Barton JC, Patton MA, Edwards CQ, et al. 1994. Blood lead concentrations in hereditary hemochromatosis. J Lab Clin Med 124(2):193-198.

Basaran N, Undeger U. 2000. Effects of lead on immune parameters in occupationally exposed workers. Am J Ind Med 38:349-354.

Battistuzzi G, Petrucci R, Silvagni L, et al. 1981. δ-Aminolevulinate dehydrase: A new genetic polymorphism in man. Ann Hum Genet 45(3):223-229.

Bauchinger M, Dresp J, Schmid E, et al. 1977. Chromosome analyses of children after ecological lead exposure. Mutat Res 56:75-80.

BCI. 2019. National recycling rate study. Battery Council International.

Beck BD, Mattuck RL, Bowers TS, et al. 2001. The development of a stochastic physiologically-based pharmacokinetic model for lead. Sci Total Environ 274:15-19.

Beckley AL, Caspi A, Broadbent J, et al. 2018. Association of childhood blood lead levels with criminal offending. JAMA Pediatrics 172(2):166-173. http://doi.org/10.1001/jamapediatrics.2017.4005.

Beers MH, Berkow R, eds. 1999. Injuries, poisoning, and cardiopulmonary resuscitation. In: The Merck manual of diagnosis and therapy Whitehouse Station, NJ: Merck Research Laboratories, 2254-2300.

Behinaein S, Chettle DR, Atanackovic J, et al. 2011. In vivo measurement of lead in the bones of smelter workers using the four-element 'clover-leaf' geometry detector system. Phys Med Biol 56(3):653-665. http://doi.org/10.1088/0031-9155/56/3/008.

Behinaein S, Chettle DR, Egden LM, et al. 2012. Nonlinearity in the relationship between bone lead concentrations and CBLI for lead smelter employees. J Environ Monit 14(12):3267-3275. http://doi.org/10.1039/c2em30652b.

Behinaein S, Chettle DR, Egden LM, et al. 2014. The estimation of the rates of lead exchange between body compartments of smelter employees. Environ Sci Process Impacts 16(7):1705-1715. http://doi.org/10.1039/c4em00032c.

Bellinger DC. 2004. Assessing environmental neurotoxicant exposures and child neurobehavior: Confounded by confounding? Epidemiology 15(4):383-384.

Bellinger DC. 2011. The protean toxicities of lead: New chapters in a familiar story. Int J Environ Res Public Health 8(7):2593-2628. http://doi.org/10.3390/ijerph8072593.

Bellinger D, Needleman HL. 2003. Intellectual impairment and blood lead levels. N Engl J Med 349(5):500. http://doi.org/10.1056/NEJM200307313490515.

Bellinger D, Leviton A, Sloman J. 1990. Antecedents and correlates of improved cognitive performance of children exposed in utero to low levels of lead. Environ Health Perspect 89:5-11.

Bellinger DC, Stiles KM, Needleman HL. 1992. Low-level lead exposure, intelligence and academic achievement: A long-term follow-up study. Pediatrics 90(6):855-861.

Bellinger DC, Leviton A, Waternaux C, et al. 1987. Longitudinal analyses of prenatal and postnatal lead exposure and early cognitive development. N Engl J Med 316:1037-1043.

Bellinger D, Sloman J, Leviton A, et al. 1991. Low-level lead exposure and children's cognitive function in the preschool years. Pediatrics 87(2):219-227.

Bellinger D, Hu H, Titlebaum L, et al. 1994. Attentional correlates of dentin and bone lead levels in adolescents. Arch Environ Health 49(2):98-105. http://doi.org/10.1080/00039896.1994.9937461.

Bener A, Almehdi AM, Alwash R, et al. 2001. A pilot survey of blood lead levels in various types of workers in the United Arab Emirates. Environ Int 27(4):311-314. http://doi.org/10.1016/S0160-4120(01)00061-7.

Bergdahl IA, Skerfving S. 1997. Partition of circulating lead between plasma and red cells does not seem to be different for internal and external sources of lead. Letter to the editor. Am J Ind Med 32:317-318.

Bergdahl IA, Schutz A, Grubb A. 1996. Application of liquid chromatography-inductively coupled plasma mass spectrometry to the study of protein-bond lead in human erythrocytes. J Anal Atom Spectrom 11:735-738.

Bergdahl IA, Grubb A, Schütz A, et al. 1997a. Lead binding to δ-aminolevulinic acid dehydratase (ALAD) in human erythrocytes. Basic Clin Pharmacol Toxicol 81(4):153-158.

Bergdahl IA, Gerhardsson L, Schütz A, et al. 1997b. delta-Aminolevulinic acid dehydratase polymorphism: Influence on lead levels and kidney function in humans. Arch Environ Health 52(2):91-96.

Bergdahl IA, Schutz A, Gerhardsson L, et al. 1997c. Lead concentrations in human plasma, urine and whole blood. Scand J Work Environ Health 23(5):359-363.

Bergdahl IA, Sheveleva M, Schutz A, et al. 1998. Plasma and blood lead in humans: Capacity-limited binding to delta-aminolevulinic acid dehydratase and other lead-binding components. Toxicol Sci 46:247-253.

Bergdahl IA, Vahter M, Counter SA, et al. 1999. Lead in plasma and whole blood from lead-exposed children. Environ Res 80:25-33. http://doi.org/10.1006/enrs.1998.3880.

Bergdahl IA, Gerhardsson L, Liljelind IE, et al. 2006. Plasma-lead concentration: Investigations into its usefulness for biological monitoring of occupational lead exposure. Am J Ind Med 49(2):93-101.

Bergeret A, Pouget E, Tedone R, et al. 1990. Neutrophil functions in lead-exposed workers. Hum Exp Toxicol 9(4):231-233. http://doi.org/10.1177/096032719000900405.

Berkowitz GS, Wolff MS, Lapinski RH, et al. 2004. Prospective study of blood and tibia lead in women undergoing surgical menopause. Environ Health Perspect 112(17):1673-1678.

Bernard BP, Becker CE. 1988. Environmental lead exposure and the kidney. Clin Toxicol 26(1&2):1-34.

Bernard AM, Vyskocil A, Roels H, et al. 1995. Renal effects in children living in the vicinity of a lead smelter. Environ Res 68:91-95.

Bert JL, Van DLJ, Grace JR. 1989. A generalized model for the prediction of lead body burdens. Environ Res 48:117-127.

Bertazzi PA, Zocchetti C. 1980. A mortality study of newspaper printing workers. Am J Ind Med 1:85-97.

Berthelot Y, Valton E, Auroy A, et al. 2008. Integration of toxicological and chemical tools to assess the bioavailability of metals and energetic compounds in contaminated soils. Chemosphere 74:166-177.

Bhattacharya A, Shukla R, Dietrich KN, et al. 2006. Effect of early lead exposure on the maturation of children's postural balance: A longitudinal study. Neurotoxicol Teratol 28(3):376-385. http://doi.org/10.1016/j.ntt.2006.02.003.

Bhatti P, Stewart PA, Hutchinson A, et al. 2009. Lead exposure, polymorphisms in genes related to oxidative stress, and risk of adult brain tumors. Cancer Epidemiol Biomarkers Prev 18(6):1841-1848. http://doi.org/10.1158/1055-9965.EPI-09-0197.

Biagini G, Caudarella R, Vangelista A. 1977. Renal morphological and functional modification in chronic lead poisoning. In: Brown SS, ed. Clinical chemistry and chemical toxicology of metals. Elsevier/North-Holland Biomedical Press, 123-126.

Biggins PDE, Harrison RM. 1979. Atmospheric chemistry of automotive lead. Environ Sci Technol 13:558-565.

Billick IH, Gray VE. 1978. Executive summary. In: Lead based paint poisoning research: Review and evaluation, 1971-1977. U.S. Deptartment of Housing and Urban Development, vi-vii.

Bindler R, Renberg I, Klaminder J. 2008. Bridging the gap between ancient metal pollution and contemporary biogeochemistry. J Paleolimnol 40(3):755-770.

Blackowicz MJ, Hryhorczuk DO, Rankin KM, et al. 2016. The impact of low-level lead toxicity on school performance among Hispanic subgroups in the Chicago public schools. Int J Environ Res Public Health 13(8):774. http://doi.org/10.3390/ijerph13080774.

Blake K, Mann M. 1983. Effect of calcium and phosphorus on the gastrointestinal absorption of 203Pb in man. Environ Res 30(1):188-194.

Blake KC, Barbezat H, Mann M. 1983. Effect of dietary constituents on the gastrointestinal absorption of 203Pb in man. Environ Res 30:182-187.

Bloom MS, Parsons PJ, Steuerwald AJ, et al. 2010. Toxic trace metals and human oocytes during in vitro fertilization (IVF). Reprod Toxicol 29(3):298-305. http://doi.org/10.1016/j.reprotox.2010.01.003.

Bloom MS, Louis GMB, Sundaram R, et al. 2011. Associations between blood metals and fecundity among women residing in New York State. Reprod Toxicol 31(2):158-163. http://doi.org/10.1016/j.reprotox.2010.09.013.

Bloom MS, Buck Louis GM, Sundaram R, et al.  2015.  Birth outcomes and background exposures to select elements, the Longitudinal Investigation of Fertility and the Environment (LIFE).  Environ Res 138:118-129.  http://doi.org/10.1016/j.envres.2015.01.008.

Bockelmann I, Pfister EA, McGauran N, et al.  2002.  Assessing the suitability of cross-sectional and longitudinal cardiac rhythm tests with regard to identifying effects of occupational chronic lead exposure.  J Occup Environ Med 44:59-65.

Boileau J, Fauquignon C, Napoly C.  1987.  Explosives.  In:  Ullmann's encyclopedia of industrial chemistry.  Vol. A10.  Weinheim, Germany:  VCH Verlag GmbH & Co., 143-172.

Boileau J, Fauguigson C, Hlueber B, et al.  2012.  Explosives.  In:  Ullmann's encyclopedia of industrial chemistry.  Weinheim, Germany:  Wiley-VCH Verlag GmbH & Co., 621-654.  http://onlinelibrary.wiley.com/doi/10.1002/14356007.a10_143.pub2/pdf.  March 30, 2017.

Bolanowska W, Piotrowski J, Garczynski H.  1967.  Triethyl lead in the biological material in cases of acute tetraethyl lead poisoning.  Arch Toxikol 22:278-282.

Bonanno LJ, Freeman NCG, Greenburg M, et al.  2001.  Multivariate analysis on levels of selected metals, particulate matter, VOC, and household characteristics and activities from the midwestern states NHEXAS.  Appl Occup Environ Hyg 16(9):859-874.

Bonde JP, Joffe M, Apostoli P, et al.  2002.  Sperm count and chromatin structure in men exposed to inorganic lead:  Lowest adverse effect levels.  Occup Environ Med 59(4):234-242.

Bonithon-Kopp C, Huel G, Grasmick C, et al.  1986.  Effects of pregnancy on the inter-individual variations in blood levels of lead, cadmium and mercury.  Biol Res Pregnancy Perinatol 7(1):37-42.

Borja-Aburto VH, Hertz-Picciotto I, Lopez MR, et al.  1999.  Blood lead levels measured prospectively and risk of spontaneous abortion.  Am J Epidemiol 150:590-597.

Borjesson J, Gerhardsson L, Schutz A, et al.  1997.  In vivo measurements of lead in fingerbone in active and retired lead smelters.  Int Arch Occup Environ Health 69:97-105.

Bornschein RL, Succop PA, Krafft KM, et al.  1986.  Exterior surface dust lead, interior house dust lead and childhood lead exposure in an urban environment.  Trace Subst Environ Health 20:322-332.

Bornschein RL, Grote J, Mitchell T, et al.  1989.  Effects of prenatal lead exposure on infant size at birth.  In:  Smith MA, Grant LD, Sors AI, eds.  Lead exposure and child development.  Dordrecht:  Springer, 307-319.  http://doi.org/10.1007/978-94-009-0847-5_18.

Bos AJJ, van der Stap CCAH, Valkovic V, et al.  1985.  Incorporation routes of elements into human hair:  Implications for hair analysis used for monitoring.  Sci Total Environ 42:157-169.

Boscolo P, Di Gioacchino M, Sabbioni E, et al.  1999.  Expression of lymphocyte subpopulations, cytokine serum levels, and blood and urinary trace elements in asymptomatic atopic men exposed to an urban environment.  Int Arch Occup Environ Health 72(1):26-32.  http://doi.org/10.1007/s004200050330.

Boscolo P, Di Gioacchino M, Sabbioni E, et al.  2000.  Lymphocyte subpopulations, cytokines and trace elements in asymptomatic atopic women exposed to an urban environment.  Life Sci 67(10):1119-1126.  http://doi.org/10.1016/S0024-3205(00)00712-8.

Bost L, Primatesta P, Dong W, et al.  1999.  Blood lead and blood pressure:  Evidence from the health survey for England 1995.  J Hum Hypertens 13(2; 2):123-128.

Bouchard MF, Bellinger DC, Weuve J, et al.  2009.  Blood lead levels and major depressive disorder, panic disorder, and generalized anxiety disorder in US young adults.  Arch Gen Psychiatry 66(12):1313-1319.  http://doi.org/10.1001/archgenpsychiatry.2009.164.

Boucher O, Jacobson SW, Plusquellec P, et al.  2012.  Prenatal methylmercury, postnatal lead exposure, and evidence of attention deficit/hyperactivity disorder among Inuit children in Arctic Quebec.  Environ Health Perspect 120(10):1456-1461.  http://doi.org/10.1289/ehp.1204976.

Boucher O, Muckle G, Jacobson JL, et al.  2014.  Domain-specific effects of prenatal exposure to PCBs, mercury, and lead on infant cognition:  Results from the Environmental Contaminants and Child Development Study in Nunavik.  Environ Health Perspect 122(3):310-316.  http://doi.org/10.1289/ehp.1206323.

Boudene C, Malet D, Masse R.  1977.  Fate of Pb inhaled by rats.  Toxicol Appl Pharmacol 41:271-276.

Boudene C, Despaux-Pages N, Comoy E, et al. 1984. Immunological and enzymatic studies of erythrocytic δ-aminolevulinate dehydratase. Int Arch Occup Environ Health 55(1):87-96.

Bound JP, Harvey PW, Francis BJ, et al. 1997. Involvement of deprivation and environmental lead in neural tube defects: A matched case-control study. Arch Dis Child 76(2):107-112.

Bouton C, Pevsner J. 2000. Effects of lead on gene expression. Neurotoxicology 21(6):1045-1056.

Bowen HJM. 1966. Trace elements in biochemistry. New York, NY: Academic Press. 31-32.

Bowers TS, Mattuck RL. 2001. Further comparisons of empirical and epidemiological data with predictions of the Integrated Exposure Uptake Biokinetic Model for lead in children. Hum Ecol Risk Assess 7:1699-1713.

Bowers TS, Beck BD. 2006. What is the meaning of non-linear dose-response relationships between blood lead concentrations and IQ? Neurotoxicology 27(4):520-524. http://doi.org/10.1016/j.neuro.2006.02.001. http://www.ncbi.nlm.nih.gov/pubmed/16551479.

Bowers TS, Beck BD, Karam HS. 1994. Assessing the relationship between environmental lead concentrations and adult blood lead levels. Risk Anal 14(2):183-189.

Bradham KD, Green W, Hayes H, et al. 2016. Estimating relative bioavailability of soil lead in the mouse. J Toxicol Environ Health A 79(24):1179-1182. http://doi.org/10.1080/15287394.2016.1221789.

Bradham KD, Nelson CM, Diamond GL, et al. 2019. Dietary lead and phosphate interactions affect oral bioavailability of soil lead in the mouse. Environ Sci Technol 53(21):12556-12564. http://doi.org/10.1021/acs.est.9b02803.

Bradley SB, Cox JJ. 1988. The potential availability of cadmium, copper, iron, lead, manganese, nickel and zinc in standard river sediment (NBS 1645). Environ Technol Lett 9:733-739.

Braun JM, Kahn RS, Froehlich T, et al. 2006. Exposures to environmental toxicants and attention deficit hyperactivity disorder in U.S. children. Environ Health Perspect 114(12):1904-1909. http://doi.org/10.1289/ehp.9478.

Braun JM, Froehlich TE, Daniels JL, et al. 2008. Association of environmental toxicants and conduct disorder in U.S. children: NHANES 2001-2004. Environ Health Perspect 116(7):956-962. http://doi.org/10.1289/ehp.11177.

Braun JM, Hoffman E, Schwartz J, et al. 2012. Assessing windows of susceptibility to lead-induced cognitive deficits in Mexican children. Neurotoxicology 33(5):1040-1047. http://doi.org/10.1016/j.neuro.2012.04.022.

Braun JM, Wright RJ, Just AC, et al. 2014. Relationships between lead biomarkers and diurnal salivary cortisol indices in pregnant women from Mexico City: A cross-sectional study. Environ Health 13(1):50. http://doi.org/10.1186/1476-069x-13-50.

Braunstein GD, Dahlgren J, Loriaux DL. 1978. Hypogonadism in chronically lead-poisoned men. Infertility 1(1):33-51.

Brender JD, Suarez L, Felkner M, et al. 2006. Maternal exposure to arsenic, cadmium, lead, and mercury and neural tube defects in offspring. Environ Res 101(1):132-139. http://doi.org/10.1016/j.envres.2005.08.003.

Bres EF, Voegel JC, Barry JC, et al. 1986. Feasibility study for the detection of lead substitution sites in the hydroxyapatite crystal structure using high resolution electron microscopy (HREM) at optimum focus. J Appl Cryst 19:168-173.

Bress WC, Bidanset JH. 1991. Percutaneous in vivo and in vitro absorption of lead. Vet Hum Toxicol 33(3):212-214.

Bressler J, Kim K, Chakraborti T, et al. 1999. Molecular mechanisms of lead neurotoxicity. Neurochem Res 24(4):595-600.

Bressler JP, Olivi L, Kim Y, et al. 2005. Plasma membrane transporters for lead and cadmium. J Appl Pharmacol 13(1):1-6.

Brito JAA, McNeill FE, Webber CE, et al. 2005. Grid search: An innovative method for the estimation of the rates of lead exchange between body compartments. J Environ Monit 7(3):241-247.

Broberg K, Engstrom K, Ameer S. 2015. Gene-environment interactions for metals. In: Nordberg GF, Fowler BA, Nordberg M, eds. Handbook on the toxicology of metals. 4th ed. Elsevier, 239-264. http://doi.org/10.1016/B978-0-444-59453-2.00012-3.

Brodeur J, Lacasse Y, Talbot D. 1983. Influence of removal from occupational lead exposure on blood and saliva lead concentrations. Toxicol Lett 19(1-2):195-199.

Brody DJ, Pirkle JL, Kramer RA, et al. 1994. Blood lead levels in the US population: Phase I of the third National Health and Nutrition Examination Survey (NHANES III, 1968-1991). J Am Med Assoc 272(4):277-283.

Bronner F, Pansu D, Stein WD. 1986. An analysis of intestinal calcium transport across the rat intestine. Am J Physiol 250(13):G561-G569.

Brown S, Chaney RL, Hallfrisch J, et al. 2004. In situ soil treatments to reduce the phyto- and bioavailability of lead, zinc and cadmium. J Environ Qual 33:522-531.

Brown RW, Gonzales C, Hooper MJ, et al. 2008. Soil lead (Pb) in residential transects through Lubbock, Texas: A preliminary assessment. Environ Geochem Health 30(6):541-547. http://doi.org/10.1007/s10653-008-9180-y.

Brubaker CJ, Dietrich KN, Lanphear BP, et al. 2010. The influence of age of lead exposure on adult gray matter volume. Neurotoxicology 31(3):259-266. http://doi.org/10.1016/j.neuro.2010.03.004.

Brunekreef B. 1984. The relationship between air lead and blood lead in children: A critical review. Sci Total Environ 38:79-123.

Buc H, Kaplan J. 1978. Red-cell pyrimidine 5′-nucleotidase and lead poisoning. Clin Chim Acta 87(1):49-55.

Buchet JP, Roels H, Bernard A, et al. 1980. Assessment of renal function of workers exposed to inorganic lead, cadmium or mercury vapor. J Occup Environ Med 22(11):741-750.

Budtz-Jorgensen E, Bellinger D, Lanphear B, et al. 2013. An international pooled analysis for obtaining a benchmark dose for environmental lead exposure in children. Risk Anal 33(3):450-461. http://doi.org/10.1111/j.1539-6924.2012.01882.x.

Bulsma JB, de France HF. 1976. Cytogenetic investigations in volunteers ingesting inorganic lead. Int Arch Occup Environ Health 38:145-148.

Burns JS, Williams PL, Lee ML, et al. 2017. Peripubertal blood lead levels and growth among Russian boys. Environ Int 106:53-59. http://doi.org/10.1016/j.envint.2017.05.023.

Buser MC, Scinicariello F. 2017. Cadmium, lead, and depressive symptoms: Analysis of National Health and Nutrition Examination Survey 2011-2012. J Clin Psychiatry 78(5):e515-e521. http://doi.org/10.4088/JCP.15m10383.

Bushnik T, Levallois P, D'Amour M, et al. 2014. Association between blood lead and blood pressure: Results from the Canadian Health Measures Survey (2007 to 2011). Health Rep 25(7):12-22.

Businelli D, Onofri A, Massaccesi L. 2011. Factors involved in uptake of lead by some edible crops grown in agricultural soils of Central Italy. Soil Sci 176(9):472-478.

Butterweck G, Schuler C, Vezzù G, et al. 2002. Experimental determination of the absorption rate of unattached radon progeny from respiratory tract to blood. Radiat Prot Dosimetry 102(4):343-348.

Cabral M, Dieme D, Verdin A, et al. 2012. Low-level environmental exposure to lead and renal adverse effects: A cross-sectional study in the population of children bordering the Mbeubeuss landfill near Dakar, Senegal. Hum Exp Toxicol 31(12):1280-1291. http://doi.org/10.1177/0960327112446815.

Cake K, Bowins R, Vaillancourt C, et al. 1996. Partition of circulating lead between serum and red cells is different for internal and external sources of lead. Am J Ind Med 29(5):440-445.

Cal EPA. 2013. Estimating workplace air and worker blood lead concentration using an updated physiologically-based pharmacokinetic (PBPB) model. California Environmental Protection Agency. https://oehha.ca.gov/media/downloads/air/document/pbpk2013.pdf. April 03, 2014.

Cal EPA. 2017. User's guide to LeadSpread 8 and recommendations for evaluation of lead exposures in adults. California Environmental Protection Agency. http://www.dtsc.ca.gov/AssessingRisk/upload/LeadSpread8_UserGuide.pdf. September 1, 2017.

Calabrese EJ, Stanek EJ, Gilbert CE, et al. 1990. Preliminary adult soil ingestion estimates: Results of a pilot study. Regul Toxicol Pharmacol 12(1):88-95.

Calderon-Salinas JV, Quintanar-Escorcia MA, Gonzalez-Martinez MT, et al. 1999. Lead and calcium transport in human erythrocyte. Hum Exp Toxicol 18:327-332.

Calello DP, Henretig FM. 2014. Lead. In: Goldfrank's toxicologic emergencies. Tenth ed. New York, NY: McGraw-Hill, 1219-1234.

Campara P, D'Andrea F, Micciolo R, et al. 1984. Psychological performance of workers with blood-lead concentration below the current threshold limit value. Int Arch Occup Environ Health 53:233-246.

Campbell JR, Toribara TY. 2001. Hair-root lead to screen for lead toxicity. J Trace Elem Exp Med 14:69-72.

Campbell JR, Auinger P. 2007. The association between blood lead levels and osteoporosis among adults - Results from the third National Health and Nutrition Examination Survey (NHANES III). Environ Health Perspect 115(7):1018-1022. http://doi.org/10.1289/ehp.9716.

Campbell JR, Moss ME, Raubertas RF. 2000a. The association between caries and childhood lead exposure. Environ Health Perspect 108(11):1099-1102.

Campbell TF, Needleman HL, Riess JA, et al. 2000b. Bone lead levels and language processing performance. Dev Neuropsychol 18(2):171-186.

Campbell JR, Rosier RN, Novotny L, et al. 2004. The association between environmental lead exposure and bone density in children. Environ Health Perspect 112:1200-1203.

Can S, Bagci C, Ozaslan M, et al. 2008. Occupational lead exposure effect on liver functions and biochemical parameters. Acta Physiol Hung 95(4):395-403. http://doi.org/10.1556/APhysiol.95.2008.4.6.

Canfield RL, Henderson CR, Cory-Slechta DA, et al. 2003. Intellectual impairment in children with blood lead concentrations below 10 micrograms per deciliter. N Engl J Med 348(16):1517-1526. http://doi.org/10.1056/NEJMoa022848.

Canonne-Hergaux F, Gruenheid S, Ponka P, et al. 1999. Cellular and subcellular localization of the nramp2 iron transporter in the intestinal brush border and regulation by dietary iron. Blood 93(12):4406-4417.

Cantonwine D, Hu H, Tellez-Rojo MM, et al. 2010. HFE gene variants modify the association between maternal lead burden and infant birthweight: A prospective birth cohort study in Mexico City, Mexico. Environmental Health: A Global Access Science Source 9:43. http://doi.org/10.1186/1476-069X-9-43.

Cao X, Ma LQ, Chen M, et al. 2003a. Lead transformation and distribution in the soils of shooting ranges in Florida, USA. Sci Total Environ 307:179-189.

Cao X, Ma LQ, Chen M, et al. 2003b. Weathering of lead bullets and their environmental effects at outdoor shooting ranges. J Environ Qual 32:526-534.

Carbone R, Laforgia N, Crollo E, et al. 1998. Maternal and neonatal lead exposure in southern Italy. Biol Neonate 73:362-366.

Cardenas A, Roels H, Bernard A, et al. 1993. Markers of early renal changes induced by industrial pollutants. II. Application to workers exposed to lead. Br J Ind Med 50(1):28-36.

Cardozo dos Santos A, Colacciopo S, Dal Bó CM, et al. 1994. Occupational exposure to lead, kidney function tests, and blood pressure. Am J Ind Med 26(5):635-643.

Carlisle JC, Wade MJ. 1992. Predicting blood lead concentrations from environmental concentrations. Regul Toxicol Pharmacol 16(3):280-289.

Carr DS. 1995. Lead compounds: Lead salts. In: Kirk-Othmer encyclopedia of chemical technology. 4th edition ed. New York: John Wiley & Sons, 132-152.

Carr DS, Spangenberg WC, Chronley K, et al. 2004. Lead compounds. In: Kirk-Othmer encyclopedia of chemical technology. New York: John Wiley & Sons, 1-26.

Casjens S, Pesch B, van Thriel C, et al. 2018. Associations between blood lead, olfaction and fine-motor skills in elderly men: Results from the Heinz Nixdorf Recall Study. Neurotoxicology 68:66-72. http://doi.org/10.1016/j.neuro.2018.06.013.

Cassidy-Bushrow AE, Havstad S, Basu N, et al. 2016. Detectable blood lead level and body size in early childhood. Biol Trace Elem Res 171(1):41-47. http://doi.org/10.1007/s12011-015-0500-7.

Casteel SW, Cowart RP, Weis CP, et al. 1997. Bioavailability of lead to juvenile swine dosed with soil from the Smuggler Mountain NPL site of Aspen, Colorado. Toxicol Sci 36(2):177-187.

Casteel SW, Weis CP, Henningsen GM, et al. 2006. Estimation of relative bioavailability of lead in soil and soil-like materials using young swine. Environ Health Perspect 114(8):1162-1171.

Cavalleri A, Minoia C, Pozzoli L, et al. 1978. Determination of plasma lead levels in normal subjects and lead-exposed workers. Br J Ind Med 35:21-26.

CDC. 1985. Preventing lead poisoning in young children. Atlanta, GA: Centers for Disease Control and Prevention. Publication No. 99-2230.

CDC. 1991. Preventing lead poisoning in young children. Atlanta, GA: Centers for Disease Control and Prevention.

CDC. 1997a. Children with elevated blood lead levels attributed to home renovation and remodeling activities – New York, 1993-1994. Centers for Disease Control and Prevention. MMWR Morb Mortal Wkly Rep 45:1120-1123. https://www.cdc.gov/mmwr/preview/mmwrhtml/00045033.htm. February 18, 2020.

CDC. 1997b. Update: Blood lead levels – United States, 1991-1994. Centers for Disease Control and Prevention. MMWR Morb Mortal Wkly Rep 46(7):141-146. http://www.cdc.gov/epo/mmwr/preview/mmwrhtml/00048339.htm. February 18, 2020.

CDC. 1998. Lead poisoning associated with imported candy and powdered food coloring – California and Michigan. Centers for Disease Control and Prevention. MMWR Morb Mortal Wkly Rep 47(48):1041-1043. http://www.cdc.gov/mmwr/preview/mmwrhtml/00055939.htm. February 18, 2020.

CDC. 2002a. Managing elevated blood levels among young children. Recommendations from the Advisory Committee on Childhood Lead Poisoning. Centers for Disease Control and Prevention. http://www.cdc.gov/nceh/lead/casemanagement/managing EBLLs.pdf. July 18, 2018.

CDC. 2002b. Childhood lead poisoning associated with tamarind candy and fold remedies ---California, 1999-2000. Centers for Disease Control and Prevention. MMWR Morb Mortal Wkly Rep 51(31):684-686. https://www.cdc.gov/mmwr/preview/mmwrhtml/mm5131a3.htm. June 28, 2017.

CDC. 2004b. Lead poisoning associated with ayurvedic medications - five states, 2000-2003. MMWR Morb Mortal Wkly Rep 53(26):582-584. https://www.cdc.gov/mmwr/preview/mmwrhtml/mm5326a3.htm.

CDC. 2005. Lead poisoning associated with use of litargirio-Rhode Island, 2003. Centers for Disease Control and Prevention. MMWR Morb Mortal Wkly Rep 54(09):227-229. https://www.cdc.gov/mmwr/preview/mmwrhtml/mm5409a5.htm. June 28, 2017.

CDC. 2009. Fourth national report on human exposure to environmental chemicals. Atlanta, GA: Centers for Disease Control and Prevention. http://www.cdc.gov/exposurereport. April 20, 2014.

CDC. 2011. State-based prevalence data of ADHD diagnosis. Atlanta, GA: Centers for Disease Control and Prevention. http://www.cdc.gov/ncbddd/adhd/prevalence.html. February 18, 2020.

CDC. 2012a. Infant lead poisoning associated with use of tiro, an eye cosmetic from Nigeria — Boston, Massachusetts, 2011. Centers for Disease Control and Prevention. MMWR Morb Mortal Wkly Rep 61(30):574-576. https://www.cdc.gov/mmwr/preview/mmwrhtml/mm6130a3.htm?s_cid=mm6130a3_w. June 29,2017.

CDC. 2012b. Lead in drinking water and human blood lead levels in the United States. Centers for Disease Control and Prevention. MMWR Morb Mortal Wkly Rep 61(Supplement: August 10, 2012):1-9. https://www.cdc.gov/mmwr/pdf/other/su6104.pdf. June 29,2017.

CDC. 2012c. Lead poisoning in pregnant women who used Ayurvedic medications from India-New York City, 2011-2012. Centers for Disease Control and Prevention. MMWR Morb Mortal Wkly Rep 61(33):641-646.

https://www.cdc.gov/mmwr/preview/mmwrhtml/mm6133a1.htm?s_cid=mm6133a1_w. June 28, 2017.

CDC. 2012d. CDC response to Advisory Committee on Childhood Lead Poisoning Prevention. Recommendations in "Low level lead exposure harms children: A renewed call for primary prevention.". Atlanta, GA: Centers for Disease Control and Prevention. https://www.cdc.gov/nceh/lead/acclpp/cdc_response_lead_exposure_recs.pdf. December 8, 2017.

CDC. 2012e. Low level lead exposure harms children: A renewed call for primary prevention. Atlanta, GA: Centers for Disease Control and Prevention. https://www.cdc.gov/nceh/lead/acclpp/final_document_030712.pdf. August 25, 2017.

CDC. 2012f. Recommended actions based on blood lead level. Centers for Disease Control and Prevention. https://www.cdc.gov/nceh/lead/advisory/acclpp/actions-blls.htm. June 16, 2020.

CDC. 2013. Childhood lead exposure associated with the use of kajal, an eye cosmetic from Afghanistan — Albuquerque, New Mexico, 2013. Centers for Disease Control and Prevention. MMWR Morb Mortal Wkly Rep 62(46):917-919. https://www.cdc.gov/mmwr/pdf/wk/mm6246.pdf. June 29,2017.

CDC. 2016. Standard surveillance definitions and classifications. Atlanta, GA: Centers for Disease Control and Prevention. https://www.cdc.gov/nceh/lead/data/case-definitions-classifications.htm. February 18, 2020.

CDC. 2018a. Fourth national report on human exposure to environmental chemicals. Updated tables, March 2018, Volumes 1 & 2. Atlanta, GA: Centers for Disease Control and Prevention. https://www.cdc.gov/exposurereport/. May 01, 2018.

CDC. 2018b. Lead. Atlanta, GA: Centers for Disease Control and Prevention. https://www.cdc.gov/nceh/lead/default.htm. February 5, 2019.

CDC. 2018c. Lead hazards in some holiday toys and toy jewelry. Atlanta, GA: Centers for Disease Control and Prevention. https://www.cdc.gov/features/leadintoys/index.html. March 08, 2018.

CDC. 2019. Fourth report on human exposure to environmental chemicals, updated tables (January 2019). Atlanta, GA: Centers for Disease Control and Prevention. https://www.cdc.gov/exposurereport/. January 23, 2020.

Cecil KM, Brubaker CJ, Adler CM, et al. 2008. Decreased brain volume in adults with childhood lead exposure. PLoS Med 5(5):e112. http://doi.org/10.1371/journal.pmed.0050112.

Cecil KM, Dietrich KN, Altaye M, et al. 2011. Proton magnetic resonance spectroscopy in adults with childhood lead exposure. Environ Health Perspect 119(3):403-408. http://doi.org/10.1289/ehp.1002176.

Chamberlain AC. 1983. Effect of airborne lead on blood lead. Atmos Environ 17:677-692.

Chamberlain AC, Heard MJ, Little P, et al. 1978. Investigations into lead from motor vehicles. Harwell: Atomic Energy Research Establishment. United Kingdom Atomic Energy Authority. International Lead Zinc Research Organization. AERE-R9198.

Chamberlain AC, Heard MJ, Little P, et al. 1979. The dispersion of lead from motor exhausts. Phil Trans R Soc London A 290:577-589.

Chandramouli K, Steer CD, Ellis M, et al. 2009. Effects of early childhood lead exposure on academic performance and behaviour of school age children. Arch Dis Child 94(11):844-848. http://doi.org/10.1136/adc.2008.149955.

Chaney RL, Mielke HW, Sterrett SB. 1988. Speciation, mobility and bioavailability of soil lead. In: Davies BE, Wixson BG, eds. Lead in soil: Issues and guidelines. Northwood: Science Reviews Ltd., 105-130.

Chang SH, Cheng BH, Lee SL, et al. 2006. Low blood lead concentration in association with infertility in women. Environ Res 101(3):380-386. http://doi.org/10.1016/j.envres.2005.10.004.

Chao K, Hutton H, Levin A. 2015. Laboratory assessment of kidney disease. Glomerular filtration rate, urinalysis and proteinuria. In: Shorecki K, Chertow GM, Mardsen PA, et al., eds. Brenner and Rector's the kidney. Elsevier, 780-803.

Charney E, Sayre J, Coulter M. 1980. Increased lead absorption in inner city children: Where does the lead come from? Pediatrics 65(2):226-231.

Chen PC, Pan IJ, Wang JD. 2006. Parental exposure to lead and small for gestational age births. Am J Ind Med 49(6):417-422. http://doi.org/10.1002/ajim.20313.

Chen A, Dietrich KN, Ware JH, et al. 2005. IQ and blood lead from 2 to 7 years of age: Are the effects in older children the residual of high blood lead concentrations in 2-year-olds? Environ Health Perspect 113(5):597-601. http://doi.org/10.1289/ehp.7625.

Chen A, Cai B, Dietrich KN, et al. 2007. Lead exposure, IQ, and behavior in urban 5- to 7-year-olds: Does lead affect behavior only by lowering IQ? Pediatrics 119(3):e650-e658. http://doi.org/10.1542/peds.2006-1973.

Chen HI, Chiu YW, Hsu YK, et al. 2010. The association of metallothionein-4 gene polymorphism and renal function in long-term lead-exposed workers. Biol Trace Elem Res 137:55-62.

Chen CC, Yen HW, Lo YH, et al. 2013. The association of prolonged QT interval on electrocardiography and chronic lead exposure. J Occup Environ Med 55(6):614-619. http://doi.org/10.1097/JOM.0b013e318291787a.

Chen Z, Myers R, Wei T, et al. 2014. Placental transfer and concentrations of cadmium, mercury, lead, and selenium in mothers, newborns, and young children. J Expo Sci Environ Epidemiol 24(5):537-544. http://doi.org/10.1038/jes.2014.26.

Chen C, Wang N, Zhai H, et al. 2016. Associations of blood lead levels with reproductive hormone levels in men and postmenopausal women: Results from the SPECT-China Study. Sci Rep 6:37809. http://doi.org/10.1038/srep37809.

Chen C, Li Q, Nie X, et al. 2017. Association of lead exposure with cardiovascular risk factors and diseases in Chinese adults. Environ Sci Pollut Res Int 24(28):22275-22283. http://doi.org/10.1007/s11356-017-9884-6.

Chen Y, Xu X, Zeng Z, et al. 2019. Blood lead and cadmium levels associated with hematological and hepatic functions in patients from an e-waste-polluted area. Chemosphere 220:531-538. http://doi.org/10.1016/j.chemosphere.2018.12.129.

Cheng Y, Schwartz J, Vokonas PS, et al. 1998. Electrocardiographic conduction disturbances in association with low-level lead exposure (the Normative Aging Study). Am J Cardiol 82:594-599.

Cheng Y, Schwartz J, Sparrow D, et al. 2001. Bone lead and blood lead levels in relation to baseline blood pressure and the prospective development of hypertension: The Normative Aging Study. Am J Epidemiol 153(2):164-171. http://doi.org/10.1093/aje/153.2.164.

Chettle DR, Scott MC, Somervaille LJ. 1991. Lead in bone: Sampling and quantitation using K X-rays excited by 109Cd. Environ Health Perspect 91:49-55.

Chettle DR, Arnold ML, Aro ACA, et al. 2003. An agreed statement on calculating lead concentration and uncertainty in XRF in vivo bone lead analysis. Appl Radiat Isot 58:603-605.

Cheung MR. 2013. Blood lead concentration correlates with all cause, all cancer and lung cancer mortality in adults: A population based study. Asian Pac J Cancer Prev 14(5):3105-3108. http://doi.org/10.7314/apjcp.2013.14.5.3105.

Chia KS, Mutti A, Tan C, et al. 1994. Urinary N-acetyl-beta-D-glucosaminidase activity in workers exposed to inorganic lead. Occup Environ Med 51:125-129.

Chia KS, Jeyaratnam J, Tan C, et al. 1995a. Glomerular function of lead-exposed workers. Toxicol Lett 77(1-3):319-328.

Chia KS, Jeyaratnam J, Lee J, et al. 1995b. Lead-induced nephropathy: Relationship between various biological exposure indices and early markers of nephrotoxicity. Am J Ind Med 27(6):883-895.

Chia SE, Chia HP, Ong CN, et al. 1996. Cumulative concentrations of blood lead and postural stability. Occup Environ Med 53:264-268.

Chia SE, Zhou H, Tham MT, et al. 2005. Possible influence of "delta"-aminolevulinic acid dehydratase polymorphism and susceptibility to renal toxicity of lead: A study of a Vietnamese population. Environ Health Perspect 113(10):1313-1317. http://doi.org/10.1289/ehp.7904.

Chiang WF, Yang HJ, Lung SC, et al. 2008. A comparison of elementary schoolchildren's exposure to arsenic and lead. J Environ Sci Health C Environ Carcinog Ecotoxicol Rev 26(3):237-255. http://doi.org/10.1080/10590500802343958.

Chien LC, Tsou MC, Hsi HC, et al. 2017. Soil ingestion rates for children under 3 years old in Taiwan. J Expo Sci Environ Epidemiol 27(1):33-40. http://doi.org/10.1038/jes.2015.61.

Chinde S, Kumari M, Devi KR, et al. 2014. Assessment of genotoxic effects of lead in occupationally exposed workers. Environ Sci Pollut Res Int 21(19):11469-11480. http://doi.org/10.1007/s11356-014-3128-9.

Chiodo LM, Jacobson SW, Jacobson JL. 2004. Neurodevelopmental effects of postnatal lead exposure at very low levels. Neurotoxicol Teratol 26(3):359-371. http://doi.org/10.1016/j.ntt.2004.01.010.

Chisolm JJ. 1977. Lead poisoning. In: Rudolph AM, ed. Pediatrics. New York, NY: Prentice-Hall, Inc., 797-806.

Chisolm JJ. 1986. Editorial. Removal of lead paint from old housing: The need for a new approach. Am J Public Health 76(3):236-237.

Chisolm JJ, Mellits ED, Barrett MB. 1976. Interrelationships among blood lead concentration, quantitative daily ALA-U and urinary lead output following calcium EDTA. In: Nordberg GF, ed. Effects and dose relationships of toxic metals. Amsterdam, The Netherlands: Elsevier Scientific Publishing Company, 416-433.

Chiu Y, Liu T, Chuang H. 2013. The effects of lead exposure on the activities of δ-aminolevulinic acid dehydratase with the modification of the relative genotypes. E3S Web Conf 1:26005. http://doi.org/10.1051/e3sconf/20130126005.

Cho SH, Richmond-Bryant J, Thornburg J, et al. 2011. A literature review of concentrations and size distributions of ambient airborne Pb-containing particulate matter. Atmos Environ 45(28):5005-5015. http://doi.org/10.1016/j.atmosenv.2011.05.009.

Choate LM, Ranville JF, Bunge AL, et al. 2006a. Dermally adhered soil: 1. Amount and particle-size distribution. Integr Environ Assess Manag 2(4):375-384.

Choate LM, Ranville JF, Bunge AL, et al. 2006b. Dermally adhered soil: 2. Reconstruction of dry-sieve particle-size distributions from wet-sieve data. Integr Environ Assess Manag 2(4):385-390.

Choi YH, Hu H, Mukherjee B, et al. 2012. Environmental cadmium and lead exposures and hearing loss in U.S. adults: The National Health and Nutrition Examination Survey, 1999 to 2004. Environ Health Perspect 120(11):1544-1550. http://doi.org/10.1289/ehp.1104863.

Choi WJ, Kwon HJ, Lim MH, et al. 2016. Blood lead, parental marital status and the risk of attention-deficit/hyperactivity disorder in elementary school children: A longitudinal study. Psychiatry Res 236:42-46. http://doi.org/10.1016/j.psychres.2016.01.002.

Choie DD, Richter GW. 1972. Lead poisoning: Rapid formation of intranuclear inclusions. Science 177:1194-1195.

Chowdhury R, Sarnat SE, Darrow L, et al. 2014. Mortality among participants in a lead surveillance program. Environ Res 132:100-104. http://doi.org/10.1016/j.envres.2014.03.008.

Chrastny V, Komarek M, Hajek T. 2010. Lead contamination of an agricultural soil in the vicinity of a shooting range. Environ Monit Assess 162:37-46. http://doi.org/10.1007/s10661-009-0774-3.

Chu NF, Liou SH, Wu TN, et al. 1999. Reappraisal of the relation between blood lead concentration and blood pressure among the general population in Taiwan. Occup Environ Med 56:30-33.

Chuan MC, Shu GY, Liu JC. 1996. Solubility of heavy metals in a contaminated soil: Effects of redox potential and pH. Water Air Soil Pollut 90:543-556.

Chuang HY, Schwartz J, Tsai SY, et al. 2000. Vibration perception thresholds in workers with long term exposure to lead. Occup Environ Med 57(9):588-594.

Chuang HY, Kuo CH, Chiu YW, et al. 2007. A case-control study on the relationship of hearing function and blood concentrations of lead, manganese, arsenic, and selenium. Sci Total Environ 387(1-3):79-85. http://doi.org/10.1016/j.scitotenv.2007.07.032.

Chung HK, Chang YS, Ahn CW. 2015. Effects of blood lead levels on airflow limitations in Korean adults: Findings from the 5th KNHNES 2011. Environ Res 136:274-279. http://doi.org/10.1016/j.envres.2014.10.027.

8. REFERENCES

Chwalba A, Maksym B, Dobrakowski M, et al. 2018. The effect of occupational chronic lead exposure on the complete blood count and the levels of selected hematopoietic cytokines. Toxicol Appl Pharmacol 355:174-179. http://doi.org/10.1016/j.taap.2018.05.034.

Clark C, Bornschein R, Succop P, et al. 1985. Condition and type of housing as an indicator of potential environmental lead exposure and pediatric blood lead levels. Environ Res 38(1):46-53.

Clark S, Menrath W, Chen M, et al. 2004. The influence of exterior dust and soil lead on interior dust lead levels in housing that had undergone lead-based paint hazard control. J Occup Environ Hyg 1(5):273-282. http://doi.org/10.1080/15459620490439036.

Clausing P, Brunekreef B, van Wijnen JH. 1987. A method for estimating soil ingestion by children. Int Arch Occup Environ Health 59(1):73-82.

Clayton CA, Pellizzari ED, Quackenboss JJ. 2002. National Human Exposure Assessment Survey: Analysis of exposure pathways and routes for arsenic and lead in EPA Region 5. J Expo Anal Environ Epidemiol 12:29-43.

Clayton CA, Pellizzari ED, Whitmore RW, et al. 1999. National Human Exposure Assessment Survey (NHEXAS): Distributions and associations of lead, arsenic and volatile organic compounds in EPA region 5. J Expo Anal Environ Epidemiol 9(5):381-392.

Clewell HJ, Andersen ME. 1985. Risk assessment extrapolations and physiological modeling. Toxicol Ind Health 1(4):111-131.

Coate D, Fowles R. 1989. Is there statistical evidence for a blood lead-blood pressure relationship? J Health Econ 8:173-184.

Cocco P, Dosemeci M, Heineman EF. 1998a. Brain cancer and occupational exposure to lead. J Occup Environ Med 40(11):937-942.

Cocco P, Ward MH, Dosemeci M. 1998b. Occupational risk factors for cancer of the gastric cardia. J Occup Environ Med 40(10):855-861.

Cocco P, Heineman EF, Dosemeci M. 1999a. Occupational risk factors for cancer of the central nervous system (CNS) among US women. Am J Ind Med 36:70-74.

Cocco P, Ward MH, Dosemeci M. 1999b. Risk of stomach cancer associated with 12 workplace hazards: Analysis of death certificates from 24 states of the United States with the aid of job exposure matrices. Occup Environ Med 56:781-787.

Cocco PL, Carta P, Belli S, et al. 1994. Mortality of Sardinian lead and zinc miners: 1960-1968. Occup Environ Med 51:674-682.

Cocco P, Hua F, Boffetta P, et al. 1997. Mortality of Italian lead smelter workers. Scand J Work Environ Health 23:15-23.

Cockcroft DW, Gault MH. 1976. Prediction of creatinine clearance from serum creatinine. Nephron 16:31-41.

Cohen AJ, Roe FJC. 1991. Review of lead toxicology relevant to the safety assessment of lead acetate as a hair colouring. Food Chem Toxicol 29(7):485-507.

Cohen N, Modai D, Golik A, et al. 1989. Increased concanavalin A-induced suppressor cell activity in humans with occupational lead exposure. Environ Res 48(1):1-6. http://doi.org/10.1016/S0013-9351(89)80079-9.

Comino E, Menegatti S, Fiorucci A, et al. 2011. Accumulation and translocation capacity of As, Co, Cr and Pb by forage plants. Agrochimica 55(EPFL-ARTICLE-171227):105-115.

Conterato GM, Bulcao RP, Sobieski R, et al. 2013. Blood thioredoxin reductase activity, oxidative stress and hematological parameters in painters and battery workers: Relationship with lead and cadmium levels in blood. J Appl Toxicol 33(2):142-150. http://doi.org/10.1002/jat.1731.

Cools A, Salle HJA, Verberk MM, et al. 1976. Short communications. Biochemical response of male volunteers ingesting inorganic lead for 49 days. Int Arch Occup Environ Health 38:129-139.

Coon S, Stark A, Peterson E, et al. 2006. Whole-body lifetime occupational lead exposure and risk of Parkinson's disease. Environ Health Perspect 114(12):1872-1876. http://doi.org/10.1289/ehp.9102.

Cooper WC. 1988. Deaths from chronic renal disease in US battery and lead production workers. Environ Health Perspect 78:61-63.

Cooper GS, Umbach DM. 1996. Are vitamin D receptor polymorphisms associated with bone mineral density? A meta-analysis. J Bone Miner Res 11(12):1841-1849.

Cooper WC, Wong O, Kheifets L. 1985. Mortality among employees of lead battery plants and lead-producing plants, 1947-1980. Scand J Work Environ Health 11:331-345.

Corrin ML, Natusch DF. 1977. Physical and chemical characteristics of environmental lead. In: Lead in the environment. Washington, DC: National Science Foundation, 7-31.

Cory-Slechta DA. 1995. Relationships between lead-induced learning impairments and changes in dopaminergic, cholinergic, and glutamatergic neurotransmitter system functions. Annu Rev Pharmacol Toxicol 35:391-415.

Cory-Slechta DA. 2003. Lead-induced impairments in complex cognitive function: Offerings from experimental studies. Child Neuropsychol 9(1):54-75.

Cory-Slechta DA, Weiss B, Cox C. 1987. Mobilization and redistribution of lead over the course of calcium disodium ethylenediamine tetraacetate chelation therapy. J Pharmacol Exp Ther 243(3):804-813.

Costa de Almeida GR, Pereira Saraiva Mda C, Barbosa F, et al. 2007. Lead contents in the surface enamel of deciduous teeth sampled in vivo from children in uncontaminated and in lead-contaminated areas. Environ Res 104(3):337-345. http://doi.org/10.1016/j.envres.2007.03.007.

Costa de Almeida GR, Umbelino de Freitas C, Barbosa F, et al. 2009. Lead in saliva from lead-exposed and unexposed children. Sci Total Environ 407(5):1547-1550. http://doi.org/10.1016/j.scitotenv.2008.10.058.

Costa de Almeida GR, de Freitas Tavares CF, de Souza AM, et al. 2010. Whole blood, serum, and saliva lead concentrations in 6- to 8-year-old children. Sci Total Environ 408(7):1551-1556. http://doi.org/10.1016/j.scitotenv.2009.12.034.

Costa de Almeida GR, de Sousa Guerra C, de Angelo Souza Leite G, et al. 2011. Lead contents in the surface enamel of primary and permanent teeth, whole blood, serum, and saliva of 6- to 8-year-old children. Sci Total Environ 409(10):1799-1805. http://doi.org/10.1016/j.scitotenv.2011.01.004.

Coste J, Mandereau L, Pessione F, et al. 1991. Lead-exposed workmen and fertility: A cohort study on 354 subjects. Eur J Epidemiol 7(2):154-158.

Counter SA, Buchanan LH, Ortega F, et al. 2014. Lead levels in the breast milk of nursing Andean mothers living in a lead-contaminated environment. J Toxicol Environ Health A 77(17):993-1003. http://doi.org/10.1080/15287394.2014.897281.

Cox WM, Pesola GR. 2005. Buckshot ingestion. N Engl J Med 353(26):e23.

CPSC. 1996. CPSC finds lead poisoning hazard for young children in imported vinyl miniblinds. U.S. Consumer Product Safety Commission. https://groups.google.com/forum/#!topic/misc.kids/Actbkpo1E_Q. July 12, 2017.

Craig JR, Rimstidt JD, Bonnaffon CA, et al. 1999. Surface water transport of lead at shooting range. Bull Environ Contam Toxicol 63:312-319.

Cramer K, Goyer RA, Jagenburg R, et al. 1974. Renal ultrastructure, renal function, and parameters of lead toxicity in workers with different periods of lead exposure. Br J Ind Med 31:113-127.

Crump KS, Van Landingham C, Bowers TS, et al. 2013. A statistical reevaluation of the data used in the Lanphear et al. (2005) pooled-analysis that related low levels of blood lead to intellectual deficits in children. Crit Rev Toxicol 43(9):785-799. http://doi.org/10.3109/10408444.2013.832726.

Cui S, Zhou Q, Chao L. 2007. Potential hyperaccumulation of Pb, Zn, Cu and Cd in endurant plants distributed in an old smeltery, northeast China. Environ Geol 51(6):1043-1048.

Cullen MR, Kayne RD, Robins JM. 1984. Endocrine and reproductive dysfunction in men associated with occupational inorganic lead intoxication. Arch Environ Health 39(6):431-440.

Dallaire R, Dewailly E, Ayotte P, et al. 2014. Growth in Inuit children exposed to polychlorinated biphenyls and lead during fetal development and childhood. Environ Res 134:17-23. http://doi.org/10.1016/j.envres.2014.06.023.

Dalpra L, Tibiletti MG, Nocera G, et al. 1983. SCE analysis in children exposed to lead emission from a smelting plant. Mutat Res 120:249-256.

Danadevi K, Rozati R, Banu BS, et al. 2003. DNA damage in workers exposed to lead using comet assay. Toxicology 187(2):183-193.

Davidson A, Ryman J, Sutherland CA, et al. 2014. Lead. In: Ullmann's encyclopedia of industrial chemistry. Weinheim, Germany: Wiley-VCH Verlag GmbH & Co. http://doi.org/10.1002/14356007.a15_193.pub3.

Davies JM. 1984a. Lung cancer mortality among workers making lead chromate and zinc chromate pigments at three English factories. Br J Ind Med 41:158-169.

Davies JM. 1984b. Long term mortality study of chromate pigment workers who suffered lead poisoning. Br J Ind Med 41:170-178.

Davis JM, Svendsgaard DJ. 1990. Nerve conduction velocity and lead: A critical review and meta-analysis. In: Advances in neurobehavioral toxicology: Applications in environmental and occupational health. Chelsea, MI: Lewis Publishers, 353-376.

Davis S, Mirick DK. 2006. Soil ingestion in children and adults in the same family. J Expo Sci Environ Epidemiol 16(1):63-75. http://doi.org/10.1038/sj.jea.7500438.

Davis A, Ruby MV, Bergstrom PD. 1994. Factors controlling lead bioavailability in the Butte mining district, Montana, USA. Environ Geochem Health 16(3/4; 3/4):147-157.

Davis AP, Shokouhian M, Ni S. 2001. Loading estimates of lead, copper, cadmium, and zinc in urban runoff from specific sources. Chemosphere 44:997-1009.

Davis MA, Gilbert-Diamond D, Karagas MR, et al. 2014. A dietary-wide association study (DWAS) of environmental metal exposure in US children and adults. PLoS ONE 9(9):e104768. http://doi.org/10.1371/journal.pone.0104768.

de Burbure C, Buchet JP, Leroyer A, et al. 2006. Renal and neurologic effects of cadmium, lead, mercury, and arsenic in children: Evidence of early effects and multiple interactions at environmental exposure levels. Environ Health Perspect 114(4):584-590. http://doi.org/10.1289/ehp.8202.

De Kort WL, Zwennis WC. 1988. Blood lead and blood pressure: Some implications for the situation in The Netherlands. Environ Health Perspect 78:67-70.

De Kort WLAM, Verschoor MA, Wibowo AAE, et al. 1987. Occupational exposure to lead and blood pressure: A study in 105 workers. Am J Ind Med 11:145-156.

de Restrepo HG, Sicard D, Torres MM. 2000. DNA damage and repair in cells of lead exposed people. Am J Ind Med 38(3):330-334.

Deierlein AL, Teitelbaum SL, Windham GC, et al. 2019. Lead exposure during childhood and subsequent anthropometry through adolescence in girls. Environ Int 122:310-315. http://doi.org/10.1016/j.envint.2018.11.031.

DeJonghe W, Adams F. 1986. Biogeochemical cycling of organic lead compounds. Adv Environ Sci Technol 17:561-594.

Den Hond E, Nawrot T, Staessen JA. 2001. Relationship between blood pressure and blood lead in NHANES III. J Hypertens 19(2):S57.

Den Hond E, Nawrot T, Staessen JA. 2002. The relationship between blood pressure and blood lead in NHANES III. J Hum Hypertens 16:563-568.

Den Hond E, Dhooge W, Bruckers L, et al. 2011. Internal exposure to pollutants and sexual maturation in Flemish adolescents. J Expo Sci Environ Epidemiol 21(3):224-233. http://doi.org/10.1038/jes.2010.2.

Denaix L, Semlali RM, Douay F. 2001. Dissolved and colloidal transport of Cd, Pb, and Zn in a silt loam soil affected by atmospheric industrial deposition. Environ Pollut 113:29-38.

Deng H, Ye Z, Wong M. 2004. Accumulation of lead, zinc, copper and cadmium by 12 wetland plant species thriving in metal-contaminated sites in China. Environ Pollut 132(1):29-40.

Denham M, Schell LM, Deane G, et al. 2005. Relationship of lead, mercury, mirex, dichlorodiphenyldichloroethylene, hexachlorobenzene, and polychlorinated biphenyls to timing of menarche among Akwesasne Mohawk girls. Pediatrics 115(2):e127-e134. http://doi.org/10.1542/peds.2004-1161.

Desilva PE. 1981. Determination of lead in plasma and studies on its relationship to lead in erythrocytes. Br J Ind Med 38:209-217.

Desrochers-Couture M, Oulhote Y, Arbuckle TE, et al. 2018. Prenatal, concurrent, and sex-specific associations between blood lead concentrations and IQ in preschool Canadian children. Environ Int 121(Pt 2):1235-1242. http://doi.org/10.1016/j.envint.2018.10.043.

Desrochers-Couture M, Courtemanche Y, Forget-Dubois N, et al. 2019. Association between early lead exposure and externalizing behaviors in adolescence: A developmental cascade. Environ Res 178:108679. http://doi.org/10.1016/j.envres.2019.108679.

Devoz PP, Gomes WR, De Araujo ML, et al. 2017. Lead (Pb) exposure induces disturbances in epigenetic status in workers exposed to this metal. J Toxicol Environ Health A 80(19-21):1098-1105. http://doi.org/10.1080/15287394.2017.1357364.

Dewailly E, Ayotte P, Bruneau S, et al. 2001. Exposure of the Inuit population of Nunavik (Arctic Quebec) to lead and mercury. Arch Environ Health 56(4):350-357.

Di Lorenzo L, Silvestroni A, Martino MG, et al. 2006. Evaluation of peripheral blood neutrophil leucocytes in lead-exposed workers. Int Arch Occup Environ Health 79(6):491-498. http://doi.org/10.1007/s00420-005-0073-4.

Diamond GL. 1988. Biological monitoring of urine for exposure to toxic metals. In: Clarkson TW, Friberg L, Nordberg GF, et al., eds. Biological monitoring of toxic metals. New York, NY: Plenum Publishing Corporation, 515-529.

Diamond GL. 2005. Risk assessment of nephrotoxic metals. In: Tarloff J, Lash L, eds. The toxicology of the kidney. London, England: CRC Press, 1099-1132.

Diamond GL, Thayer WC, Brown JS, et al. 2019. Estimates of urinary blood lead clearance and its relationship to glomerular filtration rate based on a large population survey. J Toxicol Environ Health A 82(5):379-382. http://doi.org/10.1080/15287394.2019.1603280.

Dietrich KN, Berger OG, Succop PA. 1993b. Lead exposure and the motor developmental status of urban six-year-old children in the Cincinnati prospective study. Pediatrics 91(2):301-307.

Dietrich KN, Krafft KM, Bier M, et al. 1986. Early effects of fetal lead exposure: Neurobehavioral findings at 6 months. Int J Biosoc Res 8(2):151-168.

Dietrich KN, Krafft KM, Shukla R, et al. 1987. The neurobehavioral effects of early lead exposure. In: Schroeder SR, ed. Toxic substances and mental retardation: Neurobehavioral toxicology and teratology. Washington, DC: American Association on Mental Deficiency, 71-95.

Dietrich KN, Krafft KM, Bier M, et al. 1989. Neurobehavioral effects of foetal lead exposure: The first year of life. In: Lead exposure and child development. Dordrecht: Springer, 320-331. http://doi.org/10.1007/978-94-009-0847-5_19.

Dietrich KN, Succop PA, Berger OG, et al. 1991. Lead exposure and the cognitive development of urban preschool children: The Cincinnati Lead Study cohort at age 4 years. Neurotoxicol Teratol 13(2):203-211.

Dietrich KN, Succop PA, Berger OG, et al. 1992. Lead exposure and the central auditory processing abilities and cognitive development of urban children: The Cincinnati Lead Study cohort at age 5 years. Neurotoxicol Teratol 14(1):51-56.

Dietrich KN, Berger OG, Succop PA, et al. 1993a. The developmental consequences of low to moderate prenatal and postnatal lead exposure: Intellectual attainment in the Cincinnati Lead Study Cohort following school entry. Neurotoxicol Teratol 15(1):37-44.

Dietrich KN, Douglas RM, Succop PA, et al. 2001. Early exposure to lead and juvenile delinquency. Neurotoxicol Teratol 23(6):511-518.

Ding N, Wang X, Weisskopf MG, et al. 2016. Lead-related genetic loci, cumulative lead exposure and incident coronary heart disease: The normative aging study. PLoS ONE 11(9):e0161472. http://doi.org/10.1371/journal.pone.0161472.

Ding N, Wang X, Tucker KL, et al. 2019. Dietary patterns, bone lead and incident coronary heart disease among middle-aged to elderly men. Environ Res 168:222-229. http://doi.org/10.1016/j.envres.2018.09.035.

Dingwall-Fordyce I, Lane RE. 1963. A follow-up study of lead workers. Br J Ind Med 20:313-315.

Disha, Sharma S, Goyal M, et al. 2019. Association of raised blood lead levels in pregnant women with preeclampsia: A study at tertiary centre. Taiwan J Obstet Gynecol 58(1):60-63. http://doi.org/10.1016/j.tjog.2018.11.011.

Dixon SL, Gaitens JM, Jacobs DE, et al. 2009. Exposure of U.S. children to residential dust lead, 1999-2004: II. The contribution of lead-contaminated dust to children's blood lead levels. Environ Health Perspect 117(3):468-474. http://doi.org/10.1289/ehp.11918.

do Nascimento SN, Charao MF, Moro AM, et al. 2014. Evaluation of toxic metals and essential elements in children with learning disabilities from a rural area of southern Brazil. Int J Environ Res Public Health 11(10):10806-10823. http://doi.org/10.3390/ijerph111010806.

Dobrakowski M, Boron M, Czuba ZP, et al. 2016. Blood morphology and the levels of selected cytokines related to hematopoiesis in occupational short-term exposure to lead. Toxicol Appl Pharmacol 305:111-117. http://doi.org/10.1016/j.taap.2016.06.015.

Dobrakowski M, Pawlas N, Kasperczyk A, et al. 2017. Oxidative DNA damage and oxidative stress in lead-exposed workers. Hum Exp Toxicol 36(7):744-754. http://doi.org/10.1177/0960327116665674.

DOE. 2018a. Table 3: Protective Action Criteria (PAC) Rev. 29a based on applicable 60-minute AEGLs, ERPGs, or TEELs. The chemicals are listed by CASRN. June 2018. Oak Ridge, TN: U.S. Department of Energy. https://sp.eota.energy.gov/pac/docs/Revision_29A_Table3.pdf. July 26, 2018.

DOE. 2018b. Protective Action Criteria (PAC) with AEGLs, ERPGs, & TEELs: Rev. 29A, June 2018. Oak Ridge, TN: U.S. Department of Energy. https://sp.eota.energy.gov/pac/. July 26, 2018.

Dong Z, Yan K, Liu Y, et al. 2016. A meta-analysis to correlate lead bioavailability and bioaccessibility and predict lead bioavailability. Environ Int 92-93:139-145. http://doi.org/10.1016/j.envint.2016.04.009.

Dongre NN, Suryakar AN, Patil AJ, et al. 2013. Biochemical effects of lead exposure on battery manufacture workers with reference to blood pressure, calcium metabolism and bone mineral density. Indian J Clin Biochem 28(1):65-70. http://doi.org/10.1007/s12291-012-0241-8.

Dorsey CD, Lee B, Bolla KI, et al. 2006. Comparison of patella lead with blood lead and tibia lead and their associations with neurobehavioral test scores. J Occup Environ Med 48(5):489-496.

Doyle JR, Blais JM, Holmes RD, et al. 2012. A soil ingestion pilot study of a population following a traditional lifestyle typical of rural or wilderness areas. Sci Total Environ 424:110-120. http://doi.org/10.1016/j.scitotenv.2012.02.043.

Drasch GA, Bohm J, Baur C. 1987. Lead in human bones. Investigations on an occupationally non-exposed population in southern Bavaria (F.R.G.). I. Adults. Sci Total Environ 64:303-315.

Drasch G, Wanghofer E, Roider G. 1997. Are blood, urine, hair, and muscle valid biomonitors for the internal burden of men with the heavy metals mercury, lead and cadmium: An investigation on 150 deceased. Trace Elem Electrolytes 14(3):116-123.

Drexler JW, Brattin WJ. 2007. An in vitro procedure for estimation of lead relative bioavailability: With validation. Hum Ecol Risk Assess 13(2):383-401. http://doi.org/10.1080/10807030701226350.

Dundar B, Öktem F, Arslan MK, et al. 2006. The effect of long-term low-dose lead exposure on thyroid function in adolescents. Environ Res 101(1):140-145. http://doi.org/10.1016/j.envres.2005.10.002.

DuVal GE, Fowler BA. 1989. Preliminary purification and characterization studies of a low molecular weight, high affinity cytosolic lead-binding protein in rat brain. Biochem Biophys Res Commun 159:177-184.

Duydu Y, Dur A, Süzen HS. 2005. Evaluation of increased proportion of cells with unusually high sister chromatid exchange counts as a cytogenetic biomarker for lead exposure. Biol Trace Elem Res 104(2):121-129. http://doi.org/10.1385/BTER:104:2:121.

Duydu Y, Süzen H, Aydin A, et al. 2001. Correlation between lead exposure indicators and sister chromatid exchange (SCE) frequencies in lymphocytes from inorganic lead exposed workers. Arch Environ Contam Toxicol 41(2):241-246.

Dye BA, Hirsch R, Brody DJ. 2002. The relationship between blood lead levels and periodontal bone loss in the United States, 1988-1994. Environ Health Perspect 110(10):997-1002.

Eaton DL, Stacey NH, Wong KL, et al. 1980. Dose response effects of various metal ions on rat liver metallothionein, glutathione, heme oxygenase, and cytochrome P-450. Toxicol Appl Pharmacol 55:393-402.

Eckel WP, Jacob TA. 1988. Ambient levels of 24 dissolved metals in U.S. surface and ground waters. Prepr Pap Natl Meet Am Chem Soc Div Environ Chem 28:371-372.

Egeghy PP, Quackenboss JJ, Catlin S, et al. 2005. Determinants of temporal variability in NHEXAS-Maryland environmental concentrations, exposures, and biomarkers. J Expo Anal Environ Epidemiol 15(5):388-397. http://doi.org/10.1038/sj.jea.7500415.

Ehrlich R, Robins T, Jordaan E, et al. 1998. Lead absorption and renal dysfunction in a South African battery factory. Occup Environ Med 55:453-460.

Eisenreich SJ, Looney BB, Thornton JD. 1981. Airborne organic contaminants in the Great Lakes ecosystem. Environ Sci Technol 15(1):30-38.

Eisler R. 1988. Lead hazards to fish, wildlife, and invertebrates: A synoptic review. Fish and Wildlife Service. U.S. Department of the Interior. Biological Report 85(1.14).

Elbaz-Poulichet F, Holliger P, Huang WW, et al. 1984. Lead cycling in estuaries, illustrated by the Gironde estuary, France. Nature 308:409-414.

Elias SM, Hashim Z, Marjan ZM, et al. 2007. Relationship between blood lead concentration and nutritional status among Malay primary school children in Kuala Lumpur, Malaysia. Asia Pac J Public Health 19(3):29-37. http://doi.org/10.1177/101053950701900306.

Elmarsafawy SF, Jain NB, Schwartz J, et al. 2006. Dietary calcium as a potential modifier of the relationship of lead burden to blood pressure. Epidemiology 17(5):531-537.

Elwood PC, Davey-Smith G, Oldham PD, et al. 1988a. Two Welsh surveys of blood lead and blood pressure. Environ Health Perspect 78:119-121.

Elwood PC, Yarnell JWG, Oldham PD, et al. 1988b. Blood pressure and blood lead in surveys in Wales. Am J Epidemiol 127(5):942-945.

Emory E, Ansari Z, Pattillo R, et al. 2003. Maternal blood lead effects on infant intelligence at age 7 months. Am J Obstet Gynecol 188(4):S26-S32.

Englyst V, Lundstrom NG, Gerhardsson L, et al. 2001. Lung cancer risks among lead smelter workers also exposed to arsenic. Sci Total Environ 273:77-82.

Environment and Climate Change Canada. 2016. Canadian environmental sustainability indicators: Releases of harmful substances to the environment. Minister of Environment and Climate Change. http://www.ec.gc.ca/indicateurs-indicators/3C4C1124-63E6-40BB-941A-EB87E1A23387/Releases%20of%20Harmful%20Substances_EN.pdf. June 26, 2017.

EPA. 1977. Standards of performance for secondary lead smelters. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 60; Subpart L.

EPA. 1979. Lead. Water-related environmental fate of 129 priority pollutants. U.S. Environmental Protection Agency. 13-11 - 13-19. EPA440479029a.

EPA. 1982a. Standards of performance for lead-acid battery manufacturing plants. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 60; Subpart KK.

EPA. 1982b. Test methods. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 80.3.

EPA. 1982c. An exposure and risk assessment for lead. Washington, DC: U.S. Environmental Protection Agency. EPA440485010. PB85220606.

EPA. 1985a. Controls applicable to gasoline refiners and importers. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 80.20.

EPA. 1985b. Determination of reportable quantities. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 117.3.

EPA. 1985c. Lead exposures in the human environment. Research Triangle Park, NC: U.S. Environmental Protection Agency. EPA600D86185. PB86241007.

8. REFERENCES

EPA. 1985d. Regulation of fuels and fuel additives; gasoline lead content. Fed Regist 50(45):9386-9399.

EPA. 1986a. Air quality criteria for lead. Research Triangle Park, NC: U.S. Environmental Protection Agency. EPA600883028F.

EPA. 1986b. Superfund record of decision (EPA Region 5): Forest Waste Disposal Site, Genesee County, Michigan, June 1986. Washington, DC: U.S. Environmental Protection Agency. EPARODR0586034. PB87189890.

EPA. 1988. Specific toxic chemical listings. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 372.65.

EPA. 1989a. Exposure factors handbook. Washington, DC: U.S. Environmental Protection Agency. EPA600889043.

EPA. 1989b. National primary drinking water regulations. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 141,142.

EPA. 1991. Reference air concentrations. Health based limits for exclusion of waste-derived residues. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 266, Appendices IV and VII.

EPA. 1994a. Guidance manual for the integrated exposure uptake biokinetic model for lead in children. U.S. Environmental Protection Agency. EPA540R93081. PB93963510.

EPA. 1994b. Technical support document: Parameters and equations used in integrated exposure uptake biokinetic model for lead in children (v0.99d). Washington, DC: U.S. Environmental Protection Agency. EPA540R94040. PB94963505.

EPA. 1994c. Validation strategy for the integrated exposure uptake biokinetic model for lead in children. Washington, DC: U.S. Environmental Protection Agency. EPA540R94039. PB94963504.

EPA. 1994d. Methods for the determination of metals in environmental samples. Supplement 1. Cincinnati, OH: U.S. Environmental Protection Agency. EPA600R94111. https://nepis.epa.gov/Exe/ZyPURL.cgi?Dockey=300036HL.txt. March 30, 2017.

EPA. 1994e. Revised interim soil lead guidance for CERCLA sites and RCRA corrective action facilities. Washington, DC: U.S. Environmental Protection Agency. OSWER Directive #9355.4-12.

EPA. 1994f. Method 200.8, revision 5.4: Determination of trace elements in waters and wastes by inductively coupled plasma-mass spectrometry. Cincinnati, OH: U.S. Environmental Protection Agency. https://www.epa.gov/sites/production/files/2015-08/documents/method_200-8_rev_5-4_1994.pdf. December 8, 2017.

EPA. 1995a. Guidance for assessing chemical contaminant data for use in fish advisories. Volume 1: Fish sampling and analysis. U.S. Environmental Protection Agency. EPA823R95007.

EPA. 1995b. Report on the national survey of lead based paint in housing - base report. U.S. Environmental Protection Agency.

EPA. 1996a. Prohibition on gasoline containing lead or lead additives for highway use. U.S. Environmental Protection Agency. Fed Regist 61(23):3832.

EPA. 1996b. National air quality and emissions trends report 1995. U.S. Environmental Protection Agency. EPA454R96005.

EPA. 1996c. Urban soil lead abatement demonstration project. Volume I: EPA integrated report. U.S. Environmental Protection Agency. EPA600P93001aF.

EPA. 1997a. Implementation of the mercury-containing and rechargeable battery management act. U.S. Environmental Protection Agency. https://nepis.epa.gov/Exe/ZyPURL.cgi?Dockey=10000MXZ.txt. February 18, 2020.

EPA. 1997b. Methods for the determination of chemical substances in marine and estuarine environmental matrices- 2nd edition. Washington, DC: U.S. Environmental Protection Agency. EPA600R97072. https://cfpub.epa.gov/si/si_public_record_report.cfm?dirEntryId=309412. March 30, 2017.

EPA. 1998. Clarification to the 1994 revised interim soil lead guidance for CERCLA sites and RCRA corrective action facilities. U.S. Environmental Protection Agency. EPA540F98030. https://www.epa.gov/superfund/lead-superfund-sites-guidance. August 25, 2017.

EPA. 1999. Determination of metals in ambient particulate matter using X-ray fluorescence (XRF) spectroscopy. Compendium Method 10-3.3. Cincinnati, OH: U.S. Environmental Protection Agency. EPA625R96010a. https://www3.epa.gov/ttnamti1/files/ambient/inorganic/mthd-3-3.pdf. March 30, 2017.

EPA. 2001. Guidance for reporting releases and other waste management quantities of toxic chemicals: Lead and lead compounds. Washington, DC: U.S. Environmental Protection Agency. https://ofmpub.epa.gov/apex/guideme_ext/guideme_ext/guideme/file/lead%20and%20lead%20compounds.pdf. February 25, 2020.

EPA. 2002a. Reference manual for the Integrated Exposure Uptake Biokinetic Model for lead in children (IEUBK) Windows 32 bit version. U.S. Environmental Protection Agency. EPA9285.7-44 https://www.epa.gov/superfund/lead-superfund-sites-software-and-users-manuals#technical. February 18, 2020.

EPA. 2002b. The "battery act". Enforcement alert. U.S. Environmental Protection Agency. EPA300N02002.

EPA. 2002c. National primary drinking water regulations. Washington, DC: U.S. Environmental Protection Agency. EPA816F02013. http://www.epa.gov/safewater/mcl.html. February 18, 2020.

EPA. 2003. Method 200.5: Determination of trace elements in drinking water by axially viewed inductively coupled plasma- atomic emission spectrometry. Cincinnati, OH: U.S. Environmental Protection Agency. EPA600R06115. https://www.epa.gov/sites/production/files/2015-08/documents/method_200-5_rev_4-2_2003.pdf. March 30, 2017.

EPA. 2004. Lead and copper rule: A quick reference guide. U.S. Environmental Protection Agency. EPA816F04009. https://nepis.epa.gov/Exe/ZyPURL.cgi?Dockey=30006646.txt. February 5, 2019.

EPA. 2005a. Toxic chemical release inventory reporting forms and instructions: Revised 2004 version. Section 313 of the Emergency Planning and Community Right-to-Know Act (Title III of the Superfund Amendments and Reauthorization Act of 1986). U.S. Environmental Protection Agency. EPA260B05001.

EPA. 2005b. STORET database access. U.S. Environmental Protection Agency. http://www.epa.gov/storet/dbtop.html. May 20, 2005.

EPA. 2006. Air quality criteria for lead. Volume 1 of II. U.S. Environmental Protection Agency. EPA600R5144aF. http://ofmpub.epa.gov/eims/eimscomm.getfile?p_download_id=459555. June 27, 2017.

EPA. 2007a. National primary drinking water regulations for lead and copper: Short-term regulatory revisions and clarifications. U.S. Environmental Protection Agency. Fed Regist 72(195):57782-57820. https://www.gpo.gov/fdsys/pkg/FR-2007-10-10/pdf/E7-19432.pdf. June 28, 2017.

EPA. 2007b. The national listing of fish advisories. Advisory report output. U.S. Environmental Protection Agency.

EPA. 2009. National primary drinking water regulations. Washington, DC: U.S. Environmental Protection Agency. EPA816F090004. https://www.epa.gov/sites/production/files/2016-06/documents/npwdr_complete_table.pdf. February 28, 2019.

EPA. 2010. Lead and copper rule monitoring and reporting guidance for public water systems. U.S. Environmental Protection Agency. EPA816R10004. https://nepis.epa.gov/Exe/ZyPURL.cgi?Dockey=P100DP2P.txt. February 5, 2019.

EPA. 2013. Providing safe drinking water in America: 2013 National Public Water Systems Compliance Report. U.S. Environmental Protection Agency. https://www.epa.gov/sites/production/files/2015-06/documents/sdwacom2013.pdf. February 18, 2020.

EPA. 2014a. Development and evaluation of the all ages lead model (AALM). U.S. Environmental Protection Agency.

8. REFERENCES

EPA. 2014b. Approach for estimating exposures and incremental health effects from lead due to renovation, repair, and painting activities in public and commercial buildings. U.S. Environmental Protection Agency. https://www.epa.gov/sites/production/files/2014-08/documents/approachdocument_0.pdf. April 03, 2017.

EPA. 2014c. Integrated science assessment for lead. Contains errata sheet created 5/12/2014. U.S. Environmental Protection Agency. EPA600R10075F. https://cfpub.epa.gov/ncea/isa/recordisplay.cfm?deid=255721. October 21, 2016.

EPA. 2014d. Lead and lead compounds. Chemical data access tool (CDAT). [2012 Chemical Data Reporting (CDR)]. U.S. Environmental Protection Agency. https://java.epa.gov/oppt_chemical_search/. June 26, 2017.

EPA. 2014e. Identification and consideration of errors in Lanphear et al. (2005), "Low-level environmental lead exposure and children's intellectual function: An international pooled analysis". Memorandum to Integrated Science Assessment for lead docket (EPA-HQ-ORD-2011-0051). Research Triangle Park, NC: U.S. Environmental Protection Agency. https://ofmpub.epa.gov/eims/eimscomm.getfile?p_download_id=518543. February 5, 2019.

EPA. 2015. Report on the environment. Lead emissions. U.S. Environmental Protection Agency. https://cfpub.epa.gov/roe/. June 27, 2017.

EPA. 2016a. Optimal corrosion control treatment evaluation technical recommendations for primacy agencies and public water systems. U.S. Environmental Protection Agency. EPA816B16003. https://www.epa.gov/dwreginfo/optimal-corrosion-control-treatment-evaluation-technical-recommendations. February 18, 2020.

EPA. 2016b. Memorandum. Updated scientific considerations for lead in soil cleanups. U.S. Environmental Protection Agency. https://assets.documentcloud.org/documents/3525442/EPA-Memo-Updated-Scientific-Considerations-for.pdf. June 28, 2017.

EPA. 2016c. 2014 National emissions inventory, version 1. Technical support document. Research Triangle Park, NC: U.S. Environmental Protection Agency. https://www.epa.gov/sites/production/files/2016-12/documents/nei2014v1_tsd.pdf. February 18, 2020.

EPA. 2016d. Updated scientific considerations for lead in soil cleanups. U.S. Environmental Protection Agency, Office of Land and Emergency Management. https://quicksilver.epa.gov/work/08/1884174.pdf. August 25, 2017.

EPA. 2017a. Lead air releases trend in the 2015 TRI national analysis. U.S. Environmental Protection Agency.

EPA. 2017b. Supporting data files for the 2015 TRI national analysis: 2015 Toxics Release Inventory national analysis: Releases of chemicals: Lead air releases trend. U.S. Environmental Protection Agency. https://www.epa.gov/trinationalanalysis/supporting-data-files-2015-tri-national-analysis.

EPA. 2017c. TRI basic data files: Calendar years 1987 - 2015 [US data from 2015]. U.S. Environmental Protection Agency.

EPA. 2017d. Transmittal of update to the adult lead methodology's default baseline blood lead concentration and geometric standard deviation parameters. OLEM Directive 9285-56. Washington, DC: U.S. Environmental Protection Agency. https://semspub.epa.gov/work/HQ/196766.pdf. August 25, 2017.

EPA. 2017e. Review of Michigan's lead and copper rule. Review of the Michigan Department of Environmental Quality Drinking Water Program 2016. U.S. Environmental Protection Agency. 16-29.

EPA. 2018a. Lead trends: National trends in lead levels. U.S. Environmental Protection Agency. https://www.epa.gov/air-trends/lead-trends. February 18, 2020.

EPA. 2018b. Air quality system: Lead. U.S. Environmental Protection Agency. https://www.epa.gov/aqs. February 18, 2020.

EPA. 2018c. 2018 Edition of the drinking water standards and health advisories tables. Washington, DC: U.S. Environmental Protection Agency. EPA822F18001. https://www.epa.gov/sites/production/files/2018-03/documents/dwtable2018.pdf. May 4, 2017.

EPA. 2018d. Acute Exposure Guideline Levels (AEGLs) values. U.S. Environmental Protection Agency. https://www.epa.gov/sites/production/files/2018-08/documents/compiled_aegls_update_27jul2018.pdf. June 5, 2019.

EPA. 2019a. National primary drinking water regulations: Proposed lead and copper rule revisions. U.S. Environmental Protection Agency. Fed Regist 84(219):61684-61774. https://www.regulations.gov/contentStreamer?documentId=EPA-HQ-OW-2017-0300-0001&contentType=pdf. January 14, 2020.

EPA. 2019b. National primary and secondary ambient air quality standards for lead. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 50.16. https://www.govinfo.gov/content/pkg/CFR-2019-title40-vol2/pdf/CFR-2019-title40-vol2-sec50-16.pdf. February 18, 2020.

EPA. 2019c. Review of the dust-lead hazard standards and the definition of lead based paints. U. S. Environmental Protection Agency. Fed Regist 84(131):32632-32648. https://www.regulations.gov/document?D=EPA-HQ-OPPT-2018-0166-0360. October 25, 2019.

EPA. 2020a. Regulation of fuels and fuel additives. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 80.

EPA. 2020b. Standards for the management of specific hazardous wastes and specific types of hazardous waste management facilities. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 266.

Erenberg G, Rinsler SS, Fish BG. 1974. Lead neuropathy and sickle cell disease. Pediatrics 54:438-441.

Erfurth EM, Gerhardsson L, Nilsson A, et al. 2001. Effects of lead on the endocrine system in lead smelter workers. Arch Environ Health 56(5):449-455.

Ergurhan-Ilhan I, Cadir B, Koyuncu-Arslan M, et al. 2008. Level of oxidative stress and damage in erythrocytes in apprentices indirectly exposed to lead. Pediatr Int 50(1):45-50. http://doi.org/10.1111/j.1442-200X.2007.02442.x.

Ericson JE. 2001. Enamel lead biomarker for prenatal exposure assessment. Environ Res 87(3):136-140. http://doi.org/10.1006/enrs.2001.4283.

Erie JC, Good JA, Butz JA. 2009. Excess lead in the neural retina in age-related macular degeneration. Am J Ophthalmol 148(6):890-894. http://doi.org/10.1016/j.ajo.2009.07.001.

Erkkila J, Armstrong R, Riihimaki V, et al. 1992. In vivo measurements of lead in bone at four anatomical sites: Long term occupational and consequent endogenous exposure. Br J Ind Med 49:631-644.

Ernhart CB, Morrow-Tlucak M, Wolf AW, et al. 1989. Low level lead exposure in the prenatal and early preschool periods: Intelligence prior to school entry. Neurotoxicol Teratol 11(2):161-170.

Esteban M, Castano A. 2009. Non-invasive matrices in human biomonitoring: A review. Environ Int 35:438-449.

Esteban E, Rubin CH, Jones RL, et al. 1999. Hair and blood as substrates for screening children for lead poisoning. Arch Environ Health 54(6):436-440.

Esteban-Vasallo MD, Aragones N, Pollan M, et al. 2012. Mercury, cadmium, and lead levels in human placenta: A systematic review. Environ Health Perspect 120(10):1369-1377. http://doi.org/10.1289/ehp.1204952.

Ethier AA, Muckle G, Bastien C, et al. 2012. Effects of environmental contaminant exposure on visual brain development: A prospective electrophysiological study in school-aged children. Neurotoxicology 33(5):1075-1085. http://doi.org/10.1016/j.neuro.2012.05.010.

Ettinger AS, Tellez-Rojo MM, Amarasiriwardena C, et al. 2004. Levels of lead in breast milk and their relation to maternal blood and bone lead levels at one month postpartum. Environ Health Perspect 112:926-931

Ettinger AS, Tellez-Rojo MM, Amarasiriwardena C, et al. 2006. Influence of maternal bone lead burden and calcium intake on levels of lead in breast milk over the course of lactation. Am J Epidemiol 163(1):48-56.

Ettinger AS, Lamadrid-Figueroa H, Tellez-Rojo MM, et al. 2009. Effect of calcium supplementation on blood lead levels in pregnancy: A randomized placebo-controlled trial. Environ Health Perspect 117(1):26-31.

Ettinger AS, Roy A, Amarasiriwardena CJ, et al. 2014. Maternal blood, plasma, and breast milk lead: Lactational transfer and contribution to infant exposure. Environ Health Perspect 122(1):87-92. http://doi.org/10.1289/ehp.1307187.

Eum KD, Nie LH, Schwartz J, et al. 2011. Prospective cohort study of lead exposure and electrocardiographic conduction disturbances in the Department of Veterans Affairs Normative Aging Study. Environ Health Perspect 119(7):490-494. http://doi.org/10.1289/ehp.1003279.

Eum KD, Wang FT, Schwartz J, et al. 2013. Modifying roles of glutathione S-transferase polymorphisms on the association between cumulative lead exposure and cognitive function. Neurotoxicology 39:65-71. http://doi.org/10.1016/j.neuro.2013.08.002.

Eum KD, Weisskopf MG, Nie LH, et al. 2014. Cumulative lead exposure and age at menopause in the Nurses' Health Study cohort. Environ Health Perspect 122(3):229-234. http://doi.org/10.1289/ehp.1206399.

Eum KD, Seals RM, Taylor KM, et al. 2015. Modification of the association between lead exposure and amyotrophic lateral sclerosis by iron and oxidative stress related gene polymorphisms. Amyotroph Lateral Scler Frontotemporal Degener 16(1-2):72-79. http://doi.org/10.3109/21678421.2014.964259.

Evans RD, Rigler FH. 1985. Long distance transport of anthropogenic lead as measured by lake sediments. Water Air Soil Pollut 24:141-151.

Evans M, Elinder CG. 2011. Chronic renal failure from lead: Myth or evidence-based fact? Kidney Int 79(3):272-279. http://doi.org/10.1038/ki.2010.394.

Evens A, Hryhorczuk D, Lanphear BP, et al. 2015. The impact of low-level lead toxicity on school performance among children in the Chicago public schools: A population-based retrospective cohort study. Environ Health 14:21. http://doi.org/10.1186/s12940-015-0008-9.

Ewers U, Stiller-Winkler R, Idel H. 1982. Serum immunoglobulin, complement C3, and salivary IgA levels in lead workers. Environ Res 29(2):351-357. http://doi.org/10.1016/0013-9351(82)90036-6.

Factor-Litvak P, Graziano JH, Kline JK, et al. 1991. A prospective study of birthweight and length of gestation in a population surrounding a lead smelter in Kosovo, Yugoslavia. Int J Epidemiol 20:722-728.

Factor-Litvak P, Kline JK, Popovac D, et al. 1996. Blood lead and blood pressure in young children. Epidemiology 7(6):633-637. http://doi.org/10.1097/00001648-199611000-00012.

Factor-Litvak P, Slavkovich V, Liu X, et al. 1998. Hyperproduction of erythropoietin in nonanemic lead-exposed children. Environ Health Perspect 106(6):361-364.

Factor-Litvak P, Wasserman G, Kline JK, et al. 1999. The Yugoslavia prospective study of environmental lead exposure. Environ Health Perspect 107(1):9-15.

Fadrowski JJ, Navas-Acien A, Tellez-Plaza M, et al. 2010. Blood lead level and kidney function in US adolescents: The Third National Health and Nutrition Examination Survey. Arch Intern Med 170(1):75-82. http://doi.org/10.1001/archinternmed.2009.417.

Famurewa AC, Ugwuja EI. 2017. Association of blood and seminal plasma cadmium and lead levels with semen quality in non-occupationally exposed infertile men in Abakaliki, South East Nigeria. J Family Reprod Health 11(2):97-103.

Fan G, Du G, Li H, et al. 2014. The effect of the hemochromatosis (HFE) genotype on lead load and iron metabolism among lead smelter workers. PLoS ONE 9(7):e101537. http://doi.org/10.1371/journal.pone.0101537.

Fan Y, Sheng J, Liang C, et al. 2020. Association of blood lead levels with the risk of depressive symptoms in the elderly Chinese population: Baseline data of a cohort study. Biol Trace Elem Res 194(1):76-83. http://doi.org/10.1007/s12011-019-01755-x.

Fang F, Kwee LC, Allen KD, et al. 2010. Association between blood lead and the risk of amyotrophic lateral sclerosis. Am J Epidemiol 171(10):1126-1133. http://doi.org/10.1093/aje/kwq06.

Fanning D. 1988. A mortality study of lead workers, 1926-1985. Arch Environ Health 43(3):247-251.

Faramawi MF, Delongchamp R, Lin YS, et al. 2015. Environmental lead exposure is associated with visit-to-visit systolic blood pressure variability in the US adults. Int Arch Occup Environ Health 88(3):381-388. http://doi.org/10.1007/s00420-014-0970-5.

Farhat A, Mohammadzadeh A, Balali-Mood M, et al. 2013. Correlation of blood lead level in mothers and exclusively breastfed infants: A study on infants aged less than six months. Asia Pac J Med Toxicol 2:150-152.

Farias P, Echavarria M, Hernandez-Avila M, et al. 2005. Bone, blood and semen lead in men with environmental and moderate occupational exposure. Int J Environ Health Res 15(1):21-31.

Farooqui Z, Bakulski KM, Power MC, et al. 2017. Associations of cumulative Pb exposure and longitudinal changes in Mini-Mental Status Exam scores, global cognition and domains of cognition: The VA Normative Aging Study. Environ Res 152:102-108. http://doi.org/10.1016/j.envres.2016.10.007.

Fayerweather WE, Karns ME, Nuwayhid IA, et al. 1997. Case-control study of cancer risk in tetraethyl lead manufacturing. Am J Ind Med 31:28-35.

Fazli D, Malekirad AA, Mirzaee M, et al. 2014. Study on the link between lead exposure and hematological, psychological, and memorial parameters in automobile repair workers. Sci Res 6:712-719.

FDA. 1995. Substances prohibited from use in human food. Substances prohibited from indirect addition to human food through food-contact surfaces. U.S. Food and Drug Administration. Code of Federal Regulations. 21 CFR 189.240.

FDA. 2006. Supporting document for recommended maximum level for lead in candy likely to be consumed frequently by small children. U.S. Food and Drug Administration. https://www.fda.gov/food/foodborneillnesscontaminants/metals/ucm172050.htm. June 28, 2017.

FDA. 2016a. Lead and cadmium in foods. Combination metals testing. U.S. Food and Drug Administration. https://www.fda.gov/Food/FoodborneIllnessContaminants/Metals/ucm521427.htm. March 23, 2017.

FDA. 2016b. Total diet study elements results summary statistics. Market baskets 2006 through 2011. U.S. Food and Drug Administration. March 23, 2017.

FDA. 2019a. Substances added to food. Washington, DC: U.S. Food and Drug Administration. https://www.accessdata.fda.gov/scripts/fdcc/?set=FoodSubstances. September 2, 2019.

FDA. 2019b. Subpart B - Requirements for specific standardized beverages. Bottled water. U.S. Food and Drug Administration. Code of Federal Regulations. 21 CFR 165.110. https://www.govinfo.gov/content/pkg/CFR-2019-title21-vol2/pdf/CFR-2019-title21-vol2-part165.pdf. December 5, 2019.

Fears TR, Elashoff RM, Schneiderman MA. 1989. The statistical analysis of a carcinogen mixture experiment. III. Carcinogens with different target systems, aflatoxin B1, n-butyl-N(4-hydroxybutyl)nitrosamine, lead acetate, and thiouracil. Toxicol Ind Health 5(1):1-23.

Feldhake CJ, Stevens CD. 1963. The solubility of tetraethyllead in water. J Chem Eng Data 8(2):196-197. http://doi.org/10.1021/je60017a016.

Fels LM, Bundschuh I, Gwinner W, et al. 1994. Early urinary markers of target nephron segments as studied in cadmium toxicity. Kidney Int Suppl 47:S81-88.

Fels LM, Wunsch M, Baranowski J, et al. 1998. Adverse effects of chronic low level lead exposure on kidney function - A risk group study in children. Nephrol Dial Transplant 13:2248-2256.

Fenga C, Gangemi S, Alibrandi A, et al. 2016. Relationship between lead exposure and mild cognitive impairment. J Prev Med Hyg 57(4):E205-E210.

Fergusson DM, Horwood LJ, Lynskey MT. 1993. Early dentine lead levels and subsequent cognitive and behavioural development. J Child Psychol Psychiatry 34(2):215-227. http://doi.org/10.1111/j.1469-7610.1993.tb00980.x.

Fernandes KC, Martins AC, Oliveira AA, et al. 2016. Polymorphism of metallothionein 2A modifies lead body burden in workers chronically exposed to the metal. Public health genomics 19(1):47-52. http://doi.org/10.1159/000441713.

Finster ME, Gray KA, Binns HJ. 2004. Lead levels of edibles grown in contaminated residential soils: A field survey. Sci Total Environ 320(2):245-257.

Fischbein A, Anderson KE, Sassa S, et al. 1981. Lead poisoning from "Do-It-Yourself" heat guns for removing lead-based paint: Report of two cases. Environ Res 24:425-431.

Fischbein A, Tsang P, Luo JCJ, et al. 1993. Phenotypic aberrations of CD3+ and CD4+ cells and functional impairments of lymphocytes at low-level occupational exposure to lead. Clin Immunol Immunopathol 66(2):163-168.

Flanagan PR, Hamilton DL, Haist J, et al. 1979. Interrelationships between iron and lead absorption in iron-deficient mice. Gastroenterology 77:1074-1081.

Flegal AR, Smith DR. 1995. Measurements of environmental lead contamination and human exposure. Rev Environ Contam Toxicol 143:1-45.

Fleisch AF, Burns JS, Williams PL, et al. 2013. Blood lead levels and serum insulin-like growth factor 1 concentrations in peripubertal boys. Environ Health Perspect 121(7):854-858. http://doi.org/10.1289/ehp.1206105.

Fleming D, Boulay D, Richard NS, et al. 1997. Accumulated body burden and endogenous release of lead in employees of a lead smelter. Environ Health Perspect 105(2):224-233.

Fleming MD, Romano MA, Su MA, et al. 1998a. Nramp2 is mutated in the anemic Belgrade (b) rat: Evidence of a role for Nramp2 in endosomal iron transport. Proc Natl Acad Sci 95(3):1148-1153.

Fleming DEB, Chettle DR, Wetmur JG, et al. 1998b. Effect of the delta-aminolevulinate dehydratase polymorphism on the accumulation of lead in bone and blood in lead smelter workers. Environ Res 77:49-61.

Flora G, Gupta D, Tiwari A. 2012. Toxicity of lead: A review with recent updates. Interdiscip Toxicol 5(2):47-58. http://doi.org/10.2478/v10102-012-0009-2.

Forbes GB, Reina JC. 1972. Effect of age on gastrointestinal absorption (Fe, Sr, Pb) in the rat. J Nutr 102:647-652.

Forni A, Cambiaghi G, Secchi GC. 1976. Initial occupational exposure to lead. Chromosome and biochemical findings. Arch Environ Health 31:73-78.

Fosse G, Wesenberg GR, Tvinnereim HM, et al. 1995. Lead in deciduous teeth from larger cities of some countries. Int J Environ Stud 47:203-210.

Foster P, Gray LE. 2008. Toxic responses of the reproductive system. In: Klaassen CD, ed. Casarett and Doull's toxicology. The basic science of poisons. New York, NY: The McGraw-Hill Companies, Inc, 761-806.

Fowler BA, DuVal G. 1991. Effects of lead on the kidney: Roles of high-affinity lead-binding proteins. Environ Health Perspect 91:77-80.

Fracasso ME, Perbellini L, Soldà S, et al. 2002. Lead induced DNA strand breaks in lymphocytes of exposed workers: Role of reactive oxygen species and protein kinase C. Mutat Res Genet Toxicol Environ Mutagen 515(1):159-169.

Franklin CA, Inskip MJ, Baccanale CL, et al. 1997. Use of sequentially administered stable lead isotopes to investigate changes in blood lead during pregnancy in a nonhuman primate (Macaca fascicularis). Fundam Appl Toxicol 39:109-119.

Fraser S, Muckle G, Despres C. 2006. The relationship between lead exposure, motor function and behaviour in Inuit preschool children. Neurotoxicol Teratol 28(1):18-27. http://doi.org/10.1016/j.ntt.2005.10.008.

Freeman GB, Johnson JD, Killinger JM, et al. 1992. Relative bioavailability of lead from mining waste soil in rats. Fundam Appl Toxicol 19(3):388-398.

Freeman GB, Johnson JD, Liao SC, et al. 1994. Absolute bioavailability of lead acetate and mining waste lead in rats. Toxicology 91:151-163.

Freeman GB, Dill JA, Johnson JD, et al. 1996. Comparative absorption of lead from contaminated soil and lead salts by weanling Fischer 344 rats. Fundam Appl Toxicol 33:109-119.

Frisancho AR, Ryan AS. 1991. Decreased stature associated with moderate blood lead concentrations in Mexican-American children. Am J Clin Nutr 54:516-519.

Froehlich TE, Lanphear BP, Dietrich KN, et al. 2007. Interactive effects of a DRD4 polymorphism, lead and sex on executive functions in children. Biol Psychiatry 62(3):243-249. http://doi.org/10.1016/j.biopsych.2006.09.039.

Froehlich TE, Lanphear BP, Auinger P, et al. 2009. Association of tobacco and lead exposures with attention-deficit/hyperactivity disorder. Pediatrics 124(6):E1054-E1063. http://doi.org/10.1542/peds.2009-0738.

Froom P, Kristal-Boneh E, Benbassat J, et al. 1998. Predictive value of determinations of zinc protoporphyrin for increased blood lead concentrations. Clin Chem 44(6):1283-1288.

Fruh V, Rifas-Shiman SL, Amarasiriwardena C, et al. 2019. Prenatal lead exposure and childhood executive function and behavioral difficulties in project viva. Neurotoxicology 75:105-115. http://doi.org/10.1016/j.neuro.2019.09.006.

Fujita H, Sato K, Sano S. 1982. Increase in the amount of erythrocyte delta-aminolevulinic acid dehydratase in workers with moderate lead exposure. Int Arch Occup Environ Health 50:287-297.

Fukui Y, Miki M, Ukai H, et al. 1999. Urinary lead as a possible surrogate of blood lead among workers occupationally exposed to lead. Int Arch Occup Environ Health 72(8):516-520.

Fukumoto K, Karai I, Horiguchi S. 1983. Effect of lead on erythrocyte membranes. Br J Ind Med 40:220-223.

Fullmer CS, Rosen JF. 1990. Effect of dietary calcium and lead status on intestinal calcium absorption. Environ Res 51:91-99.

Gambelunghe A, Sallsten G, Borne Y, et al. 2016. Low-level exposure to lead, blood pressure, and hypertension in a population-based cohort. Environ Res 149:157-163. http://doi.org/10.1016/j.envres.2016.05.015.

Gao K, Pearce J, Jones J, et al. 1999. Interaction between peat, humic acid and aqueous metal ions. Environ Geochem Health 21(1):13-26.

Gao A, Lu XT, Li QY, et al. 2010. Effect of the delta-aminolevulinic acid dehydratase gene polymorphism on renal and neurobehavioral function in workers exposed to lead in China. Sci Total Environ 408(19):4052-4055. http://doi.org/10.1016/j.scitotenv.2010.04.024.

Garavan C, Breen J, Moles R, et al. 2008. A case study of the health impacts in an abandoned lead mining area, using children's blood lead levels. Int J Min Reclam Environ 22(4):265-284.

Garcia-Esquinas E, Aragones N, Fernandez MA, et al. 2014. Newborns and low to moderate prenatal environmental lead exposure: Might fathers be the key? Environ Sci Pollut Res Int 21(13):7886-7898. http://doi.org/10.1007/s11356-014-2738-6.

Garcia-Leston J, Mendez J, Pasaro E, et al. 2010. Genotoxic effects of lead: An updated review. Environ Int 36(6):623-636. http://doi.org/10.1016/j.envint.2010.04.011.

Garcia-Leston J, Roma-Torres J, Mayan O, et al. 2012. Assessment of immunotoxicity parameters in individuals occupationally exposed to lead. J Toxicol Environ Health A 75(13-15):807-818. http://doi.org/10.1080/15287394.2012.690327.

García-Lestón J, Roma-Torres J, Vilares M, et al. 2011. Biomonitoring of a population of Portuguese workers exposed to lead. Mutat Res 721(1):81-88. http://doi.org/10.1016/j.mrgentox.2011.01.001.

Garcon G, Leleu B, Marez T, et al. 2007. Biomonitoring of the adverse effects induced by the chronic exposure to lead and cadmium on kidney function: Usefulness of alpha-glutathione S-transferase. Sci Total Environ 377(2-3):165-172. http://doi.org/10.1016/j.scitotenv.2007.02.002.

Garrido Latorre F, Hernandez-Avila M, Orozco JT, et al. 2003. Relationship of blood and bone lead to menopause and bone mineral density among middle-age women in Mexico City. Environ Health Perspect 111(4):631-636.

Gartside PS. 1988. The relationship of blood lead levels and blood pressure in NHANES II: Additional calculations. Environ Health Perspect 78:31-34.

Garvey GJ, Hahn G, Lee RV, et al. 2001. Heavy metal hazards of Asian traditional remedies. Int J Environ Health Res 11(1):63-71.

Ge Y, Murray P, Hendershot W. 2000. Trace metal speciation and bioavailability in urban soils. Environ Pollut 107(1):137-144.

Geier DA, Kern JK, Geier MR. 2017. Blood lead levels and learning disabilities: A cross-sectional study of the 2003-2004 National Health and Nutrition Examination Survey (NHANES). Int J Environ Res Public Health 14(10):1202. http://doi.org/10.3390/ijerph14101202.

Geier DA, Kern JK, Geier MR. 2018. A cross-sectional study of the relationship between blood lead levels and reported attention deficit disorder: An assessment of the economic impact on the United States. Metab Brain Dis 33(1):201-208. http://doi.org/10.1007/s11011-017-0146-6.

Gemmel A, Tavares M, Alperin S, et al. 2002. Blood lead level and dental caries in school-age children. Environ Health Perspect 110(10):A625-A630.

Gennart JP, Bernard A, Lauwerys R. 1992. Assessment of thyroid, testes, kidney and autonomic nervous system function in lead-exposed workers. Int Arch Occup Environ Health 64:49-57.

Genuis SJ, Birkholz D, Rodushkin I, et al. 2011. Blood, urine, and sweat (BUS) study: Monitoring and elimination of bioaccumulated toxic elements. Arch Environ Contam Toxicol 61(2):344-357. http://doi.org/10.1007/s00244-010-9611-5.

Gercken B, Barnes RM. 1991. Determination of lead and other trace element species in blood by size exclusion chromatography and inductively coupled plasma/mass spectrometry. Anal Chem 63:283-287.

Gerhardsson L, Brune D, Nordberg GF, et al. 1986. Distribution of cadmium, lead and zinc in lung, liver and kidney in long-term exposed smelter workers. Sci Total Environ 50:65-85.

Gerhardsson L, Chettle D, Englyst V, et al. 1992. Kidney effects in long term exposed lead smelter workers. Br J Ind Med 49(3):186-192.

Gerhardsson L, Attewell R, Chettle DR, et al. 1993. In vivo measurements of lead in bone in long-term exposed lead smelter workers. Arch Environ Health 48(3):147-156. http://doi.org/10.1080/00039896.1993.9940813.

Gerhardsson L, Hagmar L, Rylander L, et al. 1995a. Mortality and cancer incidence among secondary lead smelter workers. Occup Environ Med 52:667-672.

Gerhardsson L, Englyst V, Lundstrom NG, et al. 1995b. Lead in tissues of deceased lead smelter worker. J Trace Elem Med Biol 9:136-143.

Gerhardt RE, Crecelius EA, Hudson JB. 1980. Trace element content of moonshine. Arch Environ Health 35:332-334.

Gerr F, Letz R, Stokes L, et al. 2002. Association between bone lead concentration and blood pressure among young adults. Am J Ind Med 42:98-106.

Gersberg RM, Gaynor K, Tenczar D, et al. 1997. Quantitative modeling of lead exposure from glazed ceramic pottery in childhood lead poisoning cases. Int J Environ Health Res 7:193-202.

Getz LL, Rolfe GL, Haney AW, et al. 1977. Transport and distribution in a watershed ecosystem. In: Boggess WR, ed. Lead in the environment. Washington, DC: National Science Foundation, 105-134.

Ghiasvand M, Aghakhani K, Salimi A, et al. 2013. Ischemic heart disease risk factors in lead exposed workers: Research study. J Occup Med Toxicol 8:11. http://doi.org/10.1186/1745-6673-8-11.

Ghiasvand M, Mohammadi S, Roth B, et al. 2016. The relationship between occupational exposure to lead and hearing loss in a cross-sectional survey of Iranian workers. Front Public Health 4:19. http://doi.org/10.3389/fpubh.2016.00019.

Gibbs PNB, Gore MG, Jordan PM. 1985. Investigation of the effect of metal ions on the reactivity of thiol groups in human 5-aminolaevulinate dehydratase. Biochem J 225:573-580.

Giddings JC. 1973. Lead in gasoline. In: Chemistry, man, and environmental change. An integrated approach. New York, NY: Canfield Press, 351-353.

Gilbert M, Lasley SM. 2002. Long-term consequences of developmental exposure to lead or polychlorinated biphenyls: Synaptic transmission and plasticity in the rodent CNS. Environ Toxicol Pharmacol 12(2):105-117.

Glass TA, Bandeen-Roche K, McAtee M, et al. 2009. Neighborhood psychosocial hazards and the association of cumulative lead dose with cognitive function in older adults. Am J Epidemiol 169(6):683-692. http://doi.org/10.1093/aje/kwn390.

Glenn BS, Stewart WF, Links JM, et al. 2003. The longitudinal association of lead with blood pressure. Epidemiology 14(1):30-36.

Glenn BS, Bandeen-Roche K, Lee BK, et al. 2006. Changes in systolic blood pressure associated with lead in blood and bone. Epidemiology 17(5):538-544. http://doi.org/10.1097/01.ede.0000231284.19078.4b.

Goering PL, Fowler BA. 1987. Metal constitution of metallothionein influences inhibition of δ-aminolaevulinic acid dehydratase (porphobilinogen synthase) by lead. Biochem J 245(2):339-345.

Goldberg RL, Hicks AM, O'Leary LM, et al. 1991. Lead exposure at uncovered outdoor firing ranges. J Occup Med 33(6):718-719.

Gollenberg AL, Hediger ML, Lee PA, et al. 2010. Association between lead and cadmium and reproductive hormones in peripubertal U.S. girls. Environ Health Perspect 118(12):1782-1787. http://doi.org/10.1289/ehp.1001943.

Golub NI, Winters PC, van Wijngaarden E. 2010. A population-based study of blood lead levels in relation to depression in the United States. Int Arch Occup Environ Health 83(7):771-777.

Gomaa A, Howard H, Bellinger D, et al. 2002. Maternal bone lead as an independent risk factor for fetal neurotoxicity: A prospective study. Pediatrics 110(1):110-118.

Gomes VE, Rosario de Sousa ML, Barbosa F, et al. 2004. In vivo studies on lead content of deciduous teeth superficial enamel of preschool children. Sci Total Environ 320(1):25-35. http://doi.org/10.1016/j.scitotenv.2003.08.013.

Gomez HF, Borgialli DA, Sharman M, et al. 2018. Blood lead levels of children in Flint, Michigan: 2006-2016. J Pediatr 197:158-164. http://doi.org/10.1016/j.jpeds.2017.12.063.

Gomez HF, Borgialli DA, Sharman M, et al. 2019. Blood lead levels in females of childbearing age in Flint, Michigan, and the water crisis. Obstet Gynecol 134(3):628-635. http://doi.org/10.1097/aog.0000000000003416.

Gonick HC. 2011. Lead-binding proteins: A review. Journal of toxicology 2011:686050. http://doi.org/10.1155/2011/686050.

González-Cossío T, Peterson KE, Sanin L, et al. 1997. Decrease in birth weight in relation to maternal bone-lead burden. Pediatrics 100(5):856-862.

Goodman M, LaVerda N, Clarke C, et al. 2002. Neurobehavioural testing in workers occupationally exposed to lead: Systematic review and meta-analysis of publications. Occup Environ Med 59(4):217-223.

Goodrum PE, Diamond GL, Hassett JM, et al. 1996. Monte Carlo modeling of childhood lead exposure: Development of a probabilistic methodology for use with the USEPA IEUBK model for lead in children. Hum Ecol Risk Assess 2(4):681-708.

Goyer RA. 1989. Mechanisms of lead and cadmium nephrotoxicity. Toxicol Lett 46:153-162.

Goyer RA. 1990. Transplacental transport of lead. Environ Health Perspect 89:101-105.

Goyer RA. 2001. Lead. In: Bingham E, Cohrssen B, Powell CH, eds. Patty's toxicology. Vol. 2. 5th ed. New York, NY: John Wiley & Sons, Inc., 611-675.

Goyer RA, Leonard DL, Moore JF, et al. 1970a. Lead dosage and the role of the intranuclear inclusion body: An experimental study. Arch Environ Health 20:705-711.

Goyer RA, May P, Cates MM, et al. 1970b. Lead and protein content of isolated intranuclear inclusion bodies from kidneys of lead-poisoned rats. Lab Invest 22(3):245-251.

Grabo TN. 1997. Unknown toxic exposures: Arts and crafts materials. AAOHN J 45(3):124-130.

Grandjean P. 1979. Occupational lead exposure in Denmark: Screening with the haematofluorometer. Br J Ind Med 36:52-58.

Grandjean P, Lintrup J. 1978. Erythrocyte-Zn-protoporphyrin as an indicator of lead exposure. Scand J Clin Lab Invest 38:669-675.

Grandjean P, Bach E. 1986. Indirect exposures: The significance of bystanders at work and at home. Am Ind Hyg Assoc J 47(12):819-824.

Grandjean P, Wulf HC, Niebuhr E. 1983. Sister chromatid exchange in response to variations in occupational lead exposure. Environ Res 32(1):199-204.

Grandjean P, Jorgensen PJ, Viskum S. 1991. Temporal and interindividual variation in erythrocyte zinc-protoporphyrin in lead exposed workers. Br J Ind Med 48:254-257.

Grandjean P, Hollnagel H, Hedegaard L, et al. 1989. Blood lead-blood pressure relations: Alcohol intake and hemoglobin as confounders. Am J Epidemiol 129(4):732-739.

Grashow R, Miller MW, McKinney A, et al. 2013a. Lead exposure and fear-potentiated startle in the VA Normative Aging Study: A pilot study of a novel physiological approach to investigating neurotoxicant effects. Neurotoxicol Teratol 38:21-28. http://doi.org/10.1016/j.ntt.2013.04.003.

Grashow R, Spiro A, Taylor KM, et al. 2013b. Cumulative lead exposure in community-dwelling adults and fine motor function: Comparing standard and novel tasks in the VA normative aging study. Neurotoxicology 35:154-161. http://doi.org/10.1016/j.neuro.2013.01.005.

Grashow R, Sparrow D, Hu H, et al. 2015. Cumulative lead exposure is associated with reduced olfactory recognition performance in elderly men: The Normative Aging Study. Neurotoxicology 49:158-164. http://doi.org/10.1016/j.neuro.2015.06.006.

Graziano JH. 1994. Validity of lead exposure markers in diagnosis and surveillance. Clin Chem 40(7):1387-1390.

Graziano JH, Blum C. 1991. Lead exposure from lead crystal. Lancet 337:141-142.

Graziano JH, Popovac D, Factor-Litvak P, et al. 1990. Determinants of elevated blood lead during pregnancy in a population surrounding a lead smelter in Kosovo, Yugoslavia. Environ Health Perspect 89:95-100.

Graziano JH, Blum CB, Lolacono NJ, et al. 1996. A human in vivo model for the determination of lead bioavailability using stable isotope dilution. Environ Health Perspect 104(2):176-179. http://doi.org/10.1289/ehp.96104176.

Graziano J, Slavkovich V, Liu X, et al. 2004. A prospective study of prenatal and childhood lead exposure and erythropoietin production. J Occup Environ Med 46(9):924-929.

Greenberg M, Hamilton R. 1999. Lack of blood lead elevations in police officers following small arms qualification on an indoor range. J Toxicol Clin Toxicol 37(5):627.

Griffin TB, Coulston F, Wills H. 1975. Biological and clinical effects of continuous exposure to airborne particulate lead. Arh Hig Rada Toksikol 26:191-208.

Griffin TB, Goodrum PE, Diamond GL, et al. 1999. Application of a probabilistic risk assessment methodology to a lead smelter site. Hum Ecol Risk Assess 5(4):845-868.

Gross M, Kumar R. 1990. Physiology and biochemistry of vitamin D-dependent calcium binding proteins. Am J Physiol 259:F195-F209.

Gross SB, Pfitzer EA, Yeager DW, et al. 1975. Lead in human tissues. Toxicol Appl Pharmacol 32:638-651.

Grover P, Rekhadevi PV, Danadevi K, et al. 2010. Genotoxicity evaluation in workers occupationally exposed to lead. Int J Hyg Environ Health 213(2):99-106. http://doi.org/10.1016/j.ijheh.2010.01.005.

Guibaud G, Tixier N, Bouju A, et al. 2003. Relation between extracellular polymers' composition and its ability to complex Cd, Cu and Pb. Chemosphere 52(10):1701-1710.

Gulson BL. 1996. Tooth analyses of sources and intensity of lead exposure in children. Environ Health Perspect 104(3):306-312. http://doi.org/10.1289/ehp.96104306.

Gulson BL. 2000. Revision of estimates of skeletal contribution to blood during pregnancy and postpartum period. J Lab Clin Med 136(3):250-251. http://doi.org/10.1067/mlc.2000.108752.

Gulson B, Wilson D. 1994. History of lead exposure in children revealed from isotopic analyses of teeth. Arch Environ Health 49(4):279-283. http://doi.org/10.1080/00039896.1994.9937480.

Gulson BL, Palmer JM, Bryce A. 2002. Changes in blood lead of a recreational shooter. Sci Total Environ 293(1):143-150.

Gulson BL, Mizon KJ, Korsch MJ, et al. 1996. Impact on blood lead in children and adults following relocation from their source of exposure and contribution of skeletal tissue to blood lead. Bull Environ Contam Toxicol 56(4):543-550. http://doi.org/10.1007/s001289900078.

Gulson BL, James M, Giblin AM, et al. 1997a. Maintenance of elevated lead levels in drinking water from occasional use and potential impact on blood leads in children. Sci Total Environ 205:271-275.

Gulson BL, Jameson CW, Mahaffey KR, et al. 1997b. Pregnancy increases mobilization of lead from maternal skeleton. J Lab Clin Med 130:51-62.

Gulson BL, Jameson CW, Mahaffey KR, et al. 1998a. Relationships of lead in breast milk to lead in blood, urine, and diet of the infant and mother. Environ Health Perspect 106(10):667-674.

Gulson BL, Mahaffey KR, Jameson CW, et al. 1998b. Mobilization of lead from the skeleton during the postnatal period is larger than during pregnancy. J Lab Clin Med 131:324-329.

Gulson BL, Gray B, Mahaffey KR, et al. 1999a. Comparison of the rates of exchange of lead in the blood of newly born infants and their mothers with lead from their current environment. J Lab Clin Med 133(2):171-178.

Gulson BL, Pounds JG, Mushak P, et al. 1999b. Estimation of cumulative lead releases (lead flux) from the maternal skeleton during pregnancy and lactation. J Lab Clin Med 134(6):631-640.

Gulson BL, Mahaffey KR, Jameson CW, et al. 1999c. Impact of diet on lead in blood and urine in female adults and relevance to mobilization of lead from bone stores. Environ Health Perspect 107(4):257-263.

Gulson BL, Mizon KJ, Korsch MJ, et al. 2003. Mobilization of lead from human bone tissue during pregnancy and lactation - A summary of long-term research. Sci Total Environ 303:79-104.

Gulson BL, Mizon KJ, Palmer JM, et al. 2004. Blood lead changes during pregnancy and postpartum with calcium supplementation. Environ Health Perspect 12(15):1499-1507.

Gulson B, Mizon K, Taylor A, et al. 2008. Longitudinal monitoring of selected elements in blood of healthy young children. J Trace Elem Med Biol 22(3):206-214. http://doi.org/10.1016/j.jtemb.2008.04.001.

Gulson B, Korsch M, Matisons M, et al. 2009. Windblown lead carbonate as the main source of lead in blood of children from a seaside community: An example of local birds as "canaries in the mine". Environ Health Perspect 117(1):148-154. http://doi.org/10.1289/ehp.11577.

Gulson B, Mizon K, Korsch M, et al. 2016. Revisiting mobilisation of skeletal lead during pregnancy based on monthly sampling and cord/maternal blood lead relationships confirm placental transfer of lead. Arch Toxicol 90(4):805-816. http://doi.org/10.1007/s00204-015-1515-8.

Gump BB, Stewart P, Reihman J, et al. 2005. Prenatal and early childhood blood lead levels and cardiovascular functioning in 9 1/2 year old children. Neurotoxicol Teratol 27(4):655-665. http://doi.org/10.1016/j.ntt.2005.04.002.

Gump BB, Stewart P, Reihman J, et al. 2008. Low-level prenatal and postnatal blood lead exposure and adrenocortical responses to acute stress in children. Environ Health Perspect 116(2):249-255. http://doi.org/10.1289/ehp.10391.

Gump BB, Mackenzie JA, Bendinskas K, et al. 2011. Low-level Pb and cardiovascular responses to acute stress in children: The role of cardiac autonomic regulation. Neurotoxicol Teratol 33(2):212-219. http://doi.org/10.1016/j.ntt.2010.10.001.

Gundacker C, Wittmann KJ, Kukuckova M, et al. 2009. Genetic background of lead and mercury metabolism in a group of medical students in Austria. Environ Res 109:786-796.

Gundacker C, Fröhlich S, Graf-Rohrmeister K, et al. 2010. Perinatal lead and mercury exposure in Austria. Sci Total Environ 408(23):5744-5749. http://doi.org/10.1016/j.scitotenv.2010.07.079.

Guo M, He L, Strong PJ, et al. 2014. Binding between lead ions and the high-abundance serum proteins. Chemosphere 112:472-480. http://doi.org/10.1016/j.chemosphere.2014.05.018.

Gurer-Orhan H, Sabır HU, Özgüneş H. 2004. Correlation between clinical indicators of lead poisoning and oxidative stress parameters in controls and lead-exposed workers. Toxicology 195(2):147-154.

Gustafson A, Hedner P, Schutz A, et al. 1989. Occupational lead exposure and pituitary function. Int Arch Occup Environ Health 61:277-281.

Guyette RP, Cutter BE, Henderson GS. 1991. Long-term correlations between mining activity and levels of lead and cadmium in tree-rings of eastern red-cedar. J Environ Qual 20(1):146-150

Haenninen H, Hernberg S, Mantere P, et al. 1978. Psychological performance of subjects with low exposure to lead. J Occup Med 20(10):683-689.

Haley VB, Talbot TO. 2004. Seasonality and trend in blood lead levels of New York State children. BMC Pediatr 4(1):8. http://doi.org/10.1186/1471-2431-4-8.

Hamurcu Z, Donmez H, Saraymen R, et al. 2001. Micronucleus frequency in human lymphocyte exposed to occupational lead, zinc, and cadmium. Biol Trace Elem Res 83(2):97-102.

Han L, Wang X, Han R, et al. 2018. Association between blood lead level and blood pressure: An occupational population-based study in Jiangsu province, China. PLoS ONE 13(7):e0200289. http://doi.org/10.1371/journal.pone.0200289.

Hanna CW, Bloom MS, Robinson WP, et al. 2012. DNA methylation changes in whole blood is associated with exposure to the environmental contaminants, mercury, lead, cadmium and bisphenol A, in women undergoing ovarian stimulation for IVF. Hum Reprod 27(5):1401-1410. http://doi.org/10.1093/humrep/des038.

Hanna-Attisha M, LaChance J, Sadler RC, et al. 2016. Elevated blood lead levels in children associated with the Flint drinking water crisis: A spatial analysis of risk and public health response. Am J Public Health 106(2):283-290. http://doi.org/10.2105/ajph.2015.303003.

Hanninen H, Aitio A, Kovala T, et al. 1998. Occupational exposure to lead and neuropsychological dysfunction. Occup Environ Med 55:202-209.

Hansen S, Nieboer E, Sandanger TM, et al. 2011. Changes in maternal blood concentrations of selected essential and toxic elements during and after pregnancy. J Environ Monit 13(8):2143-2152. http://doi.org/10.1039/c1em10051c.

Harari F, Sallsten G, Christensson A, et al. 2018. Blood lead levels and decreased kidney function in a population-based cohort. Am J Kidney Dis 72(3):381-389. http://doi.org/10.1053/j.ajkd.2018.02.358.

Hardison DW, Ma LQ, Luongo T, et al. 2004. Lead contamination in shooting range soils from abrasion of lead bullets and subsequent weathering. Sci Total Environ 328:175-183. http://doi.org/10.1016/j.scitotenv.2003.12.013.

Harlan WR. 1988. The relationship of blood lead levels to blood pressure in the U.S. population. Environ Health Perspect 78:9-13.

Harlan WR, Landis JR, Schmouder RL, et al. 1985. Blood lead and blood pressure. Relationship in the adolescent and adult US population. J Am Med Assoc 253:530-534.

Harville EW, Hertz-Picciotto I, Schramm M, et al. 2005. Factors influencing the difference between maternal and cord blood lead. Occup Environ Med 62(4):263-269.

Hauser R, Sergeyev O, Korrick S, et al. 2008. Association of blood lead levels with onset of puberty in Russian boys. Environ Health Perspect 116(7):976-980. http://doi.org/10.1289/ehp.10516.

Havlena J, Kanarek MS, Coons M. 2009. Factors associated with the seasonality of blood lead levels among preschool Wisconsin children. WMJ 108(3):151-155.

Hayes EB, McElvaine MD, Orbach HG, et al. 1994. Long-term trends in blood lead levels among children in Chicago: Relationship to air lead levels. Pediatrics 93(2):195-200.

Haynes WM. 2014. Lead. In: CRC handbook of chemistry and physics. 95th ed. Boca Raton, FL: CRC Press, 4-20.

Haynes EN, Kalkwarf HJ, Hornung R, et al. 2003. Vitamin D receptor Fok1 polymorphism and blood lead concentration in children. Environ Health Perspect 111:1665-1669.

He J, Ning H, Huang R. 2019. Low blood lead levels and attention-deficit hyperactivity disorder in children: A systematic review and meta-analysis. Environ Sci Pollut Res Int 26(18):17875-17884. http://doi.org/10.1007/s11356-017-9799-2.

Healey N, Chettle DR, McNeill FE, et al. 2008. Uncertainties in the relationship between tibia lead and cumulative blood lead index. Environ Health Perspect 116(3):A109-110. http://doi.org/10.1289/ehp.10778.

Healy MA, Harrison PG, Aslam M, et al. 1982. Lead sulphide and traditional preparations: Routes for ingestion, and solubility and reactions in gastric fluid. J Clin Hosp Pharm 7:169-173.

Heard MJ, Chamberlain AC. 1982. Effect of minerals and food on uptake of lead from the gastrointestinal tract in humans. Hum Toxicol 1:411-415.

Heard MJ, Chamberlain AC, Sherlock JC. 1983. Uptake of lead by humans and effect of minerals and food. Sci Total Environ 30:245-253. http://doi.org/10.1016/0048-9697(83)90016-5.

Heard MJ, Wells AC, Newton D, et al. 1979. Human uptake and metabolism of tetra ethyl and tetra methyl lead vapour labelled with 203Pb. In: International conference on management and control of heavy metals in the environment. Edinburgh, United Kingdom CEP Consultants, Ltd., 103-108.

Hengstler JG, Bolm-Audorff U, Faldum A, et al. 2003. Occupational exposure to heavy metals: DNA damage induction and DNA repair inhibition prove co-exposures to cadmium, cobalt and lead as more dangerous than hitherto expected. Carcinogenesis 24(1):63-73.

Hense HW, Filipiak B, Keil U. 1993. The association of blood lead and blood pressure in population surveys. Epidemiology 4:173-179.

Heo Y, Lee BK, Ahn KD, et al. 2004. Serum IgE elevation correlates with blood lead levels in battery manufacturing workers. Hum Exp Toxicol 23(5):209-213. http://doi.org/10.1191/0960327104ht442oa.

Hernandez-Avila M, Gonzalez-Cossio T, Palazuelos E, et al. 1996. Dietary and environmental determinants of blood and bone lead levels in lactating postpartum women living in Mexico City. Environ Health Perspect 104(10):1076-1082.

Hernandez-Avila M, Smith D, Meneses F, et al. 1998. The influence of bone and blood lead on plasma lead levels in environmentally exposed adults. Environ Health Perspect 106(8):473-477.

Hernandez-Avila M, Villalpano CG, Palazuelos E, et al. 2000. Determinants of blood lead levels across the menopausal transition. Arch Environ Health 53:355-360.

Hernandez-Avila M, Peterson KE, Gonzalez-Cossio T, et al. 2002. Effect of maternal bone lead on length and head circumference of newborns and 1-month-old infants. Arch Environ Health 57(5):482-488.

Hernández-Ochoa I, García-Vargas G, López-Carrillo L, et al. 2005. Low lead environmental exposure alters semen quality and sperm chromatin condensation in northern Mexico. Reprod Toxicol 20(2):221-228. http://doi.org/10.1016/j.reprotox.2005.01.007.

Hernberg S, Nikkanen J, Mellin G, et al. 1970. δ-Aminolevulinic acid dehydrase as a measure of lead exposure. Arch Environ Health 21:140-145.

Hertz-Picciotto I, Croft J. 1993. Review of the relation between blood lead and blood pressure. Epidemiol Rev 15(2):352-373.

Hertz-Picciotto I, Schramm M, Watt-Morse M, et al. 2000. Patterns and determinants of blood lead during pregnancy. Am J Epidemiol 152:829-837.

Hettiarachchi GM, Pierzynski GM, Oehme FW, et al. 2003. Treatment of contaminated soil with phosphorus and manganese oxide reduces lead absorption by Sprague-Dawley rats. J Environ Qual 32:1335-1345.

Higgs FJ, Mielke HW, Brisco M. 1999. Soil lead at elementary public schools: Comparison between school properties and residential neighbourhoods of New Orleans. Environ Geochem Health 21(1):27-36.

Hill CP. 2011. Overview of internal corrosion impacts in drinking water distribution systems. In: Internal corrosion control in water distribution systems. American Water Works Association, 1-11.

Hilts SR. 2003. Effect of smelter emission reductions on children's blood lead levels. Sci Total Environ 303(1-2):51-58.

Hirata M, Kosaka H. 1993. Effects of lead exposure on neurophysiological parameters. Environ Res 63:60-69.

Hogan K, Marcus A, Smith R, et al. 1998. Integrated exposure uptake biokinetic model for lead in children: Empirical comparisons with epidemiologic data. Environ Health Perspect 106(Suppl 6):1557-1567.

Hogstedt C, Hane M, Agrell A, et al. 1983. Neuropsychological test results and symptoms among workers with well-defined long-term exposure to lead. Br J Ind Med 40:99-105.

Holland MG, Cawthon D. 2016. ACOEM position statement. Workplace lead exposure. J Occup Environ Med 58(12):e371-e374.

Holmgren GGS, Meyer MW, Chaney RL, et al. 1993. Cadmium, lead, zinc, copper, and nickel in agricultural soils of the United States of America. J Environ Qual 22:335-348.

Hon KL, Ching GK, Hung EC, et al. 2009. Serum lead levels in childhood eczema. Clin Exp Dermatol 34(7):e508-e509. http://doi.org/10.1111/j.1365-2230.2009.03596.x.

Hon KLE, Wang SS, Hung ECW, et al. 2010. Serum levels of heavy metals in childhood eczema and skin diseases: Friends or foes. Pediatric Allergy and Immunology 21(5):831-836. http://doi.org/10.1111/j.1399-3038.2010.01022.x.

Hong CD, Hanenson IB, Lerner S, et al. 1980. Occupational exposure to lead: Effects on renal function. Kidney Int 18:489-494.

Hong YC, Kulkarni SS, Lim YH, et al. 2014. Postnatal growth following prenatal lead exposure and calcium intake. Pediatrics 134(6):1151-1159. http://doi.org/10.1542/peds.2014-1658.

Hong SB, Im MH, Kim JW, et al. 2015. Environmental lead exposure and attention deficit/hyperactivity disorder symptom domains in a community sample of South Korean school-age children. Environ Health Perspect 123(3):271-276. http://doi.org/10.1289/ehp.1307420.

Hopkins MR, Ettinger AS, Hernández-Avila M, et al. 2008. Variants in iron metabolism genes predict higher blood lead levels in young children. Environ Health Perspect 116(9):1261-1266. http://doi.org/10.1289/ehp.11233.

Hoppin JA, Aro A, Hu H, et al. 1997. In vivo bone lead measurement in suburban teenagers. Pediatrics 100(3):365-370. http://doi.org/10.1542/peds.100.3.365.

Hornung RW, Lanphear BP. 2014. The supralinear dose-response for environmental toxicants: A statistical artifact? Clin Toxicol (Phila) 52(2):88-90. http://doi.org/10.3109/15563650.2013.878946.

Hornung RW, Lanphear BP, Dietrich KN. 2009. Age of greatest susceptibility to childhood lead exposure: A new statistical approach. Environ Health Perspect 117(8):1309-1312. http://doi.org/10.1289/ehp.0800426.

Hryhorczuk DO, Rabinowitz MB, Hessl SM, et al. 1985. Elimination kinetics of blood lead in workers with chronic lead intoxication. Am J Ind Med 8(1):33-42. http://doi.org/10.1002/ajim.4700080105.

Hsiao CL, Wu KH, Wan KS. 2011. Effects of environmental lead exposure on T-helper cell-specific cytokines in children. J Immunotoxicol 8(4):284-287. http://doi.org/10.3109/1547691X.2011.592162.

Hsiao CY, Wu HI, Lai JS, et al. 2001. A longitudinal study of the effects of long-term exposure to lead among lead battery factory workers in Taiwan (1989–1999). Sci Total Environ 279(1):151-158.

Hsieh LL, Liou SH, Chen YH, et al. 2000. Association between aminolevulinate dehydrogenase genotype and blood lead levels in Taiwan. J Occup Environ Med 42(2):151-155.

Hsieh TJ, Chen YC, Li CW, et al. 2009. A proton magnetic resonance spectroscopy study of the chronic lead effect on the basal ganglion and frontal and occipital lobes in middle-age adults. Environ Health Perspect 117(6):941-945. http://doi.org/10.1289/ehp.0800187.

Hsu PC, Chang HY, Guo YL, et al. 2009. Effect of smoking on blood lead levels in workers and role of reactive oxygen species in lead-induced sperm chromatin DNA damage. Fertil Steril 91(4):1096-1103. http://doi.org/10.1016/j.fertnstert.2008.01.005.

Hu X, Ding Z. 2009. Lead/cadmium contamination and lead isotopic ratios in vegetables grown in peri-urban and mining/smelting contaminated sites in Nanjing, China. Bull Environ Contam Toxicol 82(1):80-84. http://doi.org/10.1007/s00128-008-9562-y.

Hu H, Hashimoto D, Besser M. 1996b. Levels of lead in blood and bone of women giving birth in a Boston Hospital. Arch Environ Health 51(1):52-58.

Hu H, Rabinowitz M, Smith D. 1998. Bone lead as a biological marker in epidemiologic studies of chronic toxicity: Conceptual paradigms. Environ Health Perspect 106(1):1-8. http://doi.org/10.1289/ehp.981061.

Hu H, Aro A, Payton M, et al. 1996a. The relationship of bone and blood lead to hypertension. The normative aging study. J Am Med Assoc 275(15):1171-1176.

Hu J, Little J, Xu T, et al. 1999. Risk factors for meningioma in adults: A case-control study in northeast China. Int J Cancer 83:299-304.

Hu H, Wu MT, Cheng Y, et al. 2001. The a-aminolevulinic acid dehydratase (ALAD) polymorphism and bone and blood lead levels in community-exposed men: The Normative Aging Study. Environ Health Perspect 109:827-832.

Hu H, Tellez-Rojo MM, Bellinger D, et al. 2006. Fetal lead exposure at each stage of pregnancy as a predictor of infant mental development. Environ Health Perspect 114(11):1730-1735. http://doi.org/10.1289/ehp.9067.

Hu H, Shih R, Rothenberg S, et al. 2007. The epidemiology of lead toxicity in adults: Measuring dose and consideration of other methodologic issues. Environ Health Perspect 115(3):455-462. http://doi.org/10.1289/ehp.9783.

Huang XP, Feng ZY, Zhai WL, et al. 1988. Chromosomal aberrations and sister chromatid exchanges in workers exposed to lead. Biomed Environ Sci 1:382-387.

Huang J, Wu J, Li T, et al. 2011. Effect of exposure to trace elements in the soil on the prevalence of neural tube defects in a high-risk area of China. Biomed Environ Sci 24(2):94-101. http://doi.org/10.3967/0895-3988.2011.02.002.

Huang S, Hu H, Sanchez BN, et al. 2016. Childhood blood lead levels and symptoms of Attention Deficit Hyperactivity Disorder (ADHD): A cross-sectional study of Mexican children. Environ Health Perspect 124(6):868-874. http://doi.org/10.1289/ehp.1510067.

HUD. 2011. American health homes survey. Lead and arsenic findings. U.S. Department of Housing and Urban Development. https://portal.hud.gov/hudportal/documents/huddoc%3Fid=AHHS_Report.pdf. July 12, 2017.

HUD. 2017. Revised dust-lead action levels for risk assessment and clearance; clearance of porch floors. Washington, DC: U.S. Department of Housing and Urban Development. https://portal.hud.gov/hudportal/documents/huddoc?id=leaddustclearance.pdf. August 25, 2017.

Huel G, Sahuquillo J, Debotte G, et al. 2008. Hair mercury negatively correlates with calcium pump activity in human term newborns and their mothers at delivery. Environ Health Perspect 116(2):263-267. http://doi.org/10.1289/ehp.10381.

Huh DA, Choi YH, Ji MS, et al. 2018. Comparison of pure-tone average methods for estimation of hearing loss caused by environmental exposure to lead and cadmium: Does the pure-tone average method which uses low-frequency ranges underestimate the actual hearing loss caused by environmental lead and cadmium exposure? Audiol Neurotol 23(5):259-269. http://doi.org/10.1159/000494049.

Hui CA. 2002. Lead distribution throughout soil, flora, and an invertebrate at a wetland skeet range. J Toxicol Environ Health A 65:1093-1107. http://doi.org/10.1080/0098410029007128 9.

Hunt A, Johnson DL, Thornton I, et al. 1993. Apportioning the sources of lead in house dusts in the London borough of Richmond, England. Sci Total Environ 138(1-3):183-206.

Huo X, Peng L, Qiu B, et al. 2014. ALAD genotypes and blood lead levels of neonates and children from e-waste exposure in Guiyu, China. Environ Sci Pollut Res Int 21(10):6744-6750. http://doi.org/10.1007/s11356-014-2596-2.

Hursh JB, Suomela J. 1968. Absorption of 212Pb from the gastrointestinal tract of man. Acta Radiol Ther Phys Biol 7(2):108-120. http://doi.org/10.3109/02841866809133184.

Hursh J, Mercer T. 1970. Measurement of 212Pb loss rate from human lungs. J Appl Physiol 28(3):268-274.

Hursh JB, Schraub A, Sattler EL, et al. 1969. Fate of 212Pb inhaled by human subjects. Health Phys 16:257-267.

Hursh JB, Clarkson TW, Miles EF, et al. 1989. Percutaneous absorption of mercury vapor by man. Arch Environ Health 44(2):120-127.

Hwang YH, Chiang HY, Yen-Jean MC, et al. 2009. The association between low levels of lead in blood and occupational noise-induced hearing loss in steel workers. Sci Total Environ 408(1):43-49. http://doi.org/10.1016/j.scitotenv.2009.09.016.

Hytten F. 1985. Blood volume changes in normal pregnancy. Clin Haematol 14(3):601-612.

IARC. 1987. Lead and lead compounds. In: IARC monographs on the evaluation of carcinogenic risks to humans. Supplement 7. Overall evaluations of carcinogenicity: An updating of IARC monographs volumes 1 to 42. Lyon, France: International Agency for Research on Cancer, 230-232. http://monographs.iarc.fr/ENG/Monographs/suppl7/Suppl7-95.pdf. May 4, 2017.

IARC. 2006. IARC Monographs on the evaluation of carcinogenic risks to humans. Volume 87. Inorganic and organic lead compounds. Lyon, France: International Agency for Research on Cancer. http://monographs.iarc.fr/ENG/Monographs/vol87/mono87.pdf. May 4, 2017.

IARC. 2019. Agents classified by the IARC Monographs, Volumes 1–124. Lyon, France: International Agency for Research on Cancer. https://monographs.iarc.fr/list-of-classifications. September 2, 2019.

ICRP. 1994. Human respiratory tract model for radiological protection. International Commission on Radiological Protection. 36-53; 72-77; Annex F 415-432.

Ignasiak Z, Slawinska T, Rozek K, et al. 2006. Lead and growth status of schoolchildren living in the copper basin of south-western Poland: Differential effects on bone growth. Ann Hum Biol 33(4):401-414. http://doi.org/10.1080/03014460600730752.

Iijima K, Otake T, Yoshinaga J, et al. 2007. Cadmium, lead, and selenium in cord blood and thyroid hormone status of newborns. Biol Trace Elem Res 119(1):10-18. http://doi.org/10.1007/s12011-007-0057-1.

Inskip MJ, Franklin CA, Baccanale CL, et al. 1996. Measurement of the flux of lead from bone to blood in a nonhuman primate (Macaca fascicularis) by sequential administration of stable lead isotopes. Fundam Appl Toxicol 33:235-245.

Ionescu JG, Novotny J, Stejskal V, et al. 2007. Breast tumours strongly accumulate transition metals. Maedica 2(1):5-9.

Irgens A, Kruger K, Skorve AH, et al. 1998. Reproductive outcome in offspring of parents occupationally exposed to lead in Norway. Am J Ind Med 34(5):431-437. http://doi.org/10.1002/(sici)1097-0274(199811)34:5<431::aid-ajim3>3.0.co;2-t.

IRIS. 2002. Tetraethyl lead; CASRN 78-00-2. Integrated Risk Information System. Washington, DC: U.S. Environmental Protection Agency. https://cfpub.epa.gov/ncea/iris/iris_documents/documents/subst/0109_summary.pdf. May 4, 2017.

IRIS. 2004. Lead and compounds (inorganic); CASRN 7439-92-1. Integrated Risk Information System. Washington, DC: U.S. Environmental Protection Agency. https://cfpub.epa.gov/ncea/iris/iris_documents/documents/subst/0277_summary.pdf. May 4, 2017.

Irvine G, Doyle JR, White PA, et al. 2014. Soil ingestion rate determination in a rural population of Alberta, Canada practicing a wilderness lifestyle. Sci Total Environ 470-471:138-146. http://doi.org/10.1016/j.scitotenv.2013.09.037.

Irwinda R, Wibowo N, Putri AS. 2019. The concentration of micronutrients and heavy metals in maternal serum, placenta, and cord blood: A cross-sectional study in preterm birth. J Pregnancy 2019:5062365. http://doi.org/10.1155/2019/5062365.

Iwata T, Yano E, Karita K, et al. 2005. Critical dose of lead affecting postural balance in workers. Am J Ind Med 48(5):319-325. http://doi.org/10.1002/ajim.20220.

Jackson LW, Cromer BA, Panneerselvamm A. 2010. Association between bone turnover, micronutrient intake, and blood lead levels in pre- and postmenopausal women, NHANES 1999-2002. Environ Health Perspect 118(11):1590-1596.

Jackson LW, Howards PP, Wactawski-Wende J, et al. 2011. The association between cadmium, lead and
    mercury blood levels and reproductive hormones among healthy, premenopausal women. Hum
    Reprod 26(10):2887-2895. http://doi.org/10.1093/humrep/der250.

Jacobs DE. 2012. Lead. In: Patty's toxicology. John Wiley & Sons, Inc., 381-426.
    http://doi.org/10.1002/0471435139.tox034.pub2.

Jaeger RJ, Weiss AL, Manton WI. 1998. Isotopic ratio analysis in residential lead-based paint and
    associated surficial dust. J Toxicol Clin Toxicol 36(7):691-703.

Jaffe EK, Volin M, Bronson-Mullins CR, et al. 2000. An artificial gene for human porphobilinogen
    synthase allows comparison of an allelic variation implicated in susceptibility to lead poisoning. J
    Biol Chem 275(4):2619-2626.

Jaffe EK, Martins J, Li J, et al. 2001. The molecular mechanism of lead inhibition of human
    porphobilinogen synthase. J Biol Chem 276(2):1531-1537. http://doi.org/10.1074/jbc.M007663200.

Jain RB. 2013a. Effect of pregnancy on the levels of blood cadmium, lead, and mercury for females
    aged 17-39 years old: Data from National Health and Nutrition Examination Survey 2003-2010. J
    Toxicol Environ Health A 76(1):58-69. http://doi.org/10.1080/15287394.2012.722524.

Jain RB. 2013b. Effect of pregnancy on the levels of urinary metals for females aged 17-39 years old:
    Data from National Health and Nutrition Examination Survey 2003-2010. J Toxicol Environ Health
    A 76(2):86-97.

Jain NB, Potula V, Schwartz J, et al. 2007. Lead levels and ischemic heart disease in a prospective study
    of middle-aged and elderly men: The VA Normative Aging Study. Environ Health Perspect
    115(6):871-875. http://doi.org/10.1289/ehp.9629.

James HM, Hilburn ME, Blair JA. 1985. Effects of meals and meal times on uptake of lead from the
    gastrointestinal tract in humans. Hum Toxicol 4:401-407.

James AC, Stahlhofen W, Rudolf G, et al. 1994. Deposition of inhaled particles. Ann ICRP 24(1-
    3):231-299.

Janakiraman V, Ettinger A, Mercado-Garcia A, et al. 2003. Calcium supplements and bone resorption in
    pregnancy: A randomized crossover trial. Am J Prev Med 24(3):260-264.

Janin Y, Couinaud C, Stone A, et al. 1985. The "Lead-induced colic" syndrome in lead intoxication.
    Surg Annu 17:287-307.

Jannuzzi AT, Alpertunga B. 2016. Evaluation of DNA damage and DNA repair capacity in
    occupationally lead-exposed workers. Toxicol Ind Health 32(11):1859-1865.
    http://doi.org/10.1177/0748233715590919.

Jasso-Pineda Y, Diaz-Barriga F, Calderon J, et al. 2012. DNA damage and decreased DNA repair in
    individuals exposed to arsenic and lead in a mining site. Biol Trace Elem Res 146(2):141-149.

Jedrychowski W, Perera FP, Jankowski J, et al. 2009. Very low prenatal exposure to lead and mental
    development of children in infancy and early childhood: Krakow prospective cohort study.
    Neuroepidemiology 32(4):270-278. http://doi.org/10.1159/000203075.

Jedrychowski W, Perera F, Maugeri U, et al. 2011. Intrauterine exposure to lead may enhance
    sensitization to common inhalant allergens in early childhood: A prospective prebirth cohort study.
    Environ Res 111(1):119-124. http://doi.org/10.1016/j.envres.2010.11.002.

Jelliffe-Pawlowski LL, Miles SQ, Courtney JG, et al. 2006. Effect of magnitude and timing of maternal
    pregnancy blood lead (Pb) levels on birth outcomes. J Perinatol 26(3):154-162.
    http://doi.org/10.1038/sj.jp.7211453.

Jemal A, Graubard BI, Devesa SS, et al. 2002. The association of blood lead level and cancer mortality
    among whites in the United States. Environ Health Perspect 110(4):325-329.

Jhun MA, Hu H, Schwartz J, et al. 2015. Effect modification by vitamin D receptor genetic
    polymorphisms in the association between cumulative lead exposure and pulse pressure: A
    longitudinal study. Environ Health 14:5. http://doi.org/10.1186/1476-069x-14-5.

Ji JS, Elbaz A, Weisskopf MG. 2013. Association between blood lead and walking speed in the National
    Health and Nutrition Examination Survey (NHANES 1999-2002). Environ Health Perspect
    121(6):711-716. http://doi.org/10.1289/ehp.1205918.

Ji JS, Schwartz J, Sparrow D, et al. 2014. Occupational determinants of cumulative lead exposure: Analysis of bone lead among men in the VA normative aging study. J Occup Environ Med 56(4):435-440. http://doi.org/10.1097/jom.0000000000000127.

Ji JS, Power MC, Sparrow D, et al. 2015. Lead exposure and tremor among older men: The VA normative aging study. Environ Health Perspect 123(5):445-450. http://doi.org/10.1289/ehp.1408535.

Ji Y, Hong X, Wang G, et al. 2018. A prospective birth cohort study on early childhood lead levels and attention deficit hyperactivity disorder: New insight on sex differences. J Pediatr 199:124-131.e128. http://doi.org/10.1016/j.jpeds.2018.03.076.

Jiang YM, Long LL, Zhu XY, et al. 2008. Evidence for altered hippocampal volume and brain metabolites in workers occupationally exposed to lead: A study by magnetic resonance imaging and 1H magnetic resonance spectroscopy. Toxicol Lett 181(2):118-125. http://doi.org/10.1016/j.toxlet.2008.07.009.

Jin CW, Zhang SJ, He YF, et al. 2005. Lead contamination in tea garden soils and factors affecting its bioavailability. Chemosphere 59:1151-1159. http://doi.org/10.1016/j.chemosphere.2004.11.058.

Jin YP, Liao YJ, Lu CW, et al. 2006. Health effects in children aged 3-6 years induced by environmental lead exposure. Ecotoxicol Environ Saf 63(2):313-317. http://doi.org/10.1016/j.ecoenv.2005.05.011.

Jin C, Li Y, Li YL, et al. 2008. Blood lead: Its effect on trace element levels and iron structure in hemoglobin. Nucl Instrum Methods Phys Res B 266(16):3607-3613. http://doi.org/10.1016/j.nimb.2008.05.087.

Jing J, Thapa S, Delhey L, et al. 2019. The relation of blood lead and QRS-T angle in American adults. Arch Environ Occup Health 74(5):287-291. http://doi.org/10.1080/19338244.2018.1488674.

Johansen P, Pedersen HS, Asmund G, et al. 2006. Lead shot from hunting as a source of lead in human blood. Environ Pollut 142:93-97.

Johnson DL, Bretsch JK. 2002. Soil lead and children's blood lead levels in Syracuse, NY, USA. Environ Geochem Health 24:375-385.

Johnson DL, McDade K, Griffith D. 1996. Seasonal variation in paediatric blood lead levels in Syracuse, NY, USA. Environ Geochem Health 18(2):81-88. http://doi.org/10.1007/bf01771136.

Jones SR, Atkin P, Holroyd C, et al. 2007. Lung cancer mortality at a UK tin smelter. Occup Med (Lond) 57(4):238-245. http://doi.org/10.1093/occmed/kql153.

Joo H, Lim MH, Ha M, et al. 2017. Secondhand smoke exposure and low blood lead levels in association with attention-deficit hyperactivity disorder and its symptom domain in children: A community-based case-control study. Nicotine Tob Res 19(1):94-101. http://doi.org/10.1093/ntr/ntw152.

Joo H, Choi JH, Burm E, et al. 2018. Gender difference in the effects of lead exposure at different time windows on neurobehavioral development in 5-year-old children. Sci Total Environ 615:1086-1092. http://doi.org/10.1016/j.scitotenv.2017.10.007.

Jorgensen S, Willems M. 1987. The fate of lead of soil: The transformation of lead pellets in shooting-range soils. Ambio 16(1):11-15.

Jorgensen TH, De Backer O, Gerds TA, et al. 2018. Immediate post-procedural 12-lead electrocardiography as predictor of late conduction defects after transcatheter aortic valve replacement. JACC Cardiovasc Interv 11(15):1509-1518. http://doi.org/10.1016/j.jcin.2018.04.011.

Joseph CLM, Havstad S, Ownby DR, et al. 2005. Blood lead level and risk of asthma. Environ Health Perspect 113(7):900-904. http://doi.org/10.1289/ehp.7453.

Juhasz AL, Weber J, Smith E. 2011. Impact of soil particle size and bioaccessibility on children and adult lead exposure in peri-urban contaminated soil. J Hazard Mater 186(2-3):1870-1879. http://doi.org/10.1016/j.jhazmat.2010.12.095.

Juhasz AL, Weber J, Smith E, et al. 2009. Evaluation of SBRC-gastric and SBRC-intestinal methods for the prediction of in vivo relative lead bioavailability in contaminated soils. Environ Sci Technol 43(12):4503-4509. http://doi.org/10.1021/es803238u.

Juhasz AL, Scheckel KG, Betts AR, et al. 2016. Predictive capabilities of in vitro assays for estimating Pb relative bioavailability in phosphate amended soils. Environ Sci Technol 50(23):13086-13094. http://doi.org/10.1021/acs.est.6b04059.

Jurgens BC, Parkhurst DL, Belitz K. 2019. Assessing the lead solubility potential of untreated groundwater of the United States. Environ Sci Technol 53(6):3095-3103. http://doi.org/10.1021/acs.est.8b04475.

Jusko TA, Lockhart DW, Sampson PD, et al. 2006. Response to: "What is the meaning of non-linear dose-response relationships between blood lead concentrations and IQ?". Neurotoxicology 27(6):1123-1125. http://doi.org/10.1016/j.neuro.2006.09.004.

Jusko TA, Henderson CR, Lanphear BP, et al. 2008. Blood lead concentrations <10 µg/dL and child intelligence at 6 years of age. Environ Health Perspect 116(2):243-248. http://doi.org/10.1289/ehp.10424.

Kahn LG, Liu X, Rajovic B, et al. 2014. Blood lead concentration and thyroid function during pregnancy: Results from the Yugoslavia prospective study of environmental lead exposure. Environ Health Perspect 122(10):1134-1140. http://doi.org/10.1289/ehp.1307669.

Kalahasthi R, Barman T. 2016. Effect of lead exposure on the status of reticulocyte count indices among workers from lead battery manufacturing plant. Toxicol Res 32(4):281-287. http://doi.org/10.5487/tr.2016.32.4.281.

Kamel F, Umbach DM, Munsat TL, et al. 2002. Lead exposure and amyotrophic lateral sclerosis. Epidemiology 13:311-319.

Kang HG, Jeong SH, Cho MR, et al. 2009. Time-dependent changes in lead and delta-aminolevulinic acid after subchronic lead exposure in rats. Hum Exp Toxicol 28(10):647-654. http://doi.org/10.1177/0960327109107046.

Kang GH, Uhm JY, Choi YG, et al. 2018. Environmental exposure of heavy metal (lead and cadmium) and hearing loss: Data from the Korea National Health and Nutrition Examination Survey (KNHANES 2010-2013). Ann Occup Environ Med 30:22. http://doi.org/10.1186/s40557-018-0237-9.

Kapuku GK, Harshfield GA, Davis HC, et al. 2006. Early markers of cardiovascular disease. Vascul Pharmacol 45(5):277-280. http://doi.org/10.1016/j.vph.2006.08.009.

Karakulak UN, Yilmaz OH, Tutkun E, et al. 2017. Evaluation of the ambulatory arterial stiffness index in lead-exposed workers. Anatol J Cardiol 18(1):10-14. http://doi.org/10.14744/AnatolJCardiol.2017.7170.

Karakulak UN, Okutucu S, Lokman U, et al. 2019. Evaluation of erectile dysfunction and left ventricular diastolic parameters in lead exposed workers. Acta Cardiol Sin 35(1):75-84. http://doi.org/10.6515/acs.201901_35(1).20180716a.

Karimooy HN, Mood MB, Hosseini M, et al. 2010. Effects of occupational lead exposure on renal and nervous system of workers of traditional tile factories in Mashhad (northeast of Iran). Toxicol Ind Health 26(9):633-638. http://doi.org/10.1177/0748233710377774.

Karita K, Yano E, Dakeishi M, et al. 2005. Benchmark dose of lead inducing anemia at the workplace. Risk Anal 25(4):957-962. http://doi.org/10.1111/j.1539-6924.2005.00652.x.

Karmaus W, Brooks KR, Nebe T, et al. 2005. Immune function biomarkers in children exposed to lead and organochlorine compounds: A cross-sectional study. Environ Health 4(1):5. http://doi.org/10.1186/1476-069X-4-5.

Kasperczyk A, Kasperczyk S, Horak S, et al. 2008. Assessment of semen function and lipid peroxidation among lead exposed men. Toxicol Appl Pharmacol 228(3):378-384. http://doi.org/10.1016/j.taap.2007.12.024.

Kasperczyk S, Blaszczyk I, Dobrakowski M, et al. 2013. Exposure to lead affects male biothiols metabolism. Ann Agric Environ Med 20(4):721-725.

Kasperczyk A, Dobrakowski M, Czuba ZP, et al. 2015. Environmental exposure to lead induces oxidative stress and modulates the function of the antioxidant defense system and the immune

system in the semen of males with normal semen profile. Toxicol Appl Pharmacol 284(3):339-344. http://doi.org/10.1016/j.taap.2015.03.001.

Kasprzak KS, Hoover KL, Poirier LA. 1985. Effects of dietary calcium acetate on lead subacetate carcinogenicity in kidneys of male Sprague-Dawley rats. Carcinogenesis 6(2):279-282.

Kasuba V, Rozgaj R, Milic M, et al. 2012. Evaluation of genotoxic effects of lead in pottery-glaze workers using micronucleus assay, alkaline comet assay and DNA diffusion assay. Int Arch Occup Environ Health 85(7):807-818. http://doi.org/10.1007/s00420-011-0726-4.

Kauppinen T, Riala R, Seitsamo J, et al. 1992. Primary liver cancer and occupational exposure. Scand J Work Environ Health 18(1):18-25.

Kayaalti Z, Yavuz I, Soylemez E, et al. 2015a. Evaluation of DNA damage using 3 comet assay parameters in workers occupationally exposed to lead. Arch Environ Occup Health 70(3):120-125. http://doi.org/10.1080/19338244.2013.787964.

Kayaalti Z, Kaya-Akyuzlu D, Soylemez E, et al. 2015b. Maternal hemochromatosis gene H63D single-nucleotide polymorphism and placental lead levels. Environ Res 140:456-461.

Kayaalti Z, Sert S, Kaya-Akyuzlu D, et al. 2016. Association between delta-aminolevulinic acid dehydratase polymorphism and placental lead levels. Environ Toxicol Pharmacol 41:147-151. http://doi.org/10.1016/j.etap.2015.11.017.

Kaye WE, Novotny TE, Tucker M. 1987. New ceramics-related industry implicated in elevated blood lead levels in children. Arch Environ Health 42(2):161-164.

Kazi TG, Shah F, Shaikh HR, et al. 2014. Exposure of lead to mothers and their new born infants, residents of industrial and domestic areas of Pakistan. Environ Sci Pollut Res Int 21(4):3021-3030. http://doi.org/10.1007/s11356-013-2223-7.

Kehoe RA. 1987. Studies of lead administration and elimination in adult volunteers under natural and experimentally induced condition over extended periods of time. Food Chem Toxicol 25(6):425-494.

Kehoe RA, Thamann F. 1931. The behavior of lead in the animal organism, II. Tetraethyl lead. Am J Hyg 13:478-498.

Kelly RS, Lundh T, Porta M, et al. 2013. Blood erythrocyte concentrations of cadmium and lead and the risk of B-cell non-Hodgkin's lymphoma and multiple myeloma: A nested case-control study. PLoS ONE 8(11):e81892. http://doi.org/10.1371/journal.pone.0081892.

Kemp FW, Neti PVSV, Howell RW, et al. 2007. Elevated blood lead concentrations and vitamin D deficiency in winter and summer in young urban children. Environ Health Perspect 115(4):630-635. http://doi.org/10.1289/ehp.9389.

Kerper LE, Hinkle PM. 1997a. Lead uptake in brain capillary endothelial cells: Activation by calcium store depletion. Toxicol Appl Pharmacol 146(1):127-133.

Kerper LE, Hinkle PM. 1997b. Cellular uptake of lead is activated by depletion of intracellular calcium stores. J Biol Chem 272(13):8346-8352.

Kerr BT, Ochs-Balcom HM, Lopez P, et al. 2019. Effects of ALAD genotype on the relationship between lead exposure and anthropometry in a Cohort of Mexican children. Environ Res 170:65-72. http://doi.org/10.1016/j.envres.2018.12.003.

Khalil N. 2010. Re: Blood lead mortality study: Khalil et al., 2009. Integrated science assessment for lead: Supporting documents: Supplemental data from Dr. Khalil. Docket ID: EPA-HQ-ORD-2011-0051. http://www.regulations.gov/#!documentDetail;D=EPA-HQ-ORD-2011-0051-0006. February 25, 2020.

Khalil N, Cauley JA, Wilson JW, et al. 2008. Relationship of blood lead levels to incident nonspine fractures and falls in older women: The Study of Osteoporotic Fractures. J Bone Miner Res 23(9):1417-1425. http://doi.org/10.1359/jbmr.080404.

Khalil N, Wilson JW, Talbott EO, et al. 2009. Association of blood lead concentrations with mortality in older women: A prospective cohort study. Environmental Health: A Global Access Science Source 8:15. http://doi.org/10.1186/1476-069x-8-15.

Khan DH, Frankland B. 1983. Chemical forms of cadmium and lead in some contaminated soils. Environ Pollut Ser B 6:15-31.

Khan DA, Qayyum S, Saleem S, et al. 2008. Lead-induced oxidative stress adversely affects health of the occupational workers. Toxicol Ind Health 24(9):611-618. http://doi.org/10.1177/0748233708098127.

Khan D, Qayyum S, Saleem S, et al. 2010a. Lead exposure and its adverse health effects among occupational worker's children. Toxicol Ind Health 26(8):497. http://doi.org/10.1177/0748233710373085.

Khan MI, Ahmad I, Mahdi AA, et al. 2010b. Elevated blood lead levels and cytogenetic markers in buccal epithelial cells of painters in India: Genotoxicity in painters exposed to lead containing paints. Environ Sci Pollut Res Int 17(7):1347-1354. http://doi.org/10.1007/s11356-010-0319-x.

Kieltucki J, Dobrakowski M, Pawlas N, et al. 2017. The analysis of QT interval and repolarization morphology of the heart in chronic exposure to lead. Hum Exp Toxicol 36(10):1081-1086. http://doi.org/10.1177/0960327116680277.

Kim KN, Kwon HJ, Hong YC. 2016. Low-level lead exposure and autistic behaviors in school-age children. Neurotoxicology 53:193-200. http://doi.org/10.1016/j.neuro.2016.02.004.

Kim R, Hu H, Rotnitzky A, et al. 1995. A longitudinal study of chronic lead exposure and physical growth in Boston children. Environ Health Perspect 103(10):952-957.

Kim R, Rotnitzky A, Sparrow D, et al. 1996a. A longitudinal study of low-level lead exposure and impairment of renal function: The normative aging study. J Am Med Assoc 275(15):1177-1181.

Kim R, Hu H, Rotnitzky A, et al. 1996b. Longitudinal relationship between dentin lead levels in childhood and bone lead levels in young adulthood. Arch Environ Health 51(5):375-382.

Kim R, Landrigan C, Mossmann P, et al. 1997. Age and secular trends in bone lead levels in middle-aged and elderly men: Three-year longitudinal follow-up in the normative aging study. Am J Epidemiol 146(4):586-591.

Kim HS, Lee SS, Lee GS, et al. 2004. The protective effect of delta-aminolevulinic acid dehydratase 1-2 and 2-2 isozymes against blood lead with higher hematologic parameters. Environ Health Perspect 112:538-541.

Kim JH, Lee KH, Yoo DH, et al. 2007. GSTM1 and TNF-alpha gene polymorphisms and relations between blood lead and inflammatory markers in a non-occupational population. Mutat Res 629(1):32-39. http://doi.org/10.1016/j.mrgentox.2007.01.004.

Kim S, Arora M, Fernandez C, et al. 2013a. Lead, mercury, and cadmium exposure and attention deficit hyperactivity disorder in children. Environ Res 126:105-110.

Kim Y, Ha EH, Park H, et al. 2013b. Prenatal lead and cadmium co-exposure and infant neurodevelopment at 6 months of age: The Mothers and Children's Environmental Health (MOCEH) study. Neurotoxicology 35:15-22. http://doi.org/10.1016/j.neuro.2012.11.006.

Kim MG, Ryoo JH, Chang SJ, et al. 2015. Blood Lead levels and cause-specific mortality of inorganic lead-exposed workers in South Korea. PLoS ONE 10(10):e0140360. http://doi.org/10.1371/journal.pone.0140360.

Kim YS, Ha M, Kwon HJ, et al. 2017a. Association between low blood lead levels and increased risk of dental caries in children: A cross-sectional study. BMC Oral Health 17(1):42. http://doi.org/10.1186/s12903-017-0335-z.

Kim JH, Park Y, Kim SK, et al. 2017b. Timing of an accelerated body mass increase in children exposed to lead in early life: A longitudinal study. Sci Total Environ 584-585:72-77. http://doi.org/10.1016/j.scitotenv.2017.01.122.

Kimber I, Stonard MD, Gidlow DA, et al. 1986. Influence of chronic low-level exposure to lead on plasma immunoglobulin concentration and cellular immune function in man. Int Arch Occup Environ Health 57:117-125.

King M, Ramachandran V, Prengaman RD, et al. 2014. Lead and lead alloys. In: Kirk-Othmer encyclopedia of chemical technology. Hoboken, NJ: Wiley-Blackwell. http://doi.org/10.1002/0471238961.1205010411091407.a01.pub3.

Kirkby H, Gyntelberg F. 1985. Blood pressure and other cardiovascular risk factors of long-term exposure to lead. Scand J Work Environ Health 11(1):15-19. http://doi.org/10.5271/sjweh.2259.

Klaassen C. 2001. Heavy metals and heavy metal antagonists. In: Hardman JG, Limbard LE, eds. Goodman and Gilman's The pharmacological basis of therapeutics. 10th ed. New York, NY: McGraw-Hill Companies, 1851-1875.

Klaassen CD, Shoeman DW. 1974. Biliary excretion of lead in rats, rabbits and dogs. Toxicol Appl Pharmacol 29:434-446.

Koh DS, Koh GC. 2007. The use of salivary biomarkers in occupational and environmental medicine. Occup Environ Med 64:202-210. http://doi.org/10.1136/oem.2006.026567.

Koller LD, Kerkvliet NI, Exon JH. 1985. Neoplasia induced in male rats fed lead acetate, ethyl urea, and sodium nitrite. Toxicol Pathol 13(1):50-57.

Kordas K, Canfield RL, Lopez P, et al. 2006. Deficits in cognitive function and achievement in Mexican first-graders with low blood lead concentrations. Environ Res 100(3):371-386. http://doi.org/10.1016/j.envres.2005.07.007.

Kordas K, Ettinger AS, Lamadrid-Figueroa H, et al. 2009. Methylenetetrahydrofolate reductase (MTHFR) C677T, A1298C and G1793A genotypes, and the relationship between maternal folate intake, tibia lead and infant size at birth. Br J Nutr 102(6):907-914. http://doi.org/10.1017/s0007114509318280.

Kordas K, Queirolo EL, Ettinger AS, et al. 2010. Prevalence and predictors of exposure to multiple metals in preschool children from Monetvideo, Uraguay. Sci Total Environ 408:4488-4494.

Kordas K, Ettinger AS, Bellinger DC, et al. 2011. A dopamine receptor (DRD2) but not dopamine transporter (DAT1) gene polymorphism is associated with neurocognitive development of Mexican preschool children with lead exposure. J Pediatr 159(4):638-643. http://doi.org/10.1016/j.jpeds.2011.03.043.

Korrick SA, Hunter DJ, Rotnitzky A, et al. 1999. Lead and hypertension in a sample of middle-aged women. Am J Public Health 89(3):330-335.

Korrick SA, Schwartz J, Tsaih SW, et al. 2002. Correlates of bone and blood lead levels among middle-aged and elderly women. Am J Epidemiol 156(4):335-343.

Kosnett MJ. 2001. Lead. In: Ford M, Delaney KA, Ling L, et al., eds. Clinical toxicology. St. Louis, MO: WB Saunders, 723-736.

Kosnett MJ. 2005. Lead. In: Brent J, Wallace KL, Burkhart KK, et al., eds. Critical care toxicology: Diagnosis and management of the critically poisoned patient. Philadelphia, PA: Elsevier Mosby, 821-836.

Kosnett MJ, Becker CE, Osterloh JD, et al. 1994. Factors influencing bone lead concentration in a suburban community assessed by noninvasive K x-ray fluorescence. J Am Med Assoc 271(3):197-203.

Kosnett MJ, Wedeen RP, Rothenberg SJ, et al. 2007. Recommendations for medical management of adult lead exposure. Environ Health Perspect 115(3):463-471. http://doi.org/10.1289/ehp.9784.

Kostial K, Kello D, Jugo S, et al. 1978. Influence of age on metal metabolism and toxicity. Environ Health Perspect 25:81-86.

Koyashiki GAK, Paoliello MMB, Matsuo T, et al. 2010. Lead levels in milk and blood from donors to the breast milk bank in southern Brazil. Environ Res 110:265-271.

Kresovich JK, Argos M, Turyk ME. 2015. Associations of lead and cadmium with sex hormones in adult males. Environ Res 142:25-33. http://doi.org/10.1016/j.envres.2015.05.026.

Krieg EF. 2007. The relationships between blood lead levels and serum follicle stimulating hormone and luteinizing hormone in the third national health and nutrition examination survey. Environ Res 104(3):374-382. http://doi.org/10.1016/j.envres.2006.09.009.

Krieg EF, Chrislip DW, Crespo CJ, et al. 2005. The relationship between blood lead levels and neurobehavioral test performance in NHANES III and related occupational studies. Public Health Rep 120(3):240-251.

Krieg EF, Butler MA, Chang M, et al. 2009. Lead and cognitive function in ALAD genotypes in the Third National Health and Nutrition Examination Survey. Neurotoxicol Teratol 31(6):364-371. http://doi.org/10.1016/j.ntt.2009.08.003.

Krieg EF, Butler MA, Chang M, et al. 2010. Lead and cognitive function in VDR genotypes in the Third National Health and Nutrition Examination Survey. Neurotoxicol Teratol 32(2):262-272. http://doi.org/10.1016/j.ntt.2009.12.004.

Krishnan K, Anderson ME, Clewell HJ, et al. 1994. Physiologically based pharmacokinetic modeling of chemical mixtures. In: Yang RSH, ed. Toxicology of chemical mixtures. Case studies, mechanisms, and novel approaches. San Diego, CA: Academic Press, 399-437.

Kristal-Boneh E, Coller D, Froom P, et al. 1999. The association between occupational lead exposure and serum cholesterol and lipoprotein levels. Am J Public Health 89(7):1083-1087.

Kromhout D. 1988. Blood lead and coronary heart disease risk among elderly men in Zutphen, The Netherlands. Environ Health Perspect 78:43-46.

Kromhout D, Wibowo A, Herber R, et al. 1985. Trace metals and coronary heart disease risk indicators in 152 elderly men (the Zutphen Study). Am J Epidemiol 122(3):378-385.

Krueger WS, Wade TJ. 2016. Elevated blood lead and cadmium levels associated with chronic infections among non-smokers in a cross-sectional analysis of NHANES data. Environ Health 15(1):16. http://doi.org/10.1186/s12940-016-0113-4.

Kumar BD, Krishnaswamy K. 1995. Detection of occupational lead nephropathy using early renal markers. J Toxicol Clin Toxicol 33(4):331-335.

Kuruvilla A, Pillay VV, Adhikari P, et al. 2006. Clinical manifestations of lead workers of Mangalore, India. Toxicol Ind Health 22(9):405-413.

Lagerkvist BJ, Ekesrydh S, Englyst V, et al. 1996. Increased blood lead and decreased calcium levels during pregnancy: A prospective study of Swedish women living near a smelter. Am J Public Health 86(9):1247-1252.

LaGoy PK. 1987. Estimated soil ingestion rates for use in risk assessment. Risk Anal 7(3):355-359.

Laidlaw MAS, Filippelli GM. 2008. Resuspension of urban soils as a persistent source of lead poisoning in children: A review and new directions. Appl Geochem 23(8):2021-2039. http://doi.org/10.1016/j.apgeochem.2008.05.009.

Laidlaw MA, Mielke HW, Filippelli GM, et al. 2005. Seasonality and children's blood lead levels: Developing a predictive model using climatic variables and blood lead data from Indianapolis, Indiana, Syracuse, New York, and New Orleans, Louisiana (USA). Environ Health Perspect 113(6):793-800.

Laidlaw MAS, Zahran S, Mielke HW, et al. 2012. Re-suspension of lead contaminated urban soil as a dominant source of atmospheric lead in Birmingham, Chicago, Detroit and Pittsburgh, USA. Atmos Environ 49:302-310. http://doi.org/10.1016/j.atmosenv.2011.11.030.

La-Llave-Leon O, Mendez-Hernandez EM, Castellanos-Juarez FX, et al. 2017. Association between blood lead levels and delta-aminolevulinic acid dehydratase in pregnant women. Int J Environ Res Public Health 14(4):432. http://doi.org/10.3390/ijerph14040432.

Lamadrid-Figueroa H, Téllez-Rojo MM, Hernández-Cadena L, et al. 2006. Biological markers of fetal lead exposure at each stage of pregnancy. J Toxicol Environ Health A 69(19):1781-1796. http://doi.org/10.1080/15287390600630195.

Lamadrid-Figueroa H, Téllez-Rojo MM, Hernández-Avila M, et al. 2007. Association between the plasma/whole blood lead ratio and history of spontaneous abortion: A nested cross-sectional study. BMC Pregnancy Childbirth 7:22. http://doi.org/10.1186/1471-2393-7-22.

Lamb MR, Janevic T, Liu X, et al. 2008. Environmental lead exposure, maternal thyroid function, and childhood growth. Environ Res 106(2):195-202. http://doi.org/10.1016/j.envres.2007.09.012.

Lancranjan I, Popescu HI, Gavanescu O, et al. 1975. Reproductive ability of workmen occupationally exposed to lead. Arch Environ Health 30:396-401.

Landrigan PJ. 1989. Toxicity of lead at low dose - Editorial. Br J Ind Med 46:593-596.

Landrigan PJ, Baker EL, Feldman RG, et al. 1976. Increased lead absorption with anemia and slowed nerve conduction in children near a lead smelter. J Pediatr 89(6; 6):904-910.

Langlois P, Smith L, Fleming S, et al. 1996. Blood lead levels in Toronto children and abatement of lead-contaminated soil and house dust. Arch Environ Health 51(1):59-67.

Lanphear BP, Roghmann KJ. 1997. Pathways of lead exposure in urban children. Environ Res 74:67-73.

Lanphear BP, Weitzman M, Eberly S. 1996a. Racial differences in urban children's environmental exposures to lead. Am J Public Health 86:1460-1463.

Lanphear BP, Eberly S, Howard CR. 2000b. Long-term effect of dust control on blood lead concentrations. Pediatrics 106(4):1-4.

Lanphear BP, Weitzman M, Winter NL, et al. 1996b. Lead-contaminated house dust and urban children's blood lead levels. Am J Public Health 86:1416-1421.

Lanphear BP, Burgoon DA, Rust SW, et al. 1998a. Environmental exposures to lead and urban children's blood lead levels. Environ Res Section A 76:120-130.

Lanphear BP, Byrd RS, Auinger P, et al. 1998b. Community characteristics associated with elevated blood lead levels in children. Pediatrics 101(2):264-271.

Lanphear BP, Dietrich K, Auinger P, et al. 2000a. Cognitive deficits associated with blood lead concentrations< 10 microg/dL in US children and adolescents. Public Health Rep 115(6):521-529.

Lanphear BP, Hornung R, Khoury J, et al. 2005. Low-level environmental lead exposure and children's intellectual function: An international pooled analysis. Environ Health Perspect 113(7):894-899.

Lanphear BP, Rauch S, Auinger P, et al. 2018. Low-level lead exposure and mortality in US adults: A population-based cohort study. Lancet Public Health 3(4):e177-e184. http://doi.org/10.1016/S2468-2667(18)30025-2.

Lanphear BP, Hornung R, Khoury J, et al. 2019. Erratum: "Low-level environmental lead exposure and children's intellectual function: An international pooled analysis". Environ Health Perspect 127(9):99001. http://doi.org/10.1289/ehp5685.

Larrañaga MD, Lewis RJ, Sr., Lewis RA, eds. 2016. Lead and lead compounds. In: Hawley's condensed chemical dictionary. Sixteenth ed. Hoboken, NJ: John Wiley & Sons, Inc., 817-824.

Lasley SM, Gilbert ME. 2000. Glutamatergic components underlying lead-induced impairments in hippocampal synaptic plasticity. Neurotoxicology 21(6):1057-1068.

Laug EP, Kunze FM. 1948. The penetration of lead through the skin. J Ind Hyg Toxicol 30(4; 4):256-259.

Lauwerys R, Buchet JP, Roels H, et al. 1978. Placental transfer of lead, mercury, cadmium, and carbon monoxide in women. I. Comparison of the frequency distributions of the biological indices in maternal and umbilical cord blood. Environ Res 15:278-289.

Lee HS, Park T. 2018. Nuclear receptor and VEGF pathways for gene-blood lead interactions, on bone mineral density, in Korean smokers. PLoS ONE 13(3):e0193323. http://doi.org/10.1371/journal.pone.0193323.

Lee BK, Lee GS, Stewart WF, et al. 2001. Associations of blood pressure and hypertension with lead dose measures and polymorphisms in the vitamin D receptor and delta-aminolevulinic acid dehydratase genes. Environ Health Perspect 109(4):383-389.

Lee TH, Tseng MC, Chen CJ, et al. 2009. Association of high body lead store with severe intracranial carotid atherosclerosis. Neurotoxicology 30(6):876-880. http://doi.org/10.1016/j.neuro.2009.07.004.

Lee BK, Ahn J, Kim NS, et al. 2016a. Association of blood pressure with exposure to lead and cadmium: Analysis of data from the 2008-2013 Korean National Health and Nutrition Examination Survey. Biol Trace Elem Res 174(1):40-51. http://doi.org/10.1007/s12011-016-0699-y.

Lee W, Yoon JH, Roh J, et al. 2016b. The association between low blood lead levels and the prevalence of prehypertension among nonhypertensive adults in Korea. Am J Hum Biol 28(5):729-735. http://doi.org/10.1002/ajhb.22857.

Leem AY, Kim SK, Chang J, et al. 2015. Relationship between blood levels of heavy metals and lung function based on the Korean National Health and Nutrition Examination Survey IV-V. Int J Chron Obstruct Pulmon Dis 10:1559-1570. http://doi.org/10.2147/copd.s86182.

Legare ME, Barhoumi R, Hebert E, et al. 1998. Analysis of Pb2+ entry into cultured astroglia. Toxicol Sci 46:90-100.

Leggett RW. 1993. An age-specific kinetic model of lead metabolism in humans. Environ Health Perspect 101(7):598-616.

Leikin JB, Paloucek FP. 2008. Lead. In: Poisoning and toxicology handbook. Fourth ed. Boca Raton, FL: CRC Press, 807-811.

Lerda D. 1992. Study of sperm characteristics in persons occupationally exposed to lead. Am J Ind Med 22:567-571.

Lévesque B, Duchesne JF, Gariepy C, et al. 2003. Monitoring of umbilical cord blood lead levels and sources assessment among the Inuit. Occup Environ Med 60(9):693-695.

Levey AS, Bosch JP, Lewis JB, et al. 1999. A more accurate method to estimate glomerular filtration rate from serum creatinine: A new prediction equation. Ann Intern Med 130(6):461-479.

Levey AS, Stevens LA, Schmid CH, et al. 2009. A new equation to estimate glomerular filtration rate. Ann Intern Med 150:604-612.

Lewin MD, Sarasua S, Jones PA. 1999. A multivariate linear regression model for predicting children's blood lead levels based on soil lead levels: A study at four Superfund sites. Environ Res 81(Section A):52-61.

Lewis RJ. 2012. Lead and lead compounds. In: Sax's dangerous properties of industrial materials. Vol. 4. 12th ed. John Wiley & Sons, Inc., 2711-2725.

Lewis RC, Meeker JD. 2015. Biomarkers of exposure to molybdenum and other metals in relations to testosterone among men from the United States National Health and Nutrition Examination Survey 2011-2012. Fertil Steril 103:172-178.

Lewis J, Sjostrom J, Skyllberg U, et al. 2010. Distribution, chemical speciation, and mobility of lead and antimony originating from small arms ammunition in a coarse-grained unsaturated surface sand. J Environ Qual 39:863-870.

Li CJ, Yeh CY, Chen RY, et al. 2015. Biomonitoring of blood heavy metals and reproductive hormone level related to low semen quality. J Hazard Mater 300:815-822. http://doi.org/10.1016/j.hazmat.2015.08.027.

Li Y, Hu J, Wu W, et al. 2016a. Application of IEUBK model in lead risk assessment of children aged 61-84 months old in central China. Sci Total Environ 541:673-682. http://doi.org/10.1016/j.scitotenv.2015.09.103.

Li Y, Xie C, Murphy SK, et al. 2016b. Lead exposure during early human development and DNA methylation of imprinted gene regulatory elements in adulthood. Environ Health Perspect 124(5):666-673. http://doi.org/10.1289/ehp.1408577.

Li S, Xu J, Liu Z, et al. 2017a. The non-linear association between low-level lead exposure and maternal stress among pregnant women. Neurotoxicology 59:191-196. http://doi.org/10.1016/j.neuro.2016.07.005.

Li J, Wang H, Hao JH, et al. 2017b. Maternal serum lead level during pregnancy is positively correlated with risk of preterm birth in a Chinese population. Environ Pollut 227:484-489. http://doi.org/10.1016/j.envpol.2017.05.009.

Li C, Ni ZM, Ye LX, et al. 2018. Dose-response relationship between blood lead levels and hematological parameters in children from central China. Environ Res 164:501-506. http://doi.org/10.1016/j.envres.2018.03.018.

Liebelt EL, Schonfeld DJ, Gallagher P. 1999. Elevated blood lead levels in children are associated with lower erythropoietin concentrations. J Pediatr 134:107-109.

Lilis R, Gavrilescu N, Nestorescu B, et al. 1968. Nephropathy in chronic lead poisoning. Br J Ind Med 25:196-202.

Lilis R, Eisinger J, Blumberg W, et al. 1978. Hemoglobin, serum iron, and zinc protoporphyrin in lead-exposed workers. Environ Health Perspect 25:97-102.

Lilis R, Fischbein A, Valciukas JA, et al. 1980. Kidney function and lead: Relationships in several occupational groups with different levels of exposure. Am J Ind Med 1(3-4):405-412.

Lilley SG, Florence TM, Stauber JL. 1988. The use of sweat to monitor lead absorption through the skin. Sci Total Environ 76:267-278.

Lin TA, Tai-Yi J. 2007. Benchmark dose approach for renal dysfunction in workers exposed to lead. Environ Toxicol 22(3):229-233. http://doi.org/10.1002/tox.20260.

Lin CN, Wang LH, Shen KH. 2009. Determining urinary trace elements (Cu, Zn, Pb, As, and Se) in patients with bladder cancer. J Clin Lab Anal 23(3):192-195. http://doi.org/10.1002/jcla.20318.

Lin Z, Comet B, Qvarfort U, et al. 1995. The chemical and mineralogical behaviour of PB in shooting range soils from central Sweden. Environ Pollut 89(3):303-309.

Lin JL, Tan DT, Hsu KH, et al. 2001. Environmental lead exposure and progressive renal insufficiency. Arch Intern Med 161:264-271.

Lin J, Lin-Tan D, Hsu K, et al. 2003. Environmental lead exposure and progression of chronic renal diseases in patients without diabetes. N Engl J Med 348(4):277-286.

Lin JL, Lin-Tan DT, Li YJ, et al. 2006a. Low-level environmental exposure to lead and progressive chronic kidney diseases. Am J Med 119(8):1-9. http://doi.org/10.1016/j.amjmed.2006.01.005.

Lin JL, Lin-Tan DT, Yu CC, et al. 2006b. Environmental exposure to lead and progressive diabetic nephropathy in patients with type II diabetes. Kidney Int 69(11):2049-2056.

Lin CG, Schaider LA, Brabander DJ, et al. 2010. Pediatric lead exposure from imported Indian spice and cultural powders. Pediatrics 125(4):e828-e835. http://doi.org/10.1542/peds.2009-1396.

Lin CC, Chen YC, Su FC, et al. 2013. In utero exposure to environmental lead and manganese and neurodevelopment at 2 years of age. Environ Res 123:52-57. http://doi.org/10.1016/j.envres.2013.03.003.

Lin Y, Huang L, Xu J, et al. 2019. Blood lead, bone lead and child attention-deficit-hyperactivity-disorder-like behavior. Sci Total Environ 659:161-167. http://doi.org/10.1016/j.scitotenv.2018.12.219.

Lin-Tan DT, Lin JL, Yen TH, et al. 2007. Long-term outcome of repeated lead chelation therapy in progressive non-diabetic chronic kidney diseases. Nephrol Dial Transplant 22(10):2924-2931. http://doi.org/10.1093/ndt/gfm342.

Little BB, Spalding S, Walsh B, et al. 2009. Blood lead levels and growth status among African-American and Hispanic children in Dallas, Texas-1980 and 2002: Dallas Lead Project II. Ann Hum Biol 36(3):331-341. http://doi.org/10.1080/03014460902806615.

Little BB, Ignasiak Z, Slawinska T, et al. 2017. Blood lead levels, pulmonary function and agility in Polish schoolchildren. Ann Hum Biol 44(8):723-728. http://doi.org/10.1080/03014460.2017.1387284.

Liu J, McCauley L, Compher C, et al. 2011. Regular breakfast and blood lead levels among preschool children. Environ Health 10:28. http://doi.org/10.1186/1476-069X-10-28.

Liu R, Gress J, Gao J, et al. 2013. Impacts of two best management practices on Pb weathering and leachability in shooting range soils. Environ Monit Assess 185:6477-6484. http://doi.org/10.1007/s10661-012-3039-5.

Liu J, Gao D, Chen Y, et al. 2014a. Lead exposure at each stage of pregnancy and neurobehavioral development of neonates. Neurotoxicology 44:1-7. http://doi.org/10.1016/j.neuro.2014.03.003.

Liu J, Chen Y, Gao D, et al. 2014b. Prenatal and postnatal lead exposure and cognitive development of infants followed over the first three years of life: A prospective birth study in the Pearl River Delta region, China. Neurotoxicology 44:326-334. http://doi.org/10.1016/j.neuro.2014.07.001.

Liu C, Huo X, Lin P, et al. 2015a. Association between blood erythrocyte lead concentrations and hemoglobin levels in preschool children. Environ Sci Pollut Res Int 22(12):9233-9240. http://doi.org/10.1007/s11356-014-3992-3.

Liu J, Liu X, Pak V, et al. 2015b. Early blood lead levels and sleep disturbance in preadolescence. Sleep 38(12):1869-1874. http://doi.org/10.5665/sleep.5230.

Liu Z, He C, Chen M, et al. 2018a. The effects of lead and aluminum exposure on congenital heart disease and the mechanism of oxidative stress. Reprod Toxicol 81:93-98. http://doi.org/10.1016/j.reprotox.2018.07.081.

Liu Y, Huo X, Xu L, et al. 2018b. Hearing loss in children with e-waste lead and cadmium exposure. Sci Total Environ 624:621-627. http://doi.org/10.1016/j.scitotenv.2017.12.091.

Liu Y, Peterson KE, Montgomery K, et al. 2019a. Early lead exposure and childhood adiposity in Mexico city. Int J Hyg Environ Health 222(6):965-970. http://doi.org/10.1016/j.ijheh.2019.06.003.

Liu Y, Tellez-Rojo MM, Sanchez BN, et al. 2019b. Early lead exposure and pubertal development in a Mexico City population. Environ Int 125:445-451. http://doi.org/10.1016/j.envint.2019.02.021.

Lloyd RD, Mays CW, Atherton DR, et al. 1975. 210Pb studies in beagles. Health Phys 28:575-583.

Lockett CJ, Arbuckle D. 1987. Lead, ferritin, zinc, and hypertension. Bull Environ Contam Toxicol 38:975-980.

Loghman-Adham M. 1997. Renal effects of environmental and occupational lead exposure. Environ Health Perspect 105(9):928-939.

Long DT, Angino EE. 1977. Chemical speciation of Cd, Cu, Pb, and Zn in mixed freshwater, seawater, and brine solutions. Geochim Cosmochim Acta 41:1183-1191.

Lopez CM, Pineiro AE, Nunez N, et al. 2000. Thyroid hormone changes in males exposed to lead in the Buenos Aires area (Argentina). Pharmacol Res Commun 42(6):599-602.

Lu Y, Yin W, Huang L, et al. 2011. Assessment of bioaccessibility and exposure risk of arsenic and lead in urban soils of Guangzhou City, China. Environ Geochem Health 33(2):93-102. http://doi.org/10.1007/s10653-010-9324-8.

Lucas JP, Bellanger L, Le Strat Y, et al. 2014. Source contributions of lead in residential floor dust and within-home variability of dust lead loading. Sci Total Environ 470-471:768-779. http://doi.org/10.1016/j.scitotenv.2013.10.028.

Lucchini R, Albini E, Cortesi I, et al. 2000. Assessment of neurobehavioral performance as a function of current and cumulative occupational lead exposure. Neurotoxicology 21(5):805-812.

Lundstrom NG, Nordberg G, Englyst V, et al. 1997. Cumulative lead exposure in relation to mortality and lung cancer morbidity in a cohort of primary smelter workers. Scand J Work Environ Health 23:24-30.

Lundstrom NG, Englyst V, Gerhardsson L, et al. 2006. Lung cancer development in primary smelter workers: A nested case-referent study. J Occup Environ Med 48(4):376-380. http://doi.org/10.1097/01.jom.0000201556.95982.95.

Luo J, Hendryx M. 2014. Relationship between blood cadmium, lead, and serum thyroid measures in US adults - The National Health and Nutrition Examination Survey (NHANES) 2007-2010. Int J Environ Health Res 24(2):125-136. http://doi.org/10.1080/09603123.2013.800962.

Lustberg M, Silbergeld E. 2002. Blood lead levels and mortality. Arch Intern Med 162(21):2443-2449.

Lutz PM, Wilson TJ, Ireland J, et al. 1999. Elevated immunoglobulin E (IgE) levels in children with exposure to environmental lead. Toxicology 134(1):63-78. http://doi.org/10.1016/S0300-483X(99)00036-0.

Lyngbye T, Jorgensen J, Grandjean P, et al. 1990. Validity and interpretation of blood lead levels: A study on Danish school children. Scand J Clin Lab Invest 50:441-449.

Maas RP, Patch SC, Pandolfo TJ, et al. 2005. Lead content and exposure from children's and adult's jewelry products. Bull Environ Contam Toxicol 74:437-444.

Machida M, Sun SJ, Oguma E, et al. 2009. High bone matrix turnover predicts blood levels of lead among perimenopausal women. Environ Res 109(7):880-886. http://doi.org/10.1016/j.envres.2009.06.005.

MacMillan JW, Behinaein S, Chettle DR, et al. 2015. Physiologically based modeling of lead kinetics: A pilot study using data from a Canadian population. Environ Sci Process Impacts 17(12):2122-2133. http://doi.org/10.1039/c5em00517e.

Maddaloni M, Lolacono N, Manton W, et al. 1998. Bioavailability of soilborne lead in adults, by stable isotope dilution. Environ Health Perspect 106(Suppl 6):1589-1594.

Maddaloni M, Ballew M, Diamond G, et al. 2005. Assessing lead risks at non-residential hazardous waste sites. Hum Ecol Risk Assess 11:967-1003.

Magzamen S, Imm P, Amato MS, et al. 2013. Moderate lead exposure and elementary school end-of-grade examination performance. Ann Epidemiol 23(11):700-707. http://doi.org/10.1016/j.annepidem.2013.08.007.

Magzamen S, Amato MS, Imm P, et al. 2015. Quantile regression in environmental health: Early life lead exposure and end-of-grade exams. Environ Res 137:108-119. http://doi.org/10.1016/j.envres.2014.12.004.

Mahaffey KR, Annest JL. 1986. Association of erythrocyte protoporphyrin with blood lead level and iron status in the second National Health and Nutrition Examination Survey, 1976–1980. Environ Res 41(1):327-338.

Mahaffey KR, Gartside PS, Glueck CJ. 1986. Blood lead levels and dietary calcium intake in 1-to 11-year-old children: The Second National Health and Nutrition Examination Survey, 1976 to 1980. Pediatrics 78(2):257-262.

Mahaffey KR, Rosen JF, Chesney RW, et al. 1982. Association between age, blood lead concentration, and serum 1,25-dihydroxycholecalciferol levels in children. Am J Clin Nutr 35:1327-1331.

Maheswaran R, Gill JS, Beevers DG. 1993. Blood pressure and industrial lead exposure. Am J Epidemiol 137(6):645-653.

Maizlish NA, Parra G, Feo O. 1995. Neurobehavioural evaluation of Venezuelan workers exposed to inorganic lead. Occup Environ Med 52:408-414.

Maki-Paakkanen J, Sorsa M, Vainio H. 1981. Chromosome aberrations and sister chromatid exchanges in lead-exposed workers. Hereditas 94:269-275.

Malcoe LH, Lynch RA, Keger MC, et al. 2002. Lead sources, behaviors, and socioeconomic factors in relation to blood lead of native and white children: A community-based assessment of a former mining area. Environ Health Perspect 110(Suppl 2):221-231.

Malcolm D, Barnett HAR. 1982. A mortality study of lead workers 1925-76. Br J Ind Med 39:404-410.

Maldonado-Vega M, Cerbon-Solorzano J, Albores-Medina A, et al. 1996. Lead: Intestinal absorption and bone mobilization during lactation. Hum Exp Toxicol 15(11):872-877.

Malekirad AA, Kalantari-Dehaghi R, Abdollahi M. 2013. Clinical, haematological, and neurocognitive findings in lead-exposed workers of a battery plant in Iran. Arh Hig Rada Toksikol 64(4):497-503. http://doi.org/10.2478/10004-1254-64-2013-2385.

Mannino DM, Albalak R, Grosse S, et al. 2003. Second-hand smoke exposure and blood lead levels in U.S. children. Epidemiology 14(6):719-727.

Mantere P, Hänninen H, Hernberg S. 1982. Subclinical neurotoxic lead effects: Two-year follow-up studies with psychological test methods. Neurobehav Toxicol Teratol 4:725-727.

Manton WI. 1977. Sources of lead in blood. Identification by stable isotopes. Arch Environ Health 32(4):149-159. http://doi.org/10.1080/00039896.1977.10667273.

Manton WI. 1998. Isotope ratios and the source of lead in lead poisoning. J Toxicol Clin Toxicol 36(7):705-706. http://doi.org/10.3109/15563659809162618.

Manton WI, Malloy CR. 1983. Distribution of lead in body fluids after ingestion of soft solder. Br J Ind Med 40(1):51-57.

Manton WI, Cook JD. 1984. High accuracy (stable isotope dilution) measurements of lead in serum and cerebrospinal fluid. Br J Ind Med 41:313-319.

Manton WI, Rothenberg SJ, Manalo M. 2001. The lead content of blood serum. Environ Res 86(Section A):263-273.

Manton WI, Angle CR, Stanek KL, et al. 2000. Acquisition and retention of lead by young children. Environ Res 82:60-80.

Manton W, Angle C, Stanek K, et al. 2003. Release of lead from bone in pregnancy and lactation. Environ Res 92(2):139-151.

Marcus AH. 1985a. Multicompartment kinetic model for lead. I. Bone diffusion models for long-term retention. Environ Res 36:441-458.

Marcus AH. 1985b. Multicompartment kinetic model for lead. II. Linear kinetics and variable absorption in humans without excessive lead exposure. Environ Res 36:459-472.

Marcus AH. 1985c. Multicompartment kinetic model for lead. III. Lead in blood plasma and erythrocytes. Environ Res 36:473-489.

Marcus AH, Schwartz J. 1987. Dose-response curves for erythrocyte protoporphyrin vs blood lead: Effects of iron status. Environ Res 44(2):221-227.

Marcus DK, Fulton JJ, Clarke EJ. 2010. Lead and conduct problems: A meta-analysis. J Clin Child Psychol 39(2):234-241. http://doi.org/10.1080/15374411003591455.

Mari M, Nadal M, Schuhmacher M, et al. 2014. Human exposure to metals: Levels in autopsy tissues of individuals living near a hazardous waste incinerator. Biol Trace Elem Res 159(1-3):15-21.

Markowitz ME, Rosen JF. 1981. Zinc (Zn) and copper (Cu) metabolism in CaNa-2 EDTA-treated children with plumbism. Pediatr Res 15:635.

Markowitz ME, Weinberger HL. 1990. Immobilization-related lead toxicity in previously lead-poisoned children. Pediatrics 86:455-457.

Marques RC, Bernardi JV, Dorea JG, et al. 2014. Perinatal multiple exposure to neurotoxic (lead, methylmercury, ethylmercury, and aluminum) substances and neurodevelopment at six and 24 months of age. Environ Pollut 187:130-135. http://doi.org/10.1016/j.envpol.2014.01.004.

Marsden PA. 2003. Increased body lead burden - Cause or consequence of chronic renal insufficiency? N Engl J Med 348(4):345-347. http://doi.org/10.1056/NEJMe020164.

Marsh J, Birchall A. 1999. Determination of lung-to-blood absorption rates for lead and bismuth which are appropriate for radon progeny. Radiat Prot Dosimetry 83(4):331- 337.

Martin D, Glass TA, Bandeen-Roche K, et al. 2006. Association of blood lead and tibia lead with blood pressure and hypertension in a community sample of older adults. Am J Epidemiol 163(5):467-478. http://doi.org/10.1093/aje/kwj060.

Marx SK, Kamber BS, McGowan HA. 2008. Scavenging of atmospheric trace metal pollutants by mineral dusts: Inter-regional transport of Australian trace metal pollution to New Zealand. Atmos Environ 42(10):2460-2478. http://doi.org/10.1016/j.atmosenv.2007.12.014.

Matte TD, Figueroa JP, Burr G, et al. 1989. Lead exposure among lead-acid battery workers in Jamaica. Am J Ind Med 16:167-177.

Mazumdar M, Bellinger DC, Gregas M, et al. 2011. Low-level environmental lead exposure in childhood and adult intellectual function: A follow-up study. Environ Health 10(1):24. http://doi.org/10.1186/1476-069X-10-24.

McClure LF, Niles JK, Kaufman HW. 2016. Blood lead levels in young children: US, 2009-2015. J Pediatr 175:173-181. http://doi.org/10.1016/j.jpeds.2016.05.005.

McDonald JA, Potter NU. 1996. Lead's legacy? Early and late mortality of 454 lead-poisoned children. Arch Environ Health 51(2):116-121.

McElroy JA, Shafer MM, Gangnon RE, et al. 2008. Urinary lead exposure and breast cancer risk in a population-based case-control study. Cancer Epidemiol Biomarkers Prev 17(9):2311-2317. http://doi.org/10.1158/1055-9965.epi-08-0263.

McElvenny DM, Miller BG, MacCalman LA, et al. 2015. Mortality of a cohort of workers in Great Britain with blood lead measurements. Occup Environ Med 72(9):625-632. http://doi.org/10.1136/oemed-2014-102637.

McFarlane AC, Searle AK, Van Hooff M, et al. 2013. Prospective associations between childhood low-level lead exposure and adult mental health problems: The Port Pirie cohort study. Neurotoxicology 39:11-17. http://doi.org/10.1016/j.neuro.2013.08.003.

McGregor AJ, Mason HJ. 1990. Chronic occupational lead exposure and testicular endocrine function. Hum Exp Toxicol 9:371-376.

McLaine P, Navas-Acien A, Lee R, et al. 2013. Elevated blood lead levels and reading readiness at the start of kindergarten. Pediatrics 131(6):1081-1089. http://doi.org/10.1542/peds.2012-2277.

McMichael AJ, Vimpani GV, Robertson EF, et al. 1986. The Port Pirie cohort study: Maternal blood lead and pregnancy outcome. J Epidemiol Community Health 40(1):18-25.

McMichael AJ, Baghurst PA, Wigg NR, et al. 1988. Port Pirie cohort study: Environmental exposure to lead and children's abilities at the age of four years. N Engl J Med 319(8):468-475.

McNeill FE, Stokes L, Brito JA, et al. 2000. 109Cd K x-ray fluorescence measurements of tibial lead content in young adults exposed to lead in early childhood. Occup Environ Med 57(7):465-471. http://doi.org/10.1136/oem.57.7.465.

Meeker JD, Rossano MG, Protas B, et al. 2008. Cadmium, lead, and other metals in relation to semen quality: Human evidence for molybdenum as a male reproductive toxicant. Environ Health Perspect 116(11):1473-1479. http://doi.org/10.1289/ehp.11490.

Meeker JD, Rossano MG, Protas B, et al. 2010. Environmental exposure to metals and male reproductive hormones: Circulating testosterone is inversely associated with blood molybdenum. Fertil Steril 93(1):130-140. http://doi.org/10.1016/j.fertnstert.2008.09.044.

Meirer F, Pemmer B, Pepponi G, et al. 2011. Assessment of chemical species of lead accumulated in tidemarks of human articular cartilage by X-ray absorption near-edge structure analysis. J Synchrotron Radiat 18(Pt 2):238-244. http://doi.org/10.1107/S0909049510052040.

Mellem JJ, Baijnath H, Odhav B. 2009. Translocation and accumulation of Cr, Hg, As, Pb, Cu and Ni by Amaranthus dubius (Amaranthaceae) from contaminated sites. J Environ Sci Health A Tox Hazard Subst Environ Eng 44(6):568-575. http://doi.org/10.1080/10934520902784583.

Méndez-Gómez J, García-Vargas GG, López-Carrillo L, et al. 2008. Genotoxic effects of environmental exposure to arsenic and lead on children in region Lagunera, Mexico. Ann N Y Acad Sci 1140:358-367. http://doi.org/10.1196/annals.1454.027.

Mendiola J, Moreno JM, Roca M, et al. 2011. Relationships between heavy metal concentrations in three different body fluids and male reproductive parameters: A pilot study. Environ Health 10(1):6. http://doi.org/10.1186/1476-069X-10-6.

Menditto A, Morisi G, Spagnolo A, et al. 1994. Association of blood lead to blood pressure in men aged 55 to 75 years: Effect of selected social and biochemical confounders. NFR Study Group. Environ Health Perspect 102 Suppl 9:107-111.

Mendola P, Brett K, Dibari JN, et al. 2013. Menopause and lead body burden among US women aged 45-55, NHANES 1999-2010. Environ Res 121:110-113. http://doi.org/10.1016/j.envres.2012.12.009.

Mendy A, Gasana J, Vieira ER. 2012. Urinary heavy metals and associated medical conditions in the US adult population. Int J Environ Health Res 22(2):105-118. http://doi.org/10.1080/09603123.2011.605877.

Mendy A, Gasana J, Vieira ER. 2013. Low blood lead concentrations and thyroid function of American adults. Int J Environ Health Res 23(6):461-473. http://doi.org/10.1080/09603123.2012.755155.

Menke A, Muntner P, Batuman V, et al. 2006. Blood lead below 0.48 micromol/L (10 microg/dL) and mortality among US adults. Circulation 114(13):1388-1394. http://doi.org/10.1161/circulationaha.106.628321.

Meredith PA, Moore MR, Campbell BC, et al. 1978. delta-Aminolaevulinic acid metabolism in normal and lead-exposed humans. Toxicology 9:1-9.

Meyer-Baron M, Seeber A. 2000. A meta-analysis for neurobehavioural results due to occupational lead exposure with blood lead concentrations <70 mu/100 ml. Arch Toxicol 73:510-518.

Michaels D, Zoloth SR, Stern FB. 1991. Does low-level lead exposure increase risk of death? A mortality study of newspaper printers. Int J Epidemiol 20(4):978-983.

Mielke HW. 1991. Lead in residential soils: Background and preliminary results of New Orleans. Water Air Soil Pollut 57(1):111-119.

Mielke HW. 1993. Lead dust contaminated U.S.A. communities: Comparison of Louisiana and Minnesota. Appl Geochem Suppl(2):257-261.

Mielke HW, Gonzales C. 2008. Mercury (Hg) and lead (Pb) in interior and exterior New Orleans house paint films. Chemosphere 72(6):882-885. http://doi.org/10.1016/j.chemosphere.2008.03.061.

Mielke HW, Laidlaw MA, Gonzales C. 2010. Lead (Pb) legacy from vehicle traffic in eight California urbanized areas: Continuing influence of lead dust on children's health. Sci Total Environ 408(19):3965-3975. http://doi.org/10.1016/j.scitotenv.2010.05.017.

Mielke HW, Anderson JC, Berry KJ, et al. 1983. Lead concentrations in inner-city soils as a factor in the child lead problem. Am J Public Health 73(12; 12):1366-1369.

Mielke HW, Burroughs S, Wade R, et al. 1984. Urban lead in Minnesota: Soil transect results of four cities. J Minn Acad Sci 50(1):19-24.

Mielke HW, Adams JL, Reagan PL, et al. 1989. Soil-dust lead and childhood lead exposure as a function of city size and community traffic flow: The case for lead abatement in Minnesota. In: Lead in soil: Issues and guidelines. CRC Press, 253-271.

Mielke HW, Dugas D, Mielke PW, et al. 1997. Associations between soil lead and childhood blood lead in urban New Orleans and rural Lafourche Parish of Louisiana. Environ Health Perspect 105:950-954.

Mielke HW, Powell ET, Shah A, et al. 2001. Multiple metal contamination from house paints: Consequences of power sanding and paint scraping in New Orleans. Environ Health Perspect 109(9):973-978.

Mielke HW, Gonzales CR, Powell E, et al. 2007. Nonlinear association between soil lead and blood lead of children in metropolitan New Orleans, Louisiana: 2000-2005. Sci Total Environ 388(1-3):43-53. http://doi.org/10.1016/j.scitotenv.2007.08.012.

Mielke HW, Gonzales C, Powell E, et al. 2008. Urban soil-lead (Pb) footprint: Retrospective comparison of public and private properties in New Orleans. Environ Geochem Health 30(3):231-242. http://doi.org/10.1007/s10653-007-9111-3.

Mielzyńska D, Siwińska E, Kapka L, et al. 2006. The influence of environmental exposure to complex mixtures including PAHs and lead on genotoxic effects in children living in Upper Silesia, Poland. Mutagenesis 21(5):295-304. http://doi.org/10.1093/mutage/gel037.

Miller EK, Friedland AJ. 1994. Lead migration in forest soils: Response to changing atmospheric inputs. Environ Sci Technol 28(4):662-669.

Min KB, Min JY. 2015. Environmental lead exposure and increased risk for total and allergen-specific IgE in US adults. J Allergy Clin Immunol 135(1):275-277. http://doi.org/10.1016/j.jaci.2014.08.052.

Min YS, Ahn YS. 2017. The association between blood lead levels and cardiovascular diseases among lead-exposed male workers. Scand J Work Environ Health 43(4):385-390. http://doi.org/10.5271/sjweh.3631.

Min JY, Min KB, Kim R, et al. 2008a. Blood lead levels and increased bronchial responsiveness. Biol Trace Elem Res 123(1-3):41-46. http://doi.org/10.1007/s12011-008-8099-6.

Min KB, Min JY, Cho SI, et al. 2008b. Relationship between low blood lead levels and growth in children of white-collar civil servants in Korea. Int J Hyg Environ Health 211(1-2):82-87. http://doi.org/10.1016/j.ijheh.2007.03.003.

Min MYO, Singer LT, Kirchner HL, et al. 2009. Cognitive development and low-level lead exposure in poly-drug exposed children. Neurotoxicol Teratol 31(4):225-231. http://doi.org/10.1016/j.ntt.2009.03.002.

Mindak WR, Cheng J, Canas BJ, et al. 2008. Lead in women's and children's vitamins. J Agric Food Chem 56:6892-6896.

Minozzo R, Deimling LI, Gigante LP, et al. 2004. Micronuclei in peripheral blood lymphocytes of workers exposed to lead. Mutat Res 565(1):53-60. http://doi.org/10.1016/j.mrgentox.2004.09.003.

Miranda ML, Kim D, Reiter J, et al. 2009. Environmental contributors to the achievement gap. Neurotoxicology 30(6):1019-1024. http://doi.org/10.1016/j.neuro.2009.07.012.

Miranda ML, Edwards SE, Swamy GK, et al. 2010. Blood lead levels among pregnant women: Historical versus contemporaneous exposures. Int J Environ Res Public Health 7(4):1508-1519. http://doi.org/10.3390/ijerph7041508.

Mishra KP, Singh VK, Rani R, et al. 2003. Effect of lead exposure on the immune response of some occupationally exposed individuals. Toxicology 188(2-3):251-259. http://doi.org/10.1016/s0300-483x(03)00091-x.

Mishra KP, Rani R, Yadav VS, et al. 2010. Effect of lead exposure on lymphocyte subsets and activation markers. Immunopharmacol Immunotoxicol 32(3):446-449. http://doi.org/10.3109/08923970903503668.

Mistry P, Lucier GW, Fowler BA. 1985. High affinity lead binding proteins from rat kidney cytosol mediate cell-free nuclear translocation of lead. J Pharmacol Exp Ther 232:462-469.

Mistry P, Mastri C, Fowler BA. 1986. Influence of metal ions on renal cytosolic lead-binding proteins and nuclear uptake of lead in the kidney. Biochem Pharmacol 35:711-713.

Mitra P, Sharma S, Purohit P, et al. 2017. Clinical and molecular aspects of lead toxicity: An update. Crit Rev Clin Lab Sci 54(7-8):506-528. http://doi.org/10.1080/10408363.2017.1408562.

Miyake M. 1986. Structure refinements of Pb2+ ion-exchanged apatites by x-ray powder pattern-fitting. Journal of Solid State Chemistry 61(2):230-235. http://doi.org/10.1016/0022-4596(86)90026-5.

Mohammad IK, Mahdi AA, Raviraja A, et al. 2008. Oxidative stress in painters exposed to low level lead levels. Arh Hig Rada Toksikol 59(3):161-169. http://doi.org/10.2478/10004-1254-59-2008-1883.

Møller L, Kristensen TS. 1992. Blood lead as a cardiovascular risk factor. Am J Epidemiol 136(9):1091-1100.

Montenegro MF, Barbosa F, Tanus-Santos JE. 2008. Assessment of how pregnancy modifies plasma lead and plasma/whole blood lead ratio in ALAD 1-1 genotype women. Basic Clin Pharmacol Toxicol 102(4):347-351. http://doi.org/10.1111/j.1742-7843.2007.00205.x.

Moon SS. 2013. Association of lead, mercury and cadmium with diabetes in the Korean population: The Korea National Health and Nutrition Examination Survey (KNHANES) 2009-2010. Diabet Med 30(4):e143-148. http://doi.org/10.1111/dme.12103.

Moore MR, Goldberg A. 1985. Health implications of the hematopoietic effects of lead. In: Dietary and environmental lead: Human health effects. Elsevier, 261-314.

Moore MR, Meredith PA, Watson WS, et al. 1980. The percutaneous absorption of lead-203 in humans from cosmetic preparations containing lead acetate, as assessed by whole-body counting and other techniques. Food Chem Toxicol 18:399-405.

Moran-Martinez J, Carranza-Rosales P, Morales-Vallarta M, et al. 2013. Chronic environmental exposure to lead affects semen quality in a Mexican men population. Iran J Reprod Med 11(4):267-274.

Moreau T, Orssaud G, Juguet B, et al. 1982. [Blood lead levels and arterial pressure. Initial results of a cross sectional study of 431 male subjects]. Rev Epidemiol Sante Publique 30(3):395-397. (French)

Moreau T, Hannaert P, Orssaud G, et al. 1988. Influence of membrane sodium transport upon the relation between blood lead and blood pressure in a general male population. Environ Health Perspect 78:47-51.

Morgan A, Holmes A. 1978. The fate of lead in petrol-engine exhaust particulates inhaled by the rat. Environ Res 15:44-56.

Morgan B, Parramore C. 2001. Elevated blood lead levels associated with the consumption of illicitly distilled moonshine. J Toxicol Clin Toxicol 39(5):551.

Morita Y, Sakai T, Araki S, et al. 1997. Nicotinamide adenine dinucleotide synthetase activity in erythrocytes as a tool for the biological monitoring of lead exposure. Int Arch Occup Environ Health 70:195-198.

Morris V, Markowitz ME, Rosen JF. 1988. Serial measurements of aminolevulinic acid dehydratase in children with lead toxicity. J Pediatr 112(6):916-919.

Morris C, McCarron DA, Bennett WM. 1990. Low-level lead exposure, blood pressure, and calcium metabolism. Am J Kidney Dis 15:568-574.

Morrison JN, Quarterman J. 1987. The relationship between iron status and lead absorption in rats. Biol Trace Elem Res 14(1-2):115-126. http://doi.org/10.1007/bf02795602.

Morrison NA, Yeoman R, Kelly PJ, et al. 1992. Contribution of trans-acting factor alleles to normal physiological variability: Vitamin D receptor gene polymorphism and circulating osteocalcin. Proc Natl Acad Sci U S A 89(15):6665-6669.

Morrow P, Beiter H, Amato F, et al. 1980. Pulmonary retention of lead: an experimental study in man. Environ Res 21(2):373-384.

Mortada WI, Sobh MA, El-Defrawy MM, et al. 2001. Study of lead exposure from automobile exhaust as a risk for nephrotoxicity among traffic policemen. Am J Nephrol 21:274-279.

Moss ME, Lanphear BP, Auinger P. 1999. Association of dental caries and blood lead levels. JAMA 281(24):2294-2298.

Mujaj B, Yang WY, Zhang ZY, et al. 2019. Renal function in relation to low-level environmental lead exposure. Nephrol Dial Transplant 34(6):941-946. http://doi.org/10.1093/ndt/gfy279.

Muldoon SB, Cauley JA, Kuller LH, et al. 1996. Effects of blood lead levels on cognitive function of older women. Neuroepidemiology 15:62-72.

Muntner P, He J, Vupputuri S, et al. 2003. Blood lead and chronic kidney disease in the general United States population: Results from NHANES III. Kidney Int 63(3):1044-1050.

Muntner P, Menke A, DeSalvo KB, et al. 2005. Continued decline in blood lead levels among adults in the United States - The National Health and Nutrition Examination Surveys. Arch Intern Med 165(18):2155-2161. http://doi.org/10.1001/archinte.165.18.2155.

Muntner P, Menke A, Batuman V, et al. 2007. Association of tibia lead and blood lead with end-stage renal disease: A pilot study of African-Americans. Environ Res 104(3):396-401. http://doi.org/10.1016/j.envres.2007.04.001.

Murata K, Iwata T, Dakeishi M, et al. 2009. Lead toxicity: Does the critical level of lead resulting in adverse effects differ between adults and children? J Occup Health 51(1):1-12. http://doi.org/10.1539/joh.K8003.

Murphy MJ, Graziano JH, Popovac D, et al. 1990. Past pregnancy outcomes among women living in the vicinity of a lead smelter in Kosova, Yugoslavia. Am J Public Health 80:33-35.

Murphy DM, Capps SL, Daniel JS, et al. 2008. Weekly patterns of aerosol in the United States. Atmos Chem Phys 8(10):2729-2739. http://doi.org/10.5194/acp-8-2729-2008.

Murray H, Thompson K, Macfie SM. 2009. Site- and species-specific patterns of metal bioavailability in edible plants. Botany 87(7):702-711.

Mushak P. 1991. Gastro-intestinal absorption of lead in children and adults: Overview of biological and biophysico-chemical aspects. Chem Spec Bioavailab 3(3-4):87-104.

Mykkanen HM, Wasserman RH. 1981. Gastrointestinal absorption of lead (203Pb) in chicks: Influence of lead, calcium, and age. J Nutr 111:1757-1765.

Mykkanen HM, Wasserman RH. 1982. Effect of vitamin D on the intestinal absorption of 203Pb and 47Ca in chicks. J Nutr 112:520-527.

Naha N, Chowdhury AR. 2006. Inorganic lead exposure in battery and paint factory: Effect on human sperm structure and functional activity. J UOEH 28(2):157-171.

Naicker N, Norris SA, Mathee A, et al. 2010. Lead exposure is associated with a delay in the onset of puberty in South African adolescent females: Findings from the birth to twenty cohort. Sci Total Environ 408(21):4949-4954. http://doi.org/10.1016/j.scitotenv.2010.07.037.

Nan Z, Cheng G. 2001. Accumulation of Cd and Pb in spring wheat (Triticum aestivum L.) grown in calcareous soil irrigated with wastewater. Bull Environ Contam Toxicol 66(6):748-754.

Narayana K, Al-Bader M. 2011. Ultrastructural and DNA damaging effects of lead nitrate in the liver. Exp Toxicol Pathol 63(1-2):43-51. http://doi.org/10.1016/j.etp.2009.09.007.

Narayana K, Raghupathy R. 2012. DNA damage in lead-exposed hepatocytes: Coexistence of apoptosis and necrosis? Drug Chem Toxicol 35(2):208-217. http://doi.org/10.3109/01480545.2011.589849.

NAS. 1972. Lead: Airborne lead in perspective. Washington, DC: National Academy of Sciences, 71-177, 281-313.

NAS. 2013. Potential health risks to DOD firing-range personnel from recurrent lead exposure. Washington, DC: National Academy of Sciences, National Research Council. http://nap.edu/18249. February 19, 2020.

NAS/NRC. 1989. Report of the oversight committee. In: Biologic markers in reproductive toxicology. Washington, DC: National Academy of Sciences, 15-35.

Nash D, Magder L, Lustberg M, et al. 2003. Blood lead, blood pressure, and hypertension in perimenopausal and postmenopausal women. JAMA 289(12):1523-1532.

Nash D, Magder LS, Sherwin R, et al. 2004. Bone density-related predictors of blood lead level among peri-and postmenopausal women in the United States the Third National Health and Nutrition Examination Survey, 1988–1994. Am J Epidemiol 160(9):901-911.

Navas-Acien A, Selvin E, Sharrett AR, et al. 2004. Lead, cadmium, smoking, and increased risk of peripheral arterial disease. Circulation 109:3196-3201.

Navas-Acien A, Silbergeld EK, Sharrett AR, et al. 2005. Metals in urine and peripheral arterial disease. Environ Health Perspect 113(2):164-169. http://doi.org/10.1289/ehp.7329.

Navas-Acien A, Guallar E, Silbergeld EK, et al. 2007. Lead exposure and cardiovascular disease - A systematic review. Environ Health Perspect 115:472-482. http://doi.org/10.1289/ehp.9785.

Navas-Acien A, Schwartz BS, Rothenberg SJ, et al. 2008. Bone lead levels and blood pressure endpoints: A meta-analysis. Epidemiology 19(3):496-504. http://doi.org/10.1097/EDE.0b013e31816a2400.

Navas-Acien A, Tellez-Plaza M, Guallar E, et al. 2009. Blood cadmium and lead and chronic kidney disease in US adults: A joint analysis. Am J Epidemiol 170(9):1156-1164. http://doi.org/10.1093/aje/kwp248.

Nawrot TS, Thijs L, Hond EMD, et al. 2002. An epidemiological re-appraisal of the association between blood pressure and blood lead: A meta-analysis. J Hum Hypertens 16:123-131.

Needleman H. 2004. Lead poisoning. Annu Rev Med 55:209-222.

Needleman HL, Gunnoe C, Leviton A, et al. 1979. Deficits in psychologic and classroom performance of children with elevated dentine lead levels. N Engl J Med 300(13):689-695.

Needleman HL, Rabinowitz M, Leviton A, et al. 1984. The relationship between prenatal exposure to lead and congenital anomalies. J Am Med Assoc 251(22):2956-2959.

Needleman HL, Schell A, Bellinger D, et al. 1990. The long-term effects of exposure to low doses of lead in childhood: An 11-year follow-up report. N Engl J Med 322(2):83-88.

Needleman HL, Riess JA, Tobin MJ, et al. 1996. Bone lead levels and delinquent behavior. J Am Med Assoc 275:363-369.

Needleman HL, McFarland C, Ness RB, et al. 2002. Bone lead levels in adjudicated delinquents. A case control study. Neurotoxicol Teratol 24:711-717.

Nelson AE, Chaudhary S, Kraus VB, et al. 2011. Whole blood lead levels are associated with biomarkers of joint tissue metabolism in African American and white men and women: The Johnston County Osteoarthritis Project. Environ Res 111(8):1208-1214. http://doi.org/10.1016/j.envres.2011.08.002.

Neri LC, Hewitt D, Orser B. 1988. Blood lead and blood pressure: Analysis of cross-sectional and longitudinal data from Canada. Environ Health Perspect 78:123-126.

Nerin C, Domeno C, Garcia JI, et al. 1999. Distribution of Pb, V, Cr, Ni, Cd, Cu and Fe in particles formed from the combustion of waste oils. Chemosphere 38(7):1533-1540.

Neuberger JS, Hu SC, Drake KD, et al. 2009. Potential health impacts of heavy-metal exposure at the Tar Creek Superfund site, Ottawa County, Oklahoma. Environ Geochem Health 31(1):47-59. http://doi.org/10.1007/s10653-008-9154-0.

Neugebauer J, Wittsiepe J, Kasper-Sonnenberg M, et al. 2015. The influence of low level pre- and perinatal exposure to PCDD/Fs, PCBs, and lead on attention performance and attention-related behavior among German school-aged children: Results from the Duisburg Birth Cohort Study. Int J Hyg Environ Health 218(1):153-162. http://doi.org/10.1016/j.ijheh.2014.09.005.

Neuman DR, Dollhopf DJ. 1992. Lead levels in blood from cattle residing near a lead smelter. J Environ Qual 21:181-184.

NFPA. 2002. Tetraethyl lead. In: Spencer AB, Colonna GR, eds. Fire protection guide to hazardous materials. Quincy, MA: National Fire Protection Association, 325-106.

Ng TP, Goh HH, Ng YL, et al. 1991. Male endocrine functions in workers with moderate exposure to lead. Br J Ind Med 48:485-491.

Ngueta G, Verner MA, Fiocco AJ, et al. 2018. Blood lead levels and hypothalamic-pituitary-adrenal function in middle-aged individuals. Environ Res 160:554-561. http://doi.org/10.1016/j.envres.2017.10.032.

Nie H, Chettle DR, Webber CE, et al. 2005. The study of age influence on human bone lead metabolism by using a simplified model and X-ray fluorescence data. J Environ Monit 7(11):1069-1073. http://doi.org/10.1039/b507749d.

Nie H, Sanchez BN, Wilker E, et al. 2009. Bone lead and endogenous exposure in an environmentally exposed elderly population: The Normative Aging Study. J Occup Environ Med 51:848-857.

Nie LH, Wright RO, Bellinger DC, et al. 2011a. Blood lead levels and cumulative blood lead index (CBLI) as predictors of late neurodevelopment in lead poisoned children. Biomarkers 16(6):517-524. http://doi.org/10.3109/1354750x.2011.604133.

Nie LH, Sanchez S, Newton K, et al. 2011b. In vivo quantification of lead in bone with a portable x-ray fluorescence system - Methodology and feasibility. Phys Med Biol 56(3):N39-51. http://doi.org/10.1088/0031-9155/56/3/n01.

Nie X, Chen Y, Chen Y, et al. 2017. Lead and cadmium exposure, higher thyroid antibodies and thyroid dysfunction in Chinese women. Environ Pollut 230:320-328. http://doi.org/10.1016/j.envpol.2017.06.052.

Nielsen T. 1984. Atmospheric occurrence of organolead compounds. In: Grandjean P, ed. Biological effects of organolead compounds. Boca Raton, FL: CRC Press, 44-62.

Nielsen T, Jensen KA, Grandjean P. 1978. Organic lead in normal human brains. Nature 274:602-603.

Nielsen OJ, O'Farrell DJ, Treacy JJ, et al. 1991. Rate constants for the gas-phase reactions of hydroxyl radicals with tetramethyllead and tetraethyllead. Environ Sci Technol 25(6):1098-1103.

Nielson KB, Atkin CL, Winge DR. 1985. Distinct metal-binding configurations in metallothionein. J Biol Chem 260:5342-5350.

Nihei MK, Guilarte TR. 2002. Molecular mechanisms of low-level Pb2 neurotoxicity. In: Massaro EJ, ed. Handbook of neurotoxicology. Totowa, NJ: Humana Press, 107-133.

Nilsson U, Attewell R, Christoffersson JO, et al. 1991. Kinetics of lead in bone and blood after end of occupational exposure. Pharmacol Toxicol 69:477-484.

NIOSH. 1994a. Method 8005, Issue 2: Elements in blood or tissue. NIOSH manual of analytical methods (NMAM). National Institute for Occupational Safety and Health. https://www.cdc.gov/niosh/docs/2003-154/pdfs/8005.pdf. March 30, 2017.

NIOSH. 1994b. Method 8003: Lead in blood and urine. NIOSH manual of analytical methods (NMAM). Cincinnati, OH: National Institute for Occupational Safety and Health.

NIOSH. 1994c. Method 7105, Issue 2: Lead by GFAAS. NIOSH manual of analytical methods (NMAM). National Institute for Occupational Safety and Health. https://www.cdc.gov/niosh/docs/2003-154/pdfs/7105. March 29, 2017.

NIOSH. 1995. Report to congress on workers' home contamination study conducted under the Worker's Family Protection Act (29 U.S.C. 671a). Cincinnati, OH: National Institute for Occupational Safety and Health. DHHS (NIOSH) Publication No. 95-123. PB96192000HEF.

NIOSH. 1996a. Method 9100, Issue 2: Lead in surface wipe samples. NIOSH manual of analytical methods (NMAM). National Institute for Occupational Safety and Health. https://www.cdc.gov/niosh/docs/2003-154/pdfs/9100.pdf. March 30, 2017.

NIOSH. 1996b. NIOSH health hazard evaluation report: HETA 91-0346-2572 FBI academy Quantico, Virginia. Cincinnati, OH: National Institute for Occupational Safety and Health.

NIOSH. 1998. Method 7702, Issue 1: Lead by field portable XRF. NIOSH manual of analytical methods (NMAM). National Institute for Occupational Safety and Health. http://www.cdc.gov/niosh/docs/2003-154/pdfs/7702.pdf. March 29, 2017.

NIOSH. 2003a. Method 7301, Issue 1: Elements by ICP (Aqua Regia Ashing). NIOSH manual of analytical methods (NMAM). National Institute for Occupational Safety and Health. https://www.cdc.gov/niosh/docs/2003-154/pdfs/7301.pdf. March 29, 2017.

NIOSH. 2003b. Method 7303, Issue 1: Elements by ICP (Hot Block/HCl/HNO3 Ashing). NIOSH manual of analytical methods (NMAM). National Institute for Occupational Safety and Health. https://www.cdc.gov/niosh/docs/2003-154/pdfs/7303.pdf. February 18, 2020.

NIOSH. 2003c. Method 7300, Issue 3: Elements by (ICP). NIOSH manual of analytical methods (NMAM). National Institute for Occupational Safety and Health. https://www.cdc.gov/niosh/docs/2003-154/pdfs/7300.pdf. March 29, 2017.

NIOSH. 2003d. Method 9102, Issue 1: Elements on wipes methods. NIOSH manual of analytical methods (NMAM). National Institute for Occupational Safety and Health. https://www.cdc.gov/niosh/docs/2003-154/pdfs/9102.pdf. March 30, 2017.

NIOSH. 2003e. Method 9105, Issue 1: Lead in dust wipes. NIOSH manual of analytical methods (NMAM). National Institute for Occupational Safety and Health. https://www.cdc.gov/niosh/docs/2003-154/pdfs/9105.pdf. March 30, 2017.

NIOSH. 2014a. Method 7302, Issue 1: Elements by ICP (microwave digestion). NIOSH manual of analytical methods (NMAM). National Institute for Occupational Safety and Health. https://www.cdc.gov/niosh/docs/2014-151/pdfs/methods/7302.pdf. March 29, 2017.

NIOSH. 2014b. Method 7304, Issue 1: Elements by ICP (microwave digestion). NIOSH manual of analytical methods (NMAM). National Institute for Occupational Safety and Health. https://www.cdc.gov/niosh/docs/2014-151/pdfs/methods/7304.pdf. March 29, 2017.

NIOSH. 2015. Method 7306, Issue 1: Elements by cellulosic internal capsule sampler. NIOSH manual of analytical methods (NMAM). National Institute for Occupational Safety and Health. https://www.cdc.gov/niosh/docs/2014-151/pdfs/methods/7306.pdf. March 29, 2017.

NIOSH. 2016a. Method 7701, Issue 3: Lead by portable ultrasonic extraction/ASV. NIOSH manual of analytical methods (NMAM). National Institute for Occupational Safety and Health. https://www.cdc.gov/niosh/docs/2014-151/pdfs/methods/7701.pdf. March 29, 2017.

NIOSH. 2016b. Lead. NIOSH pocket guide to chemical hazards. Atlanta, GA: National Institute for Occupational Safety and Health. https://www.cdc.gov/niosh/npg/npgd0368.html. May 10, 2017.

NIOSH. 2017a. Elevated blood lead levels among employed adults - United States, 2014 Adult blood lead epidemiology and surveillance (ABLES). National Institute for Occupational Safety and Health.

NIOSH. 2017b. Method 7082, Issue 2: Lead by flame AAS NIOSH manual of analytical methods (NMAM). National Institute for Occupational Safety and Health. https://www.cdc.gov/niosh/docs/2014-151/pdfs/methods/7082.pdf. March 13, 2019.

NIOSH. 2019a. Lead. NIOSH pocket guide to chemical hazards. Atlanta, GA: National Institute for Occupational Safety and Health. https://www.cdc.gov/niosh/npg/npgd0368.html. October 25, 2019.

NIOSH. 2019b. Tetraethyl lead (as Pb). NIOSH pocket guide to chemical hazards. Atlanta, GA: National Institute for Occupational Safety and Health. https://www.cdc.gov/niosh/npg/npgd0601.html. October 25, 2019.

NIOSH. 2019c. Tetramethyl lead (as Pb). NIOSH pocket guide to chemical hazards. Atlanta, GA: National Institute for Occupational Safety and Health. https://www.cdc.gov/niosh/npg/npgd0603.html. October 25, 2019.

Nishioka E, Yokoyama K, Matsukawa T, et al. 2014. Evidence that birth weight is decreased by maternal lead levels below 5 ug/dl in male newborns. Reprod Toxicol 47:21-26. http://doi.org/10.1016/j.reprotox.2014.05.007.

Niu Y, Yu W, Fang S, et al. 2015. Lead poisoning influences TCR-related gene expression patterns in peripheral blood T-lymphocytes of exposed workers. J Immunotoxicol 12(1):92-97. http://doi.org/10.3109/1547691x.2014.899412.

Nkomo P, Mathee A, Naicker N, et al. 2017. The association between elevated blood lead levels and violent behavior during late adolescence: The South African Birth to Twenty Plus cohort. Environ Int 109:136-145. http://doi.org/10.1016/j.envint.2017.09.004.

NLM. 2020. ChemIDplus: Lead tetroxide (CASRN: 1314-41-6). U.S. National Library of Medicine. https://chem.nlm.nih.gov/chemidplus/name/lead%20tetraoxide. January 23, 2020.

NOAA. 1998. Sampling and analytical methods of the National Status and Trends Program Mussel Watch Project: 1993-1996 Update. Silver Spring, MD: National Oceanic and Atmospheric Administration. NOS ORCA 130. http://aquaticcommons.org/2201/. March 30, 2017.

Nordberg GF, Gerhardsson L, Mumtaz MM, et al. 2015. Interactions and mixtures in metal toxicology. In: Nordberg GF, Fowler BA, Nordberg M, eds. Handbook on the toxicology of metals. 4th ed. Elsevier, 213-238.

Nordenson I, Beckman G, Beckman L, et al. 1978. Occupational and environmental risks in and around a smelter in northern Sweden. IV. Chromosomal aberrations in workers exposed to lead. Hereditas 88:263-267.

NRC. 2005. Superfund and mining megasites. Lessons from Coeur d'Alene River Basin. National Research Council. http://dels.nas.edu/Report/Superfund-Mining-Megasites-Lessons-from/11359. February 18, 2020.

Nriagu J, Burt B, Linder A, et al. 2006. Lead levels in blood and saliva in a low-income population of Detroit, Michigan. Int J Hyg Environ Health 209(2):109-121. http://doi.org/10.1016/j.ijheh.2005.11.005.

NTP. 2003. Report on carcinogens background document for lead and lead compounds Research Triangle Park, NC: National Toxicology Program. https://ntp.niehs.nih.gov/ntp/newhomeroc/roc11/lead-public_508.pdf. January 23, 2020.

NTP. 2012. NTP monograph on health effects of low-level lead. National Toxicology Program. xiii, xv-148. https://ntp.niehs.nih.gov/ntp/ohat/lead/final/monographhealtheffectslowlevellead_newissn_508.pdf. May 31, 2017.

NTP. 2016. Lead and lead compounds, CAS No. 7439-92-1 (lead). Report on carcinogens. Research Triangle Park, NC: National Toxicology Program. https://ntp.niehs.nih.gov/ntp/roc/content/profiles/lead.pdf. May 4, 2017.

Nwosu JU, Harding AK, Linder G. 1995. Cadmium and lead uptake by edible crops grown in a silt loam soil. Bull Environ Contam Toxicol 54:570-578.

Obeng-Gyasi E, Obeng-Gyasi B. 2018. Blood pressure and oxidative stress among U.S. adults exposed to lead in military environments - A preliminary study. Diseases 6(4):97. http://doi.org/10.3390/diseases6040097.

Odland JO, Nieboer E, Romanova N, et al. 1999. Blood lead and cadmium and birth weight among sub-arctic and arctic populations of Norway and Russia. Acta Obstet Gynecol Scand 78:852-860.

O'Flaherty EJ. 1987. Modeling: An introduction. In: Pharmacokinetics in risk assessment: Drinking water and health. Vol. 8. Washington, DC: National Academy Press, National Academy of Sciences, 27-33.

O'Flaherty EJ. 1991a. Physiologically based models for bone-seeking elements. II. Kinetics of lead disposition in rats. Toxicol Appl Pharmacol 111:313-331.

O'Flaherty EJ. 1991b. Physiologically based models for bone-seeking elements: III. Human skeletal and bone growth. Toxicol Appl Pharmacol 111(2):332-341.

O'Flaherty EJ. 1993. Physiologically based models for bone-seeking elements. IV. Kinetics of lead disposition in humans. Toxicol Appl Pharmacol 118(1):16-29.

O'Flaherty EJ. 1995a. Physiologically based models for bone-seeking elements. V. Lead absorption and disposition in childhood. Toxicol Appl Pharmacol 131:297-308.

O'Flaherty EJ. 1995b. PBK modeling for metals. Examples with lead, uranium, and chromium. Toxicol Lett 82/83:367-372.

O'Flaherty EJ. 1998. A physiologically based kinetic model for lead in children and adults. Environ Health Perspect 106(Suppl 6):1495-1503.

O'Flaherty EJ. 2000. Modeling normal aging bone loss, with consideration of bone loss in osteoporosis. Toxicol Sci 55:171-188.

O'Flaherty EJ, Hammond PB, Lerner SI. 1982. Dependence of apparent blood lead half-life on the length of previous lead exposure in humans. Fundam Appl Toxicol 2:49-55.

Oldereid NB, Thomassen Y, Attramadal A, et al. 1993. Concentrations of lead, cadmium and zinc in the tissues of reproductive organs of men. J Reprod Fertil 99:421-425.

Olivero-Verbel J, Duarte D, Echenique M, et al. 2007. Blood lead levels in children aged 5-9 years living in Cartagena, Colombia. Sci Total Environ 372(2-3):707-716. http://doi.org/10.1016/j.scitotenv.2006.10.025.

Olmedo P, Goessler W, Tanda S, et al. 2018. Metal concentrations in e-cigarette liquid and aerosol samples: The contribution of metallic coils. Environ Health Perspect 126(2):027010. http://doi.org/10.1289/EHP2175.

Olson KW, Skogerboe RK. 1975. Identification of soil lead compounds from automobile sources. Environ Sci Technol 9:227-230.

Omae K, Sakurai H, Higashi T, et al. 1990. No adverse effects of lead on renal function in lead-exposed workers. Ind Health 28(2):77-83.

Omar M, Ibrahim M, Assem H, et al. 2001. Teeth and blood lead levels in Egyptian schoolchildren: Relationship to health effects. J Appl Toxicol 21(4):349-352. http://doi.org/10.1002/jat.771.

Omokhodion FO, Crockford GW. 1991. Lead in sweat and its relationship to salivary and urinary levels in normal healthy subjects. Sci Total Environ 103(2-3):113-122.

Onalaja AO, Claudio L. 2000. Genetic susceptibility to lead poisoning. Environ Health Perspect 108(Suppl 1):23-28.

O'Neil MJ, Heckelman PE, Dobbelaar PH, et al. 2013. Lead and lead compounds. In: The Merck index. London, England: The Royal Society of Chemistry, 1004-1007, 1706.

Ong CN, Lee WR. 1980. Distribution of lead-203 in human peripheral blood in vitro. Br J Ind Med 37:78-84.

Ong C, Kong Y, Ong H, et al. 1990. The in vitro and in vivo effects of lead on $\delta$-aminolevulinic acid dehydratase and pyrimidine 5'-nucleotidase. Pharmacol Toxicol 66(1):23-26.

Onuegbu AJ, Olisekodiaka MJ, Nwaba EI, et al. 2011. Assessment of some renal indices in people occupationally exposed to lead. Toxicol Ind Health 27(5):475-479. http://doi.org/10.1177/0748233710390020.

Oomen AG, Tolls J, Sips AJAM, et al. 2003a. Lead speciation in artificial human digestive fluid. Arch Environ Contam Toxicol 44:107-115.

Oomen AG, Rompelberg CJ, Bruil MA, et al. 2003b. Development of an in vitro digestion model for estimating the bioaccessibility of soil contaminants. Arch Environ Contam Toxicol 44(3):281-287.

Opler MGA, Brown AS, Graziano J, et al. 2004. Prenatal lead exposure, delta-aminolevulinic acid, and schizophrenia. Environ Health Perspect 112(5):548-552. http://doi.org/10.1289/ehp.10464.

Opler MGA, Buka SL, Groeger J, et al. 2008. Prenatal exposure to lead, delta-aminolevulinic acid, and schizophrenia: Further evidence. Environ Health Perspect 116(11):1586-1590. http://doi.org/10.1289/ehp.10464.

Orisakwe OE, Nwachukwu E, Osadolor HB, et al. 2007. Liver and kidney function tests amongst paint factory workers in Nkpor, Nigeria. Toxicol Ind Health 23(3):161-165.

Orssaud G, Claude JR, Moreau T, et al. 1985. Blood lead concentration and blood pressure. Br Med J 290:244.

OSHA. 1995. Subpart Z - Toxic and hazardous substances. Lead-general. Occupational Safety and Health Administration. Code of Federal Regulations. 29 CFR 1910.1025. https://www.osha.gov/laws-regs/regulations/standardnumber/1910/1910.1025. February 19, 2020.

OSHA. 2002a. Metal & metalloid particulates in workplace atmospheres (atomic absorption). Occupational Safety and Health Administration. https://www.osha.gov/dts/sltc/methods/inorganic/id121/id121.pdf. January 13, 2020.

OSHA. 2002b. Metal and metalloid particulates in workplace atmospheres (ICP analysis). Occupational Safety and Health Administration. https://www.osha.gov/dts/sltc/methods/inorganic/id125g/id125g.pdf. January 13, 2020.

OSHA. 2016a. Subpart Z - Toxic and hazardous substances. Lead - general. Occupational Safety and Health Administration. Code of Federal Regulations. 29 CFR 1910.1025. https://www.gpo.gov/fdsys/pkg/CFR-2016-title29-vol6/pdf/CFR-2016-title29-vol6-sec1910-1025.pdf. May 4, 2017.

OSHA. 2016b. Subpart Z - Toxic and hazardous substances. Air contaminants - general industry. Occupational Safety and Health Administration. Code of Federal Regulations. 29 CFR 1910.1000. https://www.gpo.gov/fdsys/pkg/CFR-2016-title29-vol6/pdf/CFR-2016-title29-vol6-sec1910-1000.pdf. March 6, 2017.

OSHA. 2019a. Occupational safety and health standards for shipyard employment. Subpart Z - Toxic and hazardous substances. Lead. Occupational Safety and Health Administration. Code of Federal Regulations. 29 CFR 1915.1025. https://www.osha.gov/laws-regs/regulations/standardnumber/1915/1915.1025. October 25, 2019.

OSHA. 2019b. Occupational safety and health standards. Subpart Z - Toxic and hazardous substances. Air contaminants. Table Z-1: Limits for air contaminants. Occupational Safety and Health Administration. Code of Federal Regulations. 29 CFR 1910.1000. https://www.osha.gov/laws-regs/regulations/standardnumber/1910/1910.1000TABLEZ1. October 25, 2019.

OSHA. 2019c. Safety and health regulations for construction. Lead. Occupational Safety and Health Administration. Code of Federal Regulations. 29 CFR 1926.62. https://www.osha.gov/laws-regs/regulations/standardnumber/1926/1926.62. October 25, 2019.

OSHA. 2019d. Safety and health regulations for construction. Subpart D - Occupational health and environment controls. Gases, vapors, fumes, dusts, and mists. Occupational Safety and Health Administration. Code of Federal Regulations. 29 CFR 1926.55 Appendix A. https://www.osha.gov/laws-regs/regulations/standardnumber/1926/1926.55AppA. October 25, 2019.

OSHA. 2019e. Occupational safety and health standards for shipyard employment. Subpart Z - Toxic and hazardous substances. Air contaminants. Occupational Safety and Health Administration. Code of Federal Regulations. 29 CFR 1915.1000. https://www.osha.gov/laws-regs/regulations/standardnumber/1915/1915.1000. October 25, 2019.

OSHA. 2019f. Occupational safety and health standards. Subpart Z - Toxic and hazardous substances. Lead. Occupational Safety and Health Administration. Code of Federal Regulations. 29 CFR 1910.1025. https://www.osha.gov/laws-regs/regulations/standardnumber/1910/1910.1025. October 25, 2019.

Oskarsson A, Jorhem L, Sundberg J, et al. 1992. Lead poisoning in cattle - Transfer of lead to milk. Sci Total Environ 111:83-94.

Osman K, Pawlas K, Schutz A, et al. 1999. Lead exposure and hearing effects in children in Katowice, Poland. Environ Res 80 Section A:1-8.

Osterberg E, Mayewski P, Kreutz K, et al. 2008. Ice core record of rising lead pollution in the North Pacific atmosphere. Geophys Res Lett 35(5):L05810. http://doi.org/10.1029/2007gl032680.

Osterode W, Barnas U, Geissler K. 1999. Dose dependent reduction of erythroid progenitor cells and inappropriate erythropoietin response in exposure to lead: New aspects of anaemia induced by lead. Occup Environ Med 56:106-109.

Otto D, Robinson G, Baumann S, et al. 1985. 5-Year follow-up study of children with low-to-moderate lead absorption: Electrophysiological evaluation. Environ Res 38(1):168-186.

Ou LT, Thomas JE, Jing W. 1994. Biological and chemical degradation of tetraethyl lead in soil. Bull Environ Contam Toxicol 52:238-245.

Ou LT, Jing W, Thomas JE. 1995. Biological and chemical degradation of ionic ethyllead compounds in soil. Environ Toxicol Chem 14(4):545-551.

Ozkaynak H, Xue J, Zartarian VG, et al. 2011. Modeled estimates of soil and dust ingestion rates for children. Risk Anal 31(4):592-608. http://doi.org/10.1111/j.1539-6924.2010.01524.x.

Padilla MA, Elobeid M, Ruden DM, et al. 2010. An examination of the association of selected toxic metals with total and central obesity indices: NHANES 99-02. Int J Environ Res Public Health 7:3332-3347. http://doi.org/10.3390/ijerph7093332.

Paglia DE, N VW, Dahlgren JG. 1975. Effects of low-level lead exposure on pyrimidine 5'-nucleotidase and other erythrocyte enzymes. Possible role of pyrimidine 5'-nucleotidase in the pathogenesis of lead-induced anemia. J Clin Invest 56:1164-1169.

Paglia D, Valentine W, Fink K. 1977. Lead poisoning. Further observations on erythrocyte pyrimidine-nucleotidase deficiency and intracellular accumulation of pyrimidine nucleotides. J Clin Invest 60(6):1362-1366.

Pagliuca A, Mufti GJ, Baldwin D, et al. 1990. Lead poisoning: Clinical, biochemical, and haematological aspects of a recent outbreak. J Clin Pathol 43:277-281.

Palaniappan K, Roy A, Balakrishnan K, et al. 2011. Lead exposure and visual-motor abilities in children from Chennai, India. Neurotoxicology 32(4):465-470. http://doi.org/10.1016/j.neuro.2011.03.011.

Palmer KT, Kucera CL. 1980. Lead contamination of sycamore and soil from lead mining and smelting operations in eastern Missouri. J Environ Qual 9(1):106-111.

Pan SY, Morrison H, Gibbons L, et al. 2011. Breast cancer risk associated with residential proximity to industrial plants in Canada. J Occup Environ Med 53(5):522-529. http://doi.org/10.1097/JOM.0b013e318216d0b3.

P'An AYS. 1981. Lead levels in saliva and in blood. J Toxicol Environ Health 7(2):273-280. http://doi.org/10.1080/15287398109529978.

PAN Pesticides Database. 2004. Chemical names that begin with: Lead. PAN Pesticides Database-chemicals. Pesticide Action Network. http://www.pesticideinfo.org/. February 22, 2005.

Parajuli RP, Fujiwara T, Umezaki M, et al. 2013. Association of cord blood levels of lead, arsenic, and zinc with neurodevelopmental indicators in newborns: A birth cohort study in Chitwan Valley, Nepal. Environ Res 121:45-51. http://doi.org/10.1016/j.envres.2012.10.010.

Pardo R, Barrado E, Perez L, et al. 1990. Determination and speciation of heavy metals in sediments of the Pisuerga River. Water Res 24(3):373-379.

Park SK, Schwartz J, Weisskopf M, et al. 2006. Low-level lead exposure, metabolic syndrome, and heart rate variability: The VA normative aging study. Environ Health Perspect 114:1718-1724.

Park SK, Hu H, Wright RO, et al. 2009a. Iron metabolism genes, low-level lead exposure, and QT interval. Environ Health Perspect 117(1):80-85.

Park SK, Mukherjee B, Xia X, et al. 2009b. Bone lead level prediction models and their application to examine the relationship of lead exposure and hypertension in the third National Health and Nutrition Examination Survey. J Occup Environ Med 51(12):1422-1436. http://doi.org/10.1097/JOM.0b013e3181bf6c8d.

Park SK, Elmarsafawy S, Mukherjee B, et al. 2010. Cumulative lead exposure and age-related hearing loss: The VA Normative Aging Study. Hear Res 269(1-2):48-55. http://doi.org/10.1016/j.heares.2010.07.004.

Park SJ, Lee JH, Woo SJ, et al. 2015. Five heavy metallic elements and age-related macular degeneration: Korean National Health and Nutrition Examination Survey, 2008-2011. Ophthalmology 122(1):129-137. http://doi.org/10.1016/j.ophtha.2014.07.039.

Park JH, Seo JH, Hong YS, et al. 2016. Blood lead concentrations and attention deficit hyperactivity disorder in Korean children: A hospital-based case control study. BMC pediatrics 16(1):156. http://doi.org/10.1186/s12887-016-0696-5.

Park WJ, Kim SH, Kang W, et al. 2019. Blood lead level and Helicobacter pylori infection in a healthy population: A cross-sectional study. Arch Environ Occup Health 74:1-6. http://doi.org/10.1080/19338244.2019.1654969.

LEAD                                                                                                           505
8. REFERENCES

Parkinson DK, Ryan C, Bromet EJ, et al. 1986. A psychiatric epidemiologic study of occupational lead exposure. Am J Epidemiol 123(2; 2):261-269.

Parkinson DK, Hodgson MJ, Bromet EJ, et al. 1987. Occupational lead exposure and blood pressure. Br J Ind Med 44(11):744-748.

Parramore CS, Morgan BW, Ethridge MW. 2001. Lead contaminated moonshine: A report of ATF analyzed samples. J Toxicol Clin Toxicol 39(5):520.

Partanen T, Heikkila P, Hernberg S, et al. 1991. Renal cell cancer and occupational exposure to chemical agents. Scand J Work Environ Health 17(4):231-239.

Pasternak MD, Becker CE, Lash A, et al. 1989. Cross-sectional neurotoxicology study of lead-exposed cohort. Clin Toxicol 27(1 and 2):37-51.

Patel AB, Prabhu AS. 2009. Determinants of lead level in umbilical cord blood. Indian Pediatr 46(9):791-793.

Patil AJ, Bhagwat VR, Patil JA, et al. 2006. Effect of lead (Pb) exposure on the activity of superoxide dismutase and catalase in battery manufacturing workers (BMW) of Western Maharashtra (India) with reference to heme biosynthesis. Int J Environ Res Public Health 3(4):329-337.

Patil AJ, Bhagwat VR, Patil JA, et al. 2007. Occupational lead exposure in battery manufacturing workers, silver jewelry workers, and spray painters in western Maharashtra (India): Effect on liver and kidney function. J Basic Clin Physiol Pharmacol 18(2):87-100. http://doi.org/10.1515/JBCPP.2007.18.2.87.

Pawlas N, Broberg K, Olewinska E, et al. 2012. Modification by the genes ALAD and VDR of lead-induced cognitive effects in children. Neurotoxicology 33:37-43.

Pawlas N, Broberg K, Olewinska E, et al. 2015. Genetic modification of ALAD and VDR on lead-induced impairment of hearing in children. Environ Toxicol Pharmacol 39(3):1091-1098. http://doi.org/10.1016/j.etap.2015.03.008.

Pawlas N, Plachetka A, Kozlowska A, et al. 2016. Telomere length, telomerase expression, and oxidative stress in lead smelters. Toxicol Ind Health 32(12):1961-1970. http://doi.org/10.1177/0748233715601758.

Pawlas N, Olewinska E, Markiewicz-Gorka I, et al. 2017. Oxidative damage of DNA in subjects occupationally exposed to lead. Adv Clin Exp Med 26(6):939-945. http://doi.org/10.17219/acem/64682.

Payton M, Hu H, Sparrow D, et al. 1994. Low-level lead exposure and renal function in the normative aging study. Am J Epidemiol 140(9):821-829.

Payton M, Riggs KM, Sprio A, et al. 1998. Relations of bone and blood lead to cognitive function: The VA normative aging study. Neurotoxicol Teratol 20(1):19-27.

PEHSU. 2013. Recommendations on medical management of childhood lead exposure and poisoning. Pediatric Environmental Health Specialty Units. American Academy of Pediatrics. https://www.pehsu.net/_Library/facts/medical-mgmnt-childhood-lead-exposure-June-2013.pdf. February 19, 2020.

Pekcici R, Kavlakoğlu B, Yilmaz S, et al. 2010. Effects of lead on thyroid functions in lead-exposed workers. Cent Eur J Med 5(2):215-218. http://doi.org/10.2478/s11536-009-0092-8.

Pellizzari ED, Perritt RL, Clayton CA. 1999. National human exposure assessment survey (NHEXAS): Exploratory survey of exposure among population subgroups in EPA Region V. J Expo Anal Environ Epidemiol 9:49-55.

Peralta-Videa JR, Lopez ML, Narayan M, et al. 2009. The biochemistry of environmental heavy metal uptake by plants: Implications for the food chain. Int J Biochem Cell Biol 41(8-9):1665-1677. http://doi.org/10.1016/j.biocel.2009.03.005.

Pergande M, Jung K, Precht S, et al. 1994. Changed excretion or urinary proteins and enzymes by chronic exposure to lead. Nephrol Dial Transplant 9:613-618.

Perkins M, Wright RO, Amarasiriwardena CJ, et al. 2014. Very low maternal lead level in pregnancy and birth outcomes in an eastern Massachusetts population. Ann Epidemiol 24(12):915-919. http://doi.org/10.1016/j.annepidem.2014.09.007.

Perlstein T, Weuve J, Schwartz J, et al. 2007. Cumulative community-level lead exposure and pulse pressure: The Normative Aging Study. Environ Health Perspect 115(12):1696-1700. http://doi.org/10.1289/ehp.10350.

Perneger TV, Nieto FJ, Whelton PK, et al. 1993. A prospective study of blood pressure and serum creatinine: Results from the 'Clue' Study and the ARIC Study. J Am Med Assoc 269:488-493.

Perroy RL, Belby CS, Mertens CJ. 2014. Mapping and modeling three dimensional lead contamination in the wetland sediments of a former trap-shooting range. Sci Total Environ 487:72-81. http://doi.org/10.1016/j.scitotenv.2014.03.102.

Peryea FJ. 1998. Historical use of lead arsenate insecticides, resulting soil contamination and implications for soil remediation. In: Proceedings. 16th World Congress of Soil Science (CD rom), Montpellier, France, 20-26 Aug. 1998. Vol. Scientific registration no: 274. Washington State University. http://soils.tfrec.wsu.edu/leadhistory.htm. March 4, 2005.

Pesch B, Haerting J, Ranft U, et al. 2000. Occupational risk factors for renal cell carcinoma: Agent-specific results from a case-control study in Germany. Int J Epidemiol 29:1014-1024.

Peters JL, Kubzansky L, McNeely E, et al. 2007. Stress as a potential modifier of the impact of lead levels on blood pressure: The Normative Aging Study. Environ Health Perspect 115(8):1154-1159. http://doi.org/10.1289/ehp.10002.

Petrucci R, Leonardi A, Battistuzzi G. 1982. The genetic polymorphism of delta-aminolevulinate dehydrase in Italy. Hum Genet 60(3):289-290.

Pieper KJ, Martin R, Tang M, et al. 2018. Evaluating water lead levels during the Flint water crisis. Environ Sci Technol 52(15):8124-8132. http://doi.org/10.1021/acs.est.8b00791.

Pierzynski GM, Schwab AP. 1993. Heavy metals in the environment. Bioavailability of zinc, cadmium, and lead in a metal-contaminated alluvial soil. J Environ Qual 22:247-254.

Pilsner JR, Hu H, Ettinger A, et al. 2009. Influence of prenatal lead exposure on genomic methylation of cord blood DNA. Environ Health Perspect 117(9):1466-1471. http://doi.org/10.1289/ehp.0800497.

Pineda-Zavaleta AP, García-Vargas G, Borja-Aburto VH, et al. 2004. Nitric oxide and superoxide anion production in monocytes from children exposed to arsenic and lead in region Lagunera, Mexico. Toxicol Appl Pharmacol 198(3):283-290. http://doi.org/10.1016/j.taap.2003.10.034.

Pingitore NE, Clague JW, Amaya MA, et al. 2009. Urban airborne lead: X-ray absorption spectroscopy establishes soil as dominant source. PLoS ONE 4(4):e5019. http://doi.org/10.1371/journal.pone.0005019.

Pinkerton LE, Biagini RE, Ward EM, et al. 1998. Immunologic findings among lead-exposed workers. Am J Ind Med 33(4):400-408. http://doi.org/10.1002/(SICI)1097-0274(199804)33:4<400::AID-AJIM11>3.0.CO;2-2.

Pinto D, Ceballos JM, García G, et al. 2000. Increased cytogenetic damage in outdoor painters. Mutat Res Genet Toxicol Environ Mutagen 467(2):105-111. http://doi.org/10.1016/S1383-5718(00)00024-3.

Pinto de Almeida AR, Carvalho FM, Spinola AG, et al. 1987. Renal dysfunction in Brazilian lead workers. Am J Nephrol 7(6):455-458. http://doi.org/10.1159/000167519.

Pirkle JL, Schwartz J, Landis JR, et al. 1985. The relationship between blood lead levels and blood pressure and its cardiovascular risk implications. Am J Epidemiol 121(2):246-258.

Pirkle JL, Brody DJ, Gunter EW, et al. 1994. The decline in blood lead levels in the United States. The National Health and Nutrition Examination Surveys (NHANES). J Am Med Assoc 272(4):284-291.

Pirkle JL, Kaufmann RB, Brody DJ, et al. 1998. Exposure of the U.S. population to lead, 1991-1994. Environ Health Perspect 106(11):745-750.

Pizent A, Macan J, Jurasović J, et al. 2008. Association of toxic and essential metals with atopy markers and ventilatory lung function in women and men. Sci Total Environ 390(2-3):369-376. http://doi.org/10.1016/j.scitotenv.2007.10.049.

Pocock SJ, Shaper AG, Walker M, et al. 1983. Effects of tap water lead, water hardness, alcohol, and cigarettes on blood lead concentrations. J Epidemiol Community Health 37:1-7.

Pocock SJ, Shaper AG, Ashby D, et al.  1984.  Blood lead concentration, blood pressure, and renal function.  Br Med J 289:872-874.

Pocock SJ, Shaper AG, Ashby D, et al.  1988.  The relationship between blood lead, blood pressure, stroke, and heart attacks in middle-aged British men.  Environ Health Perspect 78:23-30.

Polanska K, Hanke W, Pawlas N, et al.  2018.  Sex-dependent impact of low-level lead exposure during prenatal period on child psychomotor functions.  Int J Environ Res Public Health 15(10):2263.  http://doi.org/10.3390/ijerph15102263.

Pollack AZ, Schisterman EF, Goldman LR, et al.  2011.  Cadmium, lead, and mercury in relation to reproductive hormones and anovulation in premenopausal women.  Environ Health Perspect 119(8):1156-1161.  http://doi.org/10.1289/ehp.1003284.

Pollack AZ, Mumford SL, Wactawski-Wende J, et al.  2013.  Bone mineral density and blood metals in premenopausal women.  Environ Res 120:76-81.

Pollack AZ, Mumford SL, Mendola P, et al.  2015.  Kidney biomarkers associated with blood lead, mercury, and cadmium in premenopausal women:  A prospective cohort study.  J Toxicol Environ Health A 78(2):119-131.  http://doi.org/10.1080/15287394.2014.944680.

Popovic M, McNeill FE, Chettle DR, et al.  2005.  Impact of occupational exposure on lead levels in women.  Environ Health Perspect 113(4):478-484.

Poreba R, Poreba M, Gać P, et al.  2011.  Ambulatory blood pressure monitoring and structural changes in carotid arteries in normotensive workers occupationally exposed to lead.  Hum Exp Toxicol 30(9):1174-1180.  http://doi.org/10.1177/0960327110391383.

Poreba R, Gac P, Poreba M, et al.  2012.  Assessment of cardiovascular risk in workers occupationally exposed to lead without clinical presentation of cardiac involvement.  Environ Toxicol Pharmacol 34(2):351-357.  http://doi.org/10.1016/j.etap.2012.05.008.

Poreba R, Gac P, Poreba M, et al.  2013.  Echocardiographic assessment of myocardial function in workers occupationally exposed to lead without clinically evident heart disease.  Environ Toxicol Pharmacol 36(2):522-528.  http://doi.org/10.1016/j.etap.2013.05.010.

Pounds JG, Leggett RW.  1998.  The ICRP age-specific biokinetic model for lead:  Validations, empirical comparisons, and explorations.  Environ Health Perspect 106(Suppl 6):1505-1511.

Pounds JG, Marlar RJ, Allen JR.  1978.  Metabolism of lead-210 in juvenile and adult rhesus monkeys (Macaca mulatta).  Bull Environ Contam Toxicol 19(1):684-691.

Power MC, Korrick S, Tchetgen Tchetgen EJ, et al.  2014.  Lead exposure and rate of change in cognitive function in older women.  Environ Res 129:69-75.  http://doi.org/10.1016/j.envres.2013.12.010.

Presley SM, Abel MT, Austin GP, et al.  2010.  Metal concentrations in schoolyard soils from New Orleans, Louisiana before and after hurricanes Katrina and Rita.  Chemosphere 80(1):67-73.  http://doi.org/10.1016/j.chemosphere.2010.03.031.

Proctor SP, Rotnitzky A, Sparrow D, et al.  1996.  The relationship of blood lead and dietary calcium to blood pressure in the normative aging study.  Int J Epidemiol 25(3):528-536.

Przybyla J, Houseman EA, Smit E, et al.  2017.  A path analysis of multiple neurotoxic chemicals and cognitive functioning in older US adults (NHANES 1999-2002).  Environ Health 16(1):19.  http://doi.org/10.1186/s12940-017-0227-3.

Pugh Smith P, Nriagu JO.  2011.  Lead poisoning and asthma among low-income and African American children in Saginaw, Michigan.  Environ Res 111(1):81-86.  http://doi.org/10.1016/j.envres.2010.11.007.

Purchase NG, Fergusson JE.  1986.  Lead in teeth:  The influence of the tooth type and the sample within a tooth on lead levels.  Sci Total Environ 52(3):239-250.  http://doi.org/10.1016/0048-9697(86)90124-5.

Queirolo EI, Ettinger AS, Stoltzfus RJ, et al.  2010.  Association of anemia, child and family characteristics with elevated blood lead concentrations in preschool children from Montevideo, Uruguay.  Arch Environ Occup Health 65(2):94-100.  http://doi.org/10.1080/19338240903390313.

Queiroz MLS, Almeida M, Gallão MI, et al. 1993. Defective neutrophil function in workers occupationally exposed to lead. Pharmacol Toxicol 72(2):73-77. http://doi.org/10.1111/j.1600-0773.1993.tb00293.x.

Queiroz MLS, Costa FF, Bincoletto C, et al. 1994a. Engulfment and killing capabilities of neutrophils and phagocytic splenic function in persons occupationally exposed to lead. Int J Immunopharmacol 16(3):239-244. http://doi.org/10.1016/0192-0561(94)90018-3.

Queiroz MLS, Perlingeiro RCR, Bincoletto C, et al. 1994b. Immunoglobulin levels and cellular immune function in lead exposed workers. Immunopharmacol Immunotoxicol 16(1):115-128. http://doi.org/10.3109/08923979409029904.

Rabinowitz MB. 1995. Relating tooth and blood lead levels in children. Bull Environ Contam Toxicol 55:853-857.

Rabinowitz MB, Wetherill GW, Kopple JD. 1976. Kinetic analysis of lead metabolism in healthy humans. J Clin Invest 58:260-270.

Rabinowitz MB, Kopple JD, Wetherill GW. 1980. Effect of food intake and fasting on gastrointestinal lead absorption in humans. Am J Clin Nutr 33:1784-1788.

Rabinowitz M, Leviton A, Bellinger D. 1985. Home refinishing, lead paint and infant blood lead levels. Am J Public Health 75(4):403-404.

Rabinowitz MB, Leviton A, Bellinger DC. 1989. Blood lead--tooth lead relationship among Boston children. Bull Environ Contam Toxicol 43(4):485-492. http://doi.org/10.1007/bf01701924.

Rabinowitz MB, Leviton A, Bellinger D. 1993. Relationships between serial blood lead levels and exfoliated tooth dentin lead levels: Models of tooth lead kinetics. Calcif Tissue Int 53(5):338-341. http://doi.org/10.1007/bf01351840.

Rabinowitz M, Bellinger D, Leviton A, et al. 1987. Pregnancy hypertension, blood pressure during labor, and blood lead levels. Hypertension 10:447-451.

Rabinowitz MB, Allred EN, Bellinger DC, et al. 1990. Lead and childhood propensity to infectious and allergic disorders: Is there an association? Bull Environ Contam Toxicol 44(5):657-660. http://doi.org/10.1007/BF01701784.

Rabito FA, Kocak M, Werthmann DW, et al. 2014. Changes in low levels of lead over the course of pregnancy and the association with birth outcomes. Reprod Toxicol 50:138-144. http://doi.org/10.1016/j.reprotox.2014.10.006.

Raihan MJ, Briskin E, Mahfuz M, et al. 2018. Examining the relationship between blood lead level and stunting, wasting and underweight - A cross-sectional study of children under 2 years-of-age in a Bangladeshi slum. PLoS ONE 13(5):e0197856. http://doi.org/10.1371/journal.pone.0197856.

Rajan P, Kelsey KT, Schwartz JD, et al. 2007. Lead burden and psychiatric symptoms and the modifying influence of the delta-aminolevulinic acid dehydratase (ALAD) polymorphism: The VA Normative Aging Study. Am J Epidemiol 166(12):1400-1408. http://doi.org/10.1093/aje/kwm220.

Rajan P, Kelsey KT, Schwartz JD, et al. 2008. Interaction of the delta-aminolevulinic acid dehydratase polymorphism and lead burden on cognitive function: The VA Normative Aging Study. J Occup Environ Med 50(9):1053-1061. http://doi.org/10.1097/JOM.0b013e3181792463.

Rajaraman P, Stewart PA, Samet JM, et al. 2006. Lead, genetic susceptibility, and risk of adult brain tumors. Cancer Epidemiol Biomarkers Prev 15(12):2514-2520. http://doi.org/10.1158/1055-9965.EPI-06-0482.

Rapisarda V, Ledda C, Ferrante M, et al. 2016. Blood pressure and occupational exposure to noise and lead (Pb): A cross-sectional study. Toxicol Ind Health 32(10):1729-1736. http://doi.org/10.1177/0748233715576616.

Ravnskov U. 1992. Cholesterol lowering trials in coronary heart disease: Frequency of citation and outcome. Br Med J 305:15-19.

Raymond J, Brown MJ. 2015a. Childhood blood lead levels - United States, 2007-2012 [Erratum: MMWR 64(45): 1277]. MMWR Morb Mortal Wkly Rep 62(54):76-80. http://doi.org/10.15585/mmwr.mm6254a5.

Raymond J, Brown MJ. 2015b. Childhood blood lead levels - United States, 2007-2012 [Erratum to: MMWR 62(54): 76-80]. MMWR Morb Mortal Wkly Rep 64(45):1277. https://www.cdc.gov/mmwr/pdf/wk/mm6445.pdf. June 29, 2017.

Raymond J, Brown MJ. 2017. Childhood blood lead levels in children aged <5 years - United States, 2009–2014. MMWR Morb Mortal Wkly Rep 66(3):1-7. https://www.cdc.gov/mmwr/volumes/66/ss/pdfs/ss6603.pdf. June 29, 2017.

Reddy KJ, Wang L, Gloss SP. 1995. Solubility and mobility of copper, zinc, and lead in acidic environments. Plant Soil 171:53-58.

Reddy YS, Aparna Y, Ramalaksmi BA, et al. 2014. Lead and trace element levels in placenta, maternal and cord blood: A cross-sectional pilot study. J Obstet Gynaecol Res 40(12):2184-2190. http://doi.org/10.1111/jog.12469.

Reed BE, Moore RE, Cline SR. 1995. Soil flushing of a sandy loam contaminated with Pb(II), PbSO4 (s), PbCo3 (3) or Pb-naphthalene: Column results. J Soil Contam 4(3):243-267.

Rees DC, Duley JA, Marinaki AM. 2003. Pyrimidine 5′ nucleotidase deficiency. Br J Haematol 120(3):375-383.

Reimer W, Tittelbach U. 1989. [Verhalten von herzfrequenz, blutdruck und systolischen zeitintervallen in ruhe und wahrend einhandarbeit bei bleiexponierten und kontrollpersonen]. Z Gesamte Hyg 35:491-492. (German)

Rentschler G, Broberg K, Lundh T, et al. 2012. Long-term lead elimination from plasma and whole blood after poisoning. Int Arch Occup Environ Health 85(3):311-316. http://doi.org/10.1007/s00420-011-0673-0.

Renzetti S, Just AC, Burris HH, et al. 2017. The association of lead exposure during pregnancy and childhood anthropometry in the Mexican PROGRESS cohort. Environ Res 152:226-232. http://doi.org/10.1016/j.envres.2016.10.014.

RePORTER. 2020. Lead. National Institutes of Health, Research Portfolio Online Reporting Tools. http://projectreporter.nih.gov/reporter.cfm. January 7, 2020.

Reuben A, Caspi A, Belsky DW, et al. 2017. Association of childhood blood lead levels with cognitive function and socioeconomic status at age 38 years and with IQ change and socioeconomic mobility between childhood and adulthood. JAMA 317(12):1244-1251. http://doi.org/10.1001/jama.2017.1712.

Rezende VB, Barbosa F, Montenegro MF, et al. 2008. Haplotypes of vitamin D receptor modulate the circulating levels of lead in exposed subjects. Arch Toxicol 82:29-36.

Rhoads GG, Ettinger AS, Weisel CP, et al. 1999. The effect of dust lead control on blood lead in toddlers: A randomized trial. Pediatrics 103(3):551-555.

Rhodes D, Spiro III A, Aro A, et al. 2003. Relationship of bone and blood lead levels to psychiatric symptoms: The normative aging study. J Occup Environ Med 45(11):1144-1151.

Richter PA, Bishop EE, Wang J, et al. 2013. Trends in tobacco smoke exposure and blood lead levels among youths and adults in the United States: The National Health and Nutrition Examination Survey, 1999-2008. Preventing chronic disease 10:E213. http://doi.org/10.5888/pcd10.130056.

Riddell TJ, Solon O, Quimbo SA, et al. 2007. Elevated blood-lead levels among children living in the rural Philippines. Bull World Health Organ 85(9):674-680.

Riedt CS, Buckley BT, Brolin RE, et al. 2009. Blood lead levels and bone turnover with weight reduction in women. J Expo Sci Environ Epidemiol 19:90-96.

Ris MD, Dietrich KN, Succop PA, et al. 2004. Early exposure to lead and neuropsychological outcome in adolescence. J Int Neuropsychol Soc 10(2):261-270. http://doi.org/10.1017/S1355617704102154.

Risch HA, Burch JD, Miller AB, et al. 1988. Occupational factors and the incidence of cancer of the bladder in Canada. Br J Ind Med 45:361-367.

Robbins N, Zhang ZF, Sun J, et al. 2010. Childhood lead exposure and uptake in teeth in the Cleveland area during the era of leaded gasoline. Sci Total Environ 408(19):4118-4127. http://doi.org/10.1016/j.scitotenv.2010.04.060.

Robins JM, Cullen MR, Connors BB, et al. 1983. Depressed thyroid indexes associated with occupational exposure to inorganic lead. Arch Intern Med 143:220-224.

Robinson G, Baumann S, Kleinbaum D, et al. 1985. Effects of low to moderate lead exposure on brainstem auditory evoked potentials in children. In: Environmental health, Document 3: Neurobehavioral methods in occupational and environmental health. Copenhagen, Denmark: World Health Organization, 177-182.

Rodamilans M, Osaba MJ, To-Figueras J, et al. 1988. Lead toxicity on endocrine testicular function in a occupationally exposed population. Hum Toxicol 7:125-128.

Rodosthenous RS, Burris HH, Svensson K, et al. 2017. Prenatal lead exposure and fetal growth: Smaller infants have heightened susceptibility. Environ Int 99:228-233. http://doi.org/10.1016/j.envint.2016.11.023.

Rodrigues JL, Batista BL, Nunes JA, et al. 2008. Evaluation of the use of human hair for biomonitoring the deficiency of essential and exposure to toxic elements. Sci Total Environ 405(1-3):370-376. http://doi.org/10.1016/j.scitotenv.2008.06.002.

Rodrigues EG, Bellinger DC, Valeri L, et al. 2016. Neurodevelopmental outcomes among 2- to 3-year-old children in Bangladesh with elevated blood lead and exposure to arsenic and manganese in drinking water. Environ Health 15:44. http://doi.org/10.1186/s12940-016-0127-y.

Roels H, Lauwerys R. 1987. Evaluation of dose-effect and dose-response relationships for lead exposure in different Belgian population groups (fetus, child, adult men and women). Trace Elem Med 4(2):80-87.

Roels H, Lauwerys R, Buchet J, et al. 1975. Response of free erythrocyte porphyrin and urinary δ-aminolevulinic acid in men and women moderately exposed to lead. Int Arch Occup Environ Health 34(2):97-108.

Roels H, Buchet JP, Lauwerys R, et al. 1976. Impact of air pollution by lead on the heme biosynthetic pathway in school-age children. Arch Environ Health Nov/Dec:310-315.

Roels HA, Balis-Jacques MN, Buchet J-P, et al. 1979. The influence of sex and of chelation therapy on erythrocyte protoporphyrin and urinary [delta]-aminolevulinic acid in lead-exposed workers. J Occup Environ Med 21(8):527-539.

Roels H, Lauwerys R, Konings J, et al. 1994. Renal function and hyperfiltration capacity in lead smelter workers with high bone lead. Occup Environ Med 51:505-512.

Roels H, Konings J, Green S, et al. 1995. Time-integrated blood lead concentration is a valid surrogate for estimating the cumulative lead dose assessed by tibial lead measurement. Environ Res 69(2):75-82.

Rokadia H, Agarwal S. 2013. Serum heavy metals and obstructive lung disease: Results from the National Health and Nutrition Examination Survey. Chest 143(2):388-397. http://doi.org/10.1378/chest.12-0595.

Romeo R, Aprea C, Boccalon P, et al. 1996. Serum erythropoietin and blood lead concentrations. Int Arch Occup Environ Health 69:73-75.

Ronco AM, Gutierrez Y, Gras N, et al. 2010. Lead and arsenic levels in women with different body mass composition. Biol Trace Elem Res 136:269-278. http://doi.org/10.1007/s12011-009-8546-z.

Rooney CP, McLaren RG, Condron LM. 2007. Control of lead solubility in soil contaminated with lead shot: Effect of soil pH. Environ Pollut 149:149-157. http://doi.org/10.1016/j.envpol.2007.01.009.

Rooney JPK, Woods NF, Martin MD, et al. 2018. Genetic polymorphisms of GRIN2A and GRIN2B modify the neurobehavioral effects of low-level lead exposure in children. Environ Res 165:1-10. http://doi.org/10.1016/j.envres.2018.04.001.

Root RA. 2000. Lead loading of urban streets by motor vehicle wheel weights. Environ Health Perspect 108(10):937-940.

Roscoe RJ, Gittleman JL, Deddens JA, et al. 1999. Blood lead levels among children of lead-exposed workers: A meta-analysis. Am J Med 36(4):475-481.

Rosen JF, Chesney RW, Hamstra A, et al. 1980. Reduction in 1,25-dihydroxyvitamin D in children with increased lead absorption. N Engl J Med 302(20):1128-1131.

LEAD

8. REFERENCES

Rosenman KD, Sims A, Luo Z, et al. 2003. Occurrence of lead-related symptoms below the current occupational safety and health act allowable blood lead levels. J Occup Environ Med 45(5):546-555.

Rothenberg SJ, Schnaas L, Cansino-Ortiz S, et al. 1989. Neurobehavioral deficits after low level lead exposure in neonates: The Mexico City pilot study. Neurotoxicol Teratol 11:85-93.

Rothenberg SJ, Karchmer S, Schnaas L, et al. 1994a. Changes in serial blood lead levels during pregnancy. Environ Health Perspect 102(10):876-880. http://doi.org/10.1289/ehp.94102876.

Rothenberg SJ, Manalo M, Jiang J, et al. 1999a. Blood lead level and blood pressure during pregnancy in South Central Los Angeles. Arch Environ Health 54(6):382-389. http://doi.org/10.1080/00039899909603369.

Rothenberg SJ, Manalo M, Jiang J, et al. 1999b. Maternal blood lead level during pregnancy in South Central Los Angeles. Arch Environ Health 54(3):151-157. http://doi.org/10.1080/00039899909602253.

Rothenberg SJ, Kondrashov V, Manalo M, et al. 2002. Increases in hypertension and blood pressure during pregnancy with increased bone lead levels. Am J Epidemiol 156(12):1079-1087.

Rousseau MC, Parent ME, Nadon L, et al. 2007. Occupational exposure to lead compounds and risk of cancer among men: A population-based case-control study. Am J Epidemiol 166(9):1005-1014. http://doi.org/10.1093/aje/kwm183.

Roussel H, Waterlot C, Pelfrene A, et al. 2010. Cd, Pb and Zn oral bioaccessibility of urban soils contaminated in the past by atmospheric emissions from two lead and zinc smelters. Arch Environ Contam Toxicol 58(4):945-954. http://doi.org/10.1007/s00244-009-9425-5.

Roy MM, Gordon CL, Beaumont LF, et al. 1997. Further experience with bone lead content measurements in residents of southern Ontario. Appl Radiat Isot 48(3):391-396. http://doi.org/10.1016/s0969-8043(96)00223-0.

Roy A, Bellinger D, Hu H, et al. 2009. Lead exposure and behavior among young children in Chennai, India. Environ Health Perspect 117(10):1607-1611. http://doi.org/10.1289/ehp.0900625.

Roy A, Hu H, Bellinger DC, et al. 2011. Hemoglobin, lead exposure, and intelligence quotient: Effect modification by the DRD2 Taq IA polymorphism. Environ Health Perspect 119(1):144-149. http://doi.org/10.1289/ehp.0901878.

Ruby MV, Schoof R, Brattin W, et al. 1999. Advances in evaluating the oral bioavailability of inorganics in soil for use in human health risk assessment. Environ Sci Technol 33(21):3697-3705.

Ruebner RL, Hooper SR, Parrish C, et al. 2019. Environmental lead exposure is associated with neurocognitive dysfunction in children with chronic kidney disease. Pediatr Nephrol 34(11):2371-2379. http://doi.org/10.1007/s00467-019-04306-7.

Ryan JA, Scheckel KG, Berti WR, et al. 2004. Reducing children's risk from lead in soil. Environ Sci Technol 38:19A-24A.

Ryu JE, Ziegler EE, Nelson SE, et al. 1983. Dietary intake of lead and blood lead concentration in early infancy. Am J Dis Child 137:886-891.

Sabin LD, Schiff KC. 2008. Dry atmospheric deposition rates of metals along a coastal transect in southern California. Atmos Environ 42(27):6606-6613. http://doi.org/10.1016/j.atmosenv.2008.04.042.

Sabin LD, Lim JH, Stolzenbach KD, et al. 2006. Atmospheric dry deposition of trace metals in the coastal region of Los Angeles, California, USA. Environ Toxicol Chem 25(9):2334-2341. http://doi.org/10.1897/05-300r.1.

Sadeghniiat-Haghighi K, Saraie M, Ghasemi M, et al. 2013. Assessment of peripheral neuropathy in male hospitalized patients with lead toxicity in Iran. J Res Med Sci 18(1):6-9.

Saikat S, Barnes B, Westwood D. 2007. A review of laboratory results for bioaccessibility values of arsenic, lead and nickel in contaminated UK soils. J Environ Sci Health A Tox Hazard Subst Environ En 42(9):1213-1221. http://doi.org/10.1080/10934520701435486.

Sakai T. 2000. Biomarkers of lead exposure. Ind Health 38:127-142.

Sakai T, Morita Y. 1996. delta-Aminolevulinic acid in plasma or whole blood as a sensitive indicator of lead effects, and its relation to the other heme-related parameters. Int Arch Occup Environ Health 68:126-132.

Sakai T, Yanagihara S, Kunugi Y, et al. 1982. Relationships between distribution of lead in erythrocytes in vivo and in vitro and inhibition of ALA-D. Br J Ind Med 39:382-387.

Sakai T, Yanagihara S, Kunugi Y, et al. 1983. Mechanisms of ALA-D inhibition by lead and of its restoration by zinc and dithiothreitol. Br J Ind Med 40:61-66.

Sakai T, Morita Y, Araki T, et al. 2000. Relationship between delta-aminolevulinic acid dehydratase genotypes and heme precursors in lead workers. Am J Ind Med 38:355-360.

Sakata S, Shimizu S, Ogoshi K, et al. 2007. Inverse relationship between serum erythropoietin and blood lead concentrations in Kathmandu tricycle taxi drivers. Int Arch Occup Environ Health 80(4):342-345. http://doi.org/10.1007/s00420-006-0125-4.

Sallmén M, Lindbohm M-L, Nurminen M. 2000. Paternal exposure to lead and infertility. Epidemiology 11(2):148-152.

Sallmén M, Anttila A, Lindbohm ML, et al. 1995. Time to pregnancy among women occupationally exposed to lead. J Occup Environ Med 37(8):931-934.

Sanin LH, Gonzalez-Cossio T, Romieu I, et al. 2001. Effect of maternal lead burden on infant weight and weight gain at one month of age among breastfed infants. Pediatrics 107(5):1016-1023.

Sankila R, Karjalainen A, Pukkala E, et al. 1990. Cancer risk among glass factory workers: An excess of lung cancer? Br J Ind Med 47:815-818.

Sanna E, Vallascas E. 2011. Hair lead levels to evaluate the subclinical impact of lead on growth in Sardinian children (Italy). Am J Hum Biol 23(6):740-746. http://doi.org/10.1002/ajhb.21203.

Santibanez M, Vioque J, Alguacil J, et al. 2008. Occupational exposures and risk of oesophageal cancer by histological type: A case-control study in eastern Spain. Occup Environ Med 65(11):774-781. http://doi.org/10.1136/oem.2007.037929.

Sarasua SM, Vogt RF, Henderson LO, et al. 2000. Serum immunoglobulins and lymphocyte subset distributions in children and adults living in communities assessed for lead and cadmium exposure. J Toxicol Environ Health A 60(1):1-15. http://doi.org/10.1080/009841000156556.

Sata F, Araki S, Tanigawa T, et al. 1998. Changes in T cell subpopulations in lead workers. Environ Res 76(1):61-64.

Sauve S, McBride MB, Hendershot WH. 1997. Speciation of lead in contaminated soils. Environ Pollut 98(2):149-155.

Schalscha EB, Morales M, Pratt PF. 1987. Lead and molybdenum in soils and forage near an atmospheric source. J Environ Qual 16(4):313-315.

Schaumberg DA, Mendes F, Balaram M, et al. 2004. Accumulated lead exposure and risk of age-related cataract in men. JAMA 292(22):2750-2754.

Scheckel KG, Diamond GL, Burgess MF, et al. 2013. Amending soils with phosphate as means to mitigate soil lead hazard: A critical review of the state of the science. J Toxicol Environ Health B Crit Rev 16(6):337-380. http://doi.org/10.1080/10937404.2013.825216.

Schell LM, Denham M, Stark AD, et al. 2004. Relationship between blood lead concentration and dietary intakes of infants from 3 to 12 months of age. Environ Res 96(3):264-273. http://doi.org/10.1016/j.envres.2004.02.008.

Schell LM, Denham M, Stark AD, et al. 2009. Growth of infants' length, weight, head and arm circumferences in relation to low levels of blood lead measured serially. Am J Hum Biol 21(2):180-187. http://doi.org/10.1002/ajhb.20842.

Schmitt MDC, Trippler DJ. 1988. Soil lead concentrations in residential Minnesota as measured by ICP-AES. Water Air Soil Pollut 39:157-168.

Schmitt CJ, Brumbaugh WG. 1990. National contaminant biomonitoring program: Concentrations of arsenic, cadmium, copper, lead, mercury, selenium, and zinc in U.S. freshwater fish, 1976-1984. Arch Environ Contam Toxicol 19:731-747.

Schnaas L, Rothenberg SJ, Perroni E, et al. 2000. Temporal pattern in the effect of postnatal blood lead level on intellectual development of young children. Neurotoxicol Teratol 22:805-810.

Schnaas L, Rothenberg SJ, Flores MF, et al. 2004. Blood lead secular trend in a cohort of children in Mexico City (1987-2002). Environ Health Perspect 112(10):1110-1115.

Schnaas L, Rothenberg SJ, Flores MF, et al. 2006. Reduced intellectual development in children with prenatal lead exposure. Environ Health Perspect 114(5):791-797. http://doi.org/10.1289/ehp.8552.

Schober SE, Mirel LB, Graubard BI, et al. 2006. Blood lead levels and death from all causes, cardiovascular disease, and cancer: Results from the NHANES III Mortality Study. Environ Health Perspect 114(10):1538-1541.

Schroeder HA, Tipton IH. 1968. The human body burden of lead. Arch Environ Occup Health 17(6):965-978.

Schuhmacher M, Hernandez M, Domingo JL, et al. 1996. A longitudinal study of lead mobilization during pregnancy: Concentration in maternal and umbilical cord blood. Trace Elem Electrolytes 13:177-181.

Schuhmacher M, Paternain JL, Domingo JL, et al. 1997. An assessment of some biomonitors indicative of occupational exposure to lead. Trace Elem Electrolytes 14(3):145-149.

Schumacher C, Brodkin CA, Alexander B, et al. 1998. Thyroid function in lead smelter workers: Absence of subacute or cumulative effects with moderate lead burdens. Int Arch Occup Environ Health 71(7):453-458.

Schütz A, Skerfving S, Ranstam J, et al. 1987. Kinetics of lead in blood after the end of occupational exposure. Scand J Work Environ Health 13:221-231.

Schütz A, Bergdahl IA, Ekholm A, et al. 1996. Measurement by ICP-MS of lead in plasma and whole blood of lead workers and controls. Occup Environ Med 53:736-740.

Schwanitz G, Lehnert G, Gebhart E. 1970. Chromosome damage after occupational exposure to lead. Dtsch Med Wochenschr 95(32):1636-1641.

Schwanitz G, Gebhart E, Rott H-D, et al. 1975. [Chromosomenuntersuchungen bei Personen mit beruflicher Bleiexposition]. Dtsch Med Wochenschr 100(18):1007-1011. (German)

Schwartz J. 1995. Lead, blood pressure, and cardiovascular disease in men. Arch Environ Health 50(1):31-37.

Schwartz J, Otto D. 1987. Blood lead, hearing threshold, and neurobehavioral development in children and youth. Arch Environ Health 42(2; 2):153-160.

Schwartz J, Pitcher H. 1989. The relationship between gasoline lead and blood lead in the United States. J off Stat 5:421-431.

Schwartz J, Otto D. 1991. Lead and minor hearing impairment. Arch Environ Health 46(5):300-305.

Schwartz J, Landrigan PJ, Feldman RG, et al. 1988. Threshold effect in lead-induced peripheral neuropathy. J Pediatr 112:12-17.

Schwartz J, Landrigan PJ, Baker EL, et al. 1990. Lead-induced anemia: Dose-response relationships and evidence for a threshold. Am J Public Health 80(2):165-168.

Schwartz BS, Lee BK, Stewart W, et al. 1995. Associations of delta-aminolevulinic acid dehydratase genotype with plant, exposure duration, and blood lead and zinc protoporphyrin levels in Korean lead workers. Am J Epidemiol 142(7):738-745.

Schwartz BS, Lee BK, Stewart W, et al. 1997a. Associations of subtypes of hemoglobin with delta-aminolevulinic acid dehydratase genotype and dimercaptosuccinic acid-chelatable lead levels. Arch Environ Health 52(2):97-103.

Schwartz BS, Lee B-K, Stewart W, et al. 1997b. delta-Aminolevulinic acid dehydratase genotype modifies four hour urinary lead excretion after oral administration of dimercaptosuccinic acid. Occup Environ Med 54(4):241-246.

Schwartz BS, Lee B-K, Lee G-S, et al. 2000a. Associations of blood lead, dimercaptosuccinic acid-chelatable lead, and tibia lead with polymorphisms in the vitamin D receptor and [delta]-aminolevulinic acid dehydratase genes. Environ Health Perspect 108(10):949-954.

LEAD

8. REFERENCES

Schwartz BS, Stewart W, Bolla K, et al. 2000b. Past adult lead exposure is associated with longitudinal decline in cognitive function. Neurology 55(8):1144-1150.

Schwartz BS, Stewart WF, Todd AC, et al. 2000c. Different associations of blood lead, meso 2,3-dimercaptosuccinic acid (DMSA)-chelatable lead, and tibial lead levels with blood pressure in 543 organolead manufacturing workers. Arch Environ Health 55:85-92.

Schwartz BS, Lee B, Lee G, et al. 2001. Associations of blood lead, dimercaptosuccinic acid-chelatable lead, and tibia lead with neurobehavioral test scores in South Korean lead workers. Am J Epidemiol 153(5):453-464.

Schwartz BS, Lee BK, Bandeen-Roche K, et al. 2005. Occupational lead exposure and longitudinal decline in neurobehavioral test scores. Epidemiology 16(1):106-113. http://doi.org/10.1097/01.ede.0000147109.62324.51.

Scinicariello F, Buser MC. 2015. Blood cadmium and depressive symptoms in young adults (aged 20-39 years). Psychol Med 45(4):807-815.

Scinicariello F, Abadin HG, Murray HE. 2011. Association of blood lead and blood pressure in the NHANES 1999-2006. Environ Res 111(8):1249-1257.

Scinicariello F, Murray HE, Moffett DB, et al. 2007. Lead and delta-aminolevulinic acid dehydratase polymorphism: Where does it lead? A meta-analysis. Environ Health Perspect 115(1):35-41. http://doi.org/10.1289/ehp.9448.

Scinicariello F, Yesupriya A, Chang MH, et al. 2010. Modification by ALAD of the association between blood lead and blood pressure in the U.S. population: Results from the Third National Health and Nutrition Examination Survey. Environ Health Perspect 118(2):259-264. http://doi.org/10.1289/ehp.0900866.

Scinicariello F, Buser MC, Mevissen M, et al. 2013. Blood lead level association with lower body weight in NHANES 1999-2006. Toxicol Appl Pharmacol 273(3):516-523. http://doi.org/10.1016/j.taap.2013.09.022.

Sears ME, Kerr KJ, Bray RI. 2012. Arsenic, cadmium, lead, and mercury in sweat: A systematic review. J Environ Public Health 2012:184745. http://doi.org/10.1155/2012/184745.

Secchi GC, Erba L, Cambiaghi G. 1974. delta-Aminolevulinic dehydratase activity of erythrocytes and liver tissue in man. Relationship to lead exposure. Arch Environ Health 28:130-132.

Sedman RM, Mahmood RJ. 1994. Soil ingestion by children and adults reconsidered using the results of recent tracer studies. Air Waste 44(2):141-144. http://doi.org/10.1080/1073161x.1994.10467242.

Seegal RF, Fitzgerald EF, McCaffrey RJ, et al. 2013. Tibial bone lead, but not serum polychlorinated biphenyl, concentrations are associated with neurocognitive deficits in former capacitor workers. J Occup Environ Med 55(5):552-562. http://doi.org/10.1097/JOM.0b013e318285f3fd.

Selevan SG, Landrigan PJ, Stern FB, et al. 1985. Mortality of lead smelter workers. Am J Epidemiol 122:673-683.

Selevan SG, Rice DC, Hogan KA, et al. 2003. Blood lead concentration and delayed puberty in girls. N Engl J Med 348(16):1527-1536. http://doi.org/10.1056/NEJMoa020880.

Selonen S, Liiri M, Strommer R, et al. 2012. The fate of lead at abandoned and active shooting ranges in a boreal pine forest. Environ Toxicol Chem 31(12):2771-2779. http://doi.org/10.1002/etc.1998.

Seo J, Lee BK, Jin SU, et al. 2014. Lead-induced impairments in the neural processes related to working memory function. PLoS ONE 9(8):e105308. http://doi.org/10.1371/journal.pone.0105308.

Seto DSY, Freeman JM. 1964. Lead neuropathy in childhood. Am J Dis Child 107:337-342.

Shadbegian R, Guignet D, Klemick H, et al. 2019. Early childhood lead exposure and the persistence of educational consequences into adolescence. Environ Res 178:108643. http://doi.org/10.1016/j.envres.2019.108643.

Shah F, Kazi TG, Afridi HI, et al. 2010. Environmental exposure of lead and iron deficit anemia in children age ranged 1-5 years: A cross sectional study. Sci Total Environ 408(22):5325-5330. http://doi.org/10.1016/j.scitotenv.2010.07.091.

Shah F, Kazi TG, Afridi HI, et al. 2011. The influence of environmental exposure on lead concentrations in scalp hair of children in Pakistan. Ecotoxicol Environ Saf 74(4):727-732. http://doi.org/10.1016/j.ecoenv.2010.10.036.

Shaheen SM, Tsadilas CD. 2009. Concentration of lead in soils and some vegetable plants in north Nile Delta as affected by soil type and irrigation water. Commun Soil Sci Plant Anal 40(1-6):327-344.

Shaik AP, Jamil K. 2009. Individual susceptibility and genotoxicity in workers exposed to hazardous materials like lead. J Hazard Mater 168(2-3):918-924. http://doi.org/10.1016/j.jhazmat.2009.02.129.

Shao W, Liu Q, He X, et al. 2017. Association between level of urinary trace heavy metals and obesity among children aged 6-19 years: NHANES 1999-2011. Environ Sci Pollut Res Int 24:11573-11581. http://doi.org/10.1007/s11356-017-8803-1.

Shaper AG, Pocock SJ, Walker M, et al. 1981. British regional heart study: Cardiovascular risk factors in middle-aged men in 24 towns. Br Med J 283:179-186.

Sharp DS, Osterloh J, Becker CE, et al. 1988. Blood pressure and blood lead concentration in bus drivers. Environ Health Perspect 78:131-137.

Sharp DS, Smith AH, Holman BL, et al. 1989. Elevated blood pressure in treated hypertensives with low-level lead accumulation. Arch Environ Health 44:18-22.

Sharp DS, Benowitz NL, Osterloh JD, et al. 1990. Influence of race, tobacco use, and caffeine use on the relation between blood pressure and blood lead concentration. Am J Epidemiol 131(5):845-854.

Sheffet A, Thind I, Miller AM, et al. 1982. Cancer mortality in a pigment plant utilizing lead and zinc chromates. Arch Environ Health 37(1):44-52.

Shen XM, Yan CH, Guo D, et al. 1998. Low-level prenatal lead exposure and neurobehavioral development of children in the first year of life: A prospective study in Shanghai. Environ Res 79:1-8.

Shen X, Wu S, Yan C, et al. 2001. delta-Aminolevulinate dehydratase polymorphism and blood lead levels in Chinese children. Environ Res 85(3):185-190.

Shepherd TJ, Dirks W, Roberts NM, et al. 2016. Tracing fetal and childhood exposure to lead using isotope analysis of deciduous teeth. Environ Res 146:145-153. http://doi.org/10.1016/j.envres.2015.12.017.

Sherlock J, Quinn M. 1986. Relationship between blood lead concentrations and dietary lead intake in infants: The Glasgow Duplicate Diet Study 1979–1980. Food Addit Contam 3(2):167-176.

Sherlock J, Smart G, Forbes GI, et al. 1982. Assessment of lead intakes and dose-response for a population in Ayr exposed to a plumbosolvent water supply. Hum Toxicol 1:115-122.

Sherlock JC, Ashby D, Delves HT, et al. 1984. Reduction in exposure to lead from drinking water and its effect on blood lead concentrations. Hum Toxicol 3:383-392.

Shiau C, Wang J, Chen P. 2004. Decreased fecundity among male lead workers. Occup Environ Med 61(11):915-923.

Shih RA, Glass TA, Bandeen-Roche K, et al. 2006. Environmental lead exposure and cognitive function in community-dwelling older adults. Neurology 67(9):1556-1562. http://doi.org/10.1212/01.wnl.0000239836.26142.c5.

Shih RA, Hu H, Weisskopf MG, et al. 2007. Cumulative lead dose and cognitive function in adults: A review of studies that measured both blood lead and bone lead. Environ Health Perspect 115:483-492. http://doi.org/10.1289/ehp.9786.

Shiue I. 2014. Higher urinary heavy metal, phthalate, and arsenic but not parabens concentrations in people with high blood pressure, U.S. NHANES, 2011-2012. Int J Environ Res Public Health 11:5989-5999. http://doi.org/10.3390/ijerph110605989.

Siciliano SD, James K, Zhang G, et al. 2009. Adhesion and enrichment of metals on human hands from contaminated soil at an Arctic urban brownfield. Environ Sci Technol 43(16):6385-6390.

Siegel M, Forsyth B, Siegel L, et al. 1989. The effect of lead on thyroid function in children. Environ Res 49:190-196.

Siemiatycki J. 1991. Exposure assessment. In: Risk factors for cancer in the workplace. Boca Raton, FL: CRC Press, 45-49, 84, 141-145, 198-199, 210, 215.

Silbergeld EK, Schwartz J, Mahaffey K. 1988. Lead and osteoporosis: Mobilization of lead from bone in postmenopausal women. Environ Res 47(1):79-94.

Silberstein T, Saphier O, Paz-Tal O, et al. 2006. Lead concentrates in ovarian follicle compromises pregnancy. J Trace Elem Med Biol 20(3):205-207. http://doi.org/10.1016/j.jtemb.2006.05.001.

Silver MK, Li X, Liu Y, et al. 2016. Low-level prenatal lead exposure and infant sensory function. Environ Health 15(1):65. http://doi.org/10.1186/s12940-016-0148-6.

Simon DL, Maynard EJ, Thomas KD. 2007. Living in a sea of lead - Changes in blood- and hand-lead of infants living near a smelter. J Expo Sci Environ Epidemiol 17(3):248-259. http://doi.org/10.1038/sj.jes.7500512.

Simons TJB. 1985. Influence of lead ions on cation permeability in human red cell ghosts. J Membr Biol 84:61-71.

Simons TJB. 1986a. The role of anion transport in the passive movement of lead across the human red cell membrane. J Physiol 378:287-312.

Simons TJB. 1986b. Passive transport and binding of lead by human red blood cells. J Physiol 378:267-286.

Simons TJB. 1988. Active transport of lead by the calcium pump in human red cell ghosts. J Physiol 405:105-113.

Simons TJ. 1993. Lead transport and binding by human erythrocytes in vitro. Toxicol Lett 423:307-313.

Simons TJB, Pocock G. 1987. Lead enters bovine adrenal medullary cells through calcium channels. J Neurochem 48:383-389.

Singh Z, Chadha P, Sharma S. 2013. Evaluation of oxidative stress and genotoxicity in battery manufacturing workers occupationally exposed to lead. Toxicol Int 20(1):95-100. http://doi.org/10.4103/0971-6580.111550.

Singh B, Chandran V, Bandhu HK, et al. 2000. Impact of lead exposure on pituitary-thyroid axis in humans. Biometals 13:187-192.

Sioen I, Den Hond E, Nelen V, et al. 2013. Prenatal exposure to environmental contaminants and behavioural problems at age 7-8 years. Environ Int 59:225-231. http://doi.org/10.1016/j.envint.2013.06.014.

Sirivarasai J, Wananukul W, Kaojarern S, et al. 2013. Association between inflammatory marker, environmental lead exposure, and glutathione S-transferase gene. Biomed Res Int 2013:474963. http://doi.org/10.1155/2013/474963.

Sithisarankul P, Schwartz BS, Lee BK, et al. 1997. Aminolevulinic acid dehydratase genotype mediates plasma levels of the neurotoxin, 5-aminolevulinic acid, in lead-exposed workers. Am J Ind Med 32(1):15-20. http://doi.org/10.1002/(sici)1097-0274(199707)32:1<15::aid-ajim2>3.0.co;2-q.

Skerfving S. 1988. Biological monitoring of exposure to inorganic lead. In: Clarkson TW, Friberg L, Nordberg G, et al., eds. Biological monitoring of toxic metals. New York, NY: Plenum Press, 169-197.

Skerfving S, Bergdahl IA. 2015. Lead. In: Nordberg GF, Fowler BA, eds. Handbook of toxicology of metals. Specific metals, Volume II. 4th ed. Boston, MA: Academic Press, 911-967.

Skerfving S, Ahlgren L, Christoffersson JO, et al. 1985. Metabolism of inorganic lead in man. Nutr Res Suppl 1:601-607.

Slivkova J, Popelkova M, Massanyi P, et al. 2009. Concentration of trace elements in human semen and relation to spermatozoa quality. J Environ Sci Health A Tox Hazard Subst Environ Eng 44(4):370-375. http://doi.org/10.1080/10934520802659729.

Smith GR. 1995. Lead. Minerals yearbook: Volume I. Metals and minerals. U.S. Geological Survey. http://minerals.usgs.gov/minerals/pubs/commodity/lead/380495.pdf. October 5, 2007.

Smith FL, Rathmell TK, Marcil GE. 1938. The early diagnosis of acute and latent plumbism. Am J Clin Pathol 8:471-508.

LEAD

8. REFERENCES

Smith DR, Osterloh JD, Flegal AR. 1996. Use of endogenous, stable lead isotopes to determine release of lead from the skeleton. Environ Health Perspect 104(1):60-66.

Smith DR, Ilustre RP, Osterloh JD. 1998a. Methodological considerations for the accurate determination of lead in human plasma and serum. Am J Ind Med 33:430-438.

Smith DR, Kahng MW, Quintanilla-Vega B, et al. 1998b. High-affinity renal lead-binding proteins in environmentally-exposed humans. Toxicol Appl Pharmacol 115:39-52.

Smith D, Hernandez-Avila M, Tellez-Rojo MM, et al. 2002. The relationship between lead in plasma and whole blood in women. Environ Health Perspect 110(3):263-268.

Smith E, Weber J, Naidu R, et al. 2011. Assessment of lead bioaccessibility in peri-urban contaminated soil. J Hazard Mater 186(1):300-305. http://doi.org/10.1016/j.jhazmat.2010.10.111.

Sobin C, Gutierrez M, Alterio H. 2009. Polymorphisms of delta-aminolevulinic acid dehydratase (ALAD) and peptide transporter 2 (PEPT2) genes in children with low-level lead exposure. Neurotoxicology 30(6):881-887. http://doi.org/10.1016/j.neuro.2009.08.006.

Sobin C, Flores-Montoya MG, Gutierrez M, et al. 2015. delta-Aminolevulinic acid dehydratase single nucleotide polymorphism 2 (ALAD2) and peptide transporter 2*2 haplotype (hPEPT2*2) differently influence neurobehavior in low-level lead exposed children. Neurotoxicol Teratol 47:137-145. http://doi.org/10.1016/j.ntt.2014.12.001.

Sokas RK, Simmens S, Sophar K, et al. 1997. Lead levels in Maryland construction workers. Am J Ind Med 31:188-194.

Soldin OP, Pezzullo JC, Hanak B, et al. 2003. Changing trends in the epidemiology of pediatric lead exposure: Interrelationship of blood lead and ZPP concentrations and a comparison to the US population. Ther Drug Monit 25(4):415-420.

Solliway BM, Schaffer A, Pratt H, et al. 1996. Effects of exposure to lead on selected biochemical and haematological variables. Pharmacol Toxicol 78:18-22.

Somashekaraiah BV, Venkaiah B, Prasad ARK. 1990. Biochemical diagnosis of occupational exposure to lead toxicity. Bull Environ Contam Toxicol 44:268-275.

Songdej N, Winters PC, McCabe MJ, et al. 2010. A population-based assessment of blood lead levels in relation to inflammation. Environ Res 110(3):272-277. http://doi.org/10.1016/j.envres.2009.12.008.

Sonmez O, Bukun B, Kaya C, et al. 2008. The assessment of tolerance to heavy metals (Cd, Pb and Zn) and their accumulation in three weed species. Pak J Bot 40(2):747-754.

Sönmez F, Dönmez O, Keskınoğlu A, et al. 2002. Lead exposure and urinary N-acetyl β D glucosaminidase activity in adolescent workers in auto repair workshops. J Adolesc Health 30(3):213-216.

Soto-Jiménez MF, Flegal AR. 2009. Origin of lead in the Gulf of California Ecoregion using stable isotope analysis. J Geochem Explor 101(3):209-217. http://doi.org/10.1016/j.gexplo.2008.07.003.

Spear TM, Svee W, Vincent JH, et al. 1998. Chemical speciation of lead dust associated with primary lead smelting. Environ Health Perspect 106(9):565-571.

Specht AJ, Weisskopf M, Nie LH. 2018. Childhood lead biokinetics and associations with age among a group of lead-poisoned children in China. J Expo Sci Environ Epidemiol 29(3):416-423. http://doi.org/10.1038/s41370-018-0036-y.

Specht AJ, Lin Y, Weisskopf M, et al. 2016. XRF-measured bone lead (Pb) as a biomarker for Pb exposure and toxicity among children diagnosed with Pb poisoning. Biomarkers 21(4):347-352. http://doi.org/10.3109/1354750x.2016.1139183.

Spector JT, Navas-Acien A, Fadrowski J, et al. 2011. Associations of blood lead with estimated glomerular filtration rate using MDRD, CKD-EPI and serum cystatin C-based equations. Nephrol Dial Transplant 26(9):2786-2792. http://doi.org/10.1093/ndt/gfq773.

Staessen JA, Roels H, Fagard R. 1996b. Lead exposure and conventional and ambulatory blood pressure. A prospective population study. J Am Med Assoc 275(20):1563-1570.

Staessen J, Bulpitt C, Roels H, et al. 1984. Urinary cadmium and lead concentrations and their relation to blood pressure in a population with low exposure. Br J Ind Med 41(2):241-248.

517

Staessen J, Yeoman WB, Fletcher AE, et al. 1990. Blood lead concentration, renal function, and blood pressure in London civil servants. Br J Ind Med 47:442-447.

Staessen JA, Lauwerys RR, Buchet JP, et al. 1992. Impairment of renal function with increasing blood lead concentrations in the general population. N Engl J Med 327:151-156.

Staessen JA, Lauwerys RR, Bulpitt CJ, et al. 1994. Is a positive association between lead exposure and blood pressure supported by animal experiments? Curr Opin Nephrol Hypertens 3(3):257-263.

Staessen JA, Buchet J-P, Ginucchio G, et al. 1996a. Public health implications of environmental exposure to cadmium and lead: An overview of epidemiological studies in Belgium. J Cardiovasc Risk 3(1):26-41.

Staessen JA, T O'Brien E, Thijs L, et al. 2000. Modern approaches to blood pressure measurement. Occup Environ Med 57(8):510-520.

Staessen JA, Nawrot T, Den Hond E, et al. 2001. Renal function, cytogenetic measurements, and sexual development in adolescents in relation to environmental pollutants: A feasibility study of biomarkers. Lancet 357(9269):1660-1669.

Stanek EJ, Calabrese EJ, Xu B. 2012. Meta-analysis of mass-balance studies of soil ingestion in children. Risk Anal 32(3):433-447. http://doi.org/10.1111/j.1539-6924.2011.01673.x.

Stanek EJ, Calabrese EJ, Barnes R, et al. 1997. Soil ingestion in adults - Results of a second pilot study. Ecotoxicol Environ Saf 36(3):249-257. http://doi.org/10.1006/eesa.1996.1510.

Stauber JL, Florence TM. 1988. A comparative study of copper, lead, cadmium and zinc in human sweat and blood. Sci Total Environ 74:235-247.

Stauber JL, Florence TM, Gulson BL, et al. 1994. Percutaneous absorption of inorganic lead compounds. Sci Total Environ 145:55-70.

Steenhout A. 1982. Kinetics of lead storage in teeth and bones: An epidemiologic approach. Arch Environ Health 37(4):224-231. http://doi.org/10.1080/00039896.1982.10667569.

Steenhout A, Pourtois M. 1981. Lead accumulation in teeth as a function of age with different exposures. Br J Ind Med 38(3):297-303. http://doi.org/10.1136/oem.38.3.297.

Steenhout A, Pourtois M. 1987. Age-related lead kinetics in children. In: Trace elements in human health and disease. Second Nordic symposium, Odense, Denmark. Copenhagen, Denmark: World Health Organization, 144-147.

Steenland K, Boffetta P. 2000. Lead and cancer in humans: Where are we now? Am J Ind Med 38:295-299.

Steenland K, Selevan S, Landrigan P. 1992. The mortality of lead smelter workers: An update. Am J Public Health 82(12):1641-1644.

Steenland K, Barry V, Anttila A, et al. 2017. A cohort mortality study of lead-exposed workers in the USA, Finland and the UK. Occup Environ Med 74(11):785-791. http://doi.org/10.1136/oemed-2017-104311.

Steenland K, Barry V, Anttila A, et al. 2019. Cancer incidence among workers with blood lead measurements in two countries. Occup Environ Med 76(9):603-610. http://doi.org/10.1136/oemed-2019-105786.

Stern AH. 1994. Derivation of a target level of lead in soil at residential sites corresponding to a de minimis contribution to blood lead concentration. Risk Anal 14(6):1049-1056.

Stern AH. 1996. Derivation of a target concentration of Pb in soil based on elevation of adult blood pressure. Risk Anal 16(2):201-210.

Stewart WF, Schwartz BS, Simon D, et al. 2002. ApoE genotype, past adult lead exposure, and neurobehavioral function. Environ Health Perspect 110(5):501-505.

Stollery BT, Banks HA, Broadbent DE, et al. 1989. Cognitive functioning in lead workers. Br J Ind Med 46:698-707.

Stollery BT, Broadbent DE, Banks HA, et al. 1991. Short term prospective study of cognitive functioning in lead workers. Br J Ind Med 48:739-749.

Stroustrup A, Hsu HH, Svensson K, et al. 2016. Toddler temperament and prenatal exposure to lead and maternal depression. Environ Health 15(1):71. http://doi.org/10.1186/s12940-016-0147-7.

Stuik EJ. 1974. Biological response of male and female volunteers to inorganic lead. Int Arch Arbeitsmed 33:83-97.

Succop P, Bornschein R, Brown K, et al. 1998. An empirical comparison of lead exposure pathway models. Environ Health Perspect 106 Suppl 6:1577-1583.

Succop P, Clark S, Tseng CY, et al. 2001. Evaluation of public housing lead risk assessment data. Environ Geochem Health 23:1-15.

Sun CC, Wong TT, Hwang YH, et al. 2002. Percutaneous absorption of inorganic lead compounds. AIHA J (Fairfax, Va) 63(5):641-646. http://doi.org/10.1080/15428110208984751.

Sun L, Hu J, Zhao Z, et al. 2003. Influence of exposure to environmental lead on serum immunoglobulin in preschool children. Environ Res 92(2):124-128. http://doi.org/10.1016/S0013-9351(02)00090-7.

Sun Y, Sun D, Zhou Z, et al. 2008a. Osteoporosis in a Chinese population due to occupational exposure to lead. Am J Ind Med 51(6):436-442. http://doi.org/10.1002/ajim.20567.

Sun Y, Sun DH, Zhou ZJ, et al. 2008b. Estimation of benchmark dose for bone damage and renal dysfunction in a Chinese male population occupationally exposed to lead. Ann Occup Hyg 52(6):527-533. http://doi.org/10.1093/annhyg/men031.

Suszkiw JB. 2004. Presynaptic disruption of transmitter release by lead. Neurotoxicology 25(4):599-604.

Süzen HS, Duydu Y, Aydın A, et al. 2003. Influence of the delta-aminolevulinic acid dehydratase (ALAD) polymorphism on biomarkers of lead exposure in Turkish storage battery manufacturing workers. Am J Ind Med 43(2):165-171.

Sweeney MH, Beaumont JJ, Waxweiler RJ, et al. 1986. An investigation of mortality from cancer and other causes of death among workers employed at an east Texas chemical plant. Arch Environ Health 41(1):23-28.

Swenberg JA, Short B, Borghoff S, et al. 1989. The comparative pathobiology of $\alpha$2u-globulin nephropathy. Toxicol Appl Pharmacol 97(1):35-46.

Symanski E, Hertz-Picciotto I. 1995. Blood lead levels in relation to menopause, smoking, and pregnancy history. Am J Epidemiol 141(11):1047-1058.

Szymanska-Chabowska A, Laczmanski L, Jedrychowska I, et al. 2015. The relationship between selected VDR, HFE and ALAD gene polymorphisms and several basic toxicological parameters among persons occupationally exposed to lead. Toxicology 334:12-21. http://doi.org/10.1016/j.tox.2015.05.002.

Taha EA, Sayed SK, Ghandour NM, et al. 2013. Correlation between seminal lead and cadmium and seminal parameters in idiopathic oligoasthenozoospermic males. Cent European J Urol 66(1):84-92. http://doi.org/10.5173/ceju.2013.01.art28.

Takamatsu T, Murata T, Koshikawa MK, et al. 2010. Weathering and dissolution rates among Pb shot pellets at differing elemental compositions exposed to various aqueous and soil conditions. Arch Environ Contam Toxicol 59:91-99. http://doi.org/10.1007/s00244-009-9449-x.

Tamura H, Honda M, Sato T, et al. 2005. Pb hyperaccumulation and tolerance in common buckwheat (Fagopyrum esculentum Moench). J Plant Res 118(5):355-359. http://doi.org/10.1007/s10265-005-0229-z.

Tasmin S, Furusawa H, Ahmad SA, et al. 2015. delta-Aminolevulinic acid dehydratase (ALAD) polymorphism in lead exposed Bangladeshi children and its effect on urinary aminolevulinic acid (ALA). Environ Res 136:318-323. http://doi.org/10.1016/j.envres.2014.08.045.

Taylor CM, Golding J, Emond AM. 2015. Adverse effects of maternal lead levels on birth outcomes in the ALSPAC study: A prospective birth cohort study. BJOG 122(3):322-328. http://doi.org/10.1111/1471-0528.12756.

Taylor CM, Golding J, Hibbeln J, et al. 2013. Environmental factors predicting blood lead levels in pregnant women in the UK: The ALSPAC study. PLoS ONE 8(9):e72371. http://doi.org/10.1371/journal.pone.0072371.

Taylor CM, Kordas K, Golding J, et al. 2017. Effects of low-level prenatal lead exposure on child IQ at 4 and 8 years in a UK birth cohort study. Neurotoxicology 62:162-169. http://doi.org/10.1016/j.neuro.2017.07.003.

Taylor CM, Emond AM, Lingam R, et al. 2018. Prenatal lead, cadmium and mercury exposure and associations with motor skills at age 7 years in a UK observational birth cohort. Environ Int 117:40-47. http://doi.org/10.1016/j.envint.2018.04.032.

Teichmann R, Stremmel W. 1990. Iron uptake by human upper small intestine microvillous membrane vesicles. Indication for a facilitated transport mechanism mediated by a membrane iron-binding protein. J Clin Invest 86(6):2145-2153.

Telisman S, Cvitkovic P, Jurasovic J, et al. 2000. Semen quality and reproductive endocrine function in relation to biomarkers of lead, cadmium, zinc, and copper in men. Environ Health Perspect 108(1):45-53.

Telisman S, Colak B, Pizent A, et al. 2007. Reproductive toxicity of low-level lead exposure in men. Environ Res 105(2):256-266. http://doi.org/10.1016/j.envres.2007.05.011.

Tellez-Rojo MM, Hernandez-Avila M, Gonzalez-Cossio T, et al. 2002. Impact of breastfeeding on the mobilization of lead from bone. Am J Epidemiol 155(5):420-428.

Tellez-Rojo MM, Hernandez-Avila M, Lamadrid-Figueroa H, et al. 2004. Impact of bone lead and bone resorption on plasma and whole blood lead levels during pregnancy. Am J Epidemiol 160(7):668-678.

Téllez-Rojo MM, Bellinger DC, Arroyo-Quiroz C, et al. 2006. Longitudinal associations between blood lead concentrations lower than 10 microg/dL and neurobehavioral development in environmentally exposed children in Mexico City. Pediatrics 118(2):e323-e330. http://doi.org/10.1542/peds.2005-3123.

Ter Haar GL, Bayard MA. 1971. Composition of airborne lead particles. Nature 232:553-554.

Ter Haar G, Aronow R. 1974. New information on lead in dirt and dust as related to the childhood lead problem. Environ Health Perspect 7:83-89.

Theppeang K, Schwartz BS, Lee B-K, et al. 2004. Associations of patella lead with polymorphisms in the vitamin D receptor, δ-aminolevulinic acid dehydratase and endothelial nitric oxide synthase genes. J Occup Environ Med 46(6):528-537.

Theppeang K, Glass TA, Bandeen-Roche K, et al. 2008. Associations of bone mineral density and lead levels in blood, tibia, and patella in urban-dwelling women. Environ Health Perspect 116(6):784-790. http://doi.org/10.1289/ehp.10977.

Thomas S, Arbuckle TE, Fisher M, et al. 2015. Metals exposure and risk of small-for-gestational age birth in a Canadian birth cohort: The MIREC study. Environ Res 140:430-439. http://doi.org/10.1016/j.envres.2015.04.018.

Thompson GN, Robertson EF, Fitzgerald S. 1985. Lead mobilization during pregnancy. Med J Aust 143:131.

Tian L, Zheng G, Sommar JN, et al. 2013. Lead concentration in plasma as a biomarker of exposure and risk, and modification of toxicity by delta-aminolevulinic acid dehydratase gene polymorphism. Toxicol Lett 221(2):102-109. http://doi.org/10.1016/j.toxlet.2013.06.214.

Timchalk C, Lin Y, Weitz KK, et al. 2006. Disposition of lead (Pb) in saliva and blood of Sprague-Dawley rats following a single or repeated oral exposure to Pb-acetate. Toxicology 222(1):86-94.

Todd AC, Carroll S, Godbold JH, et al. 2000. Variability in XRF-measured tibia lead levels. Phys Med Biol 45(12):3737-3748.

Todd AC, Buchanan R, Carroll S, et al. 2001. Tibia lead levels and methodological uncertainty in 12-year-old children. Environ Res 86:60-65.

Todd AC, Carroll S, Geraghty C, et al. 2002. L-shell x-ray fluorescence measurements of lead in bone: Accuracy and precision. Phys Med Biol 47:1399-1419.

Tola S, Hernberg S, Asp S, et al. 1973. Parameters indicative of absorption and biological effect in new lead exposure: A prospective study. Br J Ind Med 30(2):134-141.

Tomoum HY, Mostafa GA, Ismail NA, et al. 2010. Lead exposure and its association with pubertal development in school-age Egyptian children: Pilot study. Pediatr Int 52(1):89-93. http://doi.org/10.1111/j.1442-200X.2009.02893.x.

Tomsj J, Suszkiw JB. 1991. Permeation of Pb2+ through calcium channels: Fura-2 measurements of voltage-and dihydropyridine-sensitive Pb2+ entry in isolated bovine chromaffin cells. Biochim Biophys Acta Biomembr 1069(2):197-200.

Tong S, McMichael AJ, Baghurst PA. 2000. Interactions between environmental lead exposure and sociodemographic factors on cognitive development. Arch Environ Health 55(5):330-335. http://doi.org/10.1080/00039890009604025.

Toscano CD, Guilarte TR. 2005. Lead neurotoxicity: From exposure to molecular effects. Brain Res Brain Res Rev 49(3):529-554. http://doi.org/10.1016/j.brainresrev.2005.02.004.

Treble RG, Thompson RS. 1997. Preliminary results of a survey of lead levels in human liver tissue. Bull Environ Contam Toxicol 59:688-695.

TRI18. 2020. TRI explorer: Providing access to EPA's toxics release inventory data. Washington, DC: Toxics Release Inventory. U.S. Environmental Protection Agency. http://www.epa.gov/triexplorer/. February 18, 2020.

Triebig G, Weltle D, Valentin H. 1984. Investigations on neurotoxicity of chemical substances at the workplace. Int Arch Occup Environ Health 53:189-204.

Tripathi RK, Llewellyn GC. 1990. Deterioration of air quality in firing ranges: A review of airborne lead exposures. In: Llewellyn GC, O'Rear CE, eds. Biodeterioration research 3: Mycotoxins, biotoxins, wood decay, air quality, cultural properties, general biodeterioration, and degradation. New York, NY: Plenum Press, 445-457.

Tripathi R, Raghunath R, Kumar AV, et al. 2001. Atmospheric and children's blood lead as indicators of vehicular traffic and other emission sources in Mumbai, India. Sci Total Environ 267(1):101-108.

Tsaih SW, Korrick S, Schwartz J, et al. 2004. Lead, diabetes, hypertension, and renal function: The normative aging study. Environ Health Perspect 112(11):1178-1182. http://doi.org/10.1289/ehp.7024.

Tsoi MF, Cheung CL, Cheung TT, et al. 2016. Continual decrease in blood lead level in Americans: United States National Health Nutrition and Examination Survey 1999-2014. Am J Med 129(11):1213-1218. http://doi.org/10.1016/j.amjmed.2016.05.042.

Tulasi SJ, Reddy PUM, Rao JVR. 1992. Accumulation of lead and effects on total lipids and lipid derivatives in the freshwater fish Anabas testudineus (Bloch). Ecotoxicol Environ Saf 23(1):33-38.

Tuppurainen M, Wagar G, Kurppa K, et al. 1988. Thyroid function as assessed by routine laboratory tests of workers with long-term lead exposure. Scand J Work Environ Health 14:175-180.

Turlakiewicz Z, Chmielnicka J. 1985. Diethyllead as a specific indicator of occupational exposure to tetraethyllead. Br J Ind Med 42:682-685.

Tuthill RW. 1996. Hair lead levels related to children's classroom attention-deficit behavior. Arch Environ Health 51(3):214-220.

Tvinnereim HM, Eide R, Riise T, et al. 1997. Lead in primary teeth from Norway: Changes in lead levels from the 1970s to the 1990s. Sci Total Environ 207(2-3):165-177. http://doi.org/10.1016/s0048-9697(97)00263-5.

Ukaejiofo EO, Thomas N, Ike SO. 2009. Haematological assessment of occupational exposure to lead handlers in Enugu urban, Enugu State, Nigeria. Niger J Clin Pract 12(1):58-64.

Ulmer DD, Vallee BL. 1969. Effects of lead on biochemical systems. In: Hemphill DD, ed. Trace substances in environmental health. Columbia, MO: University of Missouri Press, 7-27.

Undeger U, Basaran N, Canpinar H, et al. 1996. Immune alterations in lead-exposed workers. Toxicology 109:167-172.

USAF. 1995. The fate and behavior of lead alkyls in the subsurface environment. Tyndall Air Force Base, FL: U.S. Air Force. AL/EQ-TR-1994-0026.

USGS. 1989. Techniques of Water-Resources Investigations of the United States Geological Survey: Chapter A1: Methods for the determination of inorganic substances in water and fluvial sediments. U.S. Geological Survey. https://pubs.er.usgs.gov/publication/twri05A1. March 30, 2017.

USGS. 1993. Methods of analysis by the U.S. Geological Survey National Water Quality Laboratory. Determination of inorganic and organic constituents in water and fluvial sediments. Denver, CO: U.S. Geological Survey. Open-File Report 93-125. https://pubs.usgs.gov/of/1993/0125/report.pdfUSGS. March 30, 2017.

USGS. 2014. Comparison of the U.S. lead recycling industry in 1998 and 2011. U.S. Geological Survey. Scientific Investigations Report 2014–5086. https://pubs.usgs.gov/sir/2014/5086/pdf/sir2014-5086.pdf. June 26, 2017.

USGS. 2016. 2014 Mineral yearbook. Lead [advance release]. U.S. Geological Survey. https://minerals.usgs.gov/minerals/pubs/commodity/lead/myb1-2014-lead.pdf. June 26, 2017.

USGS. 2019. Mineral commodity summaries 2019. Reston, VA: U.S. Geological Survey. http://doi.org/10.3133/70202434.

Vaglenov A, Carbonell E, Marcos R. 1998. Biomonitoring of workers exposed to lead. Genotoxic effects, its modulation by polyvitamin treatment and evaluation of induced radioresistance. Mutat Res 418:79-92.

Vaglenov A, Creus A, Laltchev S, et al. 2001. Occupational exposure to lead and induction of genetic damage. Environ Health Perspect 109(3):295-298.

Valciukas JA, Lilis R, Eisinger J, et al. 1978. Behavioral indicators of lead neurotoxicity: Results of a clinical field survey. Int Arch Occup Environ Health 41(4):217-236.

Valentino M, Governa M, Marchiseppe I, et al. 1991. Effects of lead on polymorphonuclear leukocyte (PMN) functions in occupationally exposed workers. Arch Toxicol 65(8):685-688.

Valentino M, Rapisarda V, Santarelli L, et al. 2007. Effect of lead on the levels of some immunoregulatory cytokines in occupationally exposed workers. Hum Exp Toxicol 26(7):551-556. http://doi.org/10.1177/0960327107073817.

Van de Wiele TR, Oomen AG, Wragg J, et al. 2007. Comparison of five in vitro digestion models to in vivo experimental results: Lead bioaccessibility in the human gastrointestinal tract. J Environ Sci Health A Tox Hazard Subst Environ Eng 42(9):1203-1211. http://doi.org/10.1080/10934520701434919.

Van Esch GJ, Kroes R. 1969. The induction of renal tumours by feeding basic lead acetate to mice and hamsters. Br J Cancer 23(4):765-771.

Van Larebeke N, Koppen G, Nelen V, et al. 2004. Differences in HPRT mutant frequency among middle-aged Flemish women in association with area of residence and blood lead levels. Biomarkers 9(1):71-84. http://doi.org/10.1080/13547500310001652160.

van Wijngaarden E, Dosemeci M. 2006. Brain cancer mortality and potential occupational exposure to lead: Findings from the National Longitudinal Mortality Study, 1979-1989. Int J Cancer 119(5):1136-1144. http://doi.org/10.1002/ijc.21947.

van Wijngaarden E, Campbell JR, Cory-Slechta DA. 2009. Bone lead levels are associated with measures of memory impairment in older adults. Neurotoxicology 30(4):572-580. http://doi.org/10.1016/j.neuro.2009.05.007.

Vander AJ, Taylor DL, Kalitis K, et al. 1977. Renal handling of lead in dogs: Clearance studies. Am J Physiol 233(6):F532-F538.

Vantelon D, Lanzirotti A, Scheinost AC, et al. 2005. Spatial distribution and speciation of lead around corroding bullets in a shooting range soil studies by micro-x-ray fluorescence and absorption spectroscopy. Environ Sci Technol 39(13):4808-4815.

Verbeeck RMH, Lassuyt CJ, Heijligers HJM, et al. 1981. Lattice parameters and cation distribution of solid solutions of calcium and lead hydroxyapatite. Calcif Tissue Int 33(1):243-247. http://doi.org/10.1007/BF02409444.

Verberk MM, Willems TEP, Verplanke AJW, et al. 1996. Environmental lead and renal effects in children. Arch Environ Health 51(1):83-87.

Verschoor M, Wibowo A, Herber R, et al. 1987. Influence of occupational low-level lead exposure on renal parameters. Am J Ind Med 12(4):341-351.

Vesper SJ, Donovan-Brand R, Paris KP, et al. 1996. Microbial removal of lead from solid media and soil. Water Air Soil Pollut 86:207-219.

Victery W, Vander AJ, Mouw DR. 1979. Effect of acid-base status on renal excretion and accumulation of lead in dogs and rats. Am J Physiol 237(5):F398-F407.

Vigeh M, Yokoyama K, Kitamura F, et al. 2010. Early pregnancy blood lead and spontaneous abortion. Women Health 50(8):756-766.

Vigeh M, Yokoyama K, Seyedaghamiri Z, et al. 2011. Blood lead at currently acceptable levels may cause preterm labour. Occup Environ Med 68(3):231-234. http://doi.org/10.1136/oem.2009.050419.

Vigeh M, Yokoyama K, Matsukawa T, et al. 2014. Low level prenatal blood lead adversely affects early childhood mental development. J Child Neurol 29(10):1305-1311. http://doi.org/10.1177/0883073813516999.

Viverette L, Mielke HW, Brisco M, et al. 1996. Environmental health in minority and other underserved populations: Benign methods for identifying lead hazards at day care centres of New Orleans. Environ Geochem Health 18(1):41-45. http://doi.org/10.1007/bf01757218.

Vlasak T, Jordakieva G, Gnambs T, et al. 2019. Blood lead levels and cognitive functioning: A meta-analysis. Sci Total Environ 668:678-684. http://doi.org/10.1016/j.scitotenv.2019.03.052.

von Lindern I, Spalinger S, Petroysan V, et al. 2003. Assessing remedial effectiveness through the blood lead:soil/dust lead relationship at the Bunker Hill Superfund Site in the Silver Valley of Idaho. Sci Total Environ 303(1-2):139-170.

von Lindern I, Spalinger S, Stifelman ML, et al. 2016. Estimating children's soil/dust ingestion rates through retrospective analyses of blood lead biomonitoring from the Bunker Hill Superfund Site in Idaho. Environ Health Perspect 124:1462-1470. http://doi.org/10.1289/ehp.1510144.

Vupputuri S, He J, Muntner P, et al. 2003. Blood lead level is associated with elevated blood pressure in blacks. Hypertension 41(3):463-468.

Vural N, Duydu Y. 1995. Biological monitoring of lead in workers exposed to tetraethyllead. Sci Total Environ 171:183-187.

Waalkes MP, Klaassen CD. 1985. Concentration of metallothionein in major organs of rats after administration of various metals. Fundam Appl Toxicol 5:473-477.

Waalkes MP, Harvey MJ, Klaassen CD. 1984. Relative in vitro affinity of hepatic metallothionein for metals. Toxicol Lett 20:33-39.

Waalkes MP, Diwan BA, Ward JM, et al. 1995. Renal tubular tumors and atypical hyperplasias in B6C3F1. Cancer Res 55:5265-5271.

Wang EX, Bormann FH, Benoit G. 1995. Evidence of complete retention of atmospheric lead in the soils of northern hardwood forested ecosystems. Environ Sci Technol 29:735-739.

Wang Y, Allen AG, Harrison RM. 1996. Determination of octanol-water partition coefficients, water solubility and vapour pressures of alkyl-lead compounds. Appl Organomet Chem 10(10):773-778.

Wang IJ, Karmaus WJJ, Yang CC. 2017a. Lead exposure, IgE, and the risk of asthma in children. J Expo Sci Environ Epidemiol 27(5):478-483. http://doi.org/10.1038/jes.2017.5.

Wang G, Su MY, Chen YH, et al. 2006. Transfer characteristics of cadmium and lead from soil to the edible parts of six vegetable species in southeastern China. Environ Pollut 144(1):127-135. http://doi.org/10.1016/j.envpol.2005.12.023.

Wang FT, Hu H, Schwartz J, et al. 2007. Modifying effects of the HFE polymorphisms on the association between lead burden and cognitive decline. Environ Health Perspect 115(8):1210-1215. http://doi.org/10.1289/ehp.9855.

Wang HL, Chen XT, Yang B, et al. 2008. Case-control study of blood lead levels and attention deficit hyperactivity disorder in Chinese children. Environ Health Perspect 116(10):1401-1406. http://doi.org/10.1289/ehp.11400.

Wang Q, Zhao HH, Chen JW, et al. 2010. delta-Aminolevulinic acid dehydratase activity, urinary delta-aminolevulinic acid concentration and zinc protoporphyrin level among people with low level of lead exposure. Int J Hyg Environ Health 213(1):52-58. http://doi.org/10.1016/j.ijheh.2009.08.003.

Wang ZW, Nan ZR, Wang SL, et al. 2011. Accumulation and distribution of cadmium and lead in wheat (Triticum aestivum L.) grown in contaminated soils from the oasis, north-west China. J Sci Food Agric 91(2):377-384. http://doi.org/10.1002/jsfa.4196.

Wang N, Chen C, Nie X et al. 2015. Blood lead level and its association with body mass index and obesity in China - Results from SPECT-China study. Scientific reports 5:18299. http://doi.org/10.1038/srep18299.

Wang H, Li J, Hao JH, et al. 2017b. High serum lead concentration in the first trimester is associated with an elevated risk of small-for-gestational-age infants. Toxicol Appl Pharmacol 332:75-80. http://doi.org/10.1016/j.taap.2017.07.020.

Wang J, Gao ZY, Yan J, et al. 2017c. Sex differences in the effects of prenatal lead exposure on birth outcomes. Environ Pollut 225:193-200. http://doi.org/10.1016/j.envpol.2017.03.031.

Wang W, Moroi S, Bakulski K, et al. 2018. Bone lead levels and risk of incident primary open-angle glaucoma: The VA Normative Aging Study. Environ Health Perspect 126(8):087002. http://doi.org/10.1289/ehp3442.

Wang M, Hossain F, Sulaiman R, et al. 2019. Exposure to inorganic arsenic and lead and autism spectrum disorder in children: A systematic review and meta-analysis. Chem Res Toxicol 32(10):1904-1919. http://doi.org/10.1021/acs.chemrestox.9b00134.

Warrington NM, Zhu G, Dy V, et al. 2015. Genome-wide association study of blood lead shows multiple associations near ALAD. Hum Mol Genet 24(13):3871-3879. http://doi.org/10.1093/hmg/ddv112.

Wasserman GA, Graziano JH, Factor-Litvak P, et al. 1994. Consequences of lead exposure and iron supplementation on childhood development at age 4 years. Neurotoxicol Teratol 16(3):233-240.

Wasserman GA, Liu X, Lolacono NJ, et al. 1997. Lead exposure and intelligence in 7-year-old children: The Yugoslavia Prospective Study. Environ Health Perspect 105(9):956-962.

Wasserman GA, Liu X, Popovac D, et al. 2000. The Yugoslavia prospective study: Contributions of prenatal and postnatal lead exposure to early intelligence. Neurotoxicol Teratol 22:811-818.

Wasserman GA, Factor-Litvak P, Liu X, et al. 2003. The relationship between blood lead, bone lead and child intelligence. Child Neuropsychol 9(1):22-34.

Watanabe H, Hu H, Rotnitzky A. 1994. Correlates of bone and blood lead levels in carpenters. Am J Ind Med 26(2):255-264. http://doi.org/10.1002/ajim.4700260211.

Watson WS, Morrison J, Bethel MIF, et al. 1986. Food iron and lead absorption in humans. Am J Clin Nutr 44:248-256.

Weaver V, Lee B, Ahn K, et al. 2003a. Associations of lead biomarkers with renal function in Korean lead workers. Occup Environ Med 60(8):551-562.

Weaver VM, Schwartz BS, Ahn KD, et al. 2003b. Associations of renal function with polymorphisms in the delta-aminolevulinic acid dehydratase, vitamin D receptor, and nitric oxide synthase genes in Korean lead workers. Environ Health Perspect 111(13):1613-1619.

Weaver VM, Jaar BG, Schwartz BS, et al. 2005a. Associations among lead dose biomarkers, uric acid, and renal function in Korean lead workers. Environ Health Perspect 113(1):36-42.

Weaver VM, Schwartz BS, Jaar BG, et al. 2005b. Associations of uric acid with polymorphisms in the "delta"-aminolevulinic acid dehydratase, vitamin D receptor, and nitric oxide synthase genes in Korean lead workers. Environ Health Perspect 113(11):1509-1515. http://doi.org/10.1289/ehp.7927.

Weaver VM, Lee BK, Todd AC, et al. 2006. Effect modification by delta-aminolevulinic acid dehydratase, vitamin D receptor, and nitric oxide synthase gene polymorphisms on associations between patella lead and renal function in lead workers. Environ Res 102(1):61-69. http://doi.org/10.1016/j.envres.2006.01.001.

Weaver VM, Ellis LR, Lee BK, et al. 2008. Associations between patella lead and blood pressure in lead workers. Am J Ind Med 51(5):336-343. http://doi.org/10.1002/ajim.20573.

Weaver VM, Griswold M, Todd AC, et al. 2009. Longitudinal associations between lead dose and renal function in lead workers. Environ Res 109(1):101-107. http://doi.org/10.1016/j.envres.2008.09.005.

Wedeen RP. 1992. Removing lead from bone: Clinical implications of bone lead stores. Neurotoxicology 13:843-852.

Wedeen RP, Mallik DK, Batuman V. 1979. Detection and treatment of occupational lead nephropathy. Arch Intern Med 139:53-57.

Wedeen RP, Maesaka JK, Weiner B, et al. 1975. Occupational lead nephropathy. Am J Med 59:630-641.

Weis CP, LaVelle JM. 1991. Characteristics to consider when choosing an animal model for the study of lead bioavailability. Chem Spec Bioavailab 3(3-4):113-119.

Weisel C, Demak M, Marcus S, et al. 1991. Soft plastic bread packaging: Lead content and reuse by families. Am J Public Health 81(6):756-758.

Weiss ST, Munoz A, Stein A, et al. 1986. The relationship of blood lead to blood pressure in a longitudinal study of working men. Am J Epidemiol 123(5):800-808.

Weiss ST, Munoz A, Stein A, et al. 1988. The relationship of blood lead to systolic blood pressure in a longitudinal study of policemen. Environ Health Perspect 78:53-56.

Weiss AL, Caravanos J, Blaise MJ, et al. 2006. Distribution of lead in urban roadway grit and its association with elevated steel structures. Chemosphere 65(10):1762-1771. http://doi.org/10.1016/j.chemosphere.2006.04.079.

Weisskopf MG, Wright RO, Schwartz J, et al. 2004. Cumulative lead exposure and prospective change in cognition among elderly men. The VA Normative Aging Study. Am J Epidemiol 160(12):1184-1193. http://doi.org/10.1093/aje/kwh333.

Weisskopf MG, Proctor SP, Wright RO, et al. 2007. Cumulative lead exposure and cognitive performance among elderly men. Epidemiology 18(1):59-66. http://doi.org/10.1097/01.ede.0000248237.35363.29.

Weisskopf MG, Nitin J, Nie H, et al. 2009. A prospective study of bone lead concentration and death from all causes, cardiovascular diseases, and cancer in the department of veterans affairs normative aging study. Circulation 120(12):1056-1064. http://doi.org/10.1161/circulationaha.108.827121.

Weitzman M, Aschengrau A, Bellinger D, et al. 1993. Lead-contaminated soil abatement and urban children's blood lead levels. J Am Med Assoc 269(13):1647-1654.

Wells A, Venn J, Heard M. 1975. Deposition in the lung and uptake to blood of motor exhaust labelled with 203Pb. Inhaled Part 4:175-189.

Wells EM, Navas-Acien A, Herbstman JB, et al. 2011. Low-level lead exposure and elevations in blood pressure during pregnancy. Environ Health Perspect 119:664-669.

Wells EM, Bonfield TL, Dearborn DG, et al. 2014. The relationship of blood lead with immunoglobulin E, eosinophils, and asthma among children: NHANES 2005-2006. Int J Hyg Environ Health 217(2-3):196-204. http://doi.org/10.1016/j.ijheh.2013.04.010.

Were FH, Moturi MC, Gottesfeld P, et al. 2014. Lead exposure and blood pressure among workers in diverse industrial plants in Kenya. J Occup Environ Hyg 11(11):706-715. http://doi.org/10.1080/15459624.2014.908258.

Wetmur JG, Lehnert G, Desnick RJ. 1991b. The delta-aminolevulinate dehydratase polymorphism: Higher blood lead levels in lead workers and environmentally exposed children with 1-2 and 2-2 isozymes. Environ Res 56:109-119.

Wetmur JG, Kaya AH, Plewinska M, et al. 1991a. Molecular characterization of the human delta-aminolevulinate dehydratase 2 (ALAD2) allele: Implications for molecular screening of individuals for genetic susceptibility to lead poisoning. Am J Hum Genet 49(4):757-763.

Weuve J, Kelsey KT, Schwartz J, et al. 2006. delta-Aminolevulinic acid dehydratase polymorphism and the relation between low level lead exposure and the Mini-Mental Status Examination in older men:

The Normative Aging Study. Occup Environ Med 63(11):746-753. http://doi.org/10.1136/oem.2006.027417.

Weuve J, Korrick SA, Weisskopf MA, et al. 2009. Cumulative exposure to lead in relation to cognitive function in older women. Environ Health Perspect 117(4):574-580. http://doi.org/10.1289/ehp.11846.

Weuve J, Press DZ, Grodstein F, et al. 2013. Cumulative exposure to lead and cognition in persons with Parkinson's disease. Mov Disord 28(2):176-182. http://doi.org/10.1002/mds.25247.

Whelan EA, Piacitelli GM, Gerwel B, et al. 1997. Elevated blood lead levels in children of construction workers. Am J Public Health 87(8):1352-1355.

White PD, Van LP, Davis BD, et al. 1998. The conceptual structure of the integrated exposure uptake biokinetic model for lead in children. Environ Health Perspect 106(Suppl 6):1513-1530.

WHO. 2010. Guidelines for indoor air quality: Selected pollutants. Geneva, Switzerland: World Health Organization. http://www.euro.who.int/__data/assets/pdf_file/0009/128169/e94535.pdf. January 08, 2014.

WHO. 2017. Guidelines for drinking-water quality. Fourth edition incorporating the first addendum. Geneva, Switzerland: World Health Organization. http://apps.who.int/iris/bitstream/10665/254637/1/9789241549950-eng.pdf?ua=1. February 28, 2017.

Wildt K, Eliasson R, Berlin M. 1983. Effects of occupational exposure to lead on sperm and semen. In: Clarkson TW, Nordberg GF, Sager PR, eds. Reproductive and developmental toxicity of metals. Boston, MA: Springer-Verlag, 279-300. http://doi.org/10.1007/978-1-4615-9346-11.

Wildt K, Berlin M, Isberg PE. 1987. Monitoring of zinc protoporphyrin levels in blood following occupational lead exposure. Am J Ind Med 12(4):385-398.

Wilhelm M, Lombeck I, Hafner D, et al. 1989. Hair lead levels in young children from the FRG. J Trace Elem Electrolytes Health Dis 3:165-170.

Wilker E, Korrick S, Nie LH, et al. 2011. Longitudinal changes in bone lead levels: The VA Normative Aging Study. J Occup Environ Med 53(8):850-855. http://doi.org/10.1097/JOM.0b013e31822589a9.

Williams PL, Sergeyev O, Lee MM, et al. 2010. Blood lead levels and delayed onset of puberty in a longitudinal study of Russian boys. Pediatrics 125(5):1088-1096. http://doi.org/10.1542/peds.2009-2575.

Williams PL, Bellavia A, Korrick SA, et al. 2019. Blood lead levels and timing of male sexual maturity: A longitudinal study of Russian boys. Environ Int 125:470-477. http://doi.org/10.1016/j.envint.2019.01.070.

Williamson AM, Teo RKC. 1986. Neurobehavioral and memory of occupational lead workers. Br J Ind Med 43:373-380.

Wilson R, Jones-Otazo H, Petrovic S, et al. 2013. Revisiting dust and soil ingestion rates based on hand-to-mouth transfer. Hum Ecol Risk Assess 19(1):158-188.

Wingren G, Englander V. 1990. Mortality and cancer morbidity in a cohort of Swedish glassworkers. Int Arch Occup Environ Health 62:253-257.

Winter AS, Sampson RJ. 2017. From lead exposure in early childhood to adolescent health: A Chicago birth cohort. Am J Public Health 107(9):1496-1501. http://doi.org/10.2105/ajph.2017.303903.

Wisconsin DHS. 2002. Lead arsenate pesticides. Madison, WI: Wisconsin Department of Health Services. P-45007.

Wiwanitkit V, Suwansaksri J, Soogarun S. 2008. White blood cell sister chromatid exchange among a sample of Thai subjects exposed to lead: Lead-induced genotoxicity. Toxicol Environ Chem 90(4):765-768. http://doi.org/10.1080/02772240701712758.

Wolf C, Wallnofer A, Waldhor T, et al. 1995. Effect of lead on blood pressure in occupationally nonexposed men. Am J Ind Med 27(6):897-903.

Wolff MS, Britton JA, Boguski L, et al. 2008. Environmental exposures and puberty in inner-city girls. Environ Res 107(3):393-400. http://doi.org/10.1016/j.envres.2008.03.006.

Wong O, Harris F. 2000. Cancer mortality study of employees at lead battery plants and lead smelters, 1947-1995. Am J Ind Med 38:255-270.

Wright RO, Hu H, Silverman EK, et al. 2003a. Apolipoprotein E genotype predicts 24-month Bayley scales infant development score. Pediatr Res 54(6):819-825.

Wright RO, Tsaih SW, Schwartz J, et al. 2003b. Lead exposure biomarkers and mini-mental status exam scores in older men. Epidemiology 14(6):713-718.

Wright RO, Silverman EK, Schwartz J, et al. 2004. Association between hemochromatosis genotype and lead exposure among elderly men: The Normative Aging Study. Environ Health Perspect 112(6):746-750.

Wu T, Buck GM, Mendola P. 2003b. Blood lead levels and sexual maturation in U.S. girls: The Third National Health and Nutrition Examination Survey, 1988-1994. Environ Health Perspect 111(5):737-741. http://doi.org/10.1289/ehp.6008.

Wu TN, Yang KC, Wang CM, et al. 1996. Lead poisoning caused by contaminated Cordyceps, a Chinese herbal medicine: Two case reports. Sci Total Environ 182:193-195.

Wu F, Chang P, Wu C, et al. 2002. Correlations of blood lead with DNA-protein cross-links and sister chromatid exchanges in lead workers. Cancer Epidemiol Biomarkers Prev 11(3):287-290.

Wu M, Kelsey K, Schwartz J, et al. 2003a. A delta-aminolevulinic acid dehydratase (ALAD) polymorphism may modify the relationship of low-level lead exposure to uricemia and renal function: The normative aging study. Environ Health Perspect 111(3):335-340.

Wu HM, Lin-Tan DT, Wang ML, et al. 2012. Lead level in seminal plasma may affect semen quality for men without occupational exposure to lead. Reprod Biol Endocrinol 10:91.

Wu S, Hivert MF, Cardenas A, et al. 2017. Exposure to low levels of lead in utero and umbilical cord blood DNA methylation in project viva: An epigenome-wide association study. Environ Health Perspect 125(8):087019. http://doi.org/10.1289/ehp1246.

Wu Y, Sun J, Wang M, et al. 2018. The relationship of children's intelligence quotient and blood lead and zinc levels: A meta-analysis and system review. Biol Trace Elem Res 182(2):185-195. http://doi.org/10.1007/s12011-017-1093-0.

Xian X. 1989. Response of kidney bean to concentration and chemical form of cadmium, zinc, and lead in polluted soils. Environ Pollut 57:127-137.

Xie Y, Chiba M, Shinohara A, et al. 1998. Studies on lead-binding protein and interaction between lead and selenium in the human erythrocytes. Ind Health 36:234-239.

Xie X, Ding G, Cui C, et al. 2013. The effects of low-level prenatal lead exposure on birth outcomes. Environ Pollut 175:30-34. http://doi.org/10.1016/j.envpol.2012.12.013.

Xu X, Chen X, Zhang J, et al. 2015. Decreased blood hepatitis B surface antibody levels linked to e-waste lead exposure in preschool children. J Hazard Mater 298:122-128. http://doi.org/10.1016/j.jhazmat.2015.05.020.

Yamamoto N, Takahashi Y, Yoshinaga J, et al. 2006. Size distributions of soil particles adhered to children's hands. Arch Environ Contam Toxicol 51(2):157-163. http://doi.org/10.1007/s00244-005-7012-y.

Yang H, Huo X, Yekeen TA, et al. 2013a. Effects of lead and cadmium exposure from electronic waste on child physical growth. Environ Sci Pollut Res Int 20(7):4441-4447. http://doi.org/10.1007/s11356-012-1366-2.

Yang CC, Chen HI, Chiu YW, et al. 2013b. Metallothionein 1A polymorphisms may influence urine uric acid and N-acetyl-beta-D-glucosaminidase (NAG) excretion in chronic lead-exposed workers. Toxicology 306:68-73. http://doi.org/10.1016/j.tox.2013.02.007.

Yang WY, Zhang ZY, Thijs L, et al. 2017. Left ventricular structure and function in relation to environmental exposure to lead and cadmium. Journal of the American Heart Association 6(2):e004692. http://doi.org/10.1161/jaha.116.004692.

Yang WY, Efremov L, Mujaj B, et al. 2018. Association of office and ambulatory blood pressure with blood lead in workers before occupational exposure. J Am Soc Hypertens 12(1):14-24. http://doi.org/10.1016/j.jash.2017.10.010.

Yazbeck C, Thiebaugeorges O, Moreau T, et al. 2009. Maternal blood lead levels and the risk of pregnancy-induced hypertension: The EDEN cohort study. Environ Health Perspect 117(10):1526-1530. http://doi.org/10.1289/ehp.0800488.

Yesilonis ID, Pouyat RV, Neerchal NK. 2008. Spatial distribution of metals in soils in Baltimore, Maryland: Role of native parent material, proximity to major roads, housing age and screening guidelines. Environ Pollut 156(3):723-731. http://doi.org/10.1016/j.envpol.2008.06.010.

Yiin LM, Rhoads GG, Lioy PJ. 2000. Seasonal influences on childhood lead exposure. Environ Health Perspect 108(2):177-182.

Yin Y, Zhang T, Dai Y, et al. 2008. The effect of plasma lead on anembryonic pregnancy. Ann N Y Acad Sci 1140:184-189. http://doi.org/10.1196/annals.1454.042.

Yokoyama K, Araki S, Murata K, et al. 1997. Subclinical vestibulo-cerebellar, anterior cerebellar lobe and spinocerebellar effects in lead workers in relation to concurrent and past exposure. Neurotoxicology 18(2):371-380.

Yoon JH, Ahn YS. 2016. The association between blood lead level and clinical mental disorders in fifty thousand lead-exposed male workers. J Affect Disord 190:41-46. http://doi.org/10.1016/j.jad.2015.09.030.

Yorita Christensen KL. 2013. Metals in blood and urine, and thyroid function among adults in the United States 2007-2008. Int J Hyg Environ Health 216(6):624-632.

Youravong N, Teanpaisan R. 2015. The periodontal health of lead-exposed children living in a shipyard industrial area. Toxicol Ind Health 31(5):459-466. http://doi.org/10.1177/0748233712472529.

Yu C, Lin J, Lin-Tan D. 2004. Environmental exposure to lead and progression of chronic renal diseases: A four-year prospective longitudinal study. J Am Soc Nephrol 15(4):1016-1022.

Yu CJ, Du JC, Chiou HC, et al. 2016. Attention deficit/hyperactivity disorder and urinary nonylphenol levels: A case-control study in Taiwanese children. PLoS ONE 11(2):e0149558. http://doi.org/10.1371/journal.pone.0149558.

Yu CG, Wei FF, Yang WY, et al. 2019a. Heart rate variability and peripheral nerve conduction velocity in relation to blood lead in newly hired lead workers. Occup Environ Med 76(6):382-388. http://doi.org/10.1136/oemed-2018-105379.

Yu CG, Yang WY, Saenen N, et al. 2019b. Neurocognitive function in relation to blood lead among young men prior to chronic occupational exposure. Scand J Work Environ Health 45(3):298-307. http://doi.org/10.5271/sjweh.3798.

Yücesoy B, Turhan A, Üre M, et al. 1997. Simultaneous effects of lead and cadmium on NK cell activity and some phenotypic parameters. Immunopharmacol Immunotoxicol 19(3):339-348. http://doi.org/10.3109/08923979709046980.

Zahran S, Mielke HW, Gonzales CR, et al. 2010. New Orleans before and after hurricanes Katrina/Rita: A quasi-experiment of the association between soil lead and children's blood lead. Environ Sci Technol 44(12):4433-4440. http://doi.org/10.1021/es100572s.

Zak K, Rohovec J, Navratil T. 2009. Fluxes of heavy metals from a highly polluted watershed during flood events: A case study of the Litavka River, Czech Republic. Water Air Soil Pollut 203(1-4):343-358. http://doi.org/10.1007/s11270-009-0017-9.

Zaprjanova P, Dospatliev L, Angelova V, et al. 2010. Correlation between soil characteristics and lead and cadmium content in the aboveground biomass of Virginia tobacco. Environ Monit Assess 163(1-4):253-261. http://doi.org/10.1007/s10661-009-0831-y.

Zaragoza L, Hogan K. 1998. The integrated exposure uptake biokinetic model for lead in children: Independent validation and verification. Environ Health Perspect 106(Suppl 6):1551-1556.

Zartarian V, Xue J, Tornero-Velez R, et al. 2017. Children's lead exposure: A multimedia modeling analysis to guide public health decision-making. Environ Health Perspect 125(9):e97009. http://doi.org/10.1289/EHP1605.

Zawia NH, Crumpton T, Brydie M, et al. 2000. Disruption of the zinc finger domain: A common target that underlies many of the effects of lead. Neurotoxicology 21(6):1069-1080.

Zawirska B. 1981. The role of the kidneys in disorders of porphyrin metabolism during carcinogenesis induced with lead acetate. Environ Res 24:391-408.

Zawirska B, Medraś K. 1972. The role of the kidneys in disorders of porphyrin metabolism during carcinogenesis induced with lead acetate. Arch Immunol Ther Exp (Warsz) 20(2):257-272.

Zeng X, Xu X, Zheng X, et al. 2016. Heavy metals in PM2.5 and in blood, and children's respiratory symptoms and asthma from an e-waste recycling area. Environ Pollut 210:346-353. http://doi.org/10.1016/j.envpol.2016.01.025.

Zeng X, Xu X, Boezen HM, et al. 2017. Decreased lung function with mediation of blood parameters linked to e-waste lead and cadmium exposure in preschool children. Environ Pollut 230:838-848. http://doi.org/10.1016/j.envpol.2017.07.014.

Zentner LE, Rondó PH, Mastroeni SS. 2006. Lead contamination and anthropometry of the newborn baby. J Trop Pediatr 52(5):369-371. http://doi.org/10.1093/tropej/fml009.

Zeyrek D, Soran M, Cakmak A, et al. 2009. Serum copper and zinc levels in mothers and cord blood of their newborn infants with neural tube defects: A case-control study. Indian Pediatr 46(8):675-680.

Zhai H, Chen C, Wang N, et al. 2017. Blood lead level is associated with non-alcoholic fatty liver disease in the Yangtze River Delta region of China in the context of rapid urbanization. Environ Health 16(1):93. http://doi.org/10.1186/s12940-017-0304-7.

Zhang W, Zhang GG, He HZ, et al. 1994. Early health effects and biological monitoring in persons occupationally exposed to tetraethyl lead. Int Arch Occup Environ Health 65:395-399.

Zhang N, Baker HW, Tufts M, et al. 2013. Early childhood lead exposure and academic achievement: Evidence from Detroit public schools, 2008-2010. Am J Public Health 103(3):e72-77. http://doi.org/10.2105/ajph.2012.301164.

Zhang XL, Guariglia SR, McGothan JL, et al. 2015. Presynaptic mechanisms of lead neurotoxicity: Effects on vesicular release, vesicle clustering and mitochondria number. PLoS ONE 10(5):e0127461.

Zhang A, Park SK, Wright RO, et al. 2010. HFE H63D polymorphism as a modifier of the effect of cumulative lead exposure on pulse pressure: The Normative Aging Study. Environ Health Perspect 118(9):1261-1266. http://doi.org/10.1289/ehp.1002251.

Zhang A, Hu H, Sánchez BN, et al. 2011. Association between prenatal lead exposure and blood pressure in female offspring. Environ Health Perspect 120(3):445-450. http://doi.org/10.1289/ehp.1103736.

Zhao ZY, Li R, Sun L, et al. 2004. Effect of lead exposure on the immune function of lymphocytes and erythrocytes in preschool children. J Zhejiang Univ Sci 5(8):1001-1004. http://doi.org/10.1007/BF02947614.

Zheng G, Tian L, Liang Y, et al. 2011. delta-Aminolevulinic acid dehydratase genotype predicts toxic effects of lead on workers' peripheral nervous system. Neurotoxicology 32:374-382.

Zhou L, Xu J, Zhang J, et al. 2017. Prenatal maternal stress in relation to the effects of prenatal lead exposure on toddler cognitive development. Neurotoxicology 59:71-78. http://doi.org/10.1016/j.neuro.2017.01.008.

Zhu M, Fitzgerald EF, Gelberg KH, et al. 2010. Maternal low-level lead exposure and fetal growth. Environ Health Perspect 118(10):1471-1475. http://doi.org/10.1289/ehp.0901561.

Ziegler EE, Edwards BB, Jensen RL, et al. 1978. Absorption and retention of lead by infants. Pediatr Res 12(1):29-34.

Zimmermann-Tansella C, Campara P, Andrea FD, et al. 1983. Psychological and physical complaints of subjects with low exposure to lead. Hum Toxicol 2:615-623.

Zollinger HU. 1953. Durch chronische bleivergiftung erzeugte nierenadenome und-carcinome bei ratten und ihre beziechungen zu den entsprehenden neubildungen menschen. Virchows Arch 323:694-710.

Zota AR, Shenassa ED, Morello-Frosch R. 2013. Allostatic load amplifies the effect of blood lead levels on elevated blood pressure among middle-aged U.S. adults: A cross-sectional study. Environ Health 12(1):64. http://doi.org/10.1186/1476-069x-12-64.

LEAD

530

8.  REFERENCES

Zota AR, Needham BL, Blackburn EH, et al.  2015.  Associations of cadmium and lead exposure with leukocyte telomere length:  Findings from National Health and Nutrition Examination Survey, 1999-2002.  Am J Epidemiol 181(2):127-136.  http://doi.org/10.1093/aje/kwu293.

# APPENDIX A.  ATSDR MINIMAL RISK LEVEL WORKSHEETS

MRLs are derived when reliable and sufficient data exist to identify the target organ(s) of effect or the most sensitive health effect(s) for a specific duration for a given route of exposure.  An MRL is an estimate of the daily human exposure to a hazardous substance that is likely to be without appreciable risk of adverse noncancer health effects over a specified route and duration of exposure.  MRLs are based on noncancer health effects only; cancer effects are not considered.  These substance-specific estimates, which are intended to serve as screening levels, are used by ATSDR health assessors to identify contaminants and potential health effects that may be of concern at hazardous waste sites.  It is important to note that MRLs are not intended to define clean-up or action levels.

MRLs are derived for hazardous substances using the NOAEL/uncertainty factor approach.  They are below levels that might cause adverse health effects in the people most sensitive to such chemical-induced effects.  MRLs are derived for acute (1–14 days), intermediate (15–364 days), and chronic (≥365 days) durations and for the oral and inhalation routes of exposure.  Currently, MRLs for the dermal route of exposure are not derived because ATSDR has not yet identified a method suitable for this route of exposure.  MRLs are generally based on the most sensitive substance-induced endpoint considered to be of relevance to humans.  Serious health effects (such as irreparable damage to the liver or kidneys, or birth defects) are not used as a basis for establishing MRLs.  Exposure to a level above the MRL does not mean that adverse health effects will occur.

MRLs are intended only to serve as a screening tool to help public health professionals decide where to look more closely.  They may also be viewed as a mechanism to identify those hazardous waste sites that are not expected to cause adverse health effects.  Most MRLs contain a degree of uncertainty because of the lack of precise toxicological information on the people who might be most sensitive (e.g., infants, elderly, nutritionally or immunologically compromised) to the effects of hazardous substances.  ATSDR uses a conservative (i.e., protective) approach to address this uncertainty consistent with the public health principle of prevention.  Although human data are preferred, MRLs often must be based on animal studies because relevant human studies are lacking.  In the absence of evidence to the contrary, ATSDR assumes that humans are more sensitive to the effects of hazardous substance than animals and that certain persons may be particularly sensitive.  Thus, the resulting MRL may be as much as 100-fold below levels that have been shown to be nontoxic in laboratory animals.

Proposed MRLs undergo a rigorous review process:  Health Effects/MRL Workgroup reviews within the Division of Toxicology and Human Health Sciences, expert panel peer reviews, and agency-wide MRL Workgroup reviews, with participation from other federal agencies and comments from the public.  They are subject to change as new information becomes available concomitant with updating the toxicological profiles.  Thus, MRLs in the most recent toxicological profiles supersede previously published MRLs. For additional information regarding MRLs, please contact the Division of Toxicology and Human Health Sciences, Agency for Toxic Substances and Disease Registry, 1600 Clifton Road NE, Mailstop S102-1, Atlanta, Georgia 30329-4027.

The literature evaluating the health effects of Pb is enormous, and includes an extensive database in humans, including children.  Effects are diverse and exposure to Pb is associated with toxicity to every organ system.  For the most studied endpoints (neurological, renal, cardiovascular, hematological, immunological, reproductive, and developmental), effects occur at the lowest PbBs studied ($\leq 5$ μg/dL). Exposure thresholds for effects on specific organ systems have not been identified (i.e., no safe level has been identified).  Cognitive deficits in children occurring at the lowest PbBs ($\leq 5$ μg/dL) are the best substantiated effects.  However, because the lowest PbBs are associated with serious adverse effects (e.g., declining cognitive function in children), MRLs for Pb have not been derived.

# APPENDIX B.  LITERATURE SEARCH FRAMEWORK FOR LEAD

The objective of the toxicological profile is to evaluate the potential for human exposure and the potential health hazards associated with inhalation, oral, or dermal/ocular exposure to Pb.

## B.1  LITERATURE SEARCH AND SCREEN

A literature search and screen were conducted to identify studies examining health effects, toxicokinetics, mechanisms of action, susceptible populations, biomarkers, chemical interactions, physical and chemical properties, production, use, environmental fate, environmental releases, and environmental and biological monitoring data for Pb.  ATSDR primarily focused on peer-reviewed articles without publication date or language restrictions.  Non-peer-reviewed studies that were considered relevant to the assessment of the health effects of Pb have undergone peer review by at least three ATSDR-selected experts who have been screened for conflict of interest.  The inclusion criteria used to identify relevant studies examining the health effects of Pb are presented in Table B-1.

### Table B-1.  Inclusion Criteria for the Literature Search and Screen

Health Effects
    Species
        Human
        Laboratory mammals
    Route of exposure
        Inhalation
        Oral
        Dermal (or ocular)
        Parenteral (these studies will be considered supporting data)
    Health outcome
        Death
        Systemic effects
        Body weight effects
        Respiratory effects
        Cardiovascular effects
        Gastrointestinal effects
        Hematological effects
        Musculoskeletal effects
        Hepatic effects
        Renal effects
        Dermal effects
        Ocular effects
        Endocrine effects
        Immunological effects
        Neurological effects
        Reproductive effects
        Developmental effects
        Other noncancer effects

| Table B-1.  Inclusion Criteria for the Literature Search and Screen |
|---|

| |
|---|
| Cancer |
| Toxicokinetics |
|   Absorption |
|   Distribution |
|   Metabolism |
|   Excretion |
|   PBPK models |
| Biomarkers |
|   Biomarkers of exposure |
|   Biomarkers of effect |
| Interactions with other chemicals |
| Potential for human exposure |
|   Releases to the environment |
|     Air |
|     Water |
|     Soil |
|   Environmental fate |
|     Transport and partitioning |
|     Transformation and degradation |
|   Environmental monitoring |
|     Air |
|     Water |
|     Sediment and soil |
|     Other media |
|   Biomonitoring |
|     General populations |
|     Occupation populations |

## B.1.1  Literature Search

The current literature search was intended to update the draft toxicological profile for Pb released for public comment in 2019; thus, the literature search was restricted to studies published between February 2015 and September 2019.  The following main databases were searched in September 2019:

- PubMed
- National Library of Medicine's TOXLINE
- Scientific and Technical Information Network's TOXCENTER

The search strategy used the chemical names, Chemical Abstracts Service (CAS) numbers, synonyms, Medical Subject Headings (MeSH) headings, and keywords for Pb.  The query strings used for the literature search are presented in Table B-2.

The search was augmented by searching the Toxic Substances Control Act Test Submissions (TSCATS), NTP website, and National Institute of Health Research Portfolio Online Reporting Tools Expenditures

and Results (NIH RePORTER) databases using the queries presented in Table B-3. Additional databases were searched in the creation of various tables and figures, such as the TRI Explorer, the Substance Priority List (SPL) resource page, and other items as needed. Regulations applicable to Pb were identified by searching international and U.S. agency websites and documents.

Review articles were identified and used for the purpose of providing background information and identifying additional references. ATSDR also identified reports from the grey literature, which included unpublished research reports, technical reports from government agencies, conference proceedings and abstracts, and theses and dissertations.

## Table B-2. Database Query Strings

| Database search date | Query string |
| --- | --- |
| **PubMed** | |
| 09/2019 | (((((10031-22-8[rn] OR 10099-74-8[rn] OR 10101-63-0[rn] OR 11119-70-3[rn] OR 12709-98-7[rn] OR 1309-60-0[rn] OR 1314-41-6[rn] OR 1314-87-0[rn] OR 1317-36-8[rn] [ 13424-46-9[rn] OR 13814-96-5[rn] OR 15245-44-0[rn] OR 16040-38-3[rn] OR 39377-56-5[rn] OR 598-63-0[rn] OR 7439-92-1[rn] OR 7446-14-2[rn] OR 7446-27-7[rn] OR 7758-95-4[rn] OR 7758-97-6[rn] OR 78-00-2[rn] OR 301-04-2[rn] ) AND ((("Lead/toxicity"[mh] OR "Lead/adverse effects"[mh] OR "Lead/poisoning"[mh] OR "Lead/pharmacokinetics"[mh]) OR ("Lead"[mh] AND ("environmental exposure"[mh] OR ci[sh])) OR ("Lead"[mh] AND toxicokinetics[mh:noexp]) OR ("Lead/blood"[mh] OR "Lead/cerebrospinal fluid"[mh] OR "Lead/urine"[mh]) OR ("Lead"[mh] AND ("endocrine system"[mh] OR "hormones, hormone substitutes, and hormone antagonists"[mh] OR "endocrine disruptors"[mh])) OR ("Lead"[mh] AND ("computational biology"[mh] OR "medical informatics"[mh] OR genomics[mh] OR genome[mh] OR proteomics[mh] OR proteome[mh] OR metabolomics[mh] OR metabolome[mh] OR genes[mh] OR "gene expression"[mh] OR phenotype[mh] OR genetics[mh] OR genotype[mh] OR transcriptome[mh] OR ("systems biology"[mh] AND ("environmental exposure"[mh] OR "epidemiological monitoring"[mh] OR analysis[sh])) OR "transcription, genetic "[mh] OR "reverse transcription"[mh] OR "transcriptional activation"[mh] OR "transcription factors"[mh] OR ("biosynthesis"[sh] AND (RNA[mh] OR DNA[mh])) OR "RNA, messenger"[mh] OR "RNA, transfer"[mh] OR "peptide biosynthesis"[mh] OR "protein biosynthesis"[mh] OR "reverse transcriptase polymerase chain reaction"[mh] OR "base sequence"[mh] OR "trans-activators"[mh] OR "gene expression profiling"[mh])) OR ("Lead/antagonists and inhibitors"[mh]) OR ("Lead/metabolism"[mh] AND ("humans"[mh] OR "animals"[mh])) OR ("Lead"[majr] AND cancer[sb]) OR ("Lead/pharmacology"[majr])) AND (2016/02/01 : 3000[mhda] OR 2016/02/01 : 3000[crdt] OR 2016/02/01 : 3000[edat] OR 2015/02/01 : 3000[dp]))) OR ("lead poisoning"[mh] AND (2016/02/01 : 3000[mhda] OR 2016/02/01 : 3000[crdt] OR 2016/02/01 : 3000[edat] OR 2015/02/01 : 3000[dp])) OR ((("Tetraethyl Lead/toxicity"[mh] OR "Tetraethyl Lead/adverse effects"[mh] OR "Tetraethyl Lead/poisoning"[mh] OR "Tetraethyl Lead/pharmacokinetics"[mh]) OR ("Tetraethyl Lead"[mh] AND ("environmental exposure"[mh] OR ci[sh])) OR ("Tetraethyl Lead"[mh] AND toxicokinetics[mh:noexp]) OR ("Tetraethyl Lead/blood"[mh] OR "Tetraethyl Lead/cerebrospinal fluid"[mh] OR "Tetraethyl Lead/urine"[mh]) OR ("Tetraethyl Lead"[mh] AND ("endocrine system"[mh] OR "hormones, hormone substitutes, and hormone antagonists"[mh] OR "endocrine disruptors"[mh])) OR ("Tetraethyl Lead"[mh] AND ("computational biology"[mh] OR "medical informatics"[mh] OR genomics[mh] OR genome[mh] OR proteomics[mh] OR proteome[mh] OR metabolomics[mh] OR metabolome[mh] OR genes[mh] OR "gene expression"[mh] OR phenotype[mh] OR genetics[mh] OR genotype[mh] OR transcriptome[mh] OR ("systems biology"[mh] AND ("environmental exposure"[mh] OR "epidemiological monitoring"[mh] OR analysis[sh])) OR "transcription, genetic "[mh] OR "reverse transcription"[mh] OR |

## Table B-2. Database Query Strings

| Database search date | Query string |
|---|---|
| | "transcriptional activation"[mh] OR "transcription factors"[mh] OR ("biosynthesis"[sh] AND (RNA[mh] OR DNA[mh])) OR "RNA, messenger"[mh] OR "RNA, transfer"[mh] OR "peptide biosynthesis"[mh] OR "protein biosynthesis"[mh] OR "reverse transcriptase polymerase chain reaction"[mh] OR "base sequence"[mh] OR "trans-activators"[mh] OR "gene expression profiling"[mh])) OR ("Tetraethyl Lead/antagonists and inhibitors"[mh]) OR ("Tetraethyl Lead/metabolism"[mh] AND ("humans"[mh] OR "animals"[mh])) OR ("Tetraethyl Lead"[majr] AND cancer[sb]) OR ("Tetraethyl Lead/pharmacology"[majr])) AND (2016/02/01 : 3000[mhda] OR 2016/02/01 : 3000[crdt] OR 2016/02/01 : 3000[edat] OR 2015/02/01 : 3000[dp])) OR ((301-04-2[rn] AND (("Organometallic Compounds/toxicity"[mh] OR "Organometallic Compounds/adverse effects"[mh] OR "Organometallic Compounds/poisoning"[mh] OR "Organometallic Compounds/pharmacokinetics"[mh]) OR ("Organometallic Compounds"[mh] AND ("environmental exposure"[mh] OR ci[sh])) OR ("Organometallic Compounds"[mh] AND toxicokinetics[mh:noexp]) OR ("Organometallic Compounds/blood"[mh] OR "Organometallic Compounds/cerebrospinal fluid"[mh] OR "Organometallic Compounds/urine"[mh]) OR ("Organometallic Compounds"[mh] AND ("endocrine system"[mh] OR "hormones, hormone substitutes, and hormone antagonists"[mh] OR "endocrine disruptors"[mh])) OR ("Organometallic Compounds"[mh] AND ("computational biology"[mh] OR "medical informatics"[mh] OR genomics[mh] OR genome[mh] OR proteomics[mh] OR proteome[mh] OR metabolomics[mh] OR metabolome[mh] OR genes[mh] OR "gene expression"[mh] OR phenotype[mh] OR genetics[mh] OR genotype[mh] OR transcriptome[mh] OR ("systems biology"[mh] AND ("environmental exposure"[mh] OR "epidemiological monitoring"[mh] OR analysis[sh])) OR "transcription, genetic "[mh] OR "reverse transcription"[mh] OR "transcriptional activation"[mh] OR "transcription factors"[mh] OR ("biosynthesis"[sh] AND (RNA[mh] OR DNA[mh])) OR "RNA, messenger"[mh] OR "RNA, transfer"[mh] OR "peptide biosynthesis"[mh] OR "protein biosynthesis"[mh] OR "reverse transcriptase polymerase chain reaction"[mh] OR "base sequence"[mh] OR "trans-activators"[mh] OR "gene expression profiling"[mh])) OR ("Organometallic Compounds/antagonists and inhibitors"[mh]) OR ("Organometallic Compounds/metabolism"[mh] AND ("humans"[mh] OR "animals"[mh])) OR ("Organometallic Compounds"[majr] AND cancer[sb]) OR ("Organometallic Compounds/pharmacology"[majr])) AND (2016/02/01 : 3000[mhda] OR 2016/02/01 : 3000[crdt] OR 2016/02/01 : 3000[edat] OR 2015/02/01 : 3000[dp])) OR ((("1,3-Benzenediol, 2,4,6-trinitro-, lead(2+) salt"[tw] OR "Borate(1-), tetrafluoro-, lead (2+)"[tw] OR "Borate(1-), tetrafluoro-, lead(2+)"[tw] OR "Chromic acid lead salt with lead molybdate"[tw] OR "Chromic acid, lead and molybdenum salt"[tw] OR "Chromium lead molybdenum oxide"[tw] OR "Lead (II) iodide"[tw] OR "Lead 2,4,6-trinitro-m-phenylene dioxide"[tw] OR "Lead bis(tetrafluoroborate)"[tw] OR "Lead borofluoride"[tw] OR "Lead boron fluoride"[tw] OR "Lead Brown"[tw] OR "Lead chromate molybdate"[tw] OR "lead diiodide"[tw] OR "Lead dioxide"[tw] OR "Lead fluoborate"[tw] OR "Lead fluoroborate"[tw] OR "Lead iodide"[tw] OR "Lead molybdate chromate"[tw] OR "Lead molybdenum chromate"[tw] OR "Lead oxide"[tw] OR "Lead peroxide"[tw] OR "Lead styphnate"[tw] OR "Lead superoxide"[tw] OR "Lead tetrafluoroborate"[tw] OR "Lead tricinate"[tw] OR "Lead trinitroresorcinate"[tw] OR "Lead(II) iodide"[tw] OR "Lead(II) styphnate"[tw] OR "Lead(II) tetrafluoroborate"[tw] OR "Lead(IV) oxide"[tw] OR "Lead-molybdenum chromate"[tw] OR "Molybdenum-lead chromate"[tw] OR "Plumbic oxide"[tw] OR "Plumbous iodide"[tw] OR "Plumbum jodatum"[tw] OR "Resorcinol, 2,4,6-trinitro-, lead(2+) salt"[tw] OR "Thiolead A"[tw] OR "Tricinat"[tw]) AND (to[sh] OR po[sh] OR ae[sh] OR pk[sh] OR ai[sh] OR ci[sh] OR bl[sh] OR cf[sh] OR ur[sh] OR "pharmacology"[sh:noexp] OR "environmental exposure"[mh] OR "endocrine system"[mh] OR "hormones, hormone substitutes, and hormone antagonists"[mh] OR "endocrine |

## Table B-2. Database Query Strings

| Database search date | Query string |
|---|---|
| | disruptors"[mh] OR "Computational biology"[mh] OR "Medical Informatics"[mh] OR Genomics[mh] OR Genome[mh] OR Proteomics[mh] OR Proteome[mh] OR Metabolomics[mh] OR Metabolome[mh] OR Genes[mh] OR "Gene expression"[mh] OR Phenotype[mh] OR genetics[mh] OR genotype[mh] OR Transcriptome[mh] OR ("Systems Biology"[mh] AND ("Environmental Exposure"[mh] OR "Epidemiological Monitoring"[mh] OR analysis[sh])) OR "Transcription, Genetic "[mh] OR "Reverse transcription"[mh] OR "Transcriptional activation"[mh] OR "Transcription factors"[mh] OR ("biosynthesis"[sh] AND (RNA[mh] OR DNA[mh])) OR "RNA, Messenger"[mh] OR "RNA, Transfer"[mh] OR "peptide biosynthesis"[mh] OR "protein biosynthesis"[mh] OR "Reverse Transcriptase Polymerase Chain Reaction"[mh] OR "Base Sequence"[mh] OR "Trans-activators"[mh] OR "Gene Expression Profiling"[mh] OR cancer[sb] OR (me[sh] AND ("humans"[mh] OR "animals"[mh])))) AND (2016/02/01 : 3000[mhda] OR 2016/02/01 : 3000[crdt] OR 2016/02/01 : 3000[edat] OR 2015/02/01 : 3000[dp])) OR (("Plumbism"[tw] OR "saturnism"[tw] OR "colica pictorum"[tw] OR "Devon colic"[tw] OR "painter's colic"[tw]) NOT "lead poisoning"[mh]) OR ((("1,3-Benzenediol, 2,4,6-trinitro-, lead(2+) salt (1:1)"[tw] OR "Acetic acid lead(2+) salt"[tw] OR "Acetic acid, lead salt"[tw] OR "Acetic acid, lead(2 +) salt"[tw] OR "Acetic acid, lead(2+) salt"[tw] OR "Anglislite"[tw] OR "Azarcon"[tw] OR "Borate(1-), tetrafluoro-, lead (2+)"[tw] OR "Borate(1-), tetrafluoro-, lead(2+) (2:1)"[tw] OR "C.I. Pigment Metal 4"[tw] OR "C.I. Pigment Yellow 46"[tw] OR "CARBONIC ACID, LEAD SALT (1:1)"[tw] OR "Carbonic acid, lead salt (2+) (1:1) "[tw] OR "Carbonic acid, lead(2+) salt"[tw] OR "Cerussete"[tw] OR "Cerussite"[tw] OR "Chrome Orange"[tw] OR "Chrome Yellow"[tw] OR "Chromic acid (H2CrO4), lead(2+) salt (1:1)"[tw] OR "Chromic acid lead salt "[tw] OR "CHROMIC ACID, LEAD (2+) SALT (1:1)"[tw] OR "Chromic Acid, Lead (II) Salt (1:1)"[tw] OR "Chromic acid, lead and molybdenum salt"[tw] OR "Chromic acid, lead salt"[tw] OR "Chromic acid, lead(2+) salt (1:1)"[tw] OR "Chromium lead molybdenum oxide"[tw] OR "Chromium lead oxide"[tw] OR "CI pigment metal 4"[tw] OR "CI Pigment Yellow 46"[tw] OR "Collodial lead phosphate"[tw] OR "Dibasic lead acetate"[tw] OR "Dibasic lead carbonate"[tw] OR "Dibasic lead sulfate"[tw] OR "Entan"[tw] OR "Fast White"[tw] OR "Flowsperse R 12"[tw] OR "Freemans White Lead"[tw] OR "Galena"[tw] OR "Glover"[tw] OR "Gold Satinobre"[tw] OR "Heuconin 5"[tw] OR "Lead (II) carbonate"[tw] OR "Lead (II) chloride"[tw] OR "Lead (II) chromate"[tw] OR "Lead (II) iodide"[tw] OR "Lead (II) nitrate"[tw] OR "Lead (II) oxide"[tw] OR "Lead (II) sulfate"[tw] OR "Lead (II) sulfide"[tw] OR "Lead (II, IV) oxide"[tw] OR "Lead (IV) oxide "[tw] OR "Lead 2,4,6-trinitro-m-phenylene dioxide"[tw] OR "Lead acetate"[tw] OR "Lead azide"[tw] OR "Lead bis(tetrafluoroborate)"[tw] OR "Lead borofluoride"[tw] OR "Lead boron fluoride"[tw] OR "Lead Bottoms"[tw] OR "Lead bromide"[tw] OR "Lead brown"[tw] OR "Lead carbonate"[tw] OR "Lead chloride"[tw] OR "Lead chromate"[tw] OR "Lead chromate(VI)"[tw] OR "Lead chromium oxide (PbCrO4)"[tw] OR "Lead di(acetate)"[tw] OR "Lead diacetate"[tw] OR "Lead diazide"[tw] OR "Lead dibasic acetate"[tw] OR "Lead dibromide"[tw] OR "Lead dichloride"[tw] OR "Lead diiodide"[tw] OR "Lead dinitrate"[tw] OR "Lead dioxide"[tw] OR "Lead element"[tw] OR "Lead flake"[tw] OR "Lead fluoborate"[tw] OR "Lead fluoroborate"[tw] OR "Lead iodide"[tw] OR "Lead metal"[tw] OR "Lead molybdate chromate"[tw] OR "Lead molybdenum chromate"[tw] OR "Lead monooxide"[tw] OR "Lead monosulfate"[tw] OR "Lead monosulfide"[tw] OR "Lead monoxide"[tw] OR "Lead nitrate"[tw] OR "Lead orthophosphate"[tw] OR "Lead orthoplumbate"[tw] OR "Lead oxide"[tw] OR "Lead peroxide"[tw] OR "Lead phosphate"[tw] OR "Lead protoxide"[tw] OR "Lead S 2"[tw] OR "Lead S2"[tw] OR "Lead styphnate"[tw] OR "Lead sulfate"[tw] OR "Lead sulfide"[tw] OR "Lead sulphate"[tw] OR "Lead sulphide"[tw] OR "Lead superoxide"[tw] OR "Lead tetraethide"[tw] OR "Lead tetraethyl"[tw] OR "Lead tetrafluoroborate"[tw] OR "Lead tetraoxide"[tw] OR "Lead tetroxide"[tw] OR "Lead tricinate"[tw] OR "Lead |

LEAD

B-6

APPENDIX B

## Table B-2.  Database Query Strings

| Database search date | Query string |
|---|---|
| | trinitroresorcinate"[tw] OR "Lead(+2) sulfate"[tw] OR "Lead(2+) acetate"[tw] OR "Lead(2+) azide"[tw] OR "Lead(2+) bis(nitrate)"[tw] OR "Lead(2+) bromide"[tw] OR "Lead(2+) carbonate"[tw] OR "Lead(2+) chloride"[tw] OR "Lead(2+) nitrate"[tw] OR "Lead(2+) oxide"[tw] OR "Lead(2+) phosphate"[tw] OR "Lead(2+) phosphate (Pb3(PO4)2)"[tw] OR "Lead(2+) salt carbamic acid (1:1)"[tw] OR "Lead(2+) sulfate"[tw] OR "Lead(2+) sulfide"[tw] OR "Lead(II) acetate"[tw] OR "Lead(II) azide"[tw] OR "Lead(II) bromide"[tw] OR "Lead(II) carbonate"[tw] OR "Lead(II) chloride"[tw] OR "Lead(II) chromate"[tw] OR "Lead(II) dinitrate"[tw] OR "Lead(II) iodide"[tw] OR "Lead(II) nitrate"[tw] OR "Lead(II) oxide"[tw] OR "Lead(II) phosphate"[tw] OR "Lead(II) phosphate (3:2)"[tw] OR "Lead(II) styphnate"[tw] OR "Lead(II) sulfate"[tw] OR "Lead(II) sulfide"[tw] OR "Lead(II) tetrafluoroborate"[tw] OR "Lead(IV) oxide"[tw] OR "Lead, elemental"[tw] OR "Lead, inorganic"[tw] OR "Lead, tetraethyl"[tw] OR "Lead, tetraethyl-"[tw] OR "Lead-molybdenum chromate"[tw] OR "Litharge"[tw] OR "Massicot"[tw] OR "Massicotite"[tw] OR "Mennige"[tw] OR "Milk White"[tw] OR "mine orange"[tw] OR "Mineral Orange"[tw] OR "Mineral red"[tw] OR "minio anaranjado"[tw] OR "Minium"[tw] OR "Molybdenum-lead chromate"[tw] OR "Mulhouse White"[tw] OR "Nitric acid lead(2+) salt"[tw] OR "Nitric acid, lead(2+) salt"[tw] OR "Orange lead"[tw] OR "Orangemennige"[tw] OR "Paris Red"[tw] OR "PbSO4"[tw] OR "Perlex paste 500"[tw] OR "Perlex paste 600A"[tw] OR "Phoenicochroite"[tw] OR "Phosphoric acid, lead salt"[tw] OR "Phosphoric acid, lead(2+) salt (2:3)"[tw] OR "Pigment Red 105"[tw] OR "Pigment White 3"[tw] OR "Pigment Yellow 34"[tw] OR "Pigment Yellow 46"[tw] OR "Plumbane"[tw] OR "Plumbi"[tw] OR "Plumbic oxide"[tw] OR "Plumboplumbic oxide"[tw] OR "Plumbous"[tw] OR "Plumbum"[tw] OR "Red lead"[tw] OR "Resorcinol, 2,4,6-trinitro-, lead(2+) salt (1:1)"[tw] OR "Rough lead bullion"[tw] OR "Royal Yellow 6000"[tw] OR "Salt of saturn"[tw] OR "Sandix"[tw] OR "Saturn red"[tw] OR "Sugar of lead"[tw] OR "Sulfuric acid, lead(2+) salt"[tw] OR "Tetra Ethylene Lead"[tw] OR "Tetra(methylethyl)lead"[tw] OR "Tetraethyl lead"[tw] OR "Tetraethyl plumbane"[tw] OR "Tetraethyllead"[tw] OR "Tetraethyllead, liquid"[tw] OR "tetraethylplomb"[tw] OR "Tetraethylplombane"[tw] OR "Tetraethylplumbane"[tw] OR "tetraetilplomo"[tw] OR "Thiolead A"[tw] OR "Tricinat"[tw] OR "Trilead bis(orthophosphate)"[tw] OR "Trilead phosphate"[tw] OR "Trilead tetraoxide"[tw] OR "Trilead tetroxide"[tw] OR "Unichem PBA"[tw] OR "Yellow lead ocher"[tw]) NOT medline[sb] AND (2016/02/01 : 3000[crdt] OR 2016/02/01 : 3000[edat] OR 2015/02/01 : 3000[dp])))) OR (((("Lead"[ti] NOT "lead to"[ti]) OR "Pb"[ti] OR "PbS"[ti] OR "PbO"[ti]) NOT medline[sb]) AND (2016/02/01 : 3000[crdt] OR 2016/02/01 : 3000[edat] OR 2015/02/01 : 3000[dp])) |
| Toxline 09/2019 | Date limit: 2015 to present: (10031-22-8[rn] OR 10099-74-8[rn] OR 10101-63-0[rn] OR 11119-70-3[rn] OR 12709-98-7[rn] OR 1309-60-0[rn] OR 1314-41-6[rn] OR 1314-87-0[rn] OR 1317-36-8[rn] OR 13424-46-9[rn] OR 13814-96-5[rn] OR 15245-44-0[rn] OR 16040-38-3[rn] OR 39377-56-5[rn] OR 598-63-0[rn] OR 7439-92-1[rn] OR 7446-14-2[rn] OR 7446-27-7[rn] OR 7758-95-4[rn] OR 7758-97-6[rn] OR 78-00-2[rn]) AND ( ANEUPL [org] OR BIOSIS [org] OR CIS [org] OR DART [org] OR EMIC [org] OR EPIDEM [org] OR HEEP [org] OR HMTC [org] OR IPA [org] OR RISKLINE [org] OR MTGABS [org] OR NIOSH [org] OR NTIS [org] OR PESTAB [org] OR PPBIB [org] ) <br><br> ("1,3-Benzenediol, 2,4,6-trinitro-, lead(2+) salt (1:1)" OR "Acetic acid lead(2+) salt" OR "Acetic acid, lead salt" OR "Acetic acid, lead(2 +) salt" OR "Acetic acid, lead(2+) salt" OR "Anglislite" OR "Azarcon" OR "Borate(1-), tetrafluoro-, lead (2+)" OR "Borate(1-), tetrafluoro-, lead(2+)" OR "C.I. Pigment Metal 4" OR "C.I. Pigment Yellow 46" OR "CARBONIC ACID, LEAD SALT (1:1)" OR "Carbonic acid, lead salt (2+) (1:1)") AND ( ANEUPL [org] OR BIOSIS [org] OR CIS [org] OR DART [org] OR EMIC [org] OR EPIDEM |

## Table B-2.  Database Query Strings

| Database search date | Query string |
|---|---|
| | [org] OR HEEP [org] OR HMTC [org] OR IPA [org] OR RISKLINE [org] OR MTGABS [org] OR NIOSH [org] OR NTIS [org] OR PESTAB [org] OR PPBIB [org] ) |
| | ("Carbonic acid, lead(2+) salt" OR "Cerussete" OR "Cerussite" OR "Chrome Orange" OR "Chrome Yellow" OR "Chromic acid (H2CrO4), lead(2+) salt (1:1)" OR "Chromic acid lead salt " OR "CHROMIC ACID, LEAD (2+) SALT (1:1)" OR "Chromic Acid, Lead (II) Salt (1:1)" OR "Chromic acid, lead and molybdenum salt" OR "Chromic acid, lead salt" OR "Chromic acid, lead(2+) salt (1:1)" OR "Chromium lead molybdenum oxide") AND ( ANEUPL [org] OR BIOSIS [org] OR CIS [org] OR DART [org] OR EMIC [org] OR EPIDEM [org] OR HEEP [org] OR HMTC [org] OR IPA [org] OR RISKLINE [org] OR MTGABS [org] OR NIOSH [org] OR NTIS [org] OR PESTAB [org] OR PPBIB [org] ) |
| | ("Chromium lead oxide" OR "CI pigment metal 4" OR "CI Pigment Yellow 46" OR "Collodial lead phosphate" OR "Dibasic lead acetate" OR "Dibasic lead carbonate" OR "Dibasic lead sulfate" OR "Entan" OR "Fast White" OR "Flowsperse R 12" OR "Freemans White Lead" OR "Galena" OR "Glover" OR "Gold Satinobre" OR "Heuconin 5" OR "Lead (II) carbonate" OR "Lead (II) chloride" OR "Lead (II) chromate" OR "Lead (II) iodide" OR "Lead (II) nitrate" OR "Lead (II) oxide" OR "Lead (II) sulfate" OR "Lead (II) sulfide") AND ( ANEUPL [org] OR BIOSIS [org] OR CIS [org] OR DART [org] OR EMIC [org] OR EPIDEM [org] OR HEEP [org] OR HMTC [org] OR IPA [org] OR RISKLINE [org] OR MTGABS [org] OR NIOSH [org] OR NTIS [org] OR PESTAB [org] OR PPBIB [org] ) |
| | ("Lead (II,IV) oxide" OR "Lead (IV) oxide " OR "Lead 2,4,6-trinitro-m-phenylene dioxide" OR "Lead acetate" OR "Lead azide" OR "Lead bis(tetrafluoroborate)" OR "Lead borofluoride" OR "Lead boron fluoride" OR "Lead Bottoms" OR "Lead bromide" OR "Lead brown" OR "Lead carbonate" OR "Lead chloride" OR "Lead chromate" OR "Lead chromate(VI)" OR "Lead chromium oxide (PbCrO4)" OR "Lead di(acetate)") AND ( ANEUPL [org] OR BIOSIS [org] OR CIS [org] OR DART [org] OR EMIC [org] OR EPIDEM [org] OR HEEP [org] OR HMTC [org] OR IPA [org] OR RISKLINE [org] OR MTGABS [org] OR NIOSH [org] OR NTIS [org] OR PESTAB [org] OR PPBIB [org] ) |
| | ("Lead diacetate" OR "Lead diazide" OR "Lead dibasic acetate" OR "Lead dibromide" OR "Lead dichloride" OR "Lead diiodide" OR "Lead dinitrate" OR "Lead dioxide" OR "Lead element" OR "Lead flake" OR "Lead fluoborate" OR "Lead fluoroborate" OR "Lead iodide" OR "Lead metal" OR "Lead molybdate chromate" OR "Lead molybdenum chromate" OR "Lead monooxide" OR "Lead monosulfate" OR "Lead monosulfide") AND ( ANEUPL [org] OR BIOSIS [org] OR CIS [org] OR DART [org] OR EMIC [org] OR EPIDEM [org] OR HEEP [org] OR HMTC [org] OR IPA [org] OR RISKLINE [org] OR MTGABS [org] OR NIOSH [org] OR NTIS [org] OR PESTAB [org] OR PPBIB [org] ) |
| | ("Lead monoxide" OR "Lead nitrate" OR "Lead orthophosphate" OR "Lead orthoplumbate" OR "Lead oxide" OR "Lead peroxide" OR "Lead phosphate" OR "Lead protoxide" OR "Lead S 2" OR "Lead S2" OR "Lead styphnate" OR "Lead sulfate" OR "Lead sulfide" OR "Lead sulphate" OR "Lead sulphide" OR "Lead superoxide" OR "Lead tetraethide" OR "Lead tetraethyl" OR "Lead tetrafluoroborate" OR "Lead tetraoxide") AND ( ANEUPL [org] OR BIOSIS [org] OR CIS [org] OR DART [org] OR EMIC [org] OR EPIDEM [org] OR HEEP [org] OR HMTC [org] OR IPA [org] OR RISKLINE [org] OR MTGABS [org] OR NIOSH [org] OR NTIS [org] OR PESTAB [org] OR PPBIB [org] ) |
| | ("Lead tetroxide" OR "Lead tricinate" OR "Lead trinitroresorcinate" OR "Lead(+2) sulfate" OR "Lead(2+) acetate" OR "Lead(2+) azide" OR "Lead(2+) bis(nitrate)" OR "Lead(2+) bromide" OR "Lead(2+) carbonate" OR "Lead(2+) chloride" OR "Lead(2+) nitrate" OR "Lead(2+) oxide" OR "Lead(2+) phosphate" OR "Lead(2+) phosphate (Pb3(PO4)2)" OR "Lead(2+) salt carbamic acid (1:1) " OR "Lead(2+) sulfate") AND ( ANEUPL [org] OR BIOSIS [org] OR CIS [org] OR DART [org] OR EMIC [org] OR EPIDEM [org] OR HEEP |

## Table B-2. Database Query Strings

| Database search date | Query string |
|---|---|
| | [org] OR HMTC [org] OR IPA [org] OR RISKLINE [org] OR MTGABS [org] OR NIOSH [org] OR NTIS [org] OR PESTAB [org] OR PPBIB [org] ) |
| | ("Lead(2+) sulfide" OR "Lead(II) acetate" OR "Lead(II) azide" OR "Lead(II) bromide" OR "Lead(II) carbonate" OR "Lead(II) chloride" OR "Lead(II) chromate" OR "Lead(II) dinitrate" OR "Lead(II) iodide" OR "Lead(II) nitrate" OR "Lead(II) oxide" OR "Lead(II) phosphate" OR "Lead(II) phosphate (3:2)" OR "Lead(II) styphnate" OR "Lead(II) sulfate" OR "Lead(II) sulfide" OR "Lead(II) tetrafluoroborate" OR "Lead(IV) oxide") AND ( ANEUPL [org] OR BIOSIS [org] OR CIS [org] OR DART [org] OR EMIC [org] OR EPIDEM [org] OR HEEP [org] OR HMTC [org] OR IPA [org] OR RISKLINE [org] OR MTGABS [org] OR NIOSH [org] OR NTIS [org] OR PESTAB [org] OR PPBIB [org] ) |
| | ("Lead, elemental" OR "Lead, inorganic" OR "Lead, tetraethyl" OR "Lead, tetraethyl-" OR "Lead-molybdenum chromate" OR "Litharge" OR "Massicot" OR "Massicotite" OR "Mennige" OR "Milk White" OR "mine orange" OR "Mineral Orange" OR "Mineral red" OR "minio anaranjado" OR "Minium" OR "Molybdenum-lead chromate" OR "Mulhouse White" OR "Nitric acid lead(2+) salt" OR "Nitric acid, lead(2+) salt") AND ( ANEUPL [org] OR BIOSIS [org] OR CIS [org] OR DART [org] OR EMIC [org] OR EPIDEM [org] OR HEEP [org] OR HMTC [org] OR IPA [org] OR RISKLINE [org] OR MTGABS [org] OR NIOSH [org] OR NTIS [org] OR PESTAB [org] OR PPBIB [org] ) |
| | ("Orange lead" OR "Orangemennige" OR "Paris Red" OR "PbSO4" OR "Perlex paste 500" OR "Perlex paste 600A" OR "Phoenicochroite" OR "Phosphoric acid, lead salt" OR "Phosphoric acid, lead(2+) salt (2:3)" OR "Pigment Red 105" OR "Pigment White 3" OR "Pigment Yellow 34" OR "Pigment Yellow 46" OR "Plumbane" OR "Plumbi" OR "Plumbic oxide" OR "Plumboplumbic oxide" OR "Plumbous" OR "Plumbum") AND ( ANEUPL [org] OR BIOSIS [org] OR CIS [org] OR DART [org] OR EMIC [org] OR EPIDEM [org] OR HEEP [org] OR HMTC [org] OR IPA [org] OR RISKLINE [org] OR MTGABS [org] OR NIOSH [org] OR NTIS [org] OR PESTAB [org] OR PPBIB [org] ) |
| | ("Red lead" OR "Resorcinol, 2,4,6-trinitro-, lead(2+) salt (1:1)" OR "Rough lead bullion" OR "Royal Yellow 6000" OR "Salt of saturn" OR "Sandix" OR "Saturn red" OR "Sugar of lead" OR "Sulfuric acid, lead(2+) salt" OR "Tetra Ethylene Lead" OR "Tetra(methylethyl)lead" OR "Tetraethyl lead" OR "Tetraethyl plumbane" OR "Tetraethyllead" OR "Tetraethyllead, liquid" OR "tetraethylplomb") AND ( ANEUPL [org] OR BIOSIS [org] OR CIS [org] OR DART [org] OR EMIC [org] OR EPIDEM [org] OR HEEP [org] OR HMTC [org] OR IPA [org] OR RISKLINE [org] OR MTGABS [org] OR NIOSH [org] OR NTIS [org] OR PESTAB [org] OR PPBIB [org] ) |
| | ("Tetraethylplombane" OR "Tetraethylplumbane" OR "tetraetilplomo" OR "Thiolead A" OR "Tricinat" OR "Trilead bis(orthophosphate)" OR "Trilead phosphate" OR "Trilead tetraoxide" OR "Trilead tetroxide" OR "Unichem PBA" OR "Yellow lead ocher") AND ( ANEUPL [org] OR BIOSIS [org] OR CIS [org] OR DART [org] OR EMIC [org] OR EPIDEM [org] OR HEEP [org] OR HMTC [org] OR IPA [org] OR RISKLINE [org] OR MTGABS [org] OR NIOSH [org] OR NTIS [org] OR PESTAB [org] OR PPBIB [org] ) |
| | Term searched as exact words:<br>"lead" AND ( ANEUPL [org] OR BIOSIS [org] OR CIS [org] OR DART [org] OR EMIC [org] OR EPIDEM [org] OR HEEP [org] OR HMTC [org] OR IPA [org] OR RISKLINE [org] OR MTGABS [org] OR NIOSH [org] OR NTIS [org] OR PESTAB [org] OR PPBIB [org] ) |
| | Date limit: 2013 to present:<br>"Plumbism" OR "saturnism" OR "colica pictorum" OR "Devon colic" OR "painter's colic" |
| **Toxcenter** | |
| 09/2019 | L1    8918 SEA 10031-22-8 OR 10099-74-8 OR 10101-63-0 OR 11119-70-3 OR |

## Table B-2.  Database Query Strings

| Database search date | Query string |
|---|---|
| | 12709-98-7 OR 1309-60-0 OR 1314-41-6 OR 1314-87-0 OR 1317-36-8 OR 13424-46-9 |
| L2 | 239150 SEA 13814-96-5 OR 15245-44-0 OR 16040-38-3 OR 301-04-2 OR 39377-56-5 OR 598-63-0 OR 7439-92-1 OR 7446-14-2 OR 7446-27-7 OR 7758-95-4 OR 7758-97-6 OR 78-00-2 |
| L3 | 244612 SEA L1 OR L2 |
| L4 | 244408 SEA L3 NOT TSCATS/FS |
| L5 | 225905 SEA L4 NOT PATENT/DT |
| L6 | 26519 SEA L5 AND ED>=20160201 |
| | --------- |
| | ACT TOXQUERY/Q |
| L7 | QUE (CHRONIC OR IMMUNOTOX? OR NEUROTOX? OR TOXICOKIN? OR BIOMARKER? OR NEUROLOG?) |
| L8 | QUE (PHARMACOKIN? OR SUBCHRONIC OR PBPK OR  EPIDEMIOLOGY/ST,CT, IT) |
| L9 | QUE (ACUTE OR SUBACUTE OR LD50# OR LD(W)50 OR LC50# OR LC(W)50) |
| L10 | QUE (TOXICITY OR ADVERSE OR POISONING)/ST,CT,IT |
| L11 | QUE (INHAL? OR PULMON? OR NASAL? OR LUNG?  OR RESPIR?) |
| L12 | QUE ((OCCUPATION? OR WORKPLACE? OR WORKER?) AND EXPOS?) |
| L13 | QUE (ORAL OR ORALLY OR INGEST? OR GAVAGE? OR DIET OR DIETS OR DIETARY OR DRINKING(W)WATER?) |
| L14 | QUE (MAXIMUM AND CONCENTRATION? AND (ALLOWABLE OR PERMISSIBLE)) |
| L15 | QUE (ABORT? OR ABNORMALIT? OR EMBRYO? OR CLEFT? OR FETUS?) |
| L16 | QUE (FOETUS? OR FETAL? OR FOETAL? OR FERTIL? OR MALFORM? OR OVUM?) |
| L17 | QUE (OVA OR OVARY OR PLACENTA? OR PREGNAN? OR PRENATAL?) |
| L18 | QUE (PERINATAL? OR POSTNATAL? OR REPRODUC? OR STERIL? OR TERATOGEN?) |
| L19 | QUE (SPERM OR SPERMAC? OR SPERMAG? OR SPERMATI? OR SPERMAS? OR SPERMATOB? OR SPERMATOC? OR SPERMATOG?) |
| L20 | QUE (SPERMATOI? OR SPERMATOL? OR SPERMATOR? OR SPERMATOX? OR SPERMATOZ? OR SPERMATU? OR SPERMI? OR SPERMO?) |
| L21 | QUE (NEONAT? OR NEWBORN? OR DEVELOPMENT OR DEVELOPMENTAL?) |
| L22 | QUE (ENDOCRIN? AND DISRUPT?) |
| L23 | QUE (ZYGOTE? OR CHILD OR CHILDREN OR ADOLESCEN? OR INFANT?) |
| L24 | QUE (WEAN? OR OFFSPRING OR AGE(W)FACTOR?) |
| L25 | QUE (DERMAL? OR DERMIS OR SKIN OR EPIDERM? OR CUTANEOUS?) |
| L26 | QUE (CARCINOG? OR COCARCINOG? OR CANCER? OR PRECANCER? OR NEOPLAS?) |
| L27 | QUE (TUMOR? OR TUMOUR? OR ONCOGEN? OR LYMPHOMA? OR CARCINOM?) |
| L28 | QUE (GENETOX? OR GENOTOX? OR MUTAGEN? OR GENETIC(W)TOXIC?) |
| L29 | QUE (NEPHROTOX? OR HEPATOTOX?) |
| L30 | QUE (ENDOCRIN? OR ESTROGEN? OR ANDROGEN? OR HORMON?) |
| L31 | QUE (OCCUPATION? OR WORKER? OR WORKPLACE? OR EPIDEM?) |
| L32 | QUE L7 OR L8 OR L9 OR L10 OR L11 OR L12 OR L13 OR L14 OR L15 OR L16 OR L17 OR L18 OR L19 OR L20 OR L21 OR L22 OR L23 OR L24 OR L25 OR L26 OR L27 OR L28 OR L29 OR L30 OR L31 |
| L33 | QUE (RAT OR RATS OR MOUSE OR MICE OR GUINEA(W)PIG? OR MURIDAE OR DOG OR DOGS OR RABBIT? OR HAMSTER? OR PIG OR PIGS OR SWINE OR PORCINE OR MONKEY? OR MACAQUE?) |
| L34 | QUE (MARMOSET? OR FERRET? OR GERBIL? OR RODENT? OR LAGOMORPHA OR BABOON? OR CANINE OR CAT OR CATS OR FELINE OR MURINE) |
| L35 | QUE L32 OR L33 OR L34 |
| L36 | QUE (HUMAN OR HUMANS OR HOMINIDAE OR MAMMALS OR MAMMAL? OR |

APPX ATT_V6_2870

## Table B-2.  Database Query Strings

| Database search date | Query string |
|---|---|
| | PRIMATES OR PRIMATE?) |
| L37 | QUE L35 OR L36 |
| | -------- |
| L38 | 14067 SEA L6 AND L37 |
| L39 | 2663 SEA L38 AND MEDLINE/FS |
| L40 | 4980 SEA L38 AND BIOSIS/FS |
| L41 | 6411 SEA L38 AND CAPLUS/FS |
| L42 | 13 SEA L38 NOT (L39 OR L40 OR L41) |
| L43 | 11438 DUP REM L39 L40 L42 L41 (2629 DUPLICATES REMOVED) |
| | ANSWERS '1-11438' FROM FILE TOXCENTER |
| L*** DEL | 2663 S L38 AND MEDLINE/FS |
| L*** DEL | 2663 S L38 AND MEDLINE/FS |
| L44 | 2663 SEA L43 |
| L*** DEL | 4980 S L38 AND BIOSIS/FS |
| L*** DEL | 4980 S L38 AND BIOSIS/FS |
| L45 | 3952 SEA L43 |
| L*** DEL | 6411 S L38 AND CAPLUS/FS |
| L*** DEL | 6411 S L38 AND CAPLUS/FS |
| L46 | 4810 SEA L43 |
| L*** DEL | 13 S L38 NOT (L39 OR L40 OR L41) |
| L*** DEL | 13 S L38 NOT (L39 OR L40 OR L41) |
| L47 | 13 SEA L43 |
| L48 | 8775 SEA (L44 OR L45 OR L46 OR L47) NOT MEDLINE/FS |
| | SAVE TEMP L48 LEAD/A |

## Table B-3.  Strategies to Augment the Literature Search

| Source | Query and number screened when available |
|---|---|
| **TSCATS via ChemView** | |
| 09/2019 | Compounds searched: 10031-22-8; 10099-74-8; 10101-63-0; 11119-70-3; 12709-98-7; 1309-60-0; 1314-41-6; 1314-87-0; 1317-36-8; 13424-46-9; 13814-96-5; 15245-44-0; 16040-38-3; 301-04-2; 39377-56-5; 598-63-0; 7439-92-1; 7446-14-2; 7446-27-7; 7758-95-4; 7758-97-6; 78-00-2 |
| **NTP** | |
| 09/2019 | NTP Site Search (http://ntpsearch.niehs.nih.gov/home), date limit 2015 to present: |
| | "10031-22-8" "10099-74-8" "10101-63-0" "11119-70-3" |
| | "12709-98-7" "1309-60-0" "1314-41-6" "1314-87-0" |
| | "1317-36-8" "13424-46-9" "13814-96-5" "15245-44-0" |
| | "16040-38-3" "301-04-2" "39377-56-5" "598-63-0" |
| | "7439-92-1" "7446-14-2" "7446-27-7" "7758-95-4" |
| | "7758-97-6" "78-00-2" |
| | Limited to content types reports & publications; systematic reviews; ROC profiles, reviews, or candidates; or testing status, date limit 2015 to present: "lead" |
| **Regulations.gov** | |
| 10/2019 | Compounds searched: 10031-22-8; 10099-74-8; 10101-63-0; 11119-70-3; 12709-98-7; 1309-60-0; 1314-41-6; 1314-87-0; 1317-36-8; 13424-46-9; 13814- |

| Table B-3.  Strategies to Augment the Literature Search |
|---|

| Source | Query and number screened when available |
|---|---|
| | 96-5; 15245-44-0; 16040-38-3; 301-04-2; 39377-56-5; 598-63-0; 7439-92-1; 7446-14-2; 7446-27-7; 7758-95-4; 7758-97-6; 78-00-2 |
| **NIH RePORTER** | |
| 01/2020 | Search in: Projects    AdminIC: All,   Fiscal Year: Active Projects   Text Search (Advanced): |

"1,3-Benzenediol, 2,4,6-trinitro-, lead" OR "Acetic acid lead " OR "Acetic acid, lead salt" OR "Acetic acid, lead " OR "Acetic acid, lead " OR "Anglislite" OR "Azarcon" OR "Borate(1-), tetrafluoro-, lead" OR "Borate(1-), tetrafluoro-, lead" OR "C.I. Pigment Metal 4" OR "C.I. Pigment Yellow 46" OR "CARBONIC ACID, LEAD SALT" OR "Carbonic acid, lead salt" OR "Carbonic acid, lead" OR "Cerussete" OR "Cerussite" OR "Chrome Orange" OR "Chrome Yellow" OR "Chromic acid (H2CrO4), lead" OR "Chromic acid lead salt " OR "CHROMIC ACID, LEAD" OR "Chromic Acid, Lead (II) Salt" OR "Chromic acid, lead and molybdenum salt" OR "Chromic acid, lead salt" OR "Chromic acid, lead" OR "Chromium lead molybdenum oxide" OR "Chromium lead oxide" OR "CI pigment metal 4" OR "CI Pigment Yellow 46" OR "Collodial lead phosphate" OR "Dibasic lead acetate" OR "Dibasic lead carbonate" OR "Dibasic lead sulfate" OR "Entan" OR "Fast White" OR "Flowsperse R 12" OR "Freemans White Lead" OR "Galena" OR "Glover" OR "Gold Satinobre" OR "Heuconin 5" OR "Lead (II) carbonate" OR "Lead (II) chloride" OR "Lead (II) chromate" OR "Lead (II) iodide" OR "Lead (II) nitrate" OR "Lead (II) oxide" OR "Lead (II) sulfate" OR "Lead (II) sulfide" OR "Lead (II, IV) oxide" OR "Lead (IV) oxide " OR "Lead 2,4,6-trinitro-m-phenylene dioxide" OR "Lead acetate" OR "Lead azide" OR "Lead bis(tetrafluoroborate)" OR "Lead borofluoride" OR "Lead boron fluoride" OR "Lead Bottoms" OR "Lead bromide" OR "Lead brown" OR "Lead carbonate" OR "Lead chloride" OR "Lead chromate" OR "Lead chromate(VI)" OR "Lead chromium oxide (PbCrO4)" OR "Lead di(acetate)" OR "Lead diacetate" OR "Lead diazide" OR "Lead dibasic acetate" OR "Lead dibromide" OR "Lead dichloride" OR "Lead diiodide" OR "Lead dinitrate" OR "Lead dioxide" OR "Lead element" OR "Lead flake" OR "Lead fluoborate" OR "Lead fluoroborate" OR "Lead iodide" OR "Lead metal" OR "Lead molybdate chromate" OR "Lead molybdenum chromate" OR "Lead monooxide" OR "Lead monosulfate" OR "Lead monosulfide" OR "Lead monoxide" OR "Lead nitrate" OR "Lead orthophosphate" OR "Lead orthoplumbate" OR "Lead oxide" OR "Lead peroxide" OR "Lead phosphate" OR "Lead protoxide" OR "Lead S 2" OR "Lead S2" OR "Lead styphnate" OR "Lead sulfate" OR "Lead sulfide" OR "Lead sulphate" OR "Lead sulphide" OR "Lead superoxide" OR "Lead tetraethide" OR "Lead tetraethyl"

"Lead tetrafluoroborate" OR "Lead tetraoxide" OR "Lead tetroxide" OR "Lead tricinate" OR "Lead trinitroresorcinate" OR "Lead(II) acetate" OR "Lead(II) azide" OR "Lead(II) bromide" OR "Lead(II) carbonate" OR "Lead(II) chloride" OR "Lead(II) chromate" OR "Lead(II) dinitrate" OR "Lead(II) iodide" OR "Lead(II) nitrate" OR "Lead(II) oxide" OR "Lead(II) phosphate" OR "Lead(II) phosphate" OR "Lead(II) styphnate" OR "Lead(II) sulfate" OR "Lead(II) sulfide" OR "Lead(II) tetrafluoroborate" OR "Lead(IV) oxide" OR "Lead, elemental" OR "Lead, inorganic" OR "Lead, tetraethyl" OR "Lead, tetraethyl-" OR "Lead-molybdenum chromate" OR "Litharge" OR "Massicot" OR "Massicotite" OR "Mennige" OR "Milk White" OR "mine orange" OR "Mineral Orange" OR "Mineral red" OR "minio anaranjado" OR "Minium" OR "Molybdenum-lead chromate" OR "Mulhouse White" OR "Nitric acid lead" OR "Nitric acid, lead" OR "Orange lead" OR "Orangemennige" OR "Paris Red" OR "PbSO4" OR "Perlex

| Table B-3.  Strategies to Augment the Literature Search | |
|---|---|
| **Source** | **Query and number screened when available** |
| | paste 500" OR "Perlex paste 600A" OR "Phoenicochroite" OR "Phosphoric acid, lead salt" OR "Phosphoric acid, lead" OR "Pigment Red 105" OR "Pigment White 3" OR "Pigment Yellow 34" OR "Pigment Yellow 46" OR "Plumbane" OR "Plumbi" OR "Plumbic oxide" OR "Plumboplumbic oxide" OR "Plumbous" OR "Plumbum" OR "Red lead" OR "Resorcinol, 2,4,6-trinitro-, lead" OR "Rough lead bullion" OR "Royal Yellow 6000" OR "Salt of saturn" OR "Sandix" OR "Saturn red" OR "Sugar of lead" OR "Sulfuric acid, lead" OR "Tetra Ethylene Lead" OR "Tetra(methylethyl)lead" OR "Tetraethyl lead" OR "Tetraethyl plumbane" OR "Tetraethyllead" OR "Tetraethyllead, liquid" OR "tetraethylplomb" OR "Tetraethylplombane" OR "Tetraethylplumbane" OR "tetraetilplomo" OR "Thiolead A" OR "Tricinat" OR "Trilead bis(orthophosphate)" OR "Trilead phosphate" OR "Trilead tetraoxide" OR "Trilead tetroxide" OR "Unichem PBA" OR "Yellow lead ocher" OR "Lead(2) sulfate" OR "Lead(2) acetate" OR "Lead(2) azide" OR "Lead(2) bis(nitrate)" OR "Lead(2) bromide" OR "Lead(2) carbonate" OR "Lead(2) chloride" OR "Lead(2) nitrate" OR "Lead(2) oxide" OR "Lead(2) phosphate" OR "Lead(2) phosphate (Pb3(PO4)2)" OR "Lead(2) salt carbamic acid" OR "Lead(2) sulfate" OR "Lead(2) sulfide" |
| | "lead poisoning" OR "Plumbism" OR "saturnism" OR "colica pictorum" OR "Devon colic" OR "painter's colic" |
| | "blood lead" |
| | Search in: Projects  Limit to: Project Title,   AdminIC: All,  Fiscal Year: Active Projects  Text Search  (Advanced): "lead" not ("lead academic" or "lead optimization") |
| **Other** | Identified throughout the assessment process |

The 2019 results were:

- Number of records identified from PubMed, TOXLINE, and TOXCENTER (after duplicate removal):  15,240
- Number of records identified from other strategies:  107
- Total number of records to undergo literature screening:  15,347

## B.1.2  Literature Screening

A two-step process was used to screen the literature search to identify relevant studies on Pb:

- Title and abstract screen
- Full text screen

*Title and Abstract Screen.*  Within the reference library, titles and abstracts were screened manually for relevance.  Studies that were considered relevant (see Table B-1 for inclusion criteria) were moved to the second step of the literature screening process.  Studies were excluded when the title and abstract clearly indicated that the study was not relevant to the toxicological profile.

- Number of titles and abstracts screened:  388
- Number of studies considered relevant and moved to the next step:  388

***Full Text Screen.*** The second step in the literature screening process was a full text review of individual studies considered relevant in the title and abstract screen step. Each study was reviewed to determine whether it was relevant for inclusion in the toxicological profile.

- Number of studies undergoing full text review:  388
- Number of studies cited in the pre-public draft of the toxicological profile:  1,589
- Total number of studies cited in the profile: 1,803

A summary of the results of the literature search and screening is presented in Figure B-1.

### Figure B-1.  September 2019 Literature Search Results and Screen for Lead (Pb)



LEAD                                                                                                                          C-1

# APPENDIX C.  INGESTION OF LEAD DEBRIS

The main focus of this ATSDR Toxicological Profile for Lead is on health effects of chronic low-level environmental exposures.  The profile also provides information on the clinical presentation of acute Pb toxicity, which occurs when large amounts of Pb are ingested.  In children, this often occurs through ingestion of paint chips containing Pb, Pb-contaminated soils, or other non-solid forms of Pb.  Ingestion of solid forms of Pb (Pb debris) is a unique exposure scenario in which there is accidental or purposeful ingestion of visible debris containing Pb.  This exposure may be acute (debris is expelled or removed from the body soon after ingestion) or chronic (Pb debris is retained within the body, leading to continued elevation in PbB).  There are several sources of Pb debris, including Pb shot or other debris found at firing or artillery ranges, or Pb shot found in wild game meats.  The information presented below reviews toxicokinetics and adverse health effects of ingested Pb debris.  Information regarding the chemistry, fate, and transport of Pb debris is reviewed in Chapter 5.  It should also be noted that in addition to ingestion of Pb debris, retained Pb shot or shrapnel, especially in military personnel, could contribute to elevated PbB (Gerhardsson et al. 2002; McQuirter et al. 2004); this possibility should be considered in individuals as appropriate.

***Overview.***  No controlled studies in humans have evaluated bioavailability or toxicity of ingested Pb debris (e.g., Pb shot and other Pb-containing debris from artillery or shooting ranges).  Available information is anecdotal, obtained from case reports.  Thus, data are not sufficient to determine the bioavailability of ingested Pb debris or to develop dose-response relationships for toxicity.  Case reports of acute exposures from ingestion of Pb debris are summarized in Table C-1; these reports demonstrate the following:

- PbB rises rapidly (within hours to a few days) following ingestion of Pb debris.
- The clinical presentation of toxicity following ingestion of Pb debris is the same as that observed for acute Pb poisoning from ingestion of other forms of Pb (see Section 2.2).
- Severity of toxicity of ingested Pb debris will depend upon how much Pb is absorbed (e.g., toxicity is related to PbB; see Section 2.2).
- The onset of toxicity can be rapid (within hours to a few days).
- Following removal of Pb debris from the body, PbBs decrease; however, applying clinical protocols for chelation therapy results in a more rapid decrease in PbB.
- Ingested Pb debris can be retained in the appendix of some individuals and continue to contribute to elevated PbB.

Table C-1.  Selected Case Studies of Ingestion of Solid Lead (Pb) Debris or Pb Retained in Gunshot Wounds

| Reference and exposure | Blood lead concentration (PbB) (µg/dL) | Effects | Treatment |
|---|---|---|---|
| **Banner et al. 2012**<br><br>A 15-year-old boy ingested a "handful" of Pb shot. He was admitted to the hospital for treatment 14 days after exposure. | • Post-ingestion<br>  ○ 8 days: 54<br>  ○ 14 days: 41<br>• Post-treatment (2 weeks): <5 | • Most Pb was located in the appendix (14 days post-ingestion)<br>• Abdominal pain<br>• Elevated free erythrocyte protoporphyrin | • Whole bowel irrigation<br>• Appendectomy<br>• Chelation |
| **CDC 2006**<br><br>A 4-year-old boy with previously diagnosed microcephaly and mental delays ingested a metallic charm containing Pb. Time from exposure to first medical visit was not reported. | At death: 180 | • Charm was retained in the stomach (was not removed)<br>• Intractable vomiting<br>• Cerebral edema<br>• Seizures<br>• Death | Supportive therapy |
| **Clifton et al. 2002**<br><br>A 21-month-old girl ingested Pb BB pellets. She was taken to the hospital approximately 6 hours post-ingestion. | • Pre-ingestion (routine): 12<br>• Post-ingestion (6 hours): 47<br>• Post-removal of pellets: 25<br>• Post-treatment (10 days): 16 | • Hyperactivity<br>• No signs of neurological or gastrointestinal toxicity | • Bowel irrigation<br>• Colonoscopy for removal of pellets<br>• Chelation |
| **Cox and Pesola 2005**<br><br>A 73-year-old woman ingested Pb shot in game over decades. | Not reported | • Pb shot accumulated in the appendix<br>• No information on adverse health effects was reported | Not reported |
| **Durlach et al. 1986**<br><br>A 30-year-old man ingested Pb shot in game regularly over an unspecified period of time. | • At initial examination: 67.4<br>• Post-treatment<br>  ○ 10 days: 52.2<br>  ○ 13 days: 24.5<br>  ○ 1 month: 36.8<br>  ○ 1.5 months: 31.6 | • Pb shot accumulated in the appendix<br>• Acute abdominal pain | • Bowel irritation<br>• Chelation<br>• Appendectomy |

Table C-1. Selected Case Studies of Ingestion of Solid Lead (Pb) Debris or Pb Retained in Gunshot Wounds

| Reference and exposure | Blood lead concentration (PbB) (µg/dL) | Effects | Treatment |
|---|---|---|---|
| **Fergusson et al. 1997**<br><br>A 4-year-old girl ingested a Pb fishing sinker. She was evaluated in the emergency room within 1 hour of ingestion. | • Day of ingestion: 4<br>• Day after ingestion: 16 | No signs of toxicity observed | Endoscopy |
| **Gerhardsson et al. 2002**<br><br>A man in his "late 40s" had retained Pb shot following a gunshot wound to the shoulder. Reconstructive surgery occurred 54 days post-accident. Some, but not all, of the Pb shot was removed during surgery. | Approximate (data presented graphically), time after accident:<br>• 25 days: 28<br>• 50 days: 41<br>• 54 days (day of surgery): 55<br>• ~60 days: 31<br>• 75 days: 48<br>• 200 days: 36<br>• 375 days: 30 | • No signs of toxicity observed<br>• Not all of the Pb shot could be removed during surgery | Surgical removal of Pb pellets |
| **Guillard et al. 2006**<br><br>A 2-year-old boy ingested toy money made from pure metallic Pb. | Time post-ingestion<br>• 1 day: 31.3<br>• 8 days: 61.1<br>• 1 month: 30.0<br>• 4 months: 24.9<br>• 10 months: 9.9 | • Development of microcytic anemia and increased blood zinc protoporphyrin<br>• No signs of toxicity observed | • Removal of object<br>• Chelation (8 days post-ingestion) |
| **Gustavsson and Gerhardsson 2005**<br><br>A 45-year-old woman with elevated PbB was found to have Pb shot in her intestine from ingestion of game. The Pb shot was spontaneously eliminated. Time from ingestion was estimated to be sometime between 1993 and 2001. | Time of assessment:<br>• January 2002: 55.0<br>• April 2003 (2 months post-elimination): 34.5<br>• November 2003: 7.2 | • Malaise and fatigue<br>• "Diffuse gastrointestinal symptoms" | No treatment (object was spontaneously eliminated) |

APPX ATT_V6_2877

**Table C-1.  Selected Case Studies of Ingestion of Solid Lead (Pb) Debris or Pb Retained in Gunshot Wounds**

| Reference and exposure | Blood lead concentration (PbB) (μg/dL) | Effects | Treatment |
|---|---|---|---|
| **Hatten et al. 2013**<br><br>• Case 1: A 15-year-old boy ingested rifle cartridges approximately 1 month prior to evaluation. | Case 1<br>• Initial assessment: 146<br>• 19 days post-treatment: 53<br>• 3 months post-treatment: 38 | Case 1<br>• Decreased activity level<br>• Vomiting, diarrhea, anorexia<br>• Hyperactive patellar and brachioradialis reflexes | Case 1<br>• Cartridges removed by endoscopy<br>• Chelation |
| • Case 2: A 65-year-old woman ingested several handfuls of bullets. | Case 2: Days after ingestion<br>• Day 1: 9.7<br>• Day 2: 25.7<br>• Day 3: 40.5<br>• Day 60: 17.2 | Case 2<br>• No signs of toxicity were observed | Case 2<br>• Endoscopy |
| **Larsen and Blanton 2000**<br><br>A 9-year-old boy ingested Pb shot in game; the Pb shot was retained in the appendix. | Not reported | • Abdominal pain and anorexia | Appendectomy |
| **Lyons and Filston 1994**<br><br>A 4-year-old boy ingested Pb shot, which was lodged in his appendix. | • Peak (time of assessment not reported): 23<br>• Prior to surgery (1.5 months after ingestion): 12 | • Abdominal discomfort, nausea, vomiting, diarrhea<br>• Headache | Appendectomy |
| **Madsen et al. 1988**<br><br>Seven patients with Pb shot retained in the appendix. | Range: 4.6–18.2 | Not reported | Not reported |
| **McKinney and McKinney 2000**<br><br>A 5.5-year-old girl ingested several Pb pellets. | Time after ingestion<br>• 13 hours: 57<br>• 36 hours: 79<br>After treatment:<br>• 14 days: 14.3<br>• 6 months: 25 | • Vomiting and abdominal pain<br>• Decreased blood hemoglobin and hematocrit<br>• "Mild" speech and language delays noted post-treatment | • Whole bowel irrigation<br>• Chelation |

APPX ATT_V6_2878

## Table C-1. Selected Case Studies of Ingestion of Solid Lead (Pb) Debris or Pb Retained in Gunshot Wounds

| Reference and exposure | Blood lead concentration (PbB) (µg/dL) | Effects | Treatment |
|---|---|---|---|
| **McNutt et al. 2001**<br><br>A 45-year-old male ingested 206 Pb bullets. Medical evaluation occurred 5 days after ingestion. Bullets were spontaneously eliminated over 4–47 days after first medical evaluation. | Time after ingestion:<br>• 5 days: 391<br>• 10 days: 171<br>• 25 days: 41<br>• 6 weeks: 24 | • Abdominal pain and gastrointestinal bleeding<br>• Anemia | Chelation started at initial medical visit |
| **McQuirter et al. 2004**<br><br>Subjects (n=451) 1-year following gunshot wound with retained bullets. | • PbB at time after injury: 1.9<br>• % with PbB ≥10 (days after injury)<br>  ○ 0 days: 2.1<br>  ○ 3 days: 7.6<br>  ○ 18 days: 25.1<br>  ○ 3 months: 38.1<br>  ○ 6 months: 28.5<br>  ○ 12 months: 15.8 | Not reported | Not reported |
| **CDC 2004a**<br><br>A 4-year-old boy ingested a Pb medallion. | • 2–3 weeks after ingestion: 123<br>• After treatment: 57 | • Abdominal pain, vomiting, diarrhea<br>• Normocytic anemia, elevated protoporphyrin | • Endoscopy<br>• Chelation |
| **Mowad et al. 1998**<br><br>An 8-year-old boy ingested several Pb fishing sinkers. Medical assessment was within 1 days of ingestion. | Time after ingestion:<br>• 1 day: 53<br>• 6 days: 45 (start of chelation)<br>• 1 month: 3 | No signs of toxicity observed | • Bowel irrigation<br>• Colonoscopy<br>• Chelation |
| **Rosenberg and Haynes 2019**<br><br>A 3-year-old ingested Pb pellets. | Time after ingestion:<br>• 7 days: 27<br>• Post-surgical removal: 14 | Not reported | Laproscopic removal of pellets |

APPENDIX C

## Table C-1. Selected Case Studies of Ingestion of Solid Lead (Pb) Debris or Pb Retained in Gunshot Wounds

| Reference and exposure | Blood lead concentration (PbB) (μg/dL) | Effects | Treatment |
|---|---|---|---|
| **Rozier and Liebelt 2019**<br><br>A 2-year-old boy, a 10-year-old boy, and a 16-year old girl ingested Pb pellets. | 2-year-old boy, PbB measurement:<br>• Day 0: 65<br>• 5 days post-chelation: 25.2<br><br>10-year-old boy, PbB measurement:<br>• 3 days post-ingestion: 70<br>• 7 months post-chelation: 9.5<br><br>16-year old girl, PbB measurement:<br>• 9 days post-ingestion: 53<br>• 13 days post-treatment: 3<br>• 5 weeks post-treatment: 13 | 2-year-old boy: asymptomatic<br><br>10-year-old boy: not reported<br><br>16-year old girl:<br>  abdominal pain<br>  shortness of breath | 2-year-old boy<br>• Bowel irrigation<br>• Chelation<br><br>10-year-old boy<br>• Bowel irrigation<br>• Chelation<br><br>16-year old girl<br>• Bowel irrigation<br>• Chelation<br>• Colonoscopy |
| **Treble and Thompson 2002**<br><br>A 2.5-year-old girl ingested Pb pellets. | Time after ingestion<br>• 1.5 hours: 56<br>• 29 hours: 35<br>• 94 hours: 35 | No signs of toxicity observed | Laxatives |
| **Zardawi and Siriweera 2013**<br><br>An 8-year-old boy ingested Pb pellets in game over a 2-year period. | Elevated PbB (17.4–27.4) over 2 years<br><br>Pellets observed in appendix | Hyperactivity | • Bowel irrigation<br>• Appendectomy |

APPX ATT_V6_2880

***Confounding Factors.***  There are several uncertainties from case reports on ingestion of Pb debris.  Therefore, it is not possible to determine dose, bioavailability, or accurate plasma-time concentration curves.  Uncertainties include:

- Baseline PbB data are rarely available.  Thus, it is difficult to determine the contribution of ingested Pb debris to measured PbB following ingestion.
- Time from ingestion of Pb debris to first clinical evaluation and PbB assessment is often unknown.
- No quantitative data on the dose of Pb ingested in debris are reported.
- No quantitative data on fecal excretion of ingested Pb are reported.
- Information on the chemical composition of Pb debris often is not reported.
- No information on potential differences in the bioavailability of different types of Pb debris is available

***Bioavailability of Pb Debris.***  No quantitative estimates on the bioavailability of Pb debris in humans are available.  Several case reports show increased PbB following ingestion of Pb debris, demonstrating that ingested Pb is absorbed (CDC 2006; Clifton et al. 2002; Durlach et al. 1986; Fergusson et al. 1997; Greensher et al. 1974; Guillard et al. 2006; Hatten et al. 2013; McKinney and McKinney 2000; McNutt et al. 2001; CDC 2004a; Mowad et al. 1998; Treble and Thompson 2002); see Table C-1 for details.  However, due to lack of information on ingested dose, quantitative estimates of absorption cannot be determined.  No information on bioavailability of Pb debris in animals was identified.  Lead debris retained within the body will continue to contribute to elevated PbB until it is removed from the body, either spontaneously or by medical intervention (Banner et al. 2012; Clifton et al. 2002; Durlach et al. 1986; Gerhardsson et al. 2002; Guillard et al. 2006; McQuirter et al. 2004).

Lead debris must become bioaccessible (i.e., soluble) in the gastrointestinal tract in order for it to be absorbed.  It is likely that processes thought to contribute to rendering ingested soil Pb bioaccessible also are important in rendering ingested Pb debris bioaccessible (see Section 3.1.1).  IVBA assays that measure extractable Pb have not been evaluated for predicting bioavailability or RBA of ingested Pb debris, although one study found that IVBA measured at gastric pH predicted the relatively high *in vivo* RBA (100%) of firing range soils (Bannon et al. 2009; see Section 3.1.1).

Although dose-PbB relationships and bioavailability cannot be reliably established from the published case history of Pb debris ingestion, it is possible to use exposure-biokinetics models to reconstruct the time course of PbB expected for a given acute dose of soluble Pb and, from this, estimate the relative bioavailability of Pb from ingested Pb shot that would result in a given peak PbB. This scenario assumes that Pb debris is not retained in the body. The AALM-LG (EPA 2014a) can simulate the internal biokinetics of Pb associated with daily doses of Pb. This model predicts that a child 30 months of age who has a baseline PbB of 1 µg/dL would experience a 10 µg/dL increase in PbB in response to ingestion of approximately 1 mg of soluble Pb (Figure C-1). The peak PbB would occur during the day of ingestion and PbB would return to approximately 120% of baseline in approximately 35 days following the dose. If this prediction is extrapolated to the ingestion of Pb shot or other debris, the 1 mg dose of soluble Pb could occur in association with a dose of 100 mg of debris having an RBA of 1%, or 1 g of debris having an RBA of 0.1% (see Section 3.1.5.4 *EPA All Ages Lead Model [AALM]* for more information). Figure C-1 also shows the predicted PbB pattern for six repeated, weekly events in which the child ingested 1 mg of soluble PbB. This would result in periodic increases in PbB, with the maximum following each exposure event increasing until a pseudo-steady-state PbB was reached at approximately 14.5 µg/dL (13.5 µg/dL above baseline). The PbB would return to approximately 120% of baseline in approximately 570 days after the last exposure event. This longer time to baseline following multiple exposures reflects the accrual of Pb in bone with multiple dosing and the relatively slow transfer of Pb from bone to blood after exposure ceases (see Section 3.1).

Ingestion of soil from firing ranges may also contribute to PbB. A study in juvenile swine of eight soils (sieved to <250 µm) from small arms firing ranges showed a relative bioavailability range of 77–140%, with a mean of 108 % (SD or SE [not specified]: 18%). Soil from this site largely consisted of highly bioavailable Pb carbonate. However, this study did not provide information on bioavailability of Pb debris.

LEAD

C-9

**Figure C-1.  PbB Predicted from AALM-LG for a 0.9 mg Dose of Soluble Pb Ingested by a Child 30 Months of Age**



***Retention of Pb Debris in the Appendix.***  Case reports show that Pb debris can be retained within the appendix (Banner et al. 2012; Cox and Pesola 2005; Durlach et al. 1986; Larsen and Blanton 2000; Lyons and Filston 1994; Madsen et al. 1988; Reddy 1985; Zardawi and Siriweera 2013); see Table C-1 for details.  For this to occur, the appendix must be oriented with respect to the cecum in such a way to allow objects to pass through the appendiceal-cecal orifice; approximately 45% of the population have appendices with this orientation.  However, approximately 65% of the population have appendices that might hinder foreign body access into the appendiceal lumen due to atypical anatomic position, adhesions, or kinks (Klingler et al. 1998).  In addition to orientation of the appendix, the physical size and shape of the debris likely contribute to retention.  Although it is not possible to determine the incidence of Pb debris lodged in the gastrointestinal tract or the appendix because not all cases of ingestion of Pb debris are reported in the published literature, approximately 45% of the population is predisposed to retention of Pb debris on orientation of the appendix.

***Toxicity of Ingested Pb Debris.***  Regardless of the source of Pb (e.g., ingested Pb debris, Pb paint, Pb-contaminated soil, occupational exposure), once Pb is absorbed into the body, toxicity will be related to PbB; thus, bioavailability and duration of elevated PbB, rather than the form of Pb ingested, will determine adverse health outcomes.  If ingested Pb debris is not retained by the body, toxicity of PbB

would be consistent with that described for acute Pb toxicity. A summary of peak PbBs and associated toxicity following exposure of ingested Pb debris is shown in Table C-2. Severity of toxicity increases with PbB. At PbB ≤47 µg/dL, the only adverse health effect observed was a single report of headache at a PbB of 12 µg/dL. With increased PbB, effects were observed in several organ systems and severity of effects increased. At a PbB range of 54–146 µg/dL, abdominal colic, vomiting, hematological effects, and neurological effects were observed, and at a PbB of 180 µg/dL, severe effects (seizure and cerebral edema) leading to death were observed. In most cases, the onset of toxicity occurs within hours or days of ingestion. If PbB remains elevated, either due to inadequate medical intervention or Pb that is retained within the body (i.e., appendix, gastrointestinal tract, etc.) adverse health effects associated with chronically elevated PbB would be expected to occur (see Chapter 2, Health Effects). As reviewed in Chapter 2, PbBs ≤10 µg/dL are associated with adverse health effects to numerous organ systems, including developmental and neurological effects, with severity exhibiting dose-dependence. Given the many factors that can affect development of Pb-induced toxicity, case reports of individuals cannot provide generalizations of exposure-response relationships.

**Table C-2. Peak Blood Lead Concentration (PbB) and Acute Toxicity Associated with Ingestion of Lead (Pb) Debris**

| Peak PbB (µg/dL)[a] | Effects associated with Pb exposure | References |
|---|---|---|
| 12–16 | No effects observed | Fergusson et al. 1997 |
|  | Headache | Lyons and Filston 1994 |
| 40.5–47 | No effects observed | Clifton et al. 2002; Hatten et al. 2013 |
| 54–61 | No effects observed | Mowad et al. 1998; Treble and Thompson 2002 |
|  | Abdominal colic | Banner et al. 2012 |
|  | Hematological effects[b] |  |
| 79 | Abdominal colic and vomiting | McKinney and McKinney 2000 |
|  | Hematological effects[c] |  |
|  | Neurological effects[d] |  |
| 123 | Abdominal colic, vomiting, diarrhea | CDC 2004a |
|  | Hematological effects[e] |  |
| 146 | Vomiting | Hatten et al. 2013 |
|  | Neurological signs[f] |  |
| 180 | Vomiting | CDC 2006 |
|  | Seizures |  |
|  | Cerebral edema |  |
|  | Death |  |

**Table C-2. Peak Blood Lead Concentration (PbB) and Acute Toxicity Associated with Ingestion of Lead (Pb) Debris**

| Peak PbB (µg/dL)[a] | Effects associated with Pb exposure | References |
|---|---|---|
| 391 | Abdominal colic, gastrointestinal bleeding Anemia | McNutt et al. 2001 |

[a]Peak blood Pb reported.
[b]Elevated free erythrocyte protoporphyrin or microcytic anemia and increased blood zinc protoporphyrin.
[c]Decreased blood hemoglobin and hematocrit.
[d]"Mild" speech and language delays.
[e]Normocytic anemia, elevated protoporphyrin
[f]Decreased activity level and hyperactive patellar and brachioradialis reflexes.

## REFERENCES

Banner B, Schaeffer S, Badillo RB, et al. 2012. Multiple lead appendoliths following ingestion of lead shot: Time course and removal by laporoscopic appendectomy. Clin Toxicol 50(4):266-267. http://doi.org/10.3109/15563650.2012.658473.

Bannon DI, Drexler JW, Fent GM, et al. 2009. Evaluation of small arms range soils for metal contamination and lead bioavailability. Environ Sci Technol 43(24):9071-9076. http://doi.org/10.1021/es901834h.

CDC. 2004a. Brief report: Lead poisoning from ingestion of a toy necklace- Oregon, 2003. Centers for Disease Control and Prevention. MMWR Morb Mortal Wkly Rep 53(23):509-511. https://www.cdc.gov/mmwr/preview/mmwrhtml/mm5323a5.htm.

CDC. 2006. Death of a child after ingestion of a metallic charm -- Minnesota, 2006. MMWR Morb Mortal Wkly Rep 55(12):340-341. https://www.cdc.gov/mmwr/pdf/wk/mm5512.pdf. May 23, 2017.

Clifton JC, Sigg T, Burda AM, et al. 2002. Acute pediatric lead poisoning: Combined whole bowel irrigation, succimer therapy, and endoscopic removal of ingested lead pellets. Pediatr Emerg Care 18(3):200-202. http://doi.org/10.1097/01.pec.0000019226.25165.86.

Cox WM, Pesola GR. 2005. Buckshot ingestion. N Engl J Med 353(26):e23.

Durlach V, Lisovoski F, Gross A, et al. 1986. Appendicectomy in an unusual case of lead poisoning. Lancet 1(8482):687-688.

EPA. 2014a. Development and evaluation of the all ages lead model (AALM). U.S. Environmental Protection Agency.

Fergusson J, Malecky G, Simpson E. 1997. Lead foreign body ingestion in children. J Paediatr Child Health 33:542-544.

Gerhardsson L, Dahlin L, Knebel R, et al. 2002. Blood lead concentration after a shotgun accident. Environ Health Perspect 110:115-117.

Greensher J, Mofenson HC, Balakrishnan C, et al. 1974. Leading poisoning from ingestion of lead shot. Pediatrics 54(5):641-643.

Guillard O, Flamen P, Fauconneau B. 2006. A case of acute lead poisoning in a 2-year-old child. Br J Clin Pharmacol 62(2):247-247. http://doi.org/10.1111/j.1365-2125.2006.02603.x.

Gustavsson P, Gerhardsson L. 2005. Intoxication from an accidentally ingested lead shot retained in the gastrointestinal tract. Environ Health Perspect 113:491-493.

Hatten BW, Bueso A, Craven P, et al. 2013. Lead toxicity and endoscopic removal of ingested firearm cartridges. Clin Toxicol (Phila) 51(5):448-450. http://doi.org/10.3109/15563650.2013.792114.

Klingler PJ, Seelig MH, DeVault KR, et al. 1998. Ingested foreign bodies within the appendix: A 100-year review of the literature. Dig Dis 16(5):308-314.

Larsen AR, Blanton RH.  2000.  Appendicitis due to bird shot ingestion:  A case study.  Am Surg 66(6):589-591.

Lyons JD, Filston HC.  1994.  Lead intoxication from a pellet entrapped in the appendix of a child:  Treatment considerations.  J Pediatr Surg 29(12):1618-1620.

Madsen HH, Skjodt T, Jorgensen PJ, et al.  1988.  Blood lead levels in patients with lead shot retained in the appendix.  Acta Radiol 29(6):745-746.  http://doi.org/10.1080/02841858809171977.

McNutt TK, Chambers-Emerson J, Dethlefsen M, et al.  2001.  Bite the bullet:  Lead poisoning after ingestion of 206 lead bullets.  Vet Hum Toxicol 43(5):288-289.

McQuirter JL, Rothenberg SJ, Dinkins GA, et al.  2004.  Change in blood lead concentration up to 1 year after a gunshot wound with a retained bullet.  Am J Epidemiol 159(7):683-692.  http://doi.org/10.1093/aje/kwh074.

Mowad E, Haddad I, Gemmel DJ.  1998.  Management of lead poisoning from ingested fishing sinkers.  Arch Pediatr Adolesc Med 152(5):485-488.

Reddy ER.  1985.  Retained lead shot in the appendix.  J Can Assoc Radiol 36(1):47-48.

Rosenberg A, Haynes J.  2019.  Management of ingested lead pellets with elevated blood lead levels in a pediatric patient.  J Pediatr Gastroenterol Nutr 69(6):e159-e160.  http://doi.org/10.1097/mpg.0000000000002438.

Rozier B, Liebelt E.  2019.  Lead pellet ingestion in 3 children:  Another source for lead toxicity.  Pediatr Emerg Care 35(5):385-388.  http://doi.org/10.1097/pec.0000000000001469.

Treble RG, Thompson TS.  2002.  Elevated blood lead levels resulting from the ingestion of air rifle pellets.  J Anal Toxicol 26:370-373.

Zardawi I, Siriweera E.  2013.  Images in clinical medicine.  Pellets in the appendix.  N Engl J Med 369(6):e7.  http://doi.org/10.1056/NEJMicm1214754.

# APPENDIX D.  QUICK REFERENCE FOR HEALTH CARE PROVIDERS

Toxicological Profiles are a unique compilation of toxicological information on a given hazardous substance.  Each profile reflects a comprehensive and extensive evaluation, summary, and interpretation of available toxicologic and epidemiologic information on a substance.  Health care providers treating patients potentially exposed to hazardous substances may find the following information helpful for fast answers to often-asked questions.

---

*Primary Chapters/Sections of Interest*

**Chapter 1:  Relevance to Public Health**: The Relevance to Public Health Section provides an overview of exposure and health effects and evaluates, interprets, and assesses the significance of toxicity data to human health.  A table listing minimal risk levels (MRLs) is also included in this chapter.

**Chapter 2:  Health Effects**: Specific health effects identified in both human and animal studies are reported by type of health effect (e.g., death, hepatic, renal, immune, reproductive), route of exposure (e.g., inhalation, oral, dermal), and length of exposure (e.g., acute, intermediate, and chronic).
   *NOTE*: Not all health effects reported in this section are necessarily observed in the clinical setting.

**Pediatrics**:
   **Section 3.2        Children and Other Populations that are Unusually Susceptible**
   **Section 3.3        Biomarkers of Exposure and Effect**

---

*ATSDR Information Center*

   *Phone:*   1-800-CDC-INFO (800-232-4636) or 1-888-232-6348 (TTY)
   *Internet*:  http://www.atsdr.cdc.gov

The following additional materials are available online:

*Case Studies in Environmental Medicine* are self-instructional publications designed to increase primary health care providers' knowledge of a hazardous substance in the environment and to aid in the evaluation of potentially exposed patients (see https://www.atsdr.cdc.gov/csem/csem.html).

*Managing Hazardous Materials Incidents* is a three-volume set of recommendations for on-scene (prehospital) and hospital medical management of patients exposed during a hazardous materials incident (see https://www.atsdr.cdc.gov/MHMI/index.asp).  Volumes I and II are planning guides to assist first responders and hospital emergency department personnel in planning for incidents that involve hazardous materials.  Volume III—*Medical Management Guidelines for Acute Chemical Exposures*—is a guide for health care professionals treating patients exposed to hazardous materials.

*Fact Sheets (ToxFAQs™)* provide answers to frequently asked questions about toxic substances (see https://www.atsdr.cdc.gov/toxfaqs/Index.asp).

---

*Other Agencies and Organizations*

*The National Center for Environmental Health* (NCEH) focuses on preventing or controlling disease, injury, and disability related to the interactions between people and their environment outside the workplace.  Contact:  NCEH, Mailstop F-29, 4770 Buford Highway, NE, Atlanta, GA 30341-3724 • Phone:  770-488-7000 • FAX:  770-488-7015 • Web Page: https://www.cdc.gov/nceh/.

*The National Institute for Occupational Safety and Health* (NIOSH) conducts research on occupational diseases and injuries, responds to requests for assistance by investigating problems of health and safety in the workplace, recommends standards to the Occupational Safety and Health Administration (OSHA) and the Mine Safety and Health Administration (MSHA), and trains professionals in occupational safety and health.  Contact: NIOSH, 395 E Street, S.W., Suite 9200, Patriots Plaza Building, Washington, DC 20201 • Phone:  202-245-0625 or 1-800-CDC-INFO (800-232-4636) • Web Page: https://www.cdc.gov/niosh/.

*The National Institute of Environmental Health Sciences* (NIEHS) is the principal federal agency for biomedical research on the effects of chemical, physical, and biologic environmental agents on human health and well-being.  Contact:  NIEHS, PO Box 12233, 104 T.W. Alexander Drive, Research Triangle Park, NC 27709 • Phone:  919-541-3212 • Web Page: https://www.niehs.nih.gov/.

---

*Clinical Resources (Publicly Available Information)*

*The Association of Occupational and Environmental Clinics* (AOEC) has developed a network of clinics in the United States to provide expertise in occupational and environmental issues.  Contact: AOEC, 1010 Vermont Avenue, NW, #513, Washington, DC 20005 • Phone:  202-347-4976 • FAX:  202-347-4950 • e-mail: AOEC@AOEC.ORG • Web Page:  http://www.aoec.org/.

*The American College of Occupational and Environmental Medicine* (ACOEM) is an association of physicians and other health care providers specializing in the field of occupational and environmental medicine.  Contact:  ACOEM, 25 Northwest Point Boulevard, Suite 700, Elk Grove Village, IL 60007-1030 • Phone:  847-818-1800 • FAX:  847-818-9266 • Web Page: http://www.acoem.org/.

*The American College of Medical Toxicology* (ACMT) is a nonprofit association of physicians with recognized expertise in medical toxicology.  Contact:  ACMT, 10645 North Tatum Boulevard, Suite 200-111, Phoenix AZ 85028 • Phone:  844-226-8333 • FAX:  844-226-8333 • Web Page: http://www.acmt.net.

*The Pediatric Environmental Health Specialty Units* (PEHSUs) is an interconnected system of specialists who respond to questions from public health professionals, clinicians, policy makers, and the public about the impact of environmental factors on the health of children and reproductive-aged adults.  Contact information for regional centers can be found at http://pehsu.net/findhelp.html.

*The American Association of Poison Control Centers* (AAPCC) provide support on the prevention and treatment of poison exposures.  Contact:  AAPCC, 515 King Street, Suite 510, Alexandria VA 22314 • Phone:  701-894-1858 • Poison Help Line: 1-800-222-1222 • Web Page: http://www.aapcc.org/.

# APPENDIX E.  GLOSSARY

**Absorption**—The process by which a substance crosses biological membranes and enters systemic circulation.  Absorption can also refer to the taking up of liquids by solids, or of gases by solids or liquids.

**Acute Exposure**—Exposure to a chemical for a duration of ≤14 days, as specified in the Toxicological Profiles.

**Adsorption**—The adhesion in an extremely thin layer of molecules (as of gases, solutes, or liquids) to the surfaces of solid bodies or liquids with which they are in contact.

**Adsorption Coefficient ($K_{oc}$)**—The ratio of the amount of a chemical adsorbed per unit weight of organic carbon in the soil or sediment to the concentration of the chemical in solution at equilibrium.

**Adsorption Ratio (Kd)**—The amount of a chemical adsorbed by sediment or soil (i.e., the solid phase) divided by the amount of chemical in the solution phase, which is in equilibrium with the solid phase, at a fixed solid/solution ratio.  It is generally expressed in micrograms of chemical sorbed per gram of soil or sediment.

**Benchmark Dose (BMD) or Benchmark Concentration (BMC)**—is the dose/concentration corresponding to a specific response level estimate using a statistical dose-response model applied to either experimental toxicology or epidemiology data.  For example, a $BMD_{10}$ would be the dose corresponding to a 10% benchmark response (BMR).  The BMD is determined by modeling the dose-response curve in the region of the dose-response relationship where biologically observable data are feasible.  The BMDL or BMCL is the 95% lower confidence limit on the BMD or BMC.

**Bioconcentration Factor (BCF)**—The quotient of the concentration of a chemical in aquatic organisms at a specific time or during a discrete time period of exposure divided by the concentration in the surrounding water at the same time or during the same period.

**Biomarkers**—Indicators signaling events in biologic systems or samples, typically classified as markers of exposure, effect, and susceptibility.

**Cancer Effect Level (CEL)**—The lowest dose of a chemical in a study, or group of studies, that produces significant increases in the incidence of cancer (or tumors) between the exposed population and its appropriate control.

**Carcinogen**—A chemical capable of inducing cancer.

**Case-Control Study**—A type of epidemiological study that examines the relationship between a particular outcome (disease or condition) and a variety of potential causative agents (such as toxic chemicals).  In a case-control study, a group of people with a specified and well-defined outcome is identified and compared to a similar group of people without the outcome.

**Case Report**—A report that describes a single individual with a particular disease or exposure.  These reports may suggest some potential topics for scientific research, but are not actual research studies.

**Case Series**—Reports that describe the experience of a small number of individuals with the same disease or exposure.  These reports may suggest potential topics for scientific research, but are not actual research studies.

APPX ATT_V6_2889

**Ceiling Value**—A concentration that must not be exceeded.

**Chronic Exposure**—Exposure to a chemical for ≥365 days, as specified in the Toxicological Profiles.

**Clastogen**—A substance that causes breaks in chromosomes resulting in addition, deletion, or rearrangement of parts of the chromosome.

**Cohort Study**—A type of epidemiological study of a specific group or groups of people who have had a common insult (e.g., exposure to an agent suspected of causing disease or a common disease) and are followed forward from exposure to outcome, and who are disease-free at start of follow-up. Often, at least one exposed group is compared to one unexposed group, while in other cohorts, exposure is a continuous variable and analyses are directed towards analyzing an exposure-response coefficient.

**Cross-sectional Study**—A type of epidemiological study of a group or groups of people that examines the relationship between exposure and outcome to a chemical or to chemicals at a specific point in time.

**Data Needs**—Substance-specific informational needs that, if met, would reduce the uncertainties of human health risk assessment.

**Developmental Toxicity**—The occurrence of adverse effects on the developing organism that may result from exposure to a chemical prior to conception (either parent), during prenatal development, or postnatally to the time of sexual maturation. Adverse developmental effects may be detected at any point in the life span of the organism.

**Dose-Response Relationship**—The quantitative relationship between the amount of exposure to a toxicant and the incidence of the response or amount of the response.

**Embryotoxicity and Fetotoxicity**—Any toxic effect on the conceptus as a result of prenatal exposure to a chemical; the distinguishing feature between the two terms is the stage of development during which the effect occurs. Effects include malformations and variations, altered growth, and *in utero* death.

**Epidemiology**—The investigation of factors that determine the frequency and distribution of disease or other health-related conditions within a defined human population during a specified period.

**Excretion**—The process by which metabolic waste products are removed from the body.

**Genotoxicity**—A specific adverse effect on the genome of living cells that, upon the duplication of affected cells, can be expressed as a mutagenic, clastogenic, or carcinogenic event because of specific alteration of the molecular structure of the genome.

**Half-life**—A measure of rate for the time required to eliminate one-half of a quantity of a chemical from the body or environmental media.

**Health Advisory**—An estimate of acceptable drinking water levels for a chemical substance derived by EPA and based on health effects information. A health advisory is not a legally enforceable federal standard, but serves as technical guidance to assist federal, state, and local officials.

**Immediately Dangerous to Life or Health (IDLH)**—A condition that poses a threat of life or health, or conditions that pose an immediate threat of severe exposure to contaminants that are likely to have adverse cumulative or delayed effects on health.

LEAD

APPENDIX E

E-3

**Immunotoxicity**—Adverse effect on the functioning of the immune system that may result from exposure to chemical substances.

**Incidence**—The ratio of new cases of individuals in a population who develop a specified condition to the total number of individuals in that population who could have developed that condition in a specified time period.

**Intermediate Exposure**—Exposure to a chemical for a duration of 15–364 days, as specified in the Toxicological Profiles.

*In Vitro*—Isolated from the living organism and artificially maintained, as in a test tube.

*In Vivo*—Occurring within the living organism.

**Lethal Concentration$_{(LO)}$ (LC$_{LO}$)**—The lowest concentration of a chemical in air that has been reported to have caused death in humans or animals.

**Lethal Concentration$_{(50)}$ (LC$_{50}$)**—A calculated concentration of a chemical in air to which exposure for a specific length of time is expected to cause death in 50% of a defined experimental animal population.

**Lethal Dose$_{(LO)}$ (LD$_{Lo}$)**—The lowest dose of a chemical introduced by a route other than inhalation that has been reported to have caused death in humans or animals.

**Lethal Dose$_{(50)}$ (LD$_{50}$)**—The dose of a chemical that has been calculated to cause death in 50% of a defined experimental animal population.

**Lethal Time$_{(50)}$ (LT$_{50}$)**—A calculated period of time within which a specific concentration of a chemical is expected to cause death in 50% of a defined experimental animal population.

**Lowest-Observed-Adverse-Effect Level (LOAEL)**—The lowest exposure level of chemical in a study, or group of studies, that produces statistically or biologically significant increases in frequency or severity of adverse effects between the exposed population and its appropriate control.

**Lymphoreticular Effects**—Represent morphological effects involving lymphatic tissues such as the lymph nodes, spleen, and thymus.

**Malformations**—Permanent structural changes that may adversely affect survival, development, or function.

**Metabolism**—Process in which chemical substances are biotransformed in the body that could result in less toxic and/or readily excreted compounds or produce a biologically active intermediate.

**Minimal Risk Level (MRL)**—An estimate of daily human exposure to a hazardous substance that is likely to be without an appreciable risk of adverse noncancer health effects over a specified route and duration of exposure.

**Modifying Factor (MF)**—A value (greater than zero) that is applied to the derivation of a Minimal Risk Level (MRL) to reflect additional concerns about the database that are not covered by the uncertainty factors. The default value for a MF is 1.

**Morbidity**—The state of being diseased; the morbidity rate is the incidence or prevalence of a disease in a specific population.

**Mortality**—Death; the mortality rate is a measure of the number of deaths in a population during a specified interval of time.

**Mutagen**—A substance that causes mutations, which are changes in the DNA sequence of a cell's DNA. Mutations can lead to birth defects, miscarriages, or cancer.

**Necropsy**—The gross examination of the organs and tissues of a dead body to determine the cause of death or pathological conditions.

**Neurotoxicity**—The occurrence of adverse effects on the nervous system following exposure to a hazardous substance.

**No-Observed-Adverse-Effect Level (NOAEL)**—The dose of a chemical at which there were no statistically or biologically significant increases in frequency or severity of adverse effects seen between the exposed population and its appropriate control. Although effects may be produced at this dose, they are not considered to be adverse.

**Octanol-Water Partition Coefficient ($K_{ow}$)**—The equilibrium ratio of the concentrations of a chemical in *n*-octanol and water, in dilute solution.

**Odds Ratio (OR)**—A means of measuring the association between an exposure (such as toxic substances and a disease or condition) that represents the best estimate of relative risk (risk as a ratio of the incidence among subjects exposed to a particular risk factor divided by the incidence among subjects who were not exposed to the risk factor). An odds ratio that is greater than 1 is considered to indicate greater risk of disease in the exposed group compared to the unexposed group.

**Permissible Exposure Limit (PEL)**—An Occupational Safety and Health Administration (OSHA) regulatory limit on the amount or concentration of a substance not to be exceeded in workplace air averaged over any 8-hour work shift of a 40-hour workweek.

**Pesticide**—General classification of chemicals specifically developed and produced for use in the control of agricultural and public health pests (insects or other organisms harmful to cultivated plants or animals).

**Pharmacokinetics**—The dynamic behavior of a material in the body, used to predict the fate (disposition) of an exogenous substance in an organism. Utilizing computational techniques, it provides the means of studying the absorption, distribution, metabolism, and excretion of chemicals by the body.

**Pharmacokinetic Model**—A set of equations that can be used to describe the time course of a parent chemical or metabolite in an animal system. There are two types of pharmacokinetic models: data-based and physiologically-based. A data-based model divides the animal system into a series of compartments, which, in general, do not represent real, identifiable anatomic regions of the body, whereas the physiologically-based model compartments represent real anatomic regions of the body.

**Physiologically Based Pharmacodynamic (PBPD) Model**—A type of physiologically based dose-response model that quantitatively describes the relationship between target tissue dose and toxic endpoints. These models advance the importance of physiologically based models in that they clearly describe the biological effect (response) produced by the system following exposure to an exogenous substance.

**Physiologically Based Pharmacokinetic (PBPK) Model**—A type of physiologically based dose-response model that is comprised of a series of compartments representing organs or tissue groups with realistic weights and blood flows. These models require a variety of physiological information, including tissue volumes, blood flow rates to tissues, cardiac output, alveolar ventilation rates, and possibly membrane permeabilities. The models also utilize biochemical information, such as blood:air partition coefficients, and metabolic parameters. PBPK models are also called biologically based tissue dosimetry models.

**Prevalence**—The number of cases of a disease or condition in a population at one point in time.

**Prospective Study**—A type of cohort study in which a group is followed over time and the pertinent observations are made on events occurring after the start of the study.

**Recommended Exposure Limit (REL)**—A National Institute for Occupational Safety and Health (NIOSH) time-weighted average (TWA) concentration for up to a 10-hour workday during a 40-hour workweek.

**Reference Concentration (RfC)**—An estimate (with uncertainty spanning perhaps an order of magnitude) of a continuous inhalation exposure to the human population (including sensitive subgroups) that is likely to be without an appreciable risk of deleterious noncancer health effects during a lifetime. The inhalation RfC is expressed in units of $mg/m^3$ or ppm.

**Reference Dose (RfD)**—An estimate (with uncertainty spanning perhaps an order of magnitude) of the daily oral exposure of the human population to a potential hazard that is likely to be without risk of deleterious noncancer health effects during a lifetime. The oral RfD is expressed in units of mg/kg/day.

**Reportable Quantity (RQ)**—The quantity of a hazardous substance that is considered reportable under the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA). RQs are (1) ≥1 pound or (2) for selected substances, an amount established by regulation either under CERCLA or under Section 311 of the Clean Water Act. Quantities are measured over a 24-hour period.

**Reproductive Toxicity**—The occurrence of adverse effects on the reproductive system that may result from exposure to a hazardous substance. The toxicity may be directed to the reproductive organs and/or the related endocrine system. The manifestation of such toxicity may be noted as alterations in sexual behavior, fertility, pregnancy outcomes, or modifications in other functions that are dependent on the integrity of this system.

**Retrospective Study**—A type of cohort study based on a group of persons known to have been exposed at some time in the past. Data are collected from routinely recorded events, up to the time the study is undertaken. Retrospective studies are limited to causal factors that can be ascertained from existing records and/or examining survivors of the cohort.

**Risk**—The possibility or chance that some adverse effect will result from a given exposure to a hazardous substance.

**Risk Factor**—An aspect of personal behavior or lifestyle, an environmental exposure, existing health condition, or an inborn or inherited characteristic that is associated with an increased occurrence of disease or other health-related event or condition.

**Risk Ratio/Relative Risk**—The ratio of the risk among persons with specific risk factors compared to the risk among persons without risk factors.  A risk ratio that is greater than 1 indicates greater risk of disease in the exposed group compared to the unexposed group.

**Short-Term Exposure Limit (STEL)**—A STEL is a 15-minute TWA exposure that should not be exceeded at any time during a workday.

**Standardized Mortality Ratio (SMR)**—A ratio of the observed number of deaths and the expected number of deaths in a specific standard population.

**Target Organ Toxicity**—This term covers a broad range of adverse effects on target organs or physiological systems (e.g., renal, cardiovascular) extending from those arising through a single limited exposure to those assumed over a lifetime of exposure to a chemical.

**Teratogen**—A chemical that causes structural defects that affect the development of an organism.

**Threshold Limit Value (TLV)**—An American Conference of Governmental Industrial Hygienists (ACGIH) concentration of a substance to which it is believed that nearly all workers may be repeatedly exposed, day after day, for a working lifetime without adverse effect.  The TLV may be expressed as a Time-Weighted Average (TLV-TWA), as a Short-Term Exposure Limit (TLV-STEL), or as a ceiling limit (TLV-C).

**Time-Weighted Average (TWA)**—An average exposure within a given time period.

**Toxicokinetic**—The absorption, distribution, metabolism, and elimination of toxic compounds in the living organism.

**Toxics Release Inventory (TRI)**—The TRI is an EPA program that tracks toxic chemical releases and pollution prevention activities reported by industrial and federal facilities.

**Uncertainty Factor (UF)**—A factor used in operationally deriving the Minimal Risk Level (MRL), Reference Dose (RfD), or Reference Concentration (RfC) from experimental data.  UFs are intended to account for (1) the variation in sensitivity among the members of the human population, (2) the uncertainty in extrapolating animal data to the case of human, (3) the uncertainty in extrapolating from data obtained in a study that is of less than lifetime exposure, and (4) the uncertainty in using lowest-observed-adverse-effect level (LOAEL) data rather than no-observed-adverse-effect level (NOAEL) data. A default for each individual UF is 10; if complete certainty in data exists, a value of 1 can be used; however, a reduced UF of 3 may be used on a case-by-case basis (3 being the approximate logarithmic average of 10 and 1).

**Xenobiotic**—Any substance that is foreign to the biological system.

LEAD
F-1

# APPENDIX F.  ACRONYMS, ABBREVIATIONS, AND SYMBOLS

AAPCC          American Association of Poison Control Centers
ACGIH          American Conference of Governmental Industrial Hygienists
ACOEM          American College of Occupational and Environmental Medicine
ACMT           American College of Medical Toxicology
ADI            acceptable daily intake
ADME           absorption, distribution, metabolism, and excretion
AEGL           Acute Exposure Guideline Level
AIC            Akaike's information criterion
AIHA           American Industrial Hygiene Association
ALT            alanine aminotransferase
AOEC           Association of Occupational and Environmental Clinics
AP             alkaline phosphatase
AST            aspartate aminotransferase
atm            atmosphere
ATSDR          Agency for Toxic Substances and Disease Registry
AWQC           Ambient Water Quality Criteria
BCF            bioconcentration factor
BMD/C          benchmark dose or benchmark concentration
$BMD_X$        dose that produces a X% change in response rate of an adverse effect
$BMDL_X$       95% lower confidence limit on the $BMD_X$
BMDS           Benchmark Dose Software
BMR            benchmark response
BUN            blood urea nitrogen
C              centigrade
CAA            Clean Air Act
CAS            Chemical Abstract Services
CDC            Centers for Disease Control and Prevention
CEL            cancer effect level
CERCLA         Comprehensive Environmental Response, Compensation, and Liability Act
CFR            Code of Federal Regulations
Ci             curie
CI             confidence interval
cm             centimeter
CPSC           Consumer Products Safety Commission
CWA            Clean Water Act
DNA            deoxyribonucleic acid
DOD            Department of Defense
DOE            Department of Energy
DWEL           drinking water exposure level
EAFUS          Everything Added to Food in the United States
ECG/EKG        electrocardiogram
EEG            electroencephalogram
EPA            Environmental Protection Agency
ERPG           emergency response planning guidelines
F              Fahrenheit
F1             first-filial generation
FDA            Food and Drug Administration
FIFRA          Federal Insecticide, Fungicide, and Rodenticide Act
FR             Federal Register

| | |
|---|---|
| FSH | follicle stimulating hormone |
| g | gram |
| GC | gas chromatography |
| gd | gestational day |
| GGT | $\gamma$-glutamyl transferase |
| GRAS | generally recognized as safe |
| HEC | human equivalent concentration |
| HED | human equivalent dose |
| HHS | Department of Health and Human Services |
| HPLC | high-performance liquid chromatography |
| HSDB | Hazardous Substance Data Bank |
| IARC | International Agency for Research on Cancer |
| IDLH | immediately dangerous to life and health |
| IRIS | Integrated Risk Information System |
| Kd | adsorption ratio |
| kg | kilogram |
| kkg | kilokilogram; 1 kilokilogram is equivalent to 1,000 kilograms and 1 metric ton |
| $K_{oc}$ | organic carbon partition coefficient |
| $K_{ow}$ | octanol-water partition coefficient |
| L | liter |
| LC | liquid chromatography |
| $LC_{50}$ | lethal concentration, 50% kill |
| $LC_{Lo}$ | lethal concentration, low |
| $LD_{50}$ | lethal dose, 50% kill |
| $LD_{Lo}$ | lethal dose, low |
| LDH | lactic dehydrogenase |
| LH | luteinizing hormone |
| LOAEL | lowest-observed-adverse-effect level |
| LSE | Level of Significant Exposure |
| $LT_{50}$ | lethal time, 50% kill |
| m | meter |
| mCi | millicurie |
| MCL | maximum contaminant level |
| MCLG | maximum contaminant level goal |
| MF | modifying factor |
| mg | milligram |
| mL | milliliter |
| mm | millimeter |
| mmHg | millimeters of mercury |
| mmol | millimole |
| MRL | Minimal Risk Level |
| MS | mass spectrometry |
| MSHA | Mine Safety and Health Administration |
| Mt | metric ton |
| NAAQS | National Ambient Air Quality Standard |
| NAS | National Academy of Science |
| NCEH | National Center for Environmental Health |
| ND | not detected |
| ng | nanogram |
| NHANES | National Health and Nutrition Examination Survey |
| NIEHS | National Institute of Environmental Health Sciences |

| | |
|---|---|
| NIOSH | National Institute for Occupational Safety and Health |
| NLM | National Library of Medicine |
| nm | nanometer |
| nmol | nanomole |
| NOAEL | no-observed-adverse-effect level |
| NPL | National Priorities List |
| NR | not reported |
| NRC | National Research Council |
| NS | not specified |
| NTP | National Toxicology Program |
| OR | odds ratio |
| OSHA | Occupational Safety and Health Administration |
| PAC | Protective Action Criteria |
| PAH | polycyclic aromatic hydrocarbon |
| PBPD | physiologically based pharmacodynamic |
| PBPK | physiologically based pharmacokinetic |
| PEHSU | Pediatric Environmental Health Specialty Unit |
| PEL | permissible exposure limit |
| PEL-C | permissible exposure limit-ceiling value |
| pg | picogram |
| PND | postnatal day |
| POD | point of departure |
| ppb | parts per billion |
| ppbv | parts per billion by volume |
| ppm | parts per million |
| ppt | parts per trillion |
| REL | recommended exposure level/limit |
| REL-C | recommended exposure level-ceiling value |
| RfC | reference concentration |
| RfD | reference dose |
| RNA | ribonucleic acid |
| SARA | Superfund Amendments and Reauthorization Act |
| SCE | sister chromatid exchange |
| SD | standard deviation |
| SE | standard error |
| SGOT | serum glutamic oxaloacetic transaminase (same as aspartate aminotransferase or AST) |
| SGPT | serum glutamic pyruvic transaminase (same as alanine aminotransferase or ALT) |
| SIC | standard industrial classification |
| SMR | standardized mortality ratio |
| sRBC | sheep red blood cell |
| STEL | short term exposure limit |
| TLV | threshold limit value |
| TLV-C | threshold limit value-ceiling value |
| TRI | Toxics Release Inventory |
| TSCA | Toxic Substances Control Act |
| TWA | time-weighted average |
| UF | uncertainty factor |
| U.S. | United States |
| USDA | United States Department of Agriculture |
| USGS | United States Geological Survey |
| USNRC | U.S. Nuclear Regulatory Commission |

| VOC | volatile organic compound |
| WBC | white blood cell |
| WHO | World Health Organization |

| > | greater than |
| ≥ | greater than or equal to |
| = | equal to |
| < | less than |
| ≤ | less than or equal to |
| % | percent |
| α | alpha |
| β | beta |
| γ | gamma |
| δ | delta |
| μm | micrometer |
| μg | microgram |
| $q_1^*$ | cancer slope factor |
| − | negative |
| + | positive |
| (+) | weakly positive result |
| (−) | weakly negative result |

# TOXICOLOGICAL PROFILE FOR
# SELENIUM

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
Public Health Service
Agency for Toxic Substances and Disease Registry

September 2003

# DISCLAIMER

The use of company or product name(s) is for identification only and does not imply endorsement by the Agency for Toxic Substances and Disease Registry.

# UPDATE STATEMENT

A Toxicological Profile for selenium, Draft for Public Comment was released in September, 2001.  This edition supersedes any previously released draft or final profile.

Toxicological profiles are revised and republished as necessary, but no less than once every three years. For information regarding the update status of previously released profiles, contact ATSDR at:

<div align="center">

Agency for Toxic Substances and Disease Registry
Division of Toxicology/Toxicology Information Branch
1600 Clifton Road NE,
Mailstop E-29
Atlanta, Georgia 30333

</div>

APPX ATT_V6_2902

# FOREWORD

This toxicological profile is prepared in accordance with guidelines* developed by the Agency for Toxic Substances and Disease Registry (ATSDR) and the Environmental Protection Agency (EPA). The original guidelines were published in the *Federal Register* on April 17, 1987. Each profile will be revised and republished as necessary.

The ATSDR toxicological profile succinctly characterizes the toxicologic and adverse health effects information for the hazardous substance described therein. Each peer-reviewed profile identifies and reviews the key literature that describes a hazardous substance's toxicologic properties. Other pertinent literature is also presented, but is described in less detail than the key studies. The profile is not intended to be an exhaustive document; however, more comprehensive sources of specialty information are referenced.

The focus of the profiles is on health and toxicologic information; therefore, each toxicological profile begins with a public health statement that describes, in nontechnical language, a substance's relevant toxicological properties. Following the public health statement is information concerning levels of significant human exposure and, where known, significant health effects. The adequacy of information to determine a substance's health effects is described in a health effects summary. Data needs that are of significance to protection of public health are identified by ATSDR and EPA.

Each profile includes the following:

(A) The examination, summary, and interpretation of available toxicologic information and epidemiologic evaluations on a hazardous substance to ascertain the levels of significant human exposure for the substance and the associated acute, subacute, and chronic health effects;

(B) A determination of whether adequate information on the health effects of each substance is available or in the process of development to determine levels of exposure that present a significant risk to human health of acute, subacute, and chronic health effects; and

(C) Where appropriate, identification of toxicologic testing needed to identify the types or levels of exposure that may present significant risk of adverse health effects in humans.

The principal audiences for the toxicological profiles are health professionals at the Federal, State, and local levels; interested private sector organizations and groups; and members of the public.

This profile reflects ATSDR's assessment of all relevant toxicologic testing and information that has been peer-reviewed. Staff of the Centers for Disease Control and Prevention and other Federal scientists have also reviewed the profile. In addition, this profile has been peer-reviewed by a nongovernmental panel and was made available for public review. Final responsibility for the contents and views expressed in this toxicological profile resides with ATSDR.

Julie Louise Gerberding, M.D., M.P.H.
Administrator
Agency for Toxic Substances and
Disease Registry

vi

*Legislative Background

The toxicological profiles are developed in response to the Superfund Amendments and Reauthorization Act (SARA) of 1986 (Public Law 99-499) which amended the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 (CERCLA or Superfund). This public law directed ATSDR to prepare toxicological profiles for hazardous substances most commonly found at facilities on the CERCLA National Priorities List and that pose the most significant potential threat to human health, as determined by ATSDR and the EPA. The availability of the revised priority list of 275 hazardous substances was announced in the *Federal Register* on October 25, 2001 (66 FR 54014). For prior versions of the list of substances, see *Federal Register* notices dated April 17, 1987 (52 FR 12866); October 20, 1988 (53 FR 41280); October 26, 1989 (54 FR 43619); October 17,1990 (55 FR 42067); October 17, 1991 (56 FR 52166); October 28, 1992 (57 FR 48801); February 28, 1994 (59 FR 9486); April 29, 1996 (61 FR 18744); November 17, 1997 (62 FR 61332); and October 21, 1999 (64 FR 56792). Section 104(i)(3) of CERCLA, as amended, directs the Administrator of ATSDR to prepare a toxicological profile for each substance on the list.

# QUICK REFERENCE FOR HEALTH CARE PROVIDERS

Toxicological Profiles are a unique compilation of toxicological information on a given hazardous substance. Each profile reflects a comprehensive and extensive evaluation, summary, and interpretation of available toxicologic and epidemiologic information on a substance. Health care providers treating patients potentially exposed to hazardous substances will find the following information helpful for fast answers to often-asked questions.

*Primary Chapters/Sections of Interest*

**Chapter 1: Public Health Statement**: The Public Health Statement can be a useful tool for educating patients about possible exposure to a hazardous substance. It explains a substance's relevant toxicologic properties in a nontechnical, question-and-answer format, and it includes a review of the general health effects observed following exposure.

**Chapter 2: Relevance to Public Health**: The Relevance to Public Health Section evaluates, interprets, and assesses the significance of toxicity data to human health.

**Chapter 3: Health Effects**: Specific health effects of a given hazardous compound are reported by *type of health effect* (death, systemic, immunologic, reproductive), by *route of exposure*, and by *length of exposure* (acute, intermediate, and chronic). In addition, both human and animal studies are reported in this section.
> *NOTE:* Not all health effects reported in this section are necessarily observed in the clinical setting. Please refer to the Public Health Statement to identify general health effects observed following exposure.

**Pediatrics:** Four new sections have been added to each Toxicological Profile to address child health issues:

| | |
|---|---|
| **Section 1.6** | **How Can (Chemical X) Affect Children?** |
| **Section 1.7** | **How Can Families Reduce the Risk of Exposure to (Chemical X)?** |
| **Section 3.7** | **Children's Susceptibility** |
| **Section 6.6** | **Exposures of Children** |

**Other Sections of Interest:**

| | |
|---|---|
| **Section 3.8** | **Biomarkers of Exposure and Effect** |
| **Section 3.11** | **Methods for Reducing Toxic Effects** |

*ATSDR Information Center*

| | | | |
|---|---|---|---|
| *Phone:* | 1-888-42-ATSDR or (404) 498-0110 | *Fax:* | (404) 498-0093 |
| *E-mail:* | atsdric@cdc.gov | *Internet:* | http://www.atsdr.cdc.gov |

The following additional material can be ordered through the ATSDR Information Center:

*Case Studies in Environmental Medicine: Taking an Exposure History*—The importance of taking an exposure history and how to conduct one are described, and an example of a thorough exposure history is provided. Other case studies of interest include *Reproductive and Developmental Hazards; Skin Lesions and Environmental Exposures; Cholinesterase-Inhibiting Pesticide Toxicity;* and numerous chemical-specific case studies.

*Managing Hazardous Materials Incidents* is a three-volume set of recommendations for on-scene (prehospital) and hospital medical management of patients exposed during a hazardous materials incident. Volumes I and II are planning guides to assist first responders and hospital emergency department personnel in planning for incidents that involve hazardous materials. Volume III—*Medical Management Guidelines for Acute Chemical Exposures*—is a guide for health care professionals treating patients exposed to hazardous materials.

*Fact Sheets (ToxFAQs) provide answers to frequently asked questions about toxic substances.*

---

### Other Agencies and Organizations

*The National Center for Environmental Health* (NCEH) focuses on preventing or controlling disease, injury, and disability related to the interactions between people and their environment outside the workplace. *Contact:* NCEH, Mailstop F-29, 4770 Buford Highway, NE, Atlanta, GA 30341-3724 • Phone: 770-488-7000 • FAX: 770-488-7015.

*The National Institute for Occupational Safety and Health* (NIOSH) conducts research on occupational diseases and injuries, responds to requests for assistance by investigating problems of health and safety in the workplace, recommends standards to the Occupational Safety and Health Administration (OSHA) and the Mine Safety and Health Administration (MSHA), and trains professionals in occupational safety and health. *Contact:* NIOSH, 200 Independence Avenue, SW, Washington, DC 20201 • Phone: 800-356-4674 or NIOSH Technical Information Branch, Robert A. Taft Laboratory, Mailstop C-19, 4676 Columbia Parkway, Cincinnati, OH 45226-1998 • Phone: 800-35-NIOSH.

*The National Institute of Environmental Health Sciences (*NIEHS) is the principal federal agency for biomedical research on the effects of chemical, physical, and biologic environmental agents on human health and well-being. *Contact:* NIEHS, PO Box 12233, 104 T.W. Alexander Drive, Research Triangle Park, NC 27709 • Phone: 919-541-3212.

---

### Referrals

*The Association of Occupational and Environmental Clinics* (AOEC) has developed a network of clinics in the United States to provide expertise in occupational and environmental issues. *Contact:* AOEC, 1010 Vermont Avenue, NW, #513, Washington, DC 20005 • Phone: 202-347-4976 • FAX: 202-347-4950 • e-mail: AOEC@AOEC.ORG • Web Page: http://www.aoec.org/.

*The American College of Occupational and Environmental Medicine* (ACOEM) is an association of physicians and other health care providers specializing in the field of occupational and environmental medicine. *Contact:* ACOEM, 55 West Seegers Road, Arlington Heights, IL 60005 • Phone: 847-818-1800 • FAX: 847-818-9266.

# CONTRIBUTORS

**CHEMICAL MANAGER(S)/AUTHOR(S):**

John Risher, Ph.D.
ATSDR, Division of Toxicology, Atlanta, GA

A. Rosa McDonald, Ph.D.
Mario J. Citra, Ph.D.
Stephen Bosch, B.S.
Richard J. Amata, M.S.
Syracuse Research Corporation, North Syracuse, NY

**THE PROFILE HAS UNDERGONE THE FOLLOWING ATSDR INTERNAL REVIEWS:**

1.    Health Effects Review.  The Health Effects Review Committee examines the health effects chapter of each profile for consistency and accuracy in interpreting health effects and classifying end points.

2.    Minimal Risk Level Review.  The Minimal Risk Level Workgroup considers issues relevant to substance-specific minimal risk levels (MRLs), reviews the health effects database of each profile, and makes recommendations for derivation of MRLs.

3.    Data Needs Review.  The Research Implementation Branch reviews data needs sections to assure consistency across profiles and adherence to instructions in the Guidance.

# PEER REVIEW

A peer review panel was assembled for selenium.  The panel consisted of the following members:

1.    Orville Levander, Ph.D., Silver Springs, Maryland

2.    Gregory Möller, Ph.D., Associate Professor of Environmental Chemistry and Toxicology, Moscow, Indiana

3.    Raghubir Sharma, Ph.D., D.V.M., Professor of Physiology and Pharmacology, Athens, Georgia

These experts collectively have knowledge of selenium's physical and chemical properties, toxicokinetics, key health end points, mechanisms of action, human and animal exposure, and quantification of risk to humans.  All reviewers were selected in conformity with the conditions for peer review specified in Section 104(I)(13) of the Comprehensive Environmental Response, Compensation, and Liability Act, as amended.

Scientists from the Agency for Toxic Substances and Disease Registry (ATSDR) have reviewed the peer reviewers' comments and determined which comments will be included in the profile.  A listing of the peer reviewers' comments not incorporated in the profile, with a brief explanation of the rationale for their exclusion, exists as part of the administrative record for this compound.  A list of databases reviewed and a list of unpublished documents cited are also included in the administrative record.

The citation of the peer review panel should not be understood to imply its approval of the profile's final content.  The responsibility for the content of this profile lies with the ATSDR.

# CONTENTS

FOREWORD .................................................................................................................. v

CONTRIBUTORS ........................................................................................................ ix

PEER REVIEW ............................................................................................................ xi

LIST OF FIGURES .................................................................................................... xvii

LIST OF TABLES ....................................................................................................... xix

1. PUBLIC HEALTH STATEMENT ............................................................................ 1
  1.1    WHAT IS SELENIUM? ................................................................................. 1
  1.2    WHAT HAPPENS TO SELENIUM WHEN IT ENTERS THE ENVIRONMENT? ............... 2
  1.3    HOW MIGHT I BE EXPOSED TO SELENIUM? ............................................... 3
  1.4    HOW CAN SELENIUM ENTER AND LEAVE MY BODY? ................................. 3
  1.5    HOW CAN SELENIUM AFFECT MY HEALTH? ............................................. 4
  1.6    HOW CAN SELENIUM AFFECT CHILDREN? ............................................... 7
  1.7    HOW CAN FAMILIES REDUCE THE RISK OF EXPOSURE TO SELENIUM? ......... 8
  1.8    IS THERE A MEDICAL TEST TO DETERMINE WHETHER I HAVE BEEN EXPOSED TO SELENIUM? .................................................................. 9
  1.9    WHAT RECOMMENDATIONS HAS THE FEDERAL GOVERNMENT MADE TO PROTECT HUMAN HEALTH? .................................................. 10
  1.10    WHERE CAN I GET MORE INFORMATION? ............................................. 11

2. RELEVANCE TO PUBLIC HEALTH .................................................................... 13
  2.1    BACKGROUND AND ENVIRONMENTAL EXPOSURES TO SELENIUM IN THE UNITED STATES .................................................................. 13
  2.2    SUMMARY OF HEALTH EFFECTS ............................................................. 13
  2.3    MINIMAL RISK LEVELS (MRLs) ............................................................... 20

3. HEALTH EFFECTS ................................................................................................ 23
  3.1    INTRODUCTION ........................................................................................ 23
  3.2    DISCUSSION OF HEALTH EFFECTS BY ROUTE OF EXPOSURE ................... 24
    3.2.1    Inhalation Exposure ........................................................................ 26
      3.2.1.1    Death ........................................................................................ 26
      3.2.1.2    Systemic Effects ...................................................................... 31
      3.2.1.3    Immunological and Lymphoreticular Effects .......................... 36
      3.2.1.4    Neurological Effects ................................................................ 36
      3.2.1.5    Reproductive Effects ............................................................... 37
      3.2.1.6    Developmental Effects ............................................................. 37
      3.2.1.7    Cancer ...................................................................................... 37
    3.2.2    Oral Exposure ................................................................................. 37
      3.2.2.1    Death ........................................................................................ 79
      3.2.2.2    Systemic Effects ...................................................................... 82
      3.2.2.3    Immunological and Lymphoreticular Effects ........................ 102
      3.2.2.4    Neurological Effects .............................................................. 106
      3.2.2.4    Reproductive Effects ............................................................. 110

3.2.2.6   Developmental Effects ................................................................ 114
3.2.2.7   Cancer ........................................................................................ 117
3.2.3   Dermal Exposure ....................................................................................... 125
3.2.3.1   Death ........................................................................................... 125
3.2.3.2   Systemic Effects ......................................................................... 125
3.2.3.3   Immunological and Lymphoreticular Effects ........................... 126
3.2.3.4   Neurological Effects ................................................................... 127
3.2.3.5   Reproductive Effects .................................................................. 127
3.2.3.6   Developmental Effects ................................................................ 127
3.2.3.7   Cancer ........................................................................................ 127
3.2.4   Other Routes of Exposure .......................................................................... 128
3.3   GENOTOXICITY ............................................................................................... 129
3.4   TOXICOKINETICS ........................................................................................... 135
3.4.1   Absorption ................................................................................................ 136
3.4.1.1   Inhalation Exposure ................................................................... 136
3.4.1.2   Oral Exposure ............................................................................. 143
3.4.1.3   Dermal Exposure ........................................................................ 145
3.4.2   Distribution .............................................................................................. 146
3.4.2.1   Inhalation Exposure ................................................................... 147
3.4.2.2   Oral Exposure ............................................................................. 147
3.4.2.3   Dermal Exposure ........................................................................ 150
3.4.2.4   Other Routes of Exposure .......................................................... 150
3.4.3   Metabolism ............................................................................................... 151
3.4.4   Elimination and Excretion ....................................................................... 158
3.4.4.1   Inhalation Exposure ................................................................... 158
3.4.4.2   Oral Exposure ............................................................................. 158
3.4.4.3   Dermal Exposure ........................................................................ 162
3.4.4.4   Other Routes of Exposure .......................................................... 162
3.4.5   Physiologically Based Pharmacokinetic (PBPK)/Pharmacodynamic (PD) Models .......... 163
3.5   MECHANISMS OF ACTION ............................................................................ 170
3.5.1   Pharmacokinetic Mechanisms .................................................................. 170
3.5.2   Mechanisms of Toxicity ............................................................................ 172
3.5.3   Animal-to-Human Extrapolations ............................................................. 175
3.6   TOXICITIES MEDIATED THROUGH THE NEUROENDOCRINE AXIS ........ 176
3.7   CHILDREN'S SUSCEPTIBILITY ..................................................................... 179
3.8   BIOMARKERS OF EXPOSURE AND EFFECT ............................................ 182
3.8.1   Biomarkers Used to Identify or Quantify Exposure to Selenium .............. 183
3.8.2   Biomarkers Used to Characterize Effects Caused by Selenium ................ 187
3.9   INTERACTIONS WITH OTHER CHEMICALS ............................................... 188
3.10   POPULATIONS THAT ARE UNUSUALLY SUSCEPTIBLE ......................... 192
3.11   METHODS FOR REDUCING TOXIC EFFECTS ............................................ 193
3.11.1   Reducing Peak Absorption Following Exposure ...................................... 194
3.11.2   Reducing Body Burden ............................................................................. 194
3.11.3   Interfering with the Mechanism of Action for Toxic Effects .................... 195
3.12   ADEQUACY OF THE DATABASE ................................................................. 196
3.12.1   Existing Information on Health Effects of Selenium ................................ 196
3.12.2   Identification of Data Needs .................................................................... 199
3.12.3   Ongoing Studies ...................................................................................... 208

4. CHEMICAL AND PHYSICAL INFORMATION ........................................................... 217
4.1   CHEMICAL IDENTITY ................................................................................... 217

4.2    PHYSICAL AND CHEMICAL PROPERTIES ..............................................217
5. PRODUCTION, IMPORT/EXPORT, USE, AND DISPOSAL ..............................229
    5.1    PRODUCTION ..........................................................................................229
    5.2    IMPORT/EXPORT ...................................................................................230
    5.3    USE ...........................................................................................................230
    5.4    DISPOSAL ................................................................................................234

6. POTENTIAL FOR HUMAN EXPOSURE ...........................................................235
    6.1    OVERVIEW ..............................................................................................235
    6.2    RELEASES TO THE ENVIRONMENT ...................................................237
        6.2.1    Air .................................................................................................237
        6.2.2    Water .............................................................................................242
        6.2.3    Soil ................................................................................................243
    6.3    ENVIRONMENTAL FATE .....................................................................243
        6.3.1    Transport and Partitioning ............................................................243
        6.3.2    Transformation and Degradation ..................................................246
            6.3.2.1    Air ...................................................................................246
            6.3.2.2    Water ...............................................................................247
            6.3.2.3    Sediment and Soil ...........................................................248
    6.4    LEVELS MONITORED OR ESTIMATED IN THE ENVIRONMENT ..............249
        6.4.1    Air .................................................................................................249
        6.4.2    Water .............................................................................................250
        6.4.3    Sediment and Soil .........................................................................251
        6.4.4    Other Environmental Media ..........................................................252
    6.5    GENERAL POPULATION AND OCCUPATIONAL EXPOSURE ..............275
    6.6    EXPOSURES OF CHILDREN ................................................................279
    6.7    POPULATIONS WITH POTENTIALLY HIGH EXPOSURES ..............280
    6.8    ADEQUACY OF THE DATABASE ........................................................281
        6.8.1    Identification of Data Needs .........................................................282
        6.8.2    Ongoing Studies ...........................................................................285

7. ANALYTICAL METHODS ..................................................................................287
    7.1    BIOLOGICAL MATERIALS ..................................................................287
    7.2    ENVIRONMENTAL SAMPLES .............................................................297
    7.3    ADEQUACY OF THE DATABASE ........................................................299
        7.3.1    Identification of Data Needs .........................................................299
        7.3.2    Ongoing Studies ...........................................................................301

8. REGULATIONS AND ADVISORIES ...................................................................303

9. REFERENCES ......................................................................................................315

10. GLOSSARY .........................................................................................................413

APPENDICES

A.    ATSDR MINIMAL RISK LEVELS AND WORKSHEETS.......................................A-1

B.    USER'S GUIDE.................................................................................................B-1

C.    ACRONYMS, ABBREVIATIONS, AND SYMBOLS...........................................C-1

# LIST OF FIGURES

3-1.    Levels of Significant Exposure to Selenium—Inhalation.................................................30

3-2.    Levels of Significant Exposure to Selenium—Oral........................................................64

3-3.    Levels of Significant Exposure to Selenium Sulfides—Oral............................................75

3-4.    Metabolic Pathways for Selenium ...............................................................................152

3-5.    Proposed Pathway for Formation of Dimethyl Selenide from Selenite in Animals .................157

3-6.    Activation and Reduction of Selenate to Selenite in Yeast *Saccharomyces cerevisiae*.............159

3-7.    Conceptual Representation of a Physiologically Based Pharmacokinetic (PBPK) Model for a Hypothetical Chemical Substance .................................................................................165

3-8.    Selenite Model, a Kinetic Model for Selenite Metabolism.................................................167

3-9.    Selenomethionine Model, a Kinetic Model for Selenomethionine Metabolism.........................169

3-10.   Existing Information on Health Effects of Selenium .......................................................197

6-1.    Frequency of NPL Sites with Selenium Contamination ...................................................236

APPX ATT_V6_2916

# LIST OF TABLES

3-1.    Levels of Significant Exposure to Selenium—Inhalation..............................................27

3-2.    Levels of Significant Exposure to Selenium—Oral......................................................38

3-3.    Levels of Significant Exposure to Selenium Sulfides—Oral........................................71

3-4.    Genotoxicity of Selenium *In Vitro*..........................................................................130

3-5.    Genotoxicity of Selenium *In Vivo*...........................................................................132

3-6.    Selenium Concentrations in Human Tissues ............................................................137

3-7.    Biomarkers: Selenium Concentrations in Human Tissues and Fluids .......................140

3-8.    On-going Studies on Selenium Health Effects ..........................................................209

4-1.    Chemical Identity of Selenium and Selected Compounds.........................................218

4-2.    Physical and Chemical Properties of Selenium and Selenium Compounds ..............222

5-1.    Facilities that Produce, Process, or Use Selenium ...................................................231

5-2.    Facilities that Produce, Process, or Use Selenium Compounds...............................232

5-3.    Some Selenium Compounds and Their Uses............................................................233

6-1.    Releases to the Environment from Facilities that Produce, Process, or Use Selenium..............238

6-2.    Releases to the Environment from Facilities that Produce, Process, or Use Selenium Compounds...........................................................................................................239

6-3.    Selenium Concentrations in Foods in the United States ..........................................254

6-4.    U.S. Food and Drug Administration—Total Diet Study (TDS)—Market Baskets 91-3 through 99-1..........................................................................................................256

6-5.    Selenium Dietary Intake (µg/day) by Sex and Age for the Total U.S. Population, 1988–94 .....276

6-6.    Serum Selenium Concentrations (µg/L) in U.S. Population from NHANES III ......................278

6-7.    Ongoing Studies on Selenium....................................................................................286

7-1.    Analytical Methods for Determining Selenium in Biological Materials ...................288

7-2.    Analytical Methods for Determining Selenium in Environmental Samples..............290

8-1.    Regulations and Guidelines Applicable to Selenium.................................................304

SELENIUM

APPX ATT_V6_2918

# 1. PUBLIC HEALTH STATEMENT

This public health statement tells you about selenium and the effects of exposure.

The Environmental Protection Agency (EPA) identifies the most serious hazardous waste sites in the nation.  These sites make up the National Priorities List (NPL) and are the sites targeted for long-term federal cleanup activities.  Selenium has been found in at least 508 of the 1,623 current or former NPL sites.  However, the total number of NPL sites evaluated for selenium is not known.  As more sites are evaluated, the sites at which selenium is found may increase.  This information is important because exposure to selenium at high levels may harm you and because these sites may be sources of exposure.  A minimum dietary level of selenium is required for good health.

When a substance is released from a large area, such as an industrial plant, or from a container, such as a drum or bottle, it enters the environment.  This release does not always lead to exposure.  You are exposed to a substance only when you come in contact with it.  You may be exposed by breathing, eating, or drinking the substance, or by skin contact.

If you are exposed to selenium, many factors determine whether you'll be harmed.  These factors include the dose (how much), the duration (how long), and how you come in contact with it/them.  You must also consider the other chemicals you're exposed to and your age, sex, diet, family traits, lifestyle, and state of health.

## 1.1    WHAT IS SELENIUM?

Selenium is a naturally occurring, solid substance that is widely but unevenly distributed in the earth's crust.  It is also commonly found in rocks and soil.  Selenium, in its pure form of metallic gray to black crystals, is often referred to as elemental selenium or selenium dust.  Elemental selenium is commercially produced, primarily as a by-product of copper refining.  Selenium is not often found in the environment in its elemental form, but is usually combined with other

substances.  Much of the selenium in rocks is combined with sulfide minerals or with silver, copper, lead, and nickel minerals.  Selenium also combines with oxygen to form several substances that are white or colorless crystals.  Some selenium compounds are gases.  Selenium and its compounds are used in some photographic devices, gun bluing (a liquid solution used to clean the metal parts of a gun), plastics, paints, anti-dandruff shampoos, vitamin and mineral supplements, fungicides, and certain types of glass.  For example, selenium sulfide is used in anti-dandruff shampoos by the common trade name Selsun Blue.  Selenium is also used to prepare drugs and as a nutritional feed supplement for poultry and livestock.  More information on the chemical and physical properties, production, and uses of selenium are found in Chapters 4 and 5.

## 1.2    WHAT HAPPENS TO SELENIUM WHEN IT ENTERS THE ENVIRONMENT?

Selenium occurs naturally in the environment.  As an element, selenium cannot be created or destroyed, although selenium can change forms in the environment.  Weathering of rocks and soils may result in low levels of selenium in water, which may be taken up by plants. Weathering also releases selenium into the air on fine dust-like particles.  Volcanic eruptions may release selenium in air.  Selenium commonly enters the air from burning coal or oil. Selenium that may be present in fossil fuels combines with oxygen when burned, which may then react with water to form soluble selenium compounds.  Airborne particles of selenium, such as in ash, can settle on soil or surface water.  Disposal of selenium in commercial products and waste could also increase the amount of selenium in soil.  The forms and fate of selenium in soil depend largely on the acidity of the surroundings and its interaction with oxygen.  In the absence of oxygen when the soil is acidic, the amount of selenium that can enter plants and organisms should be low.  Elemental selenium that cannot dissolve in water and other insoluble forms of selenium are less mobile and will usually remain in the soil, posing smaller risk of exposure. Selenium compounds that can dissolve in water are sometimes very mobile.  Thus, there is an increased chance of exposure to these compounds.  Selenium may enter surface water in irrigation drainage waters.  Some evidence indicates that selenium can be taken up in tissues of aquatic organisms and possibly increase in concentration as the selenium is passed up through the food chain.  Selenium concentrations in aquatic organisms have been a problem as a result of

irrigation runoff in some dry areas of the United States. Chapter 6 contains more information on what happens to selenium in the environment.

## 1.3    HOW MIGHT I BE EXPOSED TO SELENIUM?

People are exposed to low levels of selenium daily through food, water, and air. Selenium is also an essential nutrient for humans and animals. However, selenium can be harmful when regularly taken in amounts higher than those needed for good health. People receive the majority of their daily intake of selenium from eating food, and to a lesser extent, from water intake. Estimates of the average intake of selenium from food for the U.S. population range from 71 to 152 millionths of a gram of selenium per person per day. Low levels of selenium can also be found in drinking water. Selenium levels are less than 10 parts of selenium in a billion parts of water (10 ppb) in 99.5% of drinking water sources tested. People may be exposed to higher-than-normal levels of selenium at hazardous waste sites by swallowing soil or water, or by breathing dust. In some parts of the United States, especially in the western states, some soils naturally have higher levels of selenium compounds. Some plants can build up selenium to levels that harm livestock feeding on them. In these areas, people could be exposed to too much selenium if they eat a lot of locally grown grains and vegetables or animal products that have built up high levels of selenium. People may also be exposed to selenium from industrial sources. Humans are normally not exposed to large amounts of selenium in the air, unless selenium dust or volatile selenium compounds are formed in their workplace. Occupations in which humans may be exposed to selenium in the air are the metal industries, selenium-recovery processes, paint manufacturing, and special trades. Chapter 6 contains more information on how people can be exposed to selenium.

## 1.4    HOW CAN SELENIUM ENTER AND LEAVE MY BODY?

Selenium from the environment mainly enters the body when people eat food containing selenium. The human body easily absorbs the organic selenium compounds (for example, selenoamino acids) when eaten, and makes them available where needed in the body. The

USCA Case #25-1087     Document #2105058       Filed: 03/10/2025     Page 616 of 2126

selenium in drinking water is usually in the form of inorganic sodium selenate and sodium selenite; these forms of selenium are also easily absorbed from the digestive tract. The human body can change these inorganic selenium compounds into forms that it can use. Selenium in the air may also enter your body when you breathe it.

Hazardous waste sites at which selenium is present could represent a major source of exposure. The way that selenium can enter the body from a particular site depends on such factors as whether vegetables are grown in soil in which selenium from the site has been deposited, whether water at the site contains selenium and is able to flow into drinking water supplies, and whether selenium dust blows into the air. As mentioned earlier, specific conditions at a site can greatly influence which selenium compounds form and whether they can move in the environment to places where people might be exposed. Therefore, it is important to know that the presence of selenium at a site does not necessarily mean that people are being exposed to it. Specific tests of locally grown food, drinking water, and air must be done to find out whether exposure is occurring. You should also be aware that selenium compounds, including those used in some medicated dandruff shampoos, are not easily absorbed through the skin.

Most of the selenium that enters the body quickly leaves the body, usually within 24 hours. Beyond what the body needs, selenium leaves mainly in the urine, but also in feces and breath. Selenium in the urine increases as the amount of the exposure goes up. Selenium can build up in the human body, however, if exposure levels are very high or if exposure occurs over a long time. The amount that builds up in the body depends on the chemical form of the selenium. It builds up mostly in the liver and kidneys but also in the blood, lungs, heart, and testes. Selenium can build up in the nails and in hair, depending on time and amount of exposure. Chapter 3 contains more information on how selenium enters and leaves the human body.

## 1.5    HOW CAN SELENIUM AFFECT MY HEALTH?

To protect the public from the harmful effects of toxic chemicals and to find ways to treat people who have been harmed, scientists use many tests.

One way to see if a chemical will hurt people is to learn how the chemical is absorbed, used, and released by the body; for some chemicals, animal testing may be necessary. Animal testing may also be used to identify health effects such as cancer or birth defects. Without laboratory animals, scientists would lose a basic method to get information needed to make wise decisions to protect public health. Scientists have the responsibility to treat research animals with care and compassion. Laws today protect the welfare of research animals, and scientists must comply with strict animal care guidelines.

The general public rarely breathes high levels of selenium, although some people may be exposed to selenium dust and selenium compounds in workplace air. Dizziness, fatigue, and irritation of mucous membranes have been reported in people exposed to selenium in workplace air at concentrations higher than legal levels. In extreme cases, collection of fluid in the lungs (pulmonary edema) and severe bronchitis have been reported. The exact exposure levels at which these effects might occur are not known, but they become more likely with increasing amounts of selenium and with increasing frequency of exposure.

The normal intake of selenium by eating food is enough to meet the Recommended Daily Allowance (RDA) for this essential nutrient. However, as discussed in Chapters 2 and 3 of this profile, selenium compounds can be harmful at daily dietary levels that are higher than needed. The seriousness of the effects of excess selenium depends on how much selenium is eaten and how often. Intentional or accidental swallowing of a large amount of sodium selenate or sodium selenite (for example, a very large quantity of selenium supplement pills) could be life-threatening without immediate medical treatment. Even if mildly excessive amounts of selenium are eaten over long periods, brittle hair and deformed nails can develop. In extreme cases, people may lose feeling and control in arms and legs. These health effects, called selenosis, were seen in several villages in China where people were exposed to foods high in selenium for months to years. No human populations in the United States have been reported with long-term selenium poisoning, including populations in the western part of the country where selenium levels are naturally high in the soil. Because most people in the United States eat foods produced in many different areas, overexposure to selenium in food is unlikely to occur.

In some regions of China where soil levels of selenium are very low, not eating enough selenium has resulted in health effects. Selenium is used by the body in antioxidant enzymes that protect against damage to tissues done by oxygen, and in an enzyme that affects growth and metabolism. Not eating enough selenium can cause heart problems and muscle pain. Muscle pain has also been noted in people fed intravenously for a long time with solutions that did not contain selenium. Babies born early may be more sensitive to not having enough selenium, and this may contribute to lung effects. In the United States, selenium in food is sufficient to meet the RDA and prevent harmful effects from not enough selenium.

Upon contact with human skin, industrial selenium compounds have been reported to cause rashes, redness, heat, swelling, and pain. Brief, acute exposure of the eyes to selenium dioxide as a dust or fume in workplace air may result in burning, irritation, and tearing. However, only people who work in industries that process or use selenium or selenium compounds are likely to come into contact with levels high enough to cause eye irritation.

Studies of laboratory animals and people show that most selenium compounds probably do not cause cancer. In fact, some studies of cancer in humans suggest that lower-than-normal selenium levels in the diet might increase the risk of cancer. Other studies suggest that dietary levels of selenium that are higher than normal might reduce the risk of cancer in humans. However, taking selenium so that your daily amount is greater than that required might just increase your risk of selenium poisoning.

Based on studies done until 1987, the International Agency for Research on Cancer (IARC) determined that selenium and selenium compounds could not be classified as to their ability to cause cancer in humans. However, since then, the EPA has determined that one specific form of selenium, called selenium sulfide, is a probable human carcinogen. Selenium sulfide is the only selenium compound shown to cause cancer in animals. Rats and mice that were fed selenium sulfide daily at very high levels developed cancer. Selenium sulfide is not present in foods, and it is a very different chemical from the organic and inorganic selenium compounds found in foods and in the environment. Also, if introduced into the environment, selenium sulfide does not dissolve readily in water and would probably bind tightly to the soil, further reducing any

chance of exposure.  Because selenium sulfide is not absorbed through the skin, the use of anti-dandruff shampoos containing selenium sulfide is generally considered safe.

Very high amounts of selenium have caused decreased sperm counts, increased abnormal sperm, changes in the female reproductive cycle in rats, and changes in the menstrual cycle in monkeys. The relevance of the reproductive effects of selenium exposure in animals studied to potential reproductive effects in humans is not known.  Selenium compounds have not been shown to cause birth defects in humans or in other mammals.

Chapter 3 contains more information on the health effects of selenium and selenium compounds in humans and animals.

## 1.6    HOW CAN SELENIUM AFFECT CHILDREN?

This section discusses potential health effects from exposures during the period from conception to maturity at 18 years of age in humans.

Children living near selenium waste sites or coal burning plants are likely to be exposed to higher environmental levels of selenium through breathing, touching soil, and eating contaminated soil.  Children living in areas of China with high selenium in the soil had higher levels of selenium in the blood than adults from that area.  Very few studies have looked at how selenium can affect the health of children.  Children need small amounts of selenium for normal growth and development.  Children will probably show the same sort of health effects from selenium exposure as adults, but some studies suggest that they may be less susceptible to health effects of selenium than adults.

We do not know if exposure to selenium could result in birth defects in people.  Selenium compounds have not been shown to cause birth defects in humans or in other mammals.  We have no information to suggest that there are any differences between children and adults in where selenium is found in the body or in how fast it enters or leaves the body.  Studies in laboratory animals have shown that selenium crosses the placenta and enters the fetus.  Studies in

humans show that infants are supplied with selenium through breast milk, and therefore, women who were exposed to selenium by living near a waste site might transfer selenium to their babies. However, babies in areas of China with high selenium in the soil did not show any signs of health effects due to selenium, even though some of their parents did.

## 1.7    HOW CAN FAMILIES REDUCE THE RISK OF EXPOSURE TO SELENIUM?

If your doctor finds that you have been exposed to significant amounts of selenium, ask whether your children might also be exposed.  Your doctor might need to ask your state health department to investigate.

Since selenium occurs naturally in the environment, we cannot avoid exposure to it.  Certain dietary supplements and anti-dandruff shampoos contain selenium in high levels.  You should not exceed the recommended dosages when using these products.

Children living near selenium waste sites or coal burning plants are likely to be exposed to higher environmental levels of selenium through breathing, touching soil, and eating contaminated soil.  Some children eat a lot of dirt.  You should discourage your children from eating dirt.  Make sure they wash their hands frequently and before eating.  Discourage your children from putting their hands in their mouths or from other hand-to-mouth activity.

The primary route of human exposure to selenium is through eating food.  People who irrigate their home gardens with groundwater containing high levels of selenium may grow and eat plants that contain high levels of selenium because this element is taken up in some plants. Fishermen and hunters of waterfowl who regularly eat fish and game from waterways with high selenium content may also consume above average levels of selenium.  To reduce your family's exposure to selenium, obey any wildlife advisories issued by your state.  Information on fish and wildlife advisories in your state is available from your state public health or natural resources department.

## 1.8     IS THERE A MEDICAL TEST TO DETERMINE WHETHER I HAVE BEEN EXPOSED TO SELENIUM?

Selenium can be measured in the blood, urine, and fingernails or toenails of exposed individuals. However, since selenium is an essential nutrient normally present in foods, low levels of selenium are normally found in body tissues and urine.  Tests for selenium are most useful for people who have recently been exposed to high levels.  Samples of blood, urine, or nails can be properly collected in a physician's office and sent to a laboratory that has the special equipment needed to measure selenium.  Urine can be used to determine short-term exposure.  Because red blood cells last about 120 days before they are replaced by newly made red blood cells, the presence of selenium in red blood cells can show whether a person was exposed to selenium during the 120 days before testing, but not if exposed more than 120 days before testing.  Toenail clippings can be used to determine longer-term exposure.

Many methods are available to measure selenium levels in human tissue and the environment. However, none of the methods that are routinely available can measure or detect each selenium compound in one test, and better tests that measure lower levels of different selenium compounds are needed.  Also, these tests cannot determine the exact levels of selenium you may have been exposed to or predict whether health effects will occur, even though very high amounts of selenium in blood are clearly related to selenosis.  Some human as well as animal studies suggest that when people are exposed over a long period to higher-than-normal amounts of selenium, their bodies adjust to the higher amounts.  Chapter 3 contains more information on studies that have measured selenium in blood and other human tissues.

The length of time that selenium stays in the body after exposure stops depends on the form of selenium to which the person was exposed.  Thus, it is difficult to predict how useful a test will be if some time has gone by since exposure stopped.  Chapter 7 contains more information on the methods available to measure selenium in human tissues and in the environment.

USCA Case #25-1087    Document #2105058    Filed: 03/10/2025    Page 622 of 2126

## 1.9    WHAT RECOMMENDATIONS HAS THE FEDERAL GOVERNMENT MADE TO PROTECT HUMAN HEALTH?

The federal government develops regulations and recommendations to protect public health. Regulations can be enforced by law. Federal agencies that develop regulations for toxic substances include the Environmental Protection Agency (EPA), the Occupational Safety and Health Administration (OSHA), and the Food and Drug Administration (FDA). Recommendations provide valuable guidelines to protect public health but cannot be enforced by law. Federal organizations that develop recommendations for toxic substances include the Agency for Toxic Substances and Disease Registry (ATSDR) and the National Institute for Occupational Safety and Health (NIOSH).

Regulations and recommendations can be expressed in not-to-exceed levels in air, water, soil, or food that are usually based on levels that affect animals; then they are adjusted to help protect people. Sometimes these not-to-exceed levels differ among federal organizations because of different exposure times (an 8-hour workday or a 24-hour day), the use of different animal studies, or other factors.

Recommendations and regulations are also periodically updated as more information becomes available. For the most current information, check with the federal agency or organization that provides it. Some regulations and recommendations for selenium include the following:

The EPA Office of Drinking Water regulates the amount of selenium allowed in drinking water. Public water supplies are not allowed to exceed 50 ppb total selenium.

The FDA regulations allow a level of 50 ppb of selenium in bottled water. OSHA is responsible for setting regulations on selenium levels allowable in the workplace. The exposure limit for selenium compounds in the air for an 8-hour period is 0.2 mg selenium/m$^3$. Chapter 8 contains other regulations and guidelines for selenium.

APPX ATT_V6_2928

## 1.10    WHERE CAN I GET MORE INFORMATION?

If you have any more questions or concerns, please contact your community or state health or environmental quality department, or contact ATSDR at the address and phone number below.

ATSDR can also tell you the location of occupational and environmental health clinics.  These clinics specialize in recognizing, evaluating, and treating illnesses resulting from exposure to hazardous substances.

Toxicological profiles are also available on-line at www.atsdr.cdc.gov and on CD-ROM.  You may request a copy of the ATSDR ToxProfiles CD-ROM by calling the information and technical assistance toll-free number at 1-888-42ATSDR (1-888-422-8737), by email at atsdric@cdc.gov, or by writing at:

> Agency for Toxic Substances and Disease Registry
> Division of Toxicology
> 1600 Clifton Road NE
> Mailstop E-29
> Atlanta, GA 30333
> Fax: 1-404-498-0093

For-profit organizations may request a copy of final profiles from the following:

National Technical Information Service (NTIS)
5285 Port Royal Road
Springfield, VA  22161
Phone: 1-800-553-6847 or 1-703-605-6000
Web site: http://www.ntis.gov/

APPX ATT_V6_2930

# 2.  RELEVANCE TO PUBLIC HEALTH

## 2.1    BACKGROUND AND ENVIRONMENTAL EXPOSURES TO SELENIUM IN THE UNITED STATES

Selenium is an essential micronutrient for humans and animals that is found ubiquitously in the environment, being released from both natural and anthropogenic sources.  The principal release of selenium into the environment from anthropogenic sources is from coal combustion.  Natural sources of selenium include the weathering of selenium-containing rocks and soils, and volcanic eruptions. Selenium is found in most rocks and soils, and naturally occurs at low concentrations in surface waters and groundwaters of the United States.  Accumulation of selenium in agricultural drainage waters has been documented in basins in the western United States, particularly in California.  Ambient background concentrations of selenium in the air are very low, generally in the nanogram per cubic meter ($ng/m^3$) range.

Exposure of the general population to selenium is primarily by ingestion of its organic and inorganic forms, both of which occur naturally in the diet.  The greatest portion of dietary intake occurs from organic forms of selenium, mainly the amino acids selenomethionine and selencysteine, in grains, cereals, and forage crops.  The main inorganic sources of selenium in the diet are selenate and selenite, which are less absorbed than the organic forms.  Other exposure pathways for selenium, which are of lesser importance, are water and air.  Various estimates of the selenium intake for Americans have ranged from 0.071 to 0.152 mg selenium/day (approximately 1–2 µg/kg/day in adults).  Some people living in areas with high soil concentrations of selenium (as in areas of the western United States) might have higher exposure because of the natural selenium levels found locally, particularly if they consume crops primarily grown in that area.  Metal industry workers, health service professionals, mechanics, and painters may be exposed to higher levels of selenium than the general population or workers employed in other trades.

## 2.2    SUMMARY OF HEALTH EFFECTS

As an essential trace element in humans and animals, selenium is a biologically active part of a number of important proteins, particularly enzymes involved in antioxidant defense mechanisms (e.g., glutathione peroxidases), thyroid hormone metabolism (e.g., deiodinase enzymes), and redox control of intracellular

reactions (e.g., thioredoxin reductase).  Depending upon the level of intake, selenium can have nutritional or possibly toxic effects.  Most people in the United States are unlikely to suffer from selenium deficiency.  Although excessive intake of selenium can cause adverse health effects, these are generally observed at doses more than 5 times greater than the Recommended Dietary Allowance (RDA).

The current RDA for selenium, established by the Food and Nutrition Board of the National Research Council (National Academy of Sciences), is 55 µg/day for male and female adults (approximately 0.8 µg/kg/day).  This recommendation represents a decrease from the previous RDA of 70 µg/day for males; 55 µg/day was already the RDA for females.  The current NAS Tolerable Upper Intake Level (UL) for selenium is 400 µg/day for adults (approximately 5.7 µg/kg/day).  At the time that the RDA was in the process of being reevaluated (i.e., late 1990s), selenium was found to have entered the environment from old mining operations in some northwestern U.S. locations.  This resulted in public concern about the potential effects of selenium on livestock grazing in the vicinity, and ultimately possible effects in humans consuming food products from plants and animals raised in those areas.  The combination of the increased concern regarding selenium toxicity and the reduction in the selenium RDA indicated to ATSDR that an Agency reevaluation of selenium from a toxicological perspective is warranted; the previous version of the ATSDR Toxicological Profile for Selenium was published in 1996.

Although selenium deficiency is not a health issue in the United States, it has been associated with two endemic diseases found in selenium-poor regions of China:  a cardiovascular condition known as Keshan Disease and an osteoarthropathy called Kashin-Beck Disease.  Keshan Disease is a cardiomyopathy characterized by cardiac enlargement, abnormal ECG patterns, cardiogenic shock, and congestive heart failure, with multifocal necrosis of the myocardium.  The disease is reported to occur primarily in children and women of child-bearing age and has been successfully treated by selenium supplementation; however, a low incidence of cases persisting after selenium supplementation suggests that there may be other contributing factors.  The evidence for the involvement of selenium in Kashin-Beck disease is less clear than for its involvement in Keshan disease.  Kashin-Beck Disease is characterized by atrophy, degeneration, and necrosis of cartilage tissue, and occurs primarily in children between the ages of 5 and 13 years; it also has been successfully treated with selenium supplements.  Chronically ill people and older people have been shown to have lower organ concentrations of selenium than healthy individuals, but it is not clear if this is a cause or consequence of aging or illness.

Relatively little information is available on health effects of elevated inhalation levels of selenium.  The primary target organ in humans and laboratory animals in cases of acute, high-level inhalation exposure to

selenium dusts or fumes is the lung, with cardiovascular, hepatic, nervous, and renal involvement as well. Lesser effects are observed in other organs/organ systems. Workers acutely exposed to high concentrations of elemental selenium dust have reported stomach pain and headaches, whereas workers briefly exposed to high levels of selenium dioxide dust experienced respiratory symptoms such as pulmonary edema, bronchial spasms, symptoms of asphyxiation and persistent bronchitis, elevated pulse rates, lowered blood pressure, vomiting, nausea, and irritability. No information is available on health effects in humans or laboratory animals from intermediate-duration (up to 1 year) inhalation exposure to selenium or selenium compounds. Regarding chronic inhalation exposure, several occupational studies describe respiratory effects such as irritation of the nose, respiratory tract, and lungs, bronchial spasms, and coughing following exposure to selenium dioxide or elemental selenium as dust. Respiratory symptoms similar to those reported for occupationally-exposed humans have been seen in animals inhaling high doses of elemental selenium fumes or dust, and studies of animals with acute inhalation exposure to hydrogen selenide or elemental selenium fumes or dust have reported hepatocellular degeneration and atrophy of the liver.

Acute oral exposure to extremely high levels of selenium (e.g., several thousand times more than normal daily intake) produces nausea, vomiting, and diarrhea in both humans and laboratory animals. Acute oral exposure of humans to selenium has occasionally caused cardiovascular symptoms, such as tachycardia, but no electrocardiographic abnormalities were found in individuals from a human population chronically exposed to selenium. In laboratory animals, acute- and intermediate-duration oral exposure to very large amounts of selenium (approximately 100 times normal human intake) has produced myocardial degeneration in laboratory animals.

Chronic oral intake of very high levels of selenium (10–20 times more than normal) can produce selenosis in humans, the major effects of which are dermal and neurological. As shown by affected populations in China, chronic dietary exposure to these excess levels of selenium has caused diseased nails and skin and hair loss, as well neurological problems, including unsteady gait and paralysis. Additional information on selenosis is summarized in the following subsection of this chapter. In contrast, studies of people living in areas of naturally occurring high selenium concentrations in the United States have not revealed adverse health effects in those populations. This difference may result from a lower (~2-fold) selenium exposure in the U.S. population compared to the Chinese population, as well as a better balanced, higher protein diet in the United States, which could lead to reduced toxicity of selenium through interactions with dietary components.

Intermediate and chronic oral exposure of livestock to high levels of dietary selenium compounds also produces dermal and neurological effects. Studies in rats and other laboratory animals with high selenium tissue concentrations demonstrate that many organ systems retain selenium and are affected. The primary adverse effects in laboratory animals exposed to inorganic selenium salts or to selenium-containing amino acids are cardiovascular, gastrointestinal, hematological, hepatic, dermal, immunological, neurological, and reproductive, although doses causing these effects are generally at least 5 times higher than normal daily selenium intake. A condition (syndrome) referred to as "blind staggers" has been repeatedly observed in cattle feeding off vegetation in areas with high selenium content in the soil. However, the neurological effects have not been replicated in experimentally-exposed cattle receiving doses of selenium sufficient to induce hoof lesions, and thus, the neurological signs associated with "blind staggers" may be due to other compounds found within this vegetation.

Some evidence for effects on the endocrine system has also been found following long-term oral exposure to elevated levels of dietary selenium in humans and rats. In humans, blood levels of thyroid $T_3$ hormone (triiodothyronine) decreased in response to increased dietary selenium for durations of 3 months and longer at intakes several times higher than normal intake, although the hormone levels remained within the normal range. In rats, type-I-deiodinase activity decreased in response to increased exposure to selenium for several months, but the levels of thyroid hormones in these animals did not show a consistent pattern.

Studies of Chinese populations and laboratory animals exposed to high levels of organic and/or inorganic selenium compounds have not found evidence of selective teratogenic effects in mammals.

There is no evidence to support a causal association between selenium compounds and cancer in humans. In fact, some epidemiological and experimental evidence suggests that selenium exposure under certain conditions may contribute to a reduction in cancer risk. The chemopreventive potential of supplemental selenium is currently under research. Selenium sulfide and ethyl selenac are the only selenium compounds that have been shown to be carcinogenic upon oral administration in rodents; however, significant exposure of humans to these chemical forms of selenium is extremely unlikely.

Additional information on main health effects of selenium in humans and animals is summarized below and detailed in Chapter 3.

APPX ATT_V6_2934

**Selenosis.**    Following chronic oral exposure to excessive amounts of the organic selenium compounds in food, the two principal clinical conditions observed in humans are dermal and neurological effects, as described most completely in the epidemiological study of endemic selenosis in the People's Republic of China.  The dermal manifestations of selenosis include loss of hair, deformation and loss of nails, and discoloration and excessive decay of teeth, while neurological effects include numbness, paralysis, and occasional hemiplegia.  The average dietary intake of selenium associated with selenosis in these people has been estimated to be 1,270 µg/day (~0.02 mg/kg/day, or 10–20 times higher than normal daily intake).

Loss of hair and malformation of hooves in pigs, horses, and cattle, and poliomyelomalacia in pigs have been reported to occur following long-term exposure to excessive amounts (more than 30 times the normal dietary amount of selenium) of the organic selenium compounds found in seleniferous plants. Histologically, swine with selenium-induced neurological signs exhibit bilateral macroscopic lesions of the ventral horn of the spinal cord.  The selenium in the selenium-accumulating plant *Astragalus bisulcatus* appears to be a more potent neurotoxicant than D,L-selenomethionine or selenate.  The form of selenium in *A. bisulcatus* is unknown, although it is apparently nonprotein.  Myocardial degeneration has been experimentally produced in cattle, sheep, and swine (as well as in laboratory mammals) by acute and longer-term exposures to inorganic salts of selenium, but it is unclear whether seleniferous grains or forages, or other natural sources of selenium, cause the same cardiomyopathy.

The neurological signs and histopathology observed in livestock following oral exposure to excess selenium compounds have not been recorded in laboratory animals.  This suggests that (1) small laboratory mammals might not be appropriate models for selenium toxicity in humans due to toxicokinetic differences (e.g., laboratory animals absorb selenium compounds to a lesser extent, or metabolize and/or excrete selenium compounds more quickly), (2) some as yet unidentified organic form of selenium contributes to the neurological manifestations of chronic selenosis in humans and in livestock, (3) unrecognized confounding factors, such as other plant toxins, have contributed to the neurological syndrome associated with chronic selenosis in field studies of humans and livestock, and/or (4) species differences in interactions between selenium and other nutrients or xenobiotics, such as vitamin E and methionine, which have been found to be antagonistic to selenium toxicity

**Endocrine Effects.**    Selenium is a component of all three members of the deiodinase enzyme family, the enzymes responsible for deiodination of the thyroid hormones, and has a physiological role in the

control of thyroid hormone levels. Significant decreases in serum $T_3$ hormone levels have been observed in humans that were environmentally or experimentally exposed to elevated dietary levels of selenium (several times higher than normal). However, the $T_3$ hormone levels observed in these studies were still within the normal human range, so the biological impact of this change is unclear. The effect of increased dietary selenium on other thyroid hormones is also uncertain. Intermediate-duration studies in rats show a decrease in type-I-deiodinase activity in response to elevated selenium; however, the levels of thyroid hormones in these animals did not show any consistent changes.

Reduced growth rate of young animals and weight loss in older animals are two of the most common effects in experimental animals following long-term oral intake of excessive levels of inorganic and organic compounds of selenium. It is quite possible that selenium-induced reduction in growth has a thyroid or other endocrine component. For example, selenite treatment of young rats decreased somatomedin C levels, although somatomedin C was not a sensitive index of elevated selenium exposure in humans from a high-selenium area of South Dakota, and growth hormone secretion in response to the growth hormone releasing factor was also reduced in selenium-treated rats. The primary endocrine target of selenium leading to decreased growth has yet to be elucidated. Pancreatic toxicity has been observed following excess selenium exposure. Cytoplasmic flocculation was observed in lambs treated with a single oral dose of selenite, and pancreatic damage, which was not further described, was noted in rats following chronic oral treatment with selenate or selenite. Pancreatic toxicity associated with excessive selenium exposure is likely related to the unique ability of that organ to accumulate the element.

**Reproductive Effects.** In humans, no correlation has been found between selenium levels in seminal fluid and sperm count or mobility. No significant increase in spontaneous abortions was reported among women chronically exposed to drinking water containing increased selenium, but the concentration was not considered to be unusually high. In animals, oral exposure to high doses of sodium selenate or selenite (at least 8 times greater than those normally supplied by an adequate diet) caused increased numbers of abnormal sperm, as well as testicular hypertrophy, degeneration, and atrophy in male rats, and affected the estrous cycle in female rats and mice. The animals that showed these effects were not mated, so it is not clear if fertility was affected. Oral treatment with L-selenomethionine similarly caused disturbances in the menstrual cycle (anovulation, short luteal and follicular phases) in monkeys. Selenium deficiency has also been reported to cause decreased sperm production and motility in rats. The relevance of the reproductive effects of high and low levels of selenium in laboratory animals to potential reproductive effects in humans is not known.

**Hepatic Effects.**    Liver effects have not been reported for humans exposed to excessive amounts of selenium.  No significant abnormalities were found in blood levels of liver enzymes in people living in high selenium areas, or in liver morphology (ultrasonographic examination) of individuals suffering from severe symptoms of selenosis.  In experimental animals and livestock, however, the liver has been shown to be affected following inhalation or oral exposure to different kinds of selenium compounds.  Hepatocellular degeneration occurred in guinea pigs following short-term inhalation exposure to excessive levels (hundreds of times higher than normal) of elemental selenium dust (8 mg/m$^3$) or hydrogen selenide (33 mg/m$^3$).  Cirrhosis, hepatocellular degeneration, and changes in liver enzyme levels in serum have been reported for rats, pigs, and mice orally exposed to selenite, selenate, or organic selenium.  The oral doses of selenium producing the various adverse liver effects were approximately 10 times the amount normally found in an adequate diet.  Excessive dietary exposure to selenium sulfide (several thousands of times higher than normal selenium intake) produced frank hepatotoxicity in rats, but not in mice.  Although the liver appears to be the primary target organ for the oral toxicity of selenium in experimental animals following intermediate and chronic exposure, liver cirrhosis or dysfunction has not been a notable component of the clinical manifestations of chronic selenosis in humans.  The lack of evidence of liver damage in humans due to selenosis, despite all of the animal data to the contrary, suggests a problem with the animal models of the disease.

**Renal Effects.**    No reports of renal effects in humans were located.  In animals, mild kidney effects have been observed following oral exposure to seleniumat levels several hundred times higher than normal human intake.  These effects include hydropic degeneration in sheep following a single dose of 5 mg Se/kg/day as sodium selenite.  Rats appear to be more sensitive than mice to renal effects of repeated oral exposures to selenium compounds.  A dose-related increase in renal papilla degeneration, described as mild to minimal, was observed in rats at very high levels of selenate or selenite (0.5 mg Se/kg/day, several hundreds of times higher than normal human intake) in the drinking water for 13 weeks, although increased kidney weight was the only renal effect in similarly exposed mice.  Mice that were given excessive daily doses of selenium sulfide by gavage (464 mg Se/kg/day for 13 weeks), however, developed interstitial nephritis.

## 2.3    MINIMAL RISK LEVELS (MRLs)

### *Inhalation MRLs*

No MRLs were derived for inhalation exposure to selenium because of insufficient quantitative data concerning both human and animal exposures.  Data on the health effects of inhaled selenium in humans are available from studies of occupationally exposed workers (Clinton 1947; Glover 1970; Holness et al. 1989; Kinnigkeit 1962; Wilson 1962).  These studies suggest that the respiratory system is the most sensitive end point for inhaled selenium dust, but they do not provide quantitative measurements of exposure levels and are frequently confounded by concurrent exposures to other chemicals.  Laboratory animal studies support the respiratory system as the main target of selenium inhalation toxicity (Dudley and Miller 1941; Hall et al. 1951), but the available data are for acute exposures to high concentrations of selenium that also produced serious health effects, including death.

### *Oral MRLs*

No MRLs were derived for acute or intermediate oral exposure to selenium because of insufficient information regarding adverse health effect levels in humans and experimental animals.  For acute exposure, no quantitative data are available from studies of humans.  Some acute oral animal studies identify lowest-observed-adverse-effect levels (LOAELs) for organ weight changes, behavioral changes, and reduced body weight, but these occur at doses similar to those producing serious LOAELs for paralysis and developmental effects in other mammalian studies.

Information on health effects of intermediate-duration (15–365 days) oral exposure to selenium in humans is mainly available from a 120-day experimental study of men who were exposed to a controlled diet of foods naturally low or naturally high in selenium (Hawkes and Turek 2001; Hawkes et al. 2001). Eleven subjects were fed diets providing selenium intake levels of 0.6 µg/kg/day for 21 days (baseline period), followed by 0.2 µg/kg/day (6 subjects) or 4 µg/kg/day (5 subjects) for the subsequent 99 days. This was more a nutritional study than a toxicological study, as indicated by selenium intake levels that bracketed the current RDA (~0.8 µg Se/kg/day) and were well below the tolerable upper limit (~5.7 µg Se/kg/day) recommended by the Food and Nutrition Board (NAS 2000).  Comprehensive evaluations were performed that included serum levels of thyroid hormones ($T_3$ and TSH) and reproductive hormones (testosterone, follicle-stimulating hormone, luteinizing hormone, prolactin, estradiol, and progesterone), sperm quality indices (number and concentration, motility, forward progression and velocity, and morphology), and immunological end points (including serum immunoglobulin levels, lymphocyte counts

and phenotypes, natural-killer cell activity, proliferative response of lymphocytes to mitogenic
stimulation, delayed-type hypersensitivity skin responses to recall antigens, and antibody responses to
diptheria-tetanus and influenza vaccines).  Effects were essentially limited to subclinical changes in
thyroid hormones and sperm motility, which are not considered to be toxicologically meaningful.  Serum
$T_3$ concentrations decreased in the high selenium group and increased in the low selenium group, but all
values apparently remained within the normal human range.  Serum TSH concentrations increased in the
high-selenium group with no change in the low-selenium group, but values also remained in the normal
range.  Sperm motility was slightly lower than the baseline value in the high selenium group at study
termination.  The decrease in sperm motility cannot be clearly attributed to selenium because the effect
was not consistent over the duration of exposure, and is unlikely to be adverse because it is at the low end
of the normal range and was not accompanied by any changes in other indices of sperm movement
(progression or forward velocity) or sperm numbers or morphology.

Effects in intermediate-duration studies in experimental animals include reductions in liver enzyme
activities, changes in liver and body weights, and histological changes in the liver and kidney, but the
relevance of these effects to selenium toxicity in humans is questionable.  For example, humans with
selenosis did not display any changes in serum levels of liver enzymes or morphological damage to the
liver, as shown by ultrasonographic examination (Yang et al. 1989a).  Further, the liver and kidney effects
in animal studies occurred at doses ($\geq$0.2 mg/kg/day) that were considerably higher than the 4 µg/kg/day
intake level that caused the subclinical thyroid hormone and sperm motility alterations in humans
(Hawkes and Turek 2001; Hawkes et al. 2001).  Although the human experimental study identifies a no-
observed-adverse-effect level (NOAEL) of 4 µg/kg/day for sensitive endocrine and male reproductive end
points, it is an inappropriate basis for derivation of an intermediate oral MRL.  In particular, because this
is a free-standing NOAEL, proximity to the LOAEL region is not known, and the use of the NOAEL to
derive an MRL would yield a value that is in the range of the selenium RDA (approximately
0.8 µg/kg/day) (NAS 2000) and below the chronic oral MRL derived below.

•       An MRL of 0.005 mg/kg/day (5 µg/kg/day) has been derived for chronic oral exposure (>365 days)
        to selenium.

This MRL is based upon a study by Yang and Zhou (1994), who examined of a group of five individuals
who were recovering from selenosis, and who were drawn from a larger population from an area of China
where selenosis occurred (Yang et al. 1989a, 1989b).  The study collected data on selenium levels in the
diet, blood, nails, hair, urine, and milk of residents at three sites with low, medium, and high selenium,
and compared the incidence of clinical symptoms of selenosis (morphological changes in fingernails)

with dietary intake of selenium and selenium levels in blood. The average adult body weight was 55 kg (Yang et al., 1989b). It was found that selenium levels in blood corresponded to the dietary intake of selenium, and that symptoms of selenosis occurred at or above a selenium intake level of 910 μg/day (0.016 mg/kg/day) (Yang et al. 1989a). In 1992, Yang and Zhou (1994) reexamined five individuals from the high selenium site who had been suffering from symptoms of selenosis (loss of fingernails and hair), but were recovering (nails were regrowing). Since their earlier report, the living conditions of the population had improved; they had been cautioned against consuming high selenium foods, and part of their diet from locally produced corn had been replaced with rice or cereals. Yang and Zhou (1994) found that the concentration of selenium in the blood of these individuals had fallen from 1,346 μg/L (measured in 1986) to 968 μg/L (measured in 1992). Using a regression equation derived from the data in an earlier report (Yang et al. 1989b), it was calculated that the dietary intake of selenium associated with selenosis in these individuals was 1,270 μg/day, while an intake of 819 μg Se/day (was associated with recovery (Yang and Zhou 1994).

The chronic oral MRL is based on a NOAEL of 819 μg/day (0.015 mg/kg/day) for disappearance of symptoms of selenosis in recovering individuals (Yang and Zhou 1994) and uses an uncertainty factor of 3 for human variability. An uncertainty factor of 3 was considered appropriate because the individuals in this study were sensitive individuals drawn from a larger population and because of supporting studies, as discussed in Appendix A. The NOAEL used to derive the MRL is consistent with NOAELs observed for other human populations (Longnecker et al. 1991). The MRL is about 2.5–5 times higher than normal selenium intake levels of 71–152 μg/day (approximately 0.001–0.002 mg/kg/day) (DHHS 2002; FDA 1982a; Levander 1987; Pennington et al. 1989; Schrauzer and White 1978; Schubert et al. 1987; Welsh et al. 1981), and approximately 6 times greater than the RDA for selenium of 55 μg/day (~0.0008 mg/kg/day) (NAS 2000). The MRL does not represent a threshold for toxicity, but a daily intake that ATSDR considers to be safe for all populations. The exact point above the MRL at which effects might occur in sensitive individuals is uncertain.

APPX ATT_V6_2940

# 3.  HEALTH EFFECTS

## 3.1    INTRODUCTION

The primary purpose of this chapter is to provide public health officials, physicians, toxicologists, and other interested individuals and groups with an overall perspective on the toxicology of selenium.  It contains descriptions and evaluations of toxicological studies and epidemiological investigations and provides conclusions, where possible, on the relevance of toxicity and toxicokinetic data to public health.

A glossary and list of acronyms, abbreviations, and symbols can be found at the end of this profile.

Selenium is a naturally occurring element that is widely distributed in rocks and soils.  Although selenium has been reported at hazardous waste sites where it can occur in many forms, analysis of specific forms present at these sites has not been performed, and it is unclear how much selenium is present in some of the sites.  Selenium has multiple oxidation states (valence states) including -2, 0, +4, and +6.  The type of selenium found is a result of its oxidation state, which may vary according to ambient conditions, such as pH and microbial activity.

Elemental selenium (selenium[0]) is rarely found naturally, but it is stable in soils.  Selenates (selenium[+6]) and selenites (selenium[+4]) are water soluble and can be found in water.  Sodium selenate is among the most mobile forms of selenium because of its high solubility and inability to adsorb to soil particles.  More insoluble forms, such as elemental selenium, are less mobile; therefore, there is less risk for exposure.  Because of greater bioavailability, water-soluble selenium compounds are probably more toxic than elemental selenium by any route.  Selenium is found in nature complexed with multiple compounds, and although various forms are discussed in the profile, many others exist.  Some plants, such as alfalfa, yeasts, white grain, and cruciferous species (e.g., mustard, cabbage, broccoli, and cauliflower), are efficient accumulators of selenium.  Plants can contain organic selenium primarily in the form of the amino acids, selenomethionine and selenocysteine, along with the dimethyl selenides.  Elemental selenium can be oxidized to form selenium dioxide.  While the products of oxidation might be expected at the soil surface, elemental selenium would be the expected predominant form in soils or sediments where anaerobic conditions exist.  Selenium sulfides, used in some anti-dandruff shampoos, are not very water soluble and, therefore, like elemental selenium, are relatively immobile in the environment.

Much of the selenium released to the environment comes from the burning of coal and other fossil fuels, and from other industrial processes such as the production of rubber. For more information on the physical and chemical properties of selenium, see Chapter 4. For more information on the potential for human exposure, see Chapter 6.

In humans and animals, selenium is an essential nutrient that plays a role in protecting tissues from oxidative damage as a component of glutathione peroxidase. It is also found in the deiodinases, including type I and II iodothyronine 5'-deiodinase, which convert thyroxine to triiodothyronine and in thioredoxin reductase, which catalyses the NADPH-dependent reduction of the redox protein thioredoxin. The biologically active form of selenium in these enzymes is the modified amino acid, selenocysteine. Humans and animals can be exposed to increased amounts of selenium through the use of dietary supplements containing selenium. The nutritional role of selenium is further discussed in Section 3.4. Although selenium is an essential nutrient, exposure to high levels via inhalation or ingestion may cause adverse health effects. The mechanism by which selenium exerts toxic effects is unknown, but existing theories are discussed in Section 3.5. Most of the studies available on health effects involve exposure to selenite, selenate, and a form found in foods (selenomethionine).

Several factors should be considered when evaluating the toxicity of selenium compounds. The purity and grade of the particular test substance used in the testing are important factors. For example, in studies of selenium sulfide compounds, the amounts of mono- and disulfides are often not specified by the study authors. The solubility and the particle size of selenium compounds can also influence their toxicity.

## 3.2    DISCUSSION OF HEALTH EFFECTS BY ROUTE OF EXPOSURE

To help public health professionals and others address the needs of persons living or working near hazardous waste sites, the information in this section is organized first by route of exposure (inhalation, oral, and dermal) and then by health effect (death, systemic, immunological, neurological, reproductive, developmental, genotoxic, and carcinogenic effects). These data are discussed in terms of three exposure periods: acute (14 days or less), intermediate (15–364 days), and chronic (365 days or more).

Levels of significant exposure for each route and duration are presented in Tables 3-1, 3-2, and 3-3 and illustrated in Figures 3-1, 3-2, and 3-3. The points in the figures showing no-observed-adverse-effect

levels (NOAELs) or lowest-observed-adverse-effect levels (LOAELs) reflect the actual doses (levels of exposure) used in the studies. The oral doses presented in these tables and figures, as well as those included in the text of this chapter, are expressed on a per kg of body weight basis. LOAELs have been classified into "less serious" or "serious" effects. "Serious" effects are those that evoke failure in a biological system and can lead to morbidity or mortality (e.g., acute respiratory distress or death). "Less serious" effects are those that are not expected to cause significant dysfunction or death, or those whose significance to the organism is not entirely clear. ATSDR acknowledges that a considerable amount of judgment may be required in establishing whether an end point should be classified as a NOAEL, "less serious" LOAEL, or "serious" LOAEL, and that in some cases, there will be insufficient data to decide whether the effect is indicative of significant dysfunction. However, the Agency has established guidelines and policies that are used to classify these end points. ATSDR believes that there is sufficient merit in this approach to warrant an attempt at distinguishing between "less serious" and "serious" effects. The distinction between "less serious" effects and "serious" effects is considered to be important because it helps the users of the profiles to identify levels of exposure at which major health effects start to appear. LOAELs or NOAELs should also help in determining whether or not the effects vary with dose and/or duration, and place into perspective the possible significance of these effects to human health.

The significance of the exposure levels shown in the Levels of Significant Exposure (LSE) tables (Tables 3-1, 3-2, and 3-3) and figures (Figures 3-1, 3-2, and 3-3) may differ depending on the user's perspective. Public health officials and others concerned with appropriate actions to take at hazardous waste sites may want information on levels of exposure associated with more subtle effects in humans or animals (LOAELs) or exposure levels below which no adverse effects (NOAELs) have been observed. Estimates of levels posing minimal risk to humans (Minimal Risk Levels or MRLs) may be of interest to health professionals and citizens alike.

Estimates of exposure levels posing minimal risk to humans (Minimal Risk Levels or MRLs) have been made for selenium. An MRL is defined as an estimate of daily human exposure to a substance that is likely to be without an appreciable risk of adverse effects (noncarcinogenic) over a specified duration of exposure. MRLs are derived when reliable and sufficient data exist to identify the target organ(s) of effect or the most sensitive health effect(s) for a specific duration within a given route of exposure. MRLs are based on noncancerous health effects only and do not consider carcinogenic effects. MRLs can be derived for acute, intermediate, and chronic duration exposures for inhalation and oral routes. Appropriate methodology does not exist to develop MRLs for dermal exposure.

Although methods have been established to derive these levels (Barnes and Dourson 1988; EPA 1990b), uncertainties are associated with these techniques. Furthermore, ATSDR acknowledges additional uncertainties inherent in the application of the procedures to derive less than lifetime MRLs. As an example, acute inhalation MRLs may not be protective for health effects that are delayed in development or are acquired following repeated acute insults, such as hypersensitivity reactions, asthma, chronic bronchitis, or multiple chemical exposure. As these kinds of health effects data become available and methods to assess levels of significant human exposure improve, these MRLs will be revised.

A User's Guide has been provided at the end of this profile (see Appendix B). This guide should aid in the interpretation of the tables and figures for Levels of Significant Exposure and the MRLs.

## 3.2.1    Inhalation Exposure

Table 3-1 and Figure 3-1 describe the health effects observed in experimental animals that inhaled elemental selenium dust or hydrogen selenide. Studies of other forms of selenium are not presented in the LSE tables and figures (Table 3-1 and Figure 3-1) because either the reporting of the studies was incomplete or no studies on other forms were located. All doses are expressed in terms of total selenium.

### 3.2.1.1  Death

No studies were located regarding death in humans after inhalation of elemental selenium or selenium compounds.

In animals, the acute lethality of hydrogen selenide and elemental selenium dust when inhaled has been investigated. In guinea pigs exposed to hydrogen selenide for 2, 4, or 8 hours, 5/16 died within 10 days of exposure at 12 mg selenium/m$^3$, 3/16 died at 6 mg selenium/m$^3$, and 8/16 died at 6 mg selenium/m$^3$, respectively (Dudley and Miller 1941).

No deaths were observed among rabbits or guinea pigs exposed to elemental selenium dust at levels of 31 mg selenium/m$^3$ for 4 hours every other day for 8 exposure days (Hall et al. 1951). Higher levels were not tested.

Table 3-1 Levels of Significant Exposure to Selenium - Inhalation

| Key to figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Specific Route) | System | NOAEL (mg/m³) | LOAEL Less Serious (mg/m³) | LOAEL Serious (mg/m³) | Reference Chemical Form |
|---|---|---|---|---|---|---|---|
| **ACUTE EXPOSURE** | | | | | | | |
| **Death** | | | | | | | |
| 1 | Gn Pig (NS) | 4 hr | | | | 6 (3/16 died) | Dudley and Miller 1941 hydrogen selenide |
| 2 | Gn Pig (NS) | 8 hr | | | | 1 (8/16 died) | Dudley and Miller 1941 hydrogen selenide |
| 3 | Gn Pig (NS) | 2 hr | | | | 12 (8/16 died) | Dudley and Miller 1941 hydrogen selenide |
| **Systemic** | | | | | | | |
| 4 | Rat (NS) | 8 hr | Resp | | 33 F (congestion; mild central atrophy) | 33 F (pulmonary hemorrhage, pneumonitis) | Hall et al. 1951 elemental |
| | | | Hepatic | | | | |
| | | | Renal | 33 F | | | |
| | | | Endocr | 33 F | | | |
| | | | Bd Wt | 33 F | | | |
| 5 | Gn Pig (NS) | 4 hr | Resp | | | 8 (pneumonitis) | Dudley and Miller 1941 hydrogen selenide |
| | | | Cardio | 8 | | | |
| | | | Hepatic | | 8 (fatty metamorphosis, increased liver weight) | | |
| | | | Renal | 8 | | | |
| | | | Endocr | 8 | | | |

**APPX ATT_V6_2945**

Table 3-1 Levels of Significant Exposure to Selenium - Inhalation

(continued)

| Key to figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Specific Route) | System | NOAEL (mg/m³) | LOAEL | | Reference Chemical Form |
|---|---|---|---|---|---|---|---|
| | | | | | Less Serious (mg/m³) | Serious (mg/m³) | |
| 6 | Gn Pig (NS) | 8 d 4hr/2d | Resp | | 33 M (mild congestion; mild to moderate interstitial pneumonitis; slight emphysema) | | Hall et al. 1951 elemental |
| | | | Cardio | 33 M | | | |
| | | | Hepatic | | 33 M (congestion; central atrophy; fatty metamorphosis) | | |
| | | | Renal | 33 M | | | |
| | | | Bd Wt | 33 M | | | |
| 7 | Rabbit (NS) | 8 d 4hr/2d | Resp | | 33 F (congestion, mild pneumonitis) | | Hall et al. 1951 elemental |
| | | | Cardio | 33 F | | | |
| | | | Hepatic | 33 F | | | |
| | | | Renal | 33 F | | | |
| | | | Bd Wt | 33 F | | | |
| | **Immuno/ Lymphoret** | | | | | | |
| 8 | Rat (NS) | 8 hr | | 33 | | | Hall et al. 1951 elemental |

Table 3-1  Levels of Significant Exposure to Selenium - Inhalation

(continued)

| Key to figure [a] | Species (Strain) | Exposure/ Duration/ Frequency (Specific Route) | System | NOAEL (mg/m³) | LOAEL Less Serious (mg/m³) | LOAEL Serious (mg/m³) | Reference Chemical Form |
|---|---|---|---|---|---|---|---|
| 9 | Gn Pig (NS) | 4 hr | | | 8   (splenic hyperplasia) | | Dudley and Miller 1941 hydrogen selenide |

a The number corresponds to entries in Figure 3-1.

Bd Wt = body weight; Cardio = cardiovascular; CEL = cancer effect level; d = day(s); (F) = feed; Endocr = endocrine; F = female; gastro = gastrointestinal; Hemato = hematological; hr = hour(s); LOAEL = lowest-observed-adverse-effect level; M = male; Metab = metabolic; Musc/skel = musculoskeletal; NOAEL = no-observed-adverse-effect level; (NS) = not specified; Resp = respiratory

APPX ATT_V6_2947

Figure 3-1. Levels of Significant Exposure to Selenium - Inhalation



All LOAEL values from each reliable study for death in each species and duration category are recorded in Table 3-1 and plotted in Figure 3-1.

## 3.2.1.2  Systemic Effects

The selenium compounds that are most likely to be encountered in air in occupational settings are dusts of elemental selenium, hydrogen selenide, and selenium dioxide.  Other volatile selenium compounds (e.g., dimethyl selenide, dimethyl diselenide) might be encountered in some naturally occurring situations. Because selenium is converted from one form to another, as in plant biosynthesis of selenoamino acids, it is not clear which specific forms may be encountered at hazardous waste sites.  If a hazardous waste site specifically contains deposits of compounds of selenium, those compounds could be released off-site in dust or air.  Toxicity data for exposures via inhalation are available for elemental selenium, selenium dioxide, selenium oxychloride, hydrogen selenide, and dimethyl selenide.  Because there are few studies of inhalation of selenium of any single form, all available studies of inhalation exposures to selenium compounds will be included in this discussion.

In studies of human occupational exposures, it appears that the respiratory tract is the primary site of injury after inhalation of selenium dust or selenium compounds, but gastrointestinal (possibly due to swallowed selenium) and cardiovascular effects, as well as irritation of the skin and eyes, also occur. Little of the available information for humans, however, relates health effects exclusively to measured concentrations of the selenium dust or compounds because of the possibility of concurrent exposures to multiple substances in the workplace.  In animals, the respiratory tract is also the primary site of injury following inhalation exposure to selenium dust and hydrogen selenide.  Hematological and hepatic effects have also been noted in animals.  Inhalation data from laboratory animal studies are available only for acute exposures.

No information was located regarding hematological, musculoskeletal, dermal, or ocular effects in humans or laboratory animals after inhalation exposure to selenium or selenium compounds.  The systemic effects that have been observed after inhalation exposure are discussed below.  The highest NOAEL values and all LOAEL values for each reliable study for systemic effects in each species and duration category are recorded in Table 3-1 and plotted in Figure 3-1.

**Respiratory Effects.**     In humans, the respiratory system is the primary site of injury after inhalation of elemental selenium or selenium compounds.  The largest number of reported human exposures occurred in occupational settings, especially in industries that extract, mine, treat, or process selenium-bearing minerals and in industries that use selenium or selenium compounds in manufacturing.  The reports of occupational exposure do not link observed symptoms to specific air concentrations of elemental selenium or selenium compounds.  Several reports, however, have noted common effects associated with inhalation exposure in occupational settings.

Selenium dioxide is formed when selenium is heated in air.  Direct exposure to selenium dioxide is, therefore, primarily an occupational hazard and not likely to be a risk at hazardous waste sites.  Selenium dioxide forms selenious acid on contact with water, including perspiration, and can cause severe irritation.  Acute inhalation of large quantities of selenium dioxide powder can produce pulmonary edema as a result of the local irritant effect on alveoli (Glover 1970).  Bronchial spasms, symptoms of asphyxiation, and persistent bronchitis have been noted in workers briefly exposed to high concentrations of selenium dioxide (Wilson 1962).  Kinnigkeit (1962) reported that selenium dioxide concentrations of 0.007–0.05 mg selenium/m$^3$ in a selenium rectifier plant produced slight tracheobronchitis in 9 of 62 exposed workers.

Hydrogen selenide, a highly poisonous selenium compound, is a gas at room temperature, with a density much higher than air.  Selenium oxychloride, also highly toxic, is more irritating and corrosive to the human respiratory tract than are other forms of selenium because the compound hydrolyzes to hydrogen chloride (HCl), which can then form hydrochloric acid in humid air and in the respiratory tract (Dudley 1938).  Hydrogen selenide and selenium oxychloride are occupational exposure hazards that are not expected to be much of a concern at hazardous waste sites.

Acute inhalation exposure to elemental selenium dust, possibly including some selenium dioxide, in occupational settings has been shown to irritate mucous membranes in the nose and throat and produce coughing, nosebleed, loss of olfaction, and in heavily exposed workers, dyspnea, bronchial spasms, bronchitis, and chemical pneumonia (Clinton 1947; Hamilton 1949).  Chronic exposure of 40 workers at a copper refinery produced increased nose irritation and sputum (Holness et al. 1989).  The exact concentration of selenium was not given, but the concentration was reported to exceed 0.2 mg selenium/m$^3$.  Confounding variables in this study include concurrent exposure to several other metals including copper, nickel, silver, lead, arsenic, and tellurium.

In experimental animals, the respiratory tract is the primary site of injury following acute inhalation exposure to elemental selenium and selenium compounds. Rats exposed to selenium fumes (selenium concentration and particle size were not reported) for 2–16 minutes experienced moderate to severe respiratory effects, including hemorrhage and edema of the lungs (Hall et al. 1951). Rats exposed to selenium dust (average particle diameter, 1.2 μm) at levels of 33 mg selenium/m$^3$ for 8 hours experienced severe respiratory effects, including hemorrhage and edema of the lungs, and several animals died (Hall et al. 1951). Histopathological examinations of surviving animals revealed chronic interstitial pneumonitis. Acute exposure of rabbits and guinea pigs to selenium dust (average particle diameter, 1.2 μm) at a concentration of 33 mg selenium/m$^3$ resulted in mild interstitial pneumonitis or congestion, and slight emphysema in both species (Hall et al. 1951). Other histological findings included vascular lymphocytic infiltration and intra-alveolar foci of large macrophages.

Acute inhalation exposure of guinea pigs to 8 mg selenium/m$^3$ as hydrogen selenide for 4 hours produced diffuse bronchopneumonia and pneumonitis (Dudley and Miller 1941). The investigators do not indicate if any of these guinea pigs died as a result of the exposure. Histologic examination of animals that died following exposure to higher concentrations revealed thickening of the alveolar walls and congestion of alveolar capillaries (Dudley and Miller 1937). In contrast, 1-hour exposure of rats to 25,958 mg selenium/m$^3$ as dimethyl selenide produced only minor effects (increased weight of lung and liver) 1 day postexposure. These changes disappeared by 7 days postexposure (Al-Bayati et al. 1992). Enzymatic methylation of selenium compounds is the primary route of detoxification and may explain the low toxicity of dimethyl selenide (Al-Bayati et al. 1992). Although this form of selenium is environmentally relevant since it is formed in soil, plants, and microorganisms, dimethyl selenide appears to be relatively nontoxic in comparison to occupational exposure to hydrogen selenide.

The effects of intratracheal instillation of selenium on pulmonary function may be dependent on the form in which it is supplied (Nonavinakere et al. 1999). Instillation of 0.06 mg selenium/100 g body weight as selenium dioxide produced a significant decrease in respiratory rate and a significant increase in lung resistance compared with controls. Instillation with 0.06 mg selenium/110 g body weight as seleno-L-methionine also produced a decrease in respiratory rate and an increase in lung resistance, but the values were not significantly different from controls.

Intratracheal instillation of 0.3 mg selenium as sodium selenite in male Hartley-guinea pigs decreased dynamic-lung-compliance and increased pulmonary resistance compared with control animals instilled with saline (Bell et al. 1997). Analysis of bronchoalveolar-lavage fluid showed increased activities of

lactate dehydrogenase, β-glucuronidase, alkaline phosphatase, and protein, suggesting damage to lung tissue.

Histological analysis of guinea pigs that received single intratracheal instillations of 0.3 mg selenium as sodium selenite found mild acute inflammation in approximately one-third of the lung tissue and a noticeable amount of sloughed epithelium and mucus within the bronchi (Bell et al. 2000).  Lungs of animals treated with 0.06 mg selenium showed neutrophils aggregated in the alveoli and some dilation of the alveoli suggestive of emphysema.  Relative lung weights and the ratio of wet/dry lung weight were increased in the selenium-treated animals compared with controls; the increase was only significant for those receiving the higher dose of selenium.  Leukocyte counts in bronchoalveolar-lavage fluid were decreased for selenium-treated animals compared with controls, and the difference was significant for the animals receiving 0.3 mg selenium, but not the 0.06 mg dosage.

No studies were located regarding respiratory effects in animals after intermediate or chronic inhalation of selenium or selenium compounds.

**Cardiovascular Effects.**    Several workers experienced symptoms of shock, including lower blood pressure and elevated pulse rates, following an acute exposure (at most 20 minutes) to selenium dioxide fumes resulting from a fire (Wilson 1962).  The subjects were treated with oxygen and inhalation of ammonia vapor, and pulse rates were normalized within 3 hours.

Cardiovascular effects were not observed in guinea pigs exposed to hydrogen selenide at 8 mg selenium/m$^3$ for 4 hours (Dudley and Miller 1941), or in guinea pigs and rabbits exposed to elemental selenium dust (average particle diameter, 1.2 μm) every other day at 33 mg selenium/m$^3$ for eight 4-hour exposure periods (Hall et al. 1951).

**Gastrointestinal Effects.**    Vomiting and nausea were reported in workers exposed to high concentrations of selenium dioxide for a maximum of 20 minutes during a fire (Wilson 1962).  Stomach pain was frequently reported by workers exposed to elemental selenium and selenium dioxide at a selenium rectifier plant (Glover 1967), and by copper refinery workers exposed to an unspecified form of selenium (Holness et al. 1989).  Exposure concentrations were not reported for the rectifier plant, but were >0.2 mg selenium/m$^3$ at the copper refinery.

No studies were located regarding gastrointestinal effects in animals after inhalation of selenium or selenium compounds.

**Hepatic Effects.**    No studies were located regarding hepatic effects in humans after inhalation of selenium or selenium compounds.

Hepatoxicity has been observed in experimental animals following inhalation exposure to elemental selenium dust and to hydrogen selenide.  One month after an 8-hour exposure to elemental selenium dust at a level of 33 mg selenium/$m^3$, most rats exhibited slight liver congestion and a few exhibited mild centrilobular atrophy (Hall et al. 1951).  In contrast, 1 week after exposure to 25,958 mg selenium/$m^3$ as dimethyl selenide for 1 hour, rats showed no observable changes in the liver (Al-Bayati et al. 1992).  Three weeks following acute exposure to elemental selenium dust at a level of 33 mg selenium/$m^3$ for 4 hours every other day for 8 days, 4/10 guinea pigs exhibited slight hepatic congestion with mild central atrophy and 2/10 showed some fatty hepatocellular degeneration (Dudley and Miller 1941).  In contrast, exposure of guinea pigs to lower concentrations of selenium (8 mg/$m^3$), as hydrogen selenide, for a single 4-hour period produced mild fatty hepatocellular metamorphosis (Dudley and Miller 1941).

**Renal Effects.**    No studies were located regarding renal effects in humans after inhalation of selenium or selenium compounds.

The kidneys do not appear to be affected in guinea pigs (Dudley and Miller 1941; Hall et al. 1951) after acute inhalation exposure to 33 mg selenium/$m^3$ as hydrogen selenide for 8 hours or to 8 mg selenium/$m^3$ as elemental selenium dust for 4 hours.  Likewise, the kidneys were not affected in rabbits following acute inhalation exposure to 33 mg selenium/$m^3$ as hydrogen selenide for 8 hours (Hall et al. 1951) or in rats following acute inhalation exposure to 25,958 mg selenium/$m^3$ as dimethyl selenide for 1 hour or to 33 mg selenium/$m^3$ as hydrogen selenide for 8 hours (Al-Bayati et al. 1992; Hall et al. 1951).

**Endocrine Effects.**    No studies were located regarding endocrine effects in humans after inhalation of selenium or selenium compounds.

No histopathological changes in the adrenal gland were observed in guinea pigs exposed to hydrogen selenide at 8 mg selenium/$m^3$ for 4 hours (Dudley and Miller 1941) or in rats exposed to elemental selenium at 33 mg selenium/$m^3$ for 8 hours (Hall et al. 1951).

**Body Weight Effects.**    No studies were located regarding effects on body weight in humans following inhalation of selenium or selenium compounds.

No effects on body weight were observed in guinea pigs following a single 8-hour exposure to elemental selenium at 33 mg selenium/$m^3$ or in guinea pigs and rabbits exposed to elemental selenium dust at 33 mg selenium/$m^3$ every other day for 4 hours for a total of eight exposures (Hall et al. 1951).

### 3.2.1.3    Immunological and Lymphoreticular Effects

No studies were located regarding immunological or lymphoreticular effects in humans after inhalation exposure to selenium or selenium compounds.

Lymphoid hyperplasia was noted in the spleen of guinea pigs following a single 4-hour exposure at 8 mg selenium/$m^3$ as hydrogen selenide (Dudley and Miller 1941).  Histopathological changes in the spleen were not observed in guinea pigs exposed to elemental selenium dust (average particle diameter, 1.2 μm) at 33 mg selenium/$m^3$ for 8 hours (Hall et al. 1951).  Injury to the spleen was observed in guinea pigs following exposure for 4 hours, every other day, for 8 days to elemental selenium dust at a level of 33 mg selenium/$m^3$ (Hall et al. 1951).  Specific effects included congestion of the spleen, fissuring red pulp, and increased polymorphonuclear leukocytes (Hall et al. 1951).

### 3.2.1.4  Neurological Effects

Information concerning possible neurological effects caused by inhalation of selenium or selenium compounds is limited.  Severe frontal headaches were reported by workers exposed during an accident to high concentrations of selenium fumes (compound not stated) for approximately 2 minutes (Clinton 1947).  Workers at a selenium rectifier plant reported symptoms of malaise and irritability when working with selenium (exposure was probably to selenium dioxide and elemental selenium, but the form was not stated) (Glover 1967).  The symptoms resolved whenever the workers were moved to other work. Urinary concentrations of selenium were about 0.08 mg/L, compared to 0.024–0.034 mg/L in unexposed workers.

No studies were located regarding neurological effects in animals after inhalation of selenium or selenium compounds.

No studies were located regarding the following health effects in humans or animals after inhalation exposure to selenium or selenium compounds:

### 3.2.1.5   Reproductive Effects

### 3.2.1.6   Developmental Effects

### 3.2.1.7   Cancer

There are no epidemiologic data that support a causal association between the inhalation of elemental selenium dusts or selenium compounds and the induction of cancer in humans (Gerhardsson et al. 1986; Wester et al. 1981).  In one study, postmortem samples were collected from copper smelter workers who were exposed to several different airborne compounds, including selenium compounds.  Samples from lung cancer cases had lower concentrations of selenium in lung tissue than samples from controls or from workers who had died from other causes (Gerhardsson et al. 1986).  In another autopsy study of smelter workers, Wester et al. (1981) found that the selenium concentrations in kidney tissues from workers who had died of malignancies were lower than the selenium concentrations in kidney tissues from workers who died of other causes.  Further discussions regarding the cancer protective effects of selenium can be found in Section 3.2.2.7.

No studies were located regarding carcinogenic effects in laboratory animals after inhalation exposure to selenium or selenium compounds.

### 3.2.2   Oral Exposure

Table 3-2 and Figure 3-2 describe the health effects observed in humans and experimental animals associated with dose and duration of oral exposure to selenium and selenium compounds (i.e., elemental selenium dust, selenium dioxide dissolved in water [selenious acid], sodium selenate, sodium selenite, potassium selenate, and dietary selenium compounds, which include selenoamino acids).  All doses for these compounds are expressed in terms of total selenium.  Table 3-3 and Figure 3-3 describe health effects observed in laboratory animals following oral exposure to selenium sulfides ($SeS_2$ and $SeS$) at varying doses and exposure durations.  All doses for selenium sulfide compounds are expressed in terms

Table 3-2 Levels of Significant Exposure to Selenium - Oral

| Key to figure[a] | Species (Strain) | Exposure/ Duration/ Frequency/ (Specific Route) | System | NOAEL (mg/kg/day) | LOAEL | | Reference Chemical Form |
|---|---|---|---|---|---|---|---|
| | | | | | Less Serious (mg/kg/day) | Serious (mg/kg/day) | |

**ACUTE EXPOSURE**

**Death**

| 1 | Rat (Sprague-Dawley) | once (G) | | | | 6700 M (LD50) | Cummins and Kimura 1971 elemental |
| 2 | Rat (Sprague-Dawley) | once (GW) | | | | 7 M (LD50) | Cummins and Kimura 1971 selenite |
| 3 | Rat (Sprague-Dawley) | 14 d ad lib (W) | | | | 0.418 F (7/12 died) | NTP 1996 sodium selenate |
| 4 | Rat (NS) | once (G) | | | | 4.8 F (LD50) | Pletnikova 1970 selenite |
| 5 | Rat (Wistar) | once (GW) | | | | 48 (LD50) | Singh and Junnarkar 1991 selenium dioxide |
| 6 | Mouse (NS) | once (G) | | | | 3.2 M (LD50) | Pletnikova 1970 selenite |
| 7 | Mouse (ICR) | once (G) | | | | 35.9 M (LD50) | Sayato et al. 1993 D,L-selenocystine |
| 8 | Mouse (Swiss) | once (GW) | | | | 16 M (LD50) | Singh and Junnarkar 1991 selenium dioxide |
| 9 | Gn Pig (NS) | once (G) | | | | 2.3 F (LD50) | Pletnikova 1970 selenite |

Table 3-2  Levels of Significant Exposure to Selenium  -  Oral                                   (continued)

| Key to figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Specific Route) | System | NOAEL (mg/kg/day) | LOAEL | | Reference Chemical Form |
|---|---|---|---|---|---|---|---|
| | | | | | Less Serious (mg/kg/day) | Serious (mg/kg/day) | |
| 10 | Rabbit (NS) | once (G) | | | | 1 F (LD50) | Pletnikova 1970 selenite |
| **Systemic** | | | | | | | |
| 11 | Rat (Sprague-Dawley) | 14 d ad lib (W) | Bd Wt | 0.251 F | | 0.418 F (significant (36%) reduction in body weight) | NTP 1996 sodium selenate |
| 12 | Mouse (BALB/c) | 14 d ad lib (W) | Hemato | 0.38 M | 0.82 M (significant increase in red blood cell count) | | Johnson et al. 2000 Selenite |
| | | | Hepatic | 0.38 M | 0.82 M (significant decrease in relative liver weight) | | |
| | | | Renal | 0.17 M | 0.38 M (significant increase in relative kidney weight) | | |
| | | | Bd Wt | 0.38 M | 0.82 (significant decrease in body weight gain) | | |
| 13 | Mouse (BALB/c) | 14 d ad lib (W) | Hemato | 1.36 M | | | Johnson et al. 2000 selenomethionine |
| | | | Hepatic | 1.36 M | | | |
| | | | Renal | 1.36 M | | | |
| | | | Bd Wt | 1.36 M | | | |

**Table 3-2 Levels of Significant Exposure to Selenium - Oral (continued)**

| Key to figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Specific Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form |
|---|---|---|---|---|---|---|---|
| 14 | Pig (NS) | 5 d | Resp | 1.25 | | | Panter et al. 1996 organic |
| | | | Cardio | 1.25 | | | |
| | | | Hepatic | 1.25 | | | |
| | | | Renal | 1.25 | | | |
| | | | Dermal | 1.25 | | | |
| | | | Bd Wt | | | 1.25 (5% loss of body weight) | |
| **Immuno/ Lymphoret** | | | | | | | |
| 15 | Mouse (BALB/c) | 14 d ad lib (W) | | 0.38 M | 0.82 M (increased proliferation of splenic lymphocytes and LPS-induced production of TNF alpha and IL-1beta) | | Johnson et al. 2000 Selenite |
| 16 | Mouse (BALB/c) | 14 d ad lib (W) | | 1.36 M | | | Johnson et al. 2000 selenomethionine |
| **Neurological** | | | | | | | |
| 17 | Mouse (Swiss) | once (GW) | | | 1.6 (decreased activity, muscle tone, touch response, respiration; hypothermia) | | Singh and Junnarkar 1991 selenium dioxide |
| 18 | Mouse (BALB/c) | 14 d ad lib (W) | | 0.24 M | 0.58 M (significant increase in the levels of striatal dihydroxyphenylacetic acid and homovanillic acid) | | Tsunoda et al. 2000 Selenite |

Table 3-2 Levels of Significant Exposure to Selenium - Oral (continued)

| Key to figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Specific Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | Serious (mg/kg/day) | Reference Chemical Form |
|---|---|---|---|---|---|---|---|
| 19 | Mouse (BALB/c) | 14 d ad lib (W) | | 1.96 M | | | Tsunoda et al. 2000 Organic selenium |
| 20 | Pig (NS) | 10 d 1x/d (C) | | | | 1.3 (hypoactivity, focal symmetrical poliomalacia, histopathological lesions in brain and spinal cord) | Wilson et al. 1989 selenite |
| **Developmental** | | | | | | | |
| 21 | Hamster (Syrian LKV) | once Gd 8 (GW) | | 7.1 | | 7.9 (encephalocele; decreased crown-rump length) | Ferm et al. 1990 selenite |
| 22 | Hamster (Syrian LKV) | once Gd 8 (GW) | | | | 7.1 (encephalocele) | Ferm et al. 1990 selenate |
| 23 | Hamster (Syrian LKV) | once Gd 8 (GW) | | | 5.9 (decreased fetal crown-rump length) | | Ferm et al. 1990 selenomethionine |
| **INTERMEDIATE EXPOSURE** | | | | | | | |
| **Death** | | | | | | | |
| 24 | Rat (Sprague-Dawley) | 6 wk ad lib (F) | | | | 0.48 M (1/8 died) | Halverson et al. 1966 selenite |
| 25 | Rat (Sprague-Dawley) | 6 wk ad lib (F) | | | | 0.4 M (1/8 died) | Halverson et al. 1966 organic |
| 26 | Rat (Fischer-344) (W) | 13 wk | | | | 2.54 (20/20 died) | NTP 1994 selenate |

Table 3-2 Levels of Significant Exposure to Selenium - Oral (continued)

| Key to figure [a] | Species (Strain) | Exposure/ Duration/ Frequency (Specific Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form |
|---|---|---|---|---|---|---|---|
| 27 | Rat (Fischer-344) | 13 wk (W) | | | | 1.67 F (2/10 died) | NTP 1994 selenite |
| 28 | Rat (Sprague-Dawley) | 4-6 wk ad lib (W) | | | | 0.84 M (4/6 died) | Palmer and Olson 1974 selenate |
| 29 | Rat (Sprague-Dawley) | 4-6 wk ad lib (W) | | | | 0.84 M (2/6 died) | Palmer and Olson 1974 selenate |
| 30 | Rat (Wistar) | 1 yr daily ad lib (W) | | | | 1.05 M (1/3 died); 1.05 F (3/5 died) | Rosenfeld and Beath 1954 selenate |
| 31 | Rat (BLU:(LE)) | 365 d (W) | | | | 0.28 (50% males died at 58 days; 50% females died at 160 days) | Schroeder and Mitchener 1971a selenite |
| 32 | Mouse (ICR) | 30 d 6d/wk (G) | | | | 14.2 M (15/15 died) | Sayato et al. 1993 D,L-selenocystine |
| **Systemic** | | | | | | | |
| 33 | Human | 20 wk (IN) | Endocr | 0.001 | | | Duffield et al. 1999 |
| 34 | Human | 102d (F) | Endocr | 0.0039 M | | | Hawkes and Turek 2001 dietary |

Table 3-2 Levels of Significant Exposure to Selenium - Oral (continued)

| Key to figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Specific Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form |
|---|---|---|---|---|---|---|---|
| 35 | Human | 120d (F) | Hemato | 0.004 M | | | Hawkes et al. 2001 dietary |
| 36 | Monkey (Macaca fascicularis) | gd 20-50 1x/d (GW) | Gastro | 0.025 F | 0.15 F (vomiting) | | Tarantal et al. 1991 selenomethionine |
| | | | Bd Wt | 0.025 F | 0.15 F (increased weight loss) | | |
| 37 | Rat (Wistar) | 110 d ad lib (F) | Endocr | 0.105 M | 0.105 M (significant reduction in type I deiodinase activity) | | Behne et al. 1992 sodium selenite |
| | | | Bd Wt | 0.105 M | | | |
| 38 | Rat (Wistar) | 110 d ad lib (F) | Endocr | | 0.118 M (significant reduction in type I deiodinase activity) | | Behne et al. 1992 selenomethionine |
| | | | Bd Wt | | 0.118 M (significant reduction in body weight (15%)) | | |
| 39 | Rat (Sprague-Dawley) | 2 mo ad lib (F) | Hepatic | 0.1 M | 0.2 M (nodular regenerative hyperplasia, increased relative liver weight) | | Bioulac-Sage et al. 1992 selenite |
| | | | Bd Wt | 0.2 M | | | |

Table 3-2 Levels of Significant Exposure to Selenium - Oral (continued)

| Key to figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Specific Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | Serious (mg/kg/day) | Reference Chemical Form |
|---|---|---|---|---|---|---|---|
| 40 | Rat (Sprague-Dawley) | 8 wk (F) | Resp | 0.45 M | | | Chen et al. 1993 selenite |
| | | | Cardio | 0.45 M | | | |
| | | | Gastro | 0.45 M | | | |
| | | | Hepatic | | 0.45 M (diffuse panlobular vacuolar accumulation of glycogen and lipid) | | |
| | | | Renal | 0.45 M | | | |
| | | | Bd Wt | 0.45 M | 0.25 M (final body weights about 14% lower than controls) | 0.35 M (final body weights about 29% lower than controls) | |
| 41 | Rat (Sprague-Dawley) | 40 d ad lib (F) | Hemato | 0.27 M | | | Eder et al. 1995 sodium selenite |
| | | | Endocr | 0.026 M | 0.055 M (significant reduction in serum tri-iodothyronine levels) | | |
| | | | Bd Wt | 0.27 M | | | |
| 42 | Rat (Sprague-Dawley) | 6 wk ad lib (F) | Hemato | 0.24 M | 0.32 M (23% decrease in hemoglobin) | 0.56 M (79% decrease in hemoglobin) | Halverson et al. 1966 organic |
| | | | Hepatic | | 0.4 M (6-fold increase in bilirubin) | | |
| | | | Endocr | 0.32 M | 0.4 M (pancreas weight 1.4 times greater than diet restricted controls) | | |
| | | | Bd Wt | 0.32 | | 0.4 M (body weight gain 36% lower than controls) | |

Table 3-2 Levels of Significant Exposure to Selenium - Oral (continued)

| Key to figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Specific Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | Serious (mg/kg/day) | Reference Chemical Form |
|---|---|---|---|---|---|---|---|
| 43 | Rat (Sprague-Dawley) | 6 wk ad lib (F) | Endocr | | 0.09 M (significant increase in serum TSH (~30%)) | | Hotz et al. 1997 sodium selenate |
| | | | Bd Wt | 0.09 M | | | |
| | | | Metab | | 0.09 M (significant increase in GSH-Px in kidney (~30%) and erythrocytes (~100%)) | | |
| 44 | Rat (Wistar) | 3 mo 1x/d (F) | Hepatic | | 0.002 M (sporadic infiltrations of mononuclear cells in portal canals and weak activation of Kupffer cells) | 0.005 M (distict swelling of Kupffer cells in dilated sinusoidal vessels and necrotic areas comprising single groups of hepatocytes) | Kolodziejczyk et al. 2000 sodium selenite |

Table 3-2 Levels of Significant Exposure to Selenium - Oral                                                    (continued)

| Key to figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Specific Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form |
|---|---|---|---|---|---|---|---|
| 45 | Rat (Fischer- 344) | 13 wk (W) | Resp | 1.57 M | | | NTP 1994 selenate |
| | | | Cardio | 1.57 M | | | |
| | | | Gastro | 1.57 M | | | |
| | | | Hemato | 0.92 M | 1.57 M (increased hematocrit and hemoglobin associated with decreased water intake) | | |
| | | | Musc/skel | 1.57 M | | | |
| | | | Hepatic | 0.92 M | 1.57 M (increased bile acids indicating cholestasis) | | |
| | | | Renal | 0.31 F | 0.47 F (minimal papilla degeneration of the kidneys) | | |
| | | | Endocr | 1.57 M | | | |
| | | | Ocular | 1.57 M | | | |
| | | | Bd Wt | 0.47 F | 0.88 F (body weights 10% less than controls) | 1.35 F (body weights 29% less than controls, associated with decreased water intake) | |

APPX ATT_V6_2964

Table 3-2 Levels of Significant Exposure to Selenium - Oral (continued)

| Key to figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Specific Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | Serious (mg/kg/day) | Reference Chemical Form |
|---|---|---|---|---|---|---|---|
| 46 | Rat (Fischer-344) | 13 wk (W) | Resp | 1.67 F | | | NTP 1994 selenite |
| | | | Cardio | 1.67 F | | | |
| | | | Gastro | 1.67 F | | | |
| | | | Hemato | 0.86 F | 1.67 F (increased hematocrit associated with decreased water intake) | | |
| | | | Musc/skel | 1.67 F | | | |
| | | | Hepatic | 1.67 F | | | |
| | | | Renal | 0.28 F | 0.5 F (mild papilla degeneration) | | |
| | | | Endocr | 1.67 F | | | |
| | | | Ocular | 1.67 F | | | |
| | | | Bd Wt | 0.98 M | | 1.59 M (body weights 34% less than controls, associated with decreased water intake) | |
| 47 | Rat (Sprague-Dawley) | 23-29 d ad lib (W) | Bd Wt | 0.167[b] M  0.209 F | 0.293[b] M (significant (11%) reduction in body weight)  0.334 F | 0.418[b] (significant (20% male, 39% female) reduction in body weight) | NTP 1996 sodium selenate |
| 48 | Rat (Sprague-Dawley) | 4-6 wk ad lib (W) | Hepatic | | | 0.84 M (cirrhosis) | Palmer and Olson 1974 selenate |
| | | | Bd Wt | | 0.42 M (body weight gain 10% lower than controls) | | |

Table 3-2 Levels of Significant Exposure to Selenium - Oral (continued)

| Key to figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Specific Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form |
|---|---|---|---|---|---|---|---|
| 49 | Rat (Sprague-Dawley) | 6 wk ad lib (F) | Bd Wt | 0.125 M | | | Salbe and Levander 1990a selenate |
| 50 | Rat (Sprague-Dawley) | 6 wk ad lib (F) | Bd Wt | 0.125 M | | | Salbe and Levander 1990a selenomethionine |
| 51 | Rat (Wistar) | 3-6 wks ad lib (W) | Endocr | | 0.64 F (decreased somatomedin C) | | Thorlacius-Ussing 1990 selenite |
| | | | Bd Wt | | | 0.64 F (body weight gain 30% lower than controls) | |
| 52 | Rat (Wistar) | 12-14 wk ad lib | Cardio | | | 0.324 (degeneration of heart tissue with disruption of myofibrils and sarcomeres) | Turan et al. 1999a sodium selenite |
| | | | Hepatic | | | 0.324 (degeneration of liver tissue with dilation of sinusoidal capillaries) | |
| | | | Bd Wt | | 0.324 (significant decrease in body weight (17%)) | | |
| 53 | Mouse (ICR) | 90 d (G) | Hepatic | 2.4 M | 4.7 M (increased serum aspartate aminotransferase and alanine aminotransferase) | | Hasegawa et al. 1994 D,L-selenocystine |
| | | | Bd Wt | 2.4 M | 4.7 M (body weights 16% lower than controls) | 7.1 M (body weights 22% lower than controls) | |

Table 3-2 Levels of Significant Exposure to Selenium - Oral

(continued)

| Key to figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Specific Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form |
|---|---|---|---|---|---|---|---|
| 54 | Mouse (B6C3F1) | 13 wk (W) | Resp | 3.83 F | | | NTP 1994 selenite |
| | | | Cardio | 3.83 F | | | |
| | | | Gastro | 3.83 F | | | |
| | | | Hemato | 3.83 F | | | |
| | | | Musc/skel | 3.83 F | | | |
| | | | Hepatic | 3.83 F | | | |
| | | | Renal | 0.91 M | 1.61 M (increased relative kidney weight; decreased water intake) | | |
| | | | Endocr | 3.83 F | | | |
| | | | Ocular | 3.83 F | | | |
| | | | Bd Wt | 1.61 M | | 3.31 M (body weights 20% lower than controls; decreased water intake) | |

Table 3-2 Levels of Significant Exposure to Selenium - Oral (continued)

| Key to figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Specific Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form |
|---|---|---|---|---|---|---|---|
| 55 | Mouse (B6C3F1) | 13 wk (W) | Resp | 7.17 F | | | NTP 1994 selenate |
| | | | Cardio | 7.17 F | | | |
| | | | Gastro | 7.17 F | | | |
| | | | Hemato | 7.17 F | | | |
| | | | Musc/skel | 7.17 F | | | |
| | | | Hepatic | 7.17 F | | | |
| | | | Renal | 1.07 M | 1.87 M (increased kidney weight associated with decreased water intake) | | |
| | | | Endocr | 7.17 F | | | |
| | | | Ocular | 7.17 F | | | |
| | | | Bd Wt | 1.87 | 2.95 M (body weights 13% lower than controls; decreased water intake) | 5.45 M (body weights 24% lower than controls; decreased water intake) | |
| 56 | Mouse (ICR) | 30 d 6d/wk (G) | Hepatic | 4.7 M | 9.4 M (significant 2-3-fold increases in aspartate aminotransferase and alanine aminotransferase) | | Sayato et al. 1993 DL-selenocystine |
| | | | Renal | 9.4 M | | | |
| | | | Bd Wt | | 9.4 M (final body weight about 13% lower than controls) | 18.9 M (final body weight about 29% lower than controls) | |

APPX ATT_V6_2968

Table 3-2 Levels of Significant Exposure to Selenium - Oral (continued)

| Key to figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Specific Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form |
|---|---|---|---|---|---|---|---|
| 57 | Mouse Balb/c | 12 wk ad lib (F) | Hepatic | | 0.2 M (vacuolization of hepatocytes) | | Skowerski et al. 1997a sodium selenite |
| 58 | Mouse Balb/c | 12 wk ad lib (F) | Cardio | | 0.2 M (cardiocytes have numerous damaged mitochondria, large number of lipid droplets and numerous lysosomes) | | Skowerski et al. 1997b sodium selenite |
| | | | Bd Wt | 0.2 M | | | |
| 59 | Rabbit (New Zealand) | 3 mo ad lib (F) | Cardio | | | 0.137 (disruption of myofibrils, irregular sarcomeres, and disorganization of bands in sarcomeres) | Turan et al. 1999b sodium selenite |
| | | | Hemato | 0.137 | | | |
| | | | Bd Wt | 0.137 | | | |
| 60 | Pig (mixed breed) | 8 wk ad lib (F) | Hepatic | | 1.1 (vacuolar degeneration, portal fibrosis) | | Baker et al. 1989 selenate |
| | | | Dermal | | 1.1 (cracked hoof walls) | | |
| | | | Bd Wt | | | 1.1 (body weight gain 83% lower than controls, accompanied by decreased food intake) | |

Table 3-2 Levels of Significant Exposure to Selenium - Oral (continued)

| Key to figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Specific Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form |
|---|---|---|---|---|---|---|---|
| 61 | Pig (NS) | 35 d ad lib (F) | Dermal | 0.014 | 0.25 (hoof cracking) | | Mahan and Magee 1991 selenite |
| | | | Bd Wt | 0.25 | | 0.47 (body weight gain 78% lower than controls, accompanied by decreased food intake) | |
| 62 | Pig (crossbred L x Y) | 8 wk ad lib (F) | Hepatic | 0.33 | | 0.59 (atrophic cirrhosis) | Mihailovic et al. 1992 selenite |
| | | | Dermal | 0.33 | 0.59 (hoof cracking, alopecia, redness of skin, petechiae) | | |
| 63 | Pig (NS) | 31 +/- 14 d | Cardio | 1.25 | | | Panter et al. 1996 D,L-selenomethionine |
| | | | Hepatic | 1.25 | | | |
| | | | Renal | 1.25 | | | |
| | | | Dermal | | 1.25 (symmetrical hair loss, dry scaling skin, cracked overgrown hooves 3/5 pigs) | | |
| | | | Bd Wt | | 1.25 (body weight gain 15% less than controls) | | |

APPX ATT_V6_2970

Table 3-2  Levels of Significant Exposure to Selenium  -  Oral

(continued)

| Key to figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Specific Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form |
|---|---|---|---|---|---|---|---|
| 64 | Pig (NS) | 16 +/- 16 d | Resp | 1.25 | | | Panter et al. 1996 selenate |
| | | | Cardio | 1.25 | | | |
| | | | Hepatic | 1.25 | | | |
| | | | Renal | 1.25 | | | |
| | | | Dermal | | 1.25 (symmetrical hair loss, dry scaling skin, cracked overgrown hooves 1/5 pigs) | | |
| | | | Bd Wt | | | 1.25 (body weight gain 22% less than controls) | |
| 65 | Pig (NS) | 34 d ad lib (F) | Cardio | | | 0.46 (vacuolation, pyknosis of nuclei) | Stowe et al. 1992 NS |
| | | | Musc/skel | | | 0.46 (hyperplasia of sarcolemma nuclei; disintegration of myofibrils) | |
| 66 | Pig (Duroc) | NS ad lib (F) | Dermal | | 0.4 F (2/10 alopecia; 1/10 hoof separation) | | Wahlstrom and Olson 1959b selenite |
| | | | Bd Wt | 0.4 F | | | |

## Table 3-2 Levels of Significant Exposure to Selenium - Oral

(continued)

| Key to figure [a] | Species (Strain) | Exposure/ Duration/ Frequency (Specific Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form |
|---|---|---|---|---|---|---|---|
| 67 | Cattle Hereford | 120 d 1x/d (F) | Resp | 0.808 M | | | O'Toole and Raisbeck 1995 selenomethionine |
| | | | Cardio | 0.808 M | | | |
| | | | Gastro | 0.808 M | | | |
| | | | Musc/skel | 0.808 M | | | |
| | | | Hepatic | 0.808 M | | | |
| | | | Renal | 0.808 M | | | |
| | | | Endocr | 0.808 M | | | |
| | | | Dermal | 0.158 M | 0.288 M (mild parakeratosis of hoof) | 0.808 M (severe parakeratosis and epithelial hyperplasia of hoof) | |
| | | | Ocular | 0.808 M | | | |

Table 3-2 Levels of Significant Exposure to Selenium - Oral (continued)

| Key to figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Specific Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form |
|---|---|---|---|---|---|---|---|
| 68 | Cattle Hereford | 120 d 1x/d (F) | Resp | 0.808 M | | | O'Toole and Raisbeck 1995 sodium selenite |
| | | | Cardio | 0.808 M | | | |
| | | | Gastro | 0.808 M | | | |
| | | | Musc/skel | 0.808 M | | | |
| | | | Hepatic | 0.808 M | | | |
| | | | Renal | 0.808 M | | | |
| | | | Endocr | 0.808 M | | | |
| | | | Dermal | 0.288 M | 0.808 M (mild parakeratosis of hoof) | | |
| | | | Ocular | 0.808 M | | | |
| **Immuno/ Lymphoret** | | | | | | | |
| 69 | Human | 120d (F) | | 0.004 M | | | Hawkes et al. 2001 dietary |
| 70 | Rat (Sprague-Dawley) | 10 wk ad lib (W) | | | 0.7 F (decreased delayed-type hypersensitivity, increased thymus weight) | | Koller et al. 1986 selenite |
| 71 | Mouse (BALB/c) | 47 d ad lib (W) | | | 0.173 (reduced B-cell function and OVA-specific antibody concentration) | | Raisbeck et al. 1998 selenocystine |

Table 3-2 Levels of Significant Exposure to Selenium - Oral (continued)

| Key to figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Specific Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form |
|---|---|---|---|---|---|---|---|
| 72 | Mouse (BALB/c) | 47 d ad lib (W) | | | 0.173 (reduced B-cell function and OVA-specific antibody concentration) | | Raisbeck et al. 1998 selenomethionine |
| 73 | Mouse (BALB/c) | 47 d ad lib (W) | | | 0.173 (reduced OVA-specific antibody concentration) | | Raisbeck et al. 1998 sodium selenite |
| 74 | Cattle Hereford | 120 d 1x/d (F) | | 0.808 M | | | O'Toole and Raisbeck 1995 selenomethionine |
| 75 | Cattle Hereford | 120 d 1x/d (F) | | 0.808 M | | | O'Toole and Raisbeck 1995 sodium selenite |
| **Neurological** | | | | | | | |
| 76 | Human | 120 d (F) | | 0.0048 M | | | Hawkes and Hornbostel 1996 selenomethionine |
| 77 | Monkey (Macaca fascicularis) | 30 d 1x/d (GW) | | 0.08 | 0.12 F (hypothermia) | | Cukierski et al. 1989 selenomethionine |
| 78 | Pig (mixed breed) | 7 wk ad lib (F) | | | | 1.3 (tetraplegia, poliomyelomalacia) | Baker et al. 1989 organic |
| 79 | Pig (crossbred L x Y) | 8 wk ad lib (F) | | 0.33 | | 0.59 (hind limb paresis, hind limb ataxia, symmetric poliomyelomalacia of the ventral horn of the spinal cord) | Mihailovic et al. 1992 selenite |

**Table 3-2 Levels of Significant Exposure to Selenium - Oral** (continued)

| Key to figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Specific Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form |
|---|---|---|---|---|---|---|---|
| 80 | Pig (NS) | 20–42d ad lib (F) | | 1 | | 2.1 (poliomyelomalacia, paralysis, diffuse gliosis of the spinal cord) | Wilson et al. 1983 selenite |
| 81 | Cattle Hereford | 120 d 1x/d (F) | | 0.808 M | | | O'Toole and Raisbeck 1995 selenomethionine |
| 82 | Cattle Hereford | 120 d 1x/d (F) | | 0.808 M | | | O'Toole and Raisbeck 1995 sodium selenite |
| **Reproductive** | | | | | | | |
| 83 | Human | 102d (F) | | 0.0039 M | | | Hawkes and Turek 2001 dietary |
| 84 | Monkey (Macaca fascicularis) | 30 d 1x/d (GW) | | 0.06 F | 0.08 F (altered menstrual cycle) | | Cukierski et al. 1989 selenomethionine |
| 85 | Rat (Wild) | 5 wk (F) | | | 0.1 M (3.9% abnormal sperm; decrease in live sperm) | 0.2 M (24.6% abnormal sperm; decreased live sperm, and sperm motility; decreased testicular weight) | Kaur and Parshad 1994 selenite |
| 86 | Rat (Fischer-344) (W) | 13 wk | | | 0.29 M[b] (15% decreased sperm counts); 0.31 F (more time in diestrus and less time in proestrus, estrus, and metestrus than controls) | | NTP 1994 selenate |

Table 3-2 Levels of Significant Exposure to Selenium - Oral (continued)

| Key to figure [a] | Species (Strain) | Exposure/ Duration/ Frequency (Specific Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form |
|---|---|---|---|---|---|---|---|
| 87 | Rat (Fischer-344) | 13 wk (W) | | 0.5 F | 0.17[b] M (11% decrease epididymal sperm counts) 0.86 F (more time in diestrus and less time in proestrus and estrus) | | NTP 1994 selenite |
| 88 | Rat (Wistar) | 12-14 wk ad lib | | | | 0.324 (testicular hypertrophy) | Turan et al. 1999a sodium selenite |
| 89 | Mouse (IVCS) | 48 d ad lib (W) | | 0.17 F | 0.34 F (proportion of mice with longer estrus cycles increased by 11.8%) | | Nobunaga et al. 1979 selenite |
| 90 | Mouse (B6C3F1) | 13 wk (W) | | 5.45[b] M 7.17 F | | | NTP 1994 selenate |
| 91 | Mouse (B6C3F1) | 13 wk (W) | | 3.31[b] M 3.83 F | | | NTP 1994 selenite |
| 92 | Rabbit (New Zealand) | 6 wks 1x/wk (GW) | | | 0.001 M (significant reduction in serum testosterone (49%)) | | El-Zarkouny et al. 1999 sodium selenite |
| 93 | Pig (Duroc) | NS ad lib (F) | | | | 0.4 (decreased fertility, maternal toxicity) | Wahlstrom and Olson 1959b selenite |

Table 3-2 Levels of Significant Exposure to Selenium - Oral (continued)

| Key to figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Specific Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form |
|---|---|---|---|---|---|---|---|
| **Developmental** | | | | | | | |
| 94 | Rat (Wistar) | 8 wks ad lib (W) | | | 0.64 (decrease weight gain of pups exposed during lactation) | | Thorlacius-Ussing 1990 selenite |
| 95 | Mouse (IVCS) | pre-Gd;30 d Gd 0-18 ad lib (W) | | 0.17 | 0.34 (decreased fetal body weight, delayed vertebral ossification) | | Nobunaga et al. 1979 selenite |
| 96 | Pig (Duroc) | NS ad lib (F) | | | | 0.4 (increased number of deaths between birth and weaning; reduced birth weight and reduced body weight at weaning) | Wahlstrom and Olson 1959b selenite |
| 97 | Cattle | 3 mo ad lib (F) | | 0.265 | | | Yaeger et al. 1998 sodium selenite |
| **CHRONIC EXPOSURE** | | | | | | | |
| **Death** | | | | | | | |
| 98 | Rat (Wistar) | 2 yr ad lib (F) | | | | 0.5 (reduced longevity from about 500 days to about 60-100 days) | Harr et al. 1967; Tinsley et al. 1967 selenate, selenite |
| **Systemic** | | | | | | | |
| 99 | Human | >3 yr (F) | Endocr | 0.01 F | | | Bratter and Negretti De Bratter 1996 dietary |

APPX ATT_V6_2977

## Table 3-2 Levels of Significant Exposure to Selenium - Oral

(continued)

| Key to figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Specific Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form |
|---|---|---|---|---|---|---|---|
| 100 | Human | >2 yr (F) | Hemato | 0.0098 | | | Longnecker et al. 1991 organic |
| | | | Musc/skel | 0.0098 | | | |
| | | | Hepatic | 0.0098 | | | |
| | | | Dermal | 0.0098 | | | |
| 101 | Human | lifetime (F) | Dermal | 0.015[c] | 0.023 (selenosis: sloughing of nails and brittle hair) | | Yang and Zhou 1994 Organic |
| 102 | Human | yr (F) | Cardio | 0.025 | | | Yang et al. 1989a organic |
| | | | Hemato | 0.015 | | | |
| | | | Hepatic | 0.025 | | | |
| | | | Dermal | 0.015 | | | |
| 103 | Rat (Wistar) | 2 yr ad lib (F) | Musc/skel | 0.1 | 0.2 (soft bones) | | Harr et al. 1967; Tinsley et al. 1967 selenite, selenate |
| | | | Hepatic | 0.025 | 0.1 (hyperplastic lesions) | | |
| | | | Renal | 0.025 | 0.1 (nephritis) | | |

APPX ATT_V6_2978

Table 3-2 Levels of Significant Exposure to Selenium - Oral (continued)

| Key to figure | Species (Strain) | Exposure/ Duration/ Frequency (Specific Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form |
|---|---|---|---|---|---|---|---|
| 104 | Rat (Osborne-Mendel) | 24 mo ad lib (F) | Resp | 0.5 F | | | Nelson et al. 1943 organic |
| | | | Gastro | 0.5 F | | | |
| | | | Musc/skel | 0.5 F | | | |
| | | | Hepatic | | | 0.25 F (slight to moderate cirrhosis) | |
| | | | Endocr | 0.5 F | | | |
| | | | Dermal | 0.5 F | | | |
| 105 | Mouse (Swiss) | lifetime ad lib (W) | Resp | | | 0.57 (amyloidosis) | Schroeder and Mitchener 1972 selenate |
| | | | Cardio | | | 0.57 (amyloidosis) | |
| | | | Hepatic | | | 0.57 (amyloidosis) | |
| | | | Renal | | | 0.57 (amyloidosis) | |
| | | | Endocr | | | 0.57 (amyloidosis of adrenal gland) | |
| | | | Dermal | | 0.57 (poor coat) | | |
| | | | Bd Wt | 0.57 | | | |

APPX ATT_V6_2979

Table 3-2 Levels of Significant Exposure to Selenium - Oral (continued)

| Key to figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Specific Route) | System | NOAEL (mg/kg/day) | LOAEL | | Reference Chemical Form |
|---|---|---|---|---|---|---|---|
| | | | | | Less Serious (mg/kg/day) | Serious (mg/kg/day) | |
| 106 | Mouse (Swiss) | lifetime ad lib (W) | Resp | | | 0.57 (amyloidosis) | Schroeder and Mitchener 1972 selenite |
| | | | Cardio | | | 0.57 (amyloidosis) | |
| | | | Hepatic | | | 0.57 (amyloidosis) | |
| | | | Renal | | | 0.57 (amyloidosis) | |
| | | | Endocr | | | 0.57 (amyloidosis of adrenal gland) | |
| | | | Dermal | | 0.57 (poor coat) | | |
| | | | Bd Wt | 0.57 | | | |
| **Neurological** | | | | | | | |
| 107 | Human | yr (F) | | 0.027 | | 0.058 (tendon hyperflexia, peripheral anesthesia, pain in extremities, polyneuritis) | Yang et al. 1983 organic |
| **Reproductive** | | | | | | | |
| 108 | Rat (Wistar) | 1 yr daily ad lib (W) | | 0.21 | 0.35 (50% reduction in number of pups reared in second generation) | 1.05 (decreased fertility, pup survival; second generation failed to reproduce) | Rosenfeld and Beath 1954 selenate |
| 109 | Mouse (CD) | 3 gen ad lib (W) | | | | 0.57 (failure to breed in the third generation) | Schroeder and Mitchener 1971b selenate |

APPX ATT_V6_2980

Table 3-2 Levels of Significant Exposure to Selenium - Oral    (continued)

| Key to figure [a] | Species (Strain) | Exposure/ Duration/ Frequency (Specific Route) | System | NOAEL (mg/kg/day) | LOAEL | | Reference Chemical Form |
|---|---|---|---|---|---|---|---|
| | | | | | Less Serious (mg/kg/day) | Serious (mg/kg/day) | |
| **Developmental** | | | | | | | |
| 110 | Mouse (CD) | 3 gen ad lib (W) | | | | 0.57  (increased number of runts; postnatal lethality) | Schroeder and Mitchener 1971b selenate |

a The number corresponds to entries in Figure 3-2.

b Differences in levels of health effects and cancer effects between males and females are not indicated in Figure 3-2. Where such differences exist, only the levels of effect for the most sensitive gender are presented.

c Used to derive a chronic oral minimal risk level (MRL) of 0.005 mg/kg-day; The NOAEL is divided by an uncertainty factor of 3 (for human variability).

ad lib = ab libitum; Bd Wt = body weight; Cardio = cardiovascular; CEL = cancer effect level; d = day(s); Endocr = endocrine; (F) = feed; F = female; (G) = gavage; gastro = gastrointestinal; gd = gestation day; GHS-Px = selenium-dependent glutathione peroxidase; (GW) = gavage in water; Hemato = hematological; (IN) = ingestion; LD50 = lethal dose, 50% kill; LOAEL = lowest-observed-adverse-effect level; LPS = lipopolysaccharide; M = male; metab = metabolic; mg/kg/day = milligram per kilogram per day; mo = month(s); Musc/skel = musculoskeletal; NOAEL = no-observed-adverse-effect level; (NS) = not specified; Resp = respiratory; TNF = tumor necrosis factor; TSH = thyroid-stimulating hormone; (W) = water; wk = week(s); x=time(s); yr = year(s)

Figure 3-2. Levels of Significant Exposure to Selenium - Oral



Figure 3-2. Levels of Significant Exposure to Selenium - Oral (*continued*)



APPX ATT_V6_2983

Figure 3-2. Levels of Significant Exposure to Selenium - Oral *(continued)*



Figure 3-2. Levels of Significant Exposure to Selenium - Oral *(continued)*

Intermediate (15-364 days)



Figure 3-2. Levels of Significant Exposure to Selenium - Oral (*continued*)

Intermediate (15-364 days)



Figure 3-2. Levels of Significant Exposure to Selenium - Oral (continued)



Figure 3-2. Levels of Significant Exposure to Selenium - Oral *(continued)*



**Table 3-3 Levels of Significant Exposure to Selenium Sulfides - Oral**

| Key to figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Specific Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | Serious (mg/kg/day) | Reference Chemical Form |
|---|---|---|---|---|---|---|---|
| **ACUTE EXPOSURE** | | | | | | | |
| **Death** | | | | | | | |
| 1 | Rat (Sprague-Dawley) | once (G) | | | | 138 M (LD50) | Cummins and Kimura 1971 SeS2 (aqueous) |
| 2 | Rat (Wistar) | once (GO) | | | | 75 M (3/6 died) | Moore et al. 1996b SeS |
| 3 | Rat (Wistar) | once (GO) | | | | 50 (3/15 died) | Moore et al. 1996b SeS |
| 4 | Mouse (NMRI) | once (G) | | | | 3700 (LD50) | Henschler and Kirschner 1969 SeS |
| **Systemic** | | | | | | | |
| 5 | Rat (Wistar) | once (GO) | Hepatic | | | 75 M (widespread hepatic necrosis) | Moore et al. 1996b SeS |
| **INTERMEDIATE EXPOSURE** | | | | | | | |
| **Death** | | | | | | | |
| 6 | Rat (Fischer- 344) | 17 d 1x/d (G) | | | | 112 M (LD50) 56 F[b] (LD50) | NTP 1980c SeS, SeS2 |
| 7 | Mouse (B6C3F1) | 17 d 1x/d (G) | | | | 805 M (LD50) 316 F[b] (LD50) | NTP 1980c SeS, SeS2 |

Table 3-3 Levels of Significant Exposure to Selenium Sulfides - Oral

(continued)

| Key to figure | Species (Strain) | Exposure/ Duration/ Frequency (Specific Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form |
|---|---|---|---|---|---|---|---|
| **Systemic** | | | | | | | |
| 8 | Rat (Fischer- 344) | 13 wk 7d/wk 1x/d (G) | Resp | 31.6 | | | NTP 1980c SeS, SeS2 |
| | | | Cardio | 31.6 | | | |
| | | | Gastro | 31.6 | | | |
| | | | Musc/skel | 31.6 | | | |
| | | | Hepatic | 17.6 | 31.6 (focal necrosis) | | |
| | | | Renal | 31.6 | | | |
| | | | Endocr | 31.6 | | | |
| | | | Dermal | 31.6 | | | |
| | | | Bd Wt | 31.6 | | | |

Table 3-3 Levels of Significant Exposure to Selenium Sulfides - Oral

(continued)

| Key to figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Specific Route) | System | NOAEL (mg/kg/day) | LOAEL | | Reference Chemical Form |
|---|---|---|---|---|---|---|---|
| | | | | | Less Serious (mg/kg/day) | Serious (mg/kg/day) | |
| 9 | Mouse (B6C3F1) | 13 wk 7d/wk 1x/d (G) | Resp | 464 | | | NTP 1980c SeS, SeS2 |
| | | | Cardio | 464 | | | |
| | | | Gastro | 464 | | | |
| | | | Musc/skel | 464 | | | |
| | | | Hepatic | 464 | | | |
| | | | Renal | 216 | 464 (interstitial nephritis) | | |
| | | | Endocr | 464 | | | |
| | | | Dermal | 464 | | | |
| | | | Bd Wt | 216 F | 464 F (body weight 17% lower than controls) | | |
| | **CHRONIC EXPOSURE** **Cancer** | | | | | | |
| 10 | Rat (Fischer- 344) | 103 wk 7d/wk 1x/d (G) | | | | 15 (hepatocellular carcinomas 14/49 males, 21/50 females) | NTP 1980c SeS, SeS2 |

## Table 3-3 Levels of Significant Exposure to Selenium Sulfides - Oral                      (continued)

| Key to figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Specific Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | Serious (mg/kg/day) | Reference Chemical Form |
|---|---|---|---|---|---|---|---|
| 11 | Mouse (B6C3F1) | 103 wk 7d/wk 1x/d (G) | | | | 100 F (hepatocellular carcinomas/adenomas 25/49, alveolar/bronchiolar carcinoma/adenomas 12/49) | NTP 1980c SeS, SeS2 |

a The number corresponds to entries in Figure 3-3.

b Differences in levels of health effects and cancer effects between males and females are not indicated in Figure 3-3. Where such differences exist, only the levels of effect for the most sensitive gender are presented.

ad lib = ab libitum; Bd Wt = body weight; Cardio = cardiovascular; CEL = cancer effect level; d = day(s); Endocr - endocrine; F = female; gastro = gastrointestinal; (G) = gavage; gd = gestation day; Hemato = hematological; LOAEL = lowest-observed-adverse-effect level; M = male; Metab = metabolic; Musc/skel = musculoskeletal; NOAEL = no-observed-adverse-effect level; Resp = respiratory; (W) = water; wk = week(s); x = time(s); yr = year(s)

Figure 3-3.  Levels of Significant Exposure to Selenium Sulfides - Oral

Acute (≤14 days)



Figure 3-3. Levels of Significant Exposure to Selenium Sulfides - Oral (*continued*)



Figure 3-3. Levels of Significant Exposure to Selenium Sulfides - Oral *(continued)*



Chronic (≥365 days)

*Doses represent the lowest dose tested per study that produced a tumorigenic response and do not imply the existence of a threshold for the cancer endpoint.

of the compound, because selenium sulfide preparations often exist as a variable mixture of the mono- and disulfide forms, precluding accurate expression of the dose in terms of total selenium.

Most of the available toxicity information for oral exposures to selenium compounds comes from domestic or experimental animal exposures to selenite, selenate, selenium sulfides (mixed), and organic selenium compounds (selenocystine, selenomethionine). Some of the earliest recognized effects of selenium were observed in livestock (cattle, sheep, and horses) that grazed on plants in areas of South Dakota, where soil selenium concentrations are naturally high. Selenium-associated effects observed in livestock include "blind staggers" and alkali disease. "Blind staggers" is an acute syndrome in which there is usually a slight impairment of vision, which can result in the animal straying from the herd. As the disease progresses, the blindness becomes more pronounced, and the animal may wander in circles. In the last stage, there are various degrees of paralysis and evidence of abdominal pain; death results from respiratory failure. However, because the effects have not been replicated in experimentally exposed cattle receiving doses of selenium sufficient to induce hoof lesions, the neurological signs associated with "blind staggers" may be due to compounds other than selenium in the vegetation. Alkali disease is a chronic disease in which the animals become emaciated, stiff, and lame; lose long hair from the mane and the tail; and the hooves become deformed. Alkali disease is also associated with atrophy of the heart and liver, while congestion and focal necrosis of the liver are more prominent in "blind staggers".

Some epidemiological studies report data from populations exposed to selenium in the food chain in areas with high selenium levels in soil. It is likely that selenite, selenate, and the selenium found in food and in dietary supplements comprise the majority of selenium compounds to which oral, off-site selenium exposures will occur at or near hazardous waste sites. Aside from the variation in effective dose, the health effects from exposure to selenate, selenite, and dietary selenium are not expected to differ greatly. However, oral exposures to many other compounds of selenium could occur (primarily through soil or edible plant ingestion) if those compounds were deposited at the site, or if local environmental conditions greatly favor transformation to those forms. Heavy metal selenides, aluminum selenide, tungsten diselenides, and cadmium selenide are used in industry and may end up in waste sites. Mobilization of selenium, typically as selenate in water run-off, has the potential to impact nearby plants and animals, thus potentially exposing people through eating game meat, local plants, and agricultural or livestock food products from the area.

### 3.2.2.1  Death

Accidental selenium poisonings in humans have occurred, but few fatalities have been reported.  The selenium doses associated with the reported deaths are unknown (Carter 1966; Koppel et al. 1986).  One 3-year-old boy died 1.5 hours after ingestion of an unknown quantity of selenious acid contained in a gun-bluing preparation (Carter 1966).  Clinical signs included excessive salivation, garlic odor on the breath, and shallow breathing.  A 15-year-old female survived ingestion of a solution of sodium selenate estimated to have provided 22 mg selenium/kg body weight, probably because she was forced to vomit soon after exposure (Civil and McDonald 1978).  Clinical signs included garlic odor of the breath and diarrhea.

No cases of human death in the United States have been attributed to intermediate or chronic oral exposures to selenium or selenium compounds.  In the Hubei Province of China, in an area of endemic selenosis, a woman who died was suffering from hemiplegia thought to have been caused by chronic selenosis induced by eating locally grown foods that contained high levels of organic selenium compounds (Yang et al. 1983).  However, an autopsy was not performed and no clinical history of previous illness was available.

In nonhuman animals, the most acutely toxic selenium compounds by ingestion appear to be sodium selenite and sodium selenate (Olson 1986).  Oral $LD_{50}$ values for sodium selenite, expressed as mg selenium/kg body weight, were reported as 4.8–7.0 in rats, 1.0 in rabbits, 3.2 in mice, and 2.3 in guinea pigs (Cummins and Kimura 1971; Pletnikova 1970).  Minimum lethal doses of sodium selenite, expressed as mg selenium/kg body weight, reported for larger animals were 13–18 for pigs and 9.9–11.0 for cows (Miller and Williams 1940); however, these values were estimated on the basis of a small number of animals.  Two of four 12-week-old lambs died within 16 hours of administration of 5 mg selenium/kg as sodium selenite (Smyth et al. 1990).  Selenium dioxide is reported to have $LD_{50}$ values of 16 mg selenium/kg for mice and 48 mg selenium/kg body weight for rats, but these values are also based on a small number of animals (Singh and Junnarkar 1991).  An oral $LD_{50}$ of 35.9 mg selenium/kg has been reported for L-selenocystine given to mice (Sayato et al. 1993).  Elemental selenium is less toxic than most selenium compounds, because of its extremely low solubility; an $LD_{50}$ of 6,700 mg selenium/kg body weight has been reported for oral administration of elemental selenium as a suspension (particle size 1–30 μm) in 0.5% methylcellulose to rats (Cummins and Kumura 1971).

Lower doses of selenium can cause signs of toxicity if administered over extended periods of time. Eight weaned 5-week-old pigs receiving 1.3 mg selenium/kg/day as sodium selenite in gelatin capsules daily for 10 days died during one study; only one dose level was tested (Wilson et al. 1989). Two long-tailed macaques administered 0.60 mg selenium/kg/day as selenomethionine by nasogastric intubation died of either anorexia or aspirated vomitus secondary to emesis and gastritis after 10 or 15 days of treatment (Cukerski et al. 1989). Seven of 12 female rats receiving diets containing 0.418 mg selenium/kg/day as sodium selenate for 14 days died before the end of the experiment (NTP 1996). Exposure to selenium in drinking water at a level of 0.84 mg selenium/kg/day as selenite or selenate for 4–6 weeks resulted in the death of four of six or two of six male rats, respectively (Palmer and Olson 1974). Feeding male rats diets containing 0.48 mg selenium/kg/day as sodium selenite or 0.4 mg selenium/kg/day as seleniferous wheat for 6 weeks resulted in the death of one of eight rats in each group (Halverson et al. 1966). Administration of sodium selenite in drinking water at a level of 0.28 mg selenium/kg/day for 58 days resulted in the death of 25 of 50 male rats (Schroeder and Mitchener 1971a). Mortality was observed in rats, but not in mice, receiving either 1.67 mg selenium/kg/day as sodium selenite or 2.54 mg selenium/kg/day as sodium selenate in drinking water for 13 weeks (NTP 1994). Gavage treatment of male mice with selenocystine 6 days per week for 30 days at a dose of 14.2 mg selenium/kg killed all 15 treated animals, while no deaths were noted at 9.4 mg selenium/kg (Sayato et al. 1993). The longevity of hamsters was not affected by dietary administration of sodium selenite at a dose of 0.42 mg selenium/kg/day for 124–144 weeks (Birt et al. 1986).

Sodium selenate and sodium selenite exhibit similar toxicity in female rats, but male rats appear more susceptible to the toxicity of sodium selenite than selenate (Palmer and Olson 1974; Schroeder and Mitchener 1971a). Sodium selenate in drinking water at 0.28 selenium mg/kg/day for 1 year did not increase mortality of male or female rats compared with control rats (Schroeder and Mitchener 1971a). Ingestion of 0.28 mg selenium/kg/day of sodium selenite in drinking water for 1 year did not increase mortality in female rats, whereas 50% of the males died by day 58 of administration (Schroeder and Mitchener 1971a).

The relative acute toxicities of sodium selenite, potassium selenite, sodium selenate, and potassium selenate in aqueous solution have been examined in mice (Pletnikova 1970). No significant differences among the toxicities of the potassium and sodium salts of selenium were apparent in this study. In another study, rats tolerated a dose of 1.05 mg selenium/kg/day administered in drinking water as potassium selenate for over 8 months with no deaths, but three of five females and one of three males died by the end of 1 year (Rosenfeld and Beath 1954). Decreased survival was reported in rats fed sodium

selenate or selenite at 0.5 mg selenium/kg/day in a 2-year cancer study (Harr et al. 1967; Tinsley et al. 1967). No mortality was observed in hamsters fed 0.42 mg selenium/kg/day as sodium selenite in the diet for 82–142 weeks (Birt et al. 1986).

Selenium sulfide (i.e., selenium monosulfide) and selenium disulfide are less water soluble and are of lower acute toxicity than sodium selenate or sodium selenite. There are no reported human deaths due to ingestion of selenium sulfide. The $LD_{50}$ value for the gavage administration of 1–20% selenium disulfide in aqueous 0.5% methylcellulose to rats was 138 mg selenium disulfide/kg (Cummins and Kimura 1971). When 1% selenium disulfide shampoo was administered by gavage, the $LD_{50}$ value was lower (78 mg selenium disulfide/kg) (Cummins and Kimura 1971). The compound administered may have been a mixture of selenium sulfide and selenium disulfide; analysis of the compound was not reported. Henschler and Kirschner (1969) reported an $LD_{50}$ of 3,700 mg selenium sulfide/kg for mice administered by gavage in aqueous 0.5% carboxymethylcellulose. Administration of single gavage doses of selenium monosulfide to rats produced death in 3/15 animals dosed with 50 mg/kg, 3/6 animals dosed with 75 mg/kg, 1/2 animals dosed with 100 mg/kg, and 2/2 animals dosed with 125 mg/kg (Moore et al. 1996b).

In the case of selenium sulfide, mice are more tolerant than rats, and males of both species appear to be more tolerant than females (NTP 1980c). The daily doses producing 50% mortality for a 17-day gavage administration of a mixture of selenium mono- and disulfides were 112 mg selenium sulfides/kg for male rats, 56 mg selenium sulfides/kg for female rats, and 805 mg selenium sulfides/kg for male mice (NTP 1980c). A 13-week gavage study using the same mixture of selenium mono- and disulfides reported survival as 10/10, 10/10, 10/10, 9/9, 8/9, and 6/10 in female mice and 10/10, 10/10, 10/10, 10/10, 10/10, and 9/10 in male mice receiving 0, 21.6, 46.4, 100, 216, and 464 mg selenium sulfides/kg/day, respectively (NTP 1980c). Although the researchers intended to administer selenium monosulfide to the animals, elemental analysis, melting point, and x-ray diffraction revealed that the compound administered included some selenium disulfide. No other chemical or physical analyses of the selenium compound administered were reported.

The $LD_{50}$ and lethal LOAEL values from each reliable study following oral exposure to elemental selenium dust, selenium dioxide dissolved in water (selenious acid), sodium selenate, sodium selenite, potassium selenate, and dietary selenium for each species and exposure duration are recorded in Table 3-2 and plotted in Figure 3-2. The LOAEL values for death in rats and mice following acute and intermediate

oral exposures to selenium sulfide or selenium disulfide are recorded in Table 3-3 and plotted in Figure 3-3.

## 3.2.2.2   Systemic Effects

The highest NOAEL value and all LOAEL values for each reliable study for systemic effects in each species and duration category are recorded in Tables 3-2 and 3-3 and plotted in Figures 3-2 and 3-3.

**Respiratory Effects.**   Pulmonary edema and lesions of the lung have been noted in case reports of humans (Carter 1966; Koppel et al. 1986) and animals (Glenn et al. 1964a; Rosenfeld and Beath 1947) after ingestion of lethal doses of selenium compounds. Rabbits orally administered sodium selenite (subroute not specified) at levels approximating the $LD_{50}$ (1–5 mg selenium/kg body weight) developed pulmonary congestion, hemorrhages, and edema; dyspnea; general muscular weakness; and asphyxial convulsions (Smith and Westfall 1937). Pulmonary edema and hemorrhages were observed in four sheep treated orally (subroute not specified) with a single dose of sodium selenite of 5 mg selenium/kg (Smyth et al. 1990). The lungs may be a target of acute exposure to excess selenium because the metabolite, dimethyl selenide, is exhaled.

The effects of intermediate or chronic exposures to selenium compounds are less clear. Although Harr et al. (1967) stated that absolute lung weights decreased with increasing doses of selenite or selenate chronically administered to rats in the diet in a 2-year cancer study, they did not report lung weights at specific dose levels. Selenium administration also might have contributed to pneumonic lesions, but again, the authors did not statistically analyze their results or relate the severity of the effect to the doses of selenium administered. Respiratory effects were not observed in rats treated with selenite in the diet for 8 weeks at a dose of 0.45 mg selenium/kg/day (Chen et al. 1993). Effects on the lungs were not observed in pigs fed 1.25 mg selenium/kg as organic selenium found in the plant *Astragalus bisulcatus* for up to 5 days, or D,L-selenomethionine or selenate in the diet for up to 6 weeks (Panter et al. 1996). Treatment of steers with selenomethionine or selenite in food at doses up to 0.808 mg selenium/kg/day for 120 days did not produce any signs of respiratory distress or changes in lung weight or histology (O'Toole and Raisbeck 1995). Ingestion of selenium in drinking water for 13 weeks at doses up to 1.67 and 7.17 mg selenium/kg as selenate in rats and mice, respectively, and 1.57 and 3.83 mg selenium/kg as selenite in rats and mice, respectively, did not cause any respiratory effects (NTP 1994). Nelson et al. (1943) reported that no effects on the lungs were apparent in rats administered 0.50 mg selenium/kg/day as seleniferous corn for 2 years.

An increased incidence of amyloidosis of the major organs, including the lungs, was observed in mice following lifetime exposure to sodium selenate or sodium selenite in drinking water at a level of 0.57 mg selenium/kg/day (Schroeder and Mitchener 1972).  This effect was noted in 30% of control mice and 58% (p<0.001) of selenium-treated mice.  Data for individual organs were not provided.

Administration of lethal doses of selenium sulfide particles in carboxymethylcellulose by gavage has been reported to cause irregular breathing in mice (Henschler and Kerschner 1969), but not in rats (Cummins and Kimura 1971).  No respiratory effects were seen in mice administered 464 mg selenium sulfides/kg/day or in rats administered 31.6 mg selenium sulfides/kg/day by gavage once daily for 13 weeks (NTP 1980c).

**Cardiovascular Effects.**    Tachycardia has occasionally been reported as a result of a lethal, acute oral exposure to selenium compounds in humans (Carter 1966); however, the dose was not reported in this lethal exposure to a gun-bluing solution containing selenious acid.  Although myocardial disorders (cardiogenic shock, congestive heart failure, arrhythmia, multifocal necrosis of the myocardium) have been associated with selenium deficiencies (Yang et al. 1988), none has been reported to be associated with chronic dietary selenosis in humans observed at doses of ≥0.016 mg/kg/day (Yang et al. 1989a).  A preliminary study completed in China suggests that selenium supplementation (100 μg/day, form not stated) during pregnancy may reduce the incidence of pregnancy-induced hypertension (Li and Shi-mei 1994).

In contrast, postmortem studies of sheep that died from acute oral exposure to sodium selenite or sodium selenate have revealed petechial hemorrhages of the endocardium (Glenn et al. 1964a; Smyth et al. 1990).  The sheep were treated with a time-weighted average dose of 0.65 or 0.9 mg selenium/kg/day as selenate over a 171-day period (Glenn et al. 1964a, 1964b), or a single dose of selenite at 5 mg selenium/kg (Smyth et al. 1990).  Vacuolation and pyknosis of nuclei were observed in the hearts of pigs fed an unspecified form of selenium at a dose of 0.46 mg selenium/kg/day for 34 days (Stowe et al. 1992).  In a 2-year cancer study, Harr et al. (1967) reported the occurrence of myocardial hyperemia, hemorrhage, and degeneration, as well as pericardial edema, in young rats administered sodium selenite or sodium selenate in the feed at doses of 0.5 mg selenium/kg/day, although the authors did not specify the duration of exposure required to produce the effects.

Exposure of pigs to feed containing 54 mg/kg selenium for 1–7 days resulted in severe toxicity and death of several of the animals (Penrith and Robinson 1996). Histological examination of heart tissue from pigs that died revealed myocardial lesions consisting of widespread hypertrophy, atrophy, and disorganization of fibers, occasional fibrosis, and marked medial hypertrophy of the arterioles.

Wistar rats administered 0.324 mg selenium/kg/day as sodium selenite in food for 12–14 weeks showed severe diffuse degenerative changes, including edema in the sub-endocardial connective tissue and the interfibers of prevascular regions, and myofibril swelling with profuse intercellular edema (Turan et al. 1999a). Myocyte borders were irregular, and there was a loss of striations and a degeneration of the sarcolemma and myofibril structure and order. Examination of the mechanical function of the heart *in vitro* using either Langendorff perfusion or papillary muscle recordings showed increased coronary perfusion pressure, increased resting force, and increased heart rate with irregular beating. No difference in contractile force was observed. Chronic heart failure did not occur in any of the animals in the study.

Cardiac damage was also observed in mice exposed to 0.2 mg selenium/kg/day as sodium selenite in food for 12 weeks (Skowerski et al. 1997b). Ultrastructural examination revealed cardiomyocytes that had numerous damaged mitochondria, a large number of lipid droplets, and numerous lysosomes.

Hearts of New Zealand white rabbits administered 0.137 mg selenium/kg/day as sodium selenite in food for 3 months showed distinct, degenerative changes indicating disintegration of the internal structure of the myocytes (Turan et al. 1999b). Muscle fibers were fragmented and separated. Disruption and loss of myofibrils was observed, sarcomeres were irregular, and the I, Z, and H bands were disorganized and discontinuous. Mitochondria were fewer and more variable in size and shape, with disoriented cristae and a loss of matrix substance. Hearts of control animals (0.007 mg selenium/kg/day) had normal histology.

Treatment of steers with selenomethionine or selenite in food at doses up to 0.808 mg selenium/kg/day for 120 days did not produce any changes in heart weight or histology (O'Toole and Raisbeck 1995). Histopathological changes in the heart were not observed in pigs fed selenium at 1.25 mg selenium/kg as organic selenium found in the plant *A. bisulcatus* for up to 5 days, or D,L-selenomethionine or selenate for up to 6 weeks (Panter et al. 1996). Histopathological changes were not observed in the hearts of rats treated with selenite in the diet for 8 weeks at a dose of 0.45 mg selenium/kg/day (Chen et al. 1993). Selenium administered to rats and mice in drinking water for 13 weeks at doses up to 1.57 and 7.17 mg selenium/kg/day as selenate, respectively, and up to 1.67 and 3.83 mg selenium/kg/day as selenite, respectively, did not cause any histopathological changes in the heart tissue (NTP 1994). No

histopathological changes were noted in mice administered 464 mg selenium sulfides/kg/day or in rats administered 31.6 mg selenium sulfides/kg/day by gavage once daily for 13 weeks (NTP 1980c). An increased incidence of amyloidosis of the major organs, including the heart, was observed in mice following lifetime exposure to sodium selenate or sodium selenite in drinking water at a level of 0.57 mg selenium/kg/day (Schroeder and Mitchener 1972).  This effect was noted in 30% of control mice and 58% (p<0.001) of selenium-treated mice.  Data for individual organs were not provided.

Although myocardial degeneration and necrosis have been experimentally induced in laboratory animals and livestock including cattle, sheep, and swine by acute and longer-term exposures to inorganic salts of selenium, it is unclear whether seleniferous grains or forages, or other natural sources of selenium, can also cause cardiomyopathy (Raisbeck 2000).

**Gastrointestinal Effects.**    In humans, gastrointestinal distress, including nausea, vomiting, diarrhea, and abdominal pain, has been reported following ingestion of aqueous sodium selenate (Civil and McDonald 1978; Gasmi et al. 1997; Helzlsouer et al. 1985; Koppel et al. 1986; Sioris et al. 1980).  Two studies provided an estimate of dose.  In a case report by Civil and McDonald (1978), diarrhea was observed in a 15-year-old girl about 45 minutes after she swallowed sheep drench containing selenate at a dose of about 22 mg selenium/kg.  This effect was observed despite the induction of vomiting shortly after the exposure.  In a second case report of a suicide attempt, a 56-year-old man reported that vomiting, diarrhea, and abdominal pain occurred 1 hour after he ingested approximately 11 mg/kg selenium as sodium selenite (Gasmi et al. 1997).  Postmortem examinations following two deaths from selenium ingestion revealed dilation of the stomach and small intestine (Carter 1966) and erosive changes of the gastrointestinal tract (Koppel et al. 1986).  High (unspecified) levels of dietary selenium compounds have been implicated as causing gastrointestinal disturbances in chronically exposed humans (Smith et al. 1936), but such symptoms are not specific to selenium intoxication.

Exposure of pigs to feed containing 54 mg/kg selenium for 1–7 days resulted in severe toxicity and death of several animals.  Clinical signs included anorexia and vomiting, and histological examination (70–79 days after exposure) of three of the exposed animals that died found lesions ranging from small erosions (1–2 mm diameter) to extensive mucosal necrosis (up to 100 mm diameter) near the cardia of the stomach (Penrith and Robinson 1996).

Gross necropsy of steers that died after ingestion of sodium selenite revealed severe gastrointestinal irritation (Baker et al. 1989; Maag et al. 1960).  In addition, cattle and other livestock exhibiting alkali

disease, perhaps as a result of long-term consumption of range plants high in selenium, ate and drank less and suffered from ulcers in the upper intestinal tract (Shamberger 1986). A single oral dose of 5 mg selenium/kg as selenite caused edema and congestion of abdominal viscera in lambs (Smyth et al. 1990). However, treatment of steers with selenomethionine or selenite in food at doses up to 0.808 mg selenium/kg/day for 120 days did not produce any changes in histology of the gastrointestinal tissues (O'Toole and Raisbeck 1995).

Gastrointestinal effects were not observed in rats treated with selenite in the diet for 8 weeks at a dose of 0.45 mg selenium/kg/day (Chen et al. 1993). Selenium treatment in drinking water for 13 weeks at doses up to 1.57 and 7.17 mg selenium/kg/day as selenate in rats and mice, respectively, and 1.67 and 3.83 mg selenium/kg/day as selenite in rats and mice, respectively, did not cause any gastrointestinal effects (NTP 1994). Gastrointestinal effects were not observed in rats fed organic selenium (seleniferous corn or wheat) at 0.5 mg selenium/kg/day for 24 months (Nelson et al. 1943). Vomiting and anorexia were reported in monkeys receiving 0.15 mg/kg/day selenium as L-selenomethionine by oral intubation during gestation days 20–50 (Tarantal et al. 1991).

Selenium sulfide administration by gavage at lethal levels has been reported to cause diarrhea and anorexia in rats (Cummins and Kimura 1971). No gastrointestinal effects were seen in mice administered 464 mg selenium sulfide/kg/day or in rats administered 31.6 mg selenium sulfide/kg/day by gavage once daily for 13 weeks (NTP 1980c).

**Hematological Effects.**    Hematological changes were evaluated in a 120-day double blind study of healthy men who consumed a controlled diet of foods naturally low or high in selenium (Hawkes et al. 2001). Eleven subjects were fed 0.0006 mg selenium/kg/day in the diet for 21 days (baseline period), followed by 0.0002 mg/kg/day (6 subjects) or 0.004 mg/kg/day (5 subjects) for the following 99 days. Complete blood counts (white blood cells, lymphocytes, granulocytes, platelets, erythrocytes, hematocrit) and hemoglobin concentration measurements showed no adverse effects of selenium supplementation. Mean within-subject changes from baseline in white blood cell counts were significantly different in the low- and high-selenium groups at last two time points in the study (days 70 and 99). At the end of the study, the white blood cell counts were decreased by 5% in the high-selenium group and increased by 10% in the low-selenium group, due mainly to changes in numbers of granulocytes. Lymphocyte counts were significantly increased in the high-selenium group on day 45, but not at the end of the study. There were no clear effects of selenium on numbers of activated or cytotoxic T-cells, lymphocyte phenotypes,

serum immunoglobulins, or complement fractions, as summarized in Section 3.2.2.3 (Immunological Effects).

Increased prothrombin time was reported for individuals chronically exposed to estimated dietary doses of 0.016 mg selenium/kg/day in a high-selenium region of China (Yang et al. 1989a). However, no increase in prothrombin time was found in another study of individuals consuming diets that supplied up to 0.0098 mg/kg/day selenium (Longnecker et al. 1991). A study that compared children from seleniferous and nonseleniferous areas of Venezuela found slightly reduced (no statistical analysis was performed) hemoglobin levels and hematocrit values for the children from the seleniferous area (Jaffe et al. 1972). However, the children from the seleniferous zone had a poorer diet, consumed less milk and meat, and had a greater incidence of intestinal parasites, which may account for the differences observed. Red blood cell counts were significantly increased in mice that received drinking water containing 9 ppm (0.82 mg selenium/kg/day) selenium as sodium selenite for 14 days (Johnson et al. 2000). However, these mice also had a severe reduction in water consumption (43%) and this may have led to a decrease in blood volume. No significant increase in red blood cell count (or decrease in water consumption) was observed for mice receiving 3 ppm (0.38 mg selenium/kg/day) selenium as sodium selenite, or up to 9 ppm (1.36 mg selenium/kg/day) selenium as selenomethionine for 14 days (Johnson et al. 2000).

No hematological changes (hemoglobin concentration, hematocrit, erythrocyte count, and cell volume) were reported for male Sprague-Dawley rats fed diets providing up to 0.27 mg selenium/kg/day as sodium selenite for 40 days (Eder et al. 1995). Increased hematocrit was observed in rats treated with selenate (1.56 mg selenium/kg/day) or selenite (1.67 mg selenium/kg/day) in the drinking water for 13 weeks, but only at concentrations that decreased water intake (NTP 1994). No effects on hematology end points were observed in mice treated with selenate or selenite in drinking water for 13 weeks at 7.17 mg selenium/kg for selenate and 3.83 mg selenium/kg/day for selenite (NTP 1994).

No differences in blood cell counts or hematological parameters were found in rabbits administered 0.137 mg selenium/kg/day as sodium selenite in the diet for 3 months, compared with control animals receiving a normal laboratory diet (Turan et al. 1999b).

A dose-related decrease in hematocrit was observed in rats fed seleniferous wheat (Halverson et al. 1966). Compared to controls, hemoglobin was decreased 23 and 79% at 0.32 and 0.56 mg selenium/kg/day, respectively. Hemoglobin reductions were most evident in the animals that had died during the experiments. In a 2-year cancer study, Harr et al. (1967) reported that the hemoglobin concentration

decreased by 0.5 g/100 mL with each 2-fold increase of sodium selenate in the diet, but did not specify the lowest dose at which hemoglobin concentrations were significantly reduced compared to the controls (the range of selenium doses used was 0.025–0.40 mg selenium/kg/day). Hematocrit was increased in rats given selenite and selenate in drinking water for 13 weeks at concentrations that also resulted in decreased water intake (NTP 1994). No hematological effects were noted in rats or mice treated with selenate at 0.92 and 7.17 mg selenium/kg/day, respectively, or selenite at 0.86 and 3.83 mg selenium/kg/day, respectively (NTP 1994).

No studies were located regarding hematological effects in humans or other animals after oral exposure to selenium sulfide or selenium disulfide.

**Musculoskeletal Effects.**    No adverse musculoskeletal effects were reported following chronic oral exposure of humans to dietary levels of selenium of up to 0.0098 mg selenium/kg/day (Longnecker et al. 1991).

A single oral (subroute not specified) dose of sodium selenite (5 mg selenium/kg/day) caused edema in skeletal muscles of the diaphragm in sheep (Smyth et al. 1990). Exposure of pigs to feed containing 54 mg/kg selenium for 1–7 days resulted in severe toxicity and death of several animals (Penrith and Robinson 1996). Histological examination of skeletal muscle from animals that died found damage with interstitial oedema and diffuse swelling of fibers. Livestock suffering from chronic alkali disease, a disease once common in the southwestern United States where selenium levels are high, showed lameness due to joint erosion and hoof deformation (Shamberger 1986). However, treatment of steers with selenomethionine or selenite in food at doses up to 0.808 mg selenium/kg/day for 120 days did not produce any changes in muscle or bone histology (O'Toole and Raisbeck 1995). Hyperplasia of the sarcolemma nuclei and disintegration of myofibrils were observed in the skeletal muscles of pigs fed an unspecified form of selenium for 34 days (Stowe et al. 1992). In a 2-year cancer study, Harr et al. (1967) fed graded doses of selenium in the form of sodium selenate or selenite to rats and reported frank osteotoxicity at doses as low as 0.2 mg selenium/kg/day given for several months (duration specified as less than 100 days). Selenium administered in drinking water for 13 weeks at doses up to 1.57 and 7.17 mg selenium/kg/day as selenate in rats and mice, respectively, and 1.67 and 3.83 mg selenium/kg as selenite in rats and mice, respectively, failed to cause adverse musculoskeletal effects (NTP 1994). Musculoskeletal effects were not observed in rats fed seleniferous corn or wheat at 0.5 mg selenium/kg/day for 24 months (Nelson et al. 1943). No musculoskeletal effects were seen in mice

administered 464 mg selenium sulfide/kg/day or in rats administered 31.6 mg selenium sulfide/kg/day by gavage once daily for 13 weeks (NTP 1980c).

**Hepatic Effects.**    Limited data suggest that hepatotoxicity can occur in humans following acute oral exposure to sodium selenate, but no definitive studies were located regarding hepatic effects in humans after intermediate or chronic oral exposure to selenium compounds.  Tests following an acute poisoning of a 15-year-old girl with sodium selenate revealed abnormally elevated serum bilirubin and alkaline phosphatase (Civil and McDonald 1978).  Hepatic effects, such as changes in serum liver enzymes or liver morphology (identified by ultrasonography ), have not been observed in humans at chronic dietary intakes of 0.0098 mg selenium/kg/day (Longnecker et al. 1991) or 0.025 mg selenium/kg/day (Yang et al. 1989a).  Selenium-induced hepatoxicity is documented in animals as summarized below.  The lack of evidence of liver damage in humans due to selenosis, despite the animal data to the contrary, suggests a problem with the animal models of the disease.

Congestion and/or edema and hemorrhage in the liver have been reported in sheep following the acute oral (subroute not specified) administration of lethal levels of sodium selenate (Hopper et al. 1985) or sodium selenite (Smyth et al. 1990) and in mules and pigs following administration of lethal levels of sodium selenite (Miller and Williams 1940).  A significant decrease in relative liver weight was reported for mice exposed to 9 ppm (0.82 mg selenium/kg/day) selenium as sodium selenite in drinking water for 14 days, but not to 3 ppm (0.38 mg selenium/kg/day) (Johnson et al. 2000).  No effect on liver weight was observed for mice receiving up to 9 ppm (1.36 mg selenium/kg/day) selenium as selenomethionine in drinking water for 14 days (Johnson et al. 2000).

Administration of single gavage doses of selenium monosulfide to rats produced death and widespread hepatic necrosis in 3/6 animals dosed with 75 mg/kg, 1/2 animals dosed with 100 mg/kg, and 2/2 animals dosed with 125 mg/kg (Moore et al. 1996b).

Hepatic effects have also been reported following intermediate-duration exposure in pigs, but not in cattle.  Pigs exposed for 7 weeks to either dietary organic selenium in dried plants (either *A. pruelongus* or *A. bisulcatus*) or sodium selenate (at 1.1 or 1.3 mg selenium/kg/day) exhibited diffuse swelling and vacuolar degeneration of hepatocytes (Baker et al. 1989).  The doses used in this study reduced mean survival to only 44 days.  Pigs exposed to sodium selenite in feed for 35 days at doses less than half as high as those tested by Baker et al. (1989) (0.47 versus 1.1 or 1.3 mg selenium/kg/day) exhibited no liver damage (Mahan and Magee 1991).  A study of pigs treated with 0.08, 0.33, 0.59, or 1.07 mg

selenium/kg/day as sodium selenite in the feed for 8 weeks found hepatic nodules/granules in two pigs treated with 0.59 or 1.07 mg selenium/kg/day (Mihailovic et al. (1992). The lesions were diagnosed as postdystrophic atrophic cirrhosis. However, only these two severely affected pigs (one from each of the highest dose groups of 40 animals each) were selected for histopathological examination. Hepatic effects were not observed in pigs fed selenium at 1.25 mg selenium/kg as organic selenium of the type(s) found in the plant *A. bisulcatus* for up to 5 days, or D,L-selenomethionine or selenate for up to 6 weeks (Panter et al. 1996). Treatment of steers with selenomethionine or selenite in food at doses up to 0.808 mg selenium/kg/day for 120 days did not produce any changes in liver weight or histology (O'Toole and Raisbeck 1995).

Alterations or cirrhosis of the liver in experimental animals following intermediate or chronic oral exposure to selenium compounds have been reported by Bioulac-Sage et al. (1992), Fitzhugh et al. (1944), Halverson et al. (1970), Harr et al. (1967), Kolodziejczyk et al. (2000), Nelson et al. (1943), and Schroeder and Mitchener (1972). Halverson et al. (1966) reported reduced liver-to-body-weight ratios and increased bilirubin in rats administered 0.44 mg selenium/kg/day for 6 weeks as naturally occurring selenium in wheat. At this level, five of eight rats died. At a dose of 0.84 mg selenium/kg/day administered as sodium selenate in drinking water for 4–6 weeks, rats developed cirrhosis of the liver (Palmer and Olson 1974). At this level, two of six rats died.

Hepatic damage was observed in mice exposed to 0.2 mg selenium/kg/day as sodium selenite in food for 12 weeks (Skowerski et al. 1997a), and ultrastructural examination showed that the cytoplasm of the hepatocytes contained extremely large and irregularly-shaped vacuoles. Wistar rats administered 0.324 mg selenium/kg/day as sodium selenite in food for 12–14 weeks showed degenerative changes to the liver (not fully described in text) (Turan et al. 1999a). Livers of rats fed 0.002 or 0.005 mg selenium/kg/day as sodium selenite for 3 months showed damage that increased with dose (Kolodziejczyk et al. 2000). Rats from the 0.002 mg selenium/kg/day group had a distinct swelling of Küpffer cells in dilated sinusoidal vessels, mainly in the proximity of portal fields, and occasional necrotic areas comprising groups of hepatocytes, while livers from rats receiving 0.005 mg selenium/kg/day showed activation and swelling of the Küpffer cells in widened sinusoidal vessels, relatively abundant infiltrations of mononuclear cells into portal canals, and sporadic areas of necrosis within individual lobules.

Young rats treated with sodium selenite in the feed for 2 months had nodular hyperplasia at a dose of 0.2 mg selenium/kg/day. However, clinical tests of liver function (bilirubin, alanine aminotransferase, aspartate aminotransferase, alkaline phosphatase, and gamma-glutamyltransferase activities) showed no

significant changes (Bioulac-Sage et al. 1992). Diffuse panlobular vacuolar changes were reported in rats fed sodium selenite in the diet for 8 weeks at 0.45 mg/kg/day (Chen et al. 1993).

In a 2-year cancer study, acute toxic hepatitis was common among rats fed sodium selenite or sodium selenate at 0.25 mg selenium/kg/day or higher (Harr et al. 1967; Tinsley et al. 1967). Liver surfaces were mottled, and parenchymatous degeneration was present. Hepatic lesions occurred at a dose as low as 0.10 mg selenium/kg/day. Absolute liver weights decreased with increasing levels of sodium selenate or sodium selenite in the diet. The average liver weight of animals administered selenate (14.5 g) was twice the average liver weight of animals administered selenite (7.2 g); however, the average liver weight of control animals was not reported, and possible dose-related hepatic effects were not discussed by these authors.

Increased serum bile acids, suggesting cholestasis, were observed in rats treated with 1.57 mg selenium/kg/day as sodium selenate in drinking water for 13 weeks, but no effects were noted at 0.92 mg/kg/day (NTP 1994). In a 13-week drinking water study, hepatic effects were not observed in mice treated with sodium selenate at 7.17 mg selenium/kg/day, in mice treated with sodium selenite at doses up to 3.83 mg selenium/kg/day, or in rats treated with sodium selenite at doses up to 1.67 mg selenium/kg/day (NTP 1994). Increased serum aspartate aminotransferase and alanine aminotransferase activities were observed in mice treated by gavage with selenocystine at doses of 9.4 mg selenium/kg/day for 30 days (Sayato et al. 1993) or 4.7 mg selenium/kg/day for 90 days (Hasegawa et al. 1994). No effects on liver enzymes were observed in mice treated with selenocystine at 4.7 mg selenium/kg/day for 30 days (Sayato et al. 1993) or at 2.5 mg selenium/kg/day for 90 days (Hasegawa et al. 1994). Chronic dietary administration of selenium as seleniferous corn or wheat at doses ranging from 0.25 to 0.50 mg/kg/day for 24 months produced cirrhosis of the liver in rats (Nelson et al. 1943).

An increased incidence of amyloidosis of the major organs, including the liver, was observed in mice following lifetime exposure to sodium selenate or sodium selenite in drinking water at a level of 0.57 mg selenium/kg/day (Schroeder and Mitchener 1972). This effect was noted in 30% of control mice and 58% (p<0.001) of selenium-treated mice. Data for individual organs were not provided.

Selenium sulfide administered to rats daily by gavage for 13 weeks produced focal coagulation necrosis in the liver with infiltration by inflammatory cells. These changes developed at a dose of 31.6 mg selenium sulfide/kg/day, but not at a dose of 17.8 mg selenium sulfide/kg/day (NTP 1980c). In mice, on

the other hand, oral intubation of selenium sulfide at 464 mg selenium sulfide/kg/day did not produce hepatic effects (NTP 1980c).

**Renal Effects.**   No studies were located regarding renal effects in humans after oral exposure to selenium or selenium compounds.

In domestic and experimental animals, renal effects have been observed following both acute and chronic oral exposures to selenium compounds.  Administration of a single oral (subroute not specified) dose of sodium selenite at 5 mg selenium/kg/day produced hydropic degeneration of the kidney in sheep (Smyth et al. 1990).  In a study of the toxicity of L-selenomethionine to long-tailed macaques by nasogastric intubation, two animals administered 0.24 mg selenium/kg/day aspirated vomitus secondary to emesis, developed obvious gastritis, and died of anorexia, one after 10 days and the other after 15 days of administration (Cukierski et al. 1989).  Histopathologic examination of the kidneys of these animals revealed glomerulonephritis and proximal convoluted tubule nephropathy.  The study authors indicated that these changes were consistent with macaque fatal fasting syndrome and may not have resulted from the direct effects of L-selenomethionine.  Following long-term ingestion of plants high in selenium, livestock suffering from alkali disease exhibited nephritis (Shamberger 1986).  However, treatment of steers with selenomethionine or selenite in food at doses up to 0.808 mg selenium/kg/day for 120 days did not produce any changes in kidney weight or histology (O'Toole and Raisbeck 1995).

A dose-related increase in degeneration of the renal papilla (described as mild to minimal) was observed in rats treated with selenate or selenite in the drinking water at about 0.5 mg selenium/kg/day for 13 weeks (NTP 1994).  No evidence of renal toxicity was observed in rats given 0.3 mg selenium/kg/day in this study.  In contrast to rats, the only kidney effect noted in mice treated with sodium selenate or selenite in the drinking water was increased relative kidney weight (NTP 1994).  This effect, which occurred at 1.87 mg selenium/kg/day as selenate and 1.61 mg selenium/kg/day as selenite, was only noted at doses at which drinking water intake was decreased, leading the investigators to suggest that the effect may have been a result of dehydration.  A similar increase in relative kidney weight associated with decreased water consumption was observed in mice consuming approximately 0.38 mg selenium/kg/day as selenite in drinking water, but no effect on kidney weight or water consumption was observed in mice consuming up to 1.36 mg selenium/kg/day as selenomethionine (Johnson et al. 2000).  No renal effects were observed in pigs fed selenium at 1.25 mg selenium/kg as organic selenium found in the plant *A. bisulcatus* for up to 5 days, or D,L-selenomethionine or selenate for up to 6 weeks (Panter et al. 1996).  No effects on the kidneys were observed in rats treated with selenite in the diet for 8 weeks at a dose of

0.45 mg selenium/kg/day (Chen et al. 1993). Gavage treatment of mice with selenocystine for 30 days at a dose of 9.4 mg selenium/kg/day had no adverse effect on the kidneys (Sayato et al. 1993).

Rats chronically fed selenite in the diet were reported to exhibit more frequent and more severe nephritis than those given equivalent amounts of selenate (Harr et al. 1967); however, the study authors did not quantify these observations or statistically compare data from the two groups. An increased incidence of amyloidosis of the major organs, including the kidneys, was observed in mice following lifetime exposure to sodium selenate or sodium selenite in drinking water at a level of 0.57 mg selenium/kg/day (Schroeder and Mitchener 1972). This effect was noted in 30% of control mice and 58% ($p<0.001$) of selenium-treated mice. Data for individual organs were not provided.

A mixture of selenium sulfide and selenium disulfide administered to mice daily by gavage for 13 weeks at a dose of 464 mg selenium sulfides/kg/day produced an increase in the incidence and severity of interstitial nephritis compared with the controls, whereas a daily dose of 216 mg selenium sulfides/kg did not elicit renal toxicity (NTP 1980c). In rats, selenium sulfide by oral intubation at 31.6 mg selenium sulfides/kg/day for 13 weeks did not produce renal effects (NTP 1980c).

**Endocrine Effects.** A balance in selenium and iodine levels is needed for normal thyroid hormone metabolism. Selenium is an essential component of the iodothyronine 5'-deiodinase enzymes, which convert the prohormone thyroxine ($T_4$) to the active form, triiodothyronine ($T_3$) (Delange 2000; Köhrle 1994; St Germain and Galton 1997). Selenium is also a component of glutathione peroxidase (GPX), the main enzyme responsible for protecting thyroid cells against oxidative damage. Selenium deficiency causes decreases in metabolic clearance of iodothyronines, extrathyroidal production of $T_3$, and thyroid iodine concentrations in experimental animals (Arthur and Beckett 1989, 1994; Behne and Kyriakopolous 1993). Deficiency in both selenium and iodine has been associated with goiter and cretinism in humans and causes thyroid gland necrosis and fibrosis in rats (Delange 2000; Goyens et al. 1987; Vanderpas et al. 1990). Additional information on thyroid effects of selenium and iodine deficiency is discussed in Section 3.9. Thyroid hormone levels in humans and animals can also be affected by selenium supplementation; these effects include decreases in serum $T_3$ and $T_4$ levels and increases in serum TSH levels, suggesting suppression of thyroid hormone production, as discussed below.

A limited amount of information is available regarding endocrine effects in humans following oral exposure to selenium. Serum levels of thyroid and reproductive hormones were evaluated in a double blind 120-day study of healthy men (20–45 years old) who consumed a controlled diet of foods naturally

high or low in selenium (Hawkes and Turek 2001). Eleven subjects were fed 0.0006 mg/kg/day of selenium in the diet for the first 21 days of the study, followed by 0.0002 µg selenium/kg/day (6 subjects) or 0.004 mg selenium/kg/day (5 subjects) for 99 days. Blood samples were analyzed for serum levels of selenium, thyroid hormones ($T_3$ and TSH), and reproductive hormones (testosterone, follicle-stimulating hormone, luteinizing hormone, prolactin, estradiol, and progesterone) during week 3 (baseline), week 17 (ending value), and at several interim time points.

Selenium levels in blood plasma began to change within 3 days of starting the low- and high-selenium diets and progressively continued throughout the study (Hawkes and Turek 2001). By week 17, mean plasma selenium concentrations had increased by 109% in the high-selenium group and decreased by 38.5% in the low-selenium group. Group mean serum $T_3$ concentrations (averages of within-subject changes from baseline) were significantly different in the low-selenium subjects and high-selenium subjects at all time points, but the changes are insufficient to be considered adverse as discussed below. In the low-selenium group, serum $T_3$ levels increased an average of 14 and 8% from baseline at weeks 8 and 17, respectively. In the high-selenium group, serum $T_3$ levels decreased an average of 23 and 11% from baseline at weeks 8 and 17, respectively. Analysis of variance (ANOVA) showed a significant main effect of dietary selenium on serum $T_3$ concentrations, as well as a significant selenium x time interaction, indicating that the changes in $T_3$ levels decreased over time. Although the decreases in serum $T_3$ in the high-selenium group and increases in serum $T_3$ in the low-selenium group lessened in magnitude during the study, all group mean values appear to have remained within the normal range. The baseline and week 17 serum total $T_3$ values (mean±SD) were 1.82±0.36 and 1.57±0.07 nmol/L in the high-selenium group, and 1.57±0.25 and 1.64±0.16 nmol/L in the low-selenium group, compared to the normal human range of 1.1–2.7 nM/L (Stockigt 2000), indicating that the changes in serum $T_3$ were subclinical and not toxicologically significant. Serum TSH concentrations increased significantly by 32% over its baseline concentration in the high-selenium group, but did not change significantly in the low-selenium group. Baseline and ending mean TSH values in the high-selenium group were 2.25±0.81 and 2.96±1.05 mU/L, respectively, both of which are in the normal range of 0.3–4.0 mU/L (Stockigt 2000). The lack of clinically significant changes in serum $T_3$ and TSH values is not surprising because the study was designed as a nutritional study and not as a toxicological study; the selenium intakes bracketed the current recommended dietary allowance (RDA) (~0.8 µg Se/kg/day) and were well below the tolerable upper limit level (~5.7 µg Se/kg/day) recommended by the Food and Nutrition Board (NAS 2000). There were no significant changes in serum levels of free or total testosterone, follicle-stimulating hormone, luteinizing hormone, prolactin, estradiol, or progesterone. This study also found no adverse immunologic or male reproductive changes as summarized in Sections 3.2.2.3 and 3.2.2.5.

An examination of thyroid hormone levels in lactating women residing in areas of Venezuela with high levels of selenium in the soil (selenium intake ranged from 250 to 980 µg per day as estimated from selenium content of breast milk) revealed a significant decrease in serum $T_3$ levels, as compared with women having normal selenium intakes (90–350 µg/day), but these hormone levels remained within the normal range (Brätter and Negretti De Brätter 1996).  Additionally, a significant inverse correlation for selenium and serum $T_3$ concentration was found using the Spearman Rank test.  The study authors noted that the effect of selenium on $T_3$ levels became significant at dietary intake levels of 350–450 µg/day.  No significant alterations in serum $T_4$ or TSH levels or correlations with selenium intake were found.

Twenty weeks of selenium supplementation (10, 20, 30, or 40 µg/day) of New Zealanders who normally consume a diet low in selenium (unsupplemented intake of 28–29 µg/day), but show no signs of deficiency, produced a reduction in $T_4$ concentration in all groups (Duffield et al. 1999).  However, only the differences between the 10 µg-group and controls and the combined supplemented individuals and controls were significant.  $T_3$ and TSH levels were not measured.  Thyroglobulin concentration did not change significantly with supplementation.

In a study of 68 male Latvian fish consumers (Hagmar et al. 1998), a significant inverse correlation was found between serum levels of selenium and TSH.  No correlation was found between serum selenium concentration and the serum concentrations of $T_3$ or $T_4$.  No measurements were made of dietary selenium intake.

Selenium supplementation has been shown to affect type-I-deiodinase activity in male rats (Behne et al. 1992; Eder et al. 1995; Hotz et al. 1997).  Exposure to 0.055 or 0.27 mg selenium/kg/day as sodium selenite in food for 40 days produced a significant decrease (approximately 50%) in serum levels of $T_3$ and a nonsignificant reduction in type-I-deiodinase activity compared with rats receiving 0.009 or 0.026 mg selenium/kg/day (Eder et al. 1995).  Exposure to 0.27 mg selenium/kg/day did not produce any other adverse signs, such as weight loss or decreased food consumption, and serum $T_4$ levels were similar in all groups.

Exposure of weanling male Sprague-Dawley rats to 0.09 mg selenium/kg/day as sodium selenate in food for 6 weeks produced a significant (~30%) increase in TSH, compared with controls receiving 0.009 mg selenium/kg/day (Hotz et al. 1997).  Serum $T_3$ and $T_4$ levels and thyroid glutathione peroxidase levels were unaffected by dietary selenium.  Kidney type-I-deiodinase levels were decreased (~10%) in high

selenium animals compared with controls, but the differences were not significant, and liver type-I-deiodinase levels were unaffected by dietary selenium. Iodine-deficient diets produced greater thyroid glutathione peroxidase activity at each dietary level of selenium, and the greatest activity was in rats with high selenium.

No significant changes in thyroid levels of $T_3$ or $T_4$ were found in male Wistar rats fed diets containing high selenium (0.105 mg selenium/kg/day as sodium selenite or 0.118 mg selenium/kg/day as L-selenomethionine) for 3 months, compared with controls receiving adequate selenium (0.0015 mg selenium/kg/day as sodium selenite) (Behne et al. 1992). However, rats eating the high selenium diet showed a significant reduction in hepatic type I deiodinase activity, compared with controls, with a 29% reduction in the production rate of $T_3$ from $T_4$ and a 45% reduction in the production rate of 3,3'-diiodothyronine from $T_4$.

Many studies have documented reduced body weight gain in young animals treated with selenium compounds, and abnormal weight loss in older animals (Grønbaek et al. 1995; Halverson et al. 1966; Harr et al. 1967; Jacobs and Forst 1981a; Johnson et al. 2000; Nelson et al. 1943; NTP 1994; Palmer and Olson 1974; Panter et al. 1996; Schroeder 1967; Tarantal et al. 1991; Tsunoda et al. 2000). There is evidence to suggest that these effects may be due in part to the interactions of selenium or selenium compounds with hormones that regulate normal growth and body weight. In a 14-day study suggesting that selenium may inhibit pituitary function, Thorlacius-Ussing (1990) treated nursing rats with sodium selenite in drinking water (0.64 or 0.96 mg/kg/day). The resulting decrease in the body weight gain of the pups observed at both doses may be associated with a reduction in somatomedin C levels (no other hormone levels were tested), and the weight deficiency could be reversed by administration of a growth hormone. Postweanling female Wistar rats treated with sodium selenite (0.64 mg selenium/kg/day) in drinking water for 3 or 6 weeks exhibited decreased weight gain and decreased somatomedin C serum concentrations. When the selenium supplement was removed after 3 weeks, body weight gain returned to normal, but the serum somatomedin C concentrations did not return to control levels. Growth hormone secretion in response to growth hormone releasing factor was also reduced in the selenium-exposed group (Thorlacius-Ussing et al. 1988). Serum somatomedin C levels were not significantly different among three exposure categories (<200, 201–240, and >240 ng selenium/mL) in 44 long-term residents of seleniferous areas in South Dakota, despite >50% differences in serum, whole blood, and toenail selenium levels among the groups (Salbe et al. 1993). A 10% reduction in body weight and a reduction in tibia lengths, compared to pair-fed controls, were found in rats provided with sodium selenite in the drinking water at 0.46 mg selenium/kg/day for 35 days (Grønbaek et al. 1995). A significant reduction in insulin-

like growth factor-binding protein-3 was also noted.  The investigators concluded that the reduction in growth caused by excess selenium is not due to reduced caloric intake.

Selenium administered in drinking water for 13 weeks at doses up to 1.57 and 7.17 mg selenium/kg/day as selenate in rats and mice, respectively, and 1.67 and 3.83 mg selenium/kg as selenite in rats and mice, respectively, failed to cause changes in the weights or histology of the thyroid, adrenal glands, parathyroid, or pancreas (NTP 1994).

Lambs given a single oral (subroute not specified) dose of 5 mg selenium/kg as sodium selenite exhibited cytoplasmic flocculation of the pancreas (Smyth et al. 1990).  Increased pancreas weights were observed in rats fed organic selenium (seleniferous wheat) at a dose of 0.4 mg selenium/kg/day for 6 weeks (Halverson et al. 1966).  Chronic exposure of rats fed sodium selenite or sodium selenate in their diet for a lifetime was associated with pancreatic damage.  Although Harr et al. (1967) reported a dose-related increase in the incidence and severity of pancreatic lesions in treated rats, they did not specify the lowest dose at which pancreatic lesions were observed.

Treatment of steers with selenomethionine or selenite in food at doses up to 0.808 mg selenium/kg/day for 120 days did not produce any changes in weight or histology of the pancreas, adrenal glands, thyroid, or pituitary gland (O'Toole and Raisbeck 1995).

An increased incidence of amyloidosis of the major organs, including the adrenal gland, was observed in mice following lifetime exposure to sodium selenate or sodium selenite in drinking water at a level of 0.57 mg selenium/kg/day (Schroeder and Mitchener 1972).  This effect was noted in 30% of control mice and 58% (p<0.001) of selenium-treated mice.  Data for individual organs were not provided.

**Dermal Effects.**    Jensen et al. (1984) described both marked alopecia and the deformity and loss of fingernails in a woman who had consumed a selenium supplement containing 31 mg total selenium (in the form of sodium selenite and elemental selenium) per tablet for 77 days.  The woman consumed one tablet each day in addition to vitamin supplements (vitamins C, A, D, E, B complex) and a mineral supplement "labeled as containing all 72 trace elements in undefined quantities."  In epidemiological studies of populations chronically exposed to high levels of selenium in food and water, investigators have reported discoloration of skin, pathological deformity and loss of nails, loss of hair, and excessive tooth decay and discoloration (Smith et al. 1936; Yang et al. 1983, 1989a, 1989b).  The 1989 studies by Yang et al. follow up their original 1983 study of Chinese populations living in areas classified as having

low-, medium-, and high-selenium exposure based on local soils and food supplies. The average and standard error of selenium intakes in the low-, medium-, and high-intake regions were 0.0012±0.00009, 0.0037±0.0004, and 0.025±0.001 mg/kg/day, respectively. The whole blood (average ± standard error) concentrations of selenium in the low-, medium-, and high-intake regions were 0.16±0.00, 0.35±0.02, and 1.51±0.05 mg/L, respectively. The estimated daily dietary selenium intake required to produce these symptoms in an area of China characterized by endemic selenosis was at least 0.016 mg selenium/kg/day (Yang et al. 1989a). This corresponds to a blood concentration of 1.054 mg/L and an estimated daily intake of 0.91 mg/day, assuming a 55-kg Chinese man or woman and using the regression analysis provided by Yang et al. (1989b). The NOAEL from the highest intake population not affected by nail disease is 0.015 mg selenium/kg/day, which corresponds to a blood concentration of 0.97 mg/L. Foods that contributed the greatest levels of selenium were smoked pork, coal-dried corn, chestnuts, pumpkin seeds, dried fruits, and garlic. It has been noted that the selenosis problem in China began when coal with high levels of selenium was burned as the main source of fuel (Whanger 1989). Food was cooked and dried over the open flame, adding selenium to the food. In addition, the people breathed large amounts of smoke, but the contribution of volatilized selenium to the total dose of selenium has not been adequately characterized (Whanger 1989). Coal was also burned on the fields as a fertilizer source. Environmental selenium concentrations in the low-, medium-, and high-intake regions were 0.37–0.48, 0.73–5.66, and 7.06–12.08 mg/kg in soil, and 370, 1,720, and 12,270 µg/L in water, respectively (Yang et al. 1989b).

No evidence of nail disease was observed in a population living on selenium-rich ranches in the western United States (Longnecker et al. 1991). Doses of selenium were calculated to be between 0.001 and 0.01 mg/kg/day, corresponding to a maximum intake of 0.724 mg/day. Whole blood selenium concentrations were 0.18–0.67 mg/kg. Although these values for the United States are consistent with studies of the Chinese population, only one or a few individuals ingested the highest doses.

The highest selenium intake for villagers in a high-selenium area of China in which endemic selenosis did not occur was estimated at 1.51 mg selenium/person/day (0.027 mg selenium/kg/day), with the average dietary selenium intake in this area of selenosis occurrence estimated to be 3.2 mg selenium/person/day (0.058 mg selenium/kg/day) (Yang et al. 1983). The lowest daily dietary selenium intake associated with dermal effects, 0.91 mg selenium/day, was converted to equivalent daily doses from food (0.016 mg/kg/day) for presentation in Table 3-2.

Five individuals from the high selenium region of China described by Yang et al. (1989a) who had been diagnosed with overt signs of selenosis (hair loss and nail sloughing) in 1986 were reexamined in 1992

(Yang and Zhou 1994).  The results of this examination showed that these individuals had recovered from selenosis (overt symptoms of nail sloughing were absent) and that the average selenium concentrations in their blood had fallen from 1,346 to 968 µg/L.  The corresponding dietary intakes of selenium were 1,270 and 819 µg/day.  This study has been used to establish a LOAEL of 0.023 mg selenium/kg/day and a NOAEL of 0.015 mg selenium/kg/day.  Based on the occurrence of these dermal effects, a chronic oral MRL of 0.005 mg selenium/kg/day has been derived from the NOAEL, as described in the footnote in Table 3-2 and detailed in Appendix A.  This MRL is approximately 6 times greater than the NAS (2000) RDA for selenium of 55 µg/day (~0.0008 mg/kg/day).

In a 30-day study of oral administration of L-selenomethionine to long-tailed macaques, skin lesions appeared on the forearm of one of two macaques given 0.01 mg selenium/kg/day.  However, the limited number of animals precludes identifying the dose as a LOAEL for dermal effects (Cukierski et al. 1989).  Pigs receiving dietary administration of the same doses of selenium for 35 days exhibited hoof cracking (Mahan and Magee 1991).  Symmetrical hair loss, dry scaling skin, and cracked overgrown hooves were observed in one of five pigs and three of five pigs fed sodium selenate or D,L-selenomethionine at a dose of 1.25 mg selenium/kg/day for up to 6 weeks, respectively (Panter et al. 1996).  In an experiment limited to a duration of 5 days because of severe paralysis, similar dermal effects were not observed in pigs fed 1.25 mg selenium/kg/day as selenium contained in the plant *A. bisulcatus*.  The form of selenium in *A. bisulcatus* is unknown, although Panter et al. (1996) indicate that it is nonprotein.

Exposure of pigs to feed containing 54 mg/kg selenium for 1–7 days resulted in severe toxicity and death of several animals; however, none of the pigs developed coronitis or hoof separation (Penrith and Robinson 1996).  Skin from four pigs with alopecia was examined about a month after exposure and was found to have epidermal thickening due to acanthosis and hyperkeratosis, vacuolar degeneration of the basal cells and acanthocytes, necrosis of individual keratinocytes, and serocellular crusts.

In the late 19th and the early 20th century, livestock grazing on plants growing on seleniferous soils in areas of the Great Plains of the United States suffered from alkali disease attributed to the high selenium content of some plants.  Alkali disease in horses, cattle, and swine is characterized by alopecia, inflam-mation at the coronary band, followed by cracked or malformed hooves and rough hair coat (Draize and Beath 1935).  Daily selenium intakes associated with these effects were not quantified.  However, treatment of steers with selenomethionine in food at doses of 0.288 mg selenium/kg body weight/day or selenite at doses of 0.808 mg selenium/kg/day for 120 days produced hoof lesions (O'Toole and Raisbeck 1995).  In intermediate-duration studies, cracked hoof walls have been observed in pigs fed selenate,

selenite, or an unspecified form of selenium at doses of 0.25 mg selenium/kg/day and greater (Baker et al.
1989; Mahan and Magee 1991; Mihailovic et al. 1992; Wahlstrom and Olson 1959b).  Poor quality of the
hair coat has also been reported in mice administered sodium selenite or selenate in the diet at 0.57 mg
selenium/kg/day (Schroeder and Mitchener 1972).  Exposure of female BALB/c mice to 0.21 mg
selenium/kg/day for 6 months from diets containing selenium as sodium selenite resulted in alopecia
around the nose (Boylan et al. 1990).

No studies were located regarding dermal effects in humans or other animals after oral exposure to
selenium sulfide or selenium disulfide.

**Ocular Effects.**    A case-control study using a hospital discharge register indicated that there was no
correlation between low serum selenium concentrations and cataract occurrence in humans (Knekt et al.
1992).  Since this is a case-control study, it does not provide information on the potential dietary factors,
exposure to specific selenium compounds, or duration of exposure.

Treatment of steers with selenomethionine or selenite in food at doses up to 0.808 mg selenium/kg/day
for 120 days did not produce any changes in the histology of the eyes (O'Toole and Raisbeck 1995).
Selenium given to rats and mice in drinking water for 13 weeks at up to 1.6 and 7.2 mg selenium/kg as
selenate, respectively, or 1.7 and 3.8 mg selenium/kg as selenite, respectively, did not cause any ocular
effects (NTP 1994).

**Body Weight Effects.**    Two studies reported body weight effects in humans after oral exposure to
selenium.  Selenium intake was found to affect body weight in a study of 11 men (20–45 years old) who
were fed 0.0006 mg/kg/day of selenium in the diet for the first 21 days of the study, followed by diets
naturally low (0.0002 µg selenium/kg/day, 6 subjects) or high (0.004 mg selenium/kg/day, 5 subjects) for
99 days at 2,800 kcal/day (Hawkes and Keim 1995).  Despite minor adjustments of intake to maintain
body weight, by the 6th week, the high selenium group started to gain weight relative to the low selenium
group, and the difference between the two groups became significant after the 10th week.  A similar
increase in lean body mass was observed in both groups.  The study was designed as a nutritional study
and not as a toxicological study, as the selenium intake levels were well below the tolerable upper limit
level (~5.7 µg Se/kg/day) recommended by the Food and Nutrition Board (NAS 2000).  The weight gain
observed in this study therefore has nothing to do with weight loss due to selenosis.

A study that compared children from seleniferous and nonseleniferous areas of Venezuela found slightly reduced height and weight (no statistical analysis was performed) for the children from the seleniferous area (Jaffe et al. 1972). However, the children from the seleniferous zone had a poorer diet, consumed less milk and meat, and had a greater incidence of intestinal parasites, which may account for the differences observed.

In contrast, reduced growth rates of young animals and reduced body weight in older animals are common observations associated with oral administration of excess sodium selenate, sodium selenite, or organic selenium compounds to experimental animals (Boylan et al. 1990; Cukierski et al. 1989; Donaldson and McGowan 1989; Grønbaek et al. 1995; Halverson et al. 1966; Harr et al. 1967; Hasegawa et al. 1994; Johnson et al. 2000; Nelson et al. 1943; NTP 1994, 1996; Palmer and Olson 1974; Panter et al. 1996; Penrith and Robinson 1996; Raisbeck et al. 1996; Sayato et al. 1993; Schroeder 1967; Tarantal et al. 1991; Thorlacius-Ussing 1990, Tsunoda et al. 2000; Turan et al. 1999a). This reduction in growth is often accompanied by reduced food and water consumption, and in dietary or drinking water studies, may be an effect of poor palatability of selenium compounds. However, reduced growth has also been observed in gavage studies (Cukierski et al. 1989; Hasegawa et al. 1994; Sayato et al. 1993) and, as discussed under endocrine and neurological effects, the growth retardation may have an endocrine or neurotransmitter component. Selenium effects on the levels of thyroid hormones (Behne and Kyriakopoulos 1993; Behne et al. 1992; Eder et al. 1995; Hotz et al. 1997), dopamine metabolites (Tsunoda et al. 2000), insulin-like growth factor–binding protein-3 (Grønbaek et al. 1995), and somatomedin C (Thorlacius-Ussing 1990) have been observed in selenium-treated animals, although somatomedin C was not a sensitive end point in humans from a high selenium area of South Dakota (Salbe et al. 1993).

**Other Systemic Effects.**    Urinary excretion of selenium was about twice as great in children with a high incidence of dental caries than in children with a low incidence of caries (Hadjimarkos 1969b). Possible confounding factors (e.g., fluoride status and socioeconomic status) were not considered, however. In Yang et al. (1989a), the incidence of mottled teeth in the medium- and high-selenium groups was increased, but the effect was attributed to interactions between selenium and fluoride.

### 3.2.2.3 Immunological and Lymphoreticular Effects

No studies were located regarding adverse immunologic or lymphoreticular effects in humans after oral exposure to selenium or selenium compounds. Immune system effects were evaluated in a 120-day double blind study of healthy men who ingested a controlled diet of foods naturally low or high in selenium (Hawkes et al. 2001). Eleven subjects were fed 0.0006 mg selenium/kg/day in the diet for 21 days (baseline period), followed by 0.0002 mg/kg/day (6 subjects) or 0.004 mg/kg/day (5 subjects) for the following 99 days. The results show that the high-selenium diet was not immunotoxic and had some mild and transient immune-enhancing properties. There is an indication that selenium supplementation increased the secondary immune response to diphtheria vaccine when rechallenged at the end of the study. The mean within-subject ratio of diphtheria antibody titers 14 days after reinoculation (day 116) to titers 14 days after the initial challenge at baseline (day 19) was significantly greater in the high-selenium group than in the low-selenium group ($2.7 \pm 1.8$-fold vs. $0.9 \pm 0.6$-fold, p=0.03). Lymphocyte counts were significantly increased in the high-selenium group on day 45, but not at the end of the study, and there were no clear effects of selenium on numbers of activated or cytotoxic T-cells. The proliferative response of peripheral lymphocytes to stimulation with pokeweed mitogen (a B-cell mitogen) was significantly higher in the high-selenium group than in the low-selenium group on days 45 and 72, although not at the end of the study. There was no selenium-induced lymphocyte proliferation in response to T-cell mitogens (phytohemagglutinin or concanavalin A), or changes in lymphocyte phenotypes, serum immunoglobulins (IgA, IgG, IgM), complement fractions, natural-killer cell activity, delayed-type hypersensitivity skin responses to seven recall antigens (tuberculin purified-protein derivative, mumps, tetanus toxoid, candida, trichophyton, streptokinase strepase, and coccidioidin), or antibody responses to diptheria-tetanus and influenza vaccines. This study was designed as a nutritional study and not as a toxicological study, as the selenium intake levels were well below the tolerable upper limit level (~5.7 µg Se/kg/day) recommended by the Food and Nutrition Board (NAS 2000).

Other human studies also indicate that selenium contributes to enhancing immune function (Baum et al. 1997; Kiremidjian-Schumacher et al. 1994; Peretz et al. 1991). Lymphocyte response was enhanced by dietary selenium, as measured by the T-lymphocyte proliferative response to pokeweed mitogen in elderly people taking a selenium-enriched yeast supplement (0.0014 mg/kg/day for 6 months) (Peretz et al. 1991). This finding is similar to results of the Hawkes et al. (2001) study summarized above, although it was noted that the elderly as a group generally tend to have both lower blood selenium concentrations and lower lymphocyte proliferation than the general population. Dietary supplementation with approximately 0.001 mg selenium/kg/day (as sodium selenate) for 8 weeks caused increased proliferation of active T

cells in a group of 11 volunteer subjects (Kiremidjian-Schumacher et al. 1994). The lymphocytes in the exposed subjects had an increased response to stimulation with alloantigen and developed into cytotoxic lymphocytes capable of destroying tumor cells. There was a 118% increase in cytotoxic lymphocyte-mediated tumor cytotoxicity, as well as an 82.3% increase in natural killer cell activity, compared to baseline values. The selenium supplementation regimen used in this study did not cause significant increases in selenium levels in the plasma or red blood cells.

Immune function was evaluated in 40 volunteers from a Finnish population with low blood selenium concentrations that were supplemented with selenium or placebo for 11 weeks (Arvilommi et al. 1983). At the end of the supplementation period, plasma selenium levels were 74 µg/L in the placebo group and 169 µg/L in the supplemental group. Intracellular killing of *Staphylococcus aureus* by granulocytes was slightly lower in the placebo group than in the selenium group (77.2% compared to 85.2%, p<0.05). No significant changes were observed in phagocytosis, chemotactic factor generation, antibody or leukocyte migration inhibitory factor production by lymphocytes, or proliferative responses to the T-cell mitogens phytohemagglutinin or concanavalin A.

There is evidence that selenium has a role in protecting patients with HIV virus. Immune parameters and nutrients known to affect immune function were evaluated at 6-month intervals in 125 HIV-1-seropositive drug-using men and women (Baum et al. 1997). When all factors that could affect survival were considered jointly, only reduced number of CD4 helper T cells over time and selenium deficiency were significantly associated with mortality. Low plasma selenium (<85 µg/L) represented a significantly greater risk factor for mortality than low helper T cell counts, and conferred a more significant risk than any other nutrient studied, indicating that selenium-deficient HIV patients were more likely to die from HIV infection than those with adequate levels of selenium.

Studies of mice, rats, and cattle suggest that exposure to high doses of sodium selenite, but not selenomethionine, may reduce immunological responses (Johnson et al. 2000; Koller et al. 1986; Raisbeck et al. 1998; Yaeger et al. 1998). BALB/c mice (five males/group) were exposed to drinking water containing 0, 1, 3, and 9 ppm selenium as sodium selenite (0.024, 0.17, 0.38, and 0.82 mg selenium/kg/day) or seleno-L-methionine (0.024, 0.17, 0.47, and 1.36 mg selenium/kg/day) for 14 days (Johnson et al. 2000). The mice exposed to sodium selenite showed significant decreases in the relative spleen weight at 9 ppm and the relative thymus weight at 3 and 9 ppm. The number of splenocytes in the spleens of the 9 ppm group was reduced by 62%. Single-cell splenocyte cultures were made from the spleens of treated animals and used to determine the effects of selenium treatment on mitogen-induced

USCA Case #25-1087    Document #2105058    Filed: 03/10/2025    Page 716 of 2126

lymphocyte blastogenesis and cytokine production. Cultured splenic lymphocytes from mice exposed to 9 ppm selenium as sodium selenite showed a significant (260%) increase in the basal rate of proliferation and a nonsignificant increase in mitogen-induced proliferation. Exposure to 9 ppm selenium as sodium selenite also produced a significant increase in the amount of tumor necrosis factor α (TNFα) and interleukin-1β (IL-1β) produced by lipopolysaccharide (LPS)-stimulated splenic macrophages. However, the results of this experiment must be interpreted with caution as treatment with 9 ppm selenium as sodium selenite also produced a large and statistically significant decrease in food (21%) and water (43%) consumption, so that some of the effects observed (e.g., changes in organ weights) may reflect effects of dehydration rather than selenium toxicity. In contrast, the similar groups of mice treated with up to 9 ppm selenium as seleno-L-methionine (up to 1.36 mg selenium/kg/day)showed no significant changes in body weight gain, organ weights, water consumption, or food consumption compared with controls. There were no changes in the basal or mitogen-stimulated lymphocyte proliferation following treatment with seleno-L-methionine, and no alteration in the production of TNFα or IL-1β from splenic macrophages was observed.

Another study in BALB/c mice examined the effects of consumption for 47 days of drinking water containing 7 ppm selenium as selenocystine, selenomethionine, or sodium selenite on immune function (Raisbeck et al. 1998). On the 14th day of the experiment, the mice received a subcutaneous injection of ovalbumin (OVA). Examination of mitogen-stimulated blastogenesis, B-cell function, and IgG concentrations at the end of the experimental period showed a significant decrease in B-cell function for mice treated with the two organic forms of selenium and a significant reduction in the concentration of OVA-specific antibodies for animals treated with any of the three forms of selenium. Total IgG concentration and OVA-stimulated blastogenesis did not vary between groups.

Rats given sodium selenite in drinking water at 0.7 mg selenium/kg/day for 10 weeks exhibited reduced humoral antibody (IgG) production in response to an administered antigen, and reduced prostaglandin synthesis, but there was no effect on natural killer cell (NKC) cytotoxicity (Koller et al. 1986). At lower doses (0.07 or 0.28 mg selenium/kg/day), NKC cytotoxicity was significantly increased, enhancing the immune response to antigenic stimulation, although the delayed-type hypersensitivity (DTH) and prostaglandin $E_2$ synthesis were significantly reduced. Selenium administration did not affect the ability of resident peritoneal cells to produce interleukin IL-1. Given the enhanced NKC activity at 0.07 and 0.28 mg selenium/kg/day, but not at 0.7 mg selenium/kg/day, and given the reduced antibody and prostaglandin synthesis at 0.7 mg selenium/kg/day, the dose of 0.7 mg selenium/kg/day is identified as

APPX ATT_V6_3022

the lowest LOAEL.  A NOAEL cannot be identified because of the conflict between enhanced NKC activity and reduced DTH and prostaglandin $E_2$ synthesis occurring at the same dose levels in this study. Antibody responses to ovalbumin were significantly lower in five male antelope (*Antilocapra americana*) fed a diet containing 15 ppm selenium (a mixture of alfalfa and hay naturally high in selenium) for 164 days than in controls fed a similar diet containing only 0.3 ppm selenium, but there was no difference in total globulin concentration between groups (Raisbeck et al. 1996).  No clinical signs of selenosis or treatment-associated lesions were observed in these animals.

Treatment of steers with selenomethionine or selenite in food at doses up to 0.808 mg selenium/kg/day for 120 days produced symptoms of selenosis (hoof lesions), but did not produce any changes in the weight or histology of the spleen or thymus or in the histology of the lymph nodes (O'Toole and Raisbeck 1995).

Leukocyte function was significantly reduced in pregnant cows supplemented with 0.135 mg/kg/day selenium for 3 months from diets that contained 0.25 (control), 6, or 12 ppm selenium as sodium selenite. Treated animals showed a significant decrease in forced antibody production and a depression in mitogenic response compared with controls (0.005 mg selenium/kg/day) (Yaeger et al. 1998).  No clinical signs of selenium toxicosis were observed in any of the cows during the experiment.

As selenium can enhance some immune system functions, selenium may have a normal physiological function in the immune system.  This is supported by an 8-week study in which treatment of mice with selenium as sodium selenite (0.33 mg selenium/kg/day, dietary) resulted in enhanced ability of cytotoxic T-lymphocytes to destroy tumor cells (Kiremidjian-Schumacher et al. 1992).

Selenium appeared to play a protective role against viral infection in rats (Beck et al. 1995).  When selenium-deficient rats were inoculated with a benign strain of Coxsackie's virus (CVB3/0), six separate point mutations were identified with the progression of virulence, causing myocarditis.  Cocksackie's virus appears to act as a cofactor in the development of the myocardits; this was shown when the virus was isolated from blood and tissue of people with Keshan disease (a cardiomyopathy particularly prevalent in selenium-deficient growing children and women of child-bearing age).

No studies were located concerning immunological or lymphoretical effects in humans or experimental animals following oral exposure to selenium sulfide or selenium disulfide.

The highest NOAEL values and all LOAEL values from each reliable study for immunological effects following oral exposure to selenium or selenium compounds for each species and duration category are recorded in Table 3-2 and plotted in Figure 3-2.

### 3.2.2.4    Neurological Effects

Following acute oral exposure to selenium compounds in humans, aches and pains and irritability (Civil and McDonald 1978), as well as chills and tremors (Sioris et al. 1980) have been reported.  The dizziness associated with selenium inhalation exposure has not been documented after selenium ingestion.

In a 1964 study, Rosenfeld and Beath reported listlessness, a general lack of mental alertness, and other symptoms of selenosis in a family exposed for approximately 3 months to well water containing 9 mg selenium/L (0.26 mg selenium/kg/day from drinking water).  All of the symptoms resolved after use of the seleniferous water was discontinued.  Because Rosenfeld and Beath (1964) did not estimate the family's exposure to dietary selenium, it is not possible to identify the total daily selenium dose associated with the symptoms of selenosis in this family.

In a dietary study of 11 men in a metabolic unit, selenium intake (80 μg/day for the first 21 days, then either 13 [n=6] or 356 [n=5] μg/day for 14 weeks) was reported to have no significant effect on mood, as measured using the Bi-Polar form of the profile of mood states (POMS) (Hawkes and Hornbostel 1996). However, subjects with initially low selenium levels did show significantly greater decreases in mood scores during selenium depletion.

In areas of the People's Republic of China where populations suffer from chronic selenosis, peripheral anesthesia and pain in the limbs were reported (Yang et al. 1983).  In extreme cases, exaggerated tendon reflexes, convulsions, and some paralysis and hemiplegia occurred (Yang et al. 1983).  These latter cases were associated with an estimated daily dietary intake of selenium of at least 3.22 mg selenium/person/ day, averaging 4.99 mg selenium/person/day (Yang et al. 1983).  Assuming a weight of 55 kg for Chinese men (Yang 1989b), these dietary levels represent 0.027 mg selenium/kg/day and 0.09 mg selenium/kg/day, respectively.  In another high selenium area, no neurological effects were observed in individuals who consumed up to 1.51 mg selenium/day (0.027 mg/kg/day) (Yang et al. 1983).  Danish geriatric patients with a mean age of 75.3 years were given daily either a placebo or an antioxidant cocktail containing 0.004 mg/kg/day of selenium as L-selenomethionine along with zinc, vitamins C, A,

USCA Case #25-1087      Document #2105058      Filed: 03/10/2025      Page 719 of 2126

B6, and E, and gamma-linolenic acid.  After 1 year, whole blood selenium concentrations increased in the treated group, and slight but significant improvements in psychological scores were observed (Clausen et al. 1989).  Because a mixture of nutrients was administered, the improvement in the patients cannot be attributed to selenium.  People living on ranches with high selenium soils where selenium toxicity in livestock had historically been observed were compared to randomly selected residents in Wyoming and South Dakota.  Daily selenium intake was measured by analysis of duplicate food portions.  Subjects received a complete physical exam with a symptom questionnaire and laboratory tests.  There were no biologically significant changes in clinical signs or blood chemistry.  Calculated doses ranged from 0.001 to 0.01 mg selenium/kg/day in the diet (Longnecker et al. 1991).

An increased incidence (4 observed cases, 0.97 expected, standardized incidence ratio=4.14, 95% confidence interval [CI]=1.13–10.60) of amyotrophic lateral sclerosis, a human motor neuron disease of unknown origin, was reported for a cohort of 5,182 residents of Reggio Emilia, Italy who had been exposed to drinking water containing increased selenium (7–9 μg/L)from 1972 to 1988, compared with the incidence among residents of the surrounding area who had received municipal water containing <1 μg/L selenium (Vinceti et al. 1996).  A subcohort of 2,065 of these individuals who had been exposed from 1974 (the earliest date for which a chemical analysis of the municipal tap water was available) was also examined and found to have an increased incidence ratio (4 observed cases, 0.47 expected, standardized incidence ratio=8.59, 95% CI=2.34–21.98).  However, the study is limited by a water level of selenium that is not generally considered to be high, a lack of individual measurements of selenium exposure, and insufficient information on confounding variables.  The lack of data on selenium status indicates that the study found a correlation but not causation.

In a 30-day study of the administration of L-selenomethionine to long-tailed macaques, severe hypothermia was observed in two of five animals administered 0.12 mg selenium/kg/day, but not in any of the eight animals receiving 0.08 mg selenium/kg/day (Cukierski et al. 1989).  However, the increased incidence of hypothermia was not statistically significant.  Following 1 week of treatment, all animals administered L-selenomethionine, including the two macaques treated with 0.01 mg selenium/kg/day, exhibited increased drowsiness and lethargy (Cukierski et al. 1989).

Symmetrical focal poliomyelomalacia and other forms of paralysis were seen in swine exposed to 0.58–2.1 mg selenium/kg/day after both acute and intermediate exposures (Baker et al. 1989; Goehring et al. 1984; Harrison et al. 1983; Mihailovic et al. 1992; Panter et al. 1996; Penrith and Robinson 1996; Stowe et al. 1992; Wilson et al. 1983, 1988, 1989).  This lesion was noted in animals that showed ataxia,

inability to stand, and paralysis of the hind limbs. Additionally, bilateral lesions were noted in the ventral horns of the cervical and lumbar/sacral intumescences of the spinal cord. Necrosis and cavitation were evident in the larger lesions (Harrison et al. 1983). Bilateral lesions were also observed in several nuclei of the brain stem and in the reticular formation (Wilson et al. 1983). Wilson et al. (1983) reproduced the syndrome in growing pigs by feeding them sodium selenite at 50 mg selenium/kg in the diet for 20–40 days. The study authors did not provide sufficient information to calculate doses on a mg selenium/kg body weight basis, but assuming that young swine consume approximately 4% of their body weight each day, this dose was approximately 2.1 mg/kg/day.

In a study of weaned 5-week-old pigs, a dose of 1.3 mg selenium/kg/day given as sodium selenite in capsules killed all eight pigs within 10 days. Histopathological lesions were found in the brain and spinal cord (Wilson et al. 1989). In a study in which pigs were fed 1.25 mg selenium/kg/day in the form of *A. bisulcatus*, D,L-selenomethionine, or selenate, the selenium in *A. bisulcatus* was the most potent neurotoxin, resulting in complete paralysis in four of five pigs after 5 days of treatment, and in the last pig after 3 weeks of treatment (Panter et al. 1996). In pigs fed selenate, three of five developed complete paralysis, and one pig developed posterior paralysis after 4–21 days of treatment. Although D,L-selenomethionine resulted in the greatest incidence of selenosis, it was the least potent neurotoxicant, resulting in posterior paralysis in two of five pigs after 9 and 24 days of treatment; the pigs that did not develop paralysis were fed D,L-selenomethionine for approximately 31 days. The form of selenium in *A. bisulcatus* is unknown, although Panter et al. (1996) indicate that it is nonprotein.

It has long been believed that the blind staggers syndrome in livestock results from consumption of plants high in selenium (100–10,000 mg selenium/kg plant) (Rosenfeld and Beath 1964). These plants, which include *A. bisulcatus*, are known as selenium-indicator plants. "Blind staggers" is characterized by impaired vision, aimless wandering behavior, reduced consumption of food and water, and finally paralysis and death (Rosenfeld and Beath 1964; Shamberger 1986). Trembling of the skeletal muscles was observed in steers fed sodium selenite mixed in the feed at doses between 0.6 and 1.1 mg selenium/kg/day (Maag et al. 1960). At necropsy, two of six steers exhibited neuronal degeneration of the cerebral and cerebellar cortices. However, more recent studies in which cattle were treated with known amounts of selenium have not replicated these effects, and it is likely that "blind staggers" is not solely the result of selenium toxicity, but may also be attributable to other unidentified causes. For example, treatment of 20 steers with selenomethionine or selenite in food at doses up to 0.808 mg selenium/kg/day for 120 days produced symptoms of selenosis (hoof lesions), but did not produce any

neurological signs associated with "blind staggers" or any treatment-related changes in the histology of the central nervous system (O'Toole and Raisbeck 1995).

Neurological effects have also been reported for mice after acute or intermediate exposures to selenium. A single oral dose of selenium dioxide dissolved in water given to mice at $1/10^{th}$ the $LD_{50}$ (1.7 mg/kg) caused moderate reductions in alertness, spontaneous activity, touch response, muscle tone, and respiration. Pentobarbital sleeping time was also significantly increased, and there was moderate hypothermia (Singh and Junnarkar 1991). Brain tissue from male BALB/c mice administered sodium selenite or seleno-L-methionine in drinking water at 0, 1, 3, or 9 ppm selenium (sodium selenite: 0.03, 0.24, 0.58, or 1.34 mg selenium/kg/day; seleno-L-methionine: 0.03, 0.26, 0.63, or 1.96 mg selenium/kg/day) for 14 days was examined for changes in the concentrations of norepinephrine (NE), dopamine (DA), dihydroxyphenylacetic acid (DOPAC), homovanillic acid (HVA), serotonin (5-HT), and 5-hydroxyindolacetic acid (5-HIAA) (Tsunoda et al. 2000). Treatment with seleno-L-methionine produced no significant changes in the concentrations of any of the neurotransmitters or their metabolites. DOPAC, DA, and HVA were increased in the striatum of mice receiving 3 or 9 ppm selenium as selenite. The increase was significant at both concentrations for DOPAC and at 3 ppm (but not 9 ppm) for HVA, but was not significant at either concentration for DA. No changes were observed for levels of NE, 5-HT, or 5-HIAA levels in any brain region of mice treated with sodium selenite.

Exposure of female BALB/c mice to 0.21 mg selenium/kg/day for 6 months from diets containing selenium as sodium selenite resulted in significant changes in behavior during open field testing (Boylan et al. 1990). Open field testing measures the arousal level of small rodents and can differentiate between fear-related behavior and general arousal. Mice receiving excessive selenium had reduced sniffing behavior and exhibited greater activity entering more squares, and more interior squares than mice receiving normal selenium diets. These behaviors are indicative of a general state of arousal rather than fear-motivated activity.

No studies were located concerning neurological effects in humans or experimental animals following oral exposure to selenium sulfide or disulfide.

The highest NOAEL values and all LOAEL values from each reliable study for neurological effects following oral exposure to selenium or selenium compounds for each species and duration category are recorded in Table 3-2 and plotted in Figure 3-2.

## 3.2.2.5  Reproductive Effects

No studies were located regarding adverse effects on human reproduction following oral exposure to elemental selenium or to selenium compounds.  Associations between high seminal plasma selenium and impaired sperm count or motility have been inconsistently observed in humans (Bleau et al. 1984; Hansen and Deguchi 1996; Roy et al. 1990).  A 120-day double blind experimental study found no adverse changes in sperm indices or reproductive hormone in men (20–45 years old) who consumed a controlled diet of foods naturally high or low in selenium (Hawkes and Turek 2001).  Eleven subjects were fed a diet that provided 0.0006 mg selenium/kg/day for the first 21 days of the study, followed by diets providing 0.0002 mg selenium/kg/day (6 subjects) or 0.004 mg selenium/kg/day (5 subjects) for 99 days.  Semen quality (sperm concentration, semen volume, sperm total number, fraction motile sperm, percent progressive sperm, mean forward velocity, and various sperm morphology parameters), reproductive hormone levels (serum testosterone, follicle-stimulating hormone, luteinizing hormone, prolactin, estradiol, and progesterone), and thyroid hormone levels (serum $T_3$ and TSH) were evaluated during weeks 3 (baseline values), 8, and 17 (ending values).

Selenium levels in blood plasma began to change within 3 days of starting the low- and high-selenium diets and progressively continued throughout the study (Hawkes and Turek 2001).  By week 17, mean plasma selenium concentrations had increased by 109% in the high-selenium group and decreased by 38.5% in the low-selenium group.  A similar pattern of changes occurred in seminal plasma selenium, although selenium levels in sperm did not change significantly in either group.  Mean sperm motility was significantly different in the low-selenium subjects and high-selenium groups at week 13, but not at weeks 8 or 17.  The fraction of motile sperm increased an average of 10% in the low-selenium group by week 13, and was essentially the same as the baseline value at week 17.  Sperm motility decreased an average of 32% in the high-selenium group at week 13, and ended 17% lower than baseline value at week 17.  ANOVA showed a significant main effect of dietary selenium on sperm motility, as well as a significant selenium x time interaction, indicating that the group responses diverged over time.  Baseline and ending motile sperm fractions in the high-selenium group were 0.588±0.161 and 0.488±0.193, respectively; ≥50% motility is considered normal (FDA 1993).  The decrease in sperm motility in the high-selenium group cannot be clearly attributed to selenium because the effect was not consistent over the duration of exposure, is unlikely to be adverse because it is at the low end of the normal range, and is not accompanied by any significant changes in other indices of sperm movement (progression or forward velocity), or sperm numbers or morphology.  Additionally, there were no effects of selenium on serum

levels of reproductive hormones, and changes in thyroid hormones, which could affect sperm function, were not outside normal ranges (see Endocrine Effects in Section 3.2.2.2).

A nonsignificant increase in spontaneous abortions (relative risk [RR]=1.73; 95% CI=0.62–4.80) was reported among births in the municipality of Reggio Emilia, Italy, where women had been exposed to drinking water containing 7–9 ug/L levels of selenium (as selenate, reported estimated intake 10–20 ug/day) between 1972 and 1988 (Vinceti et al. 2000a). This study is limited by a level of selenium in water that is not considered high, lack of data on selenium status, and insufficient information on confounding variables. Selenium deficiency has been implicated as a risk factor for recurrent miscarriage in humans (Al-Kunani et al. 2001; Barrington et al. 1996, 1997; Güvenc et al. 2002; Kumar et al. 2002).

Data from animal studies suggest that exposure to excessive selenium has adverse effects on testosterone levels and sperm production and increases the percentage of abnormal sperm (El-Zarkouny et al. 1999; Kaur and Parshad 1994; NTP 1994). A significant reduction (49%) in serum testosterone levels was reported for New Zealand white rabbits gavaged with 0.001 mg selenium/kg/day as sodium selenite once a week for 6 weeks (El-Zarkouny et al. 1999). The percentage of spermatozoa without an acrosome was also increased in treated rabbits compared with controls, but the difference was not significant. Sperm motility, ejaculate volume, sperm concentration, and total sperm output were all reduced by selenium treatment, but statistical analysis of these data was not presented.

Exposure of Wistar rats to 0.234 mg selenium/kg/day as sodium selenite in water produced testicular hypertrophy (Turan et al. 1999a). A dose-related increase in abnormal sperm and a decrease in live sperm were observed in wild-caught rats exposed to selenite in the diet at 0.1 and 0.2 mg selenium/kg/day (Kaur and Parshad 1994). The percentage of abnormal sperm was 3.9% at 0.1 mg/kg/day and 24.6% at 0.2 mg/kg/day. The abnormalities observed were principally in the midpiece region of the sperm, the region that contains a selenoprotein (Sunde 1990). Decreased sperm counts were observed in rats provided with selenate or selenite in drinking water for 13 weeks at a dose of 0.29 mg selenium/kg/day for selenate and a dose of 0.17 mg selenium/kg/day for selenite (NTP 1994). Effects on sperm were not observed in mice treated with selenate or selenite in the drinking water at doses up to 5.45 mg selenium/kg/day for selenate or up to 3.31 mg selenium/kg/day for selenite (NTP 1994). The administration of 1.05 mg selenium/kg/day as potassium selenate to rats in drinking water for 1 year did not affect male fertility (Rosenfeld and Beath 1954), and the administration of 0.57 mg selenium/kg/day as sodium selenate for three generations did not reduce male fertility in mice (Schroeder and Mitchener 1971b). A short-term reproductive study of the effects of sodium selenate in drinking water on rats at

doses (0.418 mg selenium/kg/day) that produced signs of systemic toxicity did not cause any increase in sperm abnormalities or lesions of the testis or epididymis (NTP 1996). Selenium administered in the diet or in drinking water over short exposure periods (e.g., 1 month) does not appear to affect the fertility of female animals unless the intake is sufficiently high to cause general toxicity (Nobunaga et al. 1979). Despite a small increase in the number of abnormal length estrous cycles, Nobunaga et al. (1979) found no adverse effect on the fertility of female mice from administration of sodium selenite at doses of 0.34 mg selenium/kg/day in drinking water for 30 days before mating and for 18 days during pregnancy. On the other hand, chronic exposure of mice and rats to otherwise nontoxic doses has been shown to reduce fertility and to reduce markedly the viability of the offspring of pairs that are able to conceive (Schroeder and Mitchener 1971b; Wahlstrom and Olson 1959b).

A study of supplementation of female pigs with 0.1 or 0.3 ppm selenium (doses not available) administered as a selenium-enriched yeast or sodium selenite in the diet, from 60 days before breeding until weaning found no adverse effects on reproductive performance (measured by number of offspring) or growth (Mahan and Kim 1996). In another study of the effect of selenium on fertility in pigs, females fed sodium selenite at 0.4 mg selenium/kg/day from 8 weeks of age exhibited reduced rates of conception and also produced offspring with significantly reduced birth weight and weaning weights in the first and second litters (Wahlstrom and Olson 1959b). An altered menstrual cycle was reported in monkeys administered 0.08 mg selenium/kg/day as L-selenomethionine for 30 days (Cukierski et al. 1989).

Vaginal cytology of female rats provided with drinking water containing selenate or selenite indicated that the rats spent more time in diestrus and less time in proestrus and estrus than the controls (NTP 1994). This effect occurred following treatment with 0.31 mg selenium/kg/day as selenate or 0.86 mg selenium/kg/day as selenite. The animals in these studies were not mated, so it is not known if the effects on the estrous cycle had any effect on fertility. Effects on the estrous cycle were not observed in mice treated with selenate or selenite in the drinking water at doses up to 7.17 mg selenium/kg/day for selenate, or at doses up to 3.83 selenium/kg/day for selenite (NTP 1994).

In a three-generation reproduction study, selenium administered as sodium selenate (0.57 mg selenium/kg/day) in the drinking water of breeding mice produced adverse effects on reproduction (Schroeder and Mitchener 1971b). The most notable observed effects included the failure of about half of the F3 generation pairs to breed successfully. In a two-generation study using rats, selenium administered as potassium selenate had no effect on reproduction at a dose of 0.21 mg selenium/kg/day for 1 year; however, decreased fertility and pup survival were noted at 1.05 mg selenium/kg/day (Rosenfeld and

Beath 1954).  At 0.35 mg selenium/kg/day for 1 year, the number of young successfully reared by the females was reduced by 50%, and the body weight of the females was approximately 20% less than that of the control females (Rosenfeld and Beath 1954).

A short-term reproductive study of the effects of sodium selenate in drinking water on rats reported some female reproductive toxicity (reduced corpora lutea, reduced implants per litter, shorter estrous cycle), but only at doses (0.418 mg selenium/kg/day) that produced signs of severe maternal toxicity, including a large reduction in water consumption (NTP 1996).

In a review of selenium poisoning in domestic animals, Harr and Muth (1972) noted a decreased conception rate and an increased fetal resorption rate in cattle, sheep, and horses fed diets naturally containing organic selenium compounds at 25–50 mg selenium/kg diet.  Assuming that large animals consume an amount of food equal to about 2–3% of their body weight daily, the doses would have been approximately 0.5–1.5 mg selenium/kg/day.  These levels of selenium also produced other signs of toxicity, including hair loss, lameness, and degeneration and fibrosis of the heart, liver, and kidneys.  In a case control study of 136 Holstein cows from four herds, an association of cystic ovaries with blood selenium concentrations >108 ng/mL was found (Mohammed et al. 1991).  The concentration of progesterone in the milk was significantly higher in the controls than in the cows receiving selenium supplementation, but no information on the selenium dose was presented.  No change in estrus cycle length, estrus behavior, progesterone, or estrogen profiles or pregnancy rate was observed in a study of the reproductive response of ewes fed alfalfa pellets containing sodium selenate (24 ppm selenium) or *A. bisculcatus* (29 ppm selenium) as a selenium source for 88 days, from >52 days before pregnancy up to day 28 of gestation (Panter et al. 1995).  Doses could not be calculated as food consumption was not listed, and the paper states that the food supply was limited to match that of the group with the lowest intake.

The highest NOAEL value for reproductive effects following intermediate oral exposure to sodium selenite and all reliable LOAEL values for reproductive effects following intermediate or chronic oral exposure to selenium compounds other than selenium sulfide are recorded in Table 3-2 and plotted in Figure 3-2.

APPX ATT_V6_3031

## 3.2.2.6    Developmental Effects

No studies have demonstrated that selenium or its compounds are teratogenic in humans.  Robertson (1970) reported on the outcome of pregnancies in a laboratory in which workers handled sodium selenite.  Of the five pregnancies, four ended in spontaneous abortion and one resulted in an infant with bilateral clubfoot.  The urinary selenium levels in all subjects were similar to those in other individuals living in the same area.  The limited number of cases, possible exposure to other toxic agents, and other confounding factors leave the relationship between sodium selenite and developmental effects inconclusive.

No significant increase in spontaneous abortions (RR=1.73; 95% CI=0.62–4.80) was reported among births in the municipality of Reggio Emilia, Italy, where women had been exposed to drinking water containing 7–9 µg selenium/L (as selenate) between 1972 and 1988 (Vinceti et al. 2000a).  Body weight and length at birth were similar in infants of exposed and unexposed women, and no significant increase in the prevalence of congenital abnormalities was found for 353 infants of exposed mothers compared with the 14,481 births among unexposed women.  This study is limited by a level of selenium in water that is not considered high, lack of data on selenium status, and insufficient information on confounding variables.

Zierler et al. (1988) performed a case control study of 270 children born in Massachusetts with severe congenital heart disease and 665 controls randomly selected from birth certificates.  The study compared the selenium concentrations in the public drinking water supply used by the mothers close to the time of conception to the selenium concentrations in the water consumed by the controls.  The results indicated that selenium exposure via drinking water was associated with beneficial effects, particularly a reduction in the risk of congenital heart defects (cono-truncal defects, venticular septal defects, coarctation of the aorta, and patent ductus arteriosis), but many variables are unknown, including other possible confounders (no adjustment for age, parity, tobacco, alcohol, drug use, or socioeconomic status), other sources of selenium in the mothers' diet and environment, the amount of drinking water consumed, and the selenium concentrations in the water during the first trimester.

Excess selenium is a demonstrated teratogen in birds.  However, there is no clear evidence linking selenium exposures to teratogenic effects in mammals.  Several studies have documented the sensitivity of chick embryos to selenium poisoning.  Hatchability of eggs is reduced by dietary levels of organic selenium in grain that are too low to cause toxicity in other farm animals.  The eggs are fertile but often

produce grossly deformed embryos lacking eyes and beaks and having deformed wings and feet (Franke and Tully 1935; Franke et al. 1936; Gruenwald 1958; Palmer et al. 1973). Deformed embryos have also been produced by injection of aqueous sodium selenite or sodium selenate into the air cell of the normal, fertile eggs of chickens (Franke et al. 1936; Khan and Gilani 1980). The incidence of malformation among coot, duck, stilt, and grebe embryos from eggs of birds ingesting plant and other food from irrigation drainwater ponds in the San Joaquin Valley of California was much higher than expected (10–42%, depending on the species, versus <1% based on data from other areas) (Ohlendorf et al. 1986a, 1988). Selenium concentrations in these ponds were >0.3 mg/L.

The consumption of naturally high seleniferous diets by sheep (Rosenfeld and Beath 1964) and cattle (Dinkel et al. 1963) may interfere with normal fetal development and produce malformations. Malformations were associated with alkali disease and occurred at dietary levels that produced other toxic manifestations, but it is not clear if these reports took into account consumption of other toxic range plants. The specific selenium compound or compounds possibly associated with livestock developmental toxicity have not been identified. No change in the outcome of pregnancy was observed in a study of the reproductive response of ewes fed alfalfa pellets containing sodium selenate (24 ppm selenium) or *A. bisculcatus* (29 ppm selenium) as a selenium source for 88 days, from >52 days before pregnancy up to day 28 of gestation (Panter et al. 1995). All lambs appeared normal, and there was no significant difference in the number or weight of lambs born to treated and control ewes. Doses could not be calculated, as food consumption was not listed, and the paper states that the food supply was limited to match that of the group with the lowest intake.

In an intermediate-duration study, an increased number of deaths between birth and weaning, reduced birth weight, and reduced body weight at weaning were observed in offspring of pigs fed selenite at 0.4 mg/kg/day for an unstated period of time (Wahlstrom and Olson 1959b). Treatment of 15 pregnant cows with diets containing 0.25 (control), 6, or 12 ppm selenium (0.005, 0.135, or 0.265 mg Se/kg/day) as sodium selenite beginning at 80–110 days gestation and continuing for 3 months resulted in no abnormalities among the offspring apart from one calf in the 12 ppm group that was born weak and subsequently died (Yaeger et al. 1998). This calf had myocardial lesions similar to those described for selenium toxicosis and had markedly elevated hepatic selenium levels, although selenium levels in blood and hair of this calf and its dam were lower than average for the 12 ppm group.

In studies of laboratory mammals, the administration of inorganic selenium compounds at levels that are not maternally toxic has not produced terata (Bergman et al. 1990; Chiachun et al. 1991; Ferm et al. 1990;

NTP 1996; Poulsen et al. 1989; Rosenfeld and Beath 1954; Schroeder and Mitchener 1971b; Thorlacius-Ussing 1990). Ferm et al. (1990) administered a single dose of sodium selenate, sodium selenite, or L-selenomethionine (0, 1.8, 2.2, 2.7, 4.0, 5.0, or 5.9 mg selenium/kg/day) to pregnant Syrian hamsters on gestation day 8. Pathological examination of the fetuses on day 13 showed that the percentage of abnormal litters was significantly increased at doses of ≥2.7 mg/kg. Encephalocele was the major malformation noted, and incidences were as follows: 0/71 controls; 4/55 (7.3%) at 1.8 mg/kg; 1/49 (2%) at 2.2 mg/kg; 7/66 (10.6%) at 2.7 mg/kg; 15/70 (21.4%) at 4 mg/kg; 9/38 (23.7%) at 5 mg/kg; and 6/16 (37.5%) at 5.9 mg/kg. Nobunaga et al. (1979) found that administration of sodium selenite in drinking water at 0.34 mg selenium/kg/day for 30 days before mating and for 18 days during pregnancy slightly, but significantly, reduced fetal growth in mice. However, there was no effect on fetal growth in the same study at a dose of 0.17 mg selenium/kg/day. A short-term developmental study (from gestation day 6 until birth) of the effects of sodium selenate in drinking water on rats produced some developmental toxicity (decreased number of live births, reduced pup weight, increased gestation period), but only at doses (0.418 mg selenium/kg/day) that produced signs of severe maternal toxicity including a large reduction in water consumption (NTP 1996). Selenium administered as potassium selenate in drinking water to male and female rats at a dose of 1.05 mg selenium/kg/day for 1–8 months for two successive generations did not cause congenital malformations (Rosenfeld and Beath 1954). Similarly, administration of 0.57 mg selenium/kg/day as sodium selenate in the drinking water of breeding mice for three generations did not have teratogenic effects, although there was an increased incidence in fetal deaths, and a high proportion of the surviving offspring were runts (Schroeder and Mitchener 1971b).

Poulsen et al. (1989) demonstrated that pigs exposed to 42.4 mg/day of selenium as sodium selenite in feed throughout pregnancy produced normal litters, with no adverse effect on piglet survival, litter size, or body weight at birth. Body weights of the pigs during pregnancy were not provided, and therefore, mg/kg/day doses could not be calculated. Body weight gains of pigs fed selenium as selenite at a dose of 0.4 mg selenium/kg/day after weaning (duration not specified) were reduced (Wahlstrom and Olson 1959a). The reduction in body weight gain was greater among pigs from dams not fed selenium during gestation and lactation compared to pigs fed selenium (0.4 mg/kg/day) during gestation and lactation. Without providing data, the study authors indicated that there was a greater loss of pigs at birth and during lactation from sows fed selenium, which may have eliminated susceptible pigs.

In a teratology study of long-tailed macaques, no gross abnormalities or growth retardations were observed in fetuses from mothers administered L-selenomethionine at levels of 0.003, 0.025, 0.15, or

0.30 mg selenium/kg/day on gestational days 20–50 (10 animals per group); the mid and high doses were maternally toxic (Tarantal et al. 1991).

The highest NOAEL value and all reliable LOAEL values for developmental effects following intermediate or chronic oral exposure to selenium compounds are recorded in Table 3-2 and plotted in Figure 3-2.

### 3.2.2.7   Cancer

Early studies reporting that selenium was carcinogenic in mammals after being provided as seleniferous corn or wheat in the diet (Nelson et al. 1943), as sodium selenite or sodium selenate in drinking water (Schroeder and Mitchener 1971a), or as sodium selenate in the diet (Volgarev and Tscherkes 1967) were flawed.  The majority of subsequent studies of humans and animals have revealed no association between selenium intake and the incidence of cancer (Azin et al. 1998; Beems 1986; Coates et al. 1988; Harr et al. 1967; Ma et al. 1995; Menkes et al. 1986; Ratnasinghe et al. 2000; Thompson and Becci 1979; Vinceti et al. 1995; Virtamo et al. 1987) or a clear chemopreventive association (Birt et al. 1982; Clark et al. 1996a, 1999; Finley et al. 2000; Ip 1981, 1983; Ganther and Lawrence 1997; Ip and Lisk 1995; Ip et al. 1996, 1997, 1998, 2000a, 2000b; Jiang et al. 1999; Ma et al. 1995; Medina and Shepherd 1981; Moyad 2002; Overvad et al. 1985; Schrauzer et al. 1976, 1977; Shamberger et al. 1976; Soullier et al. 1981; Thompson and Becci 1980; Woutersen et al. 1999; Yoshizawa et al. 1998).  Some epidemiological and experimental evidence suggests that selenium exposure, under certain conditions, may contribute to a reduction in cancer risk (Clark et al. 1996a, 1999; El-Bayoumy 2001; Ganther 1999; Moyad 2002; Spallholz 2001; Yoshizawa et al. 1998), and the chemopreventive potential of supplemental selenium is currently under research (Clark et al. 1999; Duffield-Lillico et al. 2002; Reid et al. 2002).

The only selenium compound that has been shown to be carcinogenic in animals is selenium sulfide (NTP 1980c), although there is also some evidence for carcinogenicity due to ethyl selenac (selenium diethyldithiocarbamate) (Innes et al. 1969; NCI 1968).  These compounds are very different chemically from the organic and inorganic forms found in foods and the environment.  Human dietary studies generally do not identify the selenium form specifically; both organic (from grains and other plant and animal products) and inorganic (from drinking water) forms are ingested.  Animal bioassays in which selenium was administered as sodium selenate, sodium selenite, or organic forms of selenium have all shown similar negative results.

Excess incidence of melanoma was reported for a cohort of 2,065 individuals that were exposed to 7–9 µg/L levels of selenium as selenate in the municipal water supply in Reggio Emilia, Italy from 1972 until 1988 (Vinceti et al. 1998).  Eight individuals among the exposed cohort developed melanoma compared with 128 in the remainder of the municipal population (total number of individuals not given).  The standardized mortality ratios (SMRs) were 5.0 (95% CI=1.6–12.0) for males and 3.2 (95% CI=1.0–7.7) for females.  The authors estimate the general dietary intake of selenium in the area to be 45–50 µg/day and the excess selenium supplied in the contaminated tap water to be 10–20 µg/day.  However, the study is limited by the fact that no individual measurements of selenium exposure were made, and individuals were classed as exposed or unexposed depending on their place of residence.  The lack of data on selenium status indicates that the study found a correlation but not causation.  Other limitations include a water level of selenium that is not generally considered to be high and insufficient information on confounding variables.

A study of the effects of nutritional supplementation with selenium found a significant reduction in overall cancer mortality and in the incidence of lung (RR=0.54, 95% CI=0.3–0.98, p=0.04), colorectal (RR=0.42, 95% CI=0.18–0.95, p=0.03), and prostate (RR=0.37, 95% CI=0.18–0.71, p=0.003) cancer (Clark et al. 1996a, 1999).  The original intent of the study was to assess the effects of selenium supplementation on nonmelanoma skin cancer.  Patients with a history of skin carcinoma (1,312 individuals) were randomized into two groups; one group received a selenium supplement of 200 µg/day, and the other received a placebo.  Groups were treated for an average of 4.5 years and followed for an average of 6.5 years.  Supplementation produced no difference in skin cancer incidence; however, secondary end point analyses of the data found a protective effect for selenium for the cancers described above.  A reanalysis of the lung cancer data added eight cases to the selenium-treated group, four cases to the placebo group, and increased follow-up to 7 years (Duffield-Lillico et al. 2002; Reid et al. 2002).  Selenium supplementation did not reduce lung cancer incidence in the full population (RR=0.70, 95% CI=0.40–1.21, p=0.18; hazard ratio [HR]=0.74, 95% CI=0.44–1.24, p=0.26), although a nominally significant decrease was observed among subjects with baseline plasma selenium concentrations in the lowest tertile (HR=0.42, 95% CI=0.18–0.96, p=0.04).  The analysis for the middle and highest tertiles of baseline selenium level showed HRs of 0.91 and 1.25, suggesting that there was a trend toward a reduction in risk of lung cancer with selenium supplementation.

Supporting evidence for an antiprostate cancer effect of selenium was obtained for a nested case-control design within the Health Professional Follow-up study (Yoshizawa et al. 1998), which found that higher

prediagnostic selenium levels were associated with reduced prostate cancer incidence. This study included 33,737 male health professionals aged 40–75 years who provided toenail clippings in 1987. The cohort was assessed by questionnaire for incidence of new cases of prostate cancer from 1989 to 1994. Higher levels of selenium in toenail clippings were significantly associated with a reduced risk of prostate cancer. After controlling for factors such as a family history of prostate cancer, body mass index, calcium intake, lycopene intake, saturated fat intake, vasectomy, and geographical region, the odds ratio (OR) was 0.35 (95% CI=0.16–0.78, p for trend=0.03). Studies of selenium supplementation have generally shown a reduction in prostate cancer risk only in individuals who had lower levels of baseline plasma selenium, whereas subjects with normal or higher levels did not benefit and may have an increased risk for prostate cancer (Moyad 2002).

Epidemiological studies that focused on the selenium concentration of forage crops as an indicator of available dietary selenium indicated an inverse association between selenium levels and cancer occurrence, with few exceptions. In the United States, male mortality due to cancer of the tongue, esophagus, stomach, intestine, rectum, liver, pancreas, larynx, lungs, kidneys, and bladder was significantly lower in states with high selenium levels in forage crops (concentrations in excess of 0.10 mg selenium/kg) (Shamberger et al. 1976). For females in states with high selenium levels, significantly lower cancer death rates were found for cancer of the esophagus, stomach, intestine, rectum, liver, pancreas, lungs, bladder, thyroid, breast, and uterus (Shamberger et al. 1976). Only male and female mortality due to cancer of the skin and eye, male mortality due to cancer of the lip and aleukemic leukemia (a deficiency or absence of leukocytes in the blood due to leukemia), and female mortality due to dermal melanoma were associated with high selenium levels in forage crops. Many of the high selenium areas are in the southwestern portion of the United States, and therefore, exposures to ultraviolet light may have contributed to the skin cancers observed in these areas (Shamberger et al. 1976). In a comparison of selenium intake and cancer mortality rates in different countries, Schrauzer et al. (1977) detected a cancer chemopreventive association between the selenium content of the diet and age-corrected cancer mortality from leukemia and cancers of the intestine, rectum, breast, ovary, prostate, lung, pancreas, skin, and bladder.

In a case control study of lung cancer patients, Menkes et al. (1986) found that the risk of lung cancer was not associated with serum selenium levels (0.113 and 0.110 mg selenium/L in cases and controls, respectively), but was significantly increased with decreasing serum levels of vitamins A and E. The study authors suggested that high serum selenium levels were significantly associated with an increased incidence of squamous cell carcinoma as compared to other cellular tumor types, but the statistical

analysis used was flawed. In a region of China with high rates of stomach cancer and low intake of several micronutrients (selenium not specifically stated), an intervention trial in 29,584 adults for 5.25 years demonstrated a 21% decrease in stomach cancer in the randomly selected group receiving a nutritional supplement of beta carotene (15 mg/day), vitamin E (30 mg/day), and selenium (50 μg selenium/day as selenium yeast) (Blot et al. 1993). However, because the three nutrients were given in combination to a nutritionally deficient population, it is not possible to determine what part of this effect (if any) was due to selenium.

Low serum selenium levels have been associated with an increased incidence of cancer in some prospective epidemiological studies (Salonen et al. 1984, 1985; Willet et al. 1983). In the United States, Willet et al. (1983) found that the risk of cancer for subjects in the lowest quintile (fifth) of serum selenium concentrations (<0.115 mg selenium/L) was twice that of subjects in the highest quintile (>0.154 mg selenium/L). In Finland, Salonen et al. (1985) found the risk of fatal cancer for subjects in the lowest tertile (third) of serum selenium concentrations (<0.047 mg selenium/L) was 5.8 times higher than that of the remaining subjects. Mean serum selenium levels in Americans (0.129 mg selenium/L cases; 0.136 mg selenium/L controls) (Willett et al. 1983) are more than twice the mean serum selenium levels in the Finns (0.0505 mg selenium/L for cases; 0.0543 mg selenium/L for controls) (Salonen et al. 1984). Although the age-specific risk of fatal cancers in the two populations cannot be calculated from the data reported, the overall incidence of cancer in the 4-year Finnish study was less than half that in the 5-year U.S. study. In addition, other prospective studies of Americans have found no correlation between fatal cancer and blood selenium concentrations (Coates et al. 1988). Thus, one may not be able to predict relative cancer risks with serum selenium levels in one population based on data from another population.

A 9-year prospective follow-up study was conducted by Virtamo et al. (1987) on a group of men in Finland. At the beginning of the study, blood samples were taken as part of a study of coronary heart disease and other atherosclerotic diseases. Cancer data were collected from central registries for the years 1976 through 1983. The results indicated no association between low serum selenium levels (<0.045 mg selenium/L) and an increased risk of cancer. Evidence suggests that combined dietary deficiencies of vitamin E and selenium may be associated with increased cancer risk (Salonen et al. 1985).

Epidemiological studies of breast cancer have found inverse correlations, positive correlations, and no correlations between tissue selenium concentrations and cancer incidence (recently reviewed by Garland et al. 1993). In a case control study of plasma selenium and breast cancer in which the controls had benign breast disease, a preventive effect of selenium was found only among individuals who had higher

plasma selenium and were not taking selenium supplementation (Hardell et al. 1993).  This effect was significant (odds ratio 0.38) at a serum selenium concentration range of 0.08–0.09 mg/L in women 50 years old or more.  GPX activity in erythrocytes was not found to be a marker for the risk of breast cancer.  A case control study of 162 cases of breast cancer in Dutch women did not find a significant difference in dietary, plasma, erythrocyte, or toenail selenium between cases and 529 controls when multivariate-adjusted odds ratios were calculated.  Dutch women have lower selenium intake than women in the United States and one of the highest incidences of breast cancer in Western Europe.  The authors of this study surmised that other studies reporting an inverse relationship between selenium levels and breast cancer may be seeing an effect of the cancer (e.g., decreased uptake of selenium or anorexia), rather than lower selenium level contributing to the development of cancer (van't Veer et al. 1990).  Similarly, a large prospective study of 434 cases in the United States found no correlation between selenium content in nails, established as a long-term marker of selenium (Hunter et al. 1990a), and breast cancer (Hunter et al. 1990b).  It is interesting to note that a more recent investigation of the same cancer cases found an inverse correlation between vitamin A (retinoids) in the diet and breast cancer (Hunter et al. 1993).  Retinoids are believed to have chemopreventive activity (Clausen et al. 1989; Hunter et al. 1993).  Although the data as a whole for breast cancer and tissue selenium concentrations do not support a clear chemopreventive effect for selenium, it is possible that very high selenium concentrations or very low selenium concentrations outside the ranges observed in these studies could play a role in human cancer risk (Garland et al. 1993).

There were several inadequacies in the early studies that reported carcinogenic effects in animals following oral administration of selenium-containing compounds.  Nelson et al. (1943) (also reported as Fitzhugh et al. 1944) administered naturally seleniferous corn or wheat diets containing 5, 7, or 10 mg selenium/kg diet (0.25, 0.35, or 0.50 mg selenium/kg/day) to female rats for 2 years.  Selenium administration produced high mortality (69%) in all treatment groups by the end of the first 12 months, and the first tumors appeared after 18 months of treatment.  Tumors developed only in animals with cirrhotic livers, and the tumors were reported to be nonmalignant.  The possible contribution of overt hepatotoxicity to the development of liver tumors is not known.  The incidences of tumors in the surviving animals in the three dose groups were 6/25, 3/21, and 2/7, respectively.  The investigators had difficulty discerning malignant from nonmalignant tumors, and most animals had died of cirrhosis of the liver before the appearance of liver tumors.  These difficulties cast doubt on the conclusion of the investigators that selenium induced tumor formation in these rats.

APPX ATT_V6_3039

A statistically significant increase was reported in the incidence of all tumors and malignant tumors in rats administered 0.28–0.42 mg selenium/kg/day as sodium selenite or sodium selenate in drinking water for a lifetime (Schroeder and Mitchener 1971a). Not all autopsied animals were examined histologically, however, and high mortality in all groups occurred as a result of a virulent pneumonia epidemic that occurred during the study. In addition, the statistical analysis failed to account for the fact that the selenium-treated rats lived longer than did the control rats. Analysis of the incidence of tumors among animals with equal longevities indicates that the incidence of tumors in the selenate-treated rats was not significantly different from that in the controls.

A series of dietary studies assessed the effects of various dietary supplements on selenium tumor induction in male rats (Volgarev and Tscherkes 1967), but the conclusions that can be drawn from these experiments are limited since they did not include controls. Tumors (primarily liver) were found in 10/23 male rats administered sodium selenate in the diet at a dose of 0.34 mg selenium/kg/day for more than 18 months (Volgarev and Tscherkes 1967). The first tumors appeared after 18 months of selenium administration, by which time, 43% of the animals had already died (group started with 40 animals). Tumors were also found in 3/16 male rats administered sodium selenate in the diet at an initial dose of 0.34 mg selenium/kg/day for 6 months, followed by 0.68 mg/kg/day until the animals' death (Volgarev and Tscherkes 1967). In a third group of experiments, no tumors were found in 200 male rats administered sodium selenate in the diet (0.34 mg selenium/kg/day) for 26 months. However, there was very high mortality among these rats, and survival time was 10 months shorter than among the similarly fed animals in the first experiment. The authors noted that an additional 200 male rats were maintained in their laboratory during these experiments and fed stock rations. The life spans of these animals exceeded those used in the experiments and no tumors were found at autopsy.

More recent animal bioassays have failed to demonstrate any association between excessive selenium exposure and carcinogenesis. Chen et al. (2000) reported a significant increase in rat esophageal adenocarcinogenesis in response to supplementation with 0.06 mg selenium/kg/day as sodium selenite for 40 weeks. However, selenium supplementation has generally been shown to significantly inhibit tumors induced by chemicals, viruses, or ultraviolet light (Birt et al. 1982; Finley et al. 2000; Ip 1981, 1983; Ip and Lisk 1995; Ip et al. 1996, 1997,1998, 2000a, 2000b; Jabobs 1983; Jacobs et al. 1977a, 1977b, 1979, 1981; Jiang et al. 1999; Medina and Shepherd 1981; Overvad et al. 1985; Schrauzer et al. 1976; Soullier et al. 1981; Thompson and Becci 1980; Woutersen et al. 1999). Results following administration of selenium as sodium selenate, sodium selenite, and organic forms of selenium are similar. Additional

research reviewed in El-Bayoumy (1991, 1995, 1997) indicates that synthetic organoselenium compounds may be more potent cancer preventive agents than selenate, selenite, or the selenoamino acids.

Two sources reported the results of a study of rats administered sodium selenate or sodium selenite in the diet for a lifetime (Harr et al. 1967; Tinsley et al. 1967).  A vehicle control and two positive control groups (administered a known hepatocarcinogen, *N*-2-fluorenyl-acetamide [FAA]) were included. Mortality was high in the highest dose group (0.8 mg selenium/kg/day), and therefore, selenium administration was discontinued.  Longevity was reduced in animals fed 0.4 mg selenium/kg/day, but not in the animals administered lower doses.  Of the original 1,437 experimental animals, 1,126 were necropsied.  Half of the 88 FAA-fed rats developed neoplasms, half of which were hepatic carcinomas, indicating that the strain of rat and dietary conditions were compatible with the development of hepatic carcinogenesis.  The incidence of cancer of all types in the necropsied control rats (11 out of 482, or 2.3%) was somewhat higher than the incidence of cancer in the selenium-treated animals that were necropsied (9 out of 553, or 1.6%).  A statistical analysis of the data from this study was not reported. Although the reduced longevity of animals administered 0.4 mg selenium/kg/day might have prevented the observation of some late-developing cancers, the large number of rats necropsied, the end points examined, and the doses administered provide credible evidence of the lack of carcinogenic potential of sodium selenate or selenite.

Mice were fed tortula yeast diets containing up to 1.0 mg selenium/kg diet (equivalent to 0.13 mg selenium/kg body weight/day) as sodium selenite for 2 weeks prior to a single application of 0.125 mg 7,12-dimethylbenz[a]anthracene (DMBA) to the skin or repeated daily applications of 0.25 mL of a 0.03% solution of benzo[a]pyrene in acetone for 27 weeks (Shamberger 1970).  The highest dose of selenite used, 0.13 mg selenium/kg/day, significantly decreased the number of tumors induced by both aromatic compounds.  No significant increase was found in the incidence of spontaneous tumors in mice following administration of 3 mg selenium/L in drinking water as either sodium selenite or sodium selenate for a lifetime (Schroeder and Mitchener 1972).  This level corresponds to doses of 0.31–0.34 mg selenium/kg/day for the males and 0.42 mg selenium/kg/day for the females.  The single dose administered, however, might not have been the maximal dose that could be tolerated.  There were 7% more malignant tumors in the selenium-treated animals (13 out of 88 sectioned, or 15%) than in the controls (10 out of 119 sectioned, or 8%), but the difference was not statistically significant.  The forms of selenium administered did not influence the incidence of tumors.  In this study, only 88 out of 211 selenium-treated animals and 109 out of 209 control animals were examined histologically.

The only selenium compound that has been shown to be carcinogenic in animals is selenium sulfide (NTP 1980c), although there is some inconclusive evidence that ethyl selenac may also be carcinogenic (Innes et al. 1969; NCI 1968). A statistically significant increase in hepatomas (0/16 controls; 12/16 treated) was observed in male mice of one strain (C57BL/6 x C3H/Anf)$F_1$) receiving 2 mg selenium/kg as ethyl selenac, but not in male or female mice of another strain (C57BL/6 x AKR)$F_1$) receiving the same dose (Innes et al. 1969; NCI 1968).

Statistically significant increases in hepatocellular carcinomas and adenomas in rats and hepatic carcinomas and adenomas, as well as alveolar/bronchiolar carcinomas and adenomas, in female mice have been observed following chronic oral exposure to selenium sulfide (NTP 1980c). The incidence of hepatocellular carcinomas in rats was 1/50, 0/50, and 15/49 in males and 0/50, 0/50, and 21/50 in females at 0, 3, and 15 mg selenium sulfide/kg/day, respectively. In mice, the incidences of hepatocellular carcinomas and adenomas were 15/50, 14/50, and 23/50 in males, and 0/49, 2/50, and 25/49 in females at 0, 20, and 100 mg selenium sulfide/kg/day, respectively. Selenium sulfide is a pharmaceutical compound used in some antidandruff shampoos and is not administered orally. Because selenium sulfide is not absorbed through the skin, use of shampoos containing this compound should be safe, unless one intentionally consumes the product or has open cuts or sores on the scalp or hands. Chemically, selenium sulfide and ethyl selenac are very different from the organic and inorganic selenium compounds found in foods and in the environment.

In 1975, the International Agency for Research on Cancer (IARC) evaluated the literature relating selenium to carcinogenesis in both humans and animals. The Agency stated that the available data provided no suggestion that selenium is carcinogenic in humans (IARC 1975a), and IARC subsequently assigned selenium to Group 3: not classifiable as to its carcinogenicity to humans (IARC 1987). The forms of selenium considered included sodium selenate, sodium selenite, and the organic forms of selenium contained in plant materials. Separate evaluations of ethyl selenac and methyl selenac assigned them to Group 3, also (IARC 1975a, 1987). According to EPA, selenium is not classifiable as to its carcinogenicity in humans and is rated as Group D (IRIS 2003). The evidence for selenium sulfide, however, is sufficient to classify it as Group B2 (probable human carcinogen) (IRIS 2003).

## 3.2.3    Dermal Exposure

### 3.2.3.1   Death

No studies were located concerning death in humans after dermal exposure to selenium or selenium compounds. In a range-finding study using mice dermally exposed to selenium sulfide for a maximum of 17 applications, 8 out of 20 animals died at 714 mg selenium sulfide/kg (NTP 1980a). However, the effects noted in this study were equivocal since there was no indication that the application sites were covered to prevent ingestion. Further, severe skin damage developed, and this may have led to direct systemic absorption of the compound.

### 3.2.3.2   Systemic Effects

No studies were located concerning respiratory, cardiovascular, gastrointestinal, hematological, musculoskeletal, hepatic, renal, endocrine, or body weight effects in humans or other animals following dermal exposure to selenium or selenium compounds.

**Dermal Effects.**    Skin toxicity in humans, notably skin rashes, burns, and contact dermatitis, has been reported for both acute and chronic exposure to selenium fumes and acute exposures to selenium dioxide (Middleton 1947). No effects were detected in a study of eight women exposed daily for 2 weeks to an experimental sunscreen lotion containing up to 0.003 mg/kg/day selenium as L-selenomethionine (Burke et al. 1992a). A case report of a severe allergic skin response following intermediate exposure to sodium selenite (Senff et al. 1988) is discussed under immunological effects. Single topical exposures to selenious acid resulted in purpura, inflammation around hair follicles, and a pustular rash with some ulceration in exposed workers (Pringle 1942). However, these effects may have been due to the caustic effects of the acid. A single case report of hyperpigmentation and hair loss after use of a shampoo containing 1% selenium sulfide was located (Gillum 1996), but a study of the efficacy of an antidandruff shampoo containing 1% selenium sulfide found no adverse effects after 6 weeks of use by 150 individuals (Neumann et al. 1996).

Application of 100 μL of a lotion (oil-in-water emulsion) containing 0.02% selenium as selenomethionine 3 times a week to the shaved backs of mice for 39 weeks did not result in significant dermal effects (Burk

et al. 1992b).  Dermal effects were also not observed in hairless mice treated in the same manner for
49 weeks.

In mice, topical application of selenium sulfide resulted in erythema and skin irritation at 29 mg/kg,
acanthosis at 143 mg/kg, and severe skin damage at 714 mg/kg (NTP 1980a).

**Ocular Effects.**    No studies were located regarding ocular effects in humans after dermal exposure to
selenium or selenium compounds.  However, older reports on eye contact with selenium or selenium
compounds indicate that acute exposure to selenium dioxide caused ocular and conjunctival irritation, and
caused severe pain, lacrimation, blurred vision, and dulled corneas upon contact (Middleton 1947).  Brief
exposure to clouds of selenium fumes resulted in lacrimation, irritation, and redness of the eyes (Clinton
1947).

No studies were located regarding ocular effects in laboratory animals after dermal exposure to selenium
or selenium compounds.

### 3.2.3.3   Immunological and Lymphoreticular Effects

A 1988 case report describes a female laboratory technician who developed severely pruritic vesicles
between the fingers after 6 months of exposure to a medium containing selenium.  After 2 years, the
severity of the symptoms increased to include eczema on the face and neck, watering eyes, and two
asthma attacks within a 2-month period.  Sodium selenite or the medium containing selenium were the
only positive patch tests (Senff et al. 1988).

No studies were located regarding immunological and lymphoreticular effects in laboratory animals after
dermal exposure to selenium or selenium compounds.

No studies were located regarding the following health effects in humans or laboratory animals after
dermal exposure to selenium or to selenium compounds:

#### 3.2.3.4    Neurological Effects

#### 3.2.3.5    Reproductive Effects

#### 3.2.3.6    Developmental Effects

#### 3.2.3.7    Cancer

No studies were located regarding carcinogenic effects in humans after dermal exposure to selenium or selenium compounds.

The results of most animal studies have not indicated that elemental selenium or selenium compounds are carcinogenic when topically applied to the skin of experimental animals (NTP 1980a, 1980b; Shamberger 1970). Several studies indicate that selenium compounds may protect against effects of known dermal carcinogens (polynuclear aromatic hydrocarbons [PAHs] and ultraviolet light). Shamberger (1970) reported that topical application of a solution containing 0.0005% sodium selenide significantly reduced the number of dermal papillomas induced by painting DMBA on the shaved backs of mice. More recently, Burke et al. (1992b) reported orally and topically administered l-selenomethionine decreased ultraviolet burns and skin cancer in albino (BALB:c) and hairless pigmented (Skh:2) female mice.

Only one study was found in which tumor development was reported after topical administration of selenium ointment (Tsuzuki et al. 1960). An unspecified number of mice were exposed to an unspecified amount of ointment containing 2.5, 5.0, 7.5, or 10% elemental selenium 6 days/week for an unspecified period of time by topical administration to hip skin. Tumors developed on the base of the necks of two female mice. Ingestion of the compound was possible because the animals may have licked the ointment. No other details were reported. The study is inconclusive because of the lack of controls, short duration, and inadequate description of the study protocol and results.

The National Toxicology Program (NTP 1980a) conducted a dermal application study of selenium monosulfide. The compound was applied to the skin of groups of 50 male and 50 female Swiss mice at 0, 0.5, or 1.0 mg selenium sulfide/mouse, 3 days/week for 86 weeks. The application sites were not covered; therefore, ingestion of the test compounds was possible. The incidence of tumors in the treated groups did not differ significantly from that in the control group.

NTP (1980b) also tested Selsun, a prescription dandruff shampoo containing 2.5% selenium sulfide (also a mixture of the mono- and disulfides), for carcinogenic properties.  Groups of 50 male and 50 female Swiss mice were dermally exposed to a 0, 25, or 50% solution of Selsun in distilled water 3 days/week for 86 weeks.  These doses were equivalent to 0, 0.31, or 0.625 mg selenium sulfide/mouse/day.  The incidences of alveolar or bronchiolar adenomas or carcinomas in male mice were significantly increased over vehicle control values, but not over untreated control values.  There was no significant effect in female mice.  Some ingestion of the compound was possible, because the application sites were not covered.  Also, the male mice may have been susceptible to another ingredient in the shampoo (the chemical composition of the shampoo was not reported), or the bioassay may have been too short due to decreased survival to detect a carcinogenic effect in females.  Male mice that received dermal application of slightly larger doses of selenium sulfide (NTP 1980a) did not develop significantly more cancers than the controls.

## 3.2.4    Other Routes of Exposure

**Endocrine Effects.**   Intraperitoneal injection of diabetic rats with sodium selenate has been reported to have insulin-like effects, producing a decrease in plasma glucose concentrations (McNeill et al. 1991). However, it is not clear that this is due to an effect of selenium on insulin metabolism, since food and water consumption were also decreased, and this is likely to have produced the decreased glucose levels.

**Neurological Effects.**   Intraperitoneal injection of selenium (3.0 mg Se/kg as sodium selenite) into male Sprague-Dawley rats produced a significant increase (70%) in dopamine overflow from the striatum (as measured by an implanted dialysis probe) with a concomitant significant reduction in HVA levels (Rasekh et al. 1997).  DOPAC levels were not changed.  Direct infusion of 10 mM selenium into the striatum also produced a significant increase in dopamine overflow accompanied by slight, but significant decreases in HVA and DOPAC.  Direct infusion of 10 mM selenium into the nucleus accumbens also produced a rapid and significant increase in dopamine overflow, but with no changes in DOPAC or HVA concentrations.  The selenium induced changes in dopamine overflow were suppressed by the dopamine receptor agonist quinpirole.

## 3.3    GENOTOXICITY

Inorganic selenium compounds have been observed to have both genotoxic and antigenotoxic effects. The antigenotoxic effects generally occur at lower selenium exposure levels than the frank genotoxicity. This discussion will focus on genotoxic effects only. *In vitro* studies of the genotoxicity of selenium compounds are summarized in Table 3-4, and *in vivo* studies of the genotoxicity of selenium compounds are summarized in Table 3-5.

Selenium dioxide was found to be mutagenic in both the Ames and the VITO-TOX *Salmonella typhimurium* tests of genotoxicity (van der Lelie et al. 1997).

In general, sodium selenite and sodium selenate have produced mixed results in bacterial mutagenicity test systems (Table 3-4). Sodium selenite induced base-pair substitution mutations using *S. typhimurium* and was also positive in the transformation assay using *Bacillus subtilis* (Kramer and Ames 1988; Nakamuro et al. 1976; Noda et al. 1979). However, negative results have also been reported for sodium selenite both in *S. typhimurium* and the rec assay using *B. subtilis* (Lofroth and Ames 1978; Noda et al. 1979). Sodium selenate, on the other hand, has tested positive in *S. typhimurium* (base-pair substitution) and in the rec assay using *B. subtilis* (Lofroth and Ames 1978; Noda et al. 1979), but has tested negative using the transformation assay in *B. subtilis* (Nakamuro et al. 1976).

Results with mammalian cell systems are also mixed, although sodium selenite is more consistently genotoxic in these systems. Sodium selenite has been observed to induce unscheduled deoxyribonucleic acid (DNA) synthesis (UDS), chromosomal aberrations, and sister chromatid exchange in cultured human fibroblasts (Lo et al. 1978; Ray et al. 1978; Whiting et al. 1980); UDS in Chinese hamster V79 cells (Sirianni and Huang 1983); and chromosomal aberrations in cultured Chinese hamster ovary cells (Whiting et al. 1980). However, sodium selenate induced chromosomal aberrations in Chinese hamster ovary cells (Whiting et al. 1980) and UDS in Chinese hamster V79 cells (Sirianni and Huang 1983), but did not induce chromosomal aberrations in human leukocytes or cultured human fibroblasts (Lo et al. 1978; Nakamuro et al. 1976). A comparison of cytotoxicity and induction of tetraploidy in Chinese hamster V79 cells induced by sodium selenite or its major excretory product trimethylselenonium found that sodium selenite was about 1,000 times more cytotoxic than trimethylselenonium, but that neither compound produced a significant change in mitotic index (Ueda et al. 1997).

APPX ATT_V6_3047

## Table 3-4.  Genotoxicity of Selenium *In Vitro*

| Species (test system) | End point | Result With activation | Result Without activation | Reference |
|---|---|---|---|---|
| Prokaryotic organisms: | Mutation | | | |
| *Salmonella typhimurim* | (Na$_2$SeO$_3$) | | – | Lofrothand |
| | (Na$_2$SeO$_4$) | NT | + | Ames 1978 |
| *S. typhimurim* | (SeO$_2$) | NT | + | van der Lelie et al. 1997 |
| *S. typhimurim* TA100 | (Na$_2$SeO$_3$) | NT | + | Noda et al. |
| *S. typhimurium* TA98, TA1537 | | NT | – | 1979 |
| *S. typhimurium* TA100 | (Na$_2$SeO$_4$) | NT | + | |
| *S. typhimurium* TA98, TA1537 | | NT | – | |
| *Bacillus subtilis* rec assay | (Na$_2$SeO$_3$) | NT | – | Noda et al. 1979 |
| *B. subtilis* rec assay | (Na$_2$SeO$_4$) | NT | + | Kanematsu et |
| | (SeO$_2$) | NT | + | al. 1980 |
| *B. subtilis* transformation | (SeO$_2$) | NT | + | Nakamuro et |
| | (Na$_2$SeO$_3$) | NT | + | al. 1976 |
| | (Na$_2$SeO$_4$) | NT | – | |
| Eukaryotic organisms: | | | | |
| Mammalian cells | Chromosomal aberrations | | | |
| Chinese hamster ovary | (Na$_2$SeO$_3$) | NT | + | Whiting et al. |
| | (Na$_2$SeO$_4$) | NT | + | 1980 |
| Human leukocytes | (SeO$_2$) | NT | + | Nakamuro et |
| | (Na$_2$SeO$_3$) | NT | + | al. 1976 |
| | (Na$_2$SeO$_4$) | NT | – | |
| Human lymphocytes | (Na$_2$SeO$_4$) | NT | + | Biswas 1997 |
| Human lymphocytes | (Na$_2$SeO$_3$) | NT | + | Biswas et al. |
| | (Na$_2$SeO$_4$) | NT | + | 2000 |
| Human lymphocytes | (Na$_2$SeO$_3$) | NT | + | Khalil 1989 |
| | (Selenomethionine) | NT | + | |
| Cultured human fibroblasts | (Na$_2$SeO$_3$) | + | + | Lo et al. 1978 |
| | (Na$_2$SeO$_4$) | – | – | |
| | Tetraploidy | | | |
| Chinese hamster V79 cells | (Na$_2$SeO$_3$) | NT | + | Ueda et al. |
| | (Trimethylselenonium) | NT | + | 1997 |
| | DNA strand breaks | | | |

APPX ATT_V6_3048

**Table 3-4.  Genotoxicity of Selenium *In Vitro***

| Species (test system) | End point | Result With activation | Result Without activation | Reference |
|---|---|---|---|---|
| Mouse mammary carcinoma cells | (Na$_2$SeO$_3$) | NT | + | Lu et al. 1995b |
| | (Na$_2$SeO$_4$) | NT | + | |
| | (Methylselenocyanate) | NT | – | |
| | (Se-methylseleno-cysteine) | NT | – | |
| | Unscheduled DNA synthesis | | | |
| Cultured human fibroblasts | (Na$_2$Se) | NT | + | Whiting et al. 1980 |
| | (Na$_2$SeO$_3$) | NT | + | |
| | (Na$_2$SeO$_4$) | NT | + | |
| | Sister chromatid exchange | | | |
| Cultured human fibroblasts | (Na$_2$SeO$_3$) | NT | + | Ray et al. 1978 |
| Human lymphocytes | (Na$_2$SeO$_3$) | NT | + | Khalil 1989 |
| | (Selenomethionine) | NT | + | |
| | (Selenocystine) | NT | + | Khalil 1994 |

– = negative result; + = positive result; DNA = deoxyribonucleic acid; NT = not tested; (Na$_2$Se) = sodium selenide; (Na$_2$SeO$_3$) = sodium selenite; (Na$_2$SeO$_4$) = sodium selenate; (SeO$_2$) = selenium dioxide

**Table 3-5.  Genotoxicity of Selenium *In Vivo***

| Species (test system) | End point | Results | Reference |
|---|---|---|---|
| Human lymphocytes ($Na_2SeO_3$) | Chromosomal aberrations, sister chromatic exchanges | – | Norppa et al. 1980a |
| Monkey *(Macaca fisciculari)* bone marrow (L-seleno-methionine) | Micronuclei | + (adult toxic dose) – (fetal at maternally toxic doses) | Choy et al. 1989 Choy et al. 1993 |
| Mouse bone marrow ($Na_2SeO_3$) ($Na_2SeO_4$) | Chromosome breaks and spindle disturbances | + + | Biswas et al. 1997 |
| Mouse bone marrow ($Na_2SeO_3$) ($Na_2SeO_4$) | Chromosome breaks and spindle disturbances | + + | Biswas et al. 1999a |
| Mouse bone marrow ($H_2SeO_3$) ($Na_2SeO_4$) | Micronucleus induction | + + | Itoh and Shimada 1996 |
| Mouse bone marrow ($H_2SeO_3$) | Micronucleus induction | + | Rusov et al. 1996 |
| Rat bone marrow ($Na_2SeO_3$) | Chromosomal aberrations | + | Newton and Lilly 1986 |
| Rat bone marrow (SeS) | Chromosomal aberrations | – | Moore et al. 1996b |
| Rat bone marrow (SeS) | Micronucleus induction | + | Moore et al. 1996b |
| Rat spleen (SeS) | Chromosomal aberrations | – | Moore et al. 1996b |
| Rat spleen  (SeS) | Micronucleus induction | – | Moore et al. 1996b |
| Rat lymphocytes ($Na_2SeO_3$) | Chromosomal aberrations | – | Newton and Lilly 1986 |

+ = positive result; – = negative result

The addition of glutathione to test mixtures enhances the genotoxicity of sodium selenite, sodium selenate, and sodium selenide in bacterial test systems, indicating that production of a reactive species mutagenic for bacteria occurs via a reductive mechanism following concomitant exposure to these compounds (Whiting et al. 1980). This finding is supported by results in mammalian test systems. For example, in cultured human leukocytes, sodium selenite induces chromosome aberrations and sister chromatid exchanges (Nakamuro et al. 1976; Ray and Altenburg 1978; Ray et al. 1978). Sister chromatid exchange was not observed at similar sodium selenite concentrations in a human lymphoblastoid cell line; however, exchanges were observed when these same cells were incubated with sodium selenite and red blood cell lysate (Ray and Altenburg 1978). The observation that internal constituents of red blood cells may contribute to the genotoxicity of sodium selenite supports the suggestion that metabolism is involved in the production of an active species following exposure to sodium selenite in these test systems. The active species responsible for the genotoxic effects is not known.

At high concentrations, sodium selenite induces unscheduled DNA synthesis and chromosome aberrations in cultured human fibroblasts (Lo et al. 1978). The addition of a metabolic activator (S9 fraction) or glutathione increased both the number of aberrations and the toxicity of sodium selenite (Whiting et al. 1980) and sodium selenate (Lo et al. 1978; Whiting et al. 1980).

Sodium selenite, sodium selenide, methylselenocyanate, and Se-methylselenocysteine were all found to be cytotoxic to cells of a mouse mammary carcinoma line; however, only sodium selenite and sodium selenide induced DNA strand breaks (Lu et al. 1995b).

Selenomethionine (Khalil 1989) and selenocystine (Khalil 1994) have tested positive for sister chromatid exchanges in cultured human lymphocytes. Selenomethionine, sodium selenite, and sodium selenate tested positive for chromosomal aberrations in cultured human lymphocytes (Biswas 1997; Biswas et al. 2000; Khalil 1989). Sodium selenite was considerably more clastogenic than sodium selenate (Biswas et al. 2000).

The genotoxicity of selenium monosulfide was assessed in an *in vivo/in vitro* micronucleus and chromosome aberration assay in rats (Moore et al. 1996b). Male Wistar rats (4/dose) were administered 25, 50, or 100 mg/kg selenium monosulfide in corn oil. Negative control rats received corn oil by gavage and positive controls were injected intraperitoneally with 20 mg/kg cyclophosphamide. Animals were sacrificed 24 hours after treatment and the femur marrow and spleen were removed and cultured. Spleen

and marrow cultures were examined 24 or 48 hours after establishment, respectively. No increase in chromosome aberrations or micronucleus formation in cells from treated rats was observed.

Results of *in vivo* genotoxicity tests have been both negative and positive (Table 3-5). Chromosomal aberrations and sister chromatid exchanges in lymphocytes were not increased in nine neuronal ceroid lipofuscinosis patients treated with intramuscular sodium selenite injections or tablets (0.005–0.05 mg selenium/kg/day) for 1–13.5 months, or in five healthy persons given selenite (0.025 mg/kg/day) for 2 weeks (Norppa et al. 1980a). Among the treated patients, there was no distinction between route of exposure.

Compared to untreated controls, a significant increase in the number of micronuclei was observed in bone marrow cells of macaques treated by nasogastric intubation with L-selenomethionine at a dose of 0.24 mg selenium/kg/day for 15 days (Choy et al. 1989). No effect on the number of micronuclei was observed in macaques treated with L-selenomethionine at a dose of 0.12 mg selenium/kg/day for 19 days. A significant increase in the number of micronuclei in bone marrow cells was not observed in the offspring of macaques treated by nasogastric intubation with L-selenomethionine at a dose of 0.12 mg selenium/kg/day on gestation days 20–50 (Choy et al. 1993). The doses of L-selenomethionine used in these studies produced obvious signs of toxicity (loss of body weight, poor appetite, constipation, depression, weakness) in the macaques.

Chromosomal aberrations were not increased in the lymphocytes of rats given two intravenous doses of sodium selenite at 2.3–2.7 mg selenium/kg (Newton and Lilly 1986). Chromosomal aberrations in bone marrow cells were significantly increased in these rats, but the total dose of selenium was near the intravenous $LD_{50}$ for selenite, which has been reported as 5.7 mg selenium/kg in rats (Olson 1986).

Bone marrow cells of male mice gavaged with sodium selenate or sodium selenite showed a significant increase in chromosome breaks and spindle disturbances compared with untreated controls (Biswas et al. 1997, 1999a). The number of chromosomal aberrations increased with dose and was slightly greater with sodium selenite than with sodium selenate. A significant increase in micronucleus formation was observed in bone marrow cells of male mice intraperitoneally injected with selenous acid and in female mice intramuscularly injected with sodium selenite, but not in male mice intraperitoneally injected with sodium selenate (Itoh and Shimada 1996; Rusov et al. 1996).

Selenium appears to affect the ability of liver enzymes to activate some chemical mutagens.  Studies in animals exposed orally to sodium selenite in the diet at doses between 0.05 and 0.125 mg selenium/kg/day indicate that selenium may inhibit the mutagenic effect of other chemical agents (Gairola and Chow 1982; Schillaci et al. 1982).  In these studies, *S. typhimurium* was used to assess the mutagenicity of DMBA, benzo[a]pyrene (BAP), and 2-aminoanthracene (2AA) in the presence of liver microsomal enzymes from rats fed either a basal diet (0.02–0.15 mg selenium/kg diet or 0.001–0.0075 mg selenium/kg/day) or a sodium selenate-supplemented diet (basal diet plus 1–5 mg selenium/kg/diet or 0.05–0.25 mg selenium/kg/day) for 3–20 weeks.  DMBA and 2AA were found to be less mutagenic in the presence of liver microsomal enzymes taken from rats fed the selenium-supplemented diets than in the presence of microsomal enzymes taken from rats fed the basal diet; BAP mutagenicity was not changed.

The genotoxicity of selenium monosulfide was assessed in *in vivo* micronucleus and chromosome aberration assays in rats (Moore et al. 1996b).  Male Wistar rats (5/dose/timepoint) were administered 12.5, 25, or 50 mg/kg selenium monosulfide in corn oil.  Negative control rats received corn oil by gavage and positive controls were injected intraperitoneally with 20 mg/kg cyclophosphamide.  Animals were sacrificed 24, 36, or 48 hours after treatment and the femur marrow and spleen cells were examined.  A small, but significant increase in micronucleated bone marrow cells was observed 24 hours after treatment with 50 mg/kg selenium monosulfide and 48 hours after treatment with 12.5 mg/kg selenium monosulfide.  Selenium monosulfide was cytotoxic at the 50 mg/kg dose after 24 hours.  No increase in micronucleus formation was observed in the spleen.  No increase in chromosome aberrations was observed in the bone marrow or spleen.

## 3.4     TOXICOKINETICS

Occupational studies indicate that humans absorb elemental selenium dusts and other selenium compounds, but quantitative inhalation toxicokinetic studies in humans have not been done.  Studies in dogs and rats indicate that following inhalation exposure, the rate and extent of absorption vary with the chemical form of selenium.  Studies in humans and experimental animals indicate that, when ingested, several selenium compounds including selenite, selenate, and selenomethionine are readily absorbed, often to greater than 80% of the administered dose.  Although a study of humans did not detect evidence of dermal absorption of selenomethionine, one study of mice indicates selenomethionine can be absorbed dermally.  There is little or no information available on the absorption of selenium sulfides, but selenium disulfides are not believed to be absorbed through intact skin.

Selenium accumulates in many organ systems in the body; in general, the highest concentrations are found in the liver and kidney (Table 3-6). Selenium concentrations in tissues do not seem to be correlated with effects. Tissue concentrations were highest in pigs fed D,L-selenomethionine, while a similar dose of selenium (form not stated) given as *A. bisulcatus* was a more potent neurotoxin. Blood, hair, and nails also contain selenium, and selenium has been found in human milk (Table 3-7). In addition, selenium is subject to placental transfer.

As a component of glutathione peroxidase and the iodothyronine 5'-deiodinases, selenium is an essential micronutrient for humans. Its role in the deiodinase enzymes may be one reason that growing children require more selenium than adults. Selenium is also a component of the enzyme thioredoxin reductase, which catalyses the NADPH-dependent reduction of the redox protein thioredoxin. Other selenium-containing proteins of unknown functions, including selenoprotein P found in the plasma, have also been identified. Excess selenium administered as selenite and selenate can be metabolized to methylated compounds and excreted.

Selenium is primarily eliminated in the urine and feces in both humans and laboratory animals. The distribution of selenium between the two routes seems to vary with the level of exposure and time after exposure. The form of selenium excreted is dependent on the form of selenium that was ingested. In cases of acute exposure to toxic concentrations of selenium or selenium compounds, significant amounts of selenium can be eliminated in the breath, causing the characteristic "garlic breath."

A number of metabolism and other toxicokinetic studies of selenium are nutritional studies designed to answer a nutritional question, not a toxicological question. For example, the dose used may not be toxic, but may be meant to provide information on how a dose relevant to selenium deficiency or cancer chemoprevention might be handled in the body. Since the metabolism of selenium is a function of the dose ingested, these studies may be of limited toxicological relevance.

### 3.4.1    Absorption

### 3.4.1.1   Inhalation Exposure

Studies regarding the absorption of selenium in humans following inhalation exposure are limited to occupational studies. Glover (1970) examined urinary selenium levels of workers employed in a

## Table 3-6.  Selenium Concentrations in Human Tissues[a,b]

| Selenium concentration | | | | |
| --- | --- | --- | --- | --- |
| Mean | SD | Range | Country | Reference |
| **Fetal tissues** | | | | |
| Liver (µg selenium/g) | | | | |
| 2.8 | 0.2 | | United States | Robkin et al. 1973[c] |
| Blood (mg selenium/L) | | | | |
| 0.12 | 0.008 | | United States | Hadjimarkos et al. 1959 |
| 1.04 | 0.28 | | United States | Baglan et al. 1974[c] |
| 0.070 | 0.017 | | New Zealand | Thompson and Robinson 1980 |
| 0.061 | 0.014 | | Scandinavia | Korpela et al. 1984 |
| Erythrocytes (mg selenium/L) | | | | |
| 0.39 | 0.08 | | United States | Rudolph and Wong 1978 |
| 0.149 | | | Scandinavia | Haga and Lunde 1978 |
| 0.104 | 0.026 | | New Zealand | Thompson and Robinson 1980 |
| Plasma (mg selenium/L) | | | | |
| 0.13 | 0.03 | | United States | Rudolph and Wong 1978 |
| 0.033 | 0.008 | | New Zealand | Thompson and Robinson 1980 |
| Serum (mg selenium/L) | | | | |
| 0.052 | | | Scandanavia | Haga and Lunde 1978 |
| **Adult/Infant tissues** | | | | |
| Adrenal gland (µg selenium/g) | | | | |
| 0.46 | 0.03 | | United States | Blotcky et al. 1979 |
| 0.21 (infant) | | | Canada | Dickson and Tomlinson 1967 |
| 0.36 (adult) | | | | |
| Brain (µg selenium/g) | | | | |
| | 0.021 | 0.114–0.171 | Denmark | Larsen et al. 1979 |
| 0.11 | | | Germany | Oster et al. 1988c |
| 0.16 (infant) | | | Canada | Dickson and Tomlinson 1967 |
| 0.27 (adult) | | | | |
| | | 0.115–0.222 | Japan | Ejima et al. 1996 |
| Fat (µg selenium/g) | | | | |
| 0.09 (infant) | | | Canada | Dickson and Tomlinson 1967 |
| 0.12 (adult) | | | | |
| Gonad (µg selenium/g) | | | | |
| 0.46 (infant) | | | Canada | Dickson and Tomlinson 1967 |
| 0.47 (adult) | | | | |

## Table 3-6. Selenium Concentrations in Human Tissues[a,b]

| Selenium concentration | | | | |
|---|---|---|---|---|
| Mean | SD | Range | Country | Reference |
| Heart (µg selenium/g) | | | | |
| 0.33 | 0.13 | | United States | Blotcky et al. 1979 |
| 0.170 | 0.032 | | Germany | Oster et al. 1988c |
| 0.155 | 0.030 (LV) | | | |
| 0.55 (infant) | | | Canada | Dickson and Tomlinson 1967 |
| 0.22 (adult) | | | | |
| Intestine (µg selenium/g) | | | | |
| 0.31 (infant) | | | Canada | Dickson and Tomlinson 1967 |
| 0.22 (adult) | | | | |
| Kidney (µg selenium/g) | | | | |
| 0.89 | 0.11 | | United State | Blotcky et al. 1979 |
| 0.771 | 0.169 | | Germany | Oster et al. 1988c |
| 0.92 (infant) | | | Canada | Dickson and Tomlinson 1967 |
| 0.63 (adult) | | | | |
| 0.78 | 0.19 | 0.36–1.29 | Sweden | Muramatsu and Parr 1988 |
| Liver (µg selenium/g) | | | | |
| 0.62 | 0.04 | | United States | Blotcky et al. 1979 |
| 0.50 | 0.08 | 0.35–0.65 | United States | Zeisler et al. 1984 |
| 1.73 | 0.24 | | United States | McConnell et al. 1975[c] |
| | | 0.27–0.51 | Denmark | Larsen et al. 1979 |
| 0.291 | 0.078 | | Germany | Oster et al. 1988c |
| 0.995 | 0.308 | | Finland | Alfthan et al. 1991[c] |
| 0.45 | 0.11 | | Finland | Aaseth et al. 1990 |
| 0.06 | | | Bulgaria | Damyanova 1983 |
| 0.33 | 0.12 | 0.082–0.64 | Sweden | Muramatsu and Parr 1988 |
| 0.19 | 0.05 | 0.10–0.27 | New Zealand | Casey et al. 1983 |
| 0.34 (infant) | | | Canada | Dickson and Tomlinson 1967 |
| 0.39 (adult) | | | | |
| Lung (µg selenium/g) | | | | |
| 0.30 | 0.02 | | United States | Blotcky et al. 1979 |
| 0.132 | 0.033 | | Germany | Oster et al. 1988c |
| 0.17 (infant) | | | Canada | Dickson and Tomlinson 1967 |
| 0.21 (adult) | | | | |
| Pancreas (µg selenium/g) | | | | |
| 0.55 | 0.13 | | United States | Blotcky et al. 1979 |
| 0.63 | 0.07 | | United States | McConnell et al. 1975[c] |
| 0.05 (infant) | | | Canada | Dickson and Tomlinson 1967 |
| 0.13 (adult) | | | | |

APPX ATT_V6_3056

## Table 3-6. Selenium Concentrations in Human Tissues[a,b]

| Selenium concentration | | | | |
|---|---|---|---|---|
| Mean | SD | Range | Country | Reference |
| **Prostate (µg selenium/g)** | | | | |
| 0.26 | 0.02 | | United States | Blotcky et al. 1979 |
| 0.150 | 0.035 | | Germany | Oster et al. 1988c |
| **Skeletal muscle (µg selenium/g)** | | | | |
| 0.40 | 0.20 | | United States | Blotcky et al. 1979 |
| 0.111 | 0.017 | | Germany | Oster et al. 1988c |
| 0.31 (infant) | | | Canada | Dickson and Tomlinson 1967 |
| 0.40 (adult) | | | | |
| | | 0.13–0.21 | Denmark | Larsen et al. 1979 |
| **Skin (µg selenium/g)** | | | | |
| 0.24 | 0.02 | | United States | Blotcky et al. 1979 |
| **Spleen (µg selenium/g)** | | | | |
| 0.37 | 0.03 | | United States | Blotcky et al. 1979 |
| 0.226 | 0.044 | | Germany | Oster et al. 1988c |
| 0.37 (infant) | | | Canada | Dickson and Tomlinson 1967 |
| 0.27 (adult) | | | | |
| **Stomach (µg selenium/g)** | | | | |
| 0.19 (infant) | | | Canada | Dickson and Tomlinson 1967 |
| 0.17 (adult) | | | | |
| **Testis (µg selenium/g)** | | | | |
| 0.28 | 0.03 | | United States | Blotcky et al. 1979 |
| 0.274 | 0.048 | | Germany | Oster et al. 1988c |
| **Thyroid (µg selenium/g)** | | | | |
| 1.02 | 0.20 | | United States | Blotcky et al. 1979 |
| 0.72 | 0.44 | 0.15–1.90 | Finland | Aaseth et al. 1990 |
| 0.64 (infant) | | | Canada | Dickson and Tomlinson 1967 |
| 1.24 (adult) | | | | |

[a]General population measures unless otherwise noted
[b]Selenium concentrations in adult blood and blood components, urine, hair, nails, milk, placenta, and semen are found in Table 3-7.
[c]Dry weight

LV = left ventricle; RV = right ventricle; SD = standard deviation

## Table 3-7.  Biomarkers:  Selenium Concentrations in Human Tissues and Fluids[a]

| Selenium concentration | | | | |
|---|---|---|---|---|
| Mean | SD | Range | Country | Reference |
| Whole blood (mg selenium/L) | | | | |
| 0.132 | 0.029 | 0.08–0.13 | United States | Corden et al. 1989 |
| 0.206 | | 0.10–0.30 | United States | Allaway et al. 1968 |
| 0.109 | 0.015 | | United States | Dworkin et al. 1986 |
| 0.157 | | 0.103–0.191 | United States | Shamberger 1983 |
| 0.182 | 0.037 | | Canada | Dickson and Tomlinson 1967 |
| 0.095 | 0.009 | | China | Zhu 1981 |
| 0.095 | 0.091 | | China | Yang et al. 1983 |
| 0.164 | 0.032 | | Greece | Bratakos et al. 1990 |
| 0.108 | 0.006 | 0.076–0.140 | Italy | Minoia et al. 1990 |
| | | 0.079–0.103 | Finland | Jaakkola et al. 1983 |
| | | 0.080–0.089 | Finland | Kumpusalo et al. 1990[b] |
| | | 0.077–0.089 | Finland | Kumpusalo et al. 1990[c] |
| 0.069 | 0.018 | | New Zealand | Thomson and Robinson 1980[d] |
| 0.059 | 0.012 | | New Zealand | Rea et al. 1979 |
| 0.092 | 0.001 | 0.06–0.013 | Germany | Oster et al. 1988b |
| Erythrocyte (mg selenium/L) | | | | |
| 0.174 | | 0.11–0.28 | United States | Meyer and Verreault 1987 |
| 0.13 | 0.02 | | United States | Dworkin et al. 1986 |
| 0.52 | 0.05 | | United States | Rudolph and Wong 1978[d] |
| 0.131 | 0.002 | 0.060–0.210 | Germany | Oster et al. 1988b |
| | | 0.057–0.087 | New Zealand | Watkinson 1981 |
| 0.074 | 0.016 | | New Zealand | Rea et al. 1979 |
| 0.103 | 0.030 | | New Zealand | Thomson and Robinson 1980 |
| Plasma (mg selenium/L) | | | | |
| 0.155 | | 0.081–0.225 | United States | Clark et al. 1984 |
| 0.095 | 0.016 | | United States | Dworkin et al. 1986 |
| 0.21 | 0.03 | | United States | Rudolph and Wong 1978[d] |
| 0.148 | | | United States | Coates et al. 1988 |
| 0.081 | 0.016 | | Canada | Dickson and Tomlinson 1967 |
| 0.153 | 0.021 | | Japan | Hojo 1987 |
| 0.089 | 0.014 | | Netherlands | van't Veer et al. 1990 |
| 0.081 | 0.001 | 0.056–0.105 | Italy | Minoia et al. 1990 |
| 0.118 | 0.027 | 0.064–0.173 | Italy | Sesana et al. 1992 |
| 0.048 | 0.010 | | New Zealand | Rea et al. 1979 |
| 0.041 | 0.011 | | New Zealand | Thomson and Robinson 1980[d] |

## Table 3-7.  Biomarkers:  Selenium Concentrations in Human Tissues and Fluids[a]

| Selenium concentration | | | | |
| Mean | SD | Range | Country | Reference |
| --- | --- | --- | --- | --- |
| **Serum (mg selenium/L)** | | | | |
| 0.136 | 0.002 | | United States | Willett et al. 1983 |
| 0.110 | 0.016 | | United States | Menkes et al. 1986 |
| 0.162 | 1.48 | | United States | Coates et al. 1988 |
| 0.07 | | | United States | McConnell et al. 1975[e] |
| 0.125 | 0.047[g] | | United States | DHHS 1997 |
| 0.198 | 0.055 | 0.123–0.363 | United States | Longnecker et al. 1991 |
| 0.143 | 0.016 | | Canada | Lalonde et al. 1982[f] |
| 0.081 | 0.001 | 0.033–0.121 | Italy | Minoia et al. 1990 |
| | | 0.087–0.093 | Italy | Morisi et al. 1989 |
| 0.118 | 0.016 | 0.087–0.308 | Finland | Luoma et al. 1992 |
| 0.055 | 0.001 | | Finland | Virtamo et al. 1987 |
| 0.073 | 0.015 | | South Africa | Heese et al. 1988[d] |
| 0.207 | | 0.07–0.81 | Venezuela | Brätter et al. 1991a |
| | | 0.229–0.621 | Venezuela | Brätter and Negretti De Brätter 1996 |
| **Urine (mg selenium/L)** | | | | |
| 0.034 | 0.024 | | England | Glover 1970 |
| 0.058 | 0.026 | 0.020–0.113 | Japan | Hojo 1981a |
| 0.026 | 0.012 | | China | Yang et al. 1983 |
| 0.024 | 0.002 | | Greece | Bratakos et al. 1990 |
| 0.022 | 0.002 | 0.002–0.031 | Italy | Minoia et al. 1990 |
| **Hair (µg selenium/g)** | | | | |
| 0.64 | 0.02 | | United States | Thimaya and Ganapathy 1982 |
| 0.359 | 0.004 | | China | Zhu 1981 |
| 0.36 | 0.17 | | China | Yang et al. 1983 |
| 0.42 | 0.88 | | Greece | Bratakos et al. 1990 |
| 0.42 | 0.10 | 0.21–0.63 | Sweden | Muramatsu and Parr 1988[e] |
| 3.40 | 2.0 | 0.95–9.6 (female) | Japan | Imahori et al. 1979[e] |
| 3.70 | 2.3 | 0.06–14.2 (male) | | |
| 1.02 | 1.04 | Maternal | England | Razagui and Haswell 1997 |
| 0.63 | 0.52 | Neonatal | | |
| 0.54 | 0.34 | Maternal | Spain | Bermejo Barrera et al. 2000 |
| 0.77 | 0.24 | Child | | |
| **Nails (µg selenium/g)** | | | | |
| 1.56 | 0.58 | 0.083–3.82 | United States | Longnecker et al. 1991 |
| 0.82 | 0.174 | | United States | Hunter et al. 1990a |
| 0.63 | 0.12 | | Netherlands | van't Veer et al. 1990 |
| 0.54 | 0.91 | | Greece | Bratakos et al. 1990 |
| 0.78 | | 0.085–2.75 | Netherlands | Van Noord et al. 1992 |

SELENIUM                                                                      142

3.  HEALTH EFFECTS

### Table 3-7.  Biomarkers:  Selenium Concentrations in Human Tissues and Fluids[a]

| Selenium concentration | | | | |
| Mean | SD | Range | Country | Reference |
| --- | --- | --- | --- | --- |
| **Milk (µg selenium/mL)** | | | | |
| | | 0.208–0.256 | Africa | Funk et al. 1990[b] |
| 0.018 | 0.004 | 0.007–0.033 | United States | Shrearer and Hadjimarkos 1975 |
| 0.021 | | 0.013–0.053 | United States | Hadjimarkos 1963 |
| 0.016 | 0.005 | | | Smith et al. 1990 |
| 0.026 | | | United States | Ellis et al. 1990 |
| 0.062 | 0.055 | 0.015–0.214 | Chile | Cortez 1984 |
| 0.010 | 0.002 | 0.006–0.013 | Finland | Kumpulainen 1983 |
| 0.011 | | | Austria | Li et al. 1999 |
| 0.012 | | | Germany | Michalke and Schramel 1998 |
| | | 0.025–0.250 | Venezuela | Brätter et al. 1991a |
| | | 0.043–0.112 | Venezuela | Brätter and Negretti De Brätter 1996 |
| **Placenta (mg selenium/L)** | | | | |
| 1.70 | 0.61 | | United States | Baglan et al. 1974[e] |
| 0.193 | 0.016 | | United States | Korpela et al. 1984 |
| 0.18 | 0.007 | | United States | Hadjimarkos et al. 1959 |
| **Semen (µg selenium/g)** | | | | |
| 0.063 | 0.020 | 0.016–0.131 | Singapore | Roy et al. 1990 |
| 1.80 | 0.11 | | Finland | Suistomaa et al. 1987[e] |

[a]General population measures unless otherwise noted
[b]Range of mean concentration
[c]Range of mean concentrations for multivitamin users
[d]Only women were sampled.
[e]Dry weight
[f]Only men were sampled.
[g]Standard error of the mean

SD = standard deviation

selenium rectifier plant.  Workers exposed to higher levels of unspecified inorganic selenium compounds in the air excreted higher levels of selenium in their urine than workers in other areas of the plant with lower concentrations of selenium in the air.  Although the study indicates that selenium was absorbed from the lungs of the workers, the nonspecific exposure levels and lack of compound identification precluded an estimate of the extent and rate of absorption from the lungs.  Significantly increased serum selenium levels were reported for workers at a rubber tire repair shop in Toluca City, Mexico compared with a group of unexposed individuals from the same city (Sánchez-Ocampo et al. 1996).  The workers in this study were exposed to selenium (no levels reported) from vulcanized rubber, both as dust in the air and from handling the tires; thus, it is not possible to attribute absorption to a single route.

Studies using dogs and rats indicate that absorption of selenium following inhalation exposure is extensive, although the rate of absorption depends on the chemical form of selenium.  In rats (Medinsky et al. 1981a) and dogs (Weissman et al. 1983), the absorption of selenium following inhalation exposure to selenious acid aerosol is approximately twice as rapid as the absorption of selenium following inhalation exposure to elemental selenium aerosol.  However, Medinsky et al. (1981a) found that with either form after 4 days most of the selenium was absorbed following inhalation exposure and that the distribution of selenium in the body tissues was identical, suggesting that selenium entered the same body pool following pulmonary uptake (Medinsky et al. 1981a).

### 3.4.1.2  Oral Exposure

Selenium compounds are generally readily absorbed from the human gastrointestinal tract.  The bioavailability of ingested selenium can be affected by the physical state of the compound (e.g., solid or solution), the chemical form of selenium (e.g., organic, inorganic), and the dosing regimen.  However, in general, it appears that the degree of selenium absorption (i.e., percent of administered dose absorbed) in humans is independent of the exposure level, but that in some cases, absorption is greater when selenium deficiency exists.

In humans, absorption of sodium selenite or selenomethionine can exceed 80% for both small and relatively large doses (Griffiths et al. 1976; Thomson 1974; Thomson and Stewart 1974; Thomson et al. 1977).  A total of 90–95% of a small amount of sodium selenite (0.010 mg selenium/person) administered in aqueous solution was absorbed (Thomson 1974).  Absorption of a large dose (1.0 mg/person) of either

USCA Case #25-1087      Document #2105058      Filed: 03/10/2025      Page 756 of 2126

sodium selenite or selenomethionine was 90–95 and 97% of the administered dose, respectively (Thomson et al. 1977). These data indicate a lack of homeostatic control over the dose range tested. Martin et al. (1989a) found no clear evidence of increased gastrointestinal absorption of selenium as sodium selenite in aqueous solution by healthy male volunteers kept on a selenium-deficient diet. Griffiths et al. (1976) reported 96–97% absorption of a single dose of 0.002 mg selenium administered as selenomethionine in solution. Similarly, Thomson et al. (1977) reported 97% absorption of a single large dose of 1.0 mg selenium administered as selenomethionine in solution to one subject. The subjects in these studies were New Zealand women.

Other studies have indicated that humans might absorb selenomethionine more efficiently than sodium selenite (Moser-Veillon et al. 1992; Swanson et al. 1991). Young et al. (1982) studied human absorption of dietary selenium in young men in the United States. The men ate either [75]Se-labeled chicken alone (0.013 mg selenium/person) or the chicken plus supplemental labeled sodium selenite (0.071 mg selenium/person in a solution mixed with the meal). Eighty percent of the selenium in the chicken meat was absorbed, but less than 30% of the selenium administered as sodium selenite was absorbed. Similarly, Robinson et al. (1978) found that 75% of selenomethionine, but only 46% of selenite, was absorbed during a 10–11-week administration of solutions providing 0.0013–0.0023 mg selenium/kg/day to New Zealand women. It is not clear why the estimated absorption of sodium selenite varied between 46 and 30% in these trials.

Experimental animals also efficiently absorb selenium compounds from the gut independent of the level of selenium exposure. Several studies have reported absorption of 80–100% in rats given dietary selenium administered as sodium selenite, sodium selenate, selenomethionine, or selenocystine (Furchner et al. 1975; Thomson and Stewart 1973). Other animal species also readily absorb orally administered selenium compounds. Furchner et al. (1975) estimated that over 90% of an oral dose of selenious acid was absorbed in mice and dogs, although monkeys absorbed less of the administered dose (amount unspecified). Using an *in vivo* perfusion method in which selenite was added directly to the duodenal end of the small intestine, the absorption of selenite was linearly related to concentration (slope=0.0386) in the range of 1–200 µM (Chen et al. 1993).

In one study of rats, absorption of selenite or selenomethionine into the blood stream following oral exposure occurred primarily in the duodenum and, to a lesser extent, in the jejunum and ileum (Whanger et al. 1976). Compared to the small intestine, little selenium was absorbed from the stomach (Whanger et al. 1976), and it was not determined whether absorption occurred in the large intestine. In an *in vitro*

study using everted intestinal sacs from hamsters, Spencer and Blau (1962) found that selenomethionine was transported against a concentration gradient with the same characteristics as methionine. Selenomethionine was not found to be degraded during transport. This study suggests that in the intestines, methionine and selenomethionine share the same transport mechanism.

A comparison of absorption of selenium by selenium-depleted rats after oral administration of sodium selenate, selenomethionine, or methyl selenocysteine (from high-selenium broccoli) found that gross absorption of selenium from methyl selenocysteine was significantly lower (85%) than from sodium selenate or selenomethionine (91%); further, true selenium absorption adjusted for urinary excretion was significantly different for methyl selenocysteine, sodium selenate, and selenomethionine, with the lowest absorption for methyl selenocysteine and the highest for selenomethionine (Finley 1998). Absorption of selenium from selenomethionine was not significantly lower than from sodium selenate.

*In vivo* experiments with ligated rat intestines have shown that there is significantly higher absorption and transfer to the body of selenium as selenocystine or selenodiglutathione than selenium as selenite from ligated loops of ileum, but that absorption of the three forms of selenium in the jejunum was approximately similar (Vendeland et al. 1992). *In vitro* experiments with brush border membrane vesicles derived from rat intestines have shown dramatic differences in the uptake and binding of selenium depending on the form in which it is presented, with absorption of organic forms being much more efficient than absorption from selenite or selenate (Vendeland et al. 1992, 1994). Selenium from selenocystine or selenodiglutathione was absorbed 10 times more quickly than selenium from sodium selenite (Vendeland et al. 1992). Similarly, selenium was much more efficiently absorbed from selenomethionine than from selenite or selenate (Vendeland et al. 1994). Binding also varied between selenomethionine, selenite, and selenate, with selenite binding exceeding that of selenate by 37-fold and selenomethionine exceeding selenite by 14-fold (Vendeland et al. 1994). These studies indicate that absorption of selenium from the gastrointestinal tract of animals is pH-dependent and influenced by the presence of sulfhydral-containing compounds, and that the increased absorption of selenium with sulfhydral compounds is likely due to complex formation with these compounds.

### 3.4.1.3  Dermal Exposure

Dermal absorption was tested in eight women at a maximum dose of 0.0029 mg selenium/kg as selenomethionine (0.05% L-selenomethionine in a lotion). No detectable increase in serum selenium concentrations was observed, but because the concentrations tested were so low, absorption cannot be

ruled out (Burke et al. 1992a).  Absorption of selenium disulfide was examined using a monthly 24-hour urine specimen in 16 persons who washed their hair weekly with a 1% selenium disulfide shampoo.  No differences were found from control urinary selenium levels over the 1-year exposure period (Cummins and Kimura 1971).  No absorption of selenium from selenium sulfide was seen in 15 persons who applied a 2.5% selenium sulfide suspension to their torsos and allowed it to remain on the body overnight (Kalivas 1993).

Mice were treated with a maximum of 0.02% selenium as selenomethionine by topical application of a lotion 3 times per week for 39 weeks to the shaved back and ears (size of area not specified).  The applied dose was 0.29 mg/kg/day.  Controls received the lotion without selenium.  Dermal effects were not observed in the selenomethionine-treated mice.  However, treated animals had significantly higher concentrations of selenium than the controls in the liver and ventral skin away from the application site (Burke et al. 1992b).  These data suggest that mice can absorb topically applied selenomethionine, but since the areas were not occluded, some oral absorption during grooming is also possible.

## 3.4.2    Distribution

Most studies report similar distribution patterns for both organic and inorganic selenium compounds tested.  In plasma, selenium mainly distributes into three plasma proteins, namely selenoprotein P, glutathione peroxidase, and albumin (Ducros et al. 2000).  Approximately 3% of total plasma selenium is bound to lipoproteins, mainly to the LDL fraction, and the selenium may be incorporated as selenomethionine in place of methionine during protein synthesis and/or bound to cysteine residues by selenium-sulfur bonds.  Selenoprotein P is an extracellular protein in the plasma.  It is suggested that selenoprotein P is involved in the transport of selenium and as an antioxidant, but its biochemical function has not yet been established (Burk and Hill 2000; Hill and Burk 1989; Yang et al. 1989b).

Normal levels of selenium found in various human tissues are shown in Table 3-6.  Selenium concentrations in human fluids and tissues that are easily collected (e.g., placenta) are provided in Section 3.8.1, Biomarkers Used to Identify or Quantify Exposure to Selenium.  Selenium from sodium selenite and sodium selenate is found at the highest concentrations in the liver and kidney of humans and other animals following oral administration or intravenous or subcutaneous injection (Cavalieri et al. 1966; Heinrich and Kelsey 1955; Jereb et al. 1975; Thomson and Stewart 1973).  Similarly, monkeys receiving high doses of L-selenomethionine orally for up to 30 days accumulated the highest

USCA Case #25-1087      Document #2105058      Filed: 03/10/2025      Page 758 of 2126

concentrations of selenium in the liver and kidneys (Willhite et al. 1992). Selenium from selenomethionine tends to be retained in tissues at higher concentrations (3–10-fold greater) and for longer periods of time than inorganic selenium compounds. The increased selenium tissue concentrations are not due to the slightly greater absorbance of selenomethionine (Butler et al. 1990; Grønbaek and Thorlacius-Using 1992; Ip and Hayes 1989; Salbe and Levander 1990b), but rather to the slower elimination as a consequence of its incorporation into body proteins (Stadtman 1983, 1987, 1990).

### 3.4.2.1  Inhalation Exposure

No studies were located regarding the distribution of selenium in humans after inhalation of elemental selenium or selenium compounds.

Weissman et al. (1983) reported that selenium concentrated in the liver, kidney, spleen, and lungs of dogs following inhalation exposure to selenious acid or elemental selenium aerosols.

### 3.4.2.2  Oral Exposure

A study of 100 paired samples of maternal and neonate hair found that the concentration in neonatal hair (0.63±0.52 μg/g) was lower than in maternal hair (1.02±1.04 μg/g), but the results were not analyzed statistically (Razagui and Haswell 1997). Levels of selenium in 30 paired samples of the hair of a mother and her child found no correlation between the selenium concentration of the hair of the mother and her child (Bermejo Barrera et al. 2000). The average level of selenium in the children's hair (0.77±0.24 μg/g) was higher than that of their mothers (0.54±0.34 μg/g). The higher concentration of selenium in the children's hair could represent increased absorption or retention, but no information was provided in the study as to the age of the children or to possible differences in dietary intake of selenium between mother and child.

A study in rats found that young (weanling) animals accumulated more selenium in their tissues than adults (Salbe and Levander 1989). Selenium-deficient rats were fed diets supplemented with the same amounts of selenium, as sodium selenate or L-selenomethionine, for 4 weeks. Hair and nail selenium levels in adults were 10–20% and ~50% lower, respectively, than the amounts found in weanlings. Skeletal muscle and red blood cell selenium levels were ~50 and ~35% lower, respectively, in adults than weanlings, whereas levels in the liver were generally similar between the two growth phases.

APPX ATT_V6_3065

Selenomethionine caused greater deposition of selenium in the tissues than sodium selenate in both adults and weanlings, although the percent increase was similar for the two compounds in both growth phases. In rats and dogs, the selenium arising from sodium selenite administered in drinking water or in the diet is widely distributed in the body, although concentrated primarily in the liver and kidney (Furchner et al. 1975; Sohn et al. 1991; Thomson and Stewart 1973).

In most studies, selenium from selenomethionine accumulates in tissues to a greater extent than equal administered doses of selenium from selenite or selenate.  Behne et al. (1991) reported higher liver and muscle selenium concentrations in rats receiving selenium orally as selenomethionine for 3 or 6 weeks than as selenite for the same length of time.  Ip and Hayes (1989) reported similar results for blood, liver, kidney, and skeletal muscle.  Salbe and Levander (1990b) compared distribution of dietary seleno-methionine and selenate in rats and found higher selenium concentrations in plasma, erythrocytes, liver, muscle, hair, and nails in animals receiving selenomethionine.  (Hair and nails have been used to gauge long-term human selenium exposure and were, therefore, included in this study.)  Monkeys receiving selenomethionine in drinking water for 11 months had selenium concentrations in plasma, erythrocytes, liver, muscle, and hair that were 3–10-fold greater than monkeys receiving selenite (Butler et al. 1990). The higher levels of selenium found after selenomethionine compared to selenite treatment are likely a result of a greater retention of selenium from selenomethionine, rather than a difference in absorption. Butler et al. (1990) indicate that dietary ascorbic acid can reduce selenite absorption, but not selenomethionine absorption.  Therefore, the differential effect of ascorbic acid on selenium absorption may have contributed to the difference in selenium content of tissues observed in monkeys treated with selenite, compared to monkeys treated with selenomethionine.  Studies of rats indicate that the central nervous system also concentrates more selenium when administered as selenomethionine than when administered as inorganic selenium compounds (Grønbaek and Thorlacius-Ussing 1989, 1992; Zi-Jian Jie 1992).

A comparison of distribution of selenium in selenium-depleted rats after oral administration of sodium selenite, sodium selenate, selenomethionine, or methyl selenocysteine (from high-selenium broccoli) revealed that the rate of restoration of selenium in the liver and muscle was significantly slower for methyl selenocysteine than other forms of selenium (Finley 1998).  The rate of repletion in muscle was significantly faster for selenomethionine than other groups, but kidney and plasma showed no significant difference in the rate of repletion for any form of selenium.  The rate of repletion of glutathione peroxidase activity in the tissues was similar to the rate of repletion of the tissue itself and was slowest when methyl selenocysteine was the administered form.

Another study of distribution of selenium in selenium-deficient rats fed either sodium selenite or selenomethionine found that the concentration of selenium in blood and hair increased with administered dose, but was higher for selenium administered as selenomethionine (Shiobara et al. 1998).

A study of dietary supplementation of female pigs with 0.1 or 0.3 ppm selenium from a selenium-enriched yeast or from sodium selenite (doses not given) from 60 days before breeding until weaning found that the concentration of selenium in milk, dam, and offspring tissues increased with the dose of selenium administered and was higher when the source of selenium was the selenium-enriched yeast (Mahan and Kim 1996).

A study using pigs indicates that tissue levels of selenium do not correlate with effects.  Tissue concentrations of selenium were higher in pigs fed 1.25 mg selenium/kg/day as D,L-selenomethionine than in pigs fed the same dose of selenium as *A. bisulcatus* or selenate, although neurological effects were more severe and occurred after fewer days of treatment with *A. bisulcatus* (Panter et al. 1996).  The form of selenium in *A. bisulcatus* is unknown, although Panter et al. (1996) indicate that it is nonprotein.

In poultry, selenium is concentrated in the pancreas to a greater extent following oral administration of selenomethionine than following oral administration of sodium selenite (Cantor et al. 1975).  The differential ability of the two compounds to concentrate in the pancreas of birds may explain why selenium administered as selenomethionine is more effective than the same dose of selenium administered as sodium selenite in preventing pancreatic fibrosis in chicks, a condition indicative of selenium deficiency (Cantor et al. 1975).

The distribution profiles of single oral or intravenous doses of selenium (2 mg selenium/kg as sodium selenite) administered to Wistar rats were dependent on the route of administration (Kaneko et al. 1999).  Selenium concentration was highest in the kidney or liver, followed by the heart, lung, or spleen; then plasma and the brain.  Oral administration produced lower doses of selenium than injection in all organs except the kidney where levels produced by the two routes were comparable (this may reflect the importance of urine as a route of excretion).

Following oral exposure, selenium is found in human milk (Brätter and Negretti De Brätter 1996; Brätter et al. 1991b; Li et al. 1999; Michalke and Schramel 1998; Moser-Veillon et al. 1992; Rodríguez Rodríguez et al. 1999; Viitak et al. 1995; Yang 1989b).  Selenium is also found in the milk of mice, rats,

dogs, pigs, cows, and monkeys (Abdelrahman and Kincaid 1995; Archimbaud et al. 1992; Bañuelos and Mayland 2000; Chhabra and Rao 1994; Hawkes et al. 1994; Mahan and Kim 1996; Parizek et al. 1971a). This supplies offspring with selenium during the time period in which they are fed exclusively on milk (about 6 months for humans). Transplacental transfer of selenium has been demonstrated in humans, rats, hamsters, dogs, pigs, and monkeys (Archimbaud et al. 1992; Choy et al. 1993; Hawkes et al. 1994; Jandial et al. 1976; Mahan and Kim 1996; Parizek et al. 1971a; Willhite et al. 1990).

### 3.4.2.3 Dermal Exposure

Although unable to detect increased selenium in human females exposed to selenomethionine dermally, Burke and coworkers found elevated liver and skin selenium concentrations in mice treated with a topical lotion containing selenomethionine applied to the shaved back and ears (size of area not specified), although since the areas were not occluded, some oral absorption during grooming is also possible (Burke et al. 1992a, 1992b). In rats, between 9 and 27% of dermally applied selenious acid was absorbed, as measured in $^{75}$Se radioisotope studies (Medinsky et al. 1981b).

### 3.4.2.4 Other Routes of Exposure

In humans, selenium has been found to be widely distributed to organs and tissues following injection of sodium selenite, sodium selenate, and selenomethionine, with the highest concentrations generally found in the liver and kidneys (Ben-Porath and Kaplan 1969; Cavalieri et al. 1966; Jereb et al. 1975; Lathrop et al. 1972). In studies involving injection of radiolabelled selenium, the pancreas accumulated high concentrations of radiolabelled selenium immediately following injection, but within hours, the selenium rapidly disappeared from this organ (Lathrop et al. 1972). Using an *in vitro*, dually perfused, human term placenta, selenite has also been shown to cross the human placenta (Eisenmann and Miller 1994). Further, following intravenous injection, $^{75}$Se from selenomethionine was found to cross the near-term human placenta (Jandial et al. 1976).

There is a rapid decline in serum selenium levels 1 hour after intravenous administration of sodium selenite or sodium selenate to humans (Burk 1974; Nelp and Blumberg 1965). Burk (1974) found that 50% of the plasma selenium was protein-bound within the first 2 hours after administration; 85% was bound within 4–6 hours after administration; and 95% was bound after 24 hours. Circulating alpha-2 globulins have been reported to have the greatest affinity for selenium (Hirooka and Galambos 1966a).

Burk (1974) found that lipoproteins, primarily the very low density lipoprotein (VLDL) and the low-density lipoprotein (LDL) fractions, were also involved in selenium binding.

*In vitro* studies of human plasma and whole blood incubated with sodium selenite have indicated that selenite is accumulated in erythrocytes by an active transport mechanism (Lee et al. 1969). Several studies indicate that the selenite is chemically altered in the erythrocyte and then transported back into the plasma, where the selenium metabolite binds to plasma proteins (Burk 1974; Hirooka and Galambos 1966a; Lee et al. 1969).

A high degree of protein binding of selenium in the plasma has also been demonstrated in experimental animals. Sandholm (1973) found that selenite administered intravenously to mice can be metabolically altered by erythrocytes to a form that binds to plasma proteins. In mice, rats, and dogs, selenite initially binds to albumin. Later, selenite can be found bound to alpha and gamma globulins in rats and to alpha-2 and beta-1 globulins in dogs (Imbach and Sternberg 1967; Sternberg and Imbach 1967).

### 3.4.3    Metabolism

The metabolic fate of selenium, an essential element, is outlined in Figure 3-4. In summary, inorganic selenium is reduced stepwise to the assumed key intermediate hydrogen selenide, and it (or a closely related species) is either incorporated into selenoproteins after being transformed to selenophosphate and selenocysteinyl tRNA according to the UGA codon encoding selenocysteinyl residue, or excreted into urine after being transformed into methylated metabolites of selenide (Lobinski et al. 2000). Consequently, selenium is mainly present in the mammalian body in forms of covalent carbon-selenium bonds, particularly selenoprotein P (the principal selenoprotein in plasma), selenoenzymes such as glutathione peroxidases (enzymes that catalyze the reduction of peroxidases and thereby protect cells from oxidative damage), type 1-iodothyronine deiodinase (which catalyzes the deiodination of thyroxine to triiodothyronine), and thioredoxin reductase (which may trigger cell signaling in response to oxidative stress) (Holmgren and Kumar 1989; Lobinski et al. 2000). Additional information regarding the metabolism of selenium is discussed below.

## Figure 3-4. Metabolic Pathways for Selenium*



*Adapted from Sundde, 1990

Four classes of selenoproteins have been defined (Sunde 1990): selenium-specific proteins, proteins incorporating selenocysteine at cysteine codons, proteins incorporating selenomethionine at methionine position in those proteins, and proteins that bind selenide nonspecifically. The selenium-specific proteins, which include the enzymes glutathione peroxidase, thyroxine reductase, and iodothyronine 5'-deiodinase, constitute the most physiologically important class of selenoproteins. These proteins contain selenocysteine that is incorporated cotranslationally using selenide and serine as the precursors. This process is specified by a uracil-guanine-adenine (UGA) codon, which usually functions as a stop codon. A stem-loop structure in the 3' untranslated region is required for UGA to specify selenocysteine (Berry et al. 1991). This cotranslational process is the only known pathway for the production of selenocysteine in humans. In contrast to selenocysteine, selenomethionine cannot be biosynthesized by human tissues (Levander 1986).

The second and third classes of selenoproteins form in a similar manner: selenomethionine bound to the transfer ribonucleic acid (tRNA) for methionine competes with methionine bound to the tRNA for methionine at methionine codons, and selenocysteine bound to the tRNA for cysteine competes with cysteine bound to the tRNA for cysteine at cysteine codons (Sunde 1990). The amount of selenoamino acids incorporated into protein is dependent on the ratio of the selenoamino acid and the amino acid bound to the amino acid tRNA.

The last class of selenoproteins contains the selenium binding proteins. This is an operational class defined by Sunde (1990) as "selenoproteins with selenium bound tightly enough so that the selenium remains attached during standard protein purification procedures that produce discrete selenium labeled species." This class contains selenoproteins that have not been fully characterized.

As indicated in Figure 3-4, selenide, which can nonspecifically bind to proteins, is a central selenium species in the pathways leading to the formation and degradation of selenium proteins. Selenide is also formed from selenite by reduction via glutathione following uptake in red blood cells. This reaction occurs in rat (Gasiewicz and Smith 1978) and human (Lee et al. 1969) red blood cells, as well as in human plasma containing added glutathione (Mas and Sarker 1989). Selenide is then transported to the plasma, bound selectively to albumin and transferred to the liver, and methylated for excretion in the urine, or incorporated into proteins after being transformed into selenium-phosphate and selenocysteinyl

tRNA according to the UGA codon encoding selenocysteinyl residue (Ganther and Lawrence 1997).
Unlike selenite, selenate appears to be either taken up directly by the liver or excreted in urine by rats
(Suzuki and Ogra 2002).

Selenocysteine can also be metabolized to selenide. This reaction requires a specific enzyme,
selenocysteine β-lyase, which catalyzes the decomposition of selenocysteine to alanine and hydrogen
selenide. The enzyme requires pyridoxal 5-phosphate as a cofactor. In humans, the highest levels of
selenocysteine β-lyase activity are found in the liver, followed by the kidney, heart, adrenal gland, and
muscle (Daher and Van Lente 1992). In mice orally exposed to selenocysteine, an intermediate
metabolite selenocysteine-glutathione selenyl sulfide is formed in the small intestine and transported to
the liver via the blood plasma (Hasegawa et al. 1995, 1996b). This compound can be nonenzymatically
reduced by excess glutathione or enzymatically reduced by glutathione reductase in liver cytosol extracts
to reform selenocysteine, which can be further metabolized.

When not immediately metabolized, selenomethionine can be incorporated into tissues such as skeletal
muscle, liver, pancreas, stomach, gastrointestinal mucosa, and erythrocytes (Schrauzer 2000).
Selenomethionine metabolism to selenide and the incorporation into selenium-specific proteins may occur
by two pathways: metabolism to methane selenol and selenide or via selenocysteine. Evidence that the
incorporation of selenium from selenomethionine into protein is by the transsulfuration pathway
(methionine to cysteine) comes from studies of selenomethionine metabolism in lymphoblast cell lines
deficient in cystathionine lyase and cystathionine synthetase, enzymes of the transsulfuration pathway
(Beilstein and Whanger 1992). Deficiency in these enzymes greatly reduces the incorporation of
selenomethionine into glutathione peroxidase.

Similar to metals, elemental selenium, a non-metal, is transformed into methylated metabolites prior to
being excreted into the urine and/or exhaled. Methylation is a detoxification pathway for selenium, and
the extent of methylation is dose-dependent (Kobayashi et al. 2002). Monomethylated selenium is
excreted as the major form in urine at deficient, normal, and low-toxic levels of selenium. When
monomethylated selenium reaches a plateau in the urine (i.e., in the toxic dose range of selenium),
trimethylated selenium in the urine and dimethylated selenium in the expired air increase. The major
monomethylated form of selenium has been thought to be methyselenol, but Kobayashi et al. (2002)
identified it as a selenosugar (1β-methylselenol-N-acetyl-D-galactosamine).

Humans accidentally exposed to high levels of selenium have been reported to have a noticeable garlic odor of the breath, probably as a result of excretion of dimethyl selenide in expired air (Bopp et al. 1982; Wilbur 1980). Garlic odor of the breath has been noted in humans following ingestion of toxic levels of sodium selenate (Civil and McDonald 1978) and following inhalation of elemental selenium dust or selenium dioxide (Glover 1970).

In human populations with sufficient levels of selenium, dietary selenium is apparently partitioned into a selenite-exchangeable storage pool and a selenite-nonexchangeable storage pool. The selenite-exchangeable pool shows saturation kinetics. After this pool is filled, dietary selenium as seleno-methionine may be the primary determinant of selenium bioavailability and serum selenium concentrations (Meltzer et al. 1990, 1992). There is experimental support for the concept that selenium metabolism can be divided into non-specific and specific components (Burk et al. 2001). Selenomethionine is the non-specific component as it appears to be incorporated into plasma proteins, presumably as selenomethionine, in proportion to its presence in the methionine pool. There is no indication that selenocysteine and inorganic selenium (selanate) were incorporated non-specifically into plasma protein, suggesting that these forms are metabolized by specific selenium metabolic processes. For example, selenocysteine seems to incorporate selenium into selenoproteins, but not into other proteins in place of cysteine (Burk et al. 2001). Selenate was either taken up directly by the liver or excreted in the urine, and selenite was taken up by red blood cells, reduced to selenide by glutathione, and then transported to the plasma and transferred to the liver (Suzuki and Ogra 2002). Data from both humans and Rhesus monkeys indicate that the selenium concentration in glutathione peroxidase is independent of the form of selenium administered and suggest a metabolic saturation at average intake rates (Butler et al. 1990; Meltzer et al. 1990).

In macaques that were orally administered doses of 0.025–0.3 mg selenium/kg as L-selenomethionine for up to 30 days, both erythrocyte selenium and glutathione peroxidase–specific activity showed a delay before increasing in a dose-related manner (Hawkes et al. 1992). At 0.15 and 0.3 mg selenium/kg, glutathione peroxidase-specific activity in erythrocytes continued to increase for 15 days after cessation of treatment and remained elevated through the end of the study (40 days after the end of treatment). The investigators attributed this effect to an initial deposition of selenium into a nonspecific pool (such as substitution for methionine in serum proteins), followed by slow release into the erythrocyte. Wistar rats also show incorporation of selenomethionine into proteins (Behne et al. 1991).

In rats, dimethyl selenide has been identified as the primary respiratory metabolite following injection of sodium selenite or sodium selenate (Hirooka and Galambos 1966b) and appears to be produced in the liver (Nakamuro et al. 1977). In mice, dimethyl selenide and dimethyldiselenide have been detected in expired air following the addition of unspecified amounts of sodium selenite, D,L-selenomethionine, or D,L-selenocystine to their drinking water (Jiang et al. 1983). A third unidentified volatile selenium compound was detected in expired air of the mice following D,L-selenomethionine injection (Jiang et al. 1983).

In rats, the trimethylselenonium ion has been identified as the predominant urinary metabolite following intraperitoneal administration of sodium selenite (Byard and Baumann 1967), sodium selenate, seleno-methionine, selenocystine, or methylselenocysteine, or following ingestion of seleniferous wheat (Palmer et al. 1970). A total of 30.8% of the urinary selenium was in the form of trimethylselenonium after administration of 15 ppm selenium in wheat. Another major selenium metabolite that appeared in the urine more slowly than the trimethylselenonium ion was identified chromatographically, but the chemical structure of that metabolite was not defined (Palmer et al. 1970).

Similarly, the trimethylselenonium ion was the major urinary metabolite of selenium excreted by rats after intraperitoneal injection of either methylselenocysteine (4 mg/kg) or selenocysteine (3 mg/kg) (Palmer et al. 1970). The amounts of trimethylselenonium ion excreted were 50.6 and 49.7% of the total urinary metabolites after methylselenocysteine and selenocysteine administration, respectively. In both cases, urinary metabolism accounted for only 10–15% of the administered dose. As selenium was not measured in feces or expired air, recovery of the dose was incomplete. In a review of the metabolic pathways resulting in the production of dimethyl selenide from selenite in rodents, Ganther (1979) indicated that reduction of selenite or selenate to dimethyl selenide requires glutathione and the methylating agent $S$-adenosylmethionine. NADPH, coenzyme A, ATP, and magnesium (II) salts are also required to provide optimal conditions for this reaction (Ganther 1979). Ganther (1971) and Hsieh and Ganther (1975) found that selenite initially reacts nonenzymatically with glutathione to form a seleno-trisulfide derivative. The selenotrisulfide is then reduced nonenzymatically in the presence of glutathione or enzymatically by glutathione reductase in the presence of NADPH to a selenopersulfide (GSSeH). The selenopersulfide is unstable and decomposes to glutathione and selenium or is enzymatically reduced by glutathione reductase in the presence of NADPH to hydrogen selenide (Ganther 1971; Hsieh and Ganther 1975). Hydrogen selenide can be methylated by $S$-adenosylmethionine in the presence of selenium methyltransferase to form dimethyl selenide (Figure 3-5).

APPX ATT_V6_3074

SELENIUM    157

3. HEALTH EFFECTS

**Figure 3-5. Proposed Pathway for Formation of Dimethyl Selenide from Selenite in Animals\***



\*Adapted from Hsieh and Ganther 1975 and Ganther 1971

Selenate apparently is not converted to dimethyl selenide as readily as is selenite. Studies of selenate metabolism are limited in mammals, but studies using bacteria indicate that selenate must be activated prior to conversion to selenite (Bopp et al. 1982). Dilworth and Bandurski (1977) demonstrated that in the presence of ATP, magnesium (II) salts, and ATP-sulfurylase, yeast could convert selenate to eventually yield selenite (Figure 3-6). Data regarding the metabolism of selenium sulfide after administration to humans or other animals were not located in the literature.

### 3.4.4    Elimination and Excretion

Excretion of selenium can occur in the urine, feces, and expired air (Griffiths et al. 1976; Hawkes et al. 1992, 1994; Lathrop et al. 1972; McConnell and Roth 1966; Thomson and Stewart 1974). Sweat is a minor pathway of selenium excretion in humans (Levander et al. 1987). Moreover, the initial rate of excretion appears to be dose dependent (Lathrop et al. 1972; McConnell and Roth 1966; Thomson and Stewart 1974). Some researchers have found that urinary excretion and fecal excretion of selenium are similar, with each route contributing approximately 50% of the total output (Stewart et al. 1978). However, the proportion excreted via each route seems dependent on several factors, including the level of exposure, the time since exposure, and the level of exercise. Lactating women and subjects depleted of selenium have decreased excretion of selenium in the urine and feces (Martin et al. 1989a, 1989b; Moser-Veillon et al. 1992). At high selenium exposure levels, excretion of selenium in expired air becomes more significant (McConnell and Roth 1966; Olson et al. 1963).

#### 3.4.4.1    Inhalation Exposure

Following acute inhalation exposures to selenium compounds, humans excrete some of the absorbed dose in the expired air (Glover 1970), but no studies were located that actually quantified the rate of excretion or identified the selenium compounds in the expired air of humans.

#### 3.4.4.2    Oral Exposure

Several human studies have indicated that the rate of urinary excretion is most rapid in the first 24 hours following oral administration or intravenous injection of sodium selenite (Kuikka and Nordman 1978;

**Figure 3-6. Activation and Reduction of Selenate to Selenite in Yeast *Saccharomyces cerevisiae*\***



*Adapted from Dilworth and Bandurski 1977

APPX ATT_V6_3077

Thomson and Stewart 1974).  Thomson and Stewart (1974) found that <6% of a trace dose (0.01 mg selenium) of orally administered sodium selenite was excreted in the urine within 24 hours of administration, whereas 64–73% of a 1-mg dose of selenium was excreted in the first 24 hours (Thomson 1974).  Thomson et al. (1977) also found that a lower proportion of the selenium from an oral dose of 0.1 mg selenium administered as selenomethionine was excreted in the 24-hour urine than from a larger dose (1.0 mg selenium).  Similarly, low selenium New Zealand residents excreted proportionally less selenium in their urine than North Americans of higher selenium status (Robinson et al. 1985), and there is limited evidence of such adaptation to selenium intake in some animal studies (Jaffe and Mondragon 1969, 1975; WHO 1987).  Thus, when higher amounts of selenium are administered, a higher proportion of the selenium is excreted in the urine during the first 24 hours following exposure.

Decreasing urinary or fecal excretion appears to be the homeostatic mechanism by which the body retains greater amounts of selenium.  Martin et al. (1989a) observed greater retention of selenium by individuals maintained on a selenium-deficient diet.  This increase in retention was correlated with a decrease in fecal elimination.  Similarly, the increased retention of selenium from selenomethionine compared to selenite was correlated with decreased elimination (Swanson et al. 1991).  Lactating women have a greater retention of selenium from selenomethionine compared to selenite and a decreased urinary elimination (Moser-Veillon et al. 1992).  Muscle activity seems to influence urinary excretion of selenium as demonstrated by the doubling of selenium concentration in the urine of women following vigorous exercise (Oster and Prellwitz 1990).

Less information is available regarding the elimination of selenium in the feces of humans than in the urine of humans.  However, levels of fecal excretion of selenium have been reported to be similar to levels of urinary selenium excretion when dietary levels of selenium are not excessive (Patterson et al. 1989).  Over a 14-day period, Stewart et al. (1978) found urinary elimination of selenium to average 0.013 mg selenium/day and fecal elimination of selenium to average 0.011 mg selenium/day in four New Zealand women exposed to 0.024 mg selenium/day in their normal diets.  Balance data on 27 healthy U.S. adults (12 men and 15 women) similarly indicated an approximately even split between urine and fecal selenium excretion (Levander and Morris 1985).  Determination of selenium balance at four time points (spring, summer, fall, and winter) showed respective average levels of selenium in the urine and feces of 48±2 and 34±1 µg/day in the men, and 39±1 and 23±1 µg/day in the women.  Plasma selenium levels remained essentially constant during the year and were similar in the men and women, averaging 136±4 and 133±4 ng/L, respectively.  Although the U.S. men consumed more selenium in the diet than the

APPX ATT_V6_3078

women, their selenium balance (8±4) was less positive than the women (12±3) because they tended to excrete more in the feces (Levander and Morris 1985). It has been suggested that some of the selenium content in feces can be attributed to biliary excretion (Levander and Baumann 1966a, 1966b).

In humans, whole body retention studies following oral administration of sodium selenite have indicated that selenium elimination is triphasic (Thomson and Stewart 1974). During the initial phase, which lasted about 1 week, elimination of selenium was rapid, with a half-life of approximately 1 day (Thomson and Stewart 1974). In the second phase, which also lasted approximately 1 week, selenium elimination was slower, with a half-life of 8–9 days. In the third phase, selenium elimination was much slower, with a half-life estimated to be 115–116 days. The first two elimination phases correspond to the fecal elimination of nonabsorbed selenium and the urinary excretion of absorbed but unutilized selenium (Thomson and Stewart 1974). Selenomethionine elimination is also triphasic; however, its terminal half-life is longer than that of sodium selenite. The average half-lives of selenomethionine for the three phases were measured to be approximately 0.4–2, 5–19, and 207–290 days, respectively (Griffiths et al. 1976). An examination of elimination data from 44 pigs exposed to excess selenium as sodium selenite in feed was found to fit a one-compartment model of selenium elimination (Davidson-York et al. 1999). Serum selenium levels were monitored over a period of 46 days beginning 1–14 days after termination of exposure to the feed containing excess selenium. Data were not adequate to depict the initial distribution phase, but a geometric mean elimination half-life of 12 days was calculated. It is likely that the period of elimination included in this study corresponds to the second phase described by Thomson and Stewart (1974).

The chemical form of selenium may play a role in determining how rapidly selenium is excreted in the urine. In rats, the rate of urinary excretion of selenium has been found to be greater following oral administration of sodium selenite than of selenomethionine (Thomson and Stewart 1973). A comparison of excretion of selenium by selenium-depleted rats after oral administration of sodium selenate, selenomethionine, or methyl selenocysteine (from high-selenium broccoli) found that excretion of selenium from methyl selenocysteine or selenomethionine was significantly lower than from sodium selenate; further, that there was no significant difference between secretion of selenium from methyl selenocysteine and selenomethionine (Finley 1998). This may contribute to the greater retention of selenium from selenomethionine, than from inorganic selenium (Martin et al. 1989a). However, another study of excretion of selenium from rats fed selenium as either sodium selenite or selenomethionine found that excretion of selenium increased with administered dose, but was similar for both forms of selenium (Shiobara et al. 1998).

As exposure to oral L-selenomethionine increased in macaques, the amount of selenium eliminated in the urine/day increased, as did the maximum rate of urinary excretion. However, the percentage of administered dose appearing in the urine decreased with an increase in dose (Hawkes et al. 1994).

### 3.4.4.3 Dermal Exposure

No studies were located regarding the excretion of selenium by humans or other animals after dermal exposure to elemental selenium or selenium compounds.

### 3.4.4.4 Other Routes of Exposure

Whole body retention studies in sheep following injection of selenium have indicated that selenium excretion in animals follows a triexponential profile (Blodgett and Bevill 1987b; Ewan et al. 1967). In a 2-week study, Blincoe (1960) estimated the half-life for $^{75}$Se in rats following intraperitoneal injection of $^{75}$Se-labeled sodium selenite (0.93 mg selenium/kg). Initially, the excretion of selenium was rapid, with a half-life of approximately 0.8 day; the second phase of excretion was slower, with a half-life of 13 days. These results parallel the initial phases of selenium excretion seen in humans. The abbreviated duration of the Blincoe (1960) study did not permit the determination of a terminal elimination phase half-life. In rats, Ewan et al. (1967) found the final phase of elimination of selenium following a single subcutaneous injection of sodium selenite to be dose independent (from 0.008 mg selenium/kg to 2 mg selenium/kg), with a half-life of 65–78 days. Blodgett and Bevill (1987b) found the elimination rate of selenium in sheep during the second phase following a single intramuscular injection of sodium selenite to be dose dependent, with larger doses resulting in longer half-lives (i.e., doses of 0.4, 0.6, 0.7, or 0.8 mg selenium/kg resulting in half-lives for selenium elimination of 6.3, 8.8, 15.1, and 20.4 hours, respectively). The reasons for the decreasing elimination rate with increasing dose during the second phase are not clear.

Dietary levels of selenium and the individual's selenium nutritional status are the most important factors that influence the route and rate of selenium excretion. Selenium excretion in expired air is only significant when exposures to selenium are high. Rats injected subcutaneously with sodium selenite at doses of 2.2–5.4 mg selenium/kg excreted 41–62% of the administered selenium in exhaled air, whereas rats injected with sodium selenite at doses of 0.005–0.9 mg selenium/kg excreted only 0.2–11% of the

administered selenium in expired air (McConnell and Roth 1966; Olson et al. 1963).  As the amount of administered sodium selenite increased, the percent of the administered selenium excreted in the urine decreased (from approximately 22–33% of the administered selenium at doses of 0.005–0.9 mg selenium/kg to 3–14% of the administered selenium at doses of 3.1–5.4 mg selenium/kg) (McConnell and Roth 1966).  Selenium in the feces was not measured in this study.  Burk et al. (1972) found that as the dietary level of sodium selenite was increased, a larger proportion of an injected tracer dose of selenium (as sodium selenite) was excreted.  At a dietary level of 0.005 mg selenium/kg, approximately 60% of the injected selenium had been excreted in the first 35 days following administration.  At a dietary level of 0.05 mg selenium/kg, over 94% of the injected selenium had been excreted over the same period of time.

In experimental animals, other factors that can cause an increase in selenium levels in expired air are higher dietary levels of selenium, protein, or methionine (Ganther et al. 1966).  Phenobarbital induction of microsomal enzymes has also led to increased exhalation of selenium following intravenous administration of sodium selenite (Sternberg et al. 1968).

## 3.4.5    Physiologically Based Pharmacokinetic (PBPK)/Pharmacodynamic (PD) Models

Physiologically based pharmacokinetic (PBPK) models use mathematical descriptions of the uptake and disposition of chemical substances to quantitatively describe the relationships among critical biological processes (Krishnan et al. 1994).  PBPK models are also called biologically based tissue dosimetry models.  PBPK models are increasingly used in risk assessments, primarily to predict the concentration of potentially toxic moieties of a chemical that will be delivered to any given target tissue following various combinations of route, dose level, and test species (Clewell and Andersen 1985).  Physiologically based pharmacodynamic (PBPD) models use mathematical descriptions of the dose-response function to quantitatively describe the relationship between target tissue dose and toxic end points.

PBPK/PD models refine our understanding of complex quantitative dose behaviors by helping to delineate and characterize the relationships between: (1) the external/exposure concentration and target tissue dose of the toxic moiety, and (2) the target tissue dose and observed responses (Andersen et al. 1987; Andersen and Krishnan 1994).  These models are biologically and mechanistically based and can be used to extrapolate the pharmacokinetic behavior of chemical substances from high to low dose, from route to route, between species, and between subpopulations within a species.  The biological basis of

PBPK models results in more meaningful extrapolations than those generated with the more conventional use of uncertainty factors.

The PBPK model for a chemical substance is developed in four interconnected steps: (1) model representation, (2) model parametrization, (3) model simulation, and (4) model validation (Krishnan and Andersen 1994). In the early 1990s, validated PBPK models were developed for a number of toxicologically important chemical substances, both volatile and nonvolatile (Krishnan and Andersen 1994; Leung 1993). PBPK models for a particular substance require estimates of the chemical substance-specific physicochemical parameters, and species-specific physiological and biological parameters. The numerical estimates of these model parameters are incorporated within a set of differential and algebraic equations that describe the pharmacokinetic processes. Solving these differential and algebraic equations provides the predictions of tissue dose. Computers then provide process simulations based on these solutions.

The structure and mathematical expressions used in PBPK models significantly simplify the true complexities of biological systems. If the uptake and disposition of the chemical substance(s) is adequately described, however, this simplification is desirable because data are often unavailable for many biological processes. A simplified scheme reduces the magnitude of cumulative uncertainty. The adequacy of the model is, therefore, of great importance, and model validation is essential to the use of PBPK models in risk assessment.

PBPK models improve the pharmacokinetic extrapolations used in risk assessments that identify the maximal (i.e., the safe) levels for human exposure to chemical substances (Andersen and Krishnan 1994). PBPK models provide a scientifically sound means to predict the target tissue dose of chemicals in humans who are exposed to environmental levels (for example, levels that might occur at hazardous waste sites) based on the results of studies where doses were higher or were administered in different species. Figure 3-7 shows a conceptualized representation of a PBPK model.

Two models for selenium were located in the literature. Patterson and coworkers (Patterson and Zech 1992; Patterson et al. 1989, 1993) have developed compartmental models of the kinetics of selenium orally administered as selenite or selenomethionine in adult humans.

**Figure 3-7. Conceptual Representation of a Physiologically Based Pharmacokinetic (PBPK) Model for a Hypothetical Chemical Substance**



Source: adapted from Krishnan et al. 1994

Note: This is a conceptual representation of a physiologically based pharmacokinetic (PBPK) model for a hypothetical chemical substance. The chemical substance is shown to be absorbed via the skin, by inhalation, or by ingestion, metabolized in the liver, and excreted in the urine or by exhalation.

3. HEALTH EFFECTS

**Patterson et al. (1989) Selenite Model**

**Description of the model.**     Patterson and coworkers (Patterson and Zech 1992; Patterson et al. 1989, 1993) developed a compartmental model of the kinetics of ingested selenite in adult humans based on data from human subjects who consumed a single oral dose of 200 μg [74]Se as selenite.  The model assumes that 84% of the administered selenium is absorbed and that absorption is rapid.  Absorbed selenite is assumed to distribute to six compartments: gastrointestinal tract, plasma, hepatopancreatic/ lymphatic system, liver/pancreas, bile, and tissues (Figure 3-8).  Unabsorbed selenium is excreted in the feces.  Absorption occurs from the gastrointestinal compartment (probably the small intestine, but also possibly the stomach) into a rapidly turning-over pool (the intestinal cells or enterocytes) from which it leaves by two pathways.  The central compartment is represented as four kinetically distinct plasma pools, P1 (the portal circulation), P2 (before passage through the liver), P3 (after passage through the liver), and P4 (after passage through the tissues).  In the first pathway, selenium enters P1.  The second pathway is to a liver/pancreatic compartment.  Transport into and out of P1 is very rapid ($T_{1/2}$ approximately 0.36 hours) and this may represent selenium in the portal circulation passing through the liver before appearing in P3, but not removed in the first pass.  The second pathway is via the hepatopancreatic/ lymphatic system compartment to a second plasma pool (P2).  Appearance of selenium in P2 is delayed ($T_{1/2}$ approximately 0.55 hours), representing the time needed to move through the hepatopancreatic/ lymphatic system compartment.  From the two plasma pools (P1 and P2), selenium can be excreted in the urine ($T_{1/2}$ approximately 3.94 and 1.96 hours, respectively) or it can move into the liver/pancreas compartment.  After a delay of 4–6 hours, the selenium leaves the liver/pancreas either to a bile compartment ($T_{1/2}$ approximately 0.13 hours) and thence to the gut (G1) for excretion in feces or to a third plasma pool (P3) ($T_{1/2}$ approximately 0.19 hours).  From P3, selenium can be excreted in the urine ($T_{1/2}$ approximately 4.15 hours) or can move into a large, slowly turning-over tissue compartment.  Finally, selenium is transferred very slowly ($T_{1/2}$ approximately 1.27 hours) from the tissues (probably final metabolic products) to a fourth plasma pool (P4) and hence to the urine ($T_{1/2}$ approximately 6.54 hours).

**Validation of the model.**     The extent to which this model has been validated is not described in Patterson and coworkers (Patterson and Zech 1992; Patterson et al. 1991, 1993).

**Risk assessment.**     The model was designed to simulate the pharmacokinetics of selenium orally administered as selenite to humans as a preparation for a larger anticancer supplementation study jointly undertaken by the National Cancer Institute (NCI) and the U.S. Department of Agriculture (USDA) (Patterson and Zech 1992; Patterson et al. 1991, 1993).

**Figure 3-8. Selenite Model, a Kinetic Model for Selenite Metabolism**



The arrow with an asterisk indicates the site of entry of the oral Se tracer. Arrows between compartments represent pathways of fractional transport. Compartments depicted as rectangles represent delays. Compartments G1, G2, G3, three-gut compartments, probably the small intestine; ENT, enterocytes (intestinal cells); HPL, compartment in hepato-pancreatic subsystem or lymphatic system; L/P, liver and pancreas; LI, large intestine; T1, T2, peripheral tissues, e.g., skeletal muscle, bone, kidney. Feces and urine compartments are drawn in the shape of test tubes to represent fractional (single) collections. The model includes absorption distributed along the gastrointestinal tract, enterohepatic recirculation, four-kinetically distinct plasma pools, P1–P4, a subsystem consisting of liver and pancreas, and a slowly turning-over tissue pool.

Source: Patterson et al. 1993

**Target tissues.** The model is designed to simultaneously account for the appearance and disappearance of selenium in plasma, urine, and feces after administration of a single oral dose of [74]Se as selenite (Patterson and Zech 1992; Patterson et al. 1991, 1993).

**Species extrapolation.** The model is designed for applications to human dosimetry and cannot be applied to other species without modification.

**Interroute extrapolation.** The model is designed to simulate oral exposures to selenite and cannot be applied to other routes of exposure without modification.

**Extrapolation to other forms of selenium.** The model is designed to simulate oral exposures to selenite and cannot be applied to other forms of selenium without modification.

**Swanson et al. (1991) Selenomethionine Model**

**Description of the model.** Swanson and coworkers (Patterson et al. 1993; Swanson et al. 1991) produced a model for ingested selenomethionine in adult humans based on data from human subjects who consumed a single oral dose of 200 µg [74]Se as selenomethionine and the model of the kinetics of ingested selenite described above. Four major changes (indicated by bold lines in Figure 3-9) were made to the selenite model to achieve an adequate fit to the selenomethionine data: (1) the amount of label absorbed into the enterocyte was increased (the absorption of [74]Se was 98% for selenomethionine compared with 84% for selenite), (2) the amount of label removed from the plasma in the first pass through the liver was increased, (3) a pathway from P4 back to the liver was added, providing for conservation and reutilization of amino acids (estimated 95% of material from P4 is recycled), and (4) a second tissue subgroup was added to the model and rate constants were adjusted so that the subgroups had different turnover times.

The most important differences between the selenite and selenomethionine models lie in the turnover times. The estimated turnover times in the plasma, liver/pancreas, and tissues are shorter for seleno-methionine than for selenite, but the estimated turnover time for the whole body is more than twice as long for selenomethionine as for selenite. This is probably because selenite is not recirculated, whereas selenomethionine is extensively recycled, passing through the individual organs and tissues many times before being excreted.

APPX ATT_V6_3086

**Figure 3-9. Selenomethionine Model, a Kinetic Model for Selenomethionine Metabolism**



The arrow with an asterisk indicates the site of the oral Se tracer. Arrows between compartments represent pathways of fractional transport. Compartments depicted as rectangles represent delays. G1, G2, G3, three-gut compartments, probably small intestine; ENT, enterocytes (intestinal cells); HPL, compartment in hepatopancreatic subsystems or lymphatic system; L/P, liver and pancreas; LI, large intestine; T1, T2, T3, T4, peripheral tissues, e.g., skeletal muscle, bone, kidney. Feces and urine along the gastrointestinal tract, enterohepatic recirculation, four-kinetically distinct plasma pools, P1–P4, a subsystem consisting of the liver and pancreas, two tissue subsystems that are slowly turning-over, and a pathway for reutilization of selenium metabolites from peripheral tissues. The bold lines indicate the major modifications to the Selenite Model (Figure 3-8).

Source: Patterson et al. 1993

**Validation of the model.**    The extent to which this model has been validated is not described by the authors (Patterson et al. 1993; Swanson et al. 1991).

**Risk assessment.**    The model was designed to simulate the pharmacokinetics of selenium orally administered as selenomethionine to humans as a preparation for a larger anti-cancer supplementation study jointly undertaken by the NCI and the USDA (Patterson et al. 1993; Swanson et al. 1991).

**Target tissues.**    The model is designed to simultaneously account for the appearance and disappearance of selenium in plasma, urine, and feces after administration of a single oral dose of $^{74}$Se as selenomethionine (Patterson et al. 1993; Swanson et al. 1991).

**Species extrapolation.**    The model is designed for applications to human dosimetry and cannot be applied to other species without modification.

**Interroute extrapolation.**    The model is designed to simulate oral exposures to selenomethionine and cannot be applied to other routes of exposure without modification.

**Extrapolation to other forms of selenium.**    The model is designed to simulate oral exposures to selenomethionine and cannot be applied to other forms of selenium without modification.

## 3.5    MECHANISMS OF ACTION

### 3.5.1    Pharmacokinetic Mechanisms

As discussed in Section 3.4.1, selenium is readily absorbed by inhalation or ingestion when present in any of several compounds. Inhalation and oral absorption are extensive, although the rate of absorption varies depending on the form of selenium (Medinsky et al. 1981a; Moser-Veillon et al. 1992; Swanson et al. 1991; Weissman et al. 1983; Young et al. 1982). Oral bioavailability is generally independent of the exposure level, but may be increased in some selenium-deficient individuals (Griffiths et al. 1976; Martin et al. 1989a; Thomson 1974; Thomson et al. 1977). Selenate and selenomethionine appear to be absorbed by the intestine largely unchanged, while selenite and selenocysteine are metabolized during absorption (Hasegawa et al. 1995, 1996b; Spencer and Blau 1962; Whanger et al. 1976, 1996). No evidence of significant dermal absorption of selenium by humans was located, although mice can absorb topically-applied selenomethionine (Burke et al. 1992b). An active transport mechanism for selenomethionine

absorption in the intestine has been described (Spencer and Blau 1962), but mechanisms of absorption and distribution for dermal and pulmonary uptake are unknown and subject to speculation.

Absorbed selenium is carried throughout the body in the blood, eventually being distributed to all tissues. Injection studies in humans have shown that after selenium enters the blood, it rapidly becomes protein-bound (Burk 1974; Hirooka and Galambos 1966a), while *in vitro* studies have shown that selenite is accumulated in erythrocytes via an active transport mechanism (Lee et al. 1969).  Selenium is an essential element and is incorporated into selenoproteins (e.g., glutathione peroxidase, iodothyronine deiodinases) as selenocysteine.  Most studies report similar distribution patterns for selenium, regardless of the form in which it was administered; however, the concentration reached is generally higher for doses delivered as an organic form of selenium, such as selenomethionine, than for the same dose delivered as an inorganic form (Behne et al. 1991; Butler et al. 1990; Grønbaek and Thorlacius-Ussing 1992; Ip and Hayes 1989; Salbe and Levander 1990b; Shiobara et al. 1998; Zi-Jian Jie 1992).  In humans, the highest levels of selenium are found in the liver and kidney (see Table 3-6 for normal levels of selenium in human tissues). Selenomethionine is not synthesized by humans, but can be incorporated into proteins in the place of methionine; because of this, selenomethionine is retained for a longer time within the body than inorganic forms, and it may therefore represent a storage form of the element.  Unlike selenomethionine, there is no evidence that selenocysteine and inorganic selenium (selanate) are incorporated non-specifically into plasma protein, suggesting that these forms are metabolized by specific selenium metabolic processes. For example, selenocysteine seems to incorporate selenium into selenoproteins, but not into other proteins in place of cysteine (Burk et al. 2001).

Selenium and the glutathione (GSH) system have key functions in the body's antioxidant defense (Arteel and Sies 2001; Brigelius-Flohe 1999).  GSH is involved in direct interception of pro-oxidants, as well as the reduction of other antioxidants from their oxidized forms (Arteel and Sies 2001).  GSH also has ancillary functions (e.g., metabolism, cell signaling, and protein interactions) that can mediate defense against antioxidants.  The redox reactions of GSH involve glutathione peroxidase (GPX) and glutathione disulfide (GSSG) as catalysts, whereas the main class of enzymes involved in thioether formation are the GSH transferases.  Antioxidant protection by selenium in the mammalian cell is mediated by selenoamino acids, either as selenocysteine or selenomethionine.  Selenomethionine has GPX-like activity, and the active site of GPX contains selenocysteine residues.  GPX catalyzes the reduction of various kinds of hydroperoxides (e.g., simple hydroperoxides, lipid peroxides) by using GSH as the reducing substrate. Several isozymes of GPX have been identified, including plasma GPX, gastrointestinal GPX, and phospholipid hydroperoxide GPX (reduces lipid hydroperoxides found in biomembranes and sperm)

(Brigelius-Flohe 1999). Other selenoproteins (e.g., selenoprotein P and thioredoxin reductase) also have been shown to have antioxidant properties, and can function in the defense against peroxynitrite, by reducing this oxidizing and nitrating species into nitrite (Arteel and Sies 2001; Holmgren and Kumar 1989; Burke and Hill 2000; Ganther 1999).

The antioxidant action of GPX towards hydroperoxides appears to involve an enzymatic catalysis reaction cycle (a 'tert-uni ping-pong' mechanism) (Arteel and Sies 2001). The reaction cycle is thought to proceed in three main steps, involving the enzyme-bound selenocysteine, which is present as the selenol. In the first step of the reaction, the organic hydroperoxide reacts to yield selenenic acid and the corresponding alcohol. The remaining steps consist of the sequential reduction by thiols (GSH), leading to regeneration of the selenol and glutathione disulfide. GPX serves more as an ancillary reductant than as a direct antioxidant *per se*.

Deiodination is an important mechanism for the deactivation of the thyroid hormones, $T_4$ and $T_3$, as well as for the production of extrathyroidal thyroid $T_3$. The deiodination reactions are catalyzed by selenium-dependent deiodinase enzymes (selenodeiodinases). Three selenodeiodinases have been described that differ in substrate preference, reaction products, response to inhibitors, and response to $T_3$ (Larsen et al. 1998). Full activity of each enzyme requires selenocysteine in the amino acid sequence of the active site, which is the basis for deiodination activity being responsive to nutritional selenium status (see Section 3.9).

Excretion of selenium by humans occurs in the urine, feces, expired air, and sweat, but urine and feces are the major routes of elimination. Some of the selenium in feces may be due to bilary excretion (Levander and Baumann 1966a, 1966b). Elimination is reduced in selenium-deficient individuals and may represent a mechanism by which selenium levels are regulated (Martin et al. 1989a; Swanson et al. 1991). Methylation is an important mechanism of detoxification for selenium; dimethyl selenide is exhaled, and the trimethylselenonium ion is the major urinary metabolite of selenium. Experiments in mice suggest that the hepatic toxicity of selenium may be at least partly due to depression of selenium methylation in the liver, resulting in the accumulation of excess selenides (Nakamuro et al. 2000).

## 3.5.2   Mechanisms of Toxicity

Selenium in the body can be grouped in three main categories: selenium in proteins, non-protein selenium species, and selenoamino acids (Lobinski et al. 2000). The most prevalent selenium species

include selenocysteine, selenomethionine, and inorganic forms of selenium (selenite and selenate). Selenocysteine-containing proteins are particularly important because they are largely responsible for the antioxidant properties of selenium. The main selenoproteins are glutathione peroxidase (GPX), thioredoxin reductase, and iodothyronine 5'-deiodinases, and the activity of these selenocysteine enzymes generally decreases and increases when selenium is depleted or repleted (Lobinski et al. 2000). Selenium can also be incorporated directly into non-specific proteins in the place of methionine (i.e., as selenomethionine), which contributes to the pool of selenomethionine-rich proteins present in human and animal tissues, or become part of selenium-binding proteins in which selenium is not covalently bound to the molecules (Arteel and Sies 2001; Bansal et al., 1989, 1990; Gladyshev and Kryukov 2001; Lobinski et al. 2000; Sani et al., 1988).

Little is known about the specific biochemical mechanism(s) by which selenium and selenium compounds exert their acute toxic effects. Generally, water-soluble forms are more easily absorbed and are generally of greater acute toxicity. Several mechanisms have been proposed to explain the various long-term toxic effects of excess selenium, such as alterations in the hair, skin, nails, liver, thyroid, and nervous system, as discussed below. This includes information on mechanisms by which selenium exerts effects as a component of GPX, thioredoxin reductase, and the iodothyronine deiodinases, although the roles of other selenium-containing proteins in mammalian metabolism have not been clarified. Selenium also has strong interactions with other nutrients such as vitamin E, toxic metals such as mercury and cadmium, and various xenobiotics (see Section 3.9).

Selenium readily substitutes for sulfur in biomolecules and in many biochemical reactions, especially when the concentration of selenium is high and the concentration of sulfur is low in the organism Stadtman 1983; Raisbeck 2000). Inactivation of the sulfhydryl enzymes necessary for oxidative reactions in cellular respiration, through effects on mitochondrial and microsomal electron transport, might contribute to acute selenium toxicity (Levander 1982; Lombeck et al. 1987; Mack 1990; Shamberger 1981). Selenium may have a role in hepatic heme metabolism that is related to GPX or lipid peroxidation (Levander 1982). Selenocysteine is specifically found in some proteins (e.g., glutathione peroxidase); selenomethionine appears to randomly substitute for methionine in protein synthesis. This appears to be an additional mechanism for intermediate- or chronic-duration toxicity (Levander 1982; Stadtman 1983; Tarantal et al. 1991). Skin, hair, and nail damage are significant indicators of chronic selenium overexposure. The mechanism causing these integumentary effects is unclear, but could be related to the high selenium concentrations in these tissues as a consequence of the substitution of selenium for sulfur in certain amino acids, including the disulfide bridges that provide tertiary structure and function to

proteins. For example, substitution of selenium for sulfur in keratin results in weakened physical protein structure and failure of keratinized tissues such as hair and hoof (Raisbeck 2000). The nails and hair are considered to be routes for excretion of excess selenium (Yang et al. 1989b).

Considerable evidence is available supporting oxidative stress as the key biochemical lesion of selenium intoxication (Raisbeck 2000; Spallholz et al. 1994). Inorganic forms of selenium appear to react with tissue thiols by redox catalysis resulting in formation of reactive oxygen species (superoxide anion $[O_2^-]$). For example, selenite is a prooxidant catalyst that reacts with GSH endogenously in cells or extracellularly causes toxicity by the formation of superoxide and elemental selenium (Seko and Imura 1997; Seko et al. 1989; Spallholz 1994). Selenocystamine (a diselenide) catalyzes the formation of superoxide under aerobic conditions in the presence of thiol; this reaction could play a role in the toxicity of diselenides and alkylselenols (Chaudiere et al. 1992). Selenium can have inhibitory effects on thiol proteins by modification via (1) formation of S-Se-S (selenotrisulfides) and S-Se (selenylsulfide) bonds, (2) catalysis of S-S (disulfide bonds) with no incorporation of selenium in the protein, and (3) formation of Se-Se diselenides (Ganther 1999). Proteins that contain regulatory cysteines can similarly form selenium adducts with toxicity resulting from inactivation of essential thiol groups.

Selenium can also play a role in the redox-regulating activities of GPXs with inflammatory superoxides and phospholipid hydroperoxides. A selenoprotein P-supported plasma GPX could bind to endothelial cells and protect them against inflammatory hydroperoxides (Hill and Burke 1989, 1997). Metabolites from reactions of GPX and phospholipid hydroperoxides could suppress cytokine or growth factor triggered gene activation (Flohe et al. 1997). Selenium appears to be a key element that, through its modulation of GPX activity, can inhibit activation of the transcription factor NF-κB, which is involved in the regulation of the expression of numerous cellular genes, particularly those involved in immune, inflammatory, and stress responses (Kretz-Remy and Arrigo 2001).

Apoptosis induced by tumor necrosis factor might be inhibited by overexpression of cytosolic GPX or phospholipid hydroperoxide GPX because the apoptotic signaling cascade could be stimulated by hydroperoxides (Brigelius-Flohe 1999). Selenium compounds that form the methylselenide anion (selenol) have been shown to induce cellular apoptosis, and one selenium compound, selenium-methylselenocysteine, induced apoptosis in cancer cells through activation of capsases (a likely mechanism for other selenium compounds that also induce apoptosis) (Ganther 1999; Spallholz 2001). Hypotheses for the protective role of selenium against cancer development include the inhibition of carcinogen-induced covelant DNA adduct formation, retardation of oxidative damage to DNA, lipids, and proteins, and

modulation of cellular and molecular events that are critical in cell growth inhibition and in the multi-step carcinogenesis process (El-Baoumy 2001; Ganther 1999; Spallholz 2001).

Intracellular redox function can also be affected by selenium deficiency. In general, the toxicity of compounds that are metabolized to form free radicals increases in selenium-deficient animals, and many of the effects are prevented by supplements of selenium. For example, the active role of selenium in thioredoxin reductase helps reduce nucleotides in DNA synthesis, and selenium in GPX reduces phospholipid hydroperoxides and hydrogen peroxide (Ganther 1999; Holmgren and Kumar 1989; Spallholz 2001). Peroxidative degradation of polyunsaturated fatty acids in membranes causes formation of chemicals, such as free radicals, aldehydes, and epoxides, which can have cytotoxic, hepatotoxic, and genotoxic effects (Esterbauer et al. 1989). The role of selenium in protecting against early pregnancy loss may be linked to reduced antioxidant protection of biological membranes and DNA by low concentrations of GPX. Levels of hemoglobin adducts from aldehydes and epoxides in selenium-deficient animals were enhanced due to loss of selenium-dependent GPX activity (Kautiainen et al. 2000). Degenerative diseases such as skeletal and cardiac myopathies, which occur particularly in selenium-deficient cattle and sheep, appear to be due to loss of membrane phospholipid hydroperoxide GPX activity (Arthur and Beckett 1994b).

Selenium status can also influence thyroid hormone function via the deiodinase enzymes (Brätter and Negretti De Brätter 1996; Hawkes and Turek 2001). Selenium is a critical component of the deiodinase enzymes, including iodothyronine 5'-deiodinases, which convert the prohormone thyroxine ($T_4$) to the active circulating form, triiodothyronine ($T_3$) (Delange 2000; Köhrle 1994; St Germain and Galton 1997). Selenium is also a component of GPX, the main enzyme responsible for protecting thyroid cells against oxidative damage. GPX is involved in the detoxification of hydrogen peroxide, which is produced in the thyroid during the conversion of $T_4$ to $T_3$.

### 3.5.3 Animal-to-Human Extrapolations

No studies were located that specifically examined species-related differences in selenium pharmacokinetics. Similar patterns of absorption, distribution, and elimination have been reported for human and animal systems and the dermal, endocrine, and neurological effects of chronic exposure in humans are similar to those reported for animals exposed to very high doses of selenium. However, species-specific differences in toxicity are present (e.g., the main effect of selenium toxicity in rodents is

USCA Case #25-1087     Document #2105058        Filed: 03/10/2025     Page 788 of 2126

damage to the liver, which is not observed in humans) and this may represent evidence of underlying differences in how selenium is metabolized.

## 3.6   TOXICITIES MEDIATED THROUGH THE NEUROENDOCRINE AXIS

Recently, attention has focused on the potential hazardous effects of certain chemicals on the endocrine system because of the ability of these chemicals to mimic or block endogenous hormones.  Chemicals with this type of activity are most commonly referred to as *endocrine disruptors*.  However, appropriate terminology to describe such effects remains controversial.  The terminology *endocrine disruptors*, initially used by Colborn and Clement (1992), was also used in 1996 when Congress mandated the Environmental Protection Agency (EPA) to develop a screening program for "...certain substances [which] may have an effect produced by a naturally occurring estrogen, or other such endocrine effect[s]...".  To meet this mandate, EPA convened a panel called the Endocrine Disruptors Screening and Testing Advisory Committee (EDSTAC), which in 1998 completed its deliberations and made recommendations to EPA concerning *endocrine disruptors.*  In 1999, the National Academy of Sciences released a report that referred to these same types of chemicals as *hormonally active agents*.  The terminology *endocrine modulators* has also been used to convey the fact that effects caused by such chemicals may not necessarily be adverse.  Many scientists agree that chemicals with the ability to disrupt or modulate the endocrine system are a potential threat to the health of humans, aquatic animals, and wildlife.  However, others think that endocrine-active chemicals do not pose a significant health risk, particularly in view of the fact that hormone mimics exist in the natural environment.  Examples of natural hormone mimics are the isoflavinoid phytoestrogens (Adlercreutz 1995; Livingston 1978; Mayr et al. 1992).  These chemicals are derived from plants and are similar in structure and action to endogenous estrogen.  Although the public health significance and descriptive terminology of substances capable of affecting the endocrine system remains controversial, scientists agree that these chemicals may affect the synthesis, secretion, transport, binding, action, or elimination of natural hormones in the body responsible for maintaining homeostasis, reproduction, development, and/or behavior (EPA 1997).  Stated differently, such compounds may cause toxicities that are mediated through the neuroendocrine axis.  As a result, these chemicals may play a role in altering, for example, metabolic, sexual, immune, and neurobehavioral function.  Such chemicals are also thought to be involved in inducing breast, testicular, and prostate cancers, as well as endometriosis (Berger 1994; Giwercman et al. 1993; Hoel et al. 1992).

Selenium is a component of all three members of the deiodinase enzyme family, the enzymes responsible for deiodination of the thyroid hormones (Köhrle 1994; St. Germain and Galton 1997).  The deiodinases

contain a selenocysteine at the active site, which is required for catalytic activity. There are three types of deiodinases and they differ in terms of tissue distribution, reaction kinetics, efficiency of substrate utilization, and sensitivity to inhibitors. The first to be recognized as a selenoprotein was type I iodothyronine 5'-deiodinase, which converts the prohormone thyroxine ($T_4$) to the active form, triiodothyronine ($T_3$) and to date, studies of the effects of excess selenium have focused on this protein. Under normal circumstances, the human thyroid produces only 20–30% of its hormone as $T_3$; the remainder is $T_4$ (a minute amount of reverse $T_3$ ($rT_3$) is also produced), which is largely converted to active $T_3$ by type I deiodinase located within the liver, euthyroid pituitary, kidney, thyroid, and brain. Type I deiodinase is a membrane bound protein and, thus, its activity has not been directly measured in studies of humans supplemented with selenium. Human studies have instead measured serum levels of $T_3$, $rT_3$, $T_4$, and TSH.

Two human studies have demonstrated a decrease in $T_3$ levels in response to increased dietary selenium although the hormone levels remained within the normal human range (Brätter and Negretti De Brätter 1996; Hawkes and Turek 2001). The effect of increased dietary selenium on other thyroid hormones is unclear. No significant correlation between selenium intake and serum $T_4$ or TSH levels was found in the study of Brätter and Negretti De Brätter (1996), although Hawkes and Turek (2001) showed that TSH concentration increased (+37%) and was significantly different relative to baseline levels (p<0.06) in a high selenium group. In a third study of the effects of selenium supplementation, New Zealanders with normally low selenium intake (unsupplemented intake of 28–29 µg/day) showed a reduction in $T_4$ concentration in all groups after 20 weeks (Duffield et al. 1999). A significant inverse correlation was found between serum levels of selenium and TSH among fish consumers; however, it is not known if this population had a high selenium intake (Hagmar et al. 1998).

Male rats receiving diets supplying 0.05mg selenium/kg/day for 6–12 weeks have been shown to have reductions in type-I-deiodinase activity (Behne et al. 1992; Eder et al. 1995; Hotz et al. 1997). However, the levels of thyroid hormones in these animals have not shown a consistent pattern. Exposure to 0.055 mg selenium/kg/day as sodium selenite for 40 days produced a significant decrease in serum levels of $T_3$ (Eder et al. 1995). In another study, a dose of 0.09 mg selenium/kg/day as sodium selenate in food for 6 weeks produced a significant (~30%) increase in TSH (Hotz et al. 1997), and no significant changes in thyroid levels of $T_3$ or $T_4$ were found in rats receiving 0.105 mg selenium/kg/day as sodium selenite or 0.118 mg selenium/kg/day as L-selenomethionine for 3 months (Behne et al. 1992).

Many studies have documented reduced body weight gain in young animals treated with selenium compounds and abnormal weight loss in older animals (Grønbaek et al. 1995; Halverson et al. 1966; Harr et al. 1967; Jacobs and Forst 1981a; Nelson et al. 1943; NTP 1994; Johnson et al. 2000; Palmer and Olson 1974; Panter et al. 1996; Schroeder 1967; Tsunoda et al. 2000). There is evidence to suggest that these effects may be due in part to the interactions of selenium or selenium compounds with hormones that regulate normal growth and body weight. Reduced insulin-like growth factor-binding protein-3, growth hormone secretion in response to growth hormone releasing factor, and somatomedin C levels have been reported in rats exposed to sodium selenite in drinking water (Grønbaek et al. 1995; Thorlacius-Ussing et al. 1988), although somatomedin C was not a sensitive end point in humans from a high selenium area of South Dakota (Salbe et al. 1993).

No studies were located regarding adverse effects on human reproduction following oral exposure to elemental selenium or to selenium compounds. However, data from animal studies suggest that oral exposure to selenium may be associated with male infertility. Adverse effects associated with selenium exposure include decreased sperm counts in rats and rabbits (El-Zarkouny et al. 1999; Kaur and Parshad 1994; NTP 1994), sperm abnormalities in rats and rabbits (El-Zarkouny et al. 1999; Kaur and Parshad 1994), testicular hypertrophy in rats (Turan et al. 1999a), and a significant reduction in serum testosterone in rabbits (El-Zarkouny et al. 1999). However, it is not clear what effect, if any, this had on the ability of the animals to reproduce, as chronic administration of selenate did not affect male fertility in rats or mice (Rosenfeld and Beath 1954; Schroeder and Mitchener 1971b).

Chronic exposure of mice and rats to otherwise nontoxic doses has been shown to reduce fertility and to markedly reduce the viability of the offspring of pairs that are able to conceive (Schroeder and Mitchener 1971b; Wahlstrom and Olson 1959b). Selenium exposure has been shown to alter the length of the estrous cycle in female mice (Nobunaga et al. 1979) and to alter the menstrual cycle in monkeys (Cukierski et al. 1989). Vaginal cytology of female rats provided with drinking water containing selenate or selenite indicated that the rats spent more time in diestrus and less time in proestrus and estrus than the controls (NTP 1994). However, it is not clear what effect, if any, this had on the ability of the animals to reproduce.

Fertility studies in mice, rats, and pigs have demonstrated reduced rates of conception after oral treatment with selenium as selenate or selenite (Rosenfeld and Beath 1954; Schroeder and Mitchener 1971b; Wahlstrom and Olson 1959b). Decreased conception rates and increased resorption rates have been reported for cattle, sheep, and horses fed diets naturally containing organic selenium compounds and

exhibiting symptoms of selenosis (Harr and Muth 1972).  An increased concentration of progesterone in the milk and an association of cystic ovaries with elevated blood selenium concentrations was observed in cows receiving selenium supplementation (Mohammed et al. 1991).

Other possible examples of endocrine disruption due to selenium exposure include pancreatic damage in sheep and rats fed selenium as sodium selenite, sodium selenate, or seliniferous wheat (Halverson et al. 1966; Harr et al. 1967; Smyth et al. 1990) and decreased plasma glucose (an insulin-like effect) in rats injected with sodium selenate.  However, these are isolated reports and it is not clear what relevance they have for selenium toxicity in humans.

## 3.7    CHILDREN'S SUSCEPTIBILITY

This section discusses potential health effects from exposures during the period from conception to maturity at 18 years of age in humans, when all biological systems will have fully developed.  Potential effects on offspring resulting from exposures of parental germ cells are considered, as well as any indirect effects on the fetus and neonate resulting from maternal exposure during gestation and lactation. Relevant animal and *in vitro* models are also discussed.

Children are not small adults.  They differ from adults in their exposures and may differ in their susceptibility to hazardous chemicals.  Children's unique physiology and behavior can influence the extent of their exposure.  Exposures of children are discussed in Section 6.6 Exposures of Children.

Children sometimes differ from adults in their susceptibility to hazardous chemicals, but whether there is a difference depends on the chemical (Guzelian et al. 1992; NRC 1993).  Children may be more or less susceptible than adults to health effects, and the relationship may change with developmental age (Guzelian et al. 1992; NRC 1993).  Vulnerability often depends on developmental stage.  There are critical periods of structural and functional development during both prenatal and postnatal life and a particular structure or function will be most sensitive to disruption during its critical period(s).  Damage may not be evident until a later stage of development.  There are often differences in pharmacokinetics and metabolism between children and adults.  For example, absorption may be different in neonates because of the immaturity of their gastrointestinal tract and their larger skin surface area in proportion to body weight (Morselli et al. 1980; NRC 1993); the gastrointestinal absorption of lead is greatest in infants and young children (Ziegler et al. 1978).  Distribution of xenobiotics may be different; for example, infants have a larger proportion of their bodies as extracellular water and their brains and livers are

proportionately larger (Altman and Dittmer 1974; Fomon 1966; Fomon et al. 1982; Owen and Brozek 1966; Widdowson and Dickerson 1964). The infant also has an immature blood-brain barrier (Adinolfi 1985; Johanson 1980) and probably an immature blood-testis barrier (Setchell and Waites 1975). Many xenobiotic metabolizing enzymes have distinctive developmental patterns. At various stages of growth and development, levels of particular enzymes may be higher or lower than those of adults, and sometimes unique enzymes may exist at particular developmental stages (Komori et al. 1990; Leeder and Kearns 1997; NRC 1993; Vieira et al. 1996). Whether differences in xenobiotic metabolism make the child more or less susceptible also depends on whether the relevant enzymes are involved in activation of the parent compound to its toxic form or in detoxification. There may also be differences in excretion, particularly in newborns who all have a low glomerular filtration rate and have not developed efficient tubular secretion and resorption capacities (Altman and Dittmer 1974; NRC 1993; West et al. 1948). Children and adults may differ in their capacity to repair damage from chemical insults. Children also have a longer remaining lifetime in which to express damage from chemicals; this potential is particularly relevant to cancer.

Certain characteristics of the developing human may increase exposure or susceptibility, whereas others may decrease susceptibility to the same chemical. For example, although infants breathe more air per kilogram of body weight than adults breathe, this difference might be somewhat counterbalanced by their alveoli being less developed, which results in a disproportionately smaller surface area for alveolar absorption (NRC 1993).

Selenium is known to be an essential micronutrient for humans and animals; therefore, inadequate as well as excessive selenium intake can cause adverse health effects. The Food and Nutrition Board of the National Research Council has established adequate intakes (AI) of 15–20 µg/day for infants based on the selenium content of milk of well nourished, but unsupplemented, mothers (NAS 2000). No data were available on which to base RDAs for children or adolescents; thus, the RDAs for children and adolescents are extrapolated from adult values. Studies of selenium deficient populations suggest that children are more susceptible to the effects of selenium deficiency and have the highest need for selenium of any individuals in the population (Chen et al. 1980; Yang et al. 1988). Premature and full-term infants generally have significantly lower blood selenium levels than their mothers and/or normal adults (Gathwala and Yadav 2002). Infants born prematurely have lower hepatic selenium stores than term infants at birth, indicating that premature infants are at particular risk for the development of a deficiency state if adequate selenium is not provided in the diet (Bayliss et al. 1985).

Limited information is available relevant to the toxicity of selenium in children.  Observations from the early literature, particularly in livestock and chickens, suggest that young animals are less resistant to selenium than older ones (NAS 1976a; Rosenfeld and Beath 1964b), and a study in rats found that weanlings accumulated more selenium in their tissues than adults (Salbe and Levander 1989).  In contrast, the available information in humans suggests that children may be less susceptible to toxic effects of selenium than adults.  Most data come from children living in areas of chronic high dietary selenium intake (Yang et al. 1989a, 1989b).  Children (aged 3–12 years) in a seleniferous area of China were found to have a significantly higher intake of selenium than the adults in their community, but a corresponding increase in blood levels of selenium appeared only in the children aged 7–12.  When the incidence of selenosis in different age groups was examined, it was found that 97% of cases were older than 18 years, and no cases were observed in children below 12 years of age, even though selenium intakes per kg body weight and blood selenium levels in these age groups were found to be either higher than or equal to those of affected adults.  One study of children living in a seleniferous area of Venezuela found a significant increase in the percentage of children showing lower than normal height compared with controls from a nonseleniferous area (Brätter et al. 1991a).  However, these children also had very low intakes of zinc compared with controls (10–25% of controls), and it is likely that their reduced growth rate is due to inadequate intake of zinc.  Another study that compared children from seleniferous and non-seleniferous areas of Venezuela found slightly reduced height, weight, hemoglobin levels, and hematocrit values for the children from the seleniferous area (no statistical analysis was performed), although no clinical signs of selenosis were observed (Jaffe et al. 1972).  However, the children from the seleniferous zone had a poorer diet, consumed less milk and meat, and had a greater incidence of intestinal parasites, which may account for the differences observed.

No adverse developmental effects of excess selenium have been reported for humans.  Excess selenium is a demonstrated teratogen in birds (Franke and Tully 1935; Franke et al. 1936; Gruenwald 1958; Khan and Gilani 1980; Palmer et al. 1973), but there is no clear evidence linking selenium exposures to develop-mental effects in mammals.  Malformations have been reported for livestock that consumed naturally high seleniferous diets (Dinkel et al. 1963; Rosenfeld and Beath 1964), but it is not clear that these reports took into account consumption of other toxic range plants.  Other studies of developmental effects in livestock receiving controlled diets with known amounts of selenium have generally not observed abnormalities, reduced birth weights, or increased mortality (Panter et al. 1995; Yaeger et al. 1998).  Likewise, studies of laboratory animals have not observed developmental effects, except at levels of selenium administration that produce maternal toxicity (Bergman et al. 1990; Chiachun et al. 1991; Ferm et al. 1990; NTP 1996; Poulsen et al. 1989; Rosenfeld and Beath 1954; Schroeder and Mitchener 1971b; Thorlacius-Ussing

1990).  In a teratology study of long-tailed macaques, no gross abnormalities or growth retardations were observed in fetuses from mothers administered doses that produced maternal toxicity.

No studies were located that compared pharmacokinetic properties of selenium in humans or animals of different ages.  Selenium is transferred to fetuses via the placenta (Archimbaud et al. 1992; Choy et al. 1993; Hawkes et al. 1994; Jandial et al. 1976; Mahan and Kim 1996) and to infants via breast milk (Brätter and Negretti De Brätter 1996; Brätter et al. 1991b; Li et al. 1999; Michalke and Schramel 1998; Moser-Veillon et al. 1992; Rodríguez Rodríguez et al. 1999; Viitak et al. 1995; Yang 1989b).  Studies of lactating women have shown a clear relationship between levels of selenium in the mother's diet and the concentration of selenium in her breast milk (Brätter et al. 1991b).  Colostrum contains more than twice the selenium concentration of mature human milk, but the selenium content of mature milk changes little with advancing stages of lactation (Gathwala and Yadav 2002; Higashi et al. 1983; Mannan and Picciano 1987; Smith et al. 1982).  No information was located regarding adverse effects in infants breast-fed by mothers in regions with high selenium diets.

A series of conditions are associated with oxygen therapy in neonates, including bronchopulmonary dysplasia, retinopathy of prematurity, necrotizing enterocolitis, patent ductus arteriosus, and neuronal injury in hypoxic ischemic encephalopathy (Gathwala and Yadav 2002).  Because these effects might be caused at least in part by oxygen radicals, it has been suggested there is an "oxygen radical disease" in neonatology.  This indicates that antioxidants may form an important modality of treatment in neonates, and because selenium is part of the antioxidant enzyme glutathione peroxidase, good selenium nutrition is important for antioxidant defense (Gathwala and Yadav 2002).

## 3.8    BIOMARKERS OF EXPOSURE AND EFFECT

Biomarkers are broadly defined as indicators signaling events in biologic systems or samples.  They have been classified as markers of exposure, markers of effect, and markers of susceptibility (NAS/NRC 1989).

Due to a nascent understanding of the use and interpretation of biomarkers, implementation of biomarkers as tools of exposure in the general population is very limited.  A biomarker of exposure is a xenobiotic substance or its metabolite(s) or the product of an interaction between a xenobiotic agent and some target molecule(s) or cell(s) that is measured within a compartment of an organism (NAS/NRC 1989).  The preferred biomarkers of exposure are generally the substance itself or substance-specific metabolites in

readily obtainable body fluid(s), or excreta. However, several factors can confound the use and interpretation of biomarkers of exposure. The body burden of a substance may be the result of exposures from more than one source. The substance being measured may be a metabolite of another xenobiotic substance (e.g., high urinary levels of phenol can result from exposure to several different aromatic compounds). Depending on the properties of the substance (e.g., biologic half-life) and environmental conditions (e.g., duration and route of exposure), the substance and all of its metabolites may have left the body by the time samples can be taken. It may be difficult to identify individuals exposed to hazardous substances that are commonly found in body tissues and fluids (e.g., essential mineral nutrients such as copper, zinc, and selenium). Biomarkers of exposure to selenium are discussed in Section 3.8.1.

Biomarkers of effect are defined as any measurable biochemical, physiologic, or other alteration within an organism that, depending on magnitude, can be recognized as an established or potential health impairment or disease (NAS/NRC 1989). This definition encompasses biochemical or cellular signals of tissue dysfunction (e.g., increased liver enzyme activity or pathologic changes in female genital epithelial cells), as well as physiologic signs of dysfunction such as increased blood pressure or decreased lung capacity. Note that these markers are not often substance specific. They also may not be directly adverse, but can indicate potential health impairment (e.g., DNA adducts). Biomarkers of effects caused by selenium are discussed in Section 3.8.2.

A biomarker of susceptibility is an indicator of an inherent or acquired limitation of an organism's ability to respond to the challenge of exposure to a specific xenobiotic substance. It can be an intrinsic genetic or other characteristic or a preexisting disease that results in an increase in absorbed dose, a decrease in the biologically effective dose, or a target tissue response. If biomarkers of susceptibility exist, they are discussed in Section 3.10 "Populations That Are Unusually Susceptible".

## 3.8.1   Biomarkers Used to Identify or Quantify Exposure to Selenium

Biomarkers of exposure are available for high and low exposures to selenium. Selenium can be detected in the blood, feces, urine, hair, and nails of exposed individuals. Both selenium deficiency and excessive levels of selenium are associated with several disorders. For purposes of comparison, reported mean selenium concentrations in whole blood, blood constituents, urine, hair, nails, and the placenta for healthy individuals living in the United States and several other countries are listed in Table 3-7. Based on information collected from 1988 to 1994 in the third National Health and Nutrition Examination Survey (NHANES III), the serum concentration of selenium in the U.S. population has been estimated by sex and

age (DHHS 1997). The mean selenium serum concentration for all ages and both sexes was estimated to be 0.125 mg/L. Additional results from NHANES III are summarized in Chapter 6 (Section 6.5, Table 6-6). The analytical methods used to measure selenium (described in Chapter 7) have improved, and the more recent studies may be more reliable. The values for the Chinese populations studied by Yang et al. (1983, 1989b) were those reported for individuals living in the selenium "adequate" regions included in the study. "Normal" selenium concentrations in blood constituents and other tissues in people from some countries (e.g., New Zealand) are generally lower than those in people living in the United States. In general, urinary excretion rates of 20–200 µg selenium/day are not associated with either selenium deficiency or toxicity (Sanz Alaejos and Diaz Romero 1993).

In the United States and other developed countries, hair selenium concentrations are not necessarily indicative of dietary exposure to environmental selenium. Users of therapeutic dandruff shampoos containing selenium sulfide may have high levels of selenium in their hair because the externally deposited selenium adsorbs to hair (Alfthan 1985). However, due to minimal levels of dermal absorption of selenium from shampoo, blood and urine levels are not significantly affected by selenium-containing shampoos (Howe 1979). Toenail samples have also been used as biomarkers of selenium exposure (Hunter et al. 1990a). Selenium levels in toenails were measured in volunteers who ate bread containing selenium for 1 year (Longnecker et al. 1993). During this time period, selenium in the large toenail did not reach a steady state, while a steady state was reached in the other toenails. After conclusion of the 1-year exposure, levels of selenium continued to decline until they reached baseline levels in 2 years.

Below plasma and whole blood selenium concentrations of 0.10 mg selenium/L, a positive correlation has been reported between blood selenium levels and both erythrocyte and whole blood GPX activity (Duffield et al. 1999; Perona et al. 1977; Thomson 1977; Valentine et al. 1988). GPX is an enzyme that acts as a scavenger of peroxides and protects cells from oxidative damage. However, whole blood selenium levels ≤0.10 mg selenium/L represent the lower end of the range of whole blood selenium concentrations reported by Allaway et al. (1968) for American males.

A correlation between blood selenium levels and GPX activity was not observed when plasma and whole blood selenium levels were above 0.10 mg selenium/L. Therefore, GPX activity is likely to be a biomarker for selenium deficiency but not for overexposure. Neve et al. (1988), on the other hand, found no relationship between erythrocyte or plasma GPX activity levels and plasma selenium levels in a group of Belgian subjects with plasma selenium levels between 0.087 and 0.13 mg selenium/L. However, platelet GPX activity levels did correlate with plasma selenium levels within this range (Neve et al. 1988).

Valentine et al. (1980) measured the level of selenium in whole blood, urine, and hair of 33 residents from a Mexican village who consumed drinking water contaminated with selenium (0.026–1.8 mg selenium/L) from a uranium mill tailing pond.  Blood levels ranging from 0.133 to 0.248 mg selenium/L, urine excretion rates ranging from 14.4 to 337.5 µg selenium/day, and hair selenium levels ranging from 0.02 to 1.98 µg selenium/g were not correlated with GPX activity.  In examining the relationship between selenium and GPX activity, selenium-dependent GPX activity must be distinguished from nonselenium-dependent GPX activity (Edwards and Blackburn 1986).

Selenoprotein P, which contains 10 selenocysteines, is the principal selenoprotein found in plasma (Sunde 1990).  Selenoprotein P in plasma also does not continue to increase with increasing selenium and has been suggested as an alternative to GPX as a biomarker for selenium status (Duffield et al. 1999; Huang et al. 1995).  The function of selenoprotein P has still not been determined.

Field studies have used primarily blood or urine levels to indicate the degree of selenium exposure. Valentine et al. (1978) found a significant correlation between selenium levels in well water used for drinking and urine selenium excretion measured for 35 residents in a New Mexico community.  However, no correlation was found between selenium levels in well water and the blood selenium levels of the 35 residents (Valentine et al. 1978).  The correlation coefficients between the log of urine-selenium excretion (µg selenium/day) and the log of blood-selenium (mg selenium/L) with the log of the well water selenium concentration (mg selenium/L) were 0.57 (p<0.01) and 0.14 (p>0.05), respectively.  The correlation coefficient between the log of hair selenium concentration (µg selenium/g) and the log of the well water selenium levels (mg selenium/L) was 0.45 (p<0.01).

Methylation is a detoxification pathway for selenium, and the extent of methylation is dose-dependent. Monomethylated selenium is excreted in the urine at deficient, normal, and low-toxic levels of selenium, and excretion of trimethylated selenium increases at toxic doses (Kobayashi et al. 2002).  The main monomethylated form of selenium has been identified as a selenosugar (1β-methylselenol-*N*-acetyl-D-galactosamine).  The dose-dependent nature of the metabolism indicates that urinary monomethylated (selenosugar) and trimethylated selenium could be used as indicators of selenium exposure that increase within the required to low-toxic range and with a distinct toxic dose, respectively (Kobayashi et al. 2002).

Clinical symptoms have been associated with excessive blood, urine, and hair levels of selenium in exposed patients.  Glover (1967) examined workers in a selenium rectifier factory and found that selenium levels in urine from workers exposed to selenium (annual averages from 1954 and 1958 range

from 0.076 to 0.109 mg selenium/L urine) were higher than the average urine selenium levels of preemployment applicants (average, 0.034 mg selenium/L urine; range, 0–0.15 mg selenium/L). Garlic breath, skin rashes, indigestion, lassitude, and irritability were noted, but no increase in mortality among exposed workers was detected. Smith and Westfall (1937) examined urine selenium levels in rural populations in Wyoming, South Dakota, and Nebraska and reported evidence of skin discoloration and lesions, tooth decay, diseased nails, gastrointestinal disturbances, and arthritis in individuals with urine selenium levels of 0.2–1.98 mg selenium/L; however, the authors did not find a significant correlation between clinical signs and the level of selenium in the urine. Longnecker et al. (1991) examined ranchers in the same area of the United States where selenosis of livestock had been observed. No clinical effects were observed with concentrations up to 2.2 mg/L in urine. Yang et al. (1983, 1989a, 1989b) measured mean blood, urine, and hair selenium levels of 3.2 mg selenium/L, 2.68 mg selenium/L, and 32.2 µg selenium/g, respectively, in a high selenium area where chronic selenosis was common in China. The clinical signs of selenium intoxication included loss of hair and nails, skin lesions, tooth decay, and nervous system disorders. In another area of China with high environmental levels of selenium but no signs of chronic selenosis in the population, blood selenium levels averaged 0.44 mg selenium/L (with a range from 0.35 to 0.58 mg selenium/L).

At blood levels of 0.06–0.20 mg selenium/L, Deguchi (1985) found selenium to be positively correlated with grasping power and blood pressure in normal men and women and with hematocrit and hemoglobin concentrations in normal women. Similar correlations were not found in subjects with proteinuria or hypertension. In addition, Gebre-Medhin et al. (1988) found that in healthy children, serum selenium levels of 0.055–0.082 mg selenium/L were positively correlated with serum cholesterol, serum triglycerides, low and very low density lipoproteins, and apolipoproteins. Similar correlations were not found in diabetic children, who have slightly elevated serum selenium levels.

***Biomarkers of Deficiency.*** Two endemic diseases, Keshan disease and Kashin-Beck disease, have been reported in selenium-deficient populations in China in which mean hair, blood, and urine selenium levels are low (Yang et al. 1988). Acute Keshan disease, manifested as nausea, vomiting of yellowish fluid, and necrosis of the myocardium, has been found in a population with an average whole blood selenium concentration of 0.018 mg selenium/L, an average urinary concentration of 0.007 mg selenium/L, and an average hair selenium concentration of 0.123 µg/g (Yang et al. 1988). Kashin-Beck disease, which causes atrophy, degeneration, and necrosis of cartilage tissue, was observed in selenium-deficient areas in China, in which the average selenium concentration in hair ranged from 0.077 to 0.165 µg selenium/g and blood selenium concentrations averaged approximately 0.02 mg selenium/L. In nonaffected areas in

China, the selenium content is >0.2 µg selenium/g in hair and >0.06 mg selenium/L in blood (Yang et al. 1988). Although the association between selenium deficiency and Kashin-Beck disease is unclear, selenium-deficiency diseases are unlikely to occur in persons in the United States. If selenium is not added to parenteral nutrition solutions, persons on long-term total parenteral nutrition are at risk for developing selenium deficiency symptoms which include cardiomyopathies, muscle pain, and weakness (Thomson 1991).

There is also some evidence that low serum selenium levels are associated with increased cancer risk, but this is not conclusive (Hojo 1981a; Willett et al. 1983). Salonen et al. (1984) concluded that an increased risk of cancer (a combination of gastrointestinal, respiratory, urogenital, hematologic, dermal, and skeletal cancers) in humans in Finland is associated with serum selenium levels of 0.045 mg selenium/L and below. Virtamo et al. (1987) found that cancer patients in Finland, including individuals with gastrointestinal, respiratory, skin, skeletal, urogenital, and hematological cancers, had slightly but not significantly lower serum selenium levels (mean and standard error of 0.0539±0.0015 mg selenium/L) compared with noncancer patients (0.0553±0.0005 mg selenium/L). However, serum selenium is generally an indicator only of very recent selenium status. As such, serum selenium may indicate an effect of cancer (malabsorption or anorexia) rather than a cause (Lockitch 1989; van't Veer et al. 1990).

A deficiency of selenium is also associated with cardiomyopathy (Johnson et al. 1981; Oster et al. 1983). Salonen et al. (1982) noted a statistically significant association between serum selenium concentrations of less than 0.045 mg selenium/L and the adjusted relative risk of coronary death, cardiovascular death, and myocardial infarction. Hojo (1981a) noted that patients with epilepsy had significantly lower urinary selenium levels than controls.

## 3.8.2    Biomarkers Used to Characterize Effects Caused by Selenium

Specific biomarkers were not found for effects of excess selenium, indicating that better markers of effects are needed at high levels of exposure. Garlic breath is a marker of over-exposure to selenium compounds. However, as other metals that are methylated (e.g., arsenic) also result in garlic odor of the breath, this effect is not a unique marker of selenium over-exposure. Hair and nail effects may be the most frequent effects of overexposure to selenium. Hair becomes dry and brittle and breaks off at the scalp. Nails are also brittle and have white spots and longitudinal streaks, and break off easily (Lockitch

1989).  Although these effects may not be specific to selenium, if they are observed, a determination of selenium status may be useful.

Yang et al. (1989b) used increased prothrombin time (increased clotting time), a measure of hepatic damage, as a biomarker for selenium but their interpretation of their observations may be unwarranted. The difference they saw in affected humans was very small (1 second); prothrombin time has not been previously demonstrated to correlate with symptoms of selenosis nor used to detect selenosis; and since the test has not been widely used, the results reported for the small number of affected individuals may be within the range of normal values for the general population or a subpopulation (IRIS 2003).

In humans and in animal studies, high concentrations of selenium have been demonstrated to cause neurological effects.  Biomarkers of effect for the neurological system have been reviewed by ATSDR (OTA 1990).

## 3.9    INTERACTIONS WITH OTHER CHEMICALS

A wide variety of interactions of selenium with essential and nonessential elements, vitamins, xenobiotics, and sulfur-containing amino acids have been demonstrated in numerous studies.  Selenium has been reported to reduce the toxicity of many metals including mercury, cadmium, lead, silver, and to some extent, copper (Frost 1972; Levander 1982).  Most forms of selenium and arsenic interact to reduce the toxicity of both elements (Levander 1977).  Because of selenium's role in the antioxidant glutathione peroxidase enzymes, selenium also reduces the toxicity of metals in vitamin E-deficient animals (Diplock et al. 1967).

The interactions of selenium with other elements and compounds are complex and not well understood (Naganuma et al. 1983; NAS 1976a).  The degree to which selenium is toxic, is taken up by tissues, or is excreted can be influenced by these interactions.  Some of the major interactions of selenium compounds with other elements and compounds are described below.

*Arsenic.*  In general, arsenic antagonizes selenium toxicity (Levander 1977).  This effect extends to selenium in sodium selenite and selenate, seleniferous wheat, selenocystine, and selenomethionine (Levander 1977).  However, a very pronounced synergistic toxicity exists between arsenic and two methylated selenium metabolites, trimethylselenonium ion and dimethyl selenide (Obermeyer et al.

1971).  One of the more striking demonstrations is the antagonism of arsenic-induced terata in rodents by concomitant selenium exposure (Holmberg and Ferm 1969), and pretreatment of mice with sodium selenite reduced the clastogenic effects of a subsequent dose of sodium arsenite (Biswas et al. 1999b). Moxon et al. (1945) found that arsenic could reduce selenium toxicity when compounds of both elements were injected subcutaneously, thereby indicating that arsenic did more than interfere with the gastrointestinal absorption of selenium.  Kamstra and Bonhorst (1953) found that arsenic reduced the excretion of volatile selenium compounds in expired air following the injection of compounds of both elements into rats at acutely toxic levels.  Levander and Baumann (1966a) found that the amount of selenium retained in the liver decreased and the amount of selenium appearing in the gastrointestinal tract increased as the dose of administered arsenic was increased.  Experiments with rats and guinea pigs with cannulated bile ducts confirmed that arsenic increased the biliary excretion of selenium and that selenium increased the biliary excretion of arsenic (Levander and Baumann 1966b).  It has recently been suggested that the mutual reduction in toxicity of arsenic and selenium administered together is due to the formation of an arsenic-selenium compound, seleno-bis(S-glutathionyl)arsinium (Gailer et al. 2000b).  This compound was isolated from the bile of rabbits injected with selenium and arsenic and identified by X-ray spectroscopy.

**Cadmium.**  Selenium can antagonize the nephrotoxic and hepatotoxic effects of cadmium in rats (Flora et al. 1982; Lindh et al. 1996; Nehru and Bansal 1996; Stajn et al. 1997), the inflammation, atrophy, and necrosis induced by cadmium in testes of rats (Jones et al. 1997; Mason and Young 1967; Ohta and Imamiya 1986; Wlodarczyk et al. 1995; Yiin et al. 1999), and the cardiotoxicity of cadmium in rats (Jamall et al. 1989).  The protective effects are thought to occur as a result of the formation of a selenium-cadmium complex of high molecular weight (Chen et al. 1975; Jamall et al. 1989; Jamba et al. 1997; Ohta and Imamiya 1986).

**Fluoride.**  Fluoride ion may interact with selenium; however, the degree and types of interaction depend upon the chemical form of selenium (i.e., organic or inorganic) and the dose.  Moxon and DuBois (1939) reported that fluoride increased the toxicity of selenium in rats at 5 mg fluoride/L in the drinking water of young rats fed a diet containing 11 ppm selenium (0.55 mg selenium/kg/day) as seleniferous wheat. Selenium decreased growth and increased mortality in rats drinking fluoridated water compared to rats drinking deionized water.  These results were disputed by Hadjimarkos (1969a) who administered 3 mg selenium/L as sodium selenite (0.15 mg selenium/kg/day) either with or without 50 mg fluoride/L as sodium fluoride in the drinking water of rats.  The growth and mortality data indicated that the combined administration of selenium and fluoride under the conditions used did not increase selenium toxicity.

However, the amount of administered fluoride was significantly higher and the amount of administered selenium was significantly lower in the Hadjimarkos (1969a) study than the amounts administered by Moxon and DuBois (1939).  No additional studies were located that reexamined the possible interaction between fluoride and selenium.

***Iodine.***  Selenium and iodine interact to affect thyroid function.  There are at least two aspects to this interaction.  First, selenium is an important component of the deiodinase enzymes, including iodothyronine 5'-deiodinases, which convert the prohormone thyroxine ($T_4$) to the active circulating form, triiodothyronine ($T_3$) (Delange 2000; Köhrle 1994; St Germain and Galton 1997).  Second, selenium is also a component of GPX, the main enzyme responsible for protecting thyroid cells against oxidative damage.  Hydrogen peroxide ($H_2O_2$) is produced in the thyroid during the conversion of $T_4$ to $T_3$ and is detoxified by GPX.  An apparent consequence of interaction between iodine and selenium has been observed in human populations deficient in iodine.  In some iodine-deficient geographic regions, a reversible hypothyroidism with goiter formation (myxedematous cretinism) is observed (Goyens et al. 1987; Vanderpas et al. 1990).  In other iodine-deficient areas, hypothyroidism is accompanied by thyroid cell necrosis.  The thyroid cell necrosis appears to result in populations that are deficient in both iodine and selenium (Contempré et al. 1991a, 1992, 1993, 1995; Köhrle 1994).  Selenium supplementation of individuals deficient in both iodine and selenium produces a further decrease in thyroid function, but if selenium supplementation is preceded by normalization of iodine levels, then normal thyroid function is restored (Contempré et al. 1991, 1992).  Selenium supplementation also affects thyroid hormone levels in humans with no iodine deficiency; these effects include decreases in serum $T_3$ and $T_4$ levels and increases in serum TSH levels, suggesting suppression of thyroid hormone production (Brätter and Negretti De Brätter 1996; Duffield et al. 1999; Hagmar et al. 1998; Hawkes and Turek 2001).  The necrotizing effect of iodine on thyroid cells was greater in selenium-deficient rats than in selenium-supplemented rats (Contempré et al. 1993).  Other studies in rats showed that selenium deficiency causes decreased metabolic clearance of iodothyronines and decreased extrathyroidal production of $T_3$, as a result of decreased iodothyronine deiodinase activity, which can be restored to normal by selenium repletion (Arthur and Beckett 1989, 1994; Behne and Kyriakopolous 1993).  The effects observed in iodine and selenium deficient humans and animals is consistent with a proposed mechanism in which (1) iodine deficiency results in hyperstimulation of the thyroid by TSH and consequently in increased production of $H_2O_2$ within the cells, (2) selenium deficiency results in GPX deficit and consequently in accumulation of $H_2O_2$, and (3) induction of thyroid cell necrosis and fibrosis from the excess $H_2O_2$ that cannot be detoxified due the lack of GPX (Contempré et al. 1995; Delange 2000; Köhrle 1994).  The available data suggest that iodine supplements could cause adverse effects in selenium-deficient individuals.

*Mercury.*  Simultaneous administration of mercury and selenium in equimolar doses to animals resulted in decreased toxicity of both elements in acute and chronic studies with inorganic and organic mercury and with either inorganic or organic selenium compounds, although inorganic forms of selenium appear to be more effective than organic forms (Chang 1983; Rao et al. 1998; Skerfving 1978).  Selenium protects against the acute nephrotoxicity of the mercuric ion and methylmercuric ion in rats (Ganther et al. 1972; Hansen 1988; Magos et al. 1987; Parizek and Ostadalova 1967) and possibly against acute neurotoxicity of the methylmercuric ion in rats (Ohi et al. 1980).  The protective effect of selenium has been associated with a higher whole body retention of mercury rather than with increased mercury excretion (Hansen 1988; Magos et al. 1987).  Selenium has been shown to inhibit biliary excretion of methyl mercury in rats (Urano et al. 1997), while mercury exposure reduces urinary selenium excretion in humans (Ellingsen et al. 1995).  Although the mechanism of the interaction has not yet been elucidated, selenium and mercury appear to form a metabolically inert compound by reaction with GSH (Gailer et al. 2000b).  Further support for the role of this compound comes from the observation that selenium-treated animals can remain unaffected despite an accumulation of mercury in tissues to levels that are otherwise associated with toxicity (Skerfving 1978).  Additional support comes from the 1:1 ratio of selenium and mercury found in the livers of marine mammals and in the bodies of experimental animals injected with mercury and selenium, regardless of the ratio of the administered doses (Hansen 1988).

Although the fetotoxicity of methylmercuric chloride has been enhanced in selenium-deficient mice (Nishikido et al. 1987), additional selenium administration does not appear to protect against teratogenic effects (i.e., cleft palate) of methylmercuric chloride in mice (Lee et al. 1979).  High doses of selenium administered as selenite for 30 days prior to gestation and through gestation day 18 to mice fed a diet containing high doses of methylmercuric chloride increased the incidence of cleft palate (Nobunaga et al. 1979).  Concurrent treatment of pregnant or lactating mice receiving nontoxic doses of methyl mercury in drinking water with selenomethionine increased the deposition of mercury in the offspring (Nielsen and Andersen 1995).

*Methionine and Vitamin E.*  Combinations of methionine and vitamin E have been found to be antagonistic to selenium toxicity.  In one study, selenium concentrations in the liver and kidneys of rats fed selenium (sodium selenate)-containing diets with methionine and vitamin E were less than the concentrations found in the livers and kidneys of rats fed selenium with either methionine or vitamin E alone (Levander and Morris 1970).  The results are compatible with the hypothesis that methionine detoxifies selenium by forming methylated derivatives of selenium that are eliminated in the urine and in

expired air (see Section 3.4.4) (Stadtman 1977, 1980, 1983, 1987, 1990). As discussed in Section 3.11, methionine administered as an antidote for acute selenium toxicity in rats was ineffective (Lombeck et al. 1987).

*Silver.* Selenium has been shown to be protective against the hepatotoxic effects of silver in vitamin E-deficient rats. A 0.15% solution of silver acetate in the drinking water of rats produced necrotic degeneration of the liver and high mortality. Dietary selenium supplementation at 1 mg selenium/kg food resulted in a significant reduction in the toxic effects of silver (Diplock et al. 1967). One report indicates a nontoxic dose of silver acetate in rats minimizes effects of acute selenium toxicity. However, the body burden of selenium in several organs increased with treatment with silver acetate. It is postulated that this antagonistic effect may be due to the formation and disposition of silver selenides, which are relatively insoluble and nontoxic (Eybl et al. 1992).

*Sulfate.* Sulfate appears to reduce the growth inhibition that results from dietary exposure of rats to high levels of selenite or selenate (Halverson and Monty 1960). Sulfate does not appear to be protective against selenium-induced liver damage (Halverson and Monty 1960).

Antagonistic interactions with several additional metals including antimony, germanium, and bismuth have been reported (Paul et al. 1989). Complex interactions of selenium with other metals, vitamins, and nutrients usually lead to a reduced toxicity of selenium and/or a reduced toxicity of the interacting substance. However, vitamin C (ascorbic acid) may increase the absorption and toxic effects of selenium in humans (HSDB 2001; Lombeck et al. 1987; Mack 1990; Martin et al. 1989a, 1989b). The relevance of these interactions to selenium exposure of the general public is unknown. Many review articles are available concerning the interactions of selenium and other chemicals, including those by Combs, Jr., and Combs (1987), Hansen (1988), Levander (1972), Magos and Webb (1980), Naganuma et al. (1983), and Whanger (1981).

## 3.10    POPULATIONS THAT ARE UNUSUALLY SUSCEPTIBLE

A susceptible population will exhibit a different or enhanced response to selenium than will most persons exposed to the same level of selenium in the environment. Reasons may include genetic makeup, age, health and nutritional status, and exposure to other toxic substances (e.g., cigarette smoke). These parameters result in reduced detoxification or excretion of selenium, or compromised function of organs

affected by selenium. Populations who are at greater risk due to their unusually high exposure to selenium are discussed in Section 6.7, Populations With Potentially High Exposures.

Data concerning human subpopulations with unusual susceptibility to the toxic effects of selenium were not located. Epidemiologic studies have identified populations with very low or very high nutritional status, and these groups are expected to have very different responses to selenium exposures. Pregnant and nursing women are believed to require more selenium than the general public (NRC 1989).

It is possible that persons exposed to high fluoride levels in drinking water might be at greater risk of adverse health effects from exposure to excessive levels of selenium (Moxon and DuBois 1939; Yang et al. 1989a), but evidence on this point is equivocal (Hadjimarkos 1969a) and requires further study. Individuals with vitamin E-deficient diets might also be at greater risk of liver damage from exposure to excess selenium (Levander and Morris 1970). Based on studies of chemically induced diabetes in rats, selenium may change insulin needs (McNeil et al. 1991). Therefore, insulin-dependent diabetics may be more sensitive to adverse health effects due to selenium exposure than the general population.

Cretins or other individuals with iodine or thyroid deficiencies may be more sensitive to adverse health effects from selenium exposure (Contempré et al. 1991b, 1992). Iodine supplementation of these individuals without selenium supplementation may further exacerbate the effects. The elderly may be less susceptible to the negative effects of selenium and more prone to selenium deficiencies. A number of researchers have reported lower absorption of selenium and lower selenium tissue concentrations in the elderly compared to younger adults (Martin et al. 1991; Morisi et al. 1989).

Populations living in the western United States in areas eating produce grown in highly seleniferous soils could be at greater risk of adverse health effects from additional environmental exposure to selenium if their selenium nutritional status is already high (see Section 6.6).

## 3.11   METHODS FOR REDUCING TOXIC EFFECTS

This section will describe clinical practice and research concerning methods for reducing toxic effects of exposure to selenium. However, because some of the treatments discussed may be experimental and unproven, this section should not be used as a guide for treatment of exposures to selenium. When specific exposures have occurred, poison control centers and medical toxicologists should be consulted

for medical advice.  The following texts provide specific information about treatment following exposures to selenium:

Nadig RJ.  1994.  Cadmium and other metals and metalloids.  In:  Goldfrank LR, Weisman RS, Flomenbaum N, et al. eds.  Goldfrank's toxicological emergencies.  6th ed.  Norwalk, CT:  Appleton and Lange, 1342-1343.

Mofenson HC, and Caraccio TR.  1998.  Toxicity of household products.  In:  Viccellio P, ed. Emergency toxicology.  2nd ed.  Philadelphia, PA:  Lippincott-Raven, 519.

### 3.11.1    Reducing Peak Absorption Following Exposure

No specific recommendations have been reported for reducing absorption following acute high-dose exposure to selenium or selenium compounds via inhalation or dermal exposure (Gosselin et al. 1984; HSDB 2001).  There have been very few reported cases of overexposure via inhalation in industrial settings but some have resulted in toxic effects (Lockitch 1989).  General procedures suggested for reducing absorption following accidental industrial exposure include moving the exposed person into fresh air, removing contaminated clothing and shoes, and flushing exposed skin or eyes with running water (HSDB 2001).

Oral exposures to toxic quantities of selenious acid, sodium selenate, and selenium dioxide have been reported (Lockitch 1989).  In general, only supportive treatment has been recommended (HSDB 2001; Mack 1990).  In some cases, gastric lavage and induction of vomiting by use of emetics have been reported to be useful in reducing absorption, but because selenious acid (in gun bluing, pH 1) is caustic, both procedures could result in additional damage by this compound (Lombeck et al. 1987; Mack 1990). The possibility of a sudden onset of shock, seizures, severe hypotension, and cardiorespiratory arrest has been used to argue against emesis (Mack 1990).  It has also been suggested that oils and alcohol are to be avoided in treatment of ingested selenium sulfide because these agents may increase absorption (Gosselin et al. 1984).

### 3.11.2    Reducing Body Burden

In acute exposure situations, selenium compounds are rapidly absorbed and widely distributed throughout many organ systems following inhalation or ingestion (see Section 3.4.2).  Extensive parenteral fluid administration has been used to force the urinary excretion of selenium (Lombeck et al. 1987).  Chelating

USCA Case #25-1087     Document #2105058         Filed: 03/10/2025      Page 807 of 2126

agents have not been effective in experiments, and both calcium disodium ethylene diamine tetraacetate (EDTA) and dimercaprol (British Anti-Lewisite, BAL) may increase the toxic effects of selenium (Lombeck et al. 1987; Mack 1990; Paul et al. 1989).  Although vitamin C (ascorbic acid) is used to reduce the body burdens of other metals, it may also increase the absorption and toxic effects of selenium in humans (HSDB 2001; Lombeck et al. 1987; Mack 1990; Martin et al. 1989a, 1989b).  Bromobenzene has been reported to increase the urinary excretion of selenium, but because bromobenzene is also a hepatic toxin, its use is dangerous (Gosselin et al. 1984; HSDB 2001).

### 3.11.3   Interfering with the Mechanism of Action for Toxic Effects

The exact molecular mechanism of toxic action by selenium and selenium compounds is not known.  One theory is that at a biochemical level, selenium inactivates sulfhydryl enzymes leading to depression of cellular oxidative processes (Lombeck et al. 1987; Mack 1990; Shamberger 1981).  No information was located on established therapies designed to interfere with this possible mechanism of action of selenium. Because selenomethionine is known to randomly insert into proteins, rats were treated with methionine after acute selenosis had developed, but no effect was observed (Lombeck et al. 1987).  However, pretreating rats with dietary methionine and vitamin E reduced the toxicity of dietary selenium as measured by decreased liver damage, reduced body weight gain, and decreased liver and kidney concentrations of selenium compared to those in rats that had not received supplements (Levander and Morris 1970).  Inorganic sulfate fed simultaneously with selenite or selenate in the diet protected rats from the toxicity of selenium as measured by body weight gain; however, sulfate did not protect against liver necrosis caused by selenium (Halverson et al. 1962).  It would, therefore, seem plausible that another nontoxic sulfur-containing chemical could be found to be effective against acute selenium toxicity.

The search for an agent that both reduces the acute toxicity of selenium and increases the excretion of the selenium compound formed has proved difficult (Paul et al. 1989).  In some experimental cases, other metals have been shown to mitigate the toxicity of selenium, possibly by forming metal selenides with low solubility and toxicity (see Section 3.9).  Several metal-containing compounds were tested for efficacy in reducing toxic effects and increasing elimination of selenium from sodium selenate injected into rats.  Germanium citrate is nontoxic and was found to be effective both at reducing toxic effects and increasing the rate of selenium elimination.  However, the germanium compound, bis-carboxyethyl germanium sesquioxide, had no positive effect on toxicity or distribution to organs but did increase the amount of selenium excreted in the urine (Paul et al. 1989).  In mice, pretreatment with a nontoxic dose of

silver acetate was shown to reduce the toxic effects of sodium selenite. However, this treatment increased the whole body burden of selenium, and the concentrations in several organs were raised compared to those in the controls injected with sodium selenite only (Eybl et al. 1992). Arsenic was proposed as a possible prophylactic against selenium poisoning in workers, based on counteraction of selenium toxicity in pigs exposed to sodium arsenate (Amor and Pringle 1945).

## 3.12    ADEQUACY OF THE DATABASE

Section 104(i)(5) of CERCLA, as amended, directs the Administrator of ATSDR (in consultation with the Administrator of EPA and agencies and programs of the Public Health Service) to assess whether adequate information on the health effects of selenium is available. Where adequate information is not available, ATSDR, in conjunction with the National Toxicology Program (NTP), is required to assure the initiation of a program of research designed to determine the health effects (and techniques for developing methods to determine such health effects) of selenium.

The following categories of possible data needs have been identified by a joint team of scientists from ATSDR, NTP, and EPA. They are defined as substance-specific informational needs that if met would reduce the uncertainties of human health assessment. This definition should not be interpreted to mean that all data needs discussed in this section must be filled. In the future, the identified data needs will be evaluated and prioritized, and a substance-specific research agenda will be proposed.

### 3.12.1    Existing Information on Health Effects of Selenium

The existing data on health effects of inhalation, oral, and dermal exposure of humans and animals to selenium are summarized in Figure 3-10. The purpose of this figure is to illustrate the existing information concerning the health effects of selenium. Each dot in the figure indicates that one or more studies provide information associated with that particular effect. The dot does not necessarily imply anything about the quality of the study or studies, nor should missing information in this figure be interpreted as a "data need". A data need, as defined in ATSDR's *Decision Guide for Identifying Substance-Specific Data Needs Related to Toxicological Profiles* (Agency for Toxic Substances and Disease Registry 1989), is substance-specific information necessary to conduct comprehensive public health assessments. Generally, ATSDR defines a data gap more broadly as any substance-specific information missing from the scientific literature.

**Figure 3-10. Existing Information on Health Effects of Selenium**



Human

Animal

● Existing Studies

USCA Case #25-1087     Document #2105058          Filed: 03/10/2025     Page 810 of 2126

As seen in Figure 3-10, very little quantitative information is available regarding the health effects in humans exposed to selenium compounds via inhalation. The only quantitative inhalation studies in humans that relate selenium exposure levels or selenium body levels to health effects following inhalation exposure are epidemiological cancer studies. Fatalities following inhalation exposure to selenium compounds have not been reported. Despite the large number of cases of reported inhalation exposures in occupational settings, characterization of exposure concentrations and the selenium compounds present in the air are generally lacking. It is therefore not possible to link the degree and types of symptoms reported in workers to selenium exposure levels. There have been no reports of immunological, developmental, reproductive, or genetic effects in humans resulting from inhalation exposure to selenium compounds. Complaints of dizziness and fatigue have accompanied occupational inhalation exposures, but characterization of the exposure levels required to produce neurological symptoms is lacking.

Most of the information concerning the health effects in humans following exposure to selenium and selenium compounds is for the oral exposure route. However, exposure levels associated with the few documented fatalities resulting from accidental or suicidal poisoning with selenium compounds are lacking, as are exposure levels for other nonfatal poisonings by ingestion. A series of epidemiological studies in China have provided the only data about chronic exposure levels to excess dietary selenium that resulted in adverse effects on skin, nails, and hair and in possible neurological effects.

Older reports from the western United States described similar symptomology in the 1930s, but did not characterize daily selenium intake. More recent reports show no clinical symptoms in the same area. The possible inverse relationship between dietary selenium intake and the risk of various types of cancer has been examined in numerous epidemiological studies in the United States and other countries.

Concern for the dermal route of exposure to selenium compounds as a cause of adverse health effects in humans is extremely low except for the acid forms, which owe their dermal effects to their acidity more than to their selenium content. Selenium sulfide, an ingredient in some antidandruff shampoos, does not appear to be absorbed through the skin. Ingestion of large amounts of the compound, however, would be of concern because selenium sulfide has been shown to be carcinogenic in rats and mice following oral exposure.

Data are available for acute inhalation exposures for a few of the volatile selenium compounds that have resulted in the death of animals. These exposures also produced signs of central nervous system toxicity,

lung injury, and possible damage to heart and liver. No studies were located concerning health effects in animals following intermediate or chronic inhalation exposures to volatile selenium compounds or selenium dust.

In animals, the focus on the oral toxicity of selenium has taken two routes, one in laboratory animals and the other in studies of selenium toxicity to livestock. In laboratory animals, attention has been directed toward the hepatotoxic properties of selenites, selenates, and selenium contained in grains following early reports that selenium produced hepatic carcinomas in rats. An intermediate-duration study has also shown that selenate and selenite can cause kidney effects in rats while mice are less sensitive to this effect of selenium compounds. In recent years, much of the research in laboratory animals using the oral route of administration of selenium compounds has been directed toward the anticarcinogenic properties of selenium compounds.

In livestock, concern for selenium toxicity and deficiency is high. In areas of the country with selenium-poor soils, dietary selenium supplementation for livestock has been necessary to prevent chronic selenium deficiency diseases. Dietary supplementation programs have resulted in cases of accidental poisonings from misuse of the selenium supplements (Hopper et al. 1985).

## 3.12.2   Identification of Data Needs

**Acute-Duration Exposure.**   The primary target organ in humans following acute exposure to high concentrations of selenium by inhalation or oral routes is the lung, with cardiovascular, hepatic, and renal systems all affected (lesser systemic effects were observed in all other organ systems except the musculoskeletal system) (Carter 1966; Civil and McDonald 1978; Clinton 1947; Koppel et al. 1986; Wilson 1962). Two case reports of acute dermal exposure were also located; the results revealed effects on the skin and eyes (Middleton 1947; Pringle 1942). Additional epidemiological or occupational studies would be useful to further characterize the effects of acute exposure via all routes and to confirm the target organ data.

Studies regarding single inhalation or oral exposures of rats, guinea pigs, rabbits, and mice have provided information on lethal levels of exposure to selenium compounds (Cummins and Kimura 1971; Dudley and Miller 1941; Hall et al. 1951; Miller and Williams 1940; Olson 1986; Smyth et al. 1990). However, few levels at which sublethal effects first appear have been identified. Clinical observations and gross

necropsies have been performed, but no single-dose exposure study has included internal examination of the animals to identify dose-response data for sublethal systemic toxic effects. Such studies might provide information on the thresholds for systemic toxicity following single-dose exposure. Repeated inhalation exposure studies in animals are limited to a few days of exposure (Hall et al. 1951). Although the studies have demonstrated cumulative toxicity following repeated inhalation exposure to inorganic selenium compounds, effects other than lethality have been poorly characterized. Single-dose exposure studies have been conducted with selenium monosulfide in mice (target systems: respiratory and neurological) and selenium disulfide in rats (target organ not specified); however, the results have varied and there is uncertainty about which or how much of each of the compounds was administered. There were no effects in mice following acute dermal exposure. Additional dermal exposure studies in animals would be useful to confirm the effects found in humans. The data were insufficient for the derivation of acute oral and inhalation MRLs.

**Intermediate-Duration Exposure.**    No human studies of intermediate inhalation exposure to selenium were located. Following oral exposure, one study in humans revealed endocrine effects in iodine-deficient individuals (Contempré et al. 1991a, 1992) and others revealed endocrine effects in individuals receiving sufficient levels of iodine (Duffield et al. 1999; Hawkes and Turek 2001). Results from one study in humans revealed dermal effects following intermediate dermal exposure (Pringle 1942). There were insufficient data to derive intermediate MRLs. Additional epidemiological or occupational studies would be useful in elucidating the potential target organs and effect levels.

No intermediate inhalation studies were located in animals. Intermediate-duration inhalation studies, in which selenium is administered as selenium dioxide, hydrogen selenide, or selenium dust, might help to identify air concentrations of these substances that produce sublethal effects not only on the respiratory system, but also on the hepatic, renal, hematological, and cardiovascular systems. As exposure to the selenoamino acids is via ingestion, inhalation studies of these compounds would not be necessary.

Intermediate-duration oral exposure studies have been performed with rats, pigs, mice, and monkeys at several dose levels using several selenium compounds (Baker et al. 1989; Behne et al. 1992; Bioulac-Sage et al. 1992; Chen et al. 1993; Cukierski et al. 1989; Das et al. 1989b; Eder et al. 1995; Halverson et al. 1966; Hasgawa et al. 1994; Hotz et al. 1997; Mahan and Magee 1991; Mihailovic et al. 1992; NTP 1980c, 1994; Palmer and Olson 1974; Panter et al. 1996). The major effects were hepatic, dermal, endocrine, and neurological. Additional studies are needed to confirm these data. No intermediate-duration dermal administration studies have been conducted with the environmental forms of inorganic

selenium likely to be of concern (e.g., sodium selenate and sodium selenite), although it is unlikely that these forms would be dermally absorbed to a significant degree. Dermal application of selenomethionine to the skin of mice did not result in any direct effects on the skin, or other signs of toxicity, although it was absorbed (Burke et al. 1992b). The organic compounds of selenium are usually not free in the environment but, rather, are contained in plant and animal material. Therefore, no further dermal studies would be useful.

**Chronic-Duration Exposure and Cancer.** Several occupational studies of chronic inhalation exposure to inorganic selenium compounds were located (Glover 1967; Holness et al. 1989; Kinnigkeit 1962). Effects reported in these studies were primarily respiratory, although cardiovascular, gastro-intestinal, hematological, musculoskeletal, dermal, ocular, and neurological effects were also noted. Animal data are not available for inhalation exposures of chronic duration. Data in this area would be helpful to establish an animal model for respiratory effects of inorganic selenium compounds, since most human exposure has been occupational and to a variety of compounds. Neurological effects have been documented in animals after chronic oral exposure, but further study of neurological effects in animals after inhalation exposure is needed to provide a model for the effects observed after occupational exposure in humans. Following chronic oral exposure, the primary effects in humans were dermal, neurological, and endocrine (Brätter and Negretti De Brätter 1996; Clausen et al. 1989; Longnecker et al. 1991; Yang et al. 1983, 1989a, 1989b; Yang and Zhou 1994). An MRL has been derived for chronic oral exposure to selenium based on a NOAEL for dermal effects. One case report of chronic dermal exposure revealed dermal effects (Senff et al. 1988). Additional epidemiological or retrospective studies of chronic exposure would be helpful for confirming the existing data. Studies examining the role of nutrition in selenium toxicity would be especially useful.

Although the lung does not appear to be a target organ in animals after chronic oral exposure to selenium compounds, data have not been adequately reported (Harr et al. 1967; Henschler and Kerschner 1969; Schroeder and Mitchener 1972), and further studies might be useful to fully rule out these effects. Studies examining possible gastrointestinal and musculoskeletal effects in animals after chronic exposure to selenium or selenium compounds or to seleniferous grains might be helpful in determining the mechanisms of alkali disease whose symptoms have been observed in grazing livestock (Harr et al. 1967; Shamberger 1986). Hepatic and renal lesions following chronic selenium exposure have been adequately characterized. Investigations of systemic effects associated with chronic oral administration of selenium compounds, however, have been limited.

No studies were located regarding carcinogenic effects in animals after chronic inhalation exposure to selenium or selenium compounds.  No further investigation is needed since humans have not been shown to have an increased risk of malignancy from selenium exposure.  The majority of oral studies have provided information on the absence of carcinogenic effects in humans and animals (Beems 1986; Clark et al. 1996a, 1999; Coates et al. 1988; Duffield-Lillico et al. 2002; Harr et al. 1967; Menkes et al. 1986; Reid et al. 2002; Thompson and Becci 1979; Virtamo et al. 1987).  However, earlier and less complete studies had suggested that selenium was carcinogenic following oral exposure of animals (Nelson et al. 1943; Schroeder and Mitchener 1971a; Volgarev and Tscherkes 1967).  Chronic oral exposure studies conducted in mice and rats by gavage administration of a mixture of selenium monosulfide and selenium disulfide produced liver tumors in rats and lung tumors in female mice (NTP 1980c).  The relative proportion of the two compounds was not clear, although physical evidence suggested that the dose solution was primarily selenium monosulfide.  Further studies utilizing selenium sulfides might be useful in determining possible effects in humans.

**Genotoxicity.**    Chromosomal aberrations and sister chromatid exchanges in lymphocytes were not increased in humans treated (oral or intramuscular injection) with sodium selenite (Norppa et al. 1980a).  Compared to untreated controls, a significant increase in the number of micronuclei was observed in bone marrow cells of mice treated orally with selenite or selenate, and macaques treated orally with L-selenomethionine (Biswas et al. 1997, 1999a; Choy et al. 1989; Itoh and Shimada 1996; Rusov et al. 1996).  A significant increase in the number of micronuclei in bone marrow cells was not observed in the offspring of macaques treated with L-selenomethionine on gestation days 20–50 (Choy et al. 1993).

Genotoxicity studies (*Salmonella*/microsome assays, sister chromatid exchange, and tests of unscheduled DNA synthesis and of chromosome aberrations in cultured mammalian cells) indicate that selenite, selenate, and selenide have both genotoxic and antigenotoxic effects (Biswas et al. 1997, 2000; Gairola and Chow 1982; Khalil 1994; Lu et al. 1995b; Schillaci et al. 1982; Ueda et al. 1997; van der Lelie et al. 1997).  The underlying mechanisms responsible for the varying genotoxicity results remain to be elucidated.

**Reproductive Toxicity.**    One study that measured the concentration of selenium in sperm samples indicated no correlation between selenium concentrations and sperm count or motility (Roy et al. 1990).  No significant increase in spontaneous abortions was reported among women chronically exposed to drinking water containing 7–9 μg/L selenium (Vinceti et al. 2000a).  This study is limited by a level of selenium in water that is not generally considered to be high, lack of data on selenium status, and

insufficient information on confounding variables.  No other human studies were located.  A few reproductive toxicity studies in animals (Chowdhury and Venkatakrishna-Bhatt 1983; Harr and Muth 1972; NTP 1996; Schroeder and Mitchener 1971b; Wahlstrom and Olson 1959b) indicate that oral exposure to excess sodium selenite can reduce female fertility, although male fertility appears not to be affected.  Oral treatment of rats with sodium selenate or selenite has been shown to increase the number of abnormal sperm in males (El-Zarkouny et al. 1999; Kaur and Parshad 1994; NTP 1994), produce testicular hypertrophy (Turan et al. 1999a), and affect the estrous cycle (NTP 1994, 1996).  Fertility was not examined in these studies.  Selenium dioxide produced testicular degeneration following intraperitoneal administration to rats (Chowdhury and Venkatakrishna-Bhatt 1983).  Disturbances in the menstrual cycle (anovulation, short luteal and follicular phases) were observed in monkeys treated orally with L-selenomethionine (Cukierski et al. 1989) and mice treated orally with sodium selenite (Nobunaga et al. 1979).  Studies of both male and female reproductive toxicity of selenium following oral and inhalation exposure in rats and other mammals to selenium dioxide and other forms of selenium, both organic and inorganic, would be useful.  Such studies could provide information regarding the reproductive effects of the various forms of selenium that might be encountered in occupational settings, at waste sites, and in the drinking water and food from highly seleniferous areas of the United States.

**Developmental Toxicity.**    No developmental studies were found regarding inhalation or dermal exposure in humans or animals.  Developmental studies using the oral route of administration indicate that excessive sodium selenate or sodium selenite intake can result in fetal toxicity and reduced growth in experimental mammals (Dinkel et al. 1963; Ferm et al. 1990; NTP 1996; Rosenfeld and Beath 1964; Wahlstrom and Olson 1959a), but generally only at doses that produce maternal toxicity.  Developmental effects were not observed in macaque fetuses from mothers given toxic oral doses of L-selenomethionine during gestation (Tarantal et al. 1991).  Intravenous injection of sodium selenite in mice did not indicate that the compound is teratogenic in rodents (Yonemoto et al. 1984).  Intravenous injections of sodium selenate, D,L-selenomethionine, and D,L-selenocystine into neonatal rats indicated that some selenium compounds can contribute to the formation of one type of cataracts (Ostadalova and Babicky 1980).  Cataracts were not observed in the offspring of macaques treated orally with L-selenomethionine during gestation (Tarantal et al. 1991).  Additional developmental toxicity studies of selenium compounds in mammals do not seem to be necessary at this time.

**Immunotoxicity.**    No studies were located regarding adverse immunological effects in humans following inhalation or oral exposure.  One case report describes immunological effects following dermal exposure (Senff et al. 1988).  Animal studies of possible adverse immunological effects from excessive

exposure to selenium compounds are limited (Dudley and Miller 1941; Glenn et al. 1964a; Hall et al. 1951; Smyth et al. 1990). One study (Koller et al. 1986) included a battery of immunological tests, some of which indicated beneficial effects of sodium selenite administration and others that indicated adverse effects. Additional immunotoxicity tests, including challenges of the immune system, might characterize the significance of the different immunological effects that have been observed following selenium administration.

Other than selenium sulfide, an ingredient in some antidandruff shampoos, selenium compounds have not been tested for sensitization. The potential for dermal contact by humans does exist, however, in occupational settings and to a lesser extent in soil at waste sites.

**Neurotoxicity.**    Data from an epidemiological study of humans and from studies in livestock indicate that the central nervous system is an end point of concern following oral exposure to selenium compounds (Baker et al. 1989; Boylan et al. 1990; Cukierski et al. 1989; Harrison et al. 1983; Panter et al. 1996; Rosenfeld and Beath 1964; Stowe et al. 1992; Tsunoda et al. 2000; Yang et al. 1983). Chronic oral exposure studies of laboratory animals that focus on behavioral effects and histopathological changes in the central nervous system might provide useful dose-response information on central nervous system effects.

**Epidemiological and Human Dosimetry Studies.**    A few human epidemiological studies have identified blood selenium levels indicative of adequate selenium status and indicative of selenium toxicity. However, there are large differences in selenium blood levels in populations from different parts of the world (e.g., China, New Zealand, and Finland) (Salonen et al. 1985; Yang et al. 1989a). For example, blood selenium levels in healthy New Zealand populations averaged 0.059 mg selenium/L (Rea et al. 1979), whereas blood selenium levels in healthy U.S. populations were much higher, averaging 0.206 mg selenium/L (Allaway et al. 1968). Extrapolation from the relationship between blood selenium levels and selenium toxicity in populations from one region of the world to populations in another region may not be appropriate. Studies examining the particular forms of selenium and the contribution of diet in determining individual and population selenium status would be useful. The selenium status of an individual will determine the magnitude of additional selenium intake that can be tolerated without resulting in adverse effects. Evidence for adverse effects on the endocrine system has also been found following intermediate and chronic oral exposure to elevated levels of dietary selenium in humans and animals (Brätter and Negretti De Brätter 1996; Behne et al. 1992; Eder et al. 1995; Hawkes and Turek 2001; Hotz et al. 1997). Studies of humans with high dietary intakes of selenium that monitored thyroid

hormone levels and iodine intake would be useful.  Studies of humans taking selenium supplements would also help further identify the long-term effects of selenium status on human health.

## Biomarkers of Exposure and Effect.

*Exposure.*  Selenium exposure can be correlated with concentrations detected in human blood, blood components, urine, hair, and nails.  Selenium concentrations found in these biomarkers in the general population can be found in Table 3-7.  However, these markers vary greatly among different populations (Longnecker et al. 1991).  Levels of plasma, erythrocyte and platelet GPX activity, as well as selenoprotein P may serve as better markers of selenium deficiency than selenium concentrations.  Additional research into markers of selenium status in populations and how they may be used to estimate an additional selenium exposure that would be safe would be helpful.

*Effect.*  There currently are no good preclinical indicators of selenium toxicity.  Perhaps the earliest and most frequent symptoms of selenosis in humans are dry and brittle hair that breaks off, and brittle nails with white spots or streaks.  Although these effects may not be specific to selenium, determination of selenium status could be useful if they are observed in a subject.  Additional biomarkers of negative effects that could be detected before clinical signs of selenium toxicity would be helpful in identifying and preventing selenium poisoning.

## Absorption, Distribution, Metabolism, and Excretion.    The absorption of selenium has been investigated in humans following oral exposure and in animals following oral and inhalation exposures (Finley 1998; Glover 1970; Griffiths et al. 1976; Martin et al. 1989a; Medinsky et al. 1981a; Sánchez-Ocampo et al. 1996; Thomson et al. 1977).  In humans, no quantitative data exist on either the extent or rate of absorption of selenium from the lung or the skin.  Information that selenium is absorbed following inhalation is limited to occupational case studies in which larger quantities of selenium have been measured in the urine of workers occupationally exposed to selenium.  In order to understand all possible routes for human overexposure to selenium, information concerning the dermal and inhalation absorption of selenium and its compounds in humans would be useful, even though potential exposures to selenium might be more likely to occur by the oral route for the general public.

The oral absorption of different physical and chemical forms of selenium (e.g., selenite, selenate, and selenomethionine as solids or in aqueous solution) has been investigated in humans (Griffiths et al. 1976; Martin et al. 1989a; Moser-Veillon et al. 1992; Robinson et al. 1978; Swanson et al. 1991; Thomson

APPX ATT_V6_3123

1974; Thomson and Stewart 1974; Thomson et al. 1977) and in animals (Finley 1998; Furchner et al. 1975; Thomson and Stewart 1973; Vendeland et al. 1992; Whanger et al. 1976). Oral absorption of naturally occurring selenium and the effects of dietary levels on the absorption of exogenous selenium have also been investigated (Young et al. 1982). These studies have revealed that several selenium compounds appear to be readily absorbed from the gastrointestinal tract of humans and animals. It also appears that the degree of absorption in humans is independent of the exposure level, but that in some cases, absorption is greater when a selenium deficiency exists.

Distribution studies in humans and animals indicate that selenium is widely distributed in the body and is concentrated in the liver and kidney following oral, intravenous, or subcutaneous exposures (Cavalieri et al. 1966; Finley 1998; Heinrich and Kelsey 1955; Jereb et al. 1975; Kaneko et al. 1999; Mahan and Kim 1996; Razagui and Haswell 1997; Shiobara et al. 1998; Thomson and Stewart 1973). Studies of intravenous administration of selenomethionine have indicated that animals and humans concentrate this compound in the pancreas, but it is unlikely that this selenium compound will be encountered in large quantities in the environment except in animals and plants along with other organic selenium compounds. It would be useful to know if selenomethionine concentrates in the pancreas of humans following oral intake. Following oral exposure, the distribution of selenium across the placenta into the fetuses of rats, hamsters, dogs, and monkeys (Archimbaud et al. 1992; Choy et al. 1993; Hawkes et al. 1994; Mahan and Kim 1996; Parizek et al. 1971a; Willhite et al. 1990) and the transfer of selenium from milk to suckling offspring of rats, dogs, and monkeys (Archimbaud et al. 1992; Choy et al. 1993; Hawkes et al. 1944; Parizek et al. 1971a) have also been investigated. Selenium levels have been measured in human milk (Brätter and Negretti De Brätter 1996; Brätter et al. 1991b; Li et al. 1999; Michalke and Schramel 1998; Moser-Veillon et al. 1992; Rodríguez Rodríguez et al. 1999; Viitak et al. 1995; Yang 1989b), and the concentration of selenium in human milk has been shown to correlate with dietary intake (Brätter et al. 1991b). The uptake of selenium by erythrocytes and its subsequent metabolic alteration and ultimate binding to plasma proteins have been investigated (Sandholm 1973).

The metabolism of selenium is now fairly well understood. To become incorporated into selenium-specific proteins (e.g., glutathione peroxidase, thioredoxin reductase, iodothyronine 5'-deiodinase) through a cotranslational mechanism requires that selenium be in the form of selenide (Sunde 1990). All forms of selenium can be transformed to selenide, although the rates of transformation vary. For example, selenate is not converted to selenide as readily as selenite. The formation of selenide from selenocysteine requires a specific enzyme, selenocysteine β-lyase, which catalyzes the decomposition of selenocysteine to alanine and hydrogen selenide. Excess selenium can be methylated and exhaled or

APPX ATT_V6_3124

excreted in the urine in both humans and animals.  Further research is required to determine which selenium metabolites or intermediates lead to toxicity.

In humans and animals, intravenous and oral administration data indicate that the major route of selenium excretion is in the urine (Byard and Baumann 1967; Davidson-York et al. 1999; Finley 1998; Griffiths et al. 1976; Palmer et al. 1970; Patterson et al. 1989; Shiobara et al. 1998; Swanson et al. 1991).  Excretion of selenium in feces constitutes a minor pathway immediately following exposure, but the amount excreted can be equal to that excreted in urine depending on the chemical form of selenium administered, the size of the dose, and the length of time since dosing.  Both human and animal studies indicate that the extent of excretion by any one route is related to the administered dose and the frequency of administration (Finley 1998; Lathrop et al. 1972; McConnell and Roth 1966; Shiobara et al. 1998; Thomson and Stewart 1974).  The extent of excretion of selenium compounds in the expired air has been investigated in animals, but no quantitative studies in humans for this route exist; however, it is believed to be a minor pathway especially at lower doses (McConnell and Roth 1966; Olson et al. 1963).

**Comparative Toxicokinetics.**    The target organs and adverse health effects are generally similar across species.  However, the liver appears to be the primary target organ for the oral toxicity of selenium in animals following intermediate and chronic exposure (Baker et al. 1989; Biolac-Sage et al. 1992; Fitzhugh et al. 1944; Halverson et al. 1970; Harr et al. 1967; Hasegawa et al. 1994; Kolodziejczyk et al. 2000; Nelson et al. 1943; Palmer and Olson 1974; Sayato et al. 1993; Schroeder and Mitchener 1972; Skowerski et al. 1997a; Turan et al. 1999a), whereas liver cirrhosis or dysfunction have not been found in reports of chronic selenosis in humans (Longnecker et al. 1991; Yang et al. 1989a).  Different metabolites may help explain the cataract formation observed in neonatal rats and the teratogenic activity of selenium seen in birds but not in humans or other mammals (Tarantal et al. 1991).  Toxicokinetic studies with some design similarities have been performed in humans and several animal species (Behne et al. 1991; Bopp et al. 1982; Cantor et al. 1975; Ganther 1979; Hawkes et al. 1992; Obermeyer et al. 1971; Palmer et al. 1970; Willhite et al. 1990, 1992).  Comparative toxicokinetic studies, per se, have not been performed.  PBPK models for selenium administered orally as selenite or selenomethionine have been developed for humans, but no animal models were located.  Animal models for the oral route would be useful in assessing toxicokinetic similarities and differences between species.

**Methods for Reducing Toxic Effects.**    Current methods for reducing toxic effects of selenium and selenium compounds after acute exposures are general supportive treatment methods based on those used for other toxic metals (HSDB 2001; Mack 1990).  Because there is no suitable way to treat either acute or

chronic selenium poisoning, additional research aimed at decreasing absorption, speeding excretion, and reducing the body burden of selenium would be valuable.

**Children's Susceptibility.**    Limited information is available on the toxicity of selenium in children, but the available information suggests that children may be less susceptible to toxic effects of selenium than adults and more susceptible to deficiency.  Most data comes from children living in areas of chronic high dietary selenium intake (Yang et al. 1989a, 1989b).  Additional research on age specific effects of selenium toxicity does not appear necessary at present.

Child health data needs relating to exposure are discussed in 6.8.1 Identification of Data Needs: Exposures of Children.

### 3.12.3   Ongoing Studies

The American Health Foundation is involved in on-going research to develop new organoselenium chemopreventive agents for cancer having an increased therapeutic ratio compared with some of the historical selenium compounds, such as selenite.  Additional federally sponsored research that was reported in the CRIS/USDA (2002), CRISP (2002), and FEDRIP (2002) databases is shown in Table 3-8.

## Table 3-8.  On-going Studies on Selenium Health Effects

| Investigator | Institute | Research area | Reference |
|---|---|---|---|
| Alberts, DS | University of Arizona | Phase III trials of chemopreventive agents on colon carcinogenesis | CRISP 2001 |
| Aposhian, HV | Not Available | Detoxification of metals – *In vitro* and *in vivo* studies | CRISP 2002 |
| Bar-Noy, S and Nhlbi, NIH | National Institutes of Health | Mammalian thioredoxin reductase | FEDRIP 2002 |
| Beck, MA | University of North Carolina | The influence of nutrition on influenza virus infection | FEDRIP 2002 |
| Bell, J | Not available | Effects of selected metal salts on the fidelity of DNA synthesis *in vitro* | CRISP 2002 |
| Bennish, ML | National Institutes of Health | Micronutrients and enteric infection in African children | FEDRIP 2002 |
| Beran, M | Vyzkumny Ustav Potravinarsky | Evaluation of combined supplementation with selenium and iodine on levels of selenium-dependent enzymes, thyroidal hormones and other biochemical parameters | CRIS/UDSA 2001 |
| Berry, MJ | Brigham and Women's Hospital | Mechanism of selenoprotein synthesis in eukaryotes | CRISP 2001 |
| Berry, MJ | Brigham and Women's Hospital | Selenoprotein P function and regulation of expression | CRISP 2002 |
| Block, E | Roswell Park Memorial Institute | Identify selenium compounds from high-selenium garlic | CRISP 2001 |
| Bosland, MC | New York University School of Medicine | Preclinical prostate cancer chemoprevention studies | CRISP 2001 |
| Burk, RF | Vanderbilt University | Nutritional and metabolic significance of selenium | FEDRIP 2002 |
| Burk, RF | Vanderbilt University | Selenium supplementation of patients with cirrhosis | CRISP 2001 |
| Burk, RF | Vanderbilt University | Selenoprotein-P structure, function, and activity | CRISP 2001 |
| Carlson, SG | National Institutes of Health | Antioxidant protection in age-associated atherosclerosis | FEDRIP 2002 |
| Cassano, PA | Cornell University | Nutritional influences on lung disease | CRIS/UDSA 2001 |
| Chirase, NK | Texas A&M University | Nutritional and environmental stress and immune response of feeder cattle | FEDRIP 2002 |
| Chu, F-F | National Institutes of Health | Selenium-afforded protection against atherosclerosis | FEDRIP 2002 |
| Clarke, LC | University of Arizona | Phase II chemoprevention trial of selenium and prostate cancer | CRISP 2002 |

## Table 3-8.  On-going Studies on Selenium Health Effects

| Investigator | Institute | Research area | Reference |
|---|---|---|---|
| Clarke, LC and Marshall, JR | University of Arizona | Randomized, controlled chemoprevention trials in populations at very high risk for prostate cancer: Elevated prostate-specific antigen and high-grade prostatic intraepithelial neoplasia | CRISP 2002 |
| Cohen, HJ | Stanford University | Relationship of the synthesis and secretion of an extracellular selenium dependent glutathione peroxidase to changes in renal function | CRISP 2001 |
| Cohen, HJ | Stanford University | Selenium nutrition—Effects on blood cell function | FEDRIP 2002 |
| Coltman, CA | CTRC Research Foundation | Chemoprevention of prostate cancer | CRISP 2001 |
| Combs, GF | Cornell University | Characterization of antioxidant status of a large cohort of free-living Americans | FEDRIP 2002 |
| Combs, GF | Cornell University | Dietary selenium and maintenance of colonic health | FEDRIP 2002 |
| Combs, GF | Cornell University | Metabolic events at extremes of selenium intake; characterization of antioxidant status of a large cohort of free-living Americans | CRIS/UDSA 2001 |
| Combs, GF | Cornell University | Kinetics of organic and inorganic selenium during dietary supple-mentation | CRIS/UDSA 2001 |
| Costello, AJ | University of Melbourne | A randomized, controlled chemoprevention trial of selenium in familial prostate cancer:  Rationale, recruitment, and design issues | Costello 2001 |
| Davis, CD | Agricultural Research Service | Role of selenium in cancer susceptibility | CRIS/UDSA 2001 |
| Diamond, AM | University of Illinois | Mechanism by which selenium protects against mutagenesis | CRISP 2001 |
| Diamond, AM | University of Illinois | Selenium, aminothiols, and radiation | CRISP 2002 |
| Doolittle, JJ | South Dakota University | Bioavailability of nutrients and contaminants in soil | FEDRIP 2002 |
| Driscoll, DM | Cleveland Clinic Foundation | Mechanism of selenoperoxidase biosynthesis | CRISP 2001 |
| Driskell, JA | University of Nebraska | Nutrient bioavailability:  A key to human nutrition | FEDRIP 2002 |
| El-Bayoumy, KE | American Health Foundation | Chemoprevention of oral cancer: model studies | CRISP 2001 |
| El-Bayoumy, KE | American Health Foundation | Chemoprevention of lung cancer by organoselenium:  Model studies | CRISP 2002 |

## Table 3-8.  On-going Studies on Selenium Health Effects

| Investigator | Institute | Research area | Reference |
|---|---|---|---|
| El-Bayoumy, KE | American Health Foundation | Chemoprevention of mammary cancer by organoselenium | CRISP 2001 |
| Fawzi, WW | National Institutes of Health | Trials of vitamins in HIV positive progression and transmission | FEDRIP 2002 |
| Fiala, E | American Health Foundation | Organoselenium compounds as modifiers of initiation/postinitiation carcinogenesis | CRISP 2002 |
| Finley, JW | University of North Dakota | Chemical forms of selenium in foods | FEDRIP 2002 |
| Finley, JW | Oregon State University | Health benefits of high-selenium foods to humans | FEDRIP 2002 |
| Funt, RC and Clinton, S | Ohio State University | Increasing the antioxidant level in Ohio berries for potential prevention and intervention of certain cancers in humans | FEDRIP 2002 |
| Ganther, H | Roswell Park Memorial Institute | Selenium metabolism and anti-carcinogenic action | CRISP 2001 |
| Ganther, H | University of Wisconsin | Organoselenium compounds biosynthesis and function | CRIS/UDSA 2001 |
| Gesteland, RF | University of Utah | Genetic analysis of synthesis of selenium containing proteins | CRISP 2001 |
| Gladyshev, VN | University of Nebraska | Biochemistry and molecular biology of selenium containing enzymes | CRIS/UDSA 2001 |
| Gladyshev, VN | University of Nebraska | Identity of terminator and selenocysteine UGA codons | CRISP 2001 |
| Glauert, HP | University of Kentucky | Effect of dietary antioxidants on hepatic NF-KB activation | CRIS/UDSA 2001 |
| Gorbach, SL | Tufts University | Impact of micronutrients on progression of SIV | FEDRIP 2002 |
| Gorbach, SL | Harvard University | Wasting, nutritional status, and micronutrients | FEDRIP 2002 |
| Gottschall, EB | National Jewish Medical and Research Center | Randomized, placebo-controlled, double blind trial of asbestos-exposed workers using high selenium yeast supplementation | CRISP 2001 |
| Gottschall, EB | National Jewish Medical and Research Center | Selenium and lung cancer risk in asbestos workers | CRISP 2002 |
| Guttenplan, JB | New York University | Antimutagenesis by lycopene and selenium in rodents | CRISP 2001 |
| Hakala TR | Department of Veterans Affairs | Select trial | FEDRIP 2002 |
| Honn, KV | Wayne State University | Prostate cancer | FEDRIP 2002 |
| Hurwitz. BE | University of Miami | Drug abuse, HIV, selenium supplementation, and CVD risk | FEDRIP 2002 |

APPX ATT_V6_3129

## Table 3-8.  On-going Studies on Selenium Health Effects

| Investigator | Institute | Research area | Reference |
|---|---|---|---|
| Ip, C | Roswell Park Memorial Institute | Mammary cancer prevention by novel selenium compounds | CRISP 2002 |
| James, LF | Agricultural Research Service | Livestock poisoning from *Astragalus* and *Oxytropis* species | CRIS/UDSA 2001 |
| Johnson, JL | University of Nebraska | Interaction of trace minerals as related to prenatal supplementation of the pregnant beef cow | FEDRIP 2002 |
| Kadlubar, F | Not available | Environmental and genetic epidemiology of colorectal adenomas | CRISP 2002 |
| Karagas, M | Not available | Epidemiology of arsenic and other toxic metals | CRISP 2002 |
| Kegley, EB and Kellogg, DW | University of Arkansas | Effect of trace mineral level and source on immune function and performance of weaned beef cattle | FEDRIP 2002 |
| Kim, J | University of Texas MD Anderson Cancer Center | Feasibility study of L-seleno-methionine in prevention of prostate cancer | CRISP 2001 |
| Kiremidjian-Schumacher, L et al. | New York University, College of Dentistry | Dietary selenium and immunocompetence in the elderly | FEDRIP 2002 |
| Klein, EA | Cleveland Clinic Foundation | SELECT:  The selenium and vitamin E cancer prevention trial:  Rationale and design | Klein et al. 2000 |
| Kolonel, LN | University of Hawaii at Manoa | Biomarkers of prostate cancer risk in a multi-ethnic cohort | CRISP 2001 |
| Kolonel, LN | University of Hawaii at Manoa | Epidemiologic studies of diet and cancer in Hawaii | CRISP 2001 |
| Koutnik, V | University of Brno | Selenium in food chains and its impact on human health | CRIS/UDSA 2001 |
| Lacourciere, G and Nhlbi, NIH | National Institutes of Health | Utilization of selenocysteine in selenophosphate biosynthesis | FEDRIP 2002 |
| Lei, X | Cornell University | Antioxidative role of glutathione peroxidase in transgenic mice | CRISP 2001 |
| Lei, XG et al. | Cornell University | Developing an organic selenium supplement for animal nutrition and environmental protection | FEDRIP 2002 |
| Lei, XG et al. | Cornell University | Mineral nutrition in animal agriculture and environmental protection | FEDRIP 2002 |
| Lemarchand, L | University of Hawaii | Phytochemicals and lung risk in a multi ethic cohort | FEDRIP 2002 |
| Levander, OA | Agricultural Research Service | Role of vitamin E and selenium in human health promotion | CRIS/UDSA 2001 |
| Levander, OA | University of Maryland | Kinetics of organic and inorganic selenium during dietary supplementation | CRIS/UDSA 2001 |

## Table 3-8. On-going Studies on Selenium Health Effects

| Investigator | Institute | Research area | Reference |
|---|---|---|---|
| Lewis, NS | California Institute of Technology | Picosecond dynamic studies of electron transfer rates as III-V semiconductor/liquid interfaces | FEDRIP 2002 |
| Longnecker, M | National Institutes of Health | Validity of toenail element levels as a surrogate measure of exposure | CRISP 2002 |
| Mahan, DC | Ohio State University | Mineral and vitamin nutrition of swine | FEDRIP 2002 |
| Mark, S | Not available | Intervention trials and related studies | CRISP 2002 |
| Marshall, JR | University of Arizona | Phase II chemprevention trial of selenium and prostate cancer | CRISP 2002 |
| May, JM | Vanderbilt University | Antioxidant interactions of selenium and vitamins C and E | CRISP 2001 |
| Medina, D | Roswell Park Memorial Institute | Selenoproteins in rat mammary tumorigenesis | CRISP 2001 |
| Medina, D | Roswell Park Memorial Institute | Selenium modified gene expression in the carcinogen treated mammary gland | CRISP 2002 |
| Morgan, DL | National Institutes of Health | Toxicity of chemicals used in the semiconductor industry | FEDRIP 2002 |
| Nomura, AM | Kuakini Medical Center | Cancer epidemiology of migrant Japanese in Hawaii | CRISP 2001 |
| Ogasawara, Y and Nhlbi, NIH | National Institutes of Health | Properties of selenotrisulfides and perselenides | FEDRIP 2002 |
| Page, JG | Not available | Thirteen week oral toxicity study of 1,4-phenylenebis (methylene) selenocyanate | CRISP 2002 |
| Palmer, IS | South Dakota University | Biochemistry of selenium | FEDRIP 2002 |
| Pence, BC | Texas Technical University Health Sciences Center | Induction by selenium of the antioxidant and the prooxidant, apoptotic pathways in cultured cells | CRISP 2001 |
| Penland, JG | Department of Agriculture | Mineral element nutrition, neuropsuchological function and behavior | FEDRIP 2002 |
| Powis, G | University of Arizona | Thioredoxin reductases and cancer | CRISP 2001 |
| Prolla, TA | University of Wisconsin | Role of dietary selenium in intestinal tumorigenesis | CRISP 2001 |
| Rao, L | University of Wisconsin | Genetic characterization of the selenoenzyme phospholipids-hydroperoxide glutathione peroxidase | CRISP 2001 |
| Reddy, BS | American Health Foundation | Chemoprevention of colon cancer by organoselenium compounds | CRISP 2002 |
| Reddy, CC | Pennsylvania State University | Antioxidant effects on prostaglandin metabolism, lipid peroxidation, and immunologic defense | CRIS/UDSA 2001 |

## Table 3-8.  On-going Studies on Selenium Health Effects

| Investigator | Institute | Research area | Reference |
|---|---|---|---|
| Repine, JE | Department of Veterans Affairs | Effect of NAC and/or selenium on blood markers of oxidative stress and inflammation | FEDRIP 2002 |
| Roberts, JC | University of Utah | Advances in selenium supplementation | CRISP 2002 |
| Roughead, ZK | Department of Agriculture | Biomarkers for assessment of human mineral nutritional status and requirements | FEDRIP 2002 |
| Roy, M | New York University | Selenium supplementation and immunocompetence in the elderly | CRIS/UDSA 2001 |
| Sampliner, RE | Department of Veterans Affairs | Phase III study of the effects of celecoxib, selenium, or the combination on adenomatous polyp recurrence in adenomatous polyp patients | FEDRIP 2002 |
| Sevanian, A | University of Southern California | Oxidant stress and atherogenicity of oxidized LDL | FEDRIP 2002 |
| Shearer, TR | Oregon Health & Science University | Mechanism of selenium induced cataract | FEDRIP 2002 |
| Simoneau, AR | Department of Veterans Affairs | Selenium in prostate cancer | FEDRIP 2002 |
| Smith, AM | Ohio State University | Influence of gender and life cycle on selenium requirements and metabolism | CRIS/UDSA 2001 |
| Sordillo, LM | Pennsylvania State University | Oxidant stress and endothelial cell metabolism | FEDRIP 2002 |
| Sordillo, LM | Pennsylvania State University | Mechanisms of endothelia cell dysfunction during selenium deficiency | FEDRIP 2002 |
| Stadtman, TC and Nhbli, NIH | National Institutes of Health | Selenium biochemistry | FEDRIP 2002 |
| Stampfer, MJ | National Cancer Institute | Nutritional and biochemical markers of cancer | FEDRIP 2002 |
| Stampfer, MJ | Harvard University | Prospective study of diet and bladder cancer | FEDRIP 2002 |
| Sunde, RA | University of Missouri | New essential roles for selenium; regulatory elements of selenium-dependent peroxidases; regulatory elements of the rat glutathione peroxidase gene | CRIS/UDSA 2001 |
| Sunde, RA | University of Missouri | Glutatione peroxidases:  Selenium requirement and function | FEDRIP 2002 |
| Taylor, JR | Department of Veterans Affairs | Prevention of non-melanoma skin cancer with a nutritional supplementation of selenium | FEDRIP 2002 |
| Taylor, EW | University of Georgia | Selenoproteins, NF-KB, and HIV disease in drug users | CRISP 2001 |

APPX ATT_V6_3132

## Table 3-8. On-going Studies on Selenium Health Effects

| Investigator | Institute | Research area | Reference |
|---|---|---|---|
| Terris, MK | Department of Veterans Affairs | Blood and tissue sampling in prostate ultrasound patients | FEDRIP 2002 |
| Terris, MK | Department of Veterans Affairs | Phase II study of the effect of selenium supplementation on the progression of prostate cancer | FEDRIP 2002 |
| Thompson, I | University of Texas Health Science Center San Antonio | Biomarkers of risk for prostate cancer | CRISP 2001 |
| Thompson, H | Roswell Park Memorial Institute | Mechanisms of selenium anticancer and toxic activities | CRISP 2001 |
| Thompson, H | Roswell Park Memorial Institute | Selenium and lung cancer risk | CRISP 2002 |
| Turnlund, JR et al. | Department of Agriculture | Influence of dietary intervention on mineral homeostasis | FEDRIP 2002 |
| Turnlund, JR et al. | Department of Agriculture | Trace element metabolism, status and requirements of humans | FEDRIP 2002 |
| Veillon, C | Agricultural Research Service | Metabolism, function, and interactions of selenium using stable isotopes | CRIS/UDSA 2001 |
| Weiss, GR | Department of Veterans Affairs | Pilot study of 1-selenomethionine in prostate cancer patients scheduled to undergo radical prostatectomy | FEDRIP 2002 |
| Weiss, SL | University of Missouri | Molecular basis for selenium regulation of glutathione peroxidase mRNA | CRIS/UDSA 2001 |
| Whanger, PD | Oregon State University | Effect of selenium on selenoproteins in human muscle and brain cells | FEDRIP 2002 |
| Whanger, PD | Oregon State University | Metabolic function of selenoprotein | CRISP 2001 |
| Whanger, P | Oregon State University | Role of selenium and vitamin E in scour and immunity of newborn calves; influence of pregnancy on selenium metabolism in women of low selenium status; metabolic relationship between selenium and myopathy | CRIS/UDSA 2001 |
| Yu, MC | University of Southern California | Singapore cohort study of diet and cancer | CRISP 2001 |

CRIS = Current Research Information System; CRISP = Computer Retrieval of Information on Science Projects; FEDRIP = Federal Research in Progress; NCI = National Cancer Institute; NIH = National Institutes of Health; USDA = US Department of Agriculture

# 4. CHEMICAL AND PHYSICAL INFORMATION

## 4.1    CHEMICAL IDENTITY

Information regarding the chemical identity of selenium and selenium compounds is presented in Table 4-1.

## 4.2    PHYSICAL AND CHEMICAL PROPERTIES

Selenium is a non-metal element with atomic number 34 and an atomic mass of 78.96 (Lide 2000). Selenium belongs to Group 6 (Group VIA) of the periodic table, located between sulfur and tellurium, and resembles sulfur both in its various forms and in its compounds. The six stable isotopes of selenium are $^{74}Se$, $^{76}Se$, $^{77}Se$, $^{78}Se$, $^{80}Se$, and $^{82}Se$. These isotopes occur naturally with approximate abundances of 0.87, 9.02, 7.58, 23.52, 49.82, and 9.19%, respectively (Hoffmann and King 1997). Artificial radioactive isotopes of selenium have also been created by neutron activation. The gamma-emitting isotope $^{75}Se$ has been used in diagnostic applications of medicine (Hoffmann and King 1997). Selenium exists in several allotropic forms. Three are generally recognized, but as many as six have been claimed (Lide 2000). The stable form at ordinary room temperatures is the grey or hexagonal form with a melting point of 220.5 °C (Lide 2000). The other two important forms are red (monoclinic) with a melting point of 221 °C and amorphous selenium, which exists in black and red forms. Black amorphous selenium is vitreous and is formed by the rapid cooling of liquid selenium. Red amorphous selenium is colloidal and is formed in reduction reactions (Hoffmann and King 1997). Important selenium oxidation states are -2, 0, +4, and +6.

The chemical properties of selenium are similar to sulfur. Selenium combines with metals and many nonmetals directly or in aqueous solution. The selenides resemble sulfides in appearance, composition, and properties (Hoffmann and King 1997). Selenium may form halides by reacting vigorously with fluorine and chlorine, but the reactions with bromine and iodine are not as rapid. Selenium does not react directly with hydrogen fluoride or hydrogen chloride, but decomposes hydrogen iodide to liberate iodine and yield hydrogen selenide (Hoffmann and King 1997). Selenium reacts with oxygen to form a number of oxides, the most stable of which is selenium dioxide.

Information regarding the physical and chemical properties of selenium and selenium compounds is located in Table 4-2.

**Table 4-1. Chemical Identity of Selenium and Selected Compounds[a]**

| Characteristic | Selenium | Hydrogen selenide | Selenic acid | Selenious acid |
|---|---|---|---|---|
| Synonyms | Elemental selenium; selenium base; selenium dust; colloidal selenium; selenium homopolymer[b]; selenium alloy | Dihydrogen selenide; hydrogen selenide [$H_2Se$]; selenium anhydride; selenium dihydride; selenium hydride; selane | Selenic acid, liquid[DOT,b] | Monohydrated selenium dioxide; selenous |
| Registered trade name(s) | C.I. 77805; VANDEX[b] | | | |
| Chemical formula | Se | $H_2Se$ | $H_2SeO_4$ | $H_2SeO_3$ |
| Wisewesser line notation | SE | H2 SE | H2.SE-04 | H2SE-03 |
| Identification numbers: | | | | |
| CAS | 7782-49-2 | 7783-07-5 | 7783-08-6 | 7783-00-8 |
| NIOSH RTECS | VS7700000 | MX1050000 | VS6575000 | VS7175000 |
| EPA hazardous waste | No data | No data | No data | U204[c] |
| OHM/TADS | 7216880 | No data | No data | No data |
| DOT/UN/NA/IMCO shipping | UN 2658[b] | UN 2202; Hydrogen selenide; anhydrous | UN 1905; IMCO 8.0 | No data |
| HSDB | 4493 | 548 | 675 | 6065 |
| NCI | No data | No data | No data | No data |

APPX ATT_V6_3136

4.  CHEMICAL AND PHYSICAL INFORMATION

## Table 4-1.  Chemical Identity of Selenium and Selected Compounds[a]

| Characteristic | Sodium selenate | Potassium selenate | Sodium selenide | Sodium selenite |
|---|---|---|---|---|
| Synonyms | Disodium selenate | Selenic acid, dipotassium salt[b] | Disodium monoselenide[b] | Disodium selenite; disodium selenium trioxide; selenious acid disodium salt; sodium selenium oxide |
| Registered trade name(s) | P-40[b]; Sel-Tox SS02 and SS-20[c] | No data | No data | |
| Chemical formula | $Na_2SeO_4$[d] | $K_2SeO_4$ | $Na_2Se$[b] | $Na_2SeO_3$[d] |
| Wisewesser line notation | NA2 SE-04[b] | KA2 SE-04 | NA2 SE | NAS SE-03 |
| Identification numbers: | | | | |
|   CAS | 13410-01-0 | 7790-59-2 | 1313-85-5[b] | 10102-18-8 |
|   NIOSH RTECS | No data | VS6600000 | WE0350000[b] | VS7350000 |
|     EPA hazardous waste | No data | No data | No data | No data |
|   OHM/TADS | No data | No data | No data | 7217299 |
|   DOT/UN/NA/IMCO shipping | No data | No data | No data | UN 2630[b] |
|   HSDB | No data | No data | No data | 768 |
|   NCI | No data | No data | No data | No data |

4.  CHEMICAL AND PHYSICAL INFORMATION

## Table 4-1.  Chemical Identity of Selenium and Selected Compounds[a]

| Characteristic | Selenium dioxide | Selenium trioxide | Selenocystine | Selenomethionine |
|---|---|---|---|---|
| Synonyms | Selenious anhydride; selenium oxide; selenium oxide [SeO$_2$]; selenous acid anhydride | No data | Selenium cystine[b]; 3,3-diselenodi-DL-alanine[b]; seleno-DL-cystine[b]; DL-selenocystine[b] | Methionine, seleno[b]; 2-amino-4-(methylselenenyl) butyric acid; 2-amino-4-(methylseleno) |
| Registered trade name(s) | No data | No data | | |
| Chemical formula | SeO$_2$ | SeO$_3$[e] | C$_2$H$_4$NO$_2$(CH$_2$)Se$_2$(CH$_2$)C$_2$H$_4$NO$_2$ | (CH$_3$)Se(CH$_2$)2C$_2$H$_4$NO$_2$ |
| Identification numbers: | | | | |
| CAS | 7446-08-04 | 13768-86-0[f] | 1464-43-3[b] | 1464-42-2 |
| NIOSH RTECS | VS8575000 | No data | AY6030000[b] | ES100000 |
| EPA hazardous waste | V204[c] | No data | No data | No data |
| OHM/TADS | 7800105 | No data | No data | No data |
| DOT/UN/NA/IMCO shipping | No data | No data | No data | No data |
| HSDB | 677 | No data | No data | No data |
| NCI | No data | No data | No data | No data |

**Table 4-1. Chemical Identity of Selenium and Selected Compounds[a]**

| Characteristic | Selenium sulfide | Selenium disulfide |
|---|---|---|
| Synonyms | Selenium monosulfide; selenium sulfide [SeS]; selensulfid (German); sulfur selenide (SSe) | Selenium disulphide; selenium sulfide[b]; sulfur selenide |
| Registered trade name(s) | No data | Exsel; Selsun Blue; Selsum[b]; Seleen |
| Chemical formula | SeS | $SeS_2$[b] |
| Wisewesser line notation | SE S | SE S2[b] |
| Identification numbers: | | |
| CAS | 744-34-6 | 7488-56-4 |
| NIOSH RTECS | VTO525OOO | VS8925000 |
| EPA hazard waste | V205[b] | V205 |
| OHM/TADS | 8400272 | 8400272 |
| DOT/UN/NA/IMCO shipping | No data | UN 2657 |
| HSDB | 679 | No data |
| NCI | NCI-C50033 | No data |

[a]All information obtained from HSDB 2001, except where noted
[b]RTECS 2001
[c]EPA 1980a, 1980b (40 CFR 261.33)
[d]Budavari et al. 1996
[e]Lide 2000
[f]ChemID*plus* 3003

CAS = Chemical Abstracts Service; DOT/UN/NA/IMCO = Department of Transportation/United Nations/North America/International Maritime Dangerous Goods Code; EPA = Environmental Protection Agency; HSDB = Hazardous Substances Data Bank; NCI = National Cancer Institute; NIOSH = National Institute for Occupational Safety and Health; OHM/TADS = Oil and Hazardous Materials/Technical Assistance Data System; RTECS = Registry of Toxic Effects of Chemical Substances

**Table 4-2. Physical and Chemical Properties of Selenium and Selenium Compounds[a]**

| Property | Selenium | Hydrogen selenide | Selenic acid | Selenious acid |
|---|---|---|---|---|
| Molecular weight | 78.96 | 80.98 | 144.97 | 128.97 |
| Color/form | Red, grey, or black | Colorless[b] | White hexagonal prisms; hygroscopic[b] | White hygroscopic prisms[b] |
| Physical state | Solid | Gas | Solid | Solid |
| Melting point | 221 °C(red); 220.5 °C (grey); 180 °C (black)[b] | -65.73 °C | 58 °C | 70 °C (decomposes)[b] |
| Boiling point | 685 °C | -41.3 °C | 260 °C | None, loses water upon heating |
| Density (g/cm$^3$) | 4.39 (red); 4.81 (grey); 4.28 (black)[b] | 2.12 (-42 °C) | 2.9508 (15 °C) | 3.004 (15 °C) |
| Odor | Unknown; upon combustion, smells like rotten horseradish | Disagreeable odor | No data | No data |
| Odor threshold: | | | | |
| Water (mg/m$^3$) | No data | No data | No data | No data |
| Air | No data | No data | No data | No data |
| Solubility: | | | | |
| Water | Insoluble | 377 mL/100 mL at 4 °C; 270 mL/100 mL at 22.5 °C; 0.73 mL/100 mL at 20 °C[c] | Very soluble in hot water | 90 parts dissolve in 100 parts of water at 0 °C; 400 parts in 100 parts at 90 °C |
| Organic solvent(s) | Insoluble in alcohol, slightly soluble in carbon disulfide (2 mg/100 mL, room temperature), soluble in ether | Soluble in carbon disulfide, carbonyl chloride | Decomposes in alcohol[b] | Very soluble in alcohol |
| Partion coefficients: | | | | |
| Log K$_{ow}$ | No data | No data | No data | No data |
| Log K$_{oc}$ | No data | No data | No data | No data |
| Vapor pressure | 1 mmHg at 356 °C (grey) | 1,330 mmHg at -30 °C; 3,420 mmHg at 0.2 °C; 9,120 mmHg at 30.8 °C | No data | 2 mmHg at 15 °C; 4.5 mmHg at 33 °C; 7mmHg at 40.3 °C |
| Henry's Law constant | Not applicable | No data | Not applicable | Not applicable |
| Autoignition temperature | No data | No data | No data | No data |

**Table 4-2.  Physical and Chemical Properties of Selenium and Selenium Compounds[a]**

| Property | Selenium | Hydrogen selenide | Selenic acid | Selenious acid |
|---|---|---|---|---|
| Flashpoint | No data | Not applicable | No data | No data |
| Flammability limits | No data | No data | No data | No data |
| Conversion factors | No data | ppm selenium to mg Selenium/m$^3$ in air (20 °C): ppm selenium x 3.23=mg selenium/m$^3$ to ppm selenium in air (20 °C): mg selenium/m$^3$ x 0.31=ppm selenium (v/v) | No data | No data |
| Explosive limits | Unknown[d] | No data | No data | No data |

## Table 4-2.  Physical and Chemical Properties of Selenium and Selenium Compounds[a]

| Property | Sodium selenate | Potassium selenate | Sodium selenide | Sodium selenite |
|---|---|---|---|---|
| Molecular weight | 188.94 | 221.15 | 124.94 | 172.94 |
| Color/form | White crystals | Colorless crystals or white powder | Crystalline; turns red on exposure to air and deliquesces | White tetragonal crystals[b] |
| Physical state | Solid | Solid | Solid | Solid |
| Melting point | No data | No data | >875 °C | No data |
| Boiling point | No data | No data | No data | No data |
| Density (g/cm$^3$) | 1.61[b] | 3.07 | 2.625 (10 °C) | No data |
| Odor | No data | No data | No data | No data |
| Odor threshold: | | | | |
|   Water (mg/m$^3$) | No data | No data | No data | No data |
|   Air | No data | No data | No data | No data |
| Solubility: | | | | |
|   Water | Very soluble in water | Soluble in about 1 part of water | Decomposes in water | Freely soluble in water |
|   Organic solvent(s) | No data | No data | No data | No data |
| Partition coefficients: | | | | |
|   Log $K_{ow}$ | No data | No data | No data | No data |
|   Log $K_{oc}$ | No data | No data | No data | No data |
| Vapor pressure | No data | No data | No data | No data |
| Henry's Law constant | No data | No data | No data | No data |
| Autoignition temperature | No data | No data | Not flammable[e] | Not flammable[e] |
| Flashpoint | No data | No data | Not flammable[e] | Not flammable[e] |
| Flammability limits | No data | No data | Not flammable[e] | Not flammable[e] |
| Conversion factors | No data | No data | No data | No data |
| Explosive limits | No data | No data | No data | No data |

**Table 4-2.  Physical and Chemical Properties of Selenium and Selenium Compounds[a]**

| Property | Selenium dioxide | Selenium trioxide | Selenocystine | Selenomethionine |
|---|---|---|---|---|
| Molecular weight | 110.96 | 126.96[b] | 334.12[c] | 196.11 |
| Color/form | Lustrous, tetragonal needles; yellowish-green vapor | White crystals[b] | No data | Transparent, hexagonal sheets or plates; metallic luster or crystals |
| Physical state | Solid | Solid | No data | Solid |
| Melting point | 340 °C; sublimes at 315 °C[b] | 118 °C[b] | No data | DL form: 265 °C (decomposes); L form: 266–268 °C |
| Boiling point | None[b] | Sublimes[b] | No data | Not applicable |
| Density (g/cm$^3$) | 3.954 (15 °C) | 3.44 [b] | No data | No data |
| Odor | Pungent sour smell | No data | No data | No data |
| Odor threshold: | | | | |
|   Water (mg/m$^3$) | 0.0002[e] | No data | No data | No data |
|   Air | No data | No data | No data | No data |
| Solubility: | | | | |
|   Water (g/100 mL) | 38.4 at 14 °C; | Soluble in water | No data | No data |
|   Organic solvent(s) (parts/100 parts solvent) | in methanol: 10.16 at 11.8 °C; in 93% ethanol: 6.67 at 14 °C; in acetone: 4.35 at 15.3 °C; in acetic acid: 1.11 at 13.9 °C; soluble in benzene | No data | No data | No data |
| Partition coefficients: | | | | |
|   Log $K_{ow}$ | No data | No data | No data | No data |
|   Log $K_{oc}$ | No data | No data | No data | No data |
| Vapor pressure | 12.5 mm Hg at 70 °C; 20.2 mm Hg at 94 °C; 39.0 mm Hg at 181 °C; 760 mm Hg at 315 °C; 848 mm Hg at 320 °C | No data | No data / No data | No data / No data |
| Henry's Law constant | Not applicable | Not applicable | No data | No data |
| Autoignition temperature | Not flammable[e] | Not flammable[e] | No data | No data |
| Flashpoint | Not flammable[e] | Not flammable[e] | No data | No data |

**Table 4-2.  Physical and Chemical Properties of Selenium and Selenium Compounds[a]**

| Property | Selenium dioxide | Selenium trioxide | Selenocystine | Selenomethionine |
|---|---|---|---|---|
| Flammability limits | Not flammable[e] | Not flammable[e] | No data | No data |
| Conversion factors | ppm (v/v) to mg/m$^3$ in air (20 °C): ppm (v/v) x 4.53=mg/m$^3$; mg/m$^3$ to ppm (v/v) in air (20 °C): mg/m$^3$ x 0.22=ppm (v/v) | No data | No data | No data |
| Explosive limits | No data | No data | No data | No data |

**Table 4-2. Physical and Chemical Properties of Selenium and Selenium Compounds[a]**

| Property | Selenium sulfide | Selenium disulfide |
|---|---|---|
| Molecular weight | 111.02[f] | 143.08[f] |
| Color/form | Orange-yellow tablets or powder[f] | Bright red-yellow powder[f] |
| Physical state | Solid[f] | Solid[f] |
| Melting point | 118–119 °C (decomposes)[f] | <100 °C[f] |
| Boiling point | No data | No data |
| Density (g/cm$^3$) | 3.056 (0 °C)[f] | No data |
| Odor | No data | No data |
| Odor threshold: | | |
| Water (mg/m$^3$) | No data | No data |
| Air | No data | No data |
| Solubility: | | |
| Water | Insoluble | Insoluble |
| Organic solvent(s) | Insoluble in ether; decomposes in alcohol[f] | No data |
| Partition coefficients: | | |
| Log $K_{ow}$ | Not applicable | No data |
| Log $K_{oc}$ | Not applicable | No data |
| Vapor pressure | Not applicable | Not applicable |
| Henry's Law constant | Not applicable | Not applicable |
| Autoignition temperature | No data | No data |
| Flashpoint | No data | No data |
| Flammability limits | No data | No data |
| Conversion factors | No data | No data |
| Explosive limits | No data | No data |

[a]All information obtained from Budavari et al. 1996, unless otherwise noted.
[b]Lide 2000
[c]RTECS 2001
[d]NIOSH/OSHA 1981
[e]Weiss 1986
[f]Lide 1993

Note: The gray metallic form is the most stable form of selenium (Budavari et al. 1996).

# 5.  PRODUCTION, IMPORT/EXPORT, USE, AND DISPOSAL

## 5.1    PRODUCTION

Selenium is distributed widely in nature and is found in most rocks and soils at concentrations between 0.1 and 2.0 ppm (Fishbein 1983).  However, elemental selenium is seldom found naturally, but it is obtained primarily as a byproduct of copper refining (Fishbein 1983).  Selenium is contained in the constituents of the copper anode that are not solubilized during the copper refining process and ultimately accumulate on the bottom of the electrorefining tank.  These constituents, usually referred to as slimes, contain roughly 5–25% selenium and 2–10% tellurium.  Selenium is commercially produced by either soda ash roasting or sulfuric acid roasting of the copper slimes.

*Soda Ash Roasting.*  A soda ash binder is mixed with the slimes and water to form a stiff paste.  The paste is extruded or pelletized and allowed to dry and then roasted at 530–650 °C.  The roasted product is then ground and leached into water.  The resultant hexavalent selenium dissolves as sodium selenate, $Na_2SeO_4$.  The sodium selenate may be reduced by controlled heating to sodium selenide, which is leached with water to form a liver-red solution of sodium selenide that is readily oxidized to the elemental form by blowing air through the solution (Hoffmann and King 1997).  A second process for the reduction of hexavalent selenium involves the use of concentrated hydrochloric acid or ferrous iron salts catalyzed by chloride ions as the reductant (Hoffmann and King 1997).

*Sulfuric Acid Roasting.*  In this method, the copper slimes are mixed with sulfuric acid and roasted at 500–600 °C to produce selenium dioxide, which volatilizes readily at the roasting temperature.  The selenium dioxide is reduced to elemental selenium during the scrubbing process with sulfur dioxide and water.  The resultant commercial-grade selenium can be purified to 99.5–99.7% (Hoffmann and King 1997).

The U.S. production of selenium was 373 and 379 metric tons in 1995 and 1996, respectively (USGS 2001, 2002).  No production data were reported for the years 1997–2001.  All of the primary selenium producers in the United States are electrolytic copper refiners.  Asarco Incorporated and Kennecott Utah Copper Corporation produce refined selenium in the United States (Hoffmann and King 1997; SRI 2000).  Two other copper refiners, Phelps Dodge Corporation and Magma Copper Company, send selenium or

selenium-bearing copper slimes outside of the United States for final processing (Hoffmann and King 1997).

Tables 5-1 and 5-2 list facilities in each state that produce, process, or import selenium and selenium compounds, respectively, for commercial use. The data do not include facilities such as electric power generating plants that release selenium unintentionally as a by-product. The intended use and the range of maximum amounts of these substances that are stored on site are also included. The data listed in these tables are derived from the Toxics Release Inventory (TRI00 2002). Only certain types of facilities were required to report. Therefore, this is not an exhaustive list.

## 5.2   IMPORT/EXPORT

The import volumes of selenium were 324, 428, 346, 339, 326, 452, and 500 metric tons for 1995, 1996, 1997, 1998, 1999, 2000, and 2001, respectively (USGS 2001, 2002). The U.S. exports of selenium were 270, 322, 127, 151, 233, 89, and 75 metric tons for 1995, 1996, 1997, 1998, 1999, 2000, and 2001, respectively (USGS 2001, 2002).

## 5.3   USE

In electronics, selenium's semiconductor and photoelectric properties make it useful in "electric eyes," photographic exposure meters, and rectifiers for home entertainment equipment. In addition, a large proportion of the available selenium is used to coat the metal cylinders from which a photographic image is transferred in xerography (Fishbein 1983). Selenium is widely used in the glass industry to counter coloration that results from iron impurities. It is also used in the production of both red and black glasses (Fishbein 1983). Selenium is contained in pigments that are used in plastics, paints, enamels, inks, and rubber (Fishbein 1983). Selenium is used as a catalyst in the preparation of pharmaceuticals including niacin and cortisone, as an ingredient in antidandruff shampoos (selenium sulfide), and as a constituent of fungicides (selenium sulfide) (IARC 1975a). Radioactive selenium is used in diagnostic medicine and aids in the visualization of difficult-to-study malignant tumors (Fishbein 1983; Jereb et al. 1975). Selenium is contained in some dietary supplements at concentrations in the range of 10–25 μg/tablet (Goodman et al. 1990). Selenium is also used as a nutritional feed additive for poultry and livestock, in pesticide formulations, and as an accelerator and vulcanizing agent in rubber production (Fishbein 1983; NAS 1976a). Table 5-3 lists some specific uses of selected selenium compounds.

**Table 5-1. Facilities that Produce, Process, or Use Selenium**

| State[a] | Number of facilities | Minimum amount on site in pounds[b] | Maximum amount on site in pounds[b] | Activities and uses[c] |
|---|---|---|---|---|
| AZ | 1 | 1,000 | 9,999 | 12 |
| CA | 2 | 100 | 99,999 | 12 |
| IA | 1 | 100 | 999 | 7 |
| IL | 1 | 1,000 | 9,999 | 7 |
| IN | 2 | 100,000 | 999,999 | 8 |
| LA | 1 | 1,000 | 9,999 | 12 |
| MI | 1 | 0 | 99 | 12 |
| OK | 1 | 100 | 999 | 1, 5 |
| OR | 1 | 100,000 | 999,999 | 12 |
| PA | 2 | 10,000 | 99,999 | 6, 8 |
| SC | 1 | 10,000 | 99,999 | 1, 3, 4, 5, 9, 12, 13 |
| WA | 1 | 100 | 999 | 14 |
| WY | 1 | 0 | 99 | 1, 13 |

Source: TRI00 2002

[a]Post office state abbreviations used
[b]Amounts on site reported by facilities in each state
[c]Activities/Uses:

1. Produce
2. Import
3. Onsite use/processing
4. Sale/Distribution
5. Byproduct
6. Impurity
7. Reactant
8. Formulation Component
9. Article Component
10. Repackaging
11. Chemical Processing Aid
12. Manufacturing Aid
13. Ancillary/Other Uses
14. Process Impurity

**Table 5-2.  Facilities that Produce, Process, or Use Selenium Compounds**

| State[a] | Number of facilities | Minimum amount on site in pounds[b] | Maximum amount on site in pounds[b] | Activities and uses[c] |
|---|---|---|---|---|
| AL | 4 | 100 | 99,999 | 1, 3, 4, 5, 8, 9, 12, 13 |
| AR | 1 | 10,000 | 99,999 | 12 |
| AZ | 2 | 10,000 | 999,999 | 1, 3, 4, 5, 9, 13, 14 |
| CA | 1 | 10,000 | 99,999 | 8, 9 |
| FL | 1 | 1,000 | 9,999 | 1, 5, 9, 12, 13, 14 |
| GA | 5 | 1,000 | 99,999 | 1, 2, 3, 4, 5, 6, 9, 13 |
| IA | 2 | 100 | 9,999 | 3, 4, 7, 8 |
| ID | 1 | 100,000 | 999,999 | 1, 5 |
| IL | 3 | 1,000 | 99,999 | 1, 5, 7, 12, 13 |
| IN | 4 | 0 | 99,999 | 1, 5, 7, 9, 12, 13 |
| KY | 5 | 100 | 99,999 | 1, 3, 4, 5, 9, 12, 13 |
| LA | 1 | 10,000 | 99,999 | 1, 3, 4, 5, 6, 8 |
| MA | 1 | 10,000 | 99,999 | 1, 5 |
| MD | 2 | 1,000 | 99,999 | 1, 3, 4, 5, 6, 13 |
| MI | 4 | 1,000 | 999,999 | 1, 2, 3, 4, 5, 8, 9, 12, 13 |
| MN | 1 | 1,000 | 9,999 | 1, 2, 9, 13, 14 |
| MO | 1 | 10,000 | 99,999 | 7 |
| MT | 1 | 10,000 | 99,999 | 1, 5, 12, 14 |
| NC | 3 | 10,000 | 99,999 | 1, 3, 4, 5, 9, 12, 13, 14 |
| NM | 4 | 0 | 99,999 | 1, 3, 4, 5, 9, 12, 13 |
| NV | 6 | 10,000 | 9,999,999 | 1, 5, 6, 10, 13, 14 |
| OH | 8 | 1,000 | 9,999,999 | 1, 3, 4, 5, 7, 9, 12, 13, 14 |
| OK | 1 | 1,000 | 9,999 | 8 |
| PA | 8 | 0 | 999,999 | 1, 4, 5, 6, 9, 12, 13, 14 |
| SC | 1 | 10,000 | 99,999 | 1, 3, 4, 5, 9, 12, 13 |
| TN | 2 | 1,000 | 99,999 | 1, 5 |
| TX | 10 | 10,000 | 999,999 | 1, 2, 3, 4, 5, 6, 8, 9, 12, 14 |
| UT | 4 | 10,000 | 9,999,999 | 1, 3, 4, 5, 6, 9, 12, 13 |
| VA | 1 | 10,000 | 99,999 | 1, 5 |
| WV | 9 | 100 | 99,999 | 1, 3, 4, 5, 9, 12, 13, 14 |
| WY | 2 | 0 | 99,999 | 1, 4, 5, 9, 12, 13 |

Source: TRI00 2002

[a]Post office state abbreviations used
[b]Amounts on site reported by facilities in each state
[c]Activities/Uses:

| | | |
|---|---|---|
| 1. Produce | 6. Impurity | 11. Chemical Processing Aid |
| 2. Import | 7. Reactant | 12. Manufacturing Aid |
| 3. Onsite use/processing | 8. Formulation Component | 13. Ancillary/Other Uses |
| 4. Sale/Distribution | 9. Article Component | 14. Process Impurity |
| 5. Byproduct | 10. Repackaging | |

## Table 5-3.  Some Selenium Compounds and Their Uses[a]

| Compound | Use |
| --- | --- |
| Elemental selenium | In rectifiers, photoelectric cells, blasting caps, xerography, stainless steel; as a dehydrogenation-catalyst |
| Sodium selenate ($Na_2SeO_4$) | As an insecticide; in glass manufacture; in medicinals to control animal diseases |
| Sodium selenite ($Na_2SeO_3$) | In glass manufacture; as a soil additive for selenium-deficient areas |
| Selenium diethyldithio-carbamate | Fungicide; vulcanizing agent |
| Selenium disulfide ($SeS_2$) | In veterinary medicine |
| Selenium sulfide ($SeS$) | In anti-dandruff shampoos and in veterinary medicine |
| Selenium dioxide ($SeO_2$) | Catalyst for oxidation, hydrogenation, or dehydrogenation of organic compounds |
| Selenium hexafluoride ($SeF_6$) | As a gaseous electric insulator |
| Selenium oxychloride ($SeOCl_2$) | Solvent for sulfur, selenium, tellurium, rubber, bakelite, gums, resins, glue, asphalt, and other materials |
| Aluminum selenide ($Al_2Se_3$) | Preparation of hydrogen selenide for semi-conductors |
| Ammonium selenite [$(NH_4)_2SeO_3$] | Manufacture of red glass |
| Cadmium selenide | Photoconductors, photoelectric cells, rectifiers |
| Cupric selenate ($CuSeO_4$) | In coloring copper and copper alloys |
| Tungsten diselenide ($WSe_2$) | In lubricants |

[a]Adapted from Fishbein 1983

The 2002 consumption patterns for selenium by industry were as follows: glass manufacturing, 35%; chemicals and pigments, 20%; electronics, 12%; and miscellaneous (including agriculture and metallurgy), 33% (USGS 2002).

## 5.4    DISPOSAL

Selenium was listed by EPA in 1973 as a nonradioactive hazardous element and, as such, is subject to many regulations (Dawson and Mercer 1986).  Selenium compounds should be stored in a dry area to avoid contamination of water with selenium and to decrease the hazards that may result from human exposure to selenium-contaminated water (ITII 1976).

Disposal and waste treatment consist of treating an acidified solution of selenium with sodium sulfite to form the reducing agent sulfur dioxide.  The selenium solution is then heated to produce elemental selenium, which is less mobile in the environment and less bioavailable, and the solution is filtered and washed (ITII 1976).

According to the TRI, in 2000, an estimated 76,248 pounds of elemental selenium and 1,782,654 pounds of selenium compounds were transferred off-site, presumably for disposal (TRI00 2002).

# 6. POTENTIAL FOR HUMAN EXPOSURE

## 6.1    OVERVIEW

Selenium has been identified in at least 508 of the 1,623 hazardous waste sites that have been proposed for inclusion on the EPA National Priorities List (NPL) (HazDat 2003).  However, the number of sites evaluated for selenium is not known.  The frequency of these sites can be seen in Figure 6-1.  Of these sites, 502 are located within the United States, 4 are located in the Commonwealth of Puerto Rico, 1 is located in Guam, and 1 is located in the U.S. Virgin Islands (not shown).

Selenium is ubiquitous in the environment, being released from both natural and anthropogenic sources. The principal releases of selenium into the environment as a consequence of human activities result from the combustion of coal.  Workers in the metals industry and health services, mechanics, and painters may be exposed to higher levels of selenium than the general population or persons employed in other trades. For the general population, the primary exposure pathways, in order of decreasing relative proportions, are food, water, and air.  The relative proportions of these exposure pathways at hazardous waste sites are not known.  Although selenium has been reported at hazardous waste sites, analysis on specific forms has not been performed.  In air, selenium dioxide, methyl selenide, and dimethyl selenide are the most prevalent forms found in the atmosphere.  Selenates and selenites are water soluble and, thus, can be found in water sources.  Salts of selenic and selenious acids are most likely to be found in surface water and water contained in soil.  Selenium sulfides would not be expected to be found at most hazardous waste sites, since they are usually manufactured for use in shampoos.  Natural sources of selenium include the weathering of selenium-containing rocks to soils and volcanic eruptions.

The primary factor determining the fate of selenium in the environment is its oxidation state.  Selenium is stable in four valence states (-2, 0, +4, and +6) and forms chemical compounds similar to those of sulfur. The heavy metal selenides (-2) are insoluble in water, as is elemental selenium.  The inorganic alkali selenites (+4) and selenates (+6) are soluble in water (Weast 1988) and are therefore more bioavailable. Conditions such as pH (negative log hydrogen ion concentration), Eh (oxidation-reduction potential), and the presence of metal oxides affect the partitioning of the various compounds of selenium in the environment.  In general, elemental selenium is stable in soils and is found at low levels in water because of its ability to coprecipitate with sediments.  The soluble selenates are readily taken up by plants and

**Figure 6-1.  Frequency of NPL Sites with Selenium Contamination**



Derived from HazDat 2003

converted to organic compounds such as selenomethionine, selenocysteine, dimethyl selenide, and dimethyl diselenide.  Selenium is bioaccumulated by aquatic organisms and may also biomagnify in aquatic organisms.

## 6.2     RELEASES TO THE ENVIRONMENT

The greatest proportion of selenium released to the environment as a consequence of regulated human activities is in coal fly ash, resulting from coal combustion.  Anthropogenic emission sources of atmospheric selenium include coal and oil combustion facilities, selenium refining factories, base metal smelting and refining factories, mining and milling operations, and end-product manufacturers (e.g., some semiconductor manufacturers).  Natural atmospheric releases of selenium result from volatilization of selenium by plants and bacteria, and from volcanic activity.  Some selenium is released to water via sewage effluent, agricultural runoff, and industrial waste water.  Selenium is released to soil primarily by leaching and weathering of the parent bedrock material, although dry and wet deposition also contribute to soil selenium levels.

According to the Superfund Amendments and Reauthorization Act (SARA), Section 313, Toxic Release Inventory (TRI00 2002), an estimated total of 264,267 pounds of elemental selenium was released to air, water, land, or injected underground from manufacturing and processing facilities in the United States in 2000 (see Table 6-1).  In addition, 7,870,609 pounds of selenium compounds were released to air, water, land, or injected underground in 2000 (see Table 6-2).  These data include all facilities that manufacture, import, and process selenium and selenium compounds as well as facilities (electric generating facilities, petroleum facilities, etc.) with unintentional releases to the environment.  The TRI data should be used with caution because only certain types of facilities are required to report.  This is not an exhaustive list.

### 6.2.1   Air

Combustion of coal and other fossil fuels is the primary source of airborne selenium compounds.  In air, elemental selenium burns to form selenium dioxide; however, during the combustion of fossil fuels, essentially all of the selenium dioxide produced should be reduced to elemental selenium by the sulfur dioxide that results from the combustion of these materials (NAS 1976a).  Estimates of the quantity of selenium released to the air from fossil fuel combustion vary.  Estimated annual selenium air emissions

**Table 6-1. Releases to the Environment from Facilities that Produce, Process, or Use Selenium**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Reported amounts released in pounds per year[a] | | | | | |
| State[b] | Number of facilities | Air[c] | Water | Under-ground injection | Land | Total on-site release[d] | Total off-site release[e] | Total on and off-site release |
| AZ | 1 | No data | No data | No data | No data | No data | 71,747 | 71,747 |
| CA | 2 | 1 | 0 | No data | 35,848 | 35,849 | 10 | 35,859 |
| IA | 1 | No data | No data | No data | 27 | 27 | 339 | 366 |
| IL | 3 | 109 | 19 | No data | 1 | 129 | 231 | 360 |
| IN | 3 | 0 | No data | No data | 2,260 | 2,260 | 2,056 | 4,316 |
| LA | 2 | No data | No data | 40,246 | No data | 40,246 | No data | 40,246 |
| MI | 1 | 5 | No data | No data | No data | 5 | 5 | 10 |
| OK | 1 | No data | 250 | No data | 250 | 500 | No data | 500 |
| OR | 1 | 0 | No data | No data | 112,600 | 112,600 | 1 | 112,601 |
| PA | 2 | 61,437 | 750 | No data | No data | 62,187 | 1,857 | 64,044 |
| SC | 1 | 3,929 | No data | No data | 6,533 | 10,462 | No data | 10,462 |
| WA | 1 | No data | No data | No data | 2 | 2 | 2 | 4 |
| WY | 1 | No data | No data | No data | No data | No data | 0 | 0 |
| Total | 25 | 65,481 | 1,019 | 40,246 | 157,521 | 264,267 | 76,248 | 340,515 |

Source: TRI00 2002

[a]Data in TRI are maximum amounts released by each facility.
[b]Post office state abbreviations are used.
[c]The sum of fugitive and stack releases are included in releases to air by a given facility.
[d]The sum of all releases of the chemical to air, land, water, and underground injection wells.
[e]Total amount of chemical transferred off-site, including to publicly owned treatment works (POTW).

**Table 6-2. Releases to the Environment from Facilities that Produce, Process, or Use Selenium Compounds**

| | | Reported amounts released in pounds per year[a] | | | | | | |
|---|---|---|---|---|---|---|---|---|
| State[b] | Number of facilities | Air[c] | Water | Under-ground injection | Land | Total on-site release[d] | Total off-site release[e] | Total on and off-site release |
| AL | 4 | 15,545 | 4,125 | No data | 33,253 | 52,923 | 1,069 | 53,992 |
| AR | 1 | 546 | No data | No data | No data | 546 | 7,493 | 8,039 |
| AZ | 2 | 505 | 0 | No data | 820,005 | 820,510 | 2,265 | 822,775 |
| CA | 1 | 5 | No data | No data | No data | 5 | No data | 5 |
| FL | 2 | 7,105 | No data | No data | 362 | 7,467 | 3 | 7,470 |
| GA | 6 | 72,273 | 1,037 | No data | 43,067 | 116,377 | 10 | 116,387 |
| IA | 5 | No data | No data | No data | No data | No data | No data | 0 |
| ID | 1 | 1,849 | No data | No data | 98,184 | 100,033 | 5 | 100,038 |
| IL | 7 | 56 | No data | No data | 0 | 56 | 81,940 | 81,996 |
| IN | 5 | 4,427 | 1,871 | No data | 9,665 | 15,963 | 7,739 | 23,702 |
| KY | 5 | 19,750 | 14,200 | No data | 41,051 | 75,001 | No data | 75,001 |
| LA | 1 | 192 | 0 | No data | No data | 192 | 45,241 | 45,433 |
| MA | 1 | 234 | 100 | No data | 580 | 914 | 7,440 | 8,354 |
| MD | 2 | 16,001 | 360 | No data | 720 | 17,081 | 1,262 | 18,343 |
| MI | 4 | 16,408 | 2,417 | No data | 2,758,596 | 2,777,421 | 897,981 | 3,675,402 |
| MN | 2 | 255 | 2,400 | No data | No data | 2,655 | 265 | 2,920 |
| MO | 2 | 250 | No data | No data | No data | 250 | 250 | 500 |
| MT | 1 | 250 | 0 | No data | 13,000 | 13,250 | 250 | 13,500 |
| NC | 4 | 56,017 | 1,092 | No data | 27,080 | 84,189 | 10 | 84,199 |
| NM | 4 | 1,056 | 0 | No data | 91,282 | 92,338 | 24,300 | 116,638 |
| NV | 6 | 2,400 | 40 | 0 | 1,174,514 | 1,176,954 | 0 | 1,176,954 |
| OH | 9 | 71,941 | 16,635 | No data | 74,622 | 163,198 | 46,858 | 210,056 |
| OK | 1 | 9,000 | No data | No data | No data | 9,000 | 50 | 9,050 |
| PA | 8 | 39,509 | 2,093 | No data | 23,500 | 65,102 | 40,199 | 105,301 |
| SC | 1 | 4,174 | No data | No data | 11,605 | 15,779 | No data | 15,779 |
| TN | 2 | 14,010 | 4,600 | No data | 21,550 | 40,160 | 5 | 40,165 |

6. POTENTIAL FOR HUMAN EXPOSURE

### Table 6-2.  Releases to the Environment from Facilities that Produce, Process, or Use Selenium Compounds

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Reported amounts released in pounds per year[a] | | | | | |
| State[b] | Number of facilities | Air[c] | Water | Under-ground injection | Land | Total on-site release[d] | Total off-site release[e] | Total on and off-site release |
| TX | 12 | 131,637 | 22 | 27,699 | 197,164 | 356,522 | 609,353 | 965,875 |
| UT | 4 | 4,122 | 1,000 | No data | 1,635,235 | 1,640,357 | 263 | 1,640,620 |
| VA | 1 | 4,100 | 600 | No data | 14,000 | 18,700 | No data | 18,700 |
| WV | 9 | 72,843 | 3,456 | No data | 93,928 | 170,227 | 8,403 | 178,630 |
| WY | 2 | 10,469 | No data | No data | 26,970 | 37,439 | No data | 37,439 |
| Total | 119 | 576,929 | 56,048 | 27,699 | 7,209,933 | 7,870,609 | 1,782,654 | 9,653,263 |

Source:  TRI00 2002

[a]Data in TRI are maximum amounts released by each facility.
[b]Post office state abbreviations are used.
[c]The sum of fugitive and stack releases are included in releases to air by a given facility.
[d]The sum of all releases of the chemical to air, land, water, and underground injection wells.
[e]Total amount of chemical transferred off-site, including to publicly owned treatment works (POTW).

USCA Case #25-1087     Document #2105058     Filed: 03/10/2025     Page 853 of 2126

from stationary sources in the United States for 1969–1971, 1978, and 1983 were 900, 1,240, and 1,560 tons selenium/year, respectively (EPA 1974; Lee and Duffield 1979).  Dulka and Risby (1976) estimated yearly releases of selenium to the air from fossil fuel combustion to be 1,000 tons.  Harr (1978) estimated that 1,500 tons were released annually, with additional air releases from industrial and municipal wastes totaling 2,700 tons and 360 tons, respectively.  Selenium releases to the air are likely to increase as more coal is burned in the future.  The estimated selenium emissions from Canadian non-ferrous smelters (stack plus fugitive) were 3.02 tons in 1993 (Skeaff and Dubreuil 1997).

Incineration of rubber tires, paper, and municipal waste is an additional source of atmospheric selenium.  Hashimoto et al. (1970) reported selenium concentrations in rubber tires to be 1.3 mg/kg.  Seventy different kinds of paper have been found to contain selenium (West 1967).  Combustion of municipal solid waste results in stack emissions ranging from 0.00098 to 0.00216 pounds (0.44–0.98 g) of selenium per ton of refuse (Johnson 1970).

The amount of selenium contributed to the air by other sources is not known.  Microbial action within the soil may also contribute selenium to the air (Fishbein 1983).  Selenium biomethylation volatilizes about 3,000 tons of selenium per year into the atmosphere, which eventually returns to earth in rainfall (NAS 1976a).  Volcanic gas is suspected to be the major natural source of atmospheric selenium.  Certain plants metabolize inorganic selenium compounds to volatile selenium in the forms of dimethyl selenide (Lewis et al. 1971) and dimethyl diselenide (Evans et al. 1968).  Animals are also capable of volatilizing selenium and releasing dimethyl selenide in expired air (Schultz and Lewis 1940).

Fly ash settling ponds (which contain high concentrations of selenium) and hazardous waste sites where selenium compounds were disposed of in the past are potential sources of atmospheric selenium through fugitive dust emissions.  Selenium emissions from these potential sources have not been quantified.

According to TRI, an estimated total of at least 65,481 pounds of elemental selenium and 576,929 pounds of selenium compounds were discharged to the air from manufacturing and processing facilities in the United States in 2000 (TRI00 2002) (see Tables 6-1 and 6-2).  The data listed in the TRI tables should be used with caution since only certain types of facilities are required to report.  This is not an exhaustive list.

Selenium has been identified in air at 13 of the 508 NPL hazardous waste sites where it was detected in some environmental media (HazDat 2003).

APPX ATT_V6_3159

## 6.2.2   Water

Surface waters can receive selenium from the atmosphere by dry and wet deposition, from adjoining waters that may contain selenium, from surface runoff, and from subsurface drainage. Sewage treatment plants are another source of selenium releases to water. Effluents from sewage treatment plants and oil refineries appear to be the major sources of selenium in the San Francisco estuarine system (Cutter 1989). In a study of direct discharges from oil refineries in San Francisco Bay, the average selenium concentration in the effluent was 0.067 mg/L with a range of 0.0066–0.156 mg/L (Barceloux 1999; Cutter 1989). Approximately 50–76% of the total selenium in the effluents was selenite. This proportion of selenite is higher than that found in natural estuary sources in the San Francisco Bay (Cutter 1989). About 150,000–460,000 tons of selenium per year are deposited in coal fly ash (Andren and Klein 1975; Doran 1982). Selenium from fly ash settling ponds and hazardous waste sites could reach surface water via runoff or could reach groundwater via leaching. Concentrations of 0.10–0.25 mg/L in a settling basin effluent from coal fly ash in North Carolina were reported by Lemly (1985). Overflow from the ash basin of a coal fired electric generating facility to Belews Lake resulted in surface water selenium concentrations of 0.005–0.020 mg/L in the lake basin. These levels have been reduced considerably since 1986 when the discharge of selenium laden waste water to the lake was discontinued. The peak selenium concentration in 1996 was <0.001 mg/L (Lemly 1997). Selenium concentrations as high as 0.28 mg/L have been reported for raw sewage, 0.045 mg/L for primary effluent, and 0.050 mg/L for secondary effluent (Baird et al. 1972). Irrigation drainage from seleniferous soils can increase selenium concentrations in surface water and has resulted in levels that are toxic to wildfowl at Kesterson National Wildlife Refuge in California (Ohlendorf et al. 1986a, 1988). Selenium was found to be released during coal mining because of the oxidation of selenium-bearing pyrite (Dreher and Finkelman 1992).

According to the TRI, an estimated total of 1,019 pounds of elemental selenium and 56,048 pounds of selenium compounds were discharged to surface water from manufacturing and processing facilities in the United States in 2000 (see Tables 6-1 and 6-2). The data listed in the TRI tables should be used with caution since only certain types of facilities are required to report. This is not an exhaustive list.

Selenium has been identified in groundwater at 271 sites and surface water at 106 sites of the 508 NPL hazardous waste sites where it was detected in some environmental media (HazDat 2003).

### 6.2.3   Soil

The primary factor that controls selenium concentrations in soil is the selenium content of the parent bedrock materials that release selenium via weathering processes and leaching (NAS 1976a).  Natural weathering processes are thought to release about 100,000–200,000 metric tons of selenium per year (Andren and Klein 1975).  Atmospheric deposition of selenium also contributes to selenium in the soil.  In the past, selenium was used in pesticide products, but because of its stability in soils and subsequent contamination of food crops, its use in pesticide products is now restricted.  The release of selenium to soil from fly ash settling ponds and hazardous waste sites has not been quantified.

According to the TRI, an estimated total of 157,521 pounds of elemental selenium and 7,209,933 pounds of selenium compounds were discharged to land from manufacturing and processing facilities in the United States in 2000 (TRI00 2002).  In addition, 40,246 pounds of selenium and 27,699 pounds of selenium compounds were injected underground (see Table 6-2).  The data listed in the TRI tables should be used with caution since only certain types of facilities are required to report.  This is not an exhaustive list.

Selenium has been identified in soil at 188 sites and sediment at 113 of the 508 NPL hazardous waste sites where it was detected in some environmental media (HazDat 2003).

### 6.3   ENVIRONMENTAL FATE

The behavior of selenium in the environment is influenced to a large degree by its oxidation state and the consequent differences in the behavior of its different chemical compounds (EPA 1979c; NAS 1976a).  The oxidation state of selenium in the environment is dependent on ambient conditions, particularly on pH, pE, and biological activity (Maier et al. 1988).

### 6.3.1   Transport and Partitioning

The volatile selenium compounds that partition into the atmosphere include the inorganic compounds, selenium dioxide and hydrogen selenide, and the organic compounds, dimethyl selenide and dimethyl diselenide.  Hydrogen selenide is highly reactive in air and is rapidly oxidized to elemental selenium and water (NAS 1976a), but the other compounds can persist in air.

APPX ATT_V6_3161

Selenium compounds released to the atmosphere can be removed by dry or wet deposition to soils or to surface water. The annual wet deposition rate of selenium at two rural/agricultural sites in Queenstown, Maryland and St. Mary's, Maryland were 287 and 140 $\mu g/m^2$-year, respectively (Scudlark et al. 1994). Selenium concentrations ranging from 0.04 to 1.4 $\mu g/L$ have been detected in rain and snow (Hashimoto and Winchester 1967). Kubota and coworkers (1975) reported selenium concentrations of 0.02– 0.37 $\mu g/L$ in rainwater at several locations in the United States and Denmark. Selenium was detected at average concentrations of 5.60–7.86 $\mu g/L$ during four rainfall events in Riyadh, Saudi Arabia (Alabdula'aly and Khan 2000).

The forms of selenium expected to be found in surface water and the water contained in soils are the salts of selenic and selenious acids. Selenic acid ($H_2SeO_4$) is a strong acid. The soluble selenate salts of this acid are expected to occur in alkaline waters. Sodium selenate is one of the most mobile selenium compounds in the environment because of its high solubility and inability to adsorb onto soil particles (NAS 1976a). Selenious acid ($H_2SeO_3$) is a weak acid, and the diselenite ion predominates in waters between pH 3.5 and 9. Most selenites are less soluble in water than the corresponding selenates (NAS 1980b).

Selenium in an aquatic environment is bioaccumulated by aquatic organisms (Chau and Riley 1965; Ohlendorf et al. 1986a; Rudd and Turner 1983a; Saiki and Lowe 1987). Lemly (1985) has reported bioconcentration factors (BCFs) of 150–1,850 and bioaccumulation factors (BAFs) of 1,746–3,975 for selenium in freshwater. In the Kesterson National Wildlife Refuge in the San Joaquin Valley of California, elevated levels of selenium have been measured (dry weight) in algae (average 35 mg/kg), midge larvae (139 mg/kg), dragonfly and damselfly nymphs (average 122 and 175 mg/kg, respectively), and mosquito fish (170 mg/kg) (Ohlendorf et al. 1986b). For comparison, the mean concentrations of selenium found in fish throughout the United States in the 1976–1977, 1978–1979, and 1980–1981 National Pesticide Monitoring Program were 0.56, 0.46, and 0.47 mg/kg wet weight, respectively (Lowe et al. 1985; May and McKinney 1981; Ohlendorf et al. 1986b). Similarly, Lemly (1985) found elevated selenium concentrations in aquatic organisms living in a power plant cooling reservoir in North Carolina. The degree of bioaccumulation of selenium exhibited a stable pattern over several years, with selenium concentrations (wet weight) as follows: fish (6–35 mg/kg) > benthic insects (12–15 mg/kg) > annelids (10–12 mg/kg) > molluscs and crustaceans (5–9 mg/kg) > periphyton (4–6 mg/kg) (Ohlendorf et al. 1986a). In fish, selenium was concentrated in visceral tissue (25–35 mg/kg wet weight) more than in skeletal muscle (6–11 mg/kg wet weight). Adams (1976) reported BCFs of 62.1, 14.3, 6.3, 3.2, and

10.5 for selenium in the viscera, gill, head and tail, muscle, and whole trout, respectively.  The BCFs and BAFs for selenium in visceral tissue (i.e., heart, hepatopancreas, spleen, and gonads) of fish have been estimated to range from 35 to 1,850 and from 1,058 to 3,980, respectively (Lemly 1982, 1985).  Lemly (1985) also estimated BAFs for selenium in skeletal muscle of fish to range from 485 to 1,746, depending on the species.  Maier et al. (1988) estimated selenium BAFs for algae to range from 100 to 2,600, and Besser et al. (1993) estimated BCFs of 16,000 for algae, 200,000 for daphnids, and 5,000 for bluegills from exposures to 1 μg/L selenomethionine.  Selenite was more concentrated than selenate for algae and daphnids, whereas bluegills concentrated both inorganic species about equally (Besser et al. 1993).  Selenium accumulation from selenomethionine occurred more readily than from selenite or selenate (Besser et al. 1989).

Some evidence indicates that selenium might biomagnify in aquatic organisms under natural conditions (Lemly 1985; Maier et al. 1988; NCDNR 1986; Sandholm et al. 1973).  Biomagnification is evidenced by progressively higher concentrations of an element or substance in organisms at successively higher trophic levels.  More than 50% of the selenium contained in sediments in the ponds and the reservoir in the Kesterson National Wildlife Refuge in California occurs in organic forms (Maier et al. 1988), resulting from the synthesis and bioaccumulation of organic selenium before the plants die and decay on the bottom.

In soils, pH and Eh are determining factors in the transport and partitioning of selenium.  Elemental selenium is essentially insoluble and may represent a major inert "sink" for selenium introduced into the environment under anaerobic conditions (NAS 1976b).  Heavy metal selenides and selenium sulfides, which are also insoluble, predominate in acidic (low pH) soils and in soils with high amounts of organic matter.  Selenium in this form is immobile and will remain in the soil.  The selenides of other metals such as copper and cadmium are of low solubility (NAS 1976b).  Sodium and potassium selenites dominate in neutral, well-drained mineral soils, where some soluble metal selenites may be found as well.  In alkaline (pH>7.5), well-oxidized soil environments, selenates are the major selenium species.  Because of their high solubility and low tendency to adsorb onto soil particles, the selenates are very mobile (Kabatas-Pendias and Pendias 1984) and are readily taken up by biological systems (Klaassen et al. 1986) or leached through the soil.  Gerritse et al. (1982) found selenium to be very mobile in sewage sludge leachate.  They reported $K_d$ values (distribution coefficient = [concentration of selenium sorbed on soil or rock]/[concentration of selenium in solution]) of 14.9 mL/g for sandy loam and 5.91 mL/g for sludge-treated sandy soils.  Selenite forms stable ferric oxide-selenite adsorption complexes in acid or neutral soils (Geering et al. 1968).

When environments favor the soluble forms of selenium (alkaline and oxidizing conditions), these forms can be accumulated by plants. In addition, although both selenite ($Se^{4+}$) and selenate ($Se^{6+}$) are soluble forms of selenium, selenate was found to be the preferred form of selenium taken up by plants (Bañuelos and Meek 1990). Preferential uptake of selenate may be caused by its tendency to be less strongly adsorbed to soil particles and organic matter than selenite (Bañuelos and Meek 1990). Selenium uptake by plants is influenced by many factors including soil type, pH, colloidal content, concentration of organic material, oxidation-reduction potentials in the root-soil environment, and total level of selenium in the soil (Fishbein 1983; Robberecht et al. 1982). In acidic soils (pH 4.5–6.5) and under high moisture conditions, selenium is in the form of selenite and is bound to colloids as iron hydroxide selenium complexes. These complexes are insoluble and generally not bioavailable to plants (Galgan and Frank 1995). In basic soils (pH 7.5–8.5), selenium is present as soluble selenate. Soluble selenates (principally sodium selenate) appear to be responsible for most of the naturally occurring accumulation of high levels of selenium by plants, although much of the total selenium in soil may be present in other forms (NAS 1976a). The use of lime and plant ash as fertilizers, which would raise the pH of the soil and favor the formation of selenate, has been implicated as a contributing factor in the accumulation of selenium in crops grown in high selenium soil found in certain regions of China (Yang et al. 1988).

## 6.3.2   Transformation and Degradation

### 6.3.2.1   Air

Selenium dioxide released to the air from the combustion of fossil fuels should be largely reduced to elemental selenium by sulfur dioxide formed during the combustion (NAS 1976b). During a 1991 study, Oehm et al. found that selenium dioxide reacting with atmospheric moisture generates selenious acid aerosols. Hydrogen selenide is unstable in air and is oxidized to elemental selenium and water (NAS 1976a). Hazards from hydrogen selenide are expected, therefore, to be confined to occupational settings where the confined gas might build up to hazardous levels despite oxidative losses (NAS 1976a).

Dimethyl selenide and methyl selenide are volatile organic compounds that can partition into and persist in the atmosphere. Other selenium compounds released to the atmosphere as dust can be removed by wet deposition (in rain or snow) or by dry deposition.

## 6.3.2.2    Water

In general, the more soluble and mobile forms of selenium (e.g., selenite and selenate) dominate under aerobic (high oxygen concentrations) and alkaline (high pH) conditions (NAS 1976a; Shamberger 1981). Selenates have been predicted thermodynamically to predominate under aerobic conditions, but a review of the literature indicates that both selenites and selenates are equally common in surface waters (Robberecht and Van Grieken 1982). For selenites in solution, equilibria will be set up between $H_2SeO_3$, $HSeO_3^-$, $SeO_3^-$, $HSe_2O_5^-$, and $Se_2O_5^{2-}$. The relative concentrations of these species will be determined by the pH of the solution and the total concentration of the electrolytes. Between pH 3.5 and 9, dissolved selenite would be expected to be present predominantly as the diselenite ion, whereas dissolved selenate would occur predominantly as $SeO_4^{2-}$. Sodium predominates as the counter ion of selenate and selenite in most surface waters.

A study completed by Bender et al. (1991) using a simulated laboratory pond found that bacteria and cyanobacteria have two possible mechanisms for the uptake and transformation of selenate. The uptake mechanism involves the reduction of selenate to elemental selenium that will be physically held within the biological mat. The microorganisms were also found to cause the transformation of soluble selenium into volatile alkyl selenium compounds (Bender et al. 1991).

In some deep aquifers, selenium transport in groundwater was found to be strongly retarded (White et al. 1991). This phenomena is thought to be caused by chemical reduction and precipitation mediated by microbial activity.

Under acidic conditions, selenite can be rapidly reduced to elemental selenium by mild reducing agents such as ascorbic acid or sulfur dioxide (NAS 1980b). Selenate can be converted to selenite or elemental selenium in aquatic systems, but this reaction is slow relative to other transformations. Once formed, elemental selenium is stable over a wide range of pH values and a range of mildly oxidizing to reducing conditions. The formation of various metal selenides is favored by acidic and reducing conditions (NAS 1976b), as found in organic-rich sediments.

Aquatic organisms can convert selenium to both inert and soluble forms. Duckweed, phytoplankton, bacteria, and fungi have been demonstrated to synthesize selenoamino acids from absorbed inorganic selenium compounds (Maier et al. 1988). These selenoamino acids are not likely to be found at significant dissolved concentrations in water, however, because amino acids are rapidly catabolized by

USCA Case #25-1087     Document #2105058     Filed: 03/10/2025     Page 860 of 2126

bacteria. Benthic bacteria and fungi are capable of methylating elemental and inorganic selenium salts (Chau et al. 1976). Hydrogen selenide can be formed in a reducing environment (Cutter 1982; NAS 1976a). Both hydrogen selenide and the methylated forms of selenium are unstable in water and would be expected to rapidly volatilize to the atmosphere (Fishbein 1983).

### 6.3.2.3    Sediment and Soil

In soils, elemental selenium and inorganic selenium compounds such as sodium selenite can be methylated by microorganisms and subsequently volatilized to the atmosphere (Doran 1982; Fishbein 1983; Shamberger 1981). Microorganisms such as *Aeromonas*, *Flavobacterium*, and *Pseudomonas* are suspected of methylating inorganic and organic selenium compounds to dimethyl selenide and dimethyl diselenide (Doran and Alexander 1976; Fishbein 1983; Reamer and Zoller 1980). Microbes cultured from rhizosphere of bulrush (*Scirpus robustus*) plants were shown to biomethylate soluble selenate and selenite and substantially volatilize these compounds over a 15-day incubation period (Azaizeh et al. 1997). Temperature plays a significant role in the microorganism-mediated volatilization of selenium compounds; temperature reductions from 20 to 10 °C and from 20 to 4 °C resulted in 25 and 90% decreases, respectively, in the dimethyl selenide produced (Chau et al. 1976). Reamer and Zoller (1980) examined microbial transformation of selenium in aerobic sewage contaminated with elemental selenium and selenite. They found dimethyl selenide to be the principal microbial product at low selenite concentrations (1–10 mg/kg), whereas dimethyl diselenide and dimethyl selenone were the principal products at higher selenite concentrations (100–1,000 mg/kg). Dimethyl selenide was the only product recovered from sludge contaminated with elemental selenium (Reamer and Zoller 1980). In general, microorganisms appear to methylate organic selenium compounds more readily than either selenite or selenate (Maier et al. 1988). Elemental selenium is converted to methylated selenium compounds the least rapidly (Maier et al. 1988). Selenium methylation and subsequent return from the atmosphere as selenite in rainwater is likely to be the major natural process by which selenium cycling occurs in the environment (Doran 1982).

Demethylation of the trimethylselenonium ion can also occur in soil. Microorganisms are evidently required for this reaction since it did not occur in autoclaved soil (Yamada et al. 1994). Selenium added to the soil as trimethylselenonium was not recovered in the soil, suggesting that trimethylselenonium was demethylated to gaseous selenium compounds, for example, dimethylselenide.

Terrestrial plants take up soluble selenate and selenite and biosynthesize organic selenium compounds, predominantly selenomethionine and, to a lesser extent, selenocysteine.  Selenates tend to be taken up by plants from soils more readily than selenites, in part because selenites tend to adsorb more strongly to soils (Dimes et al. 1988; Zhang et al. 1988).  These compounds can be released to the soils once the plants die and decay.  Water-soluble organic selenium compounds are also probably readily taken up by plants (Shamberger 1981; Shrift 1964).

## 6.4    LEVELS MONITORED OR ESTIMATED IN THE ENVIRONMENT

Selenium can be detected in most biological and nonbiological materials in the environment.  Selenium occurs in aquatic and terrestrial organisms as well as in water, air, and soil.  Among foods consumed by humans, meat products generally contain the highest concentration of selenium while vegetables and fruits contain the lowest.  Brazil nuts contain extremely high levels of selenium since they grow in the foothills of the Andes Mountains, where the soils are high in selenium (Secor and Lisk 1989).  Cereals contain intermediate levels of selenium.

### 6.4.1   Air

Background ambient air concentrations of selenium are generally in the $ng/m^3$ range (Harrison et al. 1971; John et al. 1973; Peirson et al. 1973).  Dams et al. (1970) found concentrations of selenium in suspended air particulate matter of 2.5 $ng/m^3$ in Niles, Michigan, and 3.8 $ng/m^3$ in East Chicago, Indiana.  During 1968–1969, 18 air samples collected around Buffalo, New York, showed a range of 3.7–9.7 $ng/m^3$ (Pillay et al. 1971).  Based on these results, the National Academy of Sciences (NAS 1976a) has estimated that the average selenium concentration in the air is well below 10 $ng/m^3$.  A monitoring study to determine the seasonal variation of pollutants in the air of Alaska was conducted from 1984 to 1987 (Sturges and Shaw 1993).  The average concentrations of selenium in Poker Flats, Alaska were 0.035 $ng/m^3$ (June 1 through January 31, 1984–1987) and 0.067 $ng/m^3$ (February 1 through May 31, 1984–1987).  The nearly 2-fold increase in concentration during the spring months were attributed to local marine biogenic volatilization of selenium, and not a coal burning origin (Sturges and Shaw 1993).  Selenium was detected in the ambient atmosphere at seven sites in the United Kingdom at concentrations ranging from 0.1 to 42.3 $ng/m^3$ (Lee et al. 1994).  The lowest levels were observed in the rural areas of Chilton and Windermere with mean concentrations of 1.3 and 0.9 $ng/m^3$, respectively.  The highest mean concentration of 16.7 $ng/m^3$ was observed in the industrial area of Walsall.

## 6.4.2   Water

Selenium has been detected in surface waters and groundwaters in the United States at generally low concentrations.  Selenium has been detected in oceans at an average value of $9x10^{-5}$ mg/L (0.09 µg selenium/L) (Schutz and Turekiam 1965).  In a study of selenium concentrations in major watersheds of the United States, selenium was detected in only 2 of 535 samples (<0.5%) at a concentration greater than the lowest detection limit of 0.010 mg/L (Lakin and Davidson 1967).  Examination of the EPA STORET database for the state of North Carolina revealed that only 3.3% of 657 samples of surface water contained more than 0.001 mg/L, and the highest value was 0.012 mg/L (NCDNR 1986).  Watersheds that receive selenium-contaminated waste water have high levels of selenium in surface water samples. The selenium concentration in Lake Belews, North Carolina has dropped from a maximum value of about 0.020 mg/L (pre -1986) to <0.001 mg/L in 1996, due to the discontinued release of selenium laden waste water from a local coal fired power plant (Lemly 1997).  The selenium concentration in portions of Pigeon River and Pigeon Lake, Michigan which receive waste water input from a coal fly ash disposal facility, were <0.001–0.0075 mg/L (Besser et al. 1996).

High selenium levels are more likely to be found in irrigation return waters, seeps, springs, and shallow wells where seleniferous soils may contribute to the selenium content of the water.  Glover et al. (1979) found that under unusual geological conditions, selenium concentrations in groundwater may reach 0.60 mg/L.  In another study conducted in a seleniferous area of South Dakota, 34 of 44 wells did not show any measurable selenium; however, the remaining 10 had concentrations ranging from 0.050 to 0.339 mg/L (Smith and Westfall 1937).  Selenium concentrations determined in 107 irrigation and 44 livestock well waters in the San Joaquin area of California exceeded 0.010 mg/L in 26 wells, but exceeded 0.020 mg/L in only 11 wells (Oster et al. 1988a).  The maximum concentration was 0.272 mg/L (Oster et al. 1988a).

Selenium accumulation in agricultural drainage waters and basins has been documented in the western United States, particularly in California.  The problem was first discovered in the Kesterson Wildlife Refuge in the San Joaquin Valley of California.  In 1975, the U.S. Bureau of Reclamation finished construction of an 85-mile subsurface agricultural water drain that terminated in a series of evaporation ponds called Kesterson Reservoir.  By 1983, however, it was confirmed that the drain waters contained high concentrations of selenium (>1.35 mg/L in some areas) leached from the soil by application of

irrigation water (Maier et al. 1988). Because the high selenium levels produced death and deformities in fish and waterfowl, delivery of subsurface water to Kesterson was terminated in 1986 (Lewis 1988). Measurements of trace elements in the 27 other evaporation basins in the San Joaquin Valley have revealed only 3 basins with total selenium exceeding 0.10 mg/L and only 50 acres of evaporation basin cells with selenium concentrations in excess of 1.0 mg/L (CRWQCB 1988).

### 6.4.3   Sediment and Soil

Selenium is estimated to be the 69th most abundant element in the earth's crust, with an average concentration of 0.05–0.09 mg/kg (Glover et al. 1979). Chemically, selenium closely resembles sulfur. Consequently, sulfides of bismuth, iron, mercury, silver, copper, lead, and zinc have been found to contain selenium (Shamberger 1981). Selenium is concentrated in the sulfide minerals galena, chalcopyrite, arsenopyrite, sphalerite, pyrite, marcasite, and pyrrhotite (Coleman and Delevaux 1957). Jarosite and barite have also been found to contain selenium at low levels. The sulfides containing the highest selenium concentrations are those associated with uranium ores in sandstone-type deposits in the western United States. In the immediate vicinity of sandstone-type uranium deposits, selenium concentrations as high as 1,000 mg/kg have been found (Shamberger 1981). Hydrothermal ore is also known to contain high concentrations of selenium. The best known are epithermal gold, silver, antimony, and mercury deposits (Shamberger 1981). Selenium has been found in volcanic rocks in the western United States at concentrations as high as 120 mg/kg (Glover et al. 1979).

Various studies estimated selenium concentration of most soils to be between 0.01 and 0.2 mg/kg (Sindeeva 1964). One study analyzed several thousand soil samples in the United States and found that most seleniferous soils contained <2 mg/kg, with a maximum concentration of <100 mg/kg (Rosenfeld and Beath 1964). The highest U.S. soil levels of selenium are found in areas of the West and Midwest.

Atmospheric deposition of selenium from mining and smelting activities also appears to be a source to soils and plants (Glooschenko and Arafa 1988). In this study, an indirect relationship between distance from smelters and selenium concentration was shown using *Sphagnum fuscum* as an indicator. Washout of atmospheric selenium by precipitation appeared to be the primary mechanism for accumulating selenium in soils and plants in the vicinity of smelters (Glooschenko and Arafa 1988).

USCA Case #25-1087    Document #2105058    Filed: 03/10/2025    Page 864 of 2126

Sandstone has been found to contain selenium in varying concentrations, but most probably contains <1 mg/kg (Rosenfeld and Beath 1964). However, sandstone in Wyoming has been found to contain >100 mg/kg (Beath et al. 1946). Generally, the selenium concentration of limestone is low; however, shales of the Niobrara formation in South Dakota have been found to contain over 40 mg/kg. The range of selenium concentrations in phosphate rocks is <1–300 mg/kg (NAS 1976a). Shales appear to contain consistently higher concentrations of selenium than limestone or sandstone. Despite the fact that shales vary so widely in their selenium concentration, they are fairly reliable indicators of soils high in selenium (NAS 1976a).

The disposal of selenium contaminated waste water has resulted in elevated selenium levels in sediments of Lake Belews, North Carolina. The concentration of selenium in sediments ranged from 4 to 12 μg/g (pre-1986), but has dropped to 1–4 μg/g (1996) due to the discontinued release of selenium laden waste water from a local coal fired power plant (Lemly 1997). Selenium was measured in 445 surface soil samples from Florida with a concentration range of 0.01–4.62 μg/g and an arithmetic mean of 0.25 μg/g (Chen et al. 1999). Selenium was detected in soils and bed sediment from the South Platter River Basin at concentrations of 0.30–3.80 μg/g (Heiny and Tate 1997). The highest levels were observed in areas consisting of a high degree of Precambrian rock formation.

### 6.4.4   Other Environmental Media

***Coal and Oil.*** Petroleum has been found to contain 500–950 mg/kg crude petroleum and 500–1,650 mg/kg heavy petroleum (Hashimoto et al. 1970). An average of 2.8 mg/kg coal has been reported for 138 samples from U.S. deposits (Pillay et al. 1969).

***Plants.*** Several species of grasses and herbaceous plants accumulate selenium, and some of these are endemic to the western United States. Primary accumulators are *Astragalus*, *Oonopsis*, *Stanelya*, *Xylorhiza*, and *Machaeranthera*. Secondary accumulators are *Astor*, *Gatierreaia*, *Atriplex*, *Grindelia*, *Castillaja*, and *Comandra*. Primary accumulators can contain 100–100,000 mg/kg of plant tissue, whereas secondary accumulators contain 25–100 mg/kg of plant tissue (dry weight). Nonaccumulator plants generally contain less than 25 mg of selenium/kg of plant tissue (dry weight) (Rosenfeld and Beath 1964). In some plants, including the leaves of beets and cabbage, and in garlic, as much as 40–50% of the selenium may be in the form of selenate (Cappon 1981).

A study by Arthur et al. (1992) showed an increased uptake of selenium by terrestrial plants growing on soil-capped fly ash landfill sites. Selenium concentrations rarely exceeded 5 mg/kg, and there were no signs of selenium toxicity to plants. A similar study by Shane et al. (1988) on greenhouse vegetables established that the uptake of selenium by these vegetables is proportional to the percentage of selenium in the growth medium. Another greenhouse study showed that four floating aquatic plants, *Azolla caroliniana*, *Eichjornia crassipes*, *Salvinia rotundifolia*, and *Lemna minor*, absorbed selenium quickly upon exposure (Horne 1991).

***Animals.*** Aquatic animals accumulate selenium from lakes and rivers high in selenium content. Fish in the Kesterson National Wildlife Refuge in California had selenium concentrations up to 96 mg/kg, and aquatic birds had levels up to 130 mg/kg (Barceloux 1999). Selenium was detected in fish from three sites of the Pigeon River and Pigeon Lake in Michigan (Besser et al. 1996). It was determined that selenium concentrations in fish at sites receiving seepage and effluents from a coal fly ash disposal facility were considerably higher than for fish upstream from the facility. Mean concentrations of selenium in white sucker and northern pike ranged from 0.46 to 0.88 µg/g in an uncontaminated portion of the river, while concentrations in a contaminated portion of the river and lake were 1.1–2.4 µg/g (Besser et al. 1996). The mean concentrations of selenium in the feathers of five species of birds at Clear Lake, California were 3.20 µg/g (osprey), 1.38 µg/g (western grebe), 2.51 µg/g (great blue heron), 0.94 µg/g (turkey vulture), and 1.05 µg/g (mallard) (Cahill et al. 1998). Ospreys (which consume large mature fish) had the highest selenium levels, while turkey vultures (which rarely interact with the contaminated aquatic system) and mallards (which are semi-domesticated) had the lowest levels. Selenium was observed in 24 of 24 black-crowned night herons from the Delaware Bay at concentrations of 2.84–5.95 µg/g (Rattner et al. 2000). The highest levels were observed in herons from Pea Patch Island, an island adjacent to a shipping channel for the petrochemical industry. Selenium was observed in the liver of 70 out of 70 redheads (*Athya americana*) in Louisiana and Texas at concentrations of 1.56–5.86 µg/g (Michot et al. 1994). The selenium concentration in moose liver from 12 areas of Sweden ranged from 0.0027 to 3.054 µg/g (Galgan and Frank 1995). The highest levels were observed in areas with a high degree of selenium deposition from industrial sources.

***Food.*** In a review of the foods that contribute the highest proportion of the daily selenium intake of human populations in the United States, Schubert et al. (1987) estimated selenium concentrations in over 100 food items on the basis of 65 articles published after 1960. Table 6-3 presents the selenium concentrations for some of the food items analyzed. The quality of the data was evaluated on the basis of sample size, analytic method, sample handling, sampling plan, and analytic quality control. Schubert et

### Table 6-3.  Selenium Concentrations in Foods in the United States[a]
### (mg selenium/kg, wet weight)

| Food item | Average | Minimum | Maximum | Number of acceptable samples |
|---|---|---|---|---|
| Fruits and vegetables | | | | |
| Apples, raw | 0.004 | 0.003 | 0.006 | 5 |
| Carrots, raw | 0.017 | 0.006 | 0.029 | 5 |
| Oranges | 0.015 | 0.013 | 0.018 | 3 |
| Potatoes | 0.013 | 0.004 | 0.023 | 7 |
| Grains, nuts, and cereals | | | | |
| Bread, white | 0.32 | 0.23 | 0.54 | 6 |
| Bread, whole wheat | 0.44 | 0.28 | 0.67 | 3 |
| Corn flakes | 0.063 | 0.026 | 0.12 | 4 |
| Special K | 0.063 | 0.35 | 0.94 | 4 |
| Egg noodles, dry | 0.66 | 0.43 | 1.35 | 7 |
| Egg noodles, cooked | 0.19 | 0.14 | 0.42 | 2 |
| Nuts, Brazil[b] | 14.7 | 0.20 | 253 | 72 |
| Dairy products | | | | |
| Whole milk | 0.016 | 0.011 | 0.025 | 4 |
| Swiss cheese | 0.083 | 0.062 | 0.10 | 2 |
| Cottage cheese | 0.060 | 0.052 | 0.068 | 2 |
| Meat | | | | |
| Chicken, cooked | 0.21 | 0.17 | 0.26 | 2 |
| Beef, cooked | 0.26 | 0.15 | 0.52 | 3 |
| Pork/ham, fresh/cured | 0.33 | 0.19 | 0.51 | 6 |
| Salami | 0.20 | 0.13 | 0.33 | 2 |
| Seafood[c] | | | | |
| Salmon, canned | 0.75 | 0.31 | 1.49 | 3 |
| Shrimp, canned/cooked | 0.64 | 0.21 | 1.61 | 4 |
| Swordfish | 2.84 | 2.54 | 3.44 | 4 |
| Organ meats | | | | |
| Beef liver, cooked | 0.56 | 0.43 | 0.71 | 2 |
| Beef kidney, raw | 1.70 | 1.45 | 2.32 | 4 |

[a]Food is the normal source of selenium which is essential for human health.  Concentrations from Schubert et al. (1987), except where noted.
[b]Secor and Lisk (1989)
[c]Bioavailability of selenium from some fish may be lower than from other foods.

al. (1987) chose not to present standard deviations or standard errors of the samples because of the different sampling biases present in the studies.

In general, fruits and vegetables were found to contain <0.01 mg/kg, whereas root vegetables contained higher concentrations of selenium (Table 6-3).  Beale et al. (1990) found milk and meat to have the same range of selenium concentrations as Schubert et al. (1987).  In another study, no apparent correlation existed between the selenium concentration of canned versus fresh fruits and vegetables (Morris and Levander 1970).

Grain products varied greatly in their selenium concentration.  Wheat bread and flour were high in selenium, whereas white bread and white flour contained considerably less selenium.  Very low levels of selenium were found in certain processed cereals, such as corn flakes, but not in others, such as oat cereal (Morris and Levander 1970; Schubert et al. 1987).

Dairy products contained variable concentrations of selenium as well, but, in general, contained lower levels than meat products.  Organ meats (e.g., liver and kidney) and seafoods contained higher levels of selenium than poultry or beef (Morris and Levander 1970; Schubert et al. 1987).  The U.S. Fish and Wildlife Service collected 315 whole fish samples from 109 stations nationwide and analyzed them for selenium.  Selenium concentrations were as follows (wet weight): geometric mean of 0.42 μg/g, maximum of 2.3 μg/g, and 85th percentile concentration of 0.73 μg/g (Schmitt and Brumbagh 1990).  Consumption of the foods with higher selenium levels contributes to the daily intake of adequate amounts of selenium.

Analysis of commercial baby foods indicated that processing may reduce selenium levels of the food (Morris and Levander 1970).

A recent survey conducted by the U.S. Food and Drug Administration (FDA), which analyzed foods consumed in the United States during the period of 1991–1999, detected selenium in 3,654 out of 6,679 food samples analyzed (FDA 2000).  The results of this survey are summarized in Table 6-4.

## Table 6-4.  U.S. Food and Drug Administration—Total Diet Study (TDS)—Market Baskets 91-3 through 99-1

| | | Selenium—summary of results | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TDS food description | TDS food number | Number of results | Number of not detected | Number of traces | Mean (mg/kg) | Standard deviation (mg/kg) | Minimum (mg/kg) | Maximum (mg/kg) | Median (mg/kg) |
| | Overall: | 6,671 | 3,025 | 1,206 | 0.07 | 0.12 | 0 | 1.8 | 0.017 |
| Whole milk, fluid | 1 | 25 | 5 | 18 | 0.019 | 0.012 | 0 | 0.044 | 0.02 |
| Lowfat (2% fat) milk, fluid | 2 | 25 | 6 | 14 | 0.022 | 0.015 | 0 | 0.056 | 0.025 |
| Chocolate milk, fluid | 3 | 25 | 5 | 15 | 0.021 | 0.014 | 0 | 0.054 | 0.023 |
| Skim milk, fluid | 4 | 25 | 5 | 14 | 0.024 | 0.016 | 0 | 0.058 | 0.025 |
| Plain yogurt, lowfat | 6 | 25 | 5 | 9 | 0.031 | 0.019 | 0 | 0.068 | 0.033 |
| Chocolate milk shake, fast-food | 7 | 25 | 5 | 17 | 0.023 | 0.014 | 0 | 0.051 | 0.026 |
| Evaporated milk, canned | 8 | 25 | 4 | 4 | 0.043 | 0.024 | 0 | 0.102 | 0.047 |
| American, processed cheese | 10 | 25 | 0 | 3 | 0.183 | 0.025 | 0.097 | 0.231 | 0.178 |
| Cottage cheese, 4% milkfat | 11 | 25 | 2 | 4 | 0.083 | 0.039 | 0 | 0.178 | 0.08 |
| Cheddar cheese | 12 | 25 | 0 | 4 | 0.198 | 0.045 | 0.1 | 0.318 | 0.194 |
| Ground beef, pan-cooked | 13 | 25 | 0 | 1 | 0.197 | 0.052 | 0.127 | 0.333 | 0.187 |
| Beef chuck roast, baked | 14 | 25 | 0 | 0 | 0.251 | 0.058 | 0.15 | 0.379 | 0.24 |
| Beef steak, loin, pan-cooked | 16 | 25 | 0 | 1 | 0.256 | 0.063 | 0.13 | 0.439 | 0.24 |
| Ham, baked | 17 | 25 | 0 | 1 | 0.29 | 0.077 | 0.12 | 0.42 | 0.278 |
| Pork chop, pan-cooked | 18 | 25 | 0 | 0 | 0.46 | 0.16 | 0.245 | 0.808 | 0.448 |
| Pork sausage, pan-cooked | 19 | 25 | 0 | 4 | 0.215 | 0.094 | 0.066 | 0.556 | 0.207 |
| Pork bacon, pan-cooked | 20 | 25 | 0 | 0 | 0.38 | 0.15 | 0.186 | 0.836 | 0.323 |
| Pork roast, baked | 21 | 25 | 0 | 1 | 0.34 | 0.11 | 0.13 | 0.692 | 0.333 |

6. POTENTIAL FOR HUMAN EXPOSURE

## Table 6-4.  U.S. Food and Drug Administration—Total Diet Study (TDS)—Market Baskets 91-3 through 99-1

| | | Selenium—summary of results | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TDS food description | TDS food number | Number of results | Number of not detected | Number of traces | Mean (mg/kg) | Standard deviation (mg/kg) | Minimum (mg/kg) | Maximum (mg/kg) | Median (mg/kg) |
| Lamb chop, pan-cooked | 22 | 25 | 0 | 2 | 0.25 | 0.13 | 0.095 | 0.74 | 0.22 |
| Chicken, fried (breast, leg, and thigh) homemade | 24 | 25 | 0 | 2 | 0.25 | 0.1 | 0.067 | 0.465 | 0.243 |
| Turkey breast, roasted | 26 | 25 | 0 | 0 | 0.34 | 0.14 | 0.095 | 0.583 | 0.329 |
| Liver, beef, fried | 27 | 25 | 0 | 0 | 0.65 | 0.25 | 0.089 | 1.22 | 0.67 |
| Frankfurters, beef, boiled | 28 | 25 | 2 | 3 | 0.098 | 0.037 | 0 | 0.155 | 0.102 |
| Bologna, sliced | 29 | 25 | 0 | 5 | 0.134 | 0.037 | 0.07 | 0.239 | 0.13 |
| Salami, sliced | 30 | 25 | 0 | 3 | 0.202 | 0.046 | 0.079 | 0.313 | 0.197 |
| Tuna, canned in oil | 32 | 26 | 0 | 0 | 0.69 | 0.13 | 0.498 | 1.013 | 0.655 |
| Fish sticks, frozen, heated | 34 | 26 | 0 | 1 | 0.168 | 0.035 | 0.076 | 0.257 | 0.171 |
| Eggs, scrambled | 35 | 26 | 0 | 1 | 0.217 | 0.073 | 0.076 | 0.405 | 0.206 |
| Eggs, fried | 36 | 25 | 0 | 0 | 0.278 | 0.084 | 0.149 | 0.454 | 0.259 |
| Eggs, boiled | 37 | 25 | 0 | 2 | 0.27 | 0.1 | 0.023 | 0.477 | 0.274 |
| Pinto beans, dry boiled | 38 | 25 | 2 | 6 | 0.076 | 0.043 | 0 | 0.13 | 0.064 |
| Pork and beans, canned | 39 | 25 | 5 | 10 | 0.034 | 0.023 | 0 | 0.076 | 0.038 |
| Lima beans, immature, frozen, boiled | 42 | 25 | 17 | 8 | 0.005 | 0.009 | 0 | 0.036 | 0 |
| Green peas, fresh/frozen, boiled | 46 | 25 | 18 | 5 | 0.007 | 0.013 | 0 | 0.044 | 0 |
| Peanut butter, smooth | 47 | 25 | 2 | 8 | 0.086 | 0.068 | 0 | 0.271 | 0.073 |
| Peanuts, dry roasted | 48 | 25 | 5 | 5 | 0.075 | 0.068 | 0 | 0.272 | 0.063 |

**Table 6-4.  U.S. Food and Drug Administration—Total Diet Study (TDS)—Market Baskets 91-3 through 99-1**

| | | | | Selenium—summary of results | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TDS food description | TDS food number | Number of results | Number of not detected | Number of traces | Mean (mg/kg) | Standard deviation (mg/kg) | Minimum (mg/kg) | Maximum (mg/kg) | Median (mg/kg) |
| White rice, cooked | 50 | 25 | 3 | 4 | 0.057 | 0.035 | 0 | 0.17 | 0.055 |
| Oatmeal, quick (1–3 minutes), cooked | 51 | 25 | 2 | 4 | 0.058 | 0.034 | 0 | 0.18 | 0.052 |
| Wheat cereal, farina, quick (1–3 minutes), cooked | 52 | 25 | 3 | 3 | 0.076 | 0.047 | 0 | 0.205 | 0.069 |
| Corngrits, regular, cooked | 53 | 25 | 6 | 13 | 0.025 | 0.025 | 0 | 0.095 | 0.019 |
| Corn, fresh/frozen, boiled | 54 | 25 | 17 | 6 | 0.007 | 0.012 | 0 | 0.034 | 0 |
| Cream style corn, canned | 56 | 25 | 18 | 7 | 0.005 | 0.008 | 0 | 0.029 | 0 |
| Popcorn, popped in oil | 57 | 26 | 5 | 7 | 0.083 | 0.071 | 0 | 0.267 | 0.073 |
| White bread | 58 | 25 | 0 | 3 | 0.211 | 0.075 | 0.05 | 0.363 | 0.197 |
| White roll | 59 | 25 | 0 | 0 | 0.265 | 0.076 | 0.144 | 0.41 | 0.266 |
| Cornbread, homemade | 60 | 25 | 1 | 3 | 0.124 | 0.04 | 0 | 0.194 | 0.123 |
| Biscuit, from refrigerated dough, baked | 61 | 24 | 0 | 3 | 0.127 | 0.038 | 0.073 | 0.22 | 0.119 |
| Whole wheat bread | 62 | 25 | 0 | 0 | 0.32 | 0.079 | 0.198 | 0.48 | 0.32 |
| Tortilla, flour | 63 | 25 | 0 | 1 | 0.227 | 0.099 | 0.032 | 0.469 | 0.229 |
| Rye bread | 64 | 25 | 0 | 0 | 0.26 | 0.061 | 0.155 | 0.4 | 0.246 |
| Blueberry muffin, commercial | 65 | 25 | 0 | 3 | 0.113 | 0.04 | 0.065 | 0.246 | 0.108 |
| Saltine crackers | 66 | 26 | 1 | 5 | 0.098 | 0.036 | 0 | 0.197 | 0.1 |
| Corn chips | 67 | 25 | 5 | 8 | 0.04 | 0.032 | 0 | 0.099 | 0.034 |
| Pancake from mix | 68 | 25 | 0 | 5 | 0.136 | 0.074 | 0.05 | 0.39 | 0.129 |

### Table 6-4.  U.S. Food and Drug Administration—Total Diet Study (TDS)—Market Baskets 91-3 through 99-1

| | | | | Selenium—summary of results | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TDS food description | TDS food number | Number of results | Number of not detected | Number of traces | Mean (mg/kg) | Standard deviation (mg/kg) | Minimum (mg/kg) | Maximum (mg/kg) | Median (mg/kg) |
| Egg noodles, boiled | 69 | 25 | 0 | 1 | 0.218 | 0.082 | 0.052 | 0.373 | 0.232 |
| Macaroni, boiled | 70 | 26 | 0 | 1 | 0.242 | 0.087 | 0.034 | 0.43 | 0.245 |
| Corn flakes | 71 | 26 | 5 | 4 | 0.057 | 0.048 | 0 | 0.195 | 0.05 |
| Fruit-flavored, sweetened cereal | 72 | 25 | 0 | 5 | 0.075 | 0.026 | 0.031 | 0.14 | 0.079 |
| Shredded wheat cereal | 73 | 26 | 7 | 5 | 0.046 | 0.04 | 0 | 0.13 | 0.044 |
| Raisin bran cereal | 74 | 26 | 5 | 9 | 0.049 | 0.059 | 0 | 0.297 | 0.035 |
| Crisped rice cereal | 75 | 25 | 1 | 10 | 0.085 | 0.071 | 0 | 0.216 | 0.044 |
| Granola cereal | 76 | 26 | 0 | 2 | 0.144 | 0.053 | 0.066 | 0.244 | 0.14 |
| Oat ring cereal | 77 | 26 | 1 | 0 | 0.23 | 0.078 | 0 | 0.335 | 0.235 |
| Apple, red, raw | 78 | 26 | 25 | 1 | 0 | 0.002 | 0 | 0.011 | 0 |
| Orange, raw | 79 | 26 | 24 | 2 | 0.001 | 0.003 | 0 | 0.012 | 0 |
| Banana, raw | 80 | 26 | 16 | 8 | 0.009 | 0.014 | 0 | 0.054 | 0 |
| Watermelon, raw | 81 | 26 | 25 | 1 | 0 | 0.002 | 0 | 0.012 | 0 |
| Peach, raw | 83 | 26 | 25 | 1 | 0 | 0.002 | 0 | 0.012 | 0 |
| Applesauce, bottled | 84 | 26 | 26 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pear, raw | 85 | 26 | 26 | 0 | 0 | 0 | 0 | 0 | 0 |
| Strawberries, raw | 86 | 25 | 23 | 2 | 0.001 | 0.003 | 0 | 0.012 | 0 |
| Fruit cocktail, canned in heavy syrup | 87 | 26 | 26 | 0 | 0 | 0 | 0 | 0 | 0 |
| Grapes, red/green, seedless, raw | 88 | 26 | 26 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cantaloupe, raw | 89 | 26 | 16 | 10 | 0.007 | 0.009 | 0 | 0.025 | 0 |
| Plums, raw | 91 | 26 | 25 | 1 | 0 | 0.002 | 0 | 0.012 | 0 |

## Table 6-4. U.S. Food and Drug Administration—Total Diet Study (TDS)—Market Baskets 91-3 through 99-1

| TDS food description | TDS food number | Number of results | Number of not detected | Number of traces | Mean (mg/kg) | Standard deviation (mg/kg) | Minimum (mg/kg) | Maximum (mg/kg) | Median (mg/kg) |
|---|---|---|---|---|---|---|---|---|---|
| Grapefruit, raw | 92 | 26 | 24 | 2 | 0.001 | 0.003 | 0 | 0.011 | 0 |
| Pineapple, canned in juice | 93 | 26 | 25 | 1 | 0.001 | 0.003 | 0 | 0.017 | 0 |
| Sweet cherries, raw | 94 | 20 | 20 | 0 | 0 | 0 | 0 | 0 | 0 |
| Raisins, dried | 95 | 25 | 24 | 1 | 0.001 | 0.003 | 0 | 0.014 | 0 |
| Prunes, dried | 96 | 25 | 25 | 0 | 0 | 0 | 0 | 0 | 0 |
| Avocado, raw | 97 | 25 | 24 | 1 | 0.001 | 0.006 | 0 | 0.028 | 0 |
| Orange juice, from frozen concentrate | 98 | 25 | 24 | 2 | 0.001 | 0.003 | 0 | 0.015 | 0 |
| Apple juice, bottled | 99 | 25 | 24 | 1 | 0.002 | 0.008 | 0 | 0.04 | 0 |
| Grapefruit juice, from frozen concentrate | 100 | 26 | 26 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prune juice, bottled | 103 | 26 | 25 | 1 | 0 | 0.002 | 0 | 0.011 | 0 |
| Lemonade, from frozen concentrate | 105 | 26 | 25 | 0 | 0.002 | 0.009 | 0 | 0.047 | 0 |
| Spinach, fresh/frozen, boiled | 107 | 25 | 18 | 7 | 0.003 | 0.005 | 0 | 0.015 | 0 |
| Collards, fresh/frozen | 108 | 25 | 17 | 7 | 0.005 | 0.009 | 0 | 0.041 | 0 |
| Iceberg lettuce, raw | 109 | 26 | 24 | 2 | 0.001 | 0.004 | 0 | 0.014 | 0 |
| Cabbage, fresh, boiled | 110 | 26 | 21 | 4 | 0.003 | 0.007 | 0 | 0.03 | 0 |
| Coleslaw with dressing, homemade | 111 | 26 | 17 | 8 | 0.011 | 0.016 | 0 | 0.047 | 0 |
| Sauerkraut, canned | 112 | 26 | 14 | 11 | 0.009 | 0.015 | 0 | 0.071 | 0 |

APPX ATT_V6_3178

## Table 6-4. U.S. Food and Drug Administration—Total Diet Study (TDS)—Market Baskets 91-3 through 99-1

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Selenium—summary of results | | | | | | | |
| TDS food description | TDS food number | Number of results | Number of not detected | Number of traces | Mean (mg/kg) | Standard deviation (mg/kg) | Minimum (mg/kg) | Maximum (mg/kg) | Median (mg/kg) |
| Broccoli, fresh/frozen, boiled | 113 | 26 | 16 | 8 | 0.011 | 0.027 | 0 | 0.134 | 0 |
| Celery, raw | 114 | 26 | 24 | 2 | 0.001 | 0.003 | 0 | 0.012 | 0 |
| Asparagus, fresh/frozen, boiled | 115 | 26 | 5 | 11 | 0.042 | 0.045 | 0 | 0.217 | 0.034 |
| Cauliflower, fresh/frozen, boiled | 116 | 26 | 17 | 7 | 0.009 | 0.022 | 0 | 0.103 | 0 |
| Tomato, red, raw | 117 | 25 | 22 | 3 | 0.002 | 0.005 | 0 | 0.019 | 0 |
| Tomato sauce, plain, bottled | 119 | 26 | 23 | 3 | 0.003 | 0.008 | 0 | 0.037 | 0 |
| Green beans, fresh/frozen, boiled | 121 | 26 | 23 | 3 | 0.001 | 0.004 | 0 | 0.013 | 0 |
| Cucumber, raw | 123 | 26 | 25 | 1 | 0 | 0.002 | 0 | 0.011 | 0 |
| Summer squash, fresh/frozen, boiled | 124 | 26 | 22 | 4 | 0.002 | 0.005 | 0 | 0.019 | 0 |
| Green pepper, raw | 125 | 26 | 26 | 0 | 0 | 0 | 0 | 0 | 0 |
| Winter squash, fresh/frozen, baked, mashed | 126 | 26 | 24 | 2 | 0.001 | 0.003 | 0 | 0.012 | 0 |
| Onion, mature, raw | 128 | 26 | 18 | 8 | 0.006 | 0.01 | 0 | 0.039 | 0 |
| Radish, raw | 132 | 26 | 25 | 1 | 0 | 0.002 | 0 | 0.011 | 0 |
| French fries, frozen, heated | 134 | 26 | 25 | 1 | 0.001 | 0.003 | 0 | 0.016 | 0 |
| Mashed potatoes, from flakes | 135 | 26 | 21 | 5 | 0.004 | 0.009 | 0 | 0.035 | 0 |
| White potato, boiled without skin | 136 | 26 | 25 | 1 | 0.001 | 0.005 | 0 | 0.028 | 0 |

**Table 6-4.  U.S. Food and Drug Administration—Total Diet Study (TDS)—Market Baskets 91-3 through 99-1**

| TDS food description | TDS food number | Number of results | Number of not detected | Number of traces | Mean (mg/kg) | Standard deviation (mg/kg) | Minimum (mg/kg) | Maximum (mg/kg) | Median (mg/kg) |
|---|---|---|---|---|---|---|---|---|---|
| White potato, baked with skin | 137 | 26 | 20 | 6 | 0.004 | 0.007 | 0 | 0.02 | 0 |
| Potato chips | 138 | 26 | 13 | 8 | 0.026 | 0.046 | 0 | 0.217 | 0.006 |
| Scalloped potatoes, homemade | 139 | 26 | 14 | 10 | 0.012 | 0.015 | 0 | 0.048 | 0 |
| Sweet potato, fresh, baked | 140 | 26 | 22 | 3 | 0.004 | 0.009 | 0 | 0.033 | 0 |
| Spaghetti with tomato sauce and meatballs, homemade | 142 | 26 | 0 | 4 | 0.123 | 0.035 | 0.048 | 0.2 | 0.116 |
| Beef stew with potatoes, carrots, and onion, homemade | 143 | 26 | 1 | 5 | 0.07 | 0.026 | 0 | 0.12 | 0.071 |
| Macaroni and cheese, from box mix | 146 | 26 | 0 | 2 | 0.195 | 0.055 | 0.076 | 0.339 | 0.189 |
| Quarter-pound hamburger on bun, fast-food | 147 | 26 | 0 | 2 | 0.177 | 0.046 | 0.091 | 0.3 | 0.173 |
| Meatloaf, homemade | 148 | 26 | 0 | 2 | 0.191 | 0.048 | 0.074 | 0.3 | 0.195 |
| Spaghetti with tomato sauce, canned | 149 | 26 | 0 | 6 | 0.106 | 0.028 | 0.06 | 0.187 | 0.1 |
| Lasagna with meat, homemade | 151 | 26 | 0 | 4 | 0.147 | 0.032 | 0.093 | 0.213 | 0.147 |
| Chicken potpie, frozen, heated | 152 | 26 | 3 | 3 | 0.071 | 0.032 | 0 | 0.127 | 0.076 |

**Table 6-4. U.S. Food and Drug Administration—Total Diet Study (TDS)—Market Baskets 91-3 through 99-1**

| TDS food description | TDS food number | Number of results | Number of not detected | Number of traces | Mean (mg/kg) | Standard deviation (mg/kg) | Minimum (mg/kg) | Maximum (mg/kg) | Median (mg/kg) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Selenium—summary of results | | | | | |
| Chicken noodle soup, canned, condensed, prepared with water | 155 | 26 | 5 | 9 | 0.028 | 0.018 | 0 | 0.06 | 0.03 |
| Tomato soup, canned, condensed, prepared with water | 156 | 26 | 22 | 4 | 0.002 | 0.005 | 0 | 0.017 | 0 |
| Vegetable beef soup, canned, condensed, prepared with water | 157 | 26 | 11 | 15 | 0.01 | 0.01 | 0 | 0.026 | 0.013 |
| White sauce, homemade | 160 | 26 | 6 | 6 | 0.032 | 0.022 | 0 | 0.076 | 0.035 |
| Dill cucumber pickles | 161 | 26 | 24 | 2 | 0.001 | 0.004 | 0 | 0.017 | 0 |
| Margarine, stick, regular (salted) | 162 | 25 | 24 | 1 | 0 | 0.002 | 0 | 0.012 | 0 |
| Butter, regular (salted) | 164 | 26 | 21 | 5 | 0.003 | 0.007 | 0 | 0.021 | 0 |
| Mayonnaise, regular, bottled | 166 | 26 | 11 | 12 | 0.021 | 0.021 | 0 | 0.078 | 0.024 |
| Half & half cream | 167 | 26 | 6 | 18 | 0.019 | 0.013 | 0 | 0.042 | 0.021 |
| Cream substitute, frozen | 168 | 26 | 26 | 0 | 0 | 0 | 0 | 0 | 0 |
| White sugar, granulated | 169 | 26 | 26 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pancake syrup | 170 | 26 | 26 | 0 | 0 | 0 | 0 | 0 | 0 |
| Honey | 172 | 26 | 26 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tomato catsup | 173 | 26 | 22 | 4 | 0.002 | 0.005 | 0 | 0.016 | 0 |

**Table 6-4.  U.S. Food and Drug Administration—Total Diet Study (TDS)—Market Baskets 91-3 through 99-1**

| TDS food description | TDS food number | Selenium—summary of results | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Number of results | Number of not detected | Number of traces | Mean (mg/kg) | Standard deviation (mg/kg) | Minimum (mg/kg) | Maximum (mg/kg) | Median (mg/kg) |
| Chocolate pudding, from instant mix | 175 | 26 | 6 | 15 | 0.027 | 0.024 | 0 | 0.087 | 0.025 |
| Vanilla flavored light ice cream | 177 | 24 | 6 | 10 | 0.026 | 0.016 | 0 | 0.046 | 0.03 |
| Chocolate cake with chocolate icing, commercial | 178 | 26 | 6 | 11 | 0.035 | 0.022 | 0 | 0.077 | 0.041 |
| Yellow cake with white icing, prepared from cake and icing mixes | 179 | 26 | 7 | 5 | 0.035 | 0.024 | 0 | 0.075 | 0.042 |
| Sweet roll/Danish, commercial | 182 | 26 | 0 | 5 | 0.128 | 0.04 | 0.043 | 0.22 | 0.123 |
| Chocolate chip cookies, commercial | 183 | 26 | 6 | 5 | 0.043 | 0.032 | 0 | 0.123 | 0.045 |
| Sandwich cookies with creme filling, commercial | 184 | 26 | 5 | 15 | 0.032 | 0.022 | 0 | 0.081 | 0.029 |
| Apple pie, fresh/frozen, commercial | 185 | 26 | 17 | 9 | 0.007 | 0.011 | 0 | 0.033 | 0 |
| Pumpkin pie, fresh/frozen, commercial | 186 | 26 | 6 | 11 | 0.033 | 0.021 | 0 | 0.076 | 0.037 |
| Milk chocolate candy bar, plain | 187 | 26 | 4 | 4 | 0.046 | 0.025 | 0 | 0.11 | 0.047 |
| Caramel candy | 188 | 26 | 10 | 15 | 0.017 | 0.015 | 0 | 0.05 | 0.022 |
| Gelatin dessert, any flavor | 190 | 26 | 25 | 1 | 0.001 | 0.003 | 0 | 0.017 | 0 |

### Table 6-4.  U.S. Food and Drug Administration—Total Diet Study (TDS)—Market Baskets 91-3 through 99-1

| | | | | Selenium—summary of results | | | | |
|---|---|---|---|---|---|---|---|---|
| TDS food description | TDS food number | Number of results | Number of not detected | Number of traces | Mean (mg/kg) | Standard deviation (mg/kg) | Minimum (mg/kg) | Maximum (mg/kg) | Median (mg/kg) |
| Cola carbonated beverage | 191 | 26 | 25 | 1 | 0.001 | 0.003 | 0 | 0.014 | 0 |
| Fruit drink, from powder | 193 | 26 | 25 | 0 | 0.001 | 0.006 | 0 | 0.032 | 0 |
| Low-calorie cola carbonated beverage | 194 | 26 | 26 | 0 | 0 | 0 | 0 | 0 | 0 |
| Coffee, decaffeinated, from instant | 196 | 26 | 24 | 2 | 0.001 | 0.006 | 0 | 0.032 | 0 |
| Tea, from tea bag | 197 | 26 | 25 | 1 | 0.001 | 0.006 | 0 | 0.032 | 0 |
| Beer | 198 | 26 | 21 | 5 | 0.002 | 0.005 | 0 | 0.015 | 0 |
| Dry table wine | 199 | 26 | 24 | 2 | 0.002 | 0.008 | 0 | 0.04 | 0 |
| Whiskey | 200 | 26 | 25 | 1 | 0 | 0.001 | 0 | 0.007 | 0 |
| Tap water | 201 | 26 | 25 | 1 | 0 | 0 | 0 | 0.002 | 0 |
| Milk-based infant formula, high iron, ready-to-feed | 202 | 25 | 6 | 18 | 0.017 | 0.011 | 0 | 0.03 | 0.021 |
| Milk-based infant formula, low iron, ready-to-feed | 203 | 25 | 6 | 18 | 0.018 | 0.011 | 0 | 0.037 | 0.021 |
| Beef, strained/junior | 205 | 26 | 6 | 12 | 0.028 | 0.02 | 0 | 0.075 | 0.026 |
| Chicken, strained/junior, with/without broth or gravy | 207 | 25 | 0 | 1 | 0.129 | 0.024 | 0.063 | 0.181 | 0.134 |

APPX ATT_V6_3183

**Table 6-4.  U.S. Food and Drug Administration—Total Diet Study (TDS)—Market Baskets 91-3 through 99-1**

| TDS food description | TDS food number | Number of results | Number of not detected | Number of traces | Mean (mg/kg) | Standard deviation (mg/kg) | Minimum (mg/kg) | Maximum (mg/kg) | Median (mg/kg) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Selenium—summary of results | | | |
| Chicken/ turkey with vegetables, high/lean meat, strained/ junior | 208 | 2 | 0 | 2 | 0.064 | 0.004 | 0.061 | 0.066 | 0.064 |
| Beef with vegetables, high/lean meat, strained/ junior | 209 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ham with vegetables, high/lean meat, strained/ junior | 210 | 2 | 0 | 2 | 0.102 | 0.033 | 0.079 | 0.125 | 0.102 |
| Vegetables and beef, strained/ junior | 211 | 25 | 14 | 11 | 0.007 | 0.009 | 0 | 0.033 | 0 |
| Vegetables and chicken, strained/ junior | 212 | 26 | 7 | 19 | 0.015 | 0.015 | 0 | 0.073 | 0.012 |
| Vegetables and ham, strained/ junior | 213 | 26 | 7 | 18 | 0.016 | 0.012 | 0 | 0.041 | 0.018 |
| Chicken noodle dinner, strained/ junior | 214 | 26 | 6 | 10 | 0.029 | 0.018 | 0 | 0.064 | 0.032 |
| Macaroni, tomatoes, and beef, strained/ junior | 215 | 26 | 5 | 10 | 0.028 | 0.017 | 0 | 0.06 | 0.032 |
| Turkey and rice, strained/ junior | 216 | 26 | 7 | 14 | 0.025 | 0.022 | 0 | 0.095 | 0.025 |

**Table 6-4.  U.S. Food and Drug Administration—Total Diet Study (TDS)—Market Baskets 91-3 through 99-1**

| | | Selenium—summary of results | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TDS food description | TDS food number | Number of results | Number of not detected | Number of traces | Mean (mg/kg) | Standard deviation (mg/kg) | Minimum (mg/kg) | Maximum (mg/kg) | Median (mg/kg) |
| Carrots, strained/ junior | 218 | 26 | 25 | 1 | 0.001 | 0.005 | 0 | 0.026 | 0 |
| Green beans, strained/ junior | 219 | 26 | 24 | 2 | 0.001 | 0.005 | 0 | 0.019 | 0 |
| Mixed vegetables, strained/ junior | 220 | 26 | 17 | 7 | 0.009 | 0.018 | 0 | 0.081 | 0 |
| Sweet potatoes, strained/ junior | 221 | 26 | 26 | 0 | 0 | 0 | 0 | 0 | 0 |
| Creamed corn, strained/ junior | 222 | 26 | 11 | 9 | 0.017 | 0.021 | 0 | 0.074 | 0.012 |
| Peas, strained/ junior | 223 | 26 | 23 | 3 | 0.001 | 0.004 | 0 | 0.016 | 0 |
| Creamed spinach, strained/ junior | 224 | 25 | 6 | 13 | 0.022 | 0.017 | 0 | 0.068 | 0.026 |
| Applesauce, strained/ junior | 225 | 26 | 24 | 2 | 0.001 | 0.003 | 0 | 0.012 | 0 |
| Peaches, strained/ junior | 226 | 26 | 26 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pears, strained/ junior | 227 | 25 | 24 | 1 | 0 | 0.002 | 0 | 0.012 | 0 |
| Apple juice, strained | 230 | 25 | 25 | 0 | 0 | 0 | 0 | 0 | 0 |
| Orange juice, strained | 231 | 26 | 26 | 0 | 0 | 0 | 0 | 0 | 0 |
| Custard pudding, strained/ junior | 232 | 26 | 5 | 10 | 0.032 | 0.019 | 0 | 0.071 | 0.035 |

**Table 6-4.  U.S. Food and Drug Administration—Total Diet Study (TDS)—Market Baskets 91-3 through 99-1**

| TDS food description | TDS food number | Number of results | Number of not detected | Number of traces | Mean (mg/kg) | Standard deviation (mg/kg) | Minimum (mg/kg) | Maximum (mg/kg) | Median (mg/kg) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Selenium—summary of results | | | | |
| Fruit dessert/ pudding, strained/ junior | 233 | 26 | 25 | 1 | 0 | 0.002 | 0 | 0.011 | 0 |
| Fruit-flavored yogurt, lowfat (fruit mixed in) | 235 | 26 | 7 | 14 | 0.022 | 0.015 | 0 | 0.047 | 0.024 |
| Swiss cheese | 236 | 26 | 0 | 5 | 0.18 | 0.054 | 0.109 | 0.368 | 0.174 |
| Cream cheese | 237 | 26 | 4 | 8 | 0.053 | 0.031 | 0 | 0.099 | 0.054 |
| Veal cutlet, pan-cooked | 238 | 26 | 0 | 1 | 0.165 | 0.045 | 0.098 | 0.354 | 0.162 |
| Ham luncheon meat, sliced | 239 | 26 | 0 | 0 | 0.237 | 0.078 | 0.096 | 0.374 | 0.22 |
| Chicken breast, roasted | 240 | 25 | 0 | 1 | 0.27 | 0.12 | 0.09 | 0.623 | 0.228 |
| Chicken nuggets, fast-food | 241 | 25 | 0 | 1 | 0.2 | 0.1 | 0.052 | 0.595 | 0.177 |
| Chicken, fried (breast, leg, and thigh), fast-food | 242 | 25 | 0 | 1 | 0.218 | 0.065 | 0.131 | 0.353 | 0.21 |
| Haddock, pan-cooked | 243 | 19 | 0 | 0 | 0.397 | 0.076 | 0.256 | 0.503 | 0.4 |
| Shrimp, boiled | 244 | 25 | 0 | 0 | 0.38 | 0.1 | 0.2 | 0.574 | 0.369 |
| Kidney beans, dry, boiled | 245 | 26 | 8 | 12 | 0.02 | 0.017 | 0 | 0.051 | 0.019 |
| Peas, mature, dry, boiled | 246 | 26 | 10 | 4 | 0.05 | 0.09 | 0 | 0.457 | 0.034 |
| Mixed nuts, no peanuts, dry roasted | 247 | 25 | 1 | 0 | 0.53 | 0.39 | 0 | 1.8 | 0.44 |
| Cracked wheat bread | 248 | 26 | 0 | 0 | 0.285 | 0.065 | 0.209 | 0.448 | 0.269 |

### Table 6-4.  U.S. Food and Drug Administration—Total Diet Study (TDS)—Market Baskets 91-3 through 99-1

| | | Selenium—summary of results | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TDS food description | TDS food number | Number of results | Number of not detected | Number of traces | Mean (mg/kg) | Standard deviation (mg/kg) | Minimum (mg/kg) | Maximum (mg/kg) | Median (mg/kg) |
| Bagel, plain | 249 | 26 | 0 | 0 | 0.311 | 0.085 | 0.165 | 0.518 | 0.299 |
| English muffin, plain, toasted | 250 | 26 | 0 | 0 | 0.263 | 0.068 | 0.144 | 0.402 | 0.25 |
| Graham crackers | 251 | 26 | 4 | 3 | 0.055 | 0.03 | 0 | 0.1 | 0.057 |
| Butter-type crackers | 252 | 26 | 4 | 2 | 0.061 | 0.031 | 0 | 0.102 | 0.069 |
| Apricot, raw | 253 | 21 | 19 | 2 | 0.001 | 0.004 | 0 | 0.015 | 0 |
| Peach, canned in light/medium syrup | 254 | 26 | 26 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pear, canned in light syrup | 255 | 26 | 26 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pineapple juice, from frozen concentrate | 256 | 26 | 26 | 0 | 0 | 0 | 0 | 0 | 0 |
| Grape juice, from frozen concentrate | 257 | 26 | 26 | 0 | 0 | 0 | 0 | 0 | 0 |
| French fries, fast-food | 258 | 26 | 22 | 4 | 0.003 | 0.007 | 0 | 0.023 | 0 |
| Carrot, fresh, boiled | 259 | 26 | 22 | 4 | 0.002 | 0.006 | 0 | 0.027 | 0 |
| Tomato, stewed, canned | 260 | 26 | 24 | 2 | 0.001 | 0.003 | 0 | 0.014 | 0 |
| Tomato juice, bottled | 261 | 26 | 20 | 6 | 0.004 | 0.007 | 0 | 0.023 | 0 |
| Beets, fresh/frozen, boiled | 262 | 25 | 22 | 3 | 0.002 | 0.006 | 0 | 0.023 | 0 |
| Brussels sprouts, fresh/frozen, boiled | 263 | 26 | 16 | 8 | 0.009 | 0.013 | 0 | 0.044 | 0 |
| Mushrooms, raw | 264 | 26 | 2 | 3 | 0.108 | 0.054 | 0 | 0.227 | 0.095 |
| Eggplant, fresh, boiled | 265 | 26 | 26 | 0 | 0 | 0 | 0 | 0 | 0 |

**Table 6-4.  U.S. Food and Drug Administration—Total Diet Study (TDS)—Market Baskets 91-3 through 99-1**

| TDS food description | TDS food number | Number of results | Number of not detected | Number of traces | Mean (mg/kg) | Standard deviation (mg/kg) | Minimum (mg/kg) | Maximum (mg/kg) | Median (mg/kg) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Selenium—summary of results | | | | |
| Turnip, fresh/frozen, boiled | 266 | 26 | 23 | 3 | 0.002 | 0.006 | 0 | 0.025 | 0 |
| Okra, fresh/frozen, boiled | 267 | 26 | 22 | 3 | 0.003 | 0.008 | 0 | 0.03 | 0 |
| Mixed vegetables, frozen, boiled | 268 | 26 | 20 | 6 | 0.004 | 0.008 | 0 | 0.032 | 0 |
| Beef stroganoff, homemade | 269 | 26 | 0 | 0 | 0.191 | 0.043 | 0.121 | 0.311 | 0.183 |
| Green peppers stuffed with beef and rice, homemade | 270 | 26 | 3 | 4 | 0.065 | 0.029 | 0 | 0.113 | 0.066 |
| Chili con carne with beans, homemade | 271 | 26 | 3 | 6 | 0.052 | 0.025 | 0 | 0.09 | 0.057 |
| Tuna noodle casserole, homemade | 272 | 26 | 0 | 1 | 0.173 | 0.042 | 0.107 | 0.281 | 0.166 |
| Salisbury steak with gravy, potatoes, and vegetable, frozen meal, heated | 273 | 26 | 6 | 4 | 0.034 | 0.022 | 0 | 0.062 | 0.041 |
| Turkey with gravy, dressing, potatoes, and vegetable, frozen meal, heated | 274 | 26 | 0 | 5 | 0.093 | 0.025 | 0.051 | 0.17 | 0.091 |

**Table 6-4.  U.S. Food and Drug Administration—Total Diet Study (TDS)—Market Baskets 91-3 through 99-1**

| TDS food description | TDS food number | | | | Selenium—summary of results | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Number of results | Number of not detected | Number of traces | Mean (mg/kg) | Standard deviation (mg/kg) | Minimum (mg/kg) | Maximum (mg/kg) | Median (mg/kg) |
| Quarter-pound cheese-burger on bun, fast-food | 275 | 26 | 0 | 0 | 0.18 | 0.041 | 0.108 | 0.331 | 0.18 |
| Fish sandwich on bun, fast-food | 276 | 26 | 0 | 0 | 0.184 | 0.04 | 0.109 | 0.281 | 0.189 |
| Frankfurter on bun, fast-food | 277 | 26 | 0 | 3 | 0.199 | 0.048 | 0.096 | 0.315 | 0.197 |
| Egg, cheese, and ham on English muffin, fast-food | 278 | 26 | 0 | 0 | 0.263 | 0.079 | 0.095 | 0.451 | 0.256 |
| Taco/ tostada, from Mexican carry-out | 279 | 26 | 2 | 3 | 0.103 | 0.039 | 0 | 0.161 | 0.104 |
| Cheese pizza, regular crust, from pizza carry-out | 280 | 26 | 0 | 0 | 0.239 | 0.053 | 0.138 | 0.332 | 0.235 |
| Cheese and pepperoni pizza, regular crust, from pizza carry-out | 281 | 26 | 0 | 0 | 0.229 | 0.067 | 0.068 | 0.381 | 0.225 |
| Beef chow mein, from Chinese carry-out | 282 | 26 | 3 | 5 | 0.068 | 0.043 | 0 | 0.192 | 0.071 |
| Bean with bacon/pork soup, canned, condensed, prepared with water | 283 | 26 | 7 | 19 | 0.015 | 0.013 | 0 | 0.052 | 0.014 |

**Table 6-4.  U.S. Food and Drug Administration—Total Diet Study (TDS)—Market Baskets 91-3 through 99-1**

| | | Selenium—summary of results | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TDS food description | TDS food number | Number of results | Number of not detected | Number of traces | Mean (mg/kg) | Standard deviation (mg/kg) | Minimum (mg/kg) | Maximum (mg/kg) | Median (mg/kg) |
| Mushroom soup, canned, condensed, prepared with whole milk | 284 | 26 | 5 | 18 | 0.021 | 0.017 | 0 | 0.061 | 0.019 |
| Clam chowder, New England, canned, condensed, prepared with whole milk | 285 | 26 | 4 | 12 | 0.032 | 0.018 | 0 | 0.06 | 0.036 |
| Vanilla ice cream | 286 | 26 | 6 | 19 | 0.019 | 0.012 | 0 | 0.043 | 0.021 |
| Fruit flavor sherbet | 287 | 26 | 21 | 4 | 0.005 | 0.013 | 0 | 0.059 | 0 |
| Popsicle, any flavor | 288 | 26 | 25 | 1 | 0.001 | 0.006 | 0 | 0.03 | 0 |
| Chocolate snack cake with chocolate icing | 289 | 26 | 9 | 15 | 0.02 | 0.017 | 0 | 0.056 | 0.025 |
| Cake doughnuts with icing, any flavor, from doughnut store | 290 | 26 | 0 | 7 | 0.097 | 0.036 | 0.032 | 0.164 | 0.097 |
| Brownies, commercial | 291 | 26 | 4 | 7 | 0.045 | 0.026 | 0 | 0.096 | 0.049 |
| Sugar cookies, commercial | 292 | 26 | 4 | 13 | 0.039 | 0.025 | 0 | 0.091 | 0.035 |
| Suckers, any flavor | 293 | 26 | 24 | 1 | 0.003 | 0.014 | 0 | 0.07 | 0 |
| Pretzels, hard, salted, any shape | 294 | 26 | 5 | 7 | 0.04 | 0.025 | 0 | 0.094 | 0.043 |

### Table 6-4.  U.S. Food and Drug Administration—Total Diet Study (TDS)—Market Baskets 91-3 through 99-1

| | | | Selenium—summary of results | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TDS food description | TDS food number | Number of results | Number of not detected | Number of traces | Mean (mg/kg) | Standard deviation (mg/kg) | Minimum (mg/kg) | Maximum (mg/kg) | Median (mg/kg) |
| Chocolate syrup dessert topping | 295 | 26 | 20 | 5 | 0.006 | 0.013 | 0 | 0.054 | 0 |
| Jelly, any flavor | 296 | 26 | 25 | 1 | 0.001 | 0.005 | 0 | 0.025 | 0 |
| Sweet cucumber pickles | 297 | 26 | 22 | 4 | 0.002 | 0.005 | 0 | 0.017 | 0 |
| Yellow mustard | 298 | 26 | 0 | 0 | 0.33 | 0.13 | 0.103 | 0.724 | 0.308 |
| Black olives | 299 | 26 | 25 | 0 | 0.001 | 0.007 | 0 | 0.038 | 0 |
| Sour cream | 300 | 26 | 4 | 20 | 0.027 | 0.022 | 0 | 0.1 | 0.022 |
| Brown gravy, homemade | 301 | 26 | 7 | 9 | 0.031 | 0.025 | 0 | 0.094 | 0.032 |
| French salad dressing, regular | 302 | 26 | 14 | 10 | 0.017 | 0.036 | 0 | 0.184 | 0 |
| Italian salad dressing, low-calorie | 303 | 26 | 24 | 2 | 0.002 | 0.006 | 0 | 0.023 | 0 |
| Olive/ safflower oil | 304 | 26 | 25 | 1 | 0.001 | 0.003 | 0 | 0.014 | 0 |
| Coffee, from ground | 305 | 26 | 26 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fruit-flavored carbonated beverage | 306 | 26 | 25 | 1 | 0.001 | 0.004 | 0 | 0.022 | 0 |
| Fruit drink, canned | 307 | 26 | 24 | 2 | 0.001 | 0.005 | 0 | 0.022 | 0 |
| Martini | 308 | 26 | 26 | 0 | 0 | 0 | 0 | 0 | 0 |
| Soy-based infant formula, ready-to-feed | 309 | 26 | 8 | 17 | 0.013 | 0.009 | 0 | 0.023 | 0.016 |
| Egg yolk, strained/ junior | 310 | 12 | 0 | 0 | 0.293 | 0.026 | 0.253 | 0.33 | 0.292 |

**Table 6-4. U.S. Food and Drug Administration—Total Diet Study (TDS)—Market Baskets 91-3 through 99-1**

| | | Selenium—summary of results | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TDS food description | TDS food number | Number of results | Number of not detected | Number of traces | Mean (mg/kg) | Standard deviation (mg/kg) | Minimum (mg/kg) | Maximum (mg/kg) | Median (mg/kg) |
| Rice infant cereal, instant, prepared with whole milk | 311 | 26 | 5 | 3 | 0.051 | 0.03 | 0 | 0.093 | 0.06 |
| Bananas with tapioca, strained/junior | 312 | 20 | 9 | 11 | 0.011 | 0.011 | 0 | 0.032 | 0.016 |
| Beets, strained/junior | 313 | 26 | 25 | 1 | 0 | 0.002 | 0 | 0.01 | 0 |
| Split peas with vegetables and ham/bacon, strained/junior | 314 | 15 | 15 | 0 | 0 | 0 | 0 | 0 | 0 |
| Teething biscuits | 316 | 26 | 8 | 18 | 0.015 | 0.011 | 0 | 0.038 | 0.017 |
| Rice cereal with apple, strained/junior | 317 | 26 | 0 | 0 | 0.192 | 0.052 | 0.109 | 0.356 | 0.188 |
| Squash, strained/junior | 318 | 6 | 0 | 0 | 0.285 | 0.052 | 0.205 | 0.341 | 0.29 |

## 6.5    GENERAL POPULATION AND OCCUPATIONAL EXPOSURE

Because selenium is ubiquitous in the environment and has been detected in so many media, exposure of the general population to selenium can occur in a variety of ways, including occupational exposure, inhalation, and ingestion of selenium via drinking water, foods, and selenium supplements.  For exposure via the food pathway, Schubert et al. (1987) estimated that beef, white bread, pork or ham, chicken, and eggs provide over 50% of the daily selenium intake in the U.S. population.  FDA (1982a) estimated that the greatest portion of daily selenium intake occurs from the ingestion of grains and cereals (51.8%). Meat, fish, and poultry were estimated to contribute 36.4% and dairy products were estimated to contribute 9.7% (FDA 1982a).

Various estimates of the selenium intake for Americans have ranged from 0.071 to 0.152 mg/day (DHHS 2002; FDA 1982a; Levander 1987; Pennington et al. 1989; Schrauzer and White 1978; Schubert et al. 1987; Welsh et al. 1981).  Schubert et al. (1987) estimated the intake of selenium for the U.S. population to be 0.071 mg/day.  They based their estimate on their review of selenium concentrations in different types of foods and the amount of each type of food eaten.  The amount of each food type eaten daily was estimated from the U.S. Department of Agriculture's 1977–1978 Nationwide Food Consumption Survey (NFCS).  Welsh et al. (1981) estimated the mean daily selenium intake of a group of 22 Maryland residents to be 0.081 mg/day (the median was 0.074 mg/day).  In California, the mean daily selenium intake of eight individuals was estimated to be 0.127 mg/day (Schrauzer and White 1978).  FDA (1982a) estimated the average daily selenium intake of the U.S. population to be 0.1523 mg/day (152.3 µg/day). Pennington et al. (1989) estimated the daily dietary intake of selenium by age group and by sex between 1982 and 1986, based on FDA's Total Diet Studies for those years, to be between 0.020 mg/day (20 µg/day) for infants and 0.120 mg/day (120 µg/day) for adult males between 25 and 30 years of age. Based on information collected from 1988-94 in the third National Health and Nutrition Examination Survey (NHANES III), the dietary intake of selenium was estimated by sex and age in the United States (see Table 6-5).  Based on data from this study, the average dietary intake for all ages and both sexes was estimated to be 0.114 mg/day (DHHS 2002).  These values are sufficient to meet the RDA for selenium of 0.055 mg/day for men and women (NAS 2000).

Both inorganic selenium and selenomethionine are found in selenium supplements.  The amounts in these supplements generally range from 10 to 25 µg/tablet (Goodman et al. 1990), although current products are

**Table 6-5. Selenium Dietary Intake (µg/day) by Sex and Age for the Total U.S. Population, 1988–1994 (DHHS 2002)[a]**

| Sex and age | Sample size | Mean | SEM | Median |
|---|---|---|---|---|
| Both sexes | | | | |
| All ages[b] | 29,105 | 114 | 1.1 | 99 |
| Under 6 years[b] | 6,871 | 66 | 0.8 | 62 |
| 6–11 years | 3,134 | 96 | 1.7 | 87 |
| 12–19 years | 3,121 | 117 | 2.4 | 102 |
| 20–59 years | 10,940 | 127 | 1.6 | 111 |
| 60 years and over | 5,039 | 100 | 1.3 | 89 |
| Male | | | | |
| All ages[b] | 13,923 | 134 | 1.6 | 118 |
| Under 6 years[b] | 3,410 | 69 | 1.0 | 64 |
| 6–11 years | 1,581 | 102 | 2.8 | 92 |
| 12–19 years | 1,462 | 140 | 3.1 | 125 |
| 20–59 years | 5,019 | 153 | 2.1 | 137 |
| 60 years and over | 2,451 | 118 | 1.7 | 106 |
| Female | | | | |
| All ages[b] | 15,182 | 94 | 1.1 | 85 |
| Under 6 years[b] | 3,461 | 63 | 0.9 | 59 |
| 6–11 years | 1,553 | 90 | 1.6 | 82 |
| 12–19 years | 1,659 | 93 | 2.4 | 87 |
| 20–59 years | 5,921 | 102 | 1.8 | 92 |
| 60 years and over | 2,588 | 87 | 1.6 | 78 |

[a]Based on information collected in the third National Health and Nutrition Examination Survey (NHANES III).
[b]Excludes nursing infants and children, includes data for poverty income ratio.

SEM = Standard error of the mean

available in the 100–200 µg/tablet level.  A guide to vitamin and minerals recommends that not more than 200 µg selenium/day should be taken in any form (Hendler 1990).

The mean whole blood selenium concentration of residents from 19 U.S. cities ranged from 0.10 to 0.34 mg/L with a mean value of 0.21 mg/L (Barceloux 1999).  A synopsis of selenium concentrations in human tissues has been summarized in Table 3-6.  Based on information collected from 1988 to 94 in NHANES III, the serum concentration of selenium was estimated by sex and age in the United States (see Table 6-6).  Based on data from this study, the mean selenium serum concentration for all ages and both sexes was estimated to be 0.125 mg/L (DHHS 1997).

The National Occupation Hazard Survey (NOHS), conducted by the National Institute for Occupational Safety and Health (NIOSH), estimated that 108,682 workers in 15,127 plants were potentially exposed to selenium in the workplace in 1970 (NOHS 1976).  These estimates were derived from observations of the actual use of selenium (1% of total estimate), the use of trade name products known to contain selenium (4%), and the use of generic products suspected of containing the selenium compounds (95%).  The largest numbers of exposed workers were heavy equipment mechanics, painters, mechanics in service stations, and special trade contractors.  Data from a second workplace survey, the National Occupational Exposure Survey (NOES), conducted by NIOSH from 1981 to 1983, indicated that 27,208 workers, including 9,632 women, in 1,102 plants were potentially exposed to selenium in the workplace (NIOSH 1983).  The majority of these workers were employed in the health services (e.g., nursing), as janitors and cleaners, as machine operators, in the metals industry, or in work involving food and kindred products.  These estimates were derived from observations of the actual use of selenium (87% of the total estimate) and the use of trade name products known to contain the selenium compounds (13%) (NIOSH 1989).  Neither the NOHS database nor the NOES database contain information on the frequency, level, or duration of the exposure of workers to any of the chemicals listed therein.  They are surveys that provide estimates of workers potentially exposed to the chemicals.

The average selenium concentration in the blood of 20 workers employed in a rubber tire repair shop located in Mexico was 148 µg/L, while the average concentration in a control group of 18 healthy volunteers was 100 µg/L (Sánchez-Ocampo et al. 1996).  Selenium was measured in the blood of 222 coal miners at concentrations ranging from 34.9–99.5 µg/L (Orszczyn et al. 1996).  Selenium content in the blood decreased with age and unexpectedly, smokers had slightly lower blood plasma concentrations than nonsmokers.  Furthermore, the most exposed miners (miners exposed to coal dust for more than 10 years)

**Table 6-6.  Serum Selenium Concentrations (µg/L) in U.S. Population from NHANES III (DHHS 1997)[a]**

| Sex and age | n | Population[b] | Mean | SEM | GM | GM SE |
|---|---|---|---|---|---|---|
| Both sexes | | | | | | |
| All ages | 18,292 | 192,615,658 | 124.75 | 0.47 | 123.63 | 0.44 |
| <6 years old | 0 | 0 | — | — | — | — |
| 6–11 years old | 0 | 0 | — | — | — | — |
| 12–19 years old | 2,968 | 25,412,279 | 121.09 | 0.49 | 120.03 | 0.46 |
| 20–59 years old | 10,519 | 129,562,302 | 125.25 | 0.49 | 124.17 | 0.45 |
| 60 years and older | 4,905 | 37,641,076 | 125.48 | 0.55 | 124.26 | 0.54 |
| Males | | | | | | |
| All ages | 8,561 | 92,798,087 | 126.16 | 0.53 | 125.10 | 0.50 |
| <6 years old | 0 | 0 | — | — | — | — |
| 6–11 years old | 0 | 0 | — | — | — | — |
| 12–19 years old | 1,330 | 12,835,980 | 121.46 | 0.58 | 120.57 | 0.57 |
| 20–59 years old | 4,839 | 63,886,151 | 127.22 | 0.56 | 126.17 | 0.52 |
| 60 years and older | 2,392 | 16,075,956 | 125.72 | 0.61 | 124.54 | 0.59 |
| Females | | | | | | |
| All ages | 9,731 | 99,817,571 | 123.43 | 0.45 | 122.29 | 0.43 |
| <6 years old | 0 | 0 | — | — | — | — |
| 6–11 years old | 0 | 0 | — | — | — | — |
| 12–19 years old | 1,538 | 12,576,300 | 120.71 | 0.68 | 119.47 | 0.63 |
| 20–59 years old | 5,680 | 65,676,151 | 123.34 | 0.45 | 122.26 | 0.42 |
| 60 years and older | 2,513 | 21,565,120 | 125.30 | 0.58 | 124.04 | 0.57 |

[a]Data source:  Third National Health and Nutrition Examination Survey (NHANES III), 1988–1994 (DHHS 1997).
Data analysis:  Syracuse Research Corporation, Syracuse, NY, using SUDAAN[®] and SAS[®].
[b]Portion of the United States represented by the sample

GM = geometric mean; GM SE = standard error of the geometric mean; SEM = Standard error of the mean

had lower selenium plasma levels than recently hired miners. Although the precise mechanism explaining the decrease in selenium concentration with dust exposure and smoking is unknown, the authors speculated that the decreased selenium levels might reflect its use by the increased demand in antioxidant protection, involving glutathione-peroxidase. Concentrations of selenium in the plasma and urine of copper refinery workers was studied (Rajotte et al. 1996). The levels of selenium in the urine and plasma of the 20 workers were 34.02–189.95 and 113.93–173.57 µg/L, respectively. The respective selenium levels in a control group that was not occupationally exposed were 26.71–118.39 µg/L and 119.51–187.35 µg/L.

## 6.6    EXPOSURES OF CHILDREN

This section focuses on exposures from conception to maturity at 18 years in humans. Differences from adults in susceptibility to hazardous substances are discussed in 3.7 Children's Susceptibility.

Children are not small adults. A child's exposure may differ from an adult's exposure in many ways. Children drink more fluids, eat more food, breathe more air per kilogram of body weight, and have a larger skin surface in proportion to their body volume. A child's diet often differs from that of adults. The developing human's source of nutrition changes with age: from placental nourishment to breast milk or formula to the diet of older children who eat more of certain types of foods than adults. A child's behavior and lifestyle also influence exposure. Children crawl on the floor, put things in their mouths, sometimes eat inappropriate things (such as dirt or paint chips), and spend more time outdoors. Children also are closer to the ground, and they do not use the judgment of adults to avoid hazards (NRC 1993).

Children are exposed to selenium by the same pathways as adults. The primary route of exposure for children is through the ingestion of food sources. Selenium has been identified in pasteurized milk and milk-based infant formulas in the United States at mean concentrations in the range of 0.011–0.070 mg/kg (Table 6-4). Children may also be exposed to selenium by breast feeding mothers. Selenium was identified in the postpartum breast milk of women at different lactation stages at concentrations of 6.1–53.4 µg/L (Li et al. 1999). Using these concentrations, the daily intake of selenium for fully breast fed infants was estimated to range from 5.2 to 17.9 µg/day. Others have reported the estimated daily dietary intake of selenium for infants as 20 µg/day, while the daily intake for adult males was estimated as 120 µg/day (Pennington 1989). Selenium was detected in the umbilical blood of 350 subjects in the Czech Republic at concentrations of 4.0–82.6 µg/L (Černá et al. 1997). The concentration of selenium in

APPX ATT_V6_3197

the blood of 388 children (196 males, 192 females) ranged from 5.0 to 98.2 µg/L (Černá et al. 1997). Selenium was detected in fetal tissues at a mean concentration of 2.8 µg/g (Robkin et al. 1973). The concentration of selenium in various tissues of infants has been reported by Dickson and Tomlinson (1967) and is summarized in Table 3-6. In areas containing low (0.42 mg/kg), medium (3.09 mg/kg), and high (9.54 mg/kg) seleniferous soils, the mean whole blood selenium levels of school children (7–14 years of age) were 0.13, 0.37, and 1.57 mg/L, respectively (Yang et al. 1989b). Selenium was detected in postmortem liver, lung, and spleen samples of infants in Glasgow, Scotland at mean concentrations of 2.24, 0.76, and 0.099 ppm, respectively (Raie 1996).

The tendency of young children to ingest soil, either intentionally through pica or unintentionally through hand-to-mouth activity, is well documented. This potential route of exposure is most likely in areas that naturally have high selenium content in soil. Since children often play in fields and soils, both dermal exposure and inhalation of dust particles from soil surfaces are possible. The soluble forms of selenium such as the inorganic alkali selenites and selenates are more likely to be bioavailable in soils than the relatively insoluble selenides. Children are not likely to be exposed to selenium from their parents' work clothes, skin, hair, tools, or other objects removed from the workplace. Selenium is contained in some household products such as shampoos and preparations to treat dandruff and eczema (IARC 1975a). It is also contained in some dietary supplements (Goodman et al. 1990). Since it is unlikely that children would use these products without adult supervision, the potential for overexposure to selenium from these products is low, except for the possibility of accidental poisoning.

## 6.7    POPULATIONS WITH POTENTIALLY HIGH EXPOSURES

Because selenium is a naturally occurring element found in rocks, soils, plants, and animals, the general population is commonly exposed to selenium through diet and drinking water. As a result of the uneven distribution of selenium in the earth's crust, populations living in certain areas of the United States are exposed to greater than average levels of selenium. Areas of the United States with highly seleniferous soils and plants include South Dakota, Wyoming, Montana, North Dakota, Nebraska, Kansas, Colorado, Utah, Arizona, and New Mexico (Valentine et al. 1978). Hawaii also has high levels of selenium in the soil, but not in plants (Smith et al. 1936; Valentine et al. 1978). Human exposure to selenium occurs through the ingestion of food (including meat, milk, eggs, and vegetables) and drinking water from these areas (Smith et al. 1936). Selenium was found at elevated levels in fish from rivers, creeks, and lakes in California, North Carolina, Texas, and Utah (RTI 1993). Farmers and fishermen living in these regions

USCA Case #25-1087    Document #2105058    Filed: 03/10/2025    Page 893 of 2126

may be at higher risk of selenium exposure than people living in urban areas because farmers tend to consume a larger proportion of locally grown foods, and fishermen tend to consume seafood, whereas people in urban areas tend to consume foods grown over a wider geographic area.  In addition, people who irrigate their home gardens with groundwater containing high selenium levels may grow and consume plants that contain high levels of selenium because this element accumulates in some plants.  Fishermen and hunters of waterfowl who regularly consume fish and game from waterways with elevated selenium levels may increase their selenium body burden, but no reports of selenosis attributable to this practice have appeared in the literature.

People living in the vicinity of hazardous waste sites or coal burning plants may also be exposed to high levels of selenium.  Selenosis has been reported in residents of the Wudang Mountains, China where food was grown in highly seleniferous soil (Yang et al. 1989a, 1989b).  Selenium blood levels of five patients with long persisting, distinct clinical signs of selenosis ranged from 1.054 to 1.854 mg/L (Yang et al. 1989b).  To attain selenium blood levels of this magnitude, it was estimated that the daily intake must be at least 910 μg/day.  The mean selenium concentration in hair samples obtained from residents of a highly seleniferous region of Glasgow, Scotland was 18.92 ppm (Raie 1996).  By comparison, the mean levels for adults from Iran and Iceland were only 5.72 and 1.81 ppm, respectively.

## 6.8    ADEQUACY OF THE DATABASE

Section 104(i)(5) of CERCLA, as amended, directs the Administrator of ATSDR (in consultation with the Administrator of EPA and agencies and programs of the Public Health Service) to assess whether adequate information on the health effects of selenium is available.  Where adequate information is not available, ATSDR, in conjunction with the National Toxicology Program (NTP), is required to assure the initiation of a program of research designed to determine the health effects (and techniques for developing methods to determine such health effects) of selenium.

The following categories of possible data needs have been identified by a joint team of scientists from ATSDR, NTP, and EPA.  They are defined as substance-specific informational needs that if met would reduce the uncertainties of human health assessment.  This definition should not be interpreted to mean that all data needs discussed in this section must be filled.  In the future, the identified data needs will be evaluated and prioritized, and a substance-specific research agenda will be proposed.

## 6.8.1   Identification of Data Needs

**Physical and Chemical Properties.**   The physical and chemical properties of elemental selenium and most of the common environmental forms of selenium have been characterized (Budavari et al. 1996; Lide 2000) and no further data are needed (see Chapter 4).

**Production, Import/Export, Use, Release, and Disposal.**   Knowledge of a chemical's production volume is important because it often correlates with possible environmental contamination and human exposure.  Current data regarding the import (USGS 2002), export (USGS 2002), and use (Hoffmann and King 1997) of selenium are available.  No statistics regarding the U.S. production of selenium have been reported since 1996 (USGS 2002).  Current information on the U.S. production of selenium would assist in identifying potential exposures, particularly in regions of the country where environmental exposure to selenium through food and drinking water is already relatively high.

According to the Emergency Planning and Community Right-to-Know Act of 1986, 42 U.S.C. Section 11023, industries are required to submit substance release and off-site transfer information to EPA.  The Toxics Release Inventory (TRI), which contains this information for 2000, became available in May of 2002.  This database will be updated yearly and should provide a list of industrial production facilities and emissions.

**Environmental Fate.**   Information is available to permit assessment of the environmental fate and transport of selenium in air (NAS 1976a), water (Chau and Riley 1965; NAS 1980b; Ohlendorf et al. 1986a; Rudd and Turner 1983a; Saiki and Lowe 1987), and soil (Kabatas-Pendias and Pendias 1984, NAS 1976b).  Selenium released to the air will be removed by wet and dry deposition.  The forms of selenium expected to be found in surface water and the water contained in soils are the salts of selenic and selenious acids.  Selenic acid ($H_2SeO_4$) is a strong acid.  The soluble selenate salts of this acid are expected to occur in alkaline waters.  Sodium selenate is one of the most mobile selenium compounds in the environment because of its high solubility and inability to adsorb onto soil particles (NAS 1976a).  Selenious acid ($H_2SeO_3$) is a weak acid, and the diselenite ion predominates in waters between pH 3.5 and 9.  Most selenites are less soluble in water than the corresponding selenates (NAS 1980b).

It has been suggested that a biological cycle exists for selenium (Shrift 1964), but certain components of the cycle remain uncharacterized.  The biological transformation of selenide to elemental selenium has not been well described in the literature (see Maier et al. 1988).  Further research on the biological

selenium cycle might help to identify "hot spots" of selenium in the environment. For example, further investigation of parameters that influence the tendency of selenium to move from one medium to another (e.g., from soil to water) would improve fate and transport modeling efforts.

**Bioavailability from Environmental Media.** The available monitoring data indicate that selenium is present in samples of air (Dams et al. 1970; Harrison et al. 1971; John et al. 1973; Peirson et al. 1973; Pillay et al. 1971), water (Besser et al. 1996; CRWQCB 1988; Cutter 1989; Glover et al. 1979; Lakin and Davidson 1967; Lewis 1988; Maier et al. 1988; NCDNR 1986; Oster et al. 1988a; Schutz and Turekiam 1965; Smith and Westfall 1937), soil/sediment (Glover et al. 1979; Lemly 1997; Sindeeva 1964), human tissues (Li et al. 1999; Orszczyn et al. 1996; Yang et al. 1989a, 1989b), fish (Besser et al. 1996; Lowe et al. 1985; May and McKinney 1981; Ohlendorf et al. 1986b), and food (Beale et al. 1990; FDA 2000; Schubert et al.1987). Thus, it can be concluded that selenium is bioavailable from the environmental media.

**Food Chain Bioaccumulation.** Selenium in food contributed to the highest proportion of the daily selenium intake for human populations in the United States. Fruits, vegetables, milk, meat, and grains contain very low levels of selenium. However, selenium is bioaccumulated by aquatic organisms (Chau and Riley 1965; Ohlendorf et al. 1986a; Rudd and Turner 1983a). Based on reported BCFs and BAFs (Lemly 1982, 1985), selenium is expected to bioaccumulate in fish. Some evidence indicates that under natural conditions, selenium might also biomagnify in aquatic organisms (Lemly 1985; Maier et al. 1988; NCDNR 1986; Sandholm et al. 1973).

**Exposure Levels in Environmental Media.** Selenium has been detected in air (Dams et al. 1970; Harrison et al. 1971; John et al. 1973; Peirson et al. 1973; Pillay et al. 1971), water (CRWQCB 1988; Cutter 1989; Glover et al. 1979; Lakin and Davidson 1967; Lewis 1988; Maier et al. 1988; NCDNR 1986; Oster et al. 1988a; Schutz and Turekiam 1965; Smith and Westfall 1937), soil and sediment (Beath et al. 1946; Coleman and Delevaux 1957; Glooschenko and Arafat 1988; Glover et al. 1979; Lemly 1997; NAS 1976a; Rosenfeld and Beath 1964; Shamberger 1981; Sindeeva 1964), coal and oil (Hashimoto et al. 1970; Pillay et al. 1969), plants (Arthur et al. 1992; Cappon 1981; Horne 1991; Rosenfeld and Beath 1964; Shane et al. 1988), and food (Beale et al. 1990; FDA 2000; Schubert et al. 1987). Continued monitoring data of selenium levels in the environment are necessary to understand current exposure levels.

Reliable monitoring data for the levels of selenium and selenium compounds in contaminated media at hazardous waste sites are needed. This information can be used in combination with the known body burden of selenium and selenium compounds to assess the potential risk of adverse health effects in populations living in the vicinity of hazardous waste sites.

**Exposure Levels in Humans.**    Selenium has been detected in the blood (Barceloux 1999; Orszczyn et al. 1996), urine (Gromadzinska et al. 1996), hair (Raie 1996; Yang et al. 1989a, 1989b), and nails (Yang et al. 1989a, 1989b) of exposed individuals. Various estimates of selenium intake for the U.S. populations have been reported (FDA 1982a; Levander 1987; Pennington et al. 1989; Schrauzer and White 1978; Schubert et al. 1987; Welsh et al. 1981). The largest numbers of exposed workers were heavy equipment mechanics, painters, mechanics, and special trade contractors (NOHS 1976). Preliminary data from another workplace study indicate that workplace exposure decreased from 1976 to 1984 (NIOSH 1989). Continued monitoring data are necessary to understand and evaluate human exposures to selenium in both occupational and nonoccupational settings.

**Exposures of Children.**    Data are available regarding the exposure and body burdens of children to selenium. Children, like adults, are primarily exposed to selenium through the diet. In areas containing low (0.42 mg/kg), medium (3.09 mg/kg), and high (9.54 mg/kg) seleniferous soils, the mean whole blood selenium levels of school children (7–14 years of age) were 0.13, 0.37, and 1.57 mg/L, respectively (Yang et al. 1989b). Selenium was detected in postmortem liver, lung, and spleen samples of infants in Glasgow, Scotland at mean concentrations of 2.24, 0.76, and 0.099 ppm, respectively (Raie 1996). Children can be exposed to selenium from breast feeding mothers. Selenium was identified in the postpartum breast milk of women at different lactation stages at concentrations of 6.1–53.4 µg/L (Li et al. 1999). Using these concentrations, the daily intake of selenium for fully breast fed infants was estimated to range from 5.2 to 17.9 µg/day. Others have reported the estimated daily dietary intake of selenium for infants as 20 µg/day, while the daily intake for adult males was estimated as 120 µg/day (Pennington 1989). Since selenium is found in soil surfaces and children ingest soil either intentionally through pica or unintentionally through hand-to-mouth activity, pica is a unique exposure pathway for children. While selenium is found in some home products like shampoos (IARC 1975a) and dietary supplements (Goodman et al. 1990), this exposure route should be low and will not disproportionally affect children. Continued monitoring data are necessary to understand potentially dangerous routes of childhood exposure.

Child health data needs relating to susceptibility are discussed in 3.12.2 Identification of Data Needs:
Children's Susceptibility.

**Exposure Registries.**   No exposure registries for selenium or selenium compounds were located.
This substance is not currently one of the compounds for which a subregistry has been established in the
National Exposure Registry.  The substance will be considered in the future when chemical selection is
made for subregistries to be established.  The information that is amassed in the National Exposure
Registry facilitates the epidemiological research needed to assess adverse health outcomes that may be
related to exposure to this substance.

The development of a registry of exposures would provide a useful reference tool in assessing exposure
levels and frequencies.  In addition, a registry developed on the basis of exposure sources would allow an
assessment of the variations in exposure levels from one source to another and of the effect of
geographical, seasonal, or regulatory actions on the level of exposure from a certain source.  These
assessments, in turn, would provide a better understanding of the needs for research or data acquisition
based on the current exposure levels.

## 6.8.2   Ongoing Studies

A summary of some pertinent ongoing research related to selenium is reported.  Federally sponsored
research reported in the Federal Research in Progress (FEDRIP 2002) databases is shown in Table 6-7.

### Table 6-7.  Ongoing Studies on the Environmental Effects of Selenium[a]

| Investigator | Affiliation | Study | Sponsor |
|---|---|---|---|
| Finley JW | University of North Dakota (Grand Forks, North Dakota) | Chemical forms of selenium in foods | USDA |
| Suarez DL, Amrhein C | University of California (Riverside, California) | Selenium and arsenic speciation and mobilization in irrigated soils and drainage waters | USDA |
| Baligar VC et al. | Virginia Polytechnical Institute and State University, (Blacksburg, Virginia) | Trace elements, chemistry, and plant uptake from soil applied coal by-products/organic amendments | USDA |
| Reddy KJ | University of Wyoming, (Laramie, Wyoming) | Biogeochemistry and management of salts and potentially toxic trace elements in arid-zone soils, sediments and waters | USDA |
| Kpomblekou-Ademawou K, Ankumah RO | Tuskegee University, (Tuskegee, Alabama) | Trace elements in broiler littered soils: fate and effects on nitrogen transformation | NRI Competitive Grant |
| Doner HE | University of California, (Berkeley, California) | Factors controlling the distribution of trace elements in the solid-phase of terrestrial ecosystems | USDA |
| Terry N | University of California, (Berkeley, California) | Use of constructed wetlands in the bioremediation of selenium contaminated waters | USDA |
| Basta N | Oklahoma State University (Stillwater, OK) | Chemistry and bioavailability of waste constituents in soils | USDA |
| Amrhein C | University of California (Riverside, California) | Biogeochemistry and management of salts and possible toxic trace elements in arid soils, sediments and waters | USDA |
| Doner H, Amundson R | University of California, (Berkeley, California) | Biogeochemistry and management of salts and potentially toxic trace elements in arid-zone soils, sediments and waters | USDA |
| Dudley LM et al. | Utah State University (Logan, Utah) | Biogeochemistry and Management of salts and potentially toxic elements in arid-zone soils sediments and water | USDA |
| Logan TJ, Traina, SJ | Ohio State University (Columbus, Ohio) | Chemistry and bioavailability of waste constituents in soils | USDA |

[a]Source:  FEDRIP 2002

NRI = National Research Institute; USDA = United Stated Department of Agriculture

# 7.  ANALYTICAL METHODS

The purpose of this chapter is to describe the analytical methods that are available for detecting, measuring, and/or monitoring selenium, its metabolites, and other biomarkers of exposure and effect to selenium.  The intent is not to provide an exhaustive list of analytical methods.  Rather, the intention is to identify well-established methods that are used as the standard methods of analysis.  Many of the analytical methods used for environmental samples are the methods approved by federal agencies and organizations such as EPA and the National Institute for Occupational Safety and Health (NIOSH).  Other methods presented in this chapter are those that are approved by groups such as the Association of Official Analytical Chemists (AOAC) and the American Public Health Association (APHA).  Additionally, analytical methods are included that modify previously used methods to obtain lower detection limits and/or to improve accuracy and precision.

The analytical methods used to quantify selenium in biological and environmental samples are summarized below.  Table 7-1 lists the applicable analytical methods used for determining selenium and selenium compounds in biological fluids and tissues, and Table 7-2 lists the methods used for determining selenium in environmental samples.

## 7.1      BIOLOGICAL MATERIALS

Sampling of biological material for determination of total selenium concentrations does not usually pose a problem unless specific selenium compounds are to be identified (Bem 1981).  One exception is the collection and storage of urine samples without loss of volatile selenium compounds (Bem 1981).  Unless special precautions are taken, most analyses of biological materials probably underestimate the concentration of these compounds.  Ideally, selenium should be measured in 24-hour urine samples that have been stored in polyethylene containers in acid medium (Sanz Alaejos and Diaz Romero 1993).  Blood samples should be separated into plasma or serum and cell fractions prior to freezing if the selenium levels in these components are to be measured separately.  Freezing of biological samples immediately following collection is recommended to reduce enzymatic formation of volatile selenium compounds.

## Table 7-1. Analytical Methods for Determining Selenium in Biological Materials

| Sample matrix | Preparation method | Analytical method | Sample detection limit | Percent recovery | Reference |
|---|---|---|---|---|---|
| Air (breath) | Calibrate personal sampling pump; sample at a known flow rate for a total sample size of 5–2,000 L; analyze at 190.6 nm | ICP/AES | 21 ng/mL | 97–105% | NIOSH 1994a (method 7300) |
| Blood | Mineralize using $HNO_3$-$HClO_4$ mixture, generate hydride, and atomize | HGAAS | $1 \times 10^{-8}$ g/g | No data | Clinton 1977 |
| | Digest blood sample with a nitric/perchloric acid mixture; fume mixture at 200 °C and measure 2,3-diaminonaphthalene | Fluorometric | $1.2 \times 10^{-9}$ g/g | 98% | Rongpu et al. 1986 |
| Blood, plasma, or tissue homogenate | Digest with $Mg(NO_3)_2$ or $HNO_3$ at a solution temperature of 100 °C for 60–90 minutes; add HCl; and add hydroxylamine sulfate, EDTA, and urea | GC/ECD | $1 \times 10^{-8}$ g/g | 95–105% | McCarthy et al. 1981 |
| Serum | Dilute sample with matrix modifier containing $Mg(NO_3)_2$ and $Ni(NO_3)_2$ to thermally stabilize Se; heat, dry, atomize; use Zeeman background correction | ZAAS | No data | 6.2% relative standard deviation | Lewis et al. 1986b |
| | Dilute sample with matrix modifier containing $NiCl_2$; heat, dry, and atomize | GFAAS | No data | 84–116% | Oster and Prellwitz 1982 |
| | Nitric-perchloric acid digestion; HCl reduction; sodium borohydride reduction; measure selenium hydride | HGAAS | No data | 33–73% | Oster and Prellwitz 1982 |
| | On-line acid ashing of sample followed by hydrive generation | ICP/AES | 5.5 µg/L | 98–106% | Recknagel et al. 1993 |

APPX ATT_V6_3206

**Table 7-1.  Analytical Methods for Determining Selenium in Biological Materials**

| Sample matrix | Preparation method | Analytical method | Sample detection limit | Percent recovery | Reference |
|---|---|---|---|---|---|
| Urine | 24-hour samples analyzed to measure CT and selenium concentration in urine | Folin-Wu method for CT measurement; fluorimetric method to measure Se | No data | No data | Hojo 1981b, 1982 |
| | Digest sample with $HNO_3$ and $HClO_4$ | Fluorometric | No data | 100±22% | Koh and Benson 1983 |
| | Add nitric acid, platinum, and nickel | EAAS | No data | 4–8% relative deviation | Saeed 1986 |
| Human spermatozoa and protasomes | Digest with 25% tetramethylammonium hydroxide in methanol | GFAAS | $1 \times 10^{-8}$ g/g | 95.1±5.2% | Suistomaa et al. 1987 |
| Biological samples | Decompose sample with nitric acid; use 1,2-dibro-mobenzene as a reagent to measure piazselenol | GC/ECD | $1 \times 10^{-9}$ g/g | No data | Shimoishi 1977 |
| | Spike sample with $^{82}Se$; digest; acidify with HCl; react with 4-nitro-o-phenylene-diamine; measure nitro-piazselenol | IDGC/MS | $5 \times 10^{-11}$ g/g | No data | Lewis 1988 |
| Liver | Lyophilize sample; irradiate the sample; digest with $HNO_3$, $HClO_4$, and the carrier source; distill sample, and use distillate for analysis | Radiochemical NAA | $2.2 \times 10^{-10}$ g/g | No data | Lievens et al. 1977 |
| Protein (human liver) | | INAA and gel filtration | No data | No data | Norheim and Steinnes 1975 |

CT = creatinine; EAAS = electrothermal atomic absorption spectroscopy; EDTA = ethylenediaminetetraacetic acid; GC/ECD = gas chromatography/electron capture detection; GFAAS = graphite furnace atomic absorption spectroscopy; HCl = hydrochloric acid; $HClO_4$ = perchloric acid; HGAAS = hydride generation atomic absorption spectroscopy; $HNO_3$ = nitric acid; ICP/AES = inductively coupled plasma/atomic emission spectroscopy; IDGC/MS = isotope dilution gas chromatography/mass spectrometry; INAA = instrumental neutron activation analysis; $Mg(NO_3)_2$ = magnesium nitrate; NAA = neutron activation analysis; $NiCl_2$ = nickel chloride; Se = selenium; ZAAS = graphite furnace atomic absorption spectroscopy with Zeeman background correction

## Table 7-2.  Analytical Methods for Determining Selenium in Environmental Samples

| Sample matrix | Preparation method | Analytical method | Sample detection limit | Percent recovery | Reference |
|---|---|---|---|---|---|
| Food | Reduce selenium in sample from SeVI to SeIV; add zinc to the acidified sample; pass gaseous selenium hydride to AA | AA, gaseous hydride | $2 \times 10^{-9}$ g/mL | 100% | EPA 1979a (method 270.3) |
| | Microwave digestion; acidify with $HNO_3$ | ICP-MS | No data | 156% (fine flour); 149% milk powder) | Zhou and Liu (1997) |
| Water | Acidify sample with HCl, degas solution with $N_2$ bubbling | HGGC with photo-ionization detection | $1 \times 10^{-12}$ g/mL (0.001 ppb) | No data | Vien and Fry 1988 |
| | Reduce selenium to SeIV with HCl and KBr; coprecipitate with lanthanum hydroxide; centrifuge. | ICP/AES | 0.06 µg/L | 100% selenite; 88% selenate | Adkins et al. 1995 |
| | Acid digestion | ICP/AES | 21 ng/mL | 97-105% | NIOSH (2001) |
| Water and waste water | Acid digestion | AA, furnace | $2 \times 10^{-9}$ g/mL | 94–112% | EPA 1979a (method 270.2) |
| Water and wastes | Acid digestion | AA, furnace | $5 \times 10^{-9}$ g/mL | No data | EPA 1984b (method 200.7 CLP-M) |
| Solid/solid waste/sludge | Aqueous samples subject to acid digestion | AA, furnace | $2 \times 10^{-9}$ g/mL | No data | EPA 1984c (method 7740) |
| | Acid digestion; measure at 196 mm | ICP and GFAAS | $7.5 \times 10^{-8}$ g/mL | 94–112% | EPA 1986c (methods 3050, 6010) |
| | Acid digestion with $HNO_3$/sulfuric acid; convert SeIV to volatile hydride | AA, gaseous hydride | $2 \times 10^{-9}$ g/mL | 100% | EPA 1997a (method 7741a) |
| | Acid digestion | AA, furnace | $2 \times 10^{-9}$ g/mL | No data | EPA 1984b (method 270.2 CLP-M) |

## Table 7-2.  Analytical Methods for Determining Selenium in Environmental Samples

| Sample matrix | Preparation method | Analytical method | Sample detection limit | Percent recovery | Reference |
|---|---|---|---|---|---|
| Wastes/soil/ groundwater | Nitric acid digestion or nitric/peroxide/hydrochloric acid digestion | AA, furnace | $3\times10^{-9}$ g/mL | 100.5 % | EPA 1997b (method 7742) |
| Organic waste | Oxidize organic samples, absorb combustion products in NaOH; separate on an ion exchange column | Cathodic stripping | $5\times10^{-9}$ g/mL | No data | DOE 1987 |
| Marine biological tissues | Digest aqueous sample with $HNO_3$ and perchloric acid  Decompose tissue sample with $HNO_3$ under pressure; add sulfuric and perchloric acids; heat at 310 °C to evaporate excess acid; add HCl | HGAAS | $2\times10^{-7}$ g/g | No data | Welz and Melcher 1985 |
| Marine samples | Digest sample with concentrated $HNO_3$ at room temperature; add $HNO_3$, perchloric, and sulfuric acids to complete digestion; evaporate extra acids; dissolve residue in HCl | HGAES-ICP | $5\times10^{-9}$ g/mL | No data | DOE 1987 |
| Avian eggs and liver | Digest sample with $HNO_3$; and hydrogen peroxide to increase solubility | GFAAS | $4\times10^{-7}$ g/g | No data | Krynitsky 1987 |
| Fat materials (butter) | Melt butter under an infrared lamp; digest with $HNO_3$, sulfuric, and perchloric acids | HGAAS | 10 ppb | No data | Narasaski 1985 |

APPX ATT_V6_3209

## Table 7-2.  Analytical Methods for Determining Selenium in Environmental Samples

| Sample matrix | Preparation method | Analytical method | Sample detection limit | Percent recovery | Reference |
|---|---|---|---|---|---|
| Plants | | Gravimetric method | $2 \times 10^{-6}$ g/g | No data | AOAC 1984 (method 3.101) |
| | Grind air-dried or fresh samples; acid digest with $HNO_3$ and HCl add EDTA; neutralize with $NH_4OH$; add HCl; shake with decalin; centrifuge decalin layer; read decalin solution with fluorometer at 525 nm within 5 minutes | Fluorometric method | $<4 \times 10^{-6}$ g/g | No data | AOAC 1984 (method 3.102 to 3.107) |
| Food | Digest sample with $HNO_3$, perchloric, and sulfuric acids; heat; add $H_2O_2$; mix with EDTA, $NH_4OH$, and DAN; boil; add cyclohexane and shake; read cyclohexane layer at 525 nm | Titrimetric method | No data | No data | AOAC 1984 (methods 25.154 and 25.158) |
| Air (particulate) | Fileter particulate matter from air; irradiate and count sample | NAA, non-destructive | $1 \times 10^{-10}$ g/m$^3$ | No data | Dams et al. 1984 |
| Air | Calibrate sampling pump; sample at a known flow rate for a total sample size of 13–2,000 L; analyze at 190.6 nm | ICP/AES | 21 ng/mL | 97–105% | NIOSH 1994a (method 7300) |

AA = atomic absorption; AES = atomic emission spectrometry; CFAAS = graphite furnace atomic absorption spectroscopy; DAN = 2,3-diaminonaphthalene; EDTA = ethylenediamine tetraacetate; HCl = hydrochloric acid; HGAAS = hydride generation atomic absorption spectroscopy; HGAES = hydride generation atomic emission spectroscopy; HGGC = hydride generation gas chromatography; $HNO_3$ = nitric acid; ICP = inductively coupled plasma; KBr = potassium bromide; $N_2$ = nitrogen; NAA = neutron activation analysis; NaOH = sodium hydroxide; $NH_4OH$ = ammonium hydroxide

A variety of analytical methods can be used to determine trace concentrations (ng/g) of selenium in biological tissues. These include fluorometry, neutron activation analysis (NAA), atomic absorption spectroscopy (AAS), inductively coupled plasma-atomic emission spectroscopy (ICP-AES), inductively coupled plasma-mass spectrometry (ICP-MS), gas chromatography (GC), spectrophotometry, x-ray fluorescence analysis, and others.

Classical flame AAS techniques do not have sufficiently low detection limits for selenium to be useful for determining its presence in biological samples (Koirtyohann and Morris 1986). Hydride generation atomic absorption spectroscopy (HGAAS) has been used instead for determination of selenium in biological samples such as blood and blood constituents and meat, fruits, and vegetables (Bem 1981).

Graphite furnace atomic absorption spectroscopy (GFAAS) offers high sensitivity ($5\times10^{-11}$ g selenium/g sample), but interference from the matrix can cause significant difficulties (Lewis 1988). GFAAS methods rely on the fact that numerous metal compounds react with selenium compounds to form relatively refractory metal selenides (Oster and Prellwitz 1982). Nickel, molybdenum, and platinum are commonly added to the sample to thermally stabilize the selenium. Organic materials are then destroyed by high temperature in the furnace prior to atomization of the sample at very high temperatures (e.g., 2,700 °C) (Oster and Prellwitz 1982). One advantage of GFAAS techniques is that the material in the graphite sample cell can be chemically treated *in situ* to reduce chemical interference. GFAAS techniques require correction for background absorption. Correction techniques include the deuterium continuum light source method (Hoenig and Van Hoeyweghen 1986) and the Zeeman splitting of the absorption line (Koirtyohann and Morris 1986). A Zeeman-effect system, which applies a magnetic field to the atomizer, allows the background correction to be performed at the exact analyte wavelength without the use of auxiliary light sources (Fernandez and Giddings 1982). The Zeeman-effect background correction is necessary for the determination of selenium in blood and blood products when GFAAS is used because a spectral interference from iron occurs at the selenium wavelength that cannot be corrected by a deuterium continuum source.

A modification of the GFAAS method for determining selenium levels in human urine was described by Saeed (1986). In this electrothermal atomic absorption spectrometry (EAAS) method, nitric acid, nickel, and platinum are added to the graphite cell. The addition of nickel helps to mask the spectral interference from phosphates in urine. EAAS has been used to determine selenium levels in human spermatozoa (Suistomaa et al. 1987). For human blood plasma and serum, the detection limit of the EAAS method

was 0.8 µg/L (2 ng absolute), with recoveries of 87–96% for plasma and 94–104% for serum (Harrison et al. 1996).

HGAAS offers reduced chemical interference but requires larger sample volumes than GFAAS techniques (Koirtyohann and Morris 1986). HGAAS techniques have been used to measure selenium concentrations in food (Fiorino et al. 1976). These techniques use wet-sample digestion (e.g., nitric-perchloric acid) to destroy organic matter. Sample reduction to convert Se(VI) (+6 valence state) to Se(IV) (+4 valence state) is necessary prior to using sodium borohydride to reduce all selenium present to selenium hydride (Macpherson et al. 1988). The selenium hydride is thermally decomposed and atomized in the sample beam of the atomic absorption spectrophotometer. Nitric-perchloric acid is commonly used for the digestion step. Because perchloric acid is potentially explosive, use of phosphoric acid instead is also common. Following the International Union of Pure and Applied Chemists (IUPAC) interlaboratory trial for the determination of selenium in human body fluids, Welz and Verlinden (1986) reported that it was important to use a temperature of at least 200 ºC for sample decomposition when using HGAAS. They attributed the severe imprecision and systematic errors in measuring selenium in multiple samples to improper sample decomposition. Norheim and Haugen (1986) demonstrated that a combined system of a wet digestion and an automated hydride generator could analyze approximately 80 samples per day.

ICP-AES with hydride vapor generation has been used to determine total selenium in biological samples (Tracy and Moller 1990). This technique is especially suited to the analysis of small samples. Samples are wet ashed with nitric, sulfuric, and perchloric acids at temperatures up to 310 ºC. After treatment with hydrochloric acid, selenium is reduced by sodium borohydride to hydrogen selenide in a simplified continuous flow manifold. A standard pneumatic nebulizer affects the gas-liquid separation of $H_2Se$, which is quantified by ICP-AES at 196.090 nm. The instrument detection limit for this method has been determined to be 0.4 µg/L

Hydride generation atomic fluorescence spectrometry (HGAFS) has been used to measure selenium concentrations in urine (Sabé et al. 2001). Samples were completely mineralized using a focused microwave oven with a mixture of nitric acid and sulfuric acid for 14 minutes. Complete recovery was achieved from selenocystine (SeCys), selenomethionine (SeMet), and trimethyl selenium (TMeSe) species. The detection and limit of quantization for this method were 57 and 190 pg selenium/L.

Application of gas-liquid chromatography (GLC) to determine selenium in biological samples allows for the elimination of interference from the biological matrix. GLC requires prior decomposition of organic

matter with nitric acid.  GLC techniques are based on measurement of the amount of piazselenol formed by the reaction of selenium (*IV*) with appropriate reagents in acidic media (Bem 1981).  For gas chromatographic determination of selenium with an electron capture detector, 1,2-diaminoarenes can be used as reagents to produce piazselenols (McCarthy et al. 1981; Poole et al. 1977; Shimoishi 1977; Young and Christian 1973).  Using 1,2-diamino-3,5-dibromobenzene as a reagent, Shimoishi (1977) obtained a detection limit of $1 \times 10^{-9}$ g selenium per gram of sample.

Isotope dilution gas chromatography/mass spectrometry (IDGC/MS) is a highly accurate technique that is more accessible than NAA techniques.  IDGC/MS has been used to determine selenium in foods, plasma and serum, red blood cells, feces, urine, and human breast milk (Lewis 1988).  The minimum sample size per determination is 0.5–10 g (0.5–10 mL).  In the IDGC/MS method, a stable selenium isotope is added to the sample prior to digestion.  This procedure eliminates the need for quantitative sample preparation and external standardization (Lewis 1988).  However, a disadvantage of this technique is that enriched isotopic standards are expensive.

NAA techniques provide lower detection limits for selenium (between $10^{-8}$ and $10^{-9}$ g selenium per gram of sample), but there are few reactors at which NAA facilities and expertise are available (Koirtyohann and Morris 1986).  The most common NAA procedure for selenium determination is to produce the long-lived $^{75}$Se radionuclide (half-life of 119 days) and count the samples after a 50–100-hour irradiation period and a 2–10-week cooling period.  A faster NAA technique utilizes metastable $^{77m}$Se, which has a much shorter half-life (17.4 seconds), so that counting can be initiated after an irradiation and cooling period of <1 minute (Koirtyohann and Morris 1986).  The most common standard reference sample for NAA techniques is bovine liver tissue (Bem 1981).  Biological tissues that can be analyzed for selenium using the NAA technique include bone, hair, liver, kidney, lung, serum, blood, feces, urine, brain, stomach, skin, aorta, heart, testis, pituitary gland, tooth enamel, tongue, muscle, spleen, and thyroid (Yukawa et al. 1980).  For many NAA techniques, destructive sample pretreatment (involving radiochemical separation) is required to avoid interference from the biological matrix (Koirtyohann and Morris 1986).  The advantages of NAA are its low detection limits and multielement capability (Molokhia et al. 1979).  Because facilities at which NAA can be performed are extremely limited, NAA's most useful application is as a reference method against which other less expensive and more common methods can be compared for accuracy.

Spectrophotometric, fluorometric, voltammetric, and x-ray fluorescence analysis methods have also been successfully employed to determine selenium levels in blood, tissue, and human hair.  Of these,

fluorometric methods are most commonly used (Koh and Benson 1983). The reaction of selenium(VI) with 2,3-diaminonaphthalene (DAN) or with 3,3-diaminobenzidine (DAB) to form a fluorescent Se-DAN or Se-DAB heterocyclic compound is the basis of the fluorometric method of selenium determination (Allaway and Cary 1964; Chen et al. 1982; Lewis 1988). The piazselenol formed with DAN as the reagent has greater fluorescence sensitivity than the piazselenol formed with DAB as the reagent and is also extractable into organic solvents from acid solution (Chen et al. 1982). Fluorometric techniques require sample digestion to destroy organic matter and sample reduction to convert the selenium to the selenium(IV) oxidation state (Macpherson et al. 1988). Loss of volatile selenium compounds is possible during sample digestion and manipulation because several steps are required. Chen et al. (1982), Hasunuma et al. (1982), and Koh and Benson (1983) developed modifications of the digestion and treatment steps for selenium determination by fluorometric methods. Their methods allow small sample sizes, can be performed in a single flask, and measure submicrogram amounts of selenium.

Some of the methods for determining selenium in biological materials have been compared within the same laboratory for accuracy and precision. Macpherson et al. (1988) compared the accuracy of three methods for the determination of selenium in biological fluid samples from biological materials with certified selenium levels. Acid decomposition fluorometry, HGAAS, and EAAS gave equally accurate results. Lewis et al. (1986) compared the graphite furnace atomic absorption spectrometry with the Zeeman-effect background correction (ZAAS) to isotope dilution mass spectrometry (IDMS) for determination of selenium in plasma and concluded that the ZAAS method compared favorably (correlation coefficient 0.987), but was half as precise as the IDMS method. Oster and Prellwitz (1982) compared HGAAS and GFAAS for the determination of selenium in serum. They concluded that the two techniques exhibited approximately equal detection limits in their laboratory.

In three studies that compared analytical methods for the detection of selenium in biological samples, all found that fluorometry gave both accurate and reliable results (Burguera et al. 1990; Heydorn and Griepink 1990; Macpherson et al. 1988). Burguera et al. (1990) indicated the acceptance of HGAAS as yielding reliable results, whereas Heydorn and Griepink (1990) reported HGAAS had a high relative standard deviation of 11.4%.

Decomposition procedures have been improved and analytical methods have been modified in recent years to increase the accuracy and speed of determination of selenium concentrations in plasma, serum, and urine. Reamer and Veillon (1983) used phosphoric acid along with nitric acid and hydrogen peroxide in digestion of biological fluids instead of perchloric acid to prepare samples for fluorometry. They

concluded that phosphoric acid digestion increases the safety and convenience of the determination. Krynitsky (1987) used a modified wet digestion method for the determination of selenium in biological samples such as eggs and liver of avian species. This method uses hydrogen peroxide to enhance the solubility of the sample. Digestion with $HNO_3$ and $HClO_4$ is essential for accurate analysis of the total selenium in urine to ensure complete oxidation of the trimethylselenonium ion (Koh and Benson 1983).

## 7.2    ENVIRONMENTAL SAMPLES

Many of the basic analytical methods used for determining selenium in biological media are also used for determining selenium levels in soil, water, and air. Precautions in the collection and storage of environmental samples, however, are necessary to prevent loss of the volatile selenium compounds to the air. The destruction of organic matter before selenium measurement is also often necessary. Acidification of water samples to a pH of 1.5 is recommended to preserve selenium compounds (Muñoz Olivas et al. 1994). Nitric acid can be used, although it interferes with the hydride generation method of analysis. The best storage method for selenium compounds in water is in glass containers at 4 °C (Wiedmeyer and May 1993).

The analytic methods generally fall into two groups: (1) those that do not require the destruction of organic materials in the sample and (2) those that require the elimination of interfering matter before the selenium content can be measured. X-ray fluorescence and some of the neutron activation analysis techniques do not require sample destruction, whereas spectrophotometry, GC, atomic absorption spectrometry, polarography, titration, spark source, MS, fluorometry, and other neutron activation analysis techniques require some degree of sample destruction. Fluorometry, atomic absorption spectrometry, and neutron activation analysis are the most frequently used methods.

Inductively coupled plasma (ICP) emission techniques can be used to measure selenium concentrations. ICP techniques offer multielement capabilities, but instrumentation is costly and background interference can be a problem (Koirtyohann and Morris 1986). The NIOSH-recommended method for determining selenium in air is inductively coupled argon plasma atomic emission spectroscopy (NIOSH 1994a). Selenium may be measured in water following NIOSH Method 7300. The limit of detection for this method is 21 ng/mL using a selenium emission line at 190.6 nm (NIOSH 2001). ICP-MS has been used to determine the concentration of selenium in cloud water at detection limits of 100 and 25 pg/mL using pneumatic and ultrasonic nebulization, respectively (Richter et al. 1998).

USCA Case #25-1087     Document #2105058         Filed: 03/10/2025      Page 910 of 2126

AAS techniques are commonly used for the determination of selenium in environmental samples. Hydride generation AAS is more sensitive than flame or graphite furnace AAS for the determination of selenium in materials of variable composition. Water samples, including freshwater, river water, sea water, and surface waters, and industrial wastes, muds, sediments, and soil samples have been analyzed by AAS techniques to detect selenium at parts-per-trillion levels (Bem 1981). Selenium(VI) and selenium(IV) can be distinguished in water samples with GFAAS by selective extraction procedures. HGAAS can also be used to distinguish between selenium(VI) and selenium(IV) in environmental samples because selenium(VI) does not readily form the hydride without reduction (Koirtyohann and Morris 1986). Selenium(VI) is calculated on the basis of the total selenium minus selenium(IV) (Bem 1981).

NAA has been used to determine selenium levels in environmental samples. Dams et al. (1970) reported a detection limit of $1 \times 10^{-10}$ g/m$^3$ selenium using nondestructive NAA for determining selenium in air particulate matter. For determining selenium levels in soil, radiochemical variants of NAA have been commonly employed (Bem 1981). Instrumental neutron activation analysis (INAA) is frequently used to determine selenium concentrations in water and can also be used to distinguish between selenium(IV) and selenium(VI) oxidation states (Bem 1981). INAA is also used to determine selenium concentrations in air (Bem 1981).

Gas liquid chromatography allows for elimination of interference from the matrix when analyzing environmental samples. When analyzing biological samples, a variety of reagents can be used to convert selenium to piazselenols for measurement with an electron capture detector. Spectrophotometric determinations of selenium are performed using organic reagents, whereas fluorometric analysis relies on piazselenol fluorescence to measure submicrogram levels of the element.

The hydride generation GC with photoionization detection (HGGC-PD) method for selenium determination was developed by Vien and Fry (1988). The combined usage of a photoionization detector and a cold trap provided at least two orders of magnitude improvement in detectability over the existing GC systems. The detection limit for the HGGC-PD method was $1 \times 10^{-12}$ g selenium/mL (0.001 ppb) for 28 mL samples. An advantage of the HGGC-PD technique is the ability to perform simultaneous determinations of at least four different hydride-forming elements (Vien and Fry 1988).

EPA's Contract Laboratory Program (EPA 1984b) requires the participating laboratories to meet the Contract Required Detection Level (CRDL) for selenium of $5x10^{-9}$ g selenium/mL (5 µg selenium/L) using proven instruments and approved analytical techniques, including ICP and atomic absorption methods.

## 7.3    ADEQUACY OF THE DATABASE

Section 104(i)(5) of CERCLA, as amended, directs the Administrator of ATSDR (in consultation with the Administrator of EPA and agencies and programs of the Public Health Service) to assess whether adequate information on the health effects of selenium is available.  Where adequate information is not available, ATSDR, in conjunction with the National Toxicology Program (NTP), is required to assure the initiation of a program of research designed to determine the health effects (and techniques for developing methods to determine such health effects) of selenium.

The following categories of possible data needs have been identified by a joint team of scientists from ATSDR, NTP, and EPA.  They are defined as substance-specific informational needs that if met would reduce the uncertainties of human health assessment.  This definition should not be interpreted to mean that all data needs discussed in this section must be filled.  In the future, the identified data needs will be evaluated and prioritized, and a substance-specific research agenda will be proposed.

### 7.3.1    Identification of Data Needs

**Methods for Determining Biomarkers of Exposure and Effect.**

***Exposure.***  Methods that distinguish among the various selenium compounds are not commonly used to estimate human exposure to selenium, but have been used in specialized metabolic studies.  Analytical methods currently used to measure concentrations of selenium in biological fluids or human tissue samples as an indication of human exposure are described in Table 7-1.  Attempts to use measures of whole blood GPX activity levels as indicators of human exposure to selenium have not been successful.  Errors can result if the selenium-dependent GPX activity is not distinguished from the nonselenium-dependent GPX activity (Edwards and Blackburn 1986).  In addition, whole blood selenium concentrations and GPX activity appear to correlate with one another only at low blood selenium levels (<0.100 mg selenium/L) (Allaway et al. 1968; Valentine et al. 1980).  GPX activity levels measured in

platelets have provided an indication of selenium exposure levels at low blood selenium levels (Nève et al. 1988). Whether platelet GPX activity levels would provide an indication of selenium status in populations with plasma selenium levels above 0.012 mg selenium/L is not known. There is great variability in the exposure data available for humans. Therefore, until larger databases of selenium concentrations in biological materials from affected and unaffected populations are available, no recommendations for analytical methods can be made.

*Effect.* There are no known sensitive and specific biomarkers of effect for selenium. Therefore, no analytical methods recommendations can be made for biomarkers of effect for selenium, at the present time.

**Methods for Determining Parent Compounds and Degradation Products in Environmental Media.** Numerous analytical methods are available for the determination of selenium levels in environmental media (AOAC 1984; Bem 1981; Dams et al. 1970; DOE 1987; EPA 1984b, 1986c; Koirtyohann and Morris 1986; NIOSH 1994a; Vien and Fry 1988). However, most of these do not distinguish among the various selenium compounds. Many of the available methods can be used to detect selenium at subnanogram levels. For the determination of selenium only, fluorometry, chromatography, or spectrometry are the preferred techniques. When conducting a multielemental analysis or when analyzing a complex matrix, more sophisticated methods are required.

It is possible to detect selenium levels as low as 1 ng/m$^3$ of air using neutron activation analysis. Standardized methods for selenium determination in different environmental samples such as water, soil, sludge, and industrial waste are available in the above-mentioned literature.

There are fewer methods available for distinguishing among the inorganic forms of selenium in the environment. HGAAS, INAA, and GFAAS with selective extraction procedures can be used to distinguish between selenium(VI) and selenium(IV) in samples of soil and water. Methods for determining selenium sulfide levels in the environment are lacking, but would be useful for the identification and measurement of this potentially carcinogenic selenium compound.

Very limited information is available regarding the sensitivity, reliability, and specificity of the existing methods. Further studies to determine these factors would be useful.

USCA Case #25-1087     Document #2105058          Filed: 03/10/2025     Page 913 of 2126

### 7.3.2   Ongoing Studies

N.J. Miller-Ihli and coworkers at the Agricultural Research Service (Beltsville, Maryland) are conducting studies to develop single and multielement methods for the determination of trace elements of nutritional and health concern (e.g., selenium).  Some techniques proposed in their studies include:  GFAAS and electrothermal vaporization inductively coupled plasma-mass spectrometry (ICP-MS); inductively coupled plasma-atomic emission spectrometry (ICP-AES); electrothermal vaporization ICP-MS (USS-ETV-ICP-MS) and USS-GFAAS; and capillary zone electrophoresis (CZE) coupled with ICP-MS (FEDRIP 2002).

APPX ATT_V6_3219

APPX ATT_V6_3220

# 8.  REGULATIONS AND ADVISORIES

Because of its potential to cause adverse health effects in exposed people, a number of regulations and guidelines have been established for selenium by various national and state agencies.  These values are summarized in Table 8-1.

The current Recommended Dietary Allowances (RDAs) for selenium, established by the Food and Nutrition Board of the National Research Council (National Academy of Sciences) (NAS 2000), are listed below.  The recommended Tolerable Upper Intake Level (UL) for selenium in adults is 0.4 mg/day (NAS 2000).  The UL is defined as the highest level of daily nutrient intake that is likely to pose no risk of adverse health effects to almost all individuals in the general population.

    Men:  0.055 mg/day

    Women:  0.055 mg/day

    Pregnant women:  0.060 mg/day

    Lactating women:  0.070 mg/day

    Infants (0–6 months):  0.015 mg/day

    Infants (7–12 months):  0.020 mg/day

    Children (1–3 years):  0.020 mg/day

    Children (4–8 years):  0.030 mg/day

    Children (9–18 years):  0.040 mg/day

A chronic oral MRL of 0.005 mg/kg/day was derived for selenium based on a NOAEL of 0.015 mg/kg/day for disappearance of symptoms of selenosis in recovering individuals (Yang and Zhou 1994), as discussed in Section 2.3.  The NOAEL was divided by an uncertainty factor of three to account for sensitive individuals.  The EPA used the same human NOAEL for clinical selenosis (0.015 mg/kg/day) (Yang et al. 1989a, 1989b) and an uncertainty factor of three to derive a chronic oral reference dose (RfD) of 0.005 mg/kg/day for selenium (EPA 2003).

**Table 8-1. Regulations and Guidelines Applicable to Selenium**

| Agency | Description | Information | References |
|---|---|---|---|
| INTERNATIONAL | | | |
| Guidelines: | | | |
|     IARC | Carcinogenicity classification | Group 3[a] | IARC 2001 |
|     WHO | Guideline for drinking water | 0.01 mg/L | WHO 2001 |
| | Recommended daily intake for adults | 0.9 µg/kg body weight | |
| NATIONAL | | | |
| Regulations and Guidelines: | | | |
| a. Air | | | |
|     ACGIH | TLV (8-hour TWA) | | ACGIH 2000 |
| |     Selenium and compounds | 0.2 mg/m$^3$ | |
| |     Selenium hexafluoride | 0.16 mg/m$^3$ | |
|     EPA | Hazard rank under Section 112(g) of the Clean Air Act Amendments | 42 out of 1–100, with 100 being the most toxic | EPA 2001a |
| | Reference air concentration | 3.0 µg/m$^3$ | EPA 2001b 40CFR 266, Appendix IV |
|     NIOSH | REL (TWA) | | NIOSH 2001 |
| |     Selenium and compounds, except selenium hexafluoride | 0.2 mg/m$^3$ | |
| | IDLH | | |
| |     Selenium and compounds | 1.0 mg/m$^3$ | |
|     OSHA | General industry PEL (TWA) | | OSHA 2001 29CFR1910.1000, Table Z |
| |     Selenium and compounds | 0.2 mg/m$^3$ | |
| |     Selenium hexafluoride | 0.4 mg/m$^3$ | |
| |     Hydrogen selenide | 0.2 mg/m$^3$ | |
| | Construction industry PEL (TWA) | | OSHA 2001 |
| |     Selenium and compounds | 0.2 mg/m$^3$ | |
| |     Selenium hexafluoride | 0.16 mg/m$^3$ | |
| b. Water | | | |
|     EPA | MCLG | 0.05 mg/L | EPA 2001c 40CFR141.51 |
| | MCL | 0.05 mg/L | EPA 2001d 40CFR141.62 |
| | DWEL | 0.2 mg/L | EPA 2000 |
| | Health advisory—lifetime | 0.05 mg/L | |
| | Groundwater monitoring (PQL) | 750 µg/L | EPA 2001e 40CFR264, Appendix IX |
| | Groundwater monitoring—concentration limits | 0.01 mg/L | EPA 2001f 40CFR264.94 |

**Table 8-1. Regulations and Guidelines Applicable to Selenium**

| Agency | Description | Information | References |
|---|---|---|---|
| NATIONAL *(cont.)* | | | |
| EPA | Water quality standards | | EPA 2001g |
| | Freshwater | | 40CFR131.36 |
| |    Maximum concentration | 20 µg/L | |
| |    Continuous concentration | 5.0 µg/L | |
| | Saltwater | | |
| |    Maximum concentration | 290 µg/L | |
| |    Continuous concentration | 71 µg/L | |
| c. Food | | | |
| FDA | Approved use of selenium as a food additive in animal feeds—added to feed for chickens, swine, turkeys, sheep, cattle, and ducks | ≤0.3 ppm | FDA 2001a 21CFR573.920 |
| | Bottled water—allowable level | 0.05 mg/L | FDA 2001b 21CFR165.110 |
| | RDA (mg/day) | | NAS 2000 |
| |    Men | 0.055 | |
| |    Women | 0.055 | |
| |    Pregnant women | 0.060 | |
| |    Lactating women | 0.070 | |
| |    Infants (0–6 months) | 0.015 | |
| |    Infants (7–12 months) | 0.020 | |
| |    Children (1–3 years) | 0.020 | |
| |    Children (4–8 years) | 0.030 | |
| |    Children (9–18 years) | 0.040 | |
| d. Other | | | |
| EPA | Carcinogenicity classification | | IRIS 2001 |
| |    Selenium and compounds | Group D[b] | |
| |    Selenium sulfide | Group B2[c] | |
| | Designation of hazardous substances | | EPA 2001h 40CFR116.4 |
| |    Selenium oxide | | |
| |    Sodium selenite | | |
| | Determination of reportable quantities | | EPA 2001i 40CFR117.3 |
| |    Selenium oxide | 10 pounds | |
| |    Sodium selenite | 100 pounds | |
| | Extremely hazardous substance | | EPA 2001j 40CFR355, Appendix B |
| | Reportable quantity | | |
| |    Hydrogen selenide | 10 pounds | |
| |    Selenious acid | 10 pounds | |
| |    Selenium oxychloride | 500 pounds | |
| | Threshold planning quantity | | |
| |    Hydrogen selenide | 10 pounds | |
| |    Selenious acid | 1,000/10,000 pounds | |
| |    Selenium oxychloride | 500 pounds | |

**Table 8-1.  Regulations and Guidelines Applicable to Selenium**

| Agency | Description | Information | References |
|---|---|---|---|
| NATIONAL (cont.) | | | |
| EPA | Identification and listing of hazardous waste<br>　Selenium<br>　Selenium and compounds<br>　Selenium dioxide<br>　Selenium sulfide<br>　Selenium tetrakis, (dimethyl-dithiocarbamate)<br>　Selenious acid<br>　Selenourea<br>　Thallium selenite | | EPA 2001k<br>40CFR261,<br>Appendix VIII |
| | Protection standards at inactive uranium processing sites—listed constituents<br>　Selenium and compounds<br>　Selenium dioxide<br>　Selenium sulfide | | EPA 2001l<br>40CFR192,<br>Appendix I |
| | Recommended daily allowances<br>　Selenium and compounds<br>　　Men<br>　　Women<br>　　Infants | <br><br>$0.7 \times 10^{-1}$ mg/kg/day<br>$0.55 \times 10^{-1}$ mg/kg/day<br>$8.7 \times 10^{-4}$ mg/kg/day | EPA 2001m |
| | Reportable quantity<br>　Selenium and compounds<br>　Selenium dioxide<br>　Selenium sulfide<br>　Selenious acid<br>　Selenourea<br>　Sodium selenite<br>　Thallium selenite | <br>1 pound<br>1,000 pounds<br>1 pound<br>1 pound<br>1 pound<br>1,000 pounds<br>1 pound | EPA 2001n<br>40CFR302.4,<br>Appendix A |
| | Reportable quantity<br>　Selenium oxide | <br>10 pounds | EPA 2001o<br>40CFR117.3 |
| | Sewer sludge—disposal or use standards<br>　Ceiling concentration<br>　Cumulative pollutant loading rate<br>　Pollutant concentration[d]<br>　Annual pollutant loading rate | <br>100 mg/kg<br>100 kg/hectare<br><br>100 mg/kg<br>5.0 kg/hectare per 365-day period | EPA 2001p<br>40CFR503.13 |
| | Toxic chemical release reporting; Community Right-to-Know; effective date | 01/01/87 | EPA 2001q<br>40CFR372.65 |
| STATE<br>Regulations and Guidelines:<br>a.  Air | | | |
| 　Hawaii | HAP | | BNA 2001 |

**Table 8-1.  Regulations and Guidelines Applicable to Selenium**

| Agency | Description | Information | References |
|--------|-------------|-------------|-----------|
| STATE *(cont.)* | | | |
| Illinois | Toxic air contaminant | | BNA 2001 |
| Kansas | HAP | | BNA 2001 |
| Kentucky | HAP | | BNA 2001 |
| Maryland | Toxic air pollutant | | BNA 2001 |
| | Selenium sulfide | | |
| Minnesota | HAP threshold—de minimis level | | BNA 2001 |
| | Selenium compounds | 0.1 ton/year | |
| | Selenium sulfide | 0.1 ton/year | |
| Nebraska | HAP—effective date | 12/15/98 | BNA 2001 |
| New Hampshire | Regulated toxic air pollutant | | BNA 2001 |
| New Mexico | Toxic air pollutant | | BNA 2001 |
| | OEL | $0.2\ mg/m^3$ | |
| | Emissions | $0.0133\ mg/m^3$ | |
| New York | HAP—selenium compounds | | BNA 2001 |
| Rhode Island | HAP | | BNA 2001 |
| South Carolina | Toxic air emissions—maximum allowable concentration | | BNA 2001 |
| | Selenium compounds | $1\ \mu g/m^3$ | |
| Vermont | Hazardous ambient air standards | | BNA 2001 |
| | Annual average | $4.80\ \mu g/m^3$ | |
| | Action level | 0.40 pounds/8-hours | |
| Washington | HAP—threshold levels | | BNA 2001 |
| | Selenium and compounds | 0.5 tons/year | |
| | Selenium hexafluoride | 0.5 tons/year | |
| | Selenium sulfides | 0.5 tons/year | |
| b. Water | | | |
| Alabama | Aquatic life criteria | | BNA 2001 |
| | Freshwater | | |
| |   Acute | $20\ \mu g/L$ | |
| |   Chronic | $5.0\ \mu g/L$ | |
| | Marine | | |
| |   Acute | $300\ \mu g/L$ | |
| |   Chronic | $71\ \mu g/L$ | |
| | MCL | 0.05 mg/L | BNA 2001 |
| | Primary drinking water standard | 0.01 mg/L | BNA 2001 |
| Alaska | Groundwater cleanup level | 0.05 mg/L | BNA 2001 |
| | MCL | 0.05 mg/L | BNA 2001 |
| Arizona | Aquifer water quality standards | 0.05 mg/L | BNA 2001 |
| | Drinking water guideline | $45\ \mu g/L$ | HSDB 2001 |
| | MCL | 0.05 mg/L | BNA 2001 |
| | Water quality standards | | EPA 2001r |
| | Conversion factor[e] for saltwater—acute criteria | 0.998 | 40CFR131.38 |
| | Conversion factor[e] for saltwater—chronic criteria | 0.998 | |

SELENIUM

8. REGULATIONS AND ADVISORIES

**Table 8-1. Regulations and Guidelines Applicable to Selenium**

| Agency | Description | Information | References |
|---|---|---|---|
| STATE *(cont.)* | | | |
| Colorado | Groundwater protection—MCL | 0.01 mg/L | BNA 2001 |
| | MCL | 0.05 mg/L | BNA 2001 |
| | Primary drinking water standard | 0.01 mg/L | BNA 2001 |
| Connecticut | MCL | 0.05 mg/L | BNA 2001 |
| Delaware | Groundwater protection—MCL | 0.01 mg/L | BNA 2001 |
| | Primary drinking water standard | 0.01 mg/L | BNA 2001 |
| Florida | MCL | 0.05 mg/L | BNA 2001 |
| Georgia | MCL | 0.05 mg/L | BNA 2001 |
| Hawaii | MCL | 0.05 mg/L | BNA 2001 |
| | Water quality criteria applicable to all waters | | BNA 2001 |
| | Freshwater | | |
| | Acute | 20 µg/L | |
| | Chronic | 5.0 µg/L | |
| | Saltwater | | |
| | Acute | 300 µg/L | |
| | Chronic | 71 µg/L | |
| Illinois | Concentration shall not be exceeded in water | 1.0 mg/L | BNA 2001 |
| | Groundwater quality standard | 0.01 mg/L | BNA 2001 |
| | MCL | 0.05 mg/L | BNA 2001 |
| Indiana | MCLG | 0.05 mg/L | BNA 2001 |
| | MCL | 0.05 mg/L | |
| Iowa | MCL | 0.05 mg/L | BNA 2001 |
| Kansas | Surface water quality standard | | BNA 2001 |
| | Aquatic life | | |
| | Acute | 20 µg/L | |
| | Chronic | 5.0 µg/L | |
| | Agriculture | | |
| | Livestock | 50 µg/L | |
| | Irrigation | 20 µg/L | |
| | Public health food | | |
| | Procurement | 6,800 µg/L | |
| | Domestic water supply | 50 µg/L | |
| Kentucky | Domestic water supply use—maximum allowable instream concentration | 0.05 mg/L | BNA 2001 |
| | MCL | 0.05 mg/L | BNA 2001 |
| | Maximum groundwater contaminant level | 0.01 mg/L | BNA 2001 |
| Kentucky | Primary drinking water standard | 0.01 mg/L | BNA 2001 |
| | Warm water aquatic habitat criteria | | BNA 2001 |
| | Acute | | |
| | Chronic | 20 µg/L | |
| | | 5.0 µg/L | |

**Table 8-1. Regulations and Guidelines Applicable to Selenium**

| Agency | Description | Information | References |
|---|---|---|---|
| STATE *(cont.)* | | | |
| Louisiana | Groundwater protection—MCL | 0.01 mg/L | BNA 2001 |
| Maine | Drinking water guideline | 10 µg/L | HSDB 2001 |
| Maryland | Criteria for toxic substances in surface waters | | BNA 2001 |
| | Freshwater | | |
| | Acute | 20 µg/L | |
| | Chronic | 5.0 µg/L | |
| | Saltwater | | |
| | Acute | 300 µg/L | |
| | Chronic | 71 µg/L | |
| | Drinking water | 50 µg/L | |
| | MCL | 0.05 mg/L | BNA 2001 |
| | Primary drinking water standard | 0.01 mg/L | BNA 2001 |
| Massachusetts | Environmental toxicity values | | BNA 2001 |
| | Freshwater | 20 µg/L | |
| | Acute | 5.0 µg/L | |
| | Chronic | | |
| | Marine | | |
| | Acute | 300 µg/L | |
| | Chronic | 71 µg/L | |
| | Groundwater protection—MCL | 0.01 mg/L | BNA 2001 |
| | MCL | 0.05 mg/L | BNA 2001 |
| Michigan | MCL | 0.05 mg/L | BNA 2001 |
| | Effective date | 07/30/92 | |
| Minnesota | Drinking water guideline | 30 µg/L | HSDB 2001 |
| Mississippi | Groundwater standard | 50 ppb | BNA 2001 |
| | Water quality criteria—concentration shall not exceed | 0.01 mg/L | BNA 2001 |
| Montana | MCL | 0.05 mg/L | BNA 2001 |
| North Carolina | Fresh surface water quality standard for Class C waters | 5.0 ug/L | BNA 2001 |
| | Groundwater quality standard | 0.05 mg/L | BNA 2001 |
| Nebraska | Aquatic life | | BNA 2001 |
| | Acute | 20 µg/L | |
| | Chronic | 5.0 µg/L | |
| | Water supply | 0.05 mg/L | BNA 2001 |
| | MCL | 0.05 mg/L | BNA 2001 |
| New Hampshire | Groundwater quality standard | 0.05 mg/L | |
| | MCLG | 0.05 mg/L | BNA 2001 |
| | MCL | 0.05 mg/L | |

**Table 8-1. Regulations and Guidelines Applicable to Selenium**

| Agency | Description | Information | References |
|---|---|---|---|
| STATE (cont.) | | | |
| New Hampshire | Water quality criteria | | BNA 2001 |
| | Protection of aquatic life | | |
| | Fresh | | |
| | acute | 5.0 µg/L | |
| | chronic | 290µg/L | |
| | Marine | | |
| | acute | 71 µg/L | |
| | chronic | 170 µg/L | |
| | Protection of human health | | |
| | Water and fish ingestion | 11,000 µg/L | |
| New Mexico | MCL | 0.05 mg/L | BNA 2001 |
| Nevada | Domestic water supply | | BNA 2001 |
| | Dissolved selenium | 0.05 mg/L | |
| New York | MCL | 0.05 mg/L | BNA 2001 |
| North Dakota | MCL | 0.05 mg/L | BNA 2001 |
| Ohio | Groundwater concentration limit | 0.01 mg/L | BNA 2001 |
| Oklahoma | Public and private water supplies | 0.01 mg/L | BNA 2001 |
| | Fish and wildlife propagation | | BNA 2001 |
| | Acute | 20 µg/L | |
| | Chronic | 5.0 µg/L | |
| Rhode Island | Groundwater quality standard | 0.05 mg/L | BNA 2001 |
| | Preventive action limit | 0.025 mg/L | |
| South Carolina | MCL | 0.05 mgL | BNA 2001 |
| South Dakota | Groundwater maximum allowable concentration | 0.05 mg/L | BNA 2001 |
| | Aquatic life value | | BNA 2001 |
| | Acute | 20 µg/L | |
| | Chronic | 5.0 µg/L | |
| Tennessee | Groundwater criteria concentration | 0.05 mg/L | BNA 2001 |
| | MCL | 0.05 mg/L | BNA 2001 |
| Texas | MCL | 0.05 mg/L | BNA 2001 |
| Utah | MCL | 0.05 mg/L | BNA 2001 |
| | Water quality | | BNA 2001 |
| | Domestic | 0.01 mg/L | |
| | Agriculture | 0.05 mg/L | |
| Vermont | Groundwater quality standards | | BNA 2001 |
| | Enforcement standard | 50 µg/L | |
| | Preventive action level | 25 µg/L | |
| | MCLG | 0.05 mg/L | BNA 2001 |
| | MCL | 0.05 mg/L | |

8. REGULATIONS AND ADVISORIES

**Table 8-1.  Regulations and Guidelines Applicable to Selenium**

| Agency | Description | Information | References |
|--------|-------------|-------------|------------|
| STATE *(cont.)* | | | |
| Vermont | Water quality criteria for protection of aquatic organisms | | BNA 2001 |
| | Maximum allowable concentration | | |
| | Acute | 20 µg/L | |
| | Average allowable concentration | | |
| | Chronic | 5.0 µg/L | |
| Virginia | Groundwater protection levels | | BNA 2001 |
| | Protection level | 10 µg/L | |
| | Monitoring level | 5.0 µg/L | |
| | MCL | 0.01 mg/L | BNA 2001 |
| | Surface water criteria | | BNA 2001 |
| | Freshwater | | |
| | Acute | 20 µg/L | |
| | Chronic | 5.0 µg/L | |
| | Saltwater | | |
| | Acute | 300 µg/L | |
| | Chronic | 71 µg/L | |
| | Human health | | |
| | Public water supplies | 170 µg/L | |
| | All other surface waters | 11,000 µg/L | |
| Washington | MCL | 0.05 mg/L | BNA 2001 |
| Wisconsin | Groundwater quality standards | | BNA 2001 |
| | Enforcement standard | 50 µg/L | |
| | Preventive action limit | 10 µg/L | |
| | MCL | 0.05 mg/L | BNA 2001 |
| Wyoming | Water quality | | BNA 2001 |
| | Aquatic life | | |
| | Acute | 20 µg/L | |
| | Chronic | 5.0 µg/L | |
| | Human health | 10 µg/L | |
| c.  Food | | | |
| New York | Bottled water sampling requirements—MCL | 0.01 mg/L | BNA 2001 |
| d.  Other | | | |
| Alabama | Identification and listing of hazardous waste | | BNA 2001 |
| Arizona | Soil remediation levels | | BNA 2001 |
| | Residential | 380 mg/kg | |
| | Non-residential | 8,500 mg/kg | |
| California | Hazardous waste injection restrictions—waste specific prohibitions | | EPA 2001s 40CFR148.12 (b)(2) |
| | Selenium and/or compounds | 100 mg/L | |

APPX ATT_V6_3229

**Table 8-1.  Regulations and Guidelines Applicable to Selenium**

| Agency | Description | Information | References |
|---|---|---|---|
| STATE (cont.) | | | |
| California | Known to cause cancer or reproductive toxicity—initial appearance of chemical on list | | BNA 2001 |
| | Selenium sulfide | 10/01/89 | |
| | Total threshold limit concentration | 10,000 mg/kg | BNA 2001 |
| Delaware | Regulated toxic substance—sufficient quantity | | BNA 2001 |
| | Selenium hexafluoride | 900 pounds/hour | |
| Florida | Toxic substance in the workplace | | BNA 2001 |
| | Hydrogen selenium | | |
| | Selenium | | |
| | Selenium hexafluoride | | |
| | Selenium oxychloride | | |
| | Selenium sulfide | | |
| Hawaii | Restricted use pesticides | | BNA 2001 |
| | Selenium compounds | All concentrations | |
| Kentucky | Threshold planning quantity | 10 pounds | BNA 2001 |
| | Hydrogen selenide | 1,000/10,000 pounds | |
| | Selenious acid | 500 pounds | |
| | Selenium oxychloride | | |
| Massachusetts | Oil and hazardous material | | BNA 2001 |
| | Selenious acid | | |
| | Selenium and compounds | | |
| | Selenium dioxide | | |
| | Selenium disulfide | | |
| | Selenium oxide | | |
| | Selenium oxychloride | | |
| | Selenium sulfide | | |
| | Selenourea | | |
| Minnesota | RfD | 0.005 mg/kg/day | BNA 2001 |
| | Health risk limit | 30 µg/L | |
| New Hampshire | Restricted use pesticide | All concentrations | BNA 2001 |
| New Jersey | Extraordinary hazardous substance—threshold quantity | | BNA 2001 |
| | Selenium hexafluoride | 700 pounds | |

## Table 8-1.  Regulations and Guidelines Applicable to Selenium

| Agency | Description | Information | References |
|---|---|---|---|
| STATE *(cont.)* | | | |
| Oregon | Toxic substance—de minimis concentration | 1.0 percent | BNA 2001 |
| Vermont | Restricted use pesticide Selenium and compounds | All concentrations | BNA 2001 |

[a]Group 3: not classifiable as to its carcinogenicity to humans
[b]Group D: not classifiable as to its carcinogenicity to humans
[c]Group B2: probable human carcinogen
[d]Monthly average concentrations
[e]Conversion factors are based on a hardness of 100 mg/L as calcium carbonate

ACGIH = American Conference of Governmental Industrial Hygienists; BNA = Bureau of National Affairs; CFR = Code of Federal Regulations; DWEL = drinking water equivalent level; EPA = Environmental Protection Agency; FDA = Food and Drug Administration; HAP = hazardous air pollutant; IARC = International Agency for Research on Cancer; IDLH = immediately dangerous to life and health; IRIS = Integrated Risk Information System; MCL = maximum contaminant level; MCLG = maximum contaminant level goal; NIOSH = National Institute for Occupational Safety and Health; OEL = occupational exposure limit; OSHA = Occupational Safety and Health Administration; PEL = permissible exposure limit; PQL = practical quantitation limit; RDA = recommended daily allowance; REL = recommended exposure limit; RfD = reference dose; TLV = threshold limit value; TWA = time-weighted average; WHO = World Health Organization

APPX ATT_V6_3231

# 9. REFERENCES

*Aaseth J, Frey H, Glattre E. 1990. Selenium concentrations in the human thyroid gland. Biol Trace Elem Res 24(2):147-152.

Abdel-Azeem EA. 1996. Selenium cytotoxicity in root meristems of vicia faba l. Al-Azhar Bull Sci 7(1):401-409.

*Abdelrahman MM, Kincaid RL. 1995. Effect of selenium supplementation of cows on maternal transfer of selenium to fetal and newborn calves. J Dairy Sci 78:625-630.

Abo-Elkhier ZA, El-Shafy EA. 2000. Chromosomal alterations in mitotic division induced by selenium pollutants. Egypt J Biotechnol 7:1-11.

ACGIH. 1994. Documentation of the threshold limit values and biological exposure indices. American Conference of Governmental Industrial Hygienists, Cincinnati, OH.

*ACGIH. 2000. 2000 TLVs and BEIs. Threshold limit values and biological exposure indices. American Conference of Governmental Industrial Hygienists, Cincinnati, OH.

*Adams WJ. 1976. The toxicity and residue dynamics of selenium in fish and aquatic invertebrates. Dissertation submitted to Michigan State University, Department of Fisheries and Wildlife.

Adeloju SB, Bond AM, Briggs MH. 1984. Critical evaluation of some wet digestion methods for the stripping voltammetric determination of selenium in biological materials. Anal Chem 56:2397-2401.

*Adinolfi M. 1985. The development of the human blood-CSF-brain barrier. Dev Med Child Neurol 27:532-537.

*Adkins RL, Walsh N, Edmunds M, et al. 1995. Inductively coupled plasma atomic emission spectrometric analysis of low levels of selenium in natural waters. Analyst 120:1433-1436.

*Adlercreutz H. 1995. Phytoestrogens: Epidemiology and a possible role in cancer protection. Environ Health Perspect Suppl 103(7):103-112.

*Agency for Toxic Substances and Disease Registry. 1989. Decision guide for identifying substance-specific data needs related to toxicological profiles; Notice. Agency for Toxic Substances and Disease Registry. Federal Register 54(174):37618-37634.

*Agency for Toxic Substances and Disease Registry. 1990. Biomarkers of organ damage or dysfunction for the renal, hepatobiliary, and immune systems. Atlanta, GA: Subcommittee on Biomarkers of Organ Damage and Dysfunction, Agency for Toxic Substances and Disease Registry.

Aggarwal SK, Kinter M, Herold DA. 1992. Determination of selenium in urine by isotope dilution gas chromatography-mass spectrometry using 4-nitro-o-phenylenediamine, 3,5-dibromo-o-phenylenediamine, and 4-trifluoromethyl-o-phenylenediamine as derivatizing reagents. Anal Biochem 202(2):367-374.

_____

* Cited in text

*Alabdula'aly AI, Khan MA.  2000.  Chemistry of rain water in Riyadh, Saudi Arabia.  Arch Environ Contam Toxicol 39:66-73.

Al-Awadi FM, Srikumar TS.  2001.  Determination of selenium concentration and its chemical forms in the milk of Kuwaiti and non-Kuwaiti lactating mothers.  J Trace Elem Exp Med 14(1):57-67.

Albrecht F.  1998.  Selenium, building nutritional defenses.  Nat Pharm 2:22-23.

*Al-Bayati MA, Raabe OG, Teague SV.  1992.  Effect of inhaled dimethylselenide in Fisher 344 male rat. J Toxicol Environ Health 37(4):549-557.

*Alfthan G.  1985.  Can externally deposited selenium be removed from hair?  [Letter].  Clin Chem 31:500.

Alfthan G, Penttila A.  1988.  Effect of fat on human liver selenium concentration.  Biol Trace Elem Res 18:137-143.

Alfthan G, Aro A, Arvilommi H, et al.  1991.  Selenium metabolism and platelet glutathione peroxidase activity in healthy Finnish men:  Effects of selenium yeast, selenite, and selenate.  Am J Clin Nutr 53(1):120-125.

Alfthan G, Bogye G, Aro A, et al.  1992.  The human selenium status in Hungary.  J Trace Elem Electrolytes Health Dis 6(4):233-238.

*Al -Kunani AS, Knight R, Haswell SJ, et al.  2001.  The selenium status of women with a history of recurrent miscarriage.  Br J Obstet Gynaecol 108(10):1094-1097.

*Allaway WH, Cary EE.  1964.  Determination of submicrogram amounts of selenium in biological materials.  Anal Chem 36:1359-1362.

*Allaway WH, Kubota J, Losee F, et al.  1968.  Selenium, molybdenum, and vanadium in human blood. Arch Environ Health 16:342-348.

Allen GT, Balckford SH, Tabot VM, et al.  2001.  Metals, boron, and selenium in Neosho Madtom habitats in the Neosho River in Kansas, U.S.A.  Environ Monit Assess 66(1):1-21.

Al-Saleh I, Al-Doush I, Ibrahim M, et al.  1998.  Serum selenium levels in Saudi new-borns.  Int J Environ Health Res 8:269-275.

*Altman PL, Dittmer DS.  1974.  In:  Biological handbooks:  Biology data book.  Vol. III.  2nd ed. Bethesda, MD:  Federation of American Societies for Experimental Biology, 1987-2008, 2041.

Alverez GH, Capar SG.  1991.  Continuous hydride generation-atomic absorption method for the determination of selenium and arsenic in foods.  Analytical Letters 24(9):1695-1710.

Ames M, Gullu G, Olmez I.  1998.  Atmospheric mercury in the vapor phase, and in fine and coarse particulate matter at Perch River, New York.  Atmos Environ 32(5):865-872.

*Amor AJ, Pringle P.  1945.  A review of selenium as an industrial hazard.  Bulletin of Hygiene 20(5):239-241.

*Andersen ME, Krishnan K. 1994. Relating *in vitro* to *in vivo* exposures with physiologically based tissue dosimetry and tissue response models. In: Salem H, ed. Animal test alternatives: Refinement, reduction, replacement. New York, NY: Marcel Dekker, Inc., 9-25.

*Andersen ME, Clewell HJ III, Gargas ML, et al. 1987. Physiologically based pharmacokinetics and the risk assessment process for methylene chloride. Toxicol Appl Pharmacol 87:185-205.

Anderson RS, Trune DR, Shearer TR. 1988. Histologic changes in selenite cortical cataract. Invest Ophthalmol Vis Sci 29(9):1418-1427.

*Andren AW, Klein DH. 1975. Selenium in coal-fired steam plant emissions. Environ Sci Technol 9:856-858.

Anema SM, Walker SW, Howie AF, et al. 1999. Thioredoxin reductase is the major selenoprotein expressed in human umbilical-vein endothelial cells and is regulates by protein kinase C. Biochem J 342:111-117.

Anjaria KB, Madhvanath U. 1988. Genotoxicity of selenite in diploid yeast. Mutat Res 204(4):605-614.

*AOAC. 1984. Official methods of analysis of the Association of Official Analytical Chemists. Methods 3.101, 3.102-3.107, 25.154, and 25.158. Arlington, VA: Association of Official Analytical Chemists.

Aono T, Nakaguchi Y, Hiraki K, et al. 1990. Determination of seleno-amino acid in natural water samples. Geochem J 24(4):255-261.

*Archimbaud Y, Grillon G, Poncy JL, et al. 1992. [75]Se transfer via placenta and milk, distribution and retention in fetal, young and adult rat. Rad Protect Dos 41(2-4):147-151.

*Arteel GE, Sies H. 2001. The biochemistry of selenium and glutathion system. Environ Toxicol Pharmacol 10:153-158.

Arthur JR. 2000. The glutathione peroxidases. Cell Mol Life Sci 57(13/14):1825-1835.

*Arthur JR, Beckett GJ. 1989. Selenium deficiency and thyroid hormone metabolism. In: Wendel A, ed. Seleium in biology and medicine. New York, NY: Springer-Verlag.

*Arthur JR, Beckett GF. 1994a. Roles of selenium in Type I iodothyronine 5'-deiodinase and in thyroid hormone and iodine metabolism. In: Burk RF, ed. Selenium in biology and human health. New York, NY: Springer-Verlag, 94-115.

*Arthur JR, Beckett GJ. 1994b. Symposium 2. Newer aspects of micronutrients in at risk groups. New metabolic roles for Selenium. Proc Nutr Soc 53:615-624.

Arthur JR, Beckett GJ. 1999. Thyroid function. Br Med Bull 55(3):658-668.

*Arthur MA, Rubin G, Woodbury PB, et al. 1992. Uptake and accumulation of selenium by terrestrial plants growing on a coal fly ash landfill: Part 2. Forage and root crops. Environ Toxicol Chem 11(9):1289-1299.

*Arvilommi H, Poikonen K, Jokinen I, et al. 1983. Selenium and immune functions in humans. Infect Immun 41(1):185-189.

Atsuya I, Itoh K, Ariu K. 1991. Preconcentration by coprecipitation of lead and selenium with nickel-pyrrolidine dithiocarbamate complex and their simultaneous determination by internal standard atomic absorption spectrometry with the solid sampling technique. Pure Appl Chem 63(9):1221-1226.

Awadeh FT, Kincaid RL, Johnson KA. 1998. Effect of level and source of dietary selenium on concentrations of thyroid hormones and immunoglobulins in beef cows and calves. J Anim Sci 76:1204-1215.

*Azaizeh HA, Gowthaman S, Terry N. 1997. Microbial selenium volatilization in rhizosphere and bulk soils from a constructed wetland. J Environ Qual 26:666-672.

*Azin F, Raie RM, Mahmoudi MM. 1998. Correlation between the levels of certain carcinogenic and anticarcinogenic trace elements and esophageal cancer in Northern Iran. Ecotoxicol Environ Saf 39:179-184.

*Baglan RJ, Brill AB, Schubert A, et al. 1974. Utility of placenta tissue as an indicator of trace element exposure to adult and fetus. Environ Res 8:64-70.

*Baird RB, Pourian BS, Gabrielian SM. 1972. Determination of trace amounts of selenium in wastewaters by carbon rod atomization. Anal Chem 44:1887-1889.

*Baker DC, James LF, Hartley WJ, et al. 1989. Toxicosis in pigs fed selenium-accumulating *Astragalus* plant species or sodium selenate. Am J Vet Res 50(8):1396-1399.

*Balansky RM. 1991. Comutagenic and coclastogenic effects of selenium *in vitro* and *in vivo*. Mutat Res 263(4):231-236.

Banerjee CK, Sani BP. 1982. Selenium binding proteins in rat tissues. Biochem Biophys Res Commun 109:210-216.

Banholzer E, Heinritzi K. 1998. Selenium toxicosis in fattening pigs. J Anim Physiol Anim Nutr 80:158-162.

*Bansal MP, Cook RG, Danielson KG, et al. 1989. A 14-kilodalton selenium-binding protein in mouse liver is fatty acid-binding protein. J Biol Chem 264(23):13780-13784.

*Bansal MP, Mukhopadhyay T, Scott J, et al. 1990. DNA sequencing of a mouse liver protein that binds selenium: implications for selenium's mechanism of action in cancer prevention. Carcinogenesis 11(11):2071-2073.

*Bañuelos GS, Mayland HF. 2000. Absorption and distribution of selenium in animals consuming canola grown for selenium phytoremediation. Ecotoxicol Environ Saf 46:322-328.

*Banuelos GS, Meek DW. 1990. Accumulation of selenium in plants grown on selenium-treated soil. J Environ Qual 19(4):772-777.

Barbosa NBV, Rocha JBT, Zeni G, et al. 1998. Effect of organic forms of selenium on δ-aminolevulinate dehydratase from liver, kidney, and brain of adult rats. Toxicol Appl Pharmacol 149:243-253.

*Barceloux DG. 1999. Selenium. Clin Toxicol 37(2):145-172.

Barceloux DG. 2001. Selenium. J Toxicol Clin Toxicol 37:1-39.

Barlow SM, Sullivan FM, eds. 1982. Reproductive hazards of industrial chemicals. An evaluation of animal and human data. London, UK: Academic Press, 483-500.

*Barnes DG, Dourson M. 1988. Reference dose (RfD): Description and use in health risk assessments. Regul Toxicol Pharmacol 8:471-486.

*Barrington JW, Lindsay P, James D, et al. 1996. Selenium deficiency and miscarriage: A possible link? Br J Obstet Gynaecol 103:130-132.

*Barrington JW, Taylor M, Bowen-Simpkins P. 1997. Selenium and recurrent miscarriage. J Obstet Gynaecol 17(2):199-200.

Basket CK, Spata VL, Mason MM, et al. 2001. Long-term selenium status in humans. J Radioanal Nucl Chem 249(2):429-435.

Bastug M, Ayhan S, Turan B. 1998. The effect of altered selenium and vitamin E nutritional status on learning and memory of third-generation rats. Biol Trace Elem Res 64:151-160.

*Baum MK, Shor-Posner G, Lai S, et al. 1997. High risk of HIV-related mortality associated with selenium deficiency. J Acquir Immune Defic Syndr Hum Retrovirol 15(5):370-374.

Bauman AT, Barofsky DF, Butler JA, et al. 2000. Evidence of a biomarker for selenium toxicity [Abstract]. FASEB J 14(1):513.

*Bayliss PA, Buchanan BE, Hancock RGV, et al. 1985. Tissue selenium accretion in premature and full-term human infants and children. Biol Trace Elem Res 7:55-61.

*Beale AM, Fasulo DA, Craigmill AL. 1990. Effects of oral and parenteral selenium supplements on residues in meat, milk and eggs. Rev Environ Contam Toxicol 115:125-150.

Beath OA, Draize JH, Gilberg CS. 1934. Plants poisonous to livestock. Wyoming Agr Expt Sta Bull No 200:1-84.

*Beath OA, Hagner AF, Gilbert CS. 1946. Some rocks of high selenium content. Wyoming Geological Survey Bulletin No. 36:1-23.

*Beck MA, Shi Q, Morris VC, et al. 1995. Rapid genomic evolution of a non-virulent coxsakievirus B3 in selenium deficient mice in selection of identical isolates. Nat Med 1:433-436.

*Beems RB. 1986. Dietary selenium and benzo[a]pyrene-induced respiratory tract tumours in hamsters. Carcinogenesis 7:485-489.

Beguin Y, Bours V, Delbrouck JM, et al. 1989. Relationship of serum selenium levels to tumor activity in acute non-lymphocytic leukemia. Carcinogenesis 10(11):2089-2091.

*Behne D, Kyriakopoulos A. 1993. Effects of dietary selenium on the tissue concentrations of type I iodothyronine 5'-deiodinase and other selenoproteins. Am J Clin Nutr 57(Suppl.):310S-312S.

*Behne D, Kyriakopoulos A, Scheid S, et al. 1991. Effects of chemical form and dosage on the incorporation of selenium into tissue proteins in rats. J Nutr 121(6):806-814.

*Behne S, Kyriakopoulos A, Gessner H, et al. 1992. Type I iodothyronine deiodinase activity after high selenium intake, and relations between selenium and iodine metabolism in rats. J Nutr 122:1542-1546.

Beilstein MA, Whanger PD. 1983. Distribution of selenium and glutathione peroxidase in blood fractions from humans, rhesus and squirrel monkeys, rats and sheep. J Nutr 113:2138-2146.

Beilstein MA, Whanger PD. 1986a. Chemical forms of selenium in rat tissues after administration of selenite for selenomethionine. J Nutr 116:1711-1719.

Beilstein MA, Whanger PD. 1986b. Deposition of dietary organic and inorganic selenium in rat erythrocyte proteins. J Nutr 116:1701-1710.

*Beilstein MA, Whanger PD. 1992. Selenium metabolism and glutathione peroxidase activity in cultured human lymphocytes. Biol Trace Elem Res 35:105-118.

*Bell RR, Nonavinakere VK, Soliman MRI. 2000. Intratracheal exposure of the guinea pig lung to cadmium and/or selenium: A histological evaluation. Toxicol Lett 114:101-109.

*Bell RR, Soliman MMRI, Nonavinakere VK, et al. 1997. Selenium and cadmium induced pulmonary functional impairmemt and cytotoxicity. Toxicol Lett 90:107-114.

Bellisola G, Brätter P, Cinque G, et al. 1998. The TSH-dependent variation of the essential elements iodine, selenium, and zinc within human thyroid tissues. J Trace Elem Med Biol 12:177-182.

*Bem EM. 1981. Determination of selenium in the environment and in biological material. Environ Health Perspect 37:183-200.

*Bender J, Gould JP, Vatcharapijarn Y, et al. 1991. Uptake, transformation and fixation of selenium (VI) by a mixed selenium-tolerant ecosystem. Water Air Soil Pollut 59(3-4):359-368.

*Ben-Porath M, Kaplan E. 1969. The distribution and concentration of 75-Se-selenomethionine in man. J Nucl Med 10:709-710.

Benton D, Cook R. 1991. The impact of selenium supplementation on mood. Biol Psychiatry 29:1092-1098.

Berg V, Ugland KI, Hareide NR, et al. 2000. Mercury, cadmium, lead, and selenium in fish from a Norwegian fjord and off the coast, the importance of sampling locality. J Environ Monitor 2(4):375-377.

*Berger GS. 1994. Epidemiology of endometriosis. In: Berger GS, ed. Endometriosis: Advanced management and surgical techniques. New York, NY: Springer-Verlag.

Berggren M, Gallegos A, Gasdaska J, et al. 1997. Cellular thioredoxin reductase activity is regulated by selenium. Anticancer Res 17:3377-3380.

*Bergman K, Cekan E, Slanina P, et al. 1990. Effects of dietary sodium selenite supplementation on salicylate-induced embryo- and fetotoxicity in the rat. Toxicology 61(2):135-146.

*Bermejo Barrera PB, Lorenzo Alonso MJL, Bermejo Barrera AB, et al. 2000. Selenium determination in mother and child's hair by electrothermal atomic absorption spectrometry. Forensic Sci Int 107:149-156.

Berry M, Bove F. 1997. Birth weight reduction associated with residence near a hazardous waste landfill. Environ Health Perspect 105(8):856-861.

*Berry MJ, Banu L, Chen Y, et al. 1991. Recognition of UGA as a selenocysteine codon in Type I deiodinase requires sequences in the 3' untranslated region. Nature 353:273-276.

*Besser JM, Canfield TJ, La Point TW. 1993. Bioaccumulation of organic and inorganic selenium in a laboratory food chain. Environ Toxicol Chem 12(1):57-72.

*Besser JM, Giesy JP, Brown RW, et al. 1996. Selenium bioaccumulation and hazards in a fish community affected by coal fly ash effluent. Ecotoxicol Environ Saf 35:7-15.

*Besser JM, Huckins JN, Little EE, et al. 1989. Distribution and bioaccumulation of selenium in aquatic microcosms. Environ Pollut 62(1):1-12.

Biggar JW, Jayaweera GR. 1993. Measurement of selenium volatilization in the field. Soil Science 155(1):31-36.

Bilski JJ, Alva AK. 1995. Transport of heavy metals and cations in a fly ash amended soil. Bull Environ Contam Toxicol 55:502-509.

*Bioulac-Sage P, Dubuisson L, Bedin C, et al. 1992. Nodular regenerative hyperplasia in the rat induced by a selenium-enriched diet: Study of a model. Hepatology 16(2):418-425.

*Birt DF, Julius AD, Runice CE. 1986. Tolerance of low and high dietary selenium throughout the life span of Syrian hamsters. Ann Nutr Metab 30:233-240.

Birt DF, Julius AD, Runice CE, et al. 1988. Enhancement of BOP-induced pancreatic carcinogenesis in selenium-fed Syrian golden hamsters under specific dietary conditions. Nutr Cancer 11:21-34.

*Birt DF, Lawson TA, Julius AD, et al. 1982. Inhibition by dietary selenium of colon cancer induced in the rat by bis(2-oxopropyl) nitrosamine. Cancer Res 42:4455-4459.

Bischoff K, Pichner J, Brasselton WE, et al. 2002. Mercury and selenium concentrations in livers and eggs of common loons (*Gavia immer*) from Minnesota. Arch Environ Contam Toxicol 42(1):71-76.

*Biswas S. 1997. Clastogenic effects of an inorganic selenium salt in human peripheral lymphocytes *in vitro*. Cell Chromosome Res 20(2):67-72.

*Biswas S, Talukder G, Sharma A. 1997. Selenium salts and chromosome damage. Mutat Res 390:201-205.

*Biswas S, Talukder G, Sharma A. 1999a. Comparison of clastogenic effects of inorganic selenium salts in mice *in vivo* as related to concentrations and duration of exposure. Biotechnology Techniques 12:361-368.

*Biswas S, Talukder G, Sharma A. 1999b. Prevention of cytotoxic effects of arsenic by short-term dietary supplementation with selenium in mice *in vivo*. Mutat Res 441:155-160.

*Biswas S, Talukder G, Sharma A. 2000. Chromosome damage induced by selenium salts in human peripheral lymphocytes. Toxicol in Vitro 14:405-408.

Blakley B. 1987. Alterations in urethan-induced adenoma formation in mice exposed to selenium and nickel. J Appl Toxicol 7:387-390.

*Bleau G, Lemarbre J, Faucher G, et al. 1984. Semen selenium and human fertility. Fertil Steril 42:890-894.

*Blincoe C. 1960. Whole-body turnover of selenium in the rat. Nature 186:398.

Blodgett DJ, Bevill RF. 1987a. Acute selenium toxicosis in sheep. Vet Hum Toxicol 29:233-236.

*Blodgett DJ, Bevill RF. 1987b. Pharmacokinetics of selenium administered parenterally at toxic doses in sheep. Am J Vet Res 48:530-534.

*Blot WJ, Li J-Y, Taylor PR, et al. 1993. Nutrition invention trials in Linxian, China. Supplementation with specific vitamin/mineral combinations, cancer incidence and disease-specific mortality in the general population. J Natl Cancer Inst 85(18):1483-1491.

*Blotcky M, Jetton M, and Sullivan JF. 1979. Organ content of selenium, zinc, magnesium, calcium and copper in alcoholic cirrhotic patients and controls. In: D. Hemphill ed. Proc. Trace Substances in Environmental Health. Columbia, MO: University of Missouri.

*BNA. 2001. Washington, D.C. Environment and Safety Library on the Web States and Territories. Bureau of National Affairs, Inc. http://www.esweb.bna.com. February 23, 2001.

Bonomini M, Forster S, De Risio F, et al. 1995. Effects of selenium supplementation on immune parameters in chronic uraemic patients on haemodialysis. Nephrol Dial Transplant 10:1654-1661.

*Bopp BA, Sonders RC, Kesterson JW. 1982. Metabolic fate of selected selenium compounds in laboratory animals and man. Drug Metab Rev 13:271-318.

Borella P, Bargellini A, Medici CI. 1996. Chemical form of selenium greatly affects metal uptake and responses by cultured human lymphocytes. Biol Trace Elem Res 51:43-54.

Bortoli A, Dell'Andrea E, Gerotto M, et al. 1991. The analytical techniques for total mercury (Hg), methyl mercury (MeHg), and selenium (Se) determination in a fisherman and fishing families group of north Adriatic coast. Acta Chimica Hungarica 128(4-5):573-580.

Bowen WH.  1972.  The effect of selenium and vanadium on caries activity in monkeys (*M. irus*).  J Ir Dent Assoc 18:83-89.

*Boylan LM, Cogan D, Huffmam N, et al.  1990.  Behavioral characteristics in open field testing of mice fed selenium-deficient and selenium-supplemented diets.  J Trace Elem Exp Med 3:157-165.

*Bratakos MS, Kanaki HC, Vasiliou-Waite A, et al.  1990.  The nutritional selenium status of healthy Greeks [published erratum appears in Sci Total Environ 1990 June 95:297].  Sci Total Environ 91:161-176.

*Brätter P, Negretti De Brätter VE.  1996.  Influence of high dietary selenium intake on the thyroid hormone level in human serum.  J Trace Elem Med Biol 10:163-166.

*Brätter P, Negretti De Brätter VE, Jaffé WG, et al.  1991a.  Selenium status of children living in seleniferous areas of Venezuela.  J Trace Elem Electrolytes Health Dis 5:269-270.

Brätter P, Negretti De Brätter VE, Recknagel S, et al.  1997.  Maternal selenium status influences the concentration and binding pattern of zinc in human milk.  J Trace Elem Med Biol 11:203-209.

*Brätter P, Negretti De Brätter VE, Rösick U, et al.  1991b.  Selenium in the nutrition of infants: Influence of the maternal selenium status.  In:  Chandra RK, ed.  Trace elements in nutrition of children-II.  New York, NY:  Raven Press, 79-90.

Brawley OW, Parnes H.  2000.  Prostate cancer prevention trials in the USA.  Eur J Cancer 36:1312-1315.

*Brigelius-Flohe R.  1999.  Tissue-specific functions of individual glutathione peroxidases.  Free Radic Biol Med 27(9/10):951-965.

Broghamer WLJ, McConnell KP, Grimaldi M, et al.  1978.  Serum selenium and reticuloendothelial tumors.  Cancer 41:1462-1466.

Brown MM, Watskinson JH.  1977.  An automated fluorimetric method for the determination of nanogram quantities of selenium.  Anal Chim Acta 89:29.

Bruce A.  1990.  Recommended dietary allowances:  The Nordic experience.  Eur J Clin Nutr 44(Suppl)2:27-29.

Brumbaugh WG, Walther MJ.  1989.  Determination of arsenic and selenium in whole fish by continuous-flow hydride generation atomic absorption spectrophotometry.  J Assoc Off Anal Chem 72(3):484-486.

Buchan RF.  1947.  Industrial selenosis.  Occup Med 3:439-456.

Buchholz BA, Landsberger S.  1995.  Leaching dynamics studies of municipal solid waste incinerator ash.  J Air Waste Manage Assoc 45:579-590.

Buckley WT, Budac JJ, Godfrey DV, et al.  1992.  Determination of selenium by inductively coupled plasma mass spectrometry utilizing a new hydride generation sample introduction system.  Anal Chem 64(7):724-729.

*Budavari S, O'Neil MJ, Smith A, et al., eds. 1996. The Merck index: An encyclopedia of chemicals, drugs, and biologicals. 12th ed. Whitehouse Station, NJ: Merck & Co., Inc.

Buger J, Gaines KF, Boring CS, et al. 2001. Mercury and selenium in fish from the Savannah River: species, trophic level, and locational difference. Environ Res 87(2):108-118.

Burger J, Gochfeld M. 1999. Heavy metals in Franklin's gull tissues: Age and tissue differences. Environ Toxicol Chem 18(4):673-678.

Burger J, Cooper K, Gochfeld M. 1992. Exposure assessment for heavy metal ingestion from a sport fish in Puerto Rico: Estimating risk for local fishermen. J Toxicol Environ Health 36(4):355-365.

Burger J, Woolfenden GE, Gochfeld M. 1999. Metal concentrations in the eggs of endangered Florida scrub-jays from central Florida. Arch Environ Contam Toxicol 37:385-388.

*Burguera JL, Burguera M, Gallignani M, et al. 1990. A comparative study of methods for determining selenium in biological materials. Acta Cient Venez 41(1):5-10.

*Burk RF. 1974. In vivo $^{75}$Se binding to human plasma proteins after administration of $^{75}$SeO$_{3-2}$. Biochim Biophys Acta 372:255-265.

Burk RF. 1989. Recent developments in trace element metabolism and function: Newer roles of selenium in nutrition. J Nutr 119(7):1051-1054.

Burk RF. 1991. Molecular biology of selenium with implications for its metabolism. FASEB J 5(9):2274-2279.

Burk RF. 1993. Clinical effects of selenium deficiency. Prog Clin Biol Res 380:181-190.

*Burk RF, Hill KE. 2000. Characteristics and function of selenoprotein P. Trace Elements in Man and Animals. New York, NY: Plenum Press, 837-842.

*Burk RF, Brown DG, Seely RJ, et al. 1972. Influence of dietary and injected selenium on whole-body retention, route of excretion, and tissue retention of ($^{75}$SeO$_3$)-2 in the rat. J Nutr 102:1049-1055.

*Burk RT, Hill K, Motley AK. 2001. Plasma selenium in specific and non specific forms. Biofactors 14:107-114.

Burke KE. 1992. L-selenomethionine on pigmentation and skin damage. Cosmetics & Toiletries 107 (Jul):51-52, 54-58, 60-61.

*Burke KE, Burford RG, Combs Jr. GF, et al. 1992a. The effect of topical L-selenomethionine on minimal erythema dose of ultraviolet irradiation in humans. Photodermatol Photoimmunol Photomed 9(2):52-57.

*Burke KE, Combs Jr. GF, Gross EG, et al. 1992b. The effects of topical and oral L-selenomethionine on pigmentation and skin cancer induced by ultraviolet irradiation. Nutr Cancer 17(2):123-137.

Butler JA, Beilstein MA, Whanger PD. 1989. Influence of dietary methionine on the metabolism of selenomethionine in rats. J Nutr 119:1001-1009.

*Butler JA, Whanger PD, Kaneps AJ, et al. 1990. Metabolism of selenite and selenomethionine in the rhesus monkey. J Nutr 120(7):751-759.

*Byard JL. 1969. Trimethyl selenide. A urinary metabolite of selenite. Arch Biochem Biophys 130:556-560.

*Cahill TM, Anderson DW, Elbert RA, et al. 1998. Elemental profiles in feather samples from a mercury-contaminated lake in central California. Arch Environ Contam Toxicol 35:75-81.

Calomme M, Vanderpas J, Francois B, et al. 1995. Effects of selenium supplementation on thyroid hormone metabolism in phenylketonuria subjects on a phenylalanine restricted diet. Biol Trace Elem Res 47:349-353.

Campell MB, Kanert GA. 1992. High-pressure microwave digestion for the determination of arsenic, antimony, selenium and mercury in oily wastes. Analyst 117(2):121-124.

Cann SA, van Netten JP, van Netten C. 2000. Hypothesis: Iodine, selenium and the development of breast cancer. Cancer Causes Control 11:121-127.

*Cantor AH, Langerin ML, Noguchi T, et al. 1975. Efficacy of selenium in selenium compounds and feedstuffs for prevention of pancreatic fibrosis in chicks. J Nutr 105:106-111.

Cao ZH, Wang XC, Yao DH, et al. 2001. Selenium geochemistry of paddy-soils in Yangtze River Delta. Env Int 26(5-6):335-339.

Capar SG, Cunningham WC. 2000. Element and radionuclide concentrations in food: FDA total diet study 1991-1996. J AOAC Int 83(1):157-177.

*Cappon CJ. 1981. Mercury and selenium content and chemical form in vegetable crops grown on sludge amended soil. Arch Environ Contam Toxicol 10:673-690.

Cappon CJ. 1991. Sewage sludge as a source of environmental selenium. Sci Total Environ 100(SpecNo):177-205.

Caravaggi C, Clark FL, Jackson ARB. 1970a. Acute selenium toxicity in lambs following intramuscular injection of sodium selenite. Res Vet Sci 11:146-149.

Caravaggi C, Clark FL, Jackson ARB. 1970b. Experimental acute toxicity of orally administered sodium selenite in lambs. Res Vet Sci 11:501-502.

Cardellicchio N, Decataldo A, Di La Misino A. 2002. Accumulation and tissue distribution of mercury and selenium in striped dolphins (*Stenella coeruleoalba*) from the Mediterranean Sea (Southern Italy). Environ Pollut 116(2):265-271.

Carlo PL, Owens LP, Hanna Jr. GP, et al. 1992. The removal of selenium from water by slow sand filtration. Proceedings of the Sixteenth Biennial Conference of the International Association of Water Pollution Research and Control. Water Sci Technol 26(1-11):2137-2140.

*Carter RF. 1966. Acute selenium poisoning. Med J Aust 1:525-528.

*Casey CE, Guthrie BE, McKenzie JM. 1983. Dunedin, New Zealand, personal communication. (As cited in Iyengar 1987).

*Cavalieri RR, Scott KG, Sairenji E. 1966. Selenite ($^{75}$Se) as a tumor-localizing agent in man. J Nucl Med 7:197-208.

CELDS. 1993. Corps of Engineers Construction Engineering Research Laboratory and University of Illinois, Department of Urban and Regional Planning. Computer-aided environmental legislative data systems [Database].

Cenac A, Simonoff M, Moretto P, et al. 1992. A low plasma selenium is a risk factor for peripartum cardiomyopathy. A comparative study in Sahelian Africa. Int J Cardiol 36(1):57-59.

Cenedella RJ. 1989. Cell cycle specific effects of selenium on the lens epithelium studied *in vivo* by the direct chemical approach. Curr Eye Res 8(4):429-433.

*Černá M, Spěváčková V, Čejchanová M, et al. 1997. Population-based biomonitoring in the Czech Republic-the system and selected results. Sci Total Environ 204:263-270.

Chakraborty S, Ghosh R, Chatterjee M. 1995. Relation between human selenium levels and epidemiology of cancer in different districts of West Bengal, India [Abstract]. Anticancer Res 15(5A):1651-1652.

Chan CC, Sadana RS. 1992. Determination of arsenic and selenium in environmental samples by flow-injection hydride generation atomic absorption spectrometry. Anal Chim Acta 270(1):231-238.

*Chang LW. 1983. Protective effects of selenium against methylmercury neurotoxicity: A morphological and biochemical study. Exp Pathol 23:143-156.

Chang PWG, Tsui SKW, Liew C, et al. 1997. Isolation, characterization, and chromosomal mapping of a novel cDNA clone encoding human selenium binding protein. J Cell Biochem 64:217-224.

Chapman PM. 1999. Invited debate/commentary: Selenium - A potential time bomb or just another contaminant? Hum Ecol Risk Assess 5(6):1123-1138.

Chatt A, Holzbecher J, Katz SA. 1990. Metabolic deposition of selenium and cadmium into the hair and other tissues of the guinea pig. Biol Trace Elem Res 26-27:513-519.

*Chaudiere J, Courtin O, Leclaire J. 1992. Glutathione oxidase activity of selenocystamine: A mechanistic study. Arch Biochem Biophys 296(1):328-336.

*Chau YK, Riley JP. 1965. The determination of selenium in sea water, silicates and marine organisms. Anal Chim Acta 33:36-49.

*Chau YK, Wong PTS, Silverberg BA, et al. 1976. Methylation of selenium in the aquatic environment. Science 192:1130-1131.

*ChemID*plus*. 2003. Division of Specialized Information Services, NLM. http://chem.sis.nlm.nih.gov/chemidplus/cmplxqry.html.

Chen CL, Whanger PD. 1993. Effect of vitamin B12 status on selenium methylation and toxicity in rats: *In vivo* and *in vitro* studies. Toxicol Appl Pharmacol 118(1):65-72.

*Chen C, Hedstrom O, Whanger PD. 1993. Effect of vitamin $B_{12}$ on performance and tissue selenium content in rats fed sub-toxic levels of selenite. Toxicology 85:101-115.

*Chen M, Ma LQ, Harris WG. 1999. Baseline concentrations of 15 trace elements in Florida surface soils. J Environ Qual 28:1173-1181.

*Chen RW, Whanger PD, Weswig PH. 1975. Selenium-induced redistribution of cadmium binding to tissue proteins: A possible mechanism of protection against cadmium toxicity. Bioinorg Chem 4:125-133.

*Chen SY, Collipp PJ, Boasi LH, et al. 1982. Fluorometry of selenium in human hair, urine, and blood. A single-tube process for submicrogram determination of selenium. Ann Nutr Metab 26:186-190.

*Chen X, Mikhail SS, Ding YW, et al. 2000. Effects of vitamin E and selenium supplementation on esophageal adenocarcinogenesis in a surgical model with rats. Carcinogenesis 21(8):1531-1536.

*Chen XS, Yang GQ, Chen JS, et al. 1980. Studies on the relations of selenium and Keshan disease. Biol Trace Elem Res 2:91-107.

Cheng W-H, Ho Y-S, Valentine BA, et al. 1998. Cellular glutathione peroxidase is the mediator of body selenium to protect against paraquat lethality in transgenic mice. J Nutr 128:1070-1076.

*Chhabra SK, Rao AR. 1994. Translactational exposure of $F_1$ mouse pups to selenium. Food Chem Toxicol 32(6):527-531.

*Chiachun T, Hong C, Haifun R. 1991. The effects of selenium on gestation, fertility, and offspring in mice. Biol Trace Elem Res 30(3):227-231.

Chidambaram N, Baradarajan A. 1996. Influence of selenium on glutathione and some associated enzymes in rats with mammary tumor induced by 7,12-Dimethylbenz(a)anthracene. Mol Cell Biochem 156:101-107.

Chmielnicka J, Hajdukiewica Z, Komstra-Szumska E, et al. 1978. Whole-body retention of mercury and selenium and histopathological and morphological studies of kidneys and liver of rats exposed repeatedly to mercuric chloride and sodium selenite. Arch Toxicol 40:189-199.

Chou C, Holler J, De Rosa CT. 1998. Minimal risk levels (MRLs) for hazardous substances. J Clean Technol Environ Toxicol Occup Med 7(1):1-24.

Chowdhury AR. 1996. A short review on chemically induced injury to the testicular tissue. Indian J Physiol Allied Sci 50(3):136-144.

*Chowdhury AR, Venkatakrishna-Bhatt H. 1983. Effect of selenium dioxide on the testes of rat. Indian J Physiol Pharmacol 27:237-240.

*Choy WN, Henika PR, Willhite CC, et al. 1993. Incorporation of a micronucleus study into a developmental toxicology and pharmacokinetic study of L-selenomethionine in nonhuman primates. Environ Mol Mutagen 21(1):73-80.

*Choy WN, Willhite CC, Cukierski MJ, et al. 1989. Primate micronucleus study of L-selenomethionine. Environ Mol Mutagen 14(2):123-125.

Ciappellano S, Testolin G, Allegrini M, et al. 1990. Availability of selenium in dough and biscuit in comparison to wheat meal. Ann Nutr Metab 34(6):343-349.

Ciappellano S, Testolin G, Porrini M. 1989. Effects of durum wheat dietary selenium on glutathione peroxidase activity and Se content in long-term-fed rats. Ann Nutr Metab 33(1):22-30.

Cikrt M, Mravcova A, Malatova I, et al. 1988. Distribution and excretion of [74]As and [75]Se in rats after their simultaneous administration: The effect of arsenic, selenium and combined pretreatment. J Hyg Epidemiol Microbiol Immunol 32(1):17-29.

*Civil IES, McDonald MJA. 1978. Acute selenium poisoning: Case report. N Z Med J 87:354-356.

Clark DR. 1987. Selenium accumulation in mammals exposed to contaminated California irrigation drainwater. Sci Total Environ 66:147-168.

Clark LC. 1985. The epidemiology of selenium and cancer. Federation Proceedings 44:2584-2589.

Clark LC, Jacobs ET. 1998. Environmental selenium and cancer: Risk or protection? Cancer Epidemiol Biomarkers Prev 7:847-848.

*Clark LC, Combs GF, Turnbull BW, et al. 1996a. Effects of selenium supplementation for cancer prevention in patients with carcinoma of the skin. JAMA 276(24):1957-1963.

*Clark LC, Dalkin B, Krongrad A, et al. 1999. Decreased incidence of prostate cancer with selenium supplementation: Results of a double-blind cancer prevention trial. J Am Nutraceut Assoc 2(1):14-18.

*Clark LC, Graham GF, Crounse RG, et al. 1984. Plasma selenium and skin neoplasms: A case-control study. Nutr Cancer 6:12-21.

*Clark RF, Strukle E, Williams SR, et al. 1996b. Selenium poisoning from a nutritional supplement. JAMA 275(14):1087-1088.

Clarkson PM. 1991. Minerals: Exercise performance and supplementation in athletes. J Sports Sci 9(SpecNo):91-116.

Clausen J. 1991. Uptake and distribution in rat brain of organic and inorganic selenium. Biol Trace Elem Res 28(1):39-45.

Clausen J, Nielsen SA. 1988. Comparison of whole blood selenium values and erythrocyte glutathione peroxidase activities of normal individuals on supplementation with selenate, selenite, L-selenomethionine, and high selenium yeast. Biol Trace Elem Res 15:125-138.

*Clausen J, Nielsen SA, Kristensen M. 1989. Biochemical and clinical effects of an antioxidative supplementation of geriatric patients. A double blind study. Biol Trace Elem Res 20(1-2):135-151.

*Clewell HJ III, Andersen ME. 1985. Risk assessment extrapolations and physiological modeling. Toxicol Ind Health 1(4):111-131.

*Clinton M Jr.  1947.  Selenium fume exposure.  J Indust Hyg Toxicol 29:225-226.

*Clinton OE.  1977.  Determination of selenium in blood and plant material by hydride generation and atomic absorption spectroscopy.  Analyst 102:187-192.

*Coates RJ, Weiss NS, Daling JR, et al.  1988.  Serum levels of selenium and retinol and the subsequent risk of cancer.  Am J Epidemiol 128:515-523.

Cohen HJ, Avissar N.  1993.  Molecular and biochemical aspects of selenium metabolism and deficiency.  Prog Clin Biol Res 380:191-202.

Colditz GA.  1996.  Selenium and cancer prevention:  Promising results indicate further trials required.  JAMA 276(24):1984-1985.

*Coleman RA, Delevaux M.  1957.  Occurrence of selenium in sulfides from some sedimentary rocks of western United States.  Econ Geol 52:499-527.

Combs GF.  1988.  Selenium in foods.  Adv Food Res 32:85-113.

Combs GF.  1993.  Essentiality and toxicity of selenium with respect to recommended daily allowances and reference doses.  Scand J Work Environ Health 19(suppl 1):119-121.

Combs GF.  1997.  Dietary selenium allowances and new threshold intakes with respect to toxicity.  Biomed Environ Sci 10:356-358.

Combs GF.  1999.  Chemopreventive mechanisms of selenium.  Med Klin 94(Suppl. 3):18-24.

Combs GF.  2001.  Impact of selenium and cancer-prevention findings on the nutrition-health paradigm.  Nutr Cancer 40(1):6-11.

Combs GF, Gray WP.  1998.  Chemopreventive agents:  Selenium.  Pharmacol Ther 79(3):179-192.

Combs GF, Clark LC, Turnbull BW.  1998.  Evidence of cancer prevention by selenium in a randomized, placebo-controlled, clinical trial.  In:  Collery P, Brätter PN de B V, Negretti de Brätter V, et al., eds.  Metal ions in biology and medicine.  Paris, France:  John Libbey Eurotext, 566-571.

*Combs JGF, Combs SB.  1987.  Selenium effect on drug and foreign compound toxicity.  Pharmacol Ther 33:303-315.

*Contempre B, Denef JF, Dumont JE, et al.  1993.  Selenium deficiency aggravates the necrotizing effects of a high iodide dose in iodine deficient rats.  Endocrinology 132(4):1866-1868.

*Contempré B, Duale NL, Dumont JE, et al.  1992.  Effect of selenium supplementation on thyroid hormone metabolism in an iodine and selenium deficient population.  Clin Endocrinol 36:579-583.

*Contempré B, Dumont JE, Denef J-F.  1995.  Effects of selenium deficiency on thyroid necrosis, fibrosis and proliferation:  A possible role in myxoedematous cretinism.  Euro J Epidemiol 133:99-109.

*Contempré B, Dumont JE, Ngo B, et al. 1991a. Effect of selenium supplementation in hypothyroid subjects of an iodine and selenium deficient area: The possible danger of indiscriminate supplementation of iodine-deficient subjects with selenium. J Clin Endocrinol Metab 73(1):213-215.

*Contempré B, Vanderpas J, Dumont JE. 1991b. At the cutting edge. Cretinism, thyroid hormones and selenium. Mol Cell Endocrinol 81(1-3):C193-195.

Coquery M, Carvalho FP, Azemard S, et al. 1999. The IAEA worldwide intercomparison exercises (1990-1997): Determination of trace elements in marine sediments and biological samples. Sci Total Environ 237-238(0):501-508.

*Corden FL, Alexiou NG, Martin DF. 1989. Blood selenium in select mid-income Florida employees. J Environ Sci Health A24(5):535-542.

Corrigan FM, Besson JA, Ward NI. 1991. Red cell caesium, lithium and selenium in abstinent alcoholics. Alcohol 26(3):309-314.

*Cortez E. 1984. Santiago, Chile, personal communication. (As cited in Iyengar 1987).

Corvilain B, Contempre B, Longombe AO, et al. 1993. Selenium and the thyroid: How the relationship was established. Am J Clin Nutr 57(2 Suppl):244S-248S.

Costello A. 2001. A randomized, controlled chemopreventative trial of selenium in familial prostate cancer: Rationale, recruitment, and design. Urology 57:182-184.

Crespo AM, Neve J, Pinto RE. 1993. Plasma and liver selenium levels in the rat during supplementation with 0.5, 2, 6, and 15 ppm selenium in drinking water. Biol Trace Elem Res 38:139-146.

*CRISP. 1995. Computer Retrieval of Information on Science Projects. Subfile of Toxline Database, National Library of Medicine, National Institutes of Health, Bethesda, MD.

*CRISP. 1999. Computer Retrieval of Information on Science Projects. Subfile of Toxline Database Bethesda, MD: National Library of Medicine, National Institutes of Health.

*CRISP. 2001. Computer Retrieval of Information on Science Projects. Subfile of Toxline Database Bethesda, MD: National Library of Medicine, National Institutes of Health.

*CRISP. 2002. Computer Retrieval of Information on Science Projects. Subfile of Toxline Database Bethesda, MD: National Library of Medicine, National Institutes of Health.

*CRIS/USDA. 1995. Current Research Information System. Washington DC: U.S. Department of Agriculture.

*CRIS/USDA. 1999. Current Research Information System. Washington DC: U.S. Department of Agriculture.

*CRIS/USDA. 2001. Current Research Information System. Washington DC: U.S. Department of Agriculture.

*CRIS/USDA. 2002. Current Research Information System. Washington DC: U.S. Department of Agriculture.

*CRWQCB. 1988. Water and sediment quality in evaporation basins used for the disposal of agricultural subsurface drainage water in the San Joaquin Valley, California. Sacramento, CA: California Regional Water Quality Control Board.

*Cukierski MJ, Willhite CC, Lasley BL, et al. 1989. 30-Day oral toxicity study of L-selenomethionine in female long-tailed macaques (*Macaca fascicularis*). Fundam Appl Toxicol 13(1):26-39.

*Cummins LM, Kimura ET. 1971. Safety evaluation of selenium sulfide antidandruff shampoos. Toxicol Appl Pharmacol 20:89-96.

*Cutter GA. 1982. Selenium in reducing waters. Science 217:829-831.

*Cutter GA. 1989. The estuarine behavior of selenium in San Francisco Bay. Estuarine, Coastal Shelf Sci 28(1):13-34.

*Daher R, Van Lente F. 1992. Characterization of selenocysteine lyase in human tissues and its relationship to tissue selenium concentrations. J Trace Elem Electrolytes Health and Dis 6:189-194.

*Dams R, Robbins JA, Rhan KA, et al. 1970. Nondestructive neutron activation analysis of air pollution particulates. Anal Chem 42:861-867.

*Damyanova A. 1983. Sofia, Bulgaria, personal communication. (As cited in Iyengar 1987).

Daniels LA. 1996. Selenium metabolism and bioavailability. Biol Trace Elem Res 54:185-199.

Danielsson BR, Danielson M, Khayat A, et al. 1990. Comparative embryotoxicity of selenite and selenate: Uptake in murine embryonal and fetal tissues and effects on blastocysts and embryonic cells *in vitro*. Toxicology 63(2):123-136.

Darlow BA, Inder TE, Graham PJ, et al. 1995. The relationship of selenium status to respiratory outcome in the very low birth weight infant. Pediatrics 96:314-319.

Das PM, Sadana JR, Gupta RK, et al. 1989a. Experimental selenium toxicity in guinea pigs: Biochemical studies. Ann Nutr Metab 33(1):57-63.

*Das PM, Sadana JR, Gupta RK, et al. 1989b. Experimental selenium toxicity in guinea pigs: Haematological studies. Ann Nutr Metab 33(6):347-353.

Datnow MM. 1928. An experimental investigation concerning toxic abortion produced by chemical agents. J Obstet Gynaecol Br Emp 35:693-724.

*Davidson-York D, Galey FD, Blanchard P, et al. 1999. Selenium elimination in pigs after an outbreak of selenium toxicosis. J Vet Diagn Invest 11:352-357.

Davis CD, Feng Y, Hein DW, et al. 1999. The chemical form of selenium influences 3,2'-Dimethyl-4-aminobiphenyl-DNA adduct formation in rat colon. J Nutr 129:63-69.

*Dawson SW, Mercer BW. 1986. Hazardous waste management. New York, NY: John Wiley and Sons, 55.

Deagen JT, Beilstein MA, Whanger PD.  1990.  Chemical forms of selenium in selenium containing proteins from human plasma.  J Inorg Biochem 41(4):261-268.

Deagan JT, Butler JA, Beilstein MA, et al.  1987.  Effects of dietary selenite, selenocystine and selenomethionine on selenocysteine lyase and glutathione peroxidase activities and on selenium levels in rat tissues.  J Nutr 117:91-98.

Deagen JT, Butler JA, Zachara BA, et al.  1993.  Determination of the distribution of selenium between glutathione peroxidase, selenoprotein P, and albumin in plasma.  Anal Biochem 208(1):176-181.

*Deguchi Y.  1985.  Relationships between blood selenium concentrations and grasping power, blood pressure, hematocrit, and hemoglobin concentrations in Japanese rural residents.  Japanese Journal of Hygiene 39:924-929.

Del Debbio JA.  1991.  Sorption of strontium, selenium, and mercury in soil.  Radiochimica Acto 52-53(pt1):181-186.

Del Debbio JA, Thomas TR.  1991.  Determination of technetium and selenium transport properties in laboratory soil columns.  Mater Res Soc Symp Proc VOL 127.  ISS Sci Basis Nucl Waste Manage 12:957-964.

*Delange F, Lecomte P.  2000.  Iodine supplementation.  Benefits outweigh risks.  Drug Saf 22(2):89-95.

de Oliveira E, McLaren JW, Berman SS.  1983.  Simultaneous determination of arsenic, antimony, and selenium in marine samples by inductively coupled plasma atomic emission spectrometry.  Anal Chem 55:2047-2050.

Deshchekina MF, Demin VF, Kliuchnikov SO, et al.  1989.  Contents of bioelements in blood of newborn infants with a history of chronic intrauterine hypoxia.  Pediatriia (10):19-24.

Devamanoharan PS, Henein M, Morris S, et al.  1991.  Prevention of selenite cataract by vitamin C.  Exp Eye Res 52(5):563-568.

Deverel SJ, Fio JL.  1991.  Groundwater flow and solute movement to drain laterals, western San Joaquin Valley, California.  Water Resources Research 27(9):2233-2246.

Deverel SJ, Millard SP.  1988.  Distribution and mobility of selenium and other trace elements in shallow groundwater of the western San Joaquin Valley, California.  Environ Sci Technol 22:697-702.

Deverel SJ, Fio JL, Dubrovsky NM.  1994.  Distribution and mobility of selenium in groundwater in the western San Joaquin Valley of California.  In:  Frankenberger WT, Benson S, eds.  Selenium Environment.  New York, NY:  Dekker, 157-183.

DeYoung DJ, Bantle JA, Fort DJ.  1991.  Assessment of the developmental toxicity of ascorbic acid, sodium selenate, coumarin, serotonin, and 13-*cis* retinoic acid using FETAX.  Drug Chem Toxicol 14(1-2):127-141.

*DHHS.  1997.  National Health and Nutrition Examination Survey (NHANES), III 1988-1994.  CD-ROM Series 11, No. 1.  (July 1997).  U.S. Department of Health and Human Services, Public Health Service, Centers for Disease Control and Prevention (CDC).

*DHHS. 2002. Dietary intake of macronutrients, micronutrients, and other dietary constituents: United States, 1988-94. Data from the National Health Examination Survey, the National Health and Nutrition Examination Surveys, and the Hispanic Health and Nutrition Examination Survey. Haysville, Maryland: Department of Health and Human Services.

Dhur A, Galan P, Hercberg S. 1990. Relationship between selenium, immunity and resistance against infection. Comp Biochem Physiol [C] 96(2):271-280.

Diamond AM, Dale P, Murray JL, et al. 1996. The inhibition of radiation-induced mutagenesis by the combined effects of selenium and the aminothiol WR-1065. Mutat Res 356:146-154.

Dias MF, Sousa E, Cabrita S, et al. 2000. Chemoprevention of DMBA-induced mammary tumors in rats by a combined regimen of alpha-tocopherol, selenium, and ascorbic acid. Breast J 6(1):14-19.

Dietz R, Riget F, Born EW. 2000. An assessment of selenium to mercury in Greenland marine animals. Sci Total Environ 245:15-24.

Di Ilio C, Del Bocceo G, Casaccia R, et al. 1987. Selenium level and glutathione-dependent enzyme activities in normal and neoplastic human lung tissues. Carcinogenesis 8:281-284.

*Dickson RC, Tomlinson RH. 1967. Selenium in blood and human tissues. Clinica Chimica Acta 16:311-321.

*Dilworth GL, Bandurski RS. 1977. Activation of selenate by adenosine 5'-triphosphate sulphurylase from *Saccharomyces cerevisiae*. Biochem J 163:521-529.

*Dimes L, Rendig VV, Besgu G, et al. 1988. Selenium uptake by subclover, ryegrass, and some *Astragalus* spp. In: Tanji KK, Valoppi L, Woodring RC, eds. Selenium contents in animal and human food crops grown in California. CA: Cooperative Extension University of California, Division of Agriculture and Natural Resources. Publication 3330, 19-24.

*Dini G, Franconi F, Martini F. 1981. Mitochondrial alterations induced by selenium in guinea pig myocardium. Exp Mol Pathol 34:226-235.

*Dinkel CA, Minyard JA, Ray DE. 1963. Effects of season of breeding on reproductive and weaning performance of beef cattle grazing on seleniferous range. J Anim Sci 22:1043-1045.

Diplock AT. 1993. Indexes of selenium status in human populations. Am J Clin Nutr 57(2 Suppl):256S-258S.

*Diplock AT, Green J, Bunyan J, et al. 1967. Vitamin E and stress. 3. The metabolism of D-alpha-tocopherol in the rat under dietary stress with silver. Br J Nutr 21:115-125.

*DOE. 1987. A cathodic stripping technique for the determination of trace levels of arsenic and selenium in waste, organic, and environmental samples. Report to U.S. Department of Energy by Martin Marietta Energy Systems, Inc., Oak Ridge, TN. DOE K/PS-5078. DE88-002257.

DOE. 1993. Selenium in Oklahoma ground water and soil. Quarterly report No. 6 to the U.S. Department of Energy. DOE/PC/89782--T6. DE92-018300.

DOE. 1996. Mercury-selenium interactions in the environment. Upton, NY: U.S. Department of Energy, Office of Fossil Energy. NTIS DE 96 006 148.

*Donaldson WE, McGowan C. 1989. Lead toxicity in chickens. Interaction with toxic dietary levels of selenium. Biol Trace Elem Res 20(1-2):127-133.

*Doran JW. 1982. Microorganisms and the biological cycling of selenium. Adv Microbiol Ecol 6:1-32.

*Doran, JW, Alexander M. 1976. Microbial formation of volatile selenium compounds in soil. Soil Science Society of America Journal 40:687-690.

Downs TJ, Cifuentes-García E, Suffet IM. 1999. Risk screening for exposure to groundwater pollution in a wastewater irrigation district of the Mexico City region. Environ Health Perspect 107(7):553-561.

*Draize JH, Beath OA. 1935. Observations on the pathology of blind staggers and alkali disease. J Am Vet Med Assoc 86:753-763.

*Dreher GB, Finkelman RB. 1992. Selenium mobilization in a surface coal mine, Powder River Basin, Wyoming, USA. Environ Geol Water Sci 19(3):155-169.

Duckart EC, Waldron LJ, Donner HE. 1992. Selenium uptake and volatilization from plants growing in soil. Soil Science 153(2):94-99.

Ducros V, Favier A. 1992. Gas chromatographic-mass spectrometric method for the determination of selenium in biological samples. J Chromatogr B: Biomed Appl 583(1):35-44.

*Ducros V, Laporte F, Belin N, et al. 2000. Selenium determination in human plasma lipoprotein fractions by mass spectrometry analysis. J Inorg Biochem 81:105-109.

*Dudley HC. 1938. Toxicology of selenium. V. Toxic and vesicant properties of selenium oxychloride. Public Health Rep 53:94-98.

*Dudley HC, Miller JW. 1937. Toxicology of selenium. IV. Effects of exposure to hydrogen selenide. Public Health Rep 52:1217-1231.

*Dudley HC, Miller JW. 1941. Toxicology of selenium. VI. Effects of subacute exposure to hydrogen selenide. Journal of Industrial Hygiene and Toxicology 23:470-477.

*Duffield AJ, Thomson CD, Hill KE, et al. 1999. An estimation of selenium requirements for New Zealanders. Am J Clin Nutr 70:896-903.

*Duffield-Lillico et al. 2002. Baseline characteristics and the effect of selenium supplementation on cancer incidence in a randomized clinical trial: a summary report of the Nutritional Prevention of Cancer Trial. Cancer Epidemiol Biomarkers Prev 11(7):630-639.

*Dulka JJ, Risby TH. 1976. Ultratrace metals in some environmental and biological systems. Anal Chem 48:640A-653A.

Dutkiewicz VA, Husain L. 1988. Spatial pattern on non-urban selenium concentrations in the northeastern USA and its pollution source implications. Atmos Environ 22(10):2223-2228.

*Dworkin BM, Rosenthal WS, Wormser GP, et al. 1986. Selenium deficiency in the acquired immunodeficiency syndrome. JPEN 10:405-407.

Dybing E, Sanner T, Roelfzema H, et al. 1997. T25: A simplified carcinogenic potency index: Description of the system and study of correlations between carcinogenic potency and species/site specificity and mutagenicity. Pharmacol Toxicol 80:272-279.

Dyer SD, White-Hull CE, Shephard BK. 2000. Assessments of chemical mixtures via toxicity reference values overpredict hazard to Ohio fish communities. Environ Sci Technol 34:2518-2524.

Early JL, Schnell RC. 1982. Effect of glutathione depletion on selenium lethality and hepatic drug metabolism in male rats. Toxicol Lett 11:253-257.

Early II JL, Nonavinakere VK, Weaver A. 1992. Effect of cadmium and/or selenium on liver mitochondria and rough endoplasmic reticulum in the rat. Toxicol Lett 62(1):73-83.

Eckhert CD, Lockwood MK, Shen B. 1993. Influence of selenium on the microvasculature of the retina. Microvasc Res 45(1):74-82.

*Eder K, Kralik A, Kirchgebner M. 1995. [Influence of deficient to subtoxic selenium intake on metabolism of thyroid hormones]. Z Ernahrungswiss 34:277-283. (German)

*Edwards WC, Blackburn TA. 1986. Selenium determination by Zeeman atomic absorption spectrophotometry. Vet Hum Toxicol 28:12-13.

*Eisenmann CJ, Miller RK. 1994. The placental transfer and toxicity of selenite relative to cadmium in the human term perfused placenta. Placenta 15:883-985.

Eisenmann CJ, Miller RK. 1995. The effect of selenium compounds (selenite, selenate, ebselen) on the production of thromboxane and prostacyclin by the human term placenta *in vitro*. Toxicol Appl Pharmacol 135:18-24.

Ejima A, Watanabe C, Koyama H, et al. 1996. Determination of selenium in the human brain by graphite furnace atomic absorption spectrometry. Biol Trace Elem Res 54:9-21.

*El-Bayoumy K. 1991. The role of selenium in cancer prevention. In: DeVita J, Hellman S, Rosenberg SA, eds. Cancer Prevention. Philadelphia, PA: J.B. Lippincott Company, 1-15.

*El-Bayoumy K. 1997. Organoselenium compounds: A novel class of cancer chemopreventive agents. Drugs Future 22(5):539-545.

*El-Bayoumy K. 2001. The protective role of selenium on genetic damage and on cancer. Mutat Res 475:123-139.

*El-Bayoumy K, Upadhyaya P, Chae Y-H, et al. 1995. Chemoprevention of cancer by organoselenium compounds. J Cell Biochem Suppl 22:92-100.

El-Bayoumy K, Upadhyaya P, Sohn O-S, et al. 1998. Synthesis and excretion profile of 1,4-[$^{14}$C]phenylenebis(methylene)selenocyanate in the rat. Carcinogenesis 19(9):1603-1607.

*Ellingsen DG, Nordhagen HP, Thomassen Y. 1995. Urinary selenium excretion in workers with low exposure to mercury vapour. J Appl Toxicol 15(1):33-36.

Ellingsen DG, Thomassen Y, Aaseth J, et al. 1997. Cadmium and selenium in blood and urine related to smoking habits and previous exposure to mercury vapour. J Appl Toxicol 17(5):337-343.

*Ellis L, Piccano MF, Smith AM, et al. 1990. The impact of gestational length on human milk selenium concentration and glutathione peroxidase activity. Pediatr Res 27:32-35.

*El-Zarkouny SA, Ayoub MA, Ishak MHG, et al. 1999. Effect of carbosulfan pesticide and selenium on some semen characteristics and serum testosterone in male rabbits. Int J Environ Health Res 9:117-124.

Emsley CL, Gao S, Li Y, et al. 2000. Trace element levels in drinking water and cognitive function among elderly Chinese. Am J Epidemiol 151(9):913-920.

EPA. 1972. National inventory of sources and emissions. Boron, copper, selenium, and zinc. Section IV. Selenium. U.S. Environmental Protection Agency, Office of Air Programs. NTIS PB 219679.

*EPA. 1974. Development of predictions of future pollution problems. Washington, DC: U.S. Environmental Protection Agency. EPA600/5-74-005.

EPA. 1975. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 141.

*EPA. 1979a. Methods for chemical analysis of water and wastes. 1978. Methods 270.2 and 270.3 for selenium. Cincinnati, OH: U.S. Environmental Protection Agency, Environmental Monitoring and Support Laboratory. EPA 600/4-79-020.

EPA. 1979b. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 125.

*EPA. 1979c. Water-related environmental fate of 129 priority pollutants. Washington, DC: U.S. Environmental Protection Agency, Office of Water Planning and Standards. EPA 440/4-29-029.

*EPA. 1980a. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 261.33(e).

*EPA. 1980b. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 261.33(f).

EPA. 1980c. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 261 Appendix VIII.

EPA. 1980d. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 261.24.

EPA. 1980e. Ambient water quality criteria for selenium. Washington, DC: U.S. Environmental Protection Agency, Office of Water Regulations and Standards, Criteria and Standards Division. EPA 400/5-80-070.

EPA. 1980f. U.S. Environmental Protection Agency. Federal Register 45:79347-79357.

EPA. 1980g. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 125.

EPA. 1982. Compilation of and commentary on existing methodologies and guidelines relating to "Risk assessments for complex mixtures." Cincinnati, OH: U.S. Environmental Protection Agency, Environmental Criteria and Assessment Office. Document number SRC TR-82-544., VIII-7.

*EPA. 1983. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 122.28.

*EPA. 1984a. Health effects assessment for selenium. Cincinnati, OH: U.S. Environmental Protection Agency, Environmental Criteria and Assessment Office. EPA 540/1-86-058.

*EPA. 1984b. Contract Laboratory Program Statement of Work. Inorganic analysis, multi-media, multi-concentration. U.S. Environmental Protection Agency, Contract Laboratory Program. SOW No. 784.

*EPA 1984c. Occurrence of selenium in drinking water, food, and air. McLean, VA: U.S. Environmental Protection Agency, Office of Drinking Water.

EPA. 1985a. Drinking water criteria document for selenium (Final draft). Cleveland, OH: U.S. Environmental Protection Agency, Office of Drinking Water. NTIS Publication No. PB86-118098.

EPA. 1985b. U.S. Environmental Protection Agency. Federal Register 50:46936-47025.

*EPA. 1985c. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 302.4.

EPA. 1985d. Speciation of selenium in groundwater. Cincinnati, OH: Environmental Protection Agency, Office of Research and Development. EPA 600/S2-84-190.

EPA. 1986a. Health effects assessment for selenium (and compounds). Cincinnati, OH: U.S. Environmental Protection Agency, Office of Health and Environmental Assessment, Environmental Criteria and Assessment Office. EPA/540/1-86-058.

EPA. 1986b. Verified reference doses (RfDs) of the U.S. EPA. ADI Work Group of the Risk Assessment Forum. U.S. Environmental Protection Agency. ECAO-CIN-475.

*EPA. 1986c. Test methods for evaluating solid waste. Volume 1A. Laboratory manual physical/chemical methods. Washington, DC: U.S. Environmental Protection Agency, Office of Solid Waste and Emergency Response. SW-846 3rd Edition.

EPA. 1986d. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 403.

EPA. 1986e. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 302.4.

EPA. 1986f. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 710.

EPA. 1987a. U.S. Environmental Protection Agency. Federal Register 52:21152-21208.

EPA. 1987b. U.S. Environmental Protection Agency. Federal Register 52:8156.

EPA. 1987c. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 355, Appendix A.

EPA. 1987d. Reference dose (RfD): Description and use in health risk assessments. Volume I, Appendix A: Integrated risk information system supportive documentation. Washington, DC: U.S. Environmental Protection Agency, Office of Health and Environmental Assessment. EPA/600/8-86/032a.

EPA. 1990a. Drinking water criteria document of selenium. Criteria and Standards Division, Office of Drinking Water (WH-550) U.S. Environmental Protection Agency. Washington, DC. PB 91-142828, TR-1242-65.

*EPA. 1990b. Interim methods for development of inhalation reference concentrations. Washington, DC: U.S. Environmental Protection Agency, Office of Health and Environmental Assessment, Office of Research and Development, Environmental Criteria and Assessment Office. EPA 600/8-90/066A.

EPA. 1991a. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 141.

EPA. 1991b. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 261, Appendix VIII.

EPA. 1991c. Standards for the management of specific hazardous wastes and specific types of hazardous waste management facilities. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 266, Appendix IX.

EPA. 1991d. Toxic chemical release reporting: community right-to-know. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 372.

EPA. 1991e. Ambient water quality criteria. Washington, DC: U.S. Environmental Protection Agency, Office of Science and Technology, Health and Ecological Criteria Division, Ecological Risk Assessment Branch, Human Risk Assessment Branch.

EPA. 1992a. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 117.

EPA. 1992b. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 141.

EPA. 1992c. Hazardous materials table, special provisions, hazardous materials communications, emergency response information, and training requirements. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 172.

*EPA. 1993. Drinking Water Regulations and Health Advisories. U.S. Environmental Protection Agency, Office of Water, 9. May 1993.

EPA. 1995a. U.S. Environmental Protection Agency. Washington, DC: Drinking water regulations and health advisories, Office of Water.

EPA. 1995b. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 122.28.

EPA. 1995c. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 125.

EPA. 1995d. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 116.4.

EPA. 1995e. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 117.3.

EPA. 1995f. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 302.4.

EPA. 1995g. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 355 (Appendix A).

EPA. 1995h. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 261.33.

EPA. 1995i. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 261 (Appendix VII).

EPA. 1995j. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 261.24.

*EPA. 1997a. Method 7741A: Selenium (Atomic absorption, gaseous hydride). In: Status tables for SW-846, third edition. U.S. Environmental Protection Agency.

*EPA. 1997b. Method 7742: Selenium (Atomic absorption, borohydride reduction). In: Status tables for SW-846, third edition. U.S. Environmental Protection Agency.

*EPA. 1997c. Special report on environmental endocrine disruption: An effects assessment and analysis. Washington, DC: U.S. Environmental Protection Agency, Risk Assessment Forum. EPA/630/R-96/012.

*EPA. 2000. Drinking water standards and health advisories. U.S. Environmental Protection Agency, Office of Water. EPA 822-B-00-001.

*EPA. 2001a. Concentration limits. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 264.94. http://esweb.bna.com. February 22, 2001.

*EPA. 2001b. Designation of hazardous substances. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 116.4. http://esweb.bna.com. February 22, 2001.

*EPA. 2001c. Determination of reportable quantities. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 117.3. http://esweb.bna.com. February 22, 2001.

*EPA. 2001d. Establishment of numeric criteria for priority toxic pollutants for the state of California. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 131.38. http://esweb.bna.com. February 22, 2001.

*EPA. 2001e. Ground-water monitoring list. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 264, Appendix IX. http://esweb.bna.com. February 22, 2001.

*EPA. 2001f. Hazardous constituents. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 261, Appendix VIII. http://esweb.bna.com. February 22, 2001.

*EPA. 2001g. Listed constituents. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 192, Appendix I. http://esweb.bna.com. February 22, 2001.

*EPA. 2001h. Maximum concentration of constituents for ground-water protection. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 131.36, (Table 1). http://esweb.bna.com. February 22, 2001.

*EPA. 2001i. Maximum contaminant level goals for inorganic contaminants. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 141.51. http://esweb.bna.com. February 22, 2001.

*EPA.. 2001j. Maximum contaminant levels for inorganic contaminants. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 141.62. http://esweb.bna.com. February 22, 2001.

*EPA. 2001k. Pollutant limits. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 503.13. http://esweb.bna.com. February 22, 2001.

*EPA. 2001l. Selenious acid. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 266, Appendix IV. http://esweb.bna.com. February 23, 2001.

*EPA. 2001m. Selenium and compounds: Hazard summary. U.S. Environmental Protection Agency. http://www.epa.gov/ttn/uatw/hlthef/selenium.html. February 22, 2001.

*EPA. 2001n. Sequential CAS registry number list of CERCLA hazardous substances. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 302.4, Appendix A. http://esweb.bna.com. February 22, 2001.

*EPA. 2001o. Specific toxic chemical listings. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 372.65. http://esweb.bna.com. February 22, 2001.

*EPA. 2001p. The list of extremely hazardous substances and their threshold planning quantities. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 355, Appendix B. http://esweb.bna.com. February 22, 2001.

*EPA. 2001q. Waste specific prohibitions - California list wastes. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 148.12. http://esweb.bna.com. February 23, 2001.

Erbas D, Soncul H, Türkozkan N, et al. 1995. Effect of selenium on ischemic and reperfusion injury in isolated guinea pig lungs. Gen Pharmacol 26(8):1669-1672.

Esterbauer H, Zollner H, Schaur RJ. 1989. Aldehydes formed by lipid peroxidation. Membrane lipid oxidation. Boca Raton, FL: CRC Press, 239-268.

*Evans CS, Asher CJ, Johnson CM. 1968. Isolation of dimethyl diselenide and other volatile selenium compounds from *Astragalus racemosus* (Pursh.). Aust J Biol Sci 21:13-20.

*Ewan RC, Pope AL, Baumann CA. 1967. Elimination of fixed selenium by the rat. J Nutr 91:547-554.

*Eybl V, Koutenska M, Koutensky J, et al. 1992. Selenium-silver interaction in mice. Arch Toxicol Suppl 15:160-163.

Fairey R, Taberski K, Lamerdin S, et al. 1997. Organochlorines and other environmental contaminants in muscle tissues of sportfish collected from San Francisco Bay. Mar Pollut Bull 34(12):1058-1071.

Fan AM, Book SA, Neutra RR, et al. 1988. Selenium and human health implications in California's San Joaquin Valley. J Toxicol Environ Health 23(4):539-559.

USCA Case #25-1087    Document #2105058        Filed: 03/10/2025    Page 953 of 2126

Fant ML, Nyman M, Helle E, et al. 2000. Mercury, cadmium, lead and selenium in ringed seals. Environ Pollut 111(3):493-501.

Fardy JJ, McOrist GD, Farrar YJ. 1989. The determination of selenium status in the Australian diet using neutron activation analysis. Journal of Radioanalytical and Nuclear Chemistry 133(2):397-405.

*FDA. 1982a. FDA compliance program report of findings. FY 79 total diet studies--adult (7305.002). Washington, DC: U.S. Department of Health and Human Services, U.S. Food and Drug Administration. PB83-112722.

FDA. 1982b. FDA compliance program report of findings. FY 79 total diet studies--infants and toddlers (7305.002). Washington, DC: U.S. Department of Health and Human Services, Food and Drug Administration. PB82-260213.

*FDA. 1993. Food and Drugs. Washington, DC: U.S. Food and Drug Administration. 21 CFR 103-35.

*FDA. 2000. Total diet study statistics on element results. Washington, DC: U.S. Food and Drug Administration.

*FDA. 2001a. Food additives permitted in feed and drinking water of animals. U.S. Department of Health and Human Services, U.S. Food and Drug Administration. Code of Federal Regulations. 21 CFR 573.920. http://www4.law.cornell.edu/cfr/21p165.htm. March 19, 2001.

*FDA. 2001b. Requirements for specific standardized beverages. U.S. Department of Health and Human Services, U.S. Food and Drug Administration. Code of Federal Regulations. 21 CFR 165.110. http://www4.law.cornell.edu/cfr/21p165.htm. March 19, 2001.

FEDRIP. 1994. Federal Research in Progress [Database]. Dialog Information Retrieval System, CA.

FEDRIP. 2001. Federal Research in Progress [Database]. Dialog Information Retrieval System, CA.

*FEDRIP. 2002. Federal Research in Progress [Database]. Dialog Information Retrieval System, CA.

*Ferm VH, Hanlon DP, Willhite CC, et al. 1990. Embryotoxicity and dose response relationships of selenium in hamsters. Reprod Toxicol 4(3):183-190.

*Fernandez FJ, Giddings R. 1982. Elimination of spectral interference using Zeeman effect background correction. Atomic Spectroscopy 3:61-65.

*Finley JW. 1998. The absorption and tissue distribution of selenium from high-selenium broccoli are different from selenium from sodium selenite, sodium selenate, and selenomethionine as determined in selenium-deficient rats. J Agric Food Chem 46:3702-3707.

*Finley JW, Davis CD, Feng Y. 2000. Selenium from high selenium broccoli protects rats from colon cancer. J Nutr 130:2384-2389.

Fio JL, Deverel SJ. 1991. Groundwater flow and solute movement to drain laterals, western San Joaquin Valley, California. 2. Quantitative hydrologic assessment. Water Resources Research 27(9):2247-2257.

APPX ATT_V6_3259

*Fiorino JA, Jones JW, Capar SG. 1976. Sequential determination of arsenic, selenium, antimony and tellurium in foods via rapid hydride evolution and atomic absorption spectrometry. Anal Chem 48:120-125.

*Fishbein L. 1983. Environmental selenium and its significance. Fundam Appl Toxicol 3:411-419.

Fishbein L. 1986. Perspectives on selenium anticarcinogenicity. Toxicol Environ Chem 12:1-30.

*Fitzhugh OG, Nelson AA, Bliss C. 1944. The chronic oral toxicity of selenium. J Pharmacol Exp Ther 80:289-299.

*Flohe L, Wingender E, Brigelius-Flohe R. 1997. Regulation of gluthione peroxidases. In: Forman HJ, Cadenas E ,eds. Oxidative stress and signal transdution. New York, NY: Chapman & Hall, 415-440.

*Flora SJS, Behari JR, Asquin M, et al. 1982. Time depending protective effect of selenium against cadmium-induced nephrotoxicity and hepatotoxicity. Chem Biol Interact 42:345-351.

Flynn A. 1992. Minerals and trace elements in milk. Adv Food Nutr Res 36:209-252.

Foiles PG, Fujiki H, Suganuma M, et al. 1995. Inhibition of PKC and PKA by chemopreventive organoselenium compounds. Int J Oncol 7:685-690.

Foster HD. 1993. The iodine-selenium connection: Its possible roles in intelligence, cretinism, sudden infant death syndrome, breast cancer and multiple sclerosis. Med Hypotheses 40(1):61-65.

Foster HD. 1997. Landscapes of longevity: The calcium-selenium-mercury connection in cancer and heart disease. Med Hypotheses 48:355-360.

Foster LH, Sumar S. 1997. Selenium in health and disease: A review. Crit Rev Food Sci Nutr 37(3):211-228.

Franke KW, Potter VR. 1936. The effect of selenium containing foodstuffs on growth and reproduction of rats at various ages. J Nutr 12:205-214.

*Franke KW, Tully WE. 1935. A new toxicant occurring naturally in certain samples of food stuffs. Poult Sci 14:273-279.

*Franke K, Moxon AL, Poley WE, et al. 1936. Monstrosities produced by injection of selenium salt into hen's eggs. Anat Rec 65:15-22.

Frenkel GD, Falvey D, MacVicar C. 1991. Products of the reaction of selenite with intracellular sulfhydryl compounds. Biol Trace Elem Res 30(1):9-18.

*Frost DV. 1972. The two faces of selenium - Can selenophobia be cured? CRC Crit Rev Toxicol 1:467-514.

Frost RR, Griffin RA. 1977. Effect of pH on adsorption of arsenic and selenium from landfill leachate by clay minerals. Soil Science Society of America Journal 41:53-57.

FSTRAC. 1990. Summary of state and federal drinking water standards and guidelines. Washington, DC: Chemical Communication Subcommittee Federal-State Toxicology and Regulatory Alliance Committee. U.S. Environmental Protection Agency.

Fujii R, Deverel SJ, Hatfield DB. 1988. Distribution of selenium in soils of agricultural fields, western San Joaquin Valley California USA. Soil Science Society of America Journal 52(5):1274-1283.

*Funk MA, Hamlin L, Picciano MF, et al. 1990. Milk selenium of rural African women: Influence of maternal nutrition, parity, and length of lactation. Am J Clin Nutr 51(2):220-224.

*Furchner JE, London JE, Wilson JS. 1975. Comparative metabolism of radionuclides in mammals. IX. Retention of 75Se in the mouse, rat, monkey and dog. Health Phys 29:641-648.

Fürnsinn C, Englisch R, Ebner K, et al. 1996. Insulin-like vs. non-insulin-like stimulation of glucose metabolism by vanadium, tungsten, and selenium compounds in rat muscle. Life Sci 59(23):1989-2000.

Furr AK, Parkinson TF, Bache CA, et al. 1980. Multielement absorption by crops grown on soils amended with municipal sludge ashes. J Agric Food Chem 28:660-662.

Furuta N, Shinofuji T. 1996. Determination of different oxidation states of arsenic and selenium by inductively coupled plasma-atomic emission spectrometry with ion chromatrography. Fresenius J Anal Chem 355(5-6):457-460.

Gabrielsen BO, Opstvedt J. 1980. Availability of selenium in fish meal in comparison with soybean meal, corn gluten meal and selenomethionine relative to selenium in sodium selenite for restoring glutathione peroxidase activity in selenium-depleted chicks. J Nutr 110:1096-110.

Gailer J, George GN, Pickering IJ, et al. 2000a. A metabolic link between arsenite and selenite: The seleno-bis(S-glutathionyl) arsinium ion. J Am Chem Soc 122:4637-4639.

*Gailer J, George GN, Pickering IJ, et al. 2000b. Structural basis of the antagonism between inorganic mercury and selenium in mammals. Chem Res Toxicol 13:1135-1142.

*Gairola C, Chow CK. 1982. Dietary selenium, hepatic arylhydrocarbon hydroxylase and mutagenic activation of benzo[a]pyrene, 2-aminoanthracene and 2-aminofluorene. Toxicol Lett 11:281-287.

*Galgan V, Frank A. 1995. Survey of bioavailable selenium in Sweden with the moose ( *Alces alces* L.) as monitoring animal. Sci Total Environ 172:37-45.

Gallegos A, Berggren M, Gasdaska JR, et al. 1997. Mechanisms of the regulation of thioredoxin reductase activity in cancer cells by the chemopreventive agent selenium. Cancer Res 57:4965-4970.

Galloway SM. 1996. The micronucleus test and NTP rodent carcinogens: Not so many false negatives. Mutat Res 352:185-188.

*Ganther HE. 1971. Reduction of the selenotrisulfide derivative of glutathione to a persulfide analog by glutathione reductase. Biochemistry 10:4089-4098.

*Ganther HE. 1979. Metabolism of hydrogen selenide and methylated selenides. Adv Nutr Res 2:107-128.

Ganther HE. 1980. Interactions of vitamin E and selenium with mercury and silver. Ann NY Acad Sci 355:212-225.

*Ganther HE. 1999. Selenium metabolism, selenoproteins and mechanisms of cancer prevention: Complexities with thioredoxin reductase. Carcinogenesis 20(9):1657-1666.

Ganther HE, Baumann CA. 1962. Selenium metabolism. I. Effects of diet, arsenic and cadmium. J Nutr 77:210-216.

*Ganther HE, Lawrence JR. 1997. Chemical transformations of selenium in living organisms: Improved forms of selenium for cancer prevention. Tetrahedron 53(36):12299-12310.

*Ganther HE, Levander OA, Baumann CA. 1966. Dietary control of selenium volatilization in the rat. J Nutr 88:55-60.

*Ganther HS, Goudie C, Sunde ML, et al. 1972. Selenium: Relation to decreased toxicity of methylmercury added to diets containing tuna. Science 175:1122-1124.

Gao N, Hopke PK, Reid NW. 1996. Possible sources for some trace elements found in airborne particles and precipitation in Dorset, Ontario. J Air Waste Manage Assoc 46:1035-1047.

Gao S, Tanji KK. 1995. Model for biomethylation and volatilization of selenium from agricultural evaporation ponds. J Environ Qual 24:191-197.

Gao X, Zhang J, Zhang L. 2000. [Acute toxicity and bioavailbility of nano red elemental selenium]. 29(1):57-58. (Chinese).

Garberg P, Thullberg M. 1996. Decreased glutathione peroxidase activity in mice in response to nafenopin is caused by changes in selenium metabolism. Chem Biol Interact 99:165-177.

*Garland M, Willett WC, Manson JE, et al. 1993. Antioxidant micronutrients and breast cancer. J Am Coll Nutr 12(4):400-411.

*Gasiewicz TA, Smith JC. 1978. The metabolism of selenite by intact rat erythrocytes *in vitro*. Chem Biol Interact 21:299-313.

*Gasmi A, Garnier R, Galliot-Guilley M, et al. 1997. Acute selenium poisoning. Vet Hum Toxicol 39(5):304-308.

*Gathwala G, Yadav OP. 2002. Selenium in neonate. Indian J Pediatr 69:443-446.

*Gebre-Medhin M, Ewald U, Tuverno T. 1988. Serum selenium is related to low density lipoproteins in healthy children but not in children with diabetes. Upsala Journal of Medical Sciences 93:57-62.

*Geering HR, Cary EE, Jones LHP, et al. 1968. Solubility and redox criteria for the possible forms of selenium in soils. Soil Science Society of America Proceedings 32:35-40.

*Gerhardsson L, Brune D, Nordberg G, et al. 1986. Selenium and other trace elements in lung tissue in smelter workers relationship to the occurrence of lung cancer. Acta Pharmacol Toxicol 59 (Suppl7):256-259.

Germani MS, Zoller WH. 1988. Vapor-phase concentrations of arsenic selenium bromine iodine and mercury in the stack of a coal-fired power plant. Environ Sci Technol 22(9):1079-1085.

*Gerritse RG, Vriesema R, Dalenberg JW, et al. 1982. Effect of sewage sludge on trace element mobility in soils. J Environ Qual 11:359-364.

Gervais JA, Rosenberg DK, Fry DM, et al. 2000. Burrowing owls and agricultural pesticides: Evaluation of residues and risks for three populations in California, USA. Environ Toxicol Chem 19(2):337-343.

Ghosh R, Chakraborty S, Chatterjee M. 1995. Epidemiology of cancer in relation to environmental selenium status in different districts of West Bengal, India [Abstract]. Anticancer Res 15(5A):1654.

*Gillum RF. 1996. Hyperpigmentation associated with selenium sulfide lotion. J Natl Med Assoc 88(9):551.

Giovannucci E. 1998. Selenium and risk of prostate cancer. Lancet 352:755-756.

*Giwercman A, Carlsen E, Keiding N, et al. 1993. Evidence for increasing incidence of abnormalities of the human testis: A review. Environ Health Perspect Suppl 101(2):65-71.

*Gladyshev VN, Kryukov GV. 2001. Evolution of selenocysteine-containing proteins: Significance of identification and functional characterization of selenoproteins. Biofactors 14:87-92.

*Glenn MW, Jensen R, Griner LA. 1964a. Sodium selenate toxicosis: Pathology and pathogenesis of sodium selenate toxicosis in sheep. Am J Vet Res 25:1486-1494.

*Glenn MW, Jensen R, Griner LA. 1964b. Sodium selenate toxicosis: The effects of extended oral administration of sodium selenate on mortality, clinical signs, fertility, and early embryonic development in sheep. Am J Vet Res 25:1479-1485.

Glenn MW, Jenson R, Griner LA. 1964c. Sodium selenate toxicosis: The distribution of selenium within the body after prolonged feeding of toxic quantities of sodium selenate to sheep. Am J Vet Res 25:1495-1499.

Glinska S, Gabara B. 1999. Comparative analysis of selenium effects on *Allium sativum* and *Pisum sativum* roots. Acta Physiol Plant 21(Suppl. 3):20.

*Glooschenko WA, Arafat N. 1988. Atmospheric deposition of arsenic and selenium across Canada using *Sphagnum* moss as a biomonitor. Sci Total Environ 73(3):269-275.

*Glover JR. 1967. Selenium in human urine: A tentative maximum allowable concentration for industrial and rural populations. Ann Occup Hyg 10:3-10.

*Glover JR. 1970. Selenium and its industrial toxicology. Indust Med 39(1):50-53.

*Glover J, Levander O, Parizek J, et al. 1979. Selenium. In: Friberg L, Norberg GF, Vouk VB, eds. Handbook on the toxicology of metals. Amsterdam: Elsevier/North Holland Biomedical Press, 555-557.

Göçmen C, Kumcu EK, Seçilmis A, et al. 2000. Restorative effects of zinc and selenium on nitrergic relaxations impaired by cadmium in the mouse corpus cavernosum. Toxicol Lett 111:229-234.

*Goehring RB, Palmer IS, Olson OE, et al.  1984.  Toxic effects of selenium growing swine fed corn-soybean meal diets.  J Anim Sci 59:733-737.

Goehring TB, Johnson DD, Libal GW, et al.  1983.  Toxicity of added selenite and the effects of its excess on performance and blood composition of growing swine fed a corn-soybean meal diet.  J Anim Sci 57:246-247.

Goldfrank LR, Flomenbaum NE, Lewin NA, et al., eds.  1994.  Goldfrank's toxicologic emergencies.  6th ed.  Stamford, CT:  Appleton and Lange, 1342-1343.

Golstein J, Corvilain B, Lamy F, et al.  1988.  Effects of a selenium deficient diet on thyroid function of normal and perchlorate treated rats.  Acta Endocrinol (Copenh) 118(4):495-502.

Gomez-Ariza JL, Sanchez-Rodas D, Morales E, et al.  1999.  Inorganic and organic selenium speciation with coupled HPLC-MW-HG-AFS.  Appl Organomet Chem 13(10):738-787.

Gonzalez MJ, Rodriguez JR.  1988.  Inhibition of sarcoma tumorigenesis in Balb/C mice by supplemented selenium.  Nutrition Reports International 37(1):41-46.

*Goodman MA, Jonas E, Kaddimir JJ.  1990.  The internist's compendium of drug therapy.  Hoboken, NJ: Core Publishing Division Excerpta Medica, 17.

Goodwin-Jones R.  1997.  Controlling the male to female offspring ratio in ruminants using selenium.  United Kingdom Patent.  GB 23123845 A.  Issued 12 Nov 1997.

Gopalakrishna R, Chen Z-H, Gundimeda U.  1997a.  Selenocompounds induce a redox modulation of protein kinase C in the cell, compartmentally independent from cytosolic glutathione:  Its role in inhibition of tumor promotion.  Arch Biochem Biophys 348(1):37-48.

Gopalakrishna R, Gundimeda U, Chen Z-H.  1997b.  Cancer-preventive selenocompounds induce a specific redox modification of cysteine-rich regions in $Ca^{2+}$-dependent isoenzymes of protein kinase C.  Arch Biochem Biophys 348(1):25-36.

Gordon GE, Zoller H, Gladney ES.  1973.  Abnormally enriched trace elements in the atmosphere.  In: Hemphill DD, ed.  Trace substances in environmental health.  Vol. 7.  Columbia, MO:  University of Missouri, 167-174.

*Gortner RA, Lewis HB.  1939.  The retention and excretion of selenium after the administration of sodium selenite to white rats.  J Pharmacol Exp Ther 67:358-364.

*Gosselin RE, Smith RP, Hodge HC.  1984.  Clinical toxicology of commercial products.  5th ed.  Baltimore, MD:  Williams and Wilkins, MDII-64, II-129.

*Goyens P, Golstein J, Nsombola B, et al.  1987.  Selenium deficiency as a possible factor in the pathogenesis of myxoedematous endemic cretinism.  Acta Endocrinol 114:497-502

Goyer RA.  1997.  Toxic and essential metal interactions.  Annu Rev Nutr 17:37-50.

Graham RV, Blaylock BG, Hoffman FO, et al.  1992.  Comparison of selenomethionine and selenite cycling in freshwater experimental ponds.  Water Air Soil Pollut 62(1-2):25-42.

Grandjean P, Weihe P, Joergensen PJ, et al. 1992. Impact of maternal seafood diet on fetal exposure to mercury, selenium, and lead. Arch Environ Health 47(3):185-195.

Greenman E, Phillipich MJ, Meyer CJ, et al. 1988. The effect of selenium on phagocytosis in humans. Anticancer Res 8(4):825-828.

Gregus Z, Klaassen CD. 1986. Disposition of metals in rats: A comparative study of fecal, urinary, and biliary excretion and tissue distribution of eighteen metals. Toxicol Appl Pharmacol 85:24-38.

Gregus Z, Perjési P, Gyurasics A. 1998. Enhancement of selenium excretion in bile by sulfobromophthalein: Elucidation of the mechanism. Biochem Pharmacol 56:1391-1402.

Griffin AC, Jacobs MM. 1977. Effects of selenium on azo dye hepatocarcinogenesis. Cancer Letters 3:177-181.

*Griffiths NM, Stewart RDH, Robinson MF. 1976. The metabolism of [$^{75}$Se]selenomethionine in four women. Br J Nutr 35:373-382.

Gromadzinska J, Wasowicz W, Krasomski G, et al. 1998. Selenium levels, thiobarbituric acid-reactive substance concentrations and glutathione peroxidase activity in the blood of women with gestosis and imminent premature labour. Analyst 123:35-40.

*Gromadzinska J, Wasowicz W, Sklodowska M, et al. 1996. The influence of atmospheric chromium on selenium content and glutathione peroxidase activity in blood of tannery workers. Environ Health Perspect 104(12):1312-1316.

*Grønbæck H, Thorlacius-Ussing O. 1989. Selenium in the cental nervous system of the rat after exposure to 75-Se-L-Selenomethionine. In: Wendel A, ed. Selenium in biology and medicine. New York, NY: Spinger-Verlag.

*Grønbæk H, Thorlacius-Ussing O. 1990. Selenium complexes in the anterior pituitary of rats exposed to L-selenomethionine. Virchows Arch B Cell Pathol 59(5):291-296.

*Grønbæk Thorlacius-Ussing O. 1992. Selenium in the central nervous system of rats exposed to 75-Se L-selenomethionine and sodium selenite. Biol Trace Elem Res 35(2):119-127.

*Grønbæk H, Frystyk J, Ørskov H, et al. 1995. Effect of sodium selenite on growth, insulin-like growth factor-binding proteins and insulin-like growth factor-I in rats. J Endocrinol 145:105-112.

*Gruenwald P. 1958. Malformation caused by necrosis in the embryo illustrated by the effects of selenium compounds on chick embryo. Am J Pathol 34:77-95.

Gu J, Su T, Chen Y, et al. 1999. Expression of biotransformation enzymes in human fetal nasal mucosa. Toxicologist 48(1-S):403.

Guidi GC, Bellisola G, Bonadonna G, et al. 1990. Selenium supplementation increases renal glomerular filtration rate. J Trace Elem Electrolytes Health Dis 4(3):157-161.

Guilmette RA, Muggenburg BA. 1988. Reducing the radiation dose from inhaled americium-241 using continuously administered DTPA therapy. Int J Radiat Biol 53(2):261-271.

Guimarães MJ, Peterson D, Vicari A, et al. 1996. Identification of a novel *selD* homolog from Eukaryotes, Bacteria, and Archaea: Is there and autoregulatory mechanism in selenocysteine metabolism? Proc Natl Acad Sci U S A 93:15086-15091.

Gutenmann WH, Bache CA, Youngs WD, et al. 1976. Selenium in fly ash. Science 191:966-967.

*Guvenc M, Guvenc H, Karatas F et al. 2002. Low levels of selenium in miscarriage. J Trace Elem Exp Med 15:97-101.

*Guzelian PS, Henry CJ, Olin SS, eds. 1992. Similarities and differences between children and adults: Implications for risk assessment. Washington, DC: International Life Sciences Institute Press.

Hac E, Krechniak J, Szyszko M, et al. 2001. Selenium in human renal cortex, liver, and hair in Poland. Toxicol Lett 123:70.

Hac E, Krechniak J, Szyszko M. 2002. Selenium levels in human plasma and hair in northern Poland. Biol Trace Elem Res 85(3):277-285.

*Hadjimarkos DM. 1963. Selenium content of human milk: Possible effect on dental caries. J Pediatr 63:273-275.

*Hadjimarkos DM. 1969a. Selenium toxicity: Effect of fluoride. Experientia 25:485-486.

*Hadjimarkos DM. 1969b. Selenium: A caries enhancing trace element. Caries Res 3:14-22.

Hadjimarkos DM, Bonhorst CW. 1961. The selenium content of eggs, milk, and water in relation to dental caries. J Pediatr 59:256-259.

*Hadjimarkos DM, Bonhorst CW, Mattice JJ. 1959. The selenium concentration in placental tissue and fetal cord blood. J Pediatr 54:296-298.

*Haga P, Lunde G. 1978. Selenium and vitamin E in cord blood from preterm and full term infants. Acat Paediatr Scand 67:135-139.

*Hagmar L, Persson-Moschos M, Åkesson B, et al. 1998. Plasma levels of selenium, selenoprotein P and glutathione peroxidase and their correlations to fish intake and serum levels of thyrotropin and thyroid hormones: A study on Latvian fish consumers. Eur J Clin Nutr 52:796-800.

Hahn MH, Kuennen RW, Caruso JA, et al. 1981. Determination of trace amounts of selenium in corn, lettuce, potatoes, soybeans, and wheat by hydride generation/condensation and flame atomic absorption spectrometry. J Agric Food Chem 29:792-796.

*Hall RH, Laskin S, Frank P, et al. 1951. Preliminary observations on toxicity of elemental selenium. AMA Arch Ind Hyg Assoc 4:458-464.

Halverson AW. 1974. Growth and reproduction with rats fed selenite-Se. Proc S Dakota Acad Sci 53:167-177.

*Halverson AW, Monty KJ. 1960. An effect of dietary sulfate on selenium poisoning in the rat. J Nutr 70:100-102.

*Halverson AW, Ding-Tsay D, Triebwasser KC, et al. 1970. Development of hemolytic anemia in rats fed selenite. Toxicol Appl Pharmacol 17:151-159.

*Halverson AW, Guss PL, Olson OE. 1962. Effect of sulfur salts on selenium poisoning in the rat. J Nutr 77:459-464.

*Halverson AW, Palmer IS, Guss PL. 1966. Toxicity of selenium to post-weanling rats. Toxicol Appl Pharmacol 9:477-484.

Hamada R, Arimura K, Osame M. 1997. Maternal-fetal mercury transport and fetal methylmercury poisoning. In: Sigel A, Sigel H, eds. Metal ions in biological systems: Mercury and its effects on environment and biology. New York, NY: Marcel Dekker, Inc., 406-420.

*Hamilton A, Hardy HL. 1949. Selenium in industrial toxicology. New York, NY: Hoeber, Inc., 188-192.

Han C, Li Y, Li L, et al. 1996. [Influence of selenium and lead on sperm abnormalities in mice]. Yanbian Yixueyuan Xuebao 19(4):208-209. (Chinese).

Handel ML, Watts CK, DeFazio a, et al. 1995. Inhibition of AP-1 binding and transcription by gold and selenium involving conserved cysteine residues in Jun and Fos. Proc Natl Acad Sci U S A 92:4497-4501.

Handelman GJ, Kosted P, Short S, et al. 1989. Determination of selenium in human blood by high-performance liquid chromatography with fluorescence detection. Anal Chem 61(20):2244-2249.

*Hansen JC. 1988. Has selenium a beneficial role in human exposure to inorganic mercury? Med Hypotheses 25(1):45-53.

*Hansen JC, Deguchi Y. 1996. Selenium and fertility in animals and man – a review. Acta Vet Scan 37(1):19-30.

Hansen JC, Kristensen P. 1979. The kinetics of 75Se-selenium in relation to dose and mode of administration in mice. J Nutr 109:1223-1233.

Hansson L, Pettersson J, Eriksson L, et al. 1989. Atomic absorption spectrometric determination of selenium in human blood components. Clin Chem 35(4):537-540.

Hansson L, Pettersson J, Olin A. 1989. Determination of selenium in fish flesh by hydride generation atomic absorption spectrometry. Analyst 114(4):527-528.

Haraldsson C, Pollak M, Oehman P. 1992. Simultaneous determination of antimony, arsenic and selenium in natural waters by means of hydride generation coupled to plasma source mass spectrometry. J Anal Atomic Spectr 7(8):1183-1186.

*Hardell L, Danell M, Angqvist CA, et al. 1993. Levels of selenium in plasma and glutathione peroxidase in erythrocytes and the risk of breast cancer. A case control study. Biol Trace Elem Res 36(2):99-108.

*Harr JR. 1978. Biological effects of selenium. In: Oehme FW, ed. Toxicity of heavy metals in the environment, Part I. New York, NY: Marcel Dekker, 393-426.

*Harr JR, Muth OH. 1972. Selenium poisoning in domestic animals and its relationship to man. Clin Toxicol 5:175-186.

*Harr JR, Bone JF, Tinsley IJ, et al. 1967. Selenium toxicity in rats. II. Histopathology. In: Muth OH, Oldfield JE, Weswig PH, eds. Selenium Biomed Proc 1st Int Symp, Oregon State Univ, 1966. Westport, CT: AVI Publishing Co, 153-178.

*Harrison I, Littlejohn D, Fell GS. 1996. Distribution of selenium in human blood plasma and serum. Analyst 121:189-194.

*Harrison LH, Colvin BM, Stuart BP, et al. 1983. Paralysis in swine due to focal symmetrical poliomalacia: Possible selenium toxicosis. Vet Pathol 20:265-273.

Harrison PR, Lanfear J, Wu L, et al. 1997. Chemopreventive and growth inhibitory effects of selenium. Biomed Environ Sci 10:235-245.

*Harrison PR, Rahn KA, Dams R, et al. 1971. Area wide trace metal concentrations measured by multielement neutron activation analysis - one day study in north-west Indiana. J Air Pollut Control Assoc 21:563-570.

*Hasegawa T, Mihara M, Okuno T. 1995. Chemical form of selenium-containing metabolite in small intestine and liver of mice following orally administered selenocystine. Arch Toxicol 69:312-317.

Hasegawa T, Mihara M, Nakamuro K, et al. 1996a. Mechanisms of selenium methylation and toxicity in mice treated with selenocystine. Arch Toxicol 71:31-38.

*Hasegawa T, Okuno T, Nakamuro K, et al. 1996b. Identification and metabolism of selenocysteine-glutathione selenenyl sulfide (CySeSG) in small intestine of mice orally exposed to selenocystine. Arch Toxicol 71:39-44.

Hasegawa T, Okuno T, Sayato Y, et al. 1996c. [Mechanisms of liver toxicity in mice repeated oral administration of selenocystine]. Biomed Res Trace Elements 7(3):211-212. (Japanese).

*Hasegawa T, Taniguchi S, Mihara M, et al. 1994. Toxicity and chemical form of selenium in the liver of mice orally administered selenocystine for 90 days. Arch Toxicol 68:91-95.

*Hashimoto Y, Winchester JW. 1967. Selenium in the atmosphere. Environ Sci Technol 1:338-340.

*Hashimoto Y, Hwang JT, Yanagisawa S. 1970. Possible source of atmospheric pollution of selenium. Environ Sci Technol 4:157-158.

Hasunuma R, Ogawa T, Fujise Y, et al. 1993. Analysis of selenium metabolites in urine samples of minke whale (*Balaenoptera acutorostrata*) using ion exchange chromatography. Comp Biochem Physiol [C] 104(1):87-89.

*Hasunuma R, Ogawa T, Kawanishi Y. 1982. Fluorometric determination of selenium in nanogram amounts in biological materials using 2,3-diaminonaphthalene. Anal Biochem 126:242-245.

Hasunuma R, Ogawa T, Kawanishi Y. 1993. Analysis of selenium metabolites in human urine using ion exchange chromatography. Bull Environ Contam Toxicol 50(1):19-23.

Hasunuma R, Tsuda M, Ogawa T, et al. 1993. Selenium metabolite levels in human urine after dosing selenium in different chemical forms. Bull Environ Contam Toxicol 51:756-763.

Hasunuma R, Tsuda M, Ogawa T, et al. 1990. Urinary selenium levels in Japanese males and females. Bull Environ Contam Toxicol 44(4):501-507.

*WC, Hornbostel L. 1996. Effects of dietary selenium on mood in healthy men living in a metabolic research unit. Biol Psychiatry 39:121-128.

*Hawkes WC, Keim NL. 1995. The effect of selenium (Se) on triiodothyronine ($T_3$) and weight changes in healthy men in a metabolic research unit. FASEB J 9(5):A160.

*Hawkes WC, Turek P. 2001. Effect of dietary selenium on sperm motility in healthy men. J Androl 22(5):764-772.

*Hawkes WC, Kelley DS, Taylor PC. 2001. The effects of dietary selenium on the immune system in healthy men. Biol Trace Elem Res 81:189-213.

*Hawkes WC, Willhite CC, Craig KA, et al. 1992. Effects of excess selenomethionine on selenium status indicators in pregnant long-tailed macaques (*Macaca fascicularis*). Biol Trace Elem Res 35(3):281-297.

*Hawkes WC, Willhite CC, Omaye ST, et al. 1994. Selenium kinetics, placenta transfer, and neonatal exposure in cynomolgus macaques (*Macaca fascicularis*). Teratology 50:148-159.

HazDat. 1996. Agency for Toxic Substances and Disease Registry (ATSDR), Atlanta, GA.

HazDat. 2001. Agency for Toxic Substances and Disease Registry (ATSDR), Atlanta, GA.

*HazDat. 2003. Agency for Toxic Substances and Disease Registry (ATSDR), Atlanta, GA.

*Heese HD, Lawrence MA, Dempster WS, et al. 1988. Reference concentrations of serum selenium and manganese in healthy nulliparas. S Afr Med J 73(3):163-165.

*Heinrich MJ, Kelsey FE. 1955. Studies on selenium metabolism: The distribution of selenium in the tissues of the mouse. J Pharmacol Exp Ther 114:28-32.

*Heiny JS, Tate CM. 1997. Concentration, distribution, and comparison of selected trace elements in bed sediment and fish tissue in the South Platte River Basin, USA, 1992-1993. Arch Environ Contam Toxicol 32:246-259.

Hélie P, Sauvageau RA. 1998. Chronic selenium toxicosis in growing-finishing pigs in southwestern Québec. Can Vet J 39:591-592.

*Helzlsouer K, Jacobs R, Morris S. 1985. Acute selenium poisoning in the United States. Federation Proceedings 44:1670.

*Hendler SS. 1990. The doctor's vitamin and mineral encyclopedia. New York, NY: Simon & Shuster, 183-193.

*Henschler D, Kershner U. 1969. Short report on the absorption and toxicity of selenium sulfide. Arch Toxicol 24:341-344. (German).

Herigstad RR, Whitehair CK, Olson OE. 1973. Inorganic and organic selenium toxicosis in young swine: Comparison of pathologic changes with those in swine with vitamin E-selenium deficiency. Am J Vet Res 34:1227-1238.

*Heydorn K, Griepink B. 1990. Selection of reference methods for the determination of selenium in biological materials. F J Anal Chem 338(3):287-292.

*Higashi A, Tamari H, Kuroki Y. 1983. Longitudinal changes in selenium content of breast milk. Acta Pediatr Scan 72:433-436.

Hightower KR, McCready JP. 1991. Effect of selenite on epithelium of cultured rabbit lens. Invest Ophthalmol Vis Sci 32(2):406-409.

Hill J, Allison F, Halpin C. 1985. An episode of acute selenium toxicity in a commercial piggery. Aust Vet J 62:207-209.

*Hill KE, Burk RF. 1989. Glutathione metabolism as affected by seleium deficiency. In: Wendel A ,ed. Selenium in biology and medicine. Springer-Verlag, 97-100.

*Hirooka T, Galambos JT. 1966a. Selenium metabolism. III. Serum proteins, lipoproteins and liver injury. Biochim Biophys Acta 130:321-328.

*Hirooka T, Galambos JT. 1966b. Selenium metabolism. I. Respiratory excretion. Biochim Biophys Acta 130:313-320.

Ho MH, Dillon HK. 1986. Biological monitoring. Environ Sci Technol 20:124-127.

Hocman G. 1988. Chemoprevention of cancer: selenium. Int J Biochem 20(2):123-132.

Hodson PV. 1990. Indicators of ecosystem health at the species level and example of selenium effects on fish. Environmental Monitor Assessment 15(3):241-254.

*Hoel DG, Davis DL, Miller AB, et al. 1992. Trends in cancer mortality in 15 industrialized countries, 1969-1986. J Natl Cancer Inst 84(5):313-320.

*Hoenig M, Van Hoeyweghen P. 1986. Determination of selenium and arsenic in animal tissues with platform furnace atomic absorption spectrometry and deuterium background correction. Int J Environ Anal Chem 24:193-202.

*Hofbauer LC, Spitzweg C, Magerstädt RA, et al. 1997. Selenium-induced thyroid dysfunction. Postgrad Med J 73(856):103-104.

Hoffman DJ, Heinz GH, Krynitsky AJ. 1989. Hepatic glutathione metabolism and lipid peroxidation in response to excess dietary selenomethionine and selenite in mallard ducklings. J Toxicol Environ Health 27(2):263-271.

Hoffman DJ, Sanderson CJ, LeCaptain LJ, et al. 1991. Interactive effects of boron, selenium, and dietary protein on survival, growth, and physiology in mallard ducklings. Arch Environ Contam Toxicol 20(2):288-294.

Hoffman DJ, Sanderson CJ, LeCaptain LJ, et al. 1992. Interactive effects of arsenate, selenium, and dietary protein on survival, growth, and physiology in mallard ducklings. Arch Environ Contam Toxicol 22(1):55-62.

*Hoffman JE, King MG. 1997. Selenium and selenium compounds. In: Kroschwitz JI, Howe-Grant MH, ed. Encyclopedia of chemical technology. New York, NY: John Wiley & Sons, 686-719.

Hoffmann P, Dedik AN, Deutsch F, et al. 1997. Solubility of single chemical compounds from an atmosphere aerosol in pure water. Atmos Environ 31(17):2777-2785.

Hogan GR, Pendleton RE. 1996. Comparative split dose effects of selenate and selenomethionine on erythropoiesis of mice. Bull Environ Contam Toxicol 56:622-629.

*Hojo Y. 1981a. Subject groups high and low in urinary selenium levels: Workers exposed to heavy metals and patients with cancer and epilepsy. Bull Environ Contam Toxicol 26:466-471.

*Hojo Y. 1981b. Evaluation of the expression of urinary selenium levels as ng Se/mg creatinine and the use of single-void urine as a sample for urinary selenium determination. Bull Environ Contam Toxicol 27:213-220.

*Hojo Y. 1982. Single-void urine selenium level expressed in terms of creatinine content as an effective and convenient indicator of human selenium status. Bull Environ Contam Toxicol 29:37-42.

*Hojo Y. 1987. Selenium and glutathione peroxidase in human saliva and other human body fluids. Sci Total Environ 65:85-94.

*Holmberg RE, Ferm VH. 1969. Interrelationships of selenium, cadmium, and arsenic in mammalian teratogenesis. Arch Environ Health 18:873-877.

*Holmgren A, Kumar S. 1989. Reactions of the thioredoxin system with selenium. In: Wendel A ,ed. Selenium in biology and medicine. New York, NY: Springer-Verlag, 47-51.

*Holness DL, Taraschuk IG, Nethercott JR. 1989. Health status of copper refinery workers with specific reference to selenium exposure. Arch Environ Health 44(5):291-297.

Holsbeek L, Joiris CR, Debacker V, et al. 1999. Heavy metals, organochlorines and polycyclic aromatic hydrocarbons in sperm whales stranded in the southern North Sea during the 1994/1995 winter. Mar Pollut Bull 38(4):304-313.

Hopkins WA, Mendonca MT, Rowe CL, et al. 1998. Elevated trace element concentrations in southern toads, *Bufo terrestris*, exposed to coal combustion waste. Arch Environ Contam Toxicol 35:325-329.

*Hopper SA, Greig A, McMurray CH. 1985. Selenium poisoning in lambs. Vet Rec 116:569-571.

*Horne AJ. 1991. Selenium detoxification in wetlands by permanent flooding: I. Effects on a macroalga, an epiphytic herbivore, and an invertebrate predator in the long-term mesocosm experimental at Kesterson Reservoir, California. Water Air Soil Pollut 57-58:43-52.

Hornstein VO, Czöndör J, Rang H. 1998. [Selenium intoxication in postweaning piglets]. Tieraewztliche Umschau 53:547-554. (German).

Hossner LR, Woodard HJ, Bush J. 1992. Growth and selenium uptake of range plants propagated in uranium mine soils. J Plant Nutr 15(12):2743-2761.

*Hotz CS, Fitzpatrick DW, Trick KD, et al. 1997. Dietary iodine and selenium interact to affect thyroid hormone metabolism of rats. J Nutr 127:1214-1218.

House WA, Welch RM. 1989. Bioavailability of and interactions between zinc and selenium in rats fed wheat grain intrinsically labeled with 65Zn and 75Se. J Nutr 119(6):916-921.

*Howe M. 1979. Selenium in the blood of South Dakotans. Arch Environ Health 34:444-448.

HSDB. 1995. Hazardous Substances Data Bank. National Library of Medicine, Bethesda, MD.

*HSDB. 2001. Hazardous Substances Data Bank. National Library of Medicine, Bethesda, MD. March 2, 2001.

*Hsieh HS, Ganther HE. 1975. Acid-volatile selenium formation catalyzed by glutathione reductase. Biochemistry 14:1632-1636.

Hu Q, Chen L, Xu J, et al. 2002. Determination of selenium concentration in rice and the effect of foliar application of Se-enriched fertiliser or sodium selenite on the selenium content of rice. J Sci Food Agric 82(8):869-872.

Huang LL, Hess JL, Bunce GE. 1990. DNA damage, repair, and replication in selenite-induced cataract in rat lens. Curr Eye Res 9(11):1041-1050.

Huang LL, Zhang CY, Hess JL, et al. 1992. Biochemical changes and cataract formation in lenses from rats receiving multiple, low doses of sodium selenite. Exp Eye Res 55(5):671-678.

*Huang W, Akesson B, Svensson BG. 1995. Selenoprotein P and glutathione peroxidase (*EC* 1.11.1.9) in plasma as indices of selenium status in relation to the intake of fish. Br J Nutr 73:455-461.

*Hunter DJ, Manson JE, Colditz GA, et al. 1993. A prospective study of the intake of vitamins C, E, and A and the risk of breast cancer. N Engl J Med 329(4):234-240.

*Hunter DJ, Morris JS, Chute CG, et al. 1990a. Predictors of selenium concentration in human toenails. Am J Epidemiol 132(1):114-122.

*Hunter DJ, Morris JS, Stampfer MJ, et al. 1990b. A prospective study of selenium status and breast cancer risk [see comments]. JAMA 264(9):1128-1131.

Hunter ES. 1998. Selenite prevents the dysmorphology and early phase cell cycle changes produced by arsenite in mouse embryos in culture [Abstract]. Teratology 57(4/5):215-216.

*IARC. 1975a. IARC monographs on the evaluation of carcinogenic risk of chemicals to man: Some aziridines, N-, S-, & O-mustards and selenium. Vol. 9. Lyon, France: World Health Organization, International Agency for Research on Cancer.

IARC. 1975b. IARC monographs on the evaluation of the carcinogenic risk of chemicals to humans: Selenium. World Health Organization, International Agency for Research on Cancer. Eval Carcinog Risk Chem Hum 9:245-260.

*IARC. 1987. IARC monographs on the evaluation of the carcinogenic risk of chemicals to humans: Summary table. Lyon, France: World Health Organization, International Agency for Research on Cancer Supp 7:71.

*IARC. 1994. IARC monographs on the evaluation of carcinogenic risk of chemicals to humans: Lists of IARC evaluations. Lyon, France: World Health Organization, International Agency for Research on Cancer.

*IARC. 2001. Selenium and selenium compounds: Summary of data reported and evaluation. Lyon, France: World Health Organization, International Agency for Research on Cancer. http://193.51.164.11/htdocs/Monographs/Vol09/Selenium.html. February 22, 2001.

*Imahori A, Fukushima J, Shiobara S, et al. 1979. Multielement neutron activation analysis of human scalp hair: a local population survey in the Tokyo metropolitan area. J Radioanal Chem 52(1):167-180.

*Imbach A, Sternberg J. 1967. Metabolic studies with seleniated compounds. I. Kinetic studies with $^{75}SeO_3$ in rats. Int J Appl Radiat Isot 18:545-556.

*Innes JRM, Ulland BM, Valerio MG, et al. 1969. Bioassay of pesticides and industrial chemicals for tumorigenicity in Mice: A preliminary note. J Natl Cancer Inst 42:1101-1114.

*Ip C. 1981. Prophylaxis of mammary neoplasia by selenium supplementation in the initiation and promotion phases of chemical carcinogenesis. Cancer Res 41:4386-4390.

*Ip C. 1983. Selenium-mediated inhibition of mammary carcinogenesis. Biol Trace Elem Res 5:317-330.

Ip C. 1986. Interaction of vitamin C and selenium supplementation in the modification of mammary carcinogenesis in rats. J Natl Cancer Inst 77:299-303.

Ip C, Ganther H. 1992. Biological activities of trimethylselenonium as influenced by arsenite. J Inorg Biochem 46(3):215-222.

*Ip C, Hayes C. 1989. Tissue selenium levels in selenium-supplemented rats and their relevance in mammary cancer protection. Carcinogenesis 10(5):921-925.

*Ip C, Lisk DJ. 1995. Efficacy of cancer prevention by high-selenium garlic is primarily dependent on the action of selenium. Carcinogenesis 16(11):2649-2652.

*Ip C, Lisk DJ. 1996. The attributes of selenium-enriched garlic in cancer prevention. In: American Institute for Cancer Research, eds. Dietary phytochemicals in cancer prevention and treatment. New York, NY: Plenum Press, 179-187.

*Ip C, Birringer M, Block E, et al. 2000a. Chemical speciation influences comparative activity of selenium-enriched garlic and yeast in mammary cancer prevention. J Agric Food Chem 48:2062-2070.

Ip C, Hayes C, Budnick RM, et al. 1991. Chemical form of selenium, critical metabolites, and cancer prevention. Cancer Res 51(2):595-600.

*Ip C, Lisk DJ, Ganther H, et al. 1997. Triphenylselenonium and diphenylselenide in cancer chemoprevention: Comparative studies of anticarcinogenic efficacy, tissue selenium levels and excretion profile. Anticancer Res 17:3195-3200.

*Ip C, Lisk DJ, Ganther HE. 1998. Activities of structurally-related lipophilic selenium compounds as cancer chemopreventive agents. Anticancer Res 18:4019-4026.

Ip C, Lisk DJ, Thopmson HJ. 1996. Selenium-enriched garlic inhibits the early stage but not the late stage of mammary carcinogenesis. Carcinogenesis 17(9):1979-1982.

*Ip C, Thompson HJ, Zhu Z, et al. 2000b. *In vitro* and *in vivo* studies of methylseleninic acid:Evidence that a monomethylated selenium metabolite is critical for cancer chemoprevention. Cancer Res 60:2882-2886.

*IRIS. 1996. Integrated Risk Information System. Washington, DC: U.S. Environmental Protection Agency.

*IRIS. 2001. Integrated Risk Information System. Washington, DC: U.S. Environmental Protection Agency. February 22, 2001.

*IRIS. 2003. Integrated Risk Information System. Washington, DC: U.S. Environmental Protection Agency.

Ishikawa M, Sasaki M, Koiwai K, et al. 1992. Inhibition of hepatic mixed-function oxidase enzymes in mice by acute and chronic treatment with selenium. J Pharmacobiodyn 15(8):377-385.

*ITII. 1976. Toxic and hazardous industrial chemicals safety manual. Tokyo, Japan: The International Technical Information Institute, 460-461.

*Itoh S, Shimada H. 1996. Micronucleus induction by chromium and selenium, and suppression by metallothionein inducer. Mutat Res 367:233-236.

Iwai N, Watanabe C, Suzuki T, et al. 1988. Metallothionein induction by sodium selenite at two different ambient temperatures in mice. Arch Toxicol 62(6):447-451.

*Iyengar GV. 1987. Reference values for the concentrations of As, Cd, Co, Cr, Cu, Fe, I, Hg, Mn, Mo Ni, Pb, Se, and Zn in selected human tissues and body fluids. Biol Trace Elem Res 12:263-295.

*Jaakkola K, Tummavuori J, Pirinen A, et al. 1983. Selenium levels in whole blood of Finnish volunteers before and during organic and inorganic selenium supplementation. Scand J Clin Lab Invest 1983:473-476.

*Jacobs MM. 1983. Selenium inhibition of 1,2-Dimethylhydrazine-induced colon carcinogenesis. Cancer Res 43:1646-1649.

*Jacobs M, Forst C. 1981a. Toxicological effects of sodium selenite in Sprague-Dawley rats. J Toxicol Environ Health 8:575-585.

Jacobs MM, Forst C. 1981b. Toxicological effects of sodium selenite in Swiss Mice. J Toxicol Environ Health 8:587-598.

*Jacobs MM, Griffin AC. 1979. Effects of selenium on chemical carcinogenesis, comparative effects of antioxidants. Biol Trace Elem Res 1:1-13.

*Jacobs MM, Forst CF, Beams FA. 1981. Biochemical and clinical effects of selenium on dimethylhydrazine-induced colon cancer in rats. Cancer Res 41:4458-4465.

*Jacobs MM, Jansson B, Griffin AC. 1977a. Inhibitory effects of selenium on 1,2-dimethylhydrazine and methylazooxymethanol acetate induction of colon tumors. Cancer Lett 2:133-138.

Jacobs MM, Matney TS, Griffin AC. 1977b. Inhibitory effects of selenium on the mutagenicity of 2-acetyl aminofluorence (AAF) and AAF derivatives. Cancer Lett 2:319-322.

Jacobsson SO. 1966. Uptake of Se75 in tissues of sheep after administration of a single dose of Se75-sodium selenite, Se75-selenomethionine, or Se75-selenocystine. Acta Vet Scand 7:303-320.

*Jaffe WG, Mondragon MC. 1969. Adaptation of rats to selenium intake. J Nutr 97:431-436.

*Jaffe WG, Mondragon C. 1975. Effects of ingestion of organic selenium in adapted and non-adapted rats. Br J Nutr 33:387-397.

*Jaffe WG, Ruphael MD, Mondragon MC, et al. 1972. [Clinical and biochemical study in children from a seleniferous zone.] Arch Latinoam Nutr 22:579-611. (Spanish).

Jamall IS, Haldar D, Wadewitz AG. 1987. Effects of dietary selenium on lipid peroxidation, mitochondrial function and protein profiles in the heart of the myopathic Syrian golden hamster (BIO 14.6). Biochem Biophys Res Commun 144:815-820.

*Jamall IS, Naik M, Sprowls JJ, et al. 1989. A comparison of the effects of dietary cadmium on heart and kidney antioxidant enzymes: Evidence for the greater vulnerability of the heart to cadmium toxicity. J Appl Toxicol 9(5):339-345.

*Jamba L, Nehru B, Bansal MP. 1997. Redox modulation of selenium binding proteins by cadmium exposures in mice. Mol Cell Biochem 177:169-175.

James LF, Hartley WJ, Van Kampen KR. 1981. Syndromes of Astragalus poisoning in livestock. J Am Vet Med Assoc 178:146-150.

James LF, Molyneux RJ, Panter KE. 1990. The potential for the toxic principles of Astragalus and related plants to appear in meat and milk. Vet Hum Toxicol 32Suppl:104-109.

*James LF, Van Kampen KV, Hartley WJ. 1983. Astragalus bisulcatus - A cause of selenium or locoweed poisoning? Vet Hum Toxicol 25:86-89.

*Jandial V, Handerson P, MacGillivray I. 1976. Placental transfer of radioactive selenomethionine in late pregnancy. Eur J Obstet Gynecol Reprod Biol 6:295-300.

Janghorbani M, Christensen MJ, Nahapetian A, et al. 1982. Selenium metabolism in health adults: Quantitative aspects using the stable isotope 74SeO3(2-). Am J Clin Nutr 35:647-654.

Janghorbani M, Lynch NE, Mooers CS, et al. 1990a. Comparison of the magnitude of the selenite-exchangeable metabolic pool and whole body endogenous selenium in adult rats. J Nutr 120(2):190-199.

Janghorbani M, Rockway S, Mooers CS, et al. 1990b. Effect of chronic selenite supplementation on selenium excretion and organ accumulation in rats. J Nutr 120(3):274-279.

Janghorbani M, Martin RF, Kasper LJ, et al. 1990c. The selenite-exchangeable metabolic pool in humans: A new concept for the assessment of selenium status. Am J Clin Nutr 51(4):670-677.

Janke BH. 1989. Acute selenium toxicosis in a dog. J Am Vet Med Assoc 195(8):1114-1115.

Jansson B, Jacobs MM, Griffin AC. 1978. Gastrointestinal cancer: Epidemiology and experimental studies. Adv Exp Med Biol 91:305-321.

Jastrzebski Z, Czyzewska-Szafran H, Fijatek Z, et al. 1995. Toxicity studies of a new selenium compound, Selol, in rats. Drugs Exp Clin Res 21(6):217-220.

Jastrzebski Z, Czyzewska-Szafran H, Remiszewska M, et al. 1997. Pharmacokinetics of Selol, a new agent containing selenium, in rats. Drugs Exp Clin Res 23(1):7-11.

*Jensen R, Closson W, Rothenberg R. 1984. Selenium intoxication - New York. JAMA 251:1938.

*Jereb M, Falk R, Jereb B, et al. 1975. Radiation dose to the human body from intravenously administered 75Se-sodium selenite. J Nucl Med 16:846-850.

Ji Q, Chen Y. 1996. *Vicia faba* root tip micronucleus test on the mutagenicity of water-soluble contents of cigarette smoke. Mutat Res 359:1-6.

*Jiang C, Jiang W, Ip C, et al. 1999. Selenium-induced inhibition of angiogenesis in mammary cancer at chemopreventive levels of intake. Mol Carcinog 26:213-225.

*Jiang S, Robberect H, Vanden Berghe D. 1983. Elimination of selenium compounds by mice through formation of different volatile selenides. Experientia 39:293-294.

*Johanson CE. 1980. Permeability and vascularity of the developing brain: Cerebellum vs cerebral cortex. Brain Res 190:3-16.

Johansson E, Plantin L-O, Galgan V, et al. 1989. Comparison of human response to low doses of inorganic and organic selenium. In: Wendel A ,ed. Selenium in biology and medicine. New York, NY: Springer-Verlag, 258-262.

*John W, Kaifer JW, Rahm K, et al. 1973. Trace element concentrations in aerosols from the San Francisco Bay area. Atmos Environ 7:107-118.

*Johnson H. 1970. Determination of selenium in solid waste. Environ Sci Technol 4:850-853.

*Johnson RA, Baker SS, Fallon JT, et al. 1981. An occidental case of carcinogenicity and selenium deficiency. N Engl J Med 304:1210-1212.

*Johnson VJ, Tsunoda M, Sharma RP. 2000. Increased production of proinflammatory cytokines by murine macrophages following oral exposure to sodium selenite but not to seleno-L-methionine. Arch Environ Contam Toxicol 39:243-250.

Jones GB, Godwin KO. 1962. Distribution of radioactive selenium in mice. Nature 196:1294-1296.

*Jones MM, Xu C, Ladd PA. 1997. Selenite suppression of cadmium-induced testicular apoptosis. Toxicology 116:169-175.

*Kabatas-Pendias A, Pendias H. 1984. Trace elements in soils and plants. Boca Raton, FL: CRC Press, p.135-136.

Kaeck M, Lu J, Strange R, et al. 1997. Differential induction of growth arrest inducible genes by selenium compounds. Biochem Pharmacol 53:921-926.

*Kalivas J. 1993. Lack of serum selenium rise after overnight application of selenium sulfide. Arch Dermatol 129:646-648.

Kallistratos G, Evangelou A, Seferiadis K, et al. 1985. Selenium and haemodialysis: Serum selenium levels in healthy persons, non-cancer and cancer patients with chronic renal failure. Nephron 41:217-222.

Kallistratos GI, Fasske EE, Karkabounas S, et al. 1988. Prolongation of the survival time of tumor bearing Wistar rats through a simultaneous oral administration of vitamins C + E and selenium with glutathione. In: Tryfiates GP, Prasad KN, eds. Nutrition, growth, and cancer. Proceedings of the First International Symposium on Nutrition, Growth, and Cancer, Athens, Greece, April 26-30, 1987. New York, NY: Alan R Liss, 377-389.

*Kamstra LD, Bonhorst CW. 1953. Effect of arsenic on the expiration of volatile selenium compounds by rats. Proc S D Acad Sci 32:72-74.

*Kaneko M, Natsuhori M, Ito N. 1999. Tissue concentration-time profile of selenium after sodium selenite administration to rats. Int J PIXE 9(3 & 4):315-323.

*Kanematsu N, Hara M, Kada T. 1980. Reassay and mutagenicity studies on metal compounds. Mutat Res 77:109-116.

Kardos J, Zimmer K, Coni E, et al. 1989. Determination of selenium in foods by inductively-coupled plasma atomic emission spectrometry and hydride generation. Ann Ist Super Sanita 25(3):505-509.

Karlson U, Frankenberger WT, Jr. 1990. Volatilization of selenium from agricultural evaporation pond sediments. Sci Total Environ 92:41-54.

Kasseroller R. 1998. Sodium selenite as prophylaxis against erysipelas in secondary lymphedema. Anticancer Res 18:2227-2230.

Kato T, Read R, Rozga J, et al. 1992. Evidence for intestinal release of absorbed selenium in a form with high hepatic extraction. Am J Physiol 262(5Pt1):G854-858.

Kauf E, Dawczynski H, Jahreis G, et al. 1994. Sodium selenite therapy and thyroid-hormone status in cystic fibrosis and congenital hypothyroidism. Biol Trace Elem Res 40:247-253.

*Kaur R, Parshad VR. 1994. Effects of dietary selenium on differentiation, morphology and functions of spermatozoa of the house rat, *Rattus rattus* L. Mutat Res 309:29-35.

*Kautiainen A, Tornqvist M, Olsson U. 2000. Effects of selenium deficiency on the formation and detoxification of endogenous electrophiles in rats. J Nutr Biochem 11:425-430.

*KDRG. 1979a. Observations on the effect of sodium selenite in the prevention of Keshan disease. Keshan Disease Research Group of the Chinese Academy of Medical Sciences. Chin Med J [Engl] 92:471-476.

*KDRG. 1979b. Epidemiological studies on the etiological relationship of selenium and Keshan disease. Keshan Disease Research Group of the Chinese Academy of Medical Sciences. Chin Med J [Engl] 92:477-482.

*Khalil AM. 1989. The induction of chromosome aberrations in human purified peripheral blood lymphocytes following *in vitro* exposure to selenium. Mutat Res 224(4):503-506.

*Khalil AM. 1994. Genotoxicity of two pharmacologically important selenium compounds (selenocystine and selenopuridine) in cultured human blood lymphocytes. Toxicol Environ Chem 41:147-154.

*Khan MY, Gilani SH. 1980. Selenium poisoning and embryogenesis: Light and electron microscopic studies of the heart. Environ Res 23:98-109.

Kilburn KH, Warshaw RH. 1995. Neurotoxic effects from residential exposure to chemicals from and oil reprocessing facility and superfund site. Neurotoxicol Teratol 17(2):89-102.

Kilness AW, Hochberg FH. 1977. Amyotrophic lateral sclerosis in a high selenium environment. JAMA 237:2843-2844.

Kim BS, Margolin BH. 1999. Prediction of rodent carcinogenicity utilizing a battery of *in vitro* and *in vivo* genotoxicity tests. Environ Mol Mutagen 34:297-304.

Kim HY, Picciano MF, Wallig MA, et al. 1991. The role of selenium nutrition in the development of neonatal rat lung. Pediatr Res 29(5):440-445.

Kim IY, Stadtman TC. 1997. Inhibition of NF-κB DNA binding and nitric oxide induction in human T cells and lung adenocarcinoma cells by selenite treatment. Proc Natl Acad Sci USA 94:12904-12907.

Kinder DS, Colestock CN, Razniak SL, et al. 1988. Time-dependent distribution of sodium selenite in the female ICR mouse. Bull Environ Contam Toxicol 40(3):425-432.

*Kinnigkeit G. 1962. [Investigation of workers exposed to selenium, in a factory producing rectifiers [Abstract]]. Bull Hyg (London) 37:1029-1030. (German).

*Kiremidjian-Schumacher L, Roy M, Wishe HI, et al. 1992. Regulation of cellular immune responses by selenium. Biol Trace Elem Res 33:23-35.

*Kiremidjian-Schumacher L, Roy M, Wishe HI, et al. 1994. Supplementation with selenium and human immune cell functions. II. Effect of cytotoxic lymphocytes and natural killer cells. Biol Trace Elem Res 41:115-127.

Kitahara J, Seko Y, Imura N. 1993. Possible involvement of active oxygen species in selenite toxicity in isolated rat hepatocytes. Arch Toxicol 67(7):497-501.

Kivela SL, Maenpaa P, Nissinen A, et al. 1989. Vitamin A, vitamin E and selenium status in an aged Finnish male population. Int J Vitam Nutr Res 59(4):373-380.

*Klaassen CD, Amdur MO, Doull JE, eds. 1986. Casarett and Doull's toxicology, the basic science of poisons. 3rd ed. New York, NY: Macmillan Publishing Company.

*Knekt P, Heliovaara M, Rissanen A, et al. 1992. Serum antioxidant vitamins and risk of cataract. Br Med J 305(6866):1392-1394.

Kobayashi R, Ohno H, Jindo T, et al. 1997a. Fifty-two-week oral repeated dose toxicity study in rats with ebselen. Yakuri to Chiryo 25(Suppl.):41-58.

Kobayashi R, Ohno H, Tsuchihya T, et al. 1997b. Fifty-two-week oral repeated dose toxicity study in miniature pigs with ebselen. Yakuri to Chiryo 25(Suppl.):59-70.

*Kobayashi Y, Ogra Y, Ishiwata K, et al. 2002. Selenosugars are key and urinary metabolites for selenium excretion within the required to low-toxic range. Proc Natl Acad Sci U S A 39(25):15932-15936.

*Koh TS, Benson TH. 1983. Critical re-appraisal of fluorometric method for determination of selenium in biological materials. J Assoc Off Anal Chem 66:918-926.

*Köhrle J. 1994. Thyroid hormone deiodination in target tissues - a regulatory role for the trace element selenium? Exp Clin Endocrinol 102:63-89.

*Koirtyohann SR, Morris JS. 1986. General review of analytical methods. Some metals: As, Be, Cd, Cr, Ni, Pb, Se, Zn. Vol. 8. IARC Sci Publ 71:159-190.

Kok FJ, Hofman A. 1989. Selenium status and cardiovascular disease: Dutch epidemiologica data. In: Wendel A ,ed. Selenium in biology and medicine. New York, NY: Springer-Verlag, 214-218.

Kok FJ, DeBruijn AM, Hofman A, et al. 1987a. Selenium status and chronic disease mortality: Dutch epidemiological findings. Int J Epidemiol 16:329-332.

Kok FJ, DeBruijn AM, Hofman A, et al. 1987b. Is serum selenium a risk factor for cancer in men only? Am J Epidemiol 125:12-16.

Kok FJ, DeBruijn AM, Hofman A, et al. 1987c. Serum selenium vitamin antioxidants, and cardiovascular mortality: A 9-year follow-up study in the Netherlands. Am J Clin Nutr 45:462-468.

Koller LD, Exon JH. 1986. The two faces of selenium--deficiency and toxicity--are similar in animals and man. Can J Vet Res 50:297-306.

*Koller LD, Exon JH, Talcott PA, et al. 1986. Immune responses in rats supplemented with selenium. Clin Exp Immunol 63:570-576.

*Kolodzieczyk L, Put A, Grzela P. 2000. Liver morphology and histochemistry in rats resulting from ingestion of sodium selenite and sodium fluoride. Fluoride 33(1):6-16.

*Komori M, Nishio K, Kitada M, et al. 1990. Fetus-specific expression of a form of cytochrome P-450 in human livers. Biochemistry 29:4430-4433.

Komsta-Szumska E, Reuhl KR, Miller DR. 1983. The effect of methylmercury on the distribution and excretion of selenium by the guinea pig. Arch Toxicol 54:303-310.

*Koppel C, Baudisch H, Beyer K-H, et al. 1986. Fatal poisoning with selenium dioxide. Clin Toxicol 24:21-35.

*Korpela H, Lovenia R, Yrjanheikki, et al. 1984. Selenium concentration in maternal and umbilical cord blood, placenta, and amniotic membranes. Intl J Vitam Nutr Res 54:257-261.

Korte NE, Skopp J, Fuller WH, et al. 1976. Trace element movement in soils: Influence of soil physical and chemical properties. Soil Science 122:350-359.

Kosta L, Byrne AR, Zelenko V. 1975. Correlation between selenium and mercury in man following exposure to inorganic mercury. Nature 254:238-239.

*Kramer GF, Ames BN. 1988. Mechanisms of mutagenicity and toxicity of sodium selenite (Na$_2$SeO$_3$) in *Salmonella typhimurium*. Mutat Res 201(1):169-180.

Kraus T, Quidenus G, Schaller KH. 2000. Normal values for arsenic and selenium concentrations in human lung tissue. Arch Environ Contam Toxicol 38:384-389.

*Kretz-Remy C, Arrigo A-P. 2001. Selenium: A key element that controls NF-κB activation and IκBαhalf life. Biofactors 14:117-125.

Krishnaja AP, Rege MS. 1982. Induction of chromosomal aberrations in fish Boleophthalmus dussumieri after exposure *in vivo* to mitomycin C and heavy metals mercury, selenium, and chromium. Mutat Res 102:71-82.

Krishnamurti CR, Ramberg CF, Jr, Shariff MA. 1989. Kinetic modeling of selenium metabolism in nonpregnant ewes. J Nutr 119(8):1146-1155.

*Krishnan K, Andersen ME. 1994. Physiologically based pharmacokinetic modeling in toxicology. In: Hayes AW, ed. Principles and methods of toxicology. 3rd ed. New York, NY: Raven Press, Ltd., 149-188.

*Krishnan K, Andersen ME, Clewell HJ III, et al. 1994. Physiologically based pharmacokinetic modeling of chemical mixtures. In: Yang RSH, ed. Toxicology of chemical mixtures: Case studies, mechanisms, and novel approaches. San Diego, CA: Academic Press, 399-437.

*Krynitsky AJ. 1987. Preparation of biological tissue for determination of arsenic and selenium. Anal Chem 59:1884-1886.

Kubota J, Allaway WH, Carter DL, et al. 1967. Selenium in crops in the United States in relation to selenium responsive diseases of animals. J Agric Food Chem 15:448-453.

*Kubota J, Cary EE, Gissel-Nielsen G. 1975. Selenium in rainwater of the United States and Denmark. Trace Subst Environ Health 9:123-130.

*Kuikka J, Nordman E. 1978. Measurement of [75]Se-sodium selenite in the human body. Int J Nucl Med Biol 5:30-34.

*Kumar KSD, Kumar Shiva Prakash A, Swamy K, et al. 2002. Role of red blood cell selenium in recurrent pregnancy loss. J Obstet Gynaecol 22:181-183.

*Kumpulainen J. 1983. Helsinki, Finland, personal communication. (As cited in Iyengar 1987).

Kumpulainen J, Saarela KE. 1992. Determination of selenium in staple foods and total diets by electrothermal atomic absorption spectrometry without solvent extraction. J Anal Atomic Spectr 7(2):165-170.

*Kumpusalo E, Karinpaa A, Jauhiainen M, et al. 1990. Multivitamin supplementation of adult omnivores and lactovegetarians: Circulating levels of vitamin A, D and E, lipids, apolipoproteins and selenium. Int J Vitam Nutr Res 60(1):58-66.

Kyle R, Allen WM. 1990. Accidental selenium poisoning of a flock of sheep. Vet Rec 126(24):601.

L'Abbe MR, Fischer PW, Chavez ER. 1989. Changes in selenium and antioxidant status during DMBA-induced mammary carcinogenesis in rats. J Nutr 119(5):766-771.

Lacetera N, Bernabucci U, Ronchi B, et al. 1996. Effects of selenium and vitamin E administration during a late stage of pregnancy on colostrum and milk production in dairy cows, and on passive immunity and growth of their offspring. Am J Vet Res 57(12):1776-1780.

Ladenstein R, Wendel A. 1983. The refined structure of the selenoenzyme glutathione peroxidase at 0.2-nm resolution. Eur J Biochem 133:51-69.

Lafroth G, Ames BN. 1978. Mutagenicity of inorganic compounds in *Salmonella typhimurium*: Arsenic, chromium, and selenium. Mutat Res 53:65-66.

Lakin HW. 1972. Selenium accumulation in soils and its absorption by plants and animals. Geological Society of America Bulletin 83:181-190.

*Lakin HW, Davidson DF. 1967. The relation of the geochemistry of selenium to its occurrence in soils. In: Muth OH, ed. Symposium: Selenium in biomedicine. First International Symposium, Oregon State University. Westport, CT: AVI Publishing Co, 27-56.

*Lalonde L, Jean Y, Roberts D, et al. 1982. Flourometry of selenium in serum or urine. Clin Chem 28:172-174.

Lam RHF, Brown JP, Fan AM. 1994. Chemicals in California drinking water: Source of contamination, risk assessment, and drinking water standards. In: Wang RGM, ed. Water contamination and health: Integration of exposure assessment, toxicology, and risk assessment. New York, NY: Marcel Dekker, Inc., 15-44.

Lamleung SY, Cheng VK, Lam YW. 1991. Application of a microwave oven for drying and nitric acid extraction of mercury and selenium from fish tissue. Analyst 116(9):957-959.

Lane HW, Strength R, Johnson J, et al. 1991. Effect of chemical form of selenium on tissue glutathione peroxidase activity in developing rats. J Nutr 121(1):80-86.

Lange JH. 1991. Reanalysis of epidemiological data for selenium anti-cancer activity. Toxicol Ind Health 7(4):319-325.

Langenauer M, Kraehenbuehl U. 1991. Determination of selenium in food and minerals by neutron activation analysis. Chima 45(1/2):8-10.

Larner AJ. 1996. Alzheimer's disease, Kuf's disease, tellurium and selenium. Med Hypotheses 47:73-75.

*Larsen NA, Pakkenberg H, Damsgaard E, et al. 1979. Topographical distribution of arsenic, manganese, and selenium in the normal human brain. J Neurol Sci 42:407-416.

*Larsen PR, Davies TF, Hay ID. 1998. The thyroid gland. In: Wilson JD, Foster DW, Kronenberg HM, et al., eds. Williams textbook of endocrinolgy. Philadelphia, PA: W.B. Saunders Company, 390-515.

Laszczyca P, Kawka-Serwecinska E, Dolezych B, et al. 1996. [The effects of cadmium poisoning and selenite gavage on amino acid metabolism in rats]. Bromatol Chem Toksykol 29(1):41-45. (Polish).

*Lathrop KA, Johnston RE, Blau M, et al. 1972. Radiation dose to humans from 75Se-L-selenomethionine. J Nucl Med 13:7-17.

Lavi N, Alfassi ZB. 1990. Determination of trace amounts of cadmium, cobalt, chromium, iron, molybdenum, nickel, selenium, titanium, vanadium and zinc in blood and milk by neutron activation analysis. Analyst 115(6):817-822.

Lavi N, Mantel M, Alfassi ZB. 1988. Determination of selenium in biological materials by neutron activation analysis. Analyst 113(12):1855-1859.

LeBoeuf R, Laishes B, Hoekstra W. 1985. Effects of dietary selenium concentration on the development of enzyme-altered liver foci and hepatocellular carcinoma by diethylnitrosamine. Cancer Res 45:5489-5495.

*Lee DS, Garland JA, Fox AA. 1994. Atmospheric concentrations of trace elements in urban areas of the United Kingdom. Atmos Environ 28(16):2691-2713.

Lee M, Chan KK-S, Sairenji E, et al. 1979. Effect of sodium selenite on methylmercury-induced cleft palate in the mouse. Environ Res 19:39-48.

*Lee M, Dong A, Yano J. 1969. Metabolism of [75]Se-selenite by human whole blood *in vitro*. Can J Biochem 47:791-797.

*Lee RE Jr, Duffield FV. 1979. Sources of environmentally important metals in the atmosphere. Adv Chem Ser 172:146-171.

*Leeder JS, Kearns GL. 1997. Pharmcogenetics in pediatrics: Implications for practice. Pediatr Clin North Am 44(1):55-77.

*Lemley AD. 1982. Response of juvenile centrachids to sublethal concentrations of waterborne selenium. I. Uptake, tissue distribution, and retention. Aquatic Toxicology 2:235-252.

*Lemly AD. 1985. Toxicology of selenium in a freshwater reservoir: Implications for environmental hazard evaluation and safety. Ecotoxicol Environ Safety 10:314-338.

Lemly AD. 1996. Evaluation of the hazard quotient method for risk assessment of selenium. Ecotoxicol Environ Saf 35:156-162.

*Lemly AD. 1997. Ecosystem recovery following selenium contamination in a freshwater reservoir. Ecotoxicol Environ Saf 36:275-281.

*Leung H-W. 1993. Physiologically-based pharmacokinetic modelling. In: Ballentine B, Marro T, Turner P, eds. General and applied toxicology. Vol. 1. New York, NY: Stockton Press, 153-164.

*Levander OA. 1972. Metabolic interrelationships and adaptations in selenium toxicity. Ann NY Acad Sci 192:181-192.

Levander OA. 1976. Selenium in foods. Proceedings of the Symposium on Selenium-Tellurium in the Environment. Pittsburgh, PA: Industrial Health Foundation, Inc., 26-53.

*Levander OA. 1977. Metabolic interrelationships between arsenic and selenium. Environ Health Perspect 19:159-164.

*Levander OA. 1982. Selenium: Biochemical actions, interactions, an some human health implications. In: Clinical, biochemical, and nutritional aspects of trace elements. New York, NY: Alan R. Liss, Inc., 345-368.

*Levander OA. 1986. Selenium. In: Mertz W, ed. Trace elements in human and animal nutrition. Orlando, FL: Academic Press, Inc., 209-279.

*Levander OA. 1987. A global view of human selenium nutrition. Annu Rev Nutr 7:227-250.

Levander OA. 1989. Progress in establishing human nutritional requirements and dietary recommendations for selenium. In: Wendel A ,ed. Selenium in biology and medicine. New York, NY: Springer-Verlag, 205-209.

Levander OA. 1989. Upper limit of selenium in infant formulas. J Nutr 119: 1869-1873.

Levander OA. 1991. Scientific rationale for the 1989 recommended dietary allowance for selenium. J Am Diet Assoc 91(12):1572-1576.

*Levander OA, Baumann CA. 1966a. Selenium metabolism. V. Studies on the distribution of selenium in rats given arsenic. Toxicol Appl Pharmacol 9:98-105.

*Levander OA, Baumann CA. 1966b. Selenium metabolism. VI. Effect of arsenic on the excretion of selenium. Toxicol Appl Pharmacol 9:106-115.

*Levander OA, Morris VC. 1970. Interactions of methionine, vitamin E, and antioxidants in selenium toxicity in the rat. J Nutr 100:1111-1118.

Levander OA, Morris VC. 1984. Dietary selenium levels needed to maintain balance in North American adults consuming self-selected diets. Am J Clin Nutr 39:809-815.

*Levander OA, Morris VC. 1985. What can balance studies tell us about human dietary selenium requirements? In: Mills CF, Bremner I, Chesters JK ,eds. Trace elements in man and animals - TEMA - 5. Proceedings of the fifth international symposium on trace elements in man and animals. Commonwealth Agricultural Bureaux, 498-502.

Levander OA, Whanger PD. 1996. Deliberations and evaluations of the approaches, endpoints and paradigms for selenium and iodine dietary recommendations. J Nutr 126(Suppl.):2427-2434.

Levander OA, Bell JD, Morris VC, et al. 1991. Changes in urinary metabolite profiles in selenium intoxicated rats as revealed by proton nuclear magnetic resonance PNMR. Am J Clin Nutr 51(3):517.

*Levander OA, Moser PB, Morris VC. 1987. Dietary selenium intake and selenium concentrations of plasma, erythrocytes, and breast milk in pregnant and postpartum lactating and nonlactating women. Am J Clin Nutr 46:694-698.

Lewis LN. 1989. Preface. In: Tanji KK, Valoppi L, Woodring RC, eds. Selenium contents in animal and human food crops grown in California. CA: Cooperative Extension University of California, Division of Agriculture and Natural Resources. Publication 3330.

*Lewis BG, Johnson CM, Broyer TC. 1971. Cleavage of Se-methylselenomethionine selenonium salt by cabbage leaf enzyme fraction. Biochim Biophys Acta 237:603-605.

*Lewis SA. 1988. Determination of selenium in biological matrices. Methods Enzymol 158:391-402.

*Lewis SA, Hardison NW, Veillon C. 1986. Comparison of isotope dilution mass spectrometry and graphite furnace atomic absorption spectrometry with Zeeman background correction for determination of plasma selenium. Anal Chem 58:1272-1273.

*Li F, Rossipal E, Irgolic KJ. 1999. Determination of selenium in human milk by hydride cold-trapping atomic absorption spectrometry and calculation of daily selenium intake. J Agric Food Chem 47:3265-3268.

*Li H, Shi-mei Z. 1994. Selenium supplementation in the prevention of pregnancy induced hypertension. Chi Med J 107(11):870-871.

Li Y, Sun M, Wu D, et al. 1996. [Effects of single and combined action of selenium and arsenic on rat yolk-sac structure and function: An in vitro study]. Wei Sheng Xen Chiu 25(1):15-19. (Chinese).

Li Y, Sun M, Wu D. 1997. [Effects of combined teratogenic action of selenium and arsenic on rat whole culture in vitro]. Wei Sheng Xen Chiu 16(2):32-34. (Chinese).

*Li Y, Sun W, Wu D, et al. 1999. [The toxicity of combination of selenium, fluoride and arsenic on rat embryos]. Wei Sheng Xen Chiu 28(2):74-75. (Chinese).

*Lide DR. 1993. CRC Handbook of chemistry and physics. 74th ed. Boca Raton, FL: CRC Press Incorporated, 4-36.

*Lide DR. 2000. CRC handbook of chemistry and physics. 81st ed. New York, NY: CRC Press, 4-27.

*Lievens P, Versieck J, Cornelis R, et al. 1977. The distribution of trace elements in normal human liver determined by semi-automated radiochemical neutron activation analysis. J Radioanal Chem 37:483-496.

*Lim JM, Hansel W. 1999. Exogenous substances affecting development of in vitro-derived bovine embryos before and after embryonic genome activation. Theriogenology 53(5):1081-1091.

Lin WS, Scrimshaw C, Kapoor M. 1984. Selenium suppresses the metabolism of benzo[a]pyrene by rat-liver extracts, and exerts a dual effect on its mutagenicity. Xenobiotica 14:893-902.

*Lindh U, Danersund A, Lindvall A. 1996. Selenium protection against toxicity from cadmium and mercury studied at the cellular level. Cell Mol Biol 42(1):39-48.

Lisk DJ, Bache CA, Essick LA, et al. 1988. Absorption and excretion of selenium and barium in humans from consumption of brazil nuts. Nutrition Reports International 38(1):183-192.

Litov RE, Combs GF, Jr. 1991. Selenium in pediatric nutrition. Pediatrics 87:339-351.

Liu JZ, Milner JA. 1992. Age, dietary selenium and quantity of 7,12-dimethylbenz(a)anthracene influence the in vivo occurrence of rat mammary DNA adducts. J Nutr 122(7):1361-1368.

Liu JZ, Gilbert K, Parker HM, et al. 1991. Inhibition of 7,12-dimethylbenz(a)anthracene-induced mammary tumors and DNA adducts by dietary selenite. Cancer Res 51(17):4613-4617.

*Livingston AL. 1978. Forage plant estrogens. J Toxicol Environ Health 4:301-324.

Llorente I, Gomez M, Camara C. 1997. Improvement of selenium determination in water by inductively coupled plasma mass spectrometry through use of organic compounds as matrix modifiers. Spectrochimica Acta Part B 52:1825-1838.

*Lo LW, Koropatnick J, Stick HF. 1978. The mutagenicity and cytotoxicity of selenite, 'activated' selenite, and selenate for normal and DNA repair-deficient human fibroblasts. Mutat Res 49:305-312.

Lo MT, Sandi E. 1980. Selenium: Occurrence in foods and its toxicological significance--a review. J Environ Pathol Toxicol 4(1):193-218.

*Lobinski R, Edmonds JS, Suzuki KT, et al. 2000. Species-selective determination of selenium compounds in biological materials. Pure Appl Chem 72(3):447-461.

*Lockitch G. 1989. Selenium: Clinical significance and analytical concepts. Crit Rev Clin Lab Sci 27(6):483-541.

*Lofroth G, Ames BN. 1978. Mutagenicity of inorganic compounds in Salmonella typhimurium: Arsenic, chromium, and selenium. Mutat Res 53:65-66.

*Lombeck I, Menzel H, Frosch D. 1987. Acute selenium poisoning of a 2-year-old child. Eur J Pediatr 146(3):308-312.

Long RH, Benson SM, Tokunaga TK, et al. 1990. Selenium immobilization in a pond sediment at Kesterson Reservoir. J Environ Qual 19(2):302-311.

*Longnecker MP, Stampfer MJ, Morris JS, et al. 1993. A 1-y trial of the effect of high-selenium bread on selenium concentrations in blood and toenails. Am J Clin Nutr 57:408-413.

*Longnecker MP, Taylor PR, Levander OA, et al. 1991. Selenium in diet, blood, and toenails in relation to human health in a seleniferous area. Am J Clin Nutr 53(5):1288-1294.

Lopez-Molinero A, Gimenez R, Otal P, et al. 2002. New sensitive determination of selenium by bromide volatilization inductively coupled plasma atomic emission spectrometry. J Anal Atom Spectrom 17(4):352-357.

*Lowe TP, May TW, Brumbaugh WG, et al. 1985. National contaminant biomonitoring program: Concentrations of seven elements in freshwater fish, 1978-1981. Arch Environ Contam Toxicol 14:363-388.

Lowenthal DH, Rahn KA. 1989. Spatial patterns of non-urban selenium concentrations in the northeastern U.S. and its pollution source implications. Comments. Atmos Environ 23(7):1613-1614.

Lowry KR, Baker DH. 1989. Amelioration of selenium toxicity by arsenicals and cysteine. J Anim Sci 67(4):959-965.

Lu FC. 1998. Recent advances in studies on selenium: An overview of a symposium held in China. Regul Toxicol Pharmacol 27:204-206.

Lu J, Jiang C, Kaeck M, et al. 1995a. Cellular and metabolic effects of triphenylselenonium chloride in a mammary cell culture model. Carcinogenesis 16(3):513-517.

*Lu J, Jiang C, Kaeck M, et al. 1995b. Dissociation of the genotoxic and growth inhibitory effects of selenium. Biochem Pharmacol 50(2):213-219.

*Luoma PV, Nayha S, Pyy L, et al. 1992. Blood mercury and serum selenium concentrations in reindeer herders in the arctic area of northern Finland. Arch Toxicol Suppl 15:172-175.

*Ma J, Stampfer MJ, Morris JS, et al. 1995. Toenail selenium level and lung cancer among men and women in a high seleniferous region of the USA [Abstract]. Am J Epidemiol 141(10):S68.

*Maag DD, Orsborn JS, Clopton JR. 1960. The effect of sodium selenite on cattle. Am J Vet Res 21:1049-1053.

MacDonald DW, Christian RG, Strausz KI, et al. 1981. Acute selenium toxicity in neonatal calves. Can Vet J 22:279-281.

Machat J, Kanicky V, Otruba V. 2002. Determination of selenium in blood serum by inductively coupled plasma atomic emission spectrometry with pneumatic nebulization. Anal Bioanal Chem 372(4):576-581.

*Mack RB. 1990. The fat lady enters stage left. Acute selenium poisoning. N C Med J 51(12):636-638.

*Macpherson AK, Sampson B, Diplock AT. 1988. Comparison of methods for the determination of selenium in biological fluids. Analyst 113(2):281-283.

Magos L. 1991. Overview on the protection given by selenium against mercurials. Prov Rochester Int Conf Environ Toxic 2 Adv Mercury Toxicol., 289-298.

*Magos L, Webb M. 1980. The interactions of selenium with cadmium and mercury. CRC Crit Rev Toxicol (Nov) 1980:1-42.

*Magos L, Clarkson TW, Sparrow S, et al. 1987. Comparison of the protection given by selenite, selenomethionine and biological selenium against the renotoxicity of mercury. Arch Toxicol 60:422-426.

*Mahan DC, Kim YY. 1996. Effect of inorganic or organic selenium at two dietary levels on reproductive performance and tissue selenium concentrations in first-parity gilts and their progeny. J Anim Sci 74:2711-2718.

*Mahan DC, Magee PL. 1991. Efficacy of dietary sodium selenite and calcium selenite provided in the diet at approved, marginally toxic, and toxic levels to growing swine. J Anim Sci 69(12):4722-4725.

*Maier KJ, Foe C, Ogle RS, et al. 1988. The dynamics of selenium in aquatic ecosystems. In: Hemphill DD, ed. Trace substances in environmental health. XXI Proceedings. Columbia, MO: University of Missouri, 361-408.

Maier KJ, Nelson CR, Bailey FC, et al. 1998. Accumulation of selenium by the aquatic biota of a watershed treated with seleniferous fertilizer. Bull Environ Contam Toxicol 60:409-416.

Maier KJ, Ogle RS, Maier KR, et al. 1989. Determination of the toxicity, water quality interactions and biomagnification of selenium in aquatic food chains. U.S. Geological Survey Report. ISS USGS/G-1495. 128 NTIS/PB90-132648.

Maquat LE. 2001. Evidence that selenium deficiency results in the cytoplasmic decay of GPx1 mRNA dependent on pre-mRNA splicing proteins bound to the mRNA exon-exon junction. Biofactors 14:37-52.

*Mannan S, Picciano MF. 1987. Influence of maternal selenium status on human milk selenium concentration and glutathione peroxidase activity. Am J Clin Nutr 46:95-100.

Marano G, Spagnolo A, Morisi G, et al. 1991. Changes of serum selenium and serum cholesterol in children during sexual maturation. J Trace Elem Electrolytes Health Dis 5(1):59-61.

Marin-Guzman J, Mahan DC, Pate JL. 2000. Effect of dietary selenium and vitamin E on spermatogenic development in boars. J Anim Sci 78:1537-1543.

Marin-Guzman J, Mahan DC, Whitmoyer R. 2000. Effect of dietary selenium and vitamin E on the ultrastructure and ATP concentration of boar spermatozoa, and the efficacy of added sodium selenite in extended semen on sperm motility. J Anim Sci 78:1544-1550.

Marsh DO, Turner MD, Smith JC, et al. 1995. Fetal methylmercury study in a Peruvian fish-eating population. Neurotoxicology 16(4):717-726.

Marshall MV, Arnott MS, Jacobs MM, et al. 1979. Selenium effects on the carcinogenicity and metabolism of 2-acetyl aminofluorene. Cancer Letters 7:331-338.

*Martin BJ, Lyon TD, Fell GS. 1991. Comparison of inorganic elements from autopsy tissue of young and elderly subjects. J Trace Elem Electrolytes Health Dis 5(3):203-211.

Martin RF, Janghorbani M, Young VR. 1988. Kinetics of a single administration of 74Se-selenite by oral and intravenous routes in adult humans. JPEN J Parenter Enteral Nutr 12(4):351-355.

*Martin RF, Janghorbani M, Young VR. 1989a. Experimental selenium restriction in healthy adult humans: Changes in selenium metabolism studied with stable-isotope methodology. Am J Clin Nutr 49(5):854-861.

*Martin RF, Young VR, Blumberg J, et al. 1989b. Ascorbic acid-selenite interactions in humans studied with an oral dose of 74SeO3(2-). Am J Clin Nutr 49(5):862-869.

Maryland HF. 1994. Selenium in plant and animal nutrition. In: Frankenburger WT, Benson S, eds. Selenium in the Environment. New York, NY: Marcel Dekker Inc., 29-45.

*Mas A, Sarkar B. 1989. Role of glutathione in selenite binding by human plasma. Biol Trace Elemt Res 20(1-2):95-104.

Mas A, Jiang JY, Sarkar B. 1988. Selenite metabolism in rat and human blood. Biol Trace Elem Res 15:97-110.

*Mason KE, Young JO. 1967. Effectiveness of selenium and zinc in protecting against cadmium-induced injury of the rat testis. In: O.H. Muth, ed. Symposium: Selenium in biomedicine. Westport, CT: AVI Publishing Co., Inc., 383-394.

Massacheleyn PH, Delaune RD, Patrick JW. 1991. Selenium speciation in aqueous solutions using a hydride generation atomic absorption spectrophotometry technique. Spectr Lett 24:307-322.

Masumoto H, Nakaoka M, Tsutsumi S, et al. 1997. [Pharmacokinetics of ebselen in rats: Absorption, distribution and excretion after administration of [75]Se-labelled compound]. Yakubutsu Dotai 12(6):619-629. (Japanese).

Matoba R, Kimura H, Uchima E, et al. 1986. An autopsy case of acute selenium (selenious acid) poisoning and selenium levels in human tissues. Forensic Sci Int 31:87-92.

Matsumura H, Takahata R, Hayaishi O. 1991. Inhibition of sleep in rats by inorganic selenium compounds, inhibitors of prostaglandins D synthase. Proc Natl Acad Sci USA 88(20):9046-9050.

Maxuitenko YY, Libby AH, Joyner HH, et al. 1998. Identification of dithiolethiones with better chemopreventive properties than oltipraz. Carcinogenesis 19(9):1609-1615.

May SW. 1999. Selenium-based drug design: Rationale and therapeutic potential. Exp Opin Invest Drugs 8(7):1017-1030.

May SW, Pollock SH. 1998. Selenium-based antihypertensives: Rationale and potential. Drugs 56(6):959-964.

May SW, Wang L, Gill-Woznichak MM, et al. 1997. An orally active selenium-based antihypertensive agent with restricted CNS permeability. J Pharmacol Exp Ther 283(2):470-477.

*May TW, McKinney GL. 1981. Cadmium, lead, mercury, arsenic, and selenium concentrations in freshwater fish, 1976-1977 National Pesticide Monitoring Program. Pestic Monit J 15:14-38.

Mayer D, Haubenwallner S, Kosmus W, et al. 1992. Modified electrical heating system for hydride generation atomic absorption spectrometry and elaboration of a digestion method for the determination of arsenic and selenium in biological materials. Anal Chim Acta 268(2):315-321.

*Mayr U, Butsch A, Schneider S. 1992. Validation of two *in vitro* test systems for estrogenic activities with zearalenone, phytoestrogens and cereal extracts. Toxicology 74:135-149.

*McCarthy TP, Brodie B, Milner JA, et al. 1981. Improved method for selenium determination in biological samples by gas chromatography. J Chromatogr 225:9-16.

*McConnell KP, Broghamer WL, Jr., Blotcky AJ, et al. 1975. Selenium levels in human blood and tissues in health and disease. J Nutr 105:1026-1031.

*McConnell KP, Roth DM. 1966. Respiratory excretion of selenium. Proc Soc Exp Biol Med 123:919-921.

McConnell KP, Jager RM, Bland KI, et al. 1980. The relationship of dietary selenium and breast cancer. J Surg Oncol 15:67-70.

McGahan MC, Grimes AM. 1991. Selenium concentration in ocular tissues and fluids. Ophthalmic Res 23(1):45-50.

McLaughlin K, Dadgar D, Smyth MR, et al. 1990. Determination of selenium in blood plasma and serum by flow injection hydride generation atomic absorption spectrometry. Analyst 115(3):275-278.

McMaster D, Bell N, Anderson P, et al. 1990. Automated measurement of two indicators of human selenium status, and applicability to population studies. Clin Chem 36(2):211-216.

*McNeill JH, Delgatty HL, Battell ML. 1991. Insulinlike effects of sodium selenate in streptozocin-induced diabetic rats. Diabetes 40(12):1675-1678.

Meador JP, Ernest D, Hohn AA, et al. 1999. Comparison of elements in bottlenose dolphins stranded on the beaches of Texas and Florida in the Gulf of Mexico over a one-year period. Arch Environ Contam Toxicol 36:87-98.

Medina D. 1986. Mechanisms of selenium inhibition of tumorigenesis. Adv Exp Med Biol 206:465-472.

*Medina D, Shepherd F. 1981. Selenium-mediated inhibition of 7,12-dimethylbenz[a]anthracene-induced mouse mammary tumorigenesis. Carcinogenesis 2:451-455.

*Medinsky MA, Cuddihy RG, Griffith WC, et al. 1981a. A simulation model describing the metabolism of inhaled and ingested selenium compounds. Toxicol Appl Pharmacol 59:54-63.

*Medinsky MA, Cuddihy RG, McClellan RO. 1981b. Systemic absorption of selenious acid and elemental selenium aerosols in rats. J Toxicol Environ Health 8:917-928.

Medinsky MA, Cuddihy RG, Hill JO, et al. 1981c. Toxicity of selenium compounds to alveolar macrophages. Toxicol Lett 8:298-293.

*Meltzer HM, Norheim G, Bibow K, et al. 1990. The form of selenium determines the response to supplementation in a selenium replete population. Eur J Clin Nutr 44(6):435-446.

*Meltzer HM, Norheim G, Loken EB, et al. 1992. Supplementation with wheat selenium induces a dose-dependent response in serum and urine of a Se-replete population. Br J Nutr 67(2):287-294.

*Menkes M, Comstock G, Vuilleumier J, et al. 1986. Serum beta-carotene, vitamins A and E, selenium, and the risk of lung cancer. N Engl J Med 315:1250-1254.

Menter DG, Sabichi AL, Lippman SM. 2000. Selenium effects on prostate cell growth. Cancer Epidemiol Biomarkers Prev 9:1171-1182.

Merrick BA, Johnson KL, Kester KA, et al. 1983. Species and sex differences in selenium inhibition of hepatic drug metabolism in rodents. Drug Chem Toxicol 6:329-340.

Methenitou G, Maravelias C, Koutsogeorgopoulou L, et al. 1996. Immunomodulative effects of aflatoxins and selenium on human peripheral blood lymphocytes. Vet Hum Toxicol 38(4):274-277.

Meydani M, Maccauley JB, Blumberg JB. 1986. Influence of dietary vitamin E, selenium and age on regional distribution. Lipids 21:786-791.

*Meyer F, Vereault R. 1987. Erythrocyte selenium and breast cancer risk. Am J Epidemiol 125:376-383.

*Michalke B, Schramel P. 1998. Selenium speciation in human milk with special respect to quality control. Biol Trace Elem Res 59:45-56.

Michelot D, Poirier F, Melendez-Howell LM. 1999. Metal content profiles in mushrooms collected in primary forests of Latin America. Arch Environ Contam Toxicol 36:256-263.

Michelson AM. 1998. Selenium glutathione peroxidase: Some aspects in man. J Environ Pathol Toxicol Oncol 17(3&4):233-239.

*Michot TC, Custer TW, Nault AJ, et al. 1994. Environmental contaminants in redheads wintering in coastal Louisiana and Texas. Arch Environ Contam Toxicol 26:425-434.

*Middleton JM. 1947. Selenium burn of the eye. Review of a case with review of the literature. Arch Ophthalmol 38:806-811.

*Mihailovic M, Matic G, Lindberg P, et al. 1992. Accidental selenium poisoning of growing pigs. Biol Trace Elem Res 33:63-69.

*Miller WT, Williams KT. 1940. Minimum lethal dose of selenium as sodium selenite for horses, mules, cattle and swine. Journal of Agricultural Research 60:163-173.

Milner JA. 1995. Selenium: Do we dare neglect it? In: Bronner F, ed. Nutrition and health: Topics and controversies. New York, NY: CRC Press, 200-227.

*Minoia C, Sabbioni E, Apostoli P, et al. 1990. Trace element reference values in tissue from inhabitants of the European community I. A study of 46 elements in urine, blood, and serum of Italian subjects. Sci Total Environ 95:89-105.

Mirsalis JC, Tyson CK, Steinmetz KL, et al. 1989. Measurement of unscheduled DNA synthesis and S-phase synthesis in rodent hepatocytes following *in vivo* treatment: Testing of 24 compounds. Environ Mol Mutagen 14(3):155-164.

*Mofenson HC, Caraccio TR. 1998. Toxicity of household products. In: Viccellio P, ed. Emergency toxicology. 2nd ed. Philadelphia, PA: Lippincott-Raven, 519.

*Mohammed HO, White ME, Guard CL, et al. 1991. A case control study of the association between blood selenium and cystic ovaries in lactating dairy cattle. J Dairy Sci 74(7):2180-2185.

*Molokhia A, Portnoy B, Dyer A. 1979. Neutron activation analysis of trace elements in skin. Br J Dermatol 101:567-572.

Money DFL. 1970. Vitamin E and selenium deficiencies and their possible etiological role in the sudden death in infants syndrome. N Z Med J 71:32-34.

Moore FR, Samoy J, Montieth D, et al. 1996a. Selective acute toxicity and DNA strand breakage of selenium sulfide to rat liver [Abstract]. Environ Mol Mutagen 27(Suppl. 27):49.

Moore FR, Urda GA, Krishna G, et al. 1995. Genotoxicity evaluation of selenium sulfide in rats. Environ Mol Mutagen 25(Suppl. 25):36.

*Moore FR, Urda GA, Krishna G, et al. 1996b. Genotoxicity evaluation of selenium sulfide *in vivo* and *in vivo*/*in vitro* micronucleus and chromosome aberration assays. Mutat Res 367:33-41.

Mora MA. 1996. Organochlorines and trace elements in four colonial waterbird species nesting in the lower Laguna Madre, Texas. Arch Environ Contam Toxicol 31:533-537.

Mora MA, Wainwright SE. 1998. DDE, mercury, and selenium in biota, sediments, and water of the Rio Grande-Rio Bravo Basin, 1965-1995. Rev Environ Contam Toxicol 158:1-52.

Moreno MA, Marin C, Vinagre F, et al. 1999. Trace element levels in whole blood samples from residents of the city Badajoz, Spain. Sci Total Environ 229:209-215.

Morgan DL, Shines CJ, Jeter SP, et al. 1995. Acute pulmonary toxicity of copper gallium diselenide, copper indium diselenide, and cadmium telluride intratracheally instilled into rats. Environ Res 71:16-24.

Morgan DL, Shines CJ, Jeter SP, et al. 1997. Comparative pulmonary absorption, distribution, and toxicity of copper gallium diselenide, copper indium diselenide, and cadmium telluride in Sprague-Dawley rats. Toxicol Appl Pharmacol 147:399-410.

*Morisi G, Patriarca M, Marano G, et al. 1989. Age and sex specific reference serum selenium levels estimated for the Italian population. Ann Ist Super Sanita 25(3):393-403.

Morris JG. 1988. The bioavailability of selenium in animal foods. In: Tanji KK, Valoppi L, Woodring RC, eds. Selenium contents in animal and human food crops grown in California. Cooperative Extension University of California, Division of Agriculture and Natural Resources. Publication 3330, 89-96.

*Morris VC, Levander OA. 1970. Selenium content of foods. J Nutr 100:1383.

Morrow DA. 1968. Acute selenite toxicosis in lambs. J Am Vet Med Assoc 152:1625-1629.

*Morselli PL, Franco-Morselli R, Bossi L. 1980. Clinical pharmacokinetics in newborns and infants: Age-related differences and therapeutic implications. Clin Pharmacokin 5:485-527.

*Moser-Veillon PB, Mangels AR, Patterson KY, et al. 1992. Utilization of two different chemical forms of selenium during lactation using stable isotope tracers: An example of speciation in nutrition. Analyst 117(3):559-562.

Moxon AL. 1938. The effect of arsenic on the toxicity of seleniferous grains. Science 88:81.

*Moxon AL, DuBois KP. 1939. The influence of arsenic and certain other elements on the toxicity of seleniferous grains. J Nutr 18:447-457.

Moxon AL, Rhian M. 1943. Selenium poisoning. Physiol Rev 23:305-337.

Moxon AL, Olson OE, Searight WV. 1939. Selenium in rocks, soils, and plants. South Dakota Agricultural Experimental Station Technical Bulletin No. 2:94.

*Moxon AL, Paynter CR, Halverson AW. 1945. Effect of route of administration on detoxication of selenium by arsenic. J Pharmacol Exp Ther 84:115-119.

*Moyad MA. 2002. Selenium and vitamin E supplements for prostate cancer: Evidence or embellishment? Urology 59:9-19.

Mozier NM, McConnell KP, Hoffman JL. 1988. S-Adenosyl-L-methionine: thioether S-methyltransferase, a new enzyme in sulfur and selenium metabolism. J Biol Chem 263:4527-4531.

*Muñoz Olivas R, Donard OFX, Cámara C, et al. 1994. Analytical techniques applied to the speciation of selenium in environmental matrices. Analytic Chimica Acta 286:357-370.

Muntau AC, Streiter M, Kappler M, et al. 2002. Age-related references values for serum selenium concentrations in infants and children. Clin Chem 48(3):555-560.

*Muramatsu Y, Parr RM. 1988. Concentrations of some trace elements in hair, liver and kidney from autopsy subjects: relationship between hair and internal organs. Sci Total Environ 76:29-40.

Mussalo-Rauhamaa H, Vuori E, Lehto JJ. 1993. Increase in serum levels in Finnish children and young adults during 1980-1986: A correlation between the serum levels and the estimated intake. Eur J Clin Nutr 47:711-717.

Mutanen M, Aspila P, Mykkanen HM. 1986. Bioavailability to rats of selenium in milk of cows fed sodium selenite or selenited barley. Ann Nutr Metab 30:183-188.

Mutanen M, Koivistoinen P, Morris VC, et al. 1987. Relative nutritional availability to rats of selenium in Finnish spring wheat (*Triticum aestivum* L.) fertilized or sprayed with sodium selenate and in an American winter bread wheat naturally high in Se. Br J Nutr 57:319-329.

Mutanen M, Viita L, Mykkanen HM. 1989. Selenium supplementation does not alter platelet activation in subjects with normal selenium status. Int J Vitam Nutr Res 59(3):309-313.

Muth OH, Oldfield JE, Remmert LF, et al. 1958. Effects of selenium and vitamin E on white muscle disease. Science 128:1090.

Muth OH, Oldfield JE, Schubert JR, et al. 1959. White muscle disease (myopathy) in lambs and calves. VI. Effects of selenium and vitamin E on lambs. Am J Vet Res 20:231-234.

*Nadig RJ. 1994. Cadmium and other metals and metalloids. In: Goldfrank LR, Weisman RS, Flomenbaum N, et al. Eds. Goldfranks's toxicological emergencies. 6th ed. Norwalk, CT: Apleton and Lange, 1342-1343.

Naganuma A, Imura N. 1981. Properties of mercury and selenium in a high molecular weight substance in rabbit tissues formed by simultaneous administration. Pharmacol Biochem Behav 15:449-454.

*Naganuma A, Tanaka T, Kyoko M, et al. 1983. The interaction of selenium with various metals *in vitro* and *in vivo*. Toxicology 29:77-86.

Nakamuro K, Jyotatsu Y, Okuno T, et al. 1996. [Behavior of methylated metabolites of selenium in rats orally administered with various dose levels of sodium selenite]. Jpn J Toxicol Environ Health (Eisei Kagaku) 42(4):340-347. (Japanese).

Nakamuro K, Nakanishi K, Okuno T, et al. 1997. [Comparison of methylated selenium metabolites in rats after oral administration of various selenium compounds]. Jpn J Toxicol Environ Health (Eisei Kagaku) 43(3):182-189. (Japanese).

*Nakamuro K, Okuno T, Hasegawa T. 2000. Metabolism of selenoamino acids and contribution of selenium methylation to their toxicity. J Health Sci 46(6):418-421.

*Nakamuro K, Sayato Y, Ose Y. 1977. Studies on selenium-related compounds. VI. Biosynthesis of dimethylselenide in rat liver after oral administration of sodium selenate. Toxicol Appl Pharmacol 39:521-529.

*Nakamuro K, Yoshikawa Y, Sayato Y, et al. 1976. Studies on selenium-related compounds. V. Cytogenetic effect and reactivity with DNA. Mutat Res 40:177-184.

*Narasaski H. 1985. Determination of arsenic and selenium in fat materials and petroleum products by oxygen bomb combustion and automated atomic absorption spectrometry with hydride generation. Anal Chem 57:2481-2486.

*NAS. 1976a. Selenium. Comm Med Biol Effects Environ Pollut Subcomm - Selenium. Washington, DC: National Academy of Sciences.

*NAS. 1976b. Drinking water and health. Washington, DC: National Academy of Sciences.

NAS. 1977. Drinking water and health. Washington, DC: National Academy of Sciences, 344-368.

NAS. 1980a. Recommended dietary allowances. 9th Rev. Natl. Res. Council. Washington, DC: Food and Nutrition Board, National Academy of Science, 162-164.

*NAS. 1980b. Drinking water and health. Washington, DC: National Academy of Sciences, 326-344.

NAS. 1983. Nutrient requirements of laboratory animals. 15th ed. Washington, DC: National Academy of Sciences.

*NAS. 2000. Selenium. In: Dietary reference intakes for vitamin C, vitamin E, selenium, and carotenoids. Washington, DC: National Academy of Sciences, National Academy Press, 284-324.

*NAS/NRC. 1989. Report of the oversight committee. In: Biologic markers in reproductive toxicology. Washington, DC: National Academy of Sciences, National Research Council, National Academy Press.

NATICH. 1992. Report of Federal, State and Local Air Toxics Activities. Research Triangle Park, NC: National Air Toxics Information Clearinghouse, U.S. Environmental Protection Agency.

Navarro M, López H, Pérez V, et al. 1996. Serum selenium levels during normal pregnancy in healthy Spanish women. Sci Total Environ 186:237-242.

Navarro-Alarcón M, López-Martínez MC. 2000. Essentiality of selenium in the human body: Relationship with different diseases. Sci Total Environ 249:347-371.

Navarro-Alarcón M, López-G de la Serrana H, Pérez-Valero V, et al. 1999. Serum and urine selenium concentrations as indicators of body status in patients with diabetes mellitus. Sci Total Environ 228:79-85.

*NCDNR. 1986. North Carolina water quality standards documentation: The freshwater chemistry and toxicity of selenium with an emphasis on its effects in North Carolina. North Carolina Department of Natural Resources and Community Development Division of Environmental Management, Water Quality Section. Water Quality Technical Reports. Report No. 86-02.

*NCI. 1968. Evaluation of carcinogenic, teratogenic, and mutagenic activities of selected pesticides and industrial chemicals. Volume I. Carcinogenic study. Bethesda, Maryland: National Cancer Institute. PB 233 159.

Neal RH, Sposito G. 1991. Selenium mobility in irrigated soil columns as affectd by organic carbon amendment. J Environ Qual 20:808-814.

Nebbia C, Gremmels JF, Soffietti MG. 1990. Pathogenesis of sodium selenite and dimethylselenide acute toxicosis in swine: Tissue and blood biochemical changes. Res Commun Chem Pathol Pharmacol 67(1):117-130.

Nebbia C, Soffietti MG, Zittlau E, et al. 1991. Pathogenesis of sodium selenite and dimethylselenide acute toxicosis in pigs: Cardiovascular changes. Res Vet Sci 50(3):269-272.

Negretti de Bratter VE, Bratter P, Tomiak A. 1990. An automated microtechnique for selenium determination in human body fluids by flow injection hydride atomic absorption spectrometry (FI-HAAS). J Trace Elem Electrolytes Health Dis 4(1):41-48.

*Nehru LB, Bansal MP.  1996.  Effect of selenium supplementation on the glutathione redox system in the kidney of mice after chronic cadmium exposures.  J Appl Toxicol 17(1):81-84.

*Nelp WB, Blumberg F.  1965.  A comparison of the selenate and sulfate ions in man and dog.  J Nucl Med 6:822-830.

*Nelson AA, Fitzhugh OG, Calvery HO.  1943.  Liver tumors following cirrhosis caused by selenium in rats.  Cancer Res 3:230-236.

*Neumann PB, Coffindaffer TW, Cothran PE, et al.  1996.  Clinical investigation comparing 1% selenium sulfide and 2% ketoconazole shampoos for dandruff control.  Cosmet Dermatol 9(12):20-26.

Nève J.  1996.  Selenium as a risk factor for cardiovascular diseases.  J Cardiovasc Risk 3:42-47.

Nève J.  2000.  New approaches to assess selenium status and requirement.  Nutr Rev 58(12):363-369.

*Nève J, Vertongen F, Capel P.  1988.  Selenium supplementation in healthy Belgian adults:  Response in platelet glutathione peroxidase activity and other blood indices.  Am J Clin Nutr 48:139-143.

Nève J, Vertongen F, Thonnart N, et al.  1986.  Selenium supplementation during parenteral and enteral nutrition, short- and long-term effects of two derivatives.  Acta Pharmacol Toxicol (Copenh) 59:142-145.

Newton MF, Lilly IJ.  1984.  The clastogenicity of chromium and selenium compounds to rat tissues.  Heredity (Edinburgh) 53:564-565.

*Newton MF, Lilly LL.  1986.  Tissue-specific clastogenic effects of chromium and selenium salts *in vivo*.  Mutat Res 169:61-69.

Nielson JB, Anderson O.  1991.  A comparison of the effects of sodium selenite and seleno-L-methionine on disposition of orally administered mercuric chloride.  J Trace Elem Electrolytes Health Dis 5(4):245-250.

*Nielsen J, Andersen O.  1995.  A comparison of the lactational and transplacental deposition of mercury in offspring from methylmercury-exposed mice.  Effect of seleno-L-methionine.  Toxicol Lett 76:165-171.

*NIOSH.  1983.  National occupational exposure survey (NOES).  Cincinnati, OH:  National Occupational Safety and Health.

*NIOSH.  1989.  National occupational exposure survey.  Cincinnati, OH:  National Occupational Safety and Health.

NIOSH.  1992a.  NIOSH/OSHA Pocket Guide To Chemical Hazards.  National Institute for Occupational Safety and Health, Department of Health and Human Services, 206.

NIOSH.  1992b.  Recommendations for occupational safety and health.  National Institute for Occupational Safety and Health, Department of Health and Human Services.

*NIOSH.  1994a.  NIOSH manual of analytical methods.  Method 7300.  Cincinnati, OH:  National Institute for Occupational Safety and Health, Department of Health and Human Services, Division of Physical Sciences and Engineering.

NIOSH. 1994b. Documentation for immediately dangerous to life or health concentrations (IDLHS). Cincinnati, OH: National Institute for Occupational Safety and Health. PB94195047.

*NIOSH. 2001. International chemical safety cards. National Institute for Occupational Safety and Health. http://www.cdc.gov/niosh/nioshsrch.html. February 22, 2001.

Nishikido N, Suzuki T. 1985. Effects of gestational stage and injection route on the corporeal distribution and placental transfer of selenium in pregnant mice. Ind Health 23:95-106.

*Nishikido N, Furuyashiki K, Naganuma A, et al. 1987. Maternal selenium deficiency enhances the fetolethal toxicity of methyl mercury. Toxicol Appl Pharmacol 88:322-328.

NLFCA. 1995. National Listing of Fish Consumption Advisories. U.S. EPA database.

Noack-Fuller G, DeBeer C, Seibert H. 1993. Cadmium, lead, selenium, and zinc in semen of occupationally unexposed men. Andrologia 25(1):7-12.

*Nobunaga T, Satoh H, Suzuki T. 1979. Effects of sodium selenite on methylmercury embryotoxicity and teratogenicity in mice. Toxicol Appl Pharmacol 47:79-88.

*Noda M, Takano T, Sakurai H. 1979. Mutagenic activity of selenium compounds. Mutat Res 66:175-179.

NOES. 1984. National occupational exposure survey (1980-1983). Cincinnati, OH: National Institute for Occupational Safety and Health, Department of Health and Human Services.

*NOHS. 1976. National occupational hazard survey (1970). Cincinnati, OH: National Institute for Occupational Safety and Health, Department of Health and Human Services.

Nomura A, Heilbrun LK, Morris JS, et al. 1987. Serum selenium and the risk of cancer, by specific sites: Case-control analysis of prospective data. J Natl Cancer Inst 79:103-108.

*Nonavinakere VK, Proctor AS, Bell RR, et al. 1999. An acute intratracheal selenium study: Immediate effects on respiration in guinea pigs. Toxicol Lett 104:231-237.

Norheim C, Steinnes E. 1975. Determination of protein-bound trace elements in biological materials by gel filtration and neutron activation analysis. Anal Chem 47:1688.

*Norheim G, Haugen A. 1986. Precise determination of selenium in tissue using automated wet digestion and an automated hydride generator - Atomic absorption spectroscopy system. Acta Pharmacol Toxicol 59 (Suppl 7):606-609.

*Norppa H, Westermarck T, Knuutila S. 1980a. Chromosomal effects of sodium selenite *in vivo*. III. Aberrations and sister chromatid exchanges in Chinese hamster bone marrow. Hereditas 91:101-105.

Norppa H, Westermarck T, Oksanen A, et al. 1980b. Chromosomal effects of sodium selenite *in vivo*. Hereditas 93:97-99.

NRC. 1983. Selenium in nutrition. Revised edition. Washington, DC: Subcommittee on Selenium, Committee on Animal Nutrition, Board of Agriculture, National Research Council.

*NRC. 1989. Recommended dietary allowances. 10th ed. Washington, DC: Subcommittee on the Tenth Edition of the RDAs Food and Nutrition Board, Commission on Life Sciences, National Research Council. National Academy Press 6:217-224.

*NTP. 1980a. Bioassay of selenium sulfide (dermal study) for possible carcinogenicity. Bethesda, MD: National Toxicology Program, National Cancer Institute, National Institutes of Health. NCI Technical Report Series No. 197. NTP No. 80-18.

*NTP. 1980b. Bioassay of selsun for possible carcinogenicity. Bethesda, MD: National Toxicology Program, National Cancer Institute, National Institutes of Health. NCI Technical Report Series No. 199. NTP No. 80-19.

*NTP. 1980c. Bioassay of selenium sulfide (gavage) for possible carcinogenicity. Bethesda, MD: National Toxicology Program, National Cancer Institute, National Institutes of Health. NCI Technical Report Series No. 194. NTP No. 80-17.

*NTP. 1994. NTP technical report on toxicity studies of sodium selenate and sodium selenite administered in drinking water to F344/N rats and B6C3F$_1$ mice. Bethesda, MD: National Toxicology Program, Toxicity Report Series Number 38. NIH Publication 94-3387.

*NTP. 1996. Sodium selenate: Short term reproductive and developmental toxicity study when administered to Sprague-Dawley rats in the drinking water. Research Triangle Park, NC: National Toxicology Program, Department of Health and Human Services. NTIS PB 96 190 616.

Nyberg-Swenson BE. 1999. The selenium link: The missing link in our understanding of biochemical trigger reactions? Med Hypotheses 52(2):125-131.

Nylander M, Weiner J. 1991. Mercury and selenium concentrations and their interrelations in organs from dental staff and the general population. Br J Ind Med 48(11):729-734.

*Obermeyer BD, Palmer IS, Olson OE, et al. 1971. Toxicity of trimethylselenonium chloride in the rat with and without arsenite. Toxicol Appl Pharmacol 20:135-146.

Oehm GJ, Crisp PT, Ellis J. 1991. The recovery of selenious acid aerosols on glass fiber filters. J Air Waste Manage Assoc 41(2):190-194.

*Ohi G, Nishigaki HS, Tamura Y, et al. 1980. The protective potency of marine animal meat against the neurotoxicity of methylmercury: Its relationship with the organ distribution of mercury and selenium in the rat. Food Cosmet Toxicol 18:139-145.

*Ohlendorf HM, Hoffman DJ, Saiki MK, et al. 1986a. Embryonic mortality and abnormalities of aquatic birds: Apparent impacts. Sci Total Environ 52:49-63.

*Ohlendorf HM, Kilness AW, Simmons JL, et al. 1988. Selenium toxicosis in wild aquatic birds. J Toxicol Environ Health 24:67-92.

*Ohlendorf HM, Lowe RW, Kelly PR, et al. 1986b. Selenium and heavy metals in San Francisco Bay diving ducks. J Wildl Manage 50:64-71.

*Ohta H, Imamiya S. 1986. Selenium protection against the acute cadmium toxicity in testis. Kitasato Arch Exp Med 59:27-36.

Oldfield J. 1987. The two faces of selenium. J Nutr 117:2002-2008.

*Olson OE. 1986. Selenium toxicity in animals with emphasis on man. J Am Coll Toxicol 5:45-70.

*Olson OE, Schulte BH, Whitehead EI, et al. 1963. Effect of arsenic on selenium metabolism in rats. J Agric Food Chem 11:531-534.

Orhan H, Marol S, Hepşen İ, et al. 1999. Effects of some probable antioxidants on selenite-induced cataract formation and oxidative stress-related parameters in rats. Toxicology 139:219-232.

*Oryszczyn MP, Godin J, Frette C, et al. 1996. Decrease in selenium status in relation to coal dust exposure. Am J Ind Med 30:281-284.

OSHA. 1995a. Occupational Safety and Health Administration. Code of Federal Regulations. 29 CFR 1910.1000.

OSHA. 1995b. Occupational Safety and Health Administration. Code of Federal Regulations. 29 CFR 1910.119 Appendix A.

*OSHA. 2001. Limits for air contaminants. Occupational Safety and Health Administration. Code of Federal Regulations. 29 CFR 1910.1000. http://www.osha-slc.gov/OshStd_data/1910_1000_TABLE_Z-1.html. February 22, 2001.

Osman K, Åkesson a, Berglund M, et al. 2000. Toxic and essential elements in placentas of Swedish women. Clin Biochem 33(2):131-138.

Osman K, Schütz A, Åkesson B, et al. 1998. Interactions between essential and toxic elements in lead exposed children in Katowice, Poland. Clin Biochem 31(8):657-665.

*Ostadalova I, Babicky A. 1980. Toxic effect of various selenium compounds on the rat in the early postnatal period. Arch Toxicol 45:207-211.

*Ostadalova I, Babicky A, Kopolova J. 1988. Selenium metabolism in rats after administration of toxic doses of selenite. Physiol Bohemoslov 37(2):159-164.

*Oster JD, Tracy JE, Meyer JL, et al. 1988a. Selenium in or near the southern coast range: Well waters and vegetable crops. In: Tanji KK, Valoppi L, Woodring RC, eds. Selenium contents in animal and human food crops grown in California. Cooperative Extension University of California, Division of Agriculture and Natural Resources. Publication 3330, 51-55.

*Oster O, Prellwitz W. 1982. A methodological comparison of hydride and carbon furnace atomic absorption spectroscopy for the determination of selenium in serum. Clin Chim Acta 124:277-291.

*Oster O, Prellwitz W. 1990. The renal excretion of selenium. Biol Trace Elem Res 24(2):119-146.

*Oster O, Prellwitz W, Kasper W, et al. 1983. Congestive cardiomyopathy and the selenium content of serum. Clin Chim Acta 128:125-132.

*Oster O, Schmiedel G, Prellwitz W. 1988b. Correlations of blood selenium with hematological parameters in West German adults. Biol Trace Elem Res 15:47-81.

*Oster O, Schmiedel G, Prellwitz W. 1988c. The organ distribution of selenium in German adults. Biol Trace Elem Res 15:23-45.

*OTA. 1990. Neurotoxicity. Identifying and controlling poisons of the nervous system. Washington, DC: Office of Technology Assessment, U.S. Congress. OTA-BA-436.

Othman AI, El Missiry MA. 1998. Role of selenium against lead toxicity in male rats. J Biochem Mol Toxicol 12(6):345-349.

*O'Toole D, Raisbeck MF. 1995. Pathology of experimentally induced chronic selenosis (alkali disease) in yearling cattle. J Vet Diagn Invest 7:364-373.

Ovaskainen ML, Virtamo J, Alfthan G, et al. 1993. Toenail selenium as an indicator of selenium intake among middle-aged men in an area with low soil selenium. Am J Clin Nutr 57(5):662-665.

Overvad K. 1998. Selenium and cancer. In: Sandström B, Walter P, eds. Role of trace elements for health promotion and disease prevention. New York, NY: Kargar, 141-149.

*Overvad K, Thorling E, Bjerring PEP. 1985. Selenium inhibits UV-light-induced skin carcinogenesis in hairless mice. Cancer Lett 27:163-170.

*Owen GM, Brozek J. 1966. Influence of age, sex and nutrition on body composition during childhood and adolescence. In: Falkner F, ed. Human development. Philadelphia, PA: WB Saunders, 222-238.

Pacyna JM. 1995. The origin of Arctic air pollutants: Lessons learnes and future research. Sci Total Environ 160/161:39-53.

*Palmer IS, Olson OE. 1974. Relative toxicities of selenite and selenate in the drinking water of rats. J Nutr 104:306-314.

*Palmer IS, Arnold RC, Carlson CW. 1973. Toxicity of various selenium derivatives to chick embryos. Poult Sci 52:1841-1846.

*Palmer IS, Gunsalus RP, Halveson AW, et al. 1970. Trimethylselenonium ion as a general excretory product from selenium in the rat. Biochim Biophys Acta 208:260-266.

Palmquist B-M, Fagerholm P, Landau I. 1986. Selenium-induced cataract - A correlation of dry mass content and light scattering. Eye Research 42:35-42.

Panter KE, James LF. 1990. Natural plant toxicants in milk: A review. J Anim Sci 68(3):892-904.

*Panter KE, Hartley WJ, James LF. 1996. Comparative toxicity of selenium from seleno-DL-methionine, sodium selenate, and *Astragalus bisulcatus* in pigs. Fund Appl Toxicol 32:217-223.

*Panter KE, James LF, Mayland HF. 1995. Reproductive response of ewes fed alfalfa pellets containing sodium selenate or Astragalus bisulcatus as a selenium source. Vet Hum Toxicol 37(1):30-32.

Parizek J. 1978. Interactions between selenium compounds and those of mercury or cadmium. Environ Health Perspect 25:53-55.

*Parizek J, Ostadalova I. 1967. The protective effect of small amounts of selenite in sublimate intoxication. Experientia 23:142-143.

Parizek J, Kalouskova J, Pavlik L, et al. 1992. Sex-linked, androgen-dependent differences in renal retention of trimethylselenonium ions. Biol Trace Elem Res 34(3):257-263.

*Parizek J, Ostadalova I, Kalouskova J, et al. 1971a. Effect of mercuric compounds on the maternal transmission of selenium in the pregnant and lactating rat. J Reprod Fertil 25:157-170.

Parizek J, Ostadalova I, Kalouskova J, et al. 1971b. The detoxifying effects of selenium. Interrelations between compounds of selenium and certain metals. In: Mertz W, Cornatzer WE, eds. Newer trace elements in nutrition. New York, NY: Marcel Dekker, 85-122.

Park H-S, Park E, Kim M-S, et al. 2000. Selenite inhibits the c-Jun N-terminal kinase/stress-activated protein kinase (JNK/SAPK) through a thiol redox mechanism. J Biol Chem 275(4):2527-2531.

Park Y-C, Whanger PD. 1995. Toxicity, metabolism and absorption of selenite by isolated rat hepatocytes. Toxicology 100:151-162.

Parnham MJ. 1996a. The pharmaceutical potential of selenium chemistry. 3(5):7-10.

Parnham MJ. 1996b. Pulmonary-allergy, dermatological, gastrointestinal & arthritis: The pharmaceutical potential of seleno-organic compounds. 5(7):861-870.

Parnham M, Sies H. 2000. Ebselen: Prospective therapy for cerebral ischaemia. 9(3):607-619.

Parshad RK. 1999. Effects of selenium toxicity on oestrous cyclicity, ovarian follicles, ovulation and foetal survival in rats. Indian J Exp Biol 37:615-617.

Paton GR, Allison AC. 1972. Chromosome damage in human cell cultures induced by metal salts. Mutat Res 16:332-336.

*Patterson BH, Zech LA. 1992. Development of a model for selenite metabolism in humans. J Nutr 122(3Suppl):709-714.

*Patterson BH, Levander OA, Helzlsouer K, et al. 1989. Human selenite metabolism: A kinetic model. Am J Physiol 257(3Pt2):R556-567.

*Patterson BH, Zech LA, Swanson CA, et al. 1993. Kinetic modeling of selenium in humans using stable isotope tracers. J Trace Elem Electrolytes Health Dis 7(2):117-120.

*Paul M, Mason R, Edwards R. 1989. Effect of potential antidotes on the acute toxicity, tissue disposition and elimination of selenium in rats. Res Commun Chem Pathol Pharmacol 66(3):441-450.

*Peirson DH, Cawse PA, Salmon L, et al. 1973. Trace elements in the atmospheric environment. Nature 241:252-256.

USCA Case #25-1087    Document #2105058    Filed: 03/10/2025    Page 995 of 2126

Pelton R. 1999. Selenium's got the power: This wonder supplement can play a key role in the prevention and treatment of cancer, AIDS and cardiovascular disease. Am Drug 216:48-49.

Pennington JA, Young BE. 1991. Total diet study nutritional elements, 1982-1989. J Am Diet Assoc 91(2):179-183.

Pennington JA, Wilson DB, Young BE, et al. 1987. Mineral content of market samples of fluid whole milk. J Am Diet Assoc 87:1036-1042.

Pennington JA, Young BE, Wilson DB, et al. 1986. Mineral content of foods and total diets: The selected minerals in foods survey, 1982 to 1984. J Am Diet Assoc 86:876-891.

*Pennington JA, Young BE, Wilson DB. 1989. Nutritional elements in U.S. diets: Results from the Total Diet Study, 1982 to 1986. J Am Diet Assoc 89:659-644.

Penrith M-L. 1995. Acute selenium toxicosis as a cause of paralysis in pigs. J S Afr Vet Assoc 66(2):47-48.

*Penrith M-L, Robinson JTR. 1996. Selenium toxicosis with focal symmetrical poliomyelomalacia in postweaning pigs in South Africa. Onderstepoort J Vet Res 63:171-179.

*Peretz A, Neve J, Desmedt J, et al. 1991. Lymphocyte response is enhanced by supplementation of elderly subjects with selenium-enriched yeast. Am J Clin Nutr 53(5):1323-1328.

*Perona G, Cellerino R, Guidi GC, et al. 1977. Erythrocytic glutathione peroxidase: Its relationship to plasma selenium in man. Scand J Haematol 19:116-120.

*Pillay KKS, Thomas CCJ, Kaminski JW. 1969. Neutron activation analysis of selenium content of fossil fuels. Nucl Appl Technol 7:478-483.

*Pillay KKS, Thomas Jr. CC, Sondel JA. 1971. Activation analysis of airborne selenium as a possible indicator of atmospheric sulfur pollutants. Environ Sci Technol 5:74-77.

Pillay TS, Makgoba MW. 1992. Enhancement of epidermal growth factor (EGF) and insulin-stimulated tyrosine phosphorylation of endogenous substrates by sodium selenate. FEBS Lett 308(1):38-42.

Pinochet H, De Gregori I, Lobos MG, et al. 1999. Selenium and copper in vegetables and fruits grown on long-term impacted soils from Valparaiso region, Chile. Bull Environ Contam Toxicol 63:327-334.

*Pletnikova IP. 1970. Biological effect and safe concentration of selenium in drinking water. Hyg Sanit 35:176-180.

Podoll KL, Bernard JB, Ullrey DE, et al. 1992. Dietary selenate versus selenite for cattle, sheep, and horses. J Anim Sci 70(6):1965-1970.

*Poole CF, Evans NJ, Wibberley DG. 1977. Determination of selenium in biological samples by gas-liquid chromatography with electron-capture detection. J Chromatogr 136:73-83.

Portal B, Richard MJ, Ducros V, et al. 1993. Effect of double-blind crossover selenium supplementation on biological indices of selenium status in cystic fibrosis patients. Clin Chem 39(6):1023-1028.

*Poulsen HD, Danielsen V, Nielsen TK, et al. 1989. Excessive dietary selenium to primiparous sows and their offspring. I. Influence on reproduction and growth. Acta Vet Scand 30(4):371-378.

Presser TS, Ohlendorf HM. 1987. Biogeochemical cycling of selenium in the San Joaquin Valley, California. Environmental Management 11:805-821.

Presser TS, Swain WC, Tidball RR, et al. 1991. Geologic sources, mobilization, and transport of selenium from the California coast ranges to the Western San Joaquin Valley: A reconnaissance study. Govt Reports Announcements & Index (GRA&I), Issue 14, San Jocquin Valley Drainage Program, Sacramento, CA. NTIS/PB91-176727.

Pretorius L, Kempster PL, van Vliet HR, et al. 1992. Simultaneous determination of arsenic, selenium and antimony in water by inductively coupled plasma hydride method. F J Anal Chem 342(4-5):391-393.

*Pringle P. 1942. Occupational dermatitis following exposure to inorganic selenium compounds. The British Journal of Dermatology and Syphilis 54:54-58.

Qian S, Yang P. 1990. Direct determination of selenium in flours by slurry sample introduction and platform graphite furnace atomic absorption spectrometry. Fenxi Huaxue 18(11):1064-1066.

*Raie RM. 1996. Regional variation in As, Cu, Hg, and Se and interaction between them. Ecotoxicol Environ Saf 35:248-252.

*Raisbeck MF. 2000. Selenosis. Toxicology 16(3):465-479.

Raisbeck MF, Dahl ER, Sanchez DA, et al. 1993. Naturally occurring selenosis in Wyoming. J Vet Diagn Invest 5(1):84-87.

*Raisbeck MF, O'Toole D, Schamber RA, et al. 1996. Toxicologic evaluation of a high-selenium hay diet in captive pronghorn antelope (*Antilocapra americana*). J Wildl Dis 32(1):9-16.

*Raisbeck MF, Schamber RA, Belden EL. 1998. Immunotoxic effects of selenium in mammals. In: Garland T, Barr AC, eds. Toxic plants and other natural toxicants. New York, NY: CABI Publishing, 260-266.

*Rajotte BJP, P'an AYS, Malick A, et al. 1996. Evaluation of selenium exposure in copper refinery workers. J Toxicol Environ Health 48:239-251.

Ramakrishnan U, Manjrekar R, Rivera J, et al. 1999. Micronutrients and pregnancy outcome: A review of the literature. Nutr Res 19(1):103-159.

Ramana A, Sengupta AK. 1992. Removing selenium (IV) and arsenic (V) oxyanions with tailored chelating polymers. Journal of Environmental Engineering 118(5):755-775.

Rannem T, Hylander E, Ladefoged K, et al. 1996. The metabolism of [$^{75}$Se]selenite in patients with short bowel syndrome. JPEN, J Parenter Enteral Nutr 20(6):412-416.

*Rao MV, Patil GR, Borole LV. 1998. Effect of mercury and selenite interaction on the mouse vital organs. J Environ Biol 19(3):215-220.

Rascati RJ. 1983. Induction of retrovirus gene expression by selenium compounds. Mutat Res 117:67-78.

Rasco MA, Jacobs MM, Griffin AC. 1977. Effects of selenium on aryl hydrocarbon hydroxylase activity in cultured human lymphocytes. Cancer Letters 3:295-301.

Rasekh HR, Soliman KFA. 1995. Effect of selenium on brain dopaminergic system. FASEB J 9(4):711.

*Rasekh HR, Davis MD, Cooke LW, et al. 1997. The effect of selenium on the central dopaminergic system: A microdialysis study. Life Sci 61(11):1029-1035.

*Ratnasinghe D, Tangrea JA, Forman MR, et al. 2000. Serum tocopherols, selenium and lung cancer risk among tin miners in China. Cancer Causes Control 11:129-135.

*Rattner BA, Hoffman DJ, Melancon MJ, et al. 2000. Organochlorine and metal contaminant exposure and effects in hatching black-crowned night herons (*Nycticorax nycticorax*) in Delaware Bay. Arch Environ Contam Toxicol 39:38-45.

*Ray JH, Altenburg JL. 1978. Sister-chromatid exchange induction by sodium selenite: Dependence on the presence of red blood cells or red blood cell lysate. Mutat Res 54:343-354.

Ray JH, Altenburg LC. 1980. Dependence of the sister-chromatid exchange-inducing abilities of inorganic selenium compounds on the valence state of selenium. Mutat Res 78:261-266.

Ray JH, Altenburg LC. 1982. Sister-chromatid exchange induction by sodium selenite: Plasma protein-bound selenium is not the active SCE-inducing metabolite of $Na_2SeO_3$. Mutat Res 102:285-296.

*Ray JH, Altenburg JL, Jacobs MM. 1978. Effects of sodium selenite and methyl methanesulphonate or N-hydroxy-2-acetylamino-fluorescence co-exposure on sister chromatid exchange production in human blood cultures. Mutat Res 57:359-368.

Ray NR, Ray AK. 1973. Studies on some blood pictures in relation to hemorrhagic tendency during selenium toxicity. Ind J Physiol Allied Sci 27:152-154.

*Razagui IBA, Haswell SJ. 1997. The determination of mercury and selenium in maternal and neonatal scalp hair by inductively coupled plasma-mass spectrometry. J Anal Toxicol 21:149-153.

*Rea HM, Thomson CD, Campbell DR, et al. 1979. Relation between erythrocyte selenium concentrations and glutathione peroxidase (EC 1.11.1.9) activities of New Zealand residents and visitors to New Zealand. Br J Nutr 42: 201-208.

*Reamer DC, Veillon C. 1983. Elimination of perchloric acid in digestion of biological fluids for fluorometric determination of selenium. Anal Chem 55:1605-1606.

*Reamer DC, Zoller WH. 1980. Selenium biomethylation products from soil and sewage sludge. Science 208:500-502.

*Recknagel S, Brätter P, Tomiak A, et al. 1993. Determination of selenium in blood serum by ICP-OES including an on-line wet digestion and Se-hydride formation procedure. F J Anal Chem 346:833-836.

Reddy BS, Sugie S, Maruyama H, et al. 1988. Effect of dietary excess of inorganic selenium during initiation and postinitiation phases of colon carcinogenesis in F344 rats. Cancer Res 48:1777-1780.

Reddy CC, Massaro EJ. 1983. Biochemistry of selenium: A brief overview. Fundam Appl Toxicol 3:431-443.

Redman C, Xu MJ, Peng YM, et al. 1997. Involvement of polyamines in selenomethionine induced apoptosis and mitotic alterations in human tumor cells. Carcinogenesis 18(6):1195-1202.

*Reid ME, Duffield-Lillico AJ, Garland L et al. 2002. Selenium supplementation and lung cancer incidence: an update of the nutritional prevention of cancer trial. Cancer Epidemiol Biomarkers Prev 11(11):1285-1291.

Reis MF, Holzbecher J, Martinho E, et al. 1990. Determination of selenium in duplicate diets of residents of Pinhel, Portugal, by neutron activation. Biol Trace Elem Res 26-27:629-635.

*Richter RC, Swami K, Chace S, et al. 1998. Determination of arsenic, selenium, and antimony in cloud water by inductively coupled plasma mass spectrometry. Fresenius J Anal Chem 361(2):168-173.

Ridlington JW, Whanger PD. 1981. Interactions of selenium and antioxidants with mercury, cadmium and silver. Fundam Appl Toxicol 1:368-375.

Ringstad J, Jacobsen BK, Tretli S, et al. 1988. Serum selenium concentration associated with risk of cancer. J Clin Pathol 41:454-457.

Robberecht HJ, Deelsta HA. 1984. Selenium in human urine: Concentration levels and medical implications. Clin Chim Acta 136:107-120.

*Robberecht H, Van Grieken R. 1982. Selenium in environmental waters: Determination, speciation and concentration levels. Talanta 29:823-844.

*Robberecht H, Deelstra H, Van Grieken R. 1990. Determination of selenium in blood components by x-ray emission spectrometry. Procedures, concentration levels, and health implications. Biol Trace Elem Res 25(3):149-185.

*Robberecht H, Vanden Berghe D, Deelstra H, et al. 1982. Selenium in Belgian soils and its uptake by rye-grass. Sci Total Environ 25:61-69.

*Robertson DSF. 1970. Selenium, a possible teratogen? Lancet 1:518-519.

*Robinson JR, Robinson MF, Levander OA, et al. 1985. Urinary excretion of selenium by New Zealand and North American human subjects on differing intakes. Am J Clin Nutr 41(5):1023-1031.

Robinson JTR. 1995. Acute selenium toxicosis as a cause of paralysis in pigs. S Afr Vet Assoc 66(2):47-48.

*Robinson MF, Rea HM, Friend GM, et al. 1978. On supplementing the selenium intake of New Zealanders. 2. Prolonged metabolic experiments with daily supplements of selenomethionine, selenite, and fish. Br J Nutr 39:589-600.

*Robkin MA, Swanson DR, Shepard TE. 1973. Trace metal concentrations in human fetal livers. Trans Am Nucl Soc 17:97-98.

Roden M, Prskavec M, Fürnsinn C, et al. 1995. Metabolic effect of sodium selenite: Insulin-like inhibition of glucagon-stimulated glycogenolysis in the isolated perfused rat liver. Hepatology 22(1):169-174.

*Rodríguez Rodríguez EM, Alaejos MS, Romero CD. 1999. Chemometric studies of several minerals in milk. J Agric Food Chem 47:1520-1524.

Rogers MA, Thomas DB, Davis S, et al. 1991. A case control study of oral cancer and pre-diagnostic concentrations of selenium and zinc in nail tissue. Int J Cancer 48(2):182-188.

Romera-Alvira D, Roche E, Placer L. 1996. Cardiomyopathies and oxidative stress. Med Hypotheses 47:137-144.

Ronai Z, Tillotson JK, Traganos F, et al. 1995. Effects of organic and inorganic selenium compounds on rat mammary tumor cells. Int J Cancer 63:428-434.

*Rongpu Y, Jiachen H, Gongkan F, et al. 1986. Fluorometric determination of micro-amounts of selenium in human blood, using 2,3-diaminonaphthalene. Med Lab Sci 43:331-334.

Rose J, Hutcheson S, West CR, et al. 1999. Fish mercury distribution in Massachusetts, USA lakes. Environ Toxicol Chem 18(7):1370-1379.

Rosenfeld I, Beath OA. 1946a. The influence of protein diets on selenium poisoning. Am J Vet Res 7:52-56.

Rosenfeld I, Beath OA. 1946b. The influence of protein diets on selenium poisoning. II. The influence of protein selenium administration. Am J Vet Res 7:57-61.

*Rosenfeld I, Beath OA. 1947. Congenital malformations of eyes of sheep. J Agri Res 75:93-103.

*Rosenfeld I, Beath OA. 1954. Effect of selenium on reproduction in rats. Proc Soc Exp Biol Med 87:295-297.

*Rosenfeld I, Beath OA. 1964a. Selenium in relation to public health. In: Selenium: Geobotany, biochemistry, toxicity, and nutrition. New York, NY: Academic Press, 279-289.

*Rosenfeld I, Beath OA. 1964b. Selenium poisoning in animals. In: Selenium: Geobotany, biochemistry, toxicity, and nutrition. New York, NY: Academic Press, 141-226.

Ross HB. 1990. Biogeochemical cycling of atmospheric selenium. Met Speciation Environ NATO ASI Ser., Ser G  Vol 23:523-543.

Rotruck JT, Ganther H., Swanson A., et al. 1973. Selenium: Biochemical role as a component of glutathione peroxidase. Science 179:588-590.

*Roy AC, Karunanithy R, Ratnam SS. 1990. Lack of correlation of selenium level in human semen with sperm count/motility. Arch Androl 25(1):59-62.

Roy WR. 1994. Groundwater contamination from municipal landfills in the USA. In: Adriano DC, Iskandar AK, Murarka IP, eds. Contamination in groundwaters. Northwood, England: Science Reviews, 411-446.

*RTECS. 2001. Selenious acid. Registry of Toxic Effects of Chemical Substances. National Institute for Occupational Safety and Health. February, 2001.

*RTI. 1993. Research Triangle Institute. National Listing of State Fish and Shellfish Consumption Advisories and Bans. Prepared for U.S. Environmental Protection Agency, Office of Water.

*Rudd JWM, Turner MA. 1983a. The English-Wabigoon River system: II. Suppression of mercury and selenium bioaccumulation by suspended and bottom sediments. Can J Fish Aquat Sci 40:2218-2227.

Rudd JWM, Turner MA. 1983b. The English-Wabigoon River system: V. Mercury and selenium bioaccumulation as a function of aquatic primary productivity. Can J Fish Aquat Sci 40:2251-2259.

*Rudolph N, Wong SL. 1978. Selenium and glutathione peroxidase activity in maternal and cord plasma and cells. Pediatr Res 12:789-792.

*Rusov C, Zivkovic R, Soldatovic B, et al. 1996. A study of selenium genotoxicity in the micronucleus test on mice. Acta Vet (Belgrade) 45(2-3):161-166.

Ruta DA, Haider S. 1989. Attempted murder by selenium poisoning. Br Med J 299(6694):316-317

*Sabé R, Rubio R, Garcia-Beltran L. 2001. Selenium determination in urine with atomic fluorescence detection. Anal Chim Acta 436(2):215-221.

*Saeed K. 1986. Direct electrothermal atomic absorption spectrometric determination of selenium in biological fluids. Part 1 - Human Urine. Acta Pharmacol Toxicol 59(Suppl 7):593-597.

Saiki MK. 1986a. A field example of selenium contamination in an aquatic food chain. Proceedings from the first annual symposium on selenium in the environment. Fresno, CA: California State University. California Agricultural Technology Institute Publication, CATI/860201, 67-75.

Saiki MK. 1986b. Concentrations of selenium in aquatic food-chain organisms and fish exposed. In: Howard AQ, ed. Selenium and Agricultural Drainage: Implications for San Francisco Bay and the California Environment. Proc. Second Selenium Symp. Tiburon, CA: The Bay Institute of San Francisco, 25-33.

*Saiki MK, Lowe TP. 1987. Selenium in aquatic organisms from subsurface agricultural drainage water, San Joaquin Valley, California. Arch Environ Contam Toxicol 16:657-670.

Saiki MK, Jennings MR, Brumbaugh WG. 1993. Boron, molybdenum, and selenium in aquatic food chains from the lower San Joaquin River and its tributaries, California. Arch Environ Contam Toxicol 24(3):307-319.

Saiki MK, Jennings MR, May TW. 1992. Selenium and other elements in freshwater fishes from the irrigated San Joaquin Valley, California. Sci Total Environ 126(1-2):109-137.

Sakurai H, Tsuchiya K. 1975. A tentative recommendation for the maximum daily intake of selenium. Environ Physiol Biochem 5:107-118.

Salamone JD. 1994. The involvement of nucleus accumbens dopamine in appetitive and aversive motivation. Behav Brain Res 61:117-133.

*Salbe AD, Levander OA. 1989. Effect of growth phase on deposition of selenim (Se) in tissues of rats fed elevated dietary levels of Se as either L - Selenomethionine of sodium selenate. In: Wendel A ,eds. Selenium in biology and medicine. Springer-Verlag, 122-125.

*Salbe AD, Levander OA. 1990a. Comparative toxicity and tissue retention of selenium in methionine-deficient rats fed sodium selenate or L-selenomethionine. J Nutr 120(2):207-212.

*Salbe AD, Levander OA. 1990b. Effect of various dietary factors on the deposition of selenium in the hair and nails of rats. J Nutr 120(2):200-206.

*Salbe AD, Hill CH, Veillon C, et al. 1993. Relationship between seum somatomedin C levels and tissues selenium content among adults living in a seleniferous area. Nutr Res 13:399-405.

*Salonen J, Alfthan G, Huttunen J, et al. 1984. Association between serum selenium and the risk of cancer. Am J Epidemiol 120:342-349.

*Salonen J, Salonen R, Lappetelainen R, et al. 1985. Risk of cancer in relation to serum concentrations of selenium and vitamins A and E: Matched case-control analysis of prospective data. Br Med J 290:417-420.

*Salonen JT, Alfthan G, Huttenen JK, et al. 1982. Association between cardiovascular death and myocardial infarction and serum selenium in matched pair longitudinal study. Lancet 2:175-179.

*Sánchez-Ocampo A, Torres-Pérez J, Jiménez-Reyes M. 1996. Selenium levels in the serum of workers at a rubber tire repair shop. Am Ind Hyg Assoc J 57:72-75.

*Sandholm M. 1973. The initial fate of a trace amount of intravenously administered selenite. Acta Pharmacol Toxicol 33:1-5.

Sandholm M. 1975. Function of erythrocytes in attaching selenite-Se onto specific plasma proteins. Acta Pharmacol Toxicol 36:321-327.

*Sandholm M, Oksanen HE, Pesonen L. 1973. Uptake of selenium by aquatic organisms. Limnology and Oceanography 18:496-499.

Sanpera C, Morera M, Crespo S, et al. 1997. Trace elements in clutches of Yellow-legged Gulls, *Larus cachinnans*, from the Medes Islands, Spain. Bull Environ Contam Toxicol 59:757-762.

Sanpera C, Morera M, Ruiz X, et al. 2000. Variability of mercury and selenium levels in clutches of Audouin's gulls (*Larus audouinii*) breeding at the Chafarinas Islands, southwest Mediterranean. Arch Environ Contam Toxicol 39:119-123.

*Sani BP, Woodward JL, Pierson MC, et al. 1988. Specific binding proteins for selenium in rat tissues. Carcinogenesis 9(2):277-284.

Santolo GM, Yamamoto JT. 1999. Selenium in blood of predatory birds from Kesterson Reservoir and other areas in California. J Wildl Manage 63(4):1273-1281.

*Sanz Alaejos M, Diaz Romero C. 1993. Urinary selenium concentrations. Clin Chem 39(10)2040-2052.

*Sayato Y, Hasegawa T, Taniguchi S, et al. 1993. Acute and subacute oral toxicity of selenocystine in mice. Jap J Toxicol Environ Health 39(4):289-296.

Schafer L, Thorling EB. 1990. Lipid peroxidation and antioxidant supplementation in old age. Scand J Clin Lab Invest 50(1):69-75.

Schauer JJ, Kleeman MJ, Cass GR, et al. 1999. Measurement of emissions from air pollution sources. 2. $C_1$ through $C_{30}$ organic compounds from medium diesel trucks. Environ Sci Technol 33:1578-1587.

Schieke SM, Briviba K, Klotz L-O, et al. 1999. Activation pattern of mitogen-activated protein kinases elicited by peroxynitrite: Attenuation by selenite supplementation. FEBS Lett 448:301-303.

*Schillaci M, Martin SE, Milner JA. 1982. The effects of dietary selenium on the biotransformation of 7,12-dimethyl-benzanthracene. Mutat Res 101:31-37.

Schiønning JD, Eide R, Ernst E, et al. 1997. The effect of selenium on the localization of autometallographic mercury in dorsal root ganglia of rats. Histochem J 29:183-191.

*Schmitt CJ, Brumbaugh WG. 1990. National contaminant biomonitoring program: Concentrations of arsenic, cadmium, copper, lead, mercury, selenium, and zinc in U.S freshwater fish, 1976-1984. Arch Environ Contam Toxicol 19(5):731-747.

Schoental R. 1968. Selenium-75 in the Harderian glands and brown fat of rats given sodium selenite labelled with selenium-75. Nature 218:294-295.

Schrauzer GN. 1992. Selenium. Mechanistic aspects of anticarcinogenic action. Biol Trace Elem Res 33:51-62.

*Schrauzer GN. 2000. Selenomethionine: A review of its nutritional significance, metabolism and toxicity. J Nutr 130:1653-1656.

Schrauzer GN. 2001. Nutritional selenium supplements: Product types, quality, and safety. J Am Coll Nutr 20(1):1-4.

*Schrauzer GN, White DA. 1978. Selenium in human nutrition: Dietary intakes and effects of supplementation. Bioinorg Chem 8:303-318.

*Schrauzer G, White D, Schneider C. 1976. Inhibition of the genesis of spontaneous mammary tumors in C3H mice: Effects of selenium and of selenium-antagonistic elements and their possible role in human breast cancer. Bioinorg Chem 6:265-270.

*Schrauzer G, White D, Schneider C. 1977. Cancer mortality correlation studies. III. Statistical associations with dietary selenium intakes. Bioinorg Chem 7:23-24.

*Schroeder HA. 1967. Effects of selenate, selenite and tellurite on the growth and early survival of mice and rats. J Nutr 92:334-338.

*Schroeder HA, Mitchener M. 1971a. Selenium and tellurium in rats: Effects on growth, survival, and tumors. J Nutr 101:1531-1540.

*Schroeder HA, Mitchener M. 1971b. Toxic effects of trace elements on reproduction of mice and rats. Arch Environ Health 23:102-106.

*Schroeder HA, Mitchener M. 1972. Selenium and tellurium in mice: Effects on growth, survival and tumors. Arch Environ Health 24:66-71.

Schroeder RA, Orem WH, Kharaka YK. 2002. Chemical evolution of the Salton Sea, California: Nutrient and selenium dynamics. Hydrobiologia 473:32-45.

*Schubert A, Holden MM, Wolf WR. 1987. Selenium content of a core group of foods based on a critical evaluation of published analytical data. J Am Diet Assoc 87:285-299.

*Schultz J, Lewis HE. 1940. The excretion of volatile selenium compounds after the administration of sodium selenite to white rats. J Biol Chem 133:199-207.

*Schutz DF, Turekian KK. 1965. The investigation of geographical and vertical distribution of several trace elements in seawater using neutron activation analysis. Geochim Cosmochim Eta 29:259-313.

*Scudlark JR, Conko KM, Church TM. 1994. Atmospheric wet deposition of trace elements to Chesapeake Bay: CBAD study year 1 results. Atmos Environ 28(8):1487-1498.

*Secor CL, Lisk DJ. 1989. Variation in the selenium content of individual Brazil nuts. Journal of Food Safety 9:279-281.

Segerson EC, Johnson BH. 1979. Selenium/vitamin E and reproductive function in Angus bulls. J Anim Sci 48(Suppl 1):336.

*Seko Y, Imura N. 1997. Active oxygen generation as a possible mechanism of selenium toxicity. Biomed Environ Sci 10:333-339.

*Seko Y, Saito Y, Kitahara J, et al. 1989. Active pxygen generation by the reaction of selenite with reduced glutathione *in vitro*. In: Wendel A ,ed. Selenium in biology and medicine. New York, NY: Springer-Verlag, 71-73.

*Senff H, Kuhlwein A, Bothe C, et al. 1988. Allergic contact dermatitis from selenite. Contact Dermatitis 19(1):73-74.

*Sesana G, Baj A, Toffoletto F, et al. 1992. Plasma selenium levels of the general population of an area in northern Italy. Sci Total Environ 120(1-2):97-102.

*Setchell BP, Waites GMH. 1975. The blood-testis barrier. In: Creep RO, Astwood EB, Geiger SR, eds. Handbook of physiology: Endocrinology V. Washington, DC: American Physiological Society.

*Shamberger RJ. 1970. Relationship of selenium to cancer. I. Inhibitory effect of selenium on carcinogenesis. J Natl Cancer Inst 44:931-936.

Shamberger RJ. 1980a. Evidence for the antimutagenicity and the mutagenicity of selenium. Biol Trace Elem Res 2:81-87.

Shamberger RJ. 1980b. Selenium in the drinking water and cardiovascular disease. J Environ Pathol Toxicol 4:305-308.

*Shamberger RJ. 1981. Selenium in the environment. Sci Total Environ 17:59-74.

*Shamberger RJ. 1983. Cleveland, Ohio, personal communication. (As cited in Iyengar 1987).

*Shamberger RJ. 1986. Selenium metabolism and function. Clin Physiol Biochem 4:42-49.

Shamberger R, Willis CE. 1971. Selenium distribution and human cancer mortality. CRC Crit Rev Clin Lab Sci 2:211-221.

Shamberger RJ, Tytko SA, Willis CE. 1974. Antioxidants and cancer. II. Selenium distribution and human cancer mortality in the United States, Canada and New Zealand. Trace Substances in Environmental Health:31-34.

Shamberger RJ, Tytko SA, Willis CE. 1975. Selenium and heart disease. In: Hemphill DD, ed. Trace substances in environmental health - IX. Columbia, MO: University of Missouri, 15-22.

*Shamberger RJ, Tytko SA, Willis CE. 1976. Antioxidants and cancer: Part VI. Selenium and age-adjusted human cancer mortality. Arch Environ Health 31:231-235.

*Shane BS, Littman CB, Essick LA, et al. 1988. Uptake of selenium and mutagens by vegetables grown in fly ash containing greenhouse media. J Agric Food Chem 36(2):328-333.

Shang F, Zhang J, Chang C. 1991. The aggression of rat soluble lens proteins caused by sodium selenite. Shengwa Huaxue Zazhi 7(4):476-481.

Shani J, Livshitz T, Robberecht H, et al. 1985. Increased erythrocyte glutathione peroxidase activity in psoriatics consuming high-selenium drinking water at the Dead-Sea Psoriasis Treatment Center. Pharmacol Res Commun 17:479-488.

Shearer TR, David LL. 1982. Role of calcium in selenium cataract. Curr Eye Res 2:777-784.

*Shearer TR, Hadjimarkos DM. 1975. Geographic distribution of selenium in human milk. Arch Environ Health 30:230-233.

Shearer TR, Anderson RS, Britton JL, et al. 1983a. Early development of selenium-induced cataract: Slit lamp evaluation. Exp Eye Res 1983:781-788.

Shearer TR, Anderson RS, Britton JL. 1983b. Uptake and distribution of radioactive selenium in cataractous rat. Curr Eye Res 2:561-564.

Shearer TR, David LL, Anderson RS, et al. 1992. Review of selenite cataract. Curr Eye Res 11(4):357-369.

Shearer TR, McCormack DW, DeSort DJ, et al. 1980. Histological evaluation of selenium induced cataracts. Exp Eye Res 31:321-333.

Sheehan TM, Gao M. 1990. Simplified fluorometric assay of total selenium in plasma and urine. Clin Chem 36(12):2124-2126.

Shen H-M, Yang C-F, Ong C-N. 1999. Sodium selenite-induced oxidative stress and apoptosis in human hepatoma HepG$_2$ cells. Indian J Cancer 81:820-828.

Shenberg C, Mantel M, Izak-Biran T, et al. 1988. Rapid and simple determination of selenium and other trace elements in very small blood samples by XRF. Biol Trace Elem Res 16(1):87-95.

Shendriker AD, West PW. 1973. Determination of selenium in the smoke from trash burning. Environ Lett 5:29-35.

Shennan DB. 1988. Selenium (selenate) transport by human placental brush border membrane vesicles. Br J Nutr 59(1):13-19.

Shimada T, El-Bayoumy K, Upadhyaya P, et al. 1997. Inhibition of human cytochrome P450-catalyzed oxidations of xenobiotics and procarcinogens by synthetic organoselenium compounds. Cancer Res 57:4757-4764.

*Shimoishi Y. 1977. Some 1,2-diaminobenzene derivatives as reagents for gas chromatographic determination of selenium with an electron capture detector. J Chromatogr 13:85-93.

Shimojo N, Homma S, Nakai I, et al. 1991. Nondestructive synchrotron radiation X-ray fluorescence imaging of trace elements on methylmercury and selenium administered guinea pigs. Anal Lett 24(10):1767-1778.

*Shiobara Y, Yoshida T, Suzuki KT. 1998. Effects of dietary selenium species on Se concentrations in hair, blood, and urine. Toxicol Appl Pharmacol 152:309-314.

Shisler JL, Senkevich TG, Berry ML, et al. 1998. Ultraviolet-induced cell death blocked by a selenoprotein from a human dermatropic poxvirus. Science 279:102-105.

*Shrift A. 1964. A selenium cycle in nature? Nature 201:1304-1305.

*Sindeeva. 1964. Mineralogy and types of deposits of selenium and tellurium. New York, NY: Interscience Publishers.

*Singh PP, Junnarkar AY. 1991. Behavioral and toxic profile of some essential trace metal salts in mice and rats. Indian Journal of Pharmacology 23(3):153-159.

Singh YN, Adam TJ, Lulf LA, et al. 1996. Acute effects of sodium selenite on the isolated mouse diaphragm and in the anesthetized rat. J Nat Toxins 5(3):351-360.

Sinha R, Medina S. 1997. Inhibition of cdk2 kinase activity by methylselenocysteine in synchronized mouse mammary epithelial tumor cells. Carcinogenesis 18(8):1541-1547.

Sinha R, Said TK, Medina D. 1996. Organic and inorganic selenium compounds inhibit mouse mammary cell growth *in vitro* by different cellular pathways. Cancer Lett 107:277-284.

Sinha R, Kiley SC, Lu JX, et al. 1999. Effects of methylselenocysteine on PKC activity, cdk2 phosphorylation and *gadd* gene expression in synchronized mouse mammary epithelial tumor cells. Cancer Lett 146:135-145.

*Sioris LJ, Guthrie K, Pentel PR. 1980. Acute selenium poisoning [Abstract]. Vet Hum Toxicol 22:364.

*Sirianni SR, Huang CC. 1983. Induction of sister chromatid exchange by various selenium compounds in Chinese hamster cells in the presence and absence of S9 mixture. Cancer Lett 18:109-116.

*Skeaff JM, Dubreuil AA. 1997. Calculated 1993 emission factors of trace metals for Canadian non-ferrous smelters. Atmos Environ 31(10):1449-1457.

*Skerfving S. 1978. Interaction between selenium and methylmercury. Environ Health Perspect 25:57-65.

*Skowerski M, Czechowicz K, Konecki J, et al. 1997a. Effects of interaction between cadmium and selenium on hepatic metabolism in mice. Part II: Enzymatic activity and ultrastructure. Med Sci Monit 3(5):648-653.

*Skowerski M, Konecki J, Czechowicz K, et al. 1997b. Effects of interaction between cadmium and selenium on hepatic metabolism in mice. Part I: The study on DNA, RNA and protein synthesis activities in mouse hepatocytes. Med Sci Monit 3(5):642-647.

Skowerski M, Jasik K, Konecki J. 2000. Effects of interaction between cadmium and selenium on heart metabolism in mice: The study of RNA, protein, ANP synthesis activities and ultrastructure in mouse heart. Med Sci Monit 6(2):258-265.

*Smith AM, Picciano MF, Milner JA. 1982. Selenium intakes and status of human milk and formula fed infants. Am J Clin Nutr 35:521-526.

Smith BI, Donovan GA, Rae DO. 1999. Selenium toxicosis in a flock of Katahdin hair sheep. Can Vet J 40:192-194.

*Smith MI, Westfall BB. 1937. Further field studies on the selenium problem in relation to public health. Public Health Rep 52:1375-1384.

*Smith MI, Franke KW, Westfall BB. 1936. The selenium problem in relation to public health. A preliminary survey to determine the possibility of selenium intoxication in the rural population living on seleniferous soil. Pub Health Rep 51:1496-1505.

*Smith MI, Westfall BB, Stohlman Jr. EF. 1937. The elimination of selenium and its distribution in the tissues. Public Health Rep 52:1171-1177.

*Smyth JB, Wang JH, Barlow RM, et al. 1990. Experimental acute selenium intoxication in lambs. J Comp Pathol 102(2):197-209.

Snook JT. 1991. Effect of ethanol use and other lifestyle variables on measures of selenium status. Alcohol 8(1):13-16.

Söderberg A, Sahaf B, Rosén A. 2000. Thioredoxin reductase, a redox-active selenoprotein, is secreted by normal and neoplastic cells: Presence in human plasma. Cancer Res 60:2281-2289.

*Sohn OS, Blackwell L, Mathis J, et al. 1991. Excretion and tissue distribution of selenium following treatment of male F344 rats with benzylselenocyanate or sodium selenite. Drug Metab Dispos 19(5):865-870.

Sohn OS, Li H, Surface A, et al. 1995. Contrasting patterns of selenium excretion by female CD rats treated with chemically related chemopreventive organic selenocyanate compounds. Anticancer Res 15:1849-1856.

Solomons NW, Torun B, Janghorbani M, et al. 1986. Absorption of selenium from milk protein and isolated soy protein formulas. J Pediatr Gastroenterol Nutr 5:122-126.

Sonoyama E, Zaima K, Naora H, et al. 2001. Selenium deificiency causes abnormal mitichondria elongation in the mouse speratid. Teratology 63(4):37A.

*Soullier B, Wilson P, Nigro N. 1981. Effect of selenium on azoxymethane-induced intestinal cancer in rats fed high fat diet. Cancer Lett 12:343-348.

*Spallholz JE. 1994. On the nature of selenium toxicity and carcinostatic activity. Free Radic Res 17(1):45-64.

Spallholz JE. 1997. Free radical generation by selenium compounds and their prooxidant toxicity. Biomed Environ Sci 10:260-270.

Spallholz JE, Boylan LM, Larsen HS. 1990. Advances in understanding selenium's role in the immune system. Ann N Y Acad Sci 587:123-139.

*Spallholz JE. 2001. Selenium and the prevention of cancer. Part II: Mechanisms for the carcinostatic activity of Se compounds. The Bulletin of Selenium – Tellurium Development Association, 1-12.

*Spencer RP, Blau M. 1962. Intestinal transport of selenium-75 selenomethionine. Science 136:155-156.

*SRI. 2000. Directory of chemical producers. Menlo Park, CA: SRI International.

Stadtman TC. 1974. Selenium biochemistry. Proteins containing selenium are essential components of certain bacterial and mammalian enzyme systems. Science 183:915-921.

*Stadtman TC. 1977. Biological function of selenium. Nutr Rev 35:161-166.

*Stadtman TC. 1980. Selenium-dependent enzymes. Annu Rev Biochem 49:93-110.

*Stadtman TC. 1983. New biological functions--Selenium-dependent nucleic acids and proteins. Fundam Appl Toxicol 3:420-423.

*Stadtman TC. 1987. Specific occurrence of selenium in enzymes and amino acid tRNAs. FASEB J 1:375-379.

*Stadtman TC. 1990. Selenium biochemistry. Annu Rev Biochem 59:111-127.

Stadtman TC. 2000. Some functions of the essential trace element, selenium. In: Roussel et al ,eds. Trace elements in man and animals. New York, NY: Plenum Publishers, 831-836.

*Stajn A, Zikic RV, Ognjanovic B, et al. 1997. Effect of cadmium and selenium on the antioxidant defense system in rat kidneys. Comp Biochem Physiol 117C(2):167-172.

Stampfer MJ, Morris JS, Willett WC. 1995. Toenail selenium level and lung cancer among men and women in a high seleniferous region of the USA [Abstract]. Am J Epidemiol 141(10):S68.

Stapleton SR. 2000. Introduction: The selenium conundrum. Cell Mol Life Sci 57(13/14):1823-1824.

St'Astna M, Nemcova I, Zyka J. 1999. ICP-MS for the determination of trace elements in clinical samples. Anal Lett 32(13):2531-2543.

*Sternberg J, Brodeur J, Imbach A, et al. 1968. Metabolic studies with seleniated compounds. III. Lung excretion of selenium 75 and liver function. Int J Appl Radiat Isot 19:669-684.

*Sternberg J, Imbach A. 1967. Metabolic studies with seleniated compounds. II. Turnover studies with Se75-methionine in rats. Int J Appl Radiat Isot 18:557.

Stewart MS, Davis RL, Walsh LP, et al. 1997. Induction of differentiation and apoptosis by sodium selenite in human colonic carcinoma cells (HT29). Cancer Lett 117:35-40.

*Stewart RD, Griffiths NM, Thompson CD, et al. 1978. Quantitative selenium metabolism in normal New Zealand women. Br J Nutr 40:45-54.

*St. Germain DL, Galton VA. 1997. The deiodinase family of selenoproteins. Thyroid 7(4):655-668.

*Stockigt JR. 2000. Serum thyrotropin and thyroid hormone measurements and assessment of thyroid hormone transport. In: Braverman LE, Utiger RD, eds. Werner and Ingbar's the thyroid: A fundamental and clinical text. Philadelphia, PA: Lippincott Williams & Wilkins

Storelli MM, Marcotrigiano GO. 2000. Environmental contamination in Bottlenose dolphin (*Tursiops truncatus*): Relationship between levels of metals, methylmercury, and organochlorine compounds in an adult female, her neonate, and a calf. Bull Environ Contam Toxicol 64:333-340.

Storelli MM, Zizzo N, Marcotrigiano GO. 1999. Heavy metals and methylmercury in tissues of Risso's dolphin (*Grampus griseus*) and Cuvier's Beaked whale (*Ziphius cavirostris*) stranded in Italy (South Adriatic Sea). Bull Environ Contam Toxicol 63:703-710.

Storm DL. 1994. Chemical monitoring of California's public drinking water sources: Public exposures and health impacts. In: Wang RGM, ed. Water contamination and health: Integration of exposure assessment, toxicology, and risk assessment. New York, NY: Marcel Dekker, Inc., 67-124.

*Stowe HD, Eavey AJ, Granger L, et al. 1992. Selenium toxicosis in feeder pigs. J Am Vet Med Assoc 201(2):292-295.

*Sturges WT, Shaw GE. 1993. Halogens in aerosols in central Alaska. Atmos Environ 27A(17/18):2969-2977.

Styblo M, Kalouskova J, Klas J. 1991. Comparison of the kinetics of a trace and a sublethal dose of selenite in rats, with particular attention being given to blood selenium distribution. J Trace Elem Electrolytes Health Dis 5(3):155-164.

*Suistomaa U, Saaraneu M, Vanha-Perttula T. 1987. Determination of selenium in human spermatozoa and prostasomes using base digestion and electrothermal atomic absorption spectrophotometry. Clin Chim Acta 168:323-328.

Sundberg J, Oskarsson A, Bergman K. 1991. Milk transfer of inorganic mercury to suckling rats. Interaction with selenite. Biol Trace Elem Res 28(1):27-38.

*Sunde RA. 1990. Molecular biology of selenoproteins. Annu Rev Nutr 10:451-474.

Sunde RA, Hoekstra WG. 1980. Incorporation of selenium from selenite and selenocystine into glutathione peroxidase in the isolated perfused rat liver. Biochem Biophys Res Commun 29:1181-1188.

*Suzuki KT, Ogra Y. 2002. Metabolic pathway for selenium in the body: speciation by HPLC-ICP MS with enriched Se. Food Addit Contam 10(19):974-983.

Suzuki KT, Itoh M, Ohmichi M. 1995. Detection of selenium-containing biological constituents by high-performance liquid chromatography source mass spectrometry. J Chromatogr B Biomed Appl 666(1):13-19.

Svensson B-G, Mikoczy Z, Strömberg U, et al. 1995. Mortality and cancer incidence among Swedish fishermen with a high dietary intake of persistent organochlorine compounds. Scand J Work Environ Health 21:106-115.

Svensson BG, Schutz A, Nilsson A, et al. 1992. Fish as a source of exposure to mercury and selenium. Sci Total Environ 126(1-2):61-74.

Swaini DJ. 1955. The trace-element content of soils. Harpenden, England. Comm Bur Soil Sci Tech Commun 48:91.

*Swanson CA, Patterson BH, Levander OA, et al. 1991. Human [75Se]selenomethionine metabolism: A kinetic model. Am J Clin Nutr 54(5):917-926.

Symonds HW, Sanson BF, Mather DL, et al. 1981. Selenium metabolism in the dairy cow: The influence of the liver and the effect of the form of Se salt. Br J Nutr 45:117-125.

Szarek J, Fabczak J, Zasadowski A, et al. 1995. Pathomorphological pattern of the liver and kidney in rats exposed to mixed intoxication with selenium and diazinon. Pathol Res Pract 191(7-8):790.

Takasago T, Peters EE, Graham DI, et al. 1997. Neuroprotective efficacy of ebselen, an anti-oxidant with anti-inflammatory actions, in a rodent model of permanent middle cerebral artery occlusion. Br J Pharmacol 122:1251-1256.

Tandon SK, Magos L, Webb M. 1986. The stimulation and inhibition of the exhalation of volatile selenium. Biochem Pharmacol 35:2763-2766.

Tanzer D, Heumann KG. 1991. Determination of dissolved selenium species in environmental water samples using isotope dilution mass spectrometry. Anal Chem 63(18):1984-1989.

Tappel A. 1984. Selenium-glutathione peroxidase: Properties and synthesis. Curr Top Cell Regul 24:87-97.

*Tarantal AF, Willhite CC, Lasley BL, et al. 1991. Developmental toxicity of L-selenomethionine in *Macaca fascicularis*. Fundam Appl Toxicol 16(1):147-160.

Terry N, Carlson C, Raab TK, et al. 1992. Rates of selenium volatilization among crop species. J Environ Qual 21(3):341-344.

Tessier F, Margaritis I, Richard M-J, et al. 1995. Selenium and training effects on the glutathione system and aerobic performance. Med Sci Sports Exer 27(3):390-396.

Thérond P, Malvy D, Favier A. 1997. [Toxicity of oral pharmacological doses of selenium]. Nutr Clin Metals 11:91-101. (French).

*Thimaya S, SN Ganapathy. 1982. Selenium in human hair in relation to age, diet, pathological condition and serum levels. Sci Total Environ 23:41-49.

Thomas BV, Knight AW, Maier KJ. 1999. Selenium bioaccumulation by the water boatman *Trichocorixa reticulata* (Guerin-Meneville). Arch Environ Contam Toxicol 36:295-300.

Thompson B, Anderson B, Hunt J, et al. 1999. Relationship between sediment contamination and toxicity in San Francisco Bay. Mar Environ Res 48(4-5):285-309.

*Thompson HJ, Becci PJ. 1979. Effect of graded dietary levels of selenium on tracheal carcinomas induced by 1-methyl-1-nitrosourea. Cancer Lett 7:215-219.

*Thompson HJ, Becci PJ. 1980. Selenium inhibition of n-methyl-n-nitrosourea-induced mammary carcinogenesis. J Natl Cancer Inst 65:1299-1301.

Thompson HJ, Herbst EJ, Meeker LD. 1986. Chemoprevention of mammary carcinogenesis: A comparative review of the efficacy of a polyamine antimetabolite, retinoids, and selenium. J Natl Cancer Inst 77:595-598.

Thompson HJ, Ip C, Ganther HE. 1991. Changes in ornithine decarboxylase activity and polyamine levels in response to eight different forms of selenium. J Inorg Biochem 44(4):283-292.

Thompson HJ, Meeker L, Becci P. 1981. Effect of combined selenium and retinyl acetate treatment on mammary carcinogenesis. Cancer Res 41:1413-1416.

Thompson-Eagle ET, Frankenburger WT Jr. 1991. Selenium biomethylation in an alkaline, saline environment. Water Research 25(2):231-240.

*Thomson CD. 1974. Recovery of large doses of selenium given as sodium selenite with or without vitamin E. N Z Med J 80:163-168.

*Thomson CD. 1977. Selenium in human health and disease: A review. Trace elements in human and animal health and disease in New Zealand. Hamilton, New Zealand: Waikato University Press, 72-83.

*Thomson CD. 1991. Clinical consequences and assessment of low selenium status. New Zealand Medical Journal 104(919):376-377.

*Thomson CD, Robinson MF. 1980. Selenium in human health and disease with emphasis on those aspects peculiar to New Zealand. Am J Clin Nutr 33:303-323.

Thomson CD, Robinson MF. 1990. Selenium content of foods consumed in Otago, New Zealand. N Z Med J 103(886):130-135.

*Thomson CD, Stewart RDH. 1973. Metabolic studies of [$^{75}$Se]selenomethionine and [$^{75}$Se]selenite in the rat. Br J Nutr 30:139-147.

*Thomson CD, Stewart RDH. 1974. The metabolism of [$^{75}$Se]selenite in young women. Br J Nutr 32:47-57.

*Thomson CD, Burton CE, Robinson MF. 1977. On supplementing the selenium intake of new Zealanders. 1. Short experiments with large doses of selenite or selenomethionine. Br J Nutr 39:579-587.

*Thomson CD, Rea HM, Doesburg VM, et al. 1977. Selenium concentrations and glutathione peroxidase activities in whole blood of New Zealand residents. Br J Nutr 37:457-460.

Thomson CD, Robinson BA, Stewart RDH, et al. 1975. Metabolic studies of [$^{75}$Se] selenocystine and [$^{75}$Se] selenomethionine in the rat. Br J Nutr 34:501-509.

*Thorlacius-Ussing O. 1990. Selenium-induced growth retardation. Histochemical and endocrinological studies on the anterior pituitaries of selenium treated rats. Dan Med Bull 37(4):347-358.

Thorlacius-Ussing O, Jensen FT. 1988. Selenium in the anterior pituitary of the rat after a single injection of 75Se sodium selenite. Biol Trace Elem Res 15:277-287.

*Thorlacius-Ussing O, Flyvbjerg A, Orskov H. 1988. Growth in young rats after termination of sodium selenite exposure: Studies of growth hormone and somatomedin C. Toxicology 48(2):167-176.

Thorling EB, Overrad K, Geboers J. 1986. Selenium status in Europe--Human data. A multicenter study. Clin Res 18:3-7.

Tilbury KL, Stein JE, Meador JP, et al. 1997. Chemical contaminants in harbor porpoise (*Phocoena phocoena*) from the north Atlantic coast: Tissue concentrations and intra- and inter- organ distribution. Chemosphere 34(9/10):2159-2181.

Ting BT, Mooers CS, Janghorbani M. 1989. Isotopic determination of selenium in biological materials with inductively coupled plasma mass spectrometry. Analyst 114(6):667-674.

*Tinsley IJ, Harr JR, Bone JF, et al. 1967. Selenium toxicity in rats. I. Growth and longevity. In: Selenium in biomedicine. Proceedings of the first annual symposium, Oregon State University, Oregon. 141-152.

Tkeshelashvili LK, Shearman CW, Zakour RA, et al. 1980. Effects of arsenic, selenium, and chromium on the fidelity of DNA synthesis. Cancer Res 40:2455-2460.

Torres MA, Verdoy J, Alegrí A, et al. 1999. Selenium contents of human milk and infant formulas in Spain. Sci Total Environ 228:185-192.

*Tracy ML, Möller G. 1990. Continuous flow vapor generation for inductively coupled argon plasma spectrometric analysis: Part. 1. Selenium. J Assoc Anal Chem 73(3):457-462.

TRI93. 1995. Toxic Release Inventory. Washington, DC: U.S. Environmental Protection Agency, Office of Toxic Substances.

TRI98. 2001. Toxic Chemical Release Inventory. Bethesda, MD: National Library of Medicine, National Toxicology Information Program.

*TRI00. 2002. TRI explorer: Providing access to EPA's toxics release inventory data. Washington, DC: Office of Information Analysis and Access. Offices of Environmental Information. U.S. Environmental Protection Agency. Toxic Release Inventory. http://www.epa.gov/triexplorer/. April 27, 2001.

*Tsunoda M, Johnson VJ, Sharma RP. 2000. Increase in dopamine metabolites in murine striatum after oral exposure to inorganic but not organic form of selenium. Arch Environ Contam Toxicol 39:32-37.

*Tsuzuki H, Okawa K, Hosoya T. 1960. Experimental selenium poisoning. Part 1. The influence of absorbed selenium on the physical activities of young animals (mice). Yokohama Med Bull 11:368-396.

Turan B, Fliss H, Désilets M. 1997. Oxidants increase intracellular free $Zn^{2+}$ concentration in rabbit ventricular myocytes. Am J Physiol 272(5 Pt 20):H2095-2106.

*Turan B, Hotomaroglu Ö, Kilic M, et al. 1999a. Cardiac dysfunction induced by low and high diet antioxidant levels comparing selenium and vitamin E in rats. Regul Toxicol Pharmacol 29:142-150.

*Turan B, Saran Y, Can B, et al. 1999b. Effect of high dietary selenium on the ultrastructure of cardiac muscle cells in the rabbit. Med Sci Res 27:795-799.

Turner JC, Osborn PJ, McVeagh SM. 1990. Studies on selenate and selenite absorption by sheep ileum using an everted sac method and an isolated, vascularly perfused system. Comp Biochem Physiol [A] 95(2):297-301.

*Ueda H, Kuroda K, Endo G. 1997. The inhibitory effect f selenium on induction of tetraploidy by dimethylarsinic acid in Chinese hamster cells. Anticancer Res 17:1939-1944.

Ullrey DE. 1987. Biochemical and physiological indicators of selenium status in animals. J Anim Sci 65:1712-1726.

Ullrey DE. 1992. Basis for regulation of selenium supplements in animal diets. J Anim Sci 70(12):3922-3927.

*Underwood EJE. 1977. Trace elements in human and animal nutrition. 4th ed. New York, NY: Academic Press, 302-346.

*Urano T, Imura N, Naganuma A. 1997. Inhibitory effect of selenium on biliary secretion of methyl mercury in rats. Biochem Biophys Res Commun 238:862-867.

Uria O, Estela JM, Cerda V, et al. 1990. A comparative study of a number of methods for sensitive selenium determination in waters and fodder correctors. J Environ Sci Health. Part A - Environ Sci Eng 25(4).

Ursini F, Bindoli A. 1987. The role selenium peroxidases in the protection against oxidative damage of membranes. Chem Phys Lipids 44:255-276.

Usami M, Ohno Y. 1996. Teratogenic effects of selenium compounds on cultured postimplantation rat embryos. Teratog Carcinog Mutagen 16:27-36.

Usami M, Tabata H, Ohno Y. 1999a. Effects of ascorbic acid on selenium teratogenicity in cultured rat embryos. Toxicol Lett 105:123-128.

Usami M, Tabata H, Ohno Y. 1999b. Effects of glutathione depletion on selenite- and selenate-induced embryotoxicity in cultured rat embryos. Teratog Carcinog Mutagen 19:257-266.

USBM. 1988. Minerals yearbook. Vol. 1. United States Bureau of Mines, 29-49.

USBR. 1986. Final Environmental Impact Statement: Kesterson Program. Sacramento, CA: U.S. Bureau of Reclamation, Mid-Pacific Region, in cooperation with U.S. Fish and Wildlife Service and U.S. Army Corps of Engineers.

USDA. 1936. Toxicity of food containing selenium as shown by its effect on the rat. U.S. Department of Agriculture Technical Bulletin 534:1-25.

USDA. 1938. Selenium occurrence in certain soils in the United States with a discussion. U.S. Department of Agriculture Technical Bulletin No. 601:74.

USDA. 1941. Selenium occurrence in certain soils in the United States with a discussion. U.S. Department of Agriculture Technical Bulletin No. 783:26.

USDA. 1961. Selenium content in soils. Agriculture Handbook 200. Washington, DC: U.S. Department of Agriculture, 27-34.

USGS. 2001. Selenium. U.S. Geological Survey, Mineral Commodity Summaries.

*USGS. 2002. Selenium. U.S. Geological Survey, Mineral Commodity Summaries. http://minerals.usgs.gov/minerals/pubs/commodity/selenium/830400.pdf.

Vadgama JV, Wu Y, Shen D, et al. 2000. Effect of selenium in combination with adriamycin or taxol on several different cancer cells. Anticancer Res 20:1391-1414.

Vaessen HA, Van Ooik A. 1987. Collaborative test of the fluorimetric determination of selenium in a test solution, milk powder, and bovine liver. Z Lebensm Unters Forsch 185:468-471.

*Valentine JL, Faraji B, Kang HK. 1988. Human glutathione peroxidase activity in cases of high selenium exposures. Environ Res 45:16-27.

*Valentine JL, Kang HK, Dang P-M, et al. 1980. Selenium concentrations and glutathione peroxidase activities in a population exposed to selenium via drinking water. J Toxicol Environ Health 6:731-736.

*Valentine JL, Kang MK, Spivey GH. 1978. Selenium in human blood, urine, and hair in response to exposure via drinking water. Environ Res 17:347-355.

van den Brandt PA, Goldbohm RA, van't Veer P, et al. 1993a. A prospective cohort study on toenail selenium levels and risk of gastrointestinal cancer. J Natl Cancer Inst 85(3):224-229.

van den Brandt PA, Goldbohm RA, van't Veer P, et al. 1993b. Predictors of toenail selenium levels in men and women. Cancer Epidemiol Biomarkers Prev 2(2):107-112.

*van der Lelie D, Regniers L, Borremans B, et al. 1997. The VITOTOX test, an SOS bioluminescence Salmonnela typhimurium test to measure genotoxicity kinetics. Mutat Res 389:279-290.

*Vanderpas JB, Contempre B, Duale NL, et al. 1990. Iodine and selenium deficiency associated with cretinism in Northern Zaire. Am J Clin Nutr 53:1087-1093.

Van Gossum A, Closset P, Noel E, et al. 1996. Deficiency in antioxidant factors in patients with alcohol-related chronic pancreatitis. Dig Dis Sci 41(6):1225-1231.

van Niekerk FE, Cloete SWP, Heine EWP, et al. 1996. The effect of selenium supplementation during the early post-mating period on embryonic survival in sheep. J SAfr Vet Assoc 67(4):209-213.

*Van Noord PAH, Maas MJ, De Bruin M. 1992. Nail keratin as monitor-tissue for selenium exposure. Trace Elements in Medicine 9(4):203-208.

Van Rij AM, Thomson CD, McKenzie JM, et al. 1979. Selenium deficiency in total parenteral nutrition. Am J Clin Nutr 32:2076-2085.

*Van Vleet JF, Meyer KB, Olander HJ. 1974. Acute selenium toxicosis induced in baby pigs by parenteral administration of selenium-vitamin E preparations. J Am Vet Med Assoc 165:543-547.

*van't Veer P, van der Wielen RP, Kok FJ, et al. 1990. Selenium in diet, blood, and toenails in relation to breast cancer: A case control study. Am J Epidemiol 131(6):987-994.

Vasconcellos MBA, Bode P, Ammerlaan AK, et al. 2001. Multielemental hair composition of Brazilian Indian populational groups by instrumental neutron activation analysis. J Radioanal Nucl Chem 249(2):491-494.

Vendeland SC, Beilstein MA, Yeh J-Y, et al. 1995. Rat skeletal muscle selenoprotein W: cDNA clone and mRNA modulation by dietary selenium. Proc Natl Acad Sci U S A 92:8749-8753.

*Vendeland SC, Deagen JT, Whanger PD. 1992. Uptake of selenotrisulfides of gluthathione and cysteine by brush border membranes from rat intestines. J Inorg Biochem 47:131-140.

*Vendeland SC, Deagan JT, Butler JA, et al. 1994. Uptake of selenite, selenomethionine and selenate by brush border membrane vesicles isolated from rat small intestine. BioMetals 7:305-312.

Vermeulen NP, Baldew GS, Los G, et al. 1993. Reduction of cisplatin nephrotoxicity by sodium selenite. Lack of interaction at the pharmacokinetic level of both compounds. Drug Metab Dispos Biol Fate Chem 21(1):30-36.

Vernie LN. 1984. Selenium in carcinogenesis. Biochim Biophys Acta 738:203-217.

Vezina D, Bleau G. 1988. High-performance liquid chromatography of selenium in biological samples. J Chromatogr 426(2):385-391.

Vezina D, Belanger R, Bleau G. 1990. Microdetermination of selenium in protein fractions isolated by analytical methods. Biol Trace Elem Res 24(2):153-162.

Vézina D, Mauffette F, Roberts KD, et al. 1996. Selenium-vitamin E supplementation in infertile men. Biol Trace Elem Res 53:65-83.

Viccellio P, Bania T, Brent J, et al., eds. 1998. Emergency toxicology. 2nd ed. New York, NY: Lippincott-Raven, 519.

*Vieira I, Sonnier M, Cresteil T. 1996. Developmental expression of *CYP2E1* in the human liver: Hypermethylation control of gene expression during the neonatal period. Eur J Biochem 238:476-483.

*Vien SH, Fry RC. 1988. Ultrasensitive, simultaneous determination of arsenic, selenium, tin, and antimony in aqueous solution by hydride generation gas chromatography with photoionization detection. Anal Chem 60:465-472.

*Vinceti M, Cann CA, Calzolari E, et al. 2000a. Reproductive outcomes in a population exposed long-term to inorganic selenium via drinking water. Sci Total Environ 250:1-7.

*Vinceti M, Guidetti D, Pinotti M, et al. 1996. Amyotrophic lateral sclerosis after long-term exposure to drinking water with high selenium content. Epidemiology 7(5):529-532.

*Vinceti M, Rothman KJ, Bergomi M, et al. 1998. Excess melanoma incidence in a cohort exposed to high levels of environmental selenium. Cancer Epidemiol Biomarkers Prev 7:853-856.

Vinceti M, Rovesti S, Bergomi M, et al. 2000b. The epidemiology of selenium and human cancer. Tumori 86:105-118.

*Vinceti M, Rovesti S, Gabrielli C, et al. 1995. Cancer mortality in a residential cohort exposed to environmental selenium through drinking water. J Clin Epidemiol 48(9):1091-1097.

*Virtamo J, Valkeila E, Alfthan G, et al. 1987. Serum selenium and risk of cancer. A prospective follow-up of nine years. Cancer 60:145-148.

*Viitak A, Hödrejärv H, Treumann M. 1995. Concentration of microelements in the biomedia between the mother and the newborn. 44(2/3):212-217.

*Volgarev MN, Tscherkes LA. 1967. Further studies in tissue changes associated with sodium selenate. In: Muth OH, ed. Selenium in biomedicine. Proceedings of the First International Symposium, Oregon State University. Westport, CT: AVI Publishing Co., 179-184.

Wahba ZZ, Coogan TP, Rhodes SW, et al. 1993. Protective effects of selenium on cadmium toxicity in rats: Role of altered toxicokinetics and metallothionein. J Toxicol Environ Health 38(2):171-182.

*Wahlstrom RC, Olson OE. 1959a. The relation of pre-natal and pre-weanling treatment to the effect of arsanilic acid on selenium poisoning in weanling pigs. J Anim Sci 18:579-582.

*Wahlstrom RC, Olson OE. 1959b. The effect of selenium on reproduction in swine. J Anim Sci 18:141-145.

Wang D, Alfthan G, Aro A, et al. 1992a. Selenium in precipitation and its effect on infiltration water and groundwater. J Trace Elem Exp Med 5(2):144.

Wang GA, Zhou RH, Sun SZ, et al. 1979. Differences between blood selenium concentrations of residents in Keshan disease-affected and non-affected areas. Correlation between selenium content. Chin Prev Med J 13:204-206.

Wang RD, Wang CS, Feng ZH, et al. 1992b. Investigation on the effect of selenium on T lymphocyte proliferation and its mechanisms. J Tongji Med Univ 12(1):33-38.

Wang Z, Hess JL, Bunce GE. 1992. Deferoxamine effect on selenite-induced cataract formation in rats. Invest Ophthalmol Vis Sci 33(8):2511-2519.

Wasowicz W, Gromadzinska J, Szram K, et al. 2001. Selenium, zinc, and copper concentrations in the blood and milk of lactating women. Biol Trace Elem Res 79(3):221-233.

Watanabe C, Ohba T, Nakahara H, et al. 1988. Modification of lethal, hypothermic and hyperphagic effects of sodium selenite by reduced glutathione in mice. Toxicology 51(2-3):167-176.

Watanabe C, Yin K, Kasanuma Y, et al. 1999a. In utero exposure to methylmercury and Se deficiency converge on the neurobehavioral outcome in mice. Neurotoxicol Teratol 21(1):83-88.

Watanabe C, Yoshida K, Kasanuma Y, et al. 1999b. In utero methylmercury exposure differentially affects the activities of selenoenzymes in the fetal mouse brain. Environ Res 80:208-214.

Waterlow JC, Garrow JS, Millward OH. 1969. The turnover of [75Se] selenomethionine in infants and rats measured in a whole body counter. Clin Sci 36:489-504.

*Watkinson JH. 1981. Changes of blood selenium in New Zealand adults with time and importation of Australian wheat. Am J Clin Nutr 34:936-942.

*Weast RC, ed. 1988. CRC handbook of chemistry and physics. 69th ed. Boca Raton, FL: CRC Press Incorporated, B-124, B-126, B-132.

Weisberg SB, Wilson HT, Heimbuch DG, et al. 2000. Comparison of sediment metal: Aluminum relationships between the eastern and Gulf coasts of the United States. Environ Monit Assess 61:373-385.

*Weiss G, ed. 1986. Hazardous chemicals data book. 2nd ed. New Jersey: Noyes Data Corporation, 884-923.

Weiss SL, Sunde RA. 1998. *Cis*-acting elements are required for selenium regulation of glutathione peroxidase-1 mRNA levels. RNA 4:816-827.

*Weissman SH, Cuddihy RG, Medinsky MA. 1983. Absorption, distribution, and retention of inhaled selenious acid and selenium metal aerosols in beagle dogs. Toxicol Appl Pharmacol 67:331-337.

Welch WH, Howell WH. 1995. Toenail selenium level and lung cancer among men and women in a high seleniferous region of the USA. Am J Epidemiol 141:270.

*Welsh EA, Holden JM, Wolf WR, et al. 1981. Selenium in self-selected diets of Maryland residents. J Am Diet Assoc 79:277-285.

*Welz B, Melcher M. 1985. Decomposition of marine biological tissues for determination of arsenic, selenium, and mercury using hydride-generation and cold-vapor atomic absorption spectrometries. Anal Chem 57:427-431.

*Welz B, Verlinden M. 1986. IUPAC interlaboratory trial - selenium determination in human body fluids using hydride-generation atomic absorption spectrometry. Acta Pharmacol Toxicol 59:577-580.

Wendel A. 1997. Future trends of selenium in clinical applications. Biomed Environ Sci 10:359-362.

Wendel A, Otter R. 1987. Alterations in the intermediary metabolism of selenium-deficient mice. Biochim Biophys Acta 925:94-100.

Weres O, Bowman HR, Goldstein A, et al. 1990. The effect of nitrate and organic matter upon mobility of selenium in groundwater and in a water treatment process. Water Air Soil Pollut 49(3-4):251-272.

Wesley RE, Collins JW. 1982. Pseudopterygium from exposure to selenium dioxide. Ann Ophthalmol 14:588-589.

*West DW. 1967. Selenium containing inorganics in paper may play cancer role. Chem Eng News 45:12.

West DW, Slattery ML, Robison LM, et al. 1991. Adult dietary intake and prostate cancer risk in Utah: A case control study with special emphasis on aggressive tumors. Cancer Causes Control 2(2):85-94.

*West JR, Smith HW, Chasis H. 1948. Glomerular filtration rate, effective renal blood flow, and maximal tubular excretory capacity in infancy. J Pediatr 32:10-18.

*Wester P, Brune D, Nordberg G. 1981. Arsenic and selenium in lung, liver, and kidney tissue from dead smelter workers. Br J Ind Med 38:179-184.

*Whanger P. 1981. Selenium and heavy metal toxicity. Selenium Biol Med [Proc Int Symp] 2:230-255.

Whanger PD. 1985. Metabolic interactions of selenium with cadmium, mercury, and silver. Adv Nutr Res 7:221-250.

*Whanger PD. 1989. China, a country with both selenium deficiency and toxicity: Some thoughts and impressions. J Nutr 119(9):1236-1239.

*Whanger PD, Pedersen ND, Hatfield J, et al. 1976. Absorption of selenite and selenomethionine from ligated digestive tract segments in rats (39531). Proc Soc Exp Biol Med 153:295-297.

*Whanger P, Vendeland S, Park Y-C, et al. 1996. Metabolism of subtoxic levels of selenium in animals and humans. Ann Clin Lab Sci 26(2):99-113.

*White AF, Benson SM, Yee AW, et al. 1991. Groundwater contamination at the Kestrson Reservoir, California. 2. Geochemical parameters influencing selenium mobility. Water Res Research 27(6):1085-1098.

*Whiting FF, Wei L, Stich HF. 1980. Unscheduled DNA synthesis and chromosome aberrations induced by organic selenium compounds in the presence of glutathione. Mutat Res 78:159-169.

*WHO. 1987. Environmental Health Criteria 58. Selenium. Geneva, Switerland: World Health Organization.

WHO. 1996. Selenium. In: Trace elements in human nutrition and health. Geneva, Switzerland: World Health Organization.

*WHO. 2001. Water, sanitation and health: Guidelines for drinking water quality. Geneva, Switzerland: World Health Organization. http://www.who.int/water_sanitation...1th/GDWQ/Chemicals/seleniumfull.htm. February 22, 2001.

Wichtel JJ, Craigie AL, Freeman DA, et al. 1996. Effect of selenium and iodine supplementation on growth rate and on thyroid and somatotropic function in dairy calves at pasture. J Dairy Sci 79:1865-1872.

*Widdowson EM, Dickerson JWT. 1964. Chemical composition of the body. In: Comar CL, Bronner F, eds. Mineral metabolism: An advanced treatise. Volume II: The elements Part A. New York, NY: Academic Press.

*Wiedmeyer RH, May TW. 1993. Storage characteristics of three selenium species in water. Arch Environ Contam Toxicol 25:67-71.

*Wilber CG. 1980. Toxicology of selenium: A review. Clin Toxicol 17:171-230.

Willett WC. 1986. Selenium, vitamin E, fiber, and the incidence of human cancer: An epidemiological perspective. Adv Exp Med Biol 206:27-34.

*Willett W, Polk B, Morris S, et al. 1983. Prediagnostic serum selenium and risk of cancer. Lancet 2:130-134.

Willhite CC. 1993. Selenium teratogenesis. Species-dependent response and influence on reproduction. Ann N Y Acad Sci 678:169-177.

*Willhite CC, Ferm VH, Zeise L. 1990. Route-dependent pharmacokinetics, distribution, and placental permeability of organic and inorganic selenium in hamsters. Teratology 42(4):359-371.

*Willhite CC, Hawkes WC, Omaye ST, et al. 1992. Absorption, distribution and elimination of selenium as L-selenomethionine in non-human primates. Food Chem Toxicol 30(11):903-913.

Williams KT, Byers HG. 1935. Occurrence of selenium in the Colorado River and some of its tributaries. Indust Eng Chem 7:431-432.

Wilson AC, Thompson HJ, Schedin PJ, et al. 1992. Effect of methylated forms of selenium on cell viability and the induction of DNA strand breakage. Biochem Pharmacol 43(5):1137-1141.

*Wilson HM. 1962. Selenium oxide poisoning. N C Med J 23:73-75.

Wilson TM, Drake TR. 1982. Porcine focal symmetrical poliomyelomalacia. Can J Comp Med 46:218-220.

*Wilson TM, Cramer PG, Owen RL, et al. 1989. Porcine focal symmetrical poliomyelomalacia: Test for an interaction between dietary selenium and niacin. Can J Vet Res 53(4):454-461.

*Wilson TM, Hammerstedt RH, Palmer IS, et al. 1988. Porcine focal symmetrical poliomyelomalacia: experimental reproduction with oral doses of encapsulated sodium selenite. Can J Vet Res 52(1):83-88.

*Wilson TM, Scholz RW, Drake TR. 1983. Selenium toxicity and porcine focal symmetrical poliomyelomalacia: Description of a field outbreak and experimental reproduction. Can J Comp Med 47:412-421.

*Windholz M, Budavari S, Blumetti RF, et al., eds. 1996. The Merck index: An encyclopedia of chemicals, drugs, and biologicals. 12th ed. Whitehouse Station, NJ: Merck & CO.

Witte ST, Will LA, Olson CR, et al. 1993. Chronic selenosis in horses fed locally produced alfalfa hay. J Am Vet Med Assoc 202(3):406-409.

Witting LA, Howritt MK. 1964. Effects of dietary selenium, methionine, fat level, and tocopherol on rat growth. J Nutr 84:351-357.

*Wlodarczyk B, Biernacki B, Minta M, et al. 1995. Male golden hamster in male reproductive toxicology testing: Assessment of protective activity of selenium in acute cadmium intoxication. Bull Environ Contam Toxicol 54:907-912.

Wood M. 1989. Selenium-loving plants cleanse the soil. Agri Res 37(5):8-9.

Woshner VM, O'Hara TM, Bratton GR, et al. 2001. Concentrations and interactions of selected essential and non-essential elements in ringed seals and polar bears of Arctic Alaska. J Wildl Dis 37(4):711-721.

*Woutersen RA, Appel MJ, Van Garderen-Hoetmer A. 1999. Modulation of pancreatic carcinogenesis by antioxidants. Food Chem Toxicol 37:981-984.

Wu L, Lanfear J, Harrison PR. 1995a. The selenium metabolite selenodiglutathione induces cell death by a mechanism distinct from $H_2O_2$ toxicity. Carcinogenesis 16(7):1579-1584.

Wu L, McGarry l, Lanfear J, et al. 1995b. Altered selenium-binding protein levels associated with selenium resistance. Carcinogenesis 16(11):2819-2824.

Wu L, Van Mantgem PJ, Guo X. 1996. Effects of forage plant and field legume species on soil selenium redistribution, leaching, and bioextraction in soils contaminated by agricultural drain water sediment. Arch Environ Contam Toxicol 31:329-338.

*Wu SH, Oldfield JE, Whanger PD, et al. 1973. Effect of selenium, vitamin E, and antioxidants on testicular function in rats. Biol Reprod 8(5):625-629.

*Yaeger MJ, Neiger RD, Holler L, et al. 1998. The effect of subclinical selenium toxicosis on pregnant beef cattle. J Vet Diagn Invest 10:268-273.

*Yamada H, Miyamura T, Yasuda A, et al. 1994. Determination of trimethylselenonium ion and its behavior in soil. Soil Science Plant Nutrition 40(1):49-56.

Yang FL, Chen Y-S, Weaver CV. 2002. Toxic level of selenium induces hepatic injury and biliary ductule apoptosis in rats. FASEB J 16(5):A994.

Yang G, Gu L, Zhou R, et al. 1989. Studies of human maximal and minimal safe intake and requirements of selenium. In: Wendel A , ed. Selenium in biology and medicine. New York, NY: Springer-Verlag, 224-228.

Yang GQ. 1984. Research on selenium-related problems in human health in China. Proc 3rd Int Symp Biol Med Beijing, 9-32.

Yang GQ. 1985. Keshan disease: An endemic selenium-related deficiency disease. In: Chandra, ed. Trace Elem Nutr Child Nestle Nutr. Vol. 8. New York, NY: Raven Press, 273-290.

Yang G-Q, Xia Y-M. 1995. Studies on human dietary requirements and safe range of dietary intakes of selenium in China and their application in the prevention of related endemic diseases. Biomed Environ Sci 8:187-201.

*Yang G, Zhou R. 1994. Further observations on the human maximum safe dietary selenium intake in a seleniferous area of China. J Trace Elem Electrolytes Health Dis 8:159-165.

*Yang G, Ge K, Chen J, et al. 1988. Selenium-related endemic diseases and the daily selenium requirement of humans. In: Bourne GH, ed. World review of nutrition and dietetics. Sociological and medical aspects. Vol. 55. Basel: Karger, 98-152.

*Yang G, Wang S, Zhou R, et al. 1983. Endemic selenium intoxication of humans in China. Am J Clin Nutr 37:872-881.

*Yang G, Yin S, Zhou R, et al. 1989a. Studies of safe maximal daily dietary Se-intake in a seleniferous area in China. II. Relation between Se-intake and the manifestation of clinical signs and certain biochemical alterations in blood and urine [published erratum appears in J Trace Elem Electrolytes Health Dis 1989 Dec 3(4):250]. J Trace Elem Electrolytes Health Dis 3(3):123-130.

*Yang G, Zhou R, Yin S, et al. 1989b. Studies of safe maximal daily dietary selenium intake in a seleniferous area in China. I. Selenium intake and tissue selenium levels of the inhabitants. J Trace Elem Electrolytes Health Dis 3(2):77-87.

Yang GQ, Chen JS, Wen ZM, et al. 1984. The role of selenium in Keshan disease. In: Drapper G, ed. Advances in nutrition research. Vol. 6. New York, NY: Plenum Press, 203-231.

Yang GQ, Wang SZ, Zhou RH, et al. 1981. Investigation on loss of hair and nail disease of unknown etiology--endemic selenosis. Acta Acad Med Sin 3:1-6.

*Yiin S-J, Chern C-L, Sheu J-Y, et al. 1999. Cadmium induced lipid peroxidation in rat testes and protection by selenium. BioMetals 12:353-359.

Yin SA, Sato I, Hosokawa Y, et al. 1991. The necessity of dietary vitamin B6 to selenium biopotency for tissue selenium and glutathione peroxidase in rats. J Nutr Sci Vitaminol (Tokyo) 37(5):509-516.

Yin TA, Su SZ, Wang SZ, et al. 1979. Difference of the amounts of selenium excretion in urine in children of Keshan disease-affected and non-affected areas. Chin Prev Med J 132:207-210.

*Yonemoto J, Hongo T, Suzuki T, et al. 1984. Toxic effects of selenodiglutathione on pregnant mice. Toxicol Lett 21:35-39.

Yoshida M, Fukumoto M, Kishimoto T, et al. 1993. Effects of zinc, selenium, and calcium on the nephrotoxicity of cadmium in primary cultures of rat renal proximal epithelial cells. Biol Trace Elem Res 36(3):219-227.

Yoshida M, Sunaga M, Hara I. 1990. Selenium status in workers handling aromatic nitro-amino compounds in a chemical factory. J Toxicol Environ Health 31(1):1-10.

*Yoshizawa K, Willett WC, Morris SJ, et al. 1998. Study of prediagnostic selenium level in toenails and the risk of advanced prostate cancer. J Natl Cancer Inst 90(16):1219-1224.

*Young J, Christian GD. 1973. Gas-chromatographic determination of selenium. Anal Chim Acta 65:127.

Young JD, Crowley C, Tucker EM. 1981. Haemolysis of normal and glutathione-deficient sheep erythrocytes by selenite and tellurite. Biochem Pharmacol 30:2527-2530.

*Young VR, Nahapetian A, Janghorbani M. 1982. Selenium bioavailability with reference to human nutrition. Am J Clin Nutr 35:1076-1088.

Yu Q, Cerklewski FL, Whanger PD, et al. 1992. Effect of dietary fluoride on selenite toxicity in the rat. Biol Trace Elem Res 34(3):265-278.

Yu SY, Zhu YJ, Li WG, et al. 1991. A preliminary report on the intervention trials of primary liver cancer in high-risk populations with nutritional supplementation of selenium in China. Biol Trace Elem Res 29(3):289-294.

*Yukawa M, Suzuki-Yasumoto M, Amano K, et al. 1980. Distribution of trace elements in the human body determined by neutron activation analysis. Arch Environ Health 35:36-44.

Zachara BA, Wardak C, Didkowski W, et al. 1993. Changes in blood selenium and glutathione concentrations and glutathione peroxidase activity in human pregnancy. Gynecol Obstet Invest 35(1):12-17.

Zagrodzki P, Szmigiel H, Ratajczak R, et al. 2000. The role of selenium in iodine metabolism in children with goiter. Environ Health Perspect 108(1):67-71.

Zalgeviciene V, Zukiene J, Grazeliene G, et al. 1998. Embryotoxicity and teratogenicity of some derivatives of chloroethylaminophenylacetic acid. Pathol Oncol Res 4(1):27-29.

*Zeisler R, Harrison SH, Wise S. 1984. Trace elements in human livers using quality control in the complete analytical process. Biol Trace Elem Res 6:31-49.

*Zhang P, Ganje TJ, Page AL, et al. 1988. Growth and uptake of selenium by Swiss chard in acid and neutral soils. In: Tanji KK, Valopp L, Woodring RC, eds. Selenium contents in animal and human food crops grown in California. Cooperative Extension University of California, Division of Agriculture and Natural Resources. Publication 3330, 13-18.

Zhang P, Ota R, Omaye ST, et al. 1997. Effects of mercury on selenoproteins in rats fed different levels of selenium. Environ Nutr Interact 1:39-52.

Zhang X, Yang G, Gu L. 1991. Detoxification mechanism of methionine and vitamin E in selenium toxicity in rats. Acta Nutrimenta Sinica 13(1):32-38.

Zhang Y, Xiao H. 1998. Antagonistic effect of calcium, zinc and selenium against cadmium induced chromosomal aberrations and micronuclei in root cells of *Hordeum vulgare*. Mutat Res 420:1-6.

Zhang YQ, Frankenberger WT, Moore JN. 1999. Effect of soil moisture on dimethylselenide transport and transformation to nonvolatile selenium. Environ Sci Technol 33:3415-3420.

Zhang Z, Yang X, Mu W, et al. 1999. [Selenoproteins in rats with chronic selenium intoxication]. Weisheng Yanjiu 28(3):155-157. (Chinese).

Zhang Z-W, Moon C-S, Shimbo S, et al. 2000. Further reduction in lead exposure in women in general populations in Japan in the 1990s, and comparison with levels in east and south-east Asia. Int Arch Occup Environ Health 73:91-97.

Zheng J, Kosmus W. 1996. Simultaneous speciation of arsenic and selenium compounds by ion-chromatography with inductively coupled plasma mass spectrometry as elemental specific detector. J Liq Chrom & Rel Technol 21(18):2831-2839.

*Zhou H, Lui J. 1997. The simultaneous determination of 15 toxic elements in foods by ICP-MS. Atom Spectrosc 18(4):115-118.

Zhou R, Gu L, Wan H, et al. 1996. [Selenium metabolism in rats with chronic selenium intoxication]. Weisheng Yanjiu 25(1):53-56. (Chinese).

*Zhu L. 1981. Keshan Disease. In: McHowell J, ed., Proc TEMA-4. Australian Academy of Sciences, Canberra, 514-517.

Zhu L-Z, Piao J-H, Xia Y, et al. 1989. Biochemical studies on selenium and Keshan Disease - The oxidant stress and defence capacity in blood of selenium-deficient children. In: Wendel A ,ed. Selenium in biology and medicine. New York, NY: Springer-Verlag, 118-121.

9. REFERENCES

Zhu Z, Jiang W, Ganther HE, et al. 2000. *In vitro* effects of Se-allylselenocysteine and Se-propylselenocysteine on cell growth, DNA integrity, and apoptosis. Biochem Pharmacol 60:1467-1473.

*Ziegler EE, Edwards BB, Jensen RL, et al. 1978. Absorption and retention of lead by infants. Pediatr Res 12:29-34.

*Zierler S, Theodore M, Cohen A, et al. 1988. Chemical quality of maternal drinking water and congenital heart disease. Int J Epidemiol 17(3):589-594.

*Zi-Jian Jie Z, An P. 1992. Metabolic differences and similarities of selenium in blood and brain of the rat following the administration of different selenium compounds. Biol Trace Elem Res 33:135-143.

APPX ATT_V6_3329

# 10.  GLOSSARY

**Absorption**—The taking up of liquids by solids, or of gases by solids or liquids.

**Acute Exposure**—Exposure to a chemical for a duration of 14 days or less, as specified in the Toxicological Profiles.

**Adsorption**—The adhesion in an extremely thin layer of molecules (as of gases, solutes, or liquids) to the surfaces of solid bodies or liquids with which they are in contact.

**Adsorption Coefficient ($K_{oc}$)**—The ratio of the amount of a chemical adsorbed per unit weight of organic carbon in the soil or sediment to the concentration of the chemical in solution at equilibrium.

**Adsorption Ratio (Kd)**—The amount of a chemical adsorbed by a sediment or soil (i.e., the solid phase) divided by the amount of chemical in the solution phase, which is in equilibrium with the solid phase, at a fixed solid/solution ratio.  It is generally expressed in micrograms of chemical sorbed per gram of soil or sediment.

**Benchmark Dose (BMD)**—Usually defined as the lower confidence limit on the dose that produces a specified magnitude of changes in a specified adverse response.  For example, a $BMD_{10}$ would be the dose at the 95% lower confidence limit on a 10% response, and the benchmark response (BMR) would be 10%.  The BMD is determined by modeling the dose response curve in the region of the dose response relationship where biologically observable data are feasible.

**Benchmark Dose Model**—A statistical dose-response model applied to either experimental toxicological or epidemiological data to calculate a BMD.

**Bioconcentration Factor (BCF)**—The quotient of the concentration of a chemical in aquatic organisms at a specific time or during a discrete time period of exposure divided by the concentration in the surrounding water at the same time or during the same period.

**Biomarkers**—Broadly defined as indicators signaling events in biologic systems or samples.  They have been classified as markers of exposure, markers of effect, and markers of susceptibility.

**Cancer Effect Level (CEL)**—The lowest dose of chemical in a study, or group of studies, that produces significant increases in the incidence of cancer (or tumors) between the exposed population and its appropriate control.

**Carcinogen**—A chemical capable of inducing cancer.

**Case-Control Study**—A type of epidemiological study which examines the relationship between a particular outcome (disease or condition) and a variety of potential causative agents (such as toxic chemicals).  In a case-controlled study, a group of people with a specified and well-defined outcome is identified and compared to a similar group of people without outcome.

**Case Report**—Describes a single individual with a particular disease or exposure.  These may suggest some potential topics for scientific research but are not actual research studies.

**Case Series**—Describes the experience of a small number of individuals with the same disease or exposure.  These may suggest potential topics for scientific research but are not actual research studies.

**Ceiling Value**—A concentration of a substance that should not be exceeded, even instantaneously.

**Chronic Exposure**—Exposure to a chemical for 365 days or more, as specified in the Toxicological Profiles.

**Cohort Study**—A type of epidemiological study of a specific group or groups of people who have had a common insult (e.g., exposure to an agent suspected of causing disease or a common disease) and are followed forward from exposure to outcome.  At least one exposed group is compared to one unexposed group.

**Cross-sectional Study**—A type of epidemiological study of a group or groups which examines the relationship between exposure and outcome to a chemical or to chemicals at one point in time.

**Data Needs**—Substance-specific informational needs that if met would reduce the uncertainties of human health assessment.

**Developmental Toxicity**—The occurrence of adverse effects on the developing organism that may result from exposure to a chemical prior to conception (either parent), during prenatal development, or postnatally to the time of sexual maturation.  Adverse developmental effects may be detected at any point in the life span of the organism.

**Dose-Response Relationship**—The quantitative relationship between the amount of exposure to a toxicant and the incidence of the adverse effects.

**Embryotoxicity and Fetotoxicity**—Any toxic effect on the conceptus as a result of prenatal exposure to a chemical; the distinguishing feature between the two terms is the stage of development during which the insult occurs.  The terms, as used here, include malformations and variations, altered growth, and *in utero* death.

**Environmental Protection Agency (EPA) Health Advisory**—An estimate of acceptable drinking water levels for a chemical substance based on health effects information.  A health advisory is not a legally enforceable federal standard, but serves as technical guidance to assist federal, state, and local officials.

**Epidemiology**—Refers to the investigation of factors that determine the frequency and distribution of disease or other health-related conditions within a defined human population during a specified period.

**Genotoxicity**—A specific adverse effect on the genome of living cells that, upon the duplication of affected cells, can be expressed as a mutagenic, clastogenic or carcinogenic event because of specific alteration of the molecular structure of the genome.

**Half-life**—A measure of rate for the time required to eliminate one half of a quantity of a chemical from the body or environmental media.

**Immediately Dangerous to Life or Health (IDLH)**—The maximum environmental concentration of a contaminant from which one could escape within 30 minutes without any escape-impairing symptoms or irreversible health effects.

**Incidence**—The ratio of individuals in a population who develop a specified condition to the total number of individuals in that population who could have developed that condition in a specified time period.

APPX ATT_V6_3332

**Intermediate Exposure**—Exposure to a chemical for a duration of 15–364 days, as specified in the Toxicological Profiles.

**Immunologic Toxicity**—The occurrence of adverse effects on the immune system that may result from exposure to environmental agents such as chemicals.

**Immunological Effects**—Functional changes in the immune response.

***In Vitro***—Isolated from the living organism and artificially maintained, as in a test tube.

***In Vivo***—Occurring within the living organism.

**Lethal Concentration$_{(LO)}$ (LC$_{LO}$)**—The lowest concentration of a chemical in air which has been reported to have caused death in humans or animals.

**Lethal Concentration$_{(50)}$ (LC$_{50}$)**—A calculated concentration of a chemical in air to which exposure for a specific length of time is expected to cause death in 50% of a defined experimental animal population.

**Lethal Dose$_{(LO)}$ (LD$_{LO}$)**—The lowest dose of a chemical introduced by a route other than inhalation that has been reported to have caused death in humans or animals.

**Lethal Dose$_{(50)}$ (LD$_{50}$)**—The dose of a chemical which has been calculated to cause death in 50% of a defined experimental animal population.

**Lethal Time$_{(50)}$ (LT$_{50}$)**—A calculated period of time within which a specific concentration of a chemical is expected to cause death in 50% of a defined experimental animal population.

**Lowest-Observed-Adverse-Effect Level (LOAEL)**—The lowest exposure level of chemical in a study, or group of studies, that produces statistically or biologically significant increases in frequency or severity of adverse effects between the exposed population and its appropriate control.

**Lymphoreticular Effects**—Represent morphological effects involving lymphatic tissues such as the lymph nodes, spleen, and thymus.

**Malformations**—Permanent structural changes that may adversely affect survival, development, or function.

**Minimal Risk Level (MRL)**—An estimate of daily human exposure to a hazardous substance that is likely to be without an appreciable risk of adverse noncancer health effects over a specified route and duration of exposure.

**Modifying Factor (MF)**—A value (greater than zero) that is applied to the derivation of a minimal risk level (MRL) to reflect additional concerns about the database that are not covered by the uncertainty factors. The default value for a MF is 1.

**Morbidity**—State of being diseased; morbidity rate is the incidence or prevalence of disease in a specific population.

**Mortality**—Death; mortality rate is a measure of the number of deaths in a population during a specified interval of time.

APPX ATT_V6_3333

**Mutagen**—A substance that causes mutations. A mutation is a change in the DNA sequence of a cell's DNA. Mutations can lead to birth defects, miscarriages, or cancer.

**Necropsy**—The gross examination of the organs and tissues of a dead body to determine the cause of death or pathological conditions.

**Neurotoxicity**—The occurrence of adverse effects on the nervous system following exposure to a chemical.

**No-Observed-Adverse-Effect Level (NOAEL)**—The dose of a chemical at which there were no statistically or biologically significant increases in frequency or severity of adverse effects seen between the exposed population and its appropriate control. Effects may be produced at this dose, but they are not considered to be adverse.

**Octanol-Water Partition Coefficient ($K_{ow}$)**—The equilibrium ratio of the concentrations of a chemical in *n*-octanol and water, in dilute solution.

**Odds Ratio (OR)**—A means of measuring the association between an exposure (such as toxic substances and a disease or condition) which represents the best estimate of relative risk (risk as a ratio of the incidence among subjects exposed to a particular risk factor divided by the incidence among subjects who were not exposed to the risk factor). An odds ratio of greater than 1 is considered to indicate greater risk of disease in the exposed group compared to the unexposed.

**Organophosphate or Organophosphorus Compound**—A phosphorus containing organic compound and especially a pesticide that acts by inhibiting cholinesterase.

**Permissible Exposure Limit (PEL)**—An Occupational Safety and Health Administration (OSHA) allowable exposure level in workplace air averaged over an 8-hour shift of a 40-hour workweek.

**Pesticide**—General classification of chemicals specifically developed and produced for use in the control of agricultural and public health pests.

**Pharmacokinetics**—The science of quantitatively predicting the fate (disposition) of an exogenous substance in an organism. Utilizing computational techniques, it provides the means of studying the absorption, distribution, metabolism and excretion of chemicals by the body.

**Pharmacokinetic Model**—A set of equations that can be used to describe the time course of a parent chemical or metabolite in an animal system. There are two types of pharmacokinetic models: data-based and physiologically-based. A data-based model divides the animal system into a series of compartments which, in general, do not represent real, identifiable anatomic regions of the body whereby the physiologically-based model compartments represent real anatomic regions of the body.

**Physiologically Based Pharmacodynamic (PBPD) Model**—A type of physiologically-based dose-response model which quantitatively describes the relationship between target tissue dose and toxic end points. These models advance the importance of physiologically based models in that they clearly describe the biological effect (response) produced by the system following exposure to an exogenous substance.

**Physiologically Based Pharmacokinetic (PBPK) Model**—Comprised of a series of compartments representing organs or tissue groups with realistic weights and blood flows.  These models require a variety of physiological information: tissue volumes, blood flow rates to tissues, cardiac output, alveolar ventilation rates and, possibly membrane permeabilities.  The models also utilize biochemical information such as air/blood partition coefficients, and metabolic parameters.  PBPK models are also called biologically based tissue dosimetry models.

**Prevalence**—The number of cases of a disease or condition in a population at one point in time.

**Prospective Study**—A type of cohort study in which the pertinent observations are made on events occurring after the start of the study.  A group is followed over time.

**$q_1$***—The upper-bound estimate of the low-dose slope of the dose-response curve as determined by the multistage procedure.  The $q_1$* can be used to calculate an estimate of carcinogenic potency, the incremental excess cancer risk per unit of exposure (usually µg/L for water, mg/kg/day for food, and µg/m$^3$ for air).

**Recommended Exposure Limit (REL)**—A National Institute for Occupational Safety and Health (NIOSH) time-weighted average (TWA) concentrations for up to a 10-hour workday during a 40-hour workweek.

**Reference Concentration (RfC)**—An estimate (with uncertainty spanning perhaps an order of magnitude) of a continuous inhalation exposure to the human population (including sensitive subgroups) that is likely to be without an appreciable risk of deleterious noncancer health effects during a lifetime. The inhalation reference concentration is for continuous inhalation exposures and is appropriately expressed in units of mg/m$^3$ or ppm.

**Reference Dose (RfD)**—An estimate (with uncertainty spanning perhaps an order of magnitude) of the daily exposure of the human population to a potential hazard that is likely to be without risk of deleterious effects during a lifetime.  The RfD is operationally derived from the no-observed-adverse-effect level (NOAEL-from animal and human studies) by a consistent application of uncertainty factors that reflect various types of data used to estimate RfDs and an additional modifying factor, which is based on a professional judgment of the entire database on the chemical.  The RfDs are not applicable to nonthreshold effects such as cancer.

**Reportable Quantity (RQ)**—The quantity of a hazardous substance that is considered reportable under the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA).  Reportable quantities are (1) 1 pound or greater or (2) for selected substances, an amount established by regulation either under CERCLA or under Section 311 of the Clean Water Act.  Quantities are measured over a 24-hour period.

**Reproductive Toxicity**—The occurrence of adverse effects on the reproductive system that may result from exposure to a chemical.  The toxicity may be directed to the reproductive organs and/or the related endocrine system.  The manifestation of such toxicity may be noted as alterations in sexual behavior, fertility, pregnancy outcomes, or modifications in other functions that are dependent on the integrity of this system.

**Retrospective Study**—A type of cohort study based on a group of persons known to have been exposed at some time in the past.  Data are collected from routinely recorded events, up to the time the study is undertaken.  Retrospective studies are limited to causal factors that can be ascertained from existing records and/or examining survivors of the cohort.

**Risk**—The possibility or chance that some adverse effect will result from a given exposure to a chemical.

**Risk Factor**—An aspect of personal behavior or lifestyle, an environmental exposure, or an inborn or inherited characteristic, that is associated with an increased occurrence of disease or other health-related event or condition.

**Risk Ratio**—The ratio of the risk among persons with specific risk factors compared to the risk among persons without risk factors. A risk ratio greater than 1 indicates greater risk of disease in the exposed group compared to the unexposed.

**Short-Term Exposure Limit (STEL)**—The American Conference of Governmental Industrial Hygienists (ACGIH) maximum concentration to which workers can be exposed for up to 15 minutes continually. No more than four excursions are allowed per day, and there must be at least 60 minutes between exposure periods. The daily Threshold Limit Value - Time Weighted Average (TLV-TWA) may not be exceeded.

**Standardized Mortality Ratio (SMR)**—A ratio of the observed number of deaths and the expected number of deaths in a specific standard population.

**Target Organ Toxicity**—This term covers a broad range of adverse effects on target organs or physiological systems (e.g., renal, cardiovascular) extending from those arising through a single limited exposure to those assumed over a lifetime of exposure to a chemical.

**Teratogen**—A chemical that causes structural defects that affect the development of an organism.

**Threshold Limit Value (TLV)**—An American Conference of Governmental Industrial Hygienists (ACGIH) concentration of a substance to which most workers can be exposed without adverse effect. The TLV may be expressed as a Time Weighted Average (TWA), as a Short-Term Exposure Limit (STEL), or as a ceiling limit (CL).

**Time-Weighted Average (TWA)**—An allowable exposure concentration averaged over a normal 8-hour workday or 40-hour workweek.

**Toxic Dose$_{(50)}$ (TD$_{50}$)**—A calculated dose of a chemical, introduced by a route other than inhalation, which is expected to cause a specific toxic effect in 50% of a defined experimental animal population.

**Toxicokinetic**—The study of the absorption, distribution and elimination of toxic compounds in the living organism.

**Uncertainty Factor (UF)**—A factor used in operationally deriving the Minimal Risk Level (MRL) or Reference Dose (RfD) or Reference Concentration (RfC) from experimental data. UFs are intended to account for (1) the variation in sensitivity among the members of the human population, (2) the uncertainty in extrapolating animal data to the case of human, (3) the uncertainty in extrapolating from data obtained in a study that is of less than lifetime exposure, and (4) the uncertainty in using lowest-observed-adverse-effect level (LOAEL) data rather than no-observed-adverse-effect level (NOAEL) data. A default for each individual UF is 10; if complete certainty in data exists, a value of one can be used; however a reduced UF of three may be used on a case-by-case basis, three being the approximate logarithmic average of 10 and 1.

**Xenobiotic**—Any chemical that is foreign to the biological system.

# APPENDIX A.  ATSDR MINIMAL RISK LEVELS AND WORKSHEETS

The Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) [42 U.S.C. 9601 et seq.], as amended by the Superfund Amendments and Reauthorization Act (SARA) [Pub. L. 99–499], requires that the Agency for Toxic Substances and Disease Registry (ATSDR) develop jointly with the U.S. Environmental Protection Agency (EPA), in order of priority, a list of hazardous substances most commonly found at facilities on the CERCLA National Priorities List (NPL); prepare toxicological profiles for each substance included on the priority list of hazardous substances; and assure the initiation of a research program to fill identified data needs associated with the substances.

The toxicological profiles include an examination, summary, and interpretation of available toxicological information and epidemiologic evaluations of a hazardous substance.  During the development of toxicological profiles, Minimal Risk Levels (MRLs) are derived when reliable and sufficient data exist to identify the target organ(s) of effect or the most sensitive health effect(s) for a specific duration for a given route of exposure.  An MRL is an estimate of the daily human exposure to a hazardous substance that is likely to be without appreciable risk of adverse noncancer health effects over a specified duration of exposure.  MRLs are based on noncancer health effects only and are not based on a consideration of cancer effects.  These substance-specific estimates, which are intended to serve as screening levels, are used by ATSDR health assessors to identify contaminants and potential health effects that may be of concern at hazardous waste sites.  It is important to note that MRLs are not intended to define clean-up or action levels.

MRLs are derived for hazardous substances using the no-observed-adverse-effect level/uncertainty factor approach.  They are below levels that might cause adverse health effects in the people most sensitive to such chemical-induced effects.  MRLs are derived for acute (1–14 days), intermediate (15–364 days), and chronic (365 days and longer) durations and for the oral and inhalation routes of exposure.  Currently, MRLs for the dermal route of exposure are not derived because ATSDR has not yet identified a method suitable for this route of exposure.  MRLs are generally based on the most sensitive chemical-induced end point considered to be of relevance to humans.  Serious health effects (such as irreparable damage to the liver or kidneys, or birth defects) are not used as a basis for establishing MRLs.  Exposure to a level above the MRL does not mean that adverse health effects will occur.

USCA Case #25-1087    Document #2105058    Filed: 03/10/2025    Page 1032 of 2126

MRLs are intended only to serve as a screening tool to help public health professionals decide where to look more closely. They may also be viewed as a mechanism to identify those hazardous waste sites that are not expected to cause adverse health effects. Most MRLs contain a degree of uncertainty because of the lack of precise toxicological information on the people who might be most sensitive (e.g., infants, elderly, nutritionally or immunologically compromised) to the effects of hazardous substances. ATSDR uses a conservative (i.e., protective) approach to address this uncertainty consistent with the public health principle of prevention. Although human data are preferred, MRLs often must be based on animal studies because relevant human studies are lacking. In the absence of evidence to the contrary, ATSDR assumes that humans are more sensitive to the effects of hazardous substance than animals and that certain persons may be particularly sensitive. Thus, the resulting MRL may be as much as a hundredfold below levels that have been shown to be nontoxic in laboratory animals.

Proposed MRLs undergo a rigorous review process: Health Effects/MRL Workgroup reviews within the Division of Toxicology, expert panel peer reviews, and agency wide MRL Workgroup reviews, with participation from other federal agencies and comments from the public. They are subject to change as new information becomes available concomitant with updating the toxicological profiles. Thus, MRLs in the most recent toxicological profiles supersede previously published levels. For additional information regarding MRLs, please contact the Division of Toxicology, Agency for Toxic Substances and Disease Registry, 1600 Clifton Road NE, Mailstop E-29, Atlanta, Georgia 30333.

## MINIMAL RISK LEVEL (MRL) WORKSHEET

Chemical Name:        Selenium
CAS Number:          7782-49-2 (elemental)
Date:                June 5, 2003
Profile Status:      Post Public Comments, Draft 3
Route:               [ ] Inhalation [X] Oral
Duration:            [ ] Acute   [ ] Intermediate   [X] Chronic
Graph Key:           101
Species:             Human

Minimal Risk Level:  0.005 [X] mg/kg/day  [ ] ppm

Reference:  Yang G, Zhou R.  1994.  Further observations on the human maximum safe dietary selenium intake in a seleniferous area of China.  J Trace Elem Electrolytes Health Dis 8:159-165.

Experimental design:  This study was an examination of a group of five individuals who were recovering from selenosis, and who had been drawn from a larger population studied by the same authors (Yang et al. 1989a, 1989b).  Yang et al. (1989a, 1989b) examined a population in an area of China where selenosis occurred.  Data were collected on selenium levels in the diet, blood, nails, hair, urine, and milk of residents, and the incidence of clinical symptoms of selenosis (morphological changes in fingernails) was compared with dietary intake of selenium and selenium levels in blood.  Selenium levels in blood corresponded to the dietary intake of selenium, and symptoms of selenosis occurred at or above a selenium intake level of 910 µg/day (0.016 mg/kg/day) (Yang et al 1989a).  In 1992, Yang and Zhou (1994) reexamined five individuals from the high selenium site who had been suffering from symptoms of selenosis (loss of fingernails and hair), but were recovering (nails were regrowing).  Since their earlier report, the living conditions of the population had improved; they had been cautioned against consuming high selenium foods and parts of their locally produced corn had been replaced with rice or cereals.  Yang and Zhou (1994) found that the mean concentration of selenium in the blood of these selenosis patients had fallen from 1,346 µg/L (measured in 1986) to 968 µg/L (measured in 1992).  Using a regression equation derived from the data in their earlier report (Yang et al. 1989b) and average body weights of 55 kg, Yang and Zhou (1994) calculated that the mean dietary intake of selenium associated with selenosis in these individuals was 1,270 µg/day (LOAEL of 0.023 mg/kg/day), while a mean intake of 819 µg selenium/day (NOAEL of 0.015 mg/kg/day) was associated with recovery.

Effects noted in study and corresponding doses:  A NOAEL of 0.015 mg/kg/day for nail disease based on recovery from symptoms of selenosis, and a LOAEL of 0.023 mg/kg/day based on nail damage were calculated from selenium concentrations in blood using average body weights of 55 kg and the regression equation: $Y_{blood-Se}$ (mg/L) = 8230 x $10^{-4}$ $X_{se-intake}$ (µg) + 0.176 derived in Yang et al. (1989b).

Dose and end point used for MRL derivation:  0.015 mg/kg/day; nail disease (selenosis)

[X] NOAEL   [ ] LOAEL

Uncertainty Factors used in MRL derivation:

        [ ]  10 for use of a LOAEL
        [ ]  10 for extrapolation from animals to humans
        [X]  3 for human variability

APPX ATT_V6_3339

A factor of 3 was considered appropriate because the individuals in this report were sensitive individuals drawn from the larger population in the Yang et al. (1989a, 1989b) studies and because of the supporting studies described below.

<u>Was a conversion used from ppm in food or water to a mg/body weight dose</u>?  No.
If so, explain:

<u>If an inhalation study in animals, list the conversion factors used in determining human equivalent dose</u>:
NA

<u>Other additional studies or pertinent information which lend support to this MRL</u>:

Yang et al. (1989a, 1989b) examined a population of 349 individuals in an area of China where selenosis occurred.  They collected data on selenium levels in the diet, blood, nails, hair, urine, and milk of residents at three sites with low, medium, and high selenium, and compared the incidence of clinical symptoms of selenosis (morphological changes in finger nails) with dietary intake of selenium and selenium levels in blood.  They found that selenium levels in blood corresponded to the dietary intake of selenium, and that symptoms of selenosis were found at or above a selenium intake level of 910 μg/day (0.016 mg/kg/day) (Yang et al 1989a).  The population included adult men and women, teenagers, children, and infants.  High selenium levels were found in individuals of all ages, but symptoms of selenosis were generally confined to adults (97% of cases) and were never observed in children younger than 12 years of age (Yang et al. 1989b).  The manifestation of symptoms of selenosis was not solely dependent on selenium intake, but was subject to individual variability, as individuals who exhibited selenosis did not necessarily have the highest blood selenium levels.

Longnecker et al. (1991) examined two groups of adults (142 individuals) in areas of Wyoming and South Dakota with elevated selenium intake.  The average daily intake of selenium in this population was 239 μg/day (0.003 mg/kg/day) and some individuals consumed as much as 724 μg/day (0.01 mg/kg/day).  The highest blood concentration of selenium noted in this population was 0.67 mg/kg, a concentration lower than the 1.05 mg/L concentration associated with effects in China.  No symptoms of selenosis or any other significant health effects associated with selenium exposure were reported for individuals in this study.  This study suggests that the estimates of dietary intake of selenium produced by the regression equation in Yang et al. (1989b) may be conservative.  Longnecker et al. (1991) reported doses of 68–724 μg/day associated with blood concentrations of 0.18–0.67 mg/kg.  If the doses from the Longnecker et al. (1991) study are placed in the regression equation from Yang et al. (1989b), blood concentrations of 0.14 and 0.88 mg/L are calculated.  If it is assumed that a liter of blood weighs approximately 1 kg, then this regression equation overpredicts blood levels of selenium at the higher doses in the population from North Dakota.  This provides support for additional exposure (e.g., inhalation exposure) in the Chinese population that was not accounted for in the regression equation.

Selenium is a component of all three members of the deiodinase enzyme family, the enzymes responsible for deiodination of the thyroid hormones (St. Germain and Galton 1997).  Two human studies were located that describe significant decreases in triiodothyronine levels in response to elevated selenium; however, the hormone levels observed in these studies were subclinical within the normal human range and the biological significance of the effect is not clear.  In the first study, Brätter and Negretti De Brätter (1996) examined a Venezuelan population with high selenium intake.  Serum, erythrocyte, toenail, and breast milk selenium concentrations were determined for 65 women living in three seleniferous regions of Venezuela.  Selenium dietary intakes were determined from the selenium concentration of breast milk by regression (Bratter et al. 1991), and free thyroxine ($T_4$), free triiodothyronine ($T_3$), and human thyroid stimulating hormone (TSH) levels were measured.  Selenium intake ranged from 170 to 980 μg/day.  There was a significant inverse correlation between free $T_3$ and selenium levels in serum (Spearman R

test), but free $T_3$, free $T_4$, and TSH levels were found to be within normal ranges. No symptoms of selenosis were found in the women included in this study.

In the second human study, serum hormone, semen, immunological, and hematological status was evaluated in a 120-day double blind study of healthy men (20–45 years old) who consumed a controlled diet of foods naturally low or high in selenium (Hawkes and Turek 2001; Hawkes et al. 2001). Eleven subjects were fed a diet that provided 47 µg Se/day (0.0006 mg/kg/day) for the first 21 days of the study. For the following 99 days, six of the subjects were fed a diet providing 13 µg Se/day (0.0002 mg/kg/day), and five of the remaining subjects were fed a diet providing 297 µg/day (0.004 mg/kg/day). Comprehensive evaluations were performed at weeks 3 (baseline), 17 (ending value), and several interim time points on end points that included selenium levels (in blood plasma, erythrocytes, seminal plasma, and sperm); thyroid hormone levels (serum $T_3$ and TSH); reproductive hormone levels (serum testosterone, follicle-stimulating hormone, luteinizing hormone, prolactin, estradiol, and progesterone); semen quality (sperm concentration, semen volume, sperm total number, fraction motile sperm, percent progressive sperm, mean forward velocity, and various sperm morphology parameters); immunological indices (complete blood counts, lymphocyte phenotypes, serum immunoglobulins (IgA, IgG, IgM); complement fractions; peripheral blood mononuclear cell (PBMNC) *in vitro* proliferative responses to mitogenic stimulation with phytohemagglutinin (PHA), concanavalin A (ConA), and pokeweed; natural-killer cell (NKC) activity; delayed-type hypersensitivity (DHS) skin responses to recall antigens (tuberculin purified-protein derivative, mumps, tetanus toxoid, candida, trichophyton, streptokinase strepase, and coccidioidin); antibody responses to diptheria-tetanus and influenza vaccines); and hematological indices (complete blood counts, white blood cells, lymphocytes, granulocytes, platelets, erythrocytes, hematocrit, and hemoglobin concentration). For measurements repeated more than twice, the baseline value was subtracted from the value at each time point to calcuate within-subject changes, and two-way repeated measures analysis of variance was used to test for significant effects of dietary selenium and time. When the selenium main effect or the selenium x time interaction was significant, the Student-Newman-Keuls comparison test was used to identify significant differences between the low-selenium and high-selenium groups at individual time points. For measurements obtained only twice (during baseline and at end of study), within-subject changes were compared between groups with a two-tailed ttest. Measurements obtained only at the end of the study were compared between groups with a two-tailed t-test without any correction. A probability of ≤0.05 was considered significant in all tests.

Selenium levels in blood plasma began to change within 3 days of starting the low- and high-selenium diets and progressively continued throughout the study (Hawkes and Turek 2001). By week 17, mean plasma selenium concentrations had increased by 109% in the high-selenium group and decreased by 38.5% in the low-selenium group. Group mean serum $T_3$ concentrations (averages of within-subject changes from baseline) were significantly different in the low-selenium subjects and high-selenium subjects at all time points, but the magnitudes of the changes are insufficient to be considered biologically significant in either group. In the low-selenium group, serum $T_3$ levels increased an average of 14 and 8% from baseline during weeks 8 and 17, respectively. In the high-selenium group, serum $T_3$ levels decreased an average of 23 and 11% from baseline during weeks 8 and 17, respectively. Analysis of variance (ANOVA) indicated a significant effect of dietary selenium on serum $T_3$ concentrations and that the magnitude of the effect was modified by the duration of exposure (i.e., the group changes in $T_3$ levels decreased over time). Although the decreases in serum $T_3$ in the high selenium group and increases in serum $T_3$ in the low selenium group lessened in magnitude during the study, all group mean values appear to have remained within the normal range (only week 17 values were actually reported). The respective baseline and week 17 serum $T_3$ values (mean±SD) were 1.82±0.36 and 1.57±0.07 nmol/L in the high-selenium group and 1.57±0.25 and 1.64±0.16 nmol/L in the low-selenium group, compared to a normal human range of 1.1–2.7 nM/L for total $T_3$, indicating that the changes were subclinical and not biologically significant. Serum TSH concentrations increased significantly by 32% over its baseline concentration in the high-selenium group but did not change significantly in the low-selenium group.

Baseline and ending TSH values in the high-selenium group were 2.25±0.81 and 2.96±1.05 mU/L, respectively, both of which are in the normal range of 0.3–4.0 mU/L (Stockigt 2000). There were no significant changes in the serum levels, nor any significant differences between groups in free or total testosterone, follicle-stimulating hormone, luteinizing hormone, prolactin, estradiol, or progesterone.

The pattern of changes in seminal plasma selenium levels was similar to that observed for blood selenium, although selenium levels in sperm did not change significantly in either group (Hawkes and Turek 2001). Mean sperm motility (average of within-subject changes from baseline in fraction of motile sperm) was significantly different in the low-selenium subjects and high-selenium subjects at week 13, but not at weeks 8 or 17. The fraction of motile sperm increased an average of 10% in the low-selenium group at week 13, and was essentially the same as baseline at week 17. Sperm motility decreased an average of 32% in the high-selenium group at week 13, and ended 17% lower than the baseline value at week 17. The ANOVA indicated a significant effect of dietary selenium on sperm motility and that the effect of selenium was modified by duration of exposure (the groups diverged over time). Baseline and ending motile sperm fractions in the high-selenium group were 0.588±0.161 and 0.488±0.193, respectively; >50% motility is considered normal (FDA 1993). The decrease in sperm motility in the high-selenium group cannot be clearly attributed to exposure because the effect was not related to duration of treatment, and is unlikely to be adverse because the effect is at the low end of the normal range and not accompanied by any significant significant effects of high- or low-selenium treatment on sperm progression, concentration, total number, or morphology. Additionally, there were no effects of selenium on serum levels of the reproductive hormones, and changes in the thyroid hormones, which could also affect sperm function, were not outside normal ranges.

The immunological assessment showed that the high-selenium diet was not immunotoxic and had some mild and transient immune-enhancing properties (Hawkes et al. 2001). There is an indication that selenium supplementation increased the secondary immune response to diphtheria vaccine when rechallenged at the end of the study. The mean within-subject ratio of diphtheria antibody titers 14 days after reinoculation (day 116) to titers 14 days after the initial challenge at baseline (day 19) was significantly greater in the high-selenium group than in the low-selenium group (2.7±1.8-fold vs. 0.9±0.6-fold, p=0.03). Lymphocyte counts were significantly increased in the high-selenium group on day 45, but not at the end of the study, and there were no clear effects of selenium on numbers of activated or cytotoxic T-cells. The proliferative response of peripheral lymphocytes to stimulation with pokeweed mitogen (a B-cell mitogen) was significantly higher in the high-selenium group than in the low-selenium group on days 45 and 72, although not at the end of the study. There was no selenium-induced lymphocyte proliferation in response to the T-cell mitogens (phytohemagglutinin or concanavalin A) or changes in any of the other immunological end points. The hematological assessment (Hawkes et al. 2001) found minor mean within-subject changes from baseline in white blood cell counts that were significantly different in the low- and high-selenium groups at the last two time points (days 70 and 99); WBCs were decreased by 5% in the high-selenium group and increased by 10% in the low-selenium group at the end of the study. The changes in WBC counts were due mainly to changes in granulocytes. Lymphocyte counts were significantly increased in the high-selenium group on day 45, but not at the end of the study.

<u>Chemical Manager</u>: John Risher, Ph.D.

# APPENDIX B.  USER'S GUIDE

**Chapter 1**

**Public Health Statement**

This chapter of the profile is a health effects summary written in non-technical language.  Its intended audience is the general public especially people living in the vicinity of a hazardous waste site or chemical release.  If the Public Health Statement were removed from the rest of the document, it would still communicate to the lay public essential information about the chemical.

The major headings in the Public Health Statement are useful to find specific topics of concern.  The topics are written in a question and answer format.  The answer to each question includes a sentence that will direct the reader to chapters in the profile that will provide more information on the given topic.

**Chapter 2**

**Relevance to Public Health**

This chapter provides a health effects summary based on evaluations of existing toxicologic, epidemiologic, and toxicokinetic information.  This summary is designed to present interpretive, weight-of-evidence discussions for human health end points by addressing the following questions.

1.      What effects are known to occur in humans?

2.      What effects observed in animals are likely to be of concern to humans?

3.      What exposure conditions are likely to be of concern to humans, especially around hazardous waste sites?

The chapter covers end points in the same order they appear within the Discussion of Health Effects by Route of Exposure section, by route (inhalation, oral, dermal) and within route by effect.  Human data are presented first, then animal data.  Both are organized by duration (acute, intermediate, chronic).  In vitro data and data from parenteral routes (intramuscular, intravenous, subcutaneous, etc.) are also considered in this chapter.  If data are located in the scientific literature, a table of genotoxicity information is included.

The carcinogenic potential of the profiled substance is qualitatively evaluated, when appropriate, using existing toxicokinetic, genotoxic, and carcinogenic data.  ATSDR does not currently assess cancer potency or perform cancer risk assessments.  Minimal risk levels (MRLs) for noncancer end points (if derived) and the end points from which they were derived are indicated and discussed.

Limitations to existing scientific literature that prevent a satisfactory evaluation of the relevance to public health are identified in the Chapter 3 Data Needs section.

**Interpretation of Minimal Risk Levels**

Where sufficient toxicologic information is available, we have derived minimal risk levels (MRLs) for inhalation and oral routes of entry at each duration of exposure (acute, intermediate, and chronic). These MRLs are not meant to support regulatory action; but to acquaint health professionals with exposure levels at which adverse health effects are not expected to occur in humans.

They should help physicians and public health officials determine the safety of a community living near a chemical emission, given the concentration of a contaminant in air or the estimated daily dose in water. MRLs are based largely on toxicological studies in animals and on reports of human occupational exposure.

MRL users should be familiar with the toxicologic information on which the number is based. Chapter 2, "Relevance to Public Health," contains basic information known about the substance. Other sections such as Chapter 3 Section 3.9, "Interactions with Other Substances," and Section 3.10, "Populations that are Unusually Susceptible" provide important supplemental information.

MRL users should also understand the MRL derivation methodology. MRLs are derived using a modified version of the risk assessment methodology the Environmental Protection Agency (EPA) provides (Barnes and Dourson 1988) to determine reference doses for lifetime exposure (RfDs).

To derive an MRL, ATSDR generally selects the most sensitive end point which, in its best judgement, represents the most sensitive human health effect for a given exposure route and duration. ATSDR cannot make this judgement or derive an MRL unless information (quantitative or qualitative) is available for all potential systemic, neurological, and developmental effects. If this information and reliable quantitative data on the chosen end point are available, ATSDR derives an MRL using the most sensitive species (when information from multiple species is available) with the highest NOAEL that does not exceed any adverse effect levels. When a NOAEL is not available, a lowest-observed-adverse-effect level (LOAEL) can be used to derive an MRL, and an uncertainty factor (UF) of 10 must be employed. Additional uncertainty factors of 10 must be used both for human variability to protect sensitive subpopulations (people who are most susceptible to the health effects caused by the substance) and for interspecies variability (extrapolation from animals to humans). In deriving an MRL, these individual uncertainty factors are multiplied together. The product is then divided into the inhalation concentration or oral dosage selected from the study. Uncertainty factors used in developing a substance-specific MRL are provided in the footnotes of the LSE Tables.

**Chapter 3**

**Health Effects**

**Tables and Figures for Levels of Significant Exposure (LSE)**

Tables (3-1, 3-2, and 3-3) and figures (3-1 and 3-2) are used to summarize health effects and illustrate graphically levels of exposure associated with those effects. These levels cover health effects observed at increasing dose concentrations and durations, differences in response by species, minimal risk levels (MRLs) to humans for noncancer end points, and EPA's estimated range associated with an upper- bound individual lifetime cancer risk of 1 in 10,000 to 1 in 10,000,000. Use the LSE tables and figures for a quick review of the health effects and to locate data for a specific exposure scenario. The LSE tables and figures should always be used in conjunction with the text. All entries in these tables and figures represent studies that provide reliable, quantitative estimates of No-Observed-Adverse-Effect Levels (NOAELs), Lowest-Observed-Adverse-Effect Levels (LOAELs), or Cancer Effect Levels (CELs).

The legends presented below demonstrate the application of these tables and figures. Representative examples of LSE Table 3-1 and Figure 3-1 are shown. The numbers in the left column of the legends correspond to the numbers in the example table and figure.

**LEGEND**

**See LSE Table 3-1**

(1)     Route of Exposure One of the first considerations when reviewing the toxicity of a substance using these tables and figures should be the relevant and appropriate route of exposure. When sufficient data exists, three LSE tables and two LSE figures are presented in the document. The three LSE tables present data on the three principal routes of exposure, i.e., inhalation, oral, and dermal (LSE Table 3-1, 3-2, and 3-3, respectively). LSE figures are limited to the inhalation (LSE Figure 3-1) and oral (LSE Figure 3-2) routes. Not all substances will have data on each route of exposure and will not therefore have all five of the tables and figures.

(2)     Exposure Period Three exposure periods - acute (less than 15 days), intermediate (15–364 days), and chronic (365 days or more) are presented within each relevant route of exposure. In this example, an inhalation study of intermediate exposure duration is reported. For quick reference to health effects occurring from a known length of exposure, locate the applicable exposure period within the LSE table and figure.

(3)     Health Effect The major categories of health effects included in LSE tables and figures are death, systemic, immunological, neurological, developmental, reproductive, and cancer. NOAELs and LOAELs can be reported in the tables and figures for all effects but cancer. Systemic effects are further defined in the "System" column of the LSE table (see key number 18).

(4)     Key to Figure Each key number in the LSE table links study information to one or more data points using the same key number in the corresponding LSE figure. In this example, the study represented by key number 18 has been used to derive a NOAEL and a Less Serious LOAEL (also see the 2 "18r" data points in Figure 3-1).

(5)     Species The test species, whether animal or human, are identified in this column. Chapter 2, "Relevance to Public Health," covers the relevance of animal data to human toxicity and Section 3.4, "Toxicokinetics," contains any available information on comparative toxicokinetics. Although NOAELs and LOAELs are species specific, the levels are extrapolated to equivalent human doses to derive an MRL.

(6)     Exposure Frequency/Duration The duration of the study and the weekly and daily exposure regimen are provided in this column. This permits comparison of NOAELs and LOAELs from different studies. In this case (key number 18), rats were exposed to 1,1,2,2-tetrachloroethane via inhalation for 6 hours per day, 5 days per week, for 3 weeks. For a more complete review of the dosing regimen refer to the appropriate sections of the text or the original reference paper, i.e., Nitschke et al. 1981.

(7)     System This column further defines the systemic effects. These systems include: respiratory, cardiovascular, gastrointestinal, hematological, musculoskeletal, hepatic, renal, and dermal/ocular. "Other" refers to any systemic effect (e.g., a decrease in body weight) not covered in these systems. In the example of key number 18, 1 systemic effect (respiratory) was investigated.

(8)     NOAEL A No-Observed-Adverse-Effect Level (NOAEL) is the highest exposure level at which no harmful effects were seen in the organ system studied.  Key number 18 reports a NOAEL of 3 ppm for the respiratory system which was used to derive an intermediate exposure, inhalation MRL of 0.005 ppm (see footnote "b").

(9)     LOAEL A Lowest-Observed-Adverse-Effect Level (LOAEL) is the lowest dose used in the study that caused a harmful health effect.  LOAELs have been classified into "Less Serious" and "Serious" effects.  These distinctions help readers identify the levels of exposure at which adverse health effects first appear and the gradation of effects with increasing dose.  A brief description of the specific end point used to quantify the adverse effect accompanies the LOAEL.  The respiratory effect reported in key number 18 (hyperplasia) is a Less serious LOAEL of 10 ppm.  MRLs are not derived from Serious LOAELs.

(10)    Reference The complete reference citation is given in Chapter 9 of the profile.

(11)    CEL A Cancer Effect Level (CEL) is the lowest exposure level associated with the onset of carcinogenesis in experimental or epidemiologic studies.  CELs are always considered serious effects.  The LSE tables and figures do not contain NOAELs for cancer, but the text may report doses not causing measurable cancer increases.

(12)    Footnotes Explanations of abbreviations or reference notes for data in the LSE tables are found in the footnotes.  Footnote "b" indicates the NOAEL of 3 ppm in key number 18 was used to derive an MRL of 0.005 ppm.

**LEGEND**

### See Figure 3-1

LSE figures graphically illustrate the data presented in the corresponding LSE tables.  Figures help the reader quickly compare health effects according to exposure concentrations for particular exposure periods.

(13)    Exposure Period The same exposure periods appear as in the LSE table.  In this example, health effects observed within the intermediate and chronic exposure periods are illustrated.

(14)    Health Effect These are the categories of health effects for which reliable quantitative data exists.  The same health effects appear in the LSE table.

(15)    Levels of Exposure concentrations or doses for each health effect in the LSE tables are graphically displayed in the LSE figures.  Exposure concentration or dose is measured on the log scale "y" axis.  Inhalation exposure is reported in $mg/m^3$ or ppm and oral exposure is reported in mg/kg/day.

(16)    NOAEL In this example, the open circle designated 18r identifies a NOAEL critical end point in the rat upon which an intermediate inhalation exposure MRL is based.  The key number 18 corresponds to the entry in the LSE table.  The dashed descending arrow indicates the extrapolation from the exposure level of 3 ppm (see entry 18 in the Table) to the MRL of 0.005 ppm (see footnote "b" in the LSE table).

(17)  CEL Key number 38r is 1 of 3 studies for which Cancer Effect Levels were derived.  The diamond symbol refers to a Cancer Effect Level for the test species-mouse.  The number 38 corresponds to the entry in the LSE table.

(18)  Estimated Upper-Bound Human Cancer Risk Levels This is the range associated with the upper-bound for lifetime cancer risk of 1 in 10,000 to 1 in 10,000,000.  These risk levels are derived from the EPA's Human Health Assessment Group's upper-bound estimates of the slope of the cancer dose response curve at low dose levels ($q_1$*).

(19)  Key to LSE Figure The Key explains the abbreviations and symbols used in the figure.



TABLE 3-1. Levels of Significant Exposure to [Chemical x] - Inhalation

**SAMPLE**

| Key to figure[a] | Species | Exposure frequency/ duration | System | NOAEL (ppm) | LOAEL (effect) Less serious (ppm) | LOAEL (effect) Serious (ppm) | Reference |
|---|---|---|---|---|---|---|---|
| INTERMEDIATE EXPOSURE | | | | | | | |
| *Systemic* | | | | | | | |
| 18 | Rat | 13 wk 5 d/wk 6 hr/d | Resp | 3[b] | 10 (hyperplasia) | | Nitschke et al. 1981 |
| CHRONIC EXPOSURE | | | | | | | |
| *Cancer* | | | | | | | |
| 38 | Rat | 18 mo 5 d/wk 7 hr/d | | | | 20 (CEL, multiple organs) | Wong et al. 1982 |
| 39 | Rat | 89-104 wk 5 d/wk 6 hr/d | | | | 10 (CEL, lung tumors, nasal tumors) | NTP 1982 |
| 40 | Mouse | 79-103 wk 5 d/wk 6 hr/d | | | | 10 (CEL, lung tumors, hemangiosarcomas) | NTP 1982 |

[a] The number corresponds to entries in Figure 3-1.
[b] Used to derive an intermediate inhalation Minimal Risk Level (MRL) of $5 \times 10^{-3}$ ppm; dose adjusted for intermittent exposure and divided by an uncertainty factor of 100 (10 for extrapolation from animal to humans, 10 for human variability).



Figure 3-1. Levels of Significant Exposure to [Chemical X] - Inhalation

## APPENDIX C.  ACRONYMS, ABBREVIATIONS, AND SYMBOLS

| | |
|---|---|
| ACOEM | American College of Occupational and Environmental Medicine |
| ACGIH | American Conference of Governmental Industrial Hygienists |
| ADI | acceptable daily intake |
| ADME | absorption, distribution, metabolism, and excretion |
| AED | atomic emission detection |
| AOEC | Association of Occupational and Environmental Clinics |
| AFID | alkali flame ionization detector |
| AFOSH | Air Force Office of Safety and Health |
| ALT | alanine aminotransferase |
| AML | acute myeloid leukemia |
| ANOVA | analysis of variance |
| AOAC | Association of Official Analytical Chemists |
| AP | alkaline phosphatase |
| APHA | American Public Health Association |
| AST | aspartate aminotranferase |
| atm | atmosphere |
| ATSDR | Agency for Toxic Substances and Disease Registry |
| AWQC | Ambient Water Quality Criteria |
| BAT | best available technology |
| BCF | bioconcentration factor |
| BEI | Biological Exposure Index |
| BSC | Board of Scientific Counselors |
| C | centigrade |
| CAA | Clean Air Act |
| CAG | Cancer Assessment Group of the U.S. Environmental Protection Agency |
| CAS | Chemical Abstract Services |
| CDC | Centers for Disease Control and Prevention |
| CEL | cancer effect level |
| CELDS | Computer-Environmental Legislative Data System |
| CERCLA | Comprehensive Environmental Response, Compensation, and Liability Act |
| CFR | Code of Federal Regulations |
| Ci | curie |
| CI | confidence interval |
| CL | ceiling limit value |
| CLP | Contract Laboratory Program |
| cm | centimeter |
| CML | chronic myeloid leukemia |
| CPSC | Consumer Products Safety Commission |
| CWA | Clean Water Act |
| DHEW | Department of Health, Education, and Welfare |
| DHHS | Department of Health and Human Services |
| DNA | deoxyribonucleic acid |
| DOD | Department of Defense |
| DOE | Department of Energy |
| DOL | Department of Labor |
| DOT | Department of Transportation |

| | |
|---|---|
| DOT/UN/ | Department of Transportation/United Nations/ |
| NA/IMCO | North America/International Maritime Dangerous Goods Code |
| DWEL | drinking water exposure level |
| ECD | electron capture detection |
| ECG/EKG | electrocardiogram |
| EEG | electroencephalogram |
| EEGL | Emergency Exposure Guidance Level |
| EPA | Environmental Protection Agency |
| F | Fahrenheit |
| $F_1$ | first-filial generation |
| FAO | Food and Agricultural Organization of the United Nations |
| FDA | Food and Drug Administration |
| FEMA | Federal Emergency Management Agency |
| FIFRA | Federal Insecticide, Fungicide, and Rodenticide Act |
| FPD | flame photometric detection |
| fpm | feet per minute |
| FR | *Federal Register* |
| FSH | follicle stimulating hormone |
| g | gram |
| GC | gas chromatography |
| gd | gestational day |
| GLC | gas liquid chromatography |
| GPC | gel permeation chromatography |
| GPX | glutathione peroxidase |
| GSH | glutathione |
| HPLC | high-performance liquid chromatography |
| HRGC | high resolution gas chromatography |
| HSDB | Hazardous Substance Data Bank |
| IARC | International Agency for Research on Cancer |
| IDLH | immediately dangerous to life and health |
| ILO | International Labor Organization |
| IRIS | Integrated Risk Information System |
| Kd | adsorption ratio |
| kg | kilogram |
| $K_{oc}$ | organic carbon partition coefficient |
| $K_{ow}$ | octanol-water partition coefficient |
| L | liter |
| LC | liquid chromatography |
| $LC_{Lo}$ | lethal concentration, low |
| $LC_{50}$ | lethal concentration, 50% kill |
| $LD_{Lo}$ | lethal dose, low |
| $LD_{50}$ | lethal dose, 50% kill |
| LDH | lactic dehydrogenase |
| LH | luteinizing hormone |
| $LT_{50}$ | lethal time, 50% kill |
| LOAEL | lowest-observed-adverse-effect level |
| LSE | Levels of Significant Exposure |
| m | meter |
| MA | *trans,trans*-muconic acid |
| MAL | maximum allowable level |
| mCi | millicurie |

| MCL | maximum contaminant level |
|---|---|
| MCLG | maximum contaminant level goal |
| MFO | mixed function oxidase |
| mg | milligram |
| mL | milliliter |
| mm | millimeter |
| mmHg | millimeters of mercury |
| mmol | millimole |
| mppcf | millions of particles per cubic foot |
| MRL | Minimal Risk Level |
| MS | mass spectrometry |
| NAAQS | National Ambient Air Quality Standard |
| NAS | National Academy of Science |
| NATICH | National Air Toxics Information Clearinghouse |
| NATO | North Atlantic Treaty Organization |
| NCE | normochromatic erythrocytes |
| NCEH | National Center for Environmental Health |
| NCI | National Cancer Institute |
| ND | not detected |
| NFPA | National Fire Protection Association |
| ng | nanogram |
| NIEHS | National Institute of Environmental Health Sciences |
| NIOSH | National Institute for Occupational Safety and Health |
| NIOSHTIC | NIOSH's Computerized Information Retrieval System |
| NLM | National Library of Medicine |
| nm | nanometer |
| NHANES | National Health and Nutrition Examination Survey |
| nmol | nanomole |
| NOAEL | no-observed-adverse-effect level |
| NOES | National Occupational Exposure Survey |
| NOHS | National Occupational Hazard Survey |
| NPD | nitrogen phosphorus detection |
| NPDES | National Pollutant Discharge Elimination System |
| NPL | National Priorities List |
| NR | not reported |
| NRC | National Research Council |
| NS | not specified |
| NSPS | New Source Performance Standards |
| NTIS | National Technical Information Service |
| NTP | National Toxicology Program |
| ODW | Office of Drinking Water, EPA |
| OERR | Office of Emergency and Remedial Response, EPA |
| OHM/TADS | Oil and Hazardous Materials/Technical Assistance Data System |
| OPP | Office of Pesticide Programs, EPA |
| OPPTS | Office of Prevention, Pesticides and Toxic Substances, EPA |
| OPPT | Office of Pollution Prevention and Toxics, EPA |
| OR | odds ratio |
| OSHA | Occupational Safety and Health Administration |
| OSW | Office of Solid Waste, EPA |
| OW | Office of Water |
| OWRS | Office of Water Regulations and Standards, EPA |

| | |
|---|---|
| PAH | polycyclic aromatic hydrocarbon |
| PBPD | physiologically based pharmacodynamic |
| PBPK | physiologically based pharmacokinetic |
| PCE | polychromatic erythrocytes |
| PEL | permissible exposure limit |
| pg | pictogram |
| PHS | Public Health Service |
| PID | photo ionization detector |
| pmol | picomole |
| PMR | proportionate mortality ratio |
| ppb | parts per billion |
| ppm | parts per million |
| ppt | parts per trillion |
| PSNS | pretreatment standards for new sources |
| RBC | red blood cell |
| RDA | Recommended Daily Allowance |
| REL | recommended exposure level/limit |
| RfC | reference concentration |
| RfD | reference dose |
| RNA | ribonucleic acid |
| RR | relative risk |
| RTECS | Registry of Toxic Effects of Chemical Substances |
| RQ | reportable quantity |
| SARA | Superfund Amendments and Reauthorization Act |
| SCE | sister chromatid exchange |
| SGOT | serum glutamic oxaloacetic transaminase |
| SGPT | serum glutamic pyruvic transaminase |
| SIC | standard industrial classification |
| SIM | selected ion monitoring |
| SMCL | secondary maximum contaminant level |
| SMR | standardized mortality ratio |
| SNARL | suggested no adverse response level |
| SPEGL | Short-Term Public Emergency Guidance Level |
| STEL | short term exposure limit |
| STORET | Storage and Retrieval |
| $T_3$ | triiodothyronine |
| $T_4$ | thyroxine |
| $TD_{50}$ | toxic dose, 50% specific toxic effect |
| TLV | threshold limit value |
| TOC | total organic carbon |
| TPQ | threshold planning quantity |
| TRI | Toxics Release Inventory |
| TSCA | Toxic Substances Control Act |
| TSH | thyroid stimulating hormone |
| TWA | time-weighted average |
| UF | uncertainty factor |
| UL | Tolerable Upper Intake Level |
| U.S. | United States |
| USDA | United States Department of Agriculture |
| USGS | United States Geological Survey |
| VOC | volatile organic compound |

| WBC | white blood cell |
| WHO | World Health Organization |

| > | greater than |
| ≥ | greater than or equal to |
| = | equal to |
| < | less than |
| ≤ | less than or equal to |
| % | percent |
| α | alpha |
| β | beta |
| γ | gamma |
| δ | delta |
| μm | micrometer |
| μg | microgram |
| $q_1^*$ | cancer slope factor |
| − | negative |
| + | positive |
| (+) | weakly positive result |
| (−) | weakly negative result |

# TOXICOLOGICAL PROFILE FOR
# CADMIUM

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
Public Health Service
Agency for Toxic Substances and Disease Registry

September 2012

# DISCLAIMER

Use of trade names is for identification only and does not imply endorsement by the Agency for Toxic Substances and Disease Registry, the Public Health Service, or the U.S. Department of Health and Human Services.

USCA Case #25-1087    Document #2105058       Filed: 03/10/2025    Page 1052 of 2126

# UPDATE STATEMENT

A Toxicological Profile for Cadmium, Draft for Public Comment was released in September 2008.  This edition supersedes any previously released draft or final profile.

Toxicological profiles are revised and republished as necessary.  For information regarding the update status of previously released profiles, contact ATSDR at:

<div align="center">

Agency for Toxic Substances and Disease Registry
Division of Toxicology and Human Health Sciences (proposed)
Environmental Toxicology Branch (proposed)
1600 Clifton Road NE
Mailstop F-62
Atlanta, Georgia 30333

</div>

APPX ATT_V6_3358

CADMIUM
iv

This page is intentionally blank.

CADMIUM

# FOREWORD

This toxicological profile is prepared in accordance with guidelines* developed by the Agency for Toxic Substances and Disease Registry (ATSDR) and the Environmental Protection Agency (EPA). The original guidelines were published in the *Federal Register* on April 17, 1987. Each profile will be revised and republished as necessary.

The ATSDR toxicological profile succinctly characterizes the toxicologic and adverse health effects information for the toxic substances each profile describes. Each peer-reviewed profile identifies and reviews the key literature that describes a substance's toxicologic properties. Other pertinent literature is also presented but is described in less detail than the key studies. The profile is not intended to be an exhaustive document; however, more comprehensive sources of specialty information are referenced.

The profiles focus on health and toxicologic information; therefore, each toxicological profile begins with a public health statement that describes, in nontechnical language, a substance's relevant toxicological properties. Following the public health statement is information concerning levels of significant human exposure and, where known, significant health effects. A health effects summary describes the adequacy of information to determine a substance's health effects. ATSDR identifies data needs that are significant to protection of public health.

Each profile:

(A)     Examines, summarizes, and interprets available toxicologic information and epidemiologic evaluations on a toxic substance to ascertain the levels of significant human exposure for the substance and the associated acute, subacute, and chronic health effects;

(B)     Determines whether adequate information on the health effects of each substance is available or being developed to determine levels of exposure that present a significant risk to human health of acute, subacute, and chronic health effects; and

(C)     Where appropriate, identifies toxicologic testing needed to identify the types or levels of exposure that may present significant risk of adverse health effects in humans.

The principal audiences for the toxicological profiles are federal, state, and local health professionals; interested private sector organizations and groups; and members of the public.

This profile reflects ATSDR's assessment of all relevant toxicologic testing and information that has been peer-reviewed. Staff of the Centers for Disease Control and Prevention and other federal scientists also have reviewed the profile. In addition, this profile has been peer-reviewed by a nongovernmental panel and was made available for public review. Final responsibility for the contents and views expressed in this toxicological profile resides with ATSDR.

Christopher J. Portier, Ph.D.
Assistant Administrator
Agency for Toxic Substances and Disease Registry

*Legislative Background

The toxicological profiles are developed under the Comprehensive Environmental Response, Compensation, and Liability Act of 1980, as amended (CERCLA or Superfund).  CERCLA section 104(i)(1) directs the Administrator of ATSDR to "…effectuate and implement the health related authorities" of the statute.  This includes the preparation of toxicological profiles for hazardous substances most commonly found at facilities on the CERCLA National Priorities List and that pose the most significant potential threat to human health, as determined by ATSDR and the EPA. Section 104(i)(3) of CERCLA, as amended, directs the Administrator of ATSDR to prepare a toxicological profile for each substance on the list.  In addition, ATSDR has the authority to prepare toxicological profiles for substances not found at sites on the National Priorities List, in an effort to "…establish and maintain inventory of literature, research, and studies on the health effects of toxic substances" under CERCLA Section 104(i)(1)(B), to respond to requests for consultation under section 104(i)(4), and as otherwise necessary to support the site-specific response actions conducted by ATSDR.

## QUICK REFERENCE FOR HEALTH CARE PROVIDERS

Toxicological Profiles are a unique compilation of toxicological information on a given hazardous substance.  Each profile reflects a comprehensive and extensive evaluation, summary, and interpretation of available toxicologic and epidemiologic information on a substance.  Health care providers treating patients potentially exposed to hazardous substances will find the following information helpful for fast answers to often-asked questions.

───────────────────────────────────────────

*Primary Chapters/Sections of Interest*

**Chapter 1:  Public Health Statement**: The Public Health Statement can be a useful tool for educating patients about possible exposure to a hazardous substance.  It explains a substance's relevant toxicologic properties in a nontechnical, question-and-answer format, and it includes a review of the general health effects observed following exposure.

**Chapter 2:  Relevance to Public Health**: The Relevance to Public Health Section evaluates, interprets, and assesses the significance of toxicity data to human health.

**Chapter 3:  Health Effects**: Specific health effects of a given hazardous compound are reported by type of health effect (death, systemic, immunologic, reproductive), by route of exposure, and by length of exposure (acute, intermediate, and chronic).  In addition, both human and animal studies are reported in this section.
*NOTE*: Not all health effects reported in this section are necessarily observed in the clinical setting.  Please refer to the Public Health Statement to identify general health effects observed following exposure.

**Pediatrics**:  Four new sections have been added to each Toxicological Profile to address child health issues:
| | |
|---|---|
| **Section 1.6** | **How Can (Chemical X) Affect Children?** |
| **Section 1.7** | **How Can Families Reduce the Risk of Exposure to (Chemical X)?** |
| **Section 3.7** | **Children's Susceptibility** |
| **Section 6.6** | **Exposures of Children** |

**Other Sections of Interest:**
| | |
|---|---|
| **Section 3.8** | **Biomarkers of Exposure and Effect** |
| **Section 3.11** | **Methods for Reducing Toxic Effects** |

───────────────────────────────────────────

*ATSDR Information Center*
> **Phone:**   1-800-CDC-INFO (800-232-4636) or 1-888-232-6348 (TTY)   *Fax:*   (770) 488-4178
> **E-mail:**   cdcinfo@cdc.gov                     *Internet*:  http://www.atsdr.cdc.gov

The following additional material can be ordered through the ATSDR Information Center:

*Case Studies in Environmental Medicine: Taking an Exposure History*—The importance of taking an exposure history and how to conduct one are described, and an example of a thorough exposure history is provided.  Other case studies of interest include *Reproductive and Developmental Hazards; Skin Lesions and Environmental Exposures; Cholinesterase-Inhibiting Pesticide Toxicity*; and numerous chemical-specific case studies.

*Managing Hazardous Materials Incidents* is a three-volume set of recommendations for on-scene (prehospital) and hospital medical management of patients exposed during a hazardous materials incident. Volumes I and II are planning guides to assist first responders and hospital emergency department personnel in planning for incidents that involve hazardous materials. Volume III—*Medical Management Guidelines for Acute Chemical Exposures*—is a guide for health care professionals treating patients exposed to hazardous materials.

*Fact Sheets (ToxFAQs)* provide answers to frequently asked questions about toxic substances.

---

### Other Agencies and Organizations

*The National Center for Environmental Health* (NCEH) focuses on preventing or controlling disease, injury, and disability related to the interactions between people and their environment outside the workplace. Contact: NCEH, Mailstop F-29, 4770 Buford Highway, NE, Atlanta, GA 30341-3724 • Phone: 770-488-7000 • FAX: 770-488-7015.

*The National Institute for Occupational Safety and Health* (NIOSH) conducts research on occupational diseases and injuries, responds to requests for assistance by investigating problems of health and safety in the workplace, recommends standards to the Occupational Safety and Health Administration (OSHA) and the Mine Safety and Health Administration (MSHA), and trains professionals in occupational safety and health. Contact: NIOSH, 200 Independence Avenue, SW, Washington, DC 20201 • Phone: 800-356-4674 or NIOSH Technical Information Branch, Robert A. Taft Laboratory, Mailstop C-19, 4676 Columbia Parkway, Cincinnati, OH 45226-1998 • Phone: 800-35-NIOSH.

*The National Institute of Environmental Health Sciences* (NIEHS) is the principal federal agency for biomedical research on the effects of chemical, physical, and biologic environmental agents on human health and well-being. Contact: NIEHS, PO Box 12233, 104 T.W. Alexander Drive, Research Triangle Park, NC 27709 • Phone: 919-541-3212.

---

### Referrals

*The Association of Occupational and Environmental Clinics* (AOEC) has developed a network of clinics in the United States to provide expertise in occupational and environmental issues. Contact: AOEC, 1010 Vermont Avenue, NW, #513, Washington, DC 20005 • Phone: 202-347-4976 • FAX: 202-347-4950 • e-mail: AOEC@AOEC.ORG • Web Page: http://www.aoec.org/.

*The American College of Occupational and Environmental Medicine* (ACOEM) is an association of physicians and other health care providers specializing in the field of occupational and environmental medicine. Contact: ACOEM, 25 Northwest Point Boulevard, Suite 700, Elk Grove Village, IL 60007-1030 • Phone: 847-818-1800 • FAX: 847-818-9266.

# CONTRIBUTORS

**CHEMICAL MANAGER(S)/AUTHOR(S):**

Obaid Faroon, Ph.D. DVM
Annette Ashizawa, Ph.D.
Scott Wright, M.S.
Pam Tucker, M.D.
Kim Jenkins, B.A.
ATSDR, Division of Toxicology and Human Health Sciences (proposed), Atlanta, GA

Lisa Ingerman, Ph.D., DABT
Catherine Rudisill, B.S.
SRC Inc. (formerly known as Syracuse Research Corporation), North Syracuse, NY

**THE PROFILE HAS UNDERGONE THE FOLLOWING ATSDR INTERNAL REVIEWS:**

1.    Health Effects Review.  The Health Effects Review Committee examines the health effects
      chapter of each profile for consistency and accuracy in interpreting health effects and classifying
      end points.

2.    Minimal Risk Level Review.  The Minimal Risk Level Workgroup considers issues relevant to
      substance-specific Minimal Risk Levels (MRLs), reviews the health effects database of each
      profile, and makes recommendations for derivation of MRLs.

3.    Data Needs Review.  The Environmental Toxicology Branch (proposed) reviews data needs
      sections to assure consistency across profiles and adherence to instructions in the Guidance.

4.    Green Border Review.  Green Border review assures the consistency with ATSDR policy.

CADMIUM

This page is intentionally blank.

# PEER REVIEW

A peer review panel was assembled for cadmium.  The panel consisted of the following members:

1.     Maryka H. Bhattacharyya, Ph.D., Senior Biochemist, Biosciences Division (BIO), Argonne
       National Laboratory, Lemont, Illinois 60439,

2.     Masayuki Ikeda, Ph.D., M.D., Professor, Kyoto Industrial Health Association, Kyoto, Japan
       604-8472, and

3.     Zahir A Shaikh, Ph.D., Professor of Pharmacology and Toxicology, Director of the Center for
       Molecular Toxicology, University of Rhode Island, Kingston, Rhode Island 02881.

These experts collectively have knowledge of cadmium's physical and chemical properties,
toxicokinetics, key health end points, mechanisms of action, human and animal exposure, and
quantification of risk to humans.  All reviewers were selected in conformity with the conditions for peer
review specified in Section 104(I)(13) of the Comprehensive Environmental Response, Compensation,
and Liability Act, as amended.

Scientists from the Agency for Toxic Substances and Disease Registry (ATSDR) have reviewed the peer
reviewers' comments and determined which comments will be included in the profile.  A listing of the
peer reviewers' comments not incorporated in the profile, with a brief explanation of the rationale for their
exclusion, exists as part of the administrative record for this compound.

The citation of the peer review panel should not be understood to imply its approval of the profile's final
content.  The responsibility for the content of this profile lies with the ATSDR.

CADMIUM

xii

This page is intentionally blank.

# CONTENTS

DISCLAIMER ....................................................................................................................... ii
UPDATE STATEMENT ....................................................................................................... iii
FOREWORD ........................................................................................................................... v
QUICK REFERENCE FOR HEALTH CARE PROVIDERS ............................................ vii
CONTRIBUTORS ................................................................................................................. ix
PEER REVIEW ...................................................................................................................... xi
CONTENTS ......................................................................................................................... xiii
LIST OF FIGURES ............................................................................................................. xvii
LIST OF TABLES ............................................................................................................... xix

1. PUBLIC HEALTH STATEMENT ..................................................................................... 1
   1.1    WHAT IS CADMIUM? ........................................................................................... 2
   1.2    WHAT HAPPENS TO CADMIUM WHEN IT ENTERS THE ENVIRONMENT? ... 2
   1.3    HOW MIGHT I BE EXPOSED TO CADMIUM? .................................................. 3
   1.4    HOW CAN CADMIUM ENTER AND LEAVE MY BODY? ................................. 4
   1.5    HOW CAN CADMIUM AFFECT MY HEALTH? ................................................ 4
   1.6    HOW CAN CADMIUM AFFECT CHILDREN? .................................................... 5
   1.7    HOW CAN FAMILIES REDUCE THE RISK OF EXPOSURE TO CADMIUM? ... 6
   1.8    IS THERE A MEDICAL TEST TO DETERMINE WHETHER I HAVE BEEN EXPOSED
          TO CADMIUM? ....................................................................................................... 7
   1.9    WHAT RECOMMENDATIONS HAS THE FEDERAL GOVERNMENT MADE TO
          PROTECT HUMAN HEALTH? .............................................................................. 7
   1.10   WHERE CAN I GET MORE INFORMATION? ..................................................... 8

2. RELEVANCE TO PUBLIC HEALTH ............................................................................. 11
   2.1    BACKGROUND AND ENVIRONMENTAL EXPOSURES TO CADMIUM IN THE
          UNITED STATES ................................................................................................... 11
   2.2    SUMMARY OF HEALTH EFFECTS ................................................................... 12
   2.3    MINIMAL RISK LEVELS (MRLs) ....................................................................... 15

3. HEALTH EFFECTS .......................................................................................................... 45
   3.1    INTRODUCTION ................................................................................................... 45
   3.2    DISCUSSION OF HEALTH EFFECTS BY ROUTE OF EXPOSURE ............... 45
          3.2.1    Inhalation Exposure ................................................................................... 47
                  3.2.1.1    Death ............................................................................................. 47
                  3.2.1.2    Systemic Effects ........................................................................... 50
                  3.2.1.3    Immunological and Lymphoreticular Effects ............................... 94
                  3.2.1.4    Neurological Effects ..................................................................... 95
                  3.2.1.5    Reproductive Effects .................................................................... 97
                  3.2.1.6    Developmental Effects .................................................................. 99
                  3.2.1.7    Cancer ......................................................................................... 100
          3.2.2    Oral Exposure .......................................................................................... 105
                  3.2.2.1    Death ........................................................................................... 105
                  3.2.2.2    Systemic Effects ......................................................................... 106
                  3.2.2.3    Immunological and Lymphoreticular Effects ............................. 169
                  3.2.2.4    Neurological Effects ................................................................... 169
                  3.2.2.5    Reproductive Effects .................................................................. 170
                  3.2.2.6    Developmental Effects ................................................................ 174
                  3.2.2.7    Cancer ......................................................................................... 177

3.2.3    Dermal Exposure ...................................................................................... 181
    3.2.3.1    Death .............................................................................................. 181
    3.2.3.2    Systemic Effects ............................................................................ 181
    3.2.3.3    Immunological and Lymphoreticular Effects ............................... 182
    3.2.3.4    Neurological Effects ...................................................................... 184
    3.2.3.5    Reproductive Effects ..................................................................... 184
    3.2.3.6    Developmental Effects ................................................................... 184
    3.2.3.7    Cancer ............................................................................................ 184
3.3    GENOTOXICITY ...................................................................................................... 184
3.4    TOXICOKINETICS .................................................................................................. 191
    3.4.1    Absorption ................................................................................................... 192
        3.4.1.1    Inhalation Exposure ....................................................................... 192
        3.4.1.2    Oral Exposure ................................................................................ 193
        3.4.1.3    Dermal Exposure ........................................................................... 196
    3.4.2    Distribution ................................................................................................. 198
        3.4.2.1    Inhalation Exposure ....................................................................... 198
        3.4.2.2    Oral Exposure ................................................................................ 198
        3.4.2.3    Dermal Exposure ........................................................................... 200
    3.4.3    Metabolism .................................................................................................. 200
    3.4.4    Elimination and Excretion .......................................................................... 200
        3.4.4.1    Inhalation Exposure ....................................................................... 201
        3.4.4.2    Oral Exposure ................................................................................ 201
        3.4.4.3    Dermal Exposure ........................................................................... 202
    3.4.5    Physiologically Based Pharmacokinetic (PBPK)/Pharmacodynamic (PD) Models ........ 203
        3.4.5.1    Summary of Cadmium PBPK Models ............................................ 204
        3.4.5.2    Cadmium PBPK Model Comparison ............................................. 204
        3.4.5.3    Discussion of Cadmium Models ................................................... 206
3.5    MECHANISMS OF ACTION .................................................................................... 216
    3.5.1    Pharmacokinetic Mechanisms ..................................................................... 216
    3.5.2    Mechanisms of Toxicity .............................................................................. 220
    3.5.3    Animal-to-Human Extrapolations ............................................................... 223
3.6    TOXICITIES MEDIATED THROUGH THE NEUROENDOCRINE AXIS ............. 224
3.7    CHILDREN'S SUSCEPTIBILITY ............................................................................ 225
3.8    BIOMARKERS OF EXPOSURE AND EFFECT ...................................................... 230
    3.8.1    Biomarkers Used to Identify or Quantify Exposure to Cadmium ............... 231
    3.8.2    Biomarkers Used to Characterize Effects Caused by Cadmium ................. 234
3.9    INTERACTIONS WITH OTHER CHEMICALS ....................................................... 238
3.10    POPULATIONS THAT ARE UNUSUALLY SUSCEPTIBLE ............................... 240
3.11    METHODS FOR REDUCING TOXIC EFFECTS .................................................. 241
    3.11.1    Reducing Peak Absorption Following Exposure ........................................ 241
    3.11.2    Reducing Body Burden ............................................................................... 243
    3.11.3    Interfering with the Mechanism of Action for Toxic Effects ..................... 244
3.12    ADEQUACY OF THE DATABASE ........................................................................ 246
    3.12.1    Existing Information on Health Effects of Cadmium ................................. 246
    3.12.2    Identification of Data Needs ....................................................................... 248
    3.12.3    Ongoing Studies .......................................................................................... 258

4. CHEMICAL AND PHYSICAL INFORMATION ................................................................. 261
4.1    CHEMICAL IDENTITY ............................................................................................ 261
4.2    PHYSICAL AND CHEMICAL PROPERTIES ......................................................... 261

CADMIUM

xv

5. PRODUCTION, IMPORT/EXPORT, USE, AND DISPOSAL ................................ 267
   5.1    PRODUCTION ................................................................................................. 267
   5.2    IMPORT/EXPORT ........................................................................................... 273
   5.3    USE .................................................................................................................. 273
   5.4    DISPOSAL ....................................................................................................... 274

6. POTENTIAL FOR HUMAN EXPOSURE ...................................................................... 277
   6.1    OVERVIEW ..................................................................................................... 277
   6.2    RELEASES TO THE ENVIRONMENT ......................................................... 281
          6.2.1    Air ...................................................................................................... 282
          6.2.2    Water .................................................................................................. 287
          6.2.3    Soil ..................................................................................................... 288
   6.3    ENVIRONMENTAL FATE .............................................................................. 290
          6.3.1    Transport and Partitioning ................................................................. 290
          6.3.2    Transformation and Degradation ....................................................... 295
                  6.3.2.1    Air ........................................................................................ 295
                  6.3.2.2    Water .................................................................................... 295
                  6.3.2.3    Sediment and Soil ............................................................... 295
   6.4    LEVELS MONITORED OR ESTIMATED IN THE ENVIRONMENT ............. 295
          6.4.1    Air ...................................................................................................... 296
          6.4.2    Water .................................................................................................. 297
          6.4.3    Sediment and Soil .............................................................................. 298
          6.4.4    Other Environmental Media ............................................................... 300
   6.5    GENERAL POPULATION AND OCCUPATIONAL EXPOSURE ................. 305
   6.6    EXPOSURES OF CHILDREN ........................................................................ 319
   6.7    POPULATIONS WITH POTENTIALLY HIGH EXPOSURES ...................... 323
   6.8    ADEQUACY OF THE DATABASE ................................................................ 324
          6.8.1    Identification of Data Needs ............................................................... 324
          6.8.2    Ongoing Studies ................................................................................. 328

7. ANALYTICAL METHODS ............................................................................................. 333
   7.1    BIOLOGICAL MATERIALS .......................................................................... 333
   7.2    ENVIRONMENTAL SAMPLES ..................................................................... 335
   7.3    ADEQUACY OF THE DATABASE ................................................................ 338
          7.3.1    Identification of Data Needs ............................................................... 338
          7.3.2    Ongoing Studies ................................................................................. 342

8. REGULATIONS, ADVISORIES, AND GUIDELINES .................................................. 345

9. REFERENCES ................................................................................................................ 351

10. GLOSSARY ................................................................................................................... 425

APPENDICES
A. ATSDR MINIMAL RISK LEVELS AND WORKSHEETS ........................................... A-1
B. USER'S GUIDE ............................................................................................................... B-1
C. ACRONYMS, ABBREVIATIONS, AND SYMBOLS .................................................... C-1
D. INDEX ............................................................................................................................. D-1

This page is intentionally blank.

# LIST OF FIGURES

2-1. Combined Chronic Oral Cadmium Intakes (μg/kg/day) and Inhalation Cadmium Exposures (μg/m$^3$) that Achieve a Urinary Cadmium Excretion of 0.5 μg/g Creatinine at Age 55 Years Predicted by the Cadmium Pharmacokinetic Model and the International Commission on Radiological Protection (ICRP) Human Respiratory Tract Model ..................................................... 24

2-2. Estimates of the UCD$_{10}$ from Environmental Exposure Dose-Response Studies............................ 40

2-3. Urinary Cadmium (μg/g creatinine) and Renal Cortex Cadmium Concentration (μg/g wet tissue) Predicted by the Cadmium Pharmacokinetic Model ..................................................... 42

3-1. Levels of Significant Exposure to Cadmium - Inhalation .................................................. 69

3-2. Levels of Significant Exposure to Cadmium - Oral ........................................................ 131

3-3. Conceptual Representation of a Physiologically Based Pharmacokinetic (PBPK) Model for a Hypothetical Chemical Substance .......................................................................... 205

3-4. A Schematic Representation of the Nordberg-Kjellström Model ........................................ 207

3-5. A Schematic Representation of the Shank Model ............................................................ 212

3-6. Existing Information on Health Effects of Cadmium ....................................................... 247

6-1. Frequency of NPL Sites with Cadmium Contamination ................................................... 278

6-2. Frequency of NPL Sites with Cadmium Compounds Contamination ................................. 279

This page is intentionally blank.

# LIST OF TABLES

2-1.  Summary of Human Studies Finding Dose-Response Relationships Between Biomarkers of Renal Dysfunction and Cadmium Exposure .................................................................... 33

2-2.  Selected Benchmark Dose Estimations of Urinary Cadmium Levels Associated with Increases in the Prevalence of Low Molecular Weight Proteinuria .................................................. 36

2-3.  Selected Studies of Dose-Response Relationship for Cadmium-Induced Low Molecular Weight Proteinuria ................................................................................................................ 39

3-1.  Levels of Significant Exposure to Cadmium - Inhalation ................................................ 51

3-2.  Comparison of Lung Effects Across Intermediate-Duration Inhalation Studies .............. 78

3-3.  Severity of Respiratory Effects in Rats and Mice Exposed to Cadmium Oxide for 13 Weeks .......... 79

3-4.  Summary of Occupational Exposure Studies Examining Renal Effects ........................... 87

3-5.  Guidelines for Interpreting β2-microglobulin Levels ..................................................... 91

3-6.  Levels of Significant Exposure to Cadmium - Oral ....................................................... 107

3-7.  Summary of Human Studies Examining Renal Effects .................................................. 149

3-8.  Benchmark Dose Estimations of Urinary Cadmium Levels (μg/g Creatinine) ............... 161

3-9.  Levels of Significant Exposure to Cadmium - Dermal .................................................. 183

3-10.  Genotoxicity of Cadmium *In Vivo* .......................................................................... 185

3-11.  Genotoxicity of Cadmium *In Vitro* ......................................................................... 188

3-12.  Assumed Model Parameters and Some Physiologic Parameters for the Nordberg-Kjellström Model ...................................................................................................................... 208

3-13.  Estimated Parameters, Rate of Uptake, Rate Constants, and Biological Half-Lives in Selected Mouse Organs After Subcutaneous and Oral Administrations of $^{109}CdCl_2$ ................... 215

3-14.  Ongoing Studies on Cadmium ................................................................................... 259

4-1.  Chemical Identity of Cadmium and Compounds .......................................................... 262

4-2.  Physical and Chemical Properties of Cadmium and Compounds .................................... 264

5-1.  Facilities that Produce, Process, or Use Cadmium ....................................................... 268

5-2.  Facilities that Produce, Process, or Use Cadmium Compounds ..................................... 270

6-1.  Releases to the Environment from Facilities that Produce, Process, or Use Cadmium ...... 283

APPX ATT_V6_3374

6-2.  Releases to the Environment from Facilities that Produce, Process, or Use Cadmium Compounds ................................................................................................................ 285

6-3.  Mean Concentrations of Cadmium for FDA's Total Diet Study Market Baskets 2006-1 through 2008-4 ........................................................................................................... 302

6-4.  Geometric Mean and Selected Percentile Blood Concentrations (µg/L) of Cadmium in the U.S. Population from 1999 to 2008 ............................................................................. 306

6-5.  Geometric Mean and Selected Percentile Urine Concentrations (Creatinine Corrected) (µg/g Creatinine) of Cadmium in the U.S. Population from 1999 to 2008................................ 309

6-6.  Geometric Mean and Selected Percentile Urine Concentrations (µg/L) of Cadmium in the U.S. Population from 1999 to 2008 ............................................................................. 312

6-7.  Blood Cadmium Concentrations, Geometric Means, Adjusted Proportional Change in Means, and 95th Percentiles in New York City Adults in Population Subgroups ....................... 316

6-8.  Occupations with Potential Exposure to Cadmium and Cadmium Compounds ............. 318

6-9.  Estimated Number of Workers Potentially Exposed to Various Chemicals in the Workplace in 1981–1983................................................................................................................ 320

6-10.  Ongoing Studies on Cadmium ........................................................................................ 329

7-1.  Analytical Methods for Determining Cadmium in Biological Materials ........................ 336

7-2.  Analytical Methods for Determining Cadmium in Environmental Samples.................... 339

7-3.  Ongoing Analytical Methods Studies on Cadmium ....................................................... 343

8-1.  Regulations, Advisories, and Guidelines Applicable to Cadmium ................................ 347

APPX ATT_V6_3375

# 1. PUBLIC HEALTH STATEMENT

This public health statement tells you about cadmium and the effects of exposure to it.

The Environmental Protection Agency (EPA) identifies the most serious hazardous waste sites in the nation.  These sites are then placed on the National Priorities List (NPL) and are targeted for long-term federal clean-up activities.  Cadmium has been found in at least 1,014 of the 1,669 current or former NPL sites.  Although the total number of NPL sites evaluated for this substance is not known, the possibility exists that the number of sites at which cadmium is found may increase in the future as more sites are evaluated.  This information is important because these sites may be sources of exposure and exposure to this substance may be harmful.

When a substance is released either from a large area, such as an industrial plant, or from a container, such as a drum or bottle, it enters the environment.  Such a release does not always lead to exposure.  You can be exposed to a substance only when you come in contact with it.  You may be exposed by breathing, eating, or drinking the substance, or by skin contact.

If you are exposed to cadmium or cadmium compounds, many factors will determine whether you will be harmed.  These factors include the dose (how much), the duration (how long), and how you come in contact with it.  You must also consider any other chemicals you are exposed to and your age, sex, diet, family traits, lifestyle, and state of health.

USCA Case #25-1087    Document #2105058    Filed: 03/10/2025    Page 1071 of 2126

## 1.1 WHAT IS CADMIUM?

| Description | Metal found in the earth's crust, associated with zinc, lead, and copper ores.<br><br>Pure cadmium is a soft, silver-white metal. Cadmium chloride and cadmium sulfate are soluble in water. |
|---|---|
| **Uses**<br>• **Manufacturing** | Most cadmium used in the United States is extracted as a byproduct during the production of other metals such as zinc, lead, or copper. Cadmium is also recovered from used batteries. |
| • **Consumer products** | Cadmium is used for the following:<br>• batteries (83%)<br>• pigments (8%)<br>• coatings and platings (7%)<br>• stabilizers for plastics (1.2%)<br>• nonferrous alloys, photovoltaic devices, and other uses (0.8%) |

For more information on the properties and uses of cadmium, see Chapters 4 and 5.

## 1.2 WHAT HAPPENS TO CADMIUM WHEN IT ENTERS THE ENVIRONMENT?

| Sources | Cadmium is emitted to soil, water, and air by non-ferrous metal mining and refining, manufacture and application of phosphate fertilizers, fossil fuel combustion, and waste incineration and disposal.<br><br>Cadmium can accumulate in aquatic organisms and agricultural crops. |
|---|---|
| **Fate**<br>• **Air** | Cadmium (as oxide, chloride, and sulfate) will exist in air as particles or vapors (from high temperature processes). It can be transported long distances in the atmosphere, where it will deposit (wet or dry) onto soils and water surfaces. |
| • **Soil** | Cadmium and its compounds may travel through soil, but its mobility depends on several factors such as pH and amount of organic matter, which will vary depending on the local environment. Generally, cadmium binds strongly to organic matter where it will be immobile in soil and be taken up by plant life, eventually, entering the food supply. |
| • **Water** | Cadmium exists as the hydrated ion or as ionic complexes with other inorganic or organic substances. Soluble forms migrate in water. Insoluble forms of cadmium are immobile and will deposit and absorb to sediments. |

APPX ATT_V6_3377

## 1.3   HOW MIGHT I BE EXPOSED TO CADMIUM?

| | |
|---|---|
| **Food and smoking—primary sources of exposure** | In the United States, for nonsmokers the primary source of cadmium exposure is from the food supply.  In general, leafy vegetables such as lettuce and spinach, potatoes and grains, peanuts, soybeans, and sunflower seeds contain high levels of cadmium, approximately 0.05–0.12 mg cadmium/kg.<br><br>Tobacco leaves accumulate high levels of cadmium from the soil.<br><br>The national geometric mean blood cadmium level for adults is 0.38 µg/L.  A geometric mean blood cadmium level of 1.58 µg/L for New York City smokers has been reported.  The amount of cadmium absorbed from smoking one pack of cigarettes per day is about 1–3 µg/day.  Direct measurement of cadmium levels in body tissues confirms that smoking roughly doubles cadmium body burden in comparison to not smoking. |
| **Air** | Except for people living near cadmium-emitting industries, inhalation of cadmium is not expected to be a major concern. |
| **Water** | Elevated cadmium levels in water sources in the vicinity of cadmium-emitting industries (historical and current) have been reported.  Aquatic organisms will accumulate cadmium, possibly entering the food supply.  People who fish in local waters as a means of food should be cautious and abide by any advisories. |
| **Occupational exposure** | Highest risk of exposure from processes involving heating cadmium-containing materials such as smelting and electroplating.  Risk will vary depending on the workplace.<br><br>Major route of exposure is through inhalation of dust and fumes or incidental ingestion from contaminated hands, food, or cigarettes.<br><br>Exposure can be controlled through personal protective equipment, good industrial hygiene practices, and control and reduction of cadmium emissions. |

In Chapter 6, you can find more information on how you might be exposed to cadmium.

## 1.4   HOW CAN CADMIUM ENTER AND LEAVE MY BODY?

| Enter your body | |
|---|---|
| • **Inhalation** | About 5–50% of the cadmium you breathe will enter your body through your lungs. |
| • **Ingestion** | A small amount of the cadmium in food and water (about 1–10%) will enter your body through the digestive tract.  If you do not have enough iron or other nutrients in your diet, you are likely to take up more cadmium from your food than usual. |
| • **Dermal contact** | Virtually no cadmium enters your body through your skin. |
| **Leave your body** | Most of the cadmium that enters your body goes to your kidney and liver and can remain there for many years.  A small portion of the cadmium that enters your body leaves slowly in urine and feces.

Your body can change most cadmium to a form that is not harmful, but too much cadmium can overload the ability of your liver and kidney to change the cadmium to a harmless form. |

More information on how cadmium enters and leaves the body is found in Chapter 3.

## 1.5   HOW CAN CADMIUM AFFECT MY HEALTH?

This section looks at studies concerning potential health effects in animal and human studies.

| Workers | |
|---|---|
| • **Inhalation** | Breathing air with very high levels of cadmium can severely damage the lungs and may cause death.

Breathing air with lower levels of cadmium over long periods of time (for years) results in a build-up of cadmium in the kidney, and if sufficiently high, may result in kidney disease. |
| **Laboratory animals** | |
| • **Inhalation** | Damage to the lungs and nasal cavity has been observed in animals exposed to cadmium. |

| | |
|---|---|
| **Humans**<br>• **Oral** | Eating food or drinking water with very high cadmium levels severely irritates the stomach, leading to vomiting and diarrhea, and sometimes death.<br><br>Eating lower levels of cadmium over a long period of time can lead to a build-up of cadmium in the kidneys.  If the build-up of cadmium is high enough, it will damage the kidneys.<br><br>Exposure to lower levels of cadmium for a long time can also cause bones to become fragile and break easily. |
| **Laboratory animals**<br>• **Oral** | Kidney and bone effects have also been observed in laboratory animals ingesting cadmium.<br><br>Anemia, liver disease, and nerve or brain damage have been observed in animals eating or drinking cadmium.  We have no good information on people to indicate what cadmium levels people would need to eat or drink to result in these diseases, or if they would occur at all. |
| **Cancer** | Lung cancer has been found in some studies of workers exposed to cadmium in the air and studies of rats that breathed in cadmium.<br><br>The U.S. Department of Health and Human Services (DHHS) has determined that cadmium and cadmium compounds are known human carcinogens.  The International Agency for Research on Cancer (IARC) has determined that cadmium is carcinogenic to humans.  The EPA has determined that cadmium is a probable human carcinogen. |

More information on how cadmium can affect your health is found in Chapters 2 and 3.

## 1.6   HOW CAN CADMIUM AFFECT CHILDREN?

This section discusses potential health effects in humans from exposures during the period from conception to maturity at 18 years of age.

| Effects in children | The health effects seen in children from exposure to toxic levels of cadmium are expected to be similar to the effects seen in adults (kidney and lung damage). |
|---|---|
| | Harmful effects on child development or behavior have not generally been seen in populations exposed to cadmium, but more research is needed. |
| | A few studies in animals indicate that younger animals absorb more cadmium than adults.  Animal studies also indicate that the young are more susceptible than adults to a loss of bone and decreased bone strength from exposure to cadmium. |
| | Cadmium is found in breast milk and a small amount will enter the infant's body through breastfeeding.  The amount of cadmium that can pass to the infant depends on how much exposure the mother may have had. |
| Birth defects | We do not know whether cadmium can cause birth defects in people. |
| | Studies in animals exposed to high enough levels of cadmium during pregnancy have resulted in harmful effects in the young.  The nervous system appears to be the most sensitive target.  Young animals exposed to cadmium before birth have shown effects on behavior and learning. There is also some information from animal studies that high enough exposures to cadmium before birth can reduce body weights and affect the skeleton in the developing young. |

## 1.7    HOW CAN FAMILIES REDUCE THE RISK OF EXPOSURE TO CADMIUM?

| Do not smoke tobacco products | Cadmium accumulates in tobacco leaves.  The national geometric mean blood cadmium level for adults is 0.376 µg/L.  Mean blood cadmium levels for heavy smokers have been reported as high as 1.58 µg/L. |
|---|---|
| Good occupational hygiene | Occupational exposure can be controlled through personal protective equipment, good industrial hygiene practices, and control and reduction of cadmium emissions. |
| | Children can be exposed to cadmium through parents who work in cadmium-emitting industries.  Therefore, good hygiene practices such as bathing and changing clothes before returning home may help reduce the cadmium transported from the job to the home. |
| Avoid cadmium contaminated areas and food | Check and obey local fishing advisories before consuming fish or shellfish from local waterways. |
| | Avoid hazardous waste sites. |

| | |
|---|---|
| **Proper disposal of cadmium-containing products** | Dispose of nickel-cadmium batteries properly.  Many states have laws in effect that ban the disposal of batteries as municipal waste.  Recycle old batteries whenever possible.<br><br>Contact your local waste and recycling authority on how to properly dispose of paints and coatings. |
| **Handle properly** | Do not allow children to play with batteries.  If mishandled, batteries could rupture.<br><br>Children may also swallow small nickel-cadmium batteries. |

If your doctor finds that you have been exposed to significant amounts of cadmium, ask whether your children might also be exposed.  Your doctor might need to ask you state health department to investigate.

## 1.8   IS THERE A MEDICAL TEST TO DETERMINE WHETHER I HAVE BEEN EXPOSED TO CADMIUM?

| | |
|---|---|
| **Detecting exposure** | Cadmium can be measured in blood, urine, hair, or nails.  Urinary cadmium has been shown to accurately reflect the amount of cadmium in the body. |
| **Measuring exposure** | The amount of cadmium in your blood shows your recent exposure to cadmium.  The amount of cadmium in your urine shows both your recent and your past exposure.<br><br>Cadmium levels in hair or nails are not as useful as an indication of when or how much cadmium you may have taken in, partly because cadmium from outside of your body may attach to the hair or nails.<br><br>Tests are also available to measure the amount of cadmium inside your liver and kidneys. |

More information on how cadmium can be measured in exposed humans is presented in Chapters 3 and 7.

## 1.9   WHAT RECOMMENDATIONS HAS THE FEDERAL GOVERNMENT MADE TO PROTECT HUMAN HEALTH?

The federal government develops regulations and recommendations to protect public health.  Regulations can be enforced by law.  The EPA, the Occupational Safety and Health Administration (OSHA), and the Food and Drug Administration (FDA) are some federal agencies that develop regulations for toxic substances.  Recommendations provide valuable guidelines to protect public health, but cannot be enforced by law.  The Agency for Toxic Substances and Disease Registry (ATSDR) and the National

Institute for Occupational Safety and Health (NIOSH) are two federal organizations that develop recommendations for toxic substances.

Regulations and recommendations can be expressed as "not-to-exceed" levels. These are levels of a toxic substance in air, water, soil, or food that do not exceed a critical value. This critical value is usually based on levels that affect animals; they are then adjusted to levels that will help protect humans. Sometimes these not-to-exceed levels differ among federal organizations because they used different exposure times (an 8-hour workday or a 24-hour day), different animal studies, or other factors.

Recommendations and regulations are also updated periodically as more information becomes available. For the most current information, check with the federal agency or organization that provides it.

Recommendations and regulations are also updated periodically as more information becomes available. For the most current information, check with the federal agency or organization that provides it. Some regulations and recommendations for cadmium include the following:

| | |
|---|---|
| **Drinking water** | The EPA has determined that exposure to cadmium in drinking water at a concentration of 0.04 mg/L for up to 10 days is not expected to cause any adverse effects in a child.<br><br>The EPA has determined that lifetime exposure to 0.005 mg/L cadmium in drinking water is not expected to cause any adverse effects. |
| **Consumer products** | The FDA has determined that cadmium levels in bottled water should not exceed 0.005 mg/L. |
| **Workplace air** | OSHA set a legal limit of 5 $\mu$g/m$^3$ cadmium in air averaged over an 8-hour work day. |

More information on governmental rules regarding cadmium can be found in Chapter 8.

## 1.10  WHERE CAN I GET MORE INFORMATION?

If you have any more questions or concerns, please contact your community or state health or environmental quality department, or contact ATSDR at the address and phone number below.

ATSDR can also tell you the location of occupational and environmental health clinics. These clinics specialize in recognizing, evaluating, and treating illnesses that result from exposure to hazardous substances.

Toxicological profiles are also available on-line at www.atsdr.cdc.gov and on CD-ROM. You may request a copy of the ATSDR ToxProfiles™ CD-ROM by calling the toll-free information and technical assistance number at 1-800-CDCINFO (1-800-232-4636), by e-mail at cdcinfo@cdc.gov, or by writing to:

> Agency for Toxic Substances and Disease Registry
> Division of Toxicology and Human Health Sciences (proposed)
> 1600 Clifton Road NE
> Mailstop F-62
> Atlanta, GA 30333
> Fax: 1-770-488-4178

Organizations for-profit may request copies of final Toxicological Profiles from the following:

> National Technical Information Service (NTIS)
> 5285 Port Royal Road
> Springfield, VA 22161
> Phone: 1-800-553-6847 or 1-703-605-6000
> Web site: http://www.ntis.gov/

This page is intentionally blank.

# 2. RELEVANCE TO PUBLIC HEALTH

## 2.1 BACKGROUND AND ENVIRONMENTAL EXPOSURES TO CADMIUM IN THE UNITED STATES

Cadmium occurs in the earth's crust at a concentration of 0.1–0.5 ppm and is commonly associated with zinc, lead, and copper ores. It is also a natural constituent of ocean water with average levels between <5 and 110 ng/L, with higher levels reported near coastal areas and in marine phosphates and phosphorites. The cadmium concentration of natural surface water and groundwater is usually <1 μg/L. Surface soil concentrations will depend on several factors such as its mobility, natural geochemistry, and magnitude of contamination from sources such as fertilizers and atmospheric deposition. Natural emissions of cadmium to the environment can result from volcanic eruptions, forest fires, generation of sea salt aerosols, or other natural phenomena.

In the environment, cadmium exists in only one oxidation state (+2) and does not undergo oxidation-reduction reactions. In surface water and groundwater, cadmium can exist as the hydrated ion or as ionic complexes with other inorganic or organic substances. Soluble forms of cadmium can migrate in water. Insoluble forms of cadmium will settle and adsorb to sediments. Cadmium's fate in soil depends on several factors such as pH of the soil and the availability of organic matter. Generally, cadmium will bind strongly to organic matter and this will, for the most part, immobilize it. However, cadmium's behavior in soil will vary depending on the environmental conditions. It is not likely that cadmium will undergo significant transformation in the atmosphere. It will exist in particulate form and sometimes vapor form (emitted from high temperature processes) where it will undergo atmospheric transport and eventually deposit onto soils and surface waters.

Non-ferrous metal mining and refining, manufacture and application of phosphate fertilizers, fossil fuel combustion, and waste incineration and disposal are the main anthropogenic sources of cadmium in the environment. Except for those who live near cadmium-emitting industries, inhalation of cadmium in the ambient air may occur, but is not a major source of exposure. Water sources near cadmium-emitting industries, both with historic and current operations, have shown a marked elevation of cadmium in water sediments and aquatic organisms. Concentrations of cadmium in these polluted waters have ranged from <1.0 to 77 μg/L. For the U.S. population, cadmium exposure through the drinking water supply is of minor concern. Cadmium from polluted soil and water can accumulate in plants and organisms, thus entering the food supply.

In the United States, the largest source of cadmium exposure for nonsmoking adults and children is through dietary intake.  The estimated daily intakes of cadmium in nonsmoking adult males and females living in the United States are 0.35 and 0.30 µg Cd/kg/day, respectively.  Females generally absorb greater amounts of cadmium in the gastrointestinal tract.  In general, leafy vegetables such as lettuce and spinach and staples such as potatoes and grains contain relatively high values of cadmium.  Peanuts, soybeans, and sunflower seeds have naturally high levels of cadmium.  People who regularly consume shellfish and organ meats (liver and kidney) have increased cadmium exposure.

Mean values of cadmium in the blood and urine of the U.S. population were reported in the National Health and Nutrition Examination Survey (NHANES) 1999–2008.  Blood cadmium tends to reflect recent exposures and urinary cadmium reflects cumulative cadmium exposure and body burden (particularly, kidney cadmium levels).  The 20 years or older age group had geometric mean levels of blood and urine cadmium that were slightly higher than the younger age groups (0.376 µg/L in blood and 0.232 µg/L in urine).  Females (0.331 µg/L in blood and 0.191 µg/L in urine) had slightly higher blood and urine cadmium levels than males (0.299 µg/L in blood and 0.179 µg/L in urine).

Smoking greatly increases exposure to cadmium, as tobacco leaves naturally accumulate high amounts of cadmium.  It has been estimated that tobacco smokers are exposed to 1.7 µg cadmium per cigarette, and about 10% is inhaled when smoked.  A geometric mean blood cadmium level for a heavy smoker has been reported as high as 1.58 µg/L, compared to the estimated national mean of 0.38 µg/L for all adults.  Nonsmokers may also be exposed to cadmium in cigarettes via second-hand smoke.

## 2.2  SUMMARY OF HEALTH EFFECTS

Since the early 1950s, when the hazards of occupational cadmium exposure were recognized, a large amount of information has been generated concerning the toxic effects of cadmium exposure in humans and laboratory animals.  Toxicological properties of cadmium are similar for the several different salts and oxides of cadmium that have been investigated, although differences in absorption and distribution lead to different effect levels.  For inhalation exposure, particle size and solubility in biological fluids (in contrast to solubility in water) appear to be the more important determinants of the toxicokinetics.  For oral exposure, most experimental studies have used soluble cadmium, which exists as the $Cd^{+2}$ ion regardless of the initial salt.  Absorption appears to be similar for cadmium ion and cadmium complexed with proteins in food, except for a few specific types of foods such as Bluff oysters and seal meat.  Also, poorly soluble cadmium pigments may be absorbed to a lesser extent than soluble cadmium ion.  For the

general population, dietary exposure to cadmium is the most likely route of exposure. There is an extensive database on the toxicity of cadmium in environmentally exposed populations and in cadmium workers; however, most of these studies were focused on the presumed sensitive targets. These sensitive targets of cadmium toxicity are the kidney and bone following oral exposure and kidney and lung following inhalation exposure. Studies in animals support the identification of these sensitive targets and provide some suggestive evidence that the developing organisms may also be a sensitive target. There is also evidence to suggest that cadmium is a human carcinogen. Other effects that have been observed in humans and/or animals include reproductive toxicity, hepatic effects, hematological effects, and immunological effects.

The earliest indication of kidney damage in humans is an increased excretion of low molecular weight proteins, particularly β2-microglobulin, human complex forming glycoprotein (pHC) (also referred to as α1-microglobulin), and retinol binding protein; increased urinary levels of intracellular enzymes such as N-acetyl-β-glucosaminidase (NAG); and increased excretion of calcium and metallothione. Numerous studies of cadmium workers and populations living in areas with low, moderate, or high cadmium pollution have found significant associations between urinary cadmium levels and biomarker levels or significant increases in the prevalence of abnormal biomarker levels. At higher exposure levels, decreases in glomerular filtration rate, increased risk of renal replacement therapy (dialysis or kidney transplantation), and significant increases in the risk of deaths from renal disease have been observed. The sensitivity of the kidney to cadmium is related to its distribution in the body and *de novo* synthesis of metallothionein in the kidney. In the blood, cadmium is bound to metallothionein and is readily filtered at the glomerulus and reabsorbed in the proximal tubule. Within the tubular cells, the metallothionein is degraded in lysosomes and free cadmium is released; the synthesis of endogenous metallothionein by the tubular cells is then stimulated. However, when the total cadmium content in the renal cortex reaches between 50 and 300 μg/g wet weight, the amount of cadmium not bound to metallothionein becomes sufficiently high to cause tubular damage. Free cadmium ions may inactivate metal-dependent enzymes, activate calmodulin, and/or damage cell membranes through activation of oxygen species. Because the toxicity of cadmium is dependent on its concentration in the kidney, adverse effects in humans are typically not observed after shorter durations.

Acute inhalation exposure to cadmium at concentrations above about 5 mg/m$^3$ may cause destruction of lung epithelial cells, resulting in pulmonary edema, tracheobronchitis, and pneumonitis in both humans and animals. A single, high-level cadmium exposure can result in long-term impairment of lung function. At the cellular level, catalase, superoxide dismutase, non-protein sulfhydryl, glucose-6-phosphate

dehydrogenase, and glutathione peroxidase are decreased in response to cadmium lung insults. The respiratory response to cadmium is similar to the response seen with other agents that produce oxidative damage. There typically is an alveolar pneumocyte type 2 cell hyperplasia in response to type 1 cell damage and necrosis. Longer-term inhalation exposure at lower levels also leads to decreased lung function and emphysema in cadmium workers. Some tolerance to cadmium-induced lung irritation develops in exposed humans and animals, and respiratory function may recover after cessation of cadmium exposure. Another effect of long-term inhalation cadmium exposure is damage to the olfactory function and nasal epithelium. Lung damage has also been seen in a few studies of oral cadmium exposure in rats, but the lung effects are likely to be related to liver or kidney damage and subsequent changes in cellular metabolism.

Prolonged inhalation or ingestion exposure of humans to cadmium at levels causing renal dysfunction can lead to painful and debilitating bone disease in individuals with risk factors such as poor nutrition; the occurrence of these bone effects in elderly Japanese women exposed to high levels of cadmium in rice and water was referred to as Itai-Itai disease. Decreases in bone mineral density, increases in the risk of fractures, and increases in the risk of osteoporosis have also been observed in populations living in cadmium-polluted areas. An association between bone effects and cadmium exposure has also been observed in populations exposed to higher levels of cadmium, but not living in cadmium polluted areas. Similar effects have also been observed in young rats orally exposed to cadmium. Animal data strongly suggest that cadmium exposure results in increases in bone turnover and decreases in mineralization during the period of rapid bone growth. Although animal studies suggest that these effects are due to direct damage to the bone, it is likely that renal damage resulting in the loss of calcium and phosphate and alteration in renal metabolism of vitamin D would compound these effects.

There are few human data on developmental effects from exposure to cadmium. Some studies indicate that maternal cadmium exposure may cause decreased birth weight in humans, but most of these studies are of limited use because of weaknesses in the study design and lack of control for confounding factors. A number of other studies did not find a significant relationship between maternal cadmium levels and newborn body weight. In animals, cadmium has been shown to be a developmental toxin by the inhalation, oral, and parenteral routes. Decreased fetal weight, skeletal malformations, and delayed ossification are produced by relatively high maternal doses (1–20 mg/kg/day) due to placental toxicity, interference with fetal metabolism, and damage to the maternal liver. Neurodevelopmental effects have been observed at lower doses. Impaired performance on neurobehavioral tests were observed in the offspring of rats exposed to 0.02 mg/m$^3$ or $\geq$0.04 mg/kg/day.

The results of occupational exposure studies examining the possible association between cadmium exposure and an increased risk of lung cancer are inconsistent, with some studies finding significant increases in lung cancer deaths and other studies not finding increases.  Interpretation of the results of many of the studies is complicated by inadequate controls for confounding factors such as co-exposure with other metal carcinogens and smoking, small number of lung cancer deaths, and the lack of significant relationships between cadmium exposure and duration.  For prostate cancer, initial studies in European workers indicated an elevation in prostate cancer, but subsequent investigations found either no increases in prostate cancer or increases that were not statistically significant.  Strong evidence from animal studies exists that cadmium inhalation can cause lung cancer, but only in rats.  Most oral studies in laboratory animals have not found significant increases in cancer incidence.  The Department of Health and Human Services concluded that there were sufficient human and animal data to conclude that cadmium is a known human carcinogen; likewise, IARC classified cadmium as carcinogenic to humans (Group 1).  The EPA has classified cadmium as a probable human carcinogen by inhalation (Group B1), based on its assessment of limited evidence of an increase in lung cancer in humans and sufficient evidence of lung cancer in rats.

## 2.3    MINIMAL RISK LEVELS (MRLs)

Estimates of exposure levels posing minimal risk to humans (MRLs) have been made for cadmium.  An MRL is defined as an estimate of daily human exposure to a substance that is likely to be without an appreciable risk of adverse effects (noncarcinogenic) over a specified duration of exposure.  MRLs are derived when reliable and sufficient data exist to identify the target organ(s) of effect or the most sensitive health effect(s) for a specific duration within a given route of exposure.  MRLs are based on noncancerous health effects only and do not consider carcinogenic effects.  MRLs can be derived for acute, intermediate, and chronic duration exposures for inhalation and oral routes.  Appropriate methodology does not exist to develop MRLs for dermal exposure.

Although methods have been established to derive these levels (Barnes and Dourson 1988; EPA 1990d), uncertainties are associated with these techniques.  Furthermore, ATSDR acknowledges additional uncertainties inherent in the application of the procedures to derive less than lifetime MRLs.  As an example, acute inhalation MRLs may not be protective for health effects that are delayed in development or are acquired following repeated acute insults, such as hypersensitivity reactions, asthma, or chronic

bronchitis.  As these kinds of health effects data become available and methods to assess levels of significant human exposure improve, these MRLs will be revised.

The database on the toxicity of cadmium in humans and animals following inhalation or oral exposure is extensive.  Target organs are similar among species and, in general, toxicokinetic properties after oral and inhalation exposures are similar.  Most of the human data involve chronic inhalation exposure of workers or chronic dietary exposure of the general population or populations living in cadmium-polluted areas. Several approaches for characterizing cadmium exposure have been used in these studies.  Occupational exposure studies have used current air concentrations or have estimated cumulative exposure based on historical and current monitoring data.  Some epidemiology studies have estimated cumulative intake based on the levels of cadmium in rice, in populations where rice has been the dominant source of oral exposure to cadmium.  However, most studies (particularly oral studies) have used urinary cadmium levels as a biomarker of exposure.  As discussed in greater detail in Section 3.8.1, urinary cadmium levels correlate with cadmium body burden and cadmium concentration in kidney (a critical target organ for chronic exposure).  The relationship between renal and urinary cadmium appears to be nearly linear at chronic intakes and kidney burdens that do not produce nephrotoxicity (i.e., elimination half-time is independent of dose).  However, at high kidney cadmium burdens, associated with renal damage (>50 µg Cd/g cortex), the elimination half-time increases with increasing severity of renal damage.  Linearity in the dose-urinary excretion relationship also does not appear to apply following an acute high exposure to cadmium.  The Nordberg-Kjellström model (described in detail in Section 3.4.5.3) is a multicompartment pharmacokinetic model that can be used to estimate cadmium intakes (inhalation and oral exposure) associated with a given urinary cadmium level and/or kidney cadmium burden.  The model has been extensively evaluated for predicting dose-kidney-urinary cadmium relationships within the linear range of the dose-urinary cadmium relationship.

***Inhalation MRLs***

***Acute-Duration Inhalation MRL***

- An MRL of $3\times10^{-5}$ mg Cd/m$^3$ (0.03 µg Cd/m$^3$) has been derived for acute-duration inhalation exposure (<14 days) to cadmium.

The acute toxicity of airborne cadmium, particularly cadmium oxide fumes, was first recognized in the early 1920s and there have been numerous case reports of cadmium workers dying after brief exposures to presumably high concentrations of cadmium fumes (European Chemicals Bureau 2007).  The initial

symptoms, similar to those observed in metal fume fever, are usually mild but rapidly progress to severe pulmonary edema and chemical pneumonitis. Persistent respiratory effects (often lasting years after the exposure) have been reported in workers surviving these initial effects. There are limited monitoring data for these human reports; however, Elinder (1986b) estimated that an 8-hour exposure to 1–5 mg/m$^3$ would be immediately dangerous.

Animal studies support the findings in humans that acute exposure to cadmium results in lung damage. Single exposures to approximately 1–10 mg Cd/m$^3$ as cadmium chloride or cadmium oxide resulted in interstitial pneumonitis, diffuse alveolitis with hemorrhage, focal interstitial thickening, and edema (Boudreau et al. 1989; Buckley and Bassett 1987b; Bus et al. 1978; Grose et al. 1987; Hart 1986; Henderson et al. 1979; Palmer et al. 1986). Repeated exposure to 6.1 mg Cd/m$^3$ 1 hour/day for 5, 10, or 15 days resulted in emphysema in rats (Snider et al. 1973). Lower concentrations of 0.4–0.5 mg Cd/m$^3$ as cadmium oxide for 2–3 hours (Buckley and Bassett 1987b; Grose et al. 1987) or 0.17 mg Cd/m$^3$ as cadmium chloride 6 hours/day for 10 days (Klimisch 1993) resulted in mild hypercellularity and increases in lung weight. Alveolar histiocytic infiltration and focal inflammation and minimal fibrosis in alveolar septa were observed in rats exposed to 0.088 mg Cd/m$^3$ as cadmium oxide 6.2 hours/day, 5 days/week for 2 weeks (NTP 1995); in similarly exposed mice, histiocytic infiltration was observed at 0.088 mg Cd/m$^3$ (NTP 1995). At similar concentrations (0.19 or 0.88 mg Cd/m$^3$ as cadmium chloride), decreases in humoral immune response were observed in mice exposed for 1–2 hours (Graham et al. 1978; Krzystyniak et al. 1987). Other effects that have been reported in animals acutely exposed to cadmium include erosion of the stomach, decreased body weight gain, and tremors in rats exposed to 132 mg Cd/m$^3$ as cadmium carbonate for 2 hours (Rusch et al. 1986) and weight loss and reduced activity in rats exposed to 112 mg Cd/m$^3$ as cadmium oxide for 2 hours (Rusch et al. 1986).

The NTP (1995) study was selected as the basis of an acute duration inhalation MRL. In this study, groups of five male and five female F344 rats were exposed to 0, 0.1, 0.3, 1, 3, or 10 mg cadmium oxide/m$^3$ (0, 0.088, 0.26, 0.88, 2.6, or 8.8 mg Cd/m$^3$) 6.2 hours/day, 5 days/week for 2 weeks. The mean median aerodynamic diameter (MMAD) of the cadmium oxide particles was 1.5 μm with a geometric standard deviation of 1.6–1.8. The animals were observed twice daily and weighed on days 1, 8, and at termination. Other parameters used to assess toxicity included organ weights (heart, kidney, liver, lungs, spleen, testis, and thymus) and histopathological examination (gross lesions, heart, kidney, liver, lungs, tracheobronchial lymph nodes, and nasal cavity and turbinates). All rats in the 8.8 mg Cd/m$^3$ group died by day 6; no other deaths occurred. A slight decrease in terminal body weights was observed at 2.6 mg Cd/m$^3$; however, the body weights were within 10% of control weights. Significant increases in relative

and absolute lung weights were observed at 0.26 (males only), 0.88, and 2.6 mg Cd/m$^3$.  Histological alterations were limited to the respiratory tract and consisted of alveolar histiocytic infiltrate and focal inflammation and minimal fibrosis in alveolar septa at ≥0.088 mg Cd/m$^3$, necrosis of the epithelium lining alveolar ducts at ≥0.26 mg Cd/m$^3$, tracheobronchial lymph node inflammation at ≥0.88 mg Cd/m$^3$, degeneration of the nasal olfactory epithelium at 0.88 mg Cd/m$^3$, and inflammation and metaplasia of the nasal respiratory epithelium at 2.6 mg Cd/m$^3$.

The lowest-observed-adverse-effect level (LOAEL) of 0.088 mg Cd/m$^3$ was selected as the point of departure for derivation of the MRL; benchmark dose analysis was considered; however, the data were not suitable for benchmark dose analysis because the data do not provide sufficient information about the shape of the dose-response relationship below the 100% response level.  The LOAEL$_{HEC}$ was calculated using the equations below.

$$LOAEL_{HEC} = LOAEL_{ADJ} \text{ x } RDDR$$

The duration-adjusted LOAEL (LOAEL$_{ADJ}$) was calculated as follows:

$$LOAEL_{ADJ} = 0.088 \text{ mg Cd/m}^3 \text{ x 6.2 hours/24 hours x 5 days/7 days}$$
$$LOAEL_{ADJ} = 0.016 \text{ mg Cd/m}^3$$

The regional deposited dose ratio (RDDR) for the pulmonary region of 0.617 was calculated with EPA's RDDR calculator (EPA 1994a) using the final body weight of 0.194 kg for the male rats exposed to 0.088 mg Cd/m$^3$, the reported MMAD of 1.5 μm and the midpoint of the reported range of geometric standard deviations (1.7).

$$LOAEL_{HEC} = 0.016 \text{ mg Cd/m}^3 \text{ x 0.617}$$
$$LOAEL_{HEC} = 0.01 \text{ mg Cd/m}^3$$

The LOAEL$_{HEC}$ was divided by an uncertainty factor of 300 (10 for the use of a LOAEL, 3 for extrapolation from animals to humans with dosimetric adjustments, and 10 for human variability) resulting in an acute-duration inhalation MRL of $3\text{x}10^{-5}$ mg Cd/m$^3$ (0.03 μg Cd/m$^3$).

19

2. RELEVANCE TO PUBLIC HEALTH

*Intermediate-Duration Inhalation MRL*

There are no studies examining the intermediate-duration toxicity of inhaled cadmium in humans; however, numerous animal studies have identified several targets of cadmium toxicity. Increases in the number of bronchioalveolar macrophages, alveolar histiocytic infiltration, degeneration or metaplasia in the larynx, and proliferations have been observed in rats and mice exposed to 0.022 mg Cd/m$^3$ as cadmium oxide or cadmium chloride (Glaser et al. 1986; NTP 1995; Prigge 1978a). At higher concentrations (>0.88 mg Cd/m$^3$), marked inflammation and fibrosis was observed in lungs of rats (Kutzman et al. 1986; NTP 1995). In general, these studies did not identify no-observed-adverse-effect levels (NOAELs) for lung effects. The NTP (1995) study also found significant increases in the incidence of inflammation of the nasal respiratory epithelium in rats exposed to 0.22 mg Cd/m$^3$ and degeneration of the nasal olfactory epithelium in mice exposed to 0.088 mg Cd/m$^3$. The NTP (1995) study did not find any histological alterations in non-respiratory tract tissues, alterations in urinalysis parameters, or changes in blood pressure (rats only) in rats or mice. Prigge (1978a, 1978b) reported increases in hemoglobin and hematocrit levels in rats continuously exposed to ≥0.052 mg Cd/m$^3$; however, this effect was not observed in the NTP (1995) studies. Reproductive effects (increased duration of estrous cycle and decreased spermatid counts) have also been observed at higher concentrations (0.88–1 mg Cd/m$^3$) (Baranski and Sitarek 1987; NTP 1995).

The studies by Baranski (1984, 1985) provide suggestive evidence that the developing organism is also a sensitive target of cadmium toxicity. Significant alterations in performance on neurobehavioral tests were observed in the offspring of rats exposed to 0.02 mg Cd/m$^3$ as cadmium oxide 5 hours/day, 5 days/week for 5 months prior to mating, during a 3-week mating period, and during gestation days 1–20. No other studies examined neurodevelopmental end points following inhalation exposure. However, the identification of neurodevelopmental effects as a sensitive target of cadmium toxicity is supported by several intermediate-duration animal studies finding neurodevelopmental effects including alterations in motor activity and delays in the development of sensory motor coordination reflexes (Ali et al. 1986; Baranski 1985; Desi et al. 1998; Nagymajtenyi et al. 1997). Other developmental effects observed in the inhalation studies included decreases in fetal body weight in the fetuses of rats exposed to 1.7 or 0.581 mg Cd/m$^3$ (NTP 1995; Prigge 1978b) and mice exposed to 0.4 mg Cd/m$^3$ (NTP 1995).

Based on the available animal data, the LOAEL of 0.022 mg Cd/m$^3$ for lung and larynx effects in mice (NTP 1995) and the LOAEL of 0.02 mg Cd/m$^3$ for neurodevelopmental effects (Baranski 1984, 1985) were evaluated as possible points of departure for the intermediate-duration inhalation MRL for cadmium.

The LOAEL of 0.022 mg Cd/m$^3$ identified in the NTP (1995) mouse study was considered as the point of departure for the MRL because the NTP study provided more study details and information on particle size distribution. Because an MRL based on this LOAEL (LOAEL$_{HEC}$ of 1 µg Cd/m$^3$) would be lower than the chronic-duration inhalation MRL based on human data, an intermediate-duration inhalation MRL was not derived.

***Chronic-Duration Inhalation MRL***

- An MRL of 0.01 µg Cd/m$^3$ has been derived for chronic-duration inhalation exposure (≥1 year) to cadmium.

Numerous studies examining the toxicity of cadmium in workers have identified the respiratory tract and the kidney as sensitive targets of toxicity. A variety of respiratory tract effects have been observed in cadmium workers including respiratory symptoms (e.g., dyspnea, coughing, wheezing), emphysema, and impaired lung function. However, many of these studies did not control for smoking, and thus, the role of cadmium in the induction of these effects is difficult to determine. Impaired lung function was reported in several studies that controlled for smoking (Chan et al. 1988; Cortona et al. 1992; Davison et al. 1988; Smith et al. 1976); other studies have not found significant alterations (Edling et al. 1986). The observed alterations included an increase in residual volume in workers exposed to air concentrations of cadmium fumes ranging from 0.008 (in 1990) to 1.53 mg/m$^3$ (in 1975) (mean urinary cadmium level in the workers was 4.3 µg/L) (Cortona et al. 1992); alterations in several lung function parameters (e.g., forced expiratory volume, transfer factor, transfer coefficient) in workers exposed to 0.034–0.156 mg/m$^3$ (Davison et al. 1988); and decreased force vital capacity in workers exposed to >0.2 mg/m$^3$ (Smith et al. 1976). Additionally, Chan et al. (1988) found significant improvements in several parameters of lung function of workers following reduction or cessation of cadmium exposure.

The renal toxicity of cadmium in workers chronically exposed to high levels of cadmium is well established. Observed effects include tubular proteinuria (increased excretion of low molecular weight proteins), decreased resorption of other solutes (increased excretion of enzymes such as NAG, amino acids, glucose, calcium, inorganic phosphate), evidence of increased glomerular permeability (increased excretion of albumin), increased kidney stone formation, and decreased glomerular filtration rate (GFR). The earliest sign of cadmium-induced kidney damage is an increase in urinary levels of low molecular weight proteins (particularly, β2-microglobulin, retinol binding protein, and pHC) in cadmium workers, as compared to levels found in a reference group of workers or the general population (Bernard et al. 1990; Chen et al. 2006a, 2006b; Chia et al. 1992; Elinder et al. 1985a; Falck et al. 1983; Jakubowski et al.

1987, 1992; Järup and Elinder 1994; Järup et al. 1988; Shaikh et al. 1987; Toffoletto et al. 1992; Verschoor et al. 1987). Although increases in the excretion of low molecular weight proteins are not diagnostic of renal damage (Bernard et al. 1997; Järup et al. 1998b), tubular proteinuria is considered an adverse effect because it is an early change in a sequence of events which ultimately may result in compromised renal function (Bernard et al. 1997). Most investigators consider a 10% cadmium-associated increase in the prevalence of abnormal levels of renal biomarkers (urinary β2-microglobulin, retinol binding protein, pHC) to be indicative of cadmium-induced renal disease in the population. However, there is less consensus on the low molecular protein level regarded as elevated or abnormal (cut-off point).

Several biomarkers of tubular damage have been used in occupational exposure studies; these include β2-microglobulin, retinol binding protein, NAG, and pHC. Of these biomarkers, which differ in their sensitivities to detect tubular damage, β2-microglobulin is the most widely used in occupational exposure studies. In healthy humans, urinary β2-microglobulin levels are <300 μg/24 hours (approximately 300 μg/g creatinine). Four studies have estimated the prevalence of abnormal urinary β2-microglobulin levels among cadmium workers using cut-off levels of 187–380 μg/g creatinine (Chen et al. 2006a; Elinder et al. 1985a; Jakubowski et al. 1987; Järup and Elinder 1994). The prevalence of abnormal urinary β2-microglobin levels was 10% among workers with urinary cadmium levels of 1.5 (≥60 years of age) or 5 (<60 years of age) μg/g creatinine (β2-microglobulin cut-off level of 220 μg/g creatinine) (Järup and Elinder 1994), 25% among workers with urinary cadmium levels of 2–5 μg/g creatinine (cut-off level of 300 μg/g creatinine) (Elinder et al. 1985a), 40% among workers with urinary cadmium levels of 5–10 μg/g creatinine (cut-off level of 187 μg/g creatinine) (Chen et al. 2006a), and 10% among workers with urinary cadmium levels of 10–15 μg/g creatinine (cut-off level of 380 μg/g creatinine (Jakubowski et al. 1987). A 10% prevalence of abnormal β2-microglobulin levels (cut-off level of 300 μg/g creatinine) was also observed in workers with a cumulative blood cadmium level of 300 μg-years/L (30 years of 10 μg/L) (Jakubowski et al. 1992) or blood cadmium level of 5.6 μg/L (cumulative exposure of 691 μg-years/m$^3$) (Järup et al. 1988).

Most of the studies reporting respiratory effects expressed cadmium exposure as air concentrations; however, these air concentrations may not be indicative of cadmium exposure over time. For example, in the Cortona et al. (1992) study, cadmium levels of 0.030 mg/m$^3$ were measured in 1990 in one foundry; in 1976, the cadmium levels in this foundry were 1.53 mg/m$^3$. Cortona et al. (1992) also reported cadmium body burden data; the mean urinary cadmium level in the workers was 4.3 μg/L (roughly equivalent to 4 μg/g creatinine). Renal effects have been observed at similar cadmium burdens. Most studies have

reported renal effects in workers with urinary cadmium levels of $\geq 5$ µg/g creatinine; Järup and Elinder (1994) found an increased prevalence of low molecular weight proteinuria in workers $\geq 60$ years of age with mean urinary cadmium of 1.5 µg/g creatinine. The air concentration that would result in this urinary cadmium level would be considered a LOAEL. However, cadmium in the workplace air was not the only source of cadmium. The workers were also exposed to other sources of cadmium (e.g., cadmium in the diet); both sources contributed to the renal cadmium burden. Thus, in order to calculate a chronic-duration inhalation MRL from the LOAEL identified in the Järup and Elinder (1994) study, the workers' other sources of cadmium need to be taken into consideration; this information was not reported in the study.

An alternative approach would be to use environmental exposure studies to establish a point of departure for the urinary cadmium-renal response relationship and pharmacokinetic models (ICRP 1994; Kjellström and Nordberg 1978) to predict cadmium air concentrations. As described in greater detail in the chronic oral MRL section, a meta-analysis of available environmental exposure studies was conducted to estimate an internal dose (urinary cadmium expressed as µg/g creatinine) corresponding to a 10% excess risk of low molecular weight proteinuria (urinary cadmium dose, $UCD_{10}$). For the inhalation MRL, the meta-analysis also included dose-response data from three occupational exposure studies (Chen et al. 2006a, 2006b; Järup and Elinder 1994; Roels et al. 1993). Analysis of the environmental exposure studies resulted in an estimation of a urinary cadmium level that would result in a 10% increase in the prevalence of $\beta 2$-microglobulin proteinuria (1.34 µg/g creatinine); the 95% lower confidence limit on this value was 0.5 µg/g creatinine. The $UCD_{10}$ values from the occupational exposure studies were 7.50 µg/g creatinine for the European cohorts (Järup and Elinder 1994; Roels et al. 1993) and 4.58 µg/g creatinine for the Chinese cohort (Chen et al. 2006a, 2006b). Because the dose-response analysis using the European environmental exposure studies provided the lowest $UCD_{10}$, it was selected for derivation of the chronic-duration inhalation MRL; the 95% lower confidence limit on this value ($UCDL_{10}$) of 0.5 µg/g creatinine was used as the point of departure for the MRL.

Deposition and clearance of inhaled cadmium oxide and cadmium sulfide particles were modeled using the ICRP Human Respiratory Tract Model (ICRP 1994). The ICRP model simulates deposition, retention, and absorption of inhaled cadmium particles of specific aerodynamic diameters, when specific parameters for cadmium clearance are used in the model (ICRP 1980). Cadmium-specific parameters represent categories of solubility and dissolution kinetics in the respiratory tract (e.g., slow, S; moderate, M; or fast, F). Cadmium compounds are classified as follows: oxides and hydroxides, S; sulfides, halides and nitrates, M; all other, including chloride salts, F.

Inhalation exposures ($\mu g/m^3$) to cadmium oxide or cadmium sulfide aerosols having particle diameters of 1, 5, or 10 $\mu g$ (AMAD) were simulated using the ICRP model.  Predicted mass transfers of cadmium from the respiratory tract to the gastrointestinal tract (i.e., mucociliary transport) and to blood (i.e., absorption) were used as inputs to the gastrointestinal and blood compartments of the Nordberg-Kjellström pharmacokinetic model (Kjellström and Nordberg 1978) to simulate the kidney and urinary cadmium levels that correspond to a given inhalation exposure.

As illustrated in Figure 2-1, an airborne cadmium concentration of 1.8–2.4 $\mu g/m^3$ as cadmium oxide or 1.2–1.4 $\mu g/m^3$ as cadmium sulfide would result in a urinary cadmium level of 0.5 $\mu g/g$ creatinine, assuming that there was no dietary source of cadmium.  This assumption is not accurate because the diet is a significant contributor to the cadmium body burden.  Thus, inhalation exposures were combined with ingestion intakes to estimate an internal dose in terms of urinary cadmium.  The age-weighted average intakes of cadmium in non smoking males and females in the United States are 0.35 and 0.30 $\mu g$ Cd/kg/day, respectively (0.32 $\mu g/kg/day$ for males and females combined) (estimated from data in Choudhury et al. 2001.  Based on the relationship predicted between chronic inhalation exposures to cadmium sulfide (activity median aerodynamic diameter [AMAD]=1 $\mu m$) and oral intakes that yield the same urinary cadmium level (Figure 2-1), exposure to an airborne cadmium concentration of 0.1 $\mu g/m^3$ and a dietary intake of 0.3 $\mu g/kg/day$ would result in a urinary cadmium level of 0.5 $\mu g/g$ creatinine. Dividing this cadmium air concentration (0.1 $\mu g$ Cd/$m^3$) by an uncertainty factor of 3 for human variability and a modifying factor of 3 results in chronic-duration inhalation MRL of 0.01 $\mu g$ Cd/$m^3$.  The uncertainty factor of 3 for human variability was used to account for the possible increased sensitivity of diabetics (Åkesson et al. 2005; Buchet et al. 1990) and the modifying factor of 3 was used to account for the lack of adequate human data, which could be used to compare the relative sensitivities of the respiratory tract and kidneys.  Although based on exposure to cadmium sulfide, the MRL would be protective of exposure to cadmium oxide; the pharmacokinetic models predict that exposure to 0.1 $\mu g/m^3$ as cadmium oxide (AMAD=1 $\mu m$) in combination with a dietary intake of 0.3 $\mu g/kg/day$ would result in a urinary cadmium level of 0.4 $\mu g/g$ creatinine.

**Figure 2-1. Combined Chronic Oral Cadmium Intakes (µg/kg/day) and Inhalation Cadmium Exposures (µg/m³) that Achieve a Urinary Cadmium Excretion of 0.5 µg/g Creatinine at Age 55 Years Predicted by the Cadmium Pharmacokinetic Model and the International Commission on Radiological Protection (ICRP) Human Respiratory Tract Model\***





\*The upper panel shows simulations of inhalation exposures to cadmium oxide (AMAD=1, 5, or 10 µm); the lower panel shows simulations of inhalation cadmium sulfide aerosols.

APPX ATT_V6_3399

*Oral MRLs*

*Acute-Duration Oral MRL*

There are no reliable studies on the acute toxicity of cadmium in humans; animal studies have identified several targets of toxicity.  High exposures (>10 mg Cd/kg/day) to cadmium chloride administered via gavage or drinking water resulted in increases in hematological (increased hemoglobin, hematocrit, and erythrocytes, anemia), liver (focal necrosis and degeneration), kidney (focal necrosis of tubular epithelium), intestine (necrosis, hemorrhage, ulcers), stomach (gastritis, necrosis), neurological (decreased motor activity), and testicular (atrophy and necrosis, loss of spermatogenic elements) effects and decreases in body weight in rats and mice (Andersen et al. 1988; Basinger et al. 1988; Bomhard et al. 1987; Borzelleca et al. 1989; Dixon et al. 1976; Kotsonis and Klaassen 1977; Machemer and Lorke 1981; Sakata et al. 1988; Shimizu and Morita 1990).  The NOAELs for these effects ranged from 1.12 to 65.6 mg Cd/kg/day.

Developmental effects have been observed at lower cadmium doses.  Delayed ossification of the sternum and ribs was observed in the offspring of rats administered 2 mg Cd/kg/day via gavage on gestation days 7–16; at 40 mg Cd/kg/day, fused lower limbs, decreased number of live fetuses, and increased resorptions were observed (Baranski 1985).  A significant increase in malformations was observed in the offspring of rats administered 18.39 mg Cd/kg/day on gestation days 6–15 (Machemer and Lorke 1981); no developmental effects were observed in the offspring of rats administered 12.5 mg Cd/kg/day via drinking water on gestation days 6–15 (Machemer and Lorke 1981).

Although the Baranski (1985) study identified the lowest LOAEL (2 mg Cd/kg/day) following acute-duration exposure, this study was not considered suitable for derivation of an MRL.  The investigators noted that "a retarded process of ossification of the sternum and ribs was observed after exposure to cadmium at any of the doses used."  However, the data were not shown and the statistical significance of the finding was not reported.  Additionally, an intermediate-duration study conducted earlier by this investigator (Baranski et al. 1983) did not find delays in ossification in the offspring of rats administered up to 4 mg Cd/kg/day for 5 weeks prior to mating, during the 3-week mating period, and throughout gestation.

Because of the amount of uncertainty associated with the most sensitive end point, an acute-duration oral MRL was not derived.

***Intermediate-Duration Oral MRL***

- An MRL of 0.5 µg Cd/kg/day has been derived for intermediate-duration oral exposure (15– 364 days) to cadmium.

There are limited data on the toxicity of cadmium in humans following intermediate-duration exposure. Numerous animal studies have examined the systemic, immunological, neurological, reproductive, and developmental toxicity of cadmium.  The most sensitive systemic effect following intermediate-duration oral exposure to cadmium appears to be damage to growing bone.  Exposure to 0.2 mg Cd/kg/day as cadmium chloride in drinking water for 3–12 months resulted in decreases in bone mineral density, impaired mechanical strength of the lumbar spine, tibia, and femur bones, increased bone turnover, and increased incidence of deformed or fractured lumbar spine bone in young female rats (3 weeks of age at study initiation) (Brzóska and Moniuszko-Jakoniuk 2005d; Brzóska et al. 2004b, 2005a, 2005b, 2005c, 2010); similar findings were observed in young male rats exposed to 0.5 mg Cd/kg/day for up to 12 months (Brzóska and Moniuszko-Jakoniuk 2005a, 2005b).  Decreases in bone strength were also observed in young rats exposed to 0.8 mg Cd/kg/day as cadmium chloride in drinking water for 4 weeks (Ogoshi et al. 1989); however, no skeletal effects were observed in adult or elderly female rats exposed to doses >20 mg Cd/kg/day for 4 weeks (Ogoshi et al. 1989).  Decreases in bone calcium were observed in mice undergoing repeated pregnancy/lactation periods (Bhattacharyya et al. 1988b) or ovariectomized mice (Bhaattacharyya et al. 1988c); these changes were not observed in groups not under physiological stress.

Renal effects have been observed at higher doses than the skeletal effects.  Vesiculation of the proximal tubules was observed in rats exposed to 1.18 mg Cd/kg/day as cadmium chloride in drinking water for 40 weeks (Gatta et al. 1989).  At approximately 3–8 mg Cd/kg/day, proteinuria, tubular necrosis, and decreased renal clearance were observed in rats (Cha 1987; Itokawa et al. 1974; Kawamura et al. 1978; Kotsonis and Klaassen 1978; Prigge 1978a).  Liver necrosis and anemia (Cha 1987; Groten et al. 1990; Kawamura et al. 1978) were observed at similar cadmium doses.

Immunological effects have been observed in studies of monkeys, rats, and mice.  The observed effects include increases in cell-mediated immune response in monkeys exposed to 5 mg Cd/kg/day as cadmium chloride in the diet for 10 weeks (Chopra et al. 1984), decreased humoral immune response in mice

exposed to 2.8 mg Cd/kg/day as cadmium chloride in drinking water for 3 weeks (Blakley 1985), and greater susceptibility to lymphocytic leukemia virus in mice exposed to 1.9 mg Cd/kg/day as cadmium chloride in drinking water for 280 days (Blakley 1986).

Neurological effects observed in rats include decreases in motor activity at 3.1 or 9 mg Cd/kg/day (Kotsonis and Klaassen 1978; Nation et al. 1990) and increased passive avoidance at 5 mg Cd/kg/day (Nation et al. 1984). Reproductive effects (necrosis and atrophy of seminiferous tubules, decreased sperm count and motility) were observed in rats exposed to 8–12 mg Cd/kg/day (Cha 1987; Saxena et al. 1989).

A number of developmental effects have been observed in the offspring of rats exposed to cadmium during gestation and lactation. Decreases in glomerular filtration rates and increases in urinary fractional excretion of phosphate, magnesium, potassium, sodium, and calcium were observed in 60-day-old offspring of rats administered via gavage 0.5 mg Cd/kg/day on gestation days 1–21 (Jacquillet et al. 2007). Neurodevelopmental alterations have also been observed at the low maternal doses. Delays in the development of sensory motor coordination reflexes and increased motor activity were observed at 0.706 mg Cd/kg/day (gestation days 1–21) (Ali et al. 1986), decreased motor activity at 0.04 mg Cd/kg/day (5–8 weeks of pre-gestation exposure, gestation days 1–21) (Baranski et al. 1983), decreased ambulation and rearing activity and altered ECG at 14 mg Cd/kg/day (gestation days 5–15, lactation days 2–28, postnatal days 1–56) (Desi et al. 1998) or 7 mg Cd/kg/day ($F_2$ and $F_3$ generations) (Nagymajtenyi et al. 1997) have been observed. Decreases in pup body weight were observed at $\geq5$ mg Cd/kg/day (Baranski 1987; Gupta et al. 1993; Kostial et al. 1993; Pond and Walker 1975) and decreases in fetal body weight or birth weight were observed at $\geq2.4$ mg Cd/kg/day (Petering et al. 1979; Sorell and Graziano 1990; Webster 1978; Sutou et al. 1980). Another commonly reported developmental effect was alterations in hematocrit levels or anemia in the offspring of animals exposed to $\geq1.5$ mg Cd/kg/day (Baranski 1987; Kelman et al. 1978; Webster 1978). Increases in the occurrence of malformations or anomalies is limited to a study by Sutou et al. (1980), which reported a significant delay in ossification in rats exposed to 10 mg Cd/kg/day.

The animal studies identify several sensitive targets of toxicity following intermediate-duration exposure to cadmium; these include skeletal mineralization in young female rats exposed for at least 3 months to 0.2 mg Cd/kg/day (Brzóska and Moniuszko-Jakoniuk 2005d; Brzóska et al. 2004b, 2005a, 2005b, 2005c), decreased glomerular filtration in young rats exposed during gestation to maternal doses of 0.5 mg Cd/kg/day (Jacquillet et al. 2007), and neurodevelopmental effects following gestational exposure to 0.04 mg Cd/kg/day (Baranski et al. 1983). Although the Baranski et al. (1983) study reported the lowest

LOAEL, it was not selected as the principal study for derivation of an intermediate-duration MRL. For locomotor activity, a significant decrease in activity was observed in female offspring exposed to 0.04, 0.4, and 4 mg Cd/kg/day, as compared to controls; however, no significant differences were found between the cadmium groups despite the 100-fold difference in doses. Locomotor activity was also decreased in males exposed to 0.4 or 4 mg Cd/kg/day. For the rotorod test, a significant decrease in the length of time the rat stayed on the rotorod was observed in males exposed to 0.04 and 0.4 mg Cd/kg/day, but not to 4 mg Cd/kg/day and in females exposed to 0.4 and 4 mg Cd/kg/day; no differences between the cadmium groups were observed in the males and females. The results were not well described and the investigators did not explain the lack of dose-response of the effects or the discrepancy between genders.

The skeletal effects observed in young rats exposed to cadmium during the period of rapid skeletal growth and mineralization was selected as the critical effect. The Brzóska and associate study (Brzóska and Moniuszko-Jakoniuk 2005d; Brzóska et al. 2005a, 2005c) was selected as the principal study. In this study, groups of 40 3-week-old female Wistar rats were exposed to 0, 1, 5, or 50 mg Cd/L as cadmium chloride in drinking water for 12 months. The investigators noted that cadmium intakes were 0.059– 0.219, 0.236–1.005, and 2.247–9.649 mg Cd/kg/day in the 1, 5, and 50 mg/L groups, respectively. Using cadmium intake data presented in a figure, cadmium intakes of 0.2, 0.5, and 4 mg Cd/kg/day were estimated. Bone mineral density, bone mineral concentration, and mineralization area of the lumbar spine, femur, and total skeleton (bone mineral density only) were assessed after 3, 6, 9, or 12 months of exposure. The mechanical properties of the femur and tibia were evaluated after 12 months of exposure. Markers for bone resorption (urinary and serum levels of C-terminal cross-linking telopeptide of type I collagen [CTX]) and bone formation (serum osteocalcin, total alkaline phosphatase, and cortical bone and trabecular bone alkaline phosphatase), and serum and urinary levels of calcium were also measured at 3, 6, 9, and 12 months.

No significant alterations in body weight gain or food and water consumption were observed. Significant decreases in total skeletal bone mineral density was observed at ≥0.2 mg Cd/kg/day; the decrease was significant after 3 months in the 4 mg Cd/kg/day group, after 6 months in the 0.5 mg Cd/kg/day group, and after 9 months in the 0.2 mg Cd/kg/day group. Significant decreases in whole tibia and diaphysis bone mineral density were observed at ≥0.2 mg Cd/kg/day after 12 months of exposure. At 0.2 mg Cd/kg/day, bone mineral density was decreased at the proximal and distal ends of the femur after 6 months of exposure; diaphysis bone mineral density was not affected. At 0.5 mg Cd/kg/day, bone mineral density was decreased at the femur proximal and distal ends after 3 months of exposure and diaphysis bone mineral density after 6 months of exposure. At 4 mg Cd/kg/day decreases in femoral

proximal, distal, and diaphysis bone mineral density were decreased after 3 months of exposure. Similarly, bone mineral density was significantly decreased in the lumbar spine in the 0.2 and 0.5 mg Cd/kg/day groups beginning at 6 months and at 3 months in the 4 mg Cd/kg/day group. Significant decreases in the mineralization area were observed in the femur and lumbar spine of rats exposed to 4 mg Cd/kg/day; lumbar spine bone mineral area was also affected at 0.5 mg Cd/kg/day. Significant decreases in tibia weight and length were observed at 4 mg Cd/kg/day. In tests of the mechanical properties of the tibia diaphysis, significant alterations in ultimate load, yield load, and displacement at load were observed at ≥0.2 mg Cd/kg/day; work to fracture was also significantly altered at 4 mg Cd/kg/day. In the mechanical properties compression tests of the tibia, significant alterations were observed in ultimate load, ultimate load, and stiffness at 0.2 mg Cd/kg/day; displacement at yield and work to fracture at ≥0.5 mg Cd/kg/day; and displacement at ultimate at 4 mg Cd/kg/day. Multiple regression analysis showed that the cadmium-induced weakness in bone mechanical properties of the tibia was primarily due to its effects on bone composition, particularly the non-organic components, organic components, and the ratio of ash weight to organic weight. The mechanical properties of the femur were strongly influenced by the bone mineral density (at the whole bone and diaphysis). A significant decrease in femur length was observed at 6 months of exposure to ≥0.2 mg Cd/kg/day; however, decreases in length were not observed at other time points in the 0.2 or 0.5 mg Cd/kg/day groups. Femur weight was significantly decreased at 4 mg Cd/kg/day. In tests of mechanical properties of the femur (neck and distal portions), decreases in yield load, ultimate load, displacement at ultimate, work to fracture (neck only), and stiffness (distal only) were observed at ≥0.2 mg Cd/kg/day. For the femoral diaphysis, significant alterations were observed for yield load, displacement at yield, and stiffness at ≥0.2 mg Cd/kg/day. Significant decreases in osteocalcin concentrations were observed in all cadmium groups during the first 6 months of exposure, but not during the last 6 months. Decreases in total alkaline phosphatase levels at 4 mg Cd/kg/day, trabecular bone alkaline phosphatase at 0.2 mg Cd/kg/day, and cortical bone alkaline phosphatase at 4 mg Cd/kg/day were observed. CTX was decreased at ≥0.2 mg Cd/kg/day. Total urinary calcium and fractional excretion of calcium were increased at ≥0.2 mg Cd/kg/day.

At the lowest dose tested, 0.2 mg Cd/kg/day, a number of skeletal alterations were observed including decreases in bone mineral density in the lumbar spine, femur, and tibia, alterations in the mechanical properties of the femur and tibia, decreases in osteocalcin levels, decreases in trabecular bone alkaline phosphatase, and decreases in CTX. Of these skeletal end points, the decrease in bone mineral density was selected as the critical effect because Brzóska et al. (2005a, 2005c) demonstrated that the bone mineral density was a stronger predictor of femur and tibia strength and the risk of fractures. As discussed in greater detail in Appendix A, available continuous models in the EPA Benchmark Dose

Software (version 1.4.1c) were fit to data for changes in bone mineral density of the femur and lumbar spine in female rats resulting from exposure to cadmium in the drinking water for 6, 9, or 12 months (Brzóska and Moniuszko-Jakoniuk 2005d). The benchmark dose (BMD) and the 95% lower confidence limit (BMDL) is an estimate of the doses associated with a change of 1 standard deviation from the control. The $BMDL_{sd1}$ derived from the best fitting models for each dataset ranged from 0.05 to 0.17 mg Cd/kg/day. The $BMDL_{sd1}$ of 0.05 mg Cd/kg/day estimated from the 9-month lumbar spine data set was selected as the point of departure for the MRL. In young female rats, the process of intense bone formation occurs during the first 7 months of life (the first 6 months of exposure in this study); thereafter, the increase in bone mineral density slows. In the lumbar spine of the control group, the changes in bone mineral density at 3–6 months, 6–9 months, and 9–12 months were 15, 4, and 1%, respectively. Thus, the 9-month data may best reflect the effect of cadmium on bone mineral density during the period of rapid skeletal growth. The lumbar spine data was selected over the femur data set because trabecular bone, which is abundant in the spine, appears to be more susceptible to cadmium toxicity than cortical bone. The $BMDL_{sd1}$ was divided by an uncertainty factor of 100 (10 for extrapolation from animals to humans and 10 for human variability) resulting in an intermediate-duration oral MRL of 0.5 μg Cd/kg/day.

***Chronic-Duration Oral MRL***

- An MRL of 0.1 μg/kg/day has been derived for chronic-duration oral exposure (≥1 year) to cadmium.

The database examining the chronic toxicity of cadmium following oral exposure is extensive. Although there are some chronic studies in animals, the majority of the studies in the chronic database examine the relationship between urinary cadmium levels (or cumulative cadmium intake) and adverse health effects in the general population or in populations living in cadmium polluted areas. A variety of health effects have been observed including skeletal defects (osteoporosis, increased bone fractures, decreased bone mineral density), kidney dysfunction, and alterations in reproductive hormone levels. These environmental exposure studies strongly support the identification of bone and kidney as the most sensitive targets of chronic cadmium toxicity.

Bone effects, particularly osteomalacia and/or osteoporosis and increased bone fractures, were first reported in Japanese women living in areas with heavy cadmium contamination. Chronic cadmium exposure has been shown to play a role in this disorder, referred to as Itai-Itai disease; however, other factors such as multiple pregnancies, poor nutrition (low calories, calcium, protein, vitamin D, and iron intakes), and low zinc levels in food also play important roles in the etiology. Although a conclusive role

of cadmium in Itai-Itai has not been established, several other studies have found bone defects. Observed bone effects include increased risk of bone fractures in postmenopausal women with urinary cadmium levels of >1 μg/day (approximately >0.7 μg Cd/g creatinine; Staessen et al. 1999), individuals (>50 years of age) with urinary cadmium levels of >2 μg/g creatinine (Alfvén et al. 2004), and men and women (>40 years of age) with urinary cadmium levels of 9.20 and 12.86 μg/g creatinine, respectively (Wang et al. 2003); increased risk of osteoporosis in men (>60 years of age) with urinary cadmium levels of ≥1.5 μg/g creatinine (Alfvén et al. 2000), in males and females with urinary cadmium levels of ≥10 μg/g creatinine (Jin et al. 2004b), in males and females (>40 years of age) with urinary cadmium levels of 9.20 and 12.86 μg/g creatinine, respectively (Wang et al. 2003), and women with renal tubular damage (urinary NAG ≥12 IU/g creatinine) (Chen et al. 2011); and decreased bone mineral density in women with urinary cadmium levels of >0.6 μg/g creatinine (Schutte et al. 2008), postmenopausal women with urinary cadmium levels of >20 μg/g creatinine (Nordberg et al. 2002), postmenopausal women with median urinary cadmium levels of 1.1 μg/g creatinine (Engström et al. 2009), and men with urinary cadmium levels of ≥2 μg/g creatinine (Trzcinka-Ochocka et al. 2010).

Evidence of renal dysfunction in environmentally exposed populations include increases in deaths from renal dysfunction in residents living in cadmium polluted areas of Japan (Arisawa et al. 2001, 2007b; Iwata et al. 1991a, 1991b; Matsuda et al. 2002; Nakagawa et al. 1993; Nishijo et al. 1995, 2004a, 2006), increases in renal replacement therapy which is indicative of severe renal dysfunction (Hellström et al. 2001), and increases in the excretion of biomarkers of renal dysfunction in association with increased cadmium intake, increased renal cadmium concentrations, increased blood cadmium levels, and/or increased urinary cadmium concentrations (Bandara et al. 2010; Buchet et al. 1990; Cai et al. 1990, 1992, 1998, 2001; Ferraro et al. 2010; Hayano et al. 1996; Honda et al. 2010; Horiguchi et al. 2004, 2010; Hwangbo et al. 2011; Ishizaki et al. 1989; Izuno et al. 2000; Järup et al. 2000; Jin et al. 2002, 2004a, 2004c; Kawada et al. 1992; Kido and Nogawa 1993; Kobayashi et al. 2002a, 2009b; Monzawa et al. 1998; Nakadaira and Nishi 2003; Nakashima et al. 1997; Nogawa et al. 1989; Noonan et al. 2002; Nordberg et al. 1997; Olsson et al. 2002; Oo et al. 2000; Osawa et al. 2001; Roels et al. 1981b; Suwazono et al. 2006; Teeyakasem et al. 2007; Trzcinka-Ochocka et al. 2004; Uno et al. 2005; Yamanaka et al. 1998; Wu et al. 2001). The urinary excretion of several biomarkers have been shown to increase due to cadmium-related alterations in kidney function; these biomarkers include low molecular weight proteins (e.g., β2-microglobulin, pHC, retinol binding protein), intracellular tubular enzymes (e.g., NAG), amino acids, high molecular weight proteins (e.g., albumin), metallothionein, and electrolytes (e.g., potassium, sodium, calcium). Although the more severe renal effects have been observed in populations living in highly contaminated areas (e.g., decreased glomerular filtration rate), alterations in the above biomarkers

have been observed in areas not considered to be cadmium polluted.  Alterations in these biomarker levels appear to be the most sensitive indicator of cadmium toxicity.  Many of the studies examining biomarkers have reported significant correlations between urinary cadmium levels and biomarker levels.  However, these correlations do not provide insight into exposure levels associated with renal dysfunction.  In this MRL analysis, attention was given to dose-response studies examining the derived quantitative relationships between cadmium exposure and the prevalence of abnormal biomarker levels.  As discussed in the inhalation MRL section, a 10% increase in the prevalence of abnormal biomarker levels (particularly β2-microglobulin, pHC, or retinol binding protein) in association with increasing cadmium exposure is generally considered to be indicative of cadmium-associated renal dysfunction in populations. However, when examining the prevalence of abnormal levels, careful consideration should be given to the response criterion (cut-off level) used in the study.  A wide range of cut-off levels have been used in the environmental exposure studies.  For β2-microglobulin, the most commonly used biomarker, the cut-off values ranged from 283 to 1,129 μg/g creatinine.  A summary of environmental studies finding significant dose-response associations between urinary cadmium (or cumulative cadmium intake) and the prevalence of abnormal levels of urinary biomarkers of renal dysfunction is presented in Table 2-1.  The adverse effect levels range from urinary cadmium levels of 1 μg/g creatinine (Järup et al. 2000) to 9.51 μg/g creatinine (Jin et al. 2004a).

The adverse effect levels for renal effects were similar to those observed for skeletal effects.  Because the renal effects database is stronger, it was used for derivation of a chronic-duration oral MRL for cadmium. Several approaches were considered for derivation of the MRL:  (1) NOAEL/LOAEL approach using a single environmental exposure study finding an increased prevalence of abnormal renal effect biomarker levels, (2) selection of a point of departure from a published benchmark dose analysis, or (3) selection of a point of departure based on an analysis of the dose-response functions from a number of environmental exposure studies.

In the first approach, all studies in which individual internal doses for subjects were estimated based on urinary cadmium were considered.  The Järup et al. (2000) study is selected as the principal study because it identified the lowest adverse effect level (Table 2-1).  In this study, 1,021 individuals living near a nickel-cadmium battery factory (n=799) or employed at the factory (n=222) were examined.  The mean urinary cadmium concentrations were 0.81 μg/g creatinine in men and 0.65 μg/g creatinine in women.  A significant association was found between urinary cadmium concentrations and urinary pHC levels, after adjustment for age; the association remained statistically significant after removal of the cadmium workers from the analysis.  The investigators estimated that a urinary cadmium level of 1 μg/g creatinine

CADMIUM                                                                                          33

2.  RELEVANCE TO PUBLIC HEALTH

**Table 2-1.  Summary of Human Studies Finding Dose-Response Relationships Between Biomarkers of Renal Dysfunction and Cadmium Exposure**

| Population | Effect biomarker | Response criterion | Adverse effect level (urinary cadmium) | Reference |
|---|---|---|---|---|
| General population (Japan) | Total prt | 157.4 µg/g creat. (M) 158.5 µg/g creat. (F) | 2.4 µg/g creat.[a] | Suwazono et al. 2006 |
| | β2M | 507 µg/g creat. (M) 400 µg/g creat. (F) | | |
| | NAG | 8.2 µg/g creat. (M) 8.5 µg/g creat. (F) | | |
| General population (Belgium) | β2M RBP NAG amino acid calcium | 283 µg/24 hours 338 µg/24 hours 3-6 IU/24 hours 357 mg α-N/24 hours 4-9 mmol/24 hours | 1.92 µg/g creat.[b] | Buchet et al. 1990 |
| Residents in cadmium-polluted area (China) | β2M | 355 µg/g creat. (M <45 years) >2,500 µg/g creat. (M ≥45 years) 500 µg/g creat. (F) | 4–7.99 µg/g creat.[c] | Cai et al. 1998 |
| Residents in cadmium-polluted area (China) | β2M RBP albumin | 300 µg/g creat. 300 µg/g creat. 15 mg/g creat. | ≥5 µg/g creat. | Jin et al. 2002 |
| Residents in cadmium-polluted area (China) | β2M NAG albumin | 800 µg/g creat. 15 U/g creat. 20 mg/g creat. | 9.51 µg/g creat. | Jin et al. 2004a |
| Residents in cadmium-polluted area (China) | β2M | 800 µg/g creat. | 2–4 µg/g creat.[c] | Nordberg et al. 1997 |
| Residents in cadmium-polluted area (Japan) | β2M | 1,000 µg/g creat. | 6.9 µg/g creat. | Cai et al. 2001 |
| Residents in cadmium-polluted area (Japan) | β2M | 1,000 µg/g creat. (M,F) | Cadmium intake: 150 µg/day | Nogawa et al. 1989; Kido and Nogawa 1993 |
| Residents in cadmium-polluted area (Japan) | β2M | 1,129 µg/g creat. (M) 1,059 µg/g creat. (F) | 4–4.9 µg/g creat.[c] | Ishizaki et al. 1989; Hayano et al. 1996 |

## Table 2-1. Summary of Human Studies Finding Dose-Response Relationships Between Biomarkers of Renal Dysfunction and Cadmium Exposure

| Population | Effect biomarker | Response criterion | Adverse effect level (urinary cadmium) | Reference |
|---|---|---|---|---|
| Residents in cadmium-polluted area (Thailand) | β2M | 400 µg/g creat. | 6–10 µg/g creat. | Teeyakasem et al. 2007 |
| Residents in cadmium-polluted area (includes occupationally exposed subjects (Sweden) | pHC | 7.1 mg/g creat. (M) 5.3 mg/g creat. (F) | 1 µg/g creat.[d] | Järup et al. 2000 |

[a]Mean urinary cadmium level
[b]>10% prevalence of abnormal β2-microglobulin, retinal binding protein, amino acid, and calcium values at 3.05, 2.87, 2.74, 4.29, or 1.92 µg/24 hours, respectively.
[c]Urinary cadmium level associated with an approximate doubling of prevalence of abnormal β2-microglobulin levels
[d]The European Chemicals Bureau (2007) recalculated this value (using raw data from Järup et al. 2000) to account for differences in age of the reference population and study population; based on these recalculations, a doubling of the probability of abnormal pHC values would occur at 2.62 µg/g creatinine for the total population and a 0.5 µg/g creatinine for the environmentally exposed population.

AAP = alanine aminopeptidase; β2M = β2-microglobulin; creat. = creatinine; F = female; M = male; NAG = N-acetyl-β-glucosaminidase; pHC = human complex-forming glycoprotein, also referred to as α1M; RBP = retinol binding protein

would be associated with a 10% increase in the prevalence of abnormal pHC levels above background prevalence (approximately a 10% added risk).  However, the European Chemicals Bureau (2007) recalculated the probability of HC proteinuria because the reference population and the study population were not matched for age (40 versus 53 years, respectively).  They estimated that the probability of HC proteinuria (13%) would be twice as high as the reference population at a urinary cadmium concentration of 0.5 μg/g creatinine.

The second approach involves the evaluation of eight published benchmark dose analyses.  The benchmark doses and the lower 95% confidence interval of the benchmark dose (BMDL) for low molecular weight proteinuria are presented in Table 2-2 (benchmark doses and BMDLs for all effect parameters are presented in Table 3-8 in the toxicological profile).  The BMDL values corresponding to a 10% increase in the prevalence of low molecular weight proteinuria above background (excess risk) ranged from 0.7 μg/g creatinine (Uno et al. 2005) to 9.9 μg/g creatinine (Kobayashi et al. 2006).  Both studies examined populations living in non-cadmium polluted areas of Japan and used β2-microglobulin as the effect biomarker.  The large difference in cut-off values (233 versus 784 μg/g creatinine) likely contributed to the order of magnitude difference in BMDLs.  The $BMDL_{10}$ of 0.7 μg/g creatinine is supported by the Suwazono et al. (2006) benchmark dose analysis, which found a similar $BMDL_{10}$ (0.81 μg/g creatinine) using pHC as the effect biomarker.  The Uno et al. (2005) study examined 410 men and 418 women (aged 40–59 years) living in three areas of Japan without any known environmental cadmium pollution.  Mean urinary cadmium concentrations were 1.3 and 1.6 μg/g creatinine in men and women, respectively.  Cut-off levels for β2-microglobulin were 233 and 274 μg/g creatinine in males and females; these values represent the 84% upper limit values calculated from the target population assuming a log normal distribution.

The third approach involved a meta-analysis of selected environmental exposure dose-response studies.  Studies were selected for inclusion in this analysis based on the following qualitative criteria:  (1) the study measured urinary cadmium as indicator of internal dose; (2) the study measured reliable indicators of low molecular weight (LMW) proteinuria; (3) a dose-response relationship was reported in sufficient detail so that the dose-response function could be reproduced independently; (4) the study was of reasonable size to have provided statistical strength to the estimates of dose-response model parameters (i.e., most studies selected included several hundred to several thousand subjects); and (5) major co-variables that might affect the dose-response relationship (e.g., age, gender) were measured or constrained by design and included in the dose-response analysis.  No attempt was made to weight selected studies for quality, statistical power, or statistical uncertainty in dose-response parameters.  Studies using a cut-off

**Table 2-2. Selected Benchmark Dose Estimations of Urinary Cadmium Levels Associated with Increases in the Prevalence of Low Molecular Weight Proteinuria**

| Study population | Effect biomarker | Response criterion | BMD model | 5% BMR | | 10% BMR | | Reference |
|---|---|---|---|---|---|---|---|---|
| | | | | BMD | BMDL | BMD | BMDL | |
| General population (Sweden) | pHC | 6.8 mg/g creat. (95% cut-off)[a] | Profile likelihood method | 0.63 (F) | 0.49 (F) | 1.05 (F) | 0.81 (F) | Suwazono et al. 2006 |
| Residents in cadmium-polluted and non-polluted areas (Japan) | β2M | 507 μg/g creat. (M) 400 μg/g creat. (F) (84% cut-off)[b] | Quantal linear model | 1.5 (M) 1.4 (F) | 1.2 (M) 1.1 (F) | 3.1 (M) 2.9 (F) | 2.5 (M) 2.3 (F) | Shimizu et al. 2006 |
| | | 994 μg/g creat. (M) 784 μg/g creat. (F) (95% cut-off)[c] | | 2.3 (M) 1.7 (F) | 1.8 (M) 1.4 (F) | 4.7 (M) 3.5 (F) | 3.7 (M) 2.9 (F) | |
| Residents in cadmium-polluted[d] and nonpolluted areas (Japan) | β2M | 915.5 μg/g creat. (M) 897.1 μg/g creat. (F) (95% cut-off)[e] | Profile likelihood method | 4.0 (M) 4.0 (F) | 3.5 (M) (3.7 )F) | Not calculated | | Suwazono et al. 2011b |
| General population (Japan) | β2M | 507 μg/g creat. (M) 400 μg/g creat. (F) (84% cut-off)[f] | Log-logistic model | 2.9 (M) 3.8 (F) | 2.4 (M) 3.3 (F) | 5.0 (M) 6.6 (F) | 4.0 (M) 5.5 (F) | Kobayashi et al. 2006 |
| | | 994 μg/g creat. (M) 784 μg/g creat. (F) (95% cut-off)[g] | | 6.4 (M) 8.7 (F) | 4.5 (M) 7.3 (F) | 10.2 (M) 12.0 (F) | 7.1 (M) 9.9 (F) | |
| General population (Japan) | β2M | 492 μg/g creat. (M) 407 μg/g creat. (F) (84% cut-off)[h] | Multiple logistic model | 3.0 (M) 3.4 (F) | 2.7 (M) 3.2 (F) | 5.0 (M) 5.7 (F) | 4.6 (M) 5.4 (F) | Kobayashi et al. 2008a |
| | | 965 μg/g creat. (M) 798 μg/g creat. (F) (97.5% cut-off)[i] | | 4.9 (M) 5.9 (F) | 4.5 (M) 5.6 (F) | 7.4 (M) 8.6 (F) | 6.8 (M) 8.1 (F) | |
| General population (Japan) | β2M | 708 μg/g creat. (M) 415 μg/g creat. (F) (95% cut-off)[j] | Profile likelihood method | 3.4 (M) 1.7 (F) | 2.6 (M) 1.4 (F) | Not calculated | | Suwazono et al. 2011c |

**Table 2-2. Selected Benchmark Dose Estimations of Urinary Cadmium Levels Associated with Increases in the Prevalence of Low Molecular Weight Proteinuria**

| Study population | Effect biomarker | Response criterion | BMD model | 5% BMR | | 10% BMR | | Reference |
|---|---|---|---|---|---|---|---|---|
| | | | | BMD | BMDL | BMD | BMDL | |
| General population (Japan) | β2M | 233 µg/g creat. (M) 274 µg/g creat. (F) (84% cut-off)[k] | Quantal linear model | 0.5 (M) 0.9 (F) | 0.4 (M) 0.8 (F) | 1.0 (M) 1.8 (F) | 0.7 (M) 1.3 (F) | Uno et al. 2005 |
| Residents in cadmium highly, or moderately polluted area (China) | β2M | 800 µg/g creat. (95% cut-off)[l] | Quantal linear logistic regression model | 5.86 (M) 9.98 (F) | 4.74 (M) 8.47 (F) | | | Jin et al. 2004c |
| | RBP | 0.300 mg/g creat. (95% cut-off)[l] | | 5.99 (M) 9.03 (F) | 4.87 (M) 7.63 (F) | | | |

[a]95th percentile of effect biomarkers on the "hypothetical" control distribution at a urinary cadmium level of zero.

[b]84% upper limit values from a group of 424 males and 1,611 females who did not smoke and lived in three different cadmium nonpolluted areas.

[c]95% upper limit values from a group of 424 males and 1,611 females who did not smoke and lived in three different cadmium nonpolluted areas.

[d]Same population of residents living in polluted area as Shimizu et al. (2006).

[e]95th percentile calculated by benchmark model at no cadmium exposure (urinary cadmium equal to zero), adjusted to mean age.

[f]84% upper limit value of the target population of people who have not smoked.

[g]95% upper limit value of the target population of people who have not smoked.

[h]84th percentile level in subjects from nonpolluted areas.

[i]97.5th percentile level in subjects from nonpolluted areas.

[j]95th percentile calculated by benchmark model at no cadmium exposure (urinary cadmium equal to zero), adjusted to mean age.

[k]84% upper limit value of the target population.

[l]95% upper limit value from a control group 98 males and 155 females living in a cadmium nonpolluted area.

BMD = benchmark dose; BMDL = benchmark dose low; BMR = benchmark response; β2M = β2-microglobulin; creat. = creatinine; F = female; M = male; NAG = *N*-acetyl-β-D-glucosaminidase; NAG-B = *N*-acetyl-β-D-glucosaminidase's isoform B; RBP = retinol binding protein

value for β2-microglobulin of ≥1,000 µg/g creatinine were eliminated from the analysis based on the conclusions of Bernard et al. (1997) that urinary β2-microglobulin levels of 1,000–10,000 µg/g creatinine were indicative of irreversible tubular proteinuria, which may lead to an age-related decline in GFR. Additionally, an attempt was made to avoid using multiple analyses of the same study population.

The individual dose-response functions from each study were implemented to arrive at estimates of the internal dose (urinary cadmium expressed as µg/g creatinine) corresponding to probabilities of 10% excess risk of low molecular weight proteinuria (urinary cadmium dose, $UCD_{10}$). Estimates were derived from the seven environmental exposure studies listed in Table 2-3. When available, male and female data were treated separately; thus, 11 dose-response relationships were analyzed. For studies that did not report the $UCD_{10}$, the value was estimated by iteration of the reported dose response relationship for varying values of urinary cadmium, until an excess risk of 10% was achieved:

$$ER = \frac{P(d) - P(0)}{1 - P(0)}$$

where ER is the excess risk, P(d) is the probability of low molecular weight proteinuria associated with a given internal (i.e., urinary cadmium) dose, and P(0) is the background probability (i.e., the probability predicted by the dose-response model when urinary cadmium was zero). For studies that reported the dose-response relationship graphically, but did not report the actual dose-response function, a function was derived by least squares fitting based on data from a digitization of the graphic.

Aggregate $UCD_{10}$ estimates and the estimates stratified by location (i.e., Europe, Japan, China) are presented in Figure 2-2. The lowest $UCD_{10}$ (1.34 µg/g creatinine) was estimated from the European database and the 95% lower confidence limit on this $UCD_{10}$ ($UCDL_{10}$) of 0.5 µg/g creatinine was considered as a potential point of departure for the MRL.

Points of departure selected using the three different approaches are similar: 0.5 µg/g creatinine from the Järup et al. (2000) study (using the European Chemicals Bureau 2007 recalculation), 0.7 µg/g creatinine from the Uno et al. (2005) benchmark dose analysis, and 0.5 µg/g creatinine from the dose-response analysis. The third approach (meta-analysis of environmental exposure studies) was selected for the derivation of the MRL because it uses the whole dose-response curves from several studies rather than data from a single study.

APPX ATT_V6_3413

**Table 2-3.  Selected Studies of Dose-Response Relationship for Cadmium-Induced Low Molecular Weight Proteinuria**

| Reference | Population | Number | Effect biomarker | Response criterion | Dose-response model | $UCD_{10}$ (µg/g creat.) |
|---|---|---|---|---|---|---|
| Buchet et al. 1990 | General population (Belgium) | 1,699 M 2,080 F | β2M | 283 µg/24 hours | Logistic[a] | 2.51 M 1.44 F |
| Suwazono et al. 2006 | General population (Sweden) | 790 F | pHC | 3.6 U/g creat. | Logistic | 0.81 |
| Järup et al. 2000 | Residents in cadmium polluted area (Sweden) | 1,465 M,F | pHC | 7.1 mg/g creat. M 5.3 mg/g creat. F | Logistic | 0.6 |
| Kobayashi et al. 2006 | General population (Japan) | 1,114 M 1,664 F | β2M | 507 µg/g creat. M 400 µg/g creat. F | Log-logistic | 5.0 M 6.6 F |
| Shimizu et al. 2006 | Residents in cadmium polluted and non-polluted areas (Japan) | 1,865 M 1,527 F | β2M | 507 µg/g creat. M 400 µg/g creat. F | Log-logistic | 5.1 M 4.2 F |
| Jin et al. 2004c | Residents in cadmium polluted or non-polluted area (China) | 790 M,F | β2M | 800 µg/g creat. | Logistic | 9.5 M 15.4 F |
| Wu et al. 2001 | Residents in cadmium polluted area (China) | 247 M,F | β2M | 800 µg/g creat. M 900 µg/g creat. F | Linear[b] | 3.75 |

[a]Digitized from Figure 2 in Lauwerys et al. 1991
[b]Digitized from Figure 2 in Wu et al. 2001

β2M = β2-microglobulin; creat. = creatinine; F = female; M = male; pHC = human complex-forming glycoprotein (also referred to as α1-microglobulin); $UCD_{10}$ = urinary cadmium level corresponding to a probability of 10% excess risk of low molecular weight proteinuria

**Figure 2-2. Estimates of the UCD$_{10}$ from Environmental Exposure Dose-Response Studies***



*Estimates of urinary cadmium concentrations (μg/g creatinine) associated with a 10% excess risk of urinary β2-microglobulin (UCD$_{10}$) using data from European, Japanese, and Chinese studies. For the aggregate of studies (plot #4), the mean (-), median (•), and 95% confidence intervals (CI) on the median are shown. All other plots show the mean and 95% CI on the mean. Numbers in parenthesis are the number of estimates of the UCD$_{10}$.

APPX ATT_V6_3415

The UCDL$_{10}$ of 0.5 µg/g creatinine was transformed into estimates of chronic cadmium intake (expressed as µg Cd/kg/day) that would result in the UCDL$_{10}$ at age 55 (approximate age of peak cadmium concentration in the renal cortex associated with a constant chronic intake; Figure 2-3). The dose transformations were achieved by simulation using a modification of the Nordberg-Kjellström model (Kjellström and Nordberg 1978). The following modifications (Choudhury et al. 2001; Diamond et al. 2003) were made to the model: (1) the equations describing intercompartmental transfers of cadmium were implemented as differential equations in Advanced Computer Simulation Language (acslXtreme, version 2.4.0.9); (2) growth algorithms for males and females and corresponding organ weights (O'Flaherty 1993) were used to calculate age-specific cadmium concentrations from tissue cadmium masses; (3) the cadmium concentration in renal cortex (RC, µg/g) was calculated as follows:

$$RC = 1.5 \cdot \frac{K}{KW}$$

where K is the age-specific renal cadmium burden (µg) and KW is the age-specific kidney wet weight (g) (Friberg et al. 1974).

(4) the rate of creatinine excretion (e.g., Cr$_{ur}$, g creatinine/day) was calculated from the relationship between lean body mass (LBM) and Cr$_{ur}$; and (5) absorption of ingested cadmium was assumed to be 5% in males and 10% in females. The rate of creatinine excretion (e.g., Cr$_{ur}$, g creatinine/day) was estimated from the relationship between LBM (kg) and Cr$_{ur}$:

$$LBM = 27.2 \cdot Cr_{ur} + 8.58$$

where the constants 27.2 and 8.58 are the sample size-weighted arithmetic mean of estimates of these variables from eight studies reported in (Forbes and Bruining 1976). Lean body mass was estimated as follows (ICRP 1981):

$$LBM = BW \cdot 0.85, adult\ females$$
$$LBM = BW \cdot 0.88, adult\ males$$

where the central tendency for adult body weight for males and females were assumed to be 70 and 58 kg for adult European/American males and females, respectively.

**Figure 2-3.  Urinary Cadmium (µg/g creatinine) and Renal Cortex Cadmium Concentration (µg/g wet tissue) Predicted by the Cadmium Pharmacokinetic Model\***



*Shown is a simulation of peak renal cadmium concentration (at age 55) in females based on a chronic intake of 0.33 µg Cd/kg/day.

APPX ATT_V6_3417

Dose units expressed as cadmium intake (μg/kg/day), urinary cadmium excretion (μg/g creatinine), or kidney tissue cadmium (μg/g cortex) were interconverted by iterative pharmacokinetic model simulations of constant intakes for the life-time to age 55 years, the age at which renal cortex cadmium concentrations are predicted to reach their peak when the rate of intake (μg/kg/day) is constant.

The dietary cadmium intakes which would result in urinary cadmium levels of 1.34 and 0.5 μg/g creatinine (UCD$_{10}$ and UCDL$_{10}$) are 0.97 and 0.33 μg/kg/day in females and 2.24 and 0.70 μg/kg/day in males. The dietary concentration associated with the UCDL$_{10}$ in females (0.33 μg/kg/day) was divided by an uncertainty factor of 3 for human variability resulting in a chronic-duration oral MRL of 0.1 μg/kg/day (1x10$^{-4}$ mg Cd/kg/day). The UCD is based on several large-scale environmental exposure studies that likely included sensitive subpopulations; however, there is concern that individuals with diabetes may be especially sensitive to the renal toxicity of cadmium (Åkesson et al. 2005; Buchet et al. 1990) and diabetics were excluded from a number of the human studies, and thus, an uncertainty factor of 3 was used.

The urinary cadmium point of departure used as the basis of the MRL (0.5 μg/g creatinine) is approximately 2-fold higher than the geometric mean urinary cadmium concentrations in the United States, which is 0.247 μg/g creatinine for adults 20 years and older (CDC 2011). The MRL of 0.1 μg/kg/day is lower than the estimated age-weighted cadmium intake of 0.3 μg/kg/day (estimated from data in Choudhury et al. 2001). Because this intake is derived from the cadmium dietary exposure model which estimates food cadmium concentrations from national survey data and food consumption patterns, it should not be considered a precise value. A better comparison would be between the mean urinary cadmium concentration in adults living in the United States (0.247 μg/g creatinine) and the MRL expressed as a urinary cadmium concentration (0.2 μg/g creatinine).

This page is intentionally blank.

CADMIUM                                                                45

# 3.  HEALTH EFFECTS

## 3.1    INTRODUCTION

The primary purpose of this chapter is to provide public health officials, physicians, toxicologists, and other interested individuals and groups with an overall perspective on the toxicology of cadmium.  It contains descriptions and evaluations of toxicological studies and epidemiological investigations and provides conclusions, where possible, on the relevance of toxicity and toxicokinetic data to public health.

A glossary and list of acronyms, abbreviations, and symbols can be found at the end of this profile.

The form of cadmium and the route of exposure can greatly affect the absorption and distribution of cadmium to various target sites, and therefore, the concentration at the target site and the severity of the observed effect.  The mechanism of action, however, involves the cadmium cation's effect on the target site, and the cation is the same regardless of the anionic species.  For inhaled cadmium compounds, the size of the cadmium particle (i.e., fume or aerosol) can also affect the absorption and distribution.  For oral exposures, cadmium chloride is most often tested in animal studies because of its high water solubility and the resulting high concentrations of cadmium delivered to target sites.  Studies on cadmium bound to metallothionein are also of interest because cadmium-metallothionein complexes may have different toxic profiles and are found in relatively high levels in organ meats (e.g., liver and kidney).  Cadmium oxide and cadmium carbonate, which are relatively insoluble in water (but may dissolve at gastric pH), appear to be similar in absorption and toxicity to soluble cadmium.  There are fewer studies available on other forms of cadmium including insoluble forms in water such as cadmium sulfide (a yellow pigment) and cadmium selenium sulfide (a red pigment), and a soluble form, cadmium sulfate, which is less soluble in a closed air system where there is a limited amount of dissolved carbon dioxide.  Chapter 4 lists the chemical and physical properties of several cadmium compounds.

## 3.2    DISCUSSION OF HEALTH EFFECTS BY ROUTE OF EXPOSURE

To help public health professionals and others address the needs of persons living or working near hazardous waste sites, the information in this section is organized first by route of exposure (inhalation, oral, and dermal) and then by health effect (death, systemic, immunological, neurological, reproductive, developmental, genotoxic, and carcinogenic effects).  These data are discussed in terms of three exposure periods:  acute (14 days or less), intermediate (15–364 days), and chronic (365 days or more).

Levels of significant exposure for each route and duration are presented in tables and illustrated in figures. The points in the figures showing no-observed-adverse-effect levels (NOAELs) or lowest-observed-adverse-effect levels (LOAELs) reflect the actual doses (levels of exposure) used in the studies. LOAELs have been classified into "less serious" or "serious" effects. "Serious" effects are those that evoke failure in a biological system and can lead to morbidity or mortality (e.g., acute respiratory distress or death). "Less serious" effects are those that are not expected to cause significant dysfunction or death, or those whose significance to the organism is not entirely clear. ATSDR acknowledges that a considerable amount of judgment may be required in establishing whether an end point should be classified as a NOAEL, "less serious" LOAEL, or "serious" LOAEL, and that in some cases, there will be insufficient data to decide whether the effect is indicative of significant dysfunction. However, the Agency has established guidelines and policies that are used to classify these end points. ATSDR believes that there is sufficient merit in this approach to warrant an attempt at distinguishing between "less serious" and "serious" effects. The distinction between "less serious" effects and "serious" effects is considered to be important because it helps the users of the profiles to identify levels of exposure at which major health effects start to appear. LOAELs or NOAELs should also help in determining whether or not the effects vary with dose and/or duration, and place into perspective the possible significance of these effects to human health.

The significance of the exposure levels shown in the Levels of Significant Exposure (LSE) tables and figures may differ depending on the user's perspective. Public health officials and others concerned with appropriate actions to take at hazardous waste sites may want information on levels of exposure associated with more subtle effects in humans or animals (LOAELs) or exposure levels below which no adverse effects (NOAELs) have been observed. Estimates of levels posing minimal risk to humans (Minimal Risk Levels or MRLs) may be of interest to health professionals and citizens alike.

Levels of exposure associated with carcinogenic effects (Cancer Effect Levels, CELs) of cadmium are indicated in Tables 3-1 and 3-6 and Figures 3-1 and 3-2. Because cancer effects could occur at lower exposure levels, Figure 3-1 also shows a range for the upper bound of estimated excess risks, ranging from a risk of 1 in 10,000 to 1 in 10,000,000 ($10^{-4}$ to $10^{-7}$), as developed by EPA.

A User's Guide has been provided at the end of this profile (see Appendix B). This guide should aid in the interpretation of the tables and figures for Levels of Significant Exposure and the MRLs.

### 3.2.1    Inhalation Exposure

The information in this section on health effects of inhalation exposure to cadmium in humans is derived from studies of workers exposed to cadmium fume or dusts in industries such as smelting, battery manufacturing, soldering, and pigment production.  Adverse effects of human exposure to cadmium were first established among workers in a cadmium battery factory (Friberg 1950).  Workers are exposed occupationally to cadmium primarily by inhalation of fumes or dust.  Some gastrointestinal tract exposure may also occur when dust is removed from the lungs by mucociliary clearance and subsequently swallowed, or by ingestion of dust on hands, cigarettes, or food (Adamsson et al. 1979).  In experiments with animals, some ingestion may also occur from inhalation exposures by mucociliary clearance or from animal grooming.  The primary form of cadmium in occupational exposures is cadmium oxide. Experimental studies in laboratory animals have used cadmium oxide, cadmium chloride, and occasionally other forms of cadmium such as cadmium sulfide and cadmium sulfate.  In general, the different forms of cadmium have similar toxicological effects by the inhalation route, although quantitative differences may exist from different absorption and distribution characteristics, particularly for the less soluble cadmium pigments such as cadmium sulfide and cadmium selenium sulfide (Buckley and Bassett 1987b; Klimisch 1993; Oldiges and Glaser 1986; Oldiges et al. 1989; Rusch et al. 1986).

Smokers inhale cadmium, but studies of cadmium exposure in the general population are considered in Section 3.2.2 because the primary route of exposure for the general population is through the diet.  Also, the many other toxic compounds in cigarette smoke make it difficult to attribute specific adverse effects of smoking to the inhalation of cadmium.

### 3.2.1.1   Death

Numerous studies have shown that acute inhalation exposure to cadmium can cause death in humans and animals.  In humans, several fatal inhalation exposures have occurred in occupational accidents.  During the acute exposure, the general symptoms are relatively mild but, within a few days following exposure, severe pulmonary edema and chemical pneumonitis develop, leading to death due to respiratory failure (Beton et al. 1966; Lucas et al. 1980; Patwardhan and Finckh 1976; Seidal et al. 1993).  The cadmium concentration in air was not measured in these cases of accidental death in humans.  However, the lung concentrations of cadmium in the men who died from these accidental acute exposures were measured. In micrograms of cadmium per gram wet weight (w/w) of lung tissue ($\mu$g/g), Patwardhan and Finckh (1976) reported 1.5 $\mu$g/g, Beton et al. (1966) reported 2.5 $\mu$g/g, Barrett et al. (1947) reported 3.5 $\mu$g/g, and Lucas et al. (1980) reported 4.7 $\mu$g/g.  Based upon estimates of the percentage of inhaled cadmium fume

that would be retained in the lungs, Barrett et al. (1947) calculated an exposure of 2,500 minutes x mg/m$^3$ in air would be fatal to humans. Beton et al. (1966) used a similar technique to estimate that an exposure to cadmium oxide in air of 8.63 mg/m$^3$ for 5 hours led to the fatal deaths of the five workers with cadmium lung burdens of 2.5 μg/g. The lower lung concentrations reported by Patwardhan and Finckh (1976) prompted Elinder (1986b) to estimate that an exposure of 1–5 mg/m$^3$ for 8 hours could be immediately dangerous. These estimates of air concentrations, however, are based on a number of uncertain assumptions concerning the duration of exposure and the retention of cadmium in the human lung being similar to that found in animal studies (Barrett et al. 1947; Elinder 1986b). No studies on deaths in humans from intermediate inhalation exposures were found. In a study on chronic exposures, Friberg (1950) attributes the deaths of 2 workers to exposure to cadmium dust in the air averaging 6.8 mg Cd/m$^3$ (range 3–15 mg/m$^3$). One worker was 57 years old at death (after 14 years of exposure to the dust) and the other was 60 years old at death (after 25 years of exposure to the dust). A detailed postmortem evaluation for the 60-year-old worker showed the presence of emphysema and the occurrence of hyaline casts in renal tubules, as well as slight nephrotic changes. Pneumonia was the direct cause of death as an acute complication of chronic bronchitis and pulmonary emphysema. The exposure estimate of 6.8 mg Cd/m$^3$ is from only six samples taken in 1946. The conditions in earlier years were thought to be similar, but this exposure value is, at best, a very rough approximation of the actual exposures spanning 34 years.

Acute inhalation of cadmium oxide fumes has also led to death in rats, mice, rabbits, guinea pigs, dogs, and monkeys, with the mortality rate apparently being directly proportional to the product of the duration of exposure and the concentration of inhaled cadmium (Barrett et al. 1947). The most reliable LC$_{50}$ (lethal concentration, 50% kill) (at 7 days) established by this study was 500 minute-mg cadmium oxide/m$^3$ for rats, equivalent to a 15-minute exposure to 30 mg Cd/m$^3$ (Barrett et al. 1947). Rusch et al. (1986) demonstrated high mortality rates in the Sprague-Dawley rat from a 2-hour exposure to cadmium fumes at 112 mg Cd/m$^3$ (25 of 32 died within 1 week). A 2-hour exposure to a different form of cadmium, cadmium carbonate, at 132 mg Cd/m$^3$ resulted in considerably lower mortality (3 of 22 died by day 30). No deaths resulted from a 2-hour exposure to cadmium sulfide at 99 mg Cd/m$^3$ or cadmium selenium sulfide (cadmium red pigment) at 97 mg Cd/m$^3$. Grose et al. (1987) reported 2 out of 36 rats died from a 2-hour, nose-only inhalation exposure to only 0.45 mg Cd/m$^3$ of cadmium oxide dusts, but the statistical significance of this low rate of mortality was not reported. A 3-day, 1-hour/day exposure to cadmium chloride aerosol at 61 mg Cd/m$^3$ resulted in the death of 17 of 18 rats exposed (Snider et al. 1973). In another study, no deaths were observed in rats from a cadmium yellow (cadmium sulfide) pigment exposure 6 hours/day for 10 days at 6.29 mg Cd/m$^3$ (Klimisch 1993). Thus, it appears that in acute exposures, the relatively more soluble cadmium chloride, cadmium oxide fume, and cadmium

carbonate compounds are more toxic than the relatively less soluble cadmium sulfide compounds (Klimisch 1993; Rusch et al. 1986).  Rusch et al. (1986) attribute this difference to higher lung absorption and retention times for the more soluble compounds, and greater mucociliary clearance for the less-soluble pigments.  Glaser et al. (1986), however, demonstrated that toxicity does not strictly correlate with solubility, and that solubility of cadmium oxide in biological fluids may be greater than its solubility in water.  In hamsters, Henderson et al. (1979) reported that a 30-minute exposure to 10.1 mg Cd/m$^3$ from cadmium chloride resulted in the death of 3 of 30 animals by day 6 postexposure.  In rabbits, Friberg (1950) reported an LC$_{50}$ (by day 14) from a 4-hour exposure to cadmium metal dusts at 28.4 mg Cd/m$^3$.  Barrett et al. (1947) also reported LC$_{50}$ values for cadmium oxide fume of 940 mg Cd/m$^3$ for a 14-minute exposure in the monkey, 46.7 mg/m$^3$ for a 15-minute exposure in the mouse, 204 mg Cd/m$^3$ for a 15-minute exposure in the guinea pig, and 230 mg Cd/m$^3$ for a 15-minute exposure in the dog.  However, the authors report that these LC$_{50}$ values are only approximations because of insufficiencies in the data or the small numbers of animals used.

At longer durations of exposure, lower concentrations cause lethality in rats.  Cadmium oxide dust resulted in the deaths of 100% of the females at 1 mg Cd/m$^3$ for 5 hours/day, 5 days/week for 20 weeks, (Baranski and Sitarek 1987), and of 5 of 12 female rats at only 0.105 mg Cd/m$^3$ 22 hours/day, 7 days/week for 63 days (Oldiges and Glaser 1986).  Continuous inhalation exposure to cadmium oxide dust at 0.105 mg Cd/m$^3$ (i.e., 24 hours/day) for 63 days resulted in 5 of 12 deaths in female rats (Prigge 1978a).  Five of 54 males died from a cadmium chloride exposure to 1.06 mg Cd/m$^3$ for 62 days, 5 days/week, 6 hours/day (Kutzman et al. 1986).  Kutzman et al. (1986) determined that the concentration times hours of exposure to produce 50% mortality in rats was 390 mg-hour/m$^3$ (males) and 489 mg-hour/m$^3$ (females).  Takenaka et al. (1983) reported that cadmium chloride at 0.0508 mg Cd/m$^3$ 23 hours/day, 7 days/week for 18 months resulted in the death of 5 of 40 male rats.

Oldiges et al. (1989) evaluated the long-term effects in rats of inhaling cadmium as either cadmium chloride, cadmium sulfate, cadmium sulfide, or cadmium oxide.  Rats were exposed to aerosols in nearly continuous exposures of 22 hours/day, 7 days/week for 18 months.  An observation period of 12 months followed the exposure period.  Oldiges et al. (1989) recorded mortality as exceeding 25% of the test animals during the exposure period or 75% of the test animals during the observation period.  If either 25 or 75% mortality occurred, the exposure period or the observation period, respectively, was terminated.  The results showed that cadmium chloride at 0.030 mg Cd/m$^3$ was lethal to >75% of the male and female rats by 12 months of exposure; cadmium oxide dusts at 0.090 mg Cd/m$^3$ were lethal for >25% of the males by 7 months and 25% of the females by 11 months of exposure; cadmium oxide fume at the

highest dose of 0.03 mg Cd/m$^3$ did not result in >25% mortality during exposure or 75% during the postexposure period; cadmium sulfate at 0.090 mg Cd/m$^3$ was lethal for >25% of the males during the exposure and for >75% of the females by 14 months following exposure; and cadmium sulfide at 0.090 mg Cd/m$^3$ was not lethal during the exposure period but was lethal to >75% of the males and females by 12 months postexposure. In these chronic studies, cadmium's lethal effects differed among the chemical forms in the following order from most to least toxic: cadmium chloride>cadmium sulfate ≈ cadmium oxide dust>cadmium sulfide, but lethality still occurred from all forms of cadmium. Oldiges and Glaser (1986) report that in their chronic studies and at the doses tested, cadmium toxicity appeared to be more related to the long-term lung retention of the bioavailable amounts of cadmium than to a simple function of solubility in water. Representative LOAEL and LC$_{50}$ values for lethality in each species and duration category are recorded in Table 3-1 and are plotted in Figure 3-1.

### 3.2.1.2 Systemic Effects

The highest NOAEL values and all LOAEL values from each reliable study for systemic effects in each species and duration category are recorded in Table 3-1 and plotted in Figure 3-1.

**Respiratory Effects.** In humans, inhalation exposure to high levels of cadmium oxide fumes or dust is intensely irritating to respiratory tissue, but symptoms can be delayed. During and immediately after (up to 2 hours) an acute exposure for 5 hours of 8.63 mg/m$^3$, Beton et al. (1966) reported that there were few symptoms of toxicity limited to coughing and slight irritation of the throat and mucosa. From 4 to 10 hours postexposure, influenza-like symptoms began to appear, including cough, tight chest, pain in chest on coughing, dyspnea, malaise, ache, chilling, sweating, shivering, and aching pain in back and limbs. From 8 hours to 7 days postexposure, more advanced stages of pulmonary response included severe dyspnea and wheezing, chest pain and precordial constriction, persistent cough, weakness and malaise, anorexia, nausea, diarrhea, nocturia, abdominal pain, hemoptysis, and prostration. Acute, high-level exposures can be fatal (see Section 3.2.1.1), and those who survive may have impaired lung function for years after a single acute exposure. A 34-year-old worker exposed to cadmium fume from soldering for 1 hour (dose not determined) had persistent impaired lung function when examined 4 years following the exposure (Barnhart and Rosenstock 1984). Initial symptoms were dyspnea, cough, myalgia, and fever. An initial chest X-ray revealed infiltrates. Townshend (1982) reports the case of a male welder who developed acute cadmium pneumonitis from a single exposure (dose not determined). Nine years after the exposure, this worker continued to show signs of progressive pulmonary fibrosis and

Table 3-1 Levels of Significant Exposure to Cadmium - Inhalation

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/m³) | Less Serious (mg/m³) | Serious (mg/m³) | Reference / Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| **ACUTE EXPOSURE** | | | | | | | | |
| **Death** | | | | | | | | |
| 1 | Human | 5 hr (occup) | | | | 8.63 M (5 male workers died after a 5 hour exposure) | Beton et al. 1966 CdO fume | |
| 2 | Rat (NS) | 10-15 min | | | | 30 (LC50 at 7 days) | Barrett et al. 1947 CdO fume | |
| 3 | Rat (Fischer- 344) | 6.2 hr/d 5 d/wk 2 wk | | | | 8.8 (100% mortality by day 6) | NTP 1995 CdO | |
| 4 | Rat (Sprague- Dawley) | 2 hr | | | | 112 (25/32 died within 1 week) | Rusch et al. 1986 CdO fume | |
| 5 | Rat (Sprague- Dawley) | 3 d 1 hr/d | | | | 61 M (17/18 died within 3 days) | Snider et al. 1973 CdCl2 | |
| 6 | Mouse (B6C3F1) | 6.2 hr/d 5 d/wk 2 wk | | | | 8.8 (100% mortality by day 7) | NTP 1995 CdO | |
| 7 | Rabbit (NS) | 4 hr | | | | 28.4 (LC50 at 14 days) | Friberg 1950 Cd metal dust | |

Table 3-1 Levels of Significant Exposure to Cadmium - Inhalation (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/m³) | LOAEL Less Serious (mg/m³) | LOAEL Serious (mg/m³) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| **Systemic** | | | | | | | | |
| 8 | Rat (Long-Evans) | 1 hr | Resp | | | 5 M (pulmonary edema, enzyme changes associated with type 2 cell hyperplasia) | Boudreau et al. 1989 CdCl2 | |
| 9 | Rat (Wistar) | 3 hr | Resp | | 0.4 M (mild hypercellularity at the bronchoalveolar junction and in adjacent alveoli) | 4.6 M (persistent focal interstitial thickening, increased collagen, general hypercellularity) | Buckley and Bassett 1987b CdO dust | |
| | | | Bd Wt | 0.4 M | 4.6 M (15% decreased body weight) | | | |
| 10 | Rat (Sprague-Dawley) | 1 hr | Resp | | | 6.5 M (severe pneumonitis) | Bus et al. 1978 CdCl2 | |
| | | | Bd Wt | | 6.5 M (10.8% decreased body weight) | | | |
| 11 | Rat (Sprague-Dawley) | 2 hr | Resp | 0.45 M | | 4.5 M (moderate to severe pneumonitis, hemorrhage, edema) | Grose et al. 1987 CdCl2 | |
| | | | Bd Wt | | | 4.5 M (20% decreased body weight) | | |

APPX ATT_V6_3427

Table 3-1  Levels of Significant Exposure to Cadmium - Inhalation (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/m³) | LOAEL Less Serious (mg/m³) | LOAEL Serious (mg/m³) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 12 | Rat (Sprague-Dawley) | 2 hr | Resp | | 0.45 M (significant increased absolute and relative lung weight) | 4.5 M (severe pneumonitis, hyperplasia of type 2 cells and fibroblasts) | Grose et al. 1987 CdO dust | |
| | | | Bd Wt | 0.45 M | | | | |
| 13 | Rat (Lewis) | 1-6 wk 5 d/wk 3 hr/d | Resp | | | 1.6 M (interstitial pneumonitis) | Hart 1986 CdO dust | |
| 14 | Rat (Wistar) | 10 d 6 hr/d | Bd Wt | 0.17 M | | | Klimisch 1993 CdCl2 | No histopathological examination. |
| 15 | Rat (Wistar) | 10 d 6 hr/d | Bd Wt | 6.29 M | | | Klimisch 1993 CdS | No histopathological examination. |
| 16 | Rat (Fischer-344) | 6.2 hr/d 5 d/wk 2 wk | Resp | | 0.88 F (degeneration of nasal olfactory epithelium) 0.088 b (alveolar histiocytic infiltrate and focal inflammation in alveolar septa) | 8.8 (marked necrosis of alveolar ducts) | NTP 1995 CdO | |
| | | | Hepatic | 2.6 | | | | |
| | | | Renal | 2.6 | | | | |

APPX ATT_V6_3428

Table 3-1 Levels of Significant Exposure to Cadmium - Inhalation                                    (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/m³) | LOAEL Less Serious (mg/m³) | LOAEL Serious (mg/m³) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 17 | Rat (Sprague-Dawley) | 2 hr | Resp | | | 6 M (alveolar type 1 cell damage and necrosis) | Palmer et al. 1986 CdCl2 | |
| | | | Endocr | 6 M | | | | |
| | | | Bd Wt | 6 M | | | | |
| 18 | Rat (Sprague-Dawley) | 2 hr | Gastro | | 132 (erosions of the stomach) | | Rusch et al. 1986 CdCO3 | |
| 19 | Rat (Sprague-Dawley) | 5, 10, or 15 d 1 hr/d | Resp | | | 6.1 M (emphysema) | Snider et al. 1973 CdCl2 | |
| 20 | Rat (Sprague-Dawley) | 3 d 1 hr/d | Resp | | | 61 M (pulmonary hemorrhage) | Snider et al. 1973 CdCl2 | |
| 21 | Mouse (B6C3F1) | 6.2 hr/d 5 d/wk 2 wk | Resp | | 0.88 (fibrosis and inflammation around the alveolar ducts, necrosis of the alveolar duct epithelium) | | NTP 1995 CdO | |
| | | | Hepatic | 2.6 | 0.088 (histiocytic infiltrates) | | | |
| | | | Renal | 2.6 | | | | |

APPX ATT_V6_3429

Table 3-1 Levels of Significant Exposure to Cadmium - Inhalation (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/m³) | LOAEL Less Serious (mg/m³) | LOAEL Serious (mg/m³) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 22 | Hamster (Golden Syrian) | 30 min | Resp | | 1.1 (moderate increase in PMN, 2-fold increase in acid phosphatase) | 10.1 (severe pneumonitis) | Henderson et al. 1979 CdCl2 | |
| 23 | Rabbit (New Zealand) | 2 hr | Resp | | 4.5 M (mild, multifocal interstitial pneumonitis) | | Grose et al. 1987 CdCl2 | |
| 24 | Rabbit (New Zealand) | 2 hr | Resp | | 0.45 M (increase in alveolar macrophages) | 4.5 M (multifocal interstitial pneumonitis) | Grose et al. 1987 CdO dust | |
| | | | Bd Wt | | 0.45 M (unspecified decrease in body weight) | | | |
| **Immuno/ Lymphoret** | | | | | | | | |
| 25 | Mouse (Swiss) | 2 hr | | 0.11 F | 0.19 F (decreased humoral immune response) | | Graham et al. 1978 CdCl2 | |
| 26 | Mouse (C57Bl/6) | 60 min | | | 0.88 F (reduction in spleen lymphocyte viability [35%], numbers, and humoral response [75%]) | | Krzystyniak et al. 1987 CdCl2 | |
| **INTERMEDIATE EXPOSURE** | | | | | | | | |
| **Death** | | | | | | | | |
| 27 | Rat (Wistar) | 20 wk 5 d/wk 5 hr/d | | | | 1 F (13/13 died by week 20) | Baranski and Sitarek 1987 CdO dusts | |

Table 3-1 Levels of Significant Exposure to Cadmium - Inhalation (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/m³) | LOAEL | | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | | | Less Serious (mg/m³) | Serious (mg/m³) | | |
| 28 | Rat (Fischer 344) | 62 d 5 d/wk 6 hr/d | | | | 2.13 M (100% mortality by day 45) | Kutzman et al. 1986 CdCl2 | |
| 29 | Rat (Wistar) | 6 mo 40 hr/wk | | | | 0.09 (>75% mortality by 11-12 months postexposure) | Oldiges et al. 1989 CdCl2 | |
| 30 | Rat (Wistar) | 6 mo 40 hr/wk | | | | 0.27 (>75% mortality by 21-23 months postexposure) | Oldiges et al. 1989 CdS | |
| 31 | Rat (Wistar) | 63d 24 hr/d | | | | 0.105 F (5/12 died) | Prigge 1978a CdO dust | |
| Systemic | | | | | | | | |
| 32 | Rat (Wistar) | 20 wk 5 d/wk 5 hr/d | Bd Wt | 0.16 F | | 1 F (30-50% decreased body weight gain) | Baranski and Sitarek 1987 CdO dusts | |
| 33 | Rat (Wistar) | 30 d 7 d/wk 22 hr/d | Resp | | 0.105 M (increased total bronchoalveolar macrophage numbers, leukocytes, and macrophage cytotoxicity) | | Glaser et al. 1986 CdCl2 | No histopathology examination. |
| | | | Hemato | | 0.105 M (45% increase in WBC) | | | |

Table 3-1 Levels of Significant Exposure to Cadmium - Inhalation (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/m³) | LOAEL Less Serious (mg/m³) | LOAEL Serious (mg/m³) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 34 | Rat (Wistar) | 30 d 7 d/wk 22 hr/d | Resp |  | 0.098 M (increased total bronchoalvelolar macrophage numbers, leukocytes, and macrophage cytotoxicity) |  | Glaser et al. 1986 CdO dust | No histopathology examination. |
|  |  |  | Hemato |  | 0.098 M (45% increase in WBC) |  |  |  |
| 35 | Rat (Wistar) | 30 d 7 d/wk 22 hr/d | Resp |  | 1.034 M (increased total bronchoalvelolar macrophage numbers, leukocytes, and macrophage cytotoxicity) |  | Glaser et al. 1986 CdS | No histopathological examination. |
|  |  |  | Hemato | 1.034 M |  |  |  |  |
|  |  |  | Bd Wt | 1.034 M |  |  |  |  |
| 36 | Rat (Fischer 344) | 62 d 5 d/wk 6 hr/d | Resp |  |  | 1.06 M (marked fibrosis with significant increase in collagen) | Kutzman et al. 1986 CdCl2 |  |
|  |  |  | Bd Wt | 0.33 | 1.06 (14% decreased body weight) | 2.13 (42-51% decreased body weight) |  |  |

APPX ATT_V6_3432

Table 3-1 Levels of Significant Exposure to Cadmium - Inhalation (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/m³) | LOAEL Less Serious (mg/m³) | LOAEL Serious (mg/m³) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 37 | Rat (Fischer- 344) | 6.33 hr/d 5 d/wk 13 wk | Resp | | 0.022 F (epithelial degeneration in the larynx) | 0.88 (marked inflammation and moderate fibrosis in interstitium around alveolar ducts and terminal bronchioles) | NTP 1995 CdO | |
| | | | | | 0.22 (Inflammation of nasal respiratory epithelium) | | | |
| | | | Cardio | 0.88 | | | | |
| | | | Gastro | 0.88 | | | | |
| | | | Hemato | 0.88 | | | | |
| | | | Hepatic | 0.88 | | | | |
| | | | Renal | 0.88 | | | | |
| | | | Bd Wt | 0.88 | | | | |
| 38 | Rat (Fischer 344) | 4 wks 5 d/wk 6 hr/d | Resp | 0.1 M | | | Oberdorster et al. 1994 CdCl2 | |

APPX ATT_V6_3433

Table 3-1 Levels of Significant Exposure to Cadmium - Inhalation (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/m³) | LOAEL Less Serious (mg/m³) | LOAEL Serious (mg/m³) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 39 | Rat (Wistar) | 63 or 90 d 24 hr/d | Resp | | 0.025 F (proliferations, histiocytic cell granulomas) | | Prigge 1978a CdO dust | |
| | | | Hemato | | 0.052 F (increased hemoglobin and hematocrit) | | | |
| | | | Hepatic | 0.105 F | | | | |
| | | | Renal | 0.105 F | | | | |
| | | | Bd Wt | | 0.105 F (11% decrease in body weight) | | | |
| | | | Metab | | 0.105 F (decreased blood pH and pO2, increased pCO2) | | | |
| 40 | Rat (Wistar) | 21 d Gd 1-21 24 hr/d | Resp | | 0.204 F (77% increased lung relative weight) | | Prigge 1978b CdCl2 | |
| | | | Hemato | | 0.204 F (8% increased hemoglobin, 5% increased hematocrit ) | | | |
| | | | Hepatic | 0.581 F | | | | |
| | | | Renal | 0.581 F | | | | |
| | | | Bd Wt | 0.394 F | | | | |

Table 3-1 Levels of Significant Exposure to Cadmium - Inhalation (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/m³) | LOAEL Less Serious (mg/m³) | LOAEL Serious (mg/m³) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 41 | Rat (Wistar) | 21 d Gd 1-21 24 hr/d | Resp | | 0.204 F (70% increased lung relative weight) | | Prigge 1978b CdCl2 | |
| | | | Hemato | | 0.581 F (increased hemoglobin [12%], hematocrit [12%], total bilurin [2-fold]) | | | |
| | | | Hepatic | 0.581 F | | | | |
| | | | Renal | 0.581 F | | | | |
| | | | Bd Wt | | 0.394 F (12% decreased maternal weight gain) | | | |
| 42 | Mouse (B6C3F1) | 6.33 hr/d 5 d/wk 13 wk | Resp | | 0.088 M (Degeneration of nasal olfactory epithelium) 0.022 (alveolar histiocytic infiltrates and squamous metaplasia of the larynx) | | NTP 1995 CdO | |
| | | | Cardio | 0.88 | | | | |
| | | | Gastro | 0.88 | | | | |
| | | | Hepatic | 0.88 | | | | |
| | | | Renal | 0.88 | | | | |
| | | | Bd Wt | 0.88 | | | | |

Table 3-1 Levels of Significant Exposure to Cadmium - Inhalation    (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/m³) | Less Serious (mg/m³) | Serious (mg/m³) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 43 | Mouse (BALB/c) | 4 wks 5 d/wk 6 hr/d | Resp | | 0.1 M (increased neutrophils, LDH and beta-glucuronidase; pulmonary inflammation) | | Oberdorster et al. 1994 CdCl2 | |
| 44 | Rabbit (NS) | 9 mo 21 d/mo 3 hr/d | Resp | | | 4 (chronic pneumonia, emphysema) | Friberg 1950 Cd metal dust | |
| | | | Hemato | | 4 (eosinophilia, lower hemoglobin) | | | |
| | | | Renal | | | 4 (proteinuria) | | |
| 45 | Rabbit (NS) | 7 mo 23 d/mo 3 hr/d | Resp | | | 5.6 (emphysema) | Friberg 1950 Cd metal dust | |
| | | | Renal | | | 5.6 (proteinuria in 6/10 surviving to the end of exposure) | | |
| 46 | Rabbit (NS) | 4-6 wk 5 d/wk 6 hr/d | Resp | | | 0.4 M (lung interstitial inflammation, type 2 cell hyperplasia) | Johansson et al. 1984 CdCl2 | |

APPX ATT_V6_3436

Table 3-1 Levels of Significant Exposure to Cadmium - Inhalation (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/m³) | LOAEL | | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | | | Less Serious (mg/m³) | Serious (mg/m³) | | |
| **Reproductive** | | | | | | | | |
| 47 | Rat (Wistar) | 5 hr/d 5 d/wk 5 mo premating, mating, Gd 1-20 | | 0.16 F | | | Baranski 1984 CdO | |
| 48 | Rat (Wistar) | 20 wk 5 d/wk 5 hr/d | | | 1 F (increased duration of estrous cycle) | | Baranski and Sitarek 1987 CdO dusts | |
| 49 | Rat (Fischer 344) | 62 d 5 d/wk 6 hr/d | | 1.06 M ( t | | | Kutzman et al. 1986 CdCl2 | |
| 50 | Rat (Fischer-344) | 6.33 hr/d 5 d/wk 13 wk | | 0.22 M  0.22 F | 0.88 M (decreased spermatid counts)  0.88 F (increased estrous cycle length) | | NTP 1995 CdO | |
| **Developmental** | | | | | | | | |
| 51 | Rat (Wistar) | 5 hr/d 5 d/wk 5 mo premating, mating, Gd 1-20 | | | 0.02 F (altered performance on neurobehavioral tests) | | Baranski 1984 CdO | |

Table 3-1 Levels of Significant Exposure to Cadmium - Inhalation (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/m³) | LOAEL Less Serious (mg/m³) | Serious (mg/m³) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 52 | Rat (Wistar) | 4-5 mo 5 d/wk 5 hr/d | | | 0.02 (altered performance on neurobehavioral tests) | 0.16 (decreased pup viability) | Baranski 1985 CdO dusts | |
| 53 | Rat (Sprague-Dawley) | 6.27 hr/d 7 d/wk Gd 4-19 | | 0.4 F | 1.7 F (decreased fetal body weight and reduced ossification) | | NTP 1995 CdO | |
| 54 | Rat (Wistar) | 21 d Gd 1-21 24 hr/d | | | 0.581 (9% decreased fetal body weight, 12% increase in fetal alkaline phosphatase) | | Prigge 1978b CdCl2 | |
| 55 | Mouse (Swiss) | 6.27 hr/d 7 d/wk Gd 4-17 | | 0.04 F | 0.4 F (decreased fetal body weight) | | NTP 1995 CdO | |
| **Cancer** | | | | | | | | |
| 56 | Rat (Wistar) | 6 mo 40 hr/wk | | | | 0.09 (CEL: lung bronchioalveolar adenomas, adenocarcinomas, and squamous cell carcinomas) | Oldiges et al. 1989 CdCl2 | |
| **CHRONIC EXPOSURE** | | | | | | | | |
| **Death** | | | | | | | | |
| 57 | Human | 1-34 yr 5 d/wk 8 hr/d (occup) | | | | 6.8 M (2 fatalities from 14 years or 25 years of exposure to Cd dust) | Friberg 1950 Cd dust | |

APPX ATT_V6_3438

Table 3-1 Levels of Significant Exposure to Cadmium - Inhalation (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/m³) | LOAEL Less Serious (mg/m³) | LOAEL Serious (mg/m³) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 58 | Rat (Wistar) | 413–455 d 7 d/wk 22 hr/d | | | | 0.095 M (6/20 died) | Oldiges and Glaser 1986 CdSO4 | |
| 59 | Rat (Wistar) | 18 mo 7 d/wk 22 hr/d | | | | 0.03 M (>75% mortality by 12 months postexposure) | Oldiges et al. 1989 CdCl2 | |
| 60 | Rat (Wistar) | 18 mo 7 d/wk 22 hr/d | | | | 0.09 (more than 25% died after 7 months [M] and 11 months [F] of exposure) | Oldiges et al. 1989 CdO dust | |
| 61 | Rat (Wistar) | 18 mo 7 d/wk 22 hr/d | | | | 0.09 (>75% mortality after 12 months postexposure) | Oldiges et al. 1989 CdS | |
| 62 | Rat (Wistar) | 18 mo 7 d/wk 22 hr/d | | | | 0.09 M (>25% mortality by 14 months of exposure) 0.09 F (>75% by 11 months postexposure) | Oldiges et al. 1989 CdSO4 | |
| **Systemic** | | | | | | | | |
| 63 | Human | | Renal | 0.0001[c] F | | | Buchet et al. 1990; Jarup et al. 2000; Suwazono et al. 2006 form not specified | |

APPX ATT_V6_3439

Table 3-1  Levels of Significant Exposure to Cadmium - Inhalation (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/m³) | LOAEL Less Serious (mg/m³) | LOAEL Serious (mg/m³) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 64 | Human | 4-24 yr 5 d/wk 8 hr/d (occup) | Resp | 0.025 | | | Edling et al. 1986 CdO fume | |
| 65 | Human | 30 yr 5 d/wk 8 hr/d (occup) | Renal | 0.033 | | 0.067 (pronounced proteinuria) | Elinder et al. 1985b CdO fume | |
| 66 | Human | 30 yr 5 d/wk 8 hr/d (occup) | Renal | 0.0153 M | | 0.0379 M (100% incidence of proteinuria in the cohort exposed to this level for 21 years) | Falck et al. 1983 CdO fume | |
| 67 | Human | 30 yr 5 d/wk 8 hr/d (occup) | Renal | 0.017 | | 0.023 (9.2% incidence of proteinuria) | Jarup et al. 1988 CdO dust | |
| 68 | Human | 30 yr 5 d/wk 8 hr/d (occup) | Renal | 0.0367 M | | | Mason et al. 1988 form not specified | |
| 69 | Human | 30 yr 5 d/wk 8 hr/d (occup) | Renal | 0.027 | | | Thun et al. 1989 CdO dust or fume | |

USCA Case #25-1087   Document #2105053   Filed: 03/10/2025   Page 1135 of 2126

Table 3-1 Levels of Significant Exposure to Cadmium - Inhalation (continued)

| Key to Figure [a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/m³) | LOAEL Less Serious (mg/m³) | LOAEL Serious (mg/m³) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 70 | Rat (Wistar) | 18 mo 7 d/wk 23 hr/d | Resp | | | 0.0134 M (adenomatous hyperplasia in the bronchioalveolar area) | Takenaka et al. 1983 CdCl2 | |
| | | | Bd Wt | 0.0508 M | | | | |
| **Cancer** | | | | | | | | |
| 71 | Human | 6 mo – 43 yr 7 d/wk 8 hr/d (occup) | | | | 0.1 M (CEL: 50-111 lung cancer deaths per 1000 workers; 45 year exposure) | Stayner et al. 1992 CdO dust or fumes | |
| 72 | Rat (Wistar) | 18 mo 7 d/wk 22 hr/d | | | | 0.03 (CEL: lung bronchioalveolar adenomas, adenocarcinomas, and squamous cell carcinomas) | Oldiges et al. 1989 CdCl2 | |
| 73 | Rat (Wistar) | 18 mo 7 d/wk 22 hr/d | | | | 0.03 (CEL: lung bronchioalveolar adenomas, adenocarcinomas, and squamous cell carcinomas) | Oldiges et al. 1989 CdO dust | |

APPX ATT_V6_3441

USCA Case #25-1087    Document #2105058    Filed: 03/10/2025    Page 1136 of 2126

Table 3-1 Levels of Significant Exposure to Cadmium - Inhalation (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/m³) | LOAEL Less Serious (mg/m³) | LOAEL Serious (mg/m³) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 74 | Rat (Wistar) | 18 mo 7 d/wk 22 hr/d | | | | 0.03 (CEL: lung bronchioalveolar adenomas, adenocarcinomas) | Oldiges et al. 1989 CdO fume | |
| 75 | Rat (Wistar) | 18 mo 7 d/wk 22 hr/d | | | | 0.09 (CEL: lung bronchioalveolar adenomas, adenocarcinomas, and squamous cell carcinomas) | Oldiges et al. 1989 CdS | |
| 76 | Rat (Wistar) | 18 mo 7 d/wk 22 hr/d | | | | 0.09 (CEL: lung bronchio-alveolar adenomas, adenocarcinomas, squamous cell carcinomas) | Oldiges et al. 1989 CdSO4 | |

APPX ATT_V6_3442

**Table 3-1 Levels of Significant Exposure to Cadmium - Inhalation**                    (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/m³) | Less Serious (mg/m³) | Serious (mg/m³) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | | | **LOAEL** | | | |
| 77 | Rat (Wistar) | 18 mo 7 d/wk 23 hr/d | | | | 0.0134 M (CEL: lung epidermoid carcinomas, adenocarcinomas, and mucoepidermoid carcinomas) | Takenaka et al. 1983 CdCl2 | |

a The number corresponds to entries in Figure 3-1.

b Used to derive an acute-duration inhalation minimal risk level (MRL) of 0.00003 mg Cd/m3 (0.03 ug Cd/m3); concentration was adjusted for intermittent exposure (6.2 hours/day, 5 days/week) and divided by an uncertainty factor of 300 (10 for use of a LOAEL, 3 for extrapolation from animals to humans with dosimetric adjustment, and 10 for human variability).

c The chronic-duration inhalation MRL of 0.00001 mg Cd/m3 (0.01 ug Cd/m3) was calculated from the 95% lower confidence limit of the urinary cadmium level associated with a 10% increased risk of low molecular weight proteinuria (0.5 ug/g creatinine) estimated from a meta-analysis of select environmental exposure studies. An air concentration (together with an assumed dietary intake of 0.3 ug Cd/kg/day) which would result in this urinary cadmium concentration was estimated using the ICRP human respiratory tract model and a modification of the Nordberg-Kjellstrom pharmacokinetic model (see Appendix A for details on the meta-analysis and extrapolation to air concentration). This air concentration of 0.1 ug Cd/m3 was divided by an uncertainty factor of 3 for human variability and a modifying factor of 3.

Bd Wt = body weight; Cardio = cardiovascular; CEL = cancer effect level; d = day(s); Endocr = endocrine; F = Female; Gastro = gastrointestinal; Gd = gestational day; Hemato = hematological; hr = hour(s); Immuno/Lymphoret = immunological/lymphoreticular; LC50 = lethal concentration, 50% kill; LDH = lactate dehydrogenase; LOAEL = lowest-observed-adverse-effect level; M = male; min = minute(s); Metab = metabolic; mo = month(s); NOAEL = no-observed-adverse-effect level; NS = not specified; occup = occupational; PMN = polymorphonuclear leukocyte; Resp = respiratory; WBC = white blood cells; wk = week(s); yr = year(s)

APPX ATT_V6_3443

USCA Case #25-1087 Document #2105058 Filed: 03/10/2025 Page 1138 of 2126

Figure 3-1 Levels of Significant Exposure to Cadmium - Inhalation

Acute (≤14 days)

APPX ATT_V6_3444

USCA Case #25-1087 Document #2105058 Filed: 03/10/2025 Page 1139 of 2126

Figure 3-1 Levels of Significant Exposure to Cadmium - Inhalation *(Continued)*

Intermediate (15-364 days)

APPX ATT_V6_3445

USCA Case #25-1087 Document #2105058 Filed: 03/10/2025 Page 1140 of 2126

Figure 3-1 Levels of Significant Exposure to Cadmium - Inhalation *(Continued)*

Intermediate (15-364 days)

APPX ATT_V6_3446



USCA Case #25-1087 Document #2105058 Filed: 03/10/2025 Page 1141 of 2126

Figure 3-1 Levels of Significant Exposure to Cadmium - Inhalation *(Continued)*

Chronic (≥365 days)

*Doses represent the lowest dose tested per study that produced a tumorigenic response and do not imply the existence of a threshold for the cancer endpoint.

c-Cat
d-Dog
r-Rat
p-Pig
q-Cow
-Humans
k-Monkey
m-Mouse
h-Rabbit
a-Sheep
f-Ferret
j-Pigeon
e-Gerbil
s-Hamster
g-Guinea Pig
n-Mink
o-Other

◆ Cancer Effect Level-Animals
● LOAEL, More Serious-Animals
◐ LOAEL, Less Serious-Animals
○ NOAEL - Animals

▼ Cancer Effect Level-Humans
▲ LOAEL, More Serious-Humans
◭ LOAEL, Less Serious-Humans
△ NOAEL - Humans

■ LD50/LC50
Minimal Risk Level for effects other than Cancer

APPX ATT_V6_3447

had no improvement in respiratory function.  Precise estimates of cadmium concentrations leading to acute respiratory effects in humans are not currently available.

The initial symptoms of respiratory distress observed in the higher acute exposures do not occur following lower-level, longer-term inhalation exposures (Friberg 1950).  Longer-term occupational exposure to levels of cadmium below those causing lung inflammation, however, have been reported to cause emphysema and dyspnea in humans (Bonnell 1955; Friberg 1950; Lane and Campbell 1954; Smith et al. 1960).  Kjellström et al. (1979) reported a significant increase in deaths due to respiratory diseases in cadmium-exposed battery factory workers exposed for >5 years.

A significant, dose-dependent excess in the ratio of observed to expected deaths from bronchitis (i.e., standardized mortality ratio [SMR]=434) but not emphysema was found among 6,995 men occupationally exposed to cadmium for an average of 11 years (Armstrong and Kazantzis 1983).  The dose level was not determined.

The earlier occupational studies did not control for the health effects of cigarette smoking.  There is some evidence that cadmium may accelerate the development of emphysema in smokers.  Leduc et al. (1993) report a case history of a 59-year-old male worker who smoked a pack of cigarettes per day since age 16, but had no prior history of respiratory disease in 1975 until developing emphysema in 1979 after inhaling various concentrations of cadmium (range of 0.0164–1.192 mg/m$^3$, mean of 0.446 mg/m$^3$, about nine times the threshold value of 0.050 mg/m$^3$) for 4 years as a furnace operator.  Very high levels of cadmium in air samples at the workplace and in the patient's blood, urine, and lung tissue confirmed massive exposures.  Lung-function tests declined rapidly, with a faster than usual onset of emphysema compared to other smokers.  The mean concentration of cadmium in a removed section of lung was 580 μg/g dry tissue, compared to 14 μg/g in three unexposed controls matched for age, sex, and smoking habit who had also undergone resection of a bronchial carcinoma.  The authors state that this case supports the hypothesis for an etiological role of cadmium fume inhalation in the development of emphysema.

More recent studies that controlled for smoking report lung impairment in cadmium-exposed workers (Chan et al. 1988; Cortona et al. 1992; Davison et al. 1988; Smith et al. 1976).  Cortona et al. (1992) measured respiratory function parameters in 69 smoking and nonsmoking male subjects (average age 45) who were exposed to concentrations of 0.008–1.53 mg/m$^3$ of cadmium fumes over a period of several years in a factory that produced cadmium alloys (silver-cadmium-copper).  Forced Expiratory Volume (FEV), Forced Vital Capacity (FVC), Residual Volume (RV), Transfer Factor by the carbon

monoxide method (TLCO), and Transfer Coefficient (KCO) were measured in these exposed individuals. The study found that there were no significant differences in the FVC, FEV, TLCO, and KCO between the workers exposed to cadmium fumes and control (non-exposed) individuals. There was a significant increase in RV of >8% in exposed workers; this effect was notably greater in those with higher cumulative exposures to cadmium (>10%). It is uncertain how much of a factor on the increased RV was due to the tendency of smokers to develop an initial emphysematous alteration in lung tissue due to smoking.

Davison et al. (1988) evaluated lung function in 101 men who had manufactured copper-cadmium alloy in a plant in England for ≥1 years since 1926. The exposed men were compared to controls from the factory's other seven divisions matched for age and employment status. Smoking in exposed and control men was similar. Between 1951 and 1983, 933 measurements of airborne cadmium had been made, 697 with static samplers and 236 with personal samplers. The various sampling methods used before 1964 are no longer considered to be reliable, so estimates of air concentrations were made based on changes in production techniques, ventilation, levels of production, and discussions with occupational health physicians, industrial hygienist, the management, and the workers. Cadmium concentrations in air from 1926 to 1972 were determined to have declined from 0.6 to 0.156 mg/m$^3$. In 1973, concentrations were 0.085 mg/m$^3$; from 1974 to 1983, concentrations ranged from 0.034 to 0.058 mg/m$^3$. The lung function of 77 of the men occupationally exposed to cadmium was significantly impaired compared to the unexposed controls, with the greatest abnormalities in the highest-dose group. Forced expiratory volume in one second, ratio of forced expiratory volume to forced vital capacity, transfer factor, or transfer coefficient were significantly lower than expected and radiographic total lung capacity, residual volume, and the ratio of these two were significantly higher than expected. The greatest abnormalities were observed in workers with the highest cumulative exposure and the highest liver cadmium levels. Regression of the lung transfer coefficient versus cadmium exposure indicated a linear relationship with no apparent threshold.

Smith et al. (1976) studied the pulmonary function of 17 high-exposure workers, 12 low-exposure workers, and 17 controls. Cadmium air concentrations where high-exposure subjects worked were >0.2 mg/m$^3$. High-exposure subjects had worked at the plant a median of 26.4 years, with a maximum of 40.2 years, and low-exposure subjects had worked a median of 27.1 years, with a maximum of 34.8 years. Workers with high exposure to cadmium had significantly decreased the FVC compared to low-exposure workers and controls. Chest X-rays indicated mild or moderate interstitial fibrosis in 29% of high exposure workers. A dose-response relationship was found between FVC and urinary cadmium, and

CADMIUM

3. HEALTH EFFECTS

with months of exposure to cadmium fume, but not cadmium sulfate aerosol. In an analysis of the smoking habits, there was no significant difference between the two cadmium-exposed groups with respect to the proportion of present or past cigarette smokers, the intensity or duration of cigarette smoking, or cigar or pipe smoking habits. The control subjects, however, had a significantly (p<0.05) "higher" exposure to cigarette smoke than the cadmium exposed workers with substantially greater numbers of pack-years, cigarettes smoked per day, and years smoked. A step-down and multiple regression analyses with a dependent variable of FVC (as percent of predicted), and the independent variables, age-height, cigarette pack-years, and urinary cadmium, resulted in no indication that an interaction between the independent variables led to the observed relationship between FVC and cadmium excretion.

Other studies, however, have not shown a cadmium-related increase in impaired respiratory function. Edling et al. (1986) studied Swedish workers occupationally exposed to cadmium oxide fume from cadmium-containing solders. Cadmium-containing solder had been used at the plant from 1955 to 1978. The results from the lung-function analysis showed no significant difference in symptoms or lung function between the cadmium-exposed and the reference group. The exposed and the reference groups were similar with respect to sex, age, and height. There was a higher percentage of smokers in the reference group (52%) than in the exposed group (42%), but the difference was not statistically significant. The authors could not explain why significant differences in effects were not seen in these workers since other studies have shown significant effects at comparable cadmium exposure levels. The authors suggest that a possible bias could have been introduced if people who had worked for >5 years in the plant had changed their occupation because of lung disease, so that only "healthy" workers remained. Significant effects may also have been found if the reference group included workers other than those who worked with solder, but the purpose of the study was to resolve the effects of cadmium exposure among workers with similar occupations. Evaluating the data from smokers and nonsmokers separately also showed no significant impairment in lung function between smoking exposed and smoking unexposed or nonsmoking exposed and nonsmoking unexposed. The lung impairment due to smoking was observed in that smokers in both the exposed and unexposed groups had a somewhat deteriorated closing volume and other lung function indicators in accordance with previous studies on the effects of smoking. These results support the hypothesis that the response to occupational dust exposure differs from the response to tobacco smoking.

Another possible reason for differing results is that lung injury caused by high-level cadmium exposure may be partially reversible (Bonnell 1955; Chan et al. 1988), with a return towards normal several years

after exposures have been significantly reduced. Chan et al. (1988) studied a cohort of 36 female and 8 male workers at a Singapore cadmium battery factory exposed to cadmium oxide dust. Cadmium concentrations in air were 0.03–0.09 mg/m$^3$ (geometric means). Lung function was measured using spirometry, helium dilution, tidal sampling, X-ray, and respiratory symptoms. The recovery of lung function after reduction or cessation of occupational exposure to cadmium dusts was assessed. Total lung capacity increased following reduction of exposure and, following cessation of exposure, vital capacity, FEV, and prevalence of respiratory symptoms all improved. Blood and urine cadmium concentrations were considerably lower with the reduction or cessation of exposure and were consistent with a decrease in the cadmium air levels.

Additional respiratory symptoms less frequently reported in workers occupationally exposed to cadmium are chronic rhinitis and impairment or loss of the sense of smell (Adams et al. 1969; Bonnell 1955; Friberg 1950; Liu et al. 1985; Rose et al. 1992). The cause of these effects may be chronic irritation or necrosis of the nasal membranes, as they are generally found only in individuals with high-level exposure. An increased prevalence of abnormal parasinus radiographic findings in cadmium-exposed workers compared to other published reports on non-exposed populations was reported by Shaham et al. (1993).

Studies in animals confirm that inhalation exposure to cadmium can lead to respiratory injury. Single acute exposures in rats to 5–10 mg Cd/m$^3$ as cadmium oxide dust, cadmium oxide fume, or cadmium chloride for 1–5 hours resulted in moderate to severe, multifocal interstitial pneumonitis, diffuse alveolitis with hemorrhage, increased lung weight, inhibition of macrophages, focal interstitial thickening, edema, and necrosis of alveolar type 1 cells leading to type 2 cell hyperplasia and fibroblasts (Boudreau et al. 1989; Buckley and Bassett 1987b; Bus et al. 1978; Grose et al. 1987; Hart et al. 1989a; NTP 1995; Palmer et al. 1986). Similar results (i.e., severe pneumonitis) were seen in hamsters exposed to cadmium chloride at 10 mg/m$^3$ for 30 minutes (Henderson et al. 1979) and in rabbits exposed to cadmium oxide dusts at 4.5 mg/m$^3$ for 2 hours (Grose et al. 1987). Exposures in rats to cadmium chloride at 6.1 mg Cd/m$^3$ 1 hour/day for 5, 10, or 15 days resulted in emphysema; a 3-day exposure to 61 mg Cd/m$^3$ for 1 hour/day resulted in pulmonary hemorrhage (Snider et al. 1973). Repeated exposure to 0.088 mg Cd/m$^3$ as cadmium oxide for 2 weeks resulted in minimal to mild alveolar histiocytic (macrophage) infiltration in rats and mice, focal inflammation surrounding alveolar ducts and extending into the adjacent alveolar septa in rats, and hyperplasia in tracheobronchial lymph nodes in mice (NTP 1995). At higher concentrations, the severity of these lesions increased (the severity of the lung lesions was scored as moderate at ≥0.88 mg Cd/m$^3$) and necrosis of the epithelial lining of the alveolar ducts was observed at ≥0.26 mg Cd/m$^3$ in rats and 0.88 mg Cd/m$^3$ in mice. The NTP (1995) study also found significant

3. HEALTH EFFECTS

increases in the incidence of lesions in the nasal cavity; minimal-to-mild degeneration of the olfactory epithelium was observed in rats and mice exposed to 0.88 mg Cd/m$^3$ and hyperplasia and inflammation of respiratory epithelium were observed in rats at 2.6 mg Cd/m$^3$.

Persistent damage has been reported in an animal model following a single intratracheal exposure to 25, 100, or 400 µg cadmium chloride/kg body weight (Driscoll et al. 1992). Although most BALF biochemical (lactate dehydrogenase, total protein, and N-acetylglucosaminidase) and cellular (neutrophils and lymphocyte numbers) parameters returned to control levels 28 days after exposure, histopathological alterations including inflammation and fibrosis were still present 90 days post-exposure and the incidence and severity of the lesions were greater at 90 days compared to 28 days.

Intermediate-duration exposure to cadmium results in similar respiratory effects as seen in the acute exposures. Concentration-related increases in the severity and types of respiratory lesions have been observed. Because the intermediate-duration studies used different exposure protocols, intermittent exposure studies were duration-adjusted to continuous exposure (Table 3-2) to facilitate comparisons across these studies. The lowest adverse effect level for lung effects was 0.004 mg Cd/m$^3$ for alveolar epithelial hyperplasia in mice (NTP 1995). At 0.008–0.07 mg Cd/m$^3$, inflammation and minimal fibrosis were observed in rats, mice, and rabbits (Johansson et al. 1984; NTP 1995; Oberdörster et al. 1994) and marked inflammation and moderate fibrosis were observed in rats at 0.17 mg Cd/m$^3$ (NTP 1995). At ≥0.34 mg Cd/m$^3$, emphysema and chronic pneumonia were observed in rats and rabbits (Friberg 1950; Prigge 1978b). In addition to the widely reported effects in the lungs, NTP (1995) reported minimal lesions in the larynx of rats (epithelial degeneration) and mice (squamous metaplasia) exposed to 0.022 mg Cd/m$^3$ and minimal lesions in the nasal cavity in rats (inflammation of respiratory epithelium) and mice (degeneration of olfactory epithelium) exposed to 0.088 mg Cd/m$^3$. The toxicity of cadmium to the respiratory tract following intermediate-duration exposure is highlighted by the NTP (1995) rat and mouse studies. As summarized in Table 3-3, rats and mice were exposed to five concentrations (0.022, 0.044, 0.088, 0.22, and 0.88 mg Cd/m$^3$ as cadmium oxide) 6.33 hours/day, 5 days/week for 13 weeks. The earliest effects observed were alveolar histiocytic infiltrates, alveolar epithelial hyperplasia, and tracheal epithelial hyperplasia or squamous metaplasia; these lesions were all graded as minimal. With increasing concentrations, the severity of most lesions increased as did the type of lesion.

There are fewer chronic-inhalation exposure studies that specifically reported systemic respiratory effects. Oldiges and Glaser (1986) report increased lung weights (amount unspecified) in rats from exposure to either cadmium sulfate at 0.092 mg Cd/m$^3$ or cadmium sulfide at 0.254 mg Cd/m$^3$ for 22 hours/day,

**Table 3-2. Comparison of Lung Effects Across Intermediate-Duration Inhalation Studies**

| Species | Exposure frequency/duration | Adverse effect level (mg Cd/m$^3$) | Duration-adjusted adverse effect level (mg Cd/m$^3$) | Effect | Reference |
|---|---|---|---|---|---|
| Mouse | 6.33 hours/day, 5 days/week, 13 weeks | 0.022 | 0.004 | Alveolar hyperplasia | NTP 1995 |
| Rat | 6.33 hours/day, 5 days/week, 13 weeks | 0.044 | 0.008 | Alveolar histiocytic infiltrates and hyperplasia | NTP 1995 |
| Mouse | 6.33 hours/day, 5 days/week, 13 weeks | 0.044 | 0.008 | Minimal fibrosis | NTP 1995 |
| Mouse | 6.33 hours/day, 5 days/week, 13 weeks | 0.088 | 0.017 | Moderate inflammation | NTP 1995 |
| Rat | 6.33 hours/day, 5 days/week, 13 weeks | 0.22 | 0.017 | Minimal fibrosis | NTP 1995 |
| Mouse | 6 hours/day, 5 days/week, 4 weeks | 0.1 | 0.02 | Inflammation | Oberdörster et al. 1994 |
| Rat | 24 hours/day, 7 days/week, 90 days | 0.025 | 0.025 | Proliferations | Prigge 1978a |
| Rat | 6.33 hours/day, 5 days/week, 13 weeks | 0.22 | 0.04 | Inflammation | NTP 1995 |
| Rat | 6.33 hours/day, 5 days/week, 13 weeks | 0.88 | 0.17 | Marked inflammation and moderate fibrosis | NTP 1995 |
| Mouse | 6.33 hours/day, 5 days/week, 13 weeks | 0.88 | 0.17 | Moderate fibrosis | NTP 1995 |
| Rat | 6 hours/day, 5 days/week, 62 days | 0.33 | 0.06 | Fibrosis | Kutzman et al. 1986 |
| Rabbit | 6 hours/day, 5 days/week 4–6 weeks | 0.4 | 0.07 | Inflammation | Johansson et al. 1984 |
| Rabbit | 3 hours/day, 21 days/month, 9 months | 4 | 0.34 | Pneumonia/ emphysema | Friberg 1950 |
| Rabbit | 3 hours/day, 23 days/month, 7 months | 5.6 | 0.53 | Emphysema | Friberg 1950 |
| Rat | 24 hours/day, 7 days/week | | | | Prigge 1978b |

**Table 3-3.  Severity of Respiratory Effects in Rats and Mice Exposed to Cadmium Oxide for 13 Weeks[a]**

| | Concentration (mg Cd/m$^3$) | | | | | |
|---|---|---|---|---|---|---|
| | 0 | 0.022 | 0.044 | 0.088 | 0.22 | 0.88 |
| **Male rats** | | | | | | |
| Lung | | | | | | |
| Alveolar histiocytic infiltrate | — | —[b] | 1.0[c] | 2.0 | 3.0 | 3.0 |
| Alveolar epithelial hyperplasia | — | — | 1.0 | 1.0 | 2.0 | 2.1 |
| Inflammation | — | — | — | — | 2.6 | 4.0 |
| Fibrosis | — | — | — | 1.0 | 2.0 | 2.7 |
| Mediastinal lymph node | | | | | | |
| inflammation | — | — | — | 1.3 | 3.2 | 3.3 |
| Larynx | | | | | | |
| Epithelial degeneration | | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Nose | | | | | | |
| Olfactory epithelium degeneration | — | — | — | | 1.0 | 3.0 |
| Olfactory epithelium respiratory metaplasia | — | — | — | — | — | 1.3 |
| Olfactory epithelium squamous metaplasia | — | — | — | — | — | 1.9 |
| Respiratory epithelium inflammation | — | — | — | — | 1.0 | 2.6 |
| Respiratory epithelium degeneration | — | — | — | — | — | 1.5 |
| **Female rats** | | | | | | |
| Lung | | | | | | |
| Alveolar histiocytic infiltrate | — | — | 1.0 | 2.1 | 3.0 | 3.0 |
| Alveolar epithelial hyperplasia | — | — | 1.0 | 1.0 | 2.0 | 2.1 |
| Inflammation | — | — | — | | 1.6 | 3.5 |
| Fibrosis | — | — | — | 1.0 | 2.0 | 2.1 |
| Mediastinal lymph node | | | | | | |
| inflammation | — | — | 1.0 | 1.5 | 3.6 | 4.0 |
| Larynx | | | | | | |
| Epithelial degeneration | — | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Nose | | | | | | |
| Olfactory epithelium degeneration | — | — | — | — | 1.0 | 2.8 |
| Olfactory epithelium respiratory metaplasia | — | — | — | — | 1.0 | 1.0 |
| Olfactory epithelium squamous metaplasia | — | — | — | — | — | 1.4 |
| Respiratory epithelium inflammation | — | — | — | 1.0 | 1.8 | 1.8 |

**Table 3-3.  Severity of Respiratory Effects in Rats and Mice Exposed to Cadmium Oxide for 13 Weeks[a]**

| | Concentration (mg Cd/m$^3$) | | | | | |
|---|---|---|---|---|---|---|
| | 0 | 0.022 | 0.044 | 0.088 | 0.22 | 0.88 |
| **Male mice** | | | | | | |
| Lung | | | | | | |
|   Alveolar epithelial hyperplasia | — | 1.0 | 1.0 | 1.8 | 1.7 | 2.0 |
|   Inflammation | — | — | — | 3.0 | 2.2 | 2.7 |
|   Fibrosis | — | — | 1.0 | 1.0 | 1.0 | 1.0 |
| Tracheobronchial lymph node hyperplasia | — | — | 1.0 | 2.3 | 2.4 | 2.7 |
| Larynx | | | | | | |
|   Squamous metaplasia | — | 1.0 | 1.0 | 1.0 | 1.0 | 1.1 |
| Nose | | | | | | |
|   Olfactory epithelium degeneration | — | — | — | 1.0 | 1.7 | 2.0 |
|   Olfactory epithelium respiratory metaplasia | — | — | — | — | 1.0 | 1.5 |
|   Olfactory epithelium squamous metaplasia | — | — | — | — | | 1.0 |
|   Respiratory epithelium hyaline droplets | — | — | — | — | 1.0 | 1.0 |
| **Female mice** | | | | | | |
| Lung | | | | | | |
|   Alveolar histiocytic infiltrate | — | 1.0 | 1.0 | 2.0 | 2.0 | 3.0 |
|   Alveolar epithelial hyperplasia | — | — | — | 1.4 | 2.0 | 2.0 |
|   Inflammation | — | — | — | 2.3 | 2.1 | 2.9 |
|   Fibrosis | — | — | 1.0 | 1.0 | 1.0 | 1.0 |
| Tracheobronchial lymph node hyperplasia | — | — | 1.0 | 1.5 | 2.0 | 2.4 |
| Larynx | | | | | | |
|   Squamous metaplasia | — | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Nose | | | | | | |
|   Olfactory epithelium degeneration | — | — | — | 1.0 | 1.0 | 2.0 |
|   Olfactory epithelium respiratory metaplasia | — | — | — | — | — | 1.0 |
|   Respiratory epithelium hyaline droplets | — | — | — | — | 1.0 | 1.0 |

[a]Animals were exposed for 6.33 hours/day, 5 days/week.
[b]No lesions present or not significantly different from control group.
[c]Severity score:  1 = minimal, 2 = mild, 3 = moderate, 4 = marked

Source:  NTP 1995

7 days/week for 413–455 days.  Takenaka et al. (1983) observed adenomatous hyperplasia in the bronchoalveolar region in rats from exposure to cadmium chloride at 0.0134 mg Cd/m$^3$ for 23 hours/day, 7 days/week for 18 months.

The available data suggest that there may be species differences in the respiratory toxicity of cadmium. In a comparison of the pulmonary response to exposure to 0.1 mg Cd/m$^3$ as cadmium chloride 6 hours/day, 5 days/week for 4 weeks, Oberdörster et al. (1994) found that the inflammatory response in the lungs of mice was greater than that of rats exposed to the same cadmium concentration.  However, the cadmium lung burden in mice was twice as high as the rat's lung burden.  In the NTP (1995) study, adverse lung effects were observed at lower concentrations in mice compared to rats, but at the higher concentrations, the severity of the lung effects were greater in the rats.  Although these data suggest species differences in the pulmonary toxicity of cadmium, more information is needed to evaluate if there are differences at given lung burdens.

Based on differences in the pharmacokinetic properties of various cadmium compounds, it is expected that differences in toxicity would be observed.  As discussed in Oberdörster (1992), cadmium chloride and cadmium oxide elicited similar responses following a single intratracheal dose, whereas no response was observed for cadmium sulfide.  However, Glaser et al. (1990) found similar responses following repeated exposures to various cadmium compounds.

Hart and colleagues (Hart 1986; Hart et al. 1989a, 2001) demonstrated that repeated low-concentration exposure to cadmium results in the development of adaptive survival response.  In rats exposed to 1.6 mg Cd/m$^3$ as cadmium acetate 3 hours/day, 5 days/week, thickening of the alveolar septa and mononuclear cell and polymorphonuclear leukocyte aggregates were observed after 2 weeks of exposure (Hart 1986). However, the inflammatory response was decreased after 3 weeks of exposure and no significant histopathological alteration were observed in rats exposed for 4, 5, or 6 weeks.  After 5 weeks of cadmium exposure, a single high concentration (8.4 mg Cd/m$^3$) resulted in less pulmonary damage compared to non-pretreated animals (Hart et al. 1989a).  Multiple pulmonary resistance factors appear to contribute to this resistance/tolerance.  These factors include increased levels of metallothionein, glutathione, and γ-glutamylcysteinesynthetase (Hart et al. 2001).  However, as suggested by Hart et al. (2001), cadmium-adapted alveolar epithelial cells have a reduced ability to repair DNA damage and apoptotic cell death is attenuated in these cells; thus, cadmium adapted animals may be more susceptible to tumor formation.

**Cardiovascular Effects.**    Inhalation exposure to cadmium does not appear to have significant effects on the cardiovascular system.  Most studies of workers occupationally exposed to cadmium have not found cadmium-related cardiovascular toxicity.  In some studies, the mortality from cardiovascular disease was lower in the cadmium-exposed population.  Armstrong and Kazantzis (1983) reported that a cohort of 6,995 British men occupationally exposed to cadmium for an average duration of 11 years had a significantly lower mortality from vascular disease.

Fifty-three male workers exposed to cadmium and lead and 52 male controls were examined for correlations in urine levels and blood pressure.  The average duration of exposure was 12.5 years.  Correlations between blood pressure and urinary cadmium in exposed workers were not significant after controlling for age or age and heart rate.  Exposure to lead was a significant confounding factor (de Kort et al. 1987).

Friberg (1950) investigated the health of workers in a manufacturing plant that made cadmium-containing electrodes used in the production of batteries.  Fifty-eight workers (30–50 years of age) were divided into two groups based on number of years at the plant.  Workers were clinically examined for subjective symptoms and corresponding morphological or functional changes of the respiratory, cardiovascular, and excretory systems.  The cardiovascular exam was largely unremarkable.  Only a slight rise in blood pressure in a few cases was observed in Group 1.  Electrocardiograms (EKG) were not significantly different from a matched control group in Group 1.  Group 2 had neither increased blood pressure nor altered EKGs.

Kazantzis et al. (1988) studied mortality in a cohort of 6,958 cadmium-exposed male workers with average occupational exposures of 12 years.  This was a follow-up study to the work of Armstrong and Kazantzis (1983).  There was a significant deficit in deaths from cerebrovascular disease among men occupationally exposed to cadmium.  There was no significant excess risk from hypertensive or renal disease.

Smith et al. (1980) studied 16 male high-exposure production workers and 11 male low-exposure office and supervisory workers for renal function.  Average duration of exposure was 25 years.  High-exposure workers were exposed to cadmium oxide concentrations of 0.23–45.2 mg/m$^3$ and cadmium sulfide concentrations of 0.04–1.27 mg/m$^3$.  No difference was found in hypertension between high- and low-exposure workers, adjusted for age and weight or cigarette smoking.

Sorahan and Waterhouse (1983) examined mortality rates in a cohort of 3,025 nickel-cadmium battery workers (2,559 males and 466 females). Cadmium levels in air ranged from 0.05 to 2.8 mg/m$^3$, primarily as cadmium oxide. Duration of exposure ranged from 1 to >6 years. No increase in mortality from diseases of the circulatory system (e.g., hypertension) was seen in cadmium-exposed workers.

Staessen and Lauwerys (1993), in a study known as the Cadmibel Study (a cross-sectional population study), evaluated 2,327 people from a random sample of the population of four Belgian districts chosen to provide a wide range of environmental exposure to cadmium. Participants completed a questionnaire regarding their medical history, current and past occupations, smoking habits, alcohol consumption, and intake of medications. Urine and blood samples were taken, and pulse rate, blood pressure, height, and weight were recorded. Exposure to cadmium was considered to be by both the oral and inhalation routes. Cadmium levels in blood and urine were significantly increased in the high-exposure areas compared to the low-exposure areas (p<0.001). Blood pressure was not correlated with the urine or blood cadmium levels. The prevalence of hypertension or other cardiovascular diseases was similar in all four districts, and was not correlated with urine or blood cadmium levels. A follow-up investigation of 692 participants of this study also showed no correlation with urine or blood calcium levels and the prevalence of hypertension after 5 years (Staessen et al. 2000). These results do not support a hypothesis that cadmium increases blood pressure, prevalence of hypertension, or other cardiovascular diseases.

One study found a statistically significant increase in blood pressure in exposed workers compared to controls (Thun et al. 1989), but mortality in this cohort was lower than expected (Thun et al. 1985).

There are limited data on the cardiotoxicity of cadmium in animals. No significant alterations in systolic blood pressure or histological alterations in the heart were observed in rats exposed to cadmium oxide concentrations as high as 0.88 mg Cd/m$^3$ for 13 weeks (NTP 1995).

**Gastrointestinal Effects.**    In the cohort he studied, Friberg (1950) found no association between inhalation cadmium exposure in workers and symptoms of gastrointestinal toxicity. Symptoms that had been reported in case histories from the 1920s included pain or tenderness at the epigastrium associated with nausea and some constipation. No other human studies report any cadmium associated gastro-intestinal toxicity from inhalation exposure.

In the only animal study located, Rusch et al. (1986) observed erosion of the stomach in rats from exposure to cadmium carbonate at 132 mg Cd/m$^3$ for 2 hours. Postmortem evaluation was performed at

1, 3, 7, and 30 days postexposure.  After the inhalation exposure in a whole-body chamber, rats were vacuumed to remove any cadmium carbonate dust adhering to the ventral and dorsal fur.  The 132 mg Cd/m$^3$ dose is relatively high.  Three of the 10 test animals died during the 2-hour exposure so the significance of the gastrointestinal effect in this study is unclear.

**Hematological Effects.**    The evidence concerning hematological effects following inhalation exposure to cadmium is conflicting.  Lowered hemoglobin concentrations and decreased packed cell volumes have been observed in some studies of workers occupationally exposed to cadmium (Bernard et al. 1979; Friberg 1950; Kagamimori et al. 1986), but not in others (Bonnell 1955; Chan et al. 1988; Davison et al. 1988).  The changes that were found often were not statistically significant (Bernard et al. 1979; Friberg 1950), and examination of bone marrow of some workers with lowered hemoglobin revealed no detectable abnormalities (Friberg 1950).

Conflicting results on the hematologic effect of cadmium after inhalation exposure have also been obtained with animal studies.  Rabbits exposed to cadmium oxide dust at 4 mg/m$^3$ for 3 hours/day, 21 days/month for 9 months developed eosinophilia and a slightly lower hemoglobin (Friberg 1950).  In contrast, rats exposed to cadmium oxide dust at 0.052 mg Cd/m$^3$ for 24 hours/day for 90 days had increased hemoglobin and hematocrit that were attributed to decreased lung function (Prigge 1978a).  Prigge (1978b) also reported increased hemoglobin and hematocrit in rats continuously exposed to cadmium chloride at 0.204 mg Cd/m$^3$ and higher for 21 days.  Other studies report no Cd-related hematological effects.  A nearly continuous 30-day exposure in rats to cadmium sulfide at 1.034 mg Cd/m$^3$ had no effect on red blood cell counts (Glaser et al. 1986).  A nearly continuous 218-day exposure in rats to cadmium oxide dust or fume at 0.090 mg Cd/m$^3$ had no effect on a routine hematological evaluation (specific tests not reported) (Oldiges and Glaser 1986).  A partial explanation for these conflicting results may be that Cd-induced anemia primarily results from impaired absorption of iron from the diet following gastrointestinal exposure to cadmium (see Section 3.2.2.2), and the amount of gastrointestinal exposure following cadmium inhalation is variable depending on the form and dose.

**Musculoskeletal Effects.**    Case studies indicate that calcium deficiency, osteoporosis, or osteomalacia can develop in some workers after long-term occupational exposure to high levels of cadmium (Adams et al. 1969; Blainey et al. 1980; Bonnell 1955; Kazantzis 1979; Scott et al. 1980).  Effects on bone generally arise only after kidney damage has occurred and are likely to be secondary to resulting changes in calcium, phosphorus, and vitamin D metabolism (Blainey et al. 1980).

No studies were located regarding musculoskeletal effects in animals after inhalation exposure to cadmium.

**Hepatic Effects.**    Liver effects are not usually associated with inhalation exposure to cadmium. Friberg (1950) reported some nonspecific signs of liver disease in some workers from a group exposed to cadmium in the air for 20 years.  Test results included increased serum gamma-globulin, and other indicators of abnormal serum globulins, including the flocculation test results of a positive Takata reaction and/or an elevated thymol values.  These tests (the latter of which are not used today) were nonspecific indicators of cirrhosis or hepatitis.  The significance of these test results with respect to cadmium exposure is questionable.  Subsequent studies on workers exposed to cadmium in the air have not reported adverse liver effects (Adams et al. 1969; Bonnell 1955).

Liver effects have occasionally been found in animal studies.  Cats examined within one day of inhalation exposure to an unspecified concentration of cadmium oxide fume had a variety of hepatic lesions, and liver changes from cell granulation at low doses to fatty infiltration at high doses (Prodan 1932). Increased serum alanine aminotransferase activity, indicative of liver damage, was seen in rats exposed for 30 days to 0.1 mg/m$^3$ cadmium, but activity had returned to normal 2 months after exposure (Glaser et al. 1986).  Kutzman et al. (1986) reported an increased liver relative weight in rats from a cadmium chloride exposure at 1.06 mg Cd/m$^3$ for 6 hours/day, 5 days/week, for 62 days.  Increased liver weight was not observed from a continuous cadmium chloride exposure at 0.029 mg Cd/m$^3$ for 255 days, from a continuous cadmium oxide exposure at 0.090 mg Cd/m$^3$ for 218 days, or from a continuous cadmium sulfate exposure at 0.095 mg Cd/m$^3$ for 413 days (Oldiges and Glaser 1986).  Similar negative results were reported by Prigge (1978a, 1978b) for a 21-day exposure to cadmium chloride at 0.581 mg Cd/m$^3$, and for a 63-day exposure to cadmium oxide at 0.105 mg Cd/m$^3$ (a dose that was very toxic to the lungs). A continuous high-dose exposure to cadmium sulfide at 2.247 mg Cd/m$^3$ for 105 days did result in an unspecified increase in liver weight in surviving rats (Oldiges and Glaser 1986).  Cadmium accumulates in the liver as well as the kidney, the main target organ for cadmium toxicity.  The resistance of the liver to toxic effects from cadmium may be related to a higher capacity of the liver to produce metallothionein that would bind to cadmium and would lower the concentrations of free cadmium ions (see Section 3.4.3).

**Renal Effects.**    There is very strong evidence that the kidney is one of the main target organ of cadmium toxicity following extended inhalation exposure.  The sensitivity of the kidney to cadmium was recognized in an early investigation of workers exposed to cadmium oxide dust and cadmium fumes in a factory producing nickel-cadmium batteries (Friberg 1950).  These workers suffered from a high

incidence of abnormal renal function, indicated by proteinuria and a decrease in glomerular filtration rate. Many studies examining cadmium workers have reported various effects on the kidneys. Similar signs of renal damage have been observed in many other studies of workers occupationally exposed to cadmium (Adams et al. 1969; Bernard et al. 1979; Beton et al. 1966; Bonnell 1955; Bustueva et al. 1994; Chia et al. 1989; Elinder et al. 1985a, 1985b; Falck et al. 1983; Gompertz et al. 1983; Iwata et al. 1993; Jakubowski et al. 1987; Järup and Elinder 1993; Järup et al. 1988; Kjellström et al. 1977a; Liu et al. 1985; Mason et al. 1988; Piscator 1966; Roels et al. 1981b; Rose et al. 1992; Smith et al. 1980; Thun et al. 1989). Most of these studies did not report cadmium exposure levels; rather, urinary cadmium, blood cadmium, or cumulative exposures were used as biomarkers of exposure. Thus, these studies are not presented in the LSE table (Table 3-1). Selected occupational exposure studies are summarized in Table 3-4.

One of the first signs of kidney effects is tubular dysfunction characterized by an increased urinary excretion of low-molecular-weight proteins such as β2-microglobulin, human complex-forming glycoprotein (pHC) (also referred to as α1-microglobulin), and retinol binding protein or increased urinary levels of intracellular enzymes such as N-acetyl-β-glucosaminidase (NAG) (European Chemicals Bureau 2007; Järup et al. 1998b). Numerous occupational exposure studies have reported increases in urinary levels of these biomarkers (Bernard et al. 1990; Chen et al. 2006a, 2006b; Chia et al. 1992; Elinder et al. 1985b; Falck et al. 1983; Jakubowski et al. 1987, 1992; Järup and Elinder 1994; Järup et al. 1988; Kawada et al. 1989; Roels et al. 1993; Shaikh et al. 1987; Thun et al. 1989; Toffoletto et al. 1992; Verschoor et al. 1987). At higher exposure levels, increased urinary levels of high-molecular-weight proteins such as albumin have been reported (Bernard et al. 1979, 1990; Chen et al. 2006a, 2006b; Elinder et al. 1985b; Mason et al. 1988; Roels et al. 1989, 1993; Thun et al. 1989), but there is some debate as to whether this represents glomerular damage (Bernard et al. 1979; Roels et al. 1989) or severe tubular damage (Elinder et al. 1985a; Mason et al. 1988; Piscator 1984).

Chronic exposure to very high cadmium levels can result in glomerular damage resulting in decreases in glomerular filtration rate (GFR) (Friberg 1950; Järup et al. 1995b; Roels et al. 1991). Järup et al. (1995b) found a dose-response relationship between blood cadmium levels and GFR in cadmium workers. At blood cadmium levels of 5.6 to <8.4 µg/L, 33.3% of the workers had decreased GFR (defined as <80% of referents); whereas all subjects with blood cadmium levels of ≥8.4 µg/L exhibited a decreased GFR.

Another study did not find alterations in GFR in workers with urinary cadmium levels of approximately 11 µg/g creatinine; however, an exacerbation of the age-related decline in maximal GFR was observed

CADMIUM                                                                                87

3.  HEALTH EFFECTS

**Table 3-4.  Summary of Occupational Exposure Studies Examining Renal Effects**

| Population | Effect | Adverse effect level | Reference |
|---|---|---|---|
| Zinc-cadmium smelter workers (n=87) | Age-related decline in maximal GFR was exacerbated in workers with cadmium-induced microproteinuria. | U-Cd:  11.1 µg/g creatinine | Roels et al. 1991 |
| Workers using cadmium pigments in plastic production or using cadmium in welding (n=27) | Significant increase in urinary β2M and NAG levels. | U-Cd:  5 µg/g creatinine | Verschoor et al. 1987 |
| Cadmium alloy workers (n=164) | Higher incidence of increased urinary β2M levels (>250 µg/L cut-off) when urinary cadmium levels exceeded 10 µg/g creatinine on one or more occasions, as compared to workers who never exceeded the 10 µg/g creatinine level. | U-Cd:  10 µg/g creatinine | Toffoletto et al. 1992 |
| Cadmium smelter workers (n=53) | Significant increase in urinary protein and β2M levels. | U-Cd:  13.3 µg/g creatinine | Shaikh et al. 1987 |
| Non-ferrous smelter workers (n=58) | Significant increase in urinary β2M, RBP protein, pHC, albumin, and transferrin levels. | U-Cd:  >10 µg/g creatinine | Bernard et al. 1990 |
| Workers exposed to cadmium pigment dust (n=58) | Significant correlation between urinary cadmium and NAG levels; significant correlation with β2M at one of the two time points. | U-Cd:  1.1–1.4 µg/g creatinine | Kawada et al. 1989 |
| Zinc-cadmium smelter workers (n=50) | Significant association between urinary cadmium levels and urinary levels of NAG, albumin, and transferrin.  At higher urinary cadmium levels (10 µg/g creatinine), there were significant associations with RBP and β2M. | U-Cd:  4 µg/g creatinine | Roels et al. 1993 |
| Battery workers (n=561) | 10% prevalence of abnormal β2M levels (220 µg/g creatinine cut-off). | U-Cd:  1.5 µg/g creatinine for ≥60 years of age U-Cd:  5 µg/g creatinine for <60 years of age | Järup and Elinder 1994 |
| Alkaline battery factory workers (n=102) | 10% prevalence of renal dysfunction (β2M >380 µg/g creatinine; RBP >130 µg/g creatinine). | U-Cd:  10–15 µg/g creatinine | Jakubowski et al. 1987 |
| Workers at a factory using cadmium-containing solders (n=60) | 25% prevalence of abnormal β2M levels (300 µg/g creatinine cut-off). | U-Cd:  2–5 µg/g creatinine | Elinder et al. 1985a |

APPX ATT_V6_3462

**Table 3-4. Summary of Occupational Exposure Studies Examining Renal Effects**

| Population | Effect | Adverse effect level | Reference |
|---|---|---|---|
| Workers at nickel-cadmium battery factory (n=92) | Significant increase in pHC and NAG levels (after adjustment for age, gender, and race). | U-Cd: 5–10 µg/g creatinine | Chia et al. 1992 |
| Cadmium smelter workers (n=85) | Significant increases in levels β2M and NAG levels and increased prevalence of abnormal levels of these biomarkers. | U-Cd: 5–10 µg/g creatinine | Chen et al. 2006a, 2006b |
| Alkaline battery factory workers (n=141) | 10% prevalence of renal dysfunction (β2M >300 µg/L; RBP >300 µg/L). | B-Cd: 300 µg-years/L (30 years of 10 µg/L) | Jakubowski et al. 1992 |
| Battery workers (n=440) | Approximately 10% prevalence of abnormal β2M levels (35 µg/mmol creatinine cut-off). | B-Cd: 5.6 µg/L Cumulative exposure: 691 µg-years/m$^3$ | Järup et al. 1988 |
| Cadmium recovery plant workers (n=45) | Significant association between cumulative exposure and urinary β2M, RBP, phosphate, and calcium and serum creatinine levels. | Cumulative exposure: 300 mg/m$^3$ | Thun et al. 1989 |
| Workers exposed to cadmium fumes (n=33) | Increased urinary β2M and protein levels (mean 6,375 µg/g creatinine and 246 mg/g creatinine, respectively) in 7 workers (mean in remaining 23 workers 53 µg/g creatinine and 34 mg/g creatinine). | Cumulative exposure: 1,137 µg/m$^3$/years | Falck et al. 1983 |

U-Cd = urinary cadmium, B-Cd = blood cadmium; GFR = glomerular filtration rate; pHC = human complex-forming glycoprotein (also referred to as α1-microglobulin); NAG = N-acetyl-β-glucosaminidase; β2M = β2-microglobulin; prt = protein; RBP = retinol binding protein

APPX ATT_V6_3463

(Roels et al. 1991). Other studies reported increases in serum creatinine levels, which are suggestive of impaired GFR (Roels et al. 1989; Thun et al. 1989).

Depressed tubular resorption of other solutes such as enzymes, amino acids, glucose, calcium, copper, and inorganic phosphate have been reported in workers with signs of tubular proteinuria (Elinder et al. 1985a, 1985b; Falck et al. 1983; Gompertz et al. 1983; Mason et al. 1988). An increased frequency of kidney stone formation has also been reported in cadmium workers (Elinder et al. 1985a; Falck et al. 1983; Järup and Elinder 1993; Kazantzis 1979; Scott et al. 1978; Thun et al. 1989; Trevisan and Gardin 2005). This effect is likely to be secondary to disruption of calcium metabolism due to kidney damage. Järup and Elinder (1993) calculated an incidence rate ratio (IRR) (after adjustment for age and calendar time) of 3.0 (95% CI 1.3–6.8) for the occurrence of kidney stones among workers with a cumulative exposure of ≥5000 $\mu g/m^3$ years; the IRR was not significantly elevated at lower cumulative exposure levels. Significant increases in kidney stone formation were observed in workers with increased urinary cadmium (median of 3.7 $\mu g/g$ creatinine), blood cadmium (median of 7 $\mu g/L$), and urinary β2-microglobulin (median of 155 $\mu g/g$ creatinine). The increased kidney stone formation may be secondary to the cadmium-induced kidney damage disruption of calcium metabolism.

Hellström et al. (2001) evaluated the association between occupational cadmium exposure and end stage renal disease among cadmium workers and residents living near a cadmium facility; renal replacement therapy was used as a surrogate for renal disease. The standardized rate ratios (SRRs) (95% CI) were 2.1 (0.6–5.3) and 2.5 (0.7–6.5) in male workers aged 20–79 or 40–79 years, respectively. Although the SRRs were not statistically significant, the ratios were significantly elevated in residents presumably exposed to lower cadmium levels (see Section 3.2.2.2 for more information on these results). Studies examining the cause of death among cadmium workers have not found significant increases in the standardized mortality ratios (SMRs) for nephritis or nephrosis (Armstrong and Kazantzis 1983; Järup et al. 1998a) or nonmalignant renal disease (Thun et al. 1985).

The data from studies of cadmium workers provide strong, clear evidence that the kidney is a sensitive target following chronic exposure, but the data do not clearly identify a threshold of toxicity. The earliest indication of an effect on the kidney is an increase in urinary levels of low molecular weight proteins particularly β2-microglobulin, retinol binding protein, and pHC. However, there is some question as to the adversity of these early indicators because increased excretion of low molecular weight proteins precede the clinical manifestations (Bernard et al. 1997; Järup et al. 1998b). As noted by Bernard et al. (1997), the assessment of the health significance of changes affecting a biomarker involves localizing the

changes in the sequence of events that ultimately results in compromised renal function and appreciating the probability that these changes may lead to a deterioration of renal function.  Their guidelines for interpreting β2-microglobulin levels in cadmium workers are presented in Table 3-5.

Another aspect of interpreting alterations in renal biomarkers and assessing risk is the issue of the reversibility of cadmium-induced tubular dysfunction and impaired glomerular filtration rate.  In workers exposed to high levels of cadmium, cessation of exposure does not generally result in a reversibility of kidney damage.  Increases in urinary levels of β2-microglobulin, retinol binding protein, or total protein (Elinder et al. 1985b; Järup et al. 1993; Mason et al. 1999; Piscator 1984; Roels et al. 1989; Thun et al. 1989) or a decrease in glomerular filtration rate (Järup et al. 1993; Piscator 1984; Roels et al. 1989) have been observed in workers years after cadmium exposure cessation.  However, in workers exposed to low levels of cadmium, cessation of exposure resulted in decreased or no change in urinary β2-microglobulin levels (McDiarmid et al. 1997; van Sittert et al. 1993).  In studies by Roels et al. (1997) and Trzcinka-Ochocka et al. (2002), former cadmium workers were divided into groups based on historical cadmium levels and urinary β2-microglobulin or retinol binding protein levels.  Both studies found that the reversibility of tubular dysfunction was dependent on the cadmium body burden and the severity of microproteinuria at the time cadmium exposure was reduced or ceased.  In the Roels study, significant decreases in retinol binding protein levels and no change in β2-microglobulin levels were observed in workers whose urinary cadmium levels never exceeded 10 μg/g creatinine.  Decreases in β2-microglobulin and retinol binding protein levels were also observed in workers whose β2-microglobulin levels were <300 μg/g creatinine or between 300 and 1,500 μg/g creatinine and urinary cadmium levels were >10 μg/g creatinine, but were never >20 μg/g creatinine.  However, a progression of microproteinuria (increased urinary levels of β2-microglobulin and retinol binding protein levels) was observed in workers who had initial β2-microglobulin levels >1,500 μg/g creatinine and urinary cadmium levels >20 μg/g creatinine.  In contrast, Trzcinka-Ochocka et al. (2002) found decreases in β2-microglobulin and retinol binding protein levels in groups of workers with initial β2-microglobulin and retinol binding protein levels of ≤300, >300, ≤1,500, or ≥1,500 μg/g creatinine; in all groups, the initial mean urinary cadmium levels were >20 μg/g creatinine.  However, the risk of increased excretion of retinol binding protein was higher in the groups of workers with initial retinol binding protein levels of >300 μg/g creatinine.  Logistic regression analysis demonstrated that the initial level of retinol binding protein was the most important determinant in reversibility of tubular proteinuria and that the influence of urinary cadmium level or length of time since exposure cessation was not statistically significant.

APPX ATT_V6_3465

3.  HEALTH EFFECTS

**Table 3-5.  Guidelines for Interpreting β2-microglobulin Levels**

| β2-Microglobulin level | Significance |
| --- | --- |
| <300 µg/g creatinine | Normal value. |
| 300–1,000 µg/g creatinine | Incipient cadmium tubulopathy (possibility of reversibility after removal from exposure).  No change in GFR. |
| 1,000–10,000 µg/g creatinine | Irreversible tubular proteinuria which may lead to accelerated decline in the GFR with age.  GFR normal or slightly altered. |
| >10,000 µg/g creatinine | Overt cadmium nephropathy usually associated with decreased GFR. |

GFR = glomerular filtration rate

Source:  Bernard et al. 1997

The available occupational exposure data suggest that tubular dysfunction generally develops only after cadmium reaches a threshold concentration in the renal cortex.  However, a number of factors can influence urinary levels of β2-microglobulin or retinol binding protein and direct relationship between urinary levels of these proteins and a kidney cadmium concentration has not been established.  Based on the findings of early occupational exposure studies, a number of investigators estimated that the "critical concentration" of cadmium in the renal cortex associated with increased incidence of renal dysfunction in an occupational setting was about 200 μg/g wet weight (Friberg et al. 1974; Kjellström et al. 1977a; Roels et al. 1983); this corresponds to a urinary cadmium levels of 5–10 μg/g creatinine (European Chemicals Bureau 2007).  Although 10 μg/g creatinine was initially established as a threshold urinary cadmium concentration, there is sufficient evidence to suggest that adverse effects occur at lower urinary cadmium levels (Chen et al. 2006a, 2006b; Chia et al. 1992; Elinder et al. 1985b; Järup and Elinder 1994; Kawada et al. 1989; Roels et al. 1993; Verschoor et al. 1987).

Indications of renal dysfunction associated with airborne cadmium exposure has also been observed in residents living near a lead/zinc smelter in the United Kingdom with high cadmium stack emissions (Thomas et al. 2009) and a zinc smelter in Norway (Bråtveit et al. 2011).  In both studies, the subjects were exposed to airborne cadmium and elevated cadmium levels in the soil.  The Thomas et al. (2009) study found a significant association between urinary cadmium levels and modeled atmospheric cadmium concentrations.  The mean urinary cadmium concentrations were 0.22 and 0.34 nmol/mmol creatinine (approximately 0.22 and 0.34 μg/g creatinine) in males and females, respectively, in the Thomas et al. (2009) study and 0.44 and 0.42 μg/g creatinine in males and females, respectively, in the Bråtveit et al. (2011) study; Bråtveit et al. (2011) also measured urinary cadmium levels in the residents living in a nonpolluted area and found no significant differences in urinary cadmium levels between the two groups. Thomas et al. (2009) found significant correlations between urinary cadmium levels and urinary NAG levels in males and females and pHC in females.  Additionally, the study found a significant dose-response relationship between urinary cadmium levels and NAG levels above the reference level of 1.25 IU/mmol creatinine.  Bråtveit et al. (2011) also found a significant association between urinary pHC levels and urinary cadmium levels; however, there were no significant differences in pHC levels between residents living in the polluted areas and the control area.

Early animal studies confirmed that renal damage occurs following inhalation exposure to cadmium. Rabbits developed proteinuria after a 4-month inhalation exposure to cadmium metal dust at 4 mg/m$^3$ for 3 hours/day, 21 days/month; histologic lesions were found after an additional 3–4 months of exposure (Friberg 1950).  Friberg (1950) noted that the degree of proteinuria was not especially pronounced.  Most

subsequent studies using inhalation exposure have not found proteinuria (Glaser et al. 1986; Kutzman et al. 1986; Prigge 1978a, 1978b), primarily because the levels of exposure and durations of follow up (e.g., 1–5 mg/m$^3$ for intermediate exposures; 0.2–2 mg/m$^3$ for chronic exposures) that produce serious respiratory effects have not been sufficient to produce a critical concentration of cadmium in the kidney.

**Dermal Effects.**    Dermal toxicity does not appear to be a significant effect of inhalation exposure to cadmium.  Studies of workers occupationally exposed to cadmium have not reported dermal effects following acute or chronic exposure (Barnhart and Rosenstock 1984; Bonnell 1955; Friberg 1950).  No study was located that specifically examined dermal toxicity in humans or animals following inhalation exposure to cadmium.

**Ocular Effects.**    Ocular toxicity does not appear to be a significant effect of inhalation exposure to cadmium.  Studies of workers occupationally exposed to cadmium have not reported ocular effects following acute or chronic exposure (Barnhart and Rosenstock 1984; Bonnell 1955; Friberg 1950).  No study was located that specifically examined ocular toxicity in humans following inhalation exposure to cadmium.

Rats exposed to a single 2-hour inhalation exposure to about 100 mg Cd/m$^3$ as cadmium pigments had excessive lacrimation 4 hours after exposure (Rusch et al. 1986), but this was likely due to a direct irritation of the eyes rather than a systemic effect.

**Body Weight Effects.**    No data were found regarding the effects of inhaled cadmium on human body weights.

In animals, cadmium has been shown to significantly reduce body weights.  An acute exposure to cadmium oxide fumes at 112 mg Cd/m$^3$ for 2 hours (Rusch et al. 1986) and cadmium oxide dust at 4.6 mg Cd/m$^3$ for 3 hours (Buckley and Bassett 1987b) resulted in a significant reduction of body weight in male rats.  Cadmium chloride at 6.5 mg Cd/m$^3$ for 1 hour or 4.5 mg Cd/m$^3$ for 2 hours produced significant reductions in male rat body weights (Bus et al. 1978; Grose et al. 1987).  Cadmium carbonate at 132 mg Cd/m$^3$ for 2 hours slowed rat body weight gains (Rusch et al. 1986).  NOAELs for acute cadmium chloride exposure have been reported at 0.45 mg Cd/m$^3$ for 2 hours (Grose et al. 1987); 0.17 mg Cd/m$^3$ for 6 hours/day for 10 days (Klimisch 1993); and 6 mg Cd/m$^3$ for 2 hours (Palmer et al. 1986).  NOAELs for cadmium sulfide and cadmium selenium sulfide were much higher at 99 mg Cd/m$^3$ for 2 hours and 97 mg Cd/m$^3$ for 2 hours, respectively (Rusch et al. 1986).  The effect of cadmium on body weight gain

appears to compound-related, with cadmium chloride the most toxic and cadmium sulfide the least toxic. These compound-related differences are probably related to difference in absorption.

The body weight response also appears to be duration-related; lower NOAELs and LOAELs have been identified for intermediate-duration exposure. Levels of cadmium that significantly reduce rat body weights when administered for an intermediate exposure duration have been reported for cadmium chloride at around 1 mg Cd/m$^3$ for female and male rats (Baranski and Sitarek 1987; Kutzman et al. 1986), for cadmium chloride at around 0.394 mg Cd/m$^3$ for pregnant female rats (Prigge 1978a), and for cadmium dusts at 0.1 mg Cd/m$^3$ for female rats (Prigge 1978a). NOAELs have been reported for intermediate exposures to cadmium chloride at 0.394 mg Cd/m$^3$ for female nonpregnant rats (Prigge 1978a), 0.33 mg Cd/m$^3$ for rats (Kutzman et al. 1986), and 0.0508 mg Cd/m$^3$ for male rats (Takenaka et al. 1983). NOAELs have been reported for intermediate exposures to cadmium oxide dust at 0.16 mg Cd/m$^3$ for female rats (Baranski and Sitarek 1987) and 0.45 mg Cd/m$^3$ for male rabbits (Grose et al. 1987); and for cadmium sulfide at 1.034 mg Cd/m$^3$ for male rats (Glaser et al. 1986). A NOAEL for chronic exposure in rats to cadmium sulfate has been reported as 0.95 mg Cd/m$^3$ (Oldiges and Glaser 1986).

**Other Systemic Effects.** Yellow discoloration of the teeth has occasionally been reported in workers occupationally exposed to high levels of cadmium (Friberg 1950; Liu et al. 1985). No data were located to indicate that this was related to any functional impairment.

### 3.2.1.3  Immunological and Lymphoreticular Effects

There is limited evidence for immunological effects following inhalation exposure to cadmium. The blood of workers exposed to cadmium for 1–14 years had a slight but statistically significant decrease in the generation of reactive oxygen species by leukocytes compared to unexposed controls (Guillard and Lauwerys 1989). The toxicological significance of this effect is unclear.

Karakaya et al. (1994) measured blood and urine concentrations of cadmium, and serum IgG, IgM, and IgA in a group of 37 males employed in zinc/cadmium smelters and a small Cd-electroplating plant. Blood cadmium concentrations were significantly higher in exposed workers compared to controls in both the urine (2.39 versus 0.69 μg/100 mL, p<0.001) and the blood (5.55 versus 2.01 μg/g creatinine, p<0.05). No differences between the exposed and control serum concentrations of IgG, IgM, and IgA populations were observed. No changes in blood counts of white blood cells (lymphocyte, neutrophil, and eosinophil)

were found between exposed and control populations, except for significantly increased monocyte counts. No other studies were located regarding immunological effects in humans following inhalation exposure to cadmium.

Acute inhalation exposure to cadmium chloride in mice at 0.190 mg Cd/m$^3$ for 2 hours can affect immune function, causing suppression of the primary humoral immune response (Graham et al. 1978).  The NOAEL for immunological effects from the study by Graham et al. (1978) was 0.11 mg Cd/m$^3$. Krzystyniak et al. (1987) reported spleen lymphocyte cytotoxicity at 0.88 mg Cd/m$^3$ for 1 hour.

At intermediate-duration exposures, Kutzman et al. (1986) observed increased spleen relative weights and lymphoid hyperplasia from inhalation of cadmium chloride aerosols at 1.06 mg Cd/m$^3$ 6 hours/day, 5 days/week for 62 days.  Prigge (1978b) also observed increased relative spleen weights in pregnant females at 0.394 mg Cd/m$^3$ for an exposure of 24 hours/day for 21 days during gestation.  Oldiges and Glaser (1986) observed enlarged thoracic lymph nodes in dead animals in a chronic-exposure study with cadmium sulfate at 0.092 mg Cd/m$^3$ for 22 hours/day, 7 days/week for 413–455 days; and in an intermediate study with cadmium oxide dust at 0.090 mg Cd/m$^3$ for 22 hours/day, 7 days/week for 218 days.  However, other studies have found no effect on natural killer cell activity or viral induction of interferon in mice (Daniels et al. 1987).  Evidence concerning the effect of inhalation exposure to cadmium on resistance to infection is conflicting, because the same exposure decreases resistance to bacterial infection while increasing resistance to viral infection (Bouley et al. 1982).  The highest NOAEL values and all LOAEL values from each reliable study for immunological effects in each species and duration category are recorded in Table 3-1 and plotted in Figure 3-1.

### 3.2.1.4  Neurological Effects

Neurotoxicity is not generally associated with inhalation exposure to cadmium, although a few studies have specifically looked for neurological effects.  Hart et al. (1989b) reported that in a group of 31 men occupationally exposed to cadmium in a refrigerator coil manufacturing plant (average exposure=14.5 years) there was a modest correlation between cadmium exposure and decreased performance on neuropsychologic tests for attention, psychomotor speed, and memory.  The limited number of men studied makes it difficult to evaluate the significance of this effect.

Rose et al. (1992) studied the presence and severity of olfactory impairment in workers chronically exposed to cadmium fumes generated during a brazing operation.  Detailed occupational history, medical

history, and smoking history, and symptoms were collected for 55 workers.  Body burden was estimated using urinary cadmium levels, and renal damage was assessed by urinary β2-microglobulin levels.  Olfactory test scores from these workers were compared to a reference group of 16 male subjects that were selected according to the following criteria:  (1) no history of taste or smell complaints, (2) no history of surgery to the upper respiratory tract, (3) no upper respiratory tract infection within 2 days of testing, and (4) no history of having been tested.  The dose of the cadmium oxide fume received by the workers being evaluated in this study was not reported or estimated.  For both the exposed workers and the reference group, 38% were smokers.  A significant olfactory impairment was observed in the workers compared to the reference group (p<0.003).  Thirteen percent of the workers were either moderately or severely hyposmic compared to none in the reference group, 44% of the workers were mildly hyposmic compared to 31% of the reference group, and only 44% of workers were normosmic.  Although the odor-identification test findings for workers were similar to those of the reference group, butanol detection threshold scores were significantly lower in the worker population (p<0.005).  The workers with both higher urinary cadmium levels and tubular proteinuria had the most significant olfactory dysfunction, with a selective defect in odor threshold.  The results suggest that chronic occupational cadmium exposure sufficient to cause renal damage is also associated with impairment in olfactory function.  Some limitations of the study are that historical exposure to other confounders cannot be ruled out, the classification for nephrotoxicity is based on a single 24-hour urine β2-microglobulin level, and the smoking history of the reference group was unknown.  No other human neurological studies from inhaled cadmium were found.

In rats, cadmium carbonate produced tremors from exposure to 132 mg Cd/m$^3$ for 2 hours, and cadmium fumes produced reduced activity at 112 mg Cd/m$^3$ for 2 hours (Rusch et al. 1986).  Studies on continuous exposure to cadmium for 30 days have shown no neurological effects at 0.105 mg Cd/m$^3$ for cadmium chloride, 0.098 mg Cd/m$^3$ for cadmium dusts, or 1.034 mg Cd/m$^3$ for cadmium sulfide (Glaser et al. 1986).  Cadmium chloride had no neurological effects at 0.33 mg Cd/m$^3$ for 5 days/week, 6 hours/day for a total of 62 daily exposures, but did significantly increase relative brain weight at 1.034 mg Cd/m$^3$ (Kutzman et al. 1986).  No other studies were located regarding neurological effects in adult animals after inhalation exposure to cadmium.  Neurological effects in offspring of rats exposed to cadmium by inhalation during gestation are discussed in Section 3.2.1.5.  The highest NOAEL values and all LOAEL values from each reliable study for neurological effects in each species and duration category are recorded in Table 3-1 and plotted in Figure 3-1.

## 3.2.1.5   Reproductive Effects

Evidence is insufficient to determine an association between inhalation exposure to cadmium and reproductive effects.

Gennart et al. (1992) studied male reproductive effects of cadmium in 83 occupationally exposed blue-collar Belgian workers in two smelting operations.  The workers were exposed to cadmium in dust and fumes.  Information was recorded on age, residence, education, occupational and health history, actual and previous occupations, smoking habits, and coffee and alcohol consumption.  Fertility parameters included dates of birth of wife and husband, date of marriage, and number of children born alive and their dates of birth.  Blood and urine samples were also collected from each worker.  Some cadmium workers had been excessively exposed; 25% of them already had signs of kidney dysfunction as evidenced by microproteinuria and/or a serum creatinine level >13 mg/L.  No effects were observed on male fertility as evidenced by no significant influence of cadmium on the probability of a live birth.  The limitation of this study, as described by the authors, included the fact that the wives were not interviewed and, therefore, factors that could have influenced their reproductive ability were not considered.

Men occupationally exposed to cadmium at levels causing renal damage had no change in testicular endocrine function, as measured by serum levels of testosterone, luteinizing hormone, and follicle-stimulating hormone (Mason 1990).

Noack-Fuller et al. (1993) measured concentrations of cadmium, lead, selenium, and zinc in whole semen and seminal fluid of 22 unexposed men (13 were smokers) to evaluate intra-individual variability and to examine the statistical association between element concentrations and semen characteristics and sperm motion parameters.  None of the men had any known occupational exposure to cadmium. Concentrations of cadmium were similar in semen and seminal plasma (0.40±0.23 and 0.34±0.19 μg/L, respectively).  Sperm motility (p<0.02), linear velocity (p<0.001), and curvilinear velocity (CV) (p<0.002) were significantly correlated with semen cadmium levels.  Intra-individual coefficients of variation for sperm count (CV=46±4%) and sperm concentration (CV=37±6%) showed the highest variability.  No positive correlation was found between cadmium concentration in semen and sperm density.  The smokers had slightly elevated levels of cadmium.  The concentrations of cadmium in semen of these volunteers were very low.  Additional studies are needed (preferably with larger sample sizes) to evaluate the robustness of this association between cadmium (at the low levels detected) and sperm motion parameters.  Saaranen et al. (1989) measured cadmium, selenium, and zinc in seminal fluid and

serum in 64 men, half of whom were smokers.  Smokers had significantly higher serum cadmium concentration than nonsmokers.  Seminal fluid cadmium was also elevated in smokers, and was higher than serum cadmium in smokers consuming >20 cigarettes daily.  Semen quality was measured for volume, sperm density, morphology, motility, and number of immature germ cells.  No differences were found in semen quality or fertility between smokers and nonsmokers.  There was no significant correlation between seminal fluid cadmium levels and semen quality or fertility.

Xu et al. (1993a) measured trace elements in blood and seminal plasma and their relationship to sperm quality in 221 Singapore men (age range 24–54; mean 34.8) who were undergoing initial screening for infertility.  Men with significant past medical history and those who had been occupationally exposed were excluded.  Parameters monitored included semen volume and sperm density, motility, morphology, and viability.  Graphite furnace atomic absorption was used to determine cadmium concentration in blood and semen.  No differences were observed in sperm quality (density, motility, morphology, volume, and viability) of the 221 men compared to a cohort of 38 fertility proven men (wives had recently conceived).  Cadmium levels in blood did have a significant inverse relationship with sperm density ($r=-0.15$, $p<0.05$) in oligospermic men (sperm density <20 million/mL), but not in normospermic men.  There was a significant reduction in sperm count in men with blood cadmium of >1.5 µg/L.  Also, there was a weak negative correlation between defective sperm and concentration of cadmium in semen ($r=-0.21$, $p<0.05$).  The volume of semen was inversely proportional to the cadmium concentration in semen ($r=-0.29$, $p<0.05$).  These findings suggest that cadmium may have an effect on the male reproductive system.  Limitations of the study include lack of control for potential confounding factors such as the lower levels of zinc in seminal plasma, and the validity of using infertile men as the study group (i.e., again because of confounding factors that may be affecting both cadmium levels and sperm levels).

A postmortem study of men occupationally exposed to cadmium who died from emphysema found high levels of cadmium in their testes, but no histologic lesions other than those attributable to terminal illness (Smith et al. 1960)

Russian women occupationally exposed to cadmium concentrations up to 35 mg/m$^3$ had no irregularities in their menstrual cycles (Tsvetkova 1970).  Fertility and other indices of reproductive function were not measured.  No studies were located that showed reproductive effects in women following inhalation exposure to cadmium.

In rats, exposure to cadmium oxide dusts at 1 mg Cd/m$^3$ for 5 hours/day, 5 days/week for 20 weeks, increased the duration of the estrous cycle (Baranski and Sitarek 1987).  Male and female rats exposed to cadmium concentrations of 1.06 mg/m$^3$ as cadmium chloride for 6 hours/day, 5 days/week for 62 days and subsequently mated with unexposed controls showed no loss in reproductive success measured by viable embryos and preimplantation losses, but males did have an increased relative testes weight (Kutzman et al. 1986).  Similarly, no alterations in fertility in female rats exposed to 0.16 mg Cd/m$^3$ as cadmium oxide for 5 months prior to mating with unexposed males and during the mating and gestation periods (Baranski 1984).  Tsvetkova (1970) studied rats exposed to cadmium sulfate aerosols at 2.8 mg Cd/m$^3$ before and during pregnancy.  A lengthening of the estrous cycle was observed 2 months after the start of exposure in one-half of the exposed animals.  By the fourth month, diestrus was 6.2 days in the exposed group compared to 1.2 days in controls.  An increased in estrous cycle length was also observed in rats exposed to 0.88 mg Cd/m$^3$ as cadmium oxide for 13 weeks (NTP 1995); this study also reported a significant decrease in spermatid counts in males exposed to the same cadmium concentration.  No other studies were found on reproductive effects in animals.  The highest NOAEL values and all LOAEL values from each reliable study for reproductive effects in each species and duration category are recorded in Table 3-1 and plotted in Figure 3-1.

### 3.2.1.6   Developmental Effects

Russian women occupationally exposed to cadmium at concentrations ranging from 0.02 to 35 mg/m$^3$ had offspring with decreased birth weights compared to unexposed controls, but without congenital malformations (Tsvetkova 1970).  No association was found between birth weights of offspring and length of maternal cadmium exposure.  Moreover, no control was made for parity, maternal weight, gestational age, or other factors known to influence birth weight (Tsvetkova 1970).  A nonsignificant decrease in birth weight was found in offspring of women with some occupational exposure to cadmium in France; however, no adverse effects were documented in these newborns (Huel et al. 1984).  Huel et al. (1984) used hair samples to estimate exposure, and this method is limited without controls to distinguish between exogenous and endogenous sources.  No other studies were located regarding developmental effects in humans after inhalation exposure to cadmium.

*In utero* exposure to cadmium results in significant decreases in pup viability, fetal body weight, pup body weight gain, delays in ossification, and impaired performance on neurobehavioral tests.  Decreases in pup viability (percentage of pups born alive that survived until postnatal day 4) were observed in the offspring of rats exposed to 0.16 mg Cd/m$^3$ as cadmium oxide for 5 months prior to mating and during

mating and gestation day 1–20 (Baranski 1984). Decreases in fetal body weight were observed in the offspring of rats exposed to ≥0.581 mg Cd/m$^3$ as cadmium chloride (Prigge 1978b) or cadmium oxide (NTP 1995) and mice exposed ≥0.4 mg Cd/m$^3$ as cadmium oxide (NTP 1995); maternal toxicity (decreased body weight gain and/or hypoactivity and dyspnea) were also observed at these exposure levels. Although Baranski (1984) did not find significant alterations in birth weight, a decrease in pup body weight gain was observed in the offspring of rats exposed to 0.16 mg Cd/m$^3$ as cadmium oxide. Delays in skeletal ossification have also been observed in the offspring of rats and mice exposed to 1.7 mg Cd/m$^3$ as cadmium oxide (NTP 1995); although Baranski (1985) also reported a delay in ossification in the offspring of rats, it is unclear whether the effect was observed at 0.02 mg Cd/m$^3$, 0.16 mg Cd/m$^3$, or both.

Baranski (1984, 1985) evaluated the potential of cadmium to induce neurobehavioral effects in the offspring of rats exposed to 0.02 or 0.16 mg Cd/m$^3$ as cadmium oxide for 5 months prior to mating, during mating and gestation day 1–20; the studies reported similar effects and it is unclear whether the papers are reporting the results from separate experiments. The neurobehavioral alterations included decreased exploratory motor activity and avoidance acquisition in 3 month old male and female offspring, respectively, exposed to 0.02 mg Cd/m$^3$. At 0.16 mg Cd/m$^3$, decreased avoidance acquisition in 3 month old female offspring, exploratory motor activity in 3 month old male and female offspring, ambulations in open field test in 5 month old male offspring, and spontaneous mobility in male offspring and prolongation of latency in negative geotaxis test.

### 3.2.1.7  Cancer

The relationship between occupational exposure to cadmium and increased risk of cancer (particularly lung and prostate cancer) has been explored in a number of occupational exposure studies. The results of these studies are conflicting and the carcinogenicity of cadmium has not been unequivocally established. Overall, the results provide suggestive evidence of an increased risk of lung cancer in humans following prolonged inhalation exposure to cadmium. Initial studies indicated an elevation in prostate cancer among men occupationally exposed to cadmium (Kipling and Waterhouse 1967; Kjellström et al. 1979; Lemen et al. 1976), but subsequent investigations found either no increases in prostate cancer or increases that were not statistically significant (Elinder et al. 1985c; Kazantzis et al. 1988; Sorahan 1987; Sorahan and Esmen 2004; Thun et al. 1985). Based on an analysis of the mortality data from a 5-year update of the cohort from 17 plants in England and a review of the other epidemiological evidence, Kazantzis et al. (1992) concluded that cadmium does not appear to act as a prostatic carcinogen.

Significant increases in mortality from lung cancer have been reported in workers employed at a U.S. cadmium recovery facility (Stayner et al. 1992a; Thun et al. 1985), nickel-cadmium battery facilities in England (Sorahan 1987) and Sweden (Järup et al. 1998a), and in a cohort of workers at cadmium processing facilities and/or smelters (Ades and Kazantzis 1988; Kazantzis et al. 1988). However, no clear relationships between level and duration of cadmium exposure and lung cancer risk have been established and many of these studies did not account for confounding exposure to other carcinogenic metals (particularly arsenic and nickel) and cigarette smoking.

The possible association between occupational exposure to cadmium and lung cancer was investigated in several studies of a cohort of workers employed at a U.S. cadmium recovery facility. The cohort was initially examined by Lemen et al. (1976) who found a significant increase in deaths from malignant neoplasms of the respiratory tract among hourly workers employed for at least 2 years between 1940 and 1969. A re-examination of the cohort (deaths through 1978) also found statistically significant standardized mortality rates (SMRs) for malignant neoplasms in the respiratory tract (Thun et al. 1985). To adjust for possible arsenic exposure (between 1918 and 1925, the facility functioned as an arsenic smelter), workers were divided based on year of hire. Mortality from lung cancer was significantly elevated in workers hired prior to 1926 and among workers hired after 1926 with 2 or more years of employment. Dividing the workers into three exposure groups based on estimated cumulative exposure resulted in a significant dose-related trend for lung cancer deaths; in the highest exposure group (cumulative exposures >8 years-mg/m$^3$), a 2- to 8-fold increase in the risk of lung cancer deaths was observed (Thun et al. 1985). A subsequent analysis of these data (workers followed through 1985) used comparisons of rates with the cohort rather than the U.S. population (Stayner et al. 1992a). Lung cancer mortality was significantly increased among non-Hispanic whites, among workers with the highest cumulative exposure (>2,291 days-mg/m$^3$), and among workers with the longest time since first exposure (>20 years). Lamm et al. (1992, 1994) used nearly the same data set for the U.S. cohort as Stayner et al. (1992a) in a nested case-control analysis that used the period of hire as a surrogate for arsenic exposure. Based on this analysis as a means to control for the confounding factor of arsenic exposure, Lamm et al. (1992, 1994) reported no residual association of lung cancer with cadmium. They also reported that cases were eight times more likely to have been cigarette smokers than were controls. Lamm et al. (1992, 1994) conclude that arsenic exposure and cigarette smoking were the major determinants of lung cancer risk, not cadmium exposure.

The reasons for these conflicting conclusions based on the same cohort data are unclear. Doll (1992) suggested some possible reasons including: (1) that the total number of cases was small (n=25) and that only 21 of these cases were included in both studies (i.e., each study included some cases that were not included in the other study); (2) that Stayner et al. (1992a) used national rather than regional mortality rates; (3) that the Lamm et al. (1992, 1994) control series was overmatched, although the matching by date of hire was necessary to control for arsenic exposure; and (4) that there are some concerns about the validity (i.e., biological relevance) of the dose-response-models used by Stayner et al. (1992a). In a response to Doll (1992), Stayner et al. (1993) reported that use of regional mortality rates would increase rather than decrease support for their conclusion, and that the nested case-control analysis of Lamm et al. (1992) used overmatched controls. Stayner et al. (1993) provided additional analyses including the use of the Armitage-Doll multistage model to support the conclusion of an increased risk of cancer from cadmium exposure. Sorahan and Lancashire (1994) subsequently raised concerns about inconsistencies and inaccuracies in the NIOSH job history data used in these studies on the U.S. cohort. Sorahan and Lancashire (1997) then conducted further analyses, based on detailed job histories extracted from time sheet records, to better resolve the potential confounding affects of arsenic. Poisson regression was used to investigate risks of mortality from lung cancer in relation to four concentrations of accumulative exposure to cadmium (<400, 400–999, 1,000–1,999, and >2,000 mg-days/m$^3$). After adjustment for age attained, year of hire, and Hispanic ethnicity; Sorahan and Lancashire (1997) report a significant positive trend (p<0.05) between cumulative exposure to cadmium and risks of mortality from lung cancer. However, when the exposure to cadmium was evaluated with or without concurrent exposure to arsenic, a significant trend for lung cancer was only found for exposure to cadmium received in the presence of arsenic trioxide. Since there were only 21 deaths from lung cancer, Sorahan and Lancashire (1997) state that it is impossible to determine which of the following three hypotheses is the correct one: (1) cadmium oxide in the presence of arsenic trioxide is a human lung carcinogen, (2) cadmium oxide and arsenic trioxide are human lung carcinogens and cadmium sulphate and cadmium sulphide are not (i.e., cadmium sulphate and cadmium sulphide were the main cadmium compounds of exposure when arsenic was not present), or (3) arsenic trioxide is a human carcinogen and the three cadmium compounds are not carcinogenic.

The carcinogenicity of cadmium has also been examined in European alloy, battery, smelter, and process workers. A study of workers at two copper-cadmium alloy facilities in the United Kingdom found no significant increase in lung cancer mortality (Sorahan et al. 1995). Dividing the workers into groups based on cumulative cadmium exposure or time since first exposure did not result in significant increases in lung cancer deaths in the alloy workers. An initial study of workers at nickel-cadmium battery

manufacturing facilities in the United Kingdom found a significant increase in cancer of the respiratory tract (Sorahan and Waterhouse 1983). A subsequent study (Sorahan 1987) found an increase in lung cancer deaths among workers with the highest exposure first employed between 1926 and 1946; no association was found in workers employed after 1946. Another study of nickel-cadmium battery workers in the United Kingdom did not find significant increases in lung cancer deaths (Sorahan and Esmen 2004), although a significant increase in pharyngeal cancer deaths was observed. A study of nickel cadmium battery workers in Sweden found an increase in lung cancer mortality, but the increase was not statistically significant (Elinder et al. 1985c). An update of this study, which includes additional workers, found a significant increase in lung cancer deaths (Järup et al. 1998a). However, there was no exposure-response relationship between cumulative exposure to cadmium (or nickel) and the risk of lung cancer. A significant increase in lung cancer mortality was observed in workers employed at a zinc-lead-cadmium smelter (Ades and Kazantzis 1988). However, no relationship between cumulative cadmium exposure and lung cancer deaths was found, suggesting that cadmium was not the causative agent. Another study of workers in 19 facilities in the United Kingdom that process cadmium did not find a statistically significant increase in lung cancer deaths (Armstrong and Kazantzis 1983). An update of this study found a significant increase in lung cancer deaths (Kazantzis et al. 1988). However, >60% of the lung cancer deaths were workers at the zinc-lead-cadmium smelter examined by Ades and Kazantzis (1988).

Studies in rats provide strong evidence of the lung carcinogenic potential of chronically inhaled cadmium. Oldiges et al. (1989) reported a clear dose response increase in lung tumors in male and female rats from an 18-month continuous exposure to either cadmium chloride, cadmium oxide dusts, cadmium oxide fume, cadmium sulfate, or cadmium sulfide. In the cadmium chloride study at 30 $\mu$g/m$^3$, the observation period in the males had to be shortened to 30 months (rather than 31) because of mortality in excess of 75%. No lung tumors were observed in control rats after 31 months of observation. A high incidence of nodules and tumors was seen in 30 $\mu$g/m$^3$ exposures to cadmium chloride in both males and females. Results showed lung nodules in 18 of 20 males and 15 of 18 females and primary lung tumors in 15 of 20 males and 13 of 18 females. Tumor incidence as bronchioalveolar adenomas, adenocarcinomas, squamous cell carcinomas, or combined epidermoid carcinoma and adenocarcinoma were 2, 12, 0, and 1 for males; and 4, 7, 0, and 2 for females, respectively. Increased lung tumors in males and females were also observed with chronic exposures to cadmium oxide dust or fume at 30 $\mu$g/m$^3$, to cadmium sulfate at 90 $\mu$g/m$^3$, and to cadmium sulfide at 90 $\mu$g/m$^3$ (Oldiges et al. 1989). Cadmium sulfate produced by photolysis of cadmium sulfide under the experimental conditions may have contributed to some of the response observed with cadmium sulfide (Konig et al. 1992).

Takenaka et al. (1983) also demonstrated cadmium carcinogenicity in male rats exposed to cadmium chloride aerosols at 0.0134, 0.0257, and 0.0508 mg Cd/m$^3$ for 18 months. The exposure produced a dose-related increase in lung epidermoid carcinomas, adenocarcinomas, and mucoepidermoid carcinomas starting at 20 months. No other type of tumor was observed to increase with increasing dose.

In a protocol similar to the studies by Oldiges et al. (1989), Heinrich et al. (1989) did not observe an increase in lung tumors in male or female Syrian golden hamsters from chronic inhalation exposure to either cadmium oxide dust or fumes, cadmium chloride, cadmium sulfate, or cadmium sulfide. In female mice, lung tumor incidence increased at all dose levels, but incidence in the controls was also high, and the cadmium-induced increases were not statistically significant. Lung tumors in the cadmium-treated mice also did not increase in a dose-responsive manner except for a weak increase from exposure to the cadmium oxide fumes (Heinrich et al. 1989).

The available data provide inconclusive evidence on the potential of cadmium to induce lung cancer in humans. The strongest evidence comes from early studies of workers at a U.S. cadmium recovery facility (Stayner et al. 1992a; Thun et al. 1985), but later examinations of this cohort did not find conclusive evidence (Lamm et al. 1992, 1994; Sorahan and Lancashire 1997). The inconsistent results may be due to the small number of lung cancer cases and adjustments for possible early exposure to arsenic. Some studies of European cadmium workers have found significant increases in lung cancer (Ades and Kazantzis 1988; Järup et al. 1998a; Kazantzis et al. 1988; Sorahan 1987; Sorahan and Waterhouse 1983), but lung cancer deaths were not significantly associated with cumulative cadmium levels or duration of exposure and the investigators concluded that the effects may not have been related to cadmium exposure. Based on an early 1990s analysis of the available human and animal data, IARC (1993) classified cadmium as carcinogenic to humans (Group 1), based on sufficient evidence for carcinogenicity in both human and animal studies. Similarly, the DHHS (NTP 2011) classified cadmium and certain cadmium compounds as substances known to be human carcinogens. EPA classified cadmium as a probable human carcinogen by inhalation (Group B1), based on limited evidence of an increase in lung cancer in humans and sufficient evidence of lung cancer in rats (IRIS 2012). EPA estimated an inhalation unit risk (the risk corresponding to lifetime exposure to 1 μg/m$^3$) of $1.8 \times 10^{-3}$ based on the Thun et al. (1985) study (IRIS 2012). A range of concentrations that correspond to upper bound lifetime excess risks of $10^{-4}$–$10^{-7}$ is shown in Figure 3-1.

## 3.2.2    Oral Exposure

Information on health effects of oral exposure to cadmium in humans is derived mainly from studies of residents living in cadmium-polluted areas.  Cadmium exposure in these populations is often estimated by blood or urinary cadmium levels (see Section 3.8.1).  Exposure in these cases occurs primarily through the diet, but smokers in these cohorts are also exposed to cadmium by inhalation.  When evaluating oral exposure studies, smoking was treated as a confounding variable rather than an exposure route because of the large number of toxic compounds (in addition to cadmium) present in cigarette smoke, and because the primary concern is effects attributable to cadmium.  Cadmium is more readily found in the free ionic form in water, while in food, the cadmium ion generally exists in a complex with a variety of ligands, including proteins such as metallothionein (Crews et al. 1989; Groten et al. 1990; Nordberg et al. 1986).  Experimental studies in animals have generally used soluble salts of cadmium (such as cadmium chloride) for food, drinking water, and gavage exposures.  The toxicological properties of the cadmium ion do not appear to depend on the counter ion, although absorption may be significantly affected by protein complexes (see Section 3.3.1.2).

## 3.2.2.1    Death

Intentional ingestion of cadmium has been used as a means of suicide, causing death due to massive fluid loss, edema, and widespread organ destruction (Buckler et al. 1986; Wisniewska-Knypl et al. 1971).  The doses ingested in two known fatal cases were estimated to be 25 mg Cd/kg from cadmium iodide (Wisniewska-Knypl et al. 1971) and 1,840 mg Cd/kg from cadmium chloride (Buckler et al. 1986).  Time to death after cadmium iodide ingestion was 7 days (Wisniewska-Knypl et al. 1971) and 33 hours after ingestion of the cadmium chloride (Buckler et al. 1986).

In rats and mice, acute oral $LD_{50}$ (lethal dose, 50% kill) values for cadmium range from about 100 to 300 mg/kg (Baer and Benson 1987; Basinger et al. 1988; Kostial et al. 1978; Kotsonis and Klaassen 1978; Shimizu and Morita 1990).  The lowest dose causing death (2 of 20 animals) was 15.3 mg/kg in Sprague-Dawley rats (Borzelleca et al. 1989).  Very young animals have lower $LD_{50}$ values than adult animals (Kostial et al. 1978, 1989); this effect may be related to the greater fractional absorption of ingested cadmium in the immature organism (see Section 3.4.1.2).  For example, the $LD_{50}$ values in rats aged 2, 3, 6, 18, and 54 week are 47, 240, 216, 170, and 109 mg/kg, respectively (Kostial et al. 1978).

Deaths related to cadmium exposure have been reported in only two of the intermediate exposure studies found.  In a study in Wistar rats exposed to cadmium chloride by gavage at 40 mg Cd/kg/day,

5 days/week for up to 14 weeks; 4 of 13 female Wistar rats died by 8 weeks (Baranski and Sitarek 1987). In mice, Blakley (1986) studied the effect of cadmium on chemical- and viral-induced tumor production. Female albino Swiss mice (8 weeks old, n=41) were administered cadmium chloride in the drinking water for 280 days at doses of 0, 5, 10, or 50 ppm. These mice have a high incidence of spontaneous lymphocytic leukemia of thymic origin. A significant 33% increase (p=0.0228, chi-square analysis) in deaths from virally induced leukemia was observed from exposure to 1.9 or 9.5 mg Cd/kg/day. The deaths were attributed to cadmium-impaired immunosurveillance mechanisms that control expression of the murine lymphocytic leukemia virus.

The LOAEL values from each reliable study for lethality in each species and duration category are recorded in Table 3-6 and plotted in Figure 3-2.

### 3.2.2.2   Systemic Effects

The highest NOAEL values and all LOAEL values from each reliable study for systemic effects in each species and duration category are recorded in Table 3-6 and plotted in Figure 3-2.

**Respiratory Effects.**   No studies were located regarding respiratory effects in humans after oral exposure to cadmium.

No respiratory effects were observed in Rhesus monkeys from 4 mg/kg/day of cadmium chloride in the food for 9 years (Masaoka et al. 1994). Intermediate-duration oral exposure caused fibrosis in lungs of rats exposed to 2.4 mg Cd/kg/day of cadmium chloride after 6 and 16 weeks (Miller et al. 1974b). Petering et al. (1979) observed a reduced static compliance and lung lesions (not specified) in male Sprague-Dawley rats exposed to 1.2 mg Cd/kg/day in water for 200 days. Zinc-deficient rats were more susceptible to lung lesions from exposure to cadmium chloride (Petering et al. 1979). Rats exposed to cadmium chloride at 3.62 mg Cd/kg/day in the drinking water for 120 days developed emphysema (Petering et al. 1979). No histopathologic lesions of the lung were found in male Sprague-Dawley rats after 24 weeks of exposure to cadmium in drinking water at a maximum dose of 8 mg/kg/day (Kotsonis and Klaassen 1978). Lung weight was unchanged in Wistar rats after 90 days of exposure in drinking water at 16 mg/kg/day (Prigge 1978a). Effects on the lung following oral exposure to cadmium may be secondary to systemic changes (Petering et al. 1979); however, the studies that found lung effects did not examine other systemic effects in the exposed rats (Miller et al. 1974b; Petering et al. 1979).

APPX ATT_V6_3481

Table 3-6 Levels of Significant Exposure to Cadmium - Oral

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| **ACUTE EXPOSURE** | | | | | | | | |
| **Death** | | | | | | | | |
| 1 | Rat (NS) | once (G) | | | | 29 (LD50 at 8 days; 2 weeks old) <br> 129 F (LD50 at 8 days; 6 weeks old) <br> 104 F (LD50 at 8 days; 18 weeks old) | Kostial et al. 1978 CdCl2 | |
| 2 | Rat (Sprague-Dawley) | once (GW) | | | | 225 M (LD50 at 14 days) | Kotsonis and Klaassen 1977 CdCl2 | |
| 3 | Rat (Sprague-Dawley) | 2 wk (W) | | | | 42 M (7/9 died within 2 weeks) | Kotsonis and Klaassen 1978 CdCl2 | |
| 4 | Rat (Sprague-Dawley) | once (GW) | | | | 327 M (LD50 at 24 hours; fed rats) <br> 107 M (LD50 at 24 hours; fasted rats) | Shimizu and Morita 1990 CdCl2 | |
| 5 | Mouse (Swiss-Webster) | once (GW) | | | | 95.5 M (LD50 at 96 hours) | Baer and Benson 1987 CdCl2 | |
| 6 | Mouse (ICR) | once (GW) | | | | 112 M (5/10 died within 8 days) | Basinger et al. 1988 CdCl2 | |

USCA Case #25-1087     Document #2105052     Filed: 03/10/2025     Page 1177 of 2126

Table 3-6 Levels of Significant Exposure to Cadmium - Oral (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| **Systemic** | | | | | | | | |
| 7 | Rat (Wistar) | 10 d Gd 7-16 once (GW) | Bd Wt | 2 F | 12 F (14% decreased maternal body weight) | | Baranski 1985 CdCl2 | |
| 8 | Rat (Sprague-Dawley) | 10 d 1 x/d (GW) | Hemato | 31.3 M 138 F | 65.6 M (increased hemoglobin, hematocrit, erythrocytes) | | Borzelleca et al. 1989 CdCl2 | |
| | | | Hepatic | 65.6 M | | 138 M (focal necrosis of hepatocytes) | | |
| | | | Renal | | | 15.3 (focal necrosis of tubular epithelium) | | |
| | | | Bd Wt | 31.3 F | 15.3 M (18% decreased body weight) 65.6 F (18% decreased body weight) | 31.3 M (23% decreased body weight) | | |
| 9 | Rat (Sprague-Dawley) | 10 d (W) | Hepatic | 13.9 | | | Borzelleca et al. 1989 CdCl2 | |
| | | | Renal | 13.9 | | | | |
| | | | Bd Wt | 13.9 1.1 M | 7.8 M (14% decreased body weight) | 11.2 M (25% decreased body weight) | | |

APPX ATT_V6_3483

Table 3-6 Levels of Significant Exposure to Cadmium - Oral (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | Less Serious (mg/kg/day) | Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 10 | Rat (Sprague-Dawley) | once (GW) | Cardio | 150 M | | | Kotsonis and Klaassen 1977 CdCl2 | |
| | | | Hemato | 150 M | | | | |
| | | | Hepatic | 150 M | | | | |
| | | | Renal | | 25 M (50% decrease in urine flow for first 2 days) | | | |
| | | | Bd Wt | 100 | 150 M (initial 12% decreased body weight) | | | |
| 11 | Rat (Long-Evans) | Gd 6-15 (GW) | Gastro | 6.13 F | | 61.32 F (intestinal necrosis, hemorrhage, ulcers) | Machemer and Lorke 1981 CdCl2 | |
| | | | Bd Wt | 1.84 F | 6.13 F (27% decrease in body weight gain during treatment) | 18.39 F (persistent 50% decrease in maternal body weight gain) | | |
| 12 | Rat (Long-Evans) | Gd 6-15 (F) | Gastro | 12.5 F | | | Machemer and Lorke 1981 CdCl2 | |
| | | | Bd Wt | 3.5 F | 12.5 F (transient 19% decrease in maternal body weight gain during treatment) | | | |
| 13 | Rat (Wistar) | 12 d (W) | Hemato | | 12 M (anemia) | | Sakata et al. 1988 CdCl2 | |

APPX ATT_V6_3484

Table 3-6 Levels of Significant Exposure to Cadmium – Oral (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 14 | Rat (Sprague-Dawley) | once (GW) | Hepatic | | | 75 M (focal degeneration and necrosis of parenchymal cells) | Shimizu and Morita 1990 CdCl2 | |
| 15 | Mouse (CBA/Bom) | once (GW) | Gastro | 15.7 M | 30.4 M (gastritis and enteritis) | | Andersen et al. 1988 CdCl2 | |
| | | | Hepatic | 15.7 M | 30.4 M (fatty infiltration of liver cells, occasional hepatocellular necrosis) | | | |
| | | | Renal | 59.6 | | 88.8 M (severe gastric necrosis) 88.8 M (tubular necrosis and casts) | | |
| 16 | Mouse (ICR) | once (GW) | Gastro | | | 112 M (glandular stomach epithelial necrosis) | Basinger et al. 1988 CdCl2 | |
| | | | Hepatic | | | 112 M (extensive hepatocellular coagulative necrosis) | | |
| | | | Renal | 112 M | | | | |
| **Immuno/ Lymphoret** | | | | | | | | |
| 17 | Rat (Sprague-Dawley) | 10 d 1 x/d (GW) | | 65.6 M 31.3 F | 65.6 F (increased leukocyte counts) | | Borzelleca et al. 1989 CdCl2 | |
| **Neurological** | | | | | | | | |
| 18 | Rat (Sprague-Dawley) | once (GW) | | 25 M | 50 M (decreased motor activity) | | Koltsonis and Klaassen 1977 CdCl2 | |

APPX ATT_V6_3485

Table 3-6 Levels of Significant Exposure to Cadmium - Oral (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL | | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | | | Less Serious (mg/kg/day) | Serious (mg/kg/day) | | |
| **Reproductive** | | | | | | | | |
| 19 | Rat (Wistar) | once (GW) | | 50 M | | 100 M (testicular necrosis) | Bomhard et al. 1987 CdCl2 | |
| 20 | Rat (Sprague-Dawley) | 10 d 1 x/d (GW) | | 138 F | | 65.6 M (testicular atrophy and loss of spermatogenic elements) | Borzelleca et al. 1989 CdCl2 | |
| 21 | Rat (Sprague-Dawley) | once (GW) | | 25 M | | | Dixon et al. 1976 CdCl2 | |
| 22 | Rat (Sprague-Dawley) | once (GW) | | 50 M | | 100 M (testicular necrosis; decreased spermatogenesis; decreased number females producing pups) | Kotsonis and Klaassen 1977 CdCl2 | |
| 23 | Mouse (CBM/Bom) | once (GW) | | 30.3 M | | 59.6 M (testicular necrosis) | Andersen et al. 1988 CdCl2 | |
| **Developmental** | | | | | | | | |
| 24 | Rat (Wistar) | 10 d Gd 7-16 once (GW) | | | 2 F (delayed ossification of the sternum and ribs) | 40 (fused lower limbs, absent limbs, decreased number of live fetuses, increased number of resorptions) | Baranski 1985 CdCl2 | |

Table 3-6  Levels of Significant Exposure to Cadmium - Oral                     (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 25 | Rat (Long-Evans) | 1 x/d Gd 6-15 (GW) | | 6.13 | | 18.39 (increased number of fetuses with malformations) | Machemer and Lorke 1981 CdCl2 | |
| 26 | Rat (Long-Evans) | 10 d Gd 6-15 (F) | | 12.5 | | | Machemer and Lorke 1981 CdCl2 | |
| **INTERMEDIATE EXPOSURE** | | | | | | | | |
| **Death** | | | | | | | | |
| 27 | Rat (Wistar) | 14 wk 5 d/wk (GW) | | | | 40 F (4/13 died by week 8; 7/13 by week 14) | Baranski and Sitarek 1987 CdCl2 | |
| 28 | Mouse (Swiss) | 280 d (W) | | | | 1.9 F (24/41 died by 280 days) | Blakley 1986 CdCl2 | |
| **Systemic** | | | | | | | | |
| 29 | Monkey (Rhesus) | 10 wk (F) | Bd Wt | 5 M | | | Chopra et al. 1984 CdCl2 | |
| 30 | Rat (Wistar) | 14 wk 5 d/wk (GW) | Bd Wt | 4 F | | 40 F (29% decreased maternal body weight) | Baranski and Sitarek 1987 CdCl2 | |
| 31 | Rat (Sprague-Dawley) | 2-10 mo (W) | Renal | | | 30 F (B2-microglobulinuria) | Bernard et al. 1988a CdCl2 | |

APPX ATT_V6_3487

## Table 3-6 Levels of Significant Exposure to Cadmium - Oral (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 32 | Rat (Wistar) | daily 12 mo (W) | Musc/skel | 0.2 M | 0.5 M (increased lumbar spine deformities, decreased in lumbar spine and femur mineralization, altered bone turnover parameters) | | Brzoska and Moniuszko-Jakoniuk 2005a, 2005b; Brzoska et al. 2010 CdCl2 | |
| 33 | Rat (Wistar) | daily 12 mo (W) | Musc/skel | | 0.2 [b] F (decreased bone mineralization, mechanical properties of tibia and femur, and altered bone turnover parameters) | | Brzoska and Moniuszko-Jakoniuk 2005d; Brzoska et al. 2005a, 2005c CdCl2 | |
| 34 | Rat (Wistar) | daily 12 mo (W) | Musc/skel | | 0.3 F (alterations in bone mineral content and density and mechanical properties of lumbar vertebral and femoral bones) | | Brzoska et al. 2004b, 2005b CdCl2 | |
| 35 | Rat (Sprague-Dawley) | 4 or 7 mo (W) | Renal | | | 15.2 F (albuminuria, transferrinuria, B2-microglobulinuria) | Cardenas et al. 1992a CdCl2 | |
| 36 | Rat (Sprague-Dawley) | 190 d (W) | Cardio | | 1.4 M (20% increase in diastolic blood pressure) | | Carmignanti and Boscolo 1984 Cd acetate | |
| | | | Bd Wt | 2.8 M | | | | |

Table 3-6 Levels of Significant Exposure to Cadmium - Oral (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 37 | Rat (Sprague-Dawley) | 12 wk (W) | Hepatic | | 8.58 M (necrosis of central lobules) | | Cha 1987 CdCl2 | |
| | | | Renal | | 8.58 M (necrosis of proximal tubular epithelial cells and cloudy swelling) | | | |
| | | | Bd Wt | | 8.58 M (23% decreased in body weight gain; 9% total body weight decrease) | | | |
| 38 | Rat (Wistar) | 170 d (W) | Bd Wt | 56 F | | | Cifone et al. 1989a CdCl2 | |
| 39 | Rat (Sprague-Dawley) | 3 mo (W) | Hemato | | 2 (anemia) | | Decker et al. 1958 CdCl2 | |
| | | | Bd Wt | | 2 F (15% decreased body weight) | 2 M (25% decreased body weight) | | |
| 40 | Rat (Wistar) | 4-60 wk (W) | Renal | | 1.18 (vesiculation of proximal tubules) | | Gatta et al. 1989 CdCl2 | |
| 41 | Rat | 4 wk (F) | Hemato | | 2.5 M (anemia) | | Groten et al. 1990 CdCl2 | |
| | | | Renal | 2.5 M | | | | |

Table 3-6 Levels of Significant Exposure to Cadmium - Oral (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 42 | Rat (Wistar) | 120 d (W) | Hemato | | 3.6 M (anemia) | | Itokawa 1974 CdCl2 | |
| | | | Renal | 2.5 M | 3.6 M (tubular necrosis and casts, glomerular adhesions) | | | |
| | | | Bd Wt | 2.5 M | | | | |
| 43 | Rat (Sprague-Dawley) | 7 wk (F) | Cardio | | | 2.5 M (congested myocardium, separation of muscle fibers) | Jamall et al. 1989 CdCl2 | |
| 44 | Rat (Wistar) | 90 d (W) | Hemato | | 8 F (anemia) | | Kawamura et al. 1978 CdCl2 | |
| | | | Musc/skel | | 8 F (osteomalacia changes) | | | |
| | | | Renal | | 8 F (decreased renal clearance) | | | |
| | | | Endocr | 8 F | | | | |
| | | | Bd Wt | | 8 F (12% decreased body weight) | | | |
| 45 | Rat (Sprague-Dawley) | 22 d Gd 0-21 (W) | Hemato | | 1.5 F (slight anemia) | | Kelman et al. 1978 form not specified | |
| | | | Musc/skel | 3.8 F | | | | |

APPX ATT_V6_3490

Table 3-6 Levels of Significant Exposure to Cadmium - Oral (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 46 | Rat (Sprague-Dawley) | 24 wk (W) | Resp | 8 M | | | Kotsonis and Klaassen 1978 CdCl2 | |
| | | | Cardio | 8 M | | | | |
| | | | Gastro | 8 M | | | | |
| | | | Hemato | 8 M | | | | |
| | | | Musc/skel | 8 M | | | | |
| | | | Hepatic | 8 M | | | | |
| | | | Renal | 1.2 M | | 3.1 M (proteinuria, slight focal tubular necrosis) | | |
| | | | Endocr | 8 M | | | | |
| | | | Bd Wt | 8 M | | | | |
| 47 | Rat (Wistar) | 8 weeks daily (W) | Hepatic | | 18 M (increased serum and liver triglyceride levels; increased serum cholesterol levels) | | Larregle et al. 2008 CdCl2 | |
| 48 | Rat (Wistar) | 3 mo (F) | Cardio | 3 | | | Loeser and Lorke 1977a CdCl2 | |
| | | | Hemato | 3 | | | | |
| | | | Hepatic | 3 | | | | |
| | | | Renal | 3 | | | | |
| | | | Endocr | 3 | | | | |
| | | | Bd Wt | 3 | | | | |

Table 3-6 Levels of Significant Exposure to Cadmium - Oral (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 49 | Rat (Sprague-Dawley) | 6-16 wk (W) | Resp | | | 2.4 (lung fibrosis) | Miller et al. 1974b CdCl2 | |
| 50 | Rat (Sprague-Dawley) | 6 wk 5 d/wk 1 x/d (GW) | Hepatic | 0.25 M | | | Muller et al. 1988 Cd acetate | |
| | | | Bd Wt | 0.25 M | | | | |
| 51 | Rat (NS) | 4 wk (W) | Hemato | | 0.8 F (decreased hematocrit and hemoglobin) | | Ogoshi et al. 1989 CdCl2 | |
| | | | Musc/skel | | 0.8 F (decreased bone strength in young animals) | | | |
| | | | Bd Wt | 0.8 | 1.6 F (10% decreased body weight gain) | | | |
| 52 | Rat (NS) | 200 d (W) | Resp | 0.6 M | 1.2 M (reduced static compliance, lung lesions) | | Petering et al. 1979 CdCl2 | |
| 53 | Rat (Sprague-Dawley) | 120 d (W) | Resp | | | 3.62 M (emphysema) | Petering et al. 1979 CdCl2 | |

Table 3-6 Levels of Significant Exposure to Cadmium - Oral (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 54 | Rat (Sprague-Dawley) | 111 d (90 d prior to Gd 1-21) (W) | Hemato | 5.23 F | | | Petering et al. 1979 CdCl2 | |
| 55 | Rat (Sprague-Dawley) | Gd 1-Ld 1 (F) | Bd Wt | | | 19.7 F (77-80% decreased maternal weight gain) | Pond and Walker 1975 CdCl2 | |
| 56 | Rat (Wistar) | 90 d (W) | Resp | 16 F | | | Prigge 1978a CdCl2 | |
| | | | Hemato | | 4 F (23% decreased serum iron) | | | |
| | | | Renal | 4 F | 8 F (35% increase in urine protein) | | | |
| | | | Bd Wt | 8 F | | | | |
| 57 | Rat (Wistar) | 12, 26, 50, or 100 d (W) | Hemato | | | 12 M (iron deficient anemia) | Sakata et al. 1988 CdCl2 | |
| 58 | Rat (Sprague-Dawley) | 7-12 mo (W) | Renal | 13 F | | | Viau et al. 1984 CdCl2 | |
| | | | Bd Wt | 13 F | | | | |

APPX ATT_V6_3493

Table 3-6 Levels of Significant Exposure to Cadmium - Oral (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 59 | Mouse (CF1) | 252 d (F) | Musc/skel | | 0.65 F (decrease in femur calcium content in mice undergoing repeated pregnancy/lactation periods) | | Bhattacharyya et al. 1988a, 1988b | |
| 60 | Mouse (C57BL/6) | 3-11 wk (W) | Bd Wt | | | 12.5 M (63% decreased body weight gain) | Malave and de Ruffino 1984 $CdCl_2$ | |
| 61 | Mouse (B6C3F1) | 16-46 wk (W) | Bd Wt | | | 232 M (45% decreased body weight) | Waalkes et al. 1993 $CdCl_2$ | |
| 62 | Mouse (QS/CH) | Gd 1-19 (W) | Hemato | 4.8 F | 9.6 F (anemia) | | Webster 1978 $CdCl_2$ | |
| | | | Bd Wt | 4.8 F | 9.6 F (14% decrease in maternal weight gain) | | | |
| 63 | Dog (Beagle) | 3 mo (F) | Cardio | 0.75 | | | Loeser and Lorke 1977b $CdCl_2$ | |
| | | | Hemato | 0.75 | | | | |
| | | | Hepatic | 0.75 | | | | |
| | | | Renal | 0.75 | | | | |
| | | | Bd Wt | 0.75 | | | | |

APPX ATT_V6_3494

USCA Case #25-1087    Document #2105053    Filed: 03/10/2025    Page 1189 of 2126

Table 3-6 Levels of Significant Exposure to Cadmium - Oral (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL | | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | | | Less Serious (mg/kg/day) | Serious (mg/kg/day) | | |
| 64 | Rabbit (New Zealand) | 9 mo (W) | Cardio | | 1.6 M (increased aortic resistance, reduced contractility) | | Boscolo and Carmignani 1986 CdCl2 | |
| | | | Renal | 1.6 M | | | | |
| | | | Bd Wt | 1.6 M | | | | |
| 65 | Rabbit (New Zealand and Belgian Giant) | 200 d (W) | Hemato | | 14.9 M (anemia) | | Stowe et al. 1972 CdCl2 | |
| | | | Hepatic | | 14.9 M (focal hepatic fibrosis and biliary hyperplasia) | | | |
| | | | Renal | | | 14.9 M (tubular necrosis, glomerular and interstitial fibrosis) | | |
| | | | Endocr | 14.9 | | | | |
| | | | Bd Wt | | 14.9 M (11% decrease in body weight) | | | |
| **Immuno/ Lymphoret** | | | | | | | | |
| 66 | Monkey (Rhesus) | 10 wk (F) | | | 5 M (increased cell-mediated immune response) | | Chopra et al. 1984 CdCl2 | |
| 67 | Rat (Wistar) | 170 d (W) | | | 28 F (biphasic decrease then increase in natural killer cell activity) | | Cifone et al. 1989a CdCl2 | |

Table 3-6 Levels of Significant Exposure to Cadmium - Oral (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 68 | Rat (Wistar) | 3 mo (F) | | 3 | | | Loeser and Lorke 1977a CdCl2 | |
| 69 | Mouse (BDF1) | 3 wk (W) | | 1.4 F | 2.8 F (decreased humoral immune response) | | Blakley 1985 CdCl2 | |
| 70 | Mouse (Swiss) | 280 d (W) | | | 1.9 F (greater susceptibility to murine lymphocytic leukemia virus) | | Blakley 1986 CdCl2 | |
| 71 | Mouse (BDF1) | 26 d (W) | | 12.5 F | | | Blakley 1988 CdCl2 | |
| 72 | Mouse (Swiss-Webster) | 30 d (W) | | 22 M | | | Bouley et al. 1984 Cd acetate | |
| 73 | Mouse (Swiss-Webster) | 10 wk (W) | | 57 M | | | Exon et al. 1986 CdCl2, Cd acetate, or Cd sulfate | |
| 74 | Mouse (C57BL/6N) | 12-16 wk (W) | | 19 F | 57 F (reduced number of SRBC-activated, plaque-forming cells) | | Krzystyniak et al. 1987 CdCl2 | |

Table 3-6  Levels of Significant Exposure to Cadmium - Oral    (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL — Less Serious (mg/kg/day) | LOAEL — Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 75 | Mouse (C57BL/6) | 3-11 wk (W) | | | 12.5 M (decreased suppressor cell activity) | | Malave and de Ruffino 1984 CdCl2 | |
| 76 | Mouse (ICR) | 10 wk (W) | | | 0.75 M (induction of anti-nuclear autoantibodies) | | Ohsawa et al. 1988 CdCl2 | |
| **Neurological** | | | | | | | | |
| 77 | Rat (Wistar) | 14 wk 5 d/wk (GW) | | 4 F | 40 F  (aggressive behavior) | | Baranski and Sitarek 1987 CdCl2 | |
| 78 | Rat (Sprague-Dawley) | 3-24 wk (W) | | 1.2 M | 3.1 M (decreased motor activity) | | Kotsonis and Klaassen 1978 CdCl2 | |
| 79 | Rat (Sprague-Dawley) | 55 d (F) | | 1 M | 5 M (increased passive avoidance) | | Nation et al. 1984 CdCl2 | |
| 80 | Rat (Sprague-Dawley) | 60 d (F) | | | 9 M (decreased motor activity) | | Nation et al. 1990 CdCl2 | |
| **Reproductive** | | | | | | | | |
| 81 | Rat (Wistar) | 14 wk 5 d/wk (GW) | | 4 F | 40 F  (increased duration of estrus cycle) | | Baranski and Sitarek 1987 CdCl2 | |

APPX ATT_V6_3497

Table 3-6 Levels of Significant Exposure to Cadmium - Oral (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 82 | Rat (Wistar) | 11 wk 5 d/wk (GW) | | 4 F | | | Baranski et al. 1983 CdCl2 | |
| 83 | Rat (Wistar) | 10 wk 1 x/wk (GW) | | 5 M | | | Bomhard et al. 1987 CdCl2 | Histopathology only. |
| 84 | Rat (Sprague-Dawley) | 12 wk (W) | | | 8.58 M (necrosis and atrophy of seminiferous tubule epithelium) | | Cha 1987 CdCl2 | |
| 85 | Rat | 4 wk (F) | | 2.5 M | | | Groten et al. 1990 CdCl2 | Histopathology only. |
| 86 | Rat (albino) | 4 wk (W) | | 4.8 F | | | Kostial et al. 1993 CdCl2 | |
| 87 | Rat (Sprague-Dawley) | 24 wk (W) | | 8 M | | | Kotsonis and Klaassen 1978 CdCl2 | |
| 88 | Rat (Wistar) | 3 mo (F) | | 3 | | | Loeser and Lorke 1977a CdCl2 | Histopathology only. |
| 89 | Rat (NS) | 120 d (W) | | | 12.6 M (decreased sperm count and motility, seminiferous tubular damage) | | Saxena et al. 1989 Cd acetate | |

Table 3-6  Levels of Significant Exposure to Cadmium - Oral                    (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 90 | Rat (Long- Evans) | 70-80 d (W) | | 4.64 M | | | Zenick et al. 1982 CdCl2 | |
| 91 | Dog (Beagle) | 3 mo (F) | | 0.75 | | | Loeser and Lorke 1977b CdCl2 | |
| **Developmental** | | | | | | | | |
| 92 | Rat (Wistar) | 21 d Gd 1-21 (W) | | | 0.706 (delayed development of sensory motor coordination reflexes; increased motor activity) | | Ali et al. 1986 Cd acetate | |
| 93 | Rat (Wistar) | 20 d Gd 1-20 (W) | | | 9.6 (decreased fetal body weight [12%], body length [7%], and hematocrit [13%]) | | Baranski 1987 CdCl2 | Decreased maternal water and food consumption. |
| 94 | Rat (Wistar) | 11 wk 5 d/wk 1 x/d (GW) | | | 0.04 (pup behavioral alterations) | | Baranski et al. 1983 CdCl2 | |

APPX ATT_V6_3499

Table 3-6 Levels of Significant Exposure to Cadmium - Oral (continued)

| Key to Figure [a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg) | LOAEL Less Serious (mg/kg) | LOAEL Serious (mg/kg) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 95 | Rat (Wistar) | 11-94 d Gd 5-15 Ld 2-28 1 x/d ppd 1-56 5 d/wk 1 x/d (GW) | | | 14 M (decreased horizontal ambulation and rearing activity; increased frequency of somatosensory, visual, and auditory electrocorticogram; prolonged latency and duration of evoked potentials) | | Desi et al. 1998 CdCl2 | |
| 96 | Rat (Druckery) | Gd 0- Ld 21 (W) | | | 5 (decreased pup brain and body weight at 7, 14, and 21 days) | | Gupta et al 1993 Cd acetate | |
| 97 | Rat (Sprague-Dawley) | Gd 0-20 (W) | | | 1.5 (12% decreased hematocrit) | | Kelman et al. 1978 form not specified | |
| 98 | Rat (albino) | 10 wk (W) | | | 4.8 (12% decrease in pup body weight at weaning) | | Kostial et al. 1993 CdCl2 | |
| 99 | Rat (Wistar) | approx. 49 d 4 wk old through mating 7 d/wk 1 x/d (GO) | | | 7 M (alterations in ambulation behavior; prolonged latency and duration of somatosensory evoked potentials) | | Nagymajtenyi et al. 1997 CdCl2 | |

APPX ATT_V6_3500

Table 3-6  Levels of Significant Exposure to Cadmium - Oral    (continued)

| Key to Figure [a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 100 | Rat (Sprague-Dawley) | 60 d prior to Gd 1 or Gd 1-21 (W) | | | 2.61 (decreased live birth weight) | | Petering et al. 1979 CdCl2 | |
| 101 | Rat (Sprague-Dawley) | Gd 1- Ld 1 (F) | | | 19.7 (13-19% decreased pup birth weight) | | Pond and Walker 1975 CdCl2 | |
| 102 | Rat (ITRC) | 21 d Gd 0-20 (W) | | 21 | | | Saxena et al. 1986 Cd acetate | |
| 103 | Rat (Sprague-Dawley) | 15 d Gd 6-20 (W) | | 0.63 | 4.7 (8% decreased fetal body weight) | | Sorell and Graziano 1990 CdCl2 | |
| 104 | Rat (Sprague-Dawley) | 9 wk 1 x/d (GW) | | 1 | 10 (delayed ossification, decreased body weight) | | Sutou et al. 1980 form not specified | |
| 105 | Mouse (QS/CH) | 19 d Gd 1-19 (W) | | | 2.4 (decreased fetal body weight; severe anemia) | | Webster 1978 CdCl2 | |

CHRONIC EXPOSURE
Systemic

| 106 | Human | | Renal | 0.0003 [c] F | | | Buchet et al. 1990; Jarup et al. 2000; Suwazono et al. 2006 form not specified | |

Table 3-6  Levels of Significant Exposure to Cadmium - Oral    (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 107 | Human | NS lifetime (F) | Renal | 0.0021 | | | Nogawa et al. 1989 form not specified | |
| 108 | Human | >25 yr lifetime (environ) | Hemato | 0.0078 | | | Shiwen et al. 1990 Cd metal | |
| | | | Musc/skel | 0.0078 | | | | |
| | | | Renal | 0.0078 | 0.0078 (increased excretion of low molecular weight proteins) | | | |
| 109 | Monkey (Rhesus) | 9 yr (F) | Cardio | 0.53 M | 1.71 M (increased blood pressure during the first 1.5 years) | | Akahori et al. 1994 CdCl2 | |
| 110 | Rat (Sprague-Dawley) | 18 mo (W) | Renal | | | 13 F (loss of glomerular polyanion charge barrier, proteinuria) | Bernard et al. 1992 CdCl2 | |
| 111 | Rat (Wistar) | 72 wk (F) | Renal | 3.5 | 17.5 (8 to 9-fold increase in LDH and GST starting at 13 weeks) | | Bomhard et al. 1984 CdCl2 | |

**Table 3-6  Levels of Significant Exposure to Cadmium - Oral** (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 112 | Rat (Wistar) | daily 24 mo (W) | Musc/skel | | 0.08 F (decreases in bone mineral content and density of lumbar spine, altered bone turnover paramters, increases in deformed and fractured vertebral bodies) | | Brzoska and Moniuszko-Jakoniuk 2004a, 2004b; Brzoska 2011 CdCl2 | |
| 113 | Rat (Sprague-Dawley) | 12 mo (W) | Hemato | 0.79 | | | Decker et al. 1958 CdCl2 | |
| | | | Bd Wt | 0.79 | | | | |
| 114 | Rat (Sprague-Dawley) | M: 92 wk F: 84 wk (W) | Cardio | 4.01 | | | Fingerle et al. 1982 CdCl2 | |
| | | | Renal | 0.8 | 1.51 (proximal tubule lesions) | | | |
| | | | Bd Wt | 4.01 | | | | |
| 115 | Rat (Sprague-Dawley) | 6, 12, or 18 mo (W) | Cardio | 2.281 F | | | Mangler et al 1988 CdCl2 | |
| | | | Hepatic | 2.281 F | | | | |
| | | | Renal | | 2.337 F (cloudy swelling of tubular cells) | | | |
| | | | Bd Wt | 2.281 F | | | | |

Table 3-6 Levels of Significant Exposure to Cadmium - Oral (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | Less Serious (mg/kg/day) | Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 116 | Rat (Wistar) | 31 mo (W) | Musc/skel | | | 3.6 (muscle atrophy) | Sato et al. 1978 CdCl2 | |
| | | | Bd Wt | 3.6 | | | | |
| 117 | Rat (Wistar) | 2 yr (W) | Renal | 2.6 M | | | Shaikh et al. 1989 CdCl2 | |
| 118 | Rat (Wistar) | 77 wk (F) | Bd Wt | 3.5 M | 7 M (10% decreased body weight) | | Waalkes and Rehm 1992 CdCl2 | |
| 119 | Mouse (CF1) | 18 months (F) | Musc/skel | 0.65 F | 6.5 F (loss of bone calcium in ovariectomized mice) | | Bhattacharyya et al. 1988c | |
| 120 | Mouse (CBA/H) | 12 mo (W) | Hemato | | | 57 (anemia and bone marrow hypoplasia) | Hays and Margaretten 1985 form not specified | |
| | | | Renal | 57 | | | | |
| | | | Bd Wt | | | 57 (21% decreased terminal body weight) | | |
| Neurological | | | | | | | | |
| 121 | Rat (Wistar) | 31 mo (W) | | | | 3.6 (peripheral neuropathy) | Sato et al. 1978 CdCl2 | |

Table 3-6  Levels of Significant Exposure to Cadmium - Oral (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | Less Serious (mg/kg/day) | Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| **Cancer** | | | | | | | | |
| 122 | Rat (Wistar) | 77 wk (F) | | | | 3.5 M (CEL: increased rates of prostatic adenomas) | Waalkes and Rehm 1992 CdCl2 | |

a The number corresponds to entries in Figure 3-2.

b The intermediate-duration oral MRL of 0.0005 mg Cd/kg/day (0.5 ug Cd/kg/day) was calculated using a benchmark dose analysis. The BMDL1std of 0.05 mg Cd/kg/day was divided by an uncertainty factor of 100 (10 to account for extrapolation from animals to humans and 10 for human variability).

c The chronic-duration oral MRL of 0.0001 mg Cd/kg/day (0.1 ug Cd/kg/day) was calculated from the 95% lower confidence limit of the urinary cadmium level associated with a 10% increased risk of low molecular weight proteinuria (0.5 ug/g creatinine) estimated from a meta-analysis of select environmental exposure studies. An intake which would result in this urinary cadmium concentration was estimated using a modification of the Nordberg-Kjellstrom pharmacokinetic model (see Appendix A for details on the meta-analysis and extrapolation to dietary intake). This dose of 0.3 ug/kg/day was divided by an uncertainty factor of 3 for human variability.

Bd Wt = body weight; Cardio = cardiovascular; CEL = cancer effect level; d = day(s); Endocr = endocrine; (F) = feed; F = Female; (G) = gavage; Gastro = gastrointestinal; Gd = gestational day; (GO) = gavage in oil; GST = glutathione-S-transferase; (GW) = gavage in water; Hemato = hematological; Immuno/Lymphoret = immunological/lymphoreticular; LD50 = lethal dose, 50% kill; LDH = Lactate dehydrogenase; LOAEL = lowest-observed-adverse-effect level; M = male; mo = month(s); Musc/skel = musculoskeletal; NOAEL = no-observed-adverse-effect level; NS = not specified; ppd = post-parturition day; Resp = respiratory; SRBC = sheep red blood cells; (W) = drinking water; wk = week(s); x = time(s); yr = year(s)

USCA Case #25-1087 Document #2105058 Filed: 03/10/2025 Page 1200 of 2126

Figure 3-2 Levels of Significant Exposure to Cadmium - Oral

Acute (≤14 days)

c-Cat -Humans f-Ferret n-Mink
d-Dog k-Monkey j-Pigeon o-Other
r-Rat m-Mouse e-Gerbil
p-Pig h-Rabbit s-Hamster
q-Cow a-Sheep g-Guinea Pig

◆ Cancer Effect Level-Animals
● LOAEL, More Serious-Animals
◑ LOAEL, Less Serious-Animals
○ NOAEL - Animals

▼ Cancer Effect Level-Humans
▲ LOAEL, More Serious-Humans
◭ LOAEL, Less Serious-Humans
△ NOAEL - Humans

■ LD50/LC50
Minimal Risk Level for effects other than Cancer

APPX ATT_V6_3506



USCA Case #25-1087     Document #2105058     Filed: 03/10/2025     Page 1201 of 2126

Figure 3-2  Levels of Significant Exposure to Cadmium - Oral *(Continued)*

Intermediate (15-364 days)

APPX ATT_V6_3507

USCA Case #25-1087 Document #2105058 Filed: 03/10/2025 Page 1202 of 2126

Figure 3-2 Levels of Significant Exposure to Cadmium - Oral *(Continued)*

Intermediate (15-364 days)

APPX ATT_V6_3508



USCA Case #25-1087 Document #2105058 Filed: 03/10/2025 Page 1203 of 2126

Figure 3-2 Levels of Significant Exposure to Cadmium - Oral *(Continued)*

Intermediate (15-364 days)

APPX ATT_V6_3509

USCA Case #25-1087 Document #2105058 Filed: 03/10/2025 Page 1204 of 2126

Figure 3-2 Levels of Significant Exposure to Cadmium - Oral *(Continued)*

Chronic (≥365 days)

*Doses represent the lowest dose tested per study that produced a tumorigenic response and do not imply the existence of a threshold for the cancer endpoint.

| | | | | | | |
|---|---|---|---|---|---|---|
| c-Cat | -Humans | f-Ferret | n-Mink | ◆ Cancer Effect Level-Animals | ▼ Cancer Effect Level-Humans | ■ LD50/LC50 |
| d-Dog | k-Monkey | j-Pigeon | o-Other | ● LOAEL, More Serious-Animals | ▲ LOAEL, More Serious-Humans | Minimal Risk Level for effects other than Cancer |
| r-Rat | m-Mouse | e-Gerbil | | ◐ LOAEL, Less Serious-Animals | ◭ LOAEL, Less Serious-Humans | |
| p-Pig | h-Rabbit | s-Hamster | | ○ NOAEL - Animals | △ NOAEL - Humans | |
| q-Cow | a-Sheep | g-Guinea Pig | | | | |

APPX ATT_V6_3510



**Cardiovascular Effects.**    Studies regarding cardiovascular effects in humans after oral exposure to
cadmium have primarily investigated relationships between blood pressure and biomarkers of cadmium
exposure such as cadmium levels in blood, urine, or other tissues.  Smoking is an important confounding
factor, because of the higher blood, urine, and tissue cadmium levels of smokers (see Section 3.4) and the
known cardiovascular toxicity of cigarette smoking.  Case-control and cohort epidemiologic studies that
adequately control for smoking have typically found no association between body cadmium levels
(primarily reflecting dietary exposure) and hypertension (Beevers et al. 1980; Cummins et al. 1980;
Ewers et al. 1985; Lazebnik et al. 1989; Satarug et al. 2005; Shiwen et al. 1990); however, some studies
have found positive correlations (Geiger et al. 1989; Swaddiwuhipong et al. 2010; Tulley and Lehmann
1982) or negative correlations (Kagamimori et al. 1986; Staessen et al. 1984).  Similar conflicting
findings have been reported in studies analyzing death rates from cardiovascular disease among
populations with dietary cadmium exposure (Inskip et al. 1982; Shigematsu 1984).  Disorders of the
cardiac conduction system, lower blood pressure, and decreased frequency of cardiac ischemic changes
were found among elderly women with past high dietary exposure to cadmium (Kagamimori et al. 1986).
Rhythmic disturbances, including ventricular fibrillation, were seen in an individual who had ingested
25 mg/kg cadmium as cadmium iodide (Wisniewska-Knypl et al. 1971).

Several studies conducting cross-sectional analysis on data from the National Health and Nutrition
Examination Surveys (NHANES), investigated associations between blood and urine cadmium levels and
cardiovascular effects (Agarwal et al. 2011; Eguogu et al. 2009; Everett and Frithsen 2008; Menke et al.
2009; Navas-Acien et al. 2005; Peters et al. 2010; Tellez-Plaza et al. 2008, 2010).  Among adult
participants in the NHANES 1988–1994 survey followed for mortality through 2000, the multivariable
(including smoking)-adjusted hazard ratios of cardiovascular mortality associated with a 2-fold increase
in creatinine-corrected urinary cadmium were 1.21 (95% CI of 1.07–1.36) in men and 0.93 (95% CI of
0.84–1.04) in women (Menke et al. 2009).  The hazard ratios for coronary heart disease mortality were
1.36 (95% CI of 1.11–1.66) and 0.82 (95% CI of 0.76–0.89).  Thus, the study suggests an association
between elevated cadmium exposure and increased risk of cardiovascular mortality in men, but not in
women.  Urinary cadmium levels were found to be strongly associated with peripheral arterial disease
(PAD, defined as blood pressure ankle brachial index <0.0 in at least one leg) in analysis conducted on
728 participants (at least 40 years of age) in the NHANES 1999–2000 study (Navas-Acien et al. 2005)
and approximately 6,500 participants (≥40 years of age) in the NHANES 1999–2004 survey (Tellez-Plaza
et al. 2010).  Navas-Acien et al. (2005) reported that individuals with PAD had a 36% higher mean urine
cadmium level than individuals without PAD; this study also found that individuals with PAD had 49%

higher urinary tungsten levels and urinary antimony levels exceeding 0.1 µg/L.  In the Tellez-Plaza et al. (2010) analysis, the odds ratio for PAD comparing men with urinary cadmium levels in the highest quartile (≥0.69 µg/g creatinine) with the lowest quartile (<0.20 µg/g creatinine) was 4.90 (95% CI of 1.55–15.54), after adjustment for age, race/ethnicity, education, smoking habits, and a variety of cardiovascular risk factors.  In contrast, the odds ratio in women was 0.56 (95% CI of 0.18–1.71).  When the women were divided by smoking habit, there was a positive progressive dose-response relationship and the odds ratio for PAD comparing the 80th with the 20th percentile for urinary cadmium was 1.46 (95% CI of 0.75–2.85) and for blood cadmium was 2.88 (95% CI of 1.10–7.50).  Another study found a modest increase in systolic or diastolic blood pressure associated with increasing blood cadmium levels (geometric mean blood cadmium levels among all participants was 0.4 µg/L); no associations with blood pressure and urinary cadmium levels were found (Tellez-Plaza et al. 2008).  The association between blood cadmium levels and blood pressure was stronger in participants who never smoked than in former smokers or current smokers.  There were no associations between hypertension and cadmium levels in blood or urine.  In the third study, analysis on 4,912 participants (45–79 years old) in the NHANES 1988–1994 survey found a significant association between urinary cadmium levels and myocardial infarction in women, but not men (Everett and Frithsen 2008).  After adjusting for numerous risk factors including smoking, race, and family history, a significant increase in the risk of myocardial infarction was observed in women with urinary cadmium levels of ≥0.88 µg/g creatinine.  Agarwal et al. (2011) found significantly higher blood cadmium levels among participants with cardiovascular and cerebrovascular disease in the NHANES 1999–2006 survey, as compared to participants without disease.  The odds ratio of cardiovascular and cerebrovascular disease comparing the lowest blood cadmium quartile to the highest quartile was 1.44 (95% CI of 1.07–1.95) after adjusting for age, gender, race, education, hypertension, diabetes, hypercholesterolemia, BMI, c-reactive protein, and smoking.  Peters et al. (2010) found that a 50% increase in blood or urinary cadmium levels resulted in a significant increase in the risk of stroke and congestive heart failure among participants in the NHANES survey.  After adjusting for age, gender, race/ethnicity, education, BMI, poverty income ratio, alcohol consumption, smoking status, and disease (diabetes, hypertension, hypercholesterolemia, and chronic kidney disease), the odds ratios (95% CI) for stroke were 1.38 (1.14–1.67) and 1.10 (1.00–1.20) for 50% increases in blood and urinary cadmium levels, respectively; 50% increases in blood and urinary cadmium levels resulted in odds ratios (95% CI) for congestive heart failure of 1.48 (1.17–1.87) and 1.12 (1.04–1.21), respectively.  A significant negative correlation between urinary cadmium levels and volume of oxygen consumed at sub-maximum activity (VO$_2$ max) among white males or Mexican American females (Egwuogu et al. 2009); however, no significant associations were found in black or Mexican American males and white and black females.  Using a similar approach, Eum et al. (2008) and Lee et al. (2011) used data from the

Korean National Health and Nutrition Examination Survey (KNHANES) to assess the possible associations between cadmium exposure and cardiovascular effects.  Eum et al. (2008) found a positive association (adjusted for age, gender, education, smoking status, alcohol intake, BMI, self-reported hypertension, family history of hypertension, and blood lead level) between blood cadmium levels and systolic, diastolic, and mean arterial blood pressure among adults.  When comparing participants with the highest tertile of blood cadmium (1.87–5.52 µg/L) to those in the lowest tertile (0.18–1.28 µg/L), the multivariable adjusted odds ratio was 1.521 (95% CI of 1.129–2.049).  In a similar analysis, Lee et al. (2011) divided the subjects by gender and found that an interquartile range increase (0.91 µg/L) in blood cadmium was associated with an elevated risk of hypertension (odds ratio of 1.4; 95% CI of 1.1–1.8) only in men.  Lee et al. (2011) also found significant associations between an interquartile range increase in blood cadmium and the risk of ischemic heart disease in women (odds ratio of 2.28; 95% CI of 1.26–4.15).  No significant associations between blood cadmium and risk of stroke were found.

In a study of children enrolled in the Treatment of Lead-Exposed Children trial, no significant associations between blood cadmium levels and blood pressure in 5 and 7 years olds following treatment for elevated blood lead levels (Cao et al. 2009).

A single gavage dose of 150 mg/kg cadmium in male Sprague-Dawley rats had no effect on blood pressure (Kotsonis and Klaassen 1977).  Oral exposure of rats, rabbits, and monkeys to cadmium over intermediate and chronic durations has been found to increase blood pressure in some studies (Akahori et al. 1994; Boscolo and Carmignani 1986; Carmignani and Boscolo 1984; Kopp et al. 1982; Perry et al. 1989; Tomera and Harakal 1988), but not in others (Fingerle et al. 1982; Kotsonis and Klaassen 1978; Loeser and Lorke 1977a, 1977b; Mangler et al. 1988; Wills et al. 1981).  In general, studies showing an effect on blood pressure have had control groups with lower blood pressure than studies showing no effect, and observed increases in blood pressure are generally small.  At least in rats, the effect on blood pressure appears to be biphasic, reaching a maximum effect (an increase of 12–14 mm Hg in average systolic pressure) at intakes of 0.07 mg/kg/day, but decreasing to normal or even below normal at intakes 10–100 times higher (Kopp et al. 1982).  Enlarged and arteriosclerotic hearts have been found in rats orally exposed to 0.35 mg Cd/kg/day for 3 years (Schroeder et al. 1965) or to 2.79 mg Cd/kg/day for 100 days (Wilson et al. 1941), but this effect is likely to be secondary to cadmium-induced anemia (Wilson et al. 1941).  Histopathologic lesions of heart tissues (congestion, separation of muscle fibers) and decreased activity of antioxidant enzymes, but no increase in peroxidation, were found among rats given 2.5 mg/kg/day of cadmium in the diet for 7 weeks (Jamall et al. 1989).

**Gastrointestinal Effects.**    Numerous human and animal studies indicate that oral exposure to cadmium in high concentrations causes severe irritation to the gastrointestinal epithelium (Andersen et al. 1988; Frant and Kleeman 1941).  Common symptoms in humans following ingestion of food or beverages containing high concentrations of cadmium include nausea, vomiting, salivation, abdominal pain, cramps, and diarrhea (Baker and Hafner 1961; Buckler et al. 1986; Frant and Kleeman 1941; Nordberg et al. 1973; Shipman 1986; Wisniewska-Knypl et al. 1971).  Although exact doses have not been measured, gastrointestinal symptoms have been caused in children by 16 mg/L cadmium in soft drinks (Nordberg et al. 1973) and 13 mg/L cadmium in popsicles (Frant and Kleeman 1941).  Assuming an intake of 0.15 L (Nordberg et al. 1973) and a body weight of 35 kg, the emetic dose is 0.07 mg/kg. Although few studies have specifically examined gastrointestinal effects of longer-term cadmium exposure, no surveys of environmentally exposed populations have reported gastrointestinal symptoms (Morgan and Simms 1988; Roels et al. 1981a; Shigematsu 1984).

In rats and mice, histopathologic lesions (e.g., severe necrosis, hemorrhage, ulcers) in the gastrointestinal epithelium have been observed after high (>30 mg/kg/day) acute-duration oral cadmium exposure by gavage (Andersen et al. 1988; Basinger et al. 1988; Machemer and Lorke 1981), but not after lower levels (8 mg/kg/day in drinking water) for 24 weeks (Kotsonis and Klaassen 1978).

**Hematological Effects.**    Oral cadmium exposure reduces gastrointestinal uptake of iron, which can result in anemia if dietary intake of iron is low.  Anemia has been found in some instances among humans with chronic dietary exposure to cadmium (Kagamimori et al. 1986), but other studies have found no significant relationship between dietary cadmium exposure and anemia in humans (Roels et al. 1981a; Shiwen et al. 1990).  Hypoproteinemia and hypoalbuminemia were reported in a male who ingested 25 mg/kg cadmium as cadmium iodide (Wisniewska-Knypl et al. 1971).

A number of studies have demonstrated that oral exposure to cadmium frequently produces anemia in laboratory animals, and that additional iron prevents anemia (Decker et al. 1958; Groten et al. 1990; Hays and Margaretten 1985; Itokawa et al. 1974; Kawamura et al. 1978; Kelman et al. 1978; Kozlowska et al. 1993; Ogoshi et al. 1989; Pleasants et al. 1992, 1993; Pond and Walker 1972; Sakata et al. 1988; Sorell and Graziano 1990; Stowe et al. 1972; Watanabe et al. 1986; Webster 1978; Wilson et al. 1941). Decreases in serum iron have also been reported (Prigge 1978a).  Borzelleca et al. (1989) reported slight but statistically significant increases in hemoglobin, hematocrit, and erythrocytes in male rats at 65.6 mg/kg/day once a day for 10 days, but no change in females.  Male Sprague-Dawley rats receiving a single gavage dose of 150 mg/kg cadmium showed no signs of anemia 14 days later (Kotsonis and

Klaassen 1977), but anemia was produced in male Wistar rats after 12 days of drinking-water exposure to 12 mg/kg/day (Sakata et al. 1988). Most intermediate-duration exposure studies in rats have shown evidence of anemia at doses of 2–14 mg/kg day (Decker et al. 1958; Groten et al. 1990; Itokawa et al. 1974; Kawamura et al. 1978; Pleasants et al. 1993; Pond and Walker 1972; Sakata et al. 1988; Wilson et al. 1941). However, some intermediate-duration studies have found no change in hemoglobin (Kotsonis and Klaassen 1978; Loeser and Lorke 1977a; Petering et al. 1979; Prigge 1978a) in rats treated at similar doses. Anemia has also been seen in intermediate-duration studies in mice (Webster 1978) and rabbits (Stowe et al. 1972), but not in dogs (Loeser and Lorke 1977b). The result in dogs may be due to the relatively low dose of cadmium (0.75 mg/kg/day) used in this study. Hematological effects following chronic-duration oral exposure to cadmium are less well characterized. In monkeys maintained on 4 mg/kg/day cadmium in food, pale feces, and clinical signs of anemia occurred after 90 weeks, but the anemia was associated with a decreased food intake rather than an increase in reticulocytes (Masaoka et al. 1994). Anemia was not present in rats exposed via drinking water for 12 months to the relatively low dose of 0.79 mg/kg/day (Decker et al. 1958). The number of erythroid progenitor cells in bone marrow is decreased in mice exposed to 57 mg/kg/day of cadmium in drinking water for 12 months (Hays and Margaretten 1985), but is increased in rats exposed to 12 mg/kg/day of cadmium in drinking water for up to 100 days (Sakata et al. 1988). Thus, the question remains open whether factors, in addition to reduced gastrointestinal absorption of iron, such as direct cytotoxicity to marrow or inhibition of heme synthesis may contribute to anemia.

**Musculoskeletal Effects.**    Osteomalacia, osteoporosis, bone fractures, and decreased bone mineral density have been observed in several populations exposed to elevated levels of cadmium in the diet. Bone effects were first reported in residents in the Jinzu River Basin, a cadmium-contaminated area in Japan. The disease termed Itai-Itai or "ouch-ouch" disease most often affected women with several risk factors such as poor nutrition, multiparity, and postmenopausal status (Shigematsu 1984). The disease was characterized by multiple fractures of the long bones, osteomalacia, and osteoporosis in combination with proteinuria (Järup et al. 1998b; Nordberg et al. 1997). Other Japanese populations with dietary cadmium exposure have also been found to have elevated osteoporosis and osteomalacia in both men and women (Kido et al. 1989b). Kagamimori et al. (1986) evaluated elderly Japanese women with heavy cadmium exposure from ingesting polluted drinking water, rice, and fish during World Wars I and II; and continued low-grade cadmium exposure from agricultural produce. Of 56 cases of Itai-Itai disease, 26 were accompanied by osteomalacia and 26 were without osteomalacia. Another study found that the degree of loss of bone density is correlated with urinary excretion of β2-microglobulin, an index of renal injury (see Section 3.5.2) (Kido et al. 1990a). The bone effects observed in Itai-Itai disease and in other

studies of Japanese populations exposed to high levels of cadmium in rice are primarily due to kidney
damage, which results from a progressive disturbance in renal metabolism of vitamin D to its biologically
active form (Nogawa et al. 1987, 1990) and an increased urinary excretion of calcium (Buchet et al.
1990).  These results suggest that bone changes may be secondary to disruption in kidney of vitamin D
metabolism and resulting imbalances in calcium absorption and excretion.  A recent study of women
living in the Jinzu River basin found that bone turnover, particularly bone formation, was influenced by
renal tubular function (Aoshima et al. 2003).  However, it is possible that some bone effects are not
mediated via the kidney.

Bone effects have also been observed in communities outside of Japan and in populations exposed to low
levels of cadmium.  In a study of Swedish women environmentally exposed to cadmium, a significant
negative relationship between urinary cadmium levels and bone mineral density was observed (Åkesson
et al. 2005); the mean urinary cadmium level of the population was 0.52 µg/L.  In Swedish residents
living in an area with known cadmium pollution from battery manufacturing facilities, significant
associations were noted between blood cadmium levels and bone mineral density and between urinary
cadmium levels and risk of fractures and osteoporosis.  There were significant decreases in bone mineral
density in environmentally exposed subjects older than 60 years of age with blood cadmium levels of
≥0.56 µg/L (Alfvén et al. 2002a).  Increases in the risk of bone fractures were observed in subjects
(approximately 10% of all subjects examined had environmental and occupational exposure to cadmium)
older than 50 years of age with urinary cadmium levels >2 µg/g creatinine; no significant associations
were found in subjects under 50 years of age (Alfvén et al. 2004).  Another study of this population found
significant increases in the risk of osteoporosis among men >60 years of age with urinary cadmium levels
≥5 µg/g creatinine; however, an increased risk of osteoporosis was not observed in women (Alfvén et al.
2000).  A Belgian study in which residents living near zinc smelters found a 2-fold increase in cadmium
exposure (as assessed via urinary cadmium levels) was associated with a decrease in proximal and distal
forearm bone density of approximately 0.1 g/cm$^2$ among postmenopausal women (Staessen et al. 1999).
For women with urinary cadmium levels >1 µg/day, the incidence of bone fracture was 13.5 per
1,000 person-years.  Another study of a subset of the women living near a zinc smelters (Schutte et al.
2008) provides suggestive evidence that cadmium has a direct osteotoxic effect.  Significant associations
between urinary cadmium levels and the levels of two pyridinium crosslinks of collagen (urinary levels of
hydroxylysylpyridinoline and lysylpyridinoline), proximal forearm bone mineral density, and serum
parathyroid hormone levels were found.  In almost all of the examined women, urinary levels of retinol
binding protein were below the cut-off level of 338 µg/day, suggesting no cadmium-induced effect on
renal tubular function.  Several biomarkers of bone damage were examined in a subsequent follow-up

study of some of the women (Schutte et al. 2008) only 1 of the 294 women examined had evidence of renal dysfunction (increased retinol binding protein). Significant associations between urinary cadmium excretion and two biomarkers of bone resorption (urinary hydroxylysylpyridinoline and lysylpyridinoline) were found. Although significant associations between urinary cadmium levels and biomarkers of renal dysfunction were observed in Polish adults living in a cadmium-polluted area, the only association between urinary cadmium and bone biomarkers was a significant decrease in bone mineral density among males with urinary cadmium levels of ≥2 μg/g creatinine (Trzcinka-Ochocka et al. 2010). Similar results have been observed in several studies of residents living in areas of China with moderate or high cadmium pollution levels (Jin et al. 2004b; Nordberg et al. 2002; Wang et al. 2003; Zhu et al. 2004). There were significant increases in the prevalence of low forearm bone mineral density in postmenopausal women with urinary cadmium levels >20 μg/g creatinine and in men, premenopausal women, and postmenopausal women with blood cadmium levels >20 μg/L (Nordberg et al. 2002). An increase in bone fractures was observed in males and females over the age of 40 years living in the area of high cadmium exposure (mean urinary cadmium levels in the area were 9.20 and 12.86 μg/g creatinine in the males and females, respectively) (Wang et al. 2003). A significant dose-response relationship between urinary cadmium levels and the prevalence of osteoporosis was observed (Jin et al. 2004b; Wang et al. 2003; Zhu et al. 2004); the Jin et al. (2004b) study found that 23 of the 31 subjects with osteoporosis also exhibited signs of renal dysfunction. A subsequent study by this group examined 316 male and female residents living in areas with moderate or heavy cadmium pollution 10 years after the source of rice was switched to commercially available rice from nonpolluted areas (Chen et al. 2009). As in the earlier studies, significant decreases in forearm bone mineral density were observed in the women living in the moderately polluted area and in the men and women living in the heavily polluted areas. When the subjects were divided by age, decreases in bone mineral density were observed in women 60–69 or ≥70 years old in both cadmium polluted areas and in men ≥70 years living in the heavily polluted area. A significantly higher prevalence of osteoporosis was also observed in women living in the polluted areas and the prevalence increased with increasing urinary cadmium levels. In another study of this population, Chen et al. (2011) found a higher prevalence of osteoporosis (assessed in 2006) among women with renal dysfunction (urinary albumin >15 mg/g creatinine and urinary NAG ≥12 IU/g creatinine; renal biomarkers assessed in 1998) or tubular damage (urinary NAG ≥12 IU/g creatinine); no significant association was found for glomerular damage (urinary albumin ≥15 mg/g creatinine). Significantly lower bone mineral density levels were also found in women with tubular damage, as compared to those without tubular damage. In men, no significant associations between the prevalence of osteoporosis or bone mineral density and alterations in renal biomarkers were found. Chen et al. (2011) also compared the change in bone mineral damage from 1998 to 2006 in subjects with and without evidence of kidney

3. HEALTH EFFECTS

damage and found a significantly greater decrease in bone mineral damage among women with tubular damage. In a study of adults living near an industrial complex in Korea, significant associations between high urinary cadmium levels ($\geq$1.0 µg/g creatinine) and osteopenia were observed in males and females (Shin et al. 2011). Bone mineral density was also negatively associated with urinary cadmium levels.

In a substudy of a population-based health survey in Sweden (Engström et al. 2009), a significantly lower bone mineral density was observed in postmenopausal women with elevated urinary cadmium levels (median of 1.1 µg/g creatinine, 5–95th percentile of 0.69–1.7 µg/g creatinine) as compared to women with low urinary cadmium levels (median of 0.36 µg/g creatinine; 5–95th percentile of 0.18–0.73 µg/g creatinine). Significant decreases in serum parathyroid hormone levels and increases in urinary deoxypyridinoline levels (indicative of increased bone resorption) were also found in the high urinary cadmium group; however, there were no significant alterations in serum 1,25-dihydroxyvitamin D levels Significant elevations in biomarkers of renal dysfunction (urinary NAG and pHC and estimated glomerular filtration rate) were also in the high urinary cadmium group. In the U.S. general population (using data collected during NHANES III, 1988–1994), a significant association was found between urinary cadmium levels and osteopenia and osteoporosis among adults with urinary cadmium levels of >1 µg/g creatinine (Wu et al. 2010). Using the same NHANES data set, Gallagher et al. (2008) found a 43% increased risk of osteoporosis (hip bone mineral density defined) (odds ratio of 1.43; 95% CI of 1.02–2.00) among women $\geq$50 years of age with urinary cadmium levels of 0.50–1.00 µg/g creatinine, as compared to women with urinary cadmium levels of <0.50 µg/g creatinine.

Using data collected during NHANES III (1988–1994), Arora et al. (2008, 2008) examined the possible association between urinary cadmium levels and dental health in children and adults. In children aged 6–12 years, a significant association (adjusted for age, gender, ethnicity, education level, poverty status, log-transformed blood lead, log-transformed serum cotinine, and dietary sucrose intake) between urinary cadmium levels and dental caries in deciduous teeth among children with low external tobacco smoke exposure; no significant associations were found in permanent teeth (Arora et al. 2008). A significant association (after adjustment for gender, age, education level of household head, race/ethnicity, household poverty status, time since last visit to dentist, missing teeth, serum cotinine, smoking habits, exposure to external tobacco smoke, blood lead, diabetes, renal dysfunction, and bone mineral density) between urinary cadmium and periodontal disease (presence of attachment loss of at least 4 mm in >10% of sites examined) in adults ($\geq$18 years of age) (Arora et al. 2009). A logistic regression model predicted a 56% increase in the prevalence of periodontal disease associated with a 3-fold increase in urinary cadmium levels (0.18–0.63 µg/g creatinine).

A number of animal studies confirm the findings of the epidemiology data suggesting that the bone is a sensitive target of cadmium toxicity.  Decreases in bone mineralization and bone mineral density have been observed in female rats exposed to ≥0.2 mg Cd/kg/day in the lumbar spine, femur, and tibia (Brzóska et al. 2004b, 2005a, 2005b, 2005c) and in male rats exposed to ≥0.5 mg Cd/kg/day (Brzóska and Moniuszko-Jakoniuk 2005a, 2005b; Brzóska et al. 2010; Yokota and Tonami 2008) for an intermediate duration and in female rats chronically exposed to 0.08 mg Cd/kg/day (Brzóska 2012; Brzóska and Moniuszko-Jakoniuk 2004a, 2004b).  In the series of studies conducted by Brzóska and associates, the occurrence of osteopenia and osteoporosis was evaluated using data for bone mineral density of the cadmium-exposed rats, control rats, and healthy adult rats.  Osteopenia was observed in male rats exposed to 0.5 mg Cd/kg/day for 12 months (Brzóska and Moniuszko-Jakoniuk 2005a, 2005b) and in female rats exposed to 0.08 mg Cd/kg/day for 12 or 18 months (Brzóska and Moniuszko-Jakoniuk 2004a, 2004b); osteoporosis was observed in male rats exposed to 4 mg Cd/kg/day for 12 months (Brzóska and Moniuszko-Jakoniuk 2005a, 2005b) and in female rats exposed to 0.08 mg Cd/kg/day for 24 months (Brzóska and Moniuszko-Jakoniuk 2004a, 2004b).

The decreases in bone mineralization resulted in altered mechanical properties (e.g., stiffness, load, displacement at load) of the vertebral body, femur, and tibia and increases in the number of animals with deformed or fractured lumbar spinal bone in female rats exposed to ≥0.2 mg Cd/kg/day for an intermediate duration (Brzóska and Moniuszko-Jakoniuk 2005d; Brzóska et al. 2004b, 2005b, 2005a, 2005c, 2010; Ogoshi et al. 1989); increases in lumbar spine deformities were also observed in male rats exposed to 0.5 mg Cd/kg/day for 12 months (Brzóska and Moniuszko-Jakoniuk 2005a, 2005b) and in female rats exposed to 0.08 mg Cd/kg/day for 24 months (Brzóska 2012; Brzóska and Moniuszko-Jakoniuk 2004a, 2004b).

The studies by Brzóska and associates reported significant alterations in biochemical markers of bone turnover.  During the first 6 months of a 1-year study, significant decreases in osteocalcin concentrations were observed in female rats exposed to ≥0.2 mg Cd/kg/day; no alterations were observed during the last 6 months of the study (Brzóska and Moniuszko-Jakoniuk 2005d).  Observed changes in alkaline phosphatase levels included decreases in total serum levels in the 4 mg Cd/kg/day group after 6, 9, or 12 months of exposure, decreases in trabecular bone levels at ≥0.2 mg Cd/kg/day after 3, 6, or 9 months of exposure and at 0.5 mg Cd/kg/day at 12 months, decreases in cortical bone levels at 4 mg Cd/kg/day after 3 months of exposure, and increases in trabecular bone and cortical bone alkaline phosphatase at 4 mg Cd/kg/day after 12 months (Brzóska and Moniuszko-Jakoniuk 2005d).  Serum C-terminal

telopeptides of type I collagen concentration (CTX) was significantly decreased after 3 or 6 months of exposure or increased after 9 or 12 months in rats exposed to ≥0.2 mg Cd/kg/day (Brzóska and Moniuszko-Jakoniuk 2005d).  As noted by Brzóska and Moniuszko-Jakoniuk (2005d), these alterations in bone turnover markers indicate that cadmium exposure at the stage of intensive skeletal development leads to low bone turnover and induces high bone turnover due to enhanced resorption at the stage of consolidation of bone mass and at skeletal maturity.

Decreased calcium content of bone and increased urinary calcium excretion are common findings in intermediate- and chronic-duration studies in the 0.2–8 mg Cd/kg/day range (Brzóska and Moniuszko-Jakoniuk 2005d; Kawamura et al. 1978; Nogawa et al. 1981b; Pleasants et al. 1992; Watanabe et al. 1986).  In contrast, Kotsonis and Klaassen (1978) reported no change in bone calcification after a 24-week exposure via drinking water at 8 mg/kg/day, and Kelman et al. (1978) reported no significant change in stable or radiolabeled calcium in any maternal rat tissues from a 3.8 mg/kg/day in drinking water for 22 days during gestation.

Gender, age, and nutritional state appear to influence cadmium toxicity on bone.  In the series of experiments conducted by Brzóska and associates, alterations in bone mineral density and the mechanical strength of the lumbar spine and femur were observed in female rats exposed to ≥0.2 mg Cd/kg/day and in male rats at 0.5 mg Cd/kg/day (Brzóska and Moniuszko-Jakoniuk 2005a, 2005b, 2005d; Brzoska et al. 2005a, 2005c); no adverse bone effects were observed in males exposed to 0.2 mg Cd/kg/day.  In the Ogoshi et al. (1989) study, decreases in the mechanical strength of the femur bone were observed in young rats (21 days of age) exposed to 0.8 mg Cd/kg/day for 4 weeks; however, no alterations in bone strength were observed in adult (24 weeks of age) or elderly (1.5 years of age) rats exposed to cadmium doses as high as 25.6 mg Cd/kg/day for 4 weeks.  Adverse effects on bone are exacerbated by a calcium-deficient diet (Itokawa et al. 1974; Kimura et al. 1974; Larsson and Piscator 1971; Wang and Bhattacharyya 1993; Wang et al. 1994), by ovariectomy (Bhattacharyya et al. 1988c), or by multiple rounds of gestation and lactation (Bhattacharyya et al. 1988b).

**Hepatic Effects.**    Liver damage is not usually associated with oral cadmium exposure, except at very high levels of exposure.  In humans, a fatal dose of cadmium can cause pronounced liver damage (Buckler et al. 1986; Wisniewska-Knypl et al. 1971).  Nishino et al. (1988) reported increased serum concentrations of the urea-cycle amino acids among individuals exposed to cadmium in the diet, and that these levels reflected liver as well as kidney damage.  No cadmium-related alterations in liver biomarkers including serum levels of alkaline phosphatase, alanine aminotransferase, aspartate aminotransferase,

lactate dehydrogenase, and γ-glutamyl transpeptidase were observed in women living in cadmium nonpolluted areas in Japan (Ikeda et al. 1997, 2000).  No other studies were located regarding hepatic effects in humans after oral exposure to cadmium.

Hepatic effects have been found in rats, mice, and rabbits after oral cadmium exposure.  Acute exposure via gavage at doses of 30–138 mg/kg/day causes liver necrosis in most studies (Andersen et al. 1988; Basinger et al. 1988; Borzelleca et al. 1989; Shimizu and Morita 1990), although histopathologic evidence of liver damage was not seen in one study at a gavage dose of 150 mg/kg (Kotsonis and Klaassen 1977).  Exposure of rats for 10 days to drinking water containing 13.9 mg Cd/kg/day was without effect on the liver (Borzelleca et al. 1989).  Depletion of liver glutathione by fasting increases the liver necrosis following acute oral exposure to cadmium in rats (Shimizu and Morita 1990).

In a 10-week study, male Rhesus monkeys exposed to 4 mg/kg/day cadmium chloride via gavage, had a significant decrease in glutathione peroxidase in liver, kidney, heart, and lung in the following order: liver>kidney>heart>lung; a significant decrease in glutathione S-transferase (GST) activity towards 1-chloro-2,4-dinitrobenzene in all four organs in the following order:  liver>lung>kidney>heart; and a significant increase in GST activity towards ethacrynic acid in all four organs in the following order: heart>lung>kidney>liver (Sidhu et al. 1993).  Intermediate-duration exposure causes histopathologic changes in the liver (e.g., necrosis of central lobules, focal hepatic fibrosis, biliary hyperplasia) at doses of 1.6–15 mg/kg/day (Cha 1987; Gill et al. 1989b; Miller et al. 1974a; Renugadevi and Prabu 2010; Schroeder et al. 1965; Stowe et al. 1972; Wilson et al. 1941), and metabolic alterations (e.g., decreased cytochrome c oxidase activity in mitochondria, increased ALT and AST activities) at doses of 0.05– 10 mg/kg/day (Groten et al. 1990; Muller and Stacey 1988; Muller et al. 1988; Renugadevi and Prabu 2010; Sporn et al. 1970; Steibert et al. 1984; Tewari et al. 1986b).  Decreased relative liver weight to body weight has also been reported in male rats fed 5.95 mg/kg/day for 6 weeks (Kozlowska et al. 1993).

Hypertriglyceridemia was observed in male rats exposed to 18 mg Cd/kg/day as cadmium chloride in the drinking water for 8 weeks (Larregle et al. 2008); the increase in plasma triglycerides was likely due to a decrease in lipoprotein lipase activity (key enzyme in triglyceride hydrolysis).  A significant increase in liver triglyceride level was also observed; this increase was attributed to increased triglyceride synthesis.

Other intermediate and chronic duration studies have not found liver effects in animals following oral exposure.  These studies include a daily gavage exposure of 14 mg/kg/day for 6 weeks in rats (Hopf et al. 1990), a 3-month exposure to cadmium in food at 3 mg/kg/day in rats (Loeser and Lorke 1977a), a

24-week exposure to cadmium in water at 8 mg/kg/day in rats (Kotsonis and Klaassen 1978), and a 3-month exposure in food at 0.75 mg/kg/day in dogs (Loeser and Lorke 1977b). Kopp et al. (1982) report no hepatic effects from a chronic exposure of 18 months to cadmium in water at 0.65 mg/kg/day in rats.

**Renal Effects.**    Numerous studies indicate that the kidney is the primary target organ of cadmium toxicity following extended oral exposure, with effects similar to those seen following inhalation exposure (see Section 3.2.1.2). Most of the data involves chronic exposure to cadmium; two case reports involving acute exposure to large doses of cadmium also found kidney effects. In two fatal cases of oral cadmium poisoning, anuria was present in one individual who ingested 25 mg/kg cadmium as cadmium iodide. Damage to the kidneys was reported at autopsy, but was not further specified (Wisniewska-Knypl et al. 1971). The kidneys were reported as normal at autopsy in an individual who died 2 days after ingesting 1,840 mg/kg cadmium (Buckler et al. 1986).

Several studies have found associations between increased mortality and renal dysfunction in residents living in cadmium polluted areas. Significant increases in SMRs were found in residents living in cadmium polluted areas of Japan with elevated levels of biomarkers of renal dysfunction (Arisawa et al. 2001, 2007b; Iwata et al. 1991a, 1991b; Matsuda et al. 2002; Nakagawa et al. 1993; Nishijo et al. 1995, 2004a, 2006). Among the studies that examined cause of death, significant increases in deaths from renal diseases were found in the residents that were categorized as biomarker-positive (urinary levels of the renal biomarker was higher than the cut-off value); the cut-off values used were $\beta$2-microglobulin $\geq$1,000 $\mu$g/g creatinine (Arisawa et al. 2001, 2007b; Iwata et al. 1991a, 1991b; Nakagawa et al. 1993; Nishijo et al. 2004a, 2006) or retinol binding protein $\geq$4 mg/L (Nishijo et al. 1995). Other studies have found that mortality increased in proportion to the renal biomarker level ($\beta$2-microglobulin, protein, or glucose) (Iwata et al. 1991a, 1991b; Matsuda et al. 2002; Nakagawa et al. 1993; Nishijo et al. 2004a, 2006). Increases in mortality from renal diseases have also been observed among populations living in cadmium polluted areas of Belgium (Lauwerys and De Wals 1981) and England (Inskip et al. 1982); however, statistical analysis was not reported in the Belgium study and the increase in renal disease was not statistically significant in the other study. In a nationwide study in Japan, no significant associations between the levels of cadmium in brown rice and deaths from all causes or age-adjusted renal insufficiency mortality rate were found (Koizumi et al. 2010).

Elevated levels of several biomarkers of renal dysfunction and/or associations between cadmium burden and these biomarkers have been found in studies of populations living in cadmium nonpolluted areas of Japan (Ezaki et al. 2003; Ikeda et al. 1999; Suwazono et al. 2000; Oo et al. 2000; Uno et al. 2005;

Yamanaka et al. 1998), South Korea (Hwangbo et al. 2011), Belgium (Buchet et al. 1990; Roels et al. 1981a), and the United States (Ferraro et al. 2010; Noonan et al. 2002) and in populations living in cadmium polluted areas of China (Cai et al. 1990, 1992, 1998; Jin et al. 2002, 2004a, 2004c; Nordberg et al. 1997; Wu et al. 2001), Japan (Cai et al. 2001; Hayano et al. 1996; Horiguchi et al. 2010; Ishizaki et al. 1989; Izuno et al. 2000; Kawada et al. 1992; Kido and Nogawa 1993; Kobayashi et al. 2002b, 2009b; Monzawa et al. 1998; Nakadaira and Nishi 2003; Nakashima et al. 1997; Nogawa et al. 1989; Osawa et al. 2001; Watanabe et al. 2002), Thailand (Honda et al. 2010; Teeyakasem et al. 2007), Sri Lanka (Bandara et al. 2010), Sweden (Järup et al. 2000; Olsson et al. 2002), and Poland (Trzcinka-Ochocka et al. 2004).  Most of these studies did not estimate cadmium intake; rather, exposure was characterized based on the levels of cadmium in rice, blood, or urine.  The oral route is assumed to be the primary route of exposure, although the inhalation route, particularly in smokers, may have contributed to the overall cadmium body burden.  The epidemiology data are summarized in Table 3-7 and brief discussions of the better designed studies providing valuable dose-response data follows.

Buchet et al. (1990) examined 1,699 non-occupationally exposed males and females (aged 20–80 years) living in Belgium.  Urinary cadmium levels significantly correlated with urinary β2-microglobulin, retinol binding protein, NAG, amino acid, and calcium levels; the partial $r^2$ values were 0.0036, 0.0210, 0.0684, 0.0160, and 0.0168, respectively.  The probability that individuals would have abnormal values for the renal biomarkers (defined as >95th percentile for subjects without diabetes or urinary tract diseases and who did not regularly take analgesics) was estimated using logistic regression models with adjustments for age, gender, smoking, disease, and use of analgesics.  It was estimated that >10% of β2-microglobulin, retinol binding protein, amino acid, and calcium values would be abnormal when 24-hour urinary cadmium levels were >3.05, 2.87, 2.74, 4.29, or 1.92 μg/24 hour, respectively.

Järup et al. (2000) examined 1,021 individuals living near a nickel-cadmium battery plant in Sweden for at least 5 years (n=799) or employed as battery workers (n=222).  The mean urinary cadmium levels were 0.81 and 0.65 μg/g creatinine in males and females, respectively.  Urinary cadmium levels were significantly associated with urinary human complex-forming glycoprotein (pHC; also referred to as α1-microglobulin) levels, after adjustment for age.  The relationship remained statistically significant after removal of the cadmium workers from the analysis.  The prevalence of abnormal pHC values (defined as exceeding the 95th percentile in a Swedish reference population; >7.1 and 5.3 mg/g creatinine for males and females, respectively) was estimated to increase by 10% at urinary cadmium levels of 1 μg/g creatinine.  The European Chemicals Bureau (2007) recalculated the probability of HC proteinuria (using the raw data from Järup and associates) to account for the differences in age of the reference

**Table 3-7. Summary of Human Studies Examining Renal Effects**

| Population studied | Mean urinary cadmium level | Effect biomarker | Results | Reference |
|---|---|---|---|---|
| General population (Japan) 10,753 females; 35–60 years old | 1.26 µg/g creat. | β2M pHC | Significant correlation between urinary cadmium and effect biomarkers; however, no significant relationship was established when age was factored into analysis. | Ezaki et al. 2003 |
| General population (Japan) 470 nonsmoking females | 2.1 µg/g creat. | β2M pHC | Significant correlation between urinary cadmium (not corrected for creat.) and pHC and β2M. | Ikeda et al. 1999 |
| General population (Japan) 1,105 males, 1,648 females; >50 years old | 1.8 µg/g creat. (M) 2.4 µg/g creat. (F) | β2M Total protein NAG | Significant correlation between urinary cadmium and protein and β2M. Dose-response relationship between urinary cadmium and prevalence of abnormal effect biomarker levels. | Suwazono et al. 2000 |
| General population (Japan) 568 males, 742 females; ≥50 years old | 2.2–3.4 µg/L (M) 2.8–3.9 µg/L (F) | total protein NAG β2M | Significant correlation (with age adjustment) between urinary cadmium and effect biomarkers. | Oo et al. 2000 |
| General population (Japan) 558 males, 743 females; ≥50 years old | 1.3 µg/g creat. (M) 1.3 µg/g creat. (F) | β2M total protein NAG | Significant correlation between urinary cadmium and effect biomarkers (NAG was only significant in females). Dose-response relationship between urinary cadmium and prevalence of abnormal effect biomarker levels. | Yamanaka et al. 1998 |
| General population (Japan) 410 males, 418 females; 40–59 years old | 0.8 µg/g creat. (M) 1.8 µg/g creat. (F) (median levels) | β2M protein NAG | Significant associations between urinary cadmium and effect biomarkers (protein only significant in males). Dose-response relationship between urinary cadmium and prevalence of abnormal effect biomarker levels. | Uno et al. 2005 |
| General population (South Korea) 955 males, 954 females; ≥20 years of age | | Glomerular filtration rate | Significant association between elevated blood cadmium levels and decreased glomerular filtration rate in females only. | Hwangbo et al. 2011 |

**Table 3-7. Summary of Human Studies Examining Renal Effects**

| Population studied | Mean urinary cadmium level | Effect biomarker | Results | Reference |
|---|---|---|---|---|
| General population (Belgium) 175 females; mean age 81.1–82.3 years old | 0.040–0.093 µg/hour | β2M protein amino acids albumin | Dose-response relationship between urinary cadmium and urinary protein and amino acids; significant relationship with β2M and albumin only in the two areas with highest urinary cadmium levels. | Roels et al. 1981a |
| General population (Belgium) 1,699 males, females; 20–80 years old | | β2M protein NAG amino acids calcium | Significant correlation between urinary cadmium and effect biomarkers. Dose-response relationship between urinary cadmium and prevalence of abnormal effect biomarker levels. | Buchet et al. 1990 |
| General population (United States) 88 males, 71 females; 6–17 years old; 71 males, 80 females; ≥18 years old | 0.07 µg/g creat. (M, child) 0.08 µg/g creat. (F, child) 0.24 µg/g creat. (M, adult) 0.23 µg/g creat. (F, adult) | β2M NAG AAP albumin | No significant associations (after correction for age, sex) between urinary cadmium and effect biomarkers in children. Significant association (after age and gender adjustment) between urinary cadmium and NAG and AAP in adults. Dose-response relationship between urinary cadmium and NAG and AAP. | Noonan et al. 2002 |
| General population (United States) 2,644 males, 2,782 females ≥20 years old (data from NHANES 1999–2006) | 0.29 µg/g creat. | albumin | Significant association (after age, gender, race/ethnicity, and BMI adjustment) between urinary cadmium >1 µg/g creatinine and urinary albumin to creatinine ratio of >20 mg/g (males) or 30 mg/g (females). | Ferraro et al. 2010 |
| Residents in cadmium-polluted area (China) 433 males and females | 11.27 µg/g creat. | β2M NAG | Significantly higher effect biomarkers levels. | Cai et al. 1990, 1992 |
| Residents in cadmium-polluted area (China) 219 males and females | | β2M | Significant dose-response relationship between urinary cadmium, blood cadmium, and cumulative Cd intake and β2M; prevalence of abnormal values. | Cai et al. 1998 |

**Table 3-7. Summary of Human Studies Examining Renal Effects**

| Population studied | Mean urinary cadmium level | Effect biomarker | Results | Reference |
|---|---|---|---|---|
| Residents in cadmium-polluted area (China) 118 males, 170 females in high exposure group 80 males, 158 females in moderate exposure group | High: 11.18 µg/g creat. Mod.: 3.55 µg/g creat. | $\beta$2M RBP albumin | Significant correlation between urinary cadmium and effect biomarkers. Dose-response relationship between urinary cadmium and prevalence of abnormal effect biomarker levels. | Jin et al. 2002 |
| Residents in cadmium-polluted area (China) 118 males, 170 females in high exposure group 80 males, 158 females in moderate exposure group | | $\beta$2M NAG NAG-B RBP albumin | Dose-response relationship between urinary cadmium and prevalence of abnormal effect biomarker levels. | Jin et al. 2004c |
| Residents in cadmium-polluted area (China) 66 males, 22 females | 9.12 µg/g creat. | $\beta$2M NAG albumin | Dose-response relationship between urinary cadmium and prevalence of abnormal effect biomarker levels. | Jin et al. 2004a |
| Residents in cadmium-polluted area (China) 120 males, 127 females in high exposure group 125 males, 122 females in moderate exposure group | High: 9.40 µg/L (M) 12.13 µg/L (F) Mod.: 1.28 µg/L (M) 2.05 µg/L (F) | $\beta$2M albumin | Dose-response relationship between urinary cadmium and prevalence of abnormal effect biomarker levels. | Nordberg et al. 1997 |
| Residents in cadmium-polluted area (China) 122 males, 125 females | 6.1 µg/g creat. (M) 7.5 µg/g creat. (F) | $\beta$2M NAG calcium | Effect biomarkers significantly higher than controls. Dose-response relationship between urinary cadmium and effect biomarkers. | Wu et al. 2001 |
| Residents in cadmium-polluted area (Japan) 127 males; mean age 72.1–73.6 years old | 6.8–6.9 µg/g creat. | $\beta$2M | Higher prevalence of abnormal effect biomarkers compared to controls. | Cai et al. 2001 |

**Table 3-7. Summary of Human Studies Examining Renal Effects**

| Population studied | Mean urinary cadmium level | Effect biomarker | Results | Reference |
|---|---|---|---|---|
| Residents in cadmium-polluted area (Japan) 1,178 females | 3.16–4.08 µg/g creat. | $\beta 2M$ | No significant association between urinary cadmium and effect biomarkers. | Horiguchi et al. 2004 |
| Residents in cadmium-polluted area (Japan) 82 males, 56 females | | $\beta 2M$ | Significant association between cadmium intake and effect biomarkers in males only. | Izuno et al. 2000 |
| Residents in cadmium-polluted area (Japan) 634 males, 411 females | | Protein | Significant association between cadmium intake and increased prevalence of abnormal levels of urinary protein in males. | Kobayashi et al. 2002a; Watanabe et al. 2002 |
| Residents in cadmium-polluted area (Japan) 1,419 males, 1,745 females | 4.6 µg/g creat. (M) 7.2 µg/g creat. (F) | Potassium sodium | Significantly higher urinary potassium levels, compared to controls. Significant correlation between urinary potassium and urinary cadmium and $\beta 2M$. Urinary sodium not significantly different than controls and not correlated with urinary cadmium. | Monzawa et al. 1998 |
| Residents in cadmium-polluted area (Japan) 44 males, 54 females | 2.69 µg/g creat. (M) 4.68 µg/g creat. (F) | $\beta 2M$ pHC NAG protein inorganic phosphorus | Significant correlation between urinary cadmium and effect biomarkers (except $\beta 2M$ in males). | Nakadaira and Nishi 2003 |
| Residents in cadmium-polluted area (Japan) 832 males, 871 females | | $\beta 2M$ protein amino nitrogen | Significant correlation between cadmium concentration in rice and effect biomarkers. Dose-response relationship between cadmium levels in rice and prevalence of abnormal $\beta 2M$ (males) and protein (females) levels. | Nakashima et al. 1997 |
| Residents in cadmium-polluted area (Japan) 826 males, 641 females | | Protein | Dose response relationship between cadmium levels in rice and prevalence of abnormal effect biomarker levels. | Osawa et al. 2001 |
| Residents in cadmium-polluted area (Japan) 878 males, 972 females | | $\beta 2M$ | Dose response relationship between cadmium in rice and effect biomarkers. | Nogawa et al. 1989 |

APPX ATT_V6_3527

## Table 3-7.  Summary of Human Studies Examining Renal Effects

| Population studied | Mean urinary cadmium level | Effect biomarker | Results | Reference |
|---|---|---|---|---|
| Residents in cadmium-polluted area (Japan) 1,424 males, 1,754 females | 4.56 µg/g creat. (M) 7.15 µg/g creat. (F) | β2M | β2M significantly higher than controls. Dose-response relationship between urinary cadmium and prevalence of abnormal β2M levels. | Ishizaki et al. 1989 |
| Residents in cadmium-polluted area (Japan) 878 males, 972 females | | β2M | Dose response relationship between cadmium in rice and prevalence of abnormal β2M levels. | Kido and Nogawa 1993 |
| Residents in cadmium-polluted area (Japan) 1,403 males, 1,716 females; ≥50 years old | 4.56 µg/g creat. (M) 7.15 µg/g creat. (F) | β2M | Dose response relationship between urinary cadmium and prevalence of abnormal β2M levels. | Hayano et al. 1996 |
| Residents in cadmium-polluted area (Japan) 120 males, 280 females | 1.78 µg/g creat. (M) 2.27 µg/g creat. (F) | NAG | Significant correlation between urinary cadmium and NAG. | Kawada et al. 1992 |
| Residents in cadmium-polluted area (Japan) 129 females; 34–74 years of age | 6.30 µg/g creat. | β2M | Significant correlation between urinary cadmium and β2M. | Horiguchi et al. 2010 |
| Residents in cadmium-polluted area (Thailand) 58 males, 70 females | 12 µg/g creat. | β2M pHC NAG protein albumin | Significant correlation between urinary cadmium and effect biomarkers. Dose-response relationship between urinary cadmium and prevalence of abnormal β2M levels. | Teeyakasem et al. 2007 |
| Residents in cadmium-polluted area (Thailand) 307 males, 488 females; >30 years of age | 5.3 µg/g creat. (M) 5.8 µg/g creat. (F) | β2M NAG | Dose-response relationship between urinary cadmium and prevalence of abnormal β2M levels (≥1,000 µg/g creatinine) in females and NAG (≥9 IU/g creatinine) in males and females. | Honda et al. 2010 |
| Residents in cadmium-polluted area (includes occupationally exposed subjects (Sweden) | 0.81 µg/g creat. (M) 0.66 µg/g creat. (F) | pHC | Linear relationship between urinary cadmium and pHC (relationship remained significant after removal of occupationally exposed subjects. | Järup et al. 2000 |

CADMIUM                                                                    154

3. HEALTH EFFECTS

**Table 3-7. Summary of Human Studies Examining Renal Effects**

| Population studied | Mean urinary cadmium level | Effect biomarker | Results | Reference |
|---|---|---|---|---|
| Residents in cadmium-polluted area (Sweden) 57 males, 48 females | 0.26 µg/g creat. | β2M protein HC NAG albumin | Significant correlation between urinary and blood cadmium and effect biomarkers. β2M clearance was significantly explained by urinary cadmium levels. | Olsson et al. 2002 |
| Residents in cadmium-polluted area (Poland) 44 males, 128 females only exposed as adults 72 males, 64 females exposed as children | 0.97 µg/g creat. (childhood exposure) 2.23 µg/g creat. (adult exposure) | β2M RBP NAG NAG-A NAG-B albumin | In childhood exposure group, significant correlations between urinary cadmium and β2M, RBP, and albumin. In adult exposure group, significant correlations between urinary cadmium and all effect biomarkers. | Trzcinka-Ochocka et al. 2004 |

AAP = alanine aminopeptidase; β2M = β2-microglobulin; creat. = creatinine; BMI = body mass index; F = female; M = male; Mod. = moderate; NAG = N-acetyl-β-glucosaminidase; NHANES = National Health and Nutrition Examination Survey; pHC = human complex-forming glycoprotein, also referred to as α1M; RBP = retinol binding protein

population (mean of 40 years) and study population (mean of 53 years).  Based on these recalculations, the urinary cadmium level associated with a 10% increased probability of abnormal pHC values (20% total probability) was 2.62 μg/g creatinine for the total population.  In the environmental exposed subgroup, a urinary cadmium level of 0.5 μg/g creatinine was associated with a 13% probability (doubling of the probability in reference population) of abnormal pHC values.

Noonan et al. (2002) examined residents in Pennsylvania living near a defunct zinc smelting facility (geometric mean urinary cadmium level of 0.14 μg/g creatinine) and a reference community located 10 miles from the facility (geometric mean urinary cadmium levels of 0.12 μg/g creatinine).  The data from the two communities were pooled because there were no differences in urinary cadmium levels between them.  β2-microglobulin, NAG, alanine aminopeptidase (AAP), and albumin levels were measured as biomarkers of renal dysfunction.  The geometric mean urinary cadmium levels were 0.07 and 0.08 μg/g creatinine in 88 males and 71 females aged 6–17 years and 0.24 and 0.23 μg/g creatinine in 71 males and 80 females aged ≥18 years.  No significant correlations between urinary cadmium levels and renal biomarkers were observed in the children, after adjustment for creatinine, age, and gender.  In adults, significant correlations (after adjustment for creatinine, age, gender, smoking, and self-reported diabetes or thyroid disease) between urinary cadmium and NAG (partial correlation coefficient of 0.20, 95% CI of 0.05–0.36) and AAP (partial correlation coefficient of 0.21 and 95% CI of 0.05–0.36) were observed.  Significant dose-effect relationships were also found for these two biomarkers.  Urinary cadmium levels were not significantly associated with elevated levels of β2-microglobulin or albumin.

Nogawa et al. (1980) examined 878 males and 972 females aged ≥50 years living in the Kakehashi River basin in Japan; the Kakehashi River, cadmium polluted from an upstream mine, was used to irrigate rice fields.  β2-Microglobulin measured in morning urine samples was used as a biomarker of renal dysfunction and cadmium intake was estimated from rice samples collected in 1974.  Cadmium levels in rice were considered to be representative of cadmium intake because over 70% of the total cadmium intake has been shown to come from rice.  Cadmium in the rice ranged from 0.10 to 0.69 μg/g. β2-Microglobulin levels were significantly higher in the study population compared to a reference population of 113 males and 161 females living in a nearby area.  A significant dose-related association between total cadmium intake and prevalence of abnormal β2-microglobulin values (defined as β2-microglobulin levels of ≥1,000 μg/g creatinine) was found.  The total cadmium intake, which resulted in a prevalence of abnormal β2-microglobulin levels equal to the control group, was 1,678 mg in males (prevalence in controls was 6.0%) and 1,763 mg in females (prevalence in controls was 5.0%).  A further analysis of the exposed subjects (Hochi et al. 1995) found that the prevalence of abnormal

β2-microglobulin levels (using a cut-off level of 1,000 μg/g creatinine) exceeded the prevalence in the reference population when cadmium intake was ≥2 g and the subjects were divided into subgroups by age. The prevalence of abnormal β2-microglobulin levels at a given cadmium intake increased with age.

Yamanaka et al. (1998) examined 558 males and 743 females aged ≥50 years living in a cadmium nonpolluted area in Japan. Urinary cadmium level was used as a biomarker of exposure and urinary β2-microglobulin, total protein, and NAG as biomarkers of renal dysfunction. The geometric mean urinary cadmium levels were 1.3 and 1.3 μg/g creatinine in males and females, respectively. Significant correlations (after adjustment for age) between urinary cadmium levels and total protein, β2-microglobulin, and NAG were found. Abnormal levels of renal biomarkers were defined as exceeding the 84% upper limit value calculated from a referent group of 2,778 non-exposed individuals; the cut-off values were 124.8 and 120.8 mg/g creatinine for total protein in males and females, 492 and 403 μg/g creatinine for β2-microglobulin, and 8.0 and 8.5 U/g creatinine for NAG. Dose-response relationships between urinary cadmium levels and prevalence of abnormal levels of β2-microglobulin, total protein, and NAG were found. The odds ratios (95% CI) were 6.589 (3.383–12.833), 3.065 (1.700–5.526), and 1.887 (1.090–3.268) for protein, β2-microglobulin, and NAG in males and 17.486 (7.520–40.660), 5.625 (3.032–10.435), and 2.313 (1.399–3.824) for protein, β2-microglobulin, and NAG in females.

Another study of residents living in a cadmium nonpolluted area of Japan examined 346 males and 529 females from one area (area A) and 222 males and 413 females in another area (area B); all subjects were ≥50 years of age and were not occupationally exposed to heavy metals (Oo et al. 2000). The geometric mean urinary cadmium levels were 2.2 and 2.8 μg/L in males and females in area A and 3.4 and 3.9 μg/L in area B. Significant correlations (with adjustment for age) were found between urinary cadmium and urinary levels of protein, β2-microglobulin (not significant in males in area B) and NAG levels. A significant association between urinary cadmium levels and the prevalence (cut-off levels from same referent population as Yamanaka et al. 1998) of abnormal levels of urinary protein (cut-off level of 113.8 and 96.8 μg/L in males and females), β2-microglobulin (378 and 275 μg/L) (only significant in females in area A), and NAG (8.0 and 7.2 μg/L). The odds ratios (95% CI) for an increase in prevalence of abnormal renal biomarkers were 8.810 (3.401–22.819) and 11.282 (3.301–38.362) for protein in males in areas A and B, respectively, 8.234 (3.696–18.343) and 23.901 (8.897–64.210) for protein in females in areas A and B; 2.558 (1.246–5.248) for β2-microglobulin in females in area A; 47.944 (14.193–161.954) and 9.940 (3.153–31.340) for NAG in males in areas A and B; and 72.945 (21.873–243.263) and 25.374 (9.452–68.117) for NAG in females in areas A and B.

In a re-examination of the populations studied by Yamanaka et al. (1998) and Oo et al. (2000), Suwazono et al. (2000) measured cadmium levels in blood and urine and urinary levels of total protein, $\beta2$-microglobulin, and NAG in 1,105 males and 1,648 females over the age of 50 years.  The geometric mean concentrations of cadmium in urine were 1.8 and 2.4 μg/g creatinine in males and females, respectively, and blood cadmium levels were 2.0 and 1.8 ng/g in males and females.  After adjustment for age, significant associations between urinary cadmium levels and urinary protein and $\beta2$-microglobulin in males and females were found.  Additionally, blood cadmium levels were significantly associated with urinary protein and NAG levels in males and urinary protein, $\beta2$-microglobulin, and NAG levels in females.  Cut-off levels (defined as the 84% upper limit values from 424 male and 1,611 female nonsmoking subjects) of 157.4 and 158.5 mg/g creatinine for protein in males and females, respectively, 507 and 400 μg/g creatinine for $\beta2$-microglobulin in males and females, respectively, and 8.2 and 8.5 μg/g creatinine for NAG in males and females, respectively, were used to evaluate the prevalence of abnormal levels of renal biomarkers.  Logistic regression analysis demonstrated significant associations between urinary cadmium levels and increased prevalence of abnormal levels of total protein (odds ratio of 3.923, 95% CI of 2.2028–7.590) and $\beta2$-microglobulin (odds ratio of 2.259, 95% CI of 1.372–3.717) in males; in females, significant associations were found for total protein (odds ratio of 7.763; 95% CI of 4.231–14.243), $\beta2$-microglobulin (odds ratio of 2.259, 95% CI of 1.879–4.281), and NAG (odds ratio of 1.882, 95% CI of 1.311–2.702).  For blood cadmium levels, the only significant association found was for an increased prevalence of abnormal total protein levels in females (odds ratio of 3.490, 95% CI of 1.661–7.331).

Jin et al. (2002) examined three populations living various distances from a nonferrous metal smelter.  The geometric mean levels of urinary cadmium were 11.18 and 12.86 μg/g creatinine in males (n=294) and females (n=171) in the highly polluted area, 3.55 and 4.45 μg/g creatinine in males (n=243) and females (n=162) in the moderately polluted area, and 1.83 and 1.79 μg/g creatinine in males (n=253) and females (n=155) in the control area.  Significant correlations were found between urinary (and blood) cadmium levels and renal biomarkers ($\beta2$-microglobulin, retinol binding protein, and albumin).  Cut-off values for $\beta2$-microglobulin, retinol binding protein, and albumin of 300 μg/g creatinine, 300 μg/g creatinine, and 15 mg/g creatinine, respectively, were used to assess possible dose-response relationships (no additional information was provided); although 300 μg/g creatinine was reported as the cut-off values for $\beta2$-microglobulin, subsequent analysis of this data set (Jin et al. 2004c) reported a cut-off value of 800 μg/g creatinine.  Significant dose-response relationships between urinary (and blood) cadmium and the prevalence of abnormal levels of renal markers of kidney dysfunction were found.

Unlike the studies discussed above, Hellström et al. (2001) used the incidence of renal replacement therapy (dialysis or kidney transplantation) as an indicator of renal dysfunction, in particular, end-stage renal disease. Residents of Kalmar County, Sweden were divided into four exposure groups: high exposure (workers at cadmium battery production facility), moderate (residents living within 2 km of the cadmium battery facility), low (residents living between 2 and 10 km of the facility), and no exposure (residents living at least 10 km from the facility); all subjects were 20–79 years of age. The Mantel-Haenszel rate ratio (MH-RR) for renal replacement therapy in the cadmium exposed group was 1.8 (95% CI 1.3–2.3); among the environmentally exposed group, the MH-RR was 1.7 (95% CI 1.3–2.3). The age SRRs were 1.9 (95% CI 1.3–2.5) and 1.9 (95% CI 1.2–2.6) for subjects in the moderate exposure group aged 20–79 years or 40–79 years, respectively. The trend for increasing MH-RR with increasing exposure was statistically significant. The age SRRs were not significantly elevated in the low exposure group. The investigators noted that the causes of end stage renal disease were similar in the cadmium exposed and unexposed groups. When only primary renal diseases (excludes renal failure secondary to diabetes or vascular or systemic diseases) were considered, the MH-RR was 1.7 (95% CI 1.1–2.6) for all cadmium exposed individuals and 2.1 (95% CI 1.4–3.2) for cadmium exposed individuals aged 40–79 years. Although urinary cadmium levels were not assessed in this study, other studies in this area found mean urinary cadmium levels of 1.0 and 0.46 μg/g creatinine in residents living within 0.5 and 0.5–1 km, respectively, of the battery facility (Järup et al. 1995a) and 0.38 and 0.55 μg/g creatinine in men and women, respectively, living in the contaminated area (Alfvén et al. 2000). Ferraro et al. (2011) and Swaddiwudhipong et al. (2011) used another approach for evaluating kidney damage by examining the association between elevated urinary cadmium levels and kidney stone formation. Using the NHANES survey data from 1988 to 1994, Ferraro et al. (2011) found significantly higher urinary cadmium levels in individuals with a history of kidney stone formation, as compared to individuals without a history of kidney stone formation. However, after adjusting for age, race/ethnicity, BMI, smoking habits, region of residence, and daily intake of calcium and sodium, a significant association was only found in females; the odds ratio of kidney stones was 1,40 (95% CI of 1.06–1.86) among individuals with a urinary cadmium level of >1 μg/g. Swaddiwudhipong et al. (2011) found a significant association between urinary cadmium levels and prevalence of urinary stone formation among adults living in cadmium-contaminated areas of Thailand.

Although there is strong evidence to suggest a relationship between urinary cadmium excretion and excretion of renal biomarkers (particularly low molecular weight proteins such as β2-microglobulin, pHC, and retinol binding protein), there is less agreement about the significance of the early renal changes and the threshold urinary cadmium levels associated with renal damage. Several studies monitoring

CADMIUM                                                                                      159

3.  HEALTH EFFECTS

populations following a decrease in cadmium exposure have attempted to address the question of the reversibility of early renal changes.  In Japan, cadmium-contaminated soil used in rice paddies was replaced resulting in decreasing urinary cadmium levels in residents consuming rice grown in these fields (Cai et al. 2001; Iwata et al. 1993; Kobayashi et al. 2008b; Sato et al. 2010).  Although, cadmium exposure decreased over the same time period, the levels of renal biomarkers increased (Cai et al. 2001; Iwata et al. 1993; Kido et al. 1988; Kobayashi et al. 2008b; Sato et al. 2010) and the prevalence of abnormal values remained higher compared to the reference population (Cai et al. 2001).  Although significant decreases in urinary cadmium levels were observed over time, cadmium burdens still remained high; urinary cadmium levels at the later time periods were 6.03–9.6 µg/g creatinine (Cai et al. 2001; Iwata et al. 1993; Kido et al. 1988).  Kobayashi et al. (2008b) found significant correlations (after adjustment for age) between the amount of time since soil replacement and increases in urinary levels of retinol binding protein, total protein, and glucose (males only).  In contrast, a follow-up study of a portion of the population examined by Buchet et al. (1990) found small, but statistically significant, decreases in urinary cadmium levels and urinary levels of β2-microglobulin, NAG, and retinol binding protein (Hotz et al. 1999).  Urinary cadmium levels in this study (0.6–0.9 µg/g creatinine at baseline and 0.5–0.8 µg/g creatinine at follow up) were much lower than levels in the Japanese studies.  Wu et al. (2008) examined biomarkers of renal dysfunction before (measured in 1995) and after (measured in 1998) remediation in 148 adults living in an area of China with cadmium pollution.  The subjects were divided into two groups based on whether or not they had elevated β2-microglobulin levels in 1995.  Among the subjects with no alteration in β2-microglobulin levels in 1995, there were no significant changes in β2-microglobulin levels in subjects with urinary cadmium levels of <10 µg/g creatinine in 1995 and significant increases in β2-microglobulin levels in the subjects with initial urinary cadmium levels of ≥10 µg/g creatinine.  In the subjects with elevated β2-microglobulin levels in 1995, there were significant decreases in β2-microglobulin in subjects with urinary cadmium levels of <5 µg/g creatinine, no changes in subjects with urinary cadmium levels of 5 µg/g creatinine, and significant increases in β2-microglobulin levels in subjects with urinary cadmium levels of ≥10 µg/g creatinine.  A similar pattern was found for urinary albumin levels, with significant decreases in urinary albumin levels in subjects previously diagnosed with albuminuria and urinary cadmium levels of <5 µg/g creatinine and no changes in urinary albumin levels in subjects with urinary cadmium levels of ≥5 µg/g creatinine.  In subjects without albuminuria in 1995, there were increases at the higher urinary cadmium levels (5 and 20 µg/g creatinine).  Although the data are inconclusive, the results of these studies provide some indication of reversibility of renal damage resulting from substantial decreases in cadmium exposure among subjects exposed to low levels of cadmium.  However, renal damage may continue to progress in subjects initially exposed to higher levels of cadmium.

A number of investigators have examined different approaches to establishing a safe cadmium body burden (as assessed by urinary cadmium levels). Several BMD analyses of data from populations living in cadmium nonpolluted areas in Sweden (Suwazono et al. 2006) or Japan (Kobayashi et al. 2006, 2008a; Suwazono et al. 2011a, 2011b, 2011c; Uno et al. 2005) or cadmium polluted areas in Japan (Shimizu et al. 2006) or China (Jin et al. 2004c) have been conducted. The analyses used urinary cadmium levels as a biomarker of cadmium exposure and the prevalence of abnormal levels of β2-microglobulin, pHC, protein, NAG, retinol binding protein, albumin, or glomerular filtration rate as biomarkers of renal effects. Two approaches were used for BMD modeling: dichotomous variable (Jin et al. 2004c; Kobayashi et al. 2006; Shimizu et al. 2006; Uno et al. 2005) or hybrid (Kobayashi et al. 2008a; Suwazono et al. 2006, 2011a, 2011b, 2011c) approaches. In the dichotomous variable approach, urinary cadmium excretion was divided into categories and the distribution of abnormal values (exceeding the cut-off value) was fit to dichotomous BMD models. As noted by Suwazono et al. (2010), one limitation of this approach is that it does not allow for adjustment for potential covariates, particularly age; additionally, the results may fluctuate depending on the categorization of exposure, number of categories, or dose intervals. The hybrid approach eliminates the categorization of subjects by exposure (e.g., urinary cadmium levels) and is based on a continuous measure of outcome and allows for the adjustment of potential covariates such as age and BMI. As summarized in Table 3-8, the BMDs for urinary cadmium levels vary widely between the studies depending on the renal biomarker and the cut-off level used. For example, when NAG is used as the effect biomarker, the $BMD_{0.05}$ (dose associated with a 5% extra risk) values of 0.64, 12.0–10.8, and 6.36–7.74 µg/g creatinine were calculated by Suwazono et al. (2006), Kobayashi et al. (2006), and Jin et al. (2004c) when the 95% upper limit cut-off value of 3.6, 16.0–16.6, and 15.0 U/g creatinine, respectively, was used. The results of the two BMD approaches were similar when similar cut-off levels were used. The BMDL (95% confidence bound of the BMD) is typically considered a no adverse effect level; the results of these BMD analyses suggest that chronic exposure to cadmium resulting in urinary cadmium levels of 0.3–11.31 or 0.6–11.4 µg/g creatinine would be associated with a 5 or 10% additional risk of renal dysfunction.

Ikeda and associates used regression analysis to predict a threshold urinary cadmium level. Plotting urinary cadmium levels against β2-microglobulin levels taken from published data from populations living in cadmium polluted and non polluted areas of Japan resulted in a distribution shaped like the letter "J". The threshold level was defined as the point of flexion in the "J" shaped curve. In the first investigation (Ikeda et al. 2003b), the point of flexion was estimated as the point of intersection between two regression lines: one with no elevation in β2-microglublin from non-exposed populations and the

## Table 3-8.  Benchmark Dose Estimations of Urinary Cadmium Levels (µg/g Creatinine)

| Study population | Effect biomarker | Response criterion | BMD model | 5% BMR | | 10% BMR | | Reference |
|---|---|---|---|---|---|---|---|---|
| | | | | BMD | BMDL | BMD | BMDL | |
| General population (Sweden) 790 females; 53–64 years old | NAG | 3.6 U/g creat. (95% cut-off)[a] | Profile likelihood method | 0.64 | 0.50 | 1.08 | 0.83 | Suwazono et al. 2006 |
| | pHC | 6.8 mg/g creat. (95% cut-off)[a] | | 0.63 | 0.49 | 1.05 | 0.81 | |
| | Estimated GFR | 78.5 mL/minute (95% cut-off)[a] | | 1.08 | 0.70 | 1.80 | 1.18 | |
| Residents in cadmium-polluted (1,397 males, 1,706 females) and cadmium nonpolluted areas (Japan) (130 males, 159 females); ≥50 years old | β2M | 507 µg/g creat. (M) 400 µg/g creat. (F) (84% cut-off)[b] | Quantal linear model | 1.5 (M) 1.4 (F) | 1.2 (M) 1.1 (F) | 3.1 (M) 2.9 (F) | 2.5 (M) 2.3 (F) | Shimizu et al. 2006 |
| | | 507 µg/g creat. (M) 400 µg/g creat. (F) (84% cut-off)[b] | Log-logistic model | 3.7 (M) 2.6 (F) | 2.9 (M) 1.5 (F) | 5.1 (M) 6.3 (F) | 4.2 (M) 2.7 (F) | |
| | | 994 µg/g creat. (M) 784 µg/g creat. (F) (95% cut-off)[c] | Quantal linear model | 2.3 (M) 1.7 (F) | 1.8 (M) 1.4 (F) | 4.7 (M) 3.5 (F) | 3.7 (M) 2.9 (F) | |
| | | 994 µg/g creat. (M) 784 µg/g creat. (F) (95% cut-off)[c] | Log-logistic model | 4.8 (M) 4.4 (F) | 3.9 (M) 3.2 (F) | 6.3 (M) 6.4 (F) | 5.5 (M) 5.1 (F) | |
| Residents in cadmium-polluted (1,397 males, 1,706 females)[d] and cadmium nonpolluted areas (Japan) (520 males, 700 females); ≥50 years old | β2M | 915.5 µg/g creat. (M) 897.1 µg/g creat. (95% cut-off)[e] | Profile likelihood method | 4.0 (M) 4.0 (F) | 3.5 (M) (3.7 )F) | | | Suwazono et al. 2011b |

**Table 3-8. Benchmark Dose Estimations of Urinary Cadmium Levels (µg/g Creatinine)**

| Study population | Effect biomarker | Response criterion | BMD model | 5% BMR | | 10% BMR | | Reference |
|---|---|---|---|---|---|---|---|---|
| | | | | BMD | BMDL | BMD | BMDL | |
| General population (Japan) 1,114 males, 1,664 females | Protein | 157 mg/g creat. (M) 159 mg/g creat. (F) (84% cut-off)[f] | Log-logistic model | 3.6 (M) 4.8 (F) | 3.1 (M) 4.2 (F) | 5.6 (M) 7.5 (F) | 4.9 (M) 6.6 (F) | Kobayashi et al. 2006 |
| | | 309 mg/g creat. (M) 311 mg/g creat. (F) (95% cut-off)[g] | | 10.6 (M) 8.7 (F) | 6.8 (M) 7.3 (F) | 15.3 (M) 12.0 (F) | 9.6 (M) 9.9 (F) | |
| | β2M | 507 µg/g creat. (M) 400 µg/g creat. (F) (84% cut-off)[f] | | 2.9 (M) 3.8 (F) | 2.4 (M) 3.3 (F) | 5.0 (M) 6.6 (F) | 4.0 (M) 5.5 (F) | |
| | | 994 µg/g creat. (M) 784 µg/g creat. (F) (95% cut-off)[g] | | 6.4 (M) 8.7 (F) | 4.5 (M) 7.3 (F) | 10.2 (M) 12.0 (F) | 7.1 (M) 9.9 (F) | |
| | NAG | 8.2 U/g creat. (M) 8.5 U/g creat. (F) (84% cut-off)[f] | | 4.8 (M) 4.7 (F) | 3.3 (M) 3.7 (F) | 8.3 (M) 8.3 (F) | 5.7 (M) 6.4 (F) | |
| | | 16.0 U/g creat. (M) 16.6 U/g creat. (F) (95% cut-off)[g] | | 12.0 (M) 10.8 (F) | 7.7 (M) 8.5 (F) | 16.4 (M) 14.8 (F) | 10.3 (M) 11.4 (F) | |
| General population (Japan) 1,181 males, 1,748 females | β2M | 492 µg/g creat. (M) 407 µg/g creat. (F) (84% cut-off)[h] | Multiple logistic model | 3.0 (M) 3.4 (F) | 2.7 (M) 3.2 (F) | 5.0 (M) 5.7 (F) | 4.6 (M) 5.4 (F) | Kobayashi et al. 2008a |
| | | 965 µg/g creat. (M) 798 µg/g creat. (F) (97.5% cut-off)[i] | | 4.9 (M) 5.9 (F) | 4.5 (M) 5.6 (F) | 7.4 (M) 8.6 (F) | 6.8 (M) 8.1 (F) | |
| | | 1,000 µg/g creat. | | 5.0 (M) 6.7 (F) | 4.6 (M) 6.3 (F) | 7.5 (M) 9.4 (F) | 6.9 (M) 8.9 (F) | |

**Table 3-8.  Benchmark Dose Estimations of Urinary Cadmium Levels (µg/g Creatinine)**

| Study population | Effect biomarker | Response criterion | BMD model | 5% BMR | | 10% BMR | | Reference |
|---|---|---|---|---|---|---|---|---|
| | | | | BMD | BMDL | BMD | BMDL | |
| General population (Japan) 547 males, 723 females; aged ≥50 years | Protein | 159 mg/g creat. (M) 93 mg/g creat. (F) (95% cut-off)[a] | Profile likelihood method | 2.6 (M) 1.7 (F) | 2.1 (M) 1.5 (M) | | | Suwazono et al. 2011c |
| | β2M | 708 µg/g creat. (M) 415 µg/g creat. (F) (95% cut-off)[e] | | 3.4 (M) 1.7 (F) | 2.6 (M) 1.4 (F) | | | |
| | NAG | 10.7 IU/g creat. (M) 11.1 IU/g creat. (F) (95% cut-off)[j] | | 6.3 (M) 4.3 (F) | 4.1 (M) 3.1 (F) | | | |
| General population (Japan) 410 males, 418 females; 40–59 years old | Protein | 70 mg/g creat. (M) 70 mg/g creat. (F) (84% cut-off)[k] | Quantal linear model | 0.9 (M) 3.2 (F) | 0.6 (M) 1.8 (F) | 1.9 (M) 6.6 (F) | 1.2 (M) 3.6 (F) | Uno et al. 2005 |
| | β2M | 233 µg/g creat. (M) 274 µg/g creat. (F) (84% cut-off)[k] | | 0.5 (M) 0.9 (F) | 0.4 (M) 0.8 (F) | 1.0 (M) 1.8 (F) | 0.7 (M) 1.3 (F) | |
| | NAG | 2.4 U/g creat. (M) 2.5 U/g creat. (F) (84% cut-off)[k] | | 0.3 (M) 0.8 (F) | 0.3 (M) 0.6 (F) | 0.7 (M) 1.6 (F) | 0.6 (M) 1.2 (F) | |
| General population (Japan)[l] 209 males, 215 females; 40–49 years old | Protein | 67.7 mg/g creat. (M) 94.6 mg/g creat. (F) (95% cut-off)[a] | Profile likelihood method | 1.3 (M) 3.2 (F) | 0.9 (M) 1.9 (F) | | | Suwazono et al. 2011a |
| | β2M | 224.5 µg/g creat. (M) 298.9 µg/g creat. (F) (95% cut-off)[a] | | 0.9 (M) 2.2 (F) | 0.7 (M) 1.5 (F) | | | |
| | NAG | 2.2 IU/g creat. (M) 2.1 IU/g creat. (F) (95% cut-off)[a] | | 0.7 (M) 1.3 (F) | 0.6 (M) 0.6 (F) | | | |

### Table 3-8. Benchmark Dose Estimations of Urinary Cadmium Levels (µg/g Creatinine)

| Study population | Effect biomarker | Response criterion | BMD model | 5% BMR | | 10% BMR | | Reference |
|---|---|---|---|---|---|---|---|---|
| | | | | BMD | BMDL | BMD | BMDL | |
| General population (Japan)[j] 201 males, 203 females; 50–59 years | Protein | 94.5 mg/g creat. (M) 92.7 mg/g creat. (F) (95% cut-off)[a] | Profile likelihood method | 1.6 (M) 5.7 (F) | 1.1 (M) 3.4 (F) | | | Suwazono et al. 2011a |
| | β2M | 322.1 µg/g creat. (M) 296.7 µg/g creat. (F) (95% cut-off)[a] | | 1.8 (M) 2.4 (F) | 1.2 (M) 1.8 (F) | | | |
| | NAG | 2.5 IU/g creat. (M) 3.3 IU/g creat. (F) (95% cut-off)[a] | | 1.0 (M) 3.2 (F) | 0.8 (M) 2.3 (F) | | | |
| Residents in cadmium highly polluted area (China) 123 males, 171 females | NAG | 15.0 U/g creat. (95% cut-off)[m] | Quantal linear logistic regression model | 6.36 (M) 7.74 (F) | 5.83 (M) 5.46 (F) | | | Jin et al. 2004c |
| | NAG-B | 4.0 U/g creat. (95% cut-off)[k] | | 4.88 (M) 4.24 (F) | 3.98 (M) 3.70 (F) | | | |
| | β2M | 800 µg/g creat. (95% cut-off)[m] | | 5.86 (M) 9.98 (F) | 4.74 (M) 8.47 (F) | | | |
| Residents in cadmium moderately polluted area (China) 81 males, 162 females | RBP | 0.300 mg/g creat. (95% cut-off)[m] | | 5.99 (M) 9.03 (F) | 4.87 (M) 7.63 (F) | | | |
| | Albumin | 25.0 mg/g creat. (95% cut-off)[m] | | 16.72 (M) 14.42 (F) | 11.18 (M) 11.31 (F) | | | |

[a]95th percentile of effect biomarkers on the "hypothetical" control distribution at a urinary cadmium level of zero.
[b]84% upper limit values from a group of 424 males and 1,611 females who did not smoke and lived in three different cadmium nonpolluted areas.
[c]95% upper limit values from a group of 424 males and 1,611 females who did not smoke and lived in three different cadmium nonpolluted areas.
[d]Same population of residents living in polluted area as Shimizu et al. (2006).
[e]95th percentile calculated by benchmark model at no cadmium exposure (urinary cadmium equal to zero), adjusted to mean age.
[f]84% upper limit value of the target population of people who have not smoked.
[g]95% upper limit value of the target population of people who have not smoked.
[h]84th percentile level in subjects from nonpolluted areas.
[i]97.5th percentile level in subjects from nonpoulluted areas.
[j]95th percentile calculated by benchmark model at no cadmium exposure (urinary cadmium equal to zero), adjusted to mean age in females only.
[k]84% upper limit value of the target population.
[l]Same population as Uno et al. (2005), divided into two age groups.
[m]95% upper limit value from a control group 98 males and 155 females living in a cadmium nonpolluted area.

BMD = benchmark dose; BMDL = lower 95% confidence limit on the benchmark dose; BMR = benchmark response; β2M = β2-microglobulin; creat. = creatinine; F = female; M = male; NAG = *N*-acetyl-β-D-glucosaminidase; NAG-B = *N*-acetyl-β-D-glucosaminidase's isoform B; RBP = retinol binding protein

other when β2-microglobulin was >400 or >1,000 µg/g creatinine using data from exposed populations.
Although no specific data were given for the two populations, the investigators noted that the highest
urinary cadmium levels in the non-exposed populations were 5.6 and 3.6 µg/g creatinine in females and
males, respectively.  The points of intersection of the regression lines were 11.0 and 11.7 µg/g creatinine
in females using the >400 and 1,000 µg/g creatinine criteria, respectively, and 10.0 and 11.0 µg/g
creatinine in males.  The second investigation also used published data on Japanese populations living in
polluted and nonpolluted areas (Ikeda et al. 2005b).  The urinary cadmium levels ranged from 0.2 to
7.8 µg/g creatinine and from 0.8 to 31.6 µg/g creatinine in the nonpolluted and polluted areas,
respectively, and the data for the two populations were combined.  Plotting urinary cadmium levels
against β2-microglobulin levels showed that there was a marked increase in β2-microglobulin levels
(levels exceeded 1,000 µg/g creatinine) when urinary cadmium levels exceeded 4 µg/g creatinine.  The
urinary cadmium levels at the point of intersection of the regression line for urinary cadmium levels of
≤2 or ≤5 µg/g creatinine was 6.7 and 6.7 µg/g creatinine using ordinary scales and 3.7 and 3.7 µg/g
creatinine using double logarithmic scales.  These urinary cadmium levels corresponded to β2-micro-
globluin levels of 139 and 267 µg/g creatinine with the ordinary scales and 118 and 118 µg/g creatinine
using the double logarithmic scales.  Using these regression equations and a critical β2-microglobulin
level of 1,000 µg/g creatinine resulted in urinary cadmium levels of 7.6 (ordinary scales) or 8.1 (double
logarithmic scales) µg/g creatinine.  Based on this analysis, the investigators concluded that at urinary
cadmium levels of >4 µg/g creatinine, there is a substantial increase in β2-microglobulin levels (Ikeda et
al. 2005b).  Similarly, Kobayshi et al. (2009a) estimated the threshold level for lifetime cadmium intake
using BMD modeling in 2607 adults, aged ≥50 years, residing for at least 30 years in an area of Japan
with known cadmium contamination.  A lifetime cadmium intake of 1.16–2.43 g in males and 0.86–
1.79 g in women would be associated with a 5% additional risk of proteinuria and/or glucosuria.

A third approach used to identify a threshold level was a meta-analysis conducted by Gamo et al. (2006)
using published data on environmentally exposed populations.  Urinary cadmium was used as a
biomarker of exposure and the prevalence of abnormal levels of β2-microglobulin as an indicator of renal
dysfunction.  The investigators estimated maximum permissible geometric mean urinary cadmium levels
in age- and gender-specific populations that would not result in a significant increase in the prevalence of
abnormal β2-microglobulin levels.  They concluded that the geometric mean urinary cadmium level for a
population in a small geographical area should not exceed 3 µg/g creatinine; in a nationwide population,
the geometric mean should not exceed 2 µg/g creatinine.

Numerous studies in rats, mice, and rabbits confirm that oral exposure to cadmium causes kidney damage including proteinuria and tubular damage (Andersen et al. 1988; Bernard et al. 1980, 1988a, 1992; Bomhard et al. 1984; Borzelleca et al. 1989; Cardenas et al. 1992a, 1992b; Cha 1987; Fingerle et al. 1982; Gatta et al. 1989; Gill et al. 1989b; Itokawa et al. 1974; Kawamura et al. 1978; Kotsonis and Klaassen 1978; Kozlowska et al. 1993; Mangler et al. 1988; Masaoka et al. 1994; Pleasants et al. 1992, 1993; Prigge 1978a; Steibert et al. 1984; Stowe et al. 1972; Wilson et al. 1941).  Histopathological findings include focal necrosis of proximal tubular epithelial cells and cloudy swelling in renal tubules (Cha 1987). Some studies have also shown no effect on renal function (Basinger et al. 1988; Borzelleca et al. 1989; Boscolo and Carmignani 1986; Groten et al. 1990; Jamall et al. 1989; Loeser and Lorke 1977a, 1977b).

In acute-duration gavage studies in rats, decreased urine flow (Kotsonis and Klaassen 1977) and histopathologic evidence of kidney damage have been reported (Borzelleca et al. 1989) at the very high doses of 150 and 138 mg/kg/day, respectively.  No effect on renal function was reported in rats receiving 13.9 mg/kg/day for 10 days in drinking water (Borzelleca et al. 1989).  Mice treated with a single gavage dose showed tubular necrosis at 88.8 mg/kg in one study (Andersen et al. 1988), but no effects on the kidney in another study at a dose of 112 mg/kg (Basinger et al. 1988).  Proteinuria is a common finding in intermediate-duration oral exposure studies in rats (Bernard et al. 1988a; Cardenas et al. 1992a, 1992b; Kotsonis and Klaassen 1978; Prigge 1978a), as are histopathologic changes in the kidney (Gatta et al. 1989; Itokawa et al. 1974; Kotsonis and Klaassen 1978; Wilson et al. 1941).  Renal clearance was decreased in one study (Kawamura et al. 1978).  Both increases (Pleasants et al. 1992, 1993) and decreases (Kozlowska et al. 1993) in relative kidney weight have been reported.  These effects occurred in rats at doses ranging from 2 to 30 mg/kg/day.  No renal effects were seen in dogs receiving 0.75 mg/kg/day cadmium for 3 months (Loeser and Lorke 1977b), but interstitial renal fibrosis was observed in rabbits exposed to 14.9 mg/kg/day for 200 days (Stowe et al. 1972).  Renal dysfunction has been reported in Rhesus monkeys exposed to 1.2 mg/kg/day for 9 years, but not at 0.4 mg/kg/day (Masaoka et al. 1994).  Adverse renal effects are common in rats following chronic-duration oral exposure to cadmium.  Proteinuria (Bernard et al. 1992; Bomhard et al. 1984) and histopathologic damage (Fingerle et al. 1982; Mangler et al. 1988) have been reported at doses ranging from 1.8 to 12.5 mg/kg/day cadmium.

The hypothesis that a critical concentration of approximately 200 µg/g in the renal cortex must be reached before proteinuria develops is generally supported by the animal data (Bhattacharyya et al. 1988c; Kotsonis and Klaassen 1978; Mangler et al. 1988; Shaikh et al. 1989; Viau et al. 1984).

APPX ATT_V6_3541

**Endocrine Effects.**    Using data from the NHANES 1988–1994, Schwartz et al. (2003) investigated possible associations between cadmium exposure (as measured by urinary cadmium levels) and the prevalence of impaired fasting glucose and diabetes.  Analysis on 8,722 participants of the survey (≥40 years old) showed a dose-related increase in both impaired fasting glucose and diabetes after adjusting for age, ethnicity, sex, and BMI.  No other studies were located regarding endocrine effects in humans after oral exposure to cadmium.

Studies on the potential toxicity of cadmium to the endocrine system consist of studies conducting histopathologic examination of endocrine tissues and studies examining 24-hour variations in hormone release.  No adverse effects were seen in parathyroid glands from female Wistar rats exposed to 8 mg Cd/kg/day via drinking water for 90 days (Kawamura et al. 1978) or in adrenal gland from male Sprague-Dawley rats exposed to 8 mg/kg/day via drinking water for 24 weeks (Kotsonis and Klaassen 1978). Pituitary, adrenals, thyroid, and thymus were unaffected in Wistar rats exposed to 3 mg/kg/day cadmium via feed for 3 months (Loeser and Lorke 1977a).  Wilson et al. (1941) reported pancreatic atrophy and pancreatitis in rats from cadmium at 2.79 mg/kg/day via feed for 100 days.  In rabbits exposed to 14.9 mg Cd/kg body weight/day via drinking water for 200 days, the pancreas had moderate concentrations of cadmium, but no interstitial fibrosis or other pathologic alterations (Stowe et al. 1972).  Alterations in the 24-hour pattern of plasma adrenocorticotropin hormone and growth hormone levels were observed in rats exposed to 0.92 or 1.8 mg Cd/kg/day as cadmium chloride in drinking water for 30 days (Caride et al. 2010b); significant increases in adenocorticotropin hormone and thyroid stimulating hormone levels were also observed.  Cadmium also disrupted the daily pattern of aspartate, glutamate, and glutamine content in the anterior and posterior pituitary gland in rats exposed to 0.92 or 1.8 mg Cd/kg/day as cadmium chloride in drinking water for 30 days (Caride et al. 2010a).

**Dermal Effects.**    No studies were located regarding dermal effects in humans after oral exposure to cadmium.

Coarse fur was reported in Long-Evans rats receiving 6.13 mg/kg/day cadmium during Gd 6–15 (Machemer and Lorke 1981).  A ruffled hair coat was reported in Wistar rats receiving 40 mg/kg/day cadmium by gavage 5 days/week for 14 weeks (Baranski and Sitarek 1987).  No other reports of dermal effects after oral exposure to cadmium were located.

**Ocular Effects.**    No studies were located regarding ocular effects in humans or animals after oral exposure to cadmium.

**Body Weight Effects.**    No studies were located regarding body weight effects in humans after oral exposure to cadmium.

Decreased body weight and decreased rates of growth are common findings in studies where experimental animals are orally exposed to cadmium. Sprague-Dawley rats receiving a single gavage dose of 150 mg/kg cadmium exhibited a 12% decrease in body weight, but 100 mg/kg had no effect (Kotsonis and Klaassen 1977). Daily gavage doses of 15.3 mg/kg over a 10-day period caused a 79% decrease in body weight gain in male Sprague-Dawley rats (Borzelleca et al. 1989). Significant reductions in maternal weight gain have also been reported (Baranski 1985; Machemer and Lorke 1981).

Body weight reductions are also seen in intermediate-duration studies. For example, in a 14-week exposure via drinking water in male Long-Evans rats, 2.9 mg/kg/day had no effect on body weight gain; however, 5.8 mg/kg/day caused a 6–23% decrease and 11.6 mg/kg/day caused a 47–58% decrease (Pleasants et al. 1992, 1993). In general, intermediate-duration doses in feed or drinking water of ≤3 mg/kg/day have either no effect or only a small effect (10–20% decrease) on body weight in rats (Carmignani and Boscolo 1984; Jamall et al. 1989; Loeser and Lorke 1977a; Muller et al. 1988; Ogoshi et al. 1989; Perry et al. 1989; Wilson et al. 1941). Higher doses (4–14 mg/kg/day) had no effect in some studies (Kostial et al. 1993; Kotsonis and Klaassen 1978; Prigge 1978a; Viau et al. 1984) and small effects in others (Cha 1987; Kawamura et al. 1978; Kozlowska et al. 1993). A 29% decrease in maternal weight gain was observed in rats exposed to a high dose of 40 mg/kg/day (Baranski and Sitarek 1987). In mice, a dose of 4.8 mg/kg/day had no effect on maternal weight gain, but a dose of 9.6 mg/kg/day caused a 14% decrease (Webster 1978). A high dose of 232 mg/kg/day in mice caused a 29% decrease in body weight (Waalkes et al. 1993). Beagle dogs were unaffected at 0.75 mg/kg/day (Loeser and Lorke 1977b), as were rabbits at up to 2.2 mg/kg/day (Boscolo and Carmignani 1986; Tomera and Harakal 1988). A small decrease (11%) was seen in rabbits exposed to 14.9 mg/kg/day for 200 days (Stowe et al. 1972).

A chronic-duration study in Rhesus monkeys reported decreased growth rates at 0.4 mg/kg/day, but no effect at 0.12 mg/kg/day (Masaoka et al. 1994). No effect on body weight was seen in rats at up to 4.4 mg/kg/day (Decker et al. 1958; Fingerle et al. 1982; Mangler et al. 1988), but a small effect was seen at 7 mg/kg/day (Waalkes and Rehm 1992). Decreased terminal body weight was observed in mice after 12 months of drinking-water exposure to a high dose of 57 mg/kg/day (Hays and Margaretten 1985).

**Metabolic Effects.**    Hyperthermia and metabolic acidosis were reported in a human male who had ingested 25 mg/kg cadmium as cadmium iodide (Wisniewska-Knypl et al. 1971).

No studies were located regarding metabolic effects in animals after oral exposure to cadmium.

### 3.2.2.3   Immunological and Lymphoreticular Effects

No studies were located regarding immunological effects in humans after oral exposure to cadmium.

Numerous studies in rats, mice, and monkeys have established the capability of cadmium to affect the immune system, but the clinical significance of the effects is not clear.  In mice, intermediate-duration oral exposure to cadmium has been shown to increase resistance to viral infection (Exon et al. 1986), to be without effect on natural or acquired resistance to infection (Bouley et al. 1984), and to increase mortality from virally-induced leukemia (Blakley 1986; Malave and de Ruffino 1984).  Oral cadmium exposure has also been found to suppress the humoral immune response of mouse splenic cells to sheep red blood cell antigen in 6-week-old mice (Blakley 1985), but not in 12-month-old mice (Blakley 1988). The author suggests that "natural" age-related immune system dysfunction masked any cadmium suppressive effect in the 12-month-old mice, and that immunotoxicological investigations in aged models appear to be a poor indicator of immune response in the general population.  Oral cadmium exposure has also been found to increase the cell-mediated immune response of monkeys (Chopra et al. 1984), to induce anti-nuclear antibodies in mice (Ohsawa et al. 1988), to increase circulating leukocytes in female rats (Borzelleca et al. 1989), and to exhibit time-dependent inhibitory and stimulative effects (Cifone et al. 1989b) or no effect (Stacey et al. 1988a) on natural killer cell activity in rats.  The highest NOAEL values and all LOAEL values from each reliable study for immunological effects in each species and duration category are recorded in Table 3-6 and plotted in Figure 3-2.

### 3.2.2.4   Neurological Effects

A few studies have reported an association between environmental cadmium exposure and neuropsycho-logical functioning.  These studies used hair cadmium as an index of exposure (see Section 3.8.1 for a discussion of the limitations of using hair as an indicator of exposure).  End points that were affected included verbal IQ in rural Maryland children (Thatcher et al. 1982), acting-out and distractibility in rural Wyoming children (Marlowe et al. 1985), and disruptive behavior in Navy recruits (Struempler et al. 1985).  The usefulness of the data from these studies is limited because of the potential confounding

effects of lead exposure; lack of control for other possible confounders including home environment, caregiving, and parental IQ levels; and an inadequate quantification of cadmium exposure.

Although cadmium-induced neurotoxicity has not been clearly demonstrated in human studies, it has been observed in animal studies. Both a single oral exposure (Kotsonis and Klaassen 1977) and intermediate-duration exposure of adult rats to cadmium resulted in significantly decreased motor activity (Kotsonis and Klaassen 1978; Nation et al. 1990). Intermediate-duration oral exposure to cadmium has also been reported to cause weakness and muscle atrophy (Sato et al. 1978), induce aggressive behavior (Baranski and Sitarek 1987), induce anxiety as manifested by increased passive avoidance behavior (Nation et al. 1984) and by increased ethanol consumption (Nation et al. 1989), and alter brain biogenic amine content and enzyme activities (Murthy et al. 1989). Doses associated with these effects range from 5 to 40 mg/kg/day cadmium. Degenerative changes in the choroid plexus have been reported in mice exposed to 1.4 mg/kg/day cadmium in drinking water for 22 weeks (Valois and Webster 1989). Peripheral neuropathy has been reported in rats after a 31-month exposure to cadmium in drinking water (Sato et al. 1978). Neurological effects in offspring of animals orally exposed to cadmium during gestation are discussed in Section 3.2.2.5. The highest NOAEL values and all LOAEL values from each reliable study for neurological effects in each species and duration category are recorded in Table 3-6 and plotted in Figure 3-2.

### 3.2.2.5 Reproductive Effects

Several studies have examined the possible association between increased cadmium exposure and male reproductive toxicity; however, most studies focused on sex steroid hormone levels and the results appear to be inconsistent. Akinloye et al. (2006) found significant associations between increasing blood cadmium levels and increasing levels of serum luteinizing hormone, follicle stimulating hormone, prolactin, and testosterone among infertile men (sperm counts <20 million/cm$^3$ or no spermatozoa in semen). A significant association between increased blood cadmium levels and increased serum testosterone was also found in a group of workers with slight to moderate lead exposure (Telišman et al. 2000); however, neither study controlled for smoking. A study by Jurasović et al. (2004) found significant associations between blood cadmium levels and increased serum estradiol, follicle stimulating hormone, and testosterone levels in infertile men after adjusting for age, smoking, alcohol consumption, and biomarkers of lead, copper, zinc, and selenium. In contrast, a study of Chinese men living in areas with high levels of cadmium in rice did not find significant correlations between urinary or blood cadmium levels and serum testosterone, follicle stimulating hormone, or luteinizing hormone levels after

adjusting for BMI, age, smoking, and alcohol consumption (Zeng et al. 2004a).  However, they did find
that the prevalence of abnormally elevated serum testosterone levels (>95th percentile for controls)
increased with exposure to cadmium.  Using NHANES III data, Menke et al. (2008) found significant
associations between urinary cadmium levels and serum testosterone and estradiol levels, but the
associations were no longer significant after adjusting from smoking status and serum cotinine levels.
Differences in study populations (e.g., infertile men, background cadmium exposure, high cadmium
dietary exposure) and confounding factors (e.g., smoking, lead exposure) limit the interpretation of these
results.

Four studies examined the possible association between cadmium exposure and sperm quality.  In
infertile men, increasing serum cadmium levels were significantly associated with abnormal sperm
morphology and decreased sperm counts, sperm motility, and sperm viability (Akinloye et al. 2006).
Another study found significant associations between blood cadmium levels and abnormal sperm
morphology and decreased sperm motility in workers with slight to moderate lead exposure (Telišman et
al. 2000).  As noted previously, neither study adjusted for smoking.  No significant correlations between
blood cadmium levels and sperm quality were observed in infertile men with or without adjustment for
smoking (Jurasović et al. 2004).  Similarly, no significant association between blood cadmium levels and
abnormal semen parameters were observed in infertile men (Benoff et al. 2009), although seminal plasma
cadmium levels were significantly negatively correlated with sperm concentration and sperm motility in
whole semen.  Among men exposed to high levels of environmental cadmium, blood cadmium levels
were significantly higher in men with abnormal digital rectal examinations of the prostate and trend
analysis showed a dose-response relationship between cadmium exposure and the prevalence of abnormal
prostate specific antigen (Zeng et al. 2004b).

Data on possible reproductive toxicity of cadmium in women are limited to two studies examining the
possible association between cadmium body burden and endometriosis and one study examining
fecundability.  Among infertile Japanese, no association between urinary cadmium levels and the risk of
endometriosis was observed (Itoh et al. 2008).  Jackson et al. (2008) found a significant association
between blood cadmium levels and risk of endometriosis using NHANES 1999–2002 data.  Blood
cadmium levels were significantly higher among women with endometriosis as compared to women
without endometriosis.  When comparing participants with the highest tertile of blood cadmium (0.5–
8.5 µg/L) with the lowest tertile (<0.3 µg/L), the multivariate (including lead and mercury blood levels,
race/ethnicity, smoking status, age) adjusted odds ratio was 3.39 (95% CI of 1.37–8.40).  No association
between blood cadmium levels and risk of uterine myomas was found.  The possible association between

elevated cadmium body burden and time to pregnancy was examined among 400 couples participating in the Longitudinal Investigation of Fertility and the Environment (LIFE) Study (Buck Louis et al. 2012). After adjusting for several variables (age, BMI, cotinine, parity, and serum lipids), female urine cadmium levels were associated with a reduction in the fecundability odds ratio (0.78; 95% CI of 0.63–0.97) (a fecundability odds ratio of <1 denotes a longer time to pregnancy).

A number of animal studies have shown adverse reproductive effects to male and female reproductive capacity from cadmium exposure. In male rats and mice, acute oral exposure to near-lethal (60– 100 mg/kg) doses can cause testicular atrophy and necrosis (Andersen et al. 1988; Bomhard et al. 1987; Borzelleca et al. 1989), and concomitant decreased fertility (Kotsonis and Klaassen 1978). Lower-dose acute exposures of 25–50 mg/kg did not result in reproductive toxicity in male animals (Andersen et al. 1988; Bomhard et al. 1987; Dixon et al. 1976).

The following intermediate-duration dosing regimens resulted in neither testicular histopathologic lesions nor a decrease in male reproductive success: 0.25 mg Cd/kg/day via gavage for 10 weeks (Bomhard et al. 1987); 5 mg/kg/day via water for 30–90 days (Dixon et al. 1976); 2.5 mg/kg/day via food for 4 weeks (Groten et al. 1990); 8 mg/kg/day via water for 24 weeks (Kotsonis and Klaassen 1978); 3 mg/kg/day via food for 12 weeks (Loeser and Lorke 1977a, 1977b); 2.9 mg/kg/day via water for 14 weeks (Pleasants et al. 1992); and 4.64 mg/kg/day via water for 70–80 days (Zenick et al. 1982). Some dosing regimens have resulted in adverse reproductive effects. Male rats exposed to 8.58 mg Cd/kg/day in water for 10 weeks developed necrosis and atrophy of seminiferous tubule epithelium (Cha 1987). Rats exposed to 5.8 mg/kg/day via water for 14 weeks (Pleasants et al. 1992) or 11.6 mg/kg/day via water for 14 weeks (Pleasants et al. 1993) developed increased testes weight. Rats exposed to 12.9 mg/kg/day in water for 120 days developed significantly increased relative testis weight, decreased sperm count and motility, decreased seminiferous tubular diameter, and seminiferous tubular damage (pyknotic nuclei, multinucleated giant cells, interstitial edema, and dilated blood vessels) (Saxena et al. 1989). In a protocol designed to assess the effects of vitamins on cadmium toxicity, Pleasants et al. (1992, 1993) reported that vitamins A and $D_3$ reduced the amount of cadmium-related increase in testis weight. Bomhard et al. (1987) reported no histopathologic lesions (other than those found in control animals as part of aging) in testes of rats receiving 10 weekly doses of 5 mg Cd/kg and followed for up to 30 months.

Higher doses of cadmium were generally needed to elicit a reproductive toxic response in females compared to the males. Although a dose of 65.6 mg Cd/kg/day via gavage for 10 days was sufficient to produce testicular atrophy and loss of spermatogenic element in male rats, no effects were seen in female

rats up to 138 mg/kg/day (Borzelleca et al. 1989). Decreased percentage of fertilized females and percentage of pregnancies were reported at 61.32 mg Cd/kg/day via gavage for 10 days during gestation (Gd 6–15) (Machemer and Lorke 1981). No effect was seen at doses up to 18.39 mg/kg/day (Machemer and Lorke 1981). Baranski (1987) also reported no treatment related effects on number or percentage of females pregnant with 28.8 mg Cd/kg/day via gavage for gestation days (Gds) 1–20. Baranski and Sitarek (1987), however, administered 40 mg/kg by gavage 5 days/week for 14 weeks to female rats and observed a significant increased duration (twice as long) of the estrus cycle starting at 7–8 weeks and persisting to 14 weeks of exposure and the termination of the experiment. This adverse effect was not seen at 4 mg/kg (Baranski et al. 1983; Baranski and Sitarek 1987).

Petering et al. (1979) exposed female rats to either 2.61 mg/kg/day via drinking water for 60 days prior to gestation or during gestation, or 5.23 mg/kg/day via drinking water for 111 days including 90 days prior gestation plus 21 days during gestation. These doses had no significant effects compared with controls for the number of pups stillborn. Pond and Walker (1975) also observed no effects in females from a cadmium exposure of 19.7 mg/kg/day via food for 21–25 days, including Gd 1 through lactation day (Ld) 1, on number of pups born. No effects from a cadmium exposure on number of pups born to females were observed for an exposure of 8.2 mg/kg/day via food for 15 days, including Gd 6–20 (Sorell and Graziano 1990).

A dose of 10 mg Cd/kg/day once a day via gavage for 9 weeks (6 weeks prior to gestation and 3 weeks of gestation) significantly decreased the number of copulating and pregnant females, and the number of implants and live fetuses (Sutou et al. 1980). No effect was seen at 1 mg/kg/day (Sutou et al. 1980).

Reproductive effects on both male and female rats orally exposed to 2.5 mg/kg/day via drinking water for 180 days may have resulted in the observed decrease in litter size and increased interval between litters. Both males and females were treated over two generations. Three of five pairs failed to breed in the second generations (Schroeder and Mitchener 1971). No histopathologic lesions were found in testes or uteri of dogs given cadmium chloride at 0.75 mg/kg/day via food for 3 months (Loeser and Lorke 1977b).

Male rats were exposed to 0–14 mg Cd/kg/day via food for 77 weeks. The incidence of prostatic hyperplasias was increased above controls (1.8%) from the 3.5 mg Cd/kg/day dose. The overall incidence for prostatic lesions for all cadmium-treated groups was much lower in zinc-deficient rats, possibly because of a marked increase in prostatic atrophy that was associated with reduced zinc intake. Moreover, there was not a clear dose-response increase in prostatic proliferative lesions. Testicular

tumors (exclusively benign interstitial tumors) increased significantly only at the highest-dose cadmium with diets adequate in zinc. Male Wistar rats exposed to cadmium in the drinking water at 0, 25, 50, 100, or 200 ppm developed tumors of the prostate (50 ppm), testes (200 ppm), and hematopoietic system (50 ppm), while dietary zinc deficiency has complex, apparently inhibitory effects on cadmium carcinogenesis by this route (Waalkes and Rehm 1992).

The highest NOAEL values and all LOAEL values from each reliable study for reproductive effects in each species and duration category are recorded in Table 3-6 and plotted in Figure 3-2.

### 3.2.2.6  Developmental Effects

There are very limited data on the developmental effects of cadmium in humans. Several studies have examined the possible relationship between maternal cadmium levels and newborn size. No significant association between maternal blood cadmium levels and newborn body weight were observed in women with mean blood cadmium levels of 0.7 μg/L (Mokhtar et al. 2002), 1.04 μg/L (Nishijo et al. 2004b), 1.4 μg/L (Galicia-García et al. 1997), or 1.72 μg/L (Zhang et al. 2004) or urinary cadmium levels of >2 nmol/mmol creatinine (Nishijo et al. 2002); the Nishijo et al. (2002, 2004b), and Zhang et al. (2004) studies used statistical adjustments for maternal age, maternal size, and/or gestation age. Two studies found an association between cord blood cadmium levels and decreasing birthweight (Galicia-García et al. 1997; Salpietro et al. 2002); however, the association was only statistically significant in the Salpietro et al. (2002) study. A significant association between newborn height and maternal blood cadmium levels was observed in women with a mean blood cadmium level of 9.29 nmol/L (Nishijo et al. 2004b); other studies have not found this association (Mokhtar et al. 2002; Nishijo et al. 2002; Zhang et al. 2004). Nishijo et al. (2002) found a significant negative correlation between maternal urinary cadmium levels and gestation length; Mokhtar et al. (2002) did not find a significant association between maternal blood cadmium levels and gestation length.

Urinary cadmium content was measured in women 3 days after giving birth and compared to smoking habits and birth weight of offspring. Among nonsmoking women, when cadmium content was expressed as μg/L, cadmium levels were higher in women with infants of below-normal birth weight. However, when cadmium content was expressed as μg/g creatinine, cadmium levels were lower in women with infants with below-normal birth weight. Cadmium levels in smoking women were lower in both μg/L and μg/g in women with infants with below-normal birth weight (Cresta et al. 1989).

Cao et al. (2009) examined the possible association between postnatal exposure to cadmium (as measured by blood cadmium) and neurodevelopment in children participating in the Treatment of Lead-Exposed Children trial.  Blood cadmium levels in the children were comparable to levels in the NHANES 2005–2006 survey, and blood lead levels were between 20 and 44 µg/dL at referral.  No significant associations (after adjustment for multiple variables including parent's education, gender, and concurrent blood lead levels) between blood cadmium levels and scores on neuropsychological and behavioral tests were found in children evaluated at age 5 and 7 years or IQ evaluated at 2, 5, and 7 years of age.

A number of studies in rats and mice indicate that cadmium can be fetotoxic from oral exposures prior to and during gestation.  This fetotoxicity is most often manifested as reduced fetal or pup weights (Ali et al. 1986; Baranski 1987; Gupta et al. 1993; Kelman et al. 1978; Kostial et al. 1993; Petering et al. 1979; Pond and Walker 1975; Sorell and Graziano 1990; Sutou et al. 1980; Webster 1978; Whelton et al. 1988), but malformations, primarily of the skeleton, have been found in some studies (Baranski 1985; Machemer and Lorke 1981; Schroeder and Mitchener 1971).  Malformations or skeletal effects reported include sirenomelia (fused lower limbs), amelia (absence of one or more limbs), and delayed ossification of the sternum and ribs (Baranski 1985); dysplasia of facial bones and rear limbs, edema, exenteration, cryptorchism, and palatoschisis (Machemer and Lorke 1981); and sharp angulation of the distal third of the tail (Schroeder and Mitchener 1971).  Dosing levels were in the 1–20 mg/kg/day range.

The most sensitive indicator of developmental toxicity of cadmium in animals appears to be neuro-behavioral development.  Offspring of female rats orally exposed to cadmium at a dose of 0.04 mg/kg/day prior to and during gestation had reduced exploratory locomotor activity and rotorod performance at age 2 months (Baranski et al. 1983).  Pups from dams exposed to 0.7 mg/kg/day during gestation had significant delays in cliff aversion and swimming behavior.  Locomotor activity was significantly increased.  In post-weaning measurements, locomotor activity was significantly decreased in treated groups at 60 days of age; conditioned avoidance behavior was also significantly decreased when tested at 60 and 90 days of age (Ali et al. 1986).

Nagymajtenyi et al. (1997) also reported behavioral and functional neurotoxicological changes caused by cadmium in a three-generational study in rats.  Three consecutive generations of Wistar rats were orally treated by gavage with 3.5, 7.0, or 14.0 mg Cd/kg bw (as cadmium chloride diluted in distilled water) over the period of pregnancy, lactation, and 8 weeks after weaning.  Behavioral (open field behavior) and electrophysiological (spontaneous and evoked cortical activity, etc.) parameters of male rats from each generation were investigated at the age of 12 weeks.  The main behavioral outcomes were increased

vertical exploration activity (rearing) and increased exploration of an open-field center.  The spontaneous and evoked electrophysiological variables showed dose- and generation-dependent changes (increased frequencies in the electrocorticogram, lengthened latency and duration of evoked potentials, etc.) signaling a change in neural functions.  The results indicate that low-level, multigeneration exposure of rats to inorganic cadmium can affect nervous system function.

Desi et al. (1998) continued the above studies to further evaluate cadmium associated changes in behavior and neurological function in rats following different dosage regimens during pregnancy.  Female Wistar rats were given 3.5, 7.0, or 14.0 mg Cd/kg body weight (cadmium chloride dissolved in distilled water) in three different treatment regimes:  days 5–15 of pregnancy; days 5–15 of pregnancy + 4 weeks of lactation; days 5–15 of pregnancy + 4 weeks of lactation followed by the same oral treatment of male rats of the $F_1$ generation for 8 weeks.  The behavioral (open-field exploration) and electrophysiological (electrocorticogram, cortical-evoked potentials, conduction velocity and refractory periods of a peripheral nerve) parameters of $F_1$ male rats exposed by various treatments were investigated at the age of 12 weeks.  The results indicate that cadmium altered the spontaneous and evoked electrophysiological functions (e.g., increased the frequency of the electrocorticogram, lengthened the latency and duration of evoked potentials, etc.) in a dose- and duration-dependent manner.  Only combining treatment during the prenatal development and the 4-week suckling period resulted in a significant dose-dependent decrease of horizontal and vertical exploratory activity and a significantly lower exploration frequency of the open-field center.  The results suggest that low-level pre- and postnatal inorganic cadmium exposure affects the electrophysiological and higher order functions of the nervous system.

Neurochemical alterations have also been observed in the offspring of rats administered cadmium acetate in drinking water during gestation (1.12 mg Cd/kg/day) and lactation (2.41 mg Cd/kg/day) (Antonio et al. 2010).  The alterations included decreased serotonin in dorsal hippocampus and dihydroxyphenylacetic acid in brain cortex and rostral neostriatum and increased 5-hydroxyindolacetic acid in dorsal hippocampus and brain cortex and glutamate in the dorsal hippocampus.

A study by Gupta et al. (1993) examined the developmental profiles of DNA, RNA, proteins, DNA synthesis, thymidine kinase activity, and concentrations of zinc and cadmium in the brain of neonates from dams exposed to cadmium acetate at 5–6.3 mg/kg/day in drinking water during gestation, and 7–8 mg/kg/day during a 21-day lactation period.  Pup brain and body weights were significantly decreased in the cadmium exposed pups on Ld 7–21.  Cadmium brain accumulation was significantly increased in exposed pups on Ld 7 and remained at similar levels on Ld 14 and 21.  DNA and thymidine kinase brain

levels were significantly decreased in treated pups compared with controls on Ld 7, 14, and 21. The toxicological significance of changes in DNA incorporation and thymidine kinase activity are uncertain.

Xu et al. (1993b) determined lipid peroxide (LPO) concentrations in rat pups in various organs as an index of cadmium toxicity. Male and female Wistar mice were exposed to cadmium in drinking water at 0, 5.7, or 14.25 mg/kg/day for 2 months prior to mating. The pregnant females continued to be exposed during gestation and lactation. Litter size and pup survival rates were unaffected by cadmium. Body weights were not statistically different between the exposed and control groups. In pups, brain weights (at 5.7 and 14.25 mg/kg/day) and liver, kidney, and heart weights (at 14.25 mg/kg/day) were significantly decreased. Although the relative organ weights were lower in the high-dose group, the difference from controls was not statistically significant. LPO concentrations in all organs were significantly increased in pups on Ld 7 at 14.25 mg/kg/day except in the kidney; concentrations in the liver, heart, and brain were 131.5, 156, and 237.4%, respectively, of the concentrations in controls.

In contrast to most of the study results, Saxena et al. (1986) reported no developmental effects from an exposure to 21 mg Cd/kg/day via drinking water during gestation (Gd 0–20). This study evaluated simultaneous exposure to lindane (20 mg lindane/kg via gavage on Gd 6–14) and cadmium acetate in drinking water at doses that individually did not cause maternal or developmental effects. Maternal toxicity (significantly decreased weight gain) and developmental toxicity were only observed in the cadmium plus lindane group. Fetal body weight was significantly decreased; intrauterine death and the rate of skeletal anomalies were significantly increased. Anomalies consisted of decreased ossification, wavy ribs, and scrambled sternebrae.

The highest NOAEL values and all LOAEL values from each reliable study for developmental effects in each species and duration category are recorded in Table 3-6 and plotted in Figure 3-2.

### 3.2.2.7  Cancer

Epidemiology studies have examined the possible association between exposure to elevated levels of cadmium and overall cancer rates or specific cancer rates. Older studies have examined cancer rates among residents of cadmium polluted areas but did not estimate cadmium exposure levels. No significant increase in cancer rates was found among residents of a cadmium-polluted village in England (Inskip et al. 1982) or in prostate, kidney, or urinary tract cancer among residents of a cadmium-polluted area of Belgium (Lauwerys and De Wals 1981). Another study found that the geographic distribution of elevated

rates of prostate cancer incidence paralleled the distribution of elevated cadmium concentrations in water, soil, or grain crops in Alberta, Canada (Bako et al. 1982). In a retrospective mortality study of residents of three areas of Japan classified on the basis of rice cadmium content as highly polluted, slightly polluted, or nonpolluted, no significant differences were found in mortality from cancer of all sites including prostate cancer (Shigematsu 1984). Inhabitants of cadmium-polluted areas of Japan with elevated urinary retinol binding protein excretion had a mortality rate from malignant neoplasms no different from expected (Nakagawa et al. 1987).

Three more recent studies of populations living in cadmium-polluted areas have used blood or urine to examine dose-response relationships for carcinogenic risk. Among residents living in a cadmium-polluted area of China, significantly higher blood cadmium levels were observed in subjects with suspected prostate cancer (based on digital rectal examination) as compared to subjects with normal digital rectal examination results (Zeng et al. 2004); there were no significant differences in urinary cadmium levels. However, a significant trend was found for the number of cases with positive prostate-specific antigen levels and urinary cadmium levels. In a study of residents living in an area of Japan that previously had high levels of cadmium contamination, a significant increase in cancer mortality was observed among subjects with urinary β2-microglobulin levels of ≥1,000 μg/g creatinine (Arisawa et al. 2001); however, no increases in cancer incidence were observed in exposed subjects or in subjects with elevated urinary β2-microglobulin, urinary cadmium, or blood cadmium levels. In a follow-up study that extended the observation period from 15 to 23 years, no alterations in cancer mortality or cancer incidence were observed in the exposed population as compared to referent populations (Arisawa et al. 2007b). However, when the subjects were divided into two groups based on urinary β2-microglobulin levels, the relative risk of cancer deaths in males and females with β2-microglobulin levels of ≥1,000 μg/g creatinine was 2.58 (95% CI of 1.25–5.36) compared to residents with urinary β2-microglobulin levels of <1,000 μg/g creatinine.

Several case-control studies have examined the possible association between cadmium body burden and increased risk of cancer among the general populations. In a study conducted in Belgium, a significant relationship between bladder cancer and blood cadmium levels was reported (Kellen et al. 2007). After adjustment for age, gender, occupational exposure to polyaromatic hydrocarbons or aromatic amines, and smoking, the odds ratio was 5.7 (95% CI of 3.3–9.9) when comparing the risk of bladder cancer for subjects in the highest blood cadmium tertile to those in the lowest tertile. Another case-control study examined the possible relationship between urinary cadmium levels and breast cancer risk in the United States (McElroy et al. 2006). The breast cancer risk (after adjustment for a number of variables including

age, parity, family history of breast cancer and BMI) in women with urinary cadmium levels in the highest quartile was 2.29 (95% CI of 1.3–4.2) as compared to women in the lowest quartile; the investigators noted that adjusting for smoking status did not change the risk estimate.  Similarly, a significant increase in the risk of breast cancer was observed among women living in Long Island, New York with urinary cadmium levels >0.60 µg cadmium/g creatinine, as compared to women with urinary cadmium levels of <0.22 µg cadmium/g creatinine after controlling for age, menopausal status, smoking and alcohol use, and family history (Gallagher et al. 2010).  Another study of residents of the East Nile Delta region in Egypt with pancreatic cancer found a significant association between pancreatic cancer risk and serum cadmium levels; the odds ratio was 1.12 (95% CI of 1.04–1.23) (Kriegel et al. 2005).  The study also found a significant association between farming and risk of pancreatic cancer.  The results of this study should be interpreted cautiously since the study did not adjust for smoking status or farming occupation.

In a Swedish population-based study of postmenopausal women, an increased risk of endometrial cancer was found in women with elevated cadmium intake (Åkesson et al. 2008).  Among women who never smoked, did not use postmenopausal hormones, had a BMI of <27 kg/m$^2$, and consistently had a cadmium intake above the median intake for the study, the relative risk of endometrial cancer was 2.86 (95% CI of 1.05–7.79).

One study examined cadmium, zinc, and copper in human kidney tumors and normal kidneys.  Kidneys with renal cell carcinoma in cortex from 31 cases (20 men and 11 women) were compared to kidneys of patients who had died from causes other than a malignant disease from 17 controls (9 men and 8 women).  No patients in this study had been occupationally exposed.  Smoking habits for patients were recorded.  The level of cadmium in tumor tissue did not correlate with cadmium in cortex or medulla in the same kidney.  No significant difference was found between cases and controls, although smoking cases had higher levels of cadmium.  It was concluded that cadmium was not a risk factor for renal cell carcinoma (Hardell et al. 1994).

In rats and mice, earlier studies on chronic oral exposure to cadmium did not report an increased overall cancer incidence or the incidence of specific tumor types (Kanisawa and Schroeder 1969; Levy and Clack 1975; Levy et al. 1975; Löser 1980; Mangler et al. 1988; Schroeder et al. 1964, 1965).  However, maximum daily doses tested were only 1 mg/kg/day in mice (Schroeder et al. 1964) and 3.5 mg/kg/day in rats (Löser 1980) and, in most of these studies, histopathologic examination was limited compared to contemporary standards.  Löser (1980) did perform a relatively thorough histological examination.  A few

additional animal studies of noncancer effects of chronic-duration oral cadmium exposure have indicated that no dose-related increases in tumors were found at maximum doses of 4.01 mg/kg/day in rats (Fingerle et al. 1982) or 8 mg/kg/day in mice (Watanabe et al. 1986).

Waalkes and Rehm (1992) evaluated the effects of chronic dietary zinc deficiency on oral cadmium carcinogenesis in male Wistar rats.  Rats were exposed for 77 weeks to cadmium at 0, 1.75, 3.5, 7.0, or 14.0 mg cadmium/kg/day as cadmium chloride in a diet containing an adequate or a deficient amount of zinc.  A significant increase in the incidence of proliferative lesions (hyperplasia and adenomas) was observed in the prostate of rats exposed to 1.75 mg cadmium/kg/day in the zinc-adequate (22.7%) or zinc-deficient (15.4%) groups, as compared to controls (1.9%).  However, the incidences of prostatic lesions were not significantly increased in rats exposed to higher cadmium doses.  The incidence of large granular lymphocyte leukemia was significantly increased in rats fed the zinc-adequate diet with 3.5 or 7.0 mg cadmium/kg/day, but not at 14.0 mg cadmium/kg/day; however, an increased incidence was observed at 14.0 mg cadmium/kg/day in the zinc-deficient rats.  Exposure to 14.0 mg cadmium/kg/day also resulted in a significant increase in interstitial cell tumors of the testes in the group fed a zinc-adequate diet.  The results of the study suggest that dietary zinc deficiency may inhibit the carcinogenic potential of cadmium, but additional research is needed.

A subsequent study by Waalkes et al. (1993) using male B6C3F1 mice evaluated the effects of cadmium exposure on tumor incidence at various times after the initiation of the carcinogenic process.  The possible role of metallothionein in the susceptibility of transformed cells to cadmium cytotoxicity was also evaluated.  At 5 weeks of age, mice received an intraperitoneal injection of *N*-nitrosodiethylamine (NDEA) at 90 mg/kg.  At 2, 4, 8, 16, or 32 weeks post-NDEA injection, mice received water containing 1,000 ppm cadmium *ad libitum* for up to 48 weeks of post-NDEA exposure.  Cadmium exposure caused a marked "reduction" in liver tumor incidence in NDEA-treated mice even when given as late as 32 weeks after the initial NDEA treatment.  Cadmium alone eliminated the spontaneously occurring incidence of liver tumors (i.e., 0 of 25 compared with 5 of 25 in the controls).  Liver tumors produced by NDEA were typically basophilic adenomas.  Cadmium resulted in a modest reduction in lung tumor incidence, statistically significant (28% reduction) only for the 16–48-week cadmium-treated group pretreated with NDEA.  Lung tumors were typically adenomas of alveolar cell origin.  Cadmium alone eliminated spontaneously occurring lung tumors compared with the controls.  Cadmium significantly reduced the multiplicity of tumors induced by NDEA.  NDEA alone typically induced seven tumors per lung, while NDEA plus cadmium treatment reduced the number of tumors to 2.5–3.5 (data taken from a graph) with some cases showing an 80% reduction in tumor numbers.  Lung tumors found in the cadmium plus

NDEA-treatment groups were also smaller in overall size than those found in the NDEA-only treatment groups.  Relatively little metallothionein was present in liver carcinomas, liver adenomas, and lung adenomas as indicated by immunohistochemistry.  This finding was confirmed biochemically for the liver tumors.  The authors concluded that cadmium can effectively "impair" tumor formation in the lungs and liver of male B6C3F1 mice and that cadmium appears to be able to selectively destroy existing preneoplastic and/or tumor cells (adenomas).  The mechanism may involve a reduced activity and responsiveness of the metallothionein system in transformed liver cells.

A two-stage initiation/promotion experiment evaluated the promoting effects of cadmium chloride in the drinking water in rats.  Cadmium exposure resulted in the following alterations in tumorigenic outcome: in the liver, hepatocellular carcinomas (initiated with diethyl nitrosamine) were decreased; in the stomach, tumors (initiated with N-methyl-$N'$-nitro-nitrosoguanidine plus NaCl at 10% in the diet) were not affected; in the kidney, tumors (initiated with $N$-ethyl-$N$-hydroxyethyl nitrosamine) showed increased dysplastic foci but no increase in renal cell tumors; in the pancreas, tumors (initiated with $N$-nitrosobis [2-oxopropyl] amine) had a nonsignificant increase in adenocarcinomas (female hamster study); and in the skin (initiated with 7,12-dimethyl benz(a)anthracene), there was no effect (female SENCAR mouse study) (Kurokawa et al. 1989).

### 3.2.3    Dermal Exposure

### 3.2.3.1    Death

No studies were located regarding death in humans after dermal exposure to cadmium.

Some guinea pigs died 2 or 6 weeks after being exposed in a skin depot (3.1 cm$^2$) to 2 mL of 0.239 molar aqueous of cadmium chloride (0.14 mg/kg body weight) (Wahlberg 1965).  However, it is difficult to attribute these deaths to cadmium exposure, due to the low dose compared to oral LD$_{50}$ values and to the fact that no necropsy was done to determine whether the exposed guinea pigs might have died from pneumonia (which killed some control guinea pigs) (Wahlberg 1965).

### 3.2.3.2    Systemic Effects

No studies were located regarding respiratory, cardiovascular, gastrointestinal, hematological, musculoskeletal, hepatic, or renal effects in humans or animals after dermal exposure to cadmium.

**Dermal Effects.**    Among eczema patients routinely patch-tested with 2% cadmium chloride, 25 out of 1,502 showed some reaction (Wahlberg 1977).  Since no reaction was found at lower dilutions in reactive patients (Wahlberg 1977), the effect was likely direct irritation of the skin and is indicated as a LOAEL value in Table 3-9.

No studies were located regarding dermal effects in animals after dermal exposure to cadmium.

**Ocular Effects.**    No studies were located regarding ocular effects in humans after dermal exposure to cadmium.

Rats exposed to high concentrations of cadmium pigments or cadmium oxide in air had excessive lacrimation four hours after exposure (Rusch et al. 1986), possibly due to a direct irritation effect on the eyes.

### 3.2.3.3  Immunological and Lymphoreticular Effects

Dermal exposure to cadmium does not appear to affect the immune system significantly.  One report of workers with extensive exposure to cadmium dust reported an increase in complaints of eczema (Friberg 1950); however, no subsequent studies have confirmed any association.  Routine patch tests among dermatitis and eczema patients using up to 2% cadmium chloride solutions have found skin irritation at 2%, but no evidence of allergic reactions at a dose of 1% among people without known prior cadmium exposure (Rudzki et al. 1988; Wahlberg 1977) or among workers occupationally exposed to cadmium (Rudzki et al. 1988).  Individuals with yellow tattoos containing cadmium sulfide often experience swelling of the surrounding skin on exposure to ultra violet (UV) irradiation (Bjornberg 1963); however, this may be the result of dermal damage from the photoconductivity of cadmium sulfide rather than a direct immunological reaction.

Guinea pigs showed no contact sensitization following intradermal or topical exposure to cadmium chloride at concentrations up to 0.5% (Wahlberg and Boman 1979).  The NOAEL values from each reliable study for immunological effects in each species and duration category are recorded in Table 3-9.

Table 3-9 Levels of Significant Exposure to Cadmium - Dermal

3.HEALTH EFFECTS

CADMIUM

| Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL | LOAEL Less Serious | LOAEL Serious | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|
| **ACUTE EXPOSURE** | | | | | | | |
| **Systemic** | | | | | | | |
| Human | once | Dermal | 1 Percent (%) | 2 Percent (%) (skin irritation) | | Wahlberg 1977 CdCl2 | |
| Rat (Sprague-Dawley) | 2 hr | Ocular | | 99 mg/m³ (excessive lacrimation) 97 mg/m³ (excessive lacrimation) | 112 mg/m³ (eyes closed from exposure) | Rusch et al. 1986 CdSeS | |
| **Immuno/ Lymphoret** | | | | | | | |
| Human | once | | 1 Percent (%) | | | Rudzki et al. 1988 CdCl2 | |

hr = hour(s); Immuno/Lymphoret = immunological/lymphoreticular; LOAEL = lowest-observed-adverse-effect level; NOAEL = no-observed-adverse-effect level

APPX ATT_V6_3558

No studies were located regarding the following health effects in humans or animals after dermal exposure to cadmium:

### 3.2.3.4   Neurological Effects
### 3.2.3.5   Reproductive Effects
### 3.2.3.6   Developmental Effects
### 3.2.3.7   Cancer

## 3.3   GENOTOXICITY

The genotoxic potential of cadmium has been studied in *in vivo* studies of cadmium workers, members of the general population, and rodents as summarized in Table 3-10.  Although not always consistent, these results suggest that cadmium is a clastogenic agent, as judged by the induction of DNA damage, micronuclei, sister chromatid exchange (SCE), and chromosomal aberrations.

Palus et al. (2003) examined peripheral lymphocytes from workers occupationally exposed to cadmium and found statistically significant increases compared to the control population in micronuclei rates and sister chromatid exchanges as well as evidence of an increased incidence of leukocytes with DNA fragmentation.  Examination of lymphocytes and leukocytes from workers occupationally exposed to cadmium and lead or to cadmium, lead, and zinc showed increased frequency of chromosomal aberrations compared to control groups (Abrahim et al. 2011; Bauchinger et al. 1976; Deknudt and Leonard 1975; Deknudt et al. 1973), but this effect was not observed in men exposed primarily to cadmium (Bui et al. 1975; O'Riordan et al. 1978).  Human lymphocytes from individuals inhabiting cadmium-polluted areas of China have been found to have increased micronuclei rates and a higher frequency of chromosomal aberrations and severe aberration types, in comparison to control populations with either no known exposure to cadmium or low-level exposure (Fu et al. 1999; Tang et al. 1990).  Bui et al. (1975) examined blood samples from four female Japanese patients with Itai-Itai disease and found no evidence to indicate that cadmium is capable of inducing chromosomal damage.

For the most part, cadmium exposure via inhalation (Valverde et al. 2000), oral (Devi et al. 2001; Kasuba et al. 2002), and parenteral (Fahmy and Aly 2000; Kasuba et al. 2002; Mukherjee et al. 1988a; Saplakoglu et al. 1997; Wronska-Nofer et al. 1999; Zhou et al. 2004b) routes has been shown to be associated with DNA damage and induction of micronuclei in rodent cells.

CADMIUM

185

3. HEALTH EFFECTS

**Table 3-10. Genotoxicity of Cadmium *In Vivo***

| Species (test system) | End point | Results | Reference |
|---|---|---|---|
| Mammalian cells: | | | |
| Inhalation exposure: | | | |
| Human lymphocytes | Chromosomal aberrations | + | Deknudt et al. 1973 |
| Human lymphocytes | Chromosomal aberrations | – | Bui et al. 1975 |
| Human lymphocytes | Chromosomal aberrations | + | Deknudt and Leonard 1975 |
| Human lymphocytes | Chromosomal aberrations | + | Bauchinger et al. 1976 |
| Human lymphocytes | Chromosomal aberrations | – | O'Riordan et al. 1978 |
| Human lymphocytes | Chromosomal aberrations | + | Alessio et al. 1993 |
| Human lymphocytes | Chromosomal aberrations | + | Abrahim et al. 2011 |
| Human lymphocytes | Sister chromatid exchanges | + | Abrahim et al. 2011 |
| Human lymphocytes | Sister chromatid exchanges | + | Palus et al. 2003 |
| Human lymphocytes | Micronuclei | + | Palus et al. 2003 |
| Human lymphocytes | DNA damage | + | Palus et al. 2003 |
| Mouse bone marrow | DNA damage | + | Valverde et al. 2000 |
| Mouse brain cells | DNA damage | + | Valverde et al. 2000 |
| Mouse testicular cells | DNA damage | + | Valverde et al. 2000 |
| Mouse liver cells | DNA damage | + | Valverde et al. 2000 |
| Mouse kidney cells | DNA damage | + | Valverde et al. 2000 |
| Mouse lung cells | DNA damage | + | Valverde et al. 2000 |
| Mouse nasal epithelial cells | DNA damage | + | Valverde et al. 2000 |
| Oral exposure: | | | |
| Rat bone cells | Altered gene expression | + | Ohba et al. 2007 |
| Mouse bone marrow | Chromosomal aberrations | – | Deknudt and Gerber 1979 |
| Mouse bone marrow | Chromosomal aberrations | + | Mukherjee et al. 1988b |
| Rat bone marrow | Chromosomal aberrations | – | Desi et al. 2000 |
| Human leukocytes | Chromosomal aberrations | + | Shiraishi and Yoshida 1972 |
| Human lymphocytes | Chromosomal aberrations | – | Bui et al. 1975 |
| Human lymphocytes | Chromosomal aberrations | + | Tang et al. 1990 |
| Human lymphocytes | Chromosomal aberrations | + | Fu et al. 1999 |
| Mouse leukocytes | DNA damage | + | Devi et al. 2001 |
| Rat lymphocytes | DNA damage | + | Kasuba et al. 2002 |
| Rat spermatogenesis | Dominant lethal mutations | – | Sutou et al. 1980 |
| Rat spermatogenesis | Dominant lethal mutations | – | Zenick et al. 1982 |
| Rat lymphocytes | Micronuclei | + | Kasuba et al. 2002 |
| Human lymphocytes | Micronuclei | + | Fu et al. 1999 |
| Intraperitoneal exposure: | | | |
| Mouse oocytes | Aneuploidy | – | Mailhes et al. 1988 |
| Mouse spermatocytes | Chromosomal aberrations | + | Selypes et al. 1992 |

APPX ATT_V6_3560

**Table 3-10.  Genotoxicity of Cadmium *In Vivo***

| Species (test system) | End point | Results | Reference |
|---|---|---|---|
| Mouse bone marrow | Chromosomal aberrations | + | Fahmy and Aly 2000 |
| Mouse spermatocytes | Chromosomal aberrations | + | Fahmy and Aly 2000 |
| Mouse bone marrow | Chromosomal aberrations | – | Bruce and Heddle 1979 |
| Mouse bone marrow | Chromosomal aberrations | + | Mukherjee et al. 1988a |
| Mouse spermatocytes | Chromosomal translocations | – | Gilliavod and Leonard 1975 |
| Rat lung cells | DNA strand breaks | + | Saplakoglu et al. 1997 |
| Rat kidney cells | DNA strand breaks | + | Saplakoglu et al. 1997 |
| Rat liver cells | DNA strand breaks | + | Saplakoglu et al. 1997 |
| Mouse spermatogenesis | Dominant lethal mutations | – | Epstein et al. 1972 |
| Mouse spermatogenesis | Dominant lethal mutations | – | Gilliavod and Leonard 1975 |
| Mouse oocytes | Dominant lethal mutations | – | Suter 1975 |
| Rat lymphocytes hprt locus | Gene mutation | ± | Jianhua et al. 2006 |
| Mouse bone marrow | Micronuclei | ± | Mukherjee et al. 1988a |
| Mouse bone marrow | Micronuclei | + | Wronska-Nofer et al. 1999 |
| Mouse bone marrow | Micronuclei | + | Fahmy and Aly 2000 |
| Mouse bone marrow | Sister chromatid exchanges | + | Mukherjee et al. 1988a |
| Mouse bone marrow | Sister chromatid exchanges | + | Fahmy and Aly 2000 |
| Mouse spermatozoa | Sperm morphology | – | Bruce and Heddle 1979 |
| Mouse spermatozoa | Sperm morphology | + | Mukherjee et al. 1988a |
| Syrian hamster embryo cells | Transformation | + | DiPaulo and Castro 1979 |
| Subcutaneous exposure: | | | |
| Mouse testicular cells | Altered gene expression | + | Zhou et al. 2004b |
| Mouse blastocysts | Aneuploidy | + | Watanabe and Endo 1982 |
| Syrian hamster oocytes | Aneuploidy | + | Watanabe et al. 1979 |
| Mouse bone marrow | Chromosomal aberrations | + | Karmakar et al. 1998 |
| Mouse testicular cells | DNA damage | – | Zhou et al. 2004b |
| Rat lymphocytes | DNA damage | + | Kasuba et al. 2002 |
| Rat lymphocytes | Micronuclei | + | Kasuba et al. 2002 |
| Mouse bone marrow | Sister chromatid exchanges | + | Nayak et al. 1989 |
| Mouse fetal liver and lung cells | Sister chromatid exchanges | – | Nayak et al. 1989 |

– = negative result; + = positive result; ± = weakly positive result; DNA = deoxyribonucleic acid

CADMIUM

3. HEALTH EFFECTS

Evidence of the potential for cadmium to induce SCE (Fahmy and Aly 2000; Mukherjee et al. 1988a; Nayak et al. 1989) and chromosomal aberrations (Bruce and Heddle 1979; Desi et al. 2000; DiPaulo and Castro 1979; Fahmy and Aly 2000; Karmakar et al. 1998; Mukherjee et al. 1988a; Tang et al. 1990; Watanabe et al. 1979) is mixed. Data regarding the aneugenic potential of cadmium are limited and also conflicting. Watanabe and Endo (1982) observed an increased incidence of mouse blastocysts with trisomies and triploidies from female mice treated subcutaneously with cadmium compared to control mice. Watanabe et al. (1979) reported that subcutaneous exposure to cadmium induced mutagenicity in hamster oocytes, and in particular, induced the production of diploid oocytes. However, Mailhes et al. (1988) did not observe an increased incidence of hyperploid oocytes in female mice treated with cadmium via intraperitoneal injection.

No evidence for germ cell mutations (the dominant lethal test) has been observed in male rats orally exposed to cadmium (Sutou et al. 1980; Zenick et al. 1982) or in mice exposed to cadmium via inhalation (Gilliavod and Leonard 1975; Suter 1975) or intraperitoneal exposure (Epstein et al. 1972). However, chromosomal aberrations in mouse spermatocytes and Syrian hamster oocytes (Fahmy and Aly 2000; Selypes et al. 1992; Watanabe et al. 1979) and altered gene expression in mouse testicular cells (Zhou et al. 2004b) have been observed following cadmium exposure.

Data based on *in vitro* examination of the genotoxic effects of cadmium in microorganisms, yeast, insects, and mammalian cells are summarized in Table 3-11. For the most part, *in vitro* data support the *in vivo* data suggesting that cadmium has the potential to induce DNA damage, micronuclei, chromosomal aberrations, and genetic mutations.

*In vitro* studies have shown that cadmium induces genetic mutations in hamster and mouse cells (Amacher and Paillet 1980; Filipic and Hei 2004; Honma et al. 1999; Jianhua et al. 2006; Oberly et al. 1982), transformation in rodent cells (Casto et al. 1979; Terracio and Nachtigal 1988), unscheduled DNA synthesis in rat cells (Denizeau and Marion 1989), DNA breaks in human cells (Depault et al. 2006; Lopez-Ortal et al. 1999; Mikhailova et al. 1997), DNA lesions in hamster cells (Jianhua et al. 2006), and inhibits DNA repair in human and hamster cells (Lutzen et al. 2004; Lynn et al. 1997). Misra et al. (1998) did not observe DNA damage in rat cells following treatment with cadmium, but DNA damage has been noted in human cells (Fatur et al. 2002; Rozgaj et al. 2002).

Chromosomal aberrations following cadmium exposure have been observed in Chinese hamster ovary cells (Cai and Arenaz 1998; Deaven and Campbell 1980; Rohr and Bauchinger 1976), but studies on

**Table 3-11.  Genotoxicity of Cadmium *In Vitro***

| Species (test system) | End point | With activation | Without activation | Reference |
|---|---|---|---|---|
| **Prokaryotic organisms:** | | | | |
| *Bacillus subtilis* | DNA repair | No data | ± | Nishioka 1975 |
| *B. subtilis* | DNA repair | No data | ± | Kanematsu et al. 1980 |
| *Salmonella typhimurium* (plate incorporation) | Gene mutation | – | – | Bruce and Heddle 1979 |
| *S. typhimurium* (liquid suspension) | Gene mutation | – | – | Milvy and Kay 1978 |
| *S. typhimurium* (liquid suspension) | Gene mutation | No data | ± | Mandel and Ryser 1984 |
| *S. typhimurium* (plate incorporation) | Gene mutation | – | + | Wong 1988 |
| **Eukaryotic organisms:** | | | | |
| **Yeast:** | | | | |
| *Saccharomyces cerevisiae* | Gene mutation | No data | + | Putrament et al. 1977 |
| *S. cerevisiae* | Intrachromosomal recombination | No data | + | Schiestl et al. 1989 |
| **Insects:** | | | | |
| *Drosophila melanogaster* | Dominant lethal mutations | No data | + | Vasudev and Krishnamurthy 1979 |
| *D. melanogaster* | Nondisjunction | No data | – | Ramel and Magnusson 1979 |
| *D. melanogaster* | Sex-linked recessive lethal mutations | No data | – | Inoue and Watanabe 1978 |
| **Mammalian cells:** | | | | |
| Mouse spleen cells | Chromosomal aberration | No data | + | Fahmy and Aly 2000 |
| Chinese hamster ovary Hy cells | Chromosomal aberration | No data | + | Rohr and Bauchinger 1976 |
| Chinese hamster ovary CHO cells | Chromosomal aberration | No data | + | Deaven and Campbell 1980 |
| Chinese hamster ovary CHO cells | Chromosomal aberration | No data | + | Cai and Arenaz 1998 |
| Human leukocytes | Chromosomal aberrations | No data | + | Shiraishi et al. 1972 |
| Human blood lymphocytes | Chromosomal aberration | No data | – | Paton and Allison 1972 |
| Human blood lymphocytes | Chromosomal aberration | No data | + | Shiraishi et al. 1972 |

## Table 3-11. Genotoxicity of Cadmium *In Vitro*

| Species (test system) | End point | Results With activation | Without activation | Reference |
|---|---|---|---|---|
| Human blood lymphocytes | Chromosomal aberration | No data | − | Deknudt and Deminatti 1978 |
| Human blood lymphocytes | Chromosomal aberration | No data | ± | Gasiorek and Bauchinger 1981 |
| Human blood lymphocytes | DNA breaks | No data | + | Depault et al. 2006 |
| Human lymphoblastoid cells | DNA breaks | No data | + | Mikhailova et al. 1997 |
| Human fetal hepatic WRL-68 cells | DNA breaks | No data | + | Lopez-Ortal et al. 1999 |
| Chinese hamster ovary CHO-K1 cells | DNA damage | No data | − | Misra et al. 1998 |
| Rat L6 myoblast cells | DNA damage | No data | − | Misra et al. 1998 |
| Rat Clone 9 liver cells | DNA damage | No data | − | Misra et al. 1998 |
| Rat TRI 1215 liver cells | DNA damage | No data | − | Misra et al. 1998 |
| Human blood lymphocytes | DNA damage | No data | + | Rozgaj et al. 2002 |
| Human hepatoma cells (HepG2) | DNA damage | No data | + | Fatur et al. 2002 |
| V79 Chinese hamster lung cells | DNA lesions | No data | + | Jianhua et al. 2006 |
| Chinese hamster ovary CHO-K1 cells | DNA repair | No data | + | Lynn et al. 1997 |
| Human 293T-Tet-Off-hMLH1 cells | DNA repair | No data | + | Lutzen et al. 2004 |
| V79 Chinese hamster lung cells hprt locus | Gene mutation | No data | + | Jianhua et al. 2006 |
| $A_L$ human-hamster hybrid CD59 gene | Gene mutation | No data | + | Filipic and Hei 2004 |
| Mouse lymphoma L5178Y thymidine kinase locus | Gene mutation | No data | ± | Amacher and Paillet 1980 |
| Mouse lymphoma L5178Y thymidine kinase locus | Gene mutation | No data | + | Oberly et al. 1982 |
| Mouse lymphoma L5178Y thymidine kinase locus | Gene mutation | + | + | Honma et al. 1999 |
| Human blood lymphocytes | Micronuclei | No data | + | Migliore et al. 1999 |
| Human blood lymphocytes ($G_0$ phase) | Micronuclei | No data | − | Kasuba and Rozgaj 2002 |
| Human blood lymphocytes (S phase) | Micronuclei | No data | + | Kasuba and Rozgaj 2002 |
| Human diploid fibroblasts (MRC-5) | Micronuclei | No data | + | Seoane and Dulout 2001 |
| Mouse spleen cells | Sister chromatid exchanges | No data | + | Fahmy and Aly 2000 |

**Table 3-11.  Genotoxicity of Cadmium *In Vitro***

| Species (test system) | End point | Results With activation | Results Without activation | Reference |
|---|---|---|---|---|
| Human blood lymphocytes | Sister chromatid exchanges | No data | – | Bassendowska-Karska and Zawadzka-Kos 1987 |
| Human blood lymphocytes ($G_0$ phase) | Sister chromatid exchanges | No data | – | Saplakoglu and Iscan 1998 |
| Human blood lymphocytes (S phase) | Sister chromatid exchanges | No data | + | Saplakoglu and Iscan 1998 |
| Syrian hamster embryo cells | Transformation | No data | + | Casto et al. 1979 |
| Rat ventral prostate cells | Transformation | No data | + | Terracio and Nachtigal 1988 |
| Rat hepatocytes | Unscheduled DNA synthesis | No data | + | Denizeau and Marion 1989 |

— = negative result; + = positive result; ± = weakly positive; CHO = Chinese hamster ovary; DNA = deoxyribonucleic acid; NA = not applicable; RNA = ribonucleic acid

human cells have shown mixed results (Deknudt and Deminatti 1978; Gasiorek and Bauchinger 1981; Paton and Allison 1972; Shiraishi et al. 1972). For the most part, *in vitro* studies have not shown cadmium to induce SCE in human cells (Bassendowska-Karska and Zawadzka-Kos 1987; Saplakoglu and Iscan 1998). However, a study by Fahmy and Aly (2000) did observe SCE in mouse spleen cells following cadmium treatment. Kasuba and Rozgaj (2002) and Saplakoglu and Iscan (1998) evaluated the ability of cadmium to induce micronuclei and SCE in human lymphocytes *in vitro* respectively, at two different stages of the cell cycle, $G_0$ and S phase. These studies observed that the genotoxicity of cadmium may vary depending on the stage of the cell cycle as both micronuclei and SCE were induced in cells in S phase, but not in cells in $G_0$ phase. These observations may in part explain some of the contradictory findings regarding cadmium genotoxicity in the literature.

Positive mutagenicity results have been found in some studies using bacterial cells (Kanematsu et al. 1980; Mandel and Ryser 1984; Nishioka 1975; Wong 1988), in studies using yeast (Putrament et al. 1977; Schiestl et al. 1989), and in a single study using *Drosophila melanogaster* (Vasudev and Krishnamurthy 1979). Other studies report negative mutagenicity results in bacterial cells (Bruce and Heddle 1979; Milvy and Kay 1978) and in *D. melanogaster* (Inoue and Watanabe 1978; Ramel and Mangusson 1979).

## 3.4   TOXICOKINETICS

Cadmium metal and cadmium salts are not well absorbed; approximately 25, 1–10, or <1% of the dose is absorbed following inhalation, oral, or dermal exposure. Several factors can influence inhalation and oral absorption efficiency; for example, cadmium in cigarette smoke has a higher absorption efficiency due to its small particle size and cadmium absorption from the gastrointestinal tract is increased in individuals with poor iron status. Following absorption from any route of exposure, cadmium widely distributes throughout the body, with the highest concentrations found in the liver and kidney. Cadmium is not known to undergo any direct metabolic conversion such as oxidation, reduction, or alkylation. Absorbed cadmium is excreted very slowly, with urinary and fecal excretion being approximately equal. Approximately 0.007 and 0.009% of the body burden is excreted in the urine and feces, respectively, per day.

### 3.4.1   Absorption

### 3.4.1.1   Inhalation Exposure

Cadmium metal and cadmium salts have low volatility and exist in air primarily as fine suspended particulate matter.  When inhaled, some fraction of this particulate matter is deposited in the airways or the lungs, and the rest is exhaled.  Large particles (greater than about 10 μm in diameter) tend to be deposited in the upper airway, while small particles (approximately 0.1 μm) tend to penetrate into the alveoli.  While some soluble cadmium compounds (cadmium chloride and cadmium sulfate) may undergo limited absorption from particles deposited in the respiratory tree, the major site of absorption is the alveoli.  Thus, particle size, which controls alveolar deposition, is a key determinant of cadmium absorption in the lung (Nordberg et al. 1985).

No direct data are available on cadmium deposition, retention, or absorption in the human lung.  Data from animal studies indicate that lung retention is greatest after short-term exposure (5–20% after 15 minutes to 2 hours) (Barrett et al. 1947; Henderson et al. 1979; Moore et al. 1973; Rusch et al. 1986).  The initial lung burden declines slowly after exposure ceases (Henderson et al. 1979; Moore et al. 1973; Rusch et al. 1986) due to absorption of cadmium and lung clearance of deposited particles.  After longer periods of inhalation exposure to cadmium, somewhat lower lung retentions are found (Glaser et al. 1986).  The absorption of cadmium in lung differs somewhat among chemical forms, but the pattern does not correlate with solubility (Glaser et al. 1986; Rusch et al. 1986).

Based on comparison of cadmium body burdens in human smokers and nonsmokers, cadmium absorption from cigarettes appears to be higher than absorption of cadmium aerosols measured in animals (Nordberg et al. 1985).  The chemical form of cadmium in cigarette smoke is likely to be similar to that produced by other combustion processes, primarily cadmium oxide aerosols.  The greater absorption of cadmium from cigarette smoke is likely due to the very small size of particles in cigarette smoke and the consequent very high alveolar deposition (Nordberg et al. 1985; Takenaka et al. 2004).

Based on the physiology of the human respiratory tree, a comprehensive model has been developed to predict the kinetics of inhaled cadmium in humans (Nordberg et al. 1985).  Results of this model suggest that only about 5% of particles >10 μm in diameter will be deposited, up to 50% of particles <0.1 μm will be deposited, and between 50 and 100% of cadmium deposited in the alveoli will ultimately be absorbed (Nordberg et al. 1985).

## 3.4.1.2   Oral Exposure

Most ingested cadmium passes through the gastrointestinal tract without being absorbed (Kjellström et al. 1978).  Measurement of gastrointestinal absorption is complicated by the fact that not all of a dose initially retained in the gastrointestinal system can be considered to be absorbed, because some portion may be trapped in the intestinal mucosa without crossing into the blood or lymph (Foulkes 1984).  Thus, measures of whole-body cadmium retention may overestimate cadmium absorption (at least in the short-term).  On the other hand, some absorbed cadmium may be excreted in urine or feces, so that retention may underestimate exposure.  However, this underestimate is probably minor because excretion of absorbed cadmium is very slow (see Section 3.4.4.2).

Cadmium absorption has been estimated based on the retention of cadmium in the bodies of humans following ingestion of radioactive cadmium.  Estimated cadmium absorption ranged from 1.1 to 10.6% (Flanagan et al. 1978; McLellan et al. 1978; Newton et al. 1984; Rahola et al. 1973; Shaikh and Smith 1980; Vanderpool and Reeves 2001).  Although some studies have reported higher absorption levels (25–42%), this was based on cadmium retention measurements for 3–5 days after exposure that was probably too short to accurately measure cadmium transfer from the intestinal mucosa to circulation (Crews et al. 2000; Rahola et al. 1973).  Using estimated cadmium intakes from national data and measured renal and urinary cadmium levels in healthy nonsmokers, cadmium absorption rates of 3–5% have been estimated (Ellis et al. 1979; Morgan and Sherlock 1984).  In a balance study of women with high background cadmium intakes (mean urinary cadmium levels of 2.7–5.16 μg/g creatinine); the mean absorption rate in subjects examined for 7 days was 6.5% (Horiguchi et al. 2004).

The body store of iron influences cadmium absorption; subjects with low iron stores (assessed by serum ferritin levels) had an average absorption of 6 and 8.9%, while those with adequate iron stores had an average absorption of 2.3 and 2.4% (Flanagan et al. 1978; Shaikh and Smith 1980).  Several epidemiology studies have found significant negative correlations between body iron (assessed via serum ferritin and/or transferring levels) and cadmium body burden (blood cadmium and/or urinary cadmium levels) among men and women (Apinan et al. 2010) and among never-smoking, nonpregnant, non-menopausal women (Gallagher et al. 2011; Meltzer et al. 2010).  Studies in rats have shown that iron deficiency results in the upregulation of divalent metal transporter 1 (DMT1) and metal transporter protein 1 (MTP1) in the duodenum, which may facilitate the absorption of cadmium (Kim et al. 2007; Ryu et al. 2004).  Other epidemiology studies have found significantly higher cadmium body burdens in women with lower iron stores (Kippler et al. 2009).  In contrast, a study of anemic females with high

background cadmium levels did not find a significant alteration in cadmium absorption, as compared to healthy females; however, cadmium absorption was lower in the anemic group (13.6%) than in healthy group (27.4%) (Horiguchi et al. 2004).  It is not known if the differences in the methods used to estimate cadmium absorption (kinetic study using radiolabelled cadmium versus a balance study) or the high background cadmium intake in the Horiguchi study resulted in the discrepancy between the two studies.  There is some indication that not all forms of cadmium are equally absorbed.  Some populations with high dietary-cadmium exposure from Bluff oysters (McKenzie-Parnell et al. 1988) or seal meat (Hansen et al. 1985) have been found not to have elevated blood-cadmium levels, perhaps due to the particular form of cadmium in these foods.

Crews et al. (2000) estimated that 42% of a cadmium dose incorporated into porridge was retained in the body 5 days after exposure (as measured by fecal excretion of radiolabelled cadmium); however, the fecal collection period was probably too short to accurately measure cadmium absorption.  The investigators also attempted to measure cadmium absorption in 12-month-old infants; 18% of the labeled cadmium in the porridge was retained in the body after 4 days.  As with the adult data, the collection period may have been too short to accurately measure cadmium absorption in the infants.

Most estimates of cadmium absorption in animals are somewhat lower than the values found from human studies, particularly after prolonged exposure.  In mice, 0.27–3.2% of an oral dose of cadmium chloride was retained after 3–5 days (Bhattacharyya et al. 1981; Engstrom and Nordberg 1979), and in rats, 2–3% of a single oral dose of cadmium chloride was retained (Moore et al. 1973; Schafer et al. 1990).  Following 30 days of oral exposure, 0.2–0.3% of an administered dose was retained in rats (Muller et al. 1986).  After 4 weeks of dietary exposure to cadmium, absorption of cadmium was reduced to one-third the absorption of rats without pre-exposure to cadmium (Schafer et al. 1990).  Cadmium pigments (cadmium sulfide and cadmium sulfoselenide) appear to be absorbed much less than cadmium chloride in rats (ILZRO 1977).  Increases in absorption have been observed during gestation and lactation, 0.37 and 0.35% of cadmium administered via gavage was absorbed in mice on gestation days 8 and 15 and 0.56, 0.60, and 0.30% on lactation days 10, 17, and 24, as compared to 0.27% in nonpregnant controls; absorption was only significantly different from nonpregnant controls on lactation days 10 and 17 (Bhattacharyya et al. 1981).  Similar findings were observed in mice continuously exposed to cadmium during pregnancy and/or lactation (Bhattacharyya et al. 1982, 1986).

The absorption of cadmium from the gastrointestinal tract has been extensively studied in rats and mice, and a number of factors are recognized that influence absorption.  Absorption appears to take place in two

phases:  uptake from lumen into mucosa, and transfer into the circulation (Foulkes 1985).  Phase 1 may involve sequestering of cadmium by metallothionein (Foulkes 1980), but any protective effect is overloaded at moderate doses (Kotsonis and Klaassen 1978).  Uptake behaves like a saturable process with fractional absorption decreasing at high concentrations (Foulkes 1980).  There is evidence, however, to suggest that this saturation results from charge neutralization at the membrane (Foulkes 1985), so that it need not be assumed that there is a specific system for carrying cadmium into the body.  At doses high enough to damage gastrointestinal mucosa, fractional absorption is increased (Andersen et al. 1988; Goon and Klaassen 1989; Lehman and Klaassen 1986).  Cadmium bound to metallothionein was absorbed by rats to a lesser extent than cadmium added to the diet as cadmium chloride, but kidney cadmium content was only slightly less (Groten et al. 1990).

Maitani et al. (1984) compared the distribution of cadmium after oral administration of either cadmium ions or Cd-thionein in male CF-1 mice given 0.5 mg Cd/kg, per os (po), as cadmium chloride in saline, cadmium chloride in control rat liver homogenate, cadmium thionein in saline, Cd-TH in liver homogenate, or liver homogenate from Cd-treated rats.  In all cases, 85–90% of the cadmium dose was present in feces within 24 hours.  However, in groups receiving cadmium chloride, more cadmium was found in feces on days 2 and 3, compared to those receiving cadmium-thionein.  In a companion study, tissue levels indicated that less cadmium was absorbed when rats received cadmium-thionein in saline than cadmium chloride in saline.  Cadmium-thionein added to liver homogenate or liver homogenate containing cadmium-thionein increased the absorption of cadmium, resulting in renal cadmium levels similar to those in mice receiving cadmium chloride in saline.  The kidney/liver cadmium concentration ratio (9) was the same for cadmium-thionein in all three media.  Although Cd-TH gave much higher kidney/liver cadmium ratios than cadmium chloride (9 versus 2), renal cadmium concentrations were the same or lower than after cadmium chloride treatments.  The authors concluded that the high kidney/liver cadmium ratio after cadmium-thionein treatment versus cadmium chloride was due to lower concentrations of cadmium in liver rather than marked increases in renal cadmium levels.  While the chemical form of cadmium administered affects the absorption and distribution, the amount of cadmium reaching the kidney after cadmium-thionein administration is similar to that after cadmium chloride administration.

At moderate doses of cadmium, the presence of divalent and trivalent cations, such as calcium, chromium, magnesium, and zinc, may decrease cadmium uptake, probably by a nonspecific effect on the charge distribution of the intestinal brush border membrane (Foulkes 1985).  However, the influence of cations on cadmium absorption is complex, because zinc can increase the amount of cadmium absorbed

from the intestine (Jaeger 1990). A refined diet high in fat and protein increases cadmium absorption in mice, partially due to increased gastrointestinal passage time (Schafer et al. 1986). Studies in newborn rats and pigs also provide evidence that diet constituents influence cadmium absorption; absorption of cadmium chloride was higher when administered in water compared to cereal-based infant formula (Eklund et al. 2001, 2004). Diets low in iron increase cadmium absorption (Flanagan et al. 1978; Reeves and Chaney 2001, 2002; Schafer et al. 1990); a diet low in calcium will also increase cadmium absorption (Reeves and Chaney 2001, 2002). In contrast, low levels of dietary iron did not increase cadmium absorption in suckling piglets; however, iron supplementation did increase cadmium absorption (Öhrvik et al. 2007); this difference may be due to the high cadmium dose used in the study. Zinc deficiency may result in an increased accumulation of cadmium in the intestinal wall, but does not affect transport into the blood (Foulkes and Voner 1981; Hoadley and Cousins 1985). The absorption of cadmium in rats depends on age, with measured absorption decreasing from 12 to 5 to 0.5% at 2 hours, 24 hours, and 6 weeks after birth, respectively (Sasser and Jarboe 1977). Sasser and Jarboe (1980) also reported that absorption of cadmium in the gastrointestinal tract of young guinea pigs was 20-fold higher than in adult guinea pigs. Thus, for a given individual, the absorption following oral exposure to cadmium is likely to depend on physiologic status (age; body stores of iron, calcium, and zinc; pregnancy history; etc.) and, also, on the presence and levels of ions and other dietary components ingested with the cadmium.

### 3.4.1.3  Dermal Exposure

A few measurements of dermal absorption of cadmium in animals have been made, with only one *in vitro* study using human skin to determine the percutaneous absorption of cadmium.

A study by Wester et al. (1992) evaluated the percutaneous absorption of cadmium from water and soil into and through human skin using *in vitro* skin cells. Radioactive cadmium ($^{109}$cadmium chloride) was made to a concentration of 116 ppb in water or 13 ppb in filtered soil (26% sand, 26% clay, 48% silt, 0.9% organic content). Cadmium chloride was administered either at 5 µL/cm$^2$ or 2 volumes of 2.5 µL/cm$^2$ (the same amount of cadmium apparently applied). Human cadaver skin dermatomed at 500 µm was placed in flow-through skin cells and perfused with human plasma. Approximately 0.1– 0.6% of the cadmium chloride in water entered the plasma perfusate over the 16-hour perfusion period, while 2.4–12.7% of applied dose remained in the skin. Most of the cadmium (74–93%) remained unabsorbed and was recovered from the skin surface. Total recoveries ranged from 88±20 to 103±3. When cadmium-contaminated soil (13 ppb cadmium chloride) was applied to the skin surface, plasma levels ranged from 0.02 to 0.07% of the applied dose, while the skin contained 0.06–0.13% of applied

dose. Surface wash ranged from 82 to 102% of applied dose. Total recoveries were from 83±33 to 106±2. The large differences between water and soil absorption into the plasma and retention in the skin were attributed to differences in cadmium partition coefficients, measured to be $3.61 \times 10^1$ for stratum corneum (powdered):water and $1.03 \times 10^5$ for soil:water. These measurements indicate that soil has a relatively higher affinity for cadmium than does the stratum corneum. The transfer of cadmium from soil to skin depends on the soil's binding capacity and water retention and variables describing the physical contact with the skin. When cadmium levels in the soil were increased from 6.5 to 65 ppb, skin levels correspondingly increased, but plasma receptor fluid levels remained constant. This suggests that, with *in vitro* perfusion, the surface concentration of cadmium will influence skin cadmium concentration, but that absorption into plasma receptor fluid is relatively independent of the skin surface concentration. The authors offer the caveat that *in vitro* methods can influence results and therefore, the receptor fluid accumulation must be interpreted with caution. The authors calculate that a whole-body exposure to cadmium at 116 ppb in water with 0.5% absorption will result in a daily systemic intake of about 10 µg cadmium.

A few animal studies are available that describe the percutaneous absorption of cadmium as estimated from the accumulation of cadmium in the liver and kidneys of mice and rabbits. Male rabbits (strain not specified) dosed with cadmium chloride percutaneously via a 1% aqueous solution (6.1 mg cadmium) or 2% ointment (12.2 mg cadmium) over a 10-$cm^2$ shaved area (Kimura and Otaki 1972). Animals were treated 5 times over 3 weeks (duration of exposure not reported) and were killed 2 weeks after the last application. Only cadmium contents of liver and kidney were measured, so total absorption through the skin may have been greater. Accumulated amounts of cadmium in the liver and kidneys were found to be 0.4–0.61% 2 weeks after the end of cadmium exposure. This percentage was similar for aqueous solution or hydrocarbon ointment. Similarly, male hairless mice (strain not specified) were dosed with cadmium chloride percutaneously with a 2% ointment (containing 0.61 mg cadmium) 1 or 5 times in a week (duration of exposure not reported) and killed 1 week later (Kimura and Otaki 1972). Accumulated amounts of cadmium in the liver and kidneys were found to be 0.2–0.87%.

Cadmium was detected in liver, kidneys, and urine following dermal exposure in guinea pigs (Skog and Wahlberg 1964). The disappearance of cadmium from cadmium chloride in water applied to guinea pig skin was dependent on concentration, with a peak mean absorption of 1.8% over 5 hours at 0.239 molar cadmium (about a 2.7% solution). Less absorption occurred both at higher and lower concentrations of a cadmium chloride solution applied to the skin (Skog and Wahlberg 1964).

The results from all of these studies suggest that dermal absorption is slow, and would be of concern only in situations where concentrated solutions would be in contact with the skin for several hours or longer.

## 3.4.2   Distribution

Cadmium is widely distributed in the body, with the major portion of the body burden located in the liver and kidney.  Animals and humans appear to have a similar pattern of distribution that is relatively independent of route of exposure, but somewhat dependent on duration of exposure.

### 3.4.2.1   Inhalation Exposure

Cadmium was found in autopsy samples from nearly all organs of a worker extensively exposed to cadmium dust, with greatest concentrations in the liver, kidney, pancreas, and vertebrae (Friberg 1950).  In workers dying from inhalation of cadmium, lung-cadmium concentration was somewhat lower than liver or kidney cadmium concentration (Beton et al. 1966; Lucas et al. 1980; Patwardhan and Finckh 1976).  The concentration of cadmium in the liver of occupationally exposed workers generally increases in proportion to intensity and duration of exposure to values up to 100 µg/g (Gompertz et al. 1983; Roels et al. 1981b).  The concentration of cadmium in the kidney rises more slowly than in the liver after exposure (Gompertz et al. 1983) and begins to decline after the onset of renal damage at a critical concentration of 160–285 µg/g (Roels et al. 1981b).

In animals acutely exposed to cadmium carbonate aerosols, about 60% of the inhaled dose is found in the gastrointestinal tract, transported by mucociliary clearance (Moore et al. 1973).  Following a 2-hour inhalation of approximately 100 mg/m$^3$ of cadmium, cadmium concentration in rat liver increased from an initial concentration of 0.8 µg/g in males and 1.9 µg/g in females immediately after exposure up to a peak of about 2 µg/g in males and 3.8 µg/g in females 1 week postexposure, then declined to 1.7 and 2.5 µg/g, respectively, by 30 days postexposure.  The kidney concentrations were initially <0.5 µg/g in males and females, rising to approximately 8 µg/g in both sexes by 1 week postexposure and to 18 µg/g in males and 15 µg/g in females by 30 days postexposure (Rusch et al. 1986).

### 3.4.2.2   Oral Exposure

As discussed in Chapter 6, most nonoccupationally exposed people are exposed to cadmium primarily through the diet.  Cadmium can be detected in virtually all tissues in adults from industrialized countries, with greatest concentrations in the liver and kidney (Chung et al. 1986; Sumino et al. 1975).  Average

cadmium concentrations in the kidney are near zero at birth, and rise roughly linearly with age to a peak (typically around 40–50 μg/g wet weight) between ages 50 and 60, after which kidney concentrations plateau or decline (Chung et al. 1986; Hammer et al. 1973; Lauwerys et al. 1984).  Liver cadmium concentrations also begin near zero at birth, increase to typical values of 1–2 μg/g wet weight by age 20–25, then increase only slightly thereafter (Chung et al. 1986; Hammer et al. 1973; Lauwerys et al. 1984; Sumino et al. 1975).

Distribution of cadmium in animals after oral exposure is similar to that found in humans, with highest accumulation in the liver and kidneys, and lower levels spread throughout the rest of the body (Kotsonis and Klaassen 1978; Weigel et al. 1984).  Liver and kidney cadmium concentrations are comparable after short-term exposure (Andersen et al. 1988; Jonah and Bhattacharyya 1989), but the kidney concentration exceeds the liver concentration following prolonged exposure (Kotsonis and Klaassen 1978), except at very high exposures (Ando et al. 1998; Bernard et al. 1980; Hiratsuka et al. 1999).  In mice orally exposed to cadmium during lactation, 53% of the whole-body cadmium was found in the kidneys as compared to 27% in nonpregnant controls (Bhattacharyya et al. 1982).

Maitani et al. (1984) compared the distribution of cadmium in rats after an acute oral administration of either cadmium ions or cadmium bound to metallothionein.  In all cases, 85–90% of the dose was present in the feces within 24 hours postexposure.  More of the cadmium-thionein was retained after 2–3 days, and less of the cadmium-thionein was distributed to the liver than was the case for the ionic cadmium.  Kidney levels were comparable.

The placenta may act as a partial barrier to fetal exposure to cadmium.  Cadmium concentration has been found to be approximately half as high in cord blood as in maternal blood in several studies including both smoking and nonsmoking women (Kuhnert et al. 1982; Lauwerys et al. 1978; Truska et al. 1989).  Accumulation of cadmium in the placenta at levels about 10 times higher than maternal blood cadmium concentration has been found in studies of women in Belgium (Roels et al. 1978) and the United States (Kuhnert et al. 1982); however, in a study in Czechoslovakia, the concentration of cadmium in the placenta was found to be less than in either maternal or cord blood (Truska et al. 1989).  In mice orally exposed to cadmium during pregnancy, maternal blood, placental, and fetal cadmium concentrations were essentially equal among control animals (with environmental cadmium exposure), but placental concentration increased with cadmium dose much more rapidly than either maternal blood or fetal cadmium concentration (Sorell and Graziano 1990).  Thus, timing and level of cadmium exposure may influence the uptake of cadmium by the placenta, perhaps explaining the conflicting human studies.

Goyer and Cherian (1992) localized metallothionein in full-term human placenta and in fetal cells in human placenta. Metallothionein was present in trophoblasts (which facilitate transport of substances entering the placenta from the maternal blood), Hofbauer cells (motile macrophages capable of phagocytosis and protein ingestion), amniotic epithelial cells (fetal derivatives), and decidual cells (endometrial stromal cells that have been transformed under hormonal influence into large pale cells, rich in glycogen). The mechanism by which the placenta transports the essential metals, copper and zinc, while limiting the transport of cadmium is unknown, but may involve the approximately 1,000-fold higher concentration of zinc in the placenta and the higher affinity of cadmium than zinc for metallothionein.

Cadmium levels in human milk are 5–10% of levels in blood, possibly due to inhibited transfer from blood because of metallothionein binding of cadmium in blood cells (Radisch et al. 1987). Bhattacharyya et al. (1982) examined the maternal transfer of cadmium to pups during gestation and lactation in mice. Approximately 3, 11, and 25% of maternal cadmium was transferred to the pups following gestation-only exposure, lactation-only exposure, and gestation and lactation exposure, respectively.

### 3.4.2.3 Dermal Exposure

No studies were located regarding distribution in humans after dermal exposure to cadmium. Elevated levels of cadmium were found in the liver and kidneys of rabbits and mice dermally exposed to cadmium (Kimura and Otaki 1972).

### 3.4.3 Metabolism

Cadmium is not known to undergo any direct metabolic conversion such as oxidation, reduction, or alkylation. The cadmium (+2) ion does bind to anionic groups (especially sulfhydryl groups) in proteins (especially albumin and metallothionein) and other molecules (Nordberg et al. 1985). Plasma cadmium circulates primarily bound to metallothionein, and albumin (Foulkes and Blanck 1990; Roberts and Clark 1988).

### 3.4.4 Elimination and Excretion

Most cadmium that is ingested or inhaled and transported to the gut via mucociliary clearance is not absorbed and is excreted in the feces. Absorbed cadmium is excreted very slowly, with urinary and fecal

excretion being approximately equal (Kjellström and Nordberg 1978). The half-time for cadmium in the whole body in humans was >26 years (Shaikh and Smith 1980) and half-times of several months up to several years have been calculated in mice, rats, rabbits, and monkeys (Kjellström and Nordberg 1985). Half-times in the slowest phase were from 20 to 50% of the maximum life span of the animal (Kjellström and Nordberg 1985). In the human body, the main portion of the cadmium body burden is found in the liver and kidney and in other tissues (particularly muscle, skin, and bone). After reviewing the literature, Kjellström and Nordberg (1985) developed a range of half-times from their kinetic model of 6–38 years for the human kidney and 4–19 years for the human liver.

### 3.4.4.1  Inhalation Exposure

Cadmium excretion in urine of occupationally exposed workers increases proportionally with body burden of cadmium, but the amount of cadmium excreted represents only a small fraction of the total body burden unless renal damage is present; in this case, urinary cadmium excretion markedly increases (Roels et al. 1981b). Fecal excretion in workers occupationally exposed to cadmium reflects mainly cadmium dust swallowed from industrial air and/or incidentally ingested from contaminated hands (Adamsson et al. 1979).

In rats, following a 2-hour inhalation exposure to cadmium carbonate, cadmium was primarily eliminated in the feces, with a minor component (approximately 1% of fecal excretion) in the urine (Rusch et al. 1986). Cadmium excretion by both routes declined with time after exposure, with significantly elevated excretion found at 7 days, but not 30 days, after exposure (Rusch et al. 1986). Most of the cadmium initially excreted in the feces was probably not absorbed, but rather represented particles transported from the lung to the gastrointestinal tract (Moore et al. 1973).

### 3.4.4.2  Oral Exposure

Following oral exposure, the major proportion of administered cadmium is found in the feces, because absorption is so low (see Section 3.4.1.2) (Kjellström et al. 1978). Among five healthy adult volunteers, fecal excretion of a single dose of radiolabeled cadmium declined with time up to 45 days after ingestion, while urinary excretion remained at a low, near-constant level (Rahola et al. 1973). After about 20 days, fecal and urinary excretion appeared to be comparable (Rahola et al. 1973). In contrast, among four healthy adults ingesting cadmium in intrinsically labeled crabmeat, fecal excretion was 30 times higher than urinary excretion up to 10 weeks after ingestion of the test meal (Newton et al. 1984). In rats orally exposed to up to 0.35 mg/kg/day of cadmium in the diet for 60 days, no significant increase in

urinary cadmium content was found (Weigel et al. 1984).  The overall excretion of absorbed cadmium is slow, with biological half-times of 70–270 days in rats or mice orally exposed to cadmium (Engstrom and Nordberg 1979; Moore et al. 1973).

In a comprehensive model developed for human cadmium toxicokinetics, parameters for urinary and fecal excretion were derived by adjustments to empirical data derived from human and animal studies (Kjellström and Nordberg 1978, 1985).  Fecal excretion constitutes unabsorbed cadmium plus "true" excretion originating from blood via the intestinal wall (a function of cadmium body burden) and from bile via the liver (a function of cadmium liver burden) (Kjellström and Nordberg 1985).  Urinary excretion depends on blood concentration and kidney concentration, and total excretion is assumed to equal daily intake at steady state.  Using these methods and assumptions, daily fecal and urinary excretion is estimated to be 0.007 and 0.009% of body burden, respectively (Kjellström and Nordberg 1978, 1985).  A whole-body retention half-time estimate of >26 years was obtained by Shaikh and Smith (1980) in a study using orally ingested radiolabelled cadmium and monitoring a subject for over 2 years.

Groups of 10 female outbred albino rats were exposed to cadmium in drinking water (as cadmium chloride) at 0 or 4.8 mg/kg/day for 10 weeks (at 4 weeks prior to mating, at 3 weeks of gestation, or 3 weeks into lactation).  After weaning, exposure to cadmium was terminated.  In dams, kidney concentrations exceeded liver concentrations, while in pups, the renal and liver concentrations were similar at all times during exposure.  In pups, both hepatic and renal cadmium concentrations considerably increased only during the second half of the lactation period (Ld 11–21).  The concentrations in the dams were several orders higher than in the offspring.  After discontinuation of exposure, organ concentration slightly decreased in dams (2% in liver and 12% in kidneys), while in pups, the decrease was 84% in the liver and 62% in the kidneys.  These values do not indicate cadmium elimination but rather dilution caused by growth (Kostial et al. 1993).

### 3.4.4.3   Dermal Exposure

No studies were located regarding excretion in humans after dermal exposure to cadmium.  Cadmium was reportedly detected in urine in guinea pigs dermally exposed to aqueous cadmium chloride, but no details are available (Skog and Wahlberg 1964).

## 3.4.5     Physiologically Based Pharmacokinetic (PBPK)/Pharmacodynamic (PD) Models

Physiologically based pharmacokinetic (PBPK) models use mathematical descriptions of the uptake and disposition of chemical substances to quantitatively describe the relationships among critical biological processes (Krishnan et al. 1994).  PBPK models are also called biologically based tissue dosimetry models.  PBPK models are increasingly used in risk assessments, primarily to predict the concentration of potentially toxic moieties of a chemical that will be delivered to any given target tissue following various combinations of route, dose level, and test species (Clewell and Andersen 1985).  Physiologically based pharmacodynamic (PBPD) models use mathematical descriptions of the dose-response function to quantitatively describe the relationship between target tissue dose and toxic end points.

PBPK/PD models refine our understanding of complex quantitative dose behaviors by helping to delineate and characterize the relationships between:  (1) the external/exposure concentration and target tissue dose of the toxic moiety, and (2) the target tissue dose and observed responses (Andersen and Krishnan 1994; Andersen et al. 1987a).  These models are biologically and mechanistically based and can be used to extrapolate the pharmacokinetic behavior of chemical substances from high to low dose, from route to route, between species, and between subpopulations within a species.  The biological basis of PBPK models results in more meaningful extrapolations than those generated with the more conventional use of uncertainty factors.

The PBPK model for a chemical substance is developed in four interconnected steps:  (1) model representation, (2) model parameterization, (3) model simulation, and (4) model validation (Krishnan and Andersen 1994).  In the early 1990s, validated PBPK models were developed for a number of toxicologically important chemical substances, both volatile and nonvolatile (Krishnan and Andersen 1994; Leung 1993).  PBPK models for a particular substance require estimates of the chemical substance-specific physicochemical parameters, and species-specific physiological and biological parameters.  The numerical estimates of these model parameters are incorporated within a set of differential and algebraic equations that describe the pharmacokinetic processes.  Solving these differential and algebraic equations provides the predictions of tissue dose.  Computers then provide process simulations based on these solutions.

The structure and mathematical expressions used in PBPK models significantly simplify the true complexities of biological systems.  If the uptake and disposition of the chemical substance(s) are adequately described, however, this simplification is desirable because data are often unavailable for

3. HEALTH EFFECTS

many biological processes. A simplified scheme reduces the magnitude of cumulative uncertainty. The adequacy of the model is, therefore, of great importance, and model validation is essential to the use of PBPK models in risk assessment.

PBPK models improve the pharmacokinetic extrapolations used in risk assessments that identify the maximal (i.e., the safe) levels for human exposure to chemical substances (Andersen and Krishnan 1994). PBPK models provide a scientifically sound means to predict the target tissue dose of chemicals in humans who are exposed to environmental levels (for example, levels that might occur at hazardous waste sites) based on the results of studies where doses were higher or were administered in different species. Figure 3-3 shows a conceptualized representation of a PBPK model.

If PBPK models for cadmium exist, the overall results and individual models are discussed in this section in terms of their use in risk assessment, tissue dosimetry, and dose, route, and species extrapolations.

### 3.4.5.1   Summary of Cadmium PBPK Models

Several models have been reported to describe the kinetics of cadmium in mammalian systems. Of these models, the Nordberg-Kjellström model (Kjellström and Nordberg 1978; Nordberg and Kjellström 1979) has been the most widely used for cadmium risk assessment. Three of the most relevant cadmium models will be discussed here.

### 3.4.5.2   Cadmium PBPK Model Comparison

Although the Nordberg-Kjellström model (Kjellström and Nordberg 1978; Nordberg and Kjellström 1979) has its limitations, it provides the best overall description of cadmium toxicokinetics and is largely based on human data. The Shank (Shank et al. 1977) and Matsubara-Khan (Matsubara-Khan 1974) models are not as useful for human risk assessment applications, but they do provide useful insights into the absorption, distribution, and compartmentalization of cadmium in laboratory animals. These insights may have some future use in human risk assessment as PBPK models for cadmium continue to be refined.

### Figure 3-3.  Conceptual Representation of a Physiologically Based Pharmacokinetic (PBPK) Model for a Hypothetical Chemical Substance



Note:  This is a conceptual representation of a physiologically based pharmacokinetic (PBPK) model for a hypothetical chemical substance.  The chemical substance is shown to be absorbed via the skin, by inhalation, or by ingestion, metabolized in the liver, and excreted in the urine or by exhalation.

Source:  adapted from Krishnan and Andersen 1994

### 3.4.5.3  Discussion of Cadmium Models

**The Nordberg-Kjellström Model**

The Nordberg-Kjellström model (Kjellström and Nordberg 1978; Nordberg and Kjellström 1979) is a linear multicompartment model that is the most commonly used model for cadmium risk assessment work today.  The Nordberg-Kjellström schematic model diagram is shown in Figure 3-4.

**Risk assessment.**    The Nordberg-Kjellström model has been demonstrated to be a useful model in human risk assessment work.  Frazier (1994), however, noted that the model has two major limitations: (1) the linear nature of the model may not adequately allow a good description of known nonlinearities in biological responses to cadmium dosing, and (2) the phenomenological approach taken with this model does not provide a foundation for incorporating biological variability into the model parameters.

**Description of the Model.**    The Nordberg-Kjellström model (see Figure 3-4) is a linear multi-compartment model that describes the disposition of cadmium via the oral and inhalation routes of exposure only.  Dermal exposure and subsequent absorption through the skin were assumed to be negligible in this model.  For inhalation exposures, the model accounts for different deposition patterns for different size particles in nasopharyngeal, tracheobronchial, and alveolar regions of the respiratory tract.  Particles with mass median aerodynamic diameter (MMAD) of 5 μm (i.e., cadmium-laden dust) were assumed to distribute mainly to the nasopharyngeal region (75%), with lesser amounts depositing in the alveolar (20%) and tracheobronchial (5%) regions.  Particles of 0.05 μm MMAD (i.e., cigarette smoke) were assumed to deposit 50% in the alveolar compartment, 10% in the tracheobronchial compartment, and none in the nasopharyngeal compartment.  The remaining amounts are exhaled.  For all particle sizes initially deposited in the nasopharyngeal and tracheobronchial compartments, mucociliary clearance clears some particles from the respiratory tract to enter the oral compartment for absorption or out of the body and back to the environment.  Assumed model coefficient values and the available physiological parameters are shown in Table 3-12.

For the oral route of exposure, cadmium may enter the gastrointestinal tract via food or water contaminated with cadmium, or as cadmium particles embedded in mucus from the respiratory tract via the mucociliary/tracheobronchial escalator.  By either route of exposure, the model assumes that cadmium enters into any of three blood compartments (B) (see Figure 3-4).  B1 is the plasma compartment where

**Figure 3-4. A Schematic Representation of the Nordberg-Kjellström Model**



Source: Kjellström and Nordberg 1978

**Table 3-12.  Assumed Model Parameters and Some Physiologic Parameters for the Nordberg-Kjellström Model**

| Coefficient or parameter | Assumed range | Unit[a] | Values fitting to empirical data |
|---|---|---|---|
| Model parameters | | | |
| C1 | 0.1–0.2 (cigarette smoke) | | 0.1 |
| | 0.4–0.9 (factory smoke) | | 0.7 |
| C2 | 0.4–0.6 (cigarette smoke) | | 0.4 |
| | 0.1–0.3 (factory smoke) | | 0.13 |
| C3 | 0.01–1.0 | day$^{-1}$ | 0.05 |
| C4 | 0.1xC3 = 0.001–0.1 | day$^{-1}$ | 0.005 |
| C5 | 0.03–0.1 | | 0.048 |
| C6 | 0.05 | day$^{-1}$ | 0.05 |
| C7 | 0.2–0.4 | | 0.25 |
| C8 | 0.5–5.0 | µg | 1 |
| C9 | 0.4–0.8 | | 0.44 |
| C10 | 0.00004–0.0002 | day$^{-1}$ | 0.00014 |
| C11 | 0.05–0.5 | | 0.27 |
| C12 | 0.1–0.4 | | 0.25 |
| C13 | 0–0.0001 | day$^{-1}$ | 0.00003 |
| C14 | 0.0001–0.0003 | day$^{-1}$ | 0.00016 |
| C15 | 0–0.0001 | day$^{-1}$ | 0.00005 |
| C16 | 0.004–0.015 | day$^{-1}$ | 0.012 |
| C17 | 0.8–0.98 | | 0.95 |
| C18 | 0–0.0001 | day$^{-1}$ | 0.00001 |
| C19 | 0.00002–0.0002 | day$^{-1}$ | 0.00014 |
| CX | 0 01–0.05 | | 0.04 |
| C20 | 0.05–0.5 | | 0.1 |
| C21 | 0–0.000002 | day$^{-1}$ | 0.0000011 |
| Physiologic parameters | | | |
| Average liver weight | 1,500 | gram | |
| Average blood volume | 70 | mL/kg | |
| Average blood specific gravity | 1.06 | | |
| Average daily urine excretion (adult) | 1.0 | L | |
| Average daily urine excretion (aged) | 0.9 | L | |
| Average daily urine excretion (child) | 0.5 | L | |

[a]Blanks indicate a unitless value.

Source:  Kjellström and Nordberg 1978; Nordberg and Kjellström 1979

cadmium may bind to plasma components (i.e., albumin and other organic constituents). B2 is the red-blood cell compartment, which represents the accumulation of cadmium in erythrocytes, while B3 represents the binding of cadmium to metallothionein. The model does not take into account induction of metallothionein after cadmium exposure. From the blood, cadmium is calculated to distribute to either the liver, kidney, or "other tissues," the major accumulation sites. Elimination is either via the feces or in the urine. The transport of cadmium between the compartments is assumed to follow first-order exponential functions and is driven on concentration-dependent gradients.

**Validation of the model.**    The Nordberg-Kjellström model was validated using several independent sets of human data from both Sweden and Japan. The data set by Friberg et al. (1974) estimated that smoking 20 cigarettes a day would result in an inhalation of 2–4 μg/day of cadmium, assuming smoking started at 20 years of age and daily cadmium intake from food was 16 μg/day. Based on the Friberg et al. (1974) data, the model predictions of cadmium concentrations in the kidney agreed well with the observed data from a study by Elinder et al. (1978); however, the model predicted higher than expected values for liver cadmium compared to the observed data from the Elinder study. The model's urinary excretion of cadmium (0.84 μg/24 hours for a 50-year-old person) agreed well with the observed data (0.56–0.8 μg/24 hours). The model predicted blood cadmium levels for Swedish smokers to be about 2 ng/g which compared well to the actual concentration of 1.6 ng/g.

The model was also validated against a data set for an average 45-year-old Japanese person living in Tokyo whose daily intake of cadmium is 40 μg via food and 2.7 μg via the inhalation route. Subjects were assumed to be smokers averaging 24 cigarettes a day starting at age 20. Based on these exposure conditions, the measured values for cadmium in the kidney, liver, and "other tissues" (in this case, muscle only) were reported to be 65, 3.4, and 0.2 μg/g, respectively, with the model predicting 48, 3.2, and 0.18 μg/g. For blood and urine, the measured values were 4.5 μg/g for blood and 1.1 μg/L for urine; the model predicted 3.4 μg/g and 1.3 μg/24 hours (assuming 1 L of urine output/day, the value would be 1.3 μg/L).

Another study of Japanese people reported cadmium concentrations in urine in relation to high cadmium concentrations in rice in their daily diet. For people who consumed rice containing 0.04 μg/g of rice (240 μg/day), the observed urinary level of cadmium was 7 μg/L; consumption of rice containing 1.1 μg cadmium/g of rice (660 μg/day), resulted in an observed value of 14 μg/L of urine. After making certain assumptions about the average daily consumption of rice containing an assumed amount of cadmium, and

assuming an average urine production of 1 L/day, the model calculated urinary levels of 4.8 and 15.5 µg/L of urine, agreeing well with the observed values.

The model was also validated against a data set with high concentrations of cadmium in air (50 µg/m$^3$) (Piscator 1972) and blood cadmium concentrations ranging from 10 to 50 ng/g whole blood.  Calculated blood, urine, liver, and kidney levels of cadmium agreed only roughly with the observed values; however, the authors concluded that the model predictions may not be accurate based on the observations that workers with long exposure histories had most likely experienced higher exposure levels in the past, skewing the data set, resulting in poor model predictions.  Another data set by Piscator (1984) involved a group of Swedish workers involved in polishing cadmium-plated objects, who were exposed to high concentrations of cadmium for ≤2 years.  Cadmium levels were measured in the urine and blood.  When this exposure data set was input into the model, the model could not adequately predict blood and urine levels for these workers.

**Target tissues.**    The Nordberg-Kjellström model assumes that the kidney and liver are the two specific target tissues in which cadmium accumulates.  The model also accounts for all other tissue accumulation in the "other tissues" compartment (i.e., muscle).  The model assumes a human liver tissue half-life ($t_{1/2}$) of 4–19 years and a kidney $t_{1/2}$ of 6–38 years.  For the "other tissue" compartments, $t_{1/2}$ was assumed to be 9–47 years.  The Nordberg-Kjellström model does account for the loss of renal tubular epithelial cells leading to a loss of tubular reabsorptive capacity.  This loss of cells could conceivably result in an increase in the excretion of cadmium from the tubules and an increase in the transport of cadmium from the tubules to the blood.  This loss of cells is theorized to account for the large $t_{1/2}$ range for cadmium in the kidney.  The model assumed that no changes in the movement of cadmium from the kidney to blood occurred with age and that the loss of cadmium from the kidney to the urine increased linearly after the age of 30.

The Nordberg-Kjellström model also accounted for differences in kidney and liver weights among different age groups and between peoples of different ethnic origins.  The model corrected for differences in liver, kidney, blood, and "other tissue" weights with relation to age (1 and 79 years of age) and ethnicity (Japan and Sweden).

**Species extrapolation.**    The Nordberg-Kjellström model was based solely on data collected from humans and was intended for human risk assessment applications.  The model did not address any potential application for this model of cadmium in laboratory animals.

**High-low dose extrapolation.**    The Nordberg-Kjellström model has been shown to adequately predict fluid and tissue concentrations via the oral and inhalation routes of exposure for humans exposed to low doses of cadmium.  However, the model has difficulty in adequately predicting fluid and tissue concentrations in humans exposed to high concentrations of cadmium, especially for those individuals exposed to high concentrations via the inhalation route.

**Interroute extrapolation.**    The Nordberg-Kjellström model adequately predicted the fate of cadmium in target tissues after exposure via the inhalation and oral routes.  The dermal route of exposure was not incorporated into the model parameters and was considered an insignificant route of exposure in humans.

**The Shank Model**

**Risk assessment.**    The Shank model (Shank et al. 1977) may have the potential to serve as an alternative mathematical model for predicting the retention of cadmium in biological systems. Unfortunately, no human data were used to validate the Shank model for use as a risk assessment tool in cases of human exposure.  In addition, the Shank model was validated only for the intravenous and subcutaneous routes of exposure; no data were presented for the oral, inhalation, or dermal routes of exposure.

**Description of the model.**    A schematic representation of the Shank model is illustrated in Figure 3-5.  The model mathematically represents the dynamic transport of cadmium between compartments in a mammalian biological system based on the male adult SW/NIH mouse as the test animal species.  The intent was to predict the retention of cadmium in other species of animals (including humans) without requiring an adjustment of species-specific rate constants from within the model.

Male adult mice of the SW/NIH strain were dosed intravenously with $^{109}$Cd as $^{109}$Cd acetate.  Mice received 1–3 intravenous injections spaced 48 hours apart.  Animals in each group were sacrificed at 2 and 10 minutes and 1, 10, and 48 hours after the last dose.  Tissues (liver, kidney, pancreas, spleen, gastrointestinal tract, testes, carcass, and feces) were harvested and the radioactivity recorded.  A nine-compartment model was derived.  Cadmium kinetics between compartments are described by first-order kinetics.  The individual compartment retention values, obtained from the distribution study, were incorporated into the model equations and the rate constants derived.

APPX ATT_V6_3586

**Figure 3-5.  A Schematic Representation of the Shank Model**



Source:  Forrester 1968

**Validation of the model.**    The Shank model was validated using three independent data sets.  Mann (1973) dosed dogs, goats, and sheep with one intravenous injection of $^{109}$Cd acetate (30 µCi), and the liver and kidneys were examined for cadmium content 8 weeks after administration.  The Shank model's predicted values of cadmium retention in liver and kidneys at 8 weeks after a single administration were in good agreement with the observed values of the Mann (1973) study in all three species.  Only data from the liver and kidneys were available for evaluation.  A data set from a study by Gunn et al. (1968b) was used to evaluate the ability of the Shank model to predict the retention of cadmium in liver and kidney after a single subcutaneous administration of cadmium chloride.  Animals in that study were sacrificed 2 weeks after administration, and the liver and kidneys were examined for cadmium content.  The model values for the same time period were in very close agreement with observed values.  Again, only data from the liver and kidneys were available for evaluation.  Finally, a data set by Shanbaky (1973) was used to test the model's validity with multiple injections of cadmium acetate in rats.  Five injections of cadmium acetate were administered over a 48-hour period; liver, kidneys, pancreas, spleen, and gastrointestinal tract were examined for cadmium content.  The Shank model was found to be in close agreement with the arithmetic means of observed values found in the Shanbaky (1973) study.

No human data were presented to validate the model's effectiveness in predicting the cadmium retention in human target tissues after either a single or multiple dosing regime.

**Target tissues.**    The target tissues for this model included the liver, kidney, pancreas, spleen, gastrointestinal tract, testes, and carcass of laboratory animals.  No human tissue was used to derive cadmium retention in any of these tissues.

**Species extrapolation.**    The model used goats, dogs, rats, mice, and sheep with various doses and dosing schemes of cadmium acetate and cadmium chloride and was found to serve as a good predictor of cadmium retention in the target tissues listed above.  No human data were presented to determine if the model could satisfactorily predict the cadmium retention in human target tissues.

**High-low dose extrapolation.**    High- and low-dose extrapolation was not specifically addressed by the Shank model.

**Interroute extrapolation.**    Interroute extrapolations were addressed in a limited fashion by the Shank model.  The model appeared to adequately predict the amount of cadmium retention in the target organs

of laboratory animals, in particular the liver and kidney, when dosed by either the intravenous or subcutaneous routes. The inhalation and dermal routes of exposure, and other parenteral routes of exposure (intramuscular, intraperitoneal, intradermal, etc.) were not addressed by the Shank model. No human data were presented to determine if interroute extrapolations were valid.

**The Matsubara-Khan Model**

**Risk assessment.**    The Matsubara-Khan model (Matsubara-Khan 1974) has not been used as a tool in risk assessment for humans. This model does demonstrate that cadmium kinetics and biological half-lives vary by tissue.

**Description of the model.**    The Matsubara-Khan model is a simple model that attempted to fit cadmium elimination kinetic parameters into either a one- or two-compartment model. To obtain the data for the model, male and female ICR mice (8 weeks of age) were administered a single subcutaneous injection of a known amount of [109]cadmium chloride. Specific groups of mice were sacrificed at 1, 2, 4, 8, 16, 32, 64, or 128 days after injection. At the time of sacrifice, blood, liver, kidney, salivary gland, stomach wall and stomach contents, small intestine and small intestine contents, and colon wall and colon contents were removed and the amount of [109]Cd remaining in these tissues was determined.

An oral study was conducted in conjunction with the subcutaneous study described above. In the oral study, 8-week-old male mice (ddd x BALB/c; $F_1$) were orally administered [115m]cadmium chloride by gavage. Groups of mice were sacrificed at 1, 2, 4, 8, 16, 32, 64, or 128 days after injection. At the time of sacrifice, liver, kidney, salivary gland, stomach wall, gonad, and spleen were removed and the amount of [115m]Cd remaining in these tissues was determined.

The rate of uptake, rate constants, and biological half-lives determined for the subcutaneous and orally dosed mice are summarized in Table 3-13. Matsubara-Khan found that tissue kinetics in mice dosed subcutaneously with [109]cadmium chloride fit into either a one- or two-compartment model, depending on the tissue. The data from the digestive tract organs (stomach wall, small intestine, and colon) were best fitted into a 1-compartment model, with a strained fit of the data from the digestive tract contents (stomach, small intestine, and colon contents) to the one-compartment model. Data from the blood, liver, kidneys, and salivary glands were best fitted to the two-compartment model. Extremely small second-rate constants in the kidneys and salivary glands indicate that the elimination of cadmium from these tissues is

**Table 3-13.  Estimated Parameters, Rate of Uptake, Rate Constants, and Biological Half-Lives in Selected Mouse Organs After Subcutaneous and Oral Administrations of $^{109}CdCl_2$**

| Organ | Rate of uptake (95% CL) | | Rate constants b and c (95% CL) | | Biological half-life (days) | |
|---|---|---|---|---|---|---|
| | SC | PO | SC | PO | SC | PO |
| Liver | 21 | 8.7 | 0.011 0.57 | 0.016 0.91 | 631.2 | 430.76 |
| Kidney | 22 | 1.4 | 0.0007 0.30 | 0.016 0.30 | 9902.3 | 4332.3 |
| Salivary gland | 21 | 0.33 | 0.0016 0.73 | 0.0047 0.78 | 4330.95 | 1500.89 |
| Blood | 0.15 | NM | 0.024 0.65 | NM | 291.1 | NM |
| Stomach wall | 1.7 | 0.36 | 0.0073 | 0.017 | 95 | 41 |
| Stomach contents | 0.68 | NM | 0.062 | NM | 11 | NM |
| Small intestine | 0.95 | NM | 0.01 | NM | 69 | NM |
| Small intestine contents | 2.5 | NM | 0.067 | NM | 10 | NM |
| Colon | 1.4 | NM | 0.013 | NM | 53 | NM |
| Colon contents | 4.1 | NM | 0.15 | NM | 4.6 | NM |
| Gonad | NM | 0.37 | NM | 0.012 | NM | 58 |
| Spleen | NM | 0.44 | NM | 0.0011 | NM | 630 |

CL = confidence limits; PO = oral; SC = subcutaneous; NM = not measured

Source:  Matsubara-Khan 1974

very slow.  For the oral study, similar findings were observed, with data from the gonads and spleen fitting the one-compartment model best.  Biological half-lives were invariably longer for the subcutaneously dosed animals, while the rate constants were slightly smaller for the subcutaneously dosed animals.  Sex-related differences in rate of uptake, rate constants, and biological half-lives were not found, except in the kidney data in which females had slightly smaller rate constants.

**Validation of the model.**    No independent data sets were used to validate the Matsubara-Khan model.

**Target tissues.**    For the subcutaneous injection study, the Matsubara-Khan model used blood, liver, kidney, salivary gland, stomach wall and stomach contents, small intestine and small intestine contents, and colon wall and colon contents.  For the oral study, the model used liver, kidney, salivary glands, stomach wall, gonads, and spleen.

**Species extrapolation.**    No species extrapolations were performed in the Matsubara-Khan model.

**High-low dose extrapolation.**    No high-low dose extrapolations were performed in the Matsubara-Khan model.

**Interroute extrapolation.**    The Matsubara-Khan model compared the oral and subcutaneous routes and reported similar rate constants for many of the tissues examined.  Biological half-lives varied considerably for the kidney and salivary gland, but were not much different for liver between the two routes of exposure.

## 3.5    MECHANISMS OF ACTION

### 3.5.1    Pharmacokinetic Mechanisms

**Absorption.**    Cadmium can be absorbed by the inhalation, oral, and dermal routes of exposure regardless of its chemical form (chloride, carbonate, oxide, sulfide, sulfate, or other forms).  Absorption by the dermal route of exposure, however, is relatively insignificant for cadmium, although small amounts are absorbed percutaneously over a long period of time (Wester et al. 1992).  Absorption is mainly of concern from inhalation and oral exposures.

Gastrointestinal tract absorption of cadmium (in any chemical form) is relatively low when compared to the total amount of cadmium absorbed via the inhalation route. In humans, cadmium absorption has been reported to be approximately 1–10% ((Flanagan et al. 1978; McLellan et al. 1978; Newton et al. 1984; Rahola et al. 1973; Shaikh and Smith 1980; Vanderpool and Reeves 2001). In other species, gastrointestinal tract absorption of cadmium has been determined to be 1–2% in mice and rats (Decker et al. 1958; Ragan 1977), 0.5–3.0% in monkeys (Friberg et al. 1974), 2% in goats (Miller et al. 1969), 5% in pigs and lambs (Cousins et al. 1973; Doyle et al. 1974), and nearly 16% in cattle (Miller et al. 1967). Lehman and Klaassen (1986) investigated the dose-dependence of cadmium absorption and disposition in male Sprague-Dawley rats. Cadmium absorption was estimated to be 0.35 and 1% following oral exposure to 1 or 10,000 μg/kg, respectively. Goon and Klaassen (1989) measured absorption of cadmium in rat intestine *in situ* and reported that the intestinal absorption of cadmium is dosage independent at low dosages of cadmium (<10 μg/kg) and dosage dependent at high dosages (>10 μg/kg). They also evaluated the role of metallothionein and concluded that saturation of intestinal metallothionein is not a major determinant of the observed dosage-dependent absorption of cadmium.

Although the mechanism involved in the intestinal absorption of cadmium has not been fully elucidated, there is evidence that one or more transporter proteins are involved. Several studies have found evidence that divalent metal transporter I protein plays an important role in the gastrointestinal absorption of cadmium (Kim et al. 2007; Park et al. 2002; Ryu et al. 2004). However, studies in knockout mice suggest that other transporter proteins are involved with cadmium absorption (Min et al. 2008; Ryu et al. 2004; Suzuki et al. 2007).

In some cases, cadmium bound to metallothionein (as in food) is not absorbed or distributed from the gastrointestinal tract as readily as ionic cadmium. Mice had lower blood and liver cadmium levels from oral exposure to cadmium-metallothionein, compared to levels from cadmium chloride exposure for comparable doses, but the cadmium-metallothionein resulted in higher kidney cadmium levels. Sharma et al. (1983) reported that human exposure to very high intakes of cadmium during the consumption of oysters resulted in increases in whole blood and urine cadmium levels; however, the increase was not proportional to the level of intake.

A higher fraction of inhaled cadmium than ingested cadmium is absorbed. The total amount of cadmium absorbed by the body via the lungs depends on the particle size. Larger particles are deposited in the nasopharyngeal and tracheobronchial airways via impaction, and are largely cleared by mucociliary processes, leading to absorption by the gastrointestinal tract. Smaller particles reach the smaller airways

and alveoli, and depending on the particle's solubility, are absorbed and distributed to the rest of the body. Solubility in lung fluids plays a role in absorption from the lung into the body of cadmium salts. Theoretically, the highly soluble salts, chloride, nitrate, acetate, and sulfate would be expected to give the highest blood levels following inhalation exposure to a given air concentration.  The insoluble cadmium salts, the various sulfides, should yield the lowest blood level.  The lung, however, is rich in carbon dioxide that is continuously transferred from the blood.  Particles of the various cadmium sulfides within the lung can react with this carbon dioxide.  Lung tissue may then absorb and transfer solubilized or released cadmium ions to the blood.

No direct data, however, are available on cadmium deposition, retention, or absorption in the human lung. Data from animal studies indicate that lung retention is greatest after short-term exposure, 5–20% after 15 minutes to 2 hours (Barrett et al. 1947; Henderson et al. 1979; Moore et al. 1973; Rusch et al. 1986). The initial lung burden declines slowly after exposure ceases (Henderson et al. 1979; Moore et al. 1973; Rusch et al. 1986), due to the absorption of cadmium and the lung clearance of deposited particles.  After longer periods of inhalation exposure to cadmium, somewhat lower lung retentions are found (Glaser et al. 1986).  The absorption of cadmium in the lung differs somewhat among chemical forms, but the pattern apparently does not correlate well with solubility in water (Glaser et al. 1986; Rusch et al. 1986). Retention of cadmium has been reported to be >40% in rats (Moore et al. 1973), 40% in canines (Friberg et al. 1974), and 10–20% in mice (Potts et al. 1950).

The cadmium levels in cigarettes range from 0.28 to 3.38 µg (Elinder et al. 1985b; Watanabe et al. 1987); the mean in 38 U.S. brands was 1.07 µg (Watanabe et al. 1987).  Approximately 10% of the cadmium in cigarettes is inhaled (Elinder et al. 1985b).  Based on comparison of cadmium body burdens in human smokers and nonsmokers, cadmium absorption from cigarettes appears to be higher than absorptions of cadmium aerosols measured in animals (Nordberg et al. 1985).  The chemical form of cadmium in cigarette smoke is likely to be similar to that produced by other combustion processes, primarily cadmium oxide aerosols.  The greater absorption of cadmium from cigarette smoke is likely due to the very small size of particles in cigarette smoke and the consequent very high alveolar deposition (Nordberg et al. 1985).

**Distribution and Metabolism.**    Absorbed cadmium is distributed throughout the body, with the highest concentrations found in the liver and kidneys.  Cadmium is not known to undergo direct metabolic conversions.  It has a high affinity for the sulfyhydryl groups of albumin and metallothionein (Nordberg et al. 1985).  The interaction between cadmium and metallothionein plays a critical role in the

toxicokinetics and toxicity, as discussed in Section 3.5.2, of cadmium. Metallothionein sequesters a large fraction of tissue cadmium (Shaikh 1982) and studies in metallothionein transgenic and metallothionein-null mice suggest that metallothionein influences tissue retention, but may not affect cadmium distribution to the liver, kidney, pancreas, or spleen (Liu and Klaassen 1996; Liu et al. 1996; Wong and Klaassen 1980a). Metallothionein turns over with half-lives of 2.8 days in the rat liver and 5 days in the kidney (Shaikh and Smith 1976); however, cadmium is retained in both organs bound mainly to metallothionein. It has a retention half-time of 73 days in the liver and a life-time in the kidneys (Shaikh 1982).

Shaikh et al. (1993) report that disposition of cadmium in mouse liver, kidney, and testes is different for different strains, sex, or age. Different dose levels (i.e., subcutaneous doses in the 5–30 μmol/kg body weight range) also altered the disposition. Liver cadmium levels and metallothionein levels did not always correlate with hepatotoxicity. The difference in the tissue accumulation of cadmium may relate to variations in the hormonal or other intrinsic factors that affect cellular uptake of cadmium, subcellular distribution of cadmium, or metallothionein metabolism.

**Excretion.**    Since a small fraction of the cadmium presented to the gastrointestinal tract is absorbed, most of the oral dose is excreted via the feces. After inhalation exposure to cadmium, the initial lung burden of cadmium-laden particles depositing in the nasopharyngeal or central airways will be cleared via the mucociliary mechanisms, possibly undergoing a small amount of absorption by the oral route. The remaining cadmium particles will be absorbed in the lung. Once absorbed cadmium has distributed throughout the body (primarily to the liver and kidney), the amounts of fecal and urinary excretion of cadmium are approximately equal. The amount of cadmium in the urine of occupationally exposed workers increases proportionally with body burden of cadmium, but the amount of cadmium excreted represents only a small fraction of the total body burden unless renal damage is present; in this case, urinary cadmium excretion increases markedly (Roels et al. 1981b).

Klaassen and Kotsonis (1977) evaluated biliary excretion of an intravenous bolus of cadmium chloride in the rat, rabbit, and dog. Marked species variation in biliary excretion was observed with rabbits at about 1/6th the rate of the rats, and dogs about 1/300th the rate of the rats. In the rat, the bile/plasma concentration ratio of cadmium was highly dose dependent, increasing with higher dose; at 0.1 mg/kg, the bile/plasma ratio was 2.6 and at 3.0 mg/kg, the bile/plasma ratio was 133. The bile/liver concentration ratio of cadmium was equal to or much lower than 1 decreasing to <1% for the low dose regimen.

## 3.5.2     Mechanisms of Toxicity

Cadmium is toxic to a wide range of organs and tissues; however, the primary target organs of cadmium
toxicity are the kidneys; bone and lung (following inhalation exposure) are also sensitive targets of
toxicity.  Changes in the kidney due to cadmium toxicity have been well established.  Chronic exposure to
cadmium by the oral or inhalation routes has produced proximal tubule cell damage, proteinuria (mainly
low-molecular weight proteins, such as β2-microglobulin), glycosuria, amino aciduria, polyuria,
decreased absorption of phosphate, and enzymuria in humans and in a number of laboratory animal
species.  The clinical symptoms result from the degeneration and atrophy of the proximal tubules, or (in
worse cases) interstitial fibrosis of the kidney (Stowe et al. 1972).  Cadmium has been shown to perturb
lipid composition and enhance lipid peroxidation (Gill et al. 1989b).  Depletion of antioxidant enzymes,
specifically glutathione peroxidase and superoxide dismutase, has been proposed as the mechanism of
cadmium's cardiotoxic effects (Jamall and Smith 1985a), but subsequent studies showed that cardiotoxic
mechanisms other than peroxidation are also present (Jamall et al. 1989).  Cadmium has been shown to
alter zinc, iron and copper metabolism (Petering et al. 1979) as well as selenium (Jamall and Smith
1985b).  Xu et al. (1995) propose that an initiating step in cadmium-induced toxicity to the testes is
cadmium interference with zinc-protein complexes that control DNA transcription which subsequently
leads to apoptosis.  Cadmium sequestration by metallothionein (or a chelator in the case of the Xu et al.
[1995] study) prevents cadmium from disrupting zinc-dependent transcriptional controls.

Cardenas et al. (1992a) investigated a cadmium-induced depletion of glomerular membrane polyanions
and the resulting increased excretion of high-molecular-weight proteins.  Interference with glomerular
membrane polyanionic charge may precede the tubular damage as a more sensitive and early response to
cadmium (Roels et al. 1993).  Acute or chronic doses of cadmium have also been reported to reduce
hepatic glycogen stores and to increase blood glucose levels.  Intralobular fibrosis, cirrhosis, focal
mononuclear infiltrates, and proliferation of the smooth endoplasmic reticulum are among the nonspecific
histopathological indicators of cadmium toxicity.

Cadmium complexed with metallothionein from the liver can redistribute to the kidney (Dudley et al.
1985).  When metallothionein-bound cadmium is transported to the kidney, it readily diffuses and is
filtered at the glomerulus, and may be effectively reabsorbed from the glomerular filtrate by the proximal
tubule cells (Foulkes 1978).  In the kidneys, exogenous metallothionein is degraded in lysosomes and
released cadmium is sequestered by the endogenous metallothionein as well as other proteins (Cherian

and Shaikh 1975; Squibb et al. 1984; Vestergaard and Shaikh 1994). This non-metallothionein-bound cadmium can then induce new metallothionein synthesis in the proximal tubule (Squibb et al. 1984).

Early work indicated that metallothionein binding decreased the toxicity of cadmium, and the ability of the liver to synthesize metallothionein appeared to be adequate to bind all the accumulated cadmium (Goyer et al. 1989; Kotsonis and Klaassen 1978). The rate of metallothionein synthesis in the kidney is lower than in the liver (Sendelbach and Klaassen 1988), and is thought to be insufficient, at some point, to bind the intrarenal cadmium (Kotsonis and Klaassen 1978). Renal damage is believed to occur when the localization of cadmium, or an excessive concentration of cadmium, is unbound to metallothionein. Acute exposure to low levels of cadmium bound to metallothionein produced an intracellular renal damage as described above (Squibb et al. 1984), but damage to brush-border membranes of the renal tubule has also been reported from metallothionein-bound cadmium (Suzuki and Cherian 1987) suggesting other toxic mechanisms may be present.

Dorian et al. (1992a) evaluated the intra-renal distribution of $^{109}$cadmium-metallothionein injected (intravenously) into male Swiss mice at a nonnephrotoxic dose (0.1 mg Cd/kg) and concluded that cadmium-metallothionein-induced nephrotoxicity might be due, at least in part, to its preferential uptake of cadmium-metallothionein into the S1 and S2 segments of the proximal tubules, the site of cadmium-induced nephrotoxicity. In a companion study, Dorian et al. (1992b) reported that this preferential renal uptake was also observed after administration of various doses of [$^{35}$S]cadmium-metallothionein. In contrast to the earlier observed persistency of $^{109}$cadmium in the kidney after $^{109}$cadmium-metallothionein administration, however, $^{35}$S disappeared rapidly (with a half-life of approximately 2 hours); 24 hours after injection of [$^{35}$S]cadmium-metallothionein, there was very little $^{35}$S left in the kidneys. These observations indicate that the protein portion of cadmium-metallothionein is rapidly degraded after renal uptake of cadmium metallothionein and that the released cadmium is retained in the kidney.

The toxic effects and distribution of cadmium were compared after intravenous injection of $^{109}$cadmium-metallothionein at 0.05–1 mg Cd/kg body w eight and $^{109}$cadmium chloride at 0.1–3 mg/kg in male Swiss mice (Dorian et al. 1995). Cadmium-metallothionein increased urinary excretion of glucose, and protein indicated renal injury, with dosages as low as 0.2 mg Cd/kg. In contrast, renal function was unaltered by cadmium chloride administration, even at dosages as high as 3 mg Cd/kg. Cadmium-metallothionein distributed almost exclusively to the kidney, whereas cadmium chloride preferentially distributed to the liver. However, a high concentration of cadmium was also found in the kidneys after cadmium chloride administration (i.e., the renal cadmium concentration after administration of a high but nonnephrotoxic

dose of cadmium chloride was equal to or higher than that obtained after injection of nephrotoxic doses of cadmium-metallothionein).  Light microscopic autoradiography studies indicated that cadmium from cadmium-metallothionein preferentially distributed to the convoluted segments (S1 and S2) of the proximal tubules, whereas cadmium from cadmium chloride distributed equally to the various segments (convoluted and straight) of the proximal tubules.  However, the concentration of cadmium at the site of nephrotoxicity, the proximal convoluted tubules, was higher after cadmium chloride than after cadmium-metallothionein administration.  A higher cadmium concentration in both apical and basal parts of the proximal cells was found after cadmium chloride than after cadmium-metallothionein administration.  The authors suggest that cadmium-metallothionein is nephrotoxic, and cadmium chloride is not nephrotoxic because of a higher concentration of cadmium in the target cells after cadmium-metallothionein.  Dorian and Klaassen (1995) evaluated the effects of zinc-metallothionein on [109]cadmium-metallothionein renal uptake and nephrotoxicity and concluded that zinc-metallothionein is not only nontoxic to the kidney at a dose as high as 5 μmole metallothionein/kg, but it can also protect against the nephrotoxic effect of cadmium-metallothionein without decreasing renal cadmium concentration.

To further test the hypothesis that nephrotoxicity produced from chronic cadmium exposure results from a cadmium-metallothionein complex, Liu et al. (1998) exposed metallothionein-null mice to a wide range of cadmium chloride doses, 6 times/week for up to 10 weeks.  Renal cadmium burden increased with dose and duration up to 140 μg Cd/g kidney in control mice (i.e., metallothionein normal) with a 150-fold increase in renal metallothionein levels (800 μg metallothionein/g kidney).  Renal cadmium was much lower in metallothionein-null mice (10 μg Cd/g), and metallothionein levels were not detectable.  The maximum tolerated dose of cadmium (as indicated by routine urinalysis and histopathology measures) was approximately 8 times higher in control mice than in metallothionein-null mice.  Lesions were more severe in metallothionein-null mice than in controls.

The critical concentration of cadmium in the renal cortex that is likely to produce renal dysfunction also remains a topic of intense investigation.  Whether the critical concentration of urinary cadmium is closer to 5 or 10 μg Cd/g creatinine, corresponding to about 100 and 200 μg cadmium/g kidney, respectively, is the current focus of the debate.  In one analysis, the critical concentration producing dysfunction in 10% of a susceptible population has been estimated to be approximately 200 μg cadmium/g kidney; 50% of the susceptible population would experience dysfunction with a kidney concentration of 300 μg/g (Ellis et al. 1984, 1985; Roels et al. 1983).

Studies in humans and animals have demonstrated that the bone is a sensitive target of cadmium toxicity. It is likely that cadmium acts by direct and indirect mechanisms, which can lead to decreased bone mineral density and increased fractures (Brzóska and Moniuszko-Jakoniuk 2005c, 2005d). Studies in young animals suggest that cadmium inhibits osteoblastic activity, resulting in a decrease in the synthesis of bone organic matrix and mineralization (Brzóska and Moniuszko-Jakoniuk 2005d). The decreased osteoblastic activity may also influence osteoclastic activity leading to increased bone resorption. During intense bone growth, effects on osteoblasts result in decreased bone formation; after skeletal maturity, cadmium exposure results in increased bone resorption. Cadmium-induced renal damage can also result in secondary effects on bone (Brzóska and Moniuszko-Jakoniuk 2005c). Cadmium-induced renal damage interferes with the hydroxylation of 25-hydroxy-vitamin D to form 1,25-dihydroxy-vitamin D. Decreased serum concentration of 1,25-dihydroxy-vitamin D, along with impaired kidney resorptive function, result in calcium and phosphate deficiency (via decreased gastrointestinal absorption and increased calcium and phosphate urinary loss). To maintain calcium and phosphate homeostasis, parathyroid hormone is released, which enhances bone resorption.

## 3.5.3    Animal-to-Human Extrapolations

The effects of cadmium exposure have been studied in humans and in many laboratory animal species. The target organs are similar among species, with the kidneys, bone, and lungs (inhalation only) being the primary organs for cadmium induced toxicity. Absorption, distribution, and excretion of cadmium after oral and inhalation exposures are roughly similar among species; however, there are some notable differences and caveats. Most estimates of cadmium absorption in animals are somewhat lower than the values found from human studies, particularly after prolonged exposure. Differences in the breathing patterns between rats (obligatory nose breathers) and humans (mouth and nose breathers) may also result in radically different lung burden patterns (and hence, different absorption profiles) of cadmium particles in the lungs. Many of the common laboratory animals (in particular the mouse and rat) provide useful information on the toxic effects of cadmium; due to their relatively short lifespan, however, they may not be as useful from a risk assessment point of view in determining the human lifetime effects from inhaling cadmium in air, or ingesting it in food and water. Rates of synthesis and inducibility of metallothionein also differ among species, sex, and target organ.

Even within species there can be significant differences in metallothionein synthesis, and these differences correlate to the degree of cadmium toxicity observed (e.g., the mouse) (Shaikh et al. 1993). The Shaikh et al. (1993) study employed acute exposures. Strain differences in carcinogenic effects have

also been reported for chronic exposures of subcutaneously administered cadmium chloride in male DBA and NFS mice.  DBA mice developed lymphomas, while NFS mice developed hepatocellular adenomas and carcinomas, and sarcomas at the injection site.  Both strains developed nonneoplastic testicular lesions (fibrosis and mineralization) (Waalkes and Rehm 1992).

Metal-metal interactions are also an important factor in cadmium kinetics and toxicity, and organ specific metal concentrations and metabolism can differ among species.  It is thought that further development of PBPK/PD models will assist in addressing these differences and in extrapolating the animal data to support risk assessments in humans.

## 3.6    TOXICITIES MEDIATED THROUGH THE NEUROENDOCRINE AXIS

Recently, attention has focused on the potential hazardous effects of certain chemicals on the endocrine system because of the ability of these chemicals to mimic or block endogenous hormones.  Chemicals with this type of activity are most commonly referred to as *endocrine disruptors*.  However, appropriate terminology to describe such effects remains controversial.  The terminology *endocrine disruptors*, initially used by Thomas and Colborn (1992), was also used in 1996 when Congress mandated the EPA to develop a screening program for "...certain substances [which] may have an effect produced by a naturally occurring estrogen, or other such endocrine effect[s]...".  To meet this mandate, EPA convened a panel called the Endocrine Disruptors Screening and Testing Advisory Committee (EDSTAC), and in 1998, the EDSTAC completed its deliberations and made recommendations to EPA concerning *endocrine disruptors*.  In 1999, the National Academy of Sciences released a report that referred to these same types of chemicals as *hormonally active agents*.  The terminology *endocrine modulators* has also been used to convey the fact that effects caused by such chemicals may not necessarily be adverse.  Many scientists agree that chemicals with the ability to disrupt or modulate the endocrine system are a potential threat to the health of humans, aquatic animals, and wildlife.  However, others think that endocrine-active chemicals do not pose a significant health risk, particularly in view of the fact that hormone mimics exist in the natural environment.  Examples of natural hormone mimics are the isoflavinoid phytoestrogens (Adlercreutz 1995; Livingston 1978; Mayr et al. 1992).  These chemicals are derived from plants and are similar in structure and action to endogenous estrogen.  Although the public health significance and descriptive terminology of substances capable of affecting the endocrine system remains controversial, scientists agree that these chemicals may affect the synthesis, secretion, transport, binding, action, or elimination of natural hormones in the body responsible for maintaining homeostasis, reproduction, development, and/or behavior (EPA 1997a).  Stated differently, such compounds may cause toxicities that

are mediated through the neuroendocrine axis. As a result, these chemicals may play a role in altering, for example, metabolic, sexual, immune, and neurobehavioral function. Such chemicals are also thought to be involved in inducing breast, testicular, and prostate cancers, as well as endometriosis (Berger 1994; Giwercman et al. 1993; Hoel et al. 1992).

No studies were located regarding endocrine disruption in humans and/or animals after exposure to cadmium.

No *in vitro* studies were located regarding endocrine disruption of cadmium.

## 3.7   CHILDREN'S SUSCEPTIBILITY

This section discusses potential health effects from exposures during the period from conception to maturity at 18 years of age in humans, when all biological systems will have fully developed. Potential effects on offspring resulting from exposures of parental germ cells are considered, as well as any indirect effects on the fetus and neonate resulting from maternal exposure during gestation and lactation. Relevant animal and *in vitro* models are also discussed.

Children are not small adults. They differ from adults in their exposures and may differ in their susceptibility to hazardous chemicals. Children's unique physiology and behavior can influence the extent of their exposure. Exposures of children are discussed in Section 6.6, Exposures of Children.

Children sometimes differ from adults in their susceptibility to hazardous chemicals, but whether there is a difference depends on the chemical (Guzelian et al. 1992; NRC 1993). Children may be more or less susceptible than adults to health effects, and the relationship may change with developmental age (Guzelian et al. 1992; NRC 1993). Vulnerability often depends on developmental stage. There are critical periods of structural and functional development during both prenatal and postnatal life, and a particular structure or function will be most sensitive to disruption during its critical period(s). Damage may not be evident until a later stage of development. There are often differences in pharmacokinetics and metabolism between children and adults. For example, absorption may be different in neonates because of the immaturity of their gastrointestinal tract and their larger skin surface area in proportion to body weight (Morselli et al. 1980; NRC 1993); the gastrointestinal absorption of lead is greatest in infants and young children (Ziegler et al. 1978). Distribution of xenobiotics may be different; for example, infants have a larger proportion of their bodies as extracellular water, and their brains and livers are

proportionately larger (Altman and Dittmer 1974; Fomon 1966; Fomon et al. 1982; Owen and Brozek 1966; Widdowson and Dickerson 1964). The infant also has an immature blood-brain barrier (Adinolfi 1985; Johanson 1980) and probably an immature blood-testis barrier (Setchell and Waites 1975). Many xenobiotic metabolizing enzymes have distinctive developmental patterns. At various stages of growth and development, levels of particular enzymes may be higher or lower than those of adults, and sometimes unique enzymes may exist at particular developmental stages (Komori et al. 1990; Leeder and Kearns 1997; NRC 1993; Vieira et al. 1996). Whether differences in xenobiotic metabolism make the child more or less susceptible also depends on whether the relevant enzymes are involved in activation of the parent compound to its toxic form or in detoxification. There may also be differences in excretion, particularly in newborns who all have a low glomerular filtration rate and have not developed efficient tubular secretion and resorption capacities (Altman and Dittmer 1974; NRC 1993; West et al. 1948). Children and adults may differ in their capacity to repair damage from chemical insults. Children also have a longer remaining lifetime in which to express damage from chemicals; this potential is particularly relevant to cancer.

Certain characteristics of the developing human may increase exposure or susceptibility, whereas others may decrease susceptibility to the same chemical. For example, although infants breathe more air per kilogram of body weight than adults breathe, this difference might be somewhat counterbalanced by their alveoli being less developed, which results in a disproportionately smaller surface area for alveolar absorption (NRC 1993).

Occupational and environmental exposure studies in adults provide strong evidence that the lung (inhalation exposure only) and kidneys are sensitive targets of toxicity; it is likely that these effects would also be seen in children. Because cadmium is a cumulative toxin and has a very long half-time in the body, exposures to children in even low amounts may have long-term adverse consequences. Average cadmium concentrations in the kidney are near zero at birth, and rise roughly linearly with age to a peak (typically around 40–50 µg/g wet weight) between the ages of 50 and 60 years, after which kidney concentrations plateau or decline (Chung et al. 1986; Hammer et al. 1973; Lauwerys et al. 1984). There are limited data on the renal toxicity of cadmium in children. One study found significant associations between urinary and blood cadmium levels with urinary levels of NAG and retinol binding protein (de Burbure et al. 2006); however, the investigators cautioned that the early response observed in this group of children exposed to elevated levels of cadmium (and other metals) may reflect an early renal response that may be adaptive and/or reversible. Another study (Trzcinka-Ochocka et al. 2004) found higher urinary concentrations of β2-microglobulin and retinol binding protein in a population exposed to high

levels of cadmium starting in childhood as compared to a group only exposed as adults even though urinary cadmium levels were lower (statistical comparisons of urinary cadmium levels were not made between the groups). These data suggest that adults exposed to cadmium as children may be more susceptible to the renal toxicity of cadmium than persons only exposed as adults. This is supported by the findings of Jacquillet et al. (2007) of renal damage in mature rats exposed to cadmium via gestation and lactation.

There are epidemiological data suggesting that the bone is also a sensitive target of cadmium toxicity (Åkesson et al. 2005; Alfvén et al. 2000, 2002a, 2004; Aoshima et al. 2003; Jin et al. 2004b; Nordberg et al. 2002; Staessen et al. 1999; Wang et al. 2003; Zhu et al. 2004). Epidemiology studies suggest that the elderly may be more susceptible than younger adults; however, no studies examined childhood exposure. Animal studies suggest that young animals are more susceptible than adult or elderly animals (Ogoshi et al. 1989).

A potential for cadmium to have adverse neurological effects is an important consideration. However, only a few studies have reported an association between environmental cadmium exposure and neuropsychological functioning. End points that were affected included verbal IQ in rural Maryland children (Thatcher et al. 1982), and acting-out and distractibility in rural Wyoming children (Marlowe et al. 1985). The usefulness of the data from these studies is limited, however, because of the potential confounding effects of lead exposure; lack of control for other possible confounders including home environment, caregiving, and parental IQ levels; and inadequate quantification of cadmium exposure (i.e., the studies used hair cadmium as an index of exposure, which has some limitations because of potential confounding from exogenous sources). Several animal studies have reported alterations in performance on neurobehavioral tests in rats exposed to cadmium via gestation and lactation (Ali et al. 1986; Baranski et al. 1983; Desi et al. 1998; Nagymajtenyi et al. 1997). Several studies have examined the possible association between cadmium exposure and newborn birth weight, and most reliable studies have not found a significant association (Galicia-García et al. 1997; Mokhtar et al. 2002; Nishijo et al. 2002, 2004b; Zhang et al. 2004). Animal studies have found significant decreases in body weight or skeletal anomalies or malformations in the offspring of rats exposed to high doses of cadmium (Ali et al. 1986; Baranski 1985, 1987; Gupta et al. 1993; Kelman et al. 1978; Kostial et al. 1993; Machemer and Lorke 1981; Petering et al. 1979; Pond and Walker 1975; Schroeder and Mitchener 1971; Sorell and Graziano 1990; Sutou et al. 1980; Webster 1978; Whelton et al. 1988).

Oral cadmium exposure has also been reported to suppress the T-lymphocyte and macrophage-dependent humoral immune response of 6-week-old mice against sheep red blood cells (Blakley 1985), but not of 12-month-old mice (Blakley 1988).  The investigators cautioned that "natural" age-related immune system dysfunction may have masked any cadmium suppressive effect.

Children are most likely to be exposed to cadmium in food or water.  Most ingested cadmium passes through the gastrointestinal tract without being absorbed.  In adults, only about 1/20 of the total ingested cadmium (in food or water) is absorbed (McLellan et al. 1978, Rahola et al. 1973; Shaikh and Smith 1980).  The retention of cadmium in the gut slowly decreases over a period of 1–3 weeks after ingestion in adults (Rahola et al. 1973).  The absorption of cadmium in rats depends on age, with measured absorption decreasing from 12 to 5 to 0.5% at 2 hours, 24 hours, and 6 weeks after birth, respectively (Sasser and Jarboe 1977).  Sasser and Jarboe (1980) also reported that absorption of cadmium in the gastrointestinal tract of young guinea pigs was 20-fold higher than in adult guinea pigs.

Tissue distribution and retention of cadmium differed between 4- and 70-day-old rats.  Cadmium was 3–6 times more concentrated in the newborn spleen, bone, brain, testes, and muscle than in the adult rat 2 hours after an intravenous administration of 1 mg Cd/kg body weight.  Liver concentration of metallothionein was 20 times greater in the newborn than in the adult; kidney metallothionein concentrations were comparable, but liver cadmium was only 30% higher and kidney cadmium was 50% higher in the newborn.  Nineteen days post-cadmium exposure, the retention of cadmium in the liver, kidney, and lung was similar in both the newborn and the adult rat (Wong and Klaassen 1980a).  Goering and Klaassen (1984b) report that high levels of metallothionein in 10-day-old rats play an important role in their resistance to liver damage, presumably by binding and retaining cadmium.  However, the tissue distribution data led Wong and Klaassen (1980a) to propose that metallothionein does not play a major role in the tissue distribution and retention of cadmium in the young.

Cadmium can be transferred to offspring in breast milk.  Cadmium levels in human milk are 5–10% of levels in blood, possibly due to inhibited transfer from blood because of metallothionein binding of cadmium in blood cells (Radisch et al. 1987).  A significant association between urinary cadmium levels and cadmium levels in breast milk was found in women environmentally exposed to cadmium (Nishijo et al. 2002).  In female outbred albino rats exposed to cadmium in drinking water (as cadmium chloride) at 0 or 4.8 mg/kg/day for 10 weeks (at 4 weeks prior to mating, 3 weeks of gestation, or 3 weeks into lactation), kidney concentrations exceeded liver concentrations, while in their pups, the renal and liver concentrations were similar at all times during exposure.  In pups, both hepatic and renal cadmium

concentrations considerably increased only during the second half of the lactation period (Ld 11–21). The cadmium tissue concentrations in dams were several orders higher than in offspring. Another study found a positive correlation between cadmium levels in breast milk and cadmium levels in the pups' kidneys in rats receiving an intravenous injection of cadmium on lactation days 3–16 (Petersson Grawé and Oskarsson 2000).

Although studies on elimination of cadmium from the tissues of children are not available, the results of studies in animals provide some insight. Most cadmium that is ingested or inhaled and transported to the gut via mucociliary clearance is excreted in the feces. Of the cadmium that is absorbed into the body, most is excreted very slowly, with urinary and fecal excretion being approximately equal (Kjellström and Nordberg 1978). Half-times for cadmium in the whole body of mice, rats, rabbits, and monkeys have been calculated to be from several months up to several years (Kjellström and Nordberg 1985). Half-times in the slowest phase were 20–50% of the maximum life span of the animal (Kjellström and Nordberg 1985). In the human body, the main portion of the cadmium body burden is found in the liver and kidney and in other tissues (particularly muscle, skin, and bone). After reviewing the literature, Kjellström and Nordberg (1985) developed a range of half-times from their kinetic model of between 6 and 38 years for the human kidney and between 4 and 19 years for the human liver. These high values indicate the persistence of cadmium in the body and the importance of minimizing exposures in children to prevent long-term accumulation and toxicity.

The placenta may act as a partial barrier to fetal exposure to cadmium. Cadmium concentration has been found to be approximately half as high in cord blood as in maternal blood in several studies including both smoking and nonsmoking women (Kuhnert et al. 1982; Lauwerys et al. 1978; Truska et al. 1989). Accumulation of cadmium in the placenta at levels about 10 times higher than maternal blood cadmium concentration has been found in studies of women in Belgium (Roels et al. 1978) and the United States (Kuhnert et al. 1982); however, in another study in Czechoslovakia, the concentration of cadmium in the placenta was found to be less than in either maternal or cord blood (Truska et al. 1989). In mice orally exposed to cadmium during pregnancy, maternal blood, placental, and fetal cadmium concentrations were essentially equal among control animals (with environmental cadmium exposure), but placental concentration increased with cadmium dose much more rapidly than either maternal blood or fetal cadmium concentration (Sorell and Graziano 1990). Thus, timing and level of cadmium exposure may influence the uptake of cadmium by the placenta, perhaps explaining the conflicting human studies.

Of particular importance to the toxicokinetics and toxicity of cadmium is its interaction with the protein metallothionein.  Metallothionein is a low-molecular-weight protein, very rich in cysteine, which is capable of binding as many as seven cadmium atoms per molecule and is inducible in most tissues by exposure to cadmium, zinc, and other metals (Waalkes and Goering 1990).  Metallothionein binding decreases the toxicity of cadmium (Goyer et al. 1989; Kotsonis and Klaassen 1978).  Goyer and Cherian (1992) localized metallothionein in full-term human placenta and in fetal cells in human placenta.  Metallothionein was present in trophoblasts (which facilitate transport of substances entering the placenta from the maternal blood), Hofbauer cells (motile macrophages capable of phagocytosis and protein ingestion), amniotic epithelial cells (fetal derivatives), and decidual cells (endometrial stromal cells that have been transformed under hormonal influence into large pale cells, rich in glycogen).  The mechanism by which the placenta transports the essential metals, copper and zinc, while limiting the transport of cadmium is unknown, but may involve the approximately 1,000-fold higher concentration of zinc in the placenta and the higher affinity of cadmium than zinc for metallothionein.

Chan and Cherian (1993) report that pregnancy in Sprague-Dawley rats previously administered cadmium chloride (1.0 mg Cd/kg body weight subcutaneously, daily for 8 days) leads to a mobilization of cadmium from the liver (40% decrease compared to nonpregnant cadmium treated controls) and an increase in the kidneys (60% increase).  A similar pattern is seen for metallothionein.  Plasma cadmium and metallothionein also increased in the pregnant group.  Placental cadmium increased in the cadmium-treated rats compared to the untreated controls.  In this rat model, then, pregnancy resulted in a transfer of hepatic cadmium and metallothionein via the blood to the kidney and placenta.

## 3.8    BIOMARKERS OF EXPOSURE AND EFFECT

Biomarkers are broadly defined as indicators signaling events in biologic systems or samples.  They have been classified as markers of exposure, markers of effect, and markers of susceptibility (NAS/NRC 1989).

The National Report on Human Exposure to Environmental Chemicals provides an ongoing assessment of the exposure of the U.S. population to environmental chemicals using biomonitoring.  This report is available at http://www.cdc.gov/exposurereport/.  The biomonitoring data for cadmium from this report is discussed in Section 6.5.  A biomarker of exposure is a xenobiotic substance or its metabolite(s) or the product of an interaction between a xenobiotic agent and some target molecule(s) or cell(s) that is measured within a compartment of an organism (NAS/NRC 1989).  The preferred biomarkers of exposure

USCA Case #25-1087    Document #2105058    Filed: 03/10/2025    Page 1300 of 2126

are generally the substance itself, substance-specific metabolites in readily obtainable body fluid(s), or excreta. However, several factors can confound the use and interpretation of biomarkers of exposure. The body burden of a substance may be the result of exposures from more than one source. The substance being measured may be a metabolite of another xenobiotic substance (e.g., high urinary levels of phenol can result from exposure to several different aromatic compounds). Depending on the properties of the substance (e.g., biologic half-life) and environmental conditions (e.g., duration and route of exposure), the substance and all of its metabolites may have left the body by the time samples can be taken. It may be difficult to identify individuals exposed to hazardous substances that are commonly found in body tissues and fluids (e.g., essential mineral nutrients such as copper, zinc, and selenium). Biomarkers of exposure to cadmium are discussed in Section 3.8.1.

Biomarkers of effect are defined as any measurable biochemical, physiologic, or other alteration within an organism that, depending on magnitude, can be recognized as an established or potential health impairment or disease (NAS/NRC 1989). This definition encompasses biochemical or cellular signals of tissue dysfunction (e.g., increased liver enzyme activity or pathologic changes in female genital epithelial cells), as well as physiologic signs of dysfunction such as increased blood pressure or decreased lung capacity. Note that these markers are not often substance specific. They also may not be directly adverse, but can indicate potential health impairment (e.g., DNA adducts). Biomarkers of effects caused by cadmium are discussed in Section 3.8.2.

A biomarker of susceptibility is an indicator of an inherent or acquired limitation of an organism's ability to respond to the challenge of exposure to a specific xenobiotic substance. It can be an intrinsic genetic or other characteristic or a preexisting disease that results in an increase in absorbed dose, a decrease in the biologically effective dose, or a target tissue response. If biomarkers of susceptibility exist, they are discussed in Section 3.10, Populations That Are Unusually Susceptible.

### 3.8.1   Biomarkers Used to Identify or Quantify Exposure to Cadmium

Cadmium levels in blood, urine, feces, liver, kidney, hair, and other tissues have been used as biological indicators of exposure to cadmium. A discussion of the utility and limitations of each for human biomonitoring is provided below.

Blood cadmium levels are principally indicative of recent exposure(s) to cadmium rather than whole-body burdens (Ghezzi et al. 1985; Järup et al. 1988; Lauwerys et al. 1994; Roels et al. 1989). The 50th

percentile of blood cadmium concentrations in adults living in the United States was 0.330 µg/L (CDC 2011). Environmental exposure can elevate blood cadmium concentration to above 10 µg/L (Kido et al. 1990a, 1990b; Shiwen et al. 1990). Workers occupationally exposed to cadmium by inhalation may have blood cadmium levels ranging up to 50 µg/L (Roels et al. 1981b).

Urine cadmium levels primarily reflect total body burden of cadmium, although urine levels do respond somewhat to recent exposure (Bernard and Lauwerys 1986). Use of a biokinetic model, such as the Nordberg-Kjellström model, allows estimation of cadmium dietary consumption or airborne cadmium levels from urinary cadmium levels; these models are described in greater detail in Section 3.4.5.3. When the critical level for renal damage has been reached, urinary cadmium levels rise sharply because of the release of intrarenal cadmium along with decreased renal reabsorption of cadmium (Lauwerys et al. 1994; Roels et al. 1981b). In the U.S. general population, the geometric mean urinary cadmium level in adults is 0.232 µg/L (or 0.247 µg/g creatinine) (CDC 2011). In populations with substantial environmental or occupational exposure, values can range up to 50 µg/g creatinine, (Falck et al. 1983; Roels et al. 1981b; Tohyama et al. 1988). In environmentally exposed individuals, Buchet et al. (1990) report that abnormal values of various biomarkers are found in 5% of the population with urinary excretion of cadmium above the 2–4 µg Cd/24 hour level (approximately 1–3 µg/g creatinine). Significant correlations between total cadmium exposure and urinary cadmium levels have been found in environmentally exposed populations (Kido et al. 2004; Kobayashi et al. 2005; Shimbo et al. 2000). Among environmentally exposed subjects, there was good agreement between urinary cadmium levels measured at different times, suggesting that a single determination would be an accruement measure (Ikeda et al. 2005a).

Fecal cadmium may be used as a direct indicator of daily dietary intake of cadmium because dietary cadmium is poorly absorbed in the gastrointestinal tract (Kjellström et al. 1978). In workers exposed by inhalation, fecal cadmium has been used to estimate the amount of inhaled cadmium transported to the gastrointestinal tract and the amount of dust ingested incidentally at work (Adamsson et al. 1979). Fecal cadmium primarily reflects recently ingested cadmium and, therefore, is not a good indicator of past cadmium exposure (Shaikh and Smith 1984).

Liver and kidney tissues preferentially accumulate cadmium, and concentrations of cadmium in liver and kidney may be measured using non-invasive techniques such as *in vivo* neutron activation analysis or in the kidney by X-ray fluorescence analysis (Christoffersson et al. 1987; Scott and Chettle 1986); however, the limit of detection is near background levels (Nordberg 2010). Levels in both tissues increase with age and level of cadmium exposure, but kidney cadmium concentration tends to peak around age 50–60,

while liver cadmium concentration continues to rise. Typical values for a 60-year-old North American with average environmental cadmium exposure are 25–40 µg/g wet weight in kidney cortex and 1–3 µg/g wet weight in liver (Elinder 1985b). In workers exposed to cadmium by inhalation, values up to 300 µg/g wet weight in kidney and 100 µg/g wet weight in liver can be found (Christoffersson et al. 1987; Roels et al. 1981b). Because kidney cadmium content begins to decline after the onset of cadmium-induced renal dysfunction, liver cadmium may be a better indicator of cadmium exposure than kidney cadmium, and it has been suggested that kidney dysfunction is likely to appear at liver cadmium concentrations between 30 and 60 µg/g wet weight (Roels et al. 1981b). *In vivo* liver and kidney cadmium measurements involving neutron activation analysis or X-ray fluorescence require complex and costly equipment and may pose a radiation hazard (Shaikh and Smith 1984), and those involving biopsy specimens (Lindqvist et al. 1989) require a painful and invasive procedure. Therefore, these methods for *in vivo* analysis are better suited for monitoring of occupationally exposed workers than environmentally exposed populations (Scott and Chettle 1986). Among cadmium workers, significant correlations of kidney cadmium levels with urinary and blood cadmium levels and liver cadmium with urinary cadmium levels were found (Börjesson et al. 1997, 2001). Similar correlations (urinary cadmium with renal cadmium) in an autopsy study of subjects without occupational exposure to cadmium; a urinary cadmium level of 1.7 µg/g creatinine was equivalent to a renal cadmium level of 50 µg/g (Orlowski et al. 1998).

Hair levels of cadmium have been used as a measure of cadmium exposure, although the possibility of exogenous contamination has led to substantial controversy concerning the reliability of hair levels as a measure of absorbed dose (Frery et al. 1993; Huel et al. 1984; Lauwerys et al. 1994, Shaikh and Smith 1984; Wilhelm et al. 1990). Recent evidence has shown a correlation between cadmium levels in the hair of newborn infants and their mothers (Huel et al. 1984) and between cadmium levels in scalp and pubic hair (Wilhelm et al. 1990), indicating that among environmentally exposed populations, external contamination may not be significant for hair samples taken close to the scalp. Under occupational conditions, external contamination may be a more substantial problem (Shaikh and Smith 1984).

On the other hand, Frery et al. (1993) evaluated hair levels in a male population with a high expected exposure to tobacco smoke and in a population of pregnant woman and their newborns; they concluded that cadmium hair analysis was a reliable indicator for the subjects with the highest exposure, but was not sensitive enough to resolve differences for low level exposures. Newborn cadmium hair levels were a more sensitive indicator than mother's hair, but the research was not able to determine if this was attributable to physiological changes or the lower reliability of the mother's head hair. Exogenous contamination is not considered a problem for newborn hair. The authors state that the variability

introduced by exogenous contamination can be minimized by using the first 8 cm of hair from the scalp and by using careful washing techniques.  There was also no significant difference between hair levels for passive or nonsmokers indicating that either the above mentioned precautions worked or that the passive smoke source of exposure was not significant.

Cadmium measurements have been made on a variety of other biological materials, including milk (Schulte-Lobbert and Bohn 1977; Sikorski et al. 1989), placenta (Kuhnert et al. 1982; Roels et al. 1978; Saaranen et al. 1989), nails (Takagi et al. 1988), teeth (Sharon 1988), and cataractous lenses (Racz and Erdohelyi 1988).  Although in some cases it could be established that levels in these tissues were higher among smokers than nonsmokers, the significance of cadmium levels as a marker of recent or total cadmium exposure has not been established for any of these tissues.

Studies in cadmium workers suggest that metallothionein levels may also be a biomarker of cadmium exposure.  Elevated levels of metallothionein gene expression were observed in peripheral blood lymphocytes in highly exposed workers.  The level of metallothionein gene expression was significantly correlated with blood and urinary cadmium levels (Lu et al. 2001).  Urinary metallothionein correlates with cadmium concentrations in liver, kidney, and urine (Shaikh and Smith 1984; Tohyama et al. 1981).  Relatively strong correlations have been found between urinary metallothionein and urinary cadmium levels in exposed humans (Kawada et al. 1990), and a dose-related increase in urinary metallothionein was found in rats exposed to cadmium in drinking water for up to 2 years (Shaikh et al. 1989).  Hochi et al. (1995) also found a significant relationship between cadmium intake and urinary metallothionein levels among residents consuming cadmium-contaminated rice.

## 3.8.2    Biomarkers Used to Characterize Effects Caused by Cadmium

Acute inhalation exposure to high levels of cadmium causes respiratory damage and may lead to death. No information was located on biomarkers of respiratory effects in humans, but based on animal experiments, activity of alkaline phosphatase in the surfactant fraction of BALF has been suggested as a sensitive marker of pulmonary damage following acute cadmium inhalation (Boudreau et al. 1989).  Such a biomarker of effect is not specific to cadmium exposure and would be most relevant to occupational exposures.

Renal dysfunction, usually first manifested as impaired tubular reabsorption of filtered solutes, is generally considered the primary toxic effect of chronic cadmium exposure (see Section 3.2).  Impaired

3.  HEALTH EFFECTS

kidney function has been measured by increased levels of solutes (proteins, amino acids, uric acid, calcium, copper, phosphorous, etc.) in urine and/or serum.  Excess urinary excretion of low-molecular-weight proteins and solutes is associated with decreased tubular reabsorption.  Increased excretion of high-molecular-weight proteins or decreased serum clearance of creatinine reflect glomerular dysfunction, which is generally associated with progressive renal damage (Roels et al. 1989).  A brief discussion of the utility and limitations of several measures of tubular damage as biomarkers of effects of cadmium exposure is provided below.  These biomarkers are normally found in the urine and elevated levels are not specific for cadmium.

Urinary β2-microglobulin, a low molecular weight protein, has been widely used as an indicator of tubular renal dysfunction (Arisawa et al. 1997; Piscator 1984; Roels et al. 1981a; Smith et al. 1980).  However, tubular renal dysfunction can be caused by exposures and diseases other than cadmium, so β2-microglobulin is not a specific marker of cadmium-induced effects (Shaikh and Smith 1984).  Practical considerations in using urinary β2-microglobulin as a marker of tubular renal dysfunction include the need to control the pH of samples to prevent the rapid degradation that occurs at pH values below 5.5 (Shaikh and Smith 1984), and the fact that urinary β2-microglobulin excretion normally rises with age (Roels et al. 1989).

Urinary retinol-binding protein is also considered to be a sensitive indicator of decreased tubular reabsorption, but it also is not specific for cadmium-induced damage in the kidney (Shaikh and Smith 1984; Topping et al. 1986).  Retinol-binding protein is more stable in urine than β2-microglobulin (Bernard and Lauwerys 1981) and appears to be of approximately equal sensitivity and specificity for detecting tubular proteinuria in cadmium-exposed populations (Topping et al. 1986).  Levels of both proteins fluctuate over time, so regular, repeated sampling may be necessary to establish abnormal levels (Ormos et al. 1985).

Human complex-forming glycoprotein (pHC, also referred to as $\alpha_1$-microglobulin) is another sensitive marker of tubular renal dysfunction (Moriguchi et al. 2004, 2005a; Pless-Mulloli et al. 1998; Tohyama et al. 1986).  As with retinol binding protein, pHC is more stable in urine than β2-microglobulin at room temperature and low urinary pH levels.

Urinary N-acetyl-β-D-glucosaminidase (NAG), a lysosomal enzyme present in high concentrations in the proximal tubule, has been shown to correlate with urinary cadmium levels in occupationally and environmentally exposed subjects (Jin et al. 1999; Kalahasthi et al. 2007) and has a better correlation with

urinary cadmium levels than does β2-microglobulin at low cadmium exposure levels (urinary cadmium <10 µg/g creatinine) (Chia et al. 1989; Kawada et al. 1990; Mueller et al. 1989).  However, increased urinary NAG activity can result from effects other than nephrotoxicity (Bernard and Lauwerys 1989).  Jin et al. (1999) suggest that measurement of the B isozyme (NAG-B), which is released into the urine following tubular cell breakdown, may be a sensitive measure of renal damage.

Other enzymes, proteins, and amino acids in urine have been suggested as biological markers of incipient renal or liver damage resulting from cadmium exposure.  Markers found to be sensitive indicators in exposed humans include trehalase (Iwata et al. 1988), alanine aminopeptidase (Mueller et al. 1989), and calcium (Buchet et al. 1990).  Changes in urinary alkaline phosphatase, γ-glutamyl transferase, urate, and phosphate tend to be significant only after other markers of renal damage are clearly elevated (Mason et al. 1988).  Several other enzymatic markers of cadmium-induced renal damage have been suggested based on animal studies (Bomhard et al. 1984; Gatta et al. 1989; Girolami et al. 1989).  Aminoaciduria has been found to be more sensitive than proteinuria for renal damage in animal studies (Nomiyama et al. 1975), but less sensitive in humans (Axelsson and Piscator 1966).  Recent work by Prozialeck et al. (2007) suggest that kidney injury molecule 1 may be a sensitive marker for renal dysfunction.  At present, not enough information is available to determine which, if any, of these parameters provide sensitive and specific indicators of cadmium-induced renal damage.

At the present time, there is no single biological indicator for cadmium toxicity that is entirely adequate when considered alone.  Measurement of cadmium levels in various biological materials can provide an indication of recent or total cadmium exposure, but the probability of adverse effects cannot be reliably predicted except at high exposure levels.  Measurement of a variety of markers of renal dysfunction can provide a sensitive measure of early kidney toxicity, but cannot establish whether cadmium exposure was the cause.

There is also considerable controversy as to whether the critical concentration of urinary cadmium is closer to 5 or 10 µg Cd/g creatinine, corresponding to about 100 and 200 ppm in the kidney, respectively.  Roels et al. (1993) correlated a number of markers with cadmium in blood and urine in a study population of workers occupationally exposed to cadmium from cadmium smelting operations.  Three main groupings of thresholds were identified corresponding with different markers of effects: one around 2 µg Cd/g creatinine mainly associated with biochemical alterations (increased urinary 6-keto-prostaglandin $F_{1x}$ and urinary sialic acid), a second around 4 µg Cd/g creatinine associated with increased excretion of high molecular weight proteins (possibly due to disruption of the glomerular membrane polyanionic

charge) and tubular antigens or enzymes (BBA, NAG), and a third around 10 µg Cd/g creatinine associated with increased excretion of low molecular weight proteins and other indicators. The 10 µg Cd/g creatinine level had previously been proposed as the biological threshold for cadmium-induced nephropathy. Whether the earlier changes are indicative of irreversible adverse renal effects remains an area of continued investigation.

To further evaluate the reversibility of proteinuria, Roels et al. (1997) studied the progression of cadmium-induced renal tubular dysfunction in cadmium workers according to the severity of the microproteinuria at the time the exposure was substantially decreased. A total of 32 cadmium male workers were divided into two groups on the basis of historical records of urinary cadmium concentration (CdU) covering the period until 1984. The workers with CdU values of >10 µg Cd/g creatinine were subdivided further on the basis of the urinary concentration of β2-microglobulin (β2-MG-U) measured during the first observation period (1980–1984). In each group, the tubular microproteinuria as reflected by β2-MG-U and the concentration of retinol-binding protein in urine as well as the internal cadmium dose as reflected by the concentration of cadmium in blood and urine were compared between the first and second (1990–1992) observation periods. Increased microproteinuria was often diagnosed in cases with CdU values of >10 µg Cd/g creatinine. The progression of tubular renal function was found to depend on the extent of the body burden of cadmium (as reflected by CdU) and the severity of the initial microproteinuria at the time high cadmium exposure was reduced or ceased. When cadmium exposure was reduced and β2-MG-U did not exceed the upper reference limit of 300 µg/g creatinine, the risk of developing tubular dysfunction at a later stage was likely to be low, even in cases with historical CdU values occasionally >10 but always <20 µg Cd/g creatinine. When the microproteinuria was mild (β2-MG-U >300 and ≤1,500 µg/g creatinine) at the time exposure was reduced, and the historical CdU values had never exceeded 20 µg Cd/g creatinine, there was indication of a reversible tubulotoxic effect of cadmium. When severe microproteinuria (β2-MG-U >1,500 µg/g creatinine) was diagnosed in combination with historical CdU values exceeding 20 µg Cd/g creatinine, Cd-induced tubular dysfunction was progressive in spite of reduction or cessation of cadmium exposure.

For more information on biomarkers for renal and hepatic effects of chemicals see Agency for Toxic Substances and Disease Registry *Subcommittee Report on Biological Indicators of Organ Damage* (Agency for Toxic Substances and Disease Registry 1990a). For information on biomarkers for neurological effects see OTA (1990).

APPX ATT_V6_3612

3.  HEALTH EFFECTS

## 3.9  INTERACTIONS WITH OTHER CHEMICALS

Cadmium toxicity can be influenced by a wide variety of other chemicals.  In humans, dietary deficiencies of calcium, protein, and vitamin D are likely to account for increased susceptibility to bone effects following cadmium exposure (Kjellström 1986c).  Iron deficiency has been shown to increase gastrointestinal absorption of cadmium in humans (Flanagan et al. 1978), while oral zinc supplementation has been demonstrated to decrease the oral absorption of cadmium.  No other information was located concerning interaction of cadmium with other chemicals in humans.

In animals, a few interactions following inhalation exposure have been evaluated.  In rats exposed to cadmium chloride by inhalation, simultaneous exposure to zinc oxide prevents fatalities (Oldiges and Glaser 1986) and lung cancer (Oldiges et al. 1989).  Exposure to an atmosphere containing 80% oxygen aggravated pulmonary damage from cadmium chloride inhalation in mice (Martin and Witschi 1985).

The toxicity of oral exposure to cadmium in animals has been shown to be influenced by several factors. In Japanese quail, cadmium toxicity was intensified by single or combined deficiencies of zinc, copper, iron, calcium, and protein (Fox et al. 1979).  A calcium-deficient diet in animals has been shown to aggravate cadmium immunotoxicity (Chopra et al. 1984) and fetotoxicity (Pond and Walker 1975). Simultaneous exposure to lindane increased the developmental toxicity of cadmium in rats (Saxena et al. 1986).  Female rats have an increased susceptibility to cadmium-induced bone loss due to multiple rounds of gestation and lactation (Bhattacharyya et al. 1988b) or ovariectomy (Bhattacharyya et al. 1988c), possibly related to associated effects on trace element status.  Hopf et al. (1990) report that exposure to ethanol and cadmium in a liquid diet produced liver damage in rats at doses that were not separately hepatotoxic.  In contrast, Kershaw et al. (1990) reported that ethanol pretreatment in male Sprague-Dawley rats substantially reduced the lethal and hepatotoxic properties of cadmium, possibly due to a reduced interaction between cadmium and target sites in liver organelles and cytosolic high-molecular-weight (HMW) proteins.  Ethanol pretreatment in this study decreased (approximately 60%) the content of cadmium in nuclei, mitochondria, and endoplasmic reticulum, and nearly eliminated the association of cadmium with cytosolic HMW proteins.  Reduction in the concentration of cadmium in potential target sites of intoxication was caused by a metallothionein-promoted sequestration of cadmium to the cytosol.

When cadmium is co-administered with ethanol in rats, there is a pronounced increase in cadmium accumulation in various regions of the brain (e.g., the corpus striatum and cerebral cortex).  The cadmium is not bound to metallothionein, and there is a marked increase in lipid peroxidation and inhibition of

membrane bound enzymes (Pal et al. 1993a, 1993b). Rats pretreated with acetaminophen are more sensitive to the renal toxicity of cadmium in water (Bernard et al. 1988a). Co-administration of lead and cadmium in the diet of rats had additive effects in reducing body weights, but neurologic toxicity was antagonized (Nation et al. 1990).

Numerous interactions have been demonstrated in animals using parenteral exposure, generally indicating that induction of metallothionein by pretreatment with zinc, selenium, or other metals, reduces toxicity of parenteral cadmium exposure (Gunn et al. 1968a, 1968b; Naruse and Hayashi 1989; Yamane et al. 1990). Zinc, calcium, or magnesium can prevent injection site, testicular, and prostatic cancers induced by subcutaneous or intramuscular injection of cadmium, but these interactions have been shown to be a complex phenomenon, dependent on dose, route, and target organ (Poirier et al. 1983; Waalkes et al. 1989). Mn(II) pretreatment reduces Cd(II)-induced lethality (Goering and Klaassen 1985). Cadmium has been noted to have an inhibitory effect on manganese uptake (Gruden and Matausic 1989). In addition, manganese appears to be capable of increasing the synthesis of the metal-binding protein metallothionein (Waalkes and Klaassen 1985). Data from a study by Goering and Klaasen (1985) suggest that manganese pretreatment increases the amount of $Cd^{+2}$ bound to metallothionein, thereby decreasing hepatotoxicity due to unbound $Cd^{+2}$. The significance of these observations to humans exposed to cadmium and manganese by the oral or inhalation routes is not clear.

Induction of hepatic metallothionein by cold stress reduced the acute toxicity of cadmium given by gavage to mice (Baer and Benson 1987). In addition to effects on metallothionein induction, substances may interact with cadmium by altering the competition among metal ions for enzyme or regulatory protein binding sites. For example, simultaneous administration of garlic (which is high in reduced sulfhydryl groups) decreases oral cadmium renal toxicity in rats (Cha 1987).

Coexposure to selenium reduced the clastogenic effect of cadmium on mouse bone marrow (Mukherjee et al. 1988b). Selenium deficiency enhances cadmium-induced cardiotoxicity possibly mediated via lipid peroxidation indicated by a significant reduction in the activities of the selenoenzyme, glutathione peroxidase. Selenium supplements in the diet prevented cadmium's cardiotoxic effect (Jamall and Smith 1985a). Selenium has also been shown to prevent testicular damage in rats (Kar et al. 1960; Omaye and Tappel 1975). In testes, selenium as selenite given before or during cadmium administration was shown to divert the binding of cadmium from low molecular proteins to higher molecular weight proteins (Chen et al. 1975; Whanger 1992). In contrast, Jamall and Smith (1985c) report a shift in cadmium binding from metallothionein to lower weight proteins in kidney and liver from a diet supplemented with

selenium compared to a selenium deficient diet. The selenium-cadmium interaction thus appears to be dependent on the duration and sequence of coexposure and possibly the organ-specific levels of selenoenzymes or other essential metals.

## 3.10  POPULATIONS THAT ARE UNUSUALLY SUSCEPTIBLE

A susceptible population will exhibit a different or enhanced response to cadmium than will most persons exposed to the same level of cadmium in the environment. Reasons may include genetic makeup, age, health and nutritional status, and exposure to other toxic substances (e.g., cigarette smoke). These parameters result in increased absorption, reduced detoxification or excretion of cadmium, or compromised function of organs affected by cadmium. Populations who are at greater risk due to their unusually high exposure to cadmium are discussed in Section 6.7, Populations with Potentially High Exposures.

Differences in individual sensitivity to cadmium have not been systematically studied, but based on what is known about cadmium toxicity, some inferences can be made. Populations with depleted stores of calcium, iron, or other dietary components due to multiple pregnancies and/or dietary deficiencies could be expected to have increased cadmium absorption from the gastrointestinal tract. Urinary cadmium levels have been shown to be correlated with iron status among pregnant women (Åkesson et al. 2002). However, a general population study of women living in Japan (Tsukahara et al. 2003) did not find significantly elevated levels of urinary cadmium, β2-microglobulin, or pHC among women with anemia or iron deficiency, as compared to healthy women. Populations with kidney damage from causes unrelated to cadmium exposure, including diabetes, some drugs and chemicals, and the natural age-related decline in kidney function, could be expected to exhibit nephrotoxicity at lower cadmium exposures than those of normal healthy adults (Buchet et al. 1990). There is also some evidence to suggest that diabetics may be more susceptible to the toxicity of cadmium (Åkesson et al. 2005; Buchet et al. 1990; Haswell-Elkins et al. 2008). Elevated levels of metallothionein-antibody have been significantly associated with excretion of biomarkers of tubular dysfunction among cadmium workers (Chen et al. 2006a), but not with urinary or blood cadmium levels. In a study of diabetics, metallothionein-antibodies were significantly associated with urinary levels of β2-microglobulin levels, which were indicative of cadmium toxicity but not with urinary albumin levels, which would be indicative of glomerular damage (Chen et al. 2006c). However, a significant association between elevated albumin creatinine ratio and urinary cadmium levels was found in another study of diabetics (Haswell-Elkins et al. 2008) and the frequency of albuminuria

was 64% among diabetics with high urinary cadmium levels of 1–2 µg/g creatinine and 80% among those with urinary cadmium levels of >2 µg/g creatinine.

A discussion of the susceptibility of children is found in Section 3.7, Children's Susceptibility.

## 3.11  METHODS FOR REDUCING TOXIC EFFECTS

This section will describe clinical practice and research concerning methods for reducing toxic effects of exposure to cadmium.  However, because some of the treatments discussed may be experimental and unproven, this section should not be used as a guide for treatment of exposures to cadmium.  When specific exposures have occurred, poison control centers and medical toxicologists should be consulted for medical advice.  The following texts provide specific information about treatment following exposures to cadmium:

Caravati EM, McGuigan MA, MacGregor Whyte I, et al.  Cadmium fume pneumonitis.  In:  Medical toxicology, 3rd ed.  Philadelphia, PA:  Lippincott Williams & Wilkins, 1411-1414.

Leikin JB, Paloucek FP.  2002.  Cadmium.  In:  Poisoning and toxicology handbook.  Hudson, OH:  Lexi-Comp, Inc., 309-310.

Viccellio P.  1998.  Cadmium, mercury, and arsenic.  In:  Emergency toxicology.  2nd ed.  Philadelphia, PA:  Lippincott-Raven Publishers, 379-380.

### 3.11.1  Reducing Peak Absorption Following Exposure

Inhalation exposure to high concentrations of cadmium can be particularly dangerous because initial symptoms are often as mild as those associated with low-level exposure, and exposed individuals who are unaware either of the presence of cadmium or of the dangers of inhaling cadmium may allow exposure to continue until a harmful or even fatal dose is received (Beton et al. 1966; Lucas et al. 1980).  Severe respiratory symptoms that may develop within a few hours of high-dose inhalation exposure include tracheobronchitis, pneumonitis, and pulmonary edema, accompanied by additional nonspecific flu-like symptoms (sweating, shivering, malaise) (Beton et al. 1966).  Aside from removing a victim to fresh air and providing supportive medical care, no effective means have been reported for reducing absorption following inhalation exposure to cadmium (Bronstein and Currance 1988; EPA 1989d).  Supportive medical care of individuals with inhalation exposure to high levels of cadmium includes monitoring for respiratory distress, assisting ventilation as needed, and administering humidified oxygen (Bronstein and Currance 1988; EPA 1989d).  If pulmonary edema develops, individuals may be treated with

supplemental oxygen, positive-pressure mechanical ventilation, and administration of diuretics, intravenous fluids, and steroid medications. Antibiotic therapy and monitoring fluid balance (due to kidney function impairment) may also be required (Beton et al. 1966; Bronstein and Currance 1988; EPA 1989d; Haddad and Winchester 1990).

Oral exposure to cadmium is not an immediate threat because high doses are irritating enough to induce vomiting. In fact, the only known acute fatalities from oral exposure to cadmium followed intentional ingestion of high doses (Baker and Hafner 1961; Buckler et al. 1986; Frant and Kleeman 1941; Nordberg et al. 1973; Shipman 1986; Wisniewska-Knypl et al. 1971). Although inducing vomiting is sometimes recommended following ingestion of cadmium (Ellenhorn and Barceloux 1988; Stutz and Janusz 1988), concentrated cadmium solutions may be caustic, and esophageal damage could result from spontaneous or induced vomiting. Administration of water or milk may be indicated for patients able to swallow (Bronstein and Currance 1988; EPA 1989d). Administration of cathartics such as sorbitol or magnesium sulfate to enhance elimination from the gastrointestinal tract has been recommended (EPA 1989d; Stutz and Janusz 1988); however, the administration of activated charcoal to bind unabsorbed cadmium does not appear to be effective (Agency for Toxic Substances and Disease Registry 1990b; Ellenhorn and Barceloux 1988).

The intestinal absorption of cadmium at levels below those leading to gastrointestinal damage is relatively low (5–10% of the administered dose) (Flanagan et al. 1978; McLellan et al. 1978; Newton et al. 1984; Rahola et al. 1973). Other polyvalent cations including calcium, magnesium, and zinc can interfere with cadmium uptake (Foulkes 1985), but administration of competing cations can in some cases increase rather than decrease cadmium absorption (Jaeger 1990), and is therefore not recommended for the treatment of cadmium ingestion. Oral administration of some compounds that chelate cadmium such as meso-2,3-dimercaptosuccinic acid has been found in rodent studies to reduce absorption following acute oral exposure to cadmium, but other chelators such as dithiocarbamates can increase toxicity (see Section 3.4.1.2). At present, no recommendations for chelation treatment to reduce absorption can be made (Jones and Cherian 1990). Administration of garlic (which is high in reduced sulfhydryl groups) has been shown to decrease oral cadmium toxicity in rats (Cha 1987). Thus, use of garlic could be an area of future research.

Dermal or ocular exposure to high levels of cadmium may cause irritation (Wahlberg 1977) and should be treated by removing contaminated clothing, washing the skin, and thoroughly flushing the eyes (EPA

1989d; Stutz and Janusz 1988). These measures will also reduce the relatively small potential for dermal absorption of cadmium (see Section 3.4.1.3).

## 3.11.2 Reducing Body Burden

A variety of chelating agents have been evaluated (Cantilena and Klaassen 1981; Jones et al. 1992, 1994; Kostial et al. 1996; Singh et al. 1996). Some of the more familiar chelators that are beneficial for other toxic metals actually increase cadmium toxicity by mobilizing the cadmium and substantially increasing the renal concentrations and toxicity (Agency for Toxic Substances and Disease Registry 1990b; Goldfrank et al. 1990; Jones and Cherian 1990). One such agent is the chelating agent dimercaprol (also known as BAL, British Anti-Lewisite), commonly used for treating cases of lewisite toxicosis. BAL is widely recognized as harmful in treating cadmium exposures. Some sources recommend using ethylene-diamine tetraacetic acid (EDTA) salts (Cantilena and Klaassen 1980, 1981; Ellenhorn and Barceloux 1988; Stutz and Janusz 1988) or use of EDTA with caution about potential nephrotoxicity (EPA 1989d; Haddad and Winchester 1990). Other chelators that have reduced the cadmium burden in animal studies include diethylenetriaminepentaacetic acid (DTPA), 2,3-dimercaptosuccinic acid (DMSA), and various dithiocarbamates (Cantilena and Klaassen 1981, 1982b; Kamenosono et al. 2002a; Wang et al. 1999).

Cantilena and Klaassen (1982a) demonstrated the importance of rapid administration of DTPA, EDTA, or DMSA following acute cadmium exposure if they are to be effective. Waalkes et al. (1983) evaluated the role of metallothionein in the acute drop in chelator efficacy following cadmium poisoning in male Sprague-Dawley rats. Although the chelator, DTPA, reduced cadmium content in the various organs when given immediately after cadmium, it was ineffective at all later times. Increases in hepatic and renal metallothionein did not occur until 2 hours after cadmium, and did not coincide with the earlier drop in chelator efficacy. Blockade of metallothionein synthesis by actinomycin D treatment (1.25 mg/kg, 1 hour before Cd) failed to prolong the chelators effectiveness. Furthermore, newborn rats have high levels of hepatic metallothionein, which had no effect on the time course of chelator effectiveness since DTPA still decreased cadmium organ contents, if given immediately following cadmium, but had no effect if given 2 hours after cadmium. The authors concluded that metallothionein does not have an important role in the acute decrease in efficacy of chelation therapy for cadmium poisoning. The quick onset of chelator ineffectiveness may be due to the rapid uptake of cadmium into tissues, which makes it relatively unavailable of chelation.

Jones et al. (1992, 1994) investigated a series of monoalkyl and monoalkyl esters of meso-2,3-di-mercaptosuccinic acid. Monoisoamyl meso-2,3-dimercaptosuccinate (Mi-ADMS) was an effective chelating agent for reduction of kidney and liver cadmium when administered either parenterally or orally (Jones et al. 1992). This finding was supported by a study by Eybl et al. (1994), which showed that Mi-ADMS, administered orally every 48 hours for 12 days after acute cadmium exposure, was effective at reducing cadmium in the kidney and liver, but not in the testes and brain. Monophenethyl meso-2,3-dimercaptosuccinic acid, mono(3-phenylpropyl) meso-2,3-dimercaptosuccinic acid, and mono(2-phenoxyethyl) meso-2,3-dimercaptosuccinic acid compounds successfully remove "aged" cadmium deposits and can be administered via a variety of routes (Jones et al. 1994).

Another area of chelation therapy research is in the use of multiple chelators. Blaha et al. (1995) evaluated the ability of two carbodithioate chelators, sodium N-(4-methylbenzyl)-4-O-(β-D-galacto-pyranosyl)-D-glucamine-N-carbodithioate (MeBLDTC) and sodium 4-carboxyamidopiperidine-N-carbothioate (INADTC), singly or in combination to reduce cadmium burden from chronically exposed rats. The combination therapy resulted in a synergistic effect on increased biliary excretion and reduced renal cadmium that, in the case of biliary excretion, was more than doubled that expected for a simple additive interaction.

### 3.11.3  Interfering with the Mechanism of Action for Toxic Effects

The toxic effects of cadmium are generally thought to be caused by "free" cadmium ions; that is, cadmium not bound to metallothionein or other proteins (Goyer et al. 1989). However, cadmium bound to metallothionein may have the capacity to directly damage renal tubular membranes during uptake (Suzuki and Cherian 1987). Free cadmium ions may have a number of adverse effects, including inactivation of metal-dependent enzymes, activation of calmodulin, and initiation of the production of active oxygen species (Palmer et al. 1986; Waalkes and Goering 1990).

Respiratory damage caused by acute, high-level inhalation exposure to cadmium can cause impaired lung function that can last many years after exposure (Barnhart and Rosenstock 1984; Townshend 1982). No treatments other than supportive care and avoidance of additional risk factors for lung injury are presently known.

The kidneys appear to be highly vulnerable to chronic cadmium exposure by either the oral or inhalation routes. The basis for the preferential sensitivity of the kidney is related to the filtering and reabsorption of

circulating cadmium-metallothionein complex, which is then thought to be degraded in the tubular cell lysosomes and released as free intracellular cadmium. The toxic effect results from the limited ability of the kidney to synthesize new cytosolic metallothionein in response to an increasing cadmium load (Goyer et al. 1989). Cadmium bound to metallothionein, however, may also have nephrotoxic activity (Suzuki and Cherian 1987).

No treatments are currently available that specifically target free cadmium ions in the renal cortex, but zinc and calcium can stimulate metallothionein synthesis and may also compete with cadmium for enzyme binding sites. Thus, zinc, and/or calcium supplementation might help reduce renal cadmium toxicity, at least in zinc- or calcium-deficient individuals. It is not known whether administration of these compounds would be beneficial in individuals with adequate zinc and calcium intakes, and their clinical use is not currently recommended. Since one of the postulated mechanisms of cadmium toxicity is the stimulation and production of active oxygen species, it is possible that increasing the cellular levels of antioxidants such as superoxide dismutase, reduced sulfur compounds (particularly glutathione), vitamin C, vitamin E, or β-carotene could reduce renal cadmium toxicity by scavenging active oxygen species prior to reaction with cellular components. Several animal studies have examined co-administration of several antioxidants on cadmium-induced kidney damage. Beneficial effects were found for vitamin E (Shaikh and Tang 1999; Shaikh et al. 1999a), N-acetyl cysteine (Kaplan et al. 2008; Shaikh et al. 1999a, 1999b), glycine (Shaikh and Tang 1999), glycyrrhizin (Nomiyama and Nomiyama 1998), and a drug containing glycyrrhizin, glycine, and cysteine (Shaikh and Tang 1999; Shaikh et al. 1999a). However, antioxidants are not currently recommended for the treatment of cadmium-exposed humans.

Treatments for the cadmium-related effects on bone have not been evaluated. Although the mechanism of bone damage has not been fully elucidated, it is likely that calcium loss and altered vitamin D metabolism, which result from cadmium-induced kidney damage, play an important role. Thus, treatments that interfere with the renal damage will likely have a beneficial effect on bone.

Research in chelation therapy is promising for agents that can interfere or possibly reverse the toxic effects of cadmium. Xu et al. (1995, 1996) demonstrated that monoisoamyl meso-2,3-dimercapto-succinate, when administered within 1 hour after acute exposure, prevents the formation of cadmium-induced apoptotic DNA fragmentation and associated histopathological injury in the testes of rats. Perry et al. (1989) report a reversal of the cadmium induced hypertension in rats with the chelator d-myo-inositol-1,2,6-triphosphate.

## 3.12  ADEQUACY OF THE DATABASE

Section 104(I)(5) of CERCLA, as amended, directs the Administrator of ATSDR (in consultation with the Administrator of EPA and agencies and programs of the Public Health Service) to assess whether adequate information on the health effects of cadmium is available.  Where adequate information is not available, ATSDR, in conjunction with the National Toxicology Program (NTP), is required to assure the initiation of a program of research designed to determine the health effects (and techniques for developing methods to determine such health effects) of cadmium.

The following categories of possible data needs have been identified by a joint team of scientists from ATSDR, NTP, and EPA.  They are defined as substance-specific informational needs that if met would reduce the uncertainties of human health assessment.  This definition should not be interpreted to mean that all data needs discussed in this section must be filled.  In the future, the identified data needs will be evaluated and prioritized, and a substance-specific research agenda will be proposed.

### 3.12.1  Existing Information on Health Effects of Cadmium

The existing data on health effects of inhalation, oral, and dermal exposure of humans and animals to cadmium are summarized in Figure 3-6.  The purpose of this figure is to illustrate the existing information concerning the health effects of cadmium.  Each dot in the figure indicates that one or more studies provide information associated with that particular effect.  The dot does not necessarily imply anything about the quality of the study or studies, nor should missing information in this figure be interpreted as a "data need".  A data need, as defined in ATSDR's *Decision Guide for Identifying Substance-Specific Data Needs Related to Toxicological Profiles* (Agency for Toxic Substances and Disease Registry 1989), is substance-specific information necessary to conduct comprehensive public health assessments. Generally, ATSDR defines a data gap more broadly as any substance-specific information missing from the scientific literature.

There is a massive database regarding the health effects of cadmium.  In humans, the majority of studies have involved workers exposed by inhalation or residents of cadmium-polluted areas exposed primarily in the diet.  Quantitative estimates of exposure levels are not available for many of these studies; however, many studies provided information on urinary cadmium levels that would be reflective of the cadmium body burden.  Lethality, systemic toxicity, genotoxicity, and cancer have been studied in humans more

**Figure 3-6.  Existing Information on Health Effects of Cadmium**



**Human**



**Animal**

● Existing Studies

extensively than immunotoxicity or neurotoxicity, with less being known about reproductive or developmental toxicity of cadmium in humans following inhalation or oral exposure. In animals, effects following oral exposures have generally been more thoroughly investigated than those following inhalation exposure, and few studies of cadmium toxicity following dermal exposure in humans were located.

### 3.12.2 Identification of Data Needs

**Acute-Duration Exposure.**   There are limited data on the acute toxicity of cadmium in humans. Although there are numerous reports of respiratory effects in workers exposed to high concentrations of cadmium, there are no reliable estimates of levels associated with these effects. Animal studies provide support for identification of the respiratory tract as the most sensitive target of toxicity following inhalation exposure. Acute exposures to high levels of airborne cadmium has resulted in pneumonia, emphysema, and edema in laboratory animals (Boudreau et al. 1989; Buckley and Bassett 1987b; Bus et al. 1978; Grose et al. 1987; Hart 1986; Henderson et al. 1979; NTP 1995; Palmer et al. 1986) and lower concentrations were associated with focal inflammation and minimal fibrosis (NTP 1995). A decreased immune response in mice was observed at similar cadmium concentrations (Graham et al. 1978; Krzystyniak et al. 1987). Other adverse effects observed at higher concentrations include erosions of the stomach, decreases in body weight, and reduced activity (Rusch et al. 1986). The available acute-duration animal data were considered adequate for derivation of an acute-duration inhalation MRL for cadmium.

There are no reliable human studies on the toxicity of cadmium following acute-duration oral exposure. In laboratory animals, acute exposure to high doses of cadmium resulted in a variety of effects, including altered hematological parameters, focal necrosis and degeneration of the liver, focal necrosis in renal tubular epithelium, necrosis and ulceration in the stomach and intestines, decreased motor activity, and testicular atrophy and necrosis (Andersen et al. 1988; Basinger et al. 1988; Bomhard et al. 1987; Borzelleca et al. 1989; Dixon et al. 1976; Kotsonis and Klaassen 1977; Machemer and Lorke 1981; Sakata et al. 1988; Shimizu and Morita 1990). There is some indication that developmental effects (delays in ossification and increased malformations) may occur at lower cadmium doses (Baranski 1985; Machemer and Lorke 1981). The acute-duration oral database was not considered adequate for derivation of an MRL because the results of the study that identified the lowest LOAEL (Baranski 1985) were inadequately reported and were inconsistent with a longer-duration study conducted by the same investigator. Although the data suggest that the developing organism is the most sensitive target,

additional studies are needed to support this assumption. Studies characterizing the dose-response relationships for the most sensitive effects are needed for derivation of an acute-duration oral MRL.

No reliable information was located regarding toxicity following dermal exposure to cadmium, but based on the lack of reported effects in the workers handling cadmium compounds, it seems unlikely that dermal exposure could deliver a significant dose of cadmium.

**Intermediate-Duration Exposure.**   There are limited data on the toxicity of cadmium in humans following intermediate-duration exposure.

Intermediate-duration inhalation studies in laboratory animals have identified several targets of toxicity including the respiratory tract (Glaser et al. 1986; Kutzman et al. 1986; NTP 1995; Prigge 1978a), reproductive effects (Baranski and Sitarek 1987; NTP 1995), and developing nervous system (Baranski 1984, 1985). At the lowest cadmium concentration tested, alveolar histiocytic infiltration and degeneration or metaplasia in the larynx were observed in mice (NTP 1995) and neurodevelopmental effects were observed in rats (Baranski 1984, 1985). These LOAELs were considered for derivation of an intermediate-duration inhalation MRL; however, an MRL based on the human equivalent concentration of the LOAELs would be lower than the chronic-duration inhalation MRL based on human data. Additional studies are needed to identify no-adverse-effect levels in animals for these sensitive targets of toxicity.

A number of studies have been conducted involving intermediate-duration oral exposure to laboratory animals. The results of these studies suggest that the growing bone is the most sensitive target. The skeletal effects observed in young rats include decreases in bone mineral density, impaired mechanical strength, increased fractures, and increased bone turnover (Brzóska and Moniuszko-Jakoniuk 2005a, 2005b, 2005d; Brzóska et al. 2004b, 2005a, 2005b, 2005c; Ogoshi et al. 1989). Developmental effects, including impaired renal function and neurodevelopmental alterations, have been observed at similar dose levels (Ali et al. 1986; Baranski et al. 1983; Jacquillet et al. 2007). At higher doses, observed effects included renal damage (proteinuria, tubular necrosis, and decreased renal clearance), liver necrosis, and anemia (Cha 1987; Gatta et al. 1989; Groten et al. 1990; Itokawa et al. 1974; Kawamura et al. 1978; Kawamura et al. 1978; Kotsonis and Klaassen 1978; Prigge 1978a), altered immune response (Blakley 1985, 1986; Chopra et al. 1984), decreased motor activity (Kotsonis and Klaassen 1978; Nation et al. 1990), and necrosis and atrophy of seminiferous tubules and decreased sperm count and motility (Cha

1987; Saxena et al. 1989). The database of intermediate-duration animal studies was considered adequate for derivation an intermediate-duration oral MRL based on skeletal effects in growing rats.

No intermediate-duration dermal data were identified in humans or animals. Studies of possible toxicity in animals following intermediate-duration dermal exposure to cadmium are needed to evaluate potential health effects in humans exposed to cadmium primarily by the dermal route.

**Chronic-Duration Exposure and Cancer.**   Data on the chronic toxicity of inhaled cadmium in humans come from numerous occupational exposure studies; no reliable animal studies examining noncancerous end points were identified. These studies have identified the respiratory tract (emphysema, impaired lung function) (Chan et al. 1988; Cortona et al. 1992; Davison et al. 1988; Smith et al. 1976) and the kidney (tubular proteinuria, decreased glomerular filtration rate, increased excretion of low molecular weight proteins) (Bernard et al. 1990; Chen et al. 2006a, 2006b; Chia et al. 1992; Elinder et al. 1985a; Falck et al. 1983; Jakubowski et al. 1987, 1992; Järup and Elinder 1994; Järup et al. 1988; Shaikh et al. 1987; Toffoletto et al. 1992; Verschoor et al. 1987) as the most sensitive targets of toxicity. Comparisons of the adverse effect levels for these two end points are difficult because the studies on respiratory effects typically reported air concentrations (current levels or estimated cumulative exposure) as the exposure biomarker and those examining renal effects typically used urinary cadmium levels as the exposure biomarker; based on limited data, the kidney appears to be the more sensitive target. Studies examining both end points in occupationally exposed populations would provide valuable information on sensitivity. None of the available human studies were considered adequate for derivation of an inhalation MRL because cadmium air concentrations were poorly characterized or no data were provided on the contribution of dietary cadmium to the cadmium body burden. However, the similarities on the toxicity and toxicokinetics of cadmium following inhalation and oral exposure allow for the use of the oral database to derive an inhalation MRL.

There is an extensive database of studies examining the chronic oral toxicity of cadmium in humans. These environmental exposure studies have identified two sensitive targets of cadmium toxicity—the skeletal system and the kidney. The skeletal effects included increased risk of osteoporosis and bone fractures and decreases in bone mineral density (Alfvén et al. 2000, 2004; Nordberg et al. 2002; Schutte et al. 2008; Staessen et al. 1999; Wang et al. 2003). Renal effects range from death due to renal failure (Arisawa et al. 2001, 2007b; Iwata et al. 1991a, 1991b; Matsuda et al. 2002; Nakagawa et al. 1993; Nishijo et al. 1995, 2004a, 2006) to increases in the prevalence of low molecular weight proteinuria (Buchet et al. 1990; Cai et al. 1990, 1992, 1998, 2001; Hayano et al. 1996; Ishizaki et al. 1989; Izuno et

al. 2000; Järup et al. 2000; Jin et al. 2002, 2004a, 2004c; Kawada et al. 1992; Kido and Nogawa 1993; Kobayashi et al. 2002a; Monzawa et al. 1998; Nakashima et al. 1997; Nogawa et al. 1989; Noonan et al. 2002; Nordberg et al. 1997; Olsson et al. 2002; Oo et al. 2000; Osawa et al. 2001; Roels et al. 1981b; Suwazono et al. 2006; Teeyakasem et al. 2007; Trzcinka-Ochocka et al. 2004; Uno et al. 2005; Yamanaka et al. 1998; Wu et al. 2001). Animal studies confirm the identification of the kidney and bone as the most sensitive targets of cadmium toxicity (Akahori et al. 1994; Bernard et al. 1992; Bomhard et al. 1984; Brzóska and Moniuszko-Jakoniuk 2004a, 2004b; Fingerle et al. 1982; Mangler et al. 1988). Sufficient information from human studies is available to derive a chronic oral MRL. No information was located regarding dermal toxicity of chronic cadmium exposure in humans or animals, and studies of dermal toxicity are needed to evaluate risks to populations exposed to cadmium primarily by dermal contact.

The evidence of carcinogenicity from human studies is limited, due to uncertainties in cadmium exposure estimates and confounding factors including exposure to arsenic, a known human lung carcinogen, and smoking. Occupational exposure studies have found significant increases in lung cancer mortalities (Ades and Kazantzis 1988; Järup et al. 1998a; Kazantzis et al. 1988; Stayner et al. 1992a; Sorahan 1987; Sorahan and Waterhouse 1983; Thun et al. 1985). However, lung cancer deaths were often not significantly associated with cadmium exposure or duration. Other studies have not found increases in lung cancer deaths (Armstrong and Kazantzis 1983; Elinder et al. 1985c; Lamm et al. 1992, 1994; Sorahan and Esmen 2004; Sorahan and Lancashire 1997). Additional occupational exposure studies controlling for these exposures and providing more precise cadmium dose estimates are needed to provide more definitive evidence of the carcinogenic potential in humans of inhaled cadmium. Evidence for the carcinogenicity of cadmium by the inhalation route is available from studies in rats (Takenaka et al. 1983). Additional studies in animals are needed to evaluate the lack of an observed increase in lung cancer in mice and hamsters exposed to cadmium by inhalation (Heinrich et al. 1989). Cadmium has not been shown to be carcinogenic following oral exposure in humans (Bako et al. 1982; Hardell et al. 1994; Inskip et al. 1982; Lauwerys and De Wals 1981; Nakagawa et al. 1987; Shigematsu 1984). In rats, however, cadmium increased tumors of the prostate, testes, and hematopoietic system (Waalkes et al. 1992). Additional lifetime-exposure studies in rats, mice, and hamsters orally exposed to cadmium at sufficiently high doses are needed to further define the carcinogenic potential of cadmium.

**Genotoxicity.** The evidence for the genotoxicity of cadmium is mixed (see Tables 3-10 and 3-11). *In vitro* studies have provided both positive and negative results (Amacher and Paillet 1980; Bruce and Heddle 1979; Casto et al. 1979; Denizeau and Marion 1989; Depault et al. 2006; Fatur et al. 2002; Filipic and Hei 2004; Honma et al. 1999; Jianhua et al. 2006; Lopez-Ortal et al. 1999; Lutzen et al. 2004; Lynn et

3. HEALTH EFFECTS

al. 1997; Mikhailova et al. 1997; Oberly et al. 1982; Rozgaj et al. 2002; Shiraishi et al. 1972; Terracio and Nachtigal 1988). Studies of chromosomal aberrations in humans (Bui et al. 1975; Deknudt and Leonard 1975; Fu et al. 1999; O'Riordan et al. 1978; Tang et al. 1990) and animals (Bruce and Heddle 1979; Desi et al. 2000; DiPaulo and Castro 1979; Fahmy and Aly 2000; Karmakar et al. 1998; Mukherjee et al. 1988a; Tan et al. 1990; Watanabe et al. 1979) exposed to cadmium have also found both positive and negative results. DNA damage has been consistently observed in *in vitro* studies (Devi et al. 2001; Fahmy and Aly 2000; Kasuba et al. 2002; Mukherjee et al. 1988a; Saplakoglu et al. 1997; Valverde et al. 2000; Wronska-Nofer et al. 1999; Zhou et al. 2004b). In animals, parenteral, but not inhalation or oral, cadmium exposure has been found to cause germ cell mutations (Gilliavod and Leonard 1975; Suter 1975; Sutou et al. 1980; Watanabe and Endo 1982; Zenick et al. 1982). Additional studies investigating effects in exposed humans using larger populations with quantitative estimates of exposure would be useful to evaluate the human genotoxicity of cadmium.

**Reproductive Toxicity.** Only limited or conflicting evidence is available to evaluate the potential for cadmium exposure to cause reproductive toxicity in humans. Some studies report no effect on male fertility (Gennart et al. 1992), sex hormone levels (Mason 1990; Menke et al. 2008; Zeng et al. 2004a), sperm density (Noack-Fuller et al. 1993), or semen quality (Jurasović et al. 2004; Saaranen et al. 1989), while others report a reduction in sperm number or viability (Akinloye et al. 2006; Telišman et al. 2000; Xu et al. 1993a) or alterations in sex steroid hormone levels (Akinloye et al. 2006; Jurasović et al. 2004; Telišman et al. 2000). In one study, men occupationally exposed to cadmium at levels resulting in renal damage had no change in testicular function (Mason 1990). Adverse effects in animals from inhalation exposure have been reported including increased duration of the estrous cycle (Baranski and Sitarek 1987; NTP 1995; Tsvetkova 1970), and increased relative testes weight but no loss in reproductive success (Kutzman et al. 1986). Adverse reproductive effects in animals from high-dose, acute, oral cadmium exposure have been reported including testicular atrophy and necrosis (Andersen et al. 1988; Bomhard et al. 1987; Borzelleca et al. 1989), and decreased fertility (Kotsonis and Klaassen 1978; Machemer and Lorke 1981). At lower doses and intermediate exposures, adverse effects have included necrosis and atrophy of seminiferous tubule epithelium (Cha 1987), increased testes weight (Pleasants et al. 1992, 1993), increased prostatic hyperplasias (Waalkes and Rehm 1992), significantly increased relative testes weight, decreased sperm count and motility, decreased seminiferous tubular diameter, seminiferous tubular damage (Saxena et al. 1989), and decreased fertility (Sutou et al. 1980). Other animal studies for lower dose intermediate exposures, however, report no adverse effects (Baranski et al. 1983; Bomhard et al. 1987; Groten et al. 1990; Kostial et al. 1993; Kotsonis and Klaassen 1978; Loeser and Lorke 1977a; Pleasants et al. 1992; Pond and Walker 1975; Zenick et al. 1982). Additional studies in animals, as well

as retrospective, case-matched studies of reproductive success of populations for which occupational or environmental exposure to cadmium has been estimated, are needed to further evaluate the potential reproductive toxicity of cadmium in humans. Additional studies would be useful (preferably with larger sample sizes) to evaluate the robustness of the association between cadmium and adverse effects on sperm.

**Developmental Toxicity.** The potential for cadmium exposure to cause developmental toxicity from pre- or postnatal exposures in humans is not known. One study in occupationally exposed women reported children with lowered birth weights, but with no increase in malformations (Tsvetkova 1970). However, no control was made for parity, maternal weight, gestational age, or other factors known to influence birth weight. Many animal studies demonstrate that developmental toxicity may occur following cadmium exposure by oral routes with a relatively few studies reporting developmental effects following inhalation or oral exposure (Ali et al. 1986; Baranski 1985, 1987; Baranski et al. 1983; Gupta et al. 1993; Kelman et al. 1978; Kostial et al. 1993; Machemer and Lorke 1981; Petering et al. 1979; Pond and Walker 1975; Schroeder and Mitchener 1971; Sorell and Graziano 1990; Sutou et al. 1980; Webster 1978; Whelton et al. 1988). At lower inhalation and oral doses, impaired performance on neurobehavioral tests have been observed (Ali et al. 1986; Baranski et al. 1983; Desi et al. 1998; Nagymajtenyi et al. 1997). Retrospective, case-matched studies of developmental toxicity among children of women with known occupational or environmental exposure to cadmium are needed to evaluate the potential for cadmium exposure to cause human developmental toxicity such as skeletal malformations and neurobehavioral effects (as suggested in animal studies). Studies are also needed to follow up on the results of increased susceptibility of young to bone damage (Ogoshi et al. 1989) or suppression of the immune response (Blakley 1985) reported in animals. The difference in the immune response (using the same protocol) between young mice (Blakley 1985) and older mice (Blakley 1988) should also be further evaluated. Studies of postnatal cadmium exposure to children, especially for children with diets deficient in calcium, protein, or iron, would be useful to evaluate whether increased cadmium absorption from the diet leads to developmental effects.

**Immunotoxicity.** A variety of immunologic effects have been found in animals exposed to cadmium by the oral or inhalation routes (Blakley 1988; Bouley et al. 1984; Cifone et al. 1989a). However, the biological significance of these effects is not clear, and there is little information available on immunotoxicity in humans. Investigations of immunologic function of populations occupationally or environmentally exposed to cadmium, and follow-up mechanistic studies in animals are needed to evaluate the potential immunotoxicity of cadmium exposure in humans.

**Neurotoxicity.**    A few studies have suggested an association between cadmium exposure in humans and impaired neuropsychologic functioning at levels below those causing nephrotoxicity (Hart et al. 1989b; Marlowe et al. 1985; Thatcher et al. 1982).  Neurotoxicity has also been found in animal studies (Nation et al. 1984; Wong and Klaassen 1982).  Additional studies to investigate neurologic effects in populations with known cadmium exposure and studies of possible mechanisms of neurotoxicity in animals are needed to evaluate the potential neurotoxicity of cadmium exposure to humans.  In addition, studies examining neurobehavioral end points in children would be useful.

**Epidemiological and Human Dosimetry Studies.**    Cause/effect relationships for renal toxicity of cadmium have been derived from studies of workers occupationally exposed to cadmium by inhalation (Bernard et al. 1990; Chen et al. 2006a, 2006b; Chia et al. 1992; Elinder et al. 1985b; Falck et al. 1983; Jakubowski et al. 1987, 1992; Järup and Elinder 1994; Järup et al. 1988; Kawada et al. 1989; Roels et al. 1993; Shaikh et al. 1987; Thun et al. 1989; Toffoletto et al. 1992; Verschoor et al. 1987) and of populations environmentally exposed to cadmium in the diet (Buchet et al. 1990; Cai et al. 1990, 1992, 1998, 2001; Hayano et al. 1996; Ishizaki et al. 1989; Izuno et al. 2000; Järup et al. 2000; Jin et al. 2002, 2004a, 2004c; Kawada et al. 1992; Kido and Nogawa 1993; Kobayashi et al. 2002b; Monzawa et al. 1998; Nakadaira and Nishi 2003; Nakashima et al. 1997; Nogawa et al. 1989; Noonan et al. 2002; Nordberg et al. 1997; Roels et al. 1981a; Olsson et al. 2002; Oo et al. 2000; Osawa et al. 2001; Suwazono et al. 2000; Teeyakasem et al. 2007; Trzcinka-Ochocka et al. 2004; Uno et al. 2005; Watanabe et al. 2002Wu et al. 2001; Yamanaka et al. 1998).  There is also epidemiological evidence that chronic environmental exposure to cadmium can result in decreases in bone mineral density and increases in the risk of bone fractures and osteoporosis (Åkesson et al. 2005; Alfvén et al. 2000, 2004; Schutte et al. 2008; Staessen et al. 1999).  Additional studies are needed to elucidate the mechanisms of these bone effects in humans and to determine if the skeletal system is a more sensitive target of cadmium toxicity than the kidney effects.  Measurement of additional toxicity end points (reproductive, developmental, immunological, and neurological) in these well characterized populations are needed to evaluate whether any of these effects may occur at exposure levels below those leading to kidney damage.  Additional development of PBPK/PD models is needed to evaluate human exposure scenarios.  In its assessment of the U.S. population's exposure to environmental chemicals, the CDC measured urinary cadmium levels.  If urinary cadmium levels are monitored in future assessments, it would be useful to also measure biomarkers of tubular dysfunction; these data would be useful in examining possible relationships between cadmium exposure and renal function in the general population.

**Biomarkers of Exposure and Effect.**

*Exposure.*  Cadmium levels can be measured in a variety of tissues and fluids, including blood, urine, milk, liver, kidney, hair, and nails (Elinder and Lind 1985; Roels et al. 1981b; Sharma et al. 1982).  Blood cadmium is a useful indicator of recent cadmium exposure, and urinary cadmium is a useful indicator of total body burden (Shaikh and Smith 1984).  The most important indicator of the potential for toxicological injury is generally considered to be the cadmium concentration in the renal cortex, but individuals vary in the concentration causing renal effects (the "critical concentration") (Roels et al. 1981b).  Methods for *in vivo* measurement of cadmium content in the kidney exist, but they are complex and expensive, and involve some exposure to ionizing radiation (Scott and Chettle 1986).  Efforts to develop easier, safer, and less costly methods for *in vivo* analysis are needed, as well as studies to determine factors influencing individual variation in critical concentrations.  Although many studies correct urinary cadmium levels for creatinine concentration, several investigators (Alessio et al. 1985; Ikeda et al. 2003a; Moriguichi et al. 2005b) have questioned the validity of this approach due to wide intra- and interindividual variability and age-related decline in levels.  Additional studies are needed to further investigate methods to account for dilution in urine spot samples.

*Effect.*  A number of sensitive tests are available to detect early stages of renal dysfunction that are known to be caused by cadmium exposure.  These include analysis of urinary excretion of β2-microglobulin, retinol-binding protein, metallothionein, or enzymes (Shaikh and Smith 1984).  However, renal damage detected by these tests is not necessarily associated with cadmium exposure.  Additional studies are needed to evaluate current or potentially new urinary or serum biomarkers in cadmium-exposed populations and their association with incipient injury to the kidney caused by cadmium.  The bone is a sensitive target of cadmium toxicity, particularly during growth and in the elderly; studies are needed to develop sensitive biomarkers to detect early signs of bone damage.

**Absorption, Distribution, Metabolism, and Excretion.**   Good information exists on cadmium toxicokinetics in humans and animals.  PBPK/PD models have been developed to predict the critical organ dose as a function of route, duration, and level of exposure by the inhalation and oral routes (Kjellström and Nordberg 1978, 1985).  Although general factors influencing absorption, distribution, metabolism, and excretion are known, additional studies are needed to provide information on metal metabolism and interactions that support quantitative evaluation of individual variations and resulting differences in renal cadmium accumulation.  Very limited information exists on the dermal absorption of

cadmium (Skog and Wahlberg 1964; Wester et al. 1992).  Additional studies on the dermal absorption of cadmium are needed.

**Comparative Toxicokinetics.**    Animal and human studies have generally reported comparable toxicokinetics of cadmium (Kjellström and Nordberg 1985; Nordberg et al. 1985), suggesting that rats, mice, and rabbits are suitable models for cadmium toxicity in humans.  However, some concerns have been raised about the appropriateness of the rat model for cadmium-induced lung tumors in humans because of differences in the morphology of the rat respiratory tract and resulting differences in cadmium particle deposition patterns and target cell populations.  This is especially of concern because cadmium appears to be a contact carcinogen for lung cancer.  Additional studies on the differences between the rat and human clearance rates, speciation at the level of the target cell, and protein transporters (as they relate to solubility and susceptibility) are needed to evaluate the appropriateness of the rat model for predicting cadmium-induced human lung cancers.  Additional studies on differences in species, strain, sex, age, and other factors on cadmium kinetics and carcinogenic or other systemic effects are also needed to extrapolate the animal data to potential human toxicity.  Additional studies establishing the toxicokinetics of cadmium in pregnant animals are needed to assess the relevance of the developmental effects observed in animals.

**Methods for Reducing Toxic Effects.**    The mechanisms of cadmium absorption across epithelial layers are likely to be via nonspecific mechanisms (Foulkes 1989).  No methods are known for influencing absorption across the lung, but absorption across the gastrointestinal tract may be influenced by dietary status (Flanagan et al. 1978).  Studies to determine whether dietary adjustments might help decrease cadmium uptake from food or water are needed.  Studies to determine the effects of dietary deficiencies in calcium are needed to further evaluate the risk of cadmium exposure to susceptible populations.  Uptake across the skin is probably sufficiently slow that simple washing of exposed areas is adequate to prevent excessive absorption (Skog and Wahlberg 1964).

Once cadmium is absorbed, it tends to accumulate in the kidney, which is the main target tissue for chronic low-dose exposure.  The cellular and molecular basis for the preferential accumulation in the kidney is only partially understood (Waalkes and Goering 1990), and additional studies to define the rate-limiting steps in renal uptake and renal clearance of cadmium are needed to design strategies for reducing the rate of cadmium accumulation in this tissue.  Additional studies on existing and new chelating agents and different treatment regimens are needed to improve the clinical therapies for acute and chronic exposures to cadmium.

3.  HEALTH EFFECTS

The mechanism of cadmium toxicity in renal cells and other tissues probably involves binding of free cadmium ions to key cellular enzymes and proteins (Waalkes and Goering 1990).  Thus, any agent that prevents cadmium from binding might help prevent toxicity.  The endogenous cadmium-binding protein can serve this function; however, metallothionein-cadmium complexes may have renal toxicity (Suzuki and Cherian 1987).  Additional studies on the role of metallothionein in cadmium toxicity would be useful.  Additional studies are needed on alternative substrate molecules or drugs that could interact with free cadmium and prevent binding to key cellular enzymes, as well as the ability of antioxidants to reduce damage from active-oxygen species produced by cadmium in tissues.

The impaired renal function that is the typical adverse effect of excessive cadmium exposure is neither clinically treatable nor reversible (Agency for Toxic Substances and Disease Registry 1990b; Roels et al. 1989).  Studies on potential supportive treatment or remedies for cadmium-induced mild renal impairment would be valuable.

The bone is also a sensitive target of cadmium toxicity; however, methods for the treatment of the observed effects, decreased bone mineral density and increased fractures, have not been developed and are needed.

**Children's Susceptibility.**    Data needs relating to both prenatal and childhood exposures, and developmental effects expressed either prenatally or during childhood, are discussed in detail in the Developmental Toxicity subsection above.

There is limited information on the toxicity of cadmium in children.  Although it is likely that children will have similar effects as adults, there is some suggestive evidence that childhood exposure may result in increased renal toxicity, as compared to persons only exposed as adults (Trzcinka-Ochocka et al. 2004). Additionally, studies in animals suggest that young animals are more susceptible to cadmium-induced bone damage than adults (Ogoshi et al. 1989); this has not been investigated in humans.  Studies are needed to evaluate whether there are age-specific differences in the toxicity of cadmium in humans.  As discussed in the Developmental Toxicity section above, there are limited data on the developmental toxicity of cadmium in humans, particularly potential neurodevelopmental effects and additional studies are needed.

Additional research is needed on the toxicokinetics of cadmium during long-term, low-level exposures to determine the potential long-term tissue burdens that are likely to result especially for the susceptible tissues of liver, kidney, and bone. Data in animals suggest that children may absorb more cadmium than adults, but there are no human data examining these potential differences in the toxicokinetic properties of cadmium. Additional information is needed on cadmium transport across the blood-brain barrier in the developing fetus, and the role of metallothionein in the placenta.

Neurological and behavioral studies are needed that use the more sophisticated measures available today to evaluate children for *in utero*, acute, and longer term exposures. These studies should have the appropriate controls for confounding factors such as lead, parental use of ethanol, and living conditions.

Additional studies are needed to evaluate whether or not biomarkers of cadmium exposure and effects that have been developed for adults are also applicable to children. If not, new biomarkers of exposure and effect need to be developed.

The effects of nutritional status (iron, zinc, and calcium levels) on cadmium absorption and accumulation in children need further evaluation. Improved regimens and choices for chelation therapy are also needed.

Child health data needs relating to exposure are discussed in Section 6.8.1, Identification of Data Needs: Exposures of Children.

### 3.12.3  Ongoing Studies

A number of research projects are in progress investigating the health effects of cadmium. These projects are summarized in Table 3-14.

APPX ATT_V6_3633

CADMIUM

3. HEALTH EFFECTS

259

## Table 3-14. Ongoing Studies on Cadmium

| Investigator | Study topic | Institution | Sponsor |
|---|---|---|---|
| Fadrowski, J | Determination if environmental cadmium exposure is associated with chronic kidney disease in children | John Hopkins University | National Institute of Environmental Health Sciences |
| Nebert, DW | Identify and characterize genes responsible for interindividual differences in the response to cadmium | University of Cincinnati | National Institute of Environmental Health Sciences |
| Thomas, DG and Kennedy, TS | Examination of the possible association between cadmium levels in maternal blood and breast milk and cognitive development in infants | Oklahoma State University | National Research Initiative |
| Newcomb, PA | Examination of the possible association between cadmium exposure and risk of breast cancer | Fred Hutchinson Cancer Research Center | National Institute of Environmental Health Sciences |
| Louie, MC | Examination of the contribution of cadmium to the progression of breast cancer | Dominican University of California | National Cancer Institute |
| Meliker, JR | Examination of possible association between cadmium exposure and breast cancer risk | State University of New York, Stony Brook | National Institute of Environmental Health Sciences |
| Rull, RP | Examination of possible association between cadmium exposure and endometrial cancer risk | Northern California Cancer | National Institute of Environmental Health Sciences |
| El Mauayed, M | Examination of the possible association between cadmium exposure and diabetes risk in carriers of a genetic variation of the zinc transporter ZnT8 | Northwestern University | National Institute of Environmental Health Sciences |
| Guallar, EO | Possible association between cadmium exposure and cardiovascular risk in children | Johns Hopkins University | National Institute of Environmental Health Sciences |
| Heggland, SJ | Mechanisms of cadmium-induced osteotoxicity | Albertson College of Idaho | National Institute of Environmental Health Sciences |

Source: FEDRIP 2012

This page is intentionally blank.

# 4. CHEMICAL AND PHYSICAL INFORMATION

## 4.1   CHEMICAL IDENTITY

Table 4-1 lists the common synonyms, trade names, and other pertinent identification information for cadmium and its most important compounds.

## 4.2   PHYSICAL AND CHEMICAL PROPERTIES

Table 4-2 lists important physical and chemical properties of cadmium and its most important compounds.

**Table 4-1. Chemical Identity of Cadmium and Compounds[a]**

| Characteristic | Information | | |
|---|---|---|---|
| Chemical name | Cadmium | Cadmium carbonate | Cadmium chloride |
| Synonym(s) | Colloidal cadmium | Otavite[b]; cadmium monocarbonate; carbonic acid; cadmium salt | Caddy[b]; Vi-Cad[b]; cadmium dichloride; dichlorocadmium |
| Registered trade name(s) | No data | No data | No data |
| Chemical formula | $Cd$[b] | $CdCO_3$[b] | $CdCl_2$[b] |
| Chemical structure | $Cd$[b] | $CdCO_3$[b] | $CdCl_2$[b] |
| Identification numbers: | | | |
| CAS registry | 7440-43-9[b] | 513-78-0[b] | 10108-64-2 |
| NIOSH RTECS | No data | No data | No data |
| EPA hazardous waste | D006 | D006 | D006 |
| OHM/TADS | No data | No data | No data |
| DOT/UN/NA/IMDG shipping | No data | No data | NA2570/IMCO 6.1 |
| HSDB | 282 | 1612 | 278 |
| NCI | No data | No data | No data |

CADMIUM

4. CHEMICAL AND PHYSICAL INFORMATION

## Table 4-1. Chemical Identity of Cadmium and Compounds[a]

| Characteristic | Information | | |
|---|---|---|---|
| Chemical name | Cadmium oxide | Cadmium sulfate | Cadmium sulfide |
| Synonym(s) | Aska-Rid[b]; cadmium fume; cadmium monoxide | Cadmium sulphate; sulfuric acid; cadmium (2+) salt | Cadmium monosulfide; cadmium yellow; cadmium orange; cadmopur yellow; greenockite[b]; capsebon[b] |
| Registered trade name(s) | No data | No data | No data |
| Chemical formula | $CdO^{b}$ | $CdSO_4^{b}$ | $CdS^{b}$ |
| Chemical structure | $CdO^{b}$ | $CdSO_4^{b}$ | $CdS^{b}$ |
| Identification numbers: | | | |
| CAS registry | 1306-19-0[b] | 10124-36-4[b] | 1306-23-6[b] |
| NIOSH RTECS | No data | No data | No data |
| EPA hazardous waste | D006 | D006 | D006 |
| OHM/TADS | No data | No data | No data |
| DOT/UN/NA/IMDG shipping | UN2570/IMCO 6.1 | No data | No data |
| HSDB | 1613 | 274 | 1614 |
| NCI | No data | No data | No data |

[a]All information obtained from HSDB 2008 except where noted.
[b]O'Neil et al. 2006.

CAS = Chemical Abstracts Service; DOT/UN/NA/IMDG = Department of Transportation/United Nations/North America/International Maritime Dangerous Goods Code; EPA = Environmental Protection Agency; HSDB = Hazardous Substances Data Bank; NCI = National Cancer Institute; NIOSH = National Institute for Occupational Safety and Health; OHM/TADS = Oil and Hazardous Materials/Technical Assistance Data System; RTECS = Registry of Toxic Effects of Chemical Substances

**Table 4-2.  Physical and Chemical Properties of Cadmium and Compounds[a]**

| Property | Cadmium | Cadmium carbonate |
|---|---|---|
| Molecular weight | 112.41[b] | 172.42[b] |
| Color | Silver-white[b] | White[c] |
| Physical state | Lustrous metal[b] | Powder or rhombohedral leaflets[b] |
| Melting point | 321 °C[b] | Decomposes at 357 °C |
| Boiling point | 765 °C[b] | No data |
| Density at 20 °C | 8.65 g/cm$^3$ at 25 °C[b] | 4.58 g/cm$^3$[f] |
| Odor | Odorless | No data |
| Odor threshold: | | |
|   Water | No data | No data |
|   Air | No data | No data |
| Solubility: | | |
|   Water at 20 °C | Insoluble[b] | Insoluble[f] |
|   Organic solvents | Acids, $NH_4NO_3$[f] | Acids, especially $HNO_3$, concentrated $NH_4$ solution[c] |
| Partition coefficients: | | |
|   Log $K_{ow}$ | No data | No data |
|   Log $K_{oc}$ | No data | No data |
| Vapor pressure | 7.5x10$^{-3}$ mmHg at 257 °C | No data |
| Henry's law constant at 25 °C | No data | No data |
| Autoignition temperature | 250 °C | No data |
| Flashpoint | No data | No data |
| Flammability limits | No data | No data |
| Conversion factors | No data | No data |
| Explosive limits | No data | No data |

### Table 4-2. Physical and Chemical Properties of Cadmium and Compounds[a]

| Property | Cadmium chloride | Cadmium oxide |
|---|---|---|
| Molecular weight | 183.32 | 128.41[b] |
| Color | White[c] | Dark brown[b] |
| Physical state | Rhombohedral crystals[b] | Infusible powder or cubic crystals[b] |
| Melting point | 568 °C[b] | Decomposes at 950 °C |
| Boiling point | 960 °C[b] | Decomposes at 950 °C |
| Density at 20 °C | 4.047g/cm$^3$ at 25 °C[e] | Crystals 8.15 g/cm$^3$; amorphous powder 6.95 g/cm$^{3c}$ |
| Odor | Odorless[c] | Odorless |
| Odor threshold: | | |
|   Water | No data | No data |
|   Air | No data | No data |
| Solubility: | | |
|   Water at 20 °C | Soluble[b] | Insoluble[b] |
|   Organic solvents | Acetone, slightly soluble in MEOH and ETOH[b] | Dilute acid, slowly soluble in $NH_4$ salts[b] |
| Partition coefficients: | | |
|   Log $K_{ow}$ | No data | No data |
|   Log $K_{oc}$ | No data | No data |
| Vapor pressure | 10 mmHg at 656 °C[e], 40 mmHg at 736 °C[d], 760 mmHg at 967 °C[d] | 1 mmHg at 1,000 °C[e]; 10 mm Hg at 1149 °C; 40 mm Hg at 1257 °C |
| Henry's law constant at 25 °C | No data | No data |
| Autoignition temperature | No data | No data |
| Flashpoint | No data | No data |
| Flammability limits | No data | No data |
| Conversion factors | No data | No data |
| Explosive limits | No data | No data |

**Table 4-2. Physical and Chemical Properties of Cadmium and Compounds[a]**

| Property | Cadmium sulfate | Cadmium sulfide |
|---|---|---|
| Molecular weight | 208.47[b] | 144.48[b] |
| Color | Colorless[c] | Light yellow or orange[b]; brown[c] |
| Physical state | Monoclinic crystals (hydrate)[b] | Cubic or hexagonal structure[b] |
| Melting point | 1,000 °C[c] | 1,750 °C[c] |
| Boiling point | No data | Sublimes in $N_2$ at 980 °C[c] |
| Density at 20 °C | 4.69 g/cm$^3$[b] | 4.82 g/cm$^3$, hexagonal structure[b], 4.5 g/cm$^3$, cubic structure[b] |
| Odor | Odorless | No data |
| Odor threshold: | | |
|   Water | No data | No data |
|   Air | No data | No data |
| Solubility: | | |
|   Water at 20 °C | Soluble[c] | Soluble at 1.3 mg/L at 18 °C[b] |
|   Organic solvents | Insoluble in alcohol[c], acetone, ammonia[f] | Concentrated or warm dilute mineral acids[b] |
| Partition coefficients: | | |
|   Log $K_{ow}$ | No data | No data |
|   Log $K_{oc}$ | No data | No data |
| Vapor pressure at 20 °C | No data | No data |
| Henry's law constant at 25 °C | No data | No data |
| Autoignition temperature | No data | No data |
| Flashpoint | No data | No data |
| Flammability limits | No data | No data |
| Conversion factors | No data | No data |
| Explosive limits | No data | No data |

[a]All information from HSDB 2008, except where noted.
[b]O'Neil et al. 2006.
[c]Sax and Lewis 2001.
[d]Farnsworth 1980.
[e]Sax and Lewis 2000.
[f]Lide 2005.

CADMIUM                                                                                       267

# 5.  PRODUCTION, IMPORT/EXPORT, USE, AND DISPOSAL

## 5.1   PRODUCTION

Cadmium is a widely but sparsely distributed element found in the earth's crust at concentrations ranging from 0.1 to 5 ppm, primarily as sulfide minerals in association with zinc ores, zinc-bearing lead ores, and or complex copper-lead-zinc ores (Morrow 2001).  Approximately 3 kg of cadmium for each ton of zinc are produced (OECD 1995).  About 80% of cadmium production is associated with zinc production, while the other 20% is associated with lead and copper byproduct production and the recapture of cadmium from finished products (Morrow 2001).  Between 2003 and 2006, the annual cadmium refinery production in the United States declined from 1,450 to 700 metric tons, dropping 52% between 2005 and 2006 (USGS 2007, 2008).  Demand for cadmium in the nickel-cadmium (Ni-Cd) battery industry is strengthening as demand in other areas, like coatings and pigments, has been decreasing due to environmental concerns and regulations.  Despite this demand, primary production of cadmium may decrease as zinc prices increase, since producers may choose to discard the cadmium byproduct instead of refining it (USGS 2008).

One company produced primary cadmium in the United States during 2007:  Clarksville (Zinifex Ltd.), Clarksville, Tennessee.  The Big River Zinc Corporation (Korea Zinc Co, Ltd), Sauget, Illinois operation was closed in 2006, citing mine closures and the increasing price of zinc concentrate (USGS 2008).  In June 2006, it was purchased by ZincOx Resources plc, Surrey, United Kingdom (USGS 2007).  A third company in Ellwood, Pennsylvania, International Metals Reclamation Co. Inc. (INMETCO), recovers cadmium from spent nickel-cadmium batteries, which began reclaiming cadmium in 1995 (USGS 2007).  In 2005, it was estimated that the total cadmium recovery rate was only 12%, with an estimated 40,000 tons of cadmium being disposed of in municipal waste or held in household storage or industry stockpiles between 1996 and 2005 (USGS 2007).

The following companies are currently cited as major producers of cadmium compounds:  GFS Chemicals Inc., Columbus, Ohio (cadmium chloride, cadmium sulfate); CERAC Inc., Milwaukee, Wisconsin (cadmium sulfide); and EP Scientific Products, LLC (cadmium sulfide) (SRI 2007).  BASF Catalysts LLC, Louisville, Kentucky was specifically cited as a major producer of cadmium sulfide/ sulfoselenide pigments (SRI 2007).

Tables 5-1 and 5-2 list the facilities in each state that manufacture or process cadmium and cadmium compounds, respectively, the intended use, and the range of maximum amounts stored on site.  The data

## Table 5-1.  Facilities that Produce, Process, or Use Cadmium

| State[a] | Number of facilities | Minimum amount on site in pounds[b] | Maximum amount on site in pounds[b] | Activities and uses[c] |
|---|---|---|---|---|
| AL | 19 | 0 | 999,999 | 1, 2, 3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| AR | 14 | 0 | 999,999 | 1, 2, 3, 5, 6, 7, 8, 10, 12, 13, 14 |
| AZ | 12 | 0 | 999,999 | 1, 2, 3, 4, 5, 7, 8, 9, 10, 11, 13 |
| CA | 41 | 0 | 99,999 | 1, 2, 3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| CO | 8 | 1,000 | 9,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 12 |
| CT | 5 | 0 | 99,999 | 7, 8, 10, 11 |
| FL | 6 | 0 | 99,999 | 1, 2, 3, 4, 6, 7, 8, 10, 12 |
| GA | 8 | 0 | 999,999 | 1, 3, 6, 8, 13, 14 |
| IA | 9 | 0 | 99,999 | 1, 5, 7, 8, 12, 13 |
| ID | 6 | 10,000 | 999,999 | 1, 3, 5, 12, 13 |
| IL | 25 | 0 | 999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 13, 14 |
| IN | 10 | 0 | 999,999 | 1, 2, 5, 7, 8, 9, 10, 12 |
| KS | 6 | 100 | 99,999 | 1, 3, 7, 8, 12 |
| KY | 11 | 0 | 999,999 | 1, 2, 3, 5, 6, 7, 8, 11 |
| LA | 7 | 0 | 999,999 | 1, 3, 5, 6, 8, 10, 12, 13 |
| MA | 13 | 0 | 99,999 | 1, 2, 3, 4, 7, 8, 10 |
| MD | 5 | 100 | 49,999,999 | 1, 2, 4, 5, 6, 13 |
| MI | 19 | 0 | 99,999 | 1, 2, 3, 5, 6, 7, 8, 10, 12, 13, 14 |
| MN | 10 | 0 | 999,999 | 1, 3, 4, 7, 8, 9, 10, 11, 12, 13 |
| MO | 7 | 0 | 999,999 | 1, 2, 3, 4, 5, 6, 8, 14 |
| MS | 7 | 0 | 9,999 | 5, 7, 8, 12 |
| NC | 13 | 0 | 9,999,999 | 1, 5, 7, 8, 9, 10, 12, 14 |
| NE | 9 | 100 | 99,999 | 1, 2, 5, 7, 8, 12 |
| NH | 4 | 0 | 999 | 1, 3, 8, 12 |
| NJ | 18 | 0 | 999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13 |
| NV | 2 | 10,000 | 99,999 | 1, 2, 3, 5, 12, 13 |
| NY | 21 | 0 | 9,999,999 | 2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 14 |
| OH | 32 | 0 | 999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| OK | 16 | 0 | 9,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 12, 13 |
| OR | 7 | 0 | 9,999,999 | 1, 5, 8, 12 |
| PA | 35 | 0 | 9,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| PR | 1 | 0 | 99 | 8 |
| RI | 4 | 0 | 9,999 | 2, 3, 7, 8 |
| SC | 20 | 0 | 9,999,999 | 1, 3, 5, 6, 7, 8, 9, 10, 11, 12 |
| TN | 17 | 0 | 9,999,999 | 1, 2, 3, 4, 5, 7, 8, 9, 11, 12, 13 |
| TX | 28 | 0 | 9,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 10, 12, 13, 14 |
| UT | 8 | 0 | 99,999 | 1, 5, 6, 7, 8, 12, 13 |

**Table 5-1.  Facilities that Produce, Process, or Use Cadmium**

| State[a] | Number of facilities | Minimum amount on site in pounds[b] | Maximum amount on site in pounds[b] | Activities and uses[c] |
|---|---|---|---|---|
| VA | 12 | 0 | 99,999 | 1, 5, 7, 8, 9, 10, 11, 13 |
| WA | 5 | 0 | 9,999 | 1, 2, 3, 5, 10, 13 |
| WI | 14 | 0 | 49,999,999 | 3, 7, 8, 10, 11, 12 |
| WV | 3 | 100 | 99,999 | 7, 8, 12 |
| WY | 1 | 0 | 99 | 1, 13 |

[a]Post office state abbreviations used.
[b]Amounts on site reported by facilities in each state.
[c]Activities/Uses:

| | | |
|---|---|---|
| 1. Produce | 6. Impurity | 11. Chemical Processing Aid |
| 2. Import | 7. Reactant | 12. Manufacturing Aid |
| 3. Onsite use/processing | 8. Formulation Component | 13. Ancillary/Other Uses |
| 4. Sale/Distribution | 9. Article Component | 14. Process Impurity |
| 5. Byproduct | 10. Repackaging | |

Source:  TRI09 2011 (Data are from 2009)

**Table 5-2. Facilities that Produce, Process, or Use Cadmium Compounds**

| State[a] | Number of facilities | Minimum amount on site in pounds[b] | Maximum amount on site in pounds[b] | Activities and uses[c] |
|---|---|---|---|---|
| AK | 14 | 0 | 499,999,999 | 1, 5, 7, 9, 11, 12, 14 |
| AL | 31 | 0 | 49,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 10, 12, 13, 14 |
| AR | 19 | 100 | 999,999 | 1, 2, 3, 5, 7, 8, 12, 13, 14 |
| AZ | 30 | 0 | 99,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 12, 13, 14 |
| CA | 28 | 0 | 49,999,999 | 1, 2, 3, 5, 6, 7, 8, 9, 10, 11, 12, 13 |
| CO | 10 | 100 | 9,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 14 |
| CT | 28 | 0 | 999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11 |
| DE | 2 | 100 | 9,999 | 1, 5 |
| FL | 11 | 0 | 999,999 | 1, 2, 3, 5, 6, 8, 12, 13, 14 |
| GA | 15 | 0 | 999,999 | 1, 2, 3, 5, 6, 7, 8, 13 |
| IA | 5 | 0 | 99,999 | 1, 5, 7, 8, 9, 12 |
| ID | 14 | 100 | 9,999,999 | 1, 5, 6, 7, 11, 12, 13, 14 |
| IL | 46 | 0 | 9,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 10, 12, 13, 14 |
| IN | 19 | 0 | 999,999 | 1, 5, 7, 8, 13, 14 |
| KS | 7 | 0 | 99,999 | 1, 7, 8, 11, 13 |
| KY | 19 | 100 | 9,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 12, 13 |
| LA | 12 | 0 | 999,999 | 1, 2, 3, 5, 7, 8, 12, 13 |
| MA | 14 | 0 | 999,999 | 1, 3, 4, 5, 6, 7, 8, 12, 13 |
| MD | 9 | 1,000 | 9,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 13 |
| MI | 24 | 0 | 99,999,999 | 1, 3, 5, 6, 7, 8, 10, 11, 12, 13 |
| MN | 10 | 100 | 999,999 | 1, 5, 7, 8, 9, 13 |
| MO | 14 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 13 |
| MS | 9 | 0 | 999,999 | 1, 5, 7, 8, 12 |
| MT | 3 | 1,000 | 9,999,999 | 1, 2, 3, 4, 5, 6, 13 |
| NC | 14 | 0 | 49,999,999 | 1, 7, 8, 13 |
| NE | 8 | 1,000 | 999,999 | 1, 2, 5, 8, 12, 13, 14 |
| NH | 1 | 1,000 | 9,999 | 7, 10 |
| NJ | 35 | 0 | 9,999,999 | 1, 2, 3, 4, 6, 7, 8, 9, 10, 12 |
| NM | 6 | 1,000 | 9,999,999 | 1, 5, 13 |
| NV | 22 | 100 | 49,999,999 | 1, 2, 3, 5, 6, 7, 9, 10, 12, 13, 14 |
| NY | 26 | 0 | 49,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 14 |
| OH | 82 | 0 | 999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| OK | 19 | 0 | 9,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 11, 12, 13 |
| OR | 4 | 100 | 99,999 | 1, 5, 8 |
| PA | 67 | 0 | 9,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 13 |
| PR | 1 | 100 | 999 | 8 |

**Table 5-2.  Facilities that Produce, Process, or Use Cadmium Compounds**

| State[a] | Number of facilities | Minimum amount on site in pounds[b] | Maximum amount on site in pounds[b] | Activities and uses[c] |
|---|---|---|---|---|
| RI | 8 | 100 | 99,999 | 2, 3, 7, 8, 11 |
| SC | 18 | 0 | 999,999 | 1, 4, 5, 6, 7, 8, 11, 12, 13, 14 |
| TN | 35 | 0 | 9,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 11, 12, 13, 14 |
| TX | 36 | 0 | 9,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 14 |
| UT | 15 | 1,000 | 49,999,999 | 1, 5, 6, 7, 8, 12, 13 |
| VA | 11 | 0 | 99,999 | 1, 5, 7, 8, 12, 14 |
| WA | 17 | 0 | 999,999 | 1, 2, 3, 5, 6, 7, 8, 9, 11, 12, 13, 14 |
| WI | 14 | 100 | 49,999,999 | 1, 3, 5, 7, 8, 10, 11, 12 |
| WV | 8 | 0 | 999,999 | 1, 2, 3, 7, 8, 11, 12, 13 |

[a]Post office state abbreviations used.
[b]Amounts on site reported by facilities in each state.
[c]Activities/Uses:

| | | |
|---|---|---|
| 1. Produce | 6. Impurity | 11. Chemical Processing Aid |
| 2. Import | 7. Reactant | 12. Manufacturing Aid |
| 3. Onsite use/processing | 8. Formulation Component | 13. Ancillary/Other Uses |
| 4. Sale/Distribution | 9. Article Component | 14. Process Impurity |
| 5. Byproduct | 10. Repackaging | |

Source:  TRI09 2011 (Data are from 2009)

listed in Tables 5-1 and 5-2 are derived from the Toxics Release Inventory (TRI) (TRI09 2011). Because only certain types of facilities were required to report, this is not an exhaustive list.

Cadmium metal is available in purities ranging from 99.5 to 99.999% in the following grades: technical, powder, pure sticks, ingots, slabs, and high-purity crystals (<10 ppm impurities) (HSDB 2008). Cadmium (as cadmium oxide) is obtained mainly as a byproduct during the processing of zinc-bearing ores (e.g., sphalerites), and also from the refining of lead and copper from sulfide ores (e.g., galena) (Morrow 2001). Cadmium oxide produced during roasting of ores is reduced with coke, and cadmium metal is separated by distillation or electrodeposition (Elinder 1985a). Commercial-grade cadmium oxide is available in purities ranging from 99 to 99.9999%; common impurities are lead and thallium (NTP 2005). Cadmium chloride is produced by reacting molten cadmium with chlorine gas at 600 °C or by dissolving cadmium metal or the oxide, carbonate, sulfide, or hydroxide in hydrochloric acid and subsequently vaporizing the solution to produce a hydrated crystal (HSDB 2008; IARC 1993). In preparing the anhydrous cadmium chloride salt, the hydrate is refluxed with thionyl chloride or calcined in a hydrogen chloride atmosphere (HSDB 2008). Commercial cadmium chloride is available as a hydrate mixture with a purity range of 95.0–99.999% (NTP 2005).

The commercial preparation of cadmium sulfate usually involves dissolution of the metal oxide, carbonate, or sulfide in sulfuric acid with subsequent cooling or evaporation (HSDB 2008). Anhydrous cadmium sulfate is prepared by oxidation of the sulfide or sulfite at elevated temperatures (Herron 2003); or by melting cadmium with ammonium or sodium peroxodisulfate (Schulte-Schrepping and Piscator 2002). Cadmium sulfate monohydrate, which is the cadmium compound most often marketed, is produced by evaporating a cadmium sulfate solution above 41.5 °C (Schulte-Schrepping and Piscator 2002). Cadmium sulfate is available in technical and C.P. (chemically pure) grades (Lewis 2001). Cadmium sulfide can be prepared by a direct reaction with hydrogen sulfide and cadmium vapor or between sulfur and cadmium metal or cadmium oxide (Herron 2003). Cadmium sulfide is available in technical, N.F. (national formulary grade), and high-purity (single crystals) (Lewis 2001). Cadmium carbonate is produced by heating an acidified solution of cadmium chloride and urea in a sealed tube at 200 °C, the slow absorption of carbon dioxide to cadmium oxide, or the precipitation of the hemihydrate from reaction of ammonium carbonate in cadmium ion solution (Herron 2003).

## 5.2  IMPORT/EXPORT

Imports of cadmium into the United States declined steadily from 1994 through 1998, dropping from 1,110 metric tons per year to an estimated 650 metric tons in 1998 (USGS 1999).  In 1986, imports of cadmium metal for consumption increased significantly to 3,000 metric tons, but continually decreased into the 1990s.  From 2003 to 2005, cadmium imports of metal, alloys, and scrap increased from 112 to 288 tons, 74–207 tons of which were metal-only imports (USGS 2008).  Cadmium imports peaked in 2005 and then declined through 2007, with 172 tons of cadmium metal only and 174 tons of metal, alloys, and scrap imported (USGS 2008).  The principal supplying countries were Australia (41%), Canada (20%), China (10%), and Peru (9%) (USGS 2008).

In the mid-1990s, exports varied widely from 38 metric tons in 1993, to 1,450 metric tons in 1994, to 550 metric tons in 1997.  In 2003, cadmium exports (reported as metal, alloys, and scraps) were 615 tons, with exports decreasing to only 154 tons the following year (USGS 2008).  Exports surged again in 2005 to 686 tons, but have since been steadily decreasing from 483 tons in 2006 to 304 tons in 2007 (USGS 2008).

## 5.3  USE

Cadmium, its alloys, and its compounds are used in a variety of consumer and industrial materials.  The dominant use of cadmium is in active electrode materials in Ni-Cd batteries (83% of total cadmium use) (USGS 2008).  Cadmium demand for other uses such as pigments for plastics, ceramics, and glasses; stabilizers for polyvinyl chloride (PVC) against heat and light; engineering coatings on steel and some nonferrous metals; and components of various specialized alloys have been decreasing. (Elinder 1992; IARC 1993; Thornton 1992; USGS 2008).  Cadmium salts have been used in a limited capacity as a fungicide for golf courses and home lawns (EPA 2006b).  Cadmium chloride is used in photography, photocopying, dyeing, calico printing, vacuum tube manufacture, pigment manufacture, galvanoplasty, lubricants, ice-nucleation agents, and in the manufacture of special mirrors (Herron 2003).  However, the significance of cadmium chloride as a commercial product is declining (IARC 1993).

Cadmium-based colorants are used mainly in engineering plastics, ceramics, glasses, and enamels (IARC 1993; OECD 1995).  Cadmium sulfide is especially important in this industry, especially in glasses and plastics; however, environmental and health concerns have contributed to a decrease in its production (Herron 2003).  Cadmium sulfide (yellow) and cadmium selenide (red) are combined to create solid C.P. toners ranging in color from yellows and oranges to reds and maroons (Herron 2003).  Cadmium

sulfide and cadmium telluride are used in solar cells and a variety of electronic devices which depend on cadmium's semiconducting properties (Herron 2003; IARC 1993; OECD 1995).  The photoconductive and electroluminescent properties of cadmium sulfide have been applied in manufacturing a variety of consumer goods (IARC 1993).  Cadmium sulfate solution is used in standard Weston cells (Herron 2003).

Though cadmium metal consumption for batteries has grown steadily since the 1980s and currently consumes 83% of the cadmium produced, other uses of cadmium began declining in the mid 1990s. Pigment, stabilizer, coating, and alloy markets for cadmium are decreasing due to environmental concerns (USGS 1997, 2008).  Proposed legislation, particularly in the European Union, restricting cadmium in consumer products may have a negative effect on cadmium demand (USGS 2008).  Excessive exports from Bulgaria and Russia in 1997 caused a drop in the average price of cadmium from $1.84 per pound in 1995 to $0.51 per pound in 1997.  Also, Ni-Cd batteries have been replaced in some markets by lithium-ion and nickel metal hydride batteries (USGS 2008).  As of 2006, Ni-Cd batteries made up 18% of the rechargeable battery market, down from 56% in 1996 with global sales decreasing 16% between 2005 and 2006 (USGS 2008).  Despite this trend, demand for cadmium may increase due to new market opportunities for Ni-Cd batteries (USGS 2008).  Regulations by local authorities have forced the recycling of cadmium in Ni-Cd batteries, further depressing the demand for primary cadmium metal (USGS 1999).

## 5.4   DISPOSAL

Cadmium-containing wastes are subject to regulations concerning their treatment, storage, and disposal (see Chapter 8) (EPA 1982a; HSDB 2008; U.S. Bureau of Mines 1990).  In many states, the disposal of Ni-Cd batteries as municipal waste is prohibited (USGS 2007).  Incineration of municipal wastes, particularly from older, poorly controlled facilities, is a potential environmental source of cadmium.  In modern incineration plants, about 99.9% of cadmium was captured in boilers and control equipment (OECD 1995).

A range of physicochemical processes is available for treatment of cadmium in liquid waste process streams, including ion exchange, electrolysis, cementation, and adsorption.  Both ion exchange and sulfide precipitation are used as alternate processes aimed at achieving low cadmium residuals in liquid wastes (UN 1985).  Combining processes, for example, conducting the primary precipitation of cadmium as hydroxide followed by secondary precipitation of residual cadmium as sulfide, has also been adopted. The more general application of the sulfide precipitation technique, however, is constrained due to a

tendency for formation of colloidal precipitate, the toxicity and odor of hydrogen sulfide, and the necessity to oxidize residual sulfide occurring in emissions prior to discharge (UN 1985).

The most widely used treatment process involves the alkaline precipitation of cadmium as hydroxide or basic salts (UN 1985). Removal of specific metal species during hydroxide precipitation is pH-dependent, and some components of the waste stream can influence the solubility of cadmium hydroxide. After filtration, the sludge formed from the conversion of soluble cadmium compounds to insoluble compounds can be deposited in a suitable landfill (UN 1985).

Various cadmium-bearing wastes are subject to aggressive leaching in refuse media, particularly under aerobic conditions (UN 1985). While liquid wastes are banned from land disposal, the leaching tendency is accentuated in the presence of brine solutions. Also, the mobility of cadmium in landfill conditions could be enhanced in the presence of mineral acids, which tend to solubilize cadmium compounds, or amine-containing materials, which tend to complex cadmium ions. Waste containing mineral acids, cyanides, organic solvents, and amine-type substances should not be landfilled near cadmium-bearing wastes (UN 1985).

In the laboratory, a recommended method for recovering cadmium from small quantities of cadmium oxide wastes uses a minimum amount of concentrated nitric acid to form nitrates. The solution is evaporated in a hood to form a thin paste, and then diluted with water and saturated with hydrogen sulfide. After the filtration, the precipitate is washed, dried, and returned to the supplier (UN 1985).

Cadmium recovery from scrap metals and batteries is becoming increasingly popular, with the main emphasis being on recycling Ni-Cd batteries (Morrow 2001). Battery recycling is relatively easy and can be achieved using pyrometallurgical (high temperature) or hydrometallurgical (wet chemical) processes (Morrow 2001). In these processes, the metallic waste that contains iron, nickel, cadmium, and their oxides and hydroxides are separated from the other battery components and then converted back to a metal that has a technical purity required for the production of new batteries (Morrow 2001). Cadmium-based coatings can be recycled using electric-arc furnace (EAF) dust, which is obtained through the re-melting of scrap steel that contains cadmium coatings and cadmium impurities (Morrow 2001). INMETCO in Ellwood, Pennsylvania recovers cadmium from spent Ni-Cd batteries, and has developed several collection programs to help facilitate battery recycling (USGS 2007). Although participation in battery recycling has increased in businesses, communities, and retailers, the total recovery of cadmium in 2005 was only 12% (USGS 2007).

This page is intentionally blank.

# 6. POTENTIAL FOR HUMAN EXPOSURE

## 6.1   OVERVIEW

Cadmium has been identified in at least 1,014 of the 1,669 hazardous waste sites that have been proposed for inclusion on the EPA National Priorities List (NPL) (HazDat 2007).  Cadmium compounds have been identified in at least 3 of the 1,669 hazardous waste sites.  However, the number of sites evaluated for cadmium is not known.  The frequency of these sites can be seen in Figures 6-1 and 6-2.  Of the 1,014 sites where cadmium has been identified, 1,005 are located within the United States, 6 are located in the Commonwealth of Puerto Rico (not shown), 2 are located in Guam, and 1 is located in the Virgin Islands.  All sites where cadmium compounds were detected are located in the United States.

Cadmium occurs in the earth's crust at an abundance of 0.1–0.5 ppm and is commonly associated with zinc, lead, and copper ores.  It is also a natural constituent of ocean water, with average levels between <5 and 110 ng/L; with higher levels reported near coastal areas and in marine phosphates and phosphorites (Morrow 2001).  Natural emissions of cadmium to the environment can result from volcanic eruptions, forest fires, generation of sea salt aerosols, or other natural phenomena (EPA 1985a; Morrow 2001; Shevchenko et al. 2003).  Cadmium is refined and consumed for use in batteries (83%), pigments (8%), coatings and platings (7%), stabilizers for plastics (1.2%), and nonferrous alloys, photovoltaic devices, and other (0.8%) (USGS 2008).  Nonferrous metal mining and refining, manufacture and application of phosphate fertilizers, fossil fuel combustion, and waste incineration and disposal are the main anthropogenic sources of cadmium in the environment.

Cadmium can be released to the atmosphere through metal production activities, fossil fuel combustion, and waste incineration.  The main cadmium compounds found in air are cadmium oxide, chloride, and sulfate, and these compounds are expected to undergo minimal transformation in the atmosphere (EPA 1980d).  The major fate of cadmium in air is through transport and deposition.  Cadmium can travel long distances in the atmosphere and then deposit (wet or dry) onto surface soils and water, which can result in elevated cadmium levels even in remote locations (Shevchenko et al. 2003).  Results from the 2006 final report of EPA's Urban Air Toxic Monitoring program reported average daily cadmium levels of <0.01 $\mu g/m^3$ at several monitoring sites throughout the United States (EPA 2007).  These sites include: Bountiful, Utah; Northbrook, Illinois; Austin, Texas; St. Louis, Missouri; Indianapolis, Indiana; and Birmingham, Alabama (EPA 2007).  Atmospheric concentrations of cadmium are generally highest in the vicinity of cadmium-emitting industries (Elinder 1985a; Pirrone et al. 1996).  Due to advances in pollution control technology, cadmium emissions to air are not expected to increase, even though

**Figure 6-1.  Frequency of NPL Sites with Cadmium Contamination**



Frequency of
NPL Sites

1-6
7-12
14-22
25-32
40-59
61-85

Derived from HazDat 2007

6. POTENTIAL FOR HUMAN EXPOSURE

**Figure 6-2. Frequency of NPL Sites with Cadmium Compounds Contamination**



Frequency of
NPL Sites

⊠ 1

Derived from HazDat 2007

cadmium-emitting industries are expected to grow (Herron 2003; Morrow 2010; Schulte-Schrepping and Piscator 2002). Except for those who live near cadmium-emitting industries, inhalation of cadmium in the ambient air is not a major source of exposure.

The main sources of cadmium to soil include atmospheric deposition and direct application methods such as phosphate fertilizer use and sewage sludge disposal. Some phosphate fertilizers can contain up to 300 mg Cd/kg (Alloway and Steinnes 1999). Wet and dry deposition of cadmium from the atmosphere may also contribute sizable amounts of cadmium to soil in the areas surrounding sources of atmospheric emissions (EPA 1985a; Mielke et al. 1991). Cadmium's mobility in soil depends on several factors including the pH of the soil and the availability of organic matter. Generally, cadmium will bind strongly to organic matter and this will, for the most part, immobilize cadmium (Autier and White 2004). However, immobilized cadmium is available to plant life and can easily enter the food supply. Cadmium in soil tends to be more available when the soil pH is low (acidic) (Elinder 1992).

Water sources near cadmium-emitting industries, both with historic and current operations, have shown a marked elevation of cadmium in water sediments and aquatic organisms (Angelo et al. 2007; Arnason and Fletcher 2003; Brumbaugh et al. 2005; Mason et al. 2000; Paulson 1997). In surface water and groundwater, cadmium can exist as the hydrated ion or as ionic complexes with other inorganic or organic substances. While soluble forms may migrate in water, cadmium is relatively nonmobile in insoluble complexes or adsorbed to sediments. Cadmium is taken up and retained by aquatic and terrestrial plants and is concentrated in the liver and kidney of animals that eat the plants (Elinder 1985a).

For the U.S. population, cadmium exposure through the drinking water supply is of minor concern. EPA requires water suppliers to limit the cadmium concentration in water to <5 µg/L (EPA 2006a).

In the United States, the largest source of cadmium exposure for nonsmoking adults and children is through dietary intake (NTP 2005). Based on the mean cadmium daily intakes of males and females aged 6–60 years reported by Choudhury et al. (2001), age-weighted mean cadmium intakes of 0.35 µg/kg/day for males and 0.30 µg/kg/day for females were calculated for U.S. nonsmokers. In general, vegetables, particularly leafy vegetables such as lettuce (0.051 mg/kg) and spinach (0.124 mg/kg), have the highest concentrations of cadmium; the concentrations of cadmium in all vegetables ranged from 0.001 to 0.124 mg/kg (FDA 2010; Morrow 2001). Peanuts, soybeans, and sunflower seeds have naturally high levels of cadmium (Morrow 2001); the mean concentration of cadmium in legumes and nuts ranged from 0.001 to 0.054 mg/kg (FDA 2010). People who regularly consume shellfish and organ meats (liver and

kidney) have an increased risk of cadmium exposure, as these organisms tend to accumulate cadmium (Elinder 1985a).

Tobacco leaves naturally accumulate cadmium (Morrow 2001). Cadmium levels in cigarettes vary greatly depending on the source of production. Cigarettes produced in Mexico were found to have the highest level of cadmium per cigarette (arithmetic mean [AM] ± arithmetic standard deviation [ASD] = 2.03 μg/cigarette ±0.33), while cigarettes from India were found to have the lowest (arithmetic mean ± arithmetic standard deviation = 0.35 μg/cigarette ±0.09). The arithmetic mean for the United States was 1.07 μg/cigarette ±0.11 (Watanabe et al. 1987). Tobacco contains approximately 0.5–2.0 μg cadmium per cigarette, and about 10% is inhaled when smoked (Morrow 2010). The geometric mean blood cadmium level for the heavy smoker subgroup in New York City was reported as 1.58 μg/L, compared to the geometric mean of 0.77 μg/L for all New York City adults (McKelvey et al. 2007).

## 6.2   RELEASES TO THE ENVIRONMENT

The Toxics Release Inventory (TRI) data should be used with caution because only certain types of facilities are required to report (EPA 2005). This is not an exhaustive list. Manufacturing and processing facilities are required to report information to the TRI only if they employ 10 or more full-time employees; if their facility is included in Standard Industrial Classification (SIC) Codes 10 (except 1011, 1081, and 1094), 12 (except 1241), 20–39, 4911 (limited to facilities that combust coal and/or oil for the purpose of generating electricity for distribution in commerce), 4931 (limited to facilities that combust coal and/or oil for the purpose of generating electricity for distribution in commerce), 4939 (limited to facilities that combust coal and/or oil for the purpose of generating electricity for distribution in commerce), 4953 (limited to facilities regulated under RCRA Subtitle C, 42 U.S.C. section 6921 et seq.), 5169, 5171, and 7389 (limited S.C. section 6921 et seq.), 5169, 5171, and 7389 (limited to facilities primarily engaged in solvents recovery services on a contract or fee basis); and if their facility produces, imports, or processes ≥25,000 pounds of any TRI chemical or otherwise uses >10,000 pounds of a TRI chemical in a calendar year (EPA 2005).

Additional releases of cadmium to the environment occur from natural sources and from processes such as combustion of fossil fuel, incineration of municipal or industrial wastes, or land application of sewage sludge or fertilizer (EPA 1985a). Quantitative information on releases of cadmium to specific environmental media is discussed below.

### 6.2.1 Air

Estimated releases of 731 pounds (~0.3 metric tons) of cadmium to the atmosphere from 41 domestic manufacturing and processing facilities in 2009, accounted for about 0.18% of the estimated total environmental releases of cadmium from facilities required to report to the TRI (TRI09 2011). These releases are summarized in Table 6-1. Estimated releases of 11,567 pounds (~5.2 metric tons) of cadmium compounds to the atmosphere from 85 domestic manufacturing and processing facilities in 2009, accounted for about 0.55% of the estimated total environmental releases of cadmium from facilities required to report to the TRI (TRI09 2011). These releases are summarized in Table 6-2.

Cadmium is released to the atmosphere from both natural and anthropogenic sources. Cadmium is widely distributed in the earth's crust (EPA 1985a) with concentrations reported between 0.1 and 0.5 ppm and higher levels in sedimentary rocks (Morrow 2001). Consequently, cadmium may be released to the air from entrainment of dust particles, volcanic eruptions, forest fires, or other natural phenomena (EPA 1985a; Morrow 2001). Cadmium exists in ocean waters at average levels ranging from <5 to 110 ng/L and may transport to the atmosphere through natural processes like generation of sea-salt aerosols (Morrow 2001; Shevchenko et al. 2003). Increased cadmium levels in the air over the Russian Arctic have been detected during the summer and autumn seasons and are believed to be attributed to natural processes, while the levels detected during the winter and spring seasons were due to anthropogenic sources (Shevchenko et al. 2003).

However, industrial activities are the main sources of cadmium release to air (EPA 1985a), and emissions from anthropogenic sources have been found to exceed those of natural origin by an order of magnitude (IARC 1993). Major industrial sources of cadmium emissions include zinc, lead, copper, and cadmium smelting operations; coal and oil-fired boiler; other urban and industrial emissions; phosphate fertilizer manufacture; road dust; and municipal and sewage sludge incinerators (Alloway and Steinnes 1999; Morrow 2001). Emission of cadmium through nonferrous metal production in 1995 was highest in Asia with 1,176 tonnes and North America emitting 191 tonnes. Estimated emissions of cadmium from municipal waste and sewage sludge incineration in North America were 8 and 7 tonnes/year, respectively, in the mid-1990s (Pacyna and Pacyna 2001). Additional sources that contribute negligible amounts of cadmium are rubber tire wear, motor oil combustion, cement manufacturing, and fertilizer and fungicide application (Wilber et al. 1992). Average cadmium emission factors for combustion of coal and oil are about 0.1 and 0.05 g/ton, respectively. Cement production releases an estimated 0.01 g/ton cement and

**Table 6-1.  Releases to the Environment from Facilities that Produce, Process, or Use Cadmium[a]**

| | | Reported amounts released in pounds per year[b] | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total release | | |
| State[c] | RF[d] | Air[e] | Water[f] | UI[g] | Land[h] | Other[i] | On-site[j] | Off-site[k] | On- and off-site |
| AL | 2 | 13 | 122 | 0 | 36,955 | 11 | 37,087 | 13 | 37,100 |
| AR | 3 | 4 | 7 | 0 | 0 | 100 | 6 | 105 | 111 |
| AZ | 1 | 0 | 0 | 0 | 16,005 | 0 | 16,005 | 0 | 16,005 |
| CA | 2 | 426 | 169 | 0 | 13,992 | 20 | 14,263 | 344 | 14,607 |
| FL | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GA | 1 | 26 | 0 | 0 | 5 | 0 | 26 | 5 | 31 |
| IA | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| IN | 1 | 3 | 0 | 0 | 0 | 0 | 3 | 0 | 3 |
| KS | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| KY | 1 | 19 | 0 | 0 | 0 | 0 | 19 | 0 | 19 |
| LA | 2 | 75 | 0 | 0 | 61 | 0 | 136 | 0 | 136 |
| MI | 1 | 0 | 0 | 0 | 5 | 0 | 0 | 5 | 5 |
| NC | 2 | 30 | 0 | 0 | 0 | 0 | 30 | 0 | 30 |
| NE | 1 | 1 | 0 | 0 | 10,282 | 0 | 10,249 | 34 | 10,283 |
| NV | 1 | 2 | 0 | 0 | 40,681 | 524 | 40,683 | 524 | 41,207 |
| NY | 2 | 0 | 11 | 0 | 0 | 8 | 11 | 8 | 19 |
| OH | 4 | 7 | 0 | 104,579 | 22,337 | 1 | 126,586 | 338 | 126,924 |
| OK | 1 | 13 | 0 | 0 | 38,780 | 0 | 38,793 | 0 | 38,793 |
| OR | 1 | 1 | 0 | 0 | 13,575 | 0 | 13,577 | 1 | 13,577 |
| PA | 1 | 59 | 3 | 0 | 0 | 0 | 62 | 0 | 62 |
| TN | 2 | 5 | 0 | 0 | 38,186 | 2,519 | 5 | 40,705 | 40,710 |
| TX | 3 | 1 | 22 | 37,988 | 0 | 26 | 37,990 | 47 | 38,037 |
| UT | 3 | 11 | 4 | 0 | 22,020 | 2,849 | 22,031 | 2,853 | 24,884 |
| VA | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

APPX ATT_V6_3658

## Table 6-1.  Releases to the Environment from Facilities that Produce, Process, or Use Cadmium[a]

| State[c] | RF[d] | Reported amounts released in pounds per year[b] | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Air[e] | Water[f] | UI[g] | Land[h] | Other[i] | Total release | | |
| | | | | | | | On-site[j] | Off-site[k] | On- and off-site |
| WI | 1 | 35 | 0 | 0 | 181 | 0 | 35 | 181 | 216 |
| Total | 41 | 731 | 338 | 142,567 | 253,065 | 6,059 | 357,597 | 45,164 | 402,760 |

[a]The TRI data should be used with caution since only certain types of facilities are required to report.  This is not an exhaustive list.  Data are rounded to nearest whole number.
[b]Data in TRI are maximum amounts released by each facility.
[c]Post office state abbreviations are used.
[d]Number of reporting facilities.
[e]The sum of fugitive and point source releases are included in releases to air by a given facility.
[f]Surface water discharges, waste water treatment-(metals only), and publicly owned treatment works (POTWs) (metal and metal compounds).
[g]Class I wells, Class II-V wells, and underground injection.
[h]Resource Conservation and Recovery Act (RCRA) subtitle C landfills; other onsite landfills, land treatment, surface impoundments, other land disposal, other landfills.
[i]Storage only, solidification/stabilization (metals only), other off-site management, transfers to waste broker for disposal, unknown
[j]The sum of all releases of the chemical to air, land, water, and underground injection wells.
[k]Total amount of chemical transferred off-site, including to POTWs.

RF = reporting facilities; UI = underground injection

Source:  TRI09 2011 (Data are from 2009)

6. POTENTIAL FOR HUMAN EXPOSURE

**Table 6-2.  Releases to the Environment from Facilities that Produce, Process, or Use Cadmium Compounds[a]**

| State[c] | RF[d] | Air[e] | Water[f] | UI[g] | Land[h] | Other[i] | Total release On-site[j] | Total release Off-site[k] | Total release On- and off-site |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Reported amounts released in pounds per year[b] | | |
| AK | 3 | 129 | 3 | 0 | 61,176 | 0 | 61,308 | 0 | 61,308 |
| AL | 4 | 221 | 122 | 0 | 698,581 | 0 | 698,681 | 243 | 698,924 |
| AR | 1 | 0 | 0 | 0 | 0 | 131 | 0 | 131 | 131 |
| AZ | 3 | 611 | 5 | 0 | 63,392 | 0 | 63,753 | 255 | 64,008 |
| CA | 1 | 0 | 0 | 0 | 115 | 0 | 0 | 115 | 115 |
| CO | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| CT | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| FL | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GA | 3 | 8 | 3 | 0 | 0 | 0 | 9 | 3 | 11 |
| ID | 2 | 6,409 | 6 | 0 | 386,455 | 0 | 392,870 | 0 | 392,870 |
| IL | 5 | 59 | 117 | 215 | 33,651 | 1,553 | 1,289 | 34,306 | 35,595 |
| IN | 3 | 76 | 6 | 0 | 13,361 | 41 | 82 | 13,402 | 13,484 |
| LA | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| MA | 3 | 25 | 251 | 0 | 0 | 1,021 | 25 | 1,272 | 1,297 |
| MD | 1 | 0 | 0 | 0 | 0 | 12,400 | 0 | 12,400 | 12,400 |
| MI | 1 | 0 | 5 | 0 | 250 | 0 | 0 | 255 | 255 |
| MO | 1 | 593 | 265 | 0 | 6,178 | 9 | 6,987 | 58 | 7,045 |
| NC | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NE | 1 | 250 | 0 | 0 | 250 | 21,000 | 250 | 21,250 | 21,500 |
| NJ | 2 | 5 | 1 | 0 | 1,488 | 140 | 5 | 1,629 | 1,634 |
| NV | 4 | 40 | 0 | 0 | 165,471 | 0 | 165,506 | 5 | 165,511 |
| NY | 1 | 0 | 21 | 0 | 0 | 0 | 21 | 0 | 21 |
| OH | 10 | 37 | 102 | 0 | 4,264 | 15,604 | 1,471 | 18,536 | 20,007 |
| OK | 1 | 31 | 0 | 0 | 0 | 0 | 31 | 0 | 31 |
| PA | 8 | 646 | 326 | 0 | 2,596 | 9,442 | 721 | 12,289 | 13,010 |
| SC | 1 | 255 | 10 | 0 | 6,165 | 0 | 265 | 6,165 | 6,430 |
| TN | 5 | 1,997 | 597 | 0 | 192,927 | 428 | 195,516 | 433 | 195,949 |
| TX | 7 | 30 | 335 | 2,118 | 334,113 | 2,583 | 334,650 | 4,529 | 339,179 |
| UT | 4 | 130 | 133 | 0 | 54,954 | 107 | 55,217 | 107 | 55,324 |
| WA | 1 | 2 | 2 | 0 | 0 | 5 | 4 | 5 | 9 |
| WI | 3 | 10 | 27 | 0 | 1 | 6,623 | 10 | 6,651 | 6,661 |

**Table 6-2. Releases to the Environment from Facilities that Produce, Process, or Use Cadmium Compounds[a]**

| | | Reported amounts released in pounds per year[b] | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total release | | |
| State[c] | RF[d] | Air[e] | Water[f] | UI[g] | Land[h] | Other[i] | On-site[j] | Off-site[k] | On- and off-site |
| WV | 1 | 2 | 7 | 0 | 1,018 | 0 | 518 | 509 | 1,027 |
| Total | 85 | 11,567 | 2,346 | 2,333 | 2,026,406 | 71,087 | 1,979,190 | 134,549 | 2,113,739 |

[a]The TRI data should be used with caution since only certain types of facilities are required to report. This is not an exhaustive list. Data are rounded to nearest whole number.
[b]Data in TRI are maximum amounts released by each facility.
[c]Post office state abbreviations are used.
[d]Number of reporting facilities.
[e]The sum of fugitive and point source releases are included in releases to air by a given facility.
[f]Surface water discharges, waste water treatment-(metals only), and publicly owned treatment works (POTWs) (metal and metal compounds).
[g]Class I wells, Class II-V wells, and underground injection.
[h]Resource Conservation and Recovery Act (RCRA) subtitle C landfills; other onsite landfills, land treatment, surface impoundments, other land disposal, other landfills.
[i]Storage only, solidification/stabilization (metals only), other off-site management, transfers to waste broker for disposal, unknown
[j]The sum of all releases of the chemical to air, land, water, and underground injection wells.
[k]Total amount of chemical transferred off-site, including to POTWs.

RF = reporting facilities; UI = underground injection

Source: TRI09 2011 (Data are from 2009)

APPX ATT_V6_3661

pig iron and steel production releases an estimated 0.1 g/ton (Pacyna and Pacyna 2001). Atmospheric cadmium exists mainly in the forms of cadmium oxide and cadmium chloride (Morrow 2001).

Cadmium emissions have decreased dramatically since the 1960s as primary cadmium producers now use the electrolytic process and pollution control technologies such as agglomeration, electrostatic purification of gas exhaust, and exhaust filtration have been implemented (Herron 2003; Morrow 2001; Schulte-Schrepping and Piscator 2002). Anthropogenic cadmium emissions have decreased by over 90% in the last 50 years (Morrow 2010).

There is a potential for release of cadmium to air from hazardous waste sites. Cadmium has been detected in air samples collected at 50 of the 1,014 NPL hazardous waste sites where cadmium was detected in some environmental medium (HazDat 2007). Cadmium compounds were detected in air samples collected at one of three NPL hazardous waste sites where cadmium compounds were detected. The HazDat information used includes data from NPL sites only.

## 6.2.2   Water

Estimated releases of 338 pounds (~0.15 metric tons) of cadmium to surface water from 41 domestic manufacturing and processing facilities in 2009, accounted for about 0.084% of the estimated total environmental releases from facilities required to report to the TRI. This estimate includes releases to wastewater treatment and publicly owned treatment works (TRI09 2011). These releases are summarized in Table 6-1. Estimated releases of 2,346 pounds (~1.1 metric tons) of cadmium compounds to surface water from 85 domestic manufacturing and processing facilities in 2009, accounted for about 0.11% of the estimated total environmental releases from facilities required to report to the TRI. This is estimate includes releases to wastewater treatment and publicly owned treatment works (TRI09 2011). These releases are summarized in Table 6-2.

Cadmium may be released to water by natural weathering processes, by discharge from industrial facilities or sewage treatment plants, atmospheric deposition, by leaching from landfills or soil, or phosphate fertilizers (EPA 1981a, 1985a; IJC 1989; Morrow 2001). Cadmium may also leach into drinking water supplies from pipes in the distribution system (Elinder 1985a). The average level of cadmium in ocean water has been reported between <5 and 110 ng/L, with higher levels reported near coastal areas and in marine phosphates and phosphorites (Morrow 2001).

Smelting of nonferrous metal ores has been estimated to be the largest anthropogenic source of cadmium released into the aquatic environment.  Cadmium contamination can result from entry into aquifers of mine drainage water, waste water, tailing pond overflow, and rainwater runoff from mine areas (IARC 1993).  The upper Clark Fork River in Montana is contaminated with large amounts of cadmium from past mining activities between 1880 and 1972.  While mining wastes are no longer released into the river, an estimated 14.5 million cubic meters of tailings have been incorporated into the river bed, floodplain, and reservoir sediments (Canfield et al. 1994).  Other human sources include spent solutions from plating operations and phosphate fertilizers.  Cadmium constitutes up to 35 mg/kg of phosphorous pentoxide, a component of phosphate-based fertilizers, in the United States (IARC 1993).  Atmospheric fallout of cadmium to aquatic systems is another major source of cadmium to the environment (IARC 1993; Muntau and Baudo 1992).

A large proportion of the cadmium load in the aquatic environment is due to diffuse pollution originating from many different sources rather than from point sources.  In the estuarine portion of the Hudson River, it has been found that more cadmium was released from agricultural and urban run-off than from industrial and municipal sewage treatment plants (Muntau and Baudo 1992).  In an urban environment, there are also multiple sources of cadmium to waste water.  In an urban waste water study conducted in the United Kingdom, cadmium was detected in the waste water originating from industrial, commercial, and private sectors, with the highest average cadmium concentration detected in the waste water of new (<5 years old) private housing (0.375 μg/L) (Rule et al. 2006).

There is also a potential for release of cadmium to water from hazardous waste sites.  Cadmium has been detected in surface water samples collected at 354 of the 1,014 NPL hazardous waste sites, and in groundwater samples collected at 675 of the 1,014 NPL hazardous waste sites where cadmium has been detected in some environmental medium (HazDat 2007).  The HazDat information used includes data from NPL sites only.

## 6.2.3    Soil

Estimated releases of 253,065 pounds (~115 metric tons) of cadmium to soils from 41 domestic manufacturing and processing facilities in 2009, accounted for about 63% of the estimated total environmental releases of cadmium from facilities required to report to the TRI (TRI09 2011).  An additional 142,567 pounds (~65 metric tons), constituting about 35% of the total environmental emissions, were released via underground injection and to Class I wells, Class II-V wells (TRI09 2011).

These releases are summarized in Table 6-1. Estimated releases of 2,026,406 pounds (~919 metric tons) of cadmium compounds to soils from 85 domestic manufacturing and processing facilities in 2009, accounted for about 96% of the estimated total environmental releases from facilities required to report to the TRI. An additional 2,333 pounds (~1 metric tons), constituting about 0.1% of the total environmental emissions, were released via underground injection and to Class I wells, Class II-V wells (TRI09 2011). These releases are summarized in Table 6-2.

Major sources of cadmium to soil include atmospheric emissions, direct application, and accidental or fugitive contamination. Direct application emissions refer to phosphate fertilizers, phosphogypsum and other byproduct gypsums (from the manufacture of phosphoric acid and phosphorite), sewage sludges, composted municipal solid waste, and residual ashes from wood, coal, or other types of combustion. Contamination sources include industrial site contamination, mine waste dumps, and corrosion of metal structures (Alloway and Steinnes 1999).

Approximately 61% of the 5.6 million dry tons of sewage sludge produced annually in the United States is landspread (NRC 2002). The EPA ceiling limit for the cadmium content of sludge applied to land is 85 mg/kg in sewage sludge, the cumulative pollution loading rate is 39 kg/ha, and the maximum annual cadmium loading of 1.9 kg-ha$^{-1}$·year$^{-1}$ (EPA 2011a). Estimated cadmium concentrations in sewage sludge range from 0.21 to >11.8 mg/kg (EPA 2009a). Sludges from treatment plants that serve cadmium industries (i.e., battery manufacturing) tend to have higher levels of cadmium (Alloway and Steinnes 1999).

Phosphate fertilizers are a major source of cadmium input to agricultural soils (EPA 1985a). The natural cadmium concentration in phosphates ranges from 3 to 100 µg/g (EPA 1985a; Singh 1994). Some may contain up to 300 mg Cd/kg (Alloway and Steinnes 1999). It is estimated that over 8 million tons of phosphate fertilizer were used in the United States in 2010 (USDA 2012). Any soil treated with these fertilizers will have a cadmium input, but exactly how much will vary (Alloway and Steinnes 1999). For example, continuous fertilization with a high rate of triple super-phosphate (1,175 kg P-ha-1·year$^{-1}$) for a period of 36 years resulted in a 14-fold increase in cadmium content of surface soils (Singh 1994).

Wet and dry deposition of cadmium from the atmosphere may also contribute sizable amounts of cadmium to soil in the areas surrounding sources of atmospheric emissions, such as incinerators and vehicular traffic, which may release cadmium from burned fuel and tire wear (EPA 1985a; Mielke et al. 1991). High-temperature sources, such as smelters and incinerators, release small particles that are ideal

for long-range atmospheric transport. Also, vapors emitted from high temperature processes will preferentially condense onto smaller particles, thus making vapor emissions available for transport (Steinnes and Friedland 2006). Aerosols containing cadmium can be carried very long distances in the atmosphere before being deposited to soils. In the soils in southern Norway, most of the cadmium and other heavy metals that are deposited from the atmosphere originate from other parts of Europe (Alloway and Steinnes 1999). Long-range atmospheric deposition is more evident in organic-rich soils as they have a tendency to concentrate heavy metals (Steinnes and Friedland 2006).

There is also a potential for release of cadmium to soil from hazardous waste sites. Cadmium has been detected in soil samples collected at 606 of the 1,014 NPL hazardous waste sites and in sediment samples collected at 392 of the 1,014 NPL hazardous waste sites where cadmium has been detected in some environmental medium (HazDat 2007). The HazDat information used includes data from NPL sites only.

## 6.3   ENVIRONMENTAL FATE

### 6.3.1   Transport and Partitioning

Cadmium is expected to partition primarily to soil (80–90%) when released to the environment. Although particulate and vapor cadmium may be released to the air, the net flux to soil will be positive as cadmium will eventually deposit onto soils (Morrow 2001; Wilber et al. 1992).

Cadmium and cadmium compounds have negligible vapor pressures (see Table 4-2) but can be released to the environment by emissions from municipal waste incinerators, nonferrous metal production, and other high-temperature processes (Morrow 2001). Cadmium emitted to the atmosphere from combustion processes condense onto very small particulates that are in the respirable range (<10 μm) and are subject to long-range transport (Steinnes and Friedland 2006; Wilber et al. 1992). These cadmium pollutants may be transported from a hundred to a few thousand kilometers and have a typical atmospheric residence time of about 1–10 days before deposition occurs (EPA 1980d). Larger cadmium-containing particles from smelters and other pollutant sources are also removed from the atmosphere by gravitational settling, with substantial deposition in areas downwind of the pollutant source. Cadmium-containing particulates may dissolve in atmospheric water droplets and be removed from air by wet deposition.

Cadmium is more mobile in aquatic environments than most other heavy metals (e.g., lead). In most natural surface waters, the affinities of complexing ligands for cadmium generally follow the order of humic acids > $CO_3^{2-}$ > $OH^-$ ≥ $Cl^-$ ≥ $SO_4^{2-}$ (EPA 1979). In unpolluted natural waters, most cadmium

transported in the water column will exist in the dissolved state as the hydrated ion $Cd(H_2O)_6^{2+}$. Minor amounts of cadmium are transported with the coarse particulates, and only a small fraction is transported with the colloids. In unpolluted waters, cadmium can be removed from solution by exchange of cadmium for calcium in the lattice structure of carbonate minerals (EPA 1979). In polluted or organic-rich waters, adsorption of cadmium by humic substances and other organic complexing agents plays a dominant role in transport, partitioning, and remobilization of cadmium (EPA 1979). Cadmium concentration in water is inversely related to the pH and the concentration of organic material in the water (EPA 1979). Because cadmium exists only in the +2 oxidation state in water, aqueous cadmium is not strongly influenced by the oxidizing or reducing potential of the water. However, under reducing conditions, cadmium may form cadmium sulfide, which is poorly soluble and tends to precipitate (EPA 1983c; McComish and Ong 1988). Free (ionic) cadmium seems to be the toxic form and becomes much more prevalent at low salinity (Sprague 1986). Cadmium has a relatively long residence time in aquatic systems. In Lake Michigan, a mean residence time of 4–10 years was calculated for cadmium compared to 22 years calculated for mercury (Wester et al. 1992).

Precipitation and sorption to mineral surfaces, hydrous metal oxides, and organic materials are the most important processes for removal of cadmium to bed sediments. Humic acid is the major component of sediment responsible for adsorption. Sorption increases as the pH increases (EPA 1979). Sediment bacteria may also assist in the partitioning of cadmium from water to sediments (Burke and Pfister 1988). Both cadmium-sensitive and cadmium-resistant bacteria reduced the cadmium concentration in the water column from 1 ppm to between 0.2 and 0.6 ppm, with a corresponding increase in cadmium concentration in the sediments in the simulated environment (Burke and Pfister 1988). Studies indicate that concentrations of cadmium in sediments are at least one order of magnitude higher than in the overlying water (EPA 1979). The mode of sorption of cadmium to sediments is important in determining its disposition to remobilize. Cadmium associated with carbonate minerals, precipitated as stable solid compounds or co-precipitated with hydrous iron oxides, is less likely to be mobilized by resuspension of sediments or biological activity. Cadmium that is adsorbed to mineral surfaces such as clay, or to organic materials, is more easily bioaccumulated or released in the dissolved state when the sediment is disturbed (EPA 1979). Cadmium may redissolve from sediments under varying ambient conditions of pH, salinity, and redox potential (DOI 1985; EPA 1979; Feijtel et al. 1988; Muntau and Baudo 1992). Cadmium is not known to form volatile compounds in the aquatic environment, so partitioning from water to the atmosphere does not occur (EPA 1979).

Debusk et al. (1996) studied the retention and compartmentalization of lead and cadmium in wetland microcosms.  Differences between measured concentrations in inflow and outflow samples indicated that approximately half of the added cadmium was retained in the wetland microcosms.  Experiments showed that nearly all trace metals were present in the sediments as sulfides, limiting their bioavailability and toxicity.  The results of their analyses and a lack of noticeable biological effects suggested that in wetlands containing organic sediments, the sediment chemistry dominates cycling of the trace metals.

In soils, pH, oxidation-reduction reactions, and formation of complexes are important factors affecting the mobility of cadmium (Bermond and Bourgeois 1992; Herrero and Martin 1993).  Cadmium can participate in exchange reactions on the negatively charged surface of clay minerals.  In acid soils, the reaction is reversible.  However, adsorption increases with pH and may become irreversible (Herrero and Martin 1993).  Cadmium also may precipitate as insoluble cadmium compounds, or form complexes or chelates by interaction with organic matter.  Available data suggest that organic matter is more effective than inorganic constituents in keeping cadmium unavailable (McBride 1995).  Examples of cadmium compounds found in soil are $Cd_3(PO_4)_2$, $CdCO_3$, and $Cd(OH)_2$ (Herrero and Martin 1993).  These compounds are formed as the pH rises.  It has been found that about 90% of cadmium in soils remains in the top 15 cm (Anonymous 1994).

The mobility and plant availability of cadmium in wetland soils are substantially different from upland soils.  Cadmium tends to be retained more strongly in wetland soils and is more available to plants under upland conditions (Gambrell 1994).  Debusk et al. (1996) compared heavy metal uptake by cattails and duckweed wetland microcosms and found that duckweed, on a whole-plant basis, accumulates cadmium more effectively than cattail does.  The potential cadmium removal rate for duckweed is 2–4 mg $Cd/m^2/day$.

Cadmium in soils may leach into water, especially under acidic conditions (Elinder 1985a; EPA 1979).  Roy et al. (1993) demonstrated that chlorine complexation in the leachate of ash from a municipal solid waste incinerator can result in a decrease in cadmium sorption by two common clays, kaolinite and illite.  They also found that cationic competitive sorption enhances mobility in soils.  Cadmium-containing soil particles may also be entrained into the air or eroded into water, resulting in dispersion of cadmium into these media (EPA 1985a).  Contamination of soil by cadmium is of concern because the cadmium is taken up efficiently by plants and, therefore, enters the food chain for humans and other animals.  A low soil pH, which is becoming prevalent in many areas of the world due to acid rain, increases the uptake of cadmium by plants (Elinder 1992).

Aquatic and terrestrial organisms bioaccumulate cadmium (Handy 1992a, 1992b; Kuroshima 1992; Naqvi and Howell 1993; Roseman et al. 1994; Suresh et al. 1993). Cadmium concentrates in freshwater and marine animals to concentrations hundreds to thousands of times higher than in the water (EPA 1979). Reported bioconcentration factors (BCFs) range from <200 to 18,000 for invertebrates (van Hattum et al. 1989), from 3 to 4,190 for fresh water aquatic organisms (ASTER 1995), and from 5 to 3,160 for saltwater aquatic organisms (ASTER 1994). Bioconcentration in fish depends on the pH and the humus content of the water (John et al. 1987). Because of their high ability to accumulate metals, some aquatic plants have been suggested for use in pollution control. For example, it has been suggested that the rapidly-growing water hyacinth (*Eichhornia crassipes*) could be used to remove cadmium from domestic and industrial effluents (Ding et al. 1994; Muntau and Baudo 1992).

The data indicate that cadmium bioaccumulates in all levels of the food chain. Cadmium accumulation has been reported in grasses and food crops, and in earthworms, poultry, cattle, horses, and wildlife (Alloway et al. 1990; Beyer et al. 1987; Gochfeld and Burger 1982; Kalac et al. 1996; Munshower 1977; Ornes and Sajwan 1993; Rutzke et al. 1993; Sileo and Beyer 1985; Vos et al. 1990). The metal burden of a crop depends on uptake by the root system, direct foliar uptake and translocation within the plant, and surface deposition of particulate matter (Nwosu et al. 1995). In general, cadmium accumulates in the leaves of plants and, therefore, is more of a risk in leafy vegetables grown in contaminated soil than in seed or root crops (Alloway et al. 1990). He and Singh (1994) report that, for plants grown in the same soil, accumulation of cadmium decreased in this order: leafy vegetables, root vegetables, and grain crops. Alloway et al. (1990) also demonstrated that uptake of cadmium decreased in this order: lettuces, cabbages, radishes, and carrots. Nwosu et al. (1995) investigated the uptake of cadmium and lead in lettuce and radish grown in loam soil spiked with known mixtures of $CdCl_2$ and $Pb(NO_3)_2$. They found that the mean uptake of cadmium by lettuce and radish increased as the concentrations of cadmium and lead in the soil increased. Their results supported previous findings that cadmium is absorbed by passive diffusion and translocated freely in the soil. The observed decline in cadmium uptake by lettuce at 400 mg/kg could be attributed to saturation of the active binding sites on the plant root system or by early toxicological responses of the plant root. The study also supported earlier findings that radish did not accumulate as much cadmium as lettuce.

Some studies have concluded that soil pH is the major factor influencing plant uptake of cadmium from soils (Smith 1994). Amending soil with lime raises the pH, increasing cadmium adsorption to the soil and reducing bioavailability (He and Singh 1994; Thornton 1992). One study found that in peeled potato

tubers, potato peelings, oat straw, and ryegrass, cadmium concentrations generally decreased as simple linear functions of increasing soil pH over the range of pH values measured (pH 3.9–7.6) (Smith 1994). Soil type also affects uptake of cadmium by plants. For soils with the same total cadmium content, cadmium has been found to be more soluble and more plant-available in sandy soil than in clay soil (He and Singh 1994). Similarly, cadmium mobility and bioavailability are higher in noncalcareous than in calcareous soils (Thornton 1992). Oxidation-reduction potential may also have a large effect on soil-to-plant cadmium transport. The absorption of cadmium paddy rice is significantly affected by the oxidation-reduction potential of the soil. The oxidation-reduction potential of rice paddy soils shifts drastically compared to upland soils due to submerging and draining techniques. Cadmium to rice ratios (cadmium concentration in brown rice/cadmium concentration in soil) were the smallest when the rice was grown under submerged conditions during the whole growth period. The ratios were the largest when the soil (coarse Toyama soil) was drained after the tillering stage. This is due to changes in cadmium solubility. Under flooded conditions, cadmium sulfide formation increases, and thus, cadmium solubility decreases (Iimura 1981).

Since cadmium accumulates largely in the liver and kidneys of vertebrates and not in the muscle tissue (Harrison and Klaverkamp 1990; Sileo and Beyer 1985; Vos et al. 1990), and intestinal absorption of cadmium is low, biomagnification through the food chain may not be significant (Sprague 1986). In a study of marine organisms from the Tyrrhenian Sea, no evidence of cadmium biomagnification was found along pelagic or benthic food webs (Bargagli 1993). Although some data indicate increased cadmium concentrations in animals at the top of the food chain, comparisons among animals at different trophic levels are difficult, and the data available on biomagnification are not conclusive (Beyer 1986; Gochfeld and Burger 1982). Nevertheless, uptake of cadmium from soil by feed crops may result in high levels of cadmium in beef and poultry (especially in the liver and kidneys). This accumulation of cadmium in the food chain has important implications for human exposure to cadmium, whether or not significant biomagnification occurs.

Boularbah et al. (1992) isolated sic cadmium-resistant bacterial strains from a soil receiving dredged sediments and containing 50 mg Cd/kg. The isolates tolerated higher cadmium concentrations than the control strain and accumulated cadmium at concentrations ranging from 0 to 100 mg/L. One of the isolates, *Bacillus brevis*, was found to be the most resistant to cadmium, with the ability to accumulate up to 70 mg Cd/g of cells dry weight, and may have some use in reclamation of metal-contaminated soils.

## 6.3.2 Transformation and Degradation

### 6.3.2.1 Air

Little information is available on the atmospheric reaction of cadmium (EPA 1980d). The common cadmium compounds found in air (oxide, sulfate, chloride) are stable and not subject to photochemical reactions (EPA 1980d). Cadmium sulfide may photolyze to cadmium sulfate in aqueous aerosols (Konig et al. 1992). Transformation of cadmium among types of compounds in the atmosphere is mainly by dissolution in water or dilute acids (EPA 1980d).

### 6.3.2.2 Water

In fresh water, cadmium is present primarily as the cadmium(+2) ion and $Cd(OH)_2$ and $CdCO_3$ complexes, although at high concentrations of organic material, more than half may occur in organic complexes (McComish and Ong 1988). Some cadmium compounds, such as cadmium sulfide, cadmium carbonate, and cadmium oxide, are practically insoluble in water. However, water-insoluble compounds can be changed to water-soluble salts by interaction with acids or light and oxygen. For example, aqueous suspensions of cadmium sulfide can gradually photoxidize to soluble cadmium (IARC 1993). Cadmium complexation with chloride ion increases with salinity until, in normal seawater, cadmium exists almost entirely as chloride species ($CdCl^+$, $CdCl_2$, $CdCl_3^-$) with a minor portion as $Cd^{2+}$. In reducing environments, cadmium precipitates as cadmium sulfide in the presence of sulfide ions (McComish and Ong 1988). Photolysis is not an important mechanism in the aquatic fate of cadmium compounds (EPA 1983c), nor is biological methylation likely to occur (EPA 1979).

### 6.3.2.3 Sediment and Soil

Transformation processes for cadmium in soil are mediated by sorption from and desorption to water, and include precipitation, dissolution, complexation, and ion exchange (McComish and Ong 1988). Important factors affecting transformation in soil include the cation exchange capacity, pH, and content of clay minerals, carbonate minerals, oxides, organic matter, and oxygen (McComish and Ong 1988).

## 6.4 LEVELS MONITORED OR ESTIMATED IN THE ENVIRONMENT

Reliable evaluation of the potential for human exposure to cadmium depends in part on the reliability of supporting analytical data from environmental samples and biological specimens. Concentrations of cadmium in unpolluted atmospheres and in pristine surface waters are often so low as to be near the limits

of current analytical methods. In reviewing data on cadmium levels monitored or estimated in the environment, it should also be noted that the amount of chemical identified analytically is not necessarily equivalent to the amount that is bioavailable. The analytical methods available for monitoring cadmium in a variety of environmental media are detailed in Chapter 7.

## 6.4.1    Air

Cadmium levels in ambient air generally range from 0.1 to 5 ng/m$^3$ in rural areas, 2–15 ng/m$^3$ in urban areas, and 15–150 ng/m$^3$ in industrialized areas. Remote areas can contain lower levels of cadmium (Morrow 2001). Cadmium can undergo long-range atmospheric transport and deposition causing cadmium contamination in areas with no local cadmium inputs. Smoking can greatly affect indoor air concentrations of cadmium. In nonsmoking environments, there is little difference between indoor and outdoor air quality (Morrow 2001). Monitoring studies conducted for EPA's 2006 Final Report for the Urban Air Toxics Monitoring Program detected cadmium in ambient air at several monitoring sites throughout the United States. At all detection sites in Bountiful, Utah; Northbrook, Illinois; Austin, Texas; St. Louis, Missouri; Indianapolis, Indiana; and Birmingham, Alabama average daily cadmium levels in ambient air were <0.01 μg/m$^3$. In Bountiful, Utah average daily cadmium levels were reported as 0.0008 μg/m$^3$ (EPA 2007).

Emission rates of cadmium from solid waste incinerators have been found to range from 20 to 2,000 μg/m$^3$ from the stacks of traditional incinerators and from 10 to 40 μg/m$^3$ from advanced incinerators. Advances in pollution control and increased government regulations have resulted in decreased cadmium emissions to the environment (EPA 1990a; Herron 2003; Morrow 2001; Schulte-Schrepping and Piscator 2002). Although there may be an increase in fossil fuel combustion and waste incineration, it does not appear likely that overall cadmium emissions to air will increase substantially in the United States.

Cadmium levels in aerosols over Russian Arctic seas were measured in order to understand the magnitude of long-range atmospheric deposition. Ten-year average monthly mean concentrations ranged from 0.002 to 0.080 ng/m$^3$ in Franz Josef Land and from 0.0026 to 0.048 ng/m$^3$ in Sevemaya Zemlya. The highest concentrations were reported in the spring season and the lowest concentrations reported in the autumn for both sampling sites. During the winter and spring months, it was estimated that >50% of the average air pollutant concentrations in the Russian Arctic are due to atmospheric pollution. The

anthropogenic sources of cadmium to the Russian Arctic are the industrial areas of Northern Europe, Kola Peninsula, and the Urals and Norilsk regions (Shevchenko et al. 2003).

Atmospheric concentrations of cadmium are generally highest in the vicinity of cadmium-emitting industries such as smelters, municipal incinerators, or fossil fuel combustion facilities (Elinder 1985a; Pirrone et al. 1996). The mean annual concentration of airborne cadmium in an area about 1 km from a zinc smelter in Colorado was 0.023 μg/m$^3$ (2.3x10$^{-5}$ mg/m$^3$) (IARC 1993). Sweet et al. (1993) conducted a study of airborne inhalable particulate matter (PM-10) over a 2-year period in two urban/industrial areas (southeast Chicago and East St. Louis) and one rural area in Illinois. There was a significant difference between the cadmium levels in the urban areas and the cadmium levels in the rural area. Cadmium concentrations in the East St. Louis area were 5–10 times higher, with a range of <4 to 115 ng/m$^3$ (average 15[24] ng/m$^3$) for fine particles and a range of <4–97 ng/m$^3$ (average 10[18] ng/m$^3$) for course particles. In the Kikinda region of Serbia and Montenegro, where metal processing and construction industries are located, a mean annual atmospheric deposit of 36.0 μg/m$^2$ per day was reported in 1995. A period of decreased industrial production, which decreased atmospheric cadmium deposits by 93%, resulted in 17% cadmium reduction in cattle feed and 13% in milk (Vidovic et al. 2005). Moss studies conducted by Hasselbach et al. (2005) in the area of the Red Dog Mine in Alaska reported cadmium levels >24 mg/kg dry weight in moss adjacent to the ore haul road. Ore dust containing heavy metals escapes from the ore trucks on the haul road and can be deposited in the nearby area (Hasselbach et al. 2005).

Annual average concentrations of atmospheric cadmium over three Great Lakes reflect the influence of industrialization and urbanization; Lake Erie's levels of 0.6 ng/m$^3$ were higher than fine particle concentrations of 0.2 ng/m$^3$ over Lake Michigan and <0.2 ng/m$^3$ over Lake Superior (Sweet et al. 1998). In the Lake Michigan Urban Air Toxics Study of dry deposition of metals, the flux of cadmium on the south side of Chicago was reported at about 0.01 mg/m$^2$/day and levels in rural Michigan and over Lake Michigan were far lower (Holsen et al. 1993).

## 6.4.2   Water

The average level of cadmium in ocean water has been reported between <5 and 110 ng/L, with higher levels reported near coastal areas and in marine phosphates and phosphorites (Morrow 2001).

Thornton (1992) reports that waters from the vicinity of cadmium-bearing mineral deposits may have cadmium concentrations of ≥1,000 μg/L. The cadmium concentration of natural surface water and groundwater is usually <1 μg/L (Elinder 1985a, 1992). EPA requires water suppliers to limit the cadmium concentration in drinking water to <5 μg/L (EPA 2006a).

Groundwater in New Jersey has an estimated median level of 1 μg Cd/L with a high level of 405 μg/L. In a survey of groundwater surrounding waste sites, a concentration of 6,000 μg Cd/L was found (NTP 1994). The National Urban Runoff Program measured cadmium concentrations in urban storm water runoff; concentrations ranged from 0.1 to 14 μg/L in 55% of samples that were positive for cadmium (Cole et al. 1984). Cadmium in highway run-off has been detected at levels of 0.0–0.06 mg/L (0.0– 60 μg/L).

In the estuarine portion of the Hudson River, more cadmium was released from agricultural and urban run-off than from industrial and municipal sewage treatment plants (Muntau and Baudo 1992). In an urban environment, there are also multiple sources of cadmium to waste water, based on an urban waste water study conducted in the United Kingdom. Cadmium was detected in the waste water originating from industrial, commercial, and private sectors, with the highest average cadmium concentration detected in the foul water of new (<5 years old) private housing (0.375 μg/L) (Rule et al. 2006). Cadmium was detected in the contaminated groundwater plume near in the Moon Creek watershed in the Couer D'Alene Mining District of Idaho at concentrations of ≤0.077 mg/L. The cadmium was transported to the creek with the plume where it was subsequently diluted (Paulson 1997). In the Spring River Basin of Kansas, Missouri, and Oklahoma, part of the Tri-State Mining District, cadmium was detected in surfaces waters at concentrations ranging from <1.0 to 24 μg/L (peak flow) and from <1.0 to 75.0 μg/L (base flow). It was detected in the sediment of the sampling sites at concentrations ranging from 0.62 to 300 μg/g dry weight in the <250 μm sediment fraction and from 0.89 to 180 μg/g dry weight in the <63 μm fraction (Angelo et al. 2007).

## 6.4.3   Sediment and Soil

Cadmium concentrations in soils not contaminated by anthropogenic sources range from 0.06 to 1.1 mg/kg, with a minimum of 0.01 mg/kg and a maximum of 2.7 mg/kg (Alloway and Steinnes 1999). Cadmium content in marine sediments ranges from 0.1 to 1.0 μg/g (ppm) in the Atlantic and Pacific oceans (Thornton 1992). Average cadmium concentration in agricultural soils of remote locations was reported as 0.27 mg/kg (Holmgren et al. 1993). Soils with parent materials such as black shale (cadmium

content up to 24 mg/kg) may have higher concentrations of natural cadmium. Since the U.S. mandatory limit of cadmium in sewage sludge is <20 mg/kg, soils receiving sewage sludge should not have heightened cadmium levels (Alloway and Steinnes 1999). Topsoil concentrations are often more than twice as high as subsoil levels as the result of atmospheric fallout and contamination (Pierce et al. 1982). Cadmium will partition mostly to soil and sediment when released to the environment. Atmospheric deposition is a major source of surface soil contamination, which allows cadmium to be introduced into the food supply (Alloway and Steinnes 1999; Morrow 2001).

Markedly elevated levels may occur in topsoils near sources of contamination. Moss studies conducted by Hasselbach et al. (2005) in the area of the Red Dog Mine in Alaska reported cadmium levels >24 mg/kg dry weight in moss (n=151), as a measure atmospheric deposition onto soil surfaces, within 10 m of the ore haul road. Ore dust containing heavy metals escapes from the ore trucks during loading and unloading at the mine and port site settles on the surfaces of the trucks, which blow off the trucks during transport on the haul road and deposited in the nearby area. The mean cadmium concentrations in moss and subsurface soil throughout the entire study were 1.86 and 0.27 mg/kg dry weight, respectively. Cadmium concentrations in moss and subsurface soil were 0.08–24.30 and 0.07–0.75 mg/kg dry weight. There did not appear to be a connection between the elevated subsurface cadmium levels and the local geochemistry. Geospatial analysis showed that areas as far as 12 km north of the haul road may be affected by mining emission depositions (Hasselbach et al. 2005). In the vicinity of a smelter in Helena, Montana, average soil values were 72 ppm within 1 km and 1.4 ppm between 18 and 60 km (EPA 1981a). Total cadmium concentrations in soil samples taken from a Superfund site in southeast Kansas ranged from 15 to 86 mg/kg (ppm). In the same study, soil samples were extracted with diethylenetriamine-pentaacetic acid (DPTA) to approximate the plant-available metal concentrations. Extractable cadmium concentrations ranged from 0.6 to 10 mg/kg (ppm) (Abdel-Saheb et al. 1994). Soil cadmium levels in five Minnesota cities were highest in areas with the most vehicular traffic (>2 ppm in about 10% of inner-city samples) and also showed a pattern consistent with past deposition from a sewage-sludge incinerator (Mielke et al. 1991). Cadmium levels >750 mg/kg have been found in sites polluted by nonferrous metal mining and smelting have been reported (Alloway and Steinnes 1999).

In the Spring River Basin of Kansas, Missouri, and Oklahoma, part of the Tri-State Mining District, cadmium was detected in surfaces waters at concentrations of <1.0–24 µg/L (peak flow) and <1.0–75.0 µg/L (base flow). Cadmium was detected in the sediment of the sampling sites at concentrations ranging from 0.62 to 300 µg/g dry weight in the <250 µm sediment fraction and from 0.89 to 180 µg/g dry weight in the <63 µm fraction (Angelo et al. 2007). A study conducted in 1999 at the Patroon Creek

Reservoir in Albany County, New York sampled sediment cores for heavy metals, including cadmium. The watershed includes two industrial sites:  one in operation from 1955 to present and the other operating from 1958 to 1984.  Sediment samples in the interval of 0–1.68 m showed an average cadmium concentration of 1.69 mg/kg.  This concentration is comparable to other stream and reservoir sediments impacted by industrial pollution (Arnason and Fletcher 2003).  Sediments of the Sawmill River in Yonkers, New York contained the highest cadmium levels (6.9 mg/kg) in the Hudson River Basin during a sampling study conducted between 1992 and 1995 (USGS 1998b).

Surficial sediments collected from 18 locations in three major tributaries to Newark Bay, New Jersey, had a mean cadmium concentration of 10±6 mg/kg (ppm) dry weight (Bonnevie et al. 1994).  The highest cadmium concentrations were found in the Ironbound section of the Passaic River, a heavily industrialized area (29 mg/kg and 14 mg/kg), and in the Arthur Kill on the northwest side of Prall's Island (15 mg/kg).  An investigation of metals distribution in sediments along the Hudson River estuary revealed that cadmium concentrations in suspension were higher than in the bottom sediments by a factor of 30 (Gibbs 1994).

Soils derived from dredged material in confined disposal facilities in the Great Lakes Region had cadmium concentrations (dry weight) of <1.9–32 ppm (Beyer and Stafford 1993).  In an analytical survey of sewage sludges from 16 large cities in the United States, cadmium concentrations ranged from 2.72 to 242 ppm (dry weight).  Besides the sample with a cadmium concentration of 242 ppm, all other sludges had cadmium contents ≤14.7 ppm (Gutenmann et al. 1994).

### 6.4.4    Other Environmental Media

Cadmium levels in food can vary greatly depending on the type of food, agricultural and cultivating practices, and amount atmospheric deposition and other anthropogenic contamination.  In general, leafy vegetables, such as lettuce and spinach, and staples, such as potatoes and grains, contain relatively high values of cadmium.  Peanuts, soybeans, and sunflower seeds have naturally high levels of cadmium.  Meat and fish container lower amounts of cadmium, with the exception of animal organ meats, such as kidney and liver, as these organs concentrate cadmium (Morrow 2001).

As part of the U.S. Food and Drug Administration (FDA) Total Diet Study, average concentrations of cadmium in 14 food groups were analyzed from samples collected in 56 American cities.  Cadmium was found in nearly all samples at varying concentrations.  In general, the eggs, milk and cheese, condiments

and sweeteners, beverages, and fats and dressings groups contained low concentrations of cadmium (≤0.004 mg/kg) (FDA 2010).  Food items that contained high levels of cadmium were dry roasted peanuts (0.054 mg/kg), shredded wheat cereal (0.050 mg/kg), boiled spinach (0.124 mg/kg), iceberg lettuce (0.051 mg/kg), leaf lettuce (0.064 mg/kg), and potato chips (0.057 mg/kg) (FDA 2010).  Table 6-3 summarizes the data from this study.

Watanabe et al. (1996) measured the cadmium content in rice samples from various areas in the world during the period from 1990 to 1995.  Twenty-nine samples collected in the United States had a geometric mean of 7.43 ng Cd/g, with a standard deviation of 2.11.  Shellfish, liver, and kidney meats have higher concentrations than other fish or meat (up to 1 ppm) (Elinder 1985a; IARC 1993; Schmitt and Brumbaugh 1990).  Particularly high concentrations of cadmium of 2–30 mg/kg (ppm) fresh weight have been found in the edible brown meat of marine shellfish (Elinder 1992).  Cadmium concentrations up to 8 µg/g in oysters and 3 µg/g in salmon flesh have been reported (IARC 1993).  Sprague (1986) reviewed tissue concentrations of cadmium for marine mollusks and crustaceans.  They found that drills, a type of sea snail, were higher in cadmium (average, 26 µg/g dry weight) than almost all other mollusks, although scallops and whelks also tended to be high.  Oysters from polluted areas averaged 18 µg/g dry weight, which was significantly higher than oysters from clean areas (average concentration 1.4 µg/g dry weight).  Clams were relatively low in cadmium (average, 0.5–1.0 µg/g dry weight).  The average concentration of cadmium in clams from polluted areas was only 2.7 µg/g dry weight, but this was significantly higher than levels in clams from clean areas.  In Fiscal Year (FY) 1985/1986, the FDA conducted a survey of cadmium, lead, and other elements in fresh clams and oysters collected from U.S. coastal areas used for shellfish production (Capar and Yess 1996).  Average cadmium levels (wet weight) were 0.09±0.06 mg/kg (ppm) (n=75) in hardshell clams, 0.05±0.04 mg/kg (n=59) in softshell clams, 0.51±0.31 mg/kg (n=104) in Eastern oysters, and 1.1±0.6 mg/kg (n=40) in Pacific oysters.  In FY91, FDA analyzed 5 samples of domestic clams and 24 samples of domestic oysters (collected from both coasts) for cadmium and found average concentrations of 0.06 and 0.62 mg/kg, respectively (Capar and Yess 1996).  Although no conclusions can be drawn in light of the small numbers of FY91 samples, these results do not appear to be appreciably different from those of the FY85/86 survey..

Cadmium is accumulated mainly in the hepatopancreas (digestive gland) of the crab, and cadmium levels as high as 30–50 ppm have been detected in this edible part of the animal.  Cadmium levels as high as 10 ppm also have been measured in some species of wild-growing edible mushrooms (Lind et al. 1995).  Lind et al. (1995) conducted a feeding study in mice to determine the bioavailability of cadmium from crab hepatopancreas and mushroom in relation to organic cadmium.  The cadmium accumulation in the

**Table 6-3.  Mean Concentrations of Cadmium for FDA's Total Diet Study Market Baskets 2006-1 through 2008-4**

| Food product | Mean concentration range (mg/kg) |
|---|---|
| Milk and cheese | Not detected–0.002 |
| Eggs | Not detected–0.0003 |
| Meat, poultry, and fish | Not detected–0.069 |
| Legumes and nuts | 0.001–0.054 |
| Grain products | 0.0001–0.028 |
| Fruit | Not detected–0.015 |
| Vegetables | 0.001–0.124 |
| Mixed dishes and meals | 0.003–0.021 |
| Desserts | Not detected–0.028 |
| Condiments and sweeteners | 0.001–0.0002 |
| Fats and dressings | Not detected–0.004 |
| Beverages | Not detected–0.001 |
| Infant and junior foods | 0.0002–0.026 |

Source:  FDA 2010

liver and kidney of the mice was used as an estimate of the intestinal absorption. The group that was fed crab accumulated less cadmium in the liver and kidney than the groups fed mushrooms or inorganic cadmium salt. They concluded from the results of the study that cadmium from boiled crab has a lower bioavailability for absorption in the gastrointestinal tract of mice than inorganic cadmium and cadmium from dried mushrooms. Almost all (99%) of the cadmium in the boiled crab hepatopancreas was associated with insoluble ligands, probably denatured protein. In fresh crab hepatopancreas, most of the cadmium is in a soluble form bound to metallothionein (Lind et al. 1995).

Significant concentrations of cadmium have been observed in fish living in stormwater ponds in Florida, especially in the redear sunfish, a bottom feeder (Campbell 1994). The mean cadmium concentration in redear sunfish living in stormwater ponds was 1.64 mg/kg wet weight compared to 0.198 mg/kg for redear sunfish living in control ponds. Similarly, the mean cadmium concentration in largemouth bass living in stormwater ponds was 3.16 mg/kg wet weight compared to 0.241 mg/kg for largemouth bass living in control ponds. Red drum, flounder, and seatrout collected from South Carolina estuaries during the period 1990–1993 had consistently low cadmium levels throughout the sampling area and with respect to species (Mathews 1994). The mean concentration for all fillets and whole fish was 86.2 ppb wet weight, with 70.7% (n=164) of the samples having <25 ppb.

Cadmium and other heavy metals were detected in several of the freshwater invertebrates and fish of two Maryland streams. Due to their remote location and lack of source inputs, it is believed that the cadmium contamination was a result of long-range atmospheric deposition. Samples were taken from the Herrington Creek tributary (HCRT) and Blacklick Run (BLK) during October 1997, April 1998, and July 1998. Cadmium concentrations in the trout of BLK ranged from about 37 to 90 ng/g wet, with the older specimens having the higher cadmium concentrations. Cadmium concentrations in crayfish ranged from about 40 to 160 ng/g wet in BLK, with the younger specimens containing the highest levels of cadmium. Crayfish in HRCT ranged from 45 to 155 ng/g, with the highest levels in the middle age group. In crayfish, cadmium strongly accumulates in the gills, while the kidney accumulates cadmium in trout (Mason et al. 2000).

Cadmium concentrations in the fish of the mining-contaminated waters of Oklahoma were reported by Brumbaugh et al. (2005). This area was part of the Tri-State Mining District that was extensively mined for lead and zinc from the mid-1800s to the 1950s, and contains nonremediated sites. Blood and carcass cadmium concentrations differed between species and sites, but were generally greatest in carp. Carcass cadmium in catfish were relatively low, with <0.1 μg/g dry weight in 34 of 36 samples.

Cadmium concentrations of ≥0.5 ppm have been found in rice grown in cadmium-polluted areas of Japan (Nogawa et al. 1989) and China (Shiwen et al. 1990). Tobacco also concentrates cadmium from the soil, and cadmium content of cigarettes typically ranges from 1 to 2 μg/cigarette (Elinder 1985a, 1992).

Some food crops, including confectionery sunflowers, have a propensity to take up cadmium from the soil in which they are grown and deposit it in the kernels. In a study to determine the cadmium burden of persons who report regular consumption of sunflower kernels, Reeves and Vanderpool (1997) analyzed 19 different lots of sunflower kernels from the 1995 crop grown in the northern Great Plains region of North Dakota and Minnesota. They found a range of 0.33–0.67 μg Cd/g, with a mean±standard deviation of 0.48±0.11 μg/g fresh weight. The study showed that high intakes of sunflower kernels increased the intake of cadmium. However, the amount of cadmium in whole blood or in red blood cells was not affected by cadmium intake. The authors pointed out that an increased intake of sunflowers will increase not only the cadmium intake, but also the intake of copper and phytate. In turn, this could reduce the availability of cadmium from this food source.

DOI (1985) examined the concentrations of cadmium in a variety of aquatic and terrestrial flora and fauna and identified six trends: (1) in general, marine biota contained significantly higher cadmium residues than their freshwater or terrestrial counterparts; (2) cadmium tends to concentrate in the viscera of vertebrates, especially in the liver and kidneys; (3) cadmium concentrations are higher in older organisms than in younger ones, especially in carnivores and marine vertebrates; (4) higher concentrations for individuals of a single species collected at various locations are almost always associated with proximity to industrial/urban areas or point-source discharges of cadmium-containing wastes; (5) background levels of cadmium in crops and other plants are generally <1.0 mg/kg (ppm); and (6) cadmium concentrations in biota are dependent upon the species analyzed, the season of collection, ambient cadmium levels, and the sex of the organism.

During a study monitoring cadmium levels in 331 cigarette packs from over 20 areas around the world it was found that the mean cadmium level per cigarette was 1.15 μg/cigarette ±0.43 (AM±ASD) or 1.06 μg/cigarette ±1.539 (geometric mean [GM]±geometric standard deviation[GSD]). Cigarettes from Mexico had the highest mean level of cadmium with an AM±ASD of 2.03 μg/cigarette ±0.33 or a GM±GSD of 2.00 μg/cigarette ±1.190. Cigarettes from India had the lowest mean levels of cadmium with an AM±ASD of 0.35 μg/cigarette ±0.09 or a GM±GSD of 0.34 μg/cigarette ±1.284. The arithmetic

mean for the United States was 1.07 µg/cigarette ±0.11 and the GM±GSD was 1.06 µg/cigarette ±1.115 (Watanabe et al. 1987).

The cadmium content of coals varies widely; concentrations of 0.01–180 µg/g (ppm) have been reported for the United States (Thornton 1992; Wilber et al. 1992).

## 6.5   GENERAL POPULATION AND OCCUPATIONAL EXPOSURE

The general population may be exposed to cadmium through ingestion of food and drinking water, inhalation of particulates from ambient air or tobacco smoke, or ingestion of contaminated soil or dust. For nonsmokers, food is the major source of cadmium exposure (NTP 2005). Inhalation of cigarette smoke is the major source of cadmium exposure for smokers (CDC 2005). Cadmium is introduced to the food chain through agricultural soils, which may naturally contain cadmium, or from anthropogenic sources such as atmospheric deposition or direct application methods such as phosphate fertilizer application and municipal waste composting (Alloway and Steinnes 1999; Morrow 2001). Cadmium-plated utensils and galvanized equipment used in food processing and preparation; enamel and pottery glazes with cadmium-based pigments; and stabilizers used in food-contact plastics are also sources of food contamination (Galal-Gorchev 1993). Cadmium levels in soils are not a direct indicator of the level of cadmium in the food supply, with the exception of extreme contamination, as other factors such as the type of crop and farming methods are important (Morrow 2001).

Based on food intake rates and food-cadmium concentrations, the estimated geometric mean daily intake of cadmium for the U.S. population is 18.9 µg/day, down from an estimated 30 µg/day in the 1980s (Choudhury et al. 2001; Gartrell et al. 1986). Based on the mean cadmium daily intakes for males and females aged 6–60 years reported by Choudhury et al. (2001), age-weighted mean cadmium intakes of 0.35 µg/kg/day for males and 0.30 µg/kg/day for females were calculated for U.S. nonsmokers.

In the Fourth National Report on Human Exposures to Environmental Chemicals reported by the CDC (2011) results from the National Health and Nutrition Examination Survey (NHANES) 1999–2008 were reported. Cadmium levels in blood (see Table 6-4), urine (creatine corrected) (see Table 6-5), and urine (see Table 6-6) was evaluated for a variety age groups and ethnicities. Blood cadmium reflects both recent and cumulative exposures and urinary cadmium reflects cadmium exposure and the concentration of cadmium in the kidneys.

**Table 6-4.  Geometric Mean and Selected Percentile Blood Concentrations (µg/L) of Cadmium in the U.S. Population from 1999 to 2008**

| Group | Survey years | Geometric mean[a] (95% CI) | Selected percentiles (95% CI) | | | | Sample size |
|---|---|---|---|---|---|---|---|
| | | | 50th | 75th | 90th | 95th | |
| Total, age 1 and older | 1999–2000 | 0.412 (0.378–0.449) | 0.300 (0.300–0.400) | 0.600 (0.500–0.600) | 1.00 (0.900–1.00) | 1.30 (1.20–1.40) | 7,970 |
| | 2001–2002 | Not calculated | 0.300 (<LOD–0.300) | 0.400 (0.400–0.500) | 0.900 (0.900–1.10) | 1.30 (1.20–1.60) | 8,945, |
| | 2003–2004 | 0.304 (0.289–0.320) | 0.300 (0.300–0.300) | 0.500 (0.500–0.600) | 1.10 (1.00–1.20) | 1.60 (1.50–1.60) | 8,372 |
| | 2005–2006 | 0.310 (0.294–0.327) | 0.270 (0.250–0.280) | 0.501 (0.460–0.560) | 1.02 (0.910–1.13) | 1.53 (1.34–1.75) | 8,407 |
| | 2007–2008 | 0.315 (0.300–0.331) | 0.270 (0.260–0.280) | 0.500 (0.460–0.560) | 1.00 (0.900–1.13) | 1.51 (1.30–1.77) | 8,266 |
| Age group | | | | | | | |
| 1–5 Years | 1999–2000 | Not calculated | <LOD | 0.300 (<LOD–0.300) | 0.400 (0.300–0.400) | 0.400 (0.300–0.400) | 723 |
| | 2001–2002 | Not calculated | <LOD | <LOD | <LOD | 0.300 (<LOD–0.300) | 898 |
| | 2003–2004 | Not calculated | <LOD | <LOD | 0.200 (0.200–0.300) | 0.200 (0.200–0.400) | 910 |
| | 2005–2006 | Not calculated | <LOD | <LOD | <LOD | 0.230 (0.210–0.250) | 968 |
| | 2007–2008 | Not calculated | <LOD | <LOD | 0.210 (<LOD–0.230) | 0.240 (0.220–0.260) | 817 |
| 6–11 Years | 1999–2000 | Not calculated | <LOD | 0.300 (<LOD–0.300) | 0.400 (0.300–0.400) | 0.400 (0.400–0.500) | 905 |
| | 2001–2002 | Not calculated | <LOD | <LOD | <LOD | 0.400 (0.300–0.400) | 1,044 |
| | 2003–2004 | Not calculated | <LOD | 0.200 (<LOD–0.200) | 0.300 (0.200–0.300) | 0.300 (0.300–0.300) | 856 |
| | 2005–2006 | Not calculated | <LOD | 0.220 (0.200–0.300) | 0.260 (0.230–0.280) | 934 |
| | 2007–2008 | Not calculated | <LOD | <LOD | 0.230 (0.210–0.240) | 0.260 (0.240–0.280) | 1,011 |
| 12–19 Years | 1999–2000 | 0.333 (0.304–0.366) | 0.300 (<LOD–0.300) | 0.300 (0.300–0.400) | 0.800 (0.600–0.900) | 1.10 (0.900–1.10) | 2,135 |
| | 2001–2002 | Not calculated | <LOD | 0.300 (<LOD–0.300) | 0.400 (0.400–0.500) | 0.800 (0.600–1.10) | 2,231 |
| | 2003–2004 | Not calculated | 0.200 (<LOD–0.200) | 0.300 (0.300–0.300) | 0.600 (0.500–0.700) | 0.900 (0.800–1.10) | 2,081 |
| | 2005–2006 | Not calculated | <LOD | 0.250 (0.240–0.270) | 0.520 (0.500–0.700) | 0.960 (0.820–1.08) | 1,996 |
| | 2007–2008 | Not calculated | <LOD | 0.260 (0.240–0.270) | 0.520 (0.400–0.670) | 0.960 (0.730–1.19) | 1,074 |

6. POTENTIAL FOR HUMAN EXPOSURE

**Table 6-4. Geometric Mean and Selected Percentile Blood Concentrations (μg/L) of Cadmium in the U.S. Population from 1999 to 2008**

| Group | Survey years | Geometric mean[a] (95% CI) | Selected percentiles (95% CI) 50th | 75th | 90th | 95th | Sample size |
|---|---|---|---|---|---|---|---|
| ≥20 Years | 1999–2000 | 0.468 (0.426–0.513) | 0.400 (0.300–0.400) | 0.600 (0.600–0.700) | 1.00 (1.00–1.10) | 1.50 (1.40–1.60) | 4,207 |
| | 2001–2002 | Not calculated | 0.300 (0.300–0.400) | 0.600 (0.500–0.600) | 1.10 (0.900–1.20) | 1.60 (1.30–1.80) | 4,772 |
| | 2003–2004 | 0.378 (0.359–0.398) | 0.400 (0.300–0.400) | 0.600 (0.600–0.700) | 1.20 (1.20–1.30) | 1.80 (1.60–1.90) | 4,525 |
| | 2005–2006 | 0.373 (0.352–0.395) | 0.330 (0.310–0.350) | 0.610 (0.570–0.660) | 1.17 (1.06–1.26) | 1.72 (1.53–1.95) | 4,509 |
| | 2007–2008 | 0.376 (0.354–0.399) | 0.330 (0.310–0.350) | 0.600 (0.550–0.670) | 1.16 (1.02–1.30) | 1.70 (1.50–1.96) | 5,364 |
| Gender | | | | | | | |
| Males | 1999–2000 | 0.403 (0.368–0.441) | 0.400 (0.300–0.400) | 0.600 (0.500–0.600) | 1.00 (0.900–1.10) | 1.30 (1.20–1.50) | 3,913 |
| | 2001–2002 | Not calculated | 0.300 (<0.300) | 0.400 (0.400–0.500) | 0.900 (0.900–1.10) | 1.40 (1.20–1.80) | 4,339 |
| | 2003–2004 | 0.283 (0.266–0.300) | 0.300 (0.200–0.300) | 0.500 (0.500–0.500) | 1.10 (1.00–1.20) | 1.60 (1.50–1.60) | 4,131 |
| | 2005–2006 | Not calculated | 0.240 (0.220–0.260) | 0.470 (0.420–0.530) | 1.02 (0.910–1.12) | 1.53 (1.27–1.86) | 4,092 |
| | 2007–2008 | 0.299 (0.283–0.317) | 0.240 (0.230–0.260) | 0.470 (0.420–0.540) | 1.05 (0.930–1.19) | 1.60 (1.30–1.90) | 4,147 |
| Females | 1999–2000 | 0.421 (0.386–0.460) | 0.300 (0.300–0.400) | 0.600 (0.500–0.600) | 1.00 (0.800–1.00) | 1.30 (1.10–1.40) | 4,057 |
| | 2001–2002 | Not calculated | 0.300 (0.300–0.400) | 0.500 (0.500–0.600) | 1.00 (0.900–1.10) | 1.40 (1.20–1.60) | 4,606 |
| | 2003–2004 | 0.326 (0.300–0.300) | 0.300 (0.300–0.300) | 0.600 (0.500–0.600) | 1.10 (1.00–1.20 ) | 1.60 (1.50–1.70) | 4,241 |
| | 2005–2006 | 0.329 (0.311–0.349) | 0.290 (0.280–0.310) | 0.530 (0.480–0.580) | 1.02 (0.870–1.18)_ | 1.54 (1.33–1.79) | 4,315 |
| | 2007–2008 | 0.331 (0.316–0.348) | 0.290 (0.280–0.310) | 0.530 (0.480–0.570) | 0.980 (0.860–1.10)_ | 1.43 (1.29–1.63) | 4,119 |
| Race/ethnicity | | | | | | | |
| Mexican Americans | 1999–2000 | 0.395 (0.367–0.424) | 0.400 (0.300–0.400) | 0.400 (0.400–0.500) | 0.700 (0.700–0.900) | 1.10 (0.900–1.30) | 2,742 |
| | 2001–2002 | Not calculated | <LOD | 0.300 (0.300–0.400) | 0.600 (0.500–0.700) | 1.00 (0.700–1.30) | 2,268 |
| | 2003–2004 | 0.235 (0.26–0.255) | 0.200 (0.200–0.300) | 0.400 (0.300–0.400) | 0.600 (0.500–0.800) | 1.00 (0.800–1.50) | 2,085 |
| | 2005–2006 | Not calculated | 0.220 (0.200–0.240) | 0.350 (0.300–0.400) | 0.580 (0.510–0.680) | 0.820 (0.710–1.00) | 2,236 |
| | 2007–2008 | Not calculated | 0.220 (0.210–0.230) | 0.350 (0.320–0.370) | 0.570 (0.510–0.660) | 0.870 (0.690–1.02) | 1,712 |

**Table 6-4.  Geometric Mean and Selected Percentile Blood Concentrations (µg/L) of Cadmium in the U.S. Population from 1999 to 2008**

| Group | Survey years | Geometric mean[a] (95% CI) | Selected percentiles (95% CI) | | | | Sample size |
|---|---|---|---|---|---|---|---|
| | | | 50th | 75th | 90th | 95th | |
| Non-Hispanic blacks | 1999–2000 | 0.393 (0.361–0.427) | 0.300 (0.300–0.400) | 0.600 (0.500–0.600) | 1.00 (0.800–1.10) | 1.40 (1.10–1.50) | 1,842 |
| | 2001–2002 | Not calculated | <LOD | 0.400 (0.400–0.500) | 1.00 (0.900–1.00) | 1.40 (1.20–1.50) | 2,219 |
| | 2003–2004 | 0.304 (0.275–0.337) | 0.300 (0.300–0.300) | 0.500 (0.400–0.600) | 1.00 (0.900–1.20) | 1.50 (1.30–1.70) | 2,292 |
| | 2005–2006 | 0.307 (0.290–0.326) | 0.260 (0.250–0.280) | 0.490 (0.440–0.570) | 1.03 (0.880–1.21) | 1.50 (1.23–1.79) | 2,193 |
| | 2007–2008 | 0.333 (0.316–0.352) | 0.280 (0.270–0.300) | 0.550 (0.480–0.620) | 1.20 (1.02–1.36) | 1.81 (1.45–2.13) | 1,746 |
| Non-Hispanic whites | 1999–2000 | 0.376 (0.470–0.209) | 0.400 (0.300–0.400) | 0.500 (0.500–0.600) | 1.00 (0.900–1.10) | 1.30 (1.20–1.40) | 2,716 |
| | 2001–2002 | Not calculated | <LOD | 0.500 (0.500–0.600) | 0.900 (0.900–1.10) | 1.40 (1.20–1.80) | 3,806 |
| | 2003–2004 | 0.313 (0.296–0.331) | 0.300 (0.300–0.300) | 0.600 (0.500–0.600) | 1.10 (1.00–1.20) | 1.60 (1.50–1.70) | 3,478 |
| | 2005–2006 | 0.321 (0.300–0.343) | 0.270 (0.250–0.300) | 0.540 (0.470–0.610) | 1.08 (0.930–1.23) | 1.64 (1.40–1.94) | 3,310 |
| | 2007–2008 | 0.210 (0.303–0.341) | 0.270 (0.260–0.290) | 0.520 (0.470–0.580) | 1.05 (0.920–1.20) | 1.55 (1.30–1.80) | 3,461 |

[a]The proportion of results below the LOD was too high to provide a valid result.

CI = confidence interval; LOD = limit of detection

Source:  CDC 2011

**Table 6-5. Geometric Mean and Selected Percentile Urine Concentrations (Creatinine Corrected) (µg/g Creatinine) of Cadmium in the U.S. Population from 1999 to 2008**

| Group | Survey years | Geometric mean[a] (95% CI) | Selected percentiles (95% CI) | | | | Sample size |
|---|---|---|---|---|---|---|---|
| | | | 50th | 75th | 90th | 95th | |
| Total, age 6 and older | 1999–2000 | 0.181 (0.157–0.209) | 0.219 (0.199–0.238) | 0.423 (0.391–0.446) | 0.712 (0.645–0.757) | 0.933 (0.826–1.07) | 2,257 |
| | 2001–2002 | 0.199 (0.181–0.218) | 0.212 (0.194–0.232) | 0.404 (0.377–0.440) | 0.690 (0.630–0.754) | 0.917 (0.813–0.998) | 2,689 |
| | 2003–2004 | 0.210 (0.201–0.219) | 0.208 (0.189–0.226) | 0.412 (0.381–0.438) | 0.678 (0.650–0.716) | 0.940 (0.833–1.04) | 2,543 |
| | 2005–2006 | 0.189 (0.169–0.210) | 0.180 (0.160–0.200) | 0.370 (0.310–0.430) | 0.650 (0.590–0.720) | 0.910 (0.770–1.08) | 2,576 |
| | 2007–2008 | 0.193 (0.177–0.210) | 0.190 (0.180–0.210) | 0.370 (0.330–0.410) | 0.660 (0.580–0.740) | 0.960 (0.850–1.06) | 2,627 |
| Age group | | | | | | | |
| 6–11 Years | 1999–2000 | Not calculated | 0.085 (0.063–0.107) | 0.147 (0.123–0.182) | 0.210 (0.171–0.316) | 0.300 (0.184–0.607) | 310 |
| | 2001–2002 | 0.075 (0.059–0.094) | 0.100 (0.083–0.112) | 0.166 (0.136–0.192) | 0.233 (0.206–0.281) | 0.291 (0.221–0.440) | 368 |
| | 2003–2004 | 0.090 (0.078–0.104) | 0.091 (0.075–0.104) | 0.126 (0.111–0.156) | 0.200 (0.147–0.350) | 0.308 (0.178–0.415) | 287 |
| | 2005–2006 | 0.081 (0.072–0.092) | 0.080 (0.070–0.090) | 0.130 (0.110–0.140) | 0.170 (0.150–0.190) | 0.200 (0.180–0.240) | 355 |
| | 2007–2008 | 0.084 (0.076–0.092) | 0.080 (0.080–0.090) | 0.120 (0.110–0.140) | 0.180 (0.150–0.240) | 0.260 (0.180–0.430) | 394 |
| 12–19 Years | 1999–2000 | 0.071 (0.051–0.098) | 0.093 (0.084–0.106) | 0.147 (0.130–0.163) | 0.215 (0.204–0.240) | 0.283 (0.222–0.404) | 648 |
| | 2001–2002 | 0.078 (0.067–0.091) | 0.091 (0.085–0.101) | 0.136 (0.123–0.143) | 0.191 (0.175–0.234) | 0.280 (0.234–0.321) | 762 |
| | 2003–2004 | 0.086 (0.077–0.096) | 0.084 (0.074–0.097) | 0.122 (0.113–0.135) | 0.176 (0.154–0.198) | 0.234 (0.187–0.274) | 724 |
| | 2005–2006 | 0.076 (0.071–0.081) | 0.080 (0.070–0.0990) | 0.120 (0.110–0.130) | 0.50 (0.140–0.180) | 0.210 (0.160–0.240) | 701 |
| | 2007–2008 | 0.070 (0.062–0.079) | 0.070 (0.070–0.080) | 0.110 (0.100–0.110) | 0.150 (0.130–0.160) | 0.180 (0.160–0.200) | 376 |
| ≥20 Years | 1999–2000 | 0.267 (0.247–0.289) | 0.288 (0.261–0.304) | 0.484 (0.433–0.545) | 0.769 (0.727–0.818) | 1.07 (0.927–1.17) | 1,299 |
| | 2001–2002 | 0.261 (0.236–0.289) | 0.273 (0.247–0.303) | 0.481 (0.426–0.518) | 0.776 (0.691–0.850) | 0.979 (0.874–1.12) | 1,559 |
| | 2003–2004 | 0.268 (0.255–0.281) | 0.270 (0.247–0.292) | 0.490 (0.444–0.538) | 0.767 (0.688–0.830) | 1.02 (0.909–1.14) | 1,532 |
| | 2005–2006 | 0.240 (0.216–0.267) | 0.250 (0.200–0.260) | 0.440 (0.400–.0500) | 0.730 (0.660–0.820) | 1.02 (0.850–1.18) | 1,520 |
| | 2007–2008 | 0.247 (0.227–0.270) | 0.250 (0.220–0.270) | 0.430 (0.390–0.70) | 0.740 (0.670–0.840) | 1.05 (0.930–1.16) | 1,857 |

APPX ATT_V6_3684

**Table 6-5. Geometric Mean and Selected Percentile Urine Concentrations (Creatinine Corrected) (µg/g Creatinine) of Cadmium in the U.S. Population from 1999 to 2008**

| Group | Survey years | Geometric mean[a] (95% CI) | Selected percentiles (95% CI) 50th | 75th | 90th | 95th | Sample size |
|---|---|---|---|---|---|---|---|
| **Gender** | | | | | | | |
| Males | 1999–2000 | 0.154 (0.131–0.182) | 0.174 (0.158–0.191) | 0.329 (0.293–0.382) | 0.617 (0.537–0.700) | 0.788 (0.696–0.929) | 1,121 |
| | 2001–2002 | 0.159 (0.143–0.177) | 0.168 (0.157–0.182) | 0.334 (0.304–0.364) | 0.532 (0.491–0.653) | 0.757 (0.690–0.856) | 1,334 |
| | 2003–2004 | 0.173 (0.161–0.187) | 0.162 (0.143–0.185) | 0.325 (0.300–0.352) | 0.591 (0.560–0.631) | 0.740 (0.678–0.795) | 1,277 |
| | 2005–2006 | 0.160 (0.145–0.177) | 0.150 (0.130–0.160) | 0.300 (0.260–0.340) | 0.362 (0.560–0.340) | 0.820 (0.710–0.990) | 1,271 |
| | 2007–2008 | 0.160 (0.146–0.175) | 0.160 (0.140–0.180) | 0.290 (0.260–0.330) | 0.520 (0.430–0.650) | 0.740 (0.600–0.960) | 1,327 |
| Females | 1999–2000 | 0.211 (0.170–0.261) | 0.267 (0.239–0.308) | 0.473 (0.423–0.551) | 0.783 (0.690–0.917) | 1.09 (0.813–1.38) | 1,136 |
| | 2001–2002 | 0.245 (0.216–0.278) | 0.263 (0.228–0.297) | 0.479 (0.414–0.541) | 0.792 (0.687–0.884) | 0.985 (0.876–1.16) | 1,355 |
| | 2003–2004 | 0.252 (0.238–0.266) | 0.253 (0.227–0.288) | 0.487 (0.438–0.533) | 0.802 (0.716–0.906) | 1.06 (0.940–1.21) | 1,266 |
| | 2005–2006 | 0.220 (0.193–0.252) | 0.220 (0.180–0.250) | 0.420 (0.370–0.470) | 0.690 (0.590–0.850) | 0.990 (0.780–1.31) | 1,305 |
| | 2007–2008 | 0.231 (0.211–0.254) | 0.230 (0.200–0.270) | 0.440 (0.390–0.480) | 0.770 (0.700–0.860) | 1.09 (0.970–1.17) | 1,300 |
| **Race/ethnicity** | | | | | | | |
| Mexican Americans | 1999–2000 | 0.175 (0.137–0.223) | 0.181 (0.144–0.225) | 0.331 (0.266–0.418) | 0.612 (0.441–0.828) | 0.843 (0.674–1.13) | 780 |
| | 2001–2002 | 0.156 (0.136–0.177) | 0.170 (0.150–0.184) | 0.282 (0.263–0.340) | 0.501 (0.388–0.614) | 0.693 (0.507–0.839) | 682 |
| | 2003–2004 | 0.160 (0.147–0.181) | 0.159 (0.140–0.183) | 0.296 (0.256–0.311) | 0.531 (0.418–0.667) | 0.718 (0.562–0.950) | 614 |
| | 2005–2006 | 0162 (0.146–0.181) | 0.150 (0.140–0.170) | 0.280 (0.220–0.340) | 0.480 (0.430–0.510) | 0.570 (0.520–0.640) | 652 |
| | 2007–2008 | 0.162 (0.144–0.183) | 0.160 (0.130–0.180) | 0.280 (0.220–0.340) | 0.530 (0.390–0.640) | 0.720 (0.520–1.07) | 515 |
| Non-Hispanic blacks | 1999–2000 | 0.183 (0.140–0.240) | 0.201 (0.168–0.241) | 0.414 (0.343–0.472) | 0.658 (0.516–0.827) | 0.873 (0.722–0.962) | 546 |
| | 2001–2002 | 0.190 (0.156–0.232) | 0.195 (0.174–0.225) | 0.385 (0.336–0.449) | 0.676 (0.559–0.850) | 0.917 (0.725–1.08) | 667 |
| | 2003–2004 | 0.190 (0.173–0.210 ) | 0.185 (0.168–0.207) | 0.338 (0.288–0.431) | 0.700 (0.500–0.818) | 0.865 (0.708–1.10) | 717 |
| | 2005–2006 | 0.171 (0.159–0.183) | 0.160 (0.140–0.180) | 0.320 (0.290–0.370) | 0.550 (0.500–0.580) | 0.700 (0.610–0.730) | 692 |
| | 2007–2008 | 0.180 (0.164–0.197) | 0.170 (0.160–0.190) | 0.330 (0.290–0.390) | 0.600 (0.470–0.700) | 0.770 (0.690–0.900) | 589 |

APPX ATT_V6_3685

**Table 6-5. Geometric Mean and Selected Percentile Urine Concentrations (Creatinine Corrected) (µg/g Creatinine) of Cadmium in the U.S. Population from 1999 to 2008**

| Group | Survey years | Geometric mean[a] (95% CI) | Selected percentiles (95% CI) | | | | Sample size |
|---|---|---|---|---|---|---|---|
| | | | 50th | 75th | 90th | 95th | |
| Non-Hispanic whites | 1999–2000 | 0.175 (0.146–0.209) | 0.219 (0.191–0.250) | 0.432 (0.387–0.470) | 0.729 (0.666–0.783) | 1.00 (0.826–1.16) | 760 |
| | 2001–2002 | 0.205 (0.184–0.229) | 0.224 (0.208–0.242) | 0.421 (0.382–0.470) | 0.719 (0.668–0.784) | 0.931 (0.806–1.05) | 1,132 |
| | 2003–2004 | 0.220 (0.209–0.235) | 0.221 (0.197–0.253) | 0.434 (0.398–0.476) | 0.687 (0.647–0.767) | 1.00 (0.830–1.08) | 1,070 |
| | 2005–2006 | 0.193 (0.169–0.221) | 0.180 (0.160–0.220) | 0.390 (0.310–0.480) | 0.680 (0.630–0.750) | 0.930 (0.800–1.07) | 1,041 |
| | 2007–2008 | 0.199 (0.178–0.221) | 0.200 (0.180–0.220) | 0.380 (0.340–0.440) | 0.700 (0.630–0.810) | 1.03 (0.880–1.13) | 1,095 |

[a]The proportion of results below the LOD was too high to provide a valid result.

CI = confidence interval; LOD = limit of detection

Source: CDC 2011

**Table 6-6. Geometric Mean and Selected Percentile Urine Concentrations (µg/L) of Cadmium in the U.S. Population from 1999 to 2008**

| Group | Survey years | Geometric mean[a] (95% CI) | Selected percentiles (95% CI) | | | | Sample size |
|---|---|---|---|---|---|---|---|
| | | | 50th | 75th | 90th | 95th | |
| Total, age 6 and older | 1999–2000 | 0.193 (0.169–0.220) | 0.232 (0.214–0.249) | 0.475 (0.436–0.519) | 0.858 (0.763–0.980) | 1.20 (1.06–1.33) | 2,257 |
| | 2001–2002 | 0.210 (0.189–0.235) | 0.229 (0.207–0.255) | 0.458 (0.423–0.482) | 0.839 (0.753–0.919) | 1.20 (1.07–1.28) | 2,690 |
| | 2003–2004 | 0.211 (0.196–0.226) | 0.210 (0.200–0.230) | 0.450 (0.400–0.500) | 0.800 (0.730–0.880) | 1.15 (0.980–1.26) | 2,543 |
| | 2005–2006 | 0.191 (0.170–0.216) | 0.200 (0.170–0.220) | 0.400 (0.360–0.460) | 0.780 (0.700–0.860) | 1.05 (0.960–1.17) | 2,576 |
| | 2007–2008 | 0.185 (0.173–0.198) | 01.80 (0.170–0.200) | 0.380 (0.360–0.400) | 0.700 (0.50–0.770) | 1.00 (0.920–1.12) | 2,627 |
| Age group | | | | | | | |
| 6–11 Years | 1999–2000 | Not calculated | 0.078 (0.061–0.101) | 0.141 (0.115–0.173) | 0.219 (0.178–0.233) | 0.279 (0.211–0.507) | 310 |
| | 2001–2002 | 0.061 (<LOD–0.081) | 0.077 (0.067–0.092) | 0.140 (0.112–0.160) | 0.219 (0.184–0.262) | 0.282 (0.260–0.326) | 368 |
| | 2003–2004 | 0.077 (0.065–0.090) | 0.080 (0.060–0.090) | 0.120 (0.100–0.160) | 0.190 (0.160–0.310) | 0.310 (0.170–0.610) | 287 |
| | 2005–2006 | 0.066 (0.056–0.078) | 0.060 (0.050–0.080) | 0.110 (0.090–0.130) | 0.180 (0.130–0.240) | 0.240 (0.160–0.290) | 355 |
| | 2007–2008 | 0.064 (0.058–0.071) | 0.060 (0.050–0.070) | 0.110 (0.090–0.130) | 0.180 (0.140–0.210) | 0.230 (0.180–0.310) | 394 |
| 12–19 Years | 1999–2000 | 0.092 (0.067–0.126) | 0.128 (0.107–0.148) | 0.202 (0.183–0.232) | 0.329 (0.272–0.372) | 0.424 (0.366–0.596) | 648 |
| | 2001–2002 | 0.109 (0.087–0.136) | 0.135 (0.114–0.157) | 0.210 (0.189–0.247) | 0.327 (0.289–0.366) | 0.442 (0.366–0.480) | 762 |
| | 2003–2004 | 0.121 (0.190–0.134) | 0.130 (0.110–0.150) | 0.200 (0.160–0.190) | 0.300 (0.260–0.360) | 0.390 (0.330–0.490) | 724 |
| | 2005–2006 | 0.099 (0.090–0.109) | 0.110 (0.100–0.120) | 0.170 (0.150–0.190) | 0.240 (0.210–0.280) | 0.310 (0.250–0.430) | 701 |
| | 2007–2008 | 0.089 (0.079–0.100) | 0.080 (0.070–0.110) | 0.150 (0.140–0.170) | 0.260 (0.200–0.300) | 0.330 (0.280–0.410) | 376 |
| ≥20 Years | 1999–2000 | 0.281 (0.253–0.313) | 0.306 (0.261–0.339) | 0.551 (0.510–0.621) | 0.979 (0.836–1.13) | 1.31 (1.13–1.57) | 1,299 |
| | 2001–2002 | 0.273 (0.249–0.299) | 0.280 (0.261–0.308) | 0.545 (0.493–0.607) | 0.955 (0.855–1.06) | 1.28 (1.20–1.43) | 1,560 |
| | 2003–2004 | 0.260 (0.238–0.284) | 0.210 (0.210–0.300) | 0.260 (0.470–0.580) | 0.890 (0.800–0.990) | 1.25 (1.09–1.46) | 1,532 |
| | 2005–2006 | 0.241 (0.213–0.272) | 0.250 (0.220–0.290) | 0.490 (0.440–0.560) | 0.860 (0.790–0.930) | 1.12 (1.06–1.32) | 1,520 |
| | 2007–2008 | 0.232 (0.215–0.251) | 0.240 (0.210–0.260) | 0.450 (0.410–0.490) | 0.790 (0.730–0.870) | 1.13 (0.990–1.44) | 1,857 |

CADMIUM                                                                    313

6.  POTENTIAL FOR HUMAN EXPOSURE

**Table 6-6.  Geometric Mean and Selected Percentile Urine Concentrations (µg/L) of Cadmium in the U.S. Population from 1999 to 2008**

| Group | Survey years | Geometric mean[a] (95% CI) | Selected percentiles (95% CI) | | | | Sample size |
|---|---|---|---|---|---|---|---|
| | | | 50th | 75th | 90th | 95th | |
| **Gender** | | | | | | | |
| Males | 1999–2000 | 0.199 (0.165–0.241) | 0.227 (0.193–0.263) | 0.462 (0.381–0.539) | 0.892 (0.748–1.15) | 1.41 (0.980–1.83) | 1,121 |
| | 2001–2002 | 0.201 (0.177–0.229) | 0.223 (0.191–0.257) | 0.445 (0.393–0.481) | 0.870 (0.741–1.03) | 1.22 (1.12–1.38) | 1,335 |
| | 2003–2004 | 0.206 (0.190–0.222) | 0.210 (0.190–0.230) | 0.440 (0.390–0.490) | 0.790 (0.700–0.870) | 1.01 (0.890–1.25) | 1,277 |
| | 2005–2006 | 0.195 (0.176–0.217) | 0.210 (0.190–0.230) | 0.400 (0.360–0.440) | 0.800 (0.730–0.890) | 1.17 (1.01–1.30) | 1,271 |
| | 2007–2008 | 0.179 (0.162–0.197) | 0.180 (0.160–0.200) | 0.360 (0.320–0.400) | 0.670 (0.540–0.780) | 0.950 (0.800–1.14) | 1,327 |
| Females | 1999–2000 | 0.187 (0.153–0.229) | 0.239 (0.220–0.255) | 0.492 (0.456–0.540) | 0.806 (0.705–0.980) | 1.10 (1.01–1.19) | 1,136 |
| | 2001–2002 | 0.219 (0.192–0.251) | 0.234 (0.202–0.265) | 0.466 (0.433–0.519) | 0.817 (0.733–0.886) | 1.17 (0.918–1.36) | 1,355 |
| | 2003–2004 | 0.216 (0.195–0.238) | 0.210 (0.200–0.240) | 0.450 (0.400–0.530) | 0.820 (0.700–0.960) | 120 (1.02–1.37) | 1,266 |
| | 2005–2006 | 0.188 (0.160–0.221) | 0.190 (0.170–0.200) | 0.400 (0.350–0.480) | 0.750 (0.640–0.860) | 0.980 (0.830–1.20) | 1,305 |
| | 2007–2008 | 0.191 (0.177–0.207) | 0.190 (0.170–0.200) | 0.400 (0.370–0.430) | 0.740 (0.670–0.840) | 1.09 (0.940–1.38) | 1,300 |
| **Race/ethnicity** | | | | | | | |
| Mexican Americans | 1999–2000 | 0.191 (0.157–0.233) | 0.202 (0.167–0.221) | 0.438 (0.351–0.551) | 0.813 (0.686–0.977) | 1.12 (0.886–1.38) | 780 |
| | 2001–2002 | 0.160 (0.135–0.189) | 0.181 (0.171–0.198) | 0.321 (0.285–0.362) | 0.559 (0.430–0.733) | 0.766 (0.633–1.15) | 683 |
| | 2003–2004 | 0.175 (0.151–0.203) | 0.170 0.150–0.210) | 0.350 0.290–0.430) | 0.680 (0.520–0.820) | 1.04 (0.820–1.20) | 614 |
| | 2005–2006 | 0.173 (0.152–0.193) | 0.180 (0.160–0.200) | 0.340 (0.300–0.380) | 0.560 (0.500–0.630) | 0.780 (0.660–0.900) | 652 |
| | 2007–2008 | 0.160 (0.141–0.182) | 0.170 (0.140–0.210) | 0.320 (0.290–0.380) | 0.570 (0.520–0.640) | 0.730 (0.640–0.840) | 515 |
| Non-Hispanic blacks | 1999–2000 | 0.283 (0.208–0.387) | 0.312 (0.243–0.412) | 0.633 (0.498–0.806) | 1.22 (0.892–1.38) | 1.48 (1.30–1.72) | 546 |
| | 2001–2002 | 0.277 (0.229–0.336) | 0.302 (0.257–0.354) | 0.580 (0.476–0.713) | 1.04 (0.843–1.38) | 1.51 (1.28–1.74) | 667 |
| | 2003–2004 | 0.265 (0.237–0295) | 0.270 (0.220–0.320) | 0.550 (0.440–0.640) | 0.960 0.810–1.17) | 1.52 (1.06–1.82) | 717 |
| | 2005–2006 | 0.236 (0.240–0.210) | 0.240 (0.210–0.260) | 0.480 (0.420–0.530) | 0.830 (0.670–0.930) | 1.04 (0.870–1.26) | 692 |
| | 2007–2008 | 0.246 (0.218–0.277) | 0.260 (0.220–0.300) | 0.460 (0.420–0.530) | 0.840 (0.690–0.980) | 1.40 (0.900–1.85) | 589 |

**APPX ATT_V6_3688**

**Table 6-6.  Geometric Mean and Selected Percentile Urine Concentrations (µg/L) of Cadmium in the U.S. Population from 1999 to 2008**

| Group | Survey years | Geometric mean[a] (95% CI) | Selected percentiles (95% CI) | | | | Sample size |
|---|---|---|---|---|---|---|---|
| | | | 50th | 75th | 90th | 95th | |
| Non-Hispanic whites | 1999–2000 | 0.175 (0.148–0.206) | 0.220 (0.194–0.246) | 0.455 (0.388–0.510) | 0.797 (0.714–1.01) | 1.17 (0.963–1.47) | 760 |
| | 2001–2002 | 0.204 (0.179–0.231) | 0.221 (0.191–0.255) | 0.445 (0.394–0.479) | 0.813 (0.717–0.875) | 1.17 (0.989–1.24) | 1,132 |
| | 2003–2004 | 0.209 (0.192–0.226) | 0.200 (0.190–0.220) | 0.440 (0.390–0.500) | 0.790 (0.700–0.860) | 1.13 (0.940–1.26) | 1,070 |
| | 2005–2006 | 0.185 (0.159–0.216) | 0.200 (0.160–0.230) | 0.400 (0.330–0.480) | 0.780 (0.670–0.920) | 1.05 (0.940–1.25) | 1,041 |
| | 2007–2008 | 0.177 (0.161–0.195) | 0.170 (0.150–0.190) | 0.370 (0.330–0.400) | 0.690 (0.620–0.780) | 1.00 (0.880–1.12) | 1,095 |

[a]The proportion of results below the LOD was too high to provide a valid result.

CI = confidence interval; LOD = limit of detection

Source:  CDC 2011

As a part of the New York City Health and Nutrition Examination Survey (NYC HANES), 2004 blood cadmium levels were evaluated in 1,811 New York City adults (age 20 years and older). The variables used in this study were sex, age, race/ethnicity, place of birth, family income, education, and smoking status (see Table 6-7 for detailed results of this study). The geometric mean blood cadmium concentration in New York City adults was 0.77 µg/L, slightly higher than the 1999–2000 estimated national mean of 0.47 µg/L with heavy smokers having the highest geometric mean blood cadmium level of 1.58 µg/L, higher than any other subgroup. The reason for the elevated blood cadmium levels in nonsmoking, New York City adults is not known, although it was speculated that higher shellfish consumption may be the cause of elevated blood cadmium levels in Asian subgroup (McKelvey et al. 2007).

Vahter et al. (1996) studied the dietary intake and uptake of cadmium in nonsmoking women consuming a mixed diet low in shellfish (n=34) or with shellfish once a week or more (n=17). The shellfish diets, with a median of 22 µg Cd/day, contained twice as much cadmium as the mixed diets, which had a median of 10.5 µg Cd/day. In spite of the differences in the daily intake of cadmium, there were no statistically significant differences in the blood cadmium concentrations of the shellfish group (0.25 µg/L) and the mixed diet group (0.23 µg/L) or in the urinary cadmium concentrations of the shellfish and mixed diet groups (0.10 µg/L in both groups). These results indicate a lower absorption of cadmium in the shellfish group than in the mixed diet group or a difference in kinetics. The authors suggested that a higher gastrointestinal absorption of cadmium in the mixed diet group could be explained in part by their lower body iron stores as measured by the concentrations of serum ferritin (S-fer). A median S-fer concentration of 18 µg/L was measured for the mixed diet group compared to a median of 31 µg/L for the shellfish group.

Except in the vicinity of cadmium-emitting industries or incinerators, the intake of cadmium from drinking water or ambient air is of minor significance (Elinder 1985a). Cadmium is removed from waste water and sewage through precipitation to hydroxide or carbonate compounds and ultimate separation (Schulte-Schrepping and Piscator 2002). EPA requires water suppliers to limit the cadmium concentration in water to <5 µg/L (EPA 2006a).

IARC (1993) reports that the total body burden of non-occupationally exposed adult subjects has been estimated to range from 9.5 to 50 mg in the United States and Europe. People living near sources of cadmium pollution may be exposed to higher levels of cadmium. Ambient air cadmium concentrations in industrialized areas was estimated between 15 and 150 ng/m$^3$ (Morrow 2001). During a study conducted

**Table 6-7.  Blood Cadmium Concentrations, Geometric Means, Adjusted
Proportional Change in Means, and 95th Percentiles in
New York City Adults in Population Subgroups**

| Variable | Number[a] | Crude weighted geometric mean blood cadmium (µg/L) | Adjusted proportional change in mean blood cadmium (µg/L)[b] | Crude weighted 95th percentile blood cadmium (µg/L) |
|---|---|---|---|---|
| Total: | 1,811 | 0.77 | — | 1.88 |
| Male | 762 | 0.76 | 1.00 | 1.95 |
| Female | 1,049 | 0.79 | 1.07 | 1.83 |
| 20–39 years old | 903 | 0.76 | 1.00 | 1.82 |
| 40–59 years old | 673 | 0.84 | 1.16 | 2.19 |
| ≥60 years old | 235 | 0.77 | 1.15 | 1.52 |
| White, non-Hispanic[c] | 529 | 0.73 | 1.04 | 1.71 |
| Black, non-Hispanic[c] | 390 | 0.80 | 1.11 | 1.97 |
| Asian, non-Hispanic[c] | 231 | 0.99 | 1.41 | 2.36 |
| Hispanic[c] | 630 | 0.73 | 1.00 | 1.73 |
| Place of birth: | | | | |
| United States | 882 | 0.76 | 1.00 | 1.95 |
| Outside the United States | 923 | 0.79 | 1.02 | 1.73 |
| Family income ($ U.S.): | | | | |
| <20,000 | 610 | 0.86 | 1.00 | 2.33 |
| 20,000–49,999 | 566 | 0.77 | 0.94 | 1.76 |
| 50,000–74,999 | 256 | 0.74 | 0.92 | 1.76 |
| ≥75,000 | 304 | 0.69 | 0.91 | 1.43 |
| Education: | | | | |
| <Bachelors | 1,252 | 0.82 | 1.09 | 2.02 |
| Bachelors or greater | 551 | 0.69 | 1.00 | 1.43 |
| Smoking status: | | | | |
| Never smoked | 1,036 | 0.66 | 1.00 | 1.28 |
| Former smoker | 310 | 0.71 | 1.07 | 1.32 |
| Current smoker | 449 | 1.22 | 1.88 | 3.00 |

[a]Totals do not all equal 1,811 because of missing data.
[b]The exponential β coefficient from a log-linear multiple regression that includes all covariates in the table.  Sample size for adjust analysis is 1,707, after excluding study participants for whom covariate data are missing.
[c]Excludes 27 participants who self-classified as "other".

Source:  McKelvey et al. 2007

in Germany between March and May 2000, cadmium levels in child-mother pairs, as a function of ambient air quality, were compared between populations in the urban, industrialized area of Duisburg and the rural area of North Rhine Westphalia. Cadmium levels in the ambient air of Duisburg-South ranged from 1.5 to 31 ng/m$^3$, compared to 0.5 ng/m$^3$ in the rural are of Westphalia. Cadmium levels in the blood and urine of mothers in the industrialized area were higher than in the rural areas. Cadmium levels in the blood and urine of the children did not differ between the two areas. In the industrialized area, regression analysis indicated a significant influence of cadmium in ambient air on cadmium in blood (Wilhelm et al. 2005).

It has been estimated that tobacco contains 1.7 µg cadmium per cigarette, and about 10% is inhaled when smoked (Morrow 2001; NTP 2005). Tobacco leaves naturally accumulate large amounts of cadmium (Morrow 2001). During a study monitoring cadmium levels in 331 cigarette packs from over 20 areas around the world, it was found that the mean cadmium level per cigarette was 1.15 µg/cigarette ±0.43 (AM±ASD) or 1.06 µg/cigarette ±1.539 GM±GSD. Cigarettes from Mexico had the highest mean level of cadmium with an AM±ASD of 2.03 µg/cigarette ±0.33 or a GM±GSD of 2.00 µg/cigarette ±1.190. Cigarettes from India had the lowest mean levels of cadmium with an AM±ASD of 0.35 µg/cigarette ±0.09 or a GM±GSD of 0.34 µg/cigarette ±1.284 (Watanabe et al. 1987). The amount of cadmium absorbed from smoking one pack of cigarettes per day is about 1–3 µg/day (Lewis et al. 1972a; Nordberg et al. 1985), roughly the same as from the diet. This large contribution is due to the greater absorption of cadmium from the lungs than from the gastrointestinal tract (Elinder 1985a). Direct measurement of cadmium levels in body tissues confirms that smoking roughly doubles cadmium body burden in comparison to not smoking, with kidney concentrations averaging 15–20 µg/g wet weight for nonsmokers and 30–40 µg/g wet weight for heavy smokers at the age of 50–60 (Ellis et al. 1979; Hammer et al. 1973; Lewis et al. 1972a, 1972b). Ellis et al. (1979) found an increase in kidney cadmium of 0.11±0.05 mg per pack-year (AM±ASD) of smoking and an increase in liver cadmium concentration of 0.077±0.065 µg/g per pack-year (AM±ASD). Because excretion of cadmium is very slow, half-lives of cadmium in the body are correspondingly long (17–38 years) (Wester et al. 1992).

Workers in a variety of occupations may be exposed to cadmium and cadmium compounds. Occupations with potential exposure to cadmium are listed in Table 6-8 (IARC 1993).

Highest levels of occupational exposure would be expected to occur in operations involving heating cadmium-containing products by smelting, welding, soldering, or electroplating, and also in operations associated with producing cadmium powders (OSHA 1990). The primary route of occupational exposure

6. POTENTIAL FOR HUMAN EXPOSURE

**Table 6-8. Occupations with Potential Exposure to Cadmium and Cadmium Compounds**

| Occupation | |
|---|---|
| Alloy production[a] | Phosphorous production |
| Battery production[a] | Pigment production and use[a] |
| Brazing | Plastics production[a] |
| Coating | Plating |
| Diamond cutting | Printing |
| Dry color formulation | Semiconductor and superconductor production |
| Electroplating | Sensors production |
| Electrical contacts production | Smelting and refining[a] |
| Enameling | Solar cells production |
| Engraving | Soldering |
| Glasswork | Stabilizer production |
| Laser cutting | Textile printing |
| Metallizing | Thin film production |
| Paint production and use | Transistors production |
| Pesticide production and use | Welding |

[a]Activity with high risk because atmospheric concentrations of cadmium are high and the number of workers employed is significant.

Source: IARC 1993

USCA Case #25-1087    Document #2105058    Filed: 03/10/2025    Page 1388 of 2126

is through inhalation of dust and fumes, and also incidental ingestion of dust from contaminated hands, cigarettes, or food (Adamsson et al. 1979).

Concentrations of airborne cadmium found in the workplace vary considerably with the type of industry and the specific working conditions. Processes that involve high temperatures can generate cadmium oxide fumes that are absorbed very efficiently through the lungs (IARC 1993). Deposition and absorption of dust containing different compounds depend upon particle size (IARC 1993). These exposures can be controlled through use of personal protective equipment and good industrial hygiene practices, and through operating procedures designed to reduce workplace emissions of cadmium (OSHA 1990).

Data from the National Occupational Exposure Survey (NOES), conducted by NIOSH from 1981 to 1983, estimated the number of workers potentially exposed to various chemicals in the workplace during the same period (NIOSH 1990); these data are summarized in Table 6-9. The NOES database does not contain information on the frequency, level, or duration of exposure of workers to any of the chemicals listed. It provides only estimates of workers potentially exposed to the chemicals.

## 6.6   EXPOSURES OF CHILDREN

This section focuses on exposures from conception to maturity at 18 years in humans. Differences from adults in susceptibility to hazardous substances are discussed in Section 3.7, Children's Susceptibility.

Children are not small adults. A child's exposure may differ from an adult's exposure in many ways. Children drink more fluids, eat more food, breathe more air per kilogram of body weight, and have a larger skin surface in proportion to their body volume. A child's diet often differs from that of adults. The developing human's source of nutrition changes with age: from placental nourishment to breast milk or formula to the diet of older children who eat more of certain types of foods than adults. A child's behavior and lifestyle also influence exposure. Children crawl on the floor, put things in their mouths, sometimes eat inappropriate things (such as dirt or paint chips), and spend more time outdoors. Children also are closer to the ground, and they do not use the judgment of adults to avoid hazards (NRC 1993).

Children are most likely to be exposed to cadmium in from ingestion of food (NTP 2005). There are no data on gastrointestinal absorption of cadmium in children, although very limited evidence exists that cadmium absorption from the gut may be greater in young animals. Oral absorption is discussed in more detail in Section 3.4.1.2. A study performed in Cincinnati, Ohio, investigated cadmium in human milk

APPX ATT_V6_3694

6.  POTENTIAL FOR HUMAN EXPOSURE

**Table 6-9.  Estimated Number of Workers Potentially Exposed to Various Chemicals in the Workplace in 1981–1983**

| Chemical | Number of workers potentially exposed |
|---|---|
| Cadmium sulfide | 45,562 |
| Cadmium oxide | 15,727 |
| Cadmium (pure) | 335 |
| Cadmium dust (form unknown) | 3,893 |
| Cadmium powder (form unknown) | 486 |
| Cadmium sulfate | 1,313 |
| 1:1 Cadmium salt of carbonic acid | 164 |
| Cadmium (form unknown) | 88,968 |
| Total | 153,486 |

Source:  NIOSH 1990

and found a mean concentration of 19 ppb (0.019 ppm) (Jensen 1983). The NHANES 1999–2008 reported cadmium levels in blood (see Table 6-4) and urine (see Tables 6-5 and 6-6) for children in different age groups (CDC 2011). The NYC HANES did not test for blood cadmium levels in children, although the blood cadmium levels in adults were slightly higher than the national average (McKelvey et al. 2007). Results of the U.S. FDA Total Diet Study (Capar and Cunningham 2000) reported cadmium levels in infant and junior foods ranged from no detection to 0.090 mg/kg. According to the National Human Exposure Assessment Survey (NHEXAS), children in EPA Region V (Great Lakes Region) have a mean dietary cadmium exposure of 17 (±1.8) µg/kg for minority children and 21 (±2.2) µg/kg for non-minority children (Pellizzari et al. 1999).

Except in the vicinity of cadmium-emitting industries or incinerators, the intake of cadmium from drinking water or ambient air is of minor significance (Elinder 1985a). Ambient air cadmium concentrations in industrialized areas has been estimated between 15 and 150 ng/m$^3$ (Morrow 2001). Cadmium levels in the ambient air of Duisburg-South, Germany ranged from 1.5 to 31 ng/m$^3$, compared to 0.5 ng/m$^3$ in the rural are of Westphalia. Cadmium levels in the blood and urine of mothers in the industrialized area were higher than in the rural areas. Cadmium levels in the blood and urine of the children did not differ between the two areas. In the industrialized area, regression analysis indicated a significant influence of cadmium in ambient air on cadmium in blood (Wilhelm et al. 2005). Children in the homes of parents who smoke also can be exposed to cadmium through the inhalation of environmental tobacco smoke. There is potential for cadmium originating from second-hand smoke to settle onto surfaces; thus, there is a possibility that children may ingest cadmium from contaminated surfaces by the hand-to-mouth pathway. Although no data were found, children playing near hazardous waste sites could be exposed to cadmium in soil by hand-to-mouth activity and/or soil pica. No case studies were found on accidental poisoning of children by swallowing cadmium-containing batteries or by ingesting cadmium-containing household pesticides, which also are potential routes of exposure. No information was found concerning differences in the weight-adjusted intakes of cadmium by children.

In the Workers' Home Contamination Study conducted under the Workers' Family Protection Act (DHHS 1995), several studies were identified that reported home contamination with cadmium originating from parental occupation in a lead smelter. In a study of 396 children of ages 1–9 years living <900 m from a primary lead smelter, 380 children (96%) had blood cadmium (CdB) levels >0.0089 µg/L (Carvalho et al. 1986). The geometric mean and standard deviation were 0.087 µmol/L and 2.5, respectively. No significant relationship was found between parental occupation in the smelter and CdB in children, but a significant relationship was found between presence of smelter dross in the house and

elevated CdB in children. Higher CdB was significantly associated with shorter distance from the home to the smelter. In a similar study of 263 children (ages 1–9 years), living <900 m from a primary lead smelter, the mean cadmium in hair was significantly higher at 6.0 ppm for children whose fathers worked in lead smelters than the concentration of 3.7 ppm for children whose fathers had other jobs (Carvalho et al. 1989). In a study of 9 children from families of lead workers and 195 children (ages 4–17 years) from other families, the children from the families of lead workers had significantly higher geometric mean urinary cadmium (CdU) (0.34 μg/L ±2.6) than children from other families (0.13 μg/L ±2.2). The CdB levels of children from families of lead workers were higher than those of the children from other families, but the difference was not statistically significant (Brockhaus et al. 1988). Maravelias et al. (1989) measured the CdBs of 514 children (ages 5–12) from four schools located within various distances (500–1500 m) from a lead smelter. The geometric mean and geometric standard deviation CdB was 0.36 μg/L ±1.4, respectively, with a range of 0.1–3.1 μg/L. Children from the school closest to the smelter had higher CdB levels than children from other schools, but no relationship was found between childrens' CdB and parental employment in the smelter.

The placenta may act as a partial barrier to fetal exposure to cadmium. Cadmium concentration has been found to be approximately half as high in cord blood as in maternal blood in several studies including both smoking and nonsmoking women (Kuhnert et al. 1982; Lauwerys et al. 1978; Truska et al. 1989). Accumulation of cadmium in the placenta at levels about 10 times higher than maternal blood cadmium concentration has been found in studies of women in Belgium (Roels et al. 1978) and the United States (Kuhnert et al. 1982); however, in a study in Czechoslovakia, the concentration of cadmium in the placenta was found to be less than in either maternal or cord blood (Truska et al. 1989). Baranowska (1995) also measured the concentrations of cadmium and lead in human placenta and in maternal and neonatal (cord) blood to assess the influence of a strongly polluted environment on the content of metals in tissues and on the permeability of the placenta to cadmium and lead. Samples for the study were collected from women living in the industrial district of Upper Silesia, one of the most polluted regions in Poland. The mean (range) concentration of cadmium in the air was 11.3 (2.1–25.4) ng/m$^3$ (0.0113 [0.0021–0.0254] μg/m$^3$). The mean concentrations of cadmium were 4.90 ng/mL (0.00490 μg/mL) in venous blood, 0.11 μg/g in placenta, and 1.13 ng/mL (0.00113 μg/mL) in cord blood. The researcher concluded that the placenta is a better barrier for cadmium than for lead, based upon the relative decrease in metal concentrations from placenta to cord blood. The mechanism by which the placenta transports the essential metals, copper and zinc, while limiting the transport of cadmium is unknown, but may involve the approximately 1,000-fold higher concentration of zinc in the placenta and the higher affinity of cadmium than zinc for metallothionein (Goyer and Cherian 1992). Timing and level

of cadmium exposure may influence the uptake of cadmium by the placenta, perhaps explaining the conflicting human studies. Galicia-García et al. (1995) performed analyses of cadmium in maternal, cord, and newborn blood for 50 births in a Mexico City hospital. Multiple regression analyses applied to the data indicated a significant association between cord and newborn blood and between cord and maternal blood, but not among maternal and newborn blood. Birth weight of the newborns was found to be inversely associated with cord blood cadmium levels and smoking habits.

The analysis of Weidenberg et al. (2011) on the bioavailability of cadmium present in inexpensive jewelry suggests that substantial quantities of cadmium may be released from jewelry that is mouthed or swallowed and that the amount released was greatly varied from item to item.

## 6.7   POPULATIONS WITH POTENTIALLY HIGH EXPOSURES

The greatest potential for above-average exposure of the general population to cadmium is from smoking, which may double the exposure of a typical individual. Smokers who are exposed to cadmium in the workplace are at highest risk (CDC 2005). Individuals living near zinc or lead smelting operations, municipal incinerators, or other industrial processes emitting cadmium to the air will also have above-average exposure (Elinder 1985a). Exposures through inhalation are diminishing due to pollution controls at such facilities, but exposure resulting from soil contamination may continue to be significant. Persons who have corrosive drinking water and cadmium-containing plumbing, who habitually consume cadmium-concentrating foods (kidney, liver, and shellfish), or who ingest grains or vegetables grown in soils treated with municipal sludge or phosphate fertilizer all may have increased exposure (Elinder 1985a). The 2004 NYC HANES indicated that the New York City Asian population, especially those born in China, had higher concentrations of cadmium in blood. The authors speculate that this might be due to higher consumption of fish and shellfish (McKelvey et al. 2007).

Multiple pathways of exposure may exist for populations at hazardous waste sites contaminated with cadmium (ingestion of contaminated drinking water or garden vegetables, inhalation of airborne dust, incidental ingestion of contaminated soil).

Persons who consume large quantities of sunflower kernels can be exposed to higher levels of cadmium. Reeves and Vanderpool (1997) identified specific groups of men who were likely to consume sunflower kernels. The groups included baseball and softball players, delivery and long-distance drivers, and line workers in sunflower kernel processing plants.

Recreational and subsistence fishers that consume appreciably higher amounts of locally caught fish from contaminated waterbodies may be exposed to higher levels of cadmium associated with dietary intake (EPA 1993a). Cadmium contamination has triggered the issuance of several human health advisories. As of December 1997, cadmium was identified as the causative pollutant in five fish and shellfish consumption advisories in New York and another in New Jersey. EPA is considering including cadmium as a target analyte and has recommended that this metal be monitored in fish and shellfish tissue samples collected as part of state toxics monitoring programs. EPA recommends that residue data obtained from these monitoring programs be used by states to conduct risk assessments to determine the need for issuing fish and shellfish consumption advisories for the protection of the general public as well as recreational and subsistence fishers. Under the same program, EPA has issued a statewide advisory in Maine for cadmium in moose (EPA 1998).

## 6.8    ADEQUACY OF THE DATABASE

Section 104(i)(5) of CERCLA, as amended, directs the Administrator of ATSDR (in consultation with the Administrator of EPA and agencies and programs of the Public Health Service) to assess whether adequate information on the health effects of cadmium is available. Where adequate information is not available, ATSDR, in conjunction with NTP, is required to assure the initiation of a program of research designed to determine the health effects (and techniques for developing methods to determine such health effects) of cadmium.

The following categories of possible data needs have been identified by a joint team of scientists from ATSDR, NTP, and EPA. They are defined as substance-specific informational needs that if met would reduce the uncertainties of human health assessment. This definition should not be interpreted to mean that all data needs discussed in this section must be filled. In the future, the identified data needs will be evaluated and prioritized, and a substance-specific research agenda will be proposed.

### 6.8.1    Identification of Data Needs

**Physical and Chemical Properties.**    The chemical and physical properties of cadmium and its salts are known well enough to permit estimation of the environmental fate of the compounds (Elinder 1985a, 1992). Additional information on properties does not appear to be crucial for evaluating potential fate.

**Production, Import/Export, Use, Release, and Disposal.**    According to the Emergency
Planning and Community Right-to-Know Act of 1986, 42 U.S.C. Section 11023, industries are required
to submit substance release and off-site transfer information to the EPA.  The TRI, which contains this
information for 2009, became available in February of 2011.  This database is updated yearly and should
provide a list of industrial production facilities and emissions.

The production volume, producers, import/export quantities, and uses of cadmium in the United States are
well documented (SRI 2007; USGS 2007, 2008).  Recycling of cadmium from spent batteries is
increasing, and there are some data to suggest that there is still a large portion of cadmium being disposed
of as municipal waste (USGS 2007).  More data concerning the amount of municipal disposal would be
helpful.  Disposal of cadmium-containing wastes is regulated by the federal government, and data are
available for industrial disposal practices (EPA 1982a; HSDB 2008; U.S. Bureau of Mines 1990).  Most
releases of cadmium are not from production of the metal or its compounds, but from combustion or
smelter emissions, land application of sewage sludge and fertilizers, and other sources; estimates of these
releases have been made (TRI09 2011).

**Environmental Fate.**    Cadmium partitioning among media occurs, and this partitioning depends on
local environmental conditions (Elinder 1985a, 1992).  Cadmium may be subject to long-range transport
in air and water (EPA 1980d).  Cadmium is persistent in all media, although it may form organic
complexes in soil and water under certain environmental conditions (EPA 1979).  These processes, which
are important for determining the environmental fate of cadmium, seem to be relatively well understood.
Therefore, additional information on environmental fate does not appear to be essential to evaluate
potential human exposure to cadmium.

**Bioavailability from Environmental Media.**    Factors that control the bioavailability of cadmium
from air, water, soil, and food have been investigated.  Intestinal absorption of cadmium from food is low,
about 5–10% (McLellan et al. 1978; Newton et al. 1984; Rahola et al. 1973), but the absorption of
cadmium from soil is not known.  Absorption from the lungs is somewhat greater, averaging about 25%
(Nordberg et al. 1985).  Estimates of dermal absorption of cadmium from soil and water on human skin
have been made (Wester et al. 1992).  There is some evidence that bioavailability of cadmium to plants
and worms from contaminated soil is greater following remediation (Van Gestel et al. 1988).  Additional
information on the factors influencing bioavailability, particularly from remediated soil, are needed to
assess residual risk to populations in the vicinity of reclaimed hazardous waste sites.

**Food Chain Bioaccumulation.**    Sufficient data are available to indicate that cadmium is concentrated in plants, aquatic organisms, and animals (Alloway et al. 1990; Beyer 1986; Handy 1992a, 1992b; Kuroshima 1992; Naqvi and Howell 1993; Roseman et al. 1994; Suresh et al. 1993; Vos et al. 1990).  In vertebrates, cadmium accumulates in the liver and kidneys (Harrison and Klaverkamp 1990; Sileo and Beyer 1985; Vos et al. 1990).  There is strong evidence for food chain bioaccumulation, but the potential for biomagnification is uncertain.  Additional studies on biomagnification are needed to provide data for more accurate evaluation of the environmental impact of cadmium contamination.

**Exposure Levels in Environmental Media.**    Reliable monitoring data for the levels of cadmium in contaminated media at hazardous waste sites are needed so that the information obtained on levels of cadmium in the environment can be used in combination with the known body burden of cadmium to assess the potential risk of adverse health effects in populations living in the vicinity of hazardous waste sites.

Current ambient air quality surveys testing for cadmium concentrations in rural and urban locations in the United States is lacking.  Since the major source of exposure to cadmium is through dietary intake and since cadmium emissions to air are not expected to increase, there may be less interest in these data.  There are several long-range atmospheric transport studies, but since these were conducted Europe and Russia, they only illustrate the potential for cadmium contamination via atmospheric deposition in the United States (Reimann et al. 1997; Shevchenko et al. 2003; Vidovic et al. 2005).  There is also minimal data on current levels of cadmium in agricultural soils of the United States and the identification of the sources of cadmium levels, whether they are native geochemistry, phosphate fertilizers, atmospheric deposition, etc. (Xue et al. 2000).  Continuing monitoring efforts in all media would allow more precise estimation of current sources and levels of human exposure and would assist in identifying major sources contributing to current exposure.

**Exposure Levels in Humans.**    Cadmium has been detected in human blood, urine, breast milk, liver, kidney, and other tissues, both in occupationally exposed individuals and in the general population (CDC 2011; McKelvey et al. 2007; OSHA 1990).  The NHANES and NYC HANES provide current data on the levels of cadmium in humans (CDC 2011; McKelvey et al. 2007).  Other large-scale surveys concentrating on urban, agricultural, and suburban communities would be beneficial in understanding cadmium exposure to the U.S. population.  Also, more information is needed on the specific exposure levels for different cadmium salts to determine if cadmium sulfides, for example, are associated with less harmful effects than cadmium oxides (Chettle and Ellis 1992).

This information is necessary for assessing the need to conduct health studies on these populations.

**Exposures of Children.**    Cadmium has been measured in maternal and neonatal (cord) blood and in placenta (Baranowska 1995; Galicia-García et al. 1995; Kuhnert et al. 1982; Lauwerys et al. 1978; Roels et al. 1978; Truska et al. 1989), but the resulting data are sometimes conflicting with respect to the uptake of cadmium by the placenta.  Research on the effects of timing and level of exposure on cadmium uptake by the placenta might help to explain these conflicting human studies.  More recent data would be useful, both from women and children living in unpolluted areas (for background levels) and in polluted areas such as those near existing or former lead smelters.

There are some current data concerning cadmium exposure in children (Capar and Cunningham 2000; CDC 2011; Pellizzari et al. 1999).  The NHANES 1999–2008 reported cadmium levels in blood (see Table 6-4) and urine (see Table 6-5) for children in different age groups (CDC 2011).  The NYC HANES did not test for blood cadmium levels in children, although the blood cadmium levels in adults were slightly higher than the national average (McKelvey et al. 2007).  Results of the U.S. FDA Total Diet Study (Capar and Cunningham 2000) reported cadmium levels in infant and junior foods ranged from no detection to 0.090 mg/kg.  According to the NHEXAS, children in EPA Region V (Great Lakes Region) have a mean dietary cadmium exposure of 17 (±1.8) μg/kg for minority children and 21 (±2.2) μg/kg for non-minority children (Pellizzari et al. 1999).

Some body burden data are available for children living near lead smelters (Lagerkvist and Lundstrom 2004; Leroyer et al. 2001; Jin et al. 2002).  However, none of the studies took place in the United States.  Body burden data from children living in polluted and unpolluted regions (for background levels) of the United States are needed.

Current information on whether children are different in their weight-adjusted intake of cadmium via oral, inhalation, and dermal exposures was not located.  A study to determine this information would be useful.  Also, no information was found on childhood specific means to reduce cadmium exposure.

Child health data needs relating to susceptibility are discussed in Section 3.12.2, Identification of Data Needs:  Children's Susceptibility.

APPX ATT_V6_3702

**Exposure Registries.**    The State of New York has established the Heavy Metals Registry for surveillance of occupational heavy metals absorption.  Cadmium levels >10 µg/L in blood and 5 µg/L in urine are reported to the registry.  The number of adults with reportable levels has varies per year, but there have always been <50 adults reported per year.  Between 1995 and 2003, the number of reportable adults was <5, and these exposures are due mostly to exposure for people working as jewelers and casting machine operators (NYS Dept of Health 2006).

No other exposure registries for cadmium were located.  This substance is not currently one of the compounds for which a subregistry has been established in the National Exposure Registry.  The substance will be considered in the future when chemical selection is made for subregistries to be established.  The information that is amassed in the National Exposure Registry facilitates the epidemiological research needed to assess adverse health outcomes that may be related to exposure to this substance.

## 6.8.2    Ongoing Studies

The Federal Research in Progress (FEDRIP 2008) database provides additional information obtainable from a few ongoing studies that may fill in some of the data needs identified in Section 6.8.1.  These studies are summarized in Table 6-10.

## Table 6-10.  Ongoing Studies on Cadmium

| Investigator | Affiliation | Research description | Sponsor |
|---|---|---|---|
| Birnbaum ER | Caldera Pharmaceuticals, Inc., Los Alamos, New Mexico | Biomarkers of response to environmental stressors | National Institute of Environmental Health Sciences |
| Chen Z | X-Ray Optical Systems, Inc. East Greenbush, New York | Direct measurement of trace elements in body fluids | National Center for Research Resources |
| Dweik BM | Giner, Inc., Newton, Massachusetts | Field-deployable monitor to assess personal exposure to multiple heavy metals | National Institute of Environmental Health Sciences |
| Fallin MD | Johns Hopkins University, Baltimore, Maryland | AGE-related epigenetic changes - environmental causes and disease consequences | National Institute of Environmental Health Sciences |
| Fox MA | Johns Hopkins University, Baltimore, Maryland | Environmental exposure to metal mixtures and kidney disease | National Institute of Environmental Health Sciences |
| Larkin PM | Ecoarray, Inc. Alachua, Florida | Developing and using sheepshead minnow microarrays for ecotoxicology | National Institute of Environmental Health Sciences |
| Mo J | Kumetrix, Inc, Union City, California | Automatic multi-analyte in-situ bioassay for monitoring exposure to toxic metals | National Institute of Environmental Health Sciences |
| Polette-Niewold LA | Mayan Pigments, Inc. | SBIR phase II:  One-step environmentally-friendly synthesis of novel organic/inorganic hybrid pigments | National Science Foundation |
| Santra S | University of Central Florida | Selective detection of toxic heavy metal ions using highly sensitive quantum dot probes | National Science Foundation |
| Basta N; Raun WR | Oklahoma State University | Chemistry and bioavailability of waste constituents in soils | U.S. Department of Agriculture |
| Basta NT | Oklahoma State University | Heavy metal and trace element chemistry in soils:  Chemical speciation and bioavailability | U.S. Department of Agriculture |
| Basta NT; Lower SK; Lanno R | Ohio State University | Heavy metal and trace element biogeochemistry in soils:  Chemical speciation, bioavailability, and toxicity | U.S. Department of Agriculture |
| Bleam WF; Helmke PA | University of Wisconsin | Verifying and quantifying the specific complexation of metals to humic substances | U.S. Department of Agriculture |
| Chaney RL | Beltsville Agricultural Research Center | Characterization and remediation of potential trace element and phosphate risks from contaminated soils | U.S. Department of Agriculture |
| Chaney RL | Beltsville Agricultural Research Center | Risk assessment and remediation of soil and amendment trace elements | U.S. Department of Agriculture |

6.  POTENTIAL FOR HUMAN EXPOSURE

## Table 6-10.  Ongoing Studies on Cadmium

| Investigator | Affiliation | Research description | Sponsor |
|---|---|---|---|
| Chaney RL; Daniels WL | Virginia Polytechnic Institute | Effects of long-term biosolids applications on phytoavailability of soil cadmium and zinc | U.S. Department of Agriculture |
| Chang AC; Page AL | University of California, Riverside | Chemistry and bioavailability of waste constituents in soils | U.S. Department of Agriculture |
| Eick MJ | Virginia Polytechnic Institute | Trace element and ligand adsorption/ desorption from soil constituent surfaces | U.S. Department of Agriculture |
| Hopkins DG | North Dakota State University | Influence of geologic materials and pedogenic processes on trace elements in soil landscapes | U.S. Department of Agriculture |
| Hunt JR; Lykken GI | University of North Dakota | Whole body counting and radiotracer methods in research on mineral requirements in human nutrition | U.S. Department of Agriculture |
| Kpomblekou-Ademawou K; Ankumah RO | Tuskegee University | Trace elements in broiler littered soils:  Fate and effects on nitrogen transformation | U.S. Department of Agriculture |
| Martinez CE | Pennsylvania State University | Chemical and biogeochemical processes involved in trace and toxic element cycling in soils | U.S. Department of Agriculture |
| Morrissey MT | Oregon State University | Characterization of the cadmium health risk, concentrations and ways to minimize cadmium residues in shellfish | U.S. Department of Agriculture |
| Schwab AP; Joern B; Johnston C | Purdue University | Chemistry and bioavailability of waste constituents in soils | U.S. Department of Agriculture |
| Sparks DL | University of Delaware | Rates and mechanisms of metal and metalloid sorption/surfaces | U.S. Department of Agriculture |
| Thomas, DG; Kennedy TS | Oklahoma State University | Maternal dietary nutrients and neurotoxins in infant cognitive development | U.S. Department of Agriculture |
| Williams PL | University of Georgia | Environmental health impacts of soil contamination | U.S. Department of Agriculture |
| | National Risk Management Research Laboratory | Biomonitoring of source water quality | U.S. Environmental Protection Agency |
| Petterson L | National Exposure Research Lab Environmental Sciences Division Characterization and Monitoring Branch | Efficient monitoring of heterogeneous media and electronic wastes | U.S. Environmental Protection Agency |

6.  POTENTIAL FOR HUMAN EXPOSURE

## Table 6-10.  Ongoing Studies on Cadmium

| Investigator | Affiliation | Research description | Sponsor |
|---|---|---|---|
| Petterson L | National Exposure Research Lab Ecosystems Research Division Ecosystems Assessment Branch | Geochemical and interfacial applications for assessing ecological toxicant exposures | U.S. Environmental Protection Agency |
| Nolan P | Office of Regional Administrator Office of Environmental Measurement and Evaluation | Lower Merrimack River fish tissue study | U.S. Environmental Protection Agency |
| Janes D | Office of Research and Development National Health and Environmental Effects Research Lab Mid-Continent Ecology Division | Risks of heavy metals to aquatic organisms from multiple exposure routes | U.S. Environmental Protection Agency |

Sources:  FEDRIP 2008; SI/EPA 2007

APPX ATT_V6_3706

This page is intentionally blank.

# 7.  ANALYTICAL METHODS

The purpose of this chapter is to describe the analytical methods that are available for detecting, measuring, and/or monitoring cadmium, its metabolites, and other biomarkers of exposure and effect to cadmium.  The intent is not to provide an exhaustive list of analytical methods.  Rather, the intention is to identify well-established methods that are used as the standard methods of analysis.  Many of the analytical methods used for environmental samples are the methods approved by federal agencies and organizations such as EPA and the National Institute for Occupational Safety and Health (NIOSH).  Other methods presented in this chapter are those that are approved by groups such as the Association of Official Analytical Chemists (AOAC) and the American Public Health Association (APHA).  Additionally, analytical methods are included that modify previously used methods to obtain lower detection limits and/or to improve accuracy and precision.

## 7.1   BIOLOGICAL MATERIALS

The most common analytical procedures for measuring cadmium concentrations in biological samples use the methods of atomic absorption spectroscopy (AAS) and inductively coupled plasma atomic emission spectroscopy (ICP/AES).  These basic methods of analysis are well defined and generally accepted for the analysis of cadmium.

Samples are prepared for AAS and ICP/AES methods in a variety of ways.  Digestion with nitric acid is most common (Roberts and Clark 1986; Sharma et al. 1982).  Cadmium in blood and plasma measured by graphite furnace atomic absorption spectroscopy (GFAAS) facilitated by a wet ashing pretreatment of samples resulted in good accuracy and reproducibility.  The sample detection limit using this method was 0.4 µg/L (Roberts and Clark 1986).  This method was also precise and highly reproducible in determining cadmium in whole blood, urine, and hair with 99–99.4% recoveries reported (Sharma et al. 1982).  The matrix may also be modified with diammonium hydrogen phosphate or other agents such as palladium (Pd)-based modifiers (Moreira et al. 1995).  Detection limits as low as 0.1 µg/L with recoveries ranging from 93 to 111% are reported using this technique (Subramanian and Meranger 1981; Subramanian et al. 1983).  If the concentration of cadmium in the dissolved sample is below the detection limit, preconcentration techniques, such as chelation and extraction, may be employed (Gross et al. 1976; Sharma et al. 1982).  Various ICP methods have been developed for measuring cadmium levels in biological materials.  ICP dynamic reaction cell mass spectrometry (ICP-DRC-MS) has been shown to eliminate molybdenum-based polyatomic interferences, resulting in a reduction of observed urine cadmium concentrations, as compared to ICP-MS measurements (Jarrett et al. 2008).  Since cadmium is a

CADMIUM

7. ANALYTICAL METHODS

ubiquitous element, the risk of contamination during sampling, processing, and analysis must be minimized by strict laboratory procedures (Elinder and Lind 1985). In procedures for micro-determination, all glass and plastic-ware should be acid-washed and subsequently rinsed with double-distilled water.

Current analytical improvements deal primarily with the methods of sample preparation and sample introduction to the analytical systems in order to lower the detection limits or decrease sample analysis time. Various improvements in the methods of extraction, preconcentration, chelation, complexation, and sample introduction have been developed for use with biological media. Detection limits as low as 0.003 µg/L were reported (Espinosa Almendro et al. 1992; Cordero et al. 1994; Jeng et al. 1994; Katskov et al. 1994; Komárek et al. 1991; Ma et al. 1994b; Welz et al. 1991).

The cadmium concentration in biological samples may also be measured by a number of other methods such as radiochemical neutron activation analysis (RNAA). One RNAA procedure involving a rapid two-step solvent extraction was used for determining cadmium in tissue samples (Tandon et al. 1994). Another method to determine cadmium in biological materials is based on the ion-exchange scheme developed by SAMSAHL where cadmium is trapped on an anion exchange resin. With this method, recovery of 98% and a detection limit of 4 µg/kg were reported. The accuracy of the method was estimated by three different approaches: analysis using radiotracers in inactive sample solutions; by analyzing standards, pipetted on filter paper, and processed as samples; and determination by RNAA (Woittiez and Tangonan 1992).

Cadmium concentration in tissue may be measured both *in vivo* (Ellis 1985; Scott and Chettle 1986) and *in vitro* (Lieberman and Kramer 1970) by neutron activation analysis (NAA). Direct *in vivo* assessment of body burden in humans focused on the measurements of cadmium in the kidney and liver by NAA. The detection limits reported are approximately 2 mg cadmium for the total kidney and 1.5 µg/g for the liver (Ellis 1985); 1.9 mg cadmium for the kidney; and 1.3 µg/g for the liver (Scott and Chettle 1986).

X-ray fluorescence is also used for *in vivo* measurement of cadmium in the kidney (Christoffersson et al. 1987; Nilsson and Skerfving 1993; Scott and Chettle 1986; Skerfving and Nilsson 1992). The *in vivo* techniques are used for clinical measurements of individuals occupationally exposed to cadmium. Additional methods applicable to the analysis of cadmium in biological media include ICP/MS (Stroh 1993; Vanhoe et al. 1994), ICP/AES (Cordero et al. 1994; Espinosa Almendro et al. 1992), and high performance liquid chromatography (HPLC) (Chang and Robinson 1993; Steenkamp and Coetzee 1994).

Electrothemal vaporization ICP/MS has been utilized for the analysis of dentin and enamel from teeth (Grünke et al. 1996). Electrochemical methods such as adsorptive cathodic stripping voltametry (ACSV) and potentiometric stripping analysis (PSA) have been applied to hair analysis (Zhang et al. 1993), animal tissues (LaBar and Lamberts 1994), and body fluids (Ostapczuk 1993).

Table 7-1 summarizes some of the methods used for sample preparation and analysis of cadmium in biological samples.

## 7.2   ENVIRONMENTAL SAMPLES

Analysis for cadmium in environmental samples is usually accomplished by AAS or AES techniques, with samples prepared by digestion with acid, preconcentrated with a chelating resin, or direct aspiration with no preparation (APHA 1977a, 1977b; EPA 1983a, 1983b, 1997b; OSHA 2002a, 2004; USGS 1985). Since cadmium in air is usually associated with particulate matter, standard methods involve collection of air samples on glass fiber or membrane filters, acid extraction of the filters, and subsequent analysis (APHA 1977a, 1977b; OSHA 2002a, 2002b). Inductively-coupled plasma spectrometry (ICP) analysis in standard methods is also popular. ICP analysis for water and air samples can be run in tandem with mass spectrometry (MS) or AES (EPA 1996b, 1997b, 2003; NIOSH 2003; OSHA 2002b). ACSV (Nimmo and Fones 1994), differential pulse anodic stripping voltammetry (DP-ASV) (Nam et al. 1994), and epithermal NAA (Landsberger and Wu 1993) have also been used for air analysis. The accuracy of the analysis of cadmium in acid digested atmospheric samples, measured by ACSV, was evaluated and compared with GFAAS and ICP/MS.

Several methods standardized by EPA (1983a, 1983b, 1994b, 1996a, 1996b, 1997b, 2000, 2003) are used for measuring concentrations of cadmium in water. Techniques to compensate for chemical and matrix interferences in all three methods are described by EPA (1983a, 1983b, 1994b, 1996a, 1996b, 1997b, 2000, 2003). After soils and solid wastes are extracted or solubilized by acid digestion, they may be analyzed for cadmium by the same AAS methods that are used for water (EPA 1986d, 1986e). Water can also be analyzed for cadmium by NAA methods (Saleh et al. 1993), PSA methods (Ostapczuk 1993), and anodic stripping voltammetry (ASV) (Daih and Huang 1992).

Sediment and soil samples have been analyzed for cadmium using the methods of GFAAS (Klemm and Bombach 1995). Preparation of the samples is generally accomplished by treatment with HCl and $HNO_3$

**Table 7-1.  Analytical Methods for Determining Cadmium in Biological Materials**

| Sample matrix | Preparation method | Analytical method | Sample detection limit | Percent recovery | Reference |
|---|---|---|---|---|---|
| Blood | Digestion with nitric acid; chelation with APDC and extraction with MIBK | AAS | <1 ng/mL[a] | 99 | Sharma et al. 1982 |
| Blood | Modification of matrix with diammonium hydrogen phosphate/Triton X-100 | GFAAS | 0.1 µg/L | 100.8±4.3 | Subramanian and Meranger 1981 |
| Blood/plasma | Digestion with nitric acid; wet ashed | GFAAS | 0.4 µg/L | No data | Roberts and Clark 1986 |
| Serum | Dilution with ammonia/Triton X-100 | ICP/MS | 0.01 ng/mL | No data | Stroh 1993 |
| Tissue and blood | Microwave digestion | FAAS/flow injection system | 0.15 µg/L | No data | Welz et al. 1991 |
| Human milk | Dilution with deionized and double distilled water | AAS | <0.01 ppb[a] | No data | Schulte-Lobbert and Bohn 1977 |
| Hair | Digestion with nitric acid | AAS | 0.07 µg/g[a] | 99 | Sharma et al. 1982 |
| Kidney | None (*in vivo*) | XRF | 170.1 µg/g | No data | Christoffersson et al. 1987 |
| Kidney/liver | Chelation and extraction with solvent | AAS/direct aspiration | 0.01 ppm[a] (liver) 1.9 mg (kidney) | No data | Gross et al. 1976 |
| Kidney/liver | None (*in vivo*) | NAA | 1.3 µg/g (liver) 1.9 mg (kidney) | No data | Scott and Chettle 1986 |
| Muscle | Wet ashed with concentrated sulfuric acid | NAA | 50 ppb | 50–65 | Lieberman and Kramer 1970 |
| Urine | Dilution with nitric acid | ETAAS | 0.045 µg/L | 97–101 | Komárek et al. 1991 |
| Urine | Modification of matrix with diammonium hydrogen phosphate/nitric acid | GFAAS | 0.09 ng/mL | 92.7–111.1 | Subramanian et al. 1983 |
| Urine | Digestion with nitric acid | AAS | 5.67 ng/mL[a] | 99.4 | Sharma et al. 1982 |
| Biological materials | Microwave digestion followed by extraction with APTH in MIBK | ICP/AES | 0.15 ng/mL | No data | Cordero et al. 1994 |
| Biological materials | Extraction with 1,5-bis(di-2-pyridylmethylene) thiocarbonohydrazide in MIBK | ICP/AES | 0.1 ng/mL | No data | Espinosa Almendro et al. 1992 |

APPX ATT_V6_3711

**Table 7-1.  Analytical Methods for Determining Cadmium in Biological Materials**

| Sample matrix | Preparation method | Analytical method | Sample detection limit | Percent recovery | Reference |
|---|---|---|---|---|---|
| Biological materials | Digestion with acid | GFAAS/flow injection system | 0.003 µg/L | No data | Ma et al. 1994a |
| Biological fluids (blood, urine) | Acidification | PSA | 0.001 µg/kg | No data | Ostapczuk 1993 |
| Biological materials | Dry tissues; irradiation followed by acid digestion | RNAA | 4 µg/kg | 98 | Woittiez et al. 1992 |
| Teeth, dentin, and enamlel | Digested in nitric acid, diluted with water | ETV-ICP-MS PN-ICP-MS | No data | No data | Grünke et al. 1996 |
| Whole blood, urine | Modified with palladium based modifier | ETAAS | 0.22 µg/L | No data | Moreira et al. 1995 |
| Biological materials | Digested with nitric acid and hydrogen peroxide | B-9001-95; ICP-AES | No data | 93 | USGS 1996 |

[a]Lowest concentration found

AAS = atomic absorption spectroscopy; APDC = ammonium pyrrolidenedithiocarbamate; APTH = 1,3-bis-[1-(2-pyridyl)ethylidene] thiocarbon-hydride; ETAAS = electrothermal atomic absorption spectroscopy; FAAS = flame atomic absorption; GFAAS = graphite furnace atomic absorption; ICP/AES = inductively coupled plasma atomic emission spectroscopy; ICPIMS = inductively coupled plasma mass spectrometry; MIBK = methyl isobutyl ketone; NAA = neutron activation analysis; PSA = potentiometric stripping analysis; RNAA = radio chemical neutron activation analysis; XRF = x-ray fluorescence

The most common method for analysis of cadmium in foods is AAS (Bruhn and Franke 1976; Dabeka 1979; Muys 1984), with GFAAS being one of the most common AAS methods used (Cabrera et al. 1995). The FDA's Total Diet Study 1991–1996 analyzed cadmium and other element concentrations in food by dry ash mineralization and GFAAS (Capar and Cunningham 2000). RNAA (Greenberg et al. 1979), differential pulse ASV (Satzger et al. 1982, 1984), and the calorimetric dithizone method (AOAC 1984) may also be employed. The AAS techniques appear to be most sensitive, with recoveries ranging from 94 to 109% (Bruhn and Franke 1976; Muys 1984). A method used to isolate cadmium by first extracting with bismuth diethyldithiocarbamate (Bi[DDC]$_3$) and then with zinc diethyldithiocarbamate (Zn[DDC]$_2$) in chloroform and then measuring by RNAA showed 94–106% recovery (Greenberg et al. 1979).

Table 7-2 summarizes some of the methods used for sample preparation and analysis of cadmium in environmental samples.

## 7.3   ADEQUACY OF THE DATABASE

Section 104(i)(5) of CERCLA, as amended, directs the Administrator of ATSDR (in consultation with the Administrator of EPA and agencies and programs of the Public Health Service) to assess whether adequate information on the health effects of cadmium is available. Where adequate information is not available, ATSDR, in conjunction with NTP, is required to assure the initiation of a program of research designed to determine the health effects (and techniques for developing methods to determine such health effects) of cadmium.

The following categories of possible data needs have been identified by a joint team of scientists from ATSDR, NTP, and EPA. They are defined as substance-specific informational needs that if met would reduce the uncertainties of human health assessment. This definition should not be interpreted to mean that all data needs discussed in this section must be filled. In the future, the identified data needs will be evaluated and prioritized, and a substance-specific research agenda will be proposed.

### 7.3.1   Identification of Data Needs

**Methods for Determining Biomarkers of Exposure and Effect.**

***Exposure.*** Measurements of cadmium in liver and kidney are all useful biological indices for human exposure to cadmium (Roels et al. 1981b). Human milk, human placentas, and maternal and neonatal

**Table 7-2. Analytical Methods for Determining Cadmium in Environmental Samples**

| Sample matrix | Preparation method | Analytical method | Sample detection limit | Percent recovery | Reference |
|---|---|---|---|---|---|
| Air | Collection on glass fiber filter; ashed with hydrochloric and nitric acids | Method 311; AAS | 0.005 µg/m$^3$ | 90 | APHA 1977b |
| Air | Collection on membrane filter; ashed with hydrochloric and nitric acids | Method 7048; AAS | 0.05 µg per sample | No data | NIOSH 1994 |
| Air | Collection on membrane filter; digestion with nitric acid and perchloric acid | Method 7300; ICP | 0.3 ng/mL | 99.8–105.2 | NIOSH 2003 |
| Air | Collection using filters, wipes, or bulk materials; desorbed with water extractions and mineral acid digestions | Method 121; AAS/AES | 0.004 µg/mL | 99.5 | OSHA 2002a |
| Air | Collection on membrane filter; digested in nitric acid, sulfuric acid, and hydrogen peroxide | Method 125G; ICP-AES | 0.14 µg[a]<br>0.47 µg[b] | No data | OSHA 2002b |
| Air | Collection on membrane filter; digested with nitric acid and small amounts of hydrochloric acid | Method 189; AAS/ AAS-HGA | 0.2 µg/m$^3$ (AAS)[a]<br>0.70 µg/m$^3$ (AAS)[b]<br>0.007µg/m$^3$ (AAS-HGA)[a]<br>0.025 µg/m$^3$ (AAS-HGA)[b] | No data | OSHA 2004 |
| Air | Collection on membrane filter, wipe, or bulk material; digest with nitric and hydrochloric acids | Method 206; ICP-AES | 0.0062 µg/mL[a]<br>0.0205 µg/mL[b] | No data | OSHA 1991 |
| Air | Irradiation UF filters | Epithermal NAA | 8 ng | No data | Landsberger et al. 1993 |
| Air (aerosols) | Acid digestion with filters | ACSV | 0.6 ng/mL | 100 | Nimmo and Fones 1994 |
| Atmospheric particles | Direct analysis | ETV-ICP-MS | pg/m$^3$ range | No data | Lüdke et al. 1997 |
| Water | Digestion with nitric acid | Method 213.1; AAS/direct aspiration | 5 µg/L | 94±24 | EPA 1983a |
| Water | Digestion with nitric acid | Method 213.2; AAS/ GFAAS | 0.1 µg/L | 96–99 | EPA 1983b |

APPX ATT_V6_3714

## Table 7-2. Analytical Methods for Determining Cadmium in Environmental Samples

| Sample matrix | Preparation method | Analytical method | Sample detection limit | Percent recovery | Reference |
|---|---|---|---|---|---|
| Water | On-line preconcentration with ion exchange or sorbent extraction columns | GFAAS/ flow injection system | 0.8 ng/L | No data | Welz et al. 1992 |
| Water | Digestion with nitric acid | Method 1637; chelation and GFAAS | 0.0075 µg/L | No data | EPA 1996a |
| Water | Digestion with nitric acid | Method 1638; ICP-MS | 0.025 µg/L | No data | EPA 1996b |
| Water | Preconcentrated with chelating resin | Method 1640; Online Chelation/ ICP-MS | 0.0024 µg/L | No data | EPA 1997b |
| Water | Digested with hydrochloric and nitric acids | Method 200.5; AVICP-AES | 0.1 µg/L | 98±1.1 | EPA 2003 |
| Water and Wastes | Digestion with acids | Method 200.7; ICP-AES | 1 µg/L (aqueous); 0.2 mg/kg (solids) | 82–98 | EPA 1994a |
| Various | Digestion with nitric and hydrochloric acids | Method 6010C; ICP-AES | No data | 97 | EPA 2000 |
| Water and sediments | No preconcentration or pretreatment | I-1135; AAS | 10 µg/L | No data | USGS 1985 |
| Water | Digested with whole water | I-4471-97; ICP-OES | 5 µg/L | No data | USGS 1998a |
| Various | Direct aspiration with no preconcentration or pretreatment | I-5135; AAS | 10 µg/L | No data | USGS 1985 |
| Soil | Digestion with nitric acid | Method 7130; AAS/direct aspiration | 0.005 mg/L | No data | EPA 1986e |
| Soil | Digestion with nitric acid | Method 7131; GFAAS | 0.1 µg/L | No data | EPA 1986d |
| Soil and sediment | Ultrasonic slurry in dilute nitric acid | GFAAS | No data | 100±10 | Klemm and Bombach 1995 |

## Table 7-2.  Analytical Methods for Determining Cadmium in Environmental Samples

| Sample matrix | Preparation method | Analytical method | Sample detection limit | Percent recovery | Reference |
|---|---|---|---|---|---|
| Sediment | Digestion with hydrochloric and nitric acid | LEAFS | 500 fg | No data | Zhou et al. 1998 |
| Soil and sediment | Digestion with hydrofluoric acid and nitric acid; complexation with DDPA using on-line sorbent extraction system | GFAAS/ flow injection system | 0.8 µg/L | No data | Ma et al. 1994b |
| Food | Dry ashed; oxidization with nitric acid | ASV/ differential pulse | 1 ng/g | 99–108 | Satzger et al. 1984 |
| Food | Dry ashed; complexation with APCD; extraction with isoamyl acetate | AAS | 0.1 ng/g | 97.5±2.5 | Bruhn and Franke 1976 |
| Food | Extraction with $Bi(DDC)_3$ then with $Zn(DDC)_2$ in chloroform | RNAA | 0.029 µg/g[c] | 94–106 | Greenberg et al. 1979 |
| Food (24 hour diet) | Microwave digestion with nitric acid and hydrogen peroxide | GFAAS | 0.004 µg/g | 94–101 | Yang et al. 1995 |
| Food | Dry ashed; complexation with NaDDTC; extraction with IBMK | GFAAS | 0.1 ppb[c] | 94–109 | Muys 1984 |
| Food | Homogenization followed by wet ashing | GFAAS | 0.01 ppb | 94–108 | Zhang et al. 1997 |
| Fruit | Homogenized fruit slurried with zirconia | ETAAS | 0.3 ng/g | 97.7±0.3 | Cabrera et al. 1995 |

[a]Qualitative detection limit
[b]Quantitative detection limit
[c]Lowest concentration found

AAS = atomic absorption spectroscopy; ACSV = adsorptive cathodic stripping voltametry; APCD = ammonium pyrrolidino carbodithioate; ASV = anodic stripping voltametry; AVICP-AES = axially viewed inductively coupled plasma-atomic emission spectrometry; $Bi(DDC)_3$ = bismuth diethyldithiocarbamate; DDPA = ammonium diethyldithiophosphate; ETV-ICP-MS = electrothermal vaporization inductively coupled plasma mass spectrometry; GFAAS = graphite furnace atomic absorption; HGA = heated graphite atomizer; IBMK = isobutyl methyl ketone; ICP = inductively coupled plasma; LEAFS = laser-excited atomic fluorescence spectrometry; MS = mass spectrometry; NAA = neutron activation analysis; NaDDTC = sodiumdiethyl-dithiocarbomate; OES = optical emission spectroscopy; RNAA = radiochemical neutron activation analysis; $Zn(DDC)_2$ = zinc diethyldithiocarbamate

blood have been investigated as means to determine exposures of women and infants to cadmium (Baranowska 1995; Abadin et al. 1997). Sensitive and selective methods are available for the detection and quantitation of cadmium in these biological materials (Elinder and Lind 1985; Sharma et al. 1982). Improved methods for sample preparation and *in vivo* analysis of liver and kidney content are needed to assist in monitoring environmentally exposed populations.

*Effect.* Sensitive methods are also available for measuring biological markers of cadmium effect, particularly urine or serum concentration of β2-microglobulin, retinol-binding protein, metallothionein, and creatinine (Kawada et al. 1990; Roels et al. 1989; Topping et al. 1986).

**Methods for Determining Parent Compounds and Degradation Products in Environmental Media.** Cadmium is ubiquitous in the environment and does not degrade. It is found in air, water, soil, sediments, and food. Analytical methods exist for the analysis of cadmium in all of these environmental media, and these methods have the sensitivity to measure background levels and detect elevated concentrations due to anthropogenic sources such as hazardous waste sites (EPA 1983a, 1983b, 1994b, 1996a, 1996b, 1997b, 2000, 2003). Additional research to reduce chemical and matrix interferences are needed to improve the speed and accuracy of the analyses.

## 7.3.2    Ongoing Studies

The National Report on Human Health Exposure to Environmental Chemicals is an ongoing biomonitoring assessment conducted by CDC. This survey measures over 200 chemicals in blood and urine from random samples collected from participants in the National Health and Nutrition Examination Survey (NHANES). The National Exposure Report was last published in 2009 and an update of biomonitoring levels for some of the chemicals, including cadmium, was published in 2012 (CDC 2012).

The information in Table 7-3 was found as a result of a search of the Federal Research in Progress database (FEDRIP 2008).

**Table 7-3. Ongoing Analytical Methods Studies on Cadmium**

| Investigator | Affiliation | Research description | Sponsor |
|---|---|---|---|
| Parker D | University of California | Isotopic dilution methods for probing the bioavailability of trace elements in soils and sediments | U.S. Department of Agriculture |
| Pierzynski G | Kansas State University | Chemistry, bioavailability, and toxicity of constituents in residuals and residual treated soils | U.S. Department of Agriculture |
| Schwab AP; Joern B; Johnston C | Purdue University | Chemistry and bioavailability of waste constituents in soils | U.S. Department of Agriculture |
| Santra S | University of Central Florida | Selective detection of toxic heavy metal ions using highly sensitive quantum dot probes | National Science Foundation |
| Swain G | Michigan State University | Diamond microelectrode arrays:  New materials for the electrochemical detection of aqueous analytes | U.S. Department of Agriculture |

Source:  FEDRIP 2008

This page is intentionally blank.

CADMIUM

345

## 8. REGULATIONS, ADVISORIES, AND GUIDELINES

MRLs are substance-specific estimates, which are intended to serve as screening levels, are used by ATSDR health assessors and other responders to identify contaminants and potential health effects that may be of concern at hazardous waste sites.

ATSDR has derived an acute-duration inhalation MRL of 0.03 μg $Cd/m^3$ for cadmium. This MRL is based on a LOAEL of 0.088 mg $Cd/m^3$ ($LOAEL_{HEC}$ of 0.01 mg $Cd/m^3$) for respiratory effects in rats exposed to cadmium oxide 6.2 hours/day, 5 days/week for 2 weeks (NTP 1995) and an uncertainty factor of 300 (10 for the use of a LOAEL, 3 for extrapolation from animals to humans with dosimetric adjustments, and 10 for human variability).

ATSDR has derived a chronic-duration inhalation MRL of 0.01 μg $Cd/m^3$ for cadmium. This MRL is based on the 95% lower confidence limit of the urinary cadmium level associated with a 10% extra risk of low molecular weight proteinuria ($UCDL_{10}$) estimated from a meta-analysis of environmental exposure data. An air concentration that would result in this urinary cadmium level (0.5 μg/g creatinine), assuming a dietary cadmium intake of 0.3 μg/kg/day, was estimated using biokinetic models. The estimated air concentration of 0.1 μg $Cd/m^3$ was divided by an uncertainty factor of 3 for human variability and a modifying factor of 3.

The EPA has not established a reference concentration (RfC) for cadmium.

ATSDR has derived an intermediate-duration oral MRL of 0.5 μg Cd/kg/day for cadmium. This MRL is based on a $BMDL_{std1}$ of 0.05 mg Cd/kg/day for skeletal effects in young female rats exposed to cadmium chloride in drinking water for 6, 9, or 12 months (Brzóska and Moniuszko-Jakoniuk 2005d) and an uncertainty factor of 100 (10 for extrapolation from animals to humans and 10 for human variability).

ATSDR has derived a chronic-duration oral MRL of 0.1 μg Cd/kg/day for cadmium. This MRL is based on the $UCDL_{10}$ for low molecular weight proteinuria estimated from a meta-analysis of environmental exposure data. A cadmium intake that would result in the $UCDL_{10}$ (0.5 μg/g creatinine) at age 55 was estimated using pharmacokinetic models. The cadmium intake of 0.33 μg/kg/day was divided by an uncertainty factor of 3 for human variability.

The EPA has established a reference dose (RfD) of $5 \times 10^{-4}$ mg/kg/day in water and $1 \times 10^{-3}$ mg/kg/day in food (IRIS 2012). The RfD is based on a chronic intake that would result in a kidney concentration of 200 μg/g ww.

The international and national regulations, advisories, and guidelines regarding cadmium in air, water, and other media are summarized in Table 8-1.

Cadmium compounds are included on the list of 189 chemicals listed as hazardous air pollutants under Section 112 of the Clean Air Act as amended (EPA 2007). Cadmium also is on the list of chemicals appearing in the Emergency Planning and Community Right-To-Know Act of 1986 (EPA 2008g). Under Title III of this statute, owners and operators of facilities that manufacture, import, process, or otherwise use the chemicals on this list of report annually their release of those chemicals to any environmental media.

Cadmium and cadmium chloride are designed as hazardous substances under Section 311 of the Clean Water Act; any discharge of these chemicals over a specified threshold level into navigable waters is subject to reporting requirements (EPA 2008c).

Cadmium is a hazardous waste under the Resource Conservation and Recovery Act (RCRA) under several circumstances. Groundwater monitoring is required at municipal solid waste landfills (EPA 2008d) and cadmium is considered a priority persistent, bioaccumulative, and toxic (PBT) chemical under RCRA waste minimization chemical listing (EPA 1998).

CADMIUM

8.  REGULATIONS, ADVISORIES, AND GUIDELINES

## Table 8-1.  Regulations, Advisories, and Guidelines Applicable to Cadmium

| Agency | | Description | Information | Reference |
|---|---|---|---|---|
| INTERNATIONAL | | | | |
| Guidelines: | | | | |
| | IARC | Carcinogenicity classification | | IARC 2008 |
| | | Cadmium and cadmium compounds | Group 1[a] | |
| | WHO | Air quality guidelines | | WHO 2000 |
| | | Cadmium[b,c] | 5 ng/m$^3$ | |
| | | Drinking water quality guidelines | | WHO 2004 |
| | | Cadmium | 0.003 mg/L | |
| NATIONAL | | | | |
| Regulations and Guidelines: | | | | |
| a.  Air | | | | |
| | ACGIH | Biological exposure indices | | ACGIH 2007 |
| | | Cadmium and inorganic compounds | | |
| | | Cadmium in urine | 5 µg/g creatinine | |
| | | Cadmium in blood | 5 µg/L | |
| | | TLV (8-hour TWA) | | |
| | | Cadmium | 0.01 mg/m$^3$ | |
| | | Hazardous air pollutant | | EPA 2007 |
| | | Cadmium compounds | Yes | 42 USC 7412 |
| | NIOSH | REL (10-hour TWA) | | NIOSH 2005 |
| | | Cadmium[f] | Potential occupational carcinogens | |
| | | Cadmium oxide | Potential occupational carcinogens | |
| | | IDLH | | |
| | | Cadmium (as Cd) | 9 mg/m$^3$ | |
| | | Cadmium oxide (as Cd) | 9 mg/m$^3$ | |
| | | Category of pesticides | | NIOSH 1992b |
| | | Cadmium carbonate | Group II pesticide[g] | |
| | | Cadmium chloride | Group I pesticide[h] | |
| | | Cadmium sulfate | Group II pesticide[g] | |

348

### Table 8-1.  Regulations, Advisories, and Guidelines Applicable to Cadmium

| Agency | | Description | Information | Reference |
|---|---|---|---|---|
| NATIONAL *(cont.)* | | | | |
| | OSHA | PEL (8-hour TWA) for general industry | | OSHA 2007a 29 CFR 1910.1027 |
| | | Cadmium (as Cd) | 5 µg/m$^3$ | |
| | | PEL (8-hour TWA) for shipyard industry | | OSHA 2007b 29 CFR 1915.1027 |
| | | Cadmium (as Cd) | 5 µg/m$^3$ | |
| | | PEL (8-hour TWA) for construction industry | | OSHA 2007c 29 CFR 1926.1127 |
| | | Cadmium (as Cd) | 5 µg/m$^3$ | |
| b.  Water | | | | |
| | EPA | Designated as hazardous substances in accordance with Section 311(b)(2)(A) of the Clean Water Act | | EPA 2008b 40 CFR 116.4 |
| | | Cadmium chloride | Yes | |
| | | Drinking water standards and health advisories | | EPA 2011b |
| | | Cadmium | | |
| | | 1-day health advisory for a 10-kg child | 0.04 mg/L | |
| | | 10-day health advisory for a 10-kg child | 0.04 mg/L | |
| | | DWEL | 0.02 mg/L | |
| | | Lifetime | 0.005 mg/L | |
| | | National primary drinking water standards | | EPA 2009b |
| | | Cadmium | | |
| | | MCL | 0.005 mg/L | |
| | | Public health goal | 0.005 mg/L | |
| | | Reportable quantities of hazardous substances designated pursuant to Section 311 of the Clean Water Act | | EPA 2008c 40 CFR 117.3 |
| | | Cadmium chloride | 10 pounds | |
| | | Toxic pollutants designated pursuant to Section 307(a)(1) of the Clean Water Act | | EPA 2008h 40 CFR 401.15 |
| | | Cadmium and compounds | Yes | |
| c.  Food | | | | |
| | FDA | Bottled drinking water | | FDA 2007 21 CFR 165.110 |
| | | Cadmium | 0.005 mg/L | |
| | | EAFUS | No data | FDA 2008 |

**Table 8-1.  Regulations, Advisories, and Guidelines Applicable to Cadmium**

| Agency | | Description | Information | Reference |
|---|---|---|---|---|
| NATIONAL (cont.) | | | | |
| d.  Other | | | | |
| | ACGIH | Carcinogenicity classification | | ACGIH 2007 |
| | | Cadmium | A2[j] | |
| | | Cadmium compounds (as Cd) | A2[j] | |
| | EPA | Carcinogenicity classification | | IRIS 2012 |
| | | Cadmium | Group B1[k] | |
| | | Inhalation unit risk | | |
| | | Cadmium | $1.8 \times 10^{-3}$ per $\mu g/m^3$ | |
| | | RfC | | |
| | | Cadmium | No data | |
| | | RfD | | |
| | | Cadmium | | |
| | | Food | $1 \times 10^{-3}$ mg/kg-day | |
| | | Water | $5 \times 10^{-4}$ mg/kg-day | |
| | | RCRA waste minimization PBT priority chemical list | | EPA 1998 63 FR 60332 |
| | | Cadmium | Yes | |
| | | Standards for owners and operators of hazardous waste TSD facilities; groundwater monitoring list | | EPA 2008d 40 CFR 264, Appendix IX |
| | | Cadmium | Yes | |
| | | Superfund, emergency planning, and community right-to-know | | |
| | | Designated CERCLA hazardous substance | | EPA 2008e 40 CFR 302.4 |
| | | Cadmium | Yes[l,m] | |
| | | Cadmium and compounds | Yes[n] | |
| | | Cadmium chloride | Yes[o] | |
| | | Reportable quantity | | |
| | | Cadmium | 10 pounds | |
| | | Cadmium and compounds | None[p] | |
| | | Cadmium chloride | 10 pounds | |

**Table 8-1. Regulations, Advisories, and Guidelines Applicable to Cadmium**

| Agency | Description | Information | Reference |
|---|---|---|---|
| NATIONAL (cont.) | | | |
| EPA | Superfund, emergency planning, and community right-to-know | | |
| | Effective date of toxic chemical release reporting | | EPA 2008g 40 CFR 372.65 |
| | Cadmium | 01/01/1987 | |
| | Cadmium compounds[q] | 01/01/1987 | |
| | Extremely Hazardous Substances | | EPA 2008f 40 CFR 355, Appendix A |
| | Cadmium oxide | | |
| | Reportable quantity | 100 pounds | |
| | Threshold planning quantity | 100/10,000 pounds | |
| NTP | Carcinogenicity classification | | NTP 2011 |
| | Cadmium and cadmium compounds | Known to be human carcinogens | |

[a]Group 1: The agent is carcinogenic to humans.
[b]The guideline value is based on the prevention of a further increase of cadmium in agricultural soils, which is likely to increase the dietary intake.
[c]TWA based on effects other than cancer or odor/annoyance using an averaging time of 1 year.
[d]Respirable fraction.
[e]Higher current priority chemical for guideline development.
[f]REL applies to all cadmium compounds (as Cd).
[g]Group II pesticide: Contains the pesticides that pose as significant risk of carcinogenic, teratogenic, neurotoxic, or reproductive effects
[h]Group I pesticide: Contains the pesticides that pose as significant risk of adverse acute health effects at low concentrations
[i]The CMC is an estimate of the highest concentration of a material in surface water to which an aquatic community can be exposed briefly without resulting in an unacceptable effect. The CCC is an estimate of the highest concentration of a material in surface water to which an aquatic community can be exposed indefinitely without resulting in an unacceptable effect.
[j]A2: Suspected human carcinogen.
[k]Group B1: Probable human carcinogen based on limited evidence of carcinogenicity in humans.
[l]Designated CERCLA hazardous substance pursuant to Section 307(a) of the Clean Water Act.
[m]No reporting of releases of this hazardous substance is required if the diameter of the pieces of the solid metal released is larger than 100 micrometers (0.004 inches).
[n]Designated CERCLA hazardous substance pursuant to Section 307(a) of the Clean Water Act and Section 112 of the Clean Air Act.
[o]Designated CERCLA hazardous substance pursuant to Section 311(b)(2) of the Clean Water Act.
[p]Indicates that no reportable quantity is being assigned to the generic or broad class.
[q]Cadmium compounds: Includes any unique chemical substance that contains cadmium as part of that chemical's infrastructure.

ACGIH = American Conference of Governmental Industrial Hygienists; AEGL = acute exposure guideline levels; CCC = Criterion Continuous Concentration; CERCLA = Comprehensive Environmental Response, Compensation, and Liability Act; CFR = Code of Federal Regulations; CMC = Criteria Maximum Concentration; DWEL = drinking water equivalent level; EAFUS = Everything Added to Food in the United States; EPA = Environmental Protection Agency; FDA = Food and Drug Administration; IARC = International Agency for Research on Cancer; IDLH = immediately dangerous to life or health; IRIS = Integrated Risk Information System; MCL = maximum contaminant level; NIOSH = National Institute for Occupational Safety and Health; NTP = National Toxicology Program; OSHA = Occupational Safety and Health Administration; PBT = persistant, bioaccumulative, and toxic; PEL = permissible exposure limit; RCRA = Resource Conservation and Recovery Act; REL = recommended exposure limit; RfC = inhalation reference concentration; RfD = oral reference dose; TLV = threshold limit values; TSD = treatment, storage, and disposal; TWA = time-weighted average; USC = United States Code; WHO = World Health Organization

CADMIUM                                                                                                     351

# 9.  REFERENCES

Abadin HG, Hibbs BF, Pohl HR.  1997.  Breast-feeding exposures of infants to cadmium, lead, and mercury:  A public health viewpoint.  Toxicol Ind Health 13(4):495-517.

Abdel-Saheb I, Schwab AP, Banks MK, et al.  1994.  Chemical characterization of heavy metal contaminated soil in southeast Kansas.  Water Air Soil Pollut 78:73-82.

Abrahim KS, Abdel-Gawad NB, Mahmoud AM, et al.  2011.  Genotoxic effect of occupational exposure to cadmium.  Toxicol Ind Health 27(2):173-179.

ACGIH.  2007.  Cadmium.  Threshold limit values for chemical substances and physical agents and biological exposure indices.  Cincinnati, OH:  American Conference of Governmental Industrial Hygienists, 17.

Adams RG, Harrison JF, Scott P.  1969.  The development of cadmium-induced proteinuria, impaired renal function, and osteomalacia in alkaline battery workers.  Q J Med 152:425-443.

Adamsson E, Piscator M, Nogawa K.  1979.  Pulmonary and gastrointestinal exposure to cadmium oxide dust in a battery factory.  Environ Health Perspect 28:219-222.

Ades AE, Kazantzis G.  1988.  Lung cancer in a non-ferrous smelter:  The role of cadmium.  Br J Ind Med 45:435-442.

Adinolfi M.  1985.  The development of the human blood-CSF-brain barrier.  Dev Med Child Neurol 27:532-537.

Adlercreutz H.  1995.  Phytoestrogens:  Epidemiology and a possible role in cancer protection.  Environ Health Perspect Suppl 103(7):103-112.

Agarwal, S; Zaman, T; Tuzcu, EM; et al.  2011.  Heavy metals and cardiovascular disease:  Results from the National Health and Nutrition Examination Survey (NHANES) 1999-2006.  Angiology 62(5):422-429.

Agency for Toxic Substances and Disease Registry.  1989.  Decision guide for identifying substance-specific data needs related to toxicological profiles.  Atlanta, GA:  Agency for Toxic Substances and Disease Registry, Division of Toxicology.

Agency for Toxic Substances and Disease Registry.  1990a.  Biomarkers of organ damage or dysfunction for the renal, hepatobiliary, and immune systems.  Subcommittee on Biomarkers of Organ Damage and Dysfunction.  Atlanta, GA:  Agency for Toxic Substances and Disease Registry.

Agency for Toxic Substances and Disease Registry.  1990b.  Case studies in environmental medicine:  Cadmium toxicity.  Atlanta, GA:  Agency for Toxic Substances and Disease Registry.

_____

* Not cited in text

Akahori F, Masaoka T, Arai S. 1994. A nine-year chronic toxicity study of cadmium in monkeys. II. Effects of dietary cadmium on circulatory function plasma cholesterol and triglyceride. Vet Hum Toxicol 36(4):290-294.

Åkesson A, Berglund M, Schutz A, et al. 2002. Cadmium exposure in pregnancy and lactation in relation to iron status. Am J Public Health 92(2):284-287.

Åkesson A, Julin B, Wolk A. 2008. Long-term dietary cadmium intake and postmenopausal endometrial cancer incidence: A population-based prospective cohort study. Cancer Res 68(15):6435-6441.

Åkesson A, Lundh T, Vahter M, et al. 2005. Tubular and glomerular kidney effects in Swedish women with low environmental cadmium exposure. Environ Health Perspect 113(11):1627-1631.

Akinloye O, Arowojolu AO, Shittu OB, et al. 2006. Cadmium toxicity: A possible cause of male infertility in Nigeria. Reprod Biol 6(1):17-30.

Alessio L, Apostoli P, Forni A, et al. 1993. Biological monitoring of cadmium exposure: An Italian experience. Scand J Work Environ Health 19:27-33.

Alessio L, Berlin A, Dell'Orto A, et al. 1985. Reliability of urinary creatinine as a parameter used to adjust values of urinary biological indicators. Int Arch Occup Environ Health 55:99-106.

Alfvén T, Elinder CG, Carlsson MD, et al. 2000. Low-level cadmium exposure and osteoporosis. J Bone Miner Res 15(8):1579-1586.

Alfvén T, Elinder CG, Hellstrom L, et al. 2004. Cadmium exposure and distal forearm fractures. J Bone Miner Res 19(6):900-905.

Alfvén T, Jarup L, Elinder C. 2002a. Cadmium and lead in blood in relation to low bone mineral density and tubular proteinuria. (Erratum in: Environ Health Perspect 110(9):A505). Environ Health Perspect 110(7):699-702.

Ali MM, Murthy RC, Chandra SV. 1986. Developmental and long term neurobehavioral toxicity of low level *in utero* cadmium exposure in rats. Neurobehav Toxicol Teratol 8:463-468.

Alloway BJ, Steinnes E. 1999. Anthropogenic additions of cadmium to soils. In: Cadmium in soils and plants. Kluwer Academic Publishers, 97-123.

Alloway BJ, Jackson AP, Morgan H. 1990. The accumulation of cadmium by vegetables grown on soils contaminated from a variety of sources. Sci Total Environ 91:223-236.

Altman PK, Dittmer DS. 1974. Biological handbooks: Biology data book. Vol. III. 2nd ed. Bethesda, MD: Federation of American Societies for Experimental Biology, 1987-2008, 2041.

Amacher DE, Paillet SC. 1980. Induction of trifluorothymidine-resistant mutants by metal ions in L5178Y/TK$^{+/-}$cells. Mutat Res 78:279-288.

Andersen ME, Krishnan K. 1994. Relating i*n vitro* to *in vivo* exposures with physiologically based tissue dosimetry and tissue response models. In: Salem H, ed. Animal test alternatives: Refinement, reduction, replacement. New York, NY: Marcel Dekker, Inc., 9-25.

Andersen ME, Clewell HJ, Gargas ML, et al. 1987a. Physiologically based pharmacokinetics and the risk assessment process for methylene chloride. Toxicol Appl Pharmacol 87:185-205.

*Andersen ME, MacNaughton MG, Clewell HJ, et al. 1987b. Adjusting exposure limits for long and short exposure periods using a physiological pharmacokinetic model. Am Ind Hyg Assoc J 48(4):335-343.

*Andersen O, Nielsen JB, Jones MM. 1989. Effects of dithiocarbamates on intestinal absorption and organ distribution of cadmium chloride in mice. Pharmacol Toxicol 64:239-243.

Andersen O, Nielsen JB, Svendsen P. 1988. Oral cadmium chloride intoxication in mice: Effects of dose on tissue damage, intestinal absorption and relative organ distribution. Toxicology 48:225-236.

Ando M, Hiratsuka N, Nakagawa J, et al. 1998. Cadmium accumulation in rats treated orally with cadmium chloride for 8 months. J Toxicol Sci 23(3):243-248.

*Ando M, Matsui S, Jinno H, et al. 1988. Generation of hypophosphatemia in rats by continuous oral administration of cadmium. Toxicology 53:1-10.

Angelo RT, Cringan MS, Chamberlain DL, et al. 2007. Residual effects of lead and zinc mining on freshwater mussels in the Spring River Basin (Kansas, Missouri, and Oklahoma, USA). Sci Total Environ 384:467-496.

Anonymous. 1994. Heavy metals in sewage sludge. Food Chem Toxicol 32(6):583-588.

Antonio MT, Peinado V, Gonzalez JC, et al. 2010. Effects of maternal cadmium administration on development of monoaminergic, GABAergic and glutamatergic systems. Environ Toxicol Pharmacol 29(1):87-90.

AOAC. 1984. In: Williams S, ed. Official methods of analysis of the Association of Official Analytical Chemists. 14th ed. Arlington, VA: Association of Official Analytical Chemists, Inc., 444-453.

Aoshima K, Fan J, Cai Y, et al. 2003. Assessment of bone metabolism in cadmium-induced renal tubular dysfunction by measurements of biochemical markers. Toxicol Lett 136(3):183-192.

APHA. 1977a. Tentative method of analysis for cadmium content of atmospheric particulate matter. Method 304. In: Katz M, ed. Methods of air sampling and analysis. 2nd ed. Washington, DC: American Public Health Association, 444-446.

APHA. 1977b. Tentative method of analysis for cadmium content of atmospheric particulate matter by atomic absorption spectroscopy. Method 311. In: Katz M, ed. Methods of air sampling and analysis. 2nd ed. Washington, DC: American Public Health Association, 466-471.

Apinan R, Satarug S, Ruengweerayut R, et al. 2010. The influence of iron stores on cadmium body burden in a Thai population. Environ Geochem Health 32(3):237-242.

Arisawa K, Nakano A, Honda S, et al. 1997. Reproducibility of urinary β-microglobulin and cadmium excretion among residents in a cadmium-polluted area during a 3-year period. Toxicol Lett 91:147-152.

Arisawa K, Nakano A, Saito H, et al. 2001. Mortality and cancer incidence among a population previously exposed to environmental cadmium. Int Arch Occup Environ Health 74:255-262.

*Arisawa K, Uemura H, Hiyoshi M, et al. 2007a. Cadmium-induced renal dysfunction and mortality in two cohorts: Disappearance of the association in a generation born later. Toxicol Lett 169(3):214-221.

Arisawa K, Uemura H, Hiyoshi M, et al. 2007b. Cause-specific mortality and cancer incidence rates in relation to urinary β2-microglobulin: 23-Year follow-up study in a cadmium-polluted area. Toxicol Lett 173(3):168-174.

Armstrong BG, Kazantzis G. 1983. The mortality of cadmium workers. Lancet 1(8339):1425-1427.

Arnason JG, Fletcher BA. 2003. A 40+ year record of Cd, Hg, Pb, and U deposition in sediments of Patroon Reservoir, Albany County, NY, USA. Environ Pollut 123:383-391.

Arora M, Weuve J, Schwartz J, et al. 2008. Association of environmental cadmium exposure with pediatric dental caries. Environ Health Perspect 116(6):821-825.

Arora M, Weuve J, Schwartz J, et al. 2009. Association of environmental cadmium exposure with periodontal disease in U.S. adults. Environ Health Perspect 117(5):739-744.

*Arvidson B. 1980. Regional differences in severity of cadmium-induced lesions in the peripheral nervous system in mice. Acta Neuropathol (Berl) 49:213-223.

ASTER. 1994. ASTER (Assessment Tools for the Evaluation of Risk) ecotoxicity profile. Duluth, MN: Environmental Research Laboratory, U.S. Environmental Protection Agency.

ASTER. 1995. ASTER (Assessment Tools for the Evaluation of Risk) ecotoxicity profile. Duluth, MN: U.S. Environmental Protection Agency, Environmental Research Laboratory.

Aurelio L-M, Pilar DL, Fulgencio GG, et al. 1993. Levels of cadmium, lead and zinc protoporphyrin absorption in different risk groups. Ann Occup Hyg 37(6):655-663.

Autier V, White D. 2004. Examination of cadmium sorption characteristics for a boreal soil near Fairbanks, Alaska. J Hazard Mater 106B:149-155.

Axelsson B, Piscator M. 1966. Renal damage after prolonged exposure to cadmium. An experimental study. Arch Environ Health 12:360-373.

Baer KN, Benson WH. 1987. Influence of chemical and environmental stressors on acute cadmium toxicity. J Toxicol Environ Health 22:35-44.

Baker TD, Hafner WG. 1961. Cadmium poisoning from a refrigerator shelf used as an improvised barbecue grill. Public Health Rep 76:543-544.

Bako G, Smith ES, Hanson J, et al. 1982. The geographical distribution of high cadmium concentrations in the environment and prostate cancer in Alberta. Can J Public Health 73:92-94.

*Balaraman R, Gulati OD, Bhatt JD, et al. 1989. Cadmium-induced hypertension in rats. Pharmacology 38:226-234.

Bandara JM, Wijewardena HV, Liyanege J, et al. 2010. Chronic renal failure in Sri Lanka caused by elevated dietary cadmium: Trojan horse of the green revolution. Toxicol Lett 198(1):33-39.

Baranowska I. 1995. Lead and cadmium in human placentas and maternal and neonatal blood (in a heavily polluted area) measured by graphite furnace atomic absorption spectrometry. Occup Environ Med 52(4):229-32.

Baranski B. 1984. Behavioral alterations in offspring of female rats repeatedly exposed to cadmium oxide by inhalation. Toxicol Lett 22:53-61.

Baranski B. 1985. Effect of exposure of pregnant rats to cadmium on prenatal and postnatal development of the young. J Hyg Epidemiol Microbiol Immunol 29:253-262.

Baranski B. 1987. Effect of cadmium on prenatal development and on tissue cadmium, copper and zinc concentrations in rats. Environ Res 42:54-62.

Baranski B, Sitarek K. 1987. Effect of oral and inhalation exposure to cadmium on the oestrous cycle in rats. Toxicol Lett 36:267-273.

Baranski B, Stetkiewicz I, Sitarek K, et al. 1983. Effects of oral, subchronic cadmium administration on fertility, prenatal and postnatal progeny development in rats. Arch Toxicol 54:297-302.

Bargagli R. 1993. Cadmium in marine organisms from the Tyrrhenian Sea: No evidence of pollution or biomagnification. Oebalia 19:13-25.

Barnes DG, Dourson M. 1988. Reference dose (RfD): Description and use in health risk assessments. Regul Toxicol Pharmacol 8:471-486.

Barnhart S, Rosenstock L. 1984. Cadmium chemical pneumonitis. Chest 86:789-791.

Barrett HM, Irwin DA, Semmons E. 1947. Studies on the toxicity of inhaled cadmium. I. The acute toxicity of cadmium oxide by inhalation. J Ind Hyg Toxicol 29:279-285.

Basinger MA, Jones MM, Holscher MA, et al. 1988. Antagonists for acute oral cadmium chloride intoxication. J Toxicol Environ Health 23:77-89.

Bassendowska-Karska E, Zawadzka-Kos M. 1987. Cadmium sulfate does not induce sister chromatid exchanges in human lymphocytes *in vitro*. Toxicol Lett 37:173-175.

Bauchinger M, Schmid E, Einbrodt HJ, et al. 1976. Chromosome aberrations in lymphocytes after occupational exposure to lead and cadmium. Mutat Res 49:57-62.

Beevers DG, Cruickshank JK, Yeoman WB, et al. 1980. Blood-lead and cadmium in human hypertension. J Environ Pathol Toxicol 4:251-260.

Benoff S, Hauser R, Marmar JL, et al. 2009. Cadmium concentrations in blood and seminal plasma: Correlations with sperm number and motility in three male populations (infertility patients, artificial insemination donors, and unselected volunteers). Mol Med 15(7-8):248-262.

Berger GS, ed. 1994. Epidemiology of endometriosis. In: Endometriosis: Advanced management and surgical techniques. New York, NY: Springer-Verlag, 3-7.

CADMIUM                                                                    356

9. REFERENCES

*Berlin M, Fredricsson B, Linge G. 1961. Bone marrow changes in cadmium poisoning in rabbits. Arch Environ Health 3:58-66.

Bermond A, Bourgeois S. 1992. Influence of soluble organic matter on cadmium mobility in model compounds and in soils. Analyst 117(3):685-687.

Bernard AM, Lauwerys R. 1981. Retinol binding protein in urine: A more practical index than urinary $\beta_2$-microglobulin for the routine screening of renal tubular function. Clin Chem 27:1781-1782.

Bernard AM, Lauwerys R. 1986. Effects of cadmium exposure in humans. In: Foulkes EC, ed. Handbook of experimental pharmacology. Vol. 80. Berlin: Springer Verlag, 135-177.

Bernard AM, Lauwerys R. 1989. Cadmium, NAG activity, and $\beta_2$-microglobulin in the urine of cadmium pigment workers. Br J Ind Med 46:679-680.

Bernard A, Buchet JP, Roels H, et al. 1979. Renal excretion of proteins and enzymes in workers exposed to cadmium. Eur J Clin Invest 9:11-22.

Bernard A, Goret A, Buchet JP, et al. 1980. Significance of cadmium levels in blood and urine during long-term exposure of rats to cadmium. J Toxicol Environ Health 6:175-184.

Bernard A, Lauwerys R, Amor AO. 1992. Loss of glomerular polyanion correlated with albuminura in experimental cadmium nephropathy. Arch Toxicol 66:272-278.

Bernard A, Stolte H, DeBroe ME, et al. 1997. Urinary biomarkers to detect significant effects of environmental and occupational exposure to nephrotoxins. IV. Current information on interpreting the health implications of tests. Renal Fail 19(4):553-566.

Bernard AM, de Russis R, Amor AO, et al. 1988a. Potentiation of cadmium nephrotoxicity by acetaminophen. Arch Toxicol 62:291-294.

*Bernard AM, Lauwerys R, Gengoux P, et al. 1984. Anti-laminin antibodies in Sprague-Dawley and brown Norway rats chronically exposed to cadmium. Toxicology 31:307-313.

*Bernard AM, Ouled A, Roels H, et al. 1988b. Lack of relationship between urinary plycosaminoglycans and indices of tubular or glomerular renal damage: Urinary GAG are an unreliable nephrotoxicity index. Nephron 48:82-83.

*Bernard AM, Ouled Amor A, Lauwerys RR. 1988c. Decrease of erythrocytes and glomerular membrane negative charges in chronic cadmium poisoning. Br J Ind Med 45:112-115.

Bernard AM, Roels H, Cardenas A, et al. 1990. Assessment of urinary protein 1 and transferrin as early markers of cadmium nephrotoxicity. Br J Ind Med 47:559-565.

Beton DC, Andrews GS, Davies HJ, et al. 1966. Acute cadmium fume poisoning; five cases with one death from renal necrosis. Br J Ind Med 23:292-301.

*Bevan C, Foulkes EC. 1989. Interaction of cadmium with brush border membrane vesicles from the rat small intestine. Toxicology 54:297-309.

Beyer WN. 1986. A reexamination of biomagnification of metals in terrestrial food chains [Letter]. Environ Toxicol Chem 5:863-864.

Beyer WN, Stafford C. 1993. Survey and evaluation of contaminants in earth worms and in soils derived from dredged material at confined disposal facilities in the Great Lakes region. Environ Monit Assess 24:151-165.

Beyer WN, Hensler G, Moore J. 1987. Relation of pH and other soil variables to concentrations of Pb, Cu, Zn, Cd, and Se in earthworms. Pedobiolgia 30:167-172.

Bhattacharyya MH, Sellers DA, Peterson DP. 1986. Postlactational changes in cadmium retention and mice orally exposed to cadmium during pregnancy and lactation. Environ Res 40:145-154.

Bhattacharyya MH, Whelton BD, Peterson DP. 1981. Gastrointestinal absorption of cadmium in mice during gestation and lactation. I. Short-term exposure studies. Toxicol Appl Pharmacol 61:335-342.

Bhattacharrya MH, Whelton DB, Peterson DP. 1982. Gastrointestinal absorption of cadmium in mice during gestation and lactation. II. Continuous exposure studies. Toxicol Appl Pharmacol 66:368-375.

Bhattacharyya MH, Whelton BD, Peterson DP, et al. 1988a. Kidney changes in multiparous mice fed a nutrient-sufficient diet containing cadmium. Toxicology 50:205-215.

Bhattacharyya MH, Whelton BD, Peterson DP, et al. 1988b. Skeletal changes in multiparous mice fed a nutrient-sufficient diet containing cadmium. Toxicology 50:193-204.

Bhattacharyya MH, Whelton BD, Stern PH, et al. 1988c. Cadmium accelerates bone loss in ovariectomized mice and fetal rat limb bones in culture. Proc Natl Acad Sci 85:8761-8765.

Bjornberg A. 1963. Reactions to light in yellow tattoos from cadmium sulfide. Arch Dermatol 88:267-271.

Blaha K, Nerudova J, Jehlicova H, et al. 1995. *In vivo* and *in vitro* efficacy of a new carbodithioate for the mobilization of cadmium. J Toxicol Environ Health 44:87-100.

Blainey JD, Adams RG, Brewer DB, et al. 1980. Cadmium-induced osteomalacia. Br J Ind Med 37:278-284.

Blakley BR. 1985. The effect of cadmium chloride on the immune response in mice. Can J Comp Med 49:104-108.

Blakley BR. 1986. The effect of cadmium on chemical- and viral-induced tumor production in mice. J Appl Toxicol 6:425-429.

Blakley BR. 1988. Humoral immunity in aged mice exposed to cadmium. Can J Vet Res 52:291-292.

*Boisset M, Girard F, Godin J, et al. 1978. Cadmium content of lung, liver and kidney in rats exposed to cadmium oxide fumes. Int Arch Occup Environ Health 41:41-53.

Bomhard E, Maruhn D, Paar D, et al. 1984. Urinary enzyme measurements as sensitive indicators of chronic cadmium nephrotoxicity. Contrib Nephrol 42:142-147.

Bomhard E, Vogel O, Loser E. 1987. Chronic effects on single and multiple oral and subcutaneous cadmium administration on the testes of Wistar rats. Cancer Lett 36:307-315.

Bonnell JA. 1955. Emphysema and proteinuria in men casting copper-cadmium alloys. Br J Ind Med 12:181-197.

Bonnevie NL, Huntley SL, Found BW, et al. 1994. Trace metal contamination in surficial sediments for Newark Bay, New Jersey. Sci Total Environ 144:1-16.

*Borgman RF, Au B, Chandra RK. 1986. Immunopathology of chronic cadmium administration in mice. Int J Immunopharmacol 8:813-817.

Börjesson J, Bellander T, Järup L, et al. 1997. *In vivo* analysis of cadmium in battery workers versus measurements of blood, urine, and workplace air. Occup Environ Med 54(6):424-431.

Börjesson J, Gerhardsson L, Schutz A, et al. 2001. Kidney cadmium as compared to other markers of cadmium exposure in workers at a secondary metal smelter. Am J Ind Med 39(1):19-28.

Borzelleca JF, Clarke EC, Condcie LW. 1989. Short-term toxicity (1 and 10 days) of cadmium chloride in male and female rats: Gavage and drinking water. J Am Coll Toxicol 8:377-404.

Boscolo P, Carmignani M. 1986. Mechanisms of cardiovascular regulation in male rabbits chronically exposed to cadmium. Br J Ind Med 43:605-610.

Boudreau J, Vincent R, Nadeau D, et al. 1989. The response of the pulmonary surfactant-associated alkaline phosphatase following acute cadmium chloride inhalation. Am Ind Hyg Assoc J 50:331-335.

Boularbah A, Morel JL, Bitton, et al. 1992. Cadmium biosorption and toxicity to six cadmium-resistant gram-positive bacteria isolated from contaminated soil. Environ Toxicol Water Qual 7:237-246.

Bouley G, Arsac F, Dubreuil A, et al. 1984. Natural and acquired resistance of mice to infection by airborne *Klebsiella pneumoniae* after subchronic intoxication by cadmium administered orally. Sci Total Environ 38:55-62.

Bouley G, Chaumard C, Quero AM, et al. 1982. Opposite effects of inhaled cadmium microparticles on mouse susceptibility to an airborne bacterial and an airborne viral infection. Sci Total Environ 23:185-188.

Bråtveit, M; Mageroy, N; Gundersen, H; et al. 2011. Biomarker of chronic cadmium exposure in a population residing in the vicinity of a zinc producing plant. Sci Total Environ 409:4222-4228.

Brockhaus A, Collet W, Dolgner R, et al. 1988. Exposure to lead and cadmium of children living in different areas of North-West Germany: Results of biological monitoring studies 1982-1986. Int Arch Occup Environ Health 60:211-222.

Bronstein AC, Currance PL. 1988. Emergency care for hazardous materials exposure. St. Louis, MO: The C.V. Mosby Company, 133-134.

Bruce WR, Heddle JA. 1979. The mutagenic activity of 61 agents as determined by the micronucleus, *salmonella*, and sperm abnormality assays. Can J Genet Cytol 21:319-334.

Bruhn JC, Franke AA. 1976. Lead and cadmium in California raw milk. J Dairy Sci 59:1711-1717.

Brumbaugh WG, Schmitt CJ, May TW. 2005. Concentrations of cadmium, lead, and zinc in fish from mining-influenced waters of Northeastern Oklahoma: Sampling of blood, carcass, and liver for aquatic biomonitoring. Arch Environ Contam Toxicol 49:76-88.

Brzóska MM. 2012. Low-level chronic exposure to cadmium enhances the risk of long bone fractures: A study on a female rat model of human lifetime exposure. J Appl Toxicol 32(1):34-44.

Brzóska MM, Moniuszko-Jakoniuk J. 2004a. Low-level exposure to cadmium during the lifetime increases the risk of osteoporosis and fractures of the lumbar spine in the elderly: Studies on a rat model of human environmental exposure. Toxicol Sci 82:468-477.

Brzóska MM, Moniuszko-Jakoniuk J. 2004b. Low-level lifetime exposure to cadmium decreases skeletal mineralization and enhances bone loss in aged rats. Bone 35(5):1180-1191.

Brzóska MM, Moniuszko-Jakoniuk J. 2005a. Bone metabolism of male rats chronically exposed to cadmium. Toxicol Appl Pharmacol 207(3):195-211.

Brzóska MM, Moniuszko-Jakoniuk J. 2005b. Effect of chronic exposure to cadmium on the mineral status and mechanical properties of lumbar spine of male rats. Toxicol Lett 157(2):161-172.

Brzóska MM, Moniuszko-Jakoniuk J. 2005c. Effect of low-level lifetime exposure to cadmium on calciotropic hormones in aged female rats. Arch Toxicol 79(11):636-646.

Brzóska MM, Moniuszko-Jakoniuk J. 2005d. Disorders in bone metabolism of female rats chronically exposed to cadmium. Toxicol Appl Pharmacol 202(1):68-83.

*Brzóska MM, Kaminski M, Dziki M, et al. 2004a. Changes in the structure and function of the kidney of rats chronically exposed to cadmium. II. Histoenzymatic studies. Arch Toxicol 78(4):226-231.

Brzóska MM, Majewska K, Kupraszewicz E. 2010. Effects of low, moderate and relatively high chronic exposure to cadmium on long bones susceptibility to fractures in male rats. Environ Toxicol Pharmacol 29(3):235-245.

Brzóska MM, Majewska K, Moniuszko-Jakoniuk J. 2004b. Mineral status and mechanical properties of lumbar spine of female rats chronically exposed to various levels of cadmium. Bone 34(3):517-526.

Brzóska MM, Majewska K, Moniuszko-Jakoniuk J. 2005a. Bone mineral density, chemical composition and biomechanical properties of the tibia of female rats exposed to cadmium since weaning up to skeletal maturity. Food Chem Toxicol 43(10):1507-1519.

Brzóska MM, Majewska K, Moniuszko-Jakoniuk J. 2005b. Mechanical properties of femoral diaphysis and femoral neck of female rats chronically exposed to various levels of cadmium. Calcif Tissue Int 76(4):287-298.

Brzóska MM, Majewska K, Moniuszko-Jakoniuk J. 2005c. Weakness in the mechanical properties of the femur of growing female rats exposed to cadmium. Arch Toxicol 79(5):277-288.

Buchet JP, Lauwerys R, Roels H, et al. 1990. Renal effects of cadmium body burden of the general population. Lancet 336:699-702.

Buckler HM, Smith WD, Rees WD. 1986. Self poisoning with oral cadmium chloride. Br Med J 292:1559-1560.

*Buckley BJ, Bassett DJ. 1987a. Glutathione redox status of control and cadmium oxide-exposed rat lungs during oxidant stress. J Toxicol Environ Health 22:287-299.

Buckley BJ, Bassett DJ. 1987b. Pulmonary cadmium oxide toxicity in the rat. J Toxicol Environ Health 22:233-250.

Buck Louis GM, Sundaram R, Schisterman EF, et al. 2012. Heavy metals and couple fecundity, the LIFE Study. Chemosphere [Epub ahead of print].

Bui TH, Lindsten J, Nordberg GJ. 1975. Chromosome analysis of lymphocytes from cadmium workers and Itai-itai patients. Environ Res 9:187-195.

*Bunker VW, Lawson MS, Delues HT, et al. 1984. The intake and excretion of lead and cadmium by the elderly. Am J Clin Nutr 39:803-808.

Burke BE, Pfister RM. 1988. The removal of cadmium from lake water by lake sediment bacteria. In: Proceedings of the Annual Meeting of the American Society for Microbiology, Miami Beach, Florida, USA, May 8-13, 1988.

Bus JS, Vinegar A, Brooks SM. 1978. Biochemical and physiologic changes in lungs of rats exposed to a cadmium chloride aerosol. Am Rev Respir Dis 118:573-580.

Bustueva KA, Revich BA, Bezpalko LE. 1994. Cadmium in the environment of three Russian cities and in human hair and urine. Arch Environ Health 49(4):284-288.

Cabrera C, Lorenzo ML, Lopez MC. 1995. Lead and cadmium contamination in dairy products and its repercussion on total dietary intake. J Agric Food Chem 43:1605-1609.

*Caflisch CR. 1994. Effect of orally administered cadmium on in situ pH, $PCO_2$, and bicarbonate concentration in rat testis and epididymis. J Toxicol Environ Health 42(3):323-30.

Cai MY, Arenaz P. 1998. Antimutagenic effect of crown ethers on heavy metal-induced sister chromatid exchanges. Mutagenesis 13:27-32.

Cai S, Wang J, Xue J, et al. 1992. A judgment of attribution of increase in urine $\beta_2$-microglobulin after environmental cadmium exposure. Biomed Environ Sci 5(2):130-135.

Cai S, Yui L, Hu Z, et al. 1990. Cadmium exposure and health effects among residents in an irrigation area with ore dressing wastewater. Sci Total Environ 90:67-73.

Cai S, Yue L, Jin T, et al. 1998. Renal dysfunction from cadmium contamination of irrigation water: Dose-response analysis in a Chinese population. Bull World Health Org 76(22):153-159.

Cai Y, Aoshima K, Katoh T, et al. 2001. Renal tubular dysfunction in male inhabitants of a cadmium-polluted area in Toyama, Japan-an eleven year follow-up study. J Epidemiol 11(4):180-189.

Campbell KR. 1994. Concentrations of heavy metals associated with urban runoff in fish living in stormwater treatment ponds. Arch Environ Contam Toxicol 27:352-356.

Canfield TJ, Kemble NE, Brumbaugh WG, et al. 1994. Use of benthic invertebrate community structure and the sediment quality triad to evaluate metal-contaminated sediment in the upper Clark Fork River, Montana. Environ Toxicol Chem 13(12):1999-2012.

Cantilena LR, Klaassen CD. 1980. The effect of ethylenediaminetetraacetic acid (EDTA) and EDTA plus salicylate on acute cadmium toxicity and distribution. Toxicol Appl Pharmacol 53(3):510-514.

Cantilena LR, Klaassen CD. 1981. Comparison of the effectiveness of several chelators after single administration on the toxicity, excretion, and distribution of cadmium. Toxicol Appl Pharmacol 58:452-460.

Cantilena LR, Klaassen CD. 1982a. Decreased effectiveness of chelation therapy with time after acute cadmium poisoning. Toxicol Appl Pharmacol 63:173-180.

Cantilena LR, Klaassen CD. 1982b. The effect of repeated administration of several chelators on the distribution and excretion of cadmium. Toxicol Appl Pharmacol 66:361-367.

Cao, Y; Chen, A; Radcliffe, J; et al. 2009. Postnatal cadmium exposure, neurodevelopment, and blood pressure in children at 2, 5, and 7 years of age. Environ Health Perspect 117(10):1580-1586.

Capar SG, Cunningham WC. 2000. Element and radionuclide concentrations in food: FDA total diet study 1991-1996. J AOAC Int 83(1):157-177.

Capar SG, Yess NJ. 1996. U.S. Food and Drug Administration survey of cadmium, lead and other elements in clams and oysters. Food Addit Contam 13(5):553-560.

Caravati EM, McGuigan MA, MacGregor Whyte I, et al. Cadmium fume pneumonitis. In: Medical toxicology, 3rd ed. Philadelphia, PA: Lippincott Williams & Wilkins, 1411-1414/

Cardenas A, Bernard A, Lauwerys R. 1992a. Incorporation of [$^{35}$S]sulfate into glomerular membranes of rats chronically exposed to cadmium and its relation with urinary glycosaminoglycans and proteinuria. Toxicology 76:219-231.

Cardenas A, Remis I, Hotter G, et al. 1992b. Human and experimental studies on renal eicosanoid response to long term cadmium exposure. Toxicol Appl Pharmacol 116:155-160.

Caride A, Fernandez-Perez B, Cabaleiro T, et al. 2010b. Cadmium chronotoxicity at pituitary level: effects on plasma ACTH, GH, and TSH daily pattern. J Physiol Biochem 66(3):213-22

Caride A, Fernandez Perez B, Cabaleiro T, et al. 2010a. Daily pattern of pituitary glutamine, glutamate, and aspartate content disrupted by cadmium exposure. Amino Acids 38(4):1165-1172.

Carmignani N, Boscolo P. 1984. Cardiovascular responsiveness to physiological agonists of female rats made hypertensive by long-term exposure to cadmium. Sci Total Environ 34:19-33.

*Carroll RE. 1966. The relationship of cadmium in the air to cardiovascular disease death rates. JAMA 198:267-269.

Carvalho FM, Silvany-Neto AM, Melo AM, et al. 1989. Cadmium in hair of children living near a lead smelter in Brazil. Sci Total Environ 84:119-128.

Carvalho FM, Silvany-Neto AM, Lima MEC Atl, et al. 1986. Cadmium concentrations in blood of children living near a lead smelter in Bahia, Brazil. Environ Res 40:437-449.

Casto BC, Meyers J, DiPaolo JA, et al. 1979. Enhancement of viral transformation for evaluation of the carcinogenic or mutagenic potential of inorganic metal salts. Cancer Res 39:193-198.

CDC. 2005. Third national report on human exposure to environmental chemicals. Atlanta, GA: U.S. Department of Health and Human Services, Centers for Disease Control and Prevention.

CDC. 2011. Fourth national report on human exposure to environmental chemicals, updated tables, February 2011. http://www.cdc.gov/exposurereport/pdf/Updated_Tables.pdf. January 11, 2012.

CDC. 2012. Fourth national report on human exposure to environmental chemicals, updated tables, February 2012. Atlanta, GA: Centers for Disease Control and Prevention. http://www.cdc.gov/exposurereport/pdf/FourthReport_UpdatedTables_Feb2012.pdf. September 10, 2012.

Cerny EA, Bhattacharyya MH. 2003. Low-volume, high-sensitivity assay for cadmium in blood and urine using conventional atomic absorption spectrophotometry. Anal Biochem 314(2):190-193.

Cha CW. 1987. A study on the effect of garlic to the heavy metal poisoning of rat. J Korean Med Sci 2:213-224.

Chan HM, Cherian MG. 1993. Mobilization of hepatic cadmium in pregnant rats. Toxicol Appl Pharmacol 120:308-314.

Chan OY, Poh SC, Lee HS, et al. 1988. Respiratory function in cadmium battery workers: A follow-up study. Ann Acad Med Singapore 17:283-287.

Chang PP, Robinson JW. 1993. Development of thermospray interfaced HPLC-FAAS system for studies on cadmium speciation in human body fluid. Spectrosc Lett 26(10):2017-2035.

*Chatterjee MS, Abdel-Rahman M, Bhandal A, et al. 1988. Amniotic fluid cadmium and thiocyanate in pregnant women who smoke. J Reprod Med 33:417-420.

*Chen WK, Chung C. 1989. *In vivo* and *in vitro* medical diagnoses of toxic cadmium in rats. J Radioanal Nucl Chem 133(2):349-358.

Chen L, Jin T, Huang B, et al. 2006a. Plasma metallothionein antibody and cadmium-induced renal dysfunction in an occupation population in China. Toxicol Sci 91(1):104-112.

Chen L, Jin T, Huang B, et al. 2006b. Critical exposure level of cadmium for elevated urinary metallothionein: An occupational population study in China. Toxicol Appl Pharmacol 215(1):93-99.

Chen L, Lei L, Jin T, et al. 2006c. Plasma metallothionein antibody, urinary cadmium, and renal dysfunction in a Chinese type 2 diabetic population. Diabetes Care 29:2682-2687.

Chen RW, Whanger PD, Weswig PH. 1975. Selenium induced redistribution of cadmium-binding to tissue proteins: A possible mechanism of protection against cadmium toxicity. Bioinorg Chem 4:125.

Chen X, Zhu G, Jin T, et al. 2009. Effects of cadmium on forearm bone density after reduction of exposure for 10 years in a Chinese population. Environ Int 35(8):1164-1168.

Chen X, Zhu G, Jin T, et al. 2011. Bone mineral density is related with previous renal dysfunction caused by cadmium exposure. Environ Toxicol Pharmacol 32(1):46-53.

Cherian MG, Shaikh ZA. 1975. Metabolism of intravenously injected cadmium-binding protein. Biochem Biophys Res Commun 65:863-869.

Chettle DR, Ellis KJ. 1992. Further scientific issues in determining an occupational standard for cadmium. Am J Ind Med 22:117-124.

Chia KS, Ong CN, Ong HY, et al. 1989. Renal tubular function of workers exposed to low levels of cadmium. Br J Ind Med 46:165-170.

Chia KS, Tan AL, Chia SE, et al. 1992. Renal tubular function of cadmium exposed workers. Ann Acad Med Singapore 21(6):756-759.

*Chiarenza A, Elverdin JC, Espinal E, et al. 1989. Effects of cadmium on the function and structure of the rat salivary glands. Arch Oral Biol 34:999-1002.

*Chmielnicka J, Halatek T, Jedlinska U. 1989. Correlation of cadmium-induced nephropathy and the metabolism of endogenous copper and zinc in rats. Ecotoxicol Environ Saf 18:268-276.

Chopra RK, Prasad R, Sharma N, et al. 1984. Effect of dietary chronic cadmium exposure on cell-mediated immune response in Rhesus monkeys (*Macaca mulatta*): Role of calcium deficiency. Arch Toxicol 56:128-131.

Choudhury H, Harvey T, Thayer WC, et al. 2001. Urinary cadmium elimination as a biomarker of exposure for evaluating a cadmium dietary exposure-biokinetics model. J Toxicol Environ Health A 63:321-350.

Christoffersson JO, Welinder H, Spang G, et al. 1987. Cadmium concentration in the kidney cortex of occupationally exposed workers measured *in vivo* using X-ray fluorescence analysis. Environ Res 42:489-499.

Chung J, Nartey NO, Cherian MG. 1986. Metallothionein levels in liver and kidney of Canadians: A potential indicator of environmental exposure to cadmium. Arch Environ Health 41:319-323.

Cifone MG, Alesse E, Di Egenio R, et al. 1989a. *In vivo* cadmium treatment alters natural killer activity and large granular lymphocyte number in the rat. Immunopharmacology 18:149-156.

*Cifone MG, Alesse E, Procopio A, et al. 1989b. Effects of cadmium on lymphocyte activation. Biochim Biophys Acta 1011:25-32.

*Clark DE, Nation JR, Bourgeois AJ, et al. 1985. The regional distribution of cadmium in the brains of orally exposed adult rats. Neurotoxicology 6:109-114.

Clewell HJ, Andersen M. 1985. Risk assessment extrapolations and physiological modeling. Toxicol Ind Health 1(4):111-131.

Cole RH, Frederick RE, Healy RP, et al. 1984. Preliminary findings of the Priority Pollutant Monitoring Project of the Nationwide Urban Runoff Program. J Water Pollut Contr Fed 56:898-908.

Cordero MTS, de Torres AG, Pavon JMC. 1994. Solvent extraction of cadmium as a previous step for its determination in biological samples by inductively coupled plasma atomic emission spectrometry. Anal Lett 27(9):1689-1701.

Cortona G, Apostoli P, Toffoletto F, et al. 1992. Occupational exposure to cadmium and lung function. In: Nordberg GF, Herber RFM, Alessio L, eds. Cadmium in the human environment: Toxicity and carcinogenicity. IARC Scientific Publications No. 118. Lyon, France: International Agency for Research on Cancer, 205-210.

Cousins RJ, Barber AK, Trout JR. 1973. Cadmium toxicity in growing swine. J Nutr 103:964-972.

Cresta L, Perdelli F, Franco Y, et al. 1989. [Possible correlations between urinary cadmium and fetal growth retardation in pregnant women who smoke.] Minerva Genecol 41:85-88. (Italian)

Crews HM, Dean JR, Ebdon L, et al. 1989. Application of high-performance liquid chromatography-inductively coupled plasma mass spectrometry to the investigation of cadmium speciation in pig kidney following cooking and *in vitro* gastrointestinal digestion. Analyst 114:895-899.

Crews HM, Owen LM, Langford N, et al. 2000. Use of the stable isotope [106]Cd for studying dietary cadmium absorption in humans. Toxicol Lett 112-113:201-207.

Cummins PE, Dutton J, Evans CJ, et al. 1980. An *in vivo* study of renal cadmium and hypertension. Eur J Clin Invest 10:459-461.

Dabeka RW. 1979. Graphite furnace atomic absorption spectrometric determination of lead and cadmium in foods after solvent extraction and stripping. Anal Chem 51:902-907.

Daih B, Huang H. 1992. Determination of trace elements in sea water by flow-injection anodic stripping voltammetry preceded by immobilized quinolin-8-ol silica gel preconcentration. Anal Chim Acta 258:245-252.

Daniels MJ, Menache MG, Burleson GR, et al. 1987. Effects of $NiCl_2$ and $CdCl_2$ on susceptibility to murine cytomegalovirus and virus-augmented natural killer cell and interferon responses. Fundam Appl Toxicol 8:443-453.

Davison AG, Fayers PM, Taylor AJ, et al. 1988. Cadmium fume inhalation and emphysema. Lancet 1(8587):663-667.

Deaven LL, Campbell EW. 1980. Factors affecting the induction of chromosomal aberrations by cadmium in Chinese hamster cells. Cytogenet Cell Genet 26:251-260.

de Burbure C, Buchet JP, Leroyer A, et al. 2006. Renal and neurologic effects of cadmium, lead, mercury, and arsenic in children: Evidence of early effects and multiple interactions at environmental exposure levels. Environ Health Perspect 114(8):A458.

Debusk TA, Laughlin R B JR, Schwartz LN.  1996.  Retention and compartmentalization of lead and cadmium in wetland microcosms.  Water Res 30 (11):2707-2716.

Decker LE, Byerrum RU, Decker CF, et al.  1958.  Chronic toxicity studies.  I.  Cadmium administered in drinking water to rats.  AMA Arch Ind Health 18:228-231.

Deknudt G, Gerber GB.  1979.  Chromosomal aberrations in bone marrow cells of mice given a normal or a calcium-deficient diet supplemented with various heavy metals.  Mutat Res 68:163-168.

Deknudt G, Deminatti M.  1978.  Chromosome studies in human lymphocytes after *in vitro* exposure to metal salts.  Toxicology 10:67-75.

Deknudt G, Leonard A.  1975.  Cytogenetic investigations on leucocytes of workers from a cadmium plant.  Environ Physiol Biochem 5:319-327.

Deknudt G, Leonard A, Ivanov B.  1973.  Chromosome aberrations in male workers occupationally exposed to lead.  Environ Physiol Biochem 3:132-138.

de Kort WL, Verschoor MA, Wibowo AA, et al.  1987.  Occupational exposure to lead and blood pressure:  A study in 105 workers.  Am J Ind Med 11:145-156.

Denizeau F, Marion M.  1989.  Genotoxic effects of heavy metals in rat hepatocytes.  Cell Biol Toxicol 5:15-26.

Depault F, Cojocaru M, Fortin F, et al.  2006.  Genotoxic effects of chromium(VI) and cadmium(II) in human blood lymphocytes using the electron microscopy *in situ* end-labeling (EM-ISEL) assay.  Toxicol In Vitro 20(4):513-518.

Dervan PA, Hayes JA.  1979.  Peribronchiolar fibrosis following acute experimental lung damage by cadmium aerosol.  J Pathol 128:143-149.

Desi I, Nagymajtenyi L, Schulz H.  1998.  Behavioral and neurotoxicological changes caused by cadmium treatment of rats during development.  J Appl Toxicol 18(1):63-70.

Desi I, Nehez M, Siroki O, et al.  2000.  Small subchronic doses of the pesticide dimethoate and/or cadmium and lead treatment causes disturbances in the chromosomes of young rats.  Cent Eur J Public Health 8:59-60.

Devi KD, Banu BS, Mahboob M, et al.  2001.  *In vivo* genotoxic effect of cadmium chloride in mice leukocytes using comet assay.  Teratog Carcinog Mutagen 21(5):325-333.

DHHS.  September 1995.  Report to Congress on workers' home contamination study conducted under the workers' family protection act (29 U.S.C. 671a).  Cincinnati, OH:  U.S. Department of Health and Human Services, Public Health Service, Centers for Disease Control and Prevention, National Institute for Occupational Safety and Health.

Diamond GL, Thayer WC, Choudhury H.  2003.  Pharmacokinetics/pharmacodynamics (PK/PD) modeling of risks of kidney toxicity from exposure to cadmium:  Estimates of dietary risks in the U.S. population.  J Toxicol Environ Health A 66:2141-2164.

*Diaz-Barriga F, Santos MA, Mejia JDJ, et al. 1993. Arsenic and cadmium exposure in children living near a smelter complex in San Luis Potosi, Mexico. Environ Res 62(2):242-250.

Ding X, Jiang J, Wang Y, et al. 1994. Bioconcentration of cadmium in water hyacinth (*Eichhornia crassipes*) in relation to thiol group content. Environ Pollut 84(1):93-96.

DiPaulo JA, Castro BC. 1979. Quantitative studies of *in vitro* morphological transformation of Syrian hamster cells by inorganic metal salts. Cancer Res 39:1008-1013.

Dixon RL, Lee IP, Sherins RJ. 1976. Methods to assess reproductive effects of environmental chemicals: Studies of cadmium and boron administered orally. Environ Health Perspect 13:59-67.

DOI. 1985. Cadmium hazards to fish, wildlife, and invertebrates: A synoptic view. U.S. Fish and Wildlife Service Biological Report 85(1.2). Washington, DC: U.S. Department of the Interior.

Doll R. 1992. Is cadmium a human carcinogen? Ann Epidemiol 2:335-337.

Dorian C, Gattone VH, Klaasen CD. 1992a. Renal cadmium deposition and injury as a result of accumulation of cadmium-metallothionein (CdMT) by the proximal convoluted tubules: A light microscopic autoradiography study with 109CdMT. Toxicol Appl Pharmacol 114:173-181.

Dorian C, Gattone VH, Klaasen CD. 1992b. Accumulation and degradation of the protein moiety of cadmium-metallothionein (CdMT) in the mouse kidney. Toxicol Appl Pharmacol 117:242-248.

Dorian C, Gattone VH, Klaasen CD. 1995. Discrepancy between the nephrotoxic potencies of cadmium - metallothionein and cadmium chloride and the renal concentration of cadmium in the proximal convoluted tubules. Toxicol Appl Pharmacol 130:161-168.

Dorian C, Klaassen CD. 1995. Protection by zinc-metallothionein (znmt) against cadmium-metallothionein-induced nephrotoxicity. Fundam Appl Toxicol 26(1):99-106.

Doyle JJ, Pfander WH, Grebing SE, et al. 1974. Effect of dietary cadmium on growth, cadmium absorption and cadmium tissue levels in growing lambs. J Nutr 104(2):160-166.

*Drasch GA, Kretschmer E, Neidlinger P, et al. 1989. Cadmium, zinc, copper and metallothionein in human tissues (liver and kidney). Toxicol Environ Chem 23:207-214.

Driscoll KE, Maurer JK, Poynter J, et al. 1992. Stimulation of rat alveolar macrophage fibronectin release in a cadmium chloride model of lung injury and fibrosis. Toxicol Appl Pharmacol 116:30-37.

Dudley RE, Gammal LM, Klaassen CD. 1985. Cadmium-induced hepatic and renal injury in chronically exposed rats: Likely role of hepatic cadmium-metallothionein in nephrotoxicity. Toxicol Appl Pharmacol 77:414-426.

Edling C, Elinder CG, Randma E. 1986. Lung function in workers using cadmium-containing solders. Br J Ind Med 43:657-662.

*Eggert-Kruse W, Rohr G, Jochum R, et al. 1992. [The effect of heavy metals on the *in vitro* interaction between human sperm and cervical mucus]. Dtsch Med Wochenschr 117(37):1383-1389. (German)

Egwuogu H, Shendell DG, Okosun IS, et al. 2009. The effect of urinary cadmium on cardiovascular fitness as measured by VO2 max in white, black and Mexican Americans. Environ Res 109(3):292-300.

Eklund G, Grawe KP, Oskarsson A. 2001. Bioavailability of cadmium from infant diets in newborn rats. Arch Toxicol 75:522-530.

Eklund G, Tallkvist J, Oskarsson A. 2004. A piglet model for studies of gastrointestinal uptake of cadmium in neonates. Toxicol Lett 146(3):237-247.

Elinder CG. 1985a. Cadmium: Uses, occurrence and intake. In: Friberg L, Elinder CG, Kjellström T, et al., eds. Cadmium and health: A toxicological and epidemiological appraisal. Vol. I. Exposure, dose, and metabolism. Effects and response. Boca Raton, FL: CRC Press, 23-64.

Elinder CG. 1985b. Normal values for cadmium in human tissue, blood and urine in different countries. In: Friberg L, Elinder CG, Kjellström T, et al., eds. Cadmium and health: A toxicological and epidemiological appraisal. Vol. I. Exposure, dose, and metabolism. Effects and response. Boca Raton, FL: CRC Press, 81-102.

Elinder CG. 1986b. Respiratory effects. In: Friberg L, Elinder CG, Kjellström T, et al., eds. Cadmium and health: A toxicological and epidemiological appraisal. Vol. II. Effects and response. Boca Raton, FL: CRC Press, 1-20.

Elinder CG. 1992. Cadmium as an environmental hazard. IARC Sci Publ 118:123-132.

Elinder CG, Lind B. 1985. Principles and problems of cadmium analysis. In: Friberg L, Elinder CG, Kjellström T, et al., eds. Cadmium and health: A toxicological and epidemiological appraisal. Vol. I. Boca Raton, FL: CRC Press, 7-22.

Elinder CG, Edling C, Lindberg E, et al. 1985a. Assessment of renal function in workers previously exposed to cadmium. Br J Ind Med 42:754-760.

Elinder CG, Edling C, Lindberg E, et al. 1985b. $\beta_2$-Microglobulinuria among workers previously exposed to cadmium: Follow-up and dose-response analyses. Am J Ind Med 8:553-564.

Elinder CG, Kjellström T, Hogstedt C, et al. 1985c. Cancer mortality of cadmium workers. Br J Ind Med 42:651-655.

Elinder CG, Kjellström T, Lind B, et al. 1978. Cadmium concentrations in human liver, blood, and bile: Comparison with a metabolic model. Environ Res 17(2):236-241.

Ellenhorn MJ, Barceloux DJ. 1988. Medical toxicology: Diagnosis and treatment of human poisoning. New York, NY: Elsevier, 1018-1020.

Ellis KJ. 1985. Dose-response analysis of heavy metal toxicants in man: Direct *in vivo* assessment of body burden. Trace Subst Environ Health 19:149-159.

Ellis KJ, Cohn SH, Smith TJ. 1985. Cadmium inhalation exposure estimates: Their significance with respect to kidney and liver cadmium burden. J Tox Environ Health 15:173-187.

Ellis KJ, Vartsky D, Zanzi I, et al. 1979. Cadmium: *In vivo* measurement in smokers and nonsmokers. Science 205:323-325.

Ellis KJ, Yuen K, Yasumura S, et al. 1984. Dose-response analysis of cadmium in man: Body burden vs kidney dysfunction. Environ Res 33:216-226.

Engström A, Skerving S, Lidfeldt J, et al. 2009. Cadmium-induced bone effect is not mediated via low serum 1,25-dihydroxy vitamin D. Environ Res 109(2):188-192.

Engström B, Nordberg GF. 1979. Dose-dependence of gastrointestinal absorption and biological half-time of cadmium in mice. Toxicology 13:215-222.

*Engström B, Norin H, Jawaid M, et al. 1980. Influence of different Cd-EDTA complexes on distribution and toxicity of cadmium in mice after oral or parenteral administration. Acta Pharmacol Toxicol (Copenh) 46:219-234.

EPA. 1979. Water-related fate of 129 priority pollutants. Washington, DC: U.S. Environmental Protection Agency, Office of Water Planning and Standards. EPA 440479029a.

*EPA. 1980a. Ambient air quality criteria for cadmium. Washington, DC.: U.S. Environmental Protection Agency, Office of Water Regulations and Standards. EPA440580025.

*EPA. 1980b. Land treatment waste analysis. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 265.273.

*EPA. 1980c. Land treatment: Food chain crops. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 265.276.

EPA. 1980d. Atmospheric cycles of cadmium and lead: Emissions, transport, transformation and removal. U.S. Environmental Protection Agency, 1-6 to 1-17; 2-14 to 2-41.

EPA. 1981a. Health assessment document for cadmium. Research Triangle Park, NC: U.S. Environmental Protection Agency. EPA600881023. PB82115163.

*EPA. 1981b. Electroplating pretreatment standards. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 413.14.

EPA. 1982a. Intermedia priority pollutant guidance documents. Cadmium. Washington, DC: U.S. Environmental Protection Agency, Office of Toxics Integration.

*EPA. 1982b. Methods for chemical analysis of water and wastes. Method 200.7. Inductively coupled plasma - atomic emission spectrometric method for trace element analysis of water and wastes. Cincinnati, OH: U.S. Environmental Protection Agency, Environmental Monitoring and Support Laboratory. EPA600479020.

EPA. 1983a. Methods for chemical analysis of water and wastes. Method 213.1 (Atomic absorption, direct aspiration). Cincinnati, OH: U.S. Environmental Protection Agency, Office of Research and Development, Environmental Monitoring and Support Laboratory. EPA600479020.

EPA. 1983b. Methods for chemical analysis of water and wastes. Method 213.2 (Atomic absorption, furnace technique). Cincinnati, OH: U.S. Environmental Protection Agency, Office of Research and Development, Environmental Monitoring and Support Laboratory. EPA600479020.

EPA. 1983c. Treatability manual. Vol. I. Treatability data. Washington, DC: U.S. Environmental Protection Agency, Office of Research and Development. EPA600282001a.

EPA. 1985a. Cadmium contamination of the environment: An assessment of nationwide risk. Washington, DC: U.S. Environmental Protection Agency, Office of Water Regulations and Standards. EPA 440485023.

*EPA. 1985b. Summary of environmental profiles and hazard indices for constituents of municipal sludge. Washington, DC: U.S. Environmental Protection Agency, Office of Water Regulations and Standards, Wastewater Solids Criteria Branch.

*EPA. 1986a. Test methods for evaluating solid waste. 3rd ed. SW-846. U.S. Environmental Protection Agency, Office of Solid Waste and Emergency Response.

*EPA. 1986b. Reportable quantity. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 117.3.

*EPA. 1986c. Cadmium: Atomic absorption, furnace method. Method 7131. In: Test methods for evaluating solid waste. Washington, DC: U.S. Environmental Protection Agency, Office of Solid Waste and Emergency Response. SW-846, 206-209.

EPA. 1986d. General pretreatment regulations: 65 toxic pollutants. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 403, Appendix B.

EPA. 1986e. Method 7130. Cadmium (atomic absorption, direct aspiration). In: Test methods for evaluating solid waste. Volume 1A: Laboratory manual physical/chemical methods. Washington, DC: U.S. Environmental Protection Agency. SW-846.

*EPA. 1989a. . New source performance standards for sewage treatment plants: Test methods and procedures. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 60.154.

*EPA. 1989b. Reportable quantities. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 302.4.

*EPA. 1989c. Interim methods for development of inhalation reference doses. Washington, DC: U.S. Environmental Protection Agency, Office of Health and Environmental Assessment. EPA600888066F.

EPA. 1989d. Recognition and management of pesticide poisonings. Fourth edition. Washington, DC: U.S. Environmental Protection Agency. EPA540988001, 109-111.

EPA. 1990a. National Pollutant Discharge Elimination System: Stormwater discharges. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 122.26.

*EPA. 1990b. Precision and recovery statements for methods for measuring metals. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 136, Appendix D.

*EPA. 1990c. Toxic Chemical Release Reporting Rule. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 372.65.

EPA. 1990d. Interim methods for development of inhalation reference concentrations. Washington, DC: U.S. Environmental Protection Agency, Office of Health and Environmental Assessment, Office of Research and Development, Environmental Criteria and Assessment Office. EPA600890066A.

*EPA. 1991a. .Criteria to classify solid waste and disposal facilities: Maximum contaminant levels. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 257, Appendix I.

*EPA. 1991b. Design criteria for municipal waste landfills. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 258.40.

EPA. 1991c. Constituents for detection monitoring. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 258, Appendix I.

EPA. 1993a. Effluent guidelines for offshore oil and gas extraction. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 435.13 and 15.

*EPA. 1993b. National listing of state fish and shellfish consumption advisories and bans. U.S. Environmental Protection Agency. Research Triangle Institute, NC: Fish Contamination Section, Office of Science and Technology, Office of Water, U.S. Environmental Protection Agency.

EPA. 1993c. Incineration pollutant limits. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 46-47.

EPA. 1994a. Methods for derivation of inhalation reference concentrations and application of inhalation dosimetry. Washington, DC: U.S. Environmental Protection Agency, Office of Research and Development. EPA600890066F.

EPA. 1994b. Method 200.7: Determination of metals and trace elements in water and wastes by inductively coupled plasma-atomic emission spectrometry. Cincinnati, OH: U.S. Environmental Protection Agency, Office of Research and Development.

EPA. 1996a. Method 1637: Determination of trace elements in ambient waters by off-line chelation preconcentration and stabilized temperature graphite furnace atomic absorption. Washington, DC: U.S. Environmental Protection Agency, Office of Water.

EPA. 1996b. Method 1638: Determination of trace elements in ambient waters by inductively coupled plasma - mass spectrometry. Washington, DC: U.S. Environmental Protection Agency, Office of Water. http://www.p2pays.org/ref%5C06/05111.pdf. May 13, 2008.

EPA. 1997a. Special report on environmental endocrine disruption: An effects assessment and analysis. Washington, DC: U.S. Environmental Protection Agency, Risk Assessment Forum. EPA630R96012.

EPA. 1997b. Method 1640: Determination of trace elements in water by preconcentration and inductively coupled plasma - mass spectrometry. Washington, DC: U.S. Environmental Protection Agency, Office of Water. http://www.epa.gov/waterscience/methods/method/files/1640.pdf. May 14, 2008.

EPA. 1998. Notice of availability of draft RCRA waste minimization PBT chemical list. U.S. Environmental Protection Agency. Fed Regist 63:60332. http://www.gpoaccess.gov/fr/index.html. May 05, 2008.

EPA. 2000. Method 6010C: Inductively coupled plasma-atomic emission spectrometry. Washington, DC: U.S. Environmental Protection Agency. http://epa.gov/sw-846/pdfs/6010c.pdf. May 13, 2008.

*EPA. 2003a. National primary drinking water standards. Washington, DC: U.S. Environmental Protection Agency, Office of Ground Water and Drinking Water. EPA816F03016. http://www.epa.gov/safewater/mcl.html. March 07, 2006.

EPA. 2003b. Method 200.5: Determination of trace elements in drinking water by axially viewed inductively coupled plasma - atomic emission spectrometry. Cincinnati, OH: U.S. Environmental Protection Agency, Office of Research and Development. EPA600R06115. http://www.epa.gov/nerlcwww/m_200_5.pdf. May 13, 2008.

EPA. 2005. Toxic chemical release inventory reporting forms and instructions: Revised 2004 version. Section 313 of the Emergency Planning and Community Right-to-Know Act (Title III of the Superfund Amendments and Reauthorization Act of 1986). Washington, DC: U.S. Environmental Protection Agency. Office of Environmental Information. EPA260B05001.

EPA. 2006a. Consumer factsheet on: Cadmium. U.S. Environmental Protection Agency. http://www.epa.gov/OGWDW/contaminants/dw_contamfs/cadmium.html. April 29, 2008.

EPA. 2006b. Technical factsheet on cadmium: Ground water and drinking water. http://www.epa.gov/OGWDW/dwh/t-ioc/cadmium.html. July 28, 2008.

EPA. 2007. The Clean Air Act amendments of 1990 list of hazardous air pollutants. U.S. Environmental Protection Agency. United States Code.42 USC 7412. http://www.epa.gov/ttn/atw/orig189.html. April 24, 2008.

*EPA. 2008a. Acute exposure guideline levels (AEGLs). Second AEGL Chemical Priority List. Washington, DC: U.S. Environmental Protection Agency, Office of Pollution Prevention and Toxics. http://www.epa.gov/oppt/aegl/pubs/priority_2.htm. April 24, 2008.

EPA. 2008b. Designation of hazardous substances. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 116.4. http://www.epa.gov/lawsregs/search/40cfr.html. April 24, 2008.

EPA. 2008c. Determination of reportable quantities. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 117.3. http://www.epa.gov/lawsregs/search/40cfr.html. April 24, 2008.

EPA. 2008d. Groundwater monitoring list. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 264, Appendix IX. http://www.epa.gov/lawsregs/search/40cfr.html. May 05, 2008.

EPA. 2008e. Designation of hazardous substances. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 302.4 http://www.epa.gov/lawsregs/search/40cfr.html.

EPA. 2008f. The list of extremely hazardous substances and their threshold planning quantities. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 355, Appendix A. http://www.epa.gov/lawsregs/search/40cfr.html. April 24, 2008.

EPA. 2008g. Toxic chemical release reporting. Chemicals and chemical categories to which this part applies. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 372.65. http://www.epa.gov/lawsregs/search/40cfr.html. April 24, 2008.

CADMIUM

EPA. 2008h. Toxic pollutants. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 401.15. http://www.epa.gov/lawsregs/search/40cfr.html. April 24, 2008.

EPA. 2009a. Targeted national sewage sludge survey sampling and analysis technical report. Washington, DC: U.S. Environmental Protection Agency. http://water.epa.gov/scitech/wastetech/biosolids/upload/2009_01_15_biosolids_tnsss-tech.pdf. September 10, 2012.

EPA. 2009b. National primary drinking water regulations. U.S. Environmental Protection Agency, Office of Ground Water. EPA816F090004. http://water.epa.gov/drink/contaminants/upload/mcl-2.pdf. February 22, 2012.

EPA. 2011. Pollutant limits. U.S. Environmental Protection Agency. Code of Federal Regulations 40 CFR 503.13 http://www.gpo.gov/fdsys/pkg/CFR-2011-title40-vol30/pdf/CFR-2011-title40-vol30-part503.pdf. September 10, 2012.

EPA. 2011b. 2011 Edition of the drinking water standards and health advisories. Washington, DC: U.S. Environmental Protection Agency, Office of Water. EPA822R06013. PB2007101258. http://www.epa.gov/waterscience/criteria/drinking/dwstandards.pdf. February 22, 2012.

Epstein SS, Arnold E, Andrea J, et al. 1972. Detection of chemical mutagens by the dominant lethal assay in the mouse. Toxicol Appl Pharmacol 23:288-325.

Espinosa Almendro JM, Ojeda CB, de Torres AG, et al. 1992. Determination of cadmium in biological samples by inductively coupled plasma atomic emission spectrometry after extraction with 1,5-bis(di-2-pyridylmethylene) thiocarbonohydrazide. Analyst 117(11):1749-1751.

Eum, KD; Lee, MS; Paek, D. 2008. Cadmium in blood and hypertension. Sci Total Environ 407(1):147-153.

European Chemicals Bureau. 2007. European union risk assessment report. Cadmium metal and cadmium oxide. Luxembourg: European Chemicals Bureau, Institute for Health and Consumer Protection.

*Evans J, Hastings L. 1992. Accumulation of Cd(II) in the CNS depending on the route of administration: Intraperitoneal, intratracheal, or intranasal. Fundam Appl Toxicol 19:275-278.

Everett CJ, Frithsen IL. 2008. Association of urinary cadmium and myocardial infarction. Environ Res 106(2):284-286.

Ewers U, Brockhaus A, Dolgner R, et al. 1985. Environmental exposure to cadmium and renal function of elderly women living in cadmium-polluted areas of the Federal Republic of Germany. Int Arch Occup Environ Health 55:217-239.

Exon JH, Koller LD, Kerkvliet NI. 1986. Tissue residues, pathology- and viral-induced mortality in mice chronically exposed to different cadmium salts. J Environ Pathol Toxicol Oncol 7:109-114.

Eybl V, Kotyzova D, Koutensky J, et al. 1994. Effect of chelators, monoisoamyl meso-2,3-dimer-captosuccinate and N-(4-methylbenzyl)-4-0-(B-D-galactopyranosyl)-D-glucamine-N-carbodithioate, on cadmium and essential element levels in mice. Analyst 120:855-857.

Ezaki T, Tsukahara T, Moriguchi J, et al. 2003. No clear-cut evidence for cadmium-induced renal tubular dysfunction among over 10,000 women in the Japanese general population: A nationwide large-scale survey. Int Arch Occup Environ Health 76(3):186-196.

*Fagher U, Laudanski T, Schutz A, et al. 1993. The relationship between cadmium and lead burdens and preterm labor. Int J Gynaecol Obstet 40(22):109-114.

Fahmy MA, Aly FA. 2000. *In vivo* and *in vitro* studies on the genotoxicity of cadmium chloride in mice. J Appl Toxicol 20(3):231-238.

Falck FY, Fine LJ, Smith RG, et al. 1983. Occupational cadmium exposure and renal status. Am J Ind Med 4:541-549.

Farnsworth M. 1980. Cadmium chemicals. 1st ed. New York, NY: International Lead Zinc Research Organization, Inc.

Fatur T, Tusek M, Falnoga I, et al. 2002. DNA damage and metallothionein synthesis in human hepatoma cells (HepG2) exposed to cadmium. Food Chem Toxicol 40(8):1069-1076.

*Favino A, Candura F, Chiappino G, et al. 1968. Study on the androgen function of men exposed to cadmium. Med Lav 59:105-110.

FDA. 2007. Beverages. Bottled water. U.S. Food and Drug Administration. Code of Federal Regulations. 21 CFR 165.110. http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfcfr/CFRSearch.cfm. April 24, 2008.

FDA. 2008. EAFUS: A food additive database. U.S. Food and Drug Administration. http://vm.cfsan.fda.gov/~dms/eafus.html. April 24, 2008.

FDA. 2010. Total diet study statistics on elemental results. Market baskets 2006-1 through 2008-4. College Park, MD: U.S. Food and Drug Administration. http://www.fda.gov/downloads/Food/FoodSafety/FoodContaminantsAdulteration/TotalDietStudy/UCM184301.pdf. February 22, 2012.

FEDRIP. 2008. Cadmium. Federal Research in Progress database. Springfield, VA: National Technical Information Service. April 27, 2008.

FEDRIP. 2012. Cadmium. Federal Research in Progress database. Springfield, VA: National Technical Information Service. September 2012.

Feijtel TC, Delne RD, Patrick WH Jr. 1988. Biogeochemical control on metal distribution and accumulation in Louisiana sediments. J Environ Qual 17:88-94.

Ferraro PM, Costanzi S, Naticchia A, et al. 2010. Low level exposure to cadmium increases the risk of chronic kidney disease: Analysis of the NHANES 1999-2006. BMC Public Health 10:304.

Filipic M, Hei TK. 2004. Mutagenicity of cadmium in mammalian cells: Implication of oxidative DNA damage. Mutat Res 546(1-2):81-91.

Fingerle H, Fischer G, Classen HG. 1982. Failure to produce hypertension in rats by chronic exposure to cadmium. Food Chem Toxicol 20:301-306.

Flanagan PR, McLellan J, Haist J, et al.  1978.  Increased dietary cadmium absorption in mice and human subjects with iron deficiency.  Gastroenterology 74:841-846.

Fomon SJ.  1966.  Body composition of the infant.  Part I.  The male reference infant.  In:  Falkner F, ed. Human development.  Philadelphia, PA:  WB Saunders, 239-246.

Fomon SJ, Haschke F, Ziegler EE, et al.  1982.  Body composition of reference children from birth to age 10 years.  Am J Clin Nutr 35:1169-1175.

Forbes GB, Bruining GJ.  1976.  Urinary creatinine excretion and lean body mass.  Am J Clin Nutr 29:1359-1366.

Forrester JW.  1968.  Principles of systems.  Cambridge:  Wright-Allen Press.

Foulkes EC.  1978.  Renal tubular transport of cadmium-metallothionein.  Toxicol Appl Pharmacol 45:505-512.

Foulkes EC.  1980.  Some determinants of intestinal cadmium transport in the rat.  J Environ Pathol Toxicol 3:471-481.

Foulkes EC.  1984.  Intestinal absorption of heavy metals.  In:  Csaky TZ, ed.  Handbook of experimental pharmacology.  Vol. 70/I.  Pharmacology of intestinal permeation.  Berlin:  Springer Verlag, 543-565.

Foulkes EC.  1985.  Interactions between metals in rat jejunum:  Implications on the nature of cadmium uptake.  Toxicology 37:117-125.

Foulkes EC.  1989.  On the mechanism of cellular cadmium uptake.  Biol Trace Element Res 21:195-200.

Foulkes EC, Blanck S.  1990.  Acute cadmium uptake by rabbit kidneys:  Mechanism and effects. Toxicol Appl Pharmacol 102:464-473.

*Foulkes EC, McMullen DM.  1986.  Endogenous metallothionein as determinant of intestinal cadmium absorption:  A reevaluation.  Toxicology 38:285-291.

Foulkes EC, Voner C.  1981.  Effects of Zn status, bile and other endogenous factors on jejunal Cd absorption.  Toxicology 22:115-122.

Fox MR, Jacobs RM, Jones AO, et al.  1979.  Effects of nutritional factors on metabolism of dietary cadmium at levels similar to those of man.  Environ Health Perspect 28:107-114.

Frant S, Kleeman I.  1941.  Cadmium "food-poisoning."  JAMA 117:86-89.

Frazier J.  1994.  Need for physiologically based toxicokinetic models in estimating target organ dosage following oral ingestion of cadmium.  In:  Wang RGM, ed.  Water contamination and health.  New York, NY:  Marcel Dekker, Inc., 281-304.

Frery N, Girard F, Moreau T, et al.  1993.  Validity of hair cadmium in detecting chronic cadmium exposure in general populations.  Bull Environ Contam Toxicol 50:736-743.

Friberg L. 1950. Health hazards in the manufacture of alkaline accumulators with special reference to chronic cadmium poisoning. Acta Med Scand 138(Suppl 240):1-124.

Friberg L, Piscator M, Nordberg GF, et al., eds. 1974. Cadmium in the environment. 2nd ed. Boca Raton, FL: CRC Press, 23-91.

Fu JY, Huang XS, Zhu XQ. 1999. Study on peripheral blood lymphocytes chromosome abnormality of people exposed to cadmium in environment. Biomed Environ Sci 12(1):15-19.

Galal-Gorchev H. 1993. Dietary intake, levels in food and estimated intake of lead, cadmium and mercury. Food Addit Contam 10(1):115-128.

Galicia-García V, Rojas-Lopez M, Rios C. 1995. Cadmium levels in maternal, cord and newborn blood in Mexico City newborns. Toxicologist 15(1):308.

Galicia-García V, Rojas-Lopez M, Rojas R, et al. 1997. Cadmium levels in maternal, cord and newborn blood in Mexico City. Toxicol Lett 91(1):57-61.

Gallagher CM, Kovach JS, Meliker JR. 2008. Urinary cadmium and osteoporosis in U.S. Women ≥50 years of age: NHANES 1988-1994 and 1999-2004. Environ Health Perspect 116(10):1338-1343.

Gambrell RP. 1994. Trace and toxic metals in wetlands, a review. J Environ Qual 23:883-891.

Gamo M, Ono K, Nakanishi J. 2006. Meta-analysis for deriving age- and gender-specific dose-response relationships between urinary cadmium concentration and $\beta_2$-microglobulinuria under environmental exposure. Environ Res 101(1):104-112.

Gartrell MJ, Craun JC, Podrebarac DS, et al. 1986. Pesticides, selected elements, and other chemicals in adult total diet samples, October 1980 - March 1982. J Assoc Off Anal Chem 69:146-161.

Gasiorek K, Bauchinger M. 1981. Chromosome changes in human lymphocytes after separate and combined treatment with divalent salts of lead, cadmium, and zinc. Environ Mutagen 3:513-518.

Gatta A, Bazzerla G, Amodio P, et al. 1989. Detection of the early steps of cadmium nephropathy-comparison of light- and electron-microscopical patterns with the urinary enzymes excretion: An experimental study. Nephron 51:20-24.

Geiger H, Bahner U, Anderes S, et al. 1989. Cadmium and renal hypertension. J Human Hypertension 3:23-27.

Gennart JP, Buchet JP, Roels H, et al. 1992. Fertility of male workers exposed to cadmium, lead, or manganese. Am J Epidemiol 135(11):1208-1219.

Ghezzi I, Toffoletto F, Sesana G, et al. 1985. Behaviour of biological indicators of cadmium in relation to occupational exposure. Int Arch Occup Environ Health 55:133-140.

Gibbs RJ. 1994. Metals in the sediments along the Hudson River estuary. Environ Int 20(4):507-516.

*Gill KD, Pal R, Nath R. 1989a. Effect of cadmium on lipid peroxidation and antioxidant enzymes in undernourished weanling rat brain. Pharmacol Toxicol 65:73-77.

Gill KD, Pal R, Sandhir R, et al. 1989b. Effect of chronic cadmium exposure on lipid composition and peroxidation in liver and kidneys in rats. Med Sci Res 17:921-924.

Gilliavod N, Leonard A. 1975. Mutagenicity tests with cadmium in the mouse. Toxicology 5:43-47.

Girolami JP, Bascands JL, Pecher C, et al. 1989. Renal kallikrein excretion as a distal nephrotoxicity marker during cadmium exposure in rats. Toxicology 55:117-129.

Giwercman A, Carlsen E, Keiding N, et al. 1993. Evidence for increasing incidence of abnormalities of the human testis: A review. Environ Health Perspect Suppl 101(2):65-71.

Glaser U, Hochrainer D, Otto FJ, et al. 1990. Carcinogenicity and toxicity of four cadmium compounds inhaled by rats. Toxicol Environ Chem 27:153-162.

Glaser U, Kloppel H, Hochrainer D. 1986. Bioavailability indicators of inhaled cadmium compounds. Ecotoxicol Environ Saf 11:261-271.

*Glauser SC, Bezlo CT, Glauser EM. 1976. Blood-cadmium levels in normotensive and untreated hypertensive humans. Lancet 1:717-718.

Gochfeld M, Burger J. 1982. Biological concentrations of cadmium in estuarine birds of the New York Bight. Colonial Waterbirds 5:116-123.

Goering PL, Klaassen CD. 1984a. Resistance to cadmium-induced hepatotoxicity in immature rats. Toxicol Appl Pharmacol 74:321-329.

Goering PL, Klaassen CD. 1984b. Tolerance to cadmium-induced hepatotoxicity following cadmium pretreatment. Toxicol Appl Pharmacol 74:308-313.

Goering PL, Klaassen CD. 1984c. Zinc-induced tolerance to cadmium hepatotoxicity. Toxicol Appl Pharmacol 74:299-307.

Goering PL, Klaassen CD. 1985. Mechanism of manganese-induced tolerance to cadmium lethality and hepatotoxicity. Biochem Pharmacol 34:1371-1379.

Goldfrank LR, Flomenbaum NE, Lewin NA, et al. 1990. Goldfrank's toxicologic emergencies. 4th ed. Norwalk, CT: Appleton & Lange, 649-652.

Gompertz D, Chettle DR, Fletcher JG, et al. 1983. Renal dysfunction in cadmium smelters: Relation to *in vivo* liver and kidney cadmium concentrations. Lancet 1:1185-1187.

Goon D, Klaassen CD. 1989. Dosage-dependent absorption of cadmium in the rat intestine measured in situ. Toxicol Appl Pharmacol 100:41-50.

Goyer RA, Cherian MG. 1992. Role of metallothionein in human placenta and rats exposed to cadmium. In: Nordberg GF, Herber RFM, Alessio L, eds. Cadmium in the Human Environment: Toxicity and Carcinogenicity. Lyon: International Agency for Research on Cancer, 239-247.

Goyer RA, Miller CR, Zhu SY, et al. 1989. Non-metallothionein-bound cadmium in the pathogenesis of cadmium nephrotoxicity in the rat. Toxicol Appl Pharmacol 101:232-244.

Graham JA, Miller FJ, Daniels MJ, et al. 1978. Influence of cadmium, nickel, and chromium on primary immunity in mice. Environ Res16:77-87.

Greenberg RR, Gallorini M, Gills TE. 1979. Cadmium analysis by radiochemical neutron activation analysis. Environ Health Perspect 28:1-4.

Greenspan BJ, Morrow PE, Ferin J. 1988. Effects of aerosol exposures to cadmium chloride on the clearance of titanium dioxide from the lungs of rats. Exp Lung Res 14:491-500.

Grose EC, Richards JH, Jaskot RH, et al. 1987. A comparative study of the effects of inhaled cadmium chloride and cadmium oxide: Pulmonary response. J Toxicol Environ Health 21:219-232.

Gross SB, Yeager DW, Middendorf MS. 1976. Cadmium in liver, kidney, and hair of humans, fetal through old age. J Toxicol Environ Health 2:153-167.

Groten JP, Sinkeldam EJ, Luten JB, et al. 1990. Comparison of the toxicity of inorganic and liver-incorporated cadmium: A 4-week feeding study in rats. Food Chem Toxicol 28:435-441.

Gruden N, Matausic S. 1989. Some factors influencing cadmium-manganese interaction in adult rats. Bull Environ Contam Toxicol 43:101-106.

Guillard O, Lauwerys R. 1989. *In vitro* and *in vivo* effect of mercury, lead, and cadmium on the generation of chemiluminescence by human whole blood. Biochem Pharmacol 38:2819-2824.

Gunn SA, Gould TC, Anderson WAD. 1968a. Mechanisms of zinc, cysteine and selenium protection against cadmium-induced vascular injury to mouse testis. J Reprod Fertil 15:65-70.

Gunn SA, Gould TC, Anderson WAD. 1968b. Selectivity of organ response to cadmium and various protective measures. J Pathol Bacteriol 96:89-96.

Gupta A, Gupta A, Murthy RC, et al. 1993. Neurochemical changes in developing rat brain after pre- and postnatal cadmium exposure. Bull Environ Contam Toxicol 51:12-17.

Gutenmann WH, Rutzke M, Kuntz HT, et al. 1994. Elements and polychlorinated biphenyls in sewage sludges of large cities in the United States. Chemosphere 28(4):725-728.

Guzelian PS, Henry CJ, Olin SS, eds. 1992. Similarities and differences between children and adults: Implications for risk assessment. Washington, DC: International Life Sciences Institute Press.

Haddad LM, Winchester JF. 1990. Clinical management of poisoning and drug overdose. 2nd ed. Philadelphia, PA: WB Sanders Company, 331-332, 1029-1030.

Hammer DI, Calocci AV, Hasselblad V, et al. 1973. Cadmium and lead in autopsy tissues. J Occup Med 15:956-964.

Handy RD. 1992a. The assessment of episodic metal pollution. I. Uses and limitations of tissue contaminant analysis in rainbow trout (*Oncorhynchus mykiss*) after short waterborne exposure to cadmium or copper. Arch Environ Contam Toxicol 22(1):74-81.

Handy RD. 1992b. The assessment of episodic metal pollution. II. The effects of cadmium and copper enriched diets on tissue contaminant analysis in rainbow trout (*Oncorhynchus mykiss*). Arch Environ Contam Toxicol 22(1):82-87.

Hansen JC, Wulf HC, Kromann N, et al. 1985. Cadmium concentrations in blood samples from an East Greenlandic population. Dan Med Bull 32:277-279.

Hardell L, Wing MA, Ljungberg B, et al. 1994. Levels of cadmium, zinc and copper in renal cell carcinoma and normal kidney. Eur J Cancer Prev 3:45-48.

Harrison SE, Klaverkamp JF. 1990. Metal contamination in liver and muscle of northern pike (*Esox lucius*) and white sucker (*Catostomus commersoni*) and in sediments from lakes near the smelter at Flin Flon, Manitoba. Environ Toxicol Chem 9:941-956.

Hart BA. 1986. Cellular and biochemical response of the rat lung to repeated inhalation of cadmium. Toxicol Appl Pharmacol 82:281-291.

Hart BA, Potts RJ, Watkin RD. 2001. Cadmium adaptation in the lung – a double-edged sword? Toxicology 160(1-3):65-70.

Hart BA, Voss GW, Willean CL. 1989a. Pulmonary tolerance to cadmium following cadmium aerosol pretreatment. Toxicol Appl Pharmacol 101:447-460.

Hart RP, Rose CS, Hamer RM. 1989b. Neuropsychological effects of occupational exposure to cadmium. J Clin Exper Neuropsychol 11:933-943.

Hasselbach L, Ver Hoef JM, Ford J, et al. 2005. Spatial patterns of cadmium and lead deposition on and adjacent to National Park Service lands in the vicinity of Red Dog Mine, Alaska. Sci Total Environ 348(1-3):223-229.

Haswell-Elkins M, Satarug S, O'Rourke P, et al. 2008. Striking association between urinary cadmium level and albuminuria among Torres Strait Islander people with diabetes. Environ Res 106:379-383.

Hayano M, Nogawa K, Kido T, et al. 1996. Dose-response relationship between urinary cadmium concentration and $\beta_2$-microglobulinuria using logistic regression analysis. Arch Environ Health 51(2):162-167.

Hays ES, Margaretten N. 1985. Long-term oral cadmium produces bone marrow hypoplasia in mice. Exp Hematol 13:229-234.

HazDat. 2007. Cadmium. HazDat Database: ATSDR's Hazardous Substance Release and Health Effects Database. Atlanta, GA: Agency for Toxic Substances and Disease Registry.

He QB, Singh BR. 1994. Crop uptake of cadmium from phosphorus fertilizers. I. Yield and cadmium content. Water Air Soil Pollut 74:251-265.

Heinrich U, Peters L, Ernst H, et al. 1989. Investigation on the carcinogenic effects of various cadmium compounds after inhalation exposure in hamsters and mice. Exp Pathol 37:253-258.

Hellström L, Elinder CG, Dahlberg B, et al. 2001. Cadmium exposure and end-stage renal disease. Am J Kidney Dis 38(5): 1001-1008.

Henderson RF, Rebar AH, Pickrell JA, et al. 1979. Early damage indicators in the lung. III. Biochemical and cytological response of the lung to inhaled metal salts. Toxicol Appl Pharmacol 50:123-136.

Herrero TC, Martin LFL. 1993. Evaluation of cadmium levels in fertilized soils. Bull Environ Contam Toxicol 50:61-68.

Herron N. 2003. Cadmium compounds. Kirk-Othmer encyclopedia of chemical technology. Vol. 4. John Wiley & Sons, Inc., 507-523. http://mrw.interscience.wiley.com/emrw/9780471238966/kirk/article/cadmherr.a01/current/pdf. April 29, 2008.

*Hew KW, Ericson WA, Welsh MJ. 1993a. A single low cadmium dose causes failure of spermiation in the rat. Toxicol Appl Pharmacol 121(1):15-21.

*Hew KW, Heath GL, Jiwa AH, et al. 1993b. Cadmium in vivo causes disruption of tight junction-associated microfilaments in rat Sertoli cells. Biol Reprod 49(4):840-849.

Hirano S, Tsukamoto N, Higo S, et al. 1989a. Toxicity of cadmium oxide instilled into the rat lung. II. Inflammatory in broncho-alveolar lavage fluid. Toxicology 55(1-2):25-35.

Hirano S, Tsukamoto N, Kobayashi E, et al. 1989b. Toxicity of cadmium oxide instilled into the rat lung. I. Metabolism of cadmium oxide in the lung and its effects on essential elements. Toxicology 55(1-2):15-24.

*Hirano S, Tsukamoto N, Suzuki KT. 1990. Biochemical changes in the rat lung and liver following intratracheal instillation of cadmium oxide. Toxicol Lett 50:97-105.

Hiratsuka H, Satoh S-i, Satoh M, et al. 1999. Tissue distribution of cadmium in rats given minimum amounts of cadmium-polluted rice or cadmium chloride for 8 months. Toxicol Appl Pharmacol 160:183-191.

Hoadley JE, Cousins RJ. 1985. Effects of dietary zinc depletion and food restriction on intestinal transport of cadmium in the rat. Proc Soc Exp Biol Med 180:296-302.

Hochi Y, Kido T, Nogawa K, et al. 1995. Dose-response relationship between total cadmium intake and prevalence of renal dysfunction using general linear models. J Appl Toxicol 15:109-116.

Hoel DG, Davis DL, Miller AB, et al. 1992. Trends in cancer mortality in 15 industrialized countries, 1969-1986. J Natl Cancer Inst 84(5):313-320.

*Hoffmann L, Putzke HP, Kampehl HJ, et al. 1985. Carcinogenic effects of cadmium on the prostate of the rat. J Cancer Res Clin Oncol 109:193-199.

*Holloway WR, Thor DH. 1988a. Cadmium exposure in infancy: Effects on activity and social behaviors of juvenile rats. Neurotoxicol Teratol 10:135-142.

*Holloway WR, Thor DH. 1988b. Social memory deficits in adult male rats exposed to cadmium in infancy. Neurotoxicol Teratol 10:193-197.

Holmgren GGS, Meyer MW, Chaney RL, et al. 1993. Cadmium, lead, zinc, copper, and nickel in agricultural soils of the United States of America. J Environ Qual 22:335-348.

Holsen TM, Noll KE, Fang G, et al. 1993. Dry deposition and particle size distributions measured during the Lake Michigan Urban Air Toxics Study. Environ Sci Technol 27(7):1327-1333.

Holt D, Webb M. 1987. Teratogenicity of ionic cadmium in the Wistar rat. Arch Toxicol 59:443-447.

Honda R, Swaddiwudhipong W, Nishijo M, et al. 2010. Cadmium induced renal dysfunction among residents of rice farming area downstream from a zinc-mineralized belt in Thailand. Toxicol Lett 198(1):26-32.

Honma M, Hayashi M, Shimada H, et al. 1999. Evaluation of the mouse lymphoma tk assay (microwell method) as an alternative to the *in vitro* chromosomal aberration test. Mutagenesis 14(1):5-22.

Hopf G, Bocker R, Bischoff, et al. 1990. Investigation of the combined effects of ethanol and cadmium on rat liver and kidneys. Arch Toxicol 64:470-473.

Horiguchi H, Aoshima K, Oguma E, et al. 2010. Latest status of cadmium accumulation and its effects on kidneys, bone, and erythropoiesis in inhabitants of the formerly cadmium-polluted Jinzu River Basin in Toyama, Japan, after restoration of rice paddies. Int Arch Occup Environ Health 83(8):953-970.

Horiguchi H, Oguma E, Sasaki S, et al. 2004. Comprehensive study of the effects of age, iron deficiency, diabetes mellitus, and cadmium burden on dietary cadmium absorption in cadmium-exposed female Japanese farmers. Toxicol Appl Pharmacol 196:114-123.

Hotz P, Buchet JP, Bernard A, et al. 1999. Renal effects of low-level environmental cadmium exposure: 5-year follow-up of a subcohort from the Cadmibel study. Lancet 354:1508-1513.

HSDB. 2008. Cadmium and cadmium compounds. Hazardous Substance Data Bank. National Library of Medicine, Bethesda, MD. May 28, 2008.

Huel G, Everson RB, Menger I. 1984. Increased hair cadmium in newborns of women occupationally exposed to heavy metals. Environ Res 35:115-121.

Huel G, Ibrahim MA, Boudene C. 1981. Cadmium and lead content of maternal and newborn hair: Relationship to parity, birth weight, and hypertension. Arch Environ Health 36:221-227.

Hwangbo Y, Weaver VM, Tellez-Plaza M, et al. 2011. Blood cadmium and estimated glomerular filtration rate in Korean adults. Environ Health Perspect 119:1800-1805.

IARC. 1993. Cadmium and certain cadmium compounds. In: IARC monographs on the evaluation of the carcinogenic risk of chemicals to humans. Beryllium, cadmium, mercury and exposures in the glass manufacturing industry. IARC monographs, Vol. 58. Lyon, France: World Health Organization. International Agency for Research on Cancer, 119-236.

IARC. 2008. Agents reviewed by the IARC monographs: Volumes 1-99. Lyon, France: International Agency for Research on Cancer. http://monographs.iarc.fr/ENG/Classification/index.php. April 24, 2008.

ICRP. 1980. Metabolic data for cadmium. Limits for intakes of radionuclides by workers. Protection Pergamon Press, NY: International Commission on Radiological, 42-44. ICRP Publication No. 30, Part 2.

ICRP. 1981. Report of the task group on reference man. Pergamon Press, NY: International Commission on Radiological Protection, 40–45. ICRP Publication 23.

ICRP. 1994. Human respiratory tract model for radiological protection. Pergamon Press, Oxford: International Commission on Radiological Protection. ICRP publication 66.

Iimura K. 1981. Heavy metal problems in paddy soils. In: Kitagishi K, Yamane I, eds. Heavy metal problems in soils of Japan. Japan Scientific Societies Press, 37-50.

IJC. 1989. 1989 report on Great Lakes water quality. Windsor, Ontario: International Joint Commission, Great Lakes Water Quality Board.

*Ijomah G, Corrigan FM, Holliday J, et al. 1993. Aluminum, cadmium, lipids and prevalence of dementia in people living near an aluminum smelter. Trace Elements in Medicine 10(1):6-12.

Ikeda M, Ezaki T, Tsukahara T, et al. 2005a. Reproducibility of urinary cadmium, $\alpha$-microglobulin, and $\beta_2$-microglobulin levels in health screening of the general population. Arch Environ Contam Toxicol 48(1):135-140.

Ikeda M, Ezaki T, Moriguchi J, et al. 2005b. The threshold cadmium level that causes a substantial increase in $\beta_2$-microglobulin in urine of general populations. Tohoku J Exp Med 205(3):247-261.

Ikeda M, Ezaki T, Tsukahara T, et al. 2003a. Bias induced by the use of creatinine-corrected values in evaluation of $B_2$-microgloblin levels. Toxicol Lett 145:197-207.

Ikeda M, Ezaki T, Tsukahara T, et al. 2003b. Threshold levels of urinary cadmium in relation to increases in urinary $\beta_2$-microglobulin among general Japanese populations. Toxicol Lett 137(3):135-141.

Ikeda M, Watanabe T, Zhang ZW, et al. 1997. The integrity of the liver among people environmentally exposed to cadmium at various levels. Int Arch Occup Environ Health 69(6):379-385.

Ikeda M, Zhang ZW, Higashikawa K, et al. 1999. Background exposure of general women populations in Japan to cadmium in the environment and possible health effects. Toxicol Lett 108(2-3):161-166.

Ikeda M, Zhang ZW, Moon CS, et al. 2000. Normal liver function in women in the general Japanese population subjected to environmental exposure to cadmium at various levels. Int Arch Occup Environ Health 73(2):86-90.

ILZRO. 1977. Biological availability of cadmium from cadmium pigments. New York, NY: International Lead Zinc Research Organization, Inc.

Inoue Y, Watanabe TK. 1978. Toxicity and mutagenicity of cadmium and furylfuramide in *Drosophila melanogaster*. Jpn J Genetics 53:183-189.

Inskip H, Beral V, McDowall M. 1982. Mortality of Shipham residents: 40-year follow-up. Lancet:896-899.

IRIS. 2012. Cadmium. Integrated Risk Information System. Washington, DC: U.S. Environmental Protection Agency. http://www.epa.gov/iris/subst/index.html. February 22, 2012.

Ishizaki M, Kido T, Honda R, et al. 1989. Dose-response relationship between urinary cadmium and $\beta_2$-microglobulin in Japanese environmentally cadmium exposed population. Toxicology 58:121-131.

Itoh H, Iwasaki M, Nakajima Y, et al. 2008. A case-control study of the association between urinary cadmium concentration and endometriosis in infertile Japanese women. Sci Total Environ 402(2-3):171-175.

Itokawa Y, Abe T, Tabei R, et al. 1974. Renal and skeletal lesions in experimental cadmium poisoning. Arch Environ Health 28:149-154.

Iwata K, Katoh T, Morikawa Y, et al. 1988. Urinary trehalase activity as an indicator of kidney injury due to environmental cadmium exposure. Arch Toxicol 62:435-439.

Iwata K, Saito H, Moriyama M, et al. 1993. Renal tubular function after reduction of environmental cadmium exposure: A ten-year follow-up. Arch Environ Health 48(3):157-163.

Iwata K, Saito H, Moriyama M, et al. 1991a. Association between renal tubular dysfunction and mortality among residents in a cadmium-polluted area, Nagasaki, Japan. Tohoku J Exp Med 164:93-102.

Iwata K, Saito H, Nakano A. 1991b. Association between cadmium-induced renal dysfunction and mortality: Further evidence. Tohoku J Exp Med 164:319-330.

*Iwata K, Saito H, Moriyama M, et al. 1992. Follow up study of renal tubular dysfunction and mortality in residents of an area polluted with cadmium. Br J Ind Med 49(10):737-737.

Izuno T, Sugita M, Arita S, et al. 2000. Validity of cadmium concentration in rice as the 'dose' of the dose-response relationship between cadmium intake and renal dysfunction. Environ Res 84 Sect A:275-281.

Jackson LW, Zullo MD, Goldberg JM. 2008. The association between heavy metals, endometriosis and uterine myomas among premenopausal women: National Health and Nutrition Examination Survey 1999-2002. Hum Reprod 23(3):679-687.

Jacquillet G, Barbier O, Rubera I, et al. 2007. Cadmium causes delayed effects on renal function in the offspring of cadmium-contaminated pregnant female rats. Am J Physiol Renal Physiol 293(5):F1450-1460.

Jaeger DE. 1990. Absorption interactions of zinc and cadmium in the isolated perfused rat intestine. J Trace Elements Electrolytes Health Disease 4:101-105.

*Jahn F, Klinger W. 1989. Influence of prenatal administration of cadmium on postnatal development and inducibility of hepatic monooxygenases in rats. Pharmacol Toxicol 64:291-292.

Jakubowski M, Razniewska G, Halatek T, et al. 1992. Integrated index of occupational exposure to cadmium as a predictor of kidney dysfunction. Cadmium in the human environment: Toxicity and carcinogenicity. IARC Sci Publ 118:319-324.

Jakubowski M, Trojanowska B, Kowalska G, et al. 1987. Occupational exposure to cadmium and kidney dysfunction. Int Arch Occup Environ Health 59:567-577.

Jamall IS, Smith JC. 1985a. Effects of cadmium on glutathione peroxidose, superoxide dismutase and lipid peroxidation in the rat heart: A possible mechanism of cadmium cardiotoxicity. Toxicol Appl Pharmacol 80:33-42.

Jamall IS, Smith JC. 1985b. The effects of dietary selenium on cadmium binding in rat kidney and liver. Arch Toxicol 56:252-255.

Jamall IS, Smith JC. 1985c. Effects of cadmium treatment on selenium dependent and selenium independent glutathione peroxidase activities and lipid peroxidation in the kidney and liver of rats maintained on various levels of dietary selenium. Arch Toxicol 58:102-105.

Jamall IS, Naik M, Sprowls JJ, et al. 1989. A comparison of the effects of dietary cadmium on heart and kidney oxidant enzymes: Evidence for the greater vulnerability of the heart to cadmium toxicity. J Appl Toxicol 9:339-345.

*Janecki A, Jakubowiak A, Steinberger A. 1992. Effect of cadmium chloride on transepithelial electrical resistance of Sertoli cell monolayers in two-compartment cultures--a new model for toxicological investigations of the "blood-testis" barrier in vitro. Toxicol Appl Pharmacol 112(1):51-57.

Jarrett JM, Xiao G, Caldwell KL, et al. 2008. Eliminating molybdenum oxide interference in urine cadmium biomonitoring using ICP-DRC-MS. J Anal Atom Spectrom 23(7):962-967.

Järup L, Elinder CG. 1993. Incidence of renal stones among cadmium exposed battery workers. Br J Ind Med 50:598-602.

Järup L, Elinder CG. 1994. Dose-response relations between urinary cadmium and tubular proteinuria in cadmium-exposed workers. Am J Ind Med 26(6):759-769.

Järup L, Bellander T, Hogstedt C, et al. 1998a. Mortality and cancer incidence in Swedish battery workers exposed to cadmium and nickel. Occup Environ Med 55(11):755-759.

Järup L, Berglund M, Elinder CG, et al. 1998b. Health effects of cadmium exposure - a review of the literature and a risk estimate. Scand J Work Environ Health 24:1-52.

Järup L, Carlsson MD, Elinder CG, et al. 1995a. Enzymuria in a population living near a cadmium battery plant. Occup Environ Med 52:770-772.

Järup L, Elinder CG, Spang G. 1988. Cumulative blood-cadmium and tubular proteinuria: A dose-response relationship. Int Arch Occup Environ Health 60:223-229.

Järup L, Hellstrom L, Alfven T, et al. 2000. Low level exposure to cadmium and early kidney damage: The OSCAR study. Occup Environ Med 57(10):668-672.

*Järup L, Persson B, Edling C, et al. 1993. Renal function impairment in workers previously exposed to cadmium. Nephron 64:75-81.

Järup L, Persson B, Elinder CG. 1995b. Decreased glomerular filtration rate in solderers exposed to cadmium. Occup Environ Med 52:818-822.

*Jaw S, Jeffery EH. 1988. The effect of dietary zinc status on biliary metal excretion of rats. J Nutr 118:1385-1390.

Jeng SL, Lee SJ, Lin SY. 1994. Determination of cadmium and lead in raw milk by graphite furnace atomic absorption spectrophotometer. J Dairy Sci 77:945-949.

Jensen AA. 1983. Chemical contaminants in human milk. Residue Reviews 89:1-128.

Jianhua Z, Lian X, Shuanlai Z, et al. 2006. DNA lesion and Hprt mutant frequency in rat lymphocytes and V79 Chinese hamster lung cells exposed to cadmium. J Occup Health 48(2):93-99.

Jin T, Nordberg M, Frech W, et al. 2002. Cadmium biomonitoring and renal dysfunction among a population environmentally exposed to cadmium from smelting in China. Biometals 15:397-410.

Jin T, Nordberg G, Xunwei W, et al. 1999. Urinary $N$-acetyl-β-D-glucosaminidase isoenzymes as biomarker of renal dysfunction caused by cadmium in general population. Environ Res 81(2):167-173.

Jin T, Kong Q, Ye T, et al. 2004a. Renal dysfunction of cadmium-exposed workers residing in a cadmium-polluted environment. Biometals 17(5):513-518.

Jin T, Nordberg G, Ye T, et al. 2004c. Osteoporosis and renal dysfunction in a general population exposed to cadmium in China. Environ Res 96(3):353-359.

Jin T, Wu X, Tang Y, et al. 2004b. Environmental epidemiological study and estimation of benchmark dose for renal dysfunction in a cadmium-polluted area in China. Biometals 17(5):525-530.

Johanson CE. 1980. Permeability and vascularity of the developing brain: Cerebellum vs. cerebral cortex. Brain Res 190(1):3-16.

Johansson A, Curstedt T, Robertson B, et al. 1984. Lung morphology and phospholipids after experimental inhalation of soluble cadmium, copper, and cobalt. Environ Res 34:295-309.

John J, Gjessing ET, Grande M, et al. 1987. Influence of aquatic humus and pH on the uptake and depuration of cadmium by the Atlantic salmon (*Salmo salar L.*). Sci Total Environ 62:253-265.

Jonah MM, Bhattacharyya MH. 1989. Early changes in the tissue distribution of cadmium after oral but not intravenous cadmium exposure. Toxicology 58:325-338.

Jones MM, Cherian MG. 1990. The search for chelate antagonists for chronic cadmium intoxication. Toxicology 62:1-25.

Jones MM, Singh PK, Basinger MA, et al. 1994. Cadmium mobilization by monoaralkyl- and monoalkyl esters of meso-2,3-dimercaptosuccinic acid and by a dithiocarbamate. Pharmacol Toxicol 74:76-83.

Jones MM, Singh PK, Gale GR, et al. 1992. Cadmium mobilization *in vivo* by intraperitoneal or oral administration of monoalkyl esters of meso-2,3-dimercaptosuccinic acid in the mouse. Pharmacol Toxicol 70:336-343.

Jurasović J, Cvitkovic P, Pizent A, et al. 2004. Semen quality and reproductive endocrine function with regard to blood cadmium in Croatian male subjects. Biometals 17(6):735-743.

Kagamimori S, Watanabe M, Nakagawa H, et al. 1986. Case-control study on cardiovascular function in females with a history of heavy exposure to cadmium. Bull Environ Contam Toxicol 36:484-490.

*Kahan E, Derazne E, Rosenboim J, et al. 1992. Adverse health effects in workers exposed to cadmium. Am J Ind Med 21:527-537.

Kalac P, Niznanska M, Bevilaqua D, et al. 1996. Concentrations of mercury, copper, cadmium and lead in fruiting bodies of edible mushrooms in the vicinity of a mercury smelter and a copper smelter. Sci Total Environ 177(1-3):251-258.

Kalahasthi RB, Rajmohan H, Rajan B, et al. 2007. Urinary N-acetyl-beta -D-glucosaminidase and its isoenzymes A & B in workers exposed to cadmium at cadmium plating. J Occup Med Toxicol 2(5):1-7.

Kamenosono T, Shimada H, Funakoshi T, et al. 2002a. Involvement of active transport systems in the mobilization of cadmium by dithiocarbamates *in vivo*. Toxicology 170(1-2):103-110.

*Kamenosono T, Shimada H, Funakoshi T, et al. 2002b. Structure-effect relationship in the mobilization of cadmium in mice by several dithiocarbamates. Comp Biochem Physiol C 132(1):61-66.

Kanematsu N, Hara M, Kada T. 1980. Rec-assay and mutagenicity studies on metal compounds. Mutat Res 77:109-116.

Kanisawa M, Schroeder HA. 1969. Life term studies on the effects of trace elements on spontaneous tumors in mice and rats. Cancer Res 29:892-895.

Kaplan M, Atakan IH, Aydogdu N, et al. 2008. Influence of N-acetylcysteine on renal toxicity of cadmium in rats. Pediatr Nephrol 23(2):233-241.

Kar AB, Das RP, Mukerji B. 1960. Prevention of cadmium induced changes in the gonads of rats by zinc and selenium-A study in antagonism between metals in the biological system. Proc Natl Inst Sci India. Part B. Biol Sci 26:40-50.

Karakaya A, Yucesoy B, Sardas OS. 1994. An immunological study on workers occupationally exposed to cadmium. Human Exp Toxicol 13:73-75.

Karmakar R, Banik S, Bandyopadhyay S, et al. 1998. Cadmium-induced alterations of hepatic lipid peroxidation, glutathione S-transferase activity and reduced glutathione level and their possible correlation with chromosomal aberration in mice: A time course study. Mutat Res 397(2):183-190.

Kasuba V, Rozgaj R. 2002. Micronucleus distribution in human peripheral blood lymphocytes treated *in vitro* with cadmium chloride in $G_0$ and S phase of the cell cycle. Chemosphere 49(1):91-95.

Kasuba V, Rozgaj R, Saric MM, et al. 2002. Evaluation of genotoxic damage of cadmium chloride in peripheral blood of suckling Wistar rats. J Appl Toxicol 22(4):271-277.

Katskov DA, Schwrzer R, Pieter JJG, et al. 1994. Use of a furnace with a graphite filter for electrothermal atomic absorption spectrometry. J Anal Atom Spectrom 9:431-436.

Kawada T, Koyama H, Suzuki S. 1989. Cadmium, NAG activity, and $B_2$-microglobulin in the urine of cadmium pigment workers. Br J Ind Med 46:52-55.

Kawada T, Shinmyo RR, Suzuki S. 1992. Urinary cadmium and N-acetyl-β-D-glucosaminidase excretion of inhabitants living in a cadmium-polluted area. Int Arch Occup Environ Health 63:541-546.

Kawada T, Tohyama C, Suzuki S. 1990. Significance of the excretion of urinary indicator proteins for a low level of occupational exposure to cadmium. Int Arch Occup Environ Health 62:95-100.

Kawamura J, Yoshida O, Nishino K, et al. 1978. Disturbances in kidney functions and calcium and phosphate metabolism in cadmium-poisoned rats. Nephron 20:101-110.

*Kawashima H, Nomiyama H, Nomiyama K. 1988. Chronic exposure to cadmium did not impair vitamin D metabolism in monkeys. Environ Res 46:48-58.

Kazantzis G. 1979. Renal tubular dysfunction and abnormalities of calcium metabolism in cadmium workers. Environ Health Perspect 28:155-159.

Kazantzis G, Blanks RG, Sullivan KR. 1992. Is cadmium a human carcinogen? In: Nordberg GF, Herber RFM, Alessio L, eds. Cadmium in the human environment: Toxicity and carcinogenicity. IARC Scientific Publications No. 118. Lyon, France: International Agency for Research on Cancer, 435-446.

Kazantzis G, Lam TH, Sullivan KR. 1988. Mortality of cadmium-exposed workers. A five-year update. Scand J Work Environ Health 14:220-223.

Kelman BJ, Walter BK, Jarboe GE, et al. 1978. Effect of dietary cadmium on calcium metabolism in the rat during late gestation. Proc Soc Exp Biol Med 158:614-617.

Kershaw WC, Iga T, Klaassen CD. 1990. Ethanol decreases cadmium hepatoxicity in rats: Possible role of hepatic metallothionein induction. Toxicol Appl Pharmacol 106:448-455.

Kido T, Nogawa K. 1993. Dose-response relationship between total cadmium intake and $β_2$-microglobulinuria using logistic regression analysis. Toxicol Lett 69:113-120.

Kido T, Honda R, Tsuritani I, et al. 1988. Progress of renal dysfunction in inhabitants environmentally exposed to cadmium. Arch Environ Health 43:213-217.

*Kido T, Honda R, Tsuritani I, et al. 1989a. High urinary cadmium concentration in a case of gastric cancer. Br J Ind Med 46:288.

Kido T, Nogawa K, Honda R, et al. 1990a. The association between renal dysfunction and osteopenia in environmental cadmium-exposed subjects. Environ Res 51:71-82.

Kido T, Nogawa K, Ishizaki M, et al. 1990b. Long-term observation of serum creatinine and arterial blood pH in persons with cadmium-induced renal dysfunction. Arch Environ Health 45:35-41.

Kido T, Nogawa K, Yamada Y, et al. 1989b. Osteopenia in inhabitants with renal dysfunction induced by exposure to environmental cadmium. Int Arch Occup Environ Health 61:271-276.

Kido T, Sunaga K, Nishijo M, et al. 2004. The relation of individual cadmium concentration in urine with total cadmium intake in Kakehashi River basin, Japan. Toxicol Lett 152(1):57-61.

Kim DW, Kim KY, Choi BS, et al. 2007. Regulation of metal transporters by dietary iron, and the relationship between body iron levels and cadmium uptake. Arch Toxicol 81:327-334.

Kimura M, Otaki N. 1972. Percutaneous absorption of cadmium in rabbit and hairless mouse. Ind Health 10:7-10.

Kimura M, Otaki N, Yoshiki S, et al. 1974. The isolation of metallothionein and its protective role in cadmium poisoning. Arch Biochem Biophys 165:340-348.

Kipling MD, Waterhouse JAH. 1967. Cadmium and prostatic carcinoma. Lancet 1(7492):730-731.

*Kjellström T. 1986a. Critical organs, critical concentrations, and whole-body dose-response relationships. In: Friberg L, Elinder CG, Kjellström T, et al., eds. Cadmium and health: A toxicological and epidemiological appraisal. Vol. II. Effects and response. Boca Raton, FL: CRC Press, 231-246.

*Kjellström T. 1986b. Effects on bone, on vitamin D, and calcium metabolism. In: Friberg L, Elinder CG, Kjellström T, et al., eds. Cadmium and health: A toxicological and epidemiological appraisal. Vol. II. Effects and response. Boca Raton, FL: CRC Press, 111-158.

Kjellström T. 1986c. Renal effects. In: Friberg L. Elinder CG, Kjellström T, et al., eds. Cadmium and health: A toxicological and epidemiological appraisal. Vol. II. Effects and response. Boca Raton, FL: CRC Press, 21-110.

Kjellström T, Nordberg GF. 1978. A kinetic model of cadmium metabolism in the human being. Environ Res 16:248-269.

Kjellström T, Nordberg GF. 1985. Kinetic model of cadmium metabolism. In: Friberg L, Elinder CG, Kjellström T, et al., eds. Cadmium and health: A toxicological and epidemiological appraisal. Vol. I. Exposure, dose and metabolism. Boca Raton, FL: CRC Press, 179-197.

Kjellström T, Borg K, Lind B. 1978. Cadmium in feces as an estimator of daily cadmium intake in Sweden. Environ Res 15:242-251.

Kjellström T, Evrin PE, Rahnster B. 1977a. Dose-response analysis of cadmium-induced tubular proteinuria. A study of urinary beta-2-microglobulin excretion among workers in a battery factory. Environ Res 13:303-317.

Kjellström T, Fribert L, Rahnster B. 1979. Mortality and cancer morbidity among cadmium-exposed workers. Environ Health Perspect 28:199-204.

*Kjellström T, Shiroisky K, Evrin PE. 1977b. Urinary $\beta_2$-microglobulin excretion among people exposed to cadmium in the general environment. An epidemiological study in cooperation between Japan and Sweden. Environ Res 13:318-344.

Klaassen CD. 1978. Effect of metallothionein on hepatic disposition of metals. Am J Physiol 234-E47-E53.

Klaassen CD, Kotsonis FN. 1977. Biliary excretion of cadmium in the rat, rabbit, and dog. Toxicol Appl Pharmacol 41:101-112.

Klemm W, Bombach G. 1995. Trace element determination in contaminated sediments and soils by ultrasonic slurry sampling and Zeeman graphite furnace atomic absorption spectrometry. Fresenius J Anal Chem 353(1):12-15.

Klimisch HJ. 1993. Lung deposition, lung clearance and renal accumulation of inhaled cadmium chloride and cadmium sulphide in rats. Toxicology 84:103-124.

Kobayashi E, Okubo Y, Suwazono Y, et al. 2002a. Association between urinary calcium excretion level and mortality in inhabitants of the Jinzu River basin area of Japan. Biol Trace Elem Res 89:145-153.

Kobayashi E, OKubo Y, Suwazono Y, et al. 2002b. Dose-response relationship between total cadmium intake calculated from the cadmium concentration in rice collected from each household of farmers and renal dysfunction in inhabitants of the Jinzu River basin, Japan. J Appl Toxicol 22(6):431-436.

Kobayashi E, Suwazono Y, Dochi M, et al. 2008a. Estimation of benchmark doses as threshold levels of urinary cadmium, based on excretion of beta2-microglobulin in cadmium-polluted and non-polluted regions in Japan. Toxicol Lett 179(2):108-112.

Kobayashi E, Suwazono Y, Dochi M, et al. 2009a. Association of lifetime cadmium intake or drinking Jinzu River water with the occurrence of renal tubular dysfunction. Environ Toxicol 24(5):421-428.

Kobayashi E, Suwazono Y, Dochi M, et al. 2009b. Influence of consumption of cadmium-polluted rice or Jinzu River water on occurrence of renal tubular dysfunction and/or Itai-itai disease. Biol Trace Elem Res 127(3):257-268.

Kobayashi E, Suwazono Y, Honda R, et al. 2008b. Serial changes in urinary cadmium concentrations and degree of renal tubular injury after soil replacement in cadmium-polluted rice paddies. Toxicol Lett 176(2):124-130.

*Kobayashi E, Suwazono Y, Uetani M, et al. 2005. Association between lifetime cadmium intake and cadmium concentration in individual urine. Bull Environ Contam Toxicol 74(5):817-821.

Kobayashi E, Suwazono Y, Uetani M, et al. 2006. Estimation of benchmark dose as the threshold levels of urinary cadmium, based on excretion of total protein, $\beta_2$-microglobulin and $N$-acetyl-$\beta$-D-glucosaminidase in cadmium nonpolluted regions in Japan. Environ Res 101(3):401-406.

Koizumi N, Ohashi F, Ikeda M. 2010. Lack of correlation between cadmium level in local brown rice and renal failure mortality among the residents: A nation-wide analysis in Japan. Int Arch Occup Environ Health 83(3):333-339.

Komárek J, Slaninova M, Vrestal, et al. 1991. Determination of cadmium by electrothermal atomic absorption spectrometry. Collect Czech Chem Commun 56:2083-2095.

Komori M, Nishio K, Kitada M, et al. 1990. Fetus-specific expression of a form of cytochrome P-450 in human livers. Biochemistry 29(18):4430-4433.

Konig HP, Heinrich U, Kock H, et al. 1992. Effect of photocorrosion on cadmium sulfide suspensions applied in animal inhalation studies with CDS particles. Arch Environ Contam Toxicol 22:30-35.

Kopp SJ, Glonek T, Perry HM, et al. 1982. Cardiovascular actions of cadmium at environmental exposure levels. Science 217:837-839.

*Kostial K, Blanusa M, Maljkovic T, et al.  1989.  Effect of a metal mixture in diet on the toxicokinetics and toxicity of cadmium, mercury and manganese in rats.  Toxicol Ind Health 5:686-698.

Kostial K, Blanusa M, Schonwald N, et al.  1993.  Organ cadmium deposits in orally exposed female rats and their pups and the depleting efficiency of sodium N-4-(methoxybenzyl)-d-glucamine-N-carbodithioate monohydrate (MeOBDCG).  Appl Toxicol 13(3):203-207.

Kostial K, Kello D, Jugo S, et al.  1978.  Influence of age on metal metabolism and toxicity.  Environ Health Perspect 25:81-86.

Kostial K, Piasek M, Blanusa M, et al.  1996.  Combined treatment with a new biscarbodithioate C9G2DTC for mobilizing cadmium deposits in rats.  J Appl Toxicol 16(2):157-158.

Kotsonis FN, Klaassen CD.  1977.  Toxicity and distribution of cadmium administered to rats at sublethal doses.  Toxicol Appl Pharmacol 41:667-680.

Kotsonis FN, Klaassen CD.  1978.  The relationship of metallothionein to the toxicity of cadmium after prolonged administration to rats.  Toxicol Appl Phamacol 46:39-54.

*Kowal NE.  1988.  Urinary cadmium and $B_2$-microglobulin:  Correlation with nutrition and smoking history.  J Toxicol Environ Health 25:179-183.

Kozlowska D, Brzozowska A, Sulkowska J, et al.  1993.  The effect of cadmium on iron metabolism in rats.  Nutr Res 13:1163-1172.

*Kreis IA, de Does M, Hoekstra JA, et al.  1993.  Effects of cadmium on reproduction, an epizootologic study.  Teratology 48(3):189-196.

Krishnan K, Andersen ME.  1994.  Physiologically based pharmacokinetic modeling in toxicology.  In:  Hayes AW, ed.  Principles and methods of toxicology.  3rd ed.  New York, NY:  Raven Press, Ltd., 149-188.

Krishnan K, Andersen ME, Clewell HJ, et al.  1994.  Physiologically based pharmacokinetic modeling of chemical mixtures.  In:  Yang RSH, ed.  Toxicology of chemical mixtures:  Case studies, mechanisms, and novel approaches.  San Diego, CA:  Academic Press, 399-437.

*Krishnan SS, Harrison JE, Jervis RE, et al.  1988.  Studies of skeletal cadmium assay and toxicity.  J Radioanal Nucl Chem 124:79-84.

Krzystyniak K, Fournier M, Trottier B, et al.  1987.  Immunosuppression in mice after inhalation of cadmium aerosol.  Toxicol Lett 38:1-12.

*Kucharz EJ.  1988.  Effect of cadmium intoxication on collagen and elastin content in tissues of the rat.  Bull Environ Contam Toxicol 40:273-279.

*Kudo N, Nakagawa Y, Waku K.  1990.  The effect of cadmium on the composition and metabolism of hepatic fatty acids in zinc-adequate and zinc-deficient rats.  Toxicol Lett 50:203-212.

Kuhnert PM, Kihnert BR, Bottoms SF, et al.  1982.  Cadmium levels in maternal blood, fetal cord blood, and placental tissues of pregnant women who smoke.  Am J Obstet Gynecol 142:1021-1025.

Kurokawa Y, Takahashi M, Maekawa A, et al. 1989. Promoting effect of metal compounds on liver, stomach, kidney, pancreas, and skin carcinogenesis. Am Coll Toxicol 8:1235-1239.

Kuroshima R. 1992. Cadmium accumulation in the mummichog, *Fundulus heteroclitus*, adapted to various salinities. Bull Environ Contam Toxicol 49(5):680-685.

Kutzman RS, Drew RT, Shiotsuka RN, et al. 1986. Pulmonary changes resulting from subchronic exposure to cadmium chloride aerosol. J Toxicol Environ Health 17:175-189.

Lagerkvist BJ, Lundstrom NG. 2004. Lead-and cadmium levels in children living close to a copper and lead smelter in Sweden. Biometals 17(5):593-594.

*Lagerkvist BJ, Nordberg GF, Soderberg HA, et al. 1992. Placental transfer of cadmium. In: Nordberg GF, Herber RFM, Alessio L, eds. Cadmium in the human environment: Toxicity and carcinogenicity. IARC Scientific Publications No. 118. Lyon, France: International Agency for Research on Cancer, 287-291.

*Lagerkvist BJ, Soderberg H-A, Nordberg GF, et al. 1993. Biological monitoring of arsenic, lead and cadmium in occupationally and environmentally exposed pregnant women. Scand J Work Environ Health 19(Suppl. 1):50-53.

*Lai YL, Diamond L. 1992. Cigarette smoke exposure does not prevent cadmium-induced alterations in rat lungs. J Toxicol Environ Health 35(1):63-76.

Lamm SH, Hall TA, Kutcher JS. 1994. Particulate exposure among cadmium workers: Is the risk due to cigarette, cadmium or arsenic particulates? Ann Occup Hyg 38:873-878.

Lamm SH, Parkinson M, Anderson M, et al. 1992. Determinants of lung cancer risk among cadmium-exposed workers. Ann Epidemiol 2:195-211.

Landsberger S, Wu D. 1993. Improvement of analytical sensitivities for the determination of antimony, arsenic, cadmium, indium, iodine molybdenum, silicon and uranium in airborne particulate matter by epithermal neutron activation analysis. J Radioanal Nucl Chem 167(2):219-225.

Lane RE, Campbell AC. 1954. Fatal emphysema in two men making a copper cadmium alloy. Br J Ind Med 11:118-122.

Larregle EV, Varas SM, Oliveros LB, et al. 2008. Lipid metabolism in liver of rat exposed to cadmium. Food Chem Toxicol 46(5):1786-1792.

Larsson SE, Piscator M. 1971. Effect of cadmium on skeletal tissue in normal and cadmium-deficient rats. Isr J Med Sci 7:495-498.

*Laskey JW, Rehnberg GL, Favor MJ, et al. 1980. Chronic ingestion of cadmium and/or tritium. II. Effects on growth, development, and reproductive function. Environ Res 22:466-475.

*Laskey JW, Rehnberg GL, Laws SC, et al. 1984. Reproductive effects of low acute doses of cadmium chloride in adult male rats. Toxicol Appl Pharmacol 73:250-255.

Lauwerys R, De Wals PH. 1981. Environmental pollution by cadmium and mortality from renal diseases. Lancet 1(8216):383.

Lauwerys R, Bernard A, Buchet JP, et al. 1991. Does environmental exposure to cadmium represent a health risk? Conclusions from the Cadmibel study. Acta Clin Belg 46(44):219-225.

Lauwerys R, Buchet JP, Roels H, et al. 1978. Placental transfer of lead, mercury, cadmium, and carbon monoxide in women. I. Comparison of the frequency distributions of the biological indices in maternal and umbilical cord blood. Environ Res 15:278-289.

Lauwerys R, Hardey R, Job M, et al. 1984. Environmental pollution by cadmium and cadmium body burden: An autopsy study. Toxicol Lett 23:287-289.

Lauwerys RR, Bernard AM, Roels HA, et al. 1994. Cadmium: Exposure markers as predictors of nephrotoxic effects. Clin Chem 40(7):1391-1394.

Lazebnik N, Kuhnert BR, Kihnert PM. 1989. Zinc, cadmium, and hypertension in parturient women. Am J Obstet Gynecol 161:437-440.

Leduc D, de Francquen P, Jacobovitz D, et al. 1993. Association of cadmium exposure with rapidly progressive emphysema in a smoker. Thorax 48:570-571.

Lee, MS; Park, SK; Hu, H; et al. 2011. Cadmium exposure and cardiovascular disease in the 2005 Korea National Health and Nutrition Examination Survey. Environ Res 111(1):171-176.

Leeder JS, Kearns GL. 1997. Pharmacogenetics in pediatrics: Implications for practice. Pediatr Clin North Am 44(1):55-77.

Lehman LD, Klaassen CD. 1986. Dosage-dependent disposition of cadmium administered orally to rats. Toxicol Appl Pharmacol 84:159-167.

*Lehotzky K, Ungvary G, Polinak D, et al. 1990. Behavioral deficits due to prenatal exposure to cadmium chloride in CFY rat pups. Neurotoxicol Teratol 12:169-172.

Leikin JB, Paloucek FP. 2002. Cadmium. In: Poisoning and toxicology handbook. Hudson, OH: Lexi-Comp, Inc., 309-310.

Lemen RA, Lee JS, Wagoner JK, et al. 1976. Cancer mortality among cadmium production workers. Ann N Y Acad Sci 271:273-279.

Leroyer A, Hemon D, Nisse C, et al. 2001. Determinants of cadmium burden levels in a population of children living in the vicinity of nonferrous smelters. Environ Res 87(3):147-159.

Leung HW. 1993. Physiologically-based pharmacokinetic modelling. In: Ballentyne B, Marrs T, Turner P, eds. General and applied toxicology. Vol. 1. New York, NY: Stockton Press, 153-164.

Levy LS, Clack J. 1975. Further studies on the effect of cadmium on the prostate gland. I. Absence of prostatic changes in rats given oral cadmium sulfate for two years. Ann Occup Hyg 17:205-211.

Levy LS, Clack J, Roe FJ. 1975. Further studies on the effect of cadmium on the prostate gland. II. Absence of prostatic changes in mice given oral cadmium sulfate for eighteen months. Ann Occup Hyg 17:213-220.

Lewis GP, Coughlin L, Jusko W, et al. 1972a. Contribution of cigarette smoking to cadmium accumulation in man. Lancet 1:291-292.

Lewis GP, Jusko WJ, Coughlin LL. 1972b. Cadmium accumulation in man: Influence of smoking, occupation, alcoholic habit and disease. J Chronic Dis 25:717-726.

Lewis RJ, ed. 2000. In: Sax's dangerous properties of industrial materials. Vol. 2. 10th ed. New York, NY: John Wiley & Sons, Inc., 667, 669, 673.

Lewis RJ, ed. 2001. In: Cadmium and cadmium compounds. Hawley's condensed chemical dictionary. 14th ed. New York, NY: John Wiley & Sons, Inc., 186-188.

Lide DR, ed. 2005. CRC handbook of chemistry and physics. 86th ed. Boca Raton, FL: Taylor & Francis, 4-53, 4-54.

Lieberman KW, Kramer HH. 1970. Cadmium determination in biological tissue by neutron activation analysis. Anal Chem 42:266-267.

Lind Y, Wicklund Glynn A, Engman J, et al. 1995. Bioavailability of cadmium from crab hepatopancreas and mushroom in relation to inorganic cadmium: A 9-week feeding study in mice. Food Chem Toxicol 33(8):667-673.

Lindqvist B, Nystrom K, Stegmayr B, et al. 1989. Cadmium concentration in human kidney biopsies. Scand J Urol Nephrol 23:213-217.

Liu J, Klaassen CD. 1996. Absorption and distribution of cadmium in metallothionein-I transgenic mice. Fundam Appl Toxicol 29:294-300.

Liu J, Liu Y, Habecbu SS, et al. 1998. Susceptibility of MT-null mice to chronic CdCl2-induced nephrotoxicity indicates that renal injury is not mediated by the CdMT complex. Toxicol Sci 46(1):197-203.

Liu J, Liu Y, Michalska AE, et al. 1996. Distribution and retention of cadmium in metallothionein I and II null mice. Toxicol Appl Pharmacol 136(2):260-268.

Liu YZ, Huang JX, Luo CM, et al. 1985. Effects of cadmium on cadmium smelter workers. Scand J Work Environ Health 11(Suppl 4):29-32.

Livingston AL. 1978. Forage plant estrogens. J Toxicol Environ Health 4(2-3):301-324.

Loeser E, Lorke D. 1977a. Semichronic oral toxicity of cadmium. I. Studies on rats. Toxicology 7:215-224.

Loeser E, Lorke D. 1977b. Semichronic oral toxicity of cadmium. II. Studies on dogs. Toxicology 7:225-232.

Lopez-Ortal P, Souza V, Bucio L, et al. 1999. DNA damage produced by cadmium in a human fetal hepatic cell line. Mutat Res 439(2):301-306.

Löser E. 1980. A two year oral carcinogenicity study with cadmium on rats. Cancer Lett 9(3):191-198.

Lu J, Jin T, Nordberg G, et al. 2001. Metallothionein gene expression in peripheral lymphocytes from cadmium-exposed workers. Cell Stress Chaperones 6(2):97-104.

Lucas PA, Jariwalla AG, Jones JH, et al. 1980. Fatal cadmium fume inhalation. Lancet 2(8187):205.

Lutzen A, Liberti SE, Rasmussen LJ. 2004. Cadmium inhibits human DNA mismatch repair *in vivo*. Biochem Biophys Res Commun 321(1):21-25.

Lynn S, Lai HT, Kao SM, et al. 1997. Cadmium inhibits DNA strand break rejoining in methyl methanesulfonate-treated CHO-K1 cells. Toxicol Appl Pharmacol 144(1):171-176.

Ma R, Van Mol W, Adams F. 1994a. Determination of cadmium, copper and lead in environmental samples. An evaluation of flow injection on-line sorbent extraction for flame atomic absorption spectrometry. Anal Chim Acta 285:33-43.

Ma R, Van Mol W, Adams F. 1994b. Selective flow injection sorbent extraction for determination of cadmium, copper and lead in biological and environmental samples by graphite furnace absorption spectrometry. Anal Chim Acta 293:251-260.

Machemer L, Lorke D. 1981. Embryotoxic effect of cadmium on rats upon oral administration. Toxicol Appl Pharmacol 58:438-443.

Mailhes JB, Preston RJ, Yuan ZP, et al. 1988. Analysis of mouse metaphase II oocytes as an assay for chemically induced aneuploidy. Mutat Res 198:145-152.

*Maitani T, Cuppage FE, Flaassen CD. 1988. Nephrotoxicity of intravenously injected cadmium-metallothionein: Critical concentration and tolerance. Fundam Appl Toxicol 10:98-108.

Maitani T, Waalkes MP, Klaassen CD. 1984. Distribution of cadmium after oral administration of cadmium-thionein to mice. Toxicol Appl Pharmacol 74:237-243.

Malave I, de Ruffino DT. 1984. Altered immune response during cadmium administration in mice. Toxicol Appl Pharmacol 74:46-56.

*Manca D, Ricard AC, Tra HV et al. 1994. Relation between lipid peroxidation and inflammation in the pulmonary toxicity of cadmium. Arch Toxicol 68(6):364-369.

Mandel R, Ryser HJP. 1984. Mutagenicity of cadmium in *Salmonella typhimurium* and its synergism with two nitrosamines. Mutat Res 138:9-16.

Mangler B, Fischer G, Classen HG, et al. 1988. The induction and reversibility of cadmium-induced nephropathy in rats: Quantitative analytical and histopathological studies. Trace Elem Med 5:143-149.

Mann SJ. 1973. Whole body retention and tissue distribution of intravenously administered 115m Cd in goats, sheep, and dogs. M.S. Thesis, Purdue University.

APPX ATT_V6_3768

Maravelias C, Hatzakis A, Katsouyanni, et al. 1989. Exposure to lead and cadmium of children living near a lead smelter at Lavrion, Greece. Sci Total Environ 84:61-70.

Marlowe M, Cossairt A, Moon C, et al. 1985. Main and interaction effects of metallic toxins on classroom behavior. J Abnorm Child Psychol 13:185-198.

Martin FM, Witschi HP. 1985. Cadmium-induced lung injury: Cell kinetics and long-term effects. Toxicol Appl Pharmacol 80:215-227.

Masaoka T, Akahori F, Arai S, et al. 1994. A nine-year chronic toxicity study of cadmium ingestion in monkeys. I. Effects of dietary cadmium on the general health of monkeys. Vet Hum Toxicol 36(3):189-194.

Mason HJ. 1990. Occupational cadmium exposure and testicular endocrine function. Hum Exp Toxicol 9:91-94.

Mason HJ, Davison AG, Wright AL, et al. 1988. Relations between liver cadmium, cumulative exposure, and renal function in cadmium alloy workers. Br J Ind Med 45:793-802.

Mason HJ, Stevenson AJ, Williams N, et al. 1999. Intra-individual variability in markers of proteinuria for normal subjects and those with cadmium-induced renal dysfunction: Interpretation of results from untimed, random urine samples. Biomarkers 4(2):118-128.

Mason HJ, Williams N, Armitage S, et al. 1999. Follow up of workers previously exposed to silver solder containing cadmium. Occup Environ Med 56(8):553-558.

Mason RP, Laporte JM, Andres S. 2000. Factors controlling the bioaccumulation of mercury, methylmercury, arsenic, selenium, and cadmium by freshwater invertebrates and fish. Arch Environ Contam Toxicol 38:283-297.

Mathews TD. 1994. Contaminants in recreationally important estuarine finfish from South Carolina. Bull Environ Contam Toxicol 53:412-419.

Matsubara-Khan J. 1974. Compartmental analysis for the evaluation of biological half lives of cadmium and mercury in mouse organs. Environ Res 7:54-67.

Matsuda T, Kobayashi E, Okubo Y, et al. 2002. Association between renal dysfunction and mortality among inhabitants in the region around the Jinzu River Basin polluted by cadmium. Environ Res 88:156-163.

Mayr U, Butsch A, Schneider S. 1992. Validation of two *in vitro* test systems for estrogenic activities with zearalenone, phytoestrogens and cereal extracts. Toxicology 74(2-3):135-149.

McBride MB. 1995. Toxic metal accumulation from agricultural use of sludge: Are USEPA regulations protective? J Environ Qual 24:5-18.

McComish MF, Ong JH. 1988. Cadmium. In: Bodek I, Lyman WJ, Reehl WF, et al., eds. Environmental inorganic chemistry: Properties, processes, and estimation methods. New York, NY: Pergamon Press, 7.5-1 to 7.5-12.

APPX ATT_V6_3769

McDiarmid MA, Freeman CS, Grossman EA, et al. 1997. Follow-up of biologic monitoring results in cadmium workers removed from exposure. Am J Ind Med 32:261-267.

McKelvey W, Gwynn RC, Jeffery N, et al. 2007. A biomonitoring study of lead, cadmium, and mercury in the blood of New York City adults. Environ Health Perspect 115(10):1435-1441.

McKenzie-Parnell JM, Kjellström TE, Sharma RP, et al. 1988. Unusually high intake and fecal output of cadmium, and fecal output of other trace elements in New Zealand adults consuming dredge oysters. Environ Res 46:1-14.

McLellan JS, Flanagan PR, Chamberlain MJ, et al. 1978. Measurement of dietary cadmium absorption in humans. J Toxicol Environ Health 4:131-138.

Meltzer HM, Brantsaeter AL, Borch-Iohnsen B, et al. 2010. Low iron stores are related to higher blood concentrations of manganese, cobalt and cadmium in non-smoking, Norwegian women in the HUNT 2 study. Environ Res 110(5):497-504.

Menke A, Guallar E, Shiels MS, et al. 2008. The association of urinary cadmium with sex steroid hormone concentrations in a general population sample of U.S. adult men. BMC Publ Health 8:72-79.

Menke, A; Muntner, P; Silbergeld, EK; et al. 2009. Cadmium levels in urine and mortality among U.S. adults. Environ Health Perspect 117(2):190-196.

Mielke HW, Adams JL, Chaney RL, et al. 1991. The pattern of cadmium in the environment of five Minnesota cities. Environ Geochem Health 13:29-34.

Migliore L, Cocchi L, Nesti C, et al. 1999. Micronuclei assay and FISH analysis in human lymphocytes treated with six metal salts. Environ Mol Mutagen 34(4):279-284.

Mikhailova MV, Littlefield NA, Hass BS, et al. 1997. Cadmium-induced δ-hydroxydeoxyguanosine formation, DNA strand breaks and antioxidant enzyme activities in lymphoblastoid cells. Cancer Lett 115:141-148.

Miller ML, Murthy L, Basom CR, et al. 1974a. Alteration in hepatocytes after manipulation of the diet: Copper, zinc and cadmium interactions. Am J Anat 141:23-40.

Miller ML, Murthy L, Sorenson JR. 1974b. Fine structure of connective tissue after ingestion of cadmium: Observations on interstitium on male rat lung. Arch Pathol 98:386-392.

Miller WJ, Blackmon DM, Gentry RP, et al. 1969. Effect of dietary cadmium on tissue distribution of [109]cadmium following a single oral dose in young goats. J Diary Sci 32(12):2029-2033.

Milvy P, Kay K. 1978. Mutagenicity of 19 major graphic arts and printing dyes. J Toxicol Environ Health 4:41-36.

Min KS, Ueda H, Tanaka K. 2008. Involvement of intestinal calcium transporter 1 and metallothionein in cadmium accumulation in the liver and kidney of mice fed a low-calcium diet. Toxicol Lett 176:85-92.

Misra RR, Smith GT, Waalkes MP. 1998. Evaluation of the direct genotoxic potential of cadmium in four different rodent cell lines. Toxicology 126:103-114.

Mokhtar G, Hossny E, el-Awady M, et al. 2002. *In utero* exposure to cadmium pollution in Cairo and Giza governorates of Egypt. East Mediter Health J 8(2-3):254-260.

Monzawa K, Kido T, Yamaya H, et al. 1998. Urinary excretion levels of sodium and potassium in environmental cadmium-exposed subjects. Toxicology 127:187-193.

Moore W, Stara JF, Crocker WC, et al. 1973. Comparison of 115Cd retention in rats following different routes of administration. Environ Res 6:473-478.

Morgan H, Sherlock JC. 1984. Cadmium intake and cadmium in the human kidney. Food Addit Contam 1:45-51.

Morgan H, Simms DI. 1988. The Shipham Report: Discussion and conclusions. Sci Total Environ 75:135-143.

Moriguchi J, Ezaki T, Tsukahara T, et al. 2005a. $\alpha_1$-Microglobulin levels and correlation with cadmium and other metals in urine of non-smoking women among general populations in Japan. Toxicol Environ Chem 87(1):119-133.

Moriguchi J, Ezaki T, Tsukahara T, et al. 2005b. Decreases in urine specific gravity and urinary creatinine in elderly women. Int Arch Occup Environ Health 78:438-445.

Morrow H. 2001. Cadmium and cadmium alloys. In: Kirk-Othmer encyclopedia of chemical technology. John Wiley & Sons, Inc., 471-507. http://www.mrw.interscience.wiley.com/emrw/9780471238966/kirk/article/cadmcarr.a01/current/pdf?hd=All%2Ccadmium. April 29, 2008.

Morrow H. 2010. Cadmium and cadmium alloys. In: Kirk-Othmer encyclopedia of chemical technology. John Wiley & Sons, Inc.http://onlinelibrary.wiley.com/doi/10.1002/0471238961.0301041303011818.a01.pub3/abstract. September 10 , 2012.

Morselli PL, Franco-Morselli R, Bossi L. 1980. Clinical pharmacokinetics in newborns and infants: Age-related differences and therapeutic implications. Clin Pharmacokin 5(6):485-527.

*Mueller PW, Paschal DC, Hammel RR, et al. 1992. Chronic renal effects in three studies of men and women occupationally exposed to cadmium. Arch Environ Contam Toxicol 23:125-136.

Mueller PW, Smith SJ, Steinberg KK, et al. 1989. Chronic renal tubular effects in relation to urine cadmium levels. Nephron 52:45-54.

Mukherjee A, Giri AK, Sharma A, et al. 1988a. Relative efficacy of short-term tests in detecting genotoxic effects of cadmium chloride in mice *in vivo*. Mutat Res 206:285-295.

Mukherjee A, Sharma A, Talukder G. 1988b. Effect of selenium on cadmium-induced chromosomal aberrations in bone marrow cells of mice. Toxicol Lett 41:23-29.

*Muller L, Stacey NH. 1988. Subcellular toxicity of low level cadmium in rats: Effect on cytochrome C oxidase. Toxicology 51:25-34.

Muller L, Abel J, Ohnesorge FK. 1986. Absorption and distribution of cadmium (Cd), copper and zinc following oral subchronic low level administration to rats of different binding forms of cadmium (Cd-acetate, Cd-metallothionein, Cd-glutathione). Toxicology 39:187-195.

Muller L, Craig G, Stacey NH. 1988. Dose response of rat liver to low level cadmium. Bull Environ Contam Toxicol 40:301-308.

Munshower FF. 1977. Cadmium accumulation in plants and animals of polluted and nonpolluted grasslands. J Environ Qual 6:411-413.

Muntau H, Baudo R. 1992. Sources of cadmium, its distribution and turnover in the freshwater environment. IARC Sci Publ 118:133-148.

Murthy RC, Saxena DK, Lal B, et al. 1989. Chronic cadmium-ethanol administration alters metal distribution and some biochemicals in rat brain. Biochem Int 19:135-143.

Muys T. 1984. Quantitative determination of lead and cadmium in foods by programmed dry ashing and atomic absorption spectrophotometry with electrothermal atomization. Analyst 109:119-121.

Nagaraj M, Sunitha S, Varalakshmi P. 2000. Effect of lupeol, a pentacyclic triterpene, on the lipid peroxidation and antioxidant status in rat kidney after chronic cadmium exposure. J Appl Toxicol 20(5):413-417.

Nagymajtenyi L, Schulz H, Desi I. 1997. Behavioural and functional neurotoxicological changes caused by cadmium in a three-generational study in rats. Hum Exp Toxicol 16(12):691-699.

*Nagyova A, Galbavy S, Ginter E. 1994b. Histopathological evidence of vitamin C protection against Cd-nephrotoxicity in guinea pigs. Exp Toxicol Pathol 46(1):11-14.

*Nagyova A, Ginter E, Stefek M. 1994a. Effect of cadmium on hepatic microsomal monooxygenase activities in guinea pigs with low and high ascorbic acid intake. J Nutr Biochem 5(1):10-14.

Nakada T, Furuta H, Koike H, et al. 1989. Impaired urine concentrating ability in Itai-itai Ouch-ouch disease. Int Urol Nephrol 21:201-210.

Nakadaira H, Nishi S. 2003. Effects of low-dose cadmium exposure on biological examinations. Sci Total Environ 308(1-3):49-62.

Nakagawa H, Nishiojo M, Morikawa Y, et al. 1993. Urinary $\beta_2$-microglobulin concentration and mortality in a cadmium-polluted area. Arch Environ Health 48:428-435.

Nakagawa H, Sawano S, Okumura Y, et al. 1987. Mortality study of inhabitants in a cadmium-polluted area. Bull Environ Contam Toxicol 38:553-560.

Nakashima K, Kobayashi E, Nogawa K, et al. 1997. Concentration of cadmium in rice and urinary indicators of renal dysfunction. Occup Environ Med 54:750-755.

Nam DQ, Skacel F, Buryan P. 1994. Determination of airborne lead and cadmium collected on glass fibre filters by differential-pulse anodic stripping voltammetry. Sci Total Environ 144:87-92.

Naqvi SM, Howell RD. 1993. Cadmium and lead uptake by red swamp crayfish (*Procambarus clarkii*) of Louisiana. Bull Environ Contam Toxicol 51(2):296-302.

Naruse I, Hayashi Y. 1989. Amelioration of the teratogenicity of cadmium by the metallothionein induced by bismuth nitrate. Teratology 40:459-465.

NAS/NRC. 1989. Report of the oversight committee. In: Biologic markers in reproductive toxicology. Washington, DC: National Academy of Sciences, National Research Council, National Academy Press, 15-35.

Nation JR, Bourgeois AE, Clark DE, et al. 1984. The effects of oral cadmium exposure on passive avoidance performance in the adult rat. Toxicol Lett 20:41-47.

Nation JR, Grover CA, Bratton GR, et al. 1990. Behavioral antagonism between lead and cadmium. Neorotoxicol Teratol 12:99-104.

Nation JR, Pugh CK, Von Stutz J, et al. 1989. The effects of cadmium on the self-administration of ethanol and an isocaloric/isohedonic equivalent. Neurotoxicol Teratol 11:509-514.

Navas-Acien A, Silbergeld EK, Sharrett AR, et al. 2005. Metals in urine and peripheral arterial disease. Environ Health Perspect 113(2):164-169.

Nayak BN, Ray M, Persaud TV, et al. 1989. Embryotoxicity and *in vivo* cytogenetic changes following maternal exposure to cadmium chloride in mice. Exp Pathol 36:75-80.

Newton D, Johnson P, Lally AE, et al. 1984. The uptake by man of cadmium ingested in crab meat. Hum Toxicol 3:23-28.

Nilsson U, Skerfving S. 1993. *In vivo* X-ray fluorescence measurements of cadmium and lead. Scand J Work Environ Health 19(Suppl 1):54-58.

Nimmo M, Fones G. 1994. Application of adsorptive cathodic stripping voltammetry for the determination of Cu, Cd, Ni and Co in atmospheric samples. Anal Chim Acta 291:321-328.

NIOSH. 1989. Numbers of potentially exposed employees. Washington, DC: U.S. Department of Health and Human Services, National Institute for Occupational Safety and Health.

NIOSH. 1990. Numbers of potentially exposed employees. National Occupational Exposure Survey. U.S. Department of Health and Human Services, National Institute for Occupational Safety and Health. http://www.cdc.gov/noes/. July 8, 2008.

*NIOSH. 1992a. NIOSH manual of analytical methods. Recommended exposure level. Washington, DC: U.S. Department of Health and Human Services, National Institute for Occupational Safety and Health.

NIOSH. 1992b. NIOSH recommendations for occupational safety and health. Compendium of policy documents and statements. Categories of pesticides. Atlanta, GA: National Institute for Occupational Safety and Health, Centers for Disease Control and Prevention. http://www.cdc.gov/niosh/92-100.html. April 29, 2008.

NIOSH. 1994. Method 7048: Cadmium and compounds, as Cd. NIOSH Manual of Analytical Methods (NMAM). 4th ed. National Institute for Occupational Safety and Health. http://www.cdc.gov/niosh/nmam/pdfs/7048.pdf. May 13, 2008.

NIOSH. 2003. Method 7300: Elements by ICP (nitric/perchloric acid ashing). National Institute for Occupational Safety and Health. http://www.cdc.gov/niosh/nmam/pdfs/7300.PDF. May 13, 2008.

NIOSH. 2005. Cadmium. NIOSH pocket guide to chemical hazards. Atlanta, GA: National Institute for Occupational Safety and Health, Centers for Disease Control and Prevention. http://www.cdc.gov/niosh/npg/ April 24, 2008.

Nishijo M, Morikawa Y, Nakagawa H, et al. 2006. Causes of death and renal tubular dysfunction in residents exposed to cadmium in the environment. Occup Environ Med 63:545-550.

Nishijo M, Nakagawa H, Honda R, et al. 2002. Effects of maternal exposure to cadmium on pregnancy outcome and breast milk. Occup Environ Med 59(6): 394-397.

Nishijo M, Nakagawa H, Morikawa Y, et al. 2004a. Mortality in a cadmium polluted area Japan. Biometals 17(5):535-538.

Nishijo M, Nakagawa H, Morikawa Y, et al. 1995. Mortality of inhabitants in an area polluted by cadmium: 15 year follow up. Occup Environ Med 52:181-184.

Nishijo M, Satarug S, Honda R, et al. 2004b. The gender differences in health effects of environmental cadmium exposure and potential mechanisms. Mol Cell Biochem 255:87-92.

Nishino H, Shiroishi K, Kagamimori S, et al. 1988. Studies on the increase in serum concentrations of urea cycle amino acids among subjects exposed to cadmium. Bull Environ Contam Toxicol 40:553-560.

Nishioka H. 1975. Mutagenic activities of metal compounds in bacteria. Mutat Res 311:185-189.

*Noack-Fuller G, DeBeer C, Seibert H. 1993. Cadmium, lead, selenium, and zinc in semen of occupationally unexposed men. Andrologia 25(1):7-12.

*Nogawa K. 1984. Biological indicators of cadmium nephrotoxicity in persons with low-level cadmium exposure. Environ Health Perspect 54:163-169.

Nogawa K, Honda R, Kido T, et al. 1989. A dose-response analysis of cadmium in the general environment with special reference to total cadmium intake limit. Environ Res 48:7-16.

*Nogawa K, Kawano S, Nishi M. 1981a. Mortality study of inhabitants in a cadmium-polluted area with special reference to low-molecular-weight proteinuria. In: Ernst WH, ed. Proceedings of the International Conference on Heavy Metals in the Environment. Edinburgh: CEP Consultants, 538-540.

Nogawa K, Kobayashi E, Honda R, et al. 1980. Renal dysfunction of inhabitants in a cadmium-polluted area. Environ Res 23:13-23.

Nogawa K, Kobayashi E, Konishi F. 1981b. Comparison of bone lesions in chronic cadmium intoxication and vitamin D deficiency. Environ Res 23:233-249.

Nogawa K, Tsuritani I, Kido T, et al. 1987. Mechanism for bone disease found in inhabitants environmentally exposed to cadmium: Decreased serum 1-alpha, 25-dihydroxy vitamin D level. Int Arch Occup Environ Health 59:21-30.

Nogawa K, Tsuritani I, Kido T, et al. 1990. Serum vitamin D metabolites in cadmium-exposed persons with renal damage. Int Arch Occup Environ Health 62:189-193.

Nomiyama K, Nomiyama H. 1986. Critical concentrations of 'unbound' cadmium in the rabbit renal cortex. Experientia 42:149.

Nomiyama K, Sugata Y, Yamamoto A, et al. 1975. Effects of dietary cadmium on rabbits. I. Early signs of cadmium intoxication. Toxicol Appl Pharmacol 31:4-12.

Noonan CW, Sarasua SM, Campagna D, et al. 2002. Effects of exposure to low levels of environmental cadmium on renal biomarkers. Environ Health Perspect 110(2):151-155.

Nordberg GF. 2010. Biomarkers of exposure, effects and susceptibility in humans and their application in studies of interactions among metals in China. Toxicol Lett 192(1):45-49.

Nordberg G, Jin T, Bernard A, et al. 2002. Low bone density and renal dysfunction following environmental cadmium exposure in China. Ambio 31(6):478-481.

Nordberg GF, Kjellström T. 1979. Metabolic model for cadmium in man. Environ Health Perspective 28:211-217.

Nordberg GF, Jin T, Kong Q, et al. 1997. Biological monitoring of cadmium exposure and renal effects in a population group residing in a polluted area in China. Sci Total Environ 199:111-114.

Nordberg GF, Kjellström T, Nordberg M. 1985. Kinetics and metabolism. In: Friberg L, Elinder CG, Kjellström T, et al. eds. Cadmium and health: A toxicological and epidemiological appraisal. Vol. I. Exposure, dose, and metabolism. Boca Raton, FL: CRC Press, 103-178.

Nordberg M, Nuottaniemi I, Cherian MG, et al. 1986. Characterization studies on the cadmium-binding proteins from two species of New Zealand oysters. Environ Health Perspect 65:57-62.

Nordberg G, Slorach S, Steinstrom T. 1973. [Cadmium poisoning caused by a cooled-soft-drink machine.] Lakartidingen 70:601-604. (Swedish)

NRC. 1993. Pesticides in the diets of infants and children. Washington, DC: National Research Council. National Academy Press.

NRC. 2002. Biosolids applied to land: Advancing standards and practices. Washington, DC: National Research Council. National Academy Press. http://water.epa.gov/scitech/wastetech/biosolids/upload/complete.pdf. September 10, 2012.

NTP. 1994. Cadmium and certain cadmium compounds. In: Seventh annual report on carcinogens, summary 1994. U.S. National Toxicology Program, U.S. Public Health Service, Department of Health and Human Services, 111-116.

NTP. 1995. NTP technical report on toxicity studies of cadmium oxide (CAS No. 1306-19-0) administered by inhalation to F344/N rats and B6C3F mice. Research Triangle Park, NC: National Toxicology Program. Toxicity report series number 39.

NTP. 2005. Cadmium. Report on carcinogens. 11th ed. Research Triangle Park, NC: U.S. Department of Health and Human Services, Public Health Service, National Toxicology Program. http://ntp-server.niehs.nih.gov/ntp/roc/toc11.html. April 24, 2008.

NTP. 2011. Report on carcinogens. Twelfth edition. National Toxicology Program. U.S. Department of Health and Human Services, Public Health. http://ntp-server.niehs.nih.gov/ntp/roc/twelfth/roc12.pdf February 22, 2012.

Nwosu JU, Harding AK, Linder G. 1995. Cadmium and lead uptake by edible crops grown in a silt loam soil. Bull Environ Contam Toxicol 54:570-578.

NYS Dept of Health. 2006. New York State heavy metals registry 2000 through 2005. http://www.health.state.ny.us/environmental/workplace/heavy_metals_registry/docs/report_2005.pdf. May 12, 2008.

*Oberdoerster G, Baumert H-P, Hochrainer D. 1979. The clearance of cadmium aerosols after inhalation exposure. Am Ind Hyg Assoc J 40(6):443-450.

Oberdörster G. 1992. Pulmonary deposition, clearance and effects of inhaled soluble and insoluble cadmium compounds. In: Nordberg GF, Herber RFM, Alessio L, eds. Cadmium in the human environment: Toxicity and carcinogenicity. Lyon: International Agency for Research on Cancer, 189-204.

Oberdörster G, Cherian MG, Baggs RB. 1994. Importance of species differences in experimental pulmonary carcinogenicity of inhaled cadmium for extrapolation to humans. Toxicol Lett 72:339-343.

Oberly TJ, Piper CE, McDonald DS. 1982. Mutagenicity of metal salts in the L5178Y mouse lymphoma assay. J Toxicol Environ Health 9:367-376.

*O'Brien IG, King LJ. 1989. The effect of chronic parenteral administration of cadmium on isoenzyme levels of alkaline phosphate in intestinal mucosa. Toxicology 56:87-94.

OECD. 1995. Risk reduction monograph No. 5: Cadmium. Background and national experience with reducing risk. Paris, France: Organization for Economic Co-operation and Development. OCDE/GD(94)97.

O'Flaherty EJ. 1993. Physiologically based models for bone-seeking elements. IV. Kinetics of lead disposition in humans. Toxicol Appl Pharmacol 118:16-29.

Ogoshi K, Moriyama T, Nanzai Y. 1989. Decrease in the mechanical strength of bones of rats administered cadmium. Arch Toxicol 63:320-324.

Ohba K, Okawa Y, Matsumoto Y, et al. 2007. A study of investigation of cadmium genotoxicity in rat bone cells using DNA microarray. J Toxicol Sci 32(1):107-109.

Öhrvik H, Oskarsson A, Lundh T, et al. 2007. Impact of iron status on cadmium uptake in suckling piglets. Toxicology 240:15-24.

Ohsawa M, Takahashi K, Otsuka F. 1988. Induction of anti-nuclear antibodies in mice orally exposed to cadmium at low concentrations. Clin Exp Immunol 73:98-102.

*Ohta H, DeAngelis MV, Cherian MG. 1989. Uptake of cadmium and metallothionein by rat everted intestinal sacs. Toxicol Appl Pharmacol 101:62-69.

*Ohta H, Yamauchi Y, Nakakita M, et al. 2000. Relationship between renal dysfunction and bone metabolism disorder in male rats after long-term oral quantitative cadmium administration. Ind Health 38(4):339-355.

*Oldereid NB, Thomassen Y, Attramadal A, et al. 1993. Concentrations of lead, cadmium and zinc in the tissues of reproductive organs of men. J Reprod Fertil 99:421-425.

Oldiges H, Glaser U. 1986. The inhalative toxicity of different cadmium compounds in rats. Trace Elem Med 3:72-75.

Oldiges H, Hochrainer D, Glaser U. 1989. Long-term inhalation study with Wistar rats and four cadmium compounds. Toxicol Environ Chem 19:217-222.

Olsson IM, Bensryd I, Lundh T, et al. 2002. Cadmium in blood and urine–impact of sex, age, dietary intake, iron status, and former smoking–association of renal effects. Environ Health Perspect 110(12):1185-1190.

Omaye ST, Tappel AL. 1975. Effect of cadmium chloride on the rat testicular-soluble selenoenzyme, glutathione peroxidase. Res Commun Chem Pathol Pharmacol 12:695-711.

O'Neil MJ, Heckelman PE, Koch CB, et al. 2006. Cadmium and cadmium compounds. Merck Index. 14th ed. Whitehouse Station, NJ: Merck & Co., Inc, 263, 264.

Oo YK, Kobayashi E, Nogawa K, et al. 2000. Renal effects of cadmium intake of a Japanese general population in two areas unpolluted by cadmium. Arch Environ Health 55(2):98-103.

O'Riordan ML, Hughes EG, Evans HJ. 1978. Chromosomal studies on blood lymphocytes of men occupationally exposed to cadmium. Mutat Res 58:305-311.

Orlowski C, Piotrowski JK, Subdys JK, et al. 1998. Urinary cadmium as indicator of renal cadmium in humans: An autopsy study. Hum Exp Toxicol 17(6):302-306.

Ormos G, Cseh J, Groszmann M, et al. 1985. Urinary $\beta_2$-microglobulin and retinol binding protein: Individual fluctuations in cadmium-exposed workers. Toxicol Lett 27:59-64.

Ornes WH, Sajwan KS. 1993. Cadmium accumulation and bioavailability in coontail (*Ceratophyllum demersum L.*) plants. Water Air Soil Pollut 69:291-300.

Osawa T, Kobayashi E, Okubo Y, et al. 2001. A retrospective study on the relation between renal dysfunction and cadmium concentration in rice in individual hamlets in the Jinzu River basin, Toyama Prefecture, Japan. Environ Res 86(Sect A):51-59.

OSHA. 1990. Occupational exposure to cadmium; proposed rule. Occupational Safety and Health Administration. Code of Federal Regulations. 29 CFR 1910.

OSHA. 1991. ICP analysis of metal/metalloid particulates from solder operations. Occupational Safety and Health Administration. http://www.osha.gov/dts/sltc/methods/inorganic/id206/id206.pdf. May 14, 2008.

OSHA. 2002a. Method ID-121: Metal and metalloid particulates in workplace atmospheres (atomic absorption). Occupational Safety and Health Administration. http://www.osha.gov/dts/sltc/methods/inorganic/id121/id121.pdf. May 14, 2008.

OSHA. 2002b. Method ID-125G: Metal and metalloid particulates in workplace atmospheres (ICP analysis). Occupational Safety and Health Administration. http://www.osha.gov/dts/sltc/methods/inorganic/id125g/id125g.html. May 14, 2008.

OSHA. 2004. Cadmium in workplace atmospheres. Occupational Safety and Health Administration. http://www.osha.gov/dts/sltc/methods/inorganic/id189/id189.html. August 18, 2008.

OSHA. 2007a. Cadmium. Toxic and hazardous substances. Occupational Safety and Health Administration. Code of Federal Regulations. 29 CFR 1910.1027. http://www.osha.gov/comp-links.html. May 05, 2008.

OSHA. 2007b. Cadmium. Toxic and hazardous substances. Occupational Safety and Health Administration. Code of Federal Regulations. 29 CFR 1915.1027. http://www.osha.gov/comp-links.html. May 05, 2008.

OSHA. 2007c. Cadmium. Toxic and hazardous substances. Occupational Safety and Health Administration. Code of Federal Regulations. 29 CFR 1926.1127. http://www.osha.gov/comp-links.html. May 05, 2008.

Ostapczuk P. 1993. Present potentials and limitations in the determination of trace elements by potentiometric stripping analysis. Anal Chim Acta 273:35-40.

OTA. 1990. Neurotoxicity: Identifying and controlling poisons of the nervous system. Washington, DC: Office of Technology Assessment. OTABA438.

Owen GM, Brozek J. 1966. Influence of age, sex and nutrition on body composition during childhood and adolescence. In: Falkner F, ed. Human development. Philadelphia, PA: WB Saunders, 222-238.

Pacyna JM, Pacyna EG. 2001. An assessment of global and regional emissions of trace metals to the atmosphere from anthropogenic sources worldwide. Environ Rev 9(4):269-298.

Pal R, Nath R, Gill KD. 1993a. Influence of ethanol on cadmium accumulation and its impact on lipid peroxidation and membrane bound functional enzymes(Na+, K+, -ATPase and acetylcholinesterase) in various regions of adult rat brain. Neurochem Int 23(5):451-458.

Pal R, Nath R, Gill KD. 1993b. Lipid peroxidation and antioxidant defense enzymes in various regions of adult rat brain after co-exposure to cadmium and ethanol. Pharmcol Toxicol 73:209-214.

Palus J, Rydzynski K, Dziubaltowska E, et al. 2003. Genotoxic effects of occupational exposure to lead and cadmium. Mutat Res 540(1):19-28.

Palmer KC, Mari F, Malian MS. 1986. Cadmium-induced acute lung injury: Compromised repair response following thyroidectomy. Environ Res 41:568-584.

*Parizek J. 1964. Vascular changes at sites of oestrogen biosynthesis produced by parenteral injection of cadmium salts: The destruction of placenta by cadmium salts. J Reprod Fertil 7:263-265.

Park JD, Cherrington NJ, Klaassen CD. 2002. Intestinal absorption of cadmium is associated with divalent metal transporter 1 in rats. Toxicol Sci 68(2):288-294.

Paton GR, Allison AC. 1972. Chromosome damage in human cell culture induced by metal salts. Mutat Res 16:332-336.

Patwardhan JR, Finckh ES. 1976. Fatal cadmium-fume pneumonitis. Med J Aust 1:962-966.

Paulson A. 1997. The transport and fate of Fe, Mn, Cu, Zn, Cd, Pb and $SO_4$ in a groundwater plume and in downstream surface waters in the Coeur d'Alene mining district, Idaho, USA. Appl Geochem 12:447-464.

Pellizzari ED, Perritt RL, Clayton CA. 1999. National human exposure assessment survey (NHEXAS): Exploratory survey of exposure among population subgroups in EPA Region V. J Expo Anal Environ Epidemiol 9:49-55

Perry HM, Erlanger MW, Gustafsson TO, et al. 1989. Reversal of cadmium-induced hypertension by D-myo-inositol-1,2,6-trisphosphate. J Toxicol Environ Health 28:151-159.

Petering HG, Choudhury H, Stemmer KL. 1979. Some effects of oral ingestion of cadmium on zinc, copper and iron metabolism. Environ Health Perspect 28:97-106.

Peters JL, Perlstein TS, Perry MJ, et al. 2010. Cadmium exposure in association with history of stroke and heart failure. Environ Res 110(2):199-206.

Peterson DP, Huff EA, Bhattacharyya MH. 1991. Determination of cadmium in blood, plasma, and urine by electrothermal atomic absorption spectrophotometry after isolation by anion-exchange chromatography. Anal Biochem 192(2):434-440.

Petersson Grawé K, Oskarsson A. 2000. Cadmium in milk and mammary gland in rats and mice. Arch Toxicol 73(10-11):519-527.

*Pharikal K, Das PC, Dey CD, et al. 1988. Tissue ascorbate as a metabolic marker in cadmium toxicity. Int J Vitam Nutr Res 58:306-311.

Pierce FJ, Dowdy RH, Grigel DF. 1982. Concentrations of six trace metals in some major Minnesota Soil Series. J Environ Qual 11:416-422.

Pirrone N, Keeler GJ, Nriagu JO, et al. 1996. Historical trends of airborne trace metals in Detroit from 1971 to 1992. Water Air Soil Pollut 88:145-165.

Piscator M. 1966. Protenuria in chronic poisoning. III. Electrophoretic and immunoelectrophoretic studies on urinary proteins from cadmium workers, with special reference to the excretion of low-molecular-weight proteins. Arch Environ Health 12:335-344.

Piscator M. 1972. Cadmium toxicity industrial and environmental experience. In: Proceedings 17th International Congress Occupational Health, Buenos Aires.

Piscator M. 1984. Long-term observations on tubular and glomerula function in cadmium-exposed persons. Environ Health Perspect 54:175-179.

Pleasants EW, Sandow ME, DeCandido S, et al. 1992. The effect of vitamin D3 and 1,25-dihydroxyvitamin D3 on the toxic symptoms of cadmium exposed rats. Nutr Res 12:1393-1403.

Pleasants WE, Waslien C, Naughton BA, et al. 1993. Dietary modulation of the symptoms of cadmium toxicity in rats: Effects of vitamins A,C, D,DD hormone and fluoride. Nutr Res 13:839-850.

Pless-Mulloli T, Boettcher M, Steiner M, et al. 1998. α-1-Microglobulin: epidemiological indicator for tubular dysfunction induced by cadmium? Occup Environ Med 55:440-445.

Poirier LA, Kasprzak KS, Hoover KL, et al. 1983. Effects of calcium and magnesium acetates on the carcinogenicity of cadmium chloride in Wistar rats. Cancer Res 43:4575-4581.

*Pond WG, Walker EF. 1972. Cadmium-induced anemia in growing rats: Prevention by oral or parenteral iron. Nutr Rep Int 5:365-370.

Pond WG, Walker EF. 1975. Effect of dietary Ca and Cd level of pregnant rats on reproduction and on dam and progeny tissue mineral concentrations. Proc Soc Exp Biol Med 148:665-668.

Potts AM, Simon FP, Tobias JM, et al. 1950. Distribution and fate of cadmium in the animal body. Arch Ind Hyg 2:175-188.

Prigge E. 1978a. Early signs of oral and inhalative cadmium uptake in rats. Arch Toxicol 40:231-247.

Prigge E. 1978b. Inhalative cadmium effects in pregnant and fetal rats. Toxicology 10:297-309.

Prodan L. 1932. Cadmium poisoning: II. Experimental cadmium poisoning. J Ind Hyg 14:174-196.

Putrament AH, Baranowska H, Ejchart A, et al. 1977. Manganese mutagenesis in yeast. VI. Mn2+ uptake, mitochondrial DNA replication and ER induction, comparison with other divalent cations. Mol Gen Genet 151:69-76.

Racz P, Erdohelyi A. 1988. Cadmium, lead and copper concentrations in normal and senile cataractous human lenses. Opthalmic Res 20:10-13.

Radisch B, Luck W, Nau H. 1987. Cadmium concentrations in milk and blood of smoking mothers. Toxicol Lett 36:147-152.

Ragan HA. 1977. Effects of iron deficiency on the absorption and distribution of lead and cadmium in rats. J Lab Clin Med 90(4):700-706.

Rahola T, Aaran R-K, Miettenen JK. 1973. Retention and elimination of 115mCd in man. In: Health physics problems of internal contamination. Budapest: Akademia 213-218.

*Rajanna B, Hobson M, Boykin M, et al. 1990. Effects of chronic treatment with cadmium on ATPases, uptake of catecholamines, and lipid peroxidation in rat brain synaptosomes. Ecotoxicol Environ Saf 20(1):36-41.

Ramel C, Magnusson J. 1979. Chemical induction of nondisjunction in Drosophila. Environ Health Perspect 31:59-66.

Reeves PG, Chaney RL. 2001. Mineral status of female rats affects the absorption and organ distribution of dietary cadmium derived from edible sunflower kernels (Helianthus annus L.). Environ Res 85(3):215-225.

Reeves PG, Chaney RL. 2002. Nutritional status affects the absorption and whole-body and organ retention of cadmium in rats fed rice-based diets. Environ Sci Technol 36:2684-2692.

Reeves PG, Vanderpool RA. 1997. Cadmium burden of men and women who report regular consumption of confectionery sunflower kernels containing a natural abundance of cadmium. Environ Health Perspect 105(10):1098-104.

*Rehm S, Waalkes MP. 1988. Cadmium-induced ovarian toxicity in hamsters, mice, and rats. Fundam Appl Toxicol 10:635-647.

Reimann C, de Caritat P, Halleraker JH, et al. 1997. Regional atmospheric deposition patterns of Ag, As, Bi, Cd, Hg, Mo, Sb and Ti in a 188,000 km$^2$ area in the European Arctic as displayed by terrestrial moss samples-long-range atmospheric transport vs. local impact. Atmos Environ 31(23):3887-3901.

Renugadevi J, Prabu SM. 2010. Cadmium-induced hepatotoxicity in rats and the protective effect of naringenin. Exp Toxicol Pathol 62(2):171-181.

Roberts CA, Clark JM. 1986. Improved determination of cadmium in blood and plasma by flameless atomic absorption spectroscopy. Bull Environ Contam Toxicol 36:496-499.

Roberts CA, Clark JM. 1988. *In vivo* depression of reserve albumin binding capacity by cadmium: A preliminary evaluation. Life Sci 42:1369-1374.

Roels H, Bernard AM, Cardenas A, et al. 1993. Markers of early renal changes induced by industrial pollutants. III. Application to workers exposed to cadmium. Brit J Ind Med 50:37-48.

Roels HA, Hubermont G, Buchet JP, et al. 1978. Placental transfer of lead, mercury, cadmium, and carbon monoxide in women. III. Factors influencing the accumulation of heavy metals in the placenta, and the relationship between maternal concentration in the placenta and in maternal and cord blood. Environ Res 16:236-247.

Roels HA, Lauwerys RR, Bernard AM, et al. 1991. Assessment of the filtration reserve capacity of the kidney in workers exposed to cadmium. Br J Ind Med 48:365-374.

Roels HA, Lauwerys R, Buchet JB, et al. 1981a. Environmental exposure to cadmium and renal function of aged women in three areas of Belgium. Environ Res 24:117-130.

Roels HA, Lauwerys R, Dardenne AN. 1983. The critical level of cadmium in human renal cortex: A reevaluation. Toxicol Lett 15:357-360.

Roels HA, Lauwerys RR, Buchet JP, et al. 1981b. *In vivo* measurement of liver and kidney cadmium in workers exposed to this metal: Its significance with respect to cadmium in blood and urine. Environ Res 26:217-240.

Roels HA, Lauwerys RR, Buchet JP, et al. 1989. Health significance of cadmium induced renal dysfunction: A five year follow-up. Br J Ind Med 46:755-764.

Roels HA, Van Assche FJ, Oversteyns M, et al. 1997. Reversibility of microproteinuria in cadmium workers with incipient tubular dysfunction after reduction of exposure. Am J Ind Med 31(5):645-652.

Rohr G, Bauchinger M. 1976. Chromosome analysis in cell cultures of the Chinese hamster after application of cadmium sulfate. Mutat Res 40:125.

Rose CS, Heywood PG, Costanzo RM. 1992. Olfactory impairment after chronic occupational cadmium exposure. J Occup Med 34(6):600-605.

Roseman EF, Mills EL, Rutszke M, et al. 1994. Absorption of cadmium from water by North American zebra and quagga mussels (*Bivalvia dreissenidae*). Chemosphere 28(4):737-743.

Roy WR, Krapac IG, Steele JD. 1993. Soil processes and chemical transport. J Environ Qual 22:537-543.

Rozgaj R, Kasuba V, Fucic A. 2002. Genotoxicity of cadmium chloride in human lymphocytes evaluated by the comet assay and cytogenetic tests. J Trace Elem Med Biol 16:187-192.

Rudzki E, Rebandel P, Stroinski J, et al. 1988. Reactions of cadmium. Contact Dermatitis 18:183-184.

Rule KL, Comber SDW, Ross D, et al. 2006. Diffuse sources of heavy metals entering an urban wastewater catchment. Chemosphere 63:64-72.

Rusch GM, O'Grodnick JS, Rinehart WE. 1986. Acute inhalation study in rat of comparative uptake, distribution and excretion of different cadmium containing materials. Am Ind Hyg Assoc 47:754-763.

Rutzke M, Gutenmann WH, Williams SD, et al. 1993. Cadmium and selenium absorption by swiss chard grown in potted composted materials. Bull Environ Contam Toxicol 31:416-420.

Ryu DY, Lee SJ, Park DW, et al. 2004. Dietary iron regulates intestinal cadmium absorption through iron transporters in mice. Toxicol Lett 152(1):19-25

Saaranen M, Kantola M, Saarikoski S, et al. 1989. Human seminal plasma cadmium: Comparison with fertility and smoking habits. Andrologia 21:140-145.

Sakata S, Iwami K, Enoki Y, et al. 1988. Effects of cadmium on *in vitro* and *in vivo* erythropoiesis: Erythroid progenitor cells (CFU-E) iron, and erythropoietin in cadmium-induced iron deficiency anemia. Exp Hematol 16:581-587.

Saleh AI, Remail SW, Milad FM. 1993. Determination of cadmium in water samples by co-precipitation and neutron activation analysis. J Radioanal Nucl Chem 168:23-27.

*Salovsky P, Shopova V, Dancheva V, et al. 1992. Changes in antioxidant lung protection after single intratracheal cadmium acetate instillation in rats. Human Exp Toxicol 11:217-232.

Salpietro CD, Gangemi S, Minciullo PL, et al. 2002. Cadmium concentration in maternal and cord blood and infant birth weight: A study in healthy non-smoking women. J Perinat Med 30 (5):395-399.

*Sanders CL, Mahaffey JA. 1984. Carcinogenicity of single and multiple intratracheal instillations of cadmium oxide in the rat. Environ Res 33:227-233.

Saplakoglu U, Iscan M. 1998. Sister chromatid exchanges in human lymphocytes treated *in vitro* with cadmium in $G_o$ and S phase of their cell cycles. Mutat Res 412:109-114.

Saplakoglu U, Iscan M, Iscan M. 1997. DNA single-strand breakage in rat lung, liver and kidney after single and combined treatments of nickel and cadmium. Mutat Res 394(1-3):133-140.

*Sarhan MJ, Roels H, Lauwerys R, et al. 1986. Influence of manganese on the gastrointestinal absorption of cadmium in rats. J Appl Toxicol 6:313-316.

Sasser LB, Jarboe GE. 1977. Intestinal absorption and retention of cadmium in neonatal rat. Toxicol Appl Pharmacol 41:423-431.

Sasser LB, Jarboe GE. 1980. Intestine absorption and retention of cadmium in neonatal pigs compared to rats and guinea pigs. J Nutr 110:1641-1647.

Satarug S, Nishijo M, Ujjin P, et al. 2005. Cadmium-induced nephropathy in the development of high blood pressure. Toxicol Lett 157(1):57-68.

Sato K, Iwamasa T, Tsuru T, et al. 1978. An ultrastructural study of chronic cadmium chloride induced neuropathy. Acta Neuropathol 41:185-190.

Sato R, Kido T, Honda R, et al. 2010. Seventeen-year observation on urinary cadmium and $\beta_2$-microglobulin in inhabitants after cessation of cadmium-exposure in Japan. Bull Environ Contam Toxicol 84(4):363-367.

Satzger RD, Bonnin E, Fricke FL. 1984. Development of a quality assurance program for determination of ultratrace background levels and cadmium in raw agricultural crops by differential pulse anodic stripping voltammetry. J Assoc Off Anal Chem 67:1138-1140.

Satzger RD, Clow CS, Bonnin E, et al. 1982. Determination of background levels of lead and cadmium in raw agricultural crops by using differential pulse anodic stripping voltammetry. J Assoc Off Anal Chem 65:987-991.

Saxena DK, Murthy RC, Chandra SV. 1986. Embryotoxic and teratogenic effects of interaction of cadmium and lindane in rats. Acta Pharmacol Toxicol 59:175-178.

Saxena DK, Murthy RC, Singh C, et al. 1989. Zinc protects testicular injury induced by concurrent exposure to cadmium and lead in rats. Res Commun Chem Pathol Pharmacol 64:317-329.

Schafer L, Andersen O, Nielsen JB. 1986. Effects of dietary factors on gastrointestinal Cd absorption in mice. Acta Pharmacol Toxicol (Copenh) 59(Suppl 7):549-552.

Schafer SG, Schwegler U, Schumann K. 1990. Retention of cadmium in cadmium-naive normal and iron-deficient rats as well as in cadmium-induced iron-deficient animals. Ecotoxicol Environ Saf 20:71-81.

Schiestl RH, Gietz RD, Mehta RD, et al. 1989. Carcinogens induce introchromosomal recombination in yeast. Carcinogenesis 10:1445-1455.

Schmitt CJ, Brumbaugh WG. 1990. National contaminant biomonitoring program: Concentrations of arsenic, cadmium, copper, lead, mercury, selenium, and zinc in U.S. freshwater fish, 1976-1984. Arch Environ Contam Toxicol 19:731-747.

Schroeder HA, Mitchener M. 1971. Toxic effects of trace elements on the reproduction of mice and rats. Arch Environ Health 23:102-106.

Schroeder HA, Balassa JJ, Vinton WH. 1964. Chromium, lead, cadmium, nickel, and titanium in mice: Effect on mortality, tumors, and tissue levels. J Nutr 83:239-250.

Schroeder HA, Balassa JJ, Vinton WH. 1965. Chromium, cadmium, and lead in rats: Effects on life span, tumors, and tissue levels. J Nutr 86:51-66.

*Schuhmacher M, Bosque MA, Domingo JL, et al. 1994. Effects of chronic lead and cadmium exposure on blood pressure in occupationally exposed workers. Biol Trace Elem Res 41:269-278.

Schulte-Lobbert FJ, Bohn G. 1977. Determination of cadmium in human milk during lactation. Arch Toxicol 37:155-157.

Schulte-Schrepping KH, Piscator M. 2002. Cadmium and cadmium compounds. Ullmann's encyclopedia of industrial chemistry. Wiley-VCH Verlag GmbH & Co. KGaA. http://www.mrw.interscience.wiley.com/emrw/9783527306732/ueic/article/a04_499/current/pdf. April 29, 2008.

Schutte R, Nawrot TS, Richart T, et al. 2008. Bone resorption and environmental exposure to cadmium in women: A population study. Environ Health Perspect 116:777-783.

Schwartz GG, Il'yasova D, Ivanova A. 2003. Urinary cadmium, impaired fasting glucose, and diabetes in the NHANES III. Diabetes Care 26(2):468-470.

Scott MC, Chettle DR. 1986. *In vivo* elemental analysis in occupational medicine. Scand J Work Environ Health 12:81-96.

Scott R, Haywood JK, Boddy K, et al. 1980. Whole body calcium deficit in cadmium-exposed workers with hypercalciuria. Urology 15:356-359.

Scott R, Patterson PJ, Burns R, et al. 1978. Hypercalciuria related to cadmium exposure. Urology 11:462-465.

Seidal K, Jörgensen N, Elinder C. 1993. Fatal cadmium induced pneumonitis. Scand J Work Environ Health 19:429-431.

Selypes A, Serenyi P, Boldog I, et al. 1992. Acute and 'long term' genotoxic effects of CdC12 on testes of mice. J Toxicol Environ Health 36(4):401-409.

Sendelbach LE, Klaassen CD. 1988. Kidney synthesizes less metallothionein than liver in response to cadmium chloride and cadmium-metallothionein. Toxicol Appl Pharmacol 92:95-102.

Seoane AI, Dulout FN. 2001. Genotoxic ability of cadmium, chromium and nickel salts studied by kinetochore staining in the cytokinesis-blocked micronucleus assay. Mutat Res 490(2):99-106.

Setchell BP, Waites GMH. 1975. The blood-testis barrier. In: Creep RO, Astwood EB, Geiger SR, eds. Handbook of physiology: Endocrinology V. Washington, DC: American Physiological Society, 143-172.

Shaham J, Rosenboim J, Ophire D, et al. 1993. The correlation between blood and urine level of cadmium and nasal and paranasal sinuses disorders. Int Arch Occup Environ Health 65:S91-S93.

Shaikh ZA. 1982. Metallothionein as a storage protein for cadmium: Its toxicological implications. Dev Toxicol Environ Sci 9:69-76.

Shaikh ZA, Smith JC. 1976. The biosynthesis of metallothionein rat liver and kidney after administration of cadmium. Chem Biol Interact 15:327-336.

Shaikh ZA, Smith JC. 1980. Metabolism of orally ingested cadmium in humans. In: Holmstedt B, Lauwerys R, Mercier M, et al., eds. Mechanisms of toxicity and hazard evaluation. New York, NY: Elservier/North-Holland Biomedical Press, 569-574.

Shaikh ZA, Smith LM. 1984. Biological indicators of cadmium exposure and toxicity. Experientia 40:36-43.

Shaikh ZA, Tang W. 1999. Protection against chronic cadmium toxicity by glycine. Toxicology 132(2-3):93-103.

Shaikh ZA, Harnett KM, Perlin SA, et al. 1989. Chronic cadmium intake results in dose-related excretion of metallothionein in urine. Experientia 45:146-148.

Shaikh ZA, Jordan SA, Tang W. 1999a. Protection against chronic cadmium toxicity by calorie restriction. Toxicology 133:93-103.

Shaikh ZA, Jordan SA, Tewari PC. 1993. Cadmium disposition and methallothionein induction in mice: Strain, sex, age, and dose dependent differences. Toxicology 80:51-70.

Shaikh ZA, Tohyama C, Noland CV. 1987. Occupational exposure to cadmium: Effect on metallothionein and other biological indices of exposure and renal function. Arch Toxicol 59:360-364.

Shaikh ZA, Vu TI, Zaman K. 1999b. Oxidative stress as a mechanism of chronic cadmium-induced hepatoxicity and renal toxicity and protection by antioxidants. Toxicol Appl Pharmacol 154:256-263.

Shaikh ZA, Zaman K, Tang W, et al. 1999c. Treatment of chronic cadmium nephrotoxicity by *N*-acetyl cystine. Toxicol Lett 104(1-2):137-142.

Shanbaky MM. 1973. A radiotracer distribution study of repeated administration of cadmium in the Albino rat. M.S. Thesis, Purdue University.

Shank KE, Vetter RJ, Ziemer PL. 1977. A mathematical model of cadmium transport in a biological system. Environ Res 13:209-214.

Sharma RP, Kjellström T, McKenzie JM. 1983. Cadmium in blood and urine among smokers and nonsmokers with high cadmium intake via food. Toxicology 29:163-171.

Sharma RP, McKenzie JM, Kjellström T. 1982. Analysis of submicrogramme levels of cadmium in whole blood, urine, and hair by graphite furnace atomic absorption spectroscopy. J Anal Toxicol 6:135-138.

Sharon IM. 1988. The significance of teeth in pollution detection. Perspect Biol Med 32:124-131.

Shevchenko V, Lisitzin A, Vinogradova A, et al. 2003. Heavy metals in aerosols over the seas of the Russian Arctic. Sci Total Environ 306:11-25.

Shigematsu I. 1984. The epidemiological approach to cadmium pollution in Japan. Ann Acad Med Singapore. 13:231-236.

Shimbo S, Zhang Z, Moon C, et al. 2000. Correlation between urine and blood concentrations, and dietary intake of cadmium and lead among women in the general population of Japan. Int Arch Occup Environ Health 73:163-170.

Shimizu M, Morita S. 1990. Effects of fasting on cadmium toxicity, glutathione metabolism, and metallothionein synthesis in rats. Toxicol Appl Pharmacol 103:28-39.

Shimizu A, Kobayashi E, Suwazono Y, et al. 2006. Estimation of benchmark doses for urinary cadmium based on $\beta_2$-microglobulin excretion in cadmium-polluted regions of the Kakehashi River basin, Japan. Int J Environ Health Res 16(5):329-337.

Shin M, Paek D, Yoon C. 2011. The relationship between the bone mineral density and urinary cadmium concentration of residents in an industrial complex. Environ Res 111(1):101-109.

Shipman DL. 1986. Cadmium food poisoning in a Missouri school. J Environ Health 49:89.

Shiraishi Y, Yoshida TH. 1972. Chromosomal abnormalities in cultured beucocyte cells from Itai-itai disease patients. Proc Japan Acad 48:248-251.

Shiraishi Y, Kurahashi H, Yoshida TH. 1972. Chromosomal aberrations in cultured human leucocytes induced by cadmium sulfide. Proc Japan Acad 48:133-137.

Shiwen C, Lin Y, Zhineng H, et al. 1990. Cadmium exposure and health effects among residents in an irrigation area with ore dressing wastewater. Sci Total Environ 90:67-73.

*Shukla GS, Hussain T, Srivastava RS, et al. 1988a. Diagnostic significance of erythrocyte antioxidative enzymes in cadmium toxicity. Biochem Arch 4:429-436.

Sidhu M, Sharma M, Bhatia M, et al. 1993. Effect of chronic cadmium exposure on glutathione *S*-transferase and glutathione peroxidase activities in Rhesus monkey the role of selenium. Toxicology 83:203-213.

SI/EPA. 2007. Cadmium. The Science Inventory. U.S. Environmental Protection Agency.
http://cfpub.epa.gov/si/sciencequery.cfm. April 23, 2008.

Sikorski R, Paszkowski T, Radomanski T, et al. 1989. Cadmium contamination of early human milk.
Gynecol Obstet Invest 27:91-93.

Sileo L, Beyer WN. 1985. Heavy metals in white-tailed deer living near a zinc smelter in Pennsylvania.
J Wildlife Diseases 21:289-296.

*Simmer K, Carlsson L, Thompson RPH. 1992. The effects of cadmium on zinc in the pregnant guinea
pig. Trace Elem Med 9(3):109-112.

Singh BR. 1994. Trace element availability to plants in agricultural soils, with special emphasis on
fertilizer inputs. Environ Rev 2:133-146.

Singh PK, Jones MM, Kostial K, et al. 1996. *In vivo* cadmium mobilization by three novel bis
(carbodithioates). Chem Res Toxicol 9(1):313-317.

*Singh PK, Jones SG, Gale GR, et al. 1990. Selective removal of cadmium from aged hepatic and renal
deposits: N-substituted talooctamine dithiocarbamates as cadmium mobilizing agents. Chem Biol
Interact 74:79-91.

Skerfving S, Nilsson U. 1992. Assessment of accumulated body burden of metals. Toxicol Lett
64/65:17-24.

Skog E, Wahlberg JE. 1964. A comparative investigation of the percutaneous absorption of metal
compounds in the guinea pig by means of the radioactive isotopes: 51Cr, 58Co, 65Zn, 110mAg,
115mCd, 203Hg. J Invest Dermatol 43:187-192.

Smith JP, Smith JC, McCall AJ. 1960. Chronic poisoning from cadmium fume. J Pathol Bacteriol
80:287-296.

*Smith NJ, Topping MD, Stewart JD, et al. 1986. Occupational cadmium exposure in jig solderers. Br J
Ind Med 43:663-666.

Smith SR. 1994. Effect of soil pH on availability to crops of metals in sewage sludge-treated soils. II.
Cadmium uptake by crops and implications for human dietary intake. Environ Pollut 86:5-13.

Smith TJ, Anderson RJ, Reading JC. 1980. Chronic cadmium exposures associated with kidney function
effects. Am J Ind Med 1:319-337.

Smith TJ, Petty TL, Reading JC, et al. 1976. Pulmonary effects of chronic exposure to airborne
cadmium. Am Rev Resp Dis 114:161-169.

Snider GL, Hayes JA, Korthy AL, et al. 1973. Centrilobular emphysema experimentally induced by
cadmium chloride aerosol. Am Rev Resp Dis 108:40-48.

*Snider GL, Lucey EC, Faris B, et al. 1988. Cadmium-chloride-induced air-space enlargement with
interstitial pulmonary fibrosis is not associated with destruction of lung elastin. Implications for the
pathogenesis of human emphysema. Am Rev Respir Dis 137:918-923.

Sorahan T.  1987.  Mortality from lung cancer among a cohort of nickel cadmium battery workers:  1946-1984.  Br J Ind Med 44:803-809.

Sorahan T, Esmen NA.  2004.  Lung cancer mortality in UK nickel-cadmium battery workers, 1947-2000.  Occup Environ Med 61(2):108-116.

Sorahan T, Lancashire R.  1994.  Lung cancer findings from the NIOSH study of United States cadmium recovery workers:  A cautionary note.  Occup Environ Med 51(2):139-140.

Sorahan T, Lancashire RJ.  1997.  Lung cancer mortality in a cohort of workers employed at a cadmium recovery plant in the United States:  An analysis with detailed job histories.  Occup Environ Med 54(3):194-201.

Sorahan T, Waterhouse JAH.  1983.  Mortality study of nickel-cadmium battery workers by the method of regression models in life tables.  Br J Ind Med 40:293-300.

*Sorahan T, Waterhouse JAH.  1985.  Cancer of prostate among nickel-cadmium battery workers.  Lancet 1(8426):459.

Sorahan T, Lister A, Gilthorpe MS, et al.  1995.  Mortality of copper cadmium alloy workers with special reference to lung cancer and non-malignant diseases of the respiratory system, 1946-92.  Occup Environ Med 52(12):804-12.

Sorell TL, Graziano JH.  1990.  Effect of oral cadmium exposure during pregnancy on maternal and fetal zinc metabolism in the rat.  Toxicol Appl Pharmacol 102:537-545.

Sporn A, Dinu I, Stoenescu L.  1970.  Influence of cadmium administration on carbohydrate and cellular energetic metabolism in the rat liver.  Rev Roum Biochim 7:299-305.

Sprague JB.  1986.  Toxicity and tissue concentrations of lead, zinc, and cadmium for marine molluscs and crustaceans.  Research Triangle Park, NC:  International Lead Zinc Research Organization, Inc., 1-74.

Squibb KS, Pritchard JB, Fowler BA.  1984.  Cadmium-metallothionein nephropathy:  Relationships between ultrastructural/biochemical alterations and intracellular cadmium binding.  J Pharmacol Exp Ther 229:311-321.

SRI.  2007.  Directory of chemical producers.  United States of America.  Menlo Park, CA:  SRI Consulting, 503; 799-800.

*Srivastava RC, Ahmad I, Kaur G, et al.  1988.  Alterations in the metabolism of endogenous trace metals due to cadmium, manganese and nickel effect of partial hepatectomy.  J Environ Sci Health A23:95-101.

Stacey NH, Craig G, Muller L.  1988.  Effects of cadmium on natural killer and killer cell functions *in vivo*.  Environ Res 45:71-77.

Staessen J, Bulpitt CJ, Roels H, et al.  1984.  Urinary cadmium and lead and their relationship to blood pressure in a population with low average exposure.  Br J Ind Med 4:241-248.

Staessen J, Kuznetsova T, Roels HA, et al.  2000.  Exposure to cadmium and conventional and ambulatory blood pressures in a prospective population study.  Am J Hypertens 13(2):146-156.

Staessen J, Lauwerys R. 1993. Health effects of environmental exposure to cadmium in a population study. J Hum Hypertens 7:195-199.

Staessen JA, Roels HA, Emelianov D, et al. 1999. Environmental exposure to cadmium, forearm bone density, and risk of fractures: Prospective population study. Lancet 353(9159):1140-1144.

Stayner L, Smith R, Schorr T, et al. 1993. Letter to the editor. Ann Epidemiol 3(1):114-116.

Stayner L, Smith R, Thun M, et al. 1992a. A dose-response analysis and quantitative assessment of lung cancer risk and occupational cadmium exposure. Ann Epidemiol 2(3):177-194.

*Stayner L, Smith R, Thun M, et al. 1992b. A quantitative assessment of lung cancer risk and occupational cadmium exposure. In: Nordberg GF, Herber RFM, Alessio L, eds. Cadmium in the human environment: Toxicity and carcinogenicity. Lyon, France: International Agency for Research on Cancer, 447-455.

Steenkamp PA, Coetzee PP. 1994. Simultaneous determination of toxic heavy metals in organic matrices using reversed-phase high-performance liquid chromatography. S Afr J Chem 47(1):29-32.

Steibert E, Krol B, Sowa B, et al. 1984. Cadmium-induced changes in the histoenzymatic activity in liver, kidney and duodenum of pregnant rats. Toxicol Lett 20:127-132.

Steinnes E, Friedland AJ. 2006. Metal contamination of natural surface soils from long-range atmospheric transport: Existing and missing knowledge. Environ Rev 14:169-186.

Stowe HD, Wilson M, Goyer RA. 1972. Clinical and morphological effects of oral cadmium toxicity in rabbits. Arch Pathol 94:389-405.

Stroh A. 1993. Determination of Pb and Cd in whole blood using isotope dilution ICP-MS. Atom Spectrosc 14(5):141-143.

Struempler RE, Larson GE, Rimland B. 1985. Hair mineral analysis and disruptive behavior in clinically normal young men. J Learn Disabil 18:609-612.

Stutz DR, Janusz SJ. 1988. Hazardous materials injuries: A handbook for pre-hospital care. 2nd edition. Beltsville, MD: Bradford Communications Corporation, 21, 228-229.

Subramanian KS, Meranger JC. 1981. A rapid electrothermal atomic absorption spectrophotometric method for cadmium and lead in human whole blood. Clin Chem 27:1866-1871.

Subramanian KS, Meranger JC, MacKeen JE. 1983. Graphite furnace atomic absorption spectrometry with matrix modification for determination of cadmium and lead in human urine. Anal Chem 55:1064-1067.

*Sugawara N, Sugawara C. 1987. Role of mucosal metallothinein preinduced by oral Cd or Zn on the intestinal absorption of a subsequent Cd dose. Bull Environ Contam Toxicol 38:295-299.

Sumino K, Hayakawa K, Shibata T, et al. 1975. Heavy metals in normal Japanese tissues. Arch Environ Health 30:487-494.

Suresh A, Sivaramakrishna B, Radhakrishnaiah K. 1993. Patterns of cadmium accumulation in the organs of fry and fingerlings of freshwater fish *Cyprinus carpio* following cadmium exposure. Chemosphere 26(5):945-953.

Suter KE. 1975. Studies on the dominant-lethal and fertility effects of the heavy metal compounds methylmercuric hydroxide, mercuric chloride, and cadmium chloride in male and female mice. Mutat Res 30:365-374.

Sutou S, Yamamoto K, Sendota H, et al. 1980. Toxicity, fertility, teratogenicity, and dominant lethal tests in rats administered cadmium subchronically. III. Fertility, teratogenicity, and dominant lethal tests. Ecotoxicol Environ Saf 4:51-56.

Suwazono Y, Kobayashi E, Okubo Y, et al. 2000. Renal effects of cadmium exposure in cadmium nonpolluted areas in Japan. Environ Res 84(Sect A):44-55.

Suwazono Y, Nogawa K, Uetani M, et al. 2011a. Application of the hybrid approach for estimating the benchmark dose of urinary cadmium for adverse renal effects in the general population of Japan. J Appl Toxicol 31(1):89-93.

Suwazono Y, Nogawa K, Uetani M, et al. 2011b. Application of the hybrid approach to the benchmark dose of urinary cadmium as the reference level for renal effects in cadmium polluted and non-polluted areas in Japan. Environ Res 111(2):312-314.

Suwazono Y, Nogawa K, Uetani M, et al. 2011c. Reassessment of the threshold of urinary cadmium by using hybrid approach in a cadmium non-polluted area in Japan. Int J Hyg Environ Health 214(2):175-178.

Suwazono Y, Saloman S, Vahter M, et al. 2006. Benchmark dose for cadmium-induced renal effects in humans. Environ Health Perspect 114:1072-1076.

Suwazono Y, Uetani M, Akesson A, et al. 2010. Recent applications of benchmark dose method for estimation of reference cadmium exposure for renal effects in man. Toxicol Lett 198(1):40-43.

Suzuki CAM, Cherian MG. 1987. Renal toxicity of cadmium-metallothionein and enzymuria in rats. J Pharmacol Exp Ther 240:314-319.

Swaddiwudhipong, W; Mahasakpan, P; Limpatanachote, P; et al. 2010. Correlations of urinary cadmium with hypertension and diabetes in persons living in cadmium-contaminated villages in northwestern Thailand: A population study. Environ Res 110(6):612-616.

Swaddiwudhipong, W; Mahasakpan, P; Limpatanachote, P; et al. 2011. An association between urinary cadmium and urinary stone disease in persons living in cadmium-contaminated villages in northwestern Thailand: A population study. Environ Res 111(4):579-583.

Sweet CW, Vermette SJ, Landsberger S. 1993. Sources of toxic trace elements in urban air in Illinois. Environ Sci Technol 27(12):2502-2510.

Sweet CW, Weiss A, Vermette SJ. 1998. Atmospheric deposition of trace metals at three sites near the Great Lakes. Water Air Soil Pollut 103:423-439.

Swiergosz-Kowalewska R.  2001.  Cadmium distribution and toxicity in tissues of small rodents. Microsc Res Tech 55(3):208-222.

*Szymanska JA, Bem EM, Piotrowski JK, et al.  1989.  Renal binding of cadmium in the rat following intragastric exposure.  Toxicology 55:339-348.

Takagi Y, Matsuda S, Imai S, et al.  1988.  Survey of trace elements in human nails:  An international comparison.  Bull Environ Contam Toxicol 41:690-695.

*Takebayashi S, Harada T, Kamura S, et al.  1987.  Cadmium-induced osteopathy:  Clinical and autopsy findings of four patients.  Appl Pathol 5:190-197.

Takenaka S, Karg E, Kreyling WG, et al.  2004.  Fate and toxic effects of inhaled ultrafine cadmium oxide particles in the rat lung.  Inhal Toxicol 16:83-92.

Takenaka S, Oldiges H, Konig H, et al.  1983.  Carcinogenicity of cadmium chloride aerosols in Wistar rats.  J Natl Cancer Inst 70:367-373.

Tandon L, Ni BF, Ding XX, et al.  1994.  RNAA for arsenic, cadmium, copper, and molybdenum in CNS tissues from subjects with age related neurodegenerative disease.  J Radionanal Nucl Chem 179(2):331-339.

Tang XM, Chen XQ, Zhang JX, et al.  1990.  Cytogenetic investigation in lymphocytes of people living in cadmium-polluted areas.  Mutat Res 241:243-249.

Teeyakasem W, Nishijo M, Honda R, et al.  2007.  Monitoring of cadmium toxicity in a Thai population with high-level environmental exposure.  Toxicol Lett 169:185-195.

Telišman S, Cvitkovic P, Jurasovic J, et al.  2000.  Semen quality and reproductive endocrine function in relation to biomarkers of lead, cadmium, zinc, and copper in men.  Environ Health Perspect 108:45-53.

Tellez-Plaza M, Navas-Acien A, Crainiceanu CM, et al.  2008.  Cadmium exposure and hypertension in the 1999-2004 National Health and Nutrition Examination Survey (NHANES).  Environ Health Perspect 116(1):51-56.

Tellez-Plaza, M; Navas-Acien, A; Crainiceanu, CM; et al.  2010.  Cadmium and peripheral arterial disease:  Gender differences in the 1999-2004 US National Health and Nutrition Examination Survey.  Am J Epidemiol 172(6):671-681.

Terracio L, Nachtigal M.  1988.  Oncogenicity of rat prostate cells transformed *in vitro* with cadmium chloride.  Arch Toxicol 61:450-456.

Tewari PC, Jain VK, Ashquin M, et al.  1986b.  Influence of protein deficiency on cadmium toxicity in rats.  Arch Environ Contam Toxicol 15:409-415.

Thatcher RW, Lester ML, McAlaster R, et al.  1982.  Effects of low levels of cadmium in lead on cognitive functioning in children.  Arch Environ Health 37:159-166.

Thomas K, Colborn T.  1992.  Organochlorine endocrine disruptors in human tissue.  In:  Colborn T, Clement C, eds.  Chemically induced alterations in sexual and functional development:  The wildlife/human connection.  Princeton, NJ:  Princeton Scientific Publishing, 365-394.

Thomas, LD; Hodgson, S; Nieuwenhuijsen, M; et al. 2009. Early kidney damage in a population exposed to cadmium and other heavy metals. Environ Health Perspect 117(2):181-184.

Thornton I. 1992. Sources and pathways of cadmium in the environment. In: Nordberg GF, Herber RFM, Alessio L, eds. Cadmium in the human environment: Toxicity and carcinogenicity. IARC Scientific Publications No. 118. Lyon, France: International Agency for Research on Cancer, 149-162.

Thun MJ, Osorio AM, Schober S, et al. 1989. Nephropathy in cadmium workers: Assessment of risk from airborne occupational exposure to cadmium. Br J Ind Med 46:689-697.

Thun MJ, Schnorr TM, Smith A, et al. 1985. Mortality among a cohort of U.S. cadmium production workers--an update. J Natl Cancer Inst 74:325-333.

Toffoletto F, Apostoli P, Ghezzi I, et al. 1992. Ten-year follow-up of biological monitoring of cadmium-exposed workers. In: Nordberg GF, Herber RFM, Alessio L, eds. Cadmium in the human environment: Toxicity and carcinogenicity. Geneva: International Agency for Research on Cancer, 107-111

Tohyama C, Kobayashi E, Saito H, et al. 1986. Urinary microglobulin as an indicator protein or renal tubular dysfunction caused by environmental cadmium exposure. J Appl Toxicol 6:171-178.

Tohyama C, Mitane Y, Kobayashi E, et al. 1988. The relationships of urinary metallothionein with other indicators of renal dysfunction in people living in a cadmium-polluted area in Japan. J Appl Toxicol 8:15-21.

Tohyama C, Shaikh ZA, Ellis KJ, et al. 1981. Metallothionein excretion in urine upon cadmium exposure: Its relationship with liver and kidney cadmium. Toxicology 22:181-191.

Tomera JF, Harakal C. 1988. Effects of cadmium ingestion on blood pressure and ventricular mass in rabbits. Drug Nutr Interact 5:365-72.

Topping MD, Forster HW, Dolman C, et al. 1986. Measurement of urinary retinol-binding protein by enzyme-linked immunosorbent assay, and its application to detection of tubular proteinuria. Clin Chem 32:1863-1866.

Townshend RH. 1982. Acute cadmium pneumonitis: A 17-year follow-up. Br J Ind Med 39:411-412.

Trevisan A, Gardin C. 2005. Nephrolithiasis in a worker with cadmium exposure in the past. Int Arch Occup Environ Health 78(8):670-672.

TRI09. 2011. TRI explorer: Providing access to EPA's toxics release inventory data. Washington, DC: Office of Information Analysis and Access. Office of Environmental Information. U.S. Environmental Protection Agency. Toxics Release Inventory. http://www.epa.gov/triexplorer/. September 19, 2011.

Truska P, Rosival L, Balazova G, et al. 1989. Blood and placental concentrations of cadmium, lead, and mercury in mothers and their newborns. J Hyg Epidemiol Microbiol Immunol 33:141-147.

Trzcinka-Ochocka M, Jakubowski M, Halatek T, et al. 2002. Reversibility of microproteinuria in nickel-cadmium battery workers after removal from exposure. Int Arch Occup Environ Health 75(Suppl):S101-S106.

Trzcinka-Ochocka M, Jakubowski M, Razniewska G, et al. 2004. The effects of environmental cadmium exposure on kidney function: The possible influence of age. Environ Res 95(2):143-150.

Trzcinka-Ochocka, M; Jakubowski, M; Szymczak, W; et al. 2010. The effects of low environmental cadmium exposure on bone density. Environ Res 110(3):286-293.

Tsukahara T, Ezaki T, Moriguchi J, et al. 2003. No significant effect of iron deficiency on cadmium body burden or kidney dysfunction among women in the general population in Japan. Int Arch Occup Environ Health 76:275-281.

*Tsuritani I, Honda R, Ishizaki M, et al. 1994. Serum bone-type alkaline phosphatase activity in women living in a cadmium-polluted area. Toxicol Lett 71:209-216.

Tsvetkova RP. 1970. [Materials on the study of the influence of cadmium compounds on the generative function.] Gig Tr Prof Zabol 14:31-33. (Russian)

Tulley RT, Lehmann HP. 1982. Method for the simultaneous determination of cadmium and zinc in whole blood by atomic absorption spectrophotometry and measurement in normotensive and hypertensive humans. Clinica Chimica Acta 122:189-202.

UN. 1985. Treatment and disposal methods for waste chemicals. International Register of Potentially Toxic Chemicals. Geneva, Switzerland: United Nations Environment Programme.

Uno T, Kobayashi E, Suwazono Y, et al. 2005. Health effects of cadmium exposure in the general environment in Japan with special reference to the lower limit of the benchmark dose as the threshold level of urinary cadmium. Scand J Work Environ Health 31(4):307-315.

U.S. Bureau of Mines. 1990. Mineral industry surveys. Cadmium in 1989. Washington, DC: U.S. Bureau of Mines, 1-5.

USDA. 2012. Table 5. U.S. consumption of selected phosphate and potash fertilizers. Economic research service. United States Department of Agriculture. http://www.ers.usda.gov/data-products/fertilizer-use-and-price.aspx#26720. September 11, 2012.

USGS. 1985. Cadmium, atomic absorption spectrometric, direct. In: Fishman MJ, Friedman LC, eds. Methods for the determination of inorganic substances in water and fluvial sediments, techniques of water-resources investigations of the United States Geological Survey, Book 5, Chapter A1. U.S. Geological Survey. infotrek.er.usgs.gov/pls/nemi_pdf/nemi_data.download_pdf?p_file=1333. May 14, 2008.

USGS. 1996. Methods of analysis by the U.S. Geological Survey National Water Quality Laboratory-Preparation procedure for aquatic biological material determined for trace metals. Denver, CO: U.S. Geological Survey. Open-File Report 96-362. http://pubs.er.usgs.gov/usgspubs/ofr/ofr96362. May 26, 2008.

USGS. 1997. Minerals yearbook: Cadmium. Reston, Virginia: U.S. Geological Survey.

USGS. 1998a. Methods of analysis by the U.S. Geological Survey National Water Quality Laboratory-Determination of elements in whole-water digests using inductively coupled plasma-optical emission spectrometry and inductively coupled plasma-mass spectrometry. Denver, CO: U.S. Geological Survey. Open-File Report 98-165. http://pubs.er.usgs.gov/usgspubs/ofr/ofr98165. May 26, 2008.

USGS.  1998b.  Water quality in the Hudson River basin.  New York and adjacent states, 1992-1995.
U.S. Geological Survey.  Circular 1165.  http://ny.water.usgs.gov/projects/hdsn/report/Circular1165.pdf.
April 17, 2008.

USGS.  1999.  Mineral commodity summary:  Cadmium.  Reston, Virginia:  U.S. Geological Survey.

USGS.  2007.  2006 minerals yearbook.  Cadmium.  U.S. Geological Survey.
http://minerals.usgs.gov/minerals/pubs/commodity/cadmium/myb1-2006-cadmi.pdf.  April 29, 2008.

USGS.  2008.  Cadmium.  Mineral commodity summaries.  U.S. Geological Survey.
http://minerals.usgs.gov/minerals/pubs/commodity/cadmium/mcs-2008-cadmi.pdf.  April 29, 2008.

Vahter M, Berglund M, Nermell B, et al.  1996.  Bioavailability of cadmium from shellfish and mixed
diet in women.  Toxicol Appl Pharmacol 136(2):332-341.

Valois AA, Webster WS.  1989.  The choroid plexus as a target site for cadmium toxicity following
chronic exposure in the adult mouse:  An ultrastructural study.  Toxicology 55:193-205.

Valverde M, Fortoul TI, Diaz-Barriga F, et al.  2000.  Induction of genotoxicity by cadmium chloride
inhalation in several organs of CD-1 mice.  Mutagenesis 15(2):109-114.

Vanderpool RA, Reeves PG.  2001.  Cadmium absorption in women fed processed edible sunflower
kernels labeled with a stable isotope of cadmium, 113Cd1.  Environ Res 87:69-80.

Van Gestel CA, Adema DM, de Boer JL, et al.  1988.  The influence of soil clean-up on the
bioavailability of metals.  In:  Wolf K, Van den Brink WJ, Colon FJ, eds.  Contaminated soil '88.  The
Netherlands:  Kluser Academic Publishers, 63-66.

van Hattum B, de Voogt P, van den Bosch L, et al.  1989.  Bioaccumulation of cadmium by the
freshwater isopod *Asellus aquaticus (L.)* from aqueous and dietary sources.  Environ Pollut 62:129-152.

Vanhoe H, Dams R, Versieck J.  1994.  Use of inductively coupled plasma mass spectrometry for the
determination of ultra-trace elements in human serum.  J Anal Atom Spectrom 9:23-31.

van Sittert NJ, Ribbens PH, Huisman B, et al.  1993.  A nine year follow-up study of renal effects in
workers exposed to cadmium in a zinc ore refinery.  Br J Ind Med 50:603-612.

*Varga B, Zsolnai B, Paksy K, et al.  1993.  Age dependent accumulation of cadmium in the human
ovary.  Reprod Toxicol 7(3):225-228.

Vasudev V, Krishnamurthy NB.  1979.  Dominant lethals induced by cadmium in *Drosophila
melanogaster.*  Curr Sci 48:1007-1008.

Verschoor M, Herber R, van Hemmen, et al.  1987.  Renal function of workers with low-level cadmium
exposure.  Scand J Work Environ Health 13:232-238.

Vestergaard P, Shaikh ZA.  1994.  The nephrotoxicity of intravenously administered cadmium-
metallothionein:  Effect of dose, mode of administration, and preexisting renal cadmium burden.  Toxicol
Appl Pharmacol 126:240-247.

Viau C, Bernard A, Lauwerys R, et al. 1984. Cadmium compound analgesics, and the chronic progressive nephrosis in the female Sprague-Dawley rat. Arch Toxicol 55:247-249.

Viccellio P. 1998. Cadmium, mercury, and arsenic. In: Emergency toxicology. 2nd ed. Philadelphia, PA: Lippincott-Raven Publishers, 379-380.

Vidovic M, Sadibasic A, Cupic S, et al. 2005. Cd and Zn in atmospheric deposit, soil, wheat, and milk. Environ Res 97:26-31.

Vieira I, Sonnier M, Cresteil T. 1996. Developmental expression of CYP2E1 in the human liver: Hypermethylation control of gene expression during the neonatal period. Eur J Biochem 238(2):476-483.

Vos G, Lammers H, Kan CA. 1990. Cadmium and lead in muscle tissue and organs of broilers, turkeys and spent hens, and in mechanically deboned poultry meat. Food Addit Contam 7:83-92.

*Waalkes MP. 1986. Effect of dietary zinc deficiency on the accumulation of cadmium and metallothionein and selected tissues of the rat. J Toxicol Environ Health 18:301-313.

Waalkes MP, Goering PL. 1990. Metallothionein and other cadmium-binding proteins: Recent developments. Chem Res Toxicol 3:281-288.

Waalkes MP, Klaassen CD. 1985. Concentration of metallothionein in major organs of rats after administration of various metals. Fundam Appl Toxicol 5:473-477.

Waalkes MP, Rehm S. 1992. Carcinogenicity or oral cadmium in the male Wistar (WF/NCr) rat: Effect of chronic dietary zinc deficiency. Fundam Appl Toxicol 19:512-520.

Waalkes MP, Rehm S. 1994a. Chronic toxic and carcinogenic effects of cadmium chloride in male DBA/2NCr and NFS/NCr mice: Strain dependent association with tumors of the hematopoietic system, injection site, liver, and lung. Fundam Appl Toxicol 23:21-31.

Waalkes MP, Rehm S. 1994b. Carcinogenic and chronic toxic effects of single and multiple subcutaneous doses of cadmium chloride in male BALB/c mice. Toxic Subst J 13:97-111.

Waalkes MP, Coogan TP, Barter RA. 1992. Toxicological principles of metal carcinogenesis with special emphasis on cadmium. Crit Rev Toxicol 22(3,4):175-201.

Waalkes MP, Diwan BA, Weghorst CM, et al. 1993. Further evidence of the tumor suppressive effects of cadmium in the B6C3F1 mouse liver and lung: Late stage vulnerability of tumors to cadmium and the role of metallothionein. J Pharmacol Exp Ther 266(3):1656-1663.

Waalkes MP, Rehm S, Riggs CW, et al. 1989. Cadmium carcinogenesis in male Wistar [Crl:(WI)BR] rats: Dose-response analysis of effects of zinc on tumor induction in the prostate, in the testes, and at the injection site. Cancer Res 49:4282-4288.

Waalkes MP, Watkins JB, Klaassen CD. 1983. Minimal role of metallothionein in decreased chelator efficacy for cadmium. Toxicol Appl Pharmacol 68:392-398.

*Wahba ZZ, Waalkes MP. 1990. Cadmium-induced route-specific alterations in essential trace element homeostasis. Toxicol Lett 54:77-81.

Wahlberg JE, Boman A. 1979. Guinea pig maximization test method-cadmium chloride. Contact Dermatitis 5:405.

Wahlberg JE. 1965. Percutaneous toxicity of metal compounds. Arch Environ Health 11:201-204.

Wahlberg JE. 1977. Routine patch testing with cadmium chloride. Contact Dermatitis 3:293-296.

Wang C, Bhattacharyya MH. 1993. Effect of cadmium on bone calcium and 45Ca in nonpregnant mice on a calcium-deficient diet: evidence of direct effect of cadmium on bone. Toxicol Appl Pharmacol 120:228-239.

Wang XP, Foulkes EC. 1984. Specificity of acute effects of cadmium on renal function. Toxicology 30:243-247.

Wang C, Brown S, Bhattacharyya MH. 1994. Effect of cadmium on bone calcium and $^{45}$Ca in mouse dams on a calcium-deficient diet: Evidence of itai-itai-like syndrome. Toxicol Appl Pharmacol 127:320-330.

Wang C, Fang Y, Peng S, et al. 1999. Synthesis of novel chelating agents and their effect on cadmium decorporation. Chem Res Toxicol 12:331-334.

Wang H, Zhu G, Shi Y, et al. 2003. Influence of environmental cadmium exposure on forearm bone density. J Bone Miner Res 18(3):553-560.

Watanabe M, Shiroishi K, Nishino H, et al. 1986. An experimental study on the long-term effect of cadmium in mice fed cadmium-polluted rice with special reference to the effect of repeated reproductive cycles. Environ Res 40:25-46.

Watanabe T, Endo A. 1982. Chromosome analysis of preimplantation embryos after cadmium treatment of oocytes at meiosis. I. Environ Mutagen 4:563-567.

Watanabe T, Kasahara M, Nakatsuka H, et al. 1987. Cadmium and lead contents of cigarettes produced in various areas of the world. Sci Total Environ 66:29-37.

*Watanabe T, Nakatsuka H, Seiji K, et al. 1989. Blood cadmium levels in the populations of Masan, Korea, and Miyagi, Japan: An inter-regional comparison. Toxicol Lett 47:155-163.

Watanabe T, Shimada T, Endo A. 1979. Mutagenic effects of cadmium on mammalian oocyte chromosomes. Mutat Res 67:349-356.

Watanabe T, Shimbo S, Moon CS, et al. 1996. Cadmium contents in rice samples from various areas in the world. Sci Total Environ 184(3):191-196.

Watanabe Y, Kobayashi E, Okubo Y, et al. 2002. Relationship between cadmium concentration in rice and renal dysfunction in individual subjects of the Jinzu River basin determined using a logistic regression analysis. Toxicology 172:93-101.

Webster WS. 1978. Cadmium-induced fetal growth retardation in the mouse. Arch Environ Health 33:36-42.

Weidenhamer JD, Miller J, Guinn D, et al. 2011. Bioavailability of cadmium in inexpensive jewelry. Environ Health Perspect 119(7):1029-1033.

Weigel HJ, Jager HJ, Elmadfa I. 1984. Cadmium accumulation in rat organs after extended oral administration with low concentrations of cadmium oxide. Arch Environ Contam Toxicol 13:279-287.

Welz B, Xu S, Sperling M. 1991. Flame atomic absorption spectrometric determination of cadmium, cobalt, and nickel in biological samples using a flow injection system with on-line preconcentration by co-precipitation without filtration. Appl Spectrosc 45(9):1433-1443.

Welz B, Yin X, Sperling M. 1992. Time-based and volume-based sampling for flow-injection on-line sorbent extraction graphite furnace atomic absorption spectrometry. Anal Chim Acta 261:477-487.

West JR, Smith HW, Chasis H. 1948. Glomerular filtration rate, effective renal blood flow, and maximal tubular excretory capacity in infancy. J Pediatr 32:10-18.

Wester RC, Maibach HI, Sedik L, et al. 1992. *In vitro* percutaneous absorption of cadmium from water and soil into human skin. Fundam Appl Toxicol 19:1-5.

Whanger PD. 1992. Selenium in the treatment of heavy metal poisoning and chemical carcinogenesis. J Trace Elem Electrolytes Health Dis 6:209-221.

Whelton BD, Bhattacharyya MH, Carnes BA, et al. 1988. Female reproduction and pup survival and growth for mice fed a cadmium-containing purified diet through six consecutive rounds of gestation and lactation. J Toxicol Environ Health 24:321-343.

WHO. 2000. Air quality guidelines. 2nd ed. Geneva, Switzerland: World Health Organization. http://www.euro.who.int/Document/AIQ/AirQualRepMtg.pdf. March 08, 2006.

WHO. 2004. Guidelines for drinking-water quality. Vol. 1. Recommendations. 3rd ed. Geneva, Switzerland: World Health Organization. http://www.who.int/water_sanitation_health/dwq/gdwq3/en/. March 08, 2006.

Widdowson EM, Dickerson JWT. 1964. Chemical composition of the body. In: Comar CL, Bronner F, eds. Mineral metabolism: An advanced treatise. Vol. II: The elements Part A. New York, NY: Academic Press, 1-247.

Wilber GG, Smith L, Malanchuk JL. 1992. Emissions inventory of heavy metals and hydrophobic organics in the Great Lakes basin. In: Schnoor JL, ed. Fate of pesticides and chemicals in the environment. John Wiley and Sons, Inc., 27-50.

Wilhelm M, Eberwein G, Holzer J, et al. 2005. Human biomonitoring of cadmium and lead exposure of child-mother pairs from Germany living in the vicinity of industrial sources (Hot Spot Study NRW). J Trace Elem Med Biol 19:83-90.

Wilhelm M, Ohnesorge FK, Hotzel D. 1990. Cadmium, copper, lead, and zinc concentrations in human scalp and pubic hair. Sci Total Environ 92:199-206.

Wills JH, Groblewski GE, Coulston F. 1981. Chronic and multigeneration toxicities of small concentrations of cadmium in the diet of rats. Ecotoxicol Environ Saf 5:452-464.

Wilson RH, DeEds F, Cox AJ. 1941. Effects of continued cadmium feeding. J Pharmacol Exp Ther 71:222-235.

Wisniewska-Knypl JM, Jablonska J, Myslak Z. 1971. Binding of cadmium on metallothionein in man: An analysis of a fatal poisoning by cadmium iodide. Arch Toxicol 28:46-55.

Woittiez JRW, Tangonan MD. 1992. Determination of Cd, Mo, Cr, and Co in biological materials by RNAA. J Radioanal Nucl Chem 158(2):313-321.

Wong KL, Klaassen CD. 1980a. Tissue distribution and retention of cadmium in rats during postnatal development: minimal role of hepatic metallothionein. Toxicol Appl Pharmacol 53:343-353.

*Wong KL, Klaassen CD. 1980b. Age difference in the susceptibility to cadmium-induced testicular damage in rats. Toxicol Appl Pharmacol 55:456-466.

Wong KL, Klaassen CD. 1982. Neurotoxic effect of cadmium in young rats. Toxicol Appl Pharmacol 63:330-337.

Wong PK. 1988. Mutagenicity of heavy metals. Bull Environ Contam Toxicol 40(4):597-603.

Wronska-Nofer T, Wisniewska-Knypl J, Wyszynska K. 1999. Prooxidative and genotoxic effect of transition metals (cadmium, nickel, chromium, and vanadium) in mice. Trace Elem Electrolytes 15(2):87-92.

Wu Q, Magnus JH, Hentz JG. 2010. Urinary cadmium, osteopenia, and osteoporosis in the US population. Osteoporos Int 21(8):1449-1454.

Wu X, Jin T, Wang Z, et al. 2001. Urinary calcium as a biomarker of renal dysfunction in a general population exposed to cadmium. J Occup Environ Med 43(10):898-904.

Wu X, Liang Y, Jin T, et al. 2008. Renal effects evolution in a Chinese population after reduction of cadmium exposure in rice. Environ Res 108(2):233-238.

Xu B, Chia SE, Tsakok M, et al. 1993a. Trace elements blood and seminal plasma and their relationship to sperm quality. Reprod Toxicol 7:613-618.

Xu B, Jin Y, Fen Z, et al. 1993b. Lipid peroxidation induced by maternal cadmium exposure in mouse pups. Bull Environ Contam Toxicol 51:772-779.

Xu C, Holscher MA, Jones MM, et al. 1995. Effect of monoisoamyl meso-2,3-dimercaptosuccinate on the pathology of acute cadmium intoxication. J Toxicol Environ Health 45:261-277.

Xu C, Johnson JE, Singh PK, et al. 1996. *In vivo* studies of cadmium-induced apoptosis in testicular tissue of the rat and its modulation by a chelating agent. Toxicology 107:1-8.

Xue H, Sigg L, Gachter R. 2000. Transport of Cu, Zn and Cd in a small agricultural catchment. Water Res 34(9):2558-2568.

Yamanaka O, Kobayashi EN K, Suwazono Y, et al. 1998. Association between renal effects and cadmium exposure in cadmium-nonpolluted area in Japan. Environ Res 77(Sect A):1-8.

Yamane Y, Fukuchi M, Li CK, et al. 1990. Protective effect of sodium molybdate against the acute toxicity of cadmium chloride. Toxicology 60:235-243.

Yokota H, Tonami H. 2008. Experimental studies on the bone metabolism of male rats chronically exposed to cadmium intoxication using dual-energy X-ray absorptiometry. Toxicol Ind Health 24(3):161-170.

Zeng X, Jin T, Buchet JP, et al. 2004a. Impact of cadmium exposure on male sex hormones: A population-based study in China. Environ Res 2004:338-344.

Zeng X, Jin T, Jiang X, et al. 2004b. Effects on the prostrate of environmental cadmium exposure–a cross-sectional population study in China. Biometals 17(5):559-565.

Zenick H, Hastings L, Goldsmith M, et al. 1982. Chronic cadmium exposure: Relation to male reproductive toxicity and subsequent fetal outcome. J Toxicol Environ Health 9:377-387.

Zhang YL, Zhao YC, Wang JX, et al. 2004. Effect of environmental exposure to cadmium on pregnancy outcome and fetal growth: A study on healthy pregnant women in China. J Environ Sci Health A 39(9):2507-2515.

Zhang ZQ, Chen SZ, Lin HM, et al. 1993. Simultaneous determination of copper, nickel, lead, cobalt and cadmium by adsorptive voltammetry. Anal Chim Acta 272:227-232.

*Zhou D, Zhang L, Zhou J, et al. 2004a. Cellulose/chitin beads for adsorption of heavy metals in aqueous solution. Water Res 38:2643-2650.

Zhou T, Jia X, Chapin RE, et al. 2004b. Cadmium at a non-toxic dose alters gene expression in mouse testes. Toxicol Lett 154(3):191-200.

Zhu G, Wang H, Shi Y, et al. 2004. Environmental cadmium exposure and forearm bone density. Biometals 17:499-503.

Ziegler EE, Edwards BB, Jensen RL, et al. 1978. Absorption and retention of lead by infants. Pediatr Res 12(1):29-34.

CADMIUM

425

# 10. GLOSSARY

**Absorption**—The taking up of liquids by solids, or of gases by solids or liquids.

**Acute Exposure**—Exposure to a chemical for a duration of 14 days or less, as specified in the Toxicological Profiles.

**Adsorption**—The adhesion in an extremely thin layer of molecules (as of gases, solutes, or liquids) to the surfaces of solid bodies or liquids with which they are in contact.

**Adsorption Coefficient ($K_{oc}$)**—The ratio of the amount of a chemical adsorbed per unit weight of organic carbon in the soil or sediment to the concentration of the chemical in solution at equilibrium.

**Adsorption Ratio (Kd)**—The amount of a chemical adsorbed by sediment or soil (i.e., the solid phase) divided by the amount of chemical in the solution phase, which is in equilibrium with the solid phase, at a fixed solid/solution ratio. It is generally expressed in micrograms of chemical sorbed per gram of soil or sediment.

**Benchmark Dose (BMD)**—Usually defined as the lower confidence limit on the dose that produces a specified magnitude of changes in a specified adverse response. For example, a $BMD_{10}$ would be the dose at the 95% lower confidence limit on a 10% response, and the benchmark response (BMR) would be 10%. The BMD is determined by modeling the dose response curve in the region of the dose response relationship where biologically observable data are feasible.

**Benchmark Dose Model**—A statistical dose-response model applied to either experimental toxicological or epidemiological data to calculate a BMD.

**Bioconcentration Factor (BCF)**—The quotient of the concentration of a chemical in aquatic organisms at a specific time or during a discrete time period of exposure divided by the concentration in the surrounding water at the same time or during the same period.

**Biomarkers**—Broadly defined as indicators signaling events in biologic systems or samples. They have been classified as markers of exposure, markers of effect, and markers of susceptibility.

**Cancer Effect Level (CEL)**—The lowest dose of chemical in a study, or group of studies, that produces significant increases in the incidence of cancer (or tumors) between the exposed population and its appropriate control.

**Carcinogen**—A chemical capable of inducing cancer.

**Case-Control Study**—A type of epidemiological study that examines the relationship between a particular outcome (disease or condition) and a variety of potential causative agents (such as toxic chemicals). In a case-controlled study, a group of people with a specified and well-defined outcome is identified and compared to a similar group of people without outcome.

**Case Report**—Describes a single individual with a particular disease or exposure. These may suggest some potential topics for scientific research, but are not actual research studies.

**Case Series**—Describes the experience of a small number of individuals with the same disease or exposure. These may suggest potential topics for scientific research, but are not actual research studies.

**Ceiling Value—**A concentration of a substance that should not be exceeded, even instantaneously.

**Chronic Exposure—**Exposure to a chemical for 365 days or more, as specified in the Toxicological Profiles.

**Cohort Study—**A type of epidemiological study of a specific group or groups of people who have had a common insult (e.g., exposure to an agent suspected of causing disease or a common disease) and are followed forward from exposure to outcome.  At least one exposed group is compared to one unexposed group.

**Cross-sectional Study—**A type of epidemiological study of a group or groups of people that examines the relationship between exposure and outcome to a chemical or to chemicals at one point in time.

**Data Needs—**Substance-specific informational needs that if met would reduce the uncertainties of human health assessment.

**Developmental Toxicity—**The occurrence of adverse effects on the developing organism that may result from exposure to a chemical prior to conception (either parent), during prenatal development, or postnatally to the time of sexual maturation.  Adverse developmental effects may be detected at any point in the life span of the organism.

**Dose-Response Relationship—**The quantitative relationship between the amount of exposure to a toxicant and the incidence of the adverse effects.

**Embryotoxicity and Fetotoxicity—**Any toxic effect on the conceptus as a result of prenatal exposure to a chemical; the distinguishing feature between the two terms is the stage of development during which the insult occurs.  The terms, as used here, include malformations and variations, altered growth, and *in utero* death.

**Environmental Protection Agency (EPA) Health Advisory—**An estimate of acceptable drinking water levels for a chemical substance based on health effects information.  A health advisory is not a legally enforceable federal standard, but serves as technical guidance to assist federal, state, and local officials.

**Epidemiology—**Refers to the investigation of factors that determine the frequency and distribution of disease or other health-related conditions within a defined human population during a specified period.

**Genotoxicity—**A specific adverse effect on the genome of living cells that, upon the duplication of affected cells, can be expressed as a mutagenic, clastogenic, or carcinogenic event because of specific alteration of the molecular structure of the genome.

**Half-life—**A measure of rate for the time required to eliminate one half of a quantity of a chemical from the body or environmental media.

**Immediately Dangerous to Life or Health (IDLH)—**The maximum environmental concentration of a contaminant from which one could escape within 30 minutes without any escape-impairing symptoms or irreversible health effects.

**Immunologic Toxicity—**The occurrence of adverse effects on the immune system that may result from exposure to environmental agents such as chemicals.

**Immunological Effects**—Functional changes in the immune response.

**Incidence**—The ratio of individuals in a population who develop a specified condition to the total number of individuals in that population who could have developed that condition in a specified time period.

**Intermediate Exposure**—Exposure to a chemical for a duration of 15–364 days, as specified in the Toxicological Profiles.

*In Vitro*—Isolated from the living organism and artificially maintained, as in a test tube.

*In Vivo*—Occurring within the living organism.

**Lethal Concentration$_{(LO)}$ (LC$_{LO}$)**—The lowest concentration of a chemical in air that has been reported to have caused death in humans or animals.

**Lethal Concentration$_{(50)}$ (LC$_{50}$)**—A calculated concentration of a chemical in air to which exposure for a specific length of time is expected to cause death in 50% of a defined experimental animal population.

**Lethal Dose$_{(LO)}$ (LD$_{Lo}$)**—The lowest dose of a chemical introduced by a route other than inhalation that has been reported to have caused death in humans or animals.

**Lethal Dose$_{(50)}$ (LD$_{50}$)**—The dose of a chemical that has been calculated to cause death in 50% of a defined experimental animal population.

**Lethal Time$_{(50)}$ (LT$_{50}$)**—A calculated period of time within which a specific concentration of a chemical is expected to cause death in 50% of a defined experimental animal population.

**Lowest-Observed-Adverse-Effect Level (LOAEL)**—The lowest exposure level of chemical in a study, or group of studies, that produces statistically or biologically significant increases in frequency or severity of adverse effects between the exposed population and its appropriate control.

**Lymphoreticular Effects**—Represent morphological effects involving lymphatic tissues such as the lymph nodes, spleen, and thymus.

**Malformations**—Permanent structural changes that may adversely affect survival, development, or function.

**Minimal Risk Level (MRL)**—An estimate of daily human exposure to a hazardous substance that is likely to be without an appreciable risk of adverse noncancer health effects over a specified route and duration of exposure.

**Modifying Factor (MF)**—A value (greater than zero) that is applied to the derivation of a Minimal Risk Level (MRL) to reflect additional concerns about the database that are not covered by the uncertainty factors. The default value for a MF is 1.

**Morbidity**—State of being diseased; morbidity rate is the incidence or prevalence of disease in a specific population.

**Mortality**—Death; mortality rate is a measure of the number of deaths in a population during a specified interval of time.

**Mutagen**—A substance that causes mutations.  A mutation is a change in the DNA sequence of a cell's DNA.  Mutations can lead to birth defects, miscarriages, or cancer.

**Necropsy**—The gross examination of the organs and tissues of a dead body to determine the cause of death or pathological conditions.

**Neurotoxicity**—The occurrence of adverse effects on the nervous system following exposure to a chemical.

**No-Observed-Adverse-Effect Level (NOAEL)**—The dose of a chemical at which there were no statistically or biologically significant increases in frequency or severity of adverse effects seen between the exposed population and its appropriate control.  Effects may be produced at this dose, but they are not considered to be adverse.

**Octanol-Water Partition Coefficient ($K_{ow}$)**—The equilibrium ratio of the concentrations of a chemical in *n*-octanol and water, in dilute solution.

**Odds Ratio (OR)**—A means of measuring the association between an exposure (such as toxic substances and a disease or condition) that represents the best estimate of relative risk (risk as a ratio of the incidence among subjects exposed to a particular risk factor divided by the incidence among subjects who were not exposed to the risk factor).  An OR of greater than 1 is considered to indicate greater risk of disease in the exposed group compared to the unexposed group.

**Organophosphate or Organophosphorus Compound**—A phosphorus-containing organic compound and especially a pesticide that acts by inhibiting cholinesterase.

**Permissible Exposure Limit (PEL)**—An Occupational Safety and Health Administration (OSHA) allowable exposure level in workplace air averaged over an 8-hour shift of a 40-hour workweek.

**Pesticide**—General classification of chemicals specifically developed and produced for use in the control of agricultural and public health pests.

**Pharmacokinetics**—The dynamic behavior of a material in the body, used to predict the fate (disposition) of an exogenous substance in an organism.  Utilizing computational techniques, it provides the means of studying the absorption, distribution, metabolism, and excretion of chemicals by the body.

**Pharmacokinetic Model**—A set of equations that can be used to describe the time course of a parent chemical or metabolite in an animal system.  There are two types of pharmacokinetic models:  data-based and physiologically-based.  A data-based model divides the animal system into a series of compartments, which, in general, do not represent real, identifiable anatomic regions of the body, whereas the physiologically-based model compartments represent real anatomic regions of the body.

**Physiologically Based Pharmacodynamic (PBPD) Model**—A type of physiologically based dose-response model that quantitatively describes the relationship between target tissue dose and toxic end points.  These models advance the importance of physiologically based models in that they clearly describe the biological effect (response) produced by the system following exposure to an exogenous substance.

**Physiologically Based Pharmacokinetic (PBPK) Model**—Comprised of a series of compartments representing organs or tissue groups with realistic weights and blood flows.  These models require a

**APPX ATT_V6_3803**

variety of physiological information: tissue volumes, blood flow rates to tissues, cardiac output, alveolar ventilation rates, and possibly membrane permeabilities. The models also utilize biochemical information, such as air/blood partition coefficients, and metabolic parameters. PBPK models are also called biologically based tissue dosimetry models.

**Prevalence**—The number of cases of a disease or condition in a population at one point in time.

**Prospective Study**—A type of cohort study in which the pertinent observations are made on events occurring after the start of the study. A group is followed over time.

**$q_1$\***—The upper-bound estimate of the low-dose slope of the dose-response curve as determined by the multistage procedure. The $q_1$\* can be used to calculate an estimate of carcinogenic potency, the incremental excess cancer risk per unit of exposure (usually μg/L for water, mg/kg/day for food, and μg/m$^3$ for air).

**Recommended Exposure Limit (REL)**—A National Institute for Occupational Safety and Health (NIOSH) time-weighted average (TWA) concentration for up to a 10-hour workday during a 40-hour workweek.

**Reference Concentration (RfC)**—An estimate (with uncertainty spanning perhaps an order of magnitude) of a continuous inhalation exposure to the human population (including sensitive subgroups) that is likely to be without an appreciable risk of deleterious noncancer health effects during a lifetime. The inhalation reference concentration is for continuous inhalation exposures and is appropriately expressed in units of mg/m$^3$ or ppm.

**Reference Dose (RfD)**—An estimate (with uncertainty spanning perhaps an order of magnitude) of the daily exposure of the human population to a potential hazard that is likely to be without risk of deleterious effects during a lifetime. The RfD is operationally derived from the no-observed-adverse-effect level (NOAEL, from animal and human studies) by a consistent application of uncertainty factors that reflect various types of data used to estimate RfDs and an additional modifying factor, which is based on a professional judgment of the entire database on the chemical. The RfDs are not applicable to nonthreshold effects such as cancer.

**Reportable Quantity (RQ)**—The quantity of a hazardous substance that is considered reportable under the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA). Reportable quantities are (1) 1 pound or greater or (2) for selected substances, an amount established by regulation either under CERCLA or under Section 311 of the Clean Water Act. Quantities are measured over a 24-hour period.

**Reproductive Toxicity**—The occurrence of adverse effects on the reproductive system that may result from exposure to a chemical. The toxicity may be directed to the reproductive organs and/or the related endocrine system. The manifestation of such toxicity may be noted as alterations in sexual behavior, fertility, pregnancy outcomes, or modifications in other functions that are dependent on the integrity of this system.

**Retrospective Study**—A type of cohort study based on a group of persons known to have been exposed at some time in the past. Data are collected from routinely recorded events, up to the time the study is undertaken. Retrospective studies are limited to causal factors that can be ascertained from existing records and/or examining survivors of the cohort.

**Risk**—The possibility or chance that some adverse effect will result from a given exposure to a chemical.

**Risk Factor**—An aspect of personal behavior or lifestyle, an environmental exposure, or an inborn or inherited characteristic that is associated with an increased occurrence of disease or other health-related event or condition.

**Risk Ratio**—The ratio of the risk among persons with specific risk factors compared to the risk among persons without risk factors. A risk ratio greater than 1 indicates greater risk of disease in the exposed group compared to the unexposed group.

**Short-Term Exposure Limit (STEL)**—The American Conference of Governmental Industrial Hygienists (ACGIH) maximum concentration to which workers can be exposed for up to 15 minutes continually. No more than four excursions are allowed per day, and there must be at least 60 minutes between exposure periods. The daily Threshold Limit Value-Time Weighted Average (TLV-TWA) may not be exceeded.

**Standardized Mortality Ratio (SMR)**—A ratio of the observed number of deaths and the expected number of deaths in a specific standard population.

**Target Organ Toxicity**—This term covers a broad range of adverse effects on target organs or physiological systems (e.g., renal, cardiovascular) extending from those arising through a single limited exposure to those assumed over a lifetime of exposure to a chemical.

**Teratogen**—A chemical that causes structural defects that affect the development of an organism.

**Threshold Limit Value (TLV)**—An American Conference of Governmental Industrial Hygienists (ACGIH) concentration of a substance to which most workers can be exposed without adverse effect. The TLV may be expressed as a Time Weighted Average (TWA), as a Short-Term Exposure Limit (STEL), or as a ceiling limit (CL).

**Time-Weighted Average (TWA)**—An allowable exposure concentration averaged over a normal 8-hour workday or 40-hour workweek.

**Toxic Dose$_{(50)}$ (TD$_{50}$)**—A calculated dose of a chemical, introduced by a route other than inhalation, which is expected to cause a specific toxic effect in 50% of a defined experimental animal population.

**Toxicokinetic**—The absorption, distribution, and elimination of toxic compounds in the living organism.

**Uncertainty Factor (UF)**—A factor used in operationally deriving the Minimal Risk Level (MRL) or Reference Dose (RfD) or Reference Concentration (RfC) from experimental data. UFs are intended to account for (1) the variation in sensitivity among the members of the human population, (2) the uncertainty in extrapolating animal data to the case of human, (3) the uncertainty in extrapolating from data obtained in a study that is of less than lifetime exposure, and (4) the uncertainty in using lowest-observed-adverse-effect level (LOAEL) data rather than no-observed-adverse-effect level (NOAEL) data. A default for each individual UF is 10; if complete certainty in data exists, a value of 1 can be used; however, a reduced UF of 3 may be used on a case-by-case basis, 3 being the approximate logarithmic average of 10 and 1.

**Xenobiotic**—Any chemical that is foreign to the biological system.

A-1

# APPENDIX A.  ATSDR MINIMAL RISK LEVELS AND WORKSHEETS

The Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) [42 U.S.C. 9601 et seq.], as amended by the Superfund Amendments and Reauthorization Act (SARA) [Pub. L. 99–499], requires that the Agency for Toxic Substances and Disease Registry (ATSDR) develop jointly with the U.S. Environmental Protection Agency (EPA), in order of priority, a list of hazardous substances most commonly found at facilities on the CERCLA National Priorities List (NPL); prepare toxicological profiles for each substance included on the priority list of hazardous substances; and assure the initiation of a research program to fill identified data needs associated with the substances.

The toxicological profiles include an examination, summary, and interpretation of available toxicological information and epidemiologic evaluations of a hazardous substance.  During the development of toxicological profiles, Minimal Risk Levels (MRLs) are derived when reliable and sufficient data exist to identify the target organ(s) of effect or the most sensitive health effect(s) for a specific duration for a given route of exposure.  An MRL is an estimate of the daily human exposure to a hazardous substance that is likely to be without appreciable risk of adverse noncancer health effects over a specified duration of exposure.  MRLs are based on noncancer health effects only and are not based on a consideration of cancer effects.  These substance-specific estimates, which are intended to serve as screening levels, are used by ATSDR health assessors to identify contaminants and potential health effects that may be of concern at hazardous waste sites.  It is important to note that MRLs are not intended to define clean-up or action levels.

MRLs are derived for hazardous substances using the no-observed-adverse-effect level/uncertainty factor approach.  They are below levels that might cause adverse health effects in the people most sensitive to such chemical-induced effects.  MRLs are derived for acute (1–14 days), intermediate (15–364 days), and chronic (365 days and longer) durations and for the oral and inhalation routes of exposure.  Currently, MRLs for the dermal route of exposure are not derived because ATSDR has not yet identified a method suitable for this route of exposure.  MRLs are generally based on the most sensitive chemical-induced end point considered to be of relevance to humans.  Serious health effects (such as irreparable damage to the liver or kidneys, or birth defects) are not used as a basis for establishing MRLs.  Exposure to a level above the MRL does not mean that adverse health effects will occur.

MRLs are intended only to serve as a screening tool to help public health professionals decide where to look more closely.  They may also be viewed as a mechanism to identify those hazardous waste sites that

USCA Case #25-1087    Document #2105058    Filed: 03/10/2025    Page 1501 of 2126

are not expected to cause adverse health effects. Most MRLs contain a degree of uncertainty because of the lack of precise toxicological information on the people who might be most sensitive (e.g., infants, elderly, nutritionally or immunologically compromised) to the effects of hazardous substances. ATSDR uses a conservative (i.e., protective) approach to address this uncertainty consistent with the public health principle of prevention. Although human data are preferred, MRLs often must be based on animal studies because relevant human studies are lacking. In the absence of evidence to the contrary, ATSDR assumes that humans are more sensitive to the effects of hazardous substance than animals and that certain persons may be particularly sensitive. Thus, the resulting MRL may be as much as 100-fold below levels that have been shown to be nontoxic in laboratory animals.

Proposed MRLs undergo a rigorous review process: Health Effects/MRL Workgroup reviews within the Division of Toxicology and Human Health Sciences (proposed), expert panel peer reviews, and agency-wide MRL Workgroup reviews, with participation from other federal agencies and comments from the public. They are subject to change as new information becomes available concomitant with updating the toxicological profiles. Thus, MRLs in the most recent toxicological profiles supersede previously published levels. For additional information regarding MRLs, please contact the Division of Toxicology and Human Health Sciences (proposed), Agency for Toxic Substances and Disease Registry, 1600 Clifton Road NE, Mailstop F-62, Atlanta, Georgia 30333.

# MINIMAL RISK LEVEL (MRL) WORKSHEET

Chemical Name:     Cadmium
CAS Numbers:       7440-43-9
Date:              September, 2012
Profile Status:    Post-Public Comment Draft 2
Route:             [X] Inhalation   [ ] Oral
Duration:          [X] Acute   [ ] Intermediate   [ ] Chronic
Graph Key:         16
Species:           Rat

Minimal Risk Level:  0.03 [ ] mg/kg/day   [X] µg Cd/m$^3$

Reference:  NTP.  1995.  Cadmium oxide administered by inhalation to F344/N rats and B6C3F1 mice. National Toxicology Program, U.S. Department of Health and Human Services, Research Triangle Park, NC.

Experimental design:  Groups of five male and five female F344 rats were exposed to 0, 0.1, 0.3, 1, 3, or 10 mg cadmium oxide/m$^3$ (0, 0.088, 0.26, 0.88, 2.6, or 8.8 mg Cd/m$^3$) 6.2 hours/day, 5 days/week for 2 weeks.  The mean MMAD of the cadmium oxide particles was 1.5 µm with a geometric standard deviation of 1.6–1.8.  The animals were observed twice daily and weighed on days 1 and 8, and at termination.  Other parameters used to assess toxicity included organ weights (heart, kidney, liver, lungs, spleen, testis, and thymus) and histopathological examination (gross lesions, heart, kidney, liver, lungs, tracheobronchial lymph nodes, and nasal cavity and turbinates).

Effect noted in study and corresponding doses:  All rats in the 8.8 mg Cd/m$^3$ group died by day 6; no other deaths occurred.  A slight decrease in terminal body weights was observed at 2.6 mg Cd/m$^3$; however, the body weights were within 10% of control weights.  Significant increases in relative and absolute lung weights were observed at 0.26 (males only), 0.88, and 2.6 mg Cd/m$^3$.  Histological alterations were limited to the respiratory tract and consisted of alveolar histiocytic infiltrate and focal inflammation in alveolar septa in all rats exposed to ≥0.088 mg Cd/m$^3$, necrosis of the epithelium lining alveolar ducts in all rats exposed to ≥0.26 mg Cd/m$^3$, tracheobronchiolar lymph node inflammation at ≥0.88 mg Cd/m$^3$ (incidences in the 0, 0.088, 0.26, 0.88, 2.6, and 8.8 mg Cd/m$^3$ groups were 0/3, 0/5, 5/5, 5/5, and 3/4 in males and 0/4, 1/5, 1/5, 3/5, 5/5, and 3/5 in females), degeneration of the nasal olfactory epithelium at 0.88 mg Cd/m$^3$ (0/5, 0/5, 0/5, 2/5, 5/5, and 5/5 in males and 0/5, 0/5, 0/5, 4/5, 4/5, and 4/4 in females) and inflammation (0/5. 0/5. 0/5, 1/5, 5/5, and 3/5 in males and 0/5, 0/5, 0/5, 4/5, 4/5, and 3/4 in females) and metaplasia (0/5. 0/5. 0/5, 1/5, 0/5, and 5/5 in males and 0/5, 0/5, 0/5, 4/5, and 4/4 in females)of the nasal respiratory epithelium at 2.6 mg Cd/m$^3$.

Dose and end point used for MRL derivation:  The LOAEL of 0.088 mg Cd/m$^3$ was selected as the point of departure for derivation of the MRL; benchmark dose analysis was considered; however, the data were not suitable for benchmark dose analysis because the incidence data for alveolar histiocytic infiltration do not provide sufficient information about the shape of the dose-response relationship below the 100% response level.

[ ] NOAEL   [X] LOAEL

Uncertainty Factors used in MRL derivation:

    [X]  10 for use of a LOAEL
    [X]  3 for extrapolation from animals to humans with dosimetric adjustment

[X]  10 for human variability

<u>Was a conversion factor used from ppm in food or water to a mg/body weight dose?</u>  No.

<u>If an inhalation study in animals, list conversion factors used in determining human equivalent dose</u>:

The LOAEL$_{HEC}$ was calculated using the equations below.

$$LOAEL_{HEC} = LOAEL_{ADJ} \times RDDR$$

The duration-adjusted LOAEL (LOAEL$_{ADJ}$) was calculated as follows:

$$LOAEL_{ADJ} = 0.088 \text{ mg Cd/m}^3 \times 6.2 \text{ hours/24 hours} \times 5 \text{ days/7 days}$$
$$LOAEL_{ADJ} = 0.016 \text{ mg Cd/m}^3$$

The regional deposited dose ratio (RDDR) for the pulmonary region of 0.617 was calculated with EPA's RDDR calculator (EPA 1994a) using the final body weight of 0.194 kg for the male rats exposed 0.088 mg Cd/m$^3$, the reported MMAD of 1.5 μm and the midpoint of the reported range of geometric standard deviations (1.7)

$$LOAEL_{HEC} = 0.016 \text{ mg Cd/m}^3 \times 0.617$$
$$LOAEL_{HEC} = 0.01 \text{ mg Cd/m}^3$$

<u>Was a conversion used from intermittent to continuous exposure?</u>  Yes (see above)

<u>Other additional studies or pertinent information that lend support to this MRL</u>:  The acute toxicity of airborne cadmium, particularly cadmium oxide fumes, was first recognized in the early 1920s and there have been numerous case reports of cadmium workers dying after brief exposures to presumably high concentrations of cadmium fumes (European Chemicals Bureau 2007).  The initial symptoms, similar to those observed in metal fume fever, are usually mild but rapidly progress to severe pulmonary edema and chemical pneumonitis.  Persistent respiratory effects (often lasting years after the exposure) have been reported in workers surviving these initial effects.  There are limited monitoring data for these human reports; however, Elinder (1986b) estimated that an 8-hour exposure to 1–5 mg/m$^3$ would be immediately dangerous.

Animal studies support the findings in humans that acute exposure to cadmium results in lung damage.  Single exposures to approximately 1–10 mg Cd/m$^3$ as cadmium chloride or cadmium oxide resulted in interstitial pneumonitis, diffuse alveolitis with hemorrhage, focal interstitial thickening, and edema (Boudreau et al. 1989; Buckley and Bassett 1987b; Bus et al. 1978; Grose et al. 1987; Hart 1986; Henderson et al. 1979; Palmer et al. 1986).  Repeated exposure to 6.1 mg Cd/m$^3$ 1 hour/day for 5, 10, or 15 days resulted in emphysema in rats (Snider et al. 1973).  At lower concentrations of 0.4–0.5 mg Cd/m$^3$ as cadmium oxide for 2–3 hours (Buckley and Bassett 1987b; Grose et al. 1987) or 0.17 mg Cd/m$^3$ as cadmium chloride 6 hours/day for 10 days (Klimisch 1993) resulted in mild hypercellularity and increases in lung weight.  Alveolar histiocytic infiltration and focal inflammation and minimal fibrosis in alveolar septa were observed in rats exposed to 0.088 mg Cd/m$^3$ as cadmium oxide 6.2 hours/day, 5 days/week for 2 weeks (NTP 1995); in similarly exposed mice, histiocytic infiltration was observed at 0.088 mg Cd/m$^3$ (NTP 1995).  At similar concentrations (0.19 or 0.88 mg Cd/m$^3$ as cadmium chloride), decreases in humoral immune response were observed in mice exposed for 1–2 hours (Graham et al. 1978; Krzystyniak et al. 1987).  Other effects that have been reported in animals acutely exposed to cadmium include erosion of the stomach, decreased body weight gain, and tremors in rats exposed to 132 mg Cd/m$^3$

as cadmium carbonate for 2 hours (Rusch et al. 1986) and weight loss and reduced activity in rats exposed to 112 mg Cd/m$^3$ as cadmium oxide for 2 hours (Rusch et al. 1986).

<u>Agency Contact (Chemical Manager)</u>:  Obaid Faroon, DVM, Ph.D.

# MINIMAL RISK LEVEL (MRL) WORKSHEET

Chemical Name:     Cadmium
CAS Numbers:       7440-43-9
Date:              September, 2012
Profile Status:    Post-Public Comment Draft 2
Route:             [X] Inhalation   [ ] Oral
Duration:          [ ] Acute   [ ] Intermediate   [X] Chronic
Graph Key:         63
Species:           Human

Minimal Risk Level:  0.01 [ ] mg/kg/day   [X] µg Cd/m$^3$

Reference:  Buchet JP, Lauwerys R, Roels H, et al. 1990. Renal effects of cadmium body burden of the general population. Lancet 336:699-702.

Järup L, Hellstrom L, Alfven T, et al. 2000. Low level exposure to cadmium and early kidney damage: The OSCAR study. Occup Environ Med 57(10):668-672.

Suwazono Y, Sand S, Vahter M, et al. 2006. Benchmark dose for cadmium-induced renal effects in humans. Environ Health Perspect 114:1072-1076.

Experimental design:  As detailed in the chronic oral MRL worksheet, a meta-analysis of select environmental exposure dose-response studies examining the relationship between urinary cadmium and the prevalence of elevated levels of biomarkers of renal function in environmentally exposed populations was conducted; for the inhalation MRL, the meta-analysis also included dose-response data from three occupational exposure studies (Chen et al. 2006a, 2006b; Järup and Elinder 1994; Roels et al. 1993). The meta-analysis was used to establish a point of departure for the urinary cadmium-response relationship and pharmacokinetic models (ICRP 1994; Kjellström and Nordberg 1978) were used to predict cadmium air concentrations.

Dose and end point used for MRL derivation:  Analysis of the available environmental exposure studies and occupational exposure studies resulted in an estimation of a urinary cadmium level that would result in a 10% increase in the prevalence of β2-microglobulin proteinuria ($UCD_{10}$). The lowest $UCD_{10}$ (1.34 µg/g creatinine) was estimated from the European environmental exposure studies (Buchet et al. 1990; Järup et al. 2000; Suwazono et al. 2006); the $UCD_{10}$ values from the occupational exposure studies were 7.50 µg/g creatinine for the European cohorts (Järup and Elinder 1994; Roels et al. 1993) and 4.58 µg/g creatinine for the Chinese cohort (Chen et al. 2006a, 2006b). The $UCD_{10}$ from the environmental exposure studies was selected as the basis of the MRL. The 95% lower confidence limit on this value ($UCDL_{10}$) of 0.5 µg/g creatinine was used as the point of departure for the MRL.

[ ] NOAEL   [ ] LOAEL   [X] $UCDL_{10}$

Deposition and clearance of inhaled cadmium oxide and cadmium sulfide particles were modeled using the ICRP Human Respiratory Tract Model (ICRP 1994). The ICRP model simulates deposition, retention, and absorption of inhaled cadmium particles of specific aerodynamic diameters, when specific parameters for cadmium clearance are used in the model (ICRP 1980). Cadmium-specific parameters represent categories of solubility and dissolution kinetics in the respiratory tract (e.g., slow, S; moderate, M; or fast, F). Cadmium compounds are classified as follows: oxides and hydroxides, S; sulfides, halides and nitrates, M; all other, including chloride salts, F.

Inhalation exposures ($\mu g/m^3$) to cadmium oxide or cadmium sulfide aerosols having particle diameters of 1, 5, or 10 $\mu g$ (AMAD) were simulated using the ICRP model. Predicted mass transfers of cadmium from the respiratory tract to the gastrointestinal tract (i.e., mucocilliary transport) and to blood (i.e., absorption) were used as inputs to the gastrointestinal and blood compartments of the Kjellström-Nordberg pharmacokinetic model (1978) to simulate the kidney and urinary cadmium levels that correspond to a given inhalation exposure.

An airborne cadmium concentration of 1.8–2.4 $\mu g/m^3$ as cadmium oxide or 1.2–1.4 $\mu g/m^3$ as cadmium sulfide would result in a urinary cadmium level of 0.5 $\mu g/g$ creatinine, assuming that the air was the only source of cadmium. This assumption is not accurate because the diet is a significant contributor to the cadmium body burden. Thus, inhalation exposures were combined with ingestion intakes to estimate an internal dose in terms of urinary cadmium. The age-weighted average intakes of cadmium in nonsmoking males and females in the United States are 0.35 and 0.30 $\mu g$ Cd/kg/day, respectively (0.32 $\mu g/kg/day$ for males and females combined) (Choudhury et al. 2001).

Based on the relationship predicted between chronic inhalation exposures to cadmium sulfide (AMAD=1 $\mu m$) and oral intakes that yield the same urinary cadmium level, exposure to an airborne cadmium concentration of 0.1 $\mu g/m^3$ and a dietary intake of 0.3 $\mu g/kg/day$ would result in a urinary cadmium level of 0.5 $\mu g/g$ creatinine.

Uncertainty Factors and Modifying Factors used in MRL derivation:

        [ ] 10 for use of a LOAEL
        [ ] 10 for extrapolation from animals to humans with dosimetric adjustment
        [X] 3 for human variability

The uncertainty factor of 3 for human variability was used to account for the possible increased sensitivity of diabetics (Åkesson et al. 2005; Buchet et al. 1990).

        [X] modifying factor of 3

The modifying factor of 3 was used to account for the lack of adequate human data that could be used to compare the relative sensitivities of the respiratory tract and kidneys.

Was a conversion factor used from ppm in food or water to a mg/body weight dose? No.

If an inhalation study in animals, list conversion factors used in determining human equivalent dose: Not applicable.

Was a conversion used from intermittent to continuous exposure? The pharmacokinetic model assumes continuous exposure.

Other additional studies or pertinent information that lend support to this MRL: Numerous studies examining the toxicity of cadmium in workers have identified the respiratory tract and the kidney as sensitive targets of toxicity. A variety of respiratory tract effects have been observed in cadmium workers including respiratory symptoms (e.g., dyspnea, coughing, wheezing), emphysema, and impaired lung function. However, many of these studies did not control for smoking, and thus, the role of cadmium in the induction of these effects is difficult to determine. Impaired lung function was reported in several studies that controlled for smoking (Chan et al. 1988; Cortona et al. 1992; Davison et al. 1988; Smith et al. 1976); other studies have not found significant alterations (Edling et al. 1986). The observed alterations include an increase in residual volume in workers exposed to air concentrations of cadmium

fumes ranging from 0.008 (in 1990) to 1.53 mg/m$^3$ (in 1975) (mean urinary cadmium level in the workers was 4.3 µg/L) (Cortona et al. 1992); alterations in several lung function parameters (e.g., forced expiratory volume, transfer factor, transfer coefficient) in workers exposed to 0.034–0.156 mg/m$^3$ (Davison et al. 1988); and decreased force vital capacity in workers exposed to >0.2 mg/m$^3$ (Smith et al. 1976). Additionally, Chan et al. (1988) found significant improvements in several parameters of lung function of workers following reduction or cessation of cadmium exposure.

The renal toxicity of cadmium in workers chronically exposed to high levels of cadmium is well established. Observed effects include tubular proteinuria (increased excretion of low molecular weight proteins), decreased resorption of other solutes (increased excretion of enzymes such as N-acetyl-β-glucosaminidase (NAG), amino acids, glucose, calcium, inorganic phosphate), evidence of increased glomerular permeability (increased excretion of albumin), increased kidney stone formation, and decreased glomerular filtration rate. The earliest sign of cadmium-induced kidney damage is an increase in urinary levels of low molecular weight proteins (particularly, β2-microglobulin, retinol binding protein, and human complex-forming glycoprotein [pHC]) in cadmium workers, as compared to levels found in a reference group of workers or the general population (Bernard et al. 1990; Chen et al. 2006a, 2006b; Chia et al. 1992; Elinder et al. 1985a; Falck et al. 1983; Jakubowski et al. 1987, 1992; Järup and Elinder 1994; Järup et al. 1988; Shaikh et al. 1987; Toffoletto et al. 1992; Verschoor et al. 1987). Significant alterations in the prevalence of low molecular weight proteinuria among cadmium workers has been observed at urinary cadmium levels of 1.5 µg/g creatinine and higher (Chen et al. 2006a; Elinder et al. 1985a; Jakubowski et al. 1987; Järup and Elinder 1994).

Agency Contact (Chemical Manager): Obaid Faroon, DVM, Ph.D.

# MINIMAL RISK LEVEL (MRL) WORKSHEET

Chemical Name:     Cadmium
CAS Numbers:       7440-43-9
Date:              September, 2012
Profile Status:    Post-Public Comment Draft 2
Route:             [ ] Inhalation   [X] Oral
Duration:          [ ] Acute   [X] Intermediate   [ ] Chronic
Graph Key:         33
Species:           Rat

Minimal Risk Level:  0.5  [X]  µg Cd/kg/day   [ ] ppm

Reference:  Brzóska MM, Moniuszko-Jakoniuk J.  2005d.  Disorders in bone metabolism of female rats chronically exposed to cadmium.  Toxicol Appl Pharmacol 202(1):68-83.

Brzóska MM, Majewska K, Moniuszko-Jakoniuk J.  2005a.  Bone mineral density, chemical composition and biomechanical properties of the tibia of female rats exposed to cadmium since weaning up to skeletal maturity.  Food Chem Toxicol 43(10):1507-1519.

Brzóska MM, Majewska K, Moniuszko-Jakoniuk J.  2005c.  Weakness in the mechanical properties of the femur of growing female rats exposed to cadmium.  Arch Toxicol 79(5):277-288.

Experimental design:  Groups of 40 3-week-old female Wistar rats were exposed to 0, 1, 5, or 50 mg Cd/L as cadmium chloride in drinking water for 12 months.  The investigators noted that cadmium intakes were 0.059–0.219, 0.236–1.005, and 2.247–9.649 mg Cd/kg/day in the 1, 5, and 50 mg/L groups, respectively.  Using cadmium intake data presented in a figure, cadmium intakes of 0.2, 0.5, and 4 mg Cd/kg/day were estimated.  Bone mineral density, bone mineral concentration, and mineralization area of the lumbar spine, femur and total skeleton (bone mineral density only) were assessed after 3, 6, 9, or 12 months of exposure.  The mechanical properties of the femur and tibia were evaluated after 12 months of exposure.  Markers for bone resorption (urinary and serum levels of C-terminal cross-linking telopeptide type I collagen [CTX]) and bone formation (serum osteocalcin, total alkaline phosphatase, and cortical bone and trabecular bone alkaline phosphatase), and serum and urinary levels of calcium were also measured at 3, 6, 9, and 12 months.

Effect noted in study and corresponding doses:  No significant alterations in body weight gain or food and water consumption were observed.  Significant decreases in total skeletal bone mineral density was observed at ≥0.2 mg Cd/kg/day; the decrease was significant after 3 months in the 4 mg Cd/kg/day group, after 6 months in the 0.5 mg Cd/kg/day group, and after 9 months in the 0.2 mg Cd/kg/day group.  Significant decreases in whole tibia and diaphysis bone mineral density were observed at ≥0.2 mg Cd/kg/day after 12 months of exposure.  At 0.2 mg Cd/kg/day, bone mineral density was decreased at the proximal and distal ends of the femur after 6 months of exposure; diaphysis bone mineral density was not affected.  At 0.5 mg Cd/kg/day, bone mineral density was decreased at the femur proximal and distal ends after 3 months of exposure and diaphysis bone mineral density after 6 months of exposure.  At 4 mg Cd/kg/day decreases in femoral proximal, distal, and diaphysis bone mineral density were observed after 3 months of exposure.  Similarly, bone mineral density was significantly decreased in the lumbar spine in the 0.2 and 0.5 mg Cd/kg/day groups beginning at 6 months and at 3 months in the 4 mg Cd/kg/day group.  Significant decreases in the mineralization area were observed in the femur and lumbar spine of rats exposed to 4 mg Cd/kg/day; lumbar spine bone mineral area was also affected at 0.5 mg Cd/kg/day.  Significant decreases in tibia weight and length were observed at 4 mg Cd/kg/day.  In tests of the mechanical properties of the tibia diaphysis, significant alterations in ultimate load, yield load, and

displacement at load were observed at ≥0.2 mg Cd/kg/day; work to fracture was also significantly altered at 4 mg Cd/kg/day.  In the mechanical properties compression tests of the tibia, significant alterations were observed in ultimate load, ultimate load, and stiffness at 0.2 mg Cd/kg/day; displacement at yield and work to fracture at ≥0.5 mg Cd/kg/day; and displacement at ultimate at 4 mg Cd/kg/day.  Multiple regression analysis showed that the cadmium-induced weakness in bone mechanical properties of the tibia was primarily due to its effects on bone composition, particularly the non-organic components, organic components, and the ratio of the ash weight to organic weight.  The mechanical properties of the femur were strongly influenced by the bone mineral density (at the whole bone and diaphysis).  A significant decrease in femur length was observed at 6 months of exposure to ≥0.2 mg Cd/kg/day; however, decreases in length were not observed at other time points in the 0.2 or 0.5 mg Cd/kg/day groups.  Femur weight was significantly decreased at 4 mg Cd/kg/day.  In tests of mechanical properties of the femoral neck and distal, decreases in yield load, ultimate load, displacement at ultimate, work to fracture (neck only), and stiffness (distal only) were observed at ≥0.2 mg Cd/kg/day.  For the femoral diaphysis, significant alterations were observed for yield load, displacement at yield, and stiffness at ≥0.2 mg Cd/kg/day.  Significant decreases in osteocalcin concentrations were observed in all cadmium groups during the first 6 months of exposure, but not during the last 6 months.  Decreases in total alkaline phosphatase levels at 4 mg Cd/kg/day, trabecular bone alkaline phosphatase at 0.2 mg Cd/kg/day, and cortical bone alkaline phosphatase at 4 mg Cd/kg/day were observed.  CTX was decreased at ≥0.2 mg Cd/kg/day.  Total urinary calcium and fractional excretion of calcium were increased at ≥0.2 mg Cd/kg/day.

Dose and end point used for MRL derivation:

[ ] NOAEL   [ ] LOAEL   [X] BMDL$_{sd1}$

At the lowest dose tested, 0.2 mg Cd/kg/day, a number of skeletal alterations were observed including decreases in bone mineral density in the lumbar spine, femur, and tibia, alterations in the mechanical properties of the femur and tibia, decreases in osteocalcin levels, decreases in trabecular bone alkaline phosphatase, and decreases in CTX.  Of these skeletal end points, the decrease in bone mineral density was selected as the critical effect because Brzóska et al. (2005a, 2005c) demonstrated that the bone mineral density was a stronger predictor of femur and tibia strength and the risk of fractures.

Available continuous models in the EPA Benchmark Dose Software (version 1.4.1c) were fit to data (Table A-1) for changes in bone mineral density of the femur and lumbar spine in female rats resulting from exposure to cadmium in the drinking water for 6, 9, or 12 months (Brzóska and Moniuszko-Jakoniuk 2005d).  The BMD and the 95% lower confidence limit (BMDL) is an estimate of the doses associated with a change of 1 standard deviation from the control.  The model-fitting procedure for continuous data is as follows.  The simplest model (linear) is applied to the data while assuming constant variance.  If the data are consistent with the assumption of constant variance (p≥0.1), then the other continuous models (polynomial, power, and Hill models) are applied to the data.  Among the models providing adequate fits to the means (p≥0.1), the one with the lowest Akaike's information criterion (AIC) for the fitted model is selected for BMD derivation.  If the test for constant variance is negative, the linear model is run again while applying the power model integrated into the benchmark dose software (BMDS) to account for nonhomogenous variance.  If the nonhomogenous variance model provides an adequate fit (p≥0.1) to the variance data, then the other continuous models are applied to the data.  Among the models providing adequate fits to the means (p≥0.1), the one with the lowest AIC for the fitted model is selected for BMD derivation.  If the tests for both constant and non-constant variance are negative, then the data set is considered not to be suitable for BMD modeling.

**Table A-1. Data Sets for Changes in Mineral Bone Density of the Femur and Lumbar Spine in Female Rats Exposed to Cadmium in Drinking Water for 6, 9, or 12 Months**

| Dataset[a] | Dose (mg Cd/kg/day) | | | |
|---|---|---|---|---|
| | 0 | 0.2 | 0.5 | 4 |
| Femur[b] | | | | |
| 6 month | 329.7±3.6 | 317.6±2.7[c] | 308.5±3.4[d] | 303.4±3.4[e] |
| 9 month | 343.8±3.1 | 328.2±2.9[d] | 322.8±3.0[e] | 310.4±3.4[e] |
| 12 month | 354.3±3.7 | 338.0±1.9[d] | 330.9±3.1[d] | 318.7±3.4[e] |
| Lumbar spine[b] | | | | |
| 6 month | 272.0±2.4 | 263.4±2.6[c] | 258.3±2.7[d] | 249.5±2.9[e] |
| 9 month | 282.4±2.3 | 271.8±1.6[d] | 267.8±1.8[e] | 259.5±2.7[e] |
| 12 month | 286.1±2.3 | 275.5±1.9[d] | 269.1±1.9[e] | 257.1±3.0[e] |

[a]n=10.
[b]mean±SE; standard errors were transformed to standard deviations for benchmark dose modeling via a function in the BMD software.
[c]Significantly different (p≤0.05) from the control group.
[d]Significantly different (p≤0.01) from the control group.
[e]Significantly different (p≤0.001) from the control group.

Source: Brzóska and Moniuszko-Jakoniuk 2005d

The potential points of departures derived from the best fitting models for each dataset are summarized in Table A-2.

**Table A-2.  Summary of BMDs and BMDLs From the Best Fitting Models
Predicting Changes in Bone Mineral Density in Female Rats After
Cadmium Exposure From Drinking Water**

| Exposure Period (months) | Best-fitting model | Number of doses | $BMD_{sd1}$[a] (mg Cd/kg/day) | $BMDL_{sd1}$[a] (mg Cd/kg/day) |
|---|---|---|---|---|
| Femur | | | | |
| 6 | Linear | 3 | 0.24 | 0.17 |
| 9 | Hill | 4 | 0.11 | 0.05 |
| 12 | Hill | 4 | 0.09 | 0.05 |
| Lumbar spine | | | | |
| 6 | Hill | 4 | 0.19 | 0.08 |
| 9 | Hill | 4 | 0.11 | 0.05 |
| 12 | Hill | 4 | 0.12 | 0.07 |

[a]BMDs and BMDLs from continuous data are associated with a 1 standard deviation change from the control.

The $BMDL_{sd1}$ of 0.05 mg Cd/kg/day estimated from the 9-month lumbar spine data set was selected as the point of departure for the MRL.  In young female rats, the process of intense bone formation occurs during the first 7 months of life (the first 6 months of exposure in this study); thereafter, the increase in bone mineral density slows.  In the lumbar spine of the control group, the changes in bone mineral density at 3–6 months, 6–9 months, and 9–12 months were 15, 4, and 1%, respectively.  Thus, the 9-month data may best reflect the effect of cadmium on bone mineral density during the period of rapid skeletal growth. The lumbar spine data was selected over the femur data set because trabecular bone, which is abundant in the spine, appears to be more susceptible to cadmium toxicity than cortical bone.

For the 9-month lumbar spine data set, the simplest model (linear) was applied to the data first to test for a fit for constant variance.  The constant variance model did provide an adequate fit (as assessed by the p-value for variance) to the data.  The polynomial, power, and Hill models were then fit to the data with constant variance assumed.  The Hill model was the only model that provided an adequate fit to the data (as assessed by the p-value for the means) (Table A-3).  Using the constant-variance Hill model, the $BMD_{sd1}$ and $BMDL_{sd1}$ are 0.11 mg/kg and 0.05 mg Cd/kg/day, respectively (Figure A-1).

**Table A-3. Model Predictions for Changes in Bone Mineral Density of the Lumbar Spine in Female Rats Exposed to Cd in Drinking Water for 9 Months**

| Model[a] | Variance p-value[b] | p-Value for the means[b] | AIC | $BMD_{sd1}$ (mg Cd/kg/day) | $BMDL_{sd1}$ (mg Cd/kg/day) |
|---|---|---|---|---|---|
| Linear[c] | 0.36 | 0.00 | 211.92 | 1.93 | 1.42 |
| Polynomial (1-degree)[c] | 0.36 | 0.00 | 211.92 | 1.93 | 1.42 |
| Polynomial (2-degree)[c] | 0.36 | 0.00 | 211.92 | 1.93 | 1.42 |
| Polynomial (3-degree)[c] | 0.36 | 0.00 | 211.92 | 1.93 | 1.42 |
| Power | 0.36 | 0.00 | 211.92 | 1.93 | 1.42 |
| **Hill** | **0.36** | **0.60** | **197.21** | **0.11** | **0.05** |

[a]Constant variance assumed for all models.
[b]Values <0.1 fail to meet conventional goodness-of-fit criteria.
[c]Restriction = non-positive.

AIC = Akaike's Information Criteria; BMD = benchmark dose; BMDL = lower confidence limit (95%) on the benchmark dose; p = p value from the Chi-squared test; Std1 = a 1 standard deviation change from the control.

Source: Brzóska and Moniuszko-Jakoniuk 2005d

**Figure A-1. Predicted and Observed Incidence of Changes in Lumbar Spine Bone Mineral Density in Female Rats Exposed to Cadmium in Drinking Water for 9 Months (Brzóska and Moniuszko-Jakoniuk 2005d)\***



Hill Model with 0.95 Confidence Level

15:24 05/27 2008
\*BMDs and BMDLs indicated are associated with a 1 standard deviation change from the control, and are in units of mg Cd/kg/day.

Uncertainty Factors used in MRL derivation:

    [  ]  10 for use of a LOAEL
    [X]  10 for extrapolation from animals to humans
    [X]  10 for human variability

Was a conversion factor used from ppm in food or water to a mg/body weight dose?  Investigators estimated doses based on body weight and water consumption.

If an inhalation study in animals, list conversion factors used in determining human equivalent dose:  Not applicable.

Was a conversion used from intermittent to continuous exposure?  Not applicable.

Other additional studies or pertinent information that lend support to this MRL:  There are limited data on the toxicity of cadmium in humans following intermediate-duration exposure.  Numerous animal studies have examined the systemic, immunological, neurological, reproductive, and developmental toxicity of cadmium.  The most sensitive systemic effect following intermediate-duration oral exposure to cadmium appears to be damage to growing bone.  Exposure to 0.2 mg Cd/kg/day as cadmium chloride in drinking water for 3–12 months resulted decreases in bone mineral density, impaired mechanical strength of the lumbar spine, tibia, and femur bones, increased bone turnover, and increased incidence of deformed or fractured lumbar spine bone in young female rats (3 weeks of age at study initiation) (Brzóska and Moniuszko-Jakoniuk 2005d; Brzóska et al. 2004b, 2005a, 2005b, 2005c, 2010); similar findings were observed in young male rats exposed to 0.5 mg Cd/kg/day for up to 12 months (Brzóska and Moniuszko-Jakoniuk 2005a, 2005b).  Decreases in bone strength were also observed in young rats exposed to 0.8 mg Cd/kg/day as cadmium chloride in drinking water for 4 weeks (Ogoshi et al. 1989); however, no skeletal effects were observed in adult or elderly female rats exposed to doses >20 mg Cd/kg/day for 4 weeks (Ogoshi et al. 1989).

Renal effects have been observed at higher doses than the skeletal effects.  Vesication of the proximal tubules was observed in rats exposed to 1.18 mg Cd/kg/day as cadmium chloride in drinking water for 40 weeks (Gatta et al. 1989).  At approximately 3–8 mg Cd/kg/day, proteinuria, tubular necrosis, and decreased renal clearance were observed in rats (Cha 1987; Itokawa et al. 1974; Kawamura et al. 1978; Kotsonis and Klaassen 1978; Prigge 1978a).  Liver necrosis and anemia (Cha 1987; Groten et al. 1990; Kawamura et al. 1978) were observed at similar cadmium doses.

A number of developmental effects have been observed in the offspring of rats exposed to cadmium during gestation and lactation.  Decreases in glomerular filtration rates and increases in urinary fractional excretion of phosphate, magnesium, potassium, sodium, and calcium were observed in 60-day-old offspring of rats administered via gavage 0.5 mg Cd/kg/day on gestation days 1–21 (Jacquillet et al. 2007).  Neurodevelopmental alterations have also been observed at the low maternal doses.  Delays in the development of sensory motor coordination reflexes and increased motor activity were observed at 0.706 mg Cd/kg/day (gestation days 1–21) (Ali et al. 1986), decreased motor activity at 0.04 mg Cd/kg/day (5–8 weeks of pre-gestation exposure, gestation days 1–21) (Baranski et al. 1983), decreased ambulation and rearing activity and altered ECG at 14 mg Cd/kg/day (gestation days 5–15, lactation days 2–28, postnatal days 1–56) (Desi et al. 1998) or 7 mg Cd/kg/day ($F_2$ and $F_3$ generations) (Nagymajtenyi et al. 1997) have been observed.  Decreases in pup body weight were observed at ≥5 mg Cd/kg/day (Baranski 1987; Gupta et al. 1993; Kostial et al. 1993; Pond and Walker 1975) and decreases in fetal body weight or birth weight were observed at ≥2.4 mg Cd/kg/day (Petering et al. 1979; Sorell and Graziano 1990; Webster 1978; Sutou et al. 1980).  Another commonly reported developmental effect was alterations in hematocrit levels or anemia in the offspring of animals exposed to ≥1.5 mg Cd/kg/day

(Kelman et al. 1978; Baranski 1987; Webster 1978). Increases in the occurrence of malformations or anomalies is limited to a study by Sutou et al. (1980), which reported a significant delay in ossification in rats exposed to 10 mg Cd/kg/day.

The animal studies identify several sensitive targets of toxicity following intermediate-duration exposure to cadmium; these include skeletal mineralization in young female rats exposed for at least 3 months to 0.2 mg Cd/kg/day (Brzóska and Moniuszko-Jakoniuk 2005d; Brzóska et al. 2004b, 2005a, 2005b, 2005c), decreased glomerular filtration in young rats exposed during gestation to maternal doses of 0.5 mg Cd/kg/day (Jacquillet et al. 2007), and neurodevelopmental effects following gestational exposure to 0.04 mg Cd/kg/day (Baranski et al. 1983). Although the Baranski et al. (1983) study reported the lowest LOAEL, it was not selected as the principal study for derivation of an intermediate-duration MRL. For locomotor activity, a significant decrease in activity was observed in female offspring exposed to 0.04, 0.4, and 4 mg Cd/kg/day, as compared to controls; however, no significant differences were found between the cadmium groups despite the 100-fold difference in doses. Locomotor activity was also decreased in males exposed to 0.4 or 4 mg Cd/kg/day. For the rotorod test, a significant decrease in the length of time the rat stayed on the rotorod was observed in males exposed to 0.04 and 0.4 mg Cd/kg/day, but not to 4 mg Cd/kg/day and in females exposed to 0.4 and 4 mg Cd/kg/day; no differences between the cadmium groups were observed in the males and females. The results were poorly reported and the investigators did not explain the lack of dose-response of the effects or the discrepancy between genders.

<u>Agency Contact (Chemical Manager)</u>: Obaid Faroon, DVM, Ph.D.

## MINIMAL RISK LEVEL (MRL) WORKSHEET

Chemical Name:     Cadmium
CAS Numbers:       7440-43-9
Date:              September, 2012
Profile Status:    Post-Public Comment Draft 2
Route:             [ ] Inhalation   [X] Oral
Duration:          [ ] Acute   [ ] Intermediate   [X] Chronic
Graph Key:         106
Species:           Human

Minimal Risk Level:  0.1 [X] µg Cd/kg/day   [ ] µg Cd/m$^3$

Reference:  Buchet JP, Lauwerys R, Roels H, et al.  1990.  Renal effects of cadmium body burden of the general population.  Lancet 336:699-702.

Järup L, Hellstrom L, Alfven T, et al.  2000.  Low level exposure to cadmium and early kidney damage: The OSCAR study.  Occup Environ Med 57(10):668-672.

Suwazono Y, Sand S, Vahter M, et al.  2006.  Benchmark dose for cadmium-induced renal effects in humans.  Environ Health Perspect 114:1072-1076.

Experimental design:  ATSDR conducted a meta-analysis of select environmental exposure dose-response studies examining the relationship between urinary cadmium and the prevalence of elevated levels of biomarkers of renal function (Buchet et al. 1990; Järup et al. 2000; Jin et al. 2004c; Kobayashi et al. 2006; Shimizu et al. 2006; Suwazono et al. 2006; Wu et al. 2001).  The studies were selected based on the following qualitative criteria:  (1) the study measured an urinary cadmium as indicator of internal dose; (2) the study measured reliable indicators of low molecular weight (LMW) proteinuria; (3) a dose-response relationship was reported in sufficient detail so that the dose-response function could be reproduced independently; (4) the study was of reasonable size to have provided statistical strength to the estimates of dose-response model parameters (i.e., most studies selected included several hundred to several thousand subjects); and (5) major co-variables that might affect the dose-response relationship (e.g., age, gender) were measured or constrained by design and included in the dose-response analysis. No attempt was made to weight selected studies for quality, statistical power, or statistical uncertainty in dose-response parameters.  Studies using a cut-off value for β2-microglobulin of ≥1,000 µg/g creatinine were eliminated from the analysis based on the conclusions of Bernard et al. (1997) that urinary β2-microglobulin levels of 1,000–10,000 µg/g creatinine were indicative of irreversible tubular proteinuria, which may lead to an age-related decline in glomerular filtration rate.  Additionally, an attempt was made to avoid using multiple analyses of the same study population.

The individual dose-response functions from each study were implemented to arrive at estimates of the internal dose (urinary cadmium expressed as µg/g creatinine) corresponding to probabilities of 10% excess risk of low molecular weight proteinuria (urinary cadmium dose, $UCD_{10}$).  Estimates were derived from the seven environmental exposure studies listed above.  When available, male and female data were treated separately; thus, 11 dose-response relationships were analyzed.  For studies that did not report the $UCD_{10}$, the value was estimated by iteration of the reported dose response relationship for varying values of urinary cadmium, until an excess risk of 10% was achieved.  For studies that reported the dose-response relationship graphically, but did not report the actual dose-response function, a function was derived by least squares fitting based on data from a digitization of the graphic

<u>Dose and end point used for MRL derivation</u>:  Aggregate $UCD_{10}$ estimates and the estimates stratified by
location (i.e., Europe, Japan, China) are presented in Table A-4.  The lowest $UCD_{10}$ (1.34 µg/g creatinine)
was estimated from the European database; and the 95% lower confidence limit on this $UCD_{10}$ ($UCDL_{10}$)
of 0.5 µg/g creatinine was considered as the point of departure for the MRL.

**Table A-4.  Estimates of the $UCD_{10}$ and Cadmium Intake from Environmental
Exposure Dose-Response Studies**

| | $UCD_{10}$[a] (µg Cd/g creatinine) | Cadmium intake[b] (µg/kg/day) | |
| --- | --- | --- | --- |
| | | Females | Males |
| Europe (n=4)[c] | | | |
| Mean | 1.34 | 0.97 | 2.24 |
| Median | — | — | — |
| 95% CI | 0.50, 2.18 | 0.33, 1.75 | 0.70, 3.94 |
| Japan (n=4)[d] | | | |
| Mean | 5.23 | 4.59 | 10.1 |
| Median | — | — | — |
| 95% CI | 4.24, 6.21 | 3.67, 5.49 | 8.07, 12.0 |
| China (n=3)[e] | | | |
| Mean | 9.55 | 8.60 | 18.8 |
| Median | — | — | — |
| 95% CI | 2.96, 16.1 | 2.48, 14.7 | 5.51, 31.9 |
| All (n=11) | | | |
| Mean | 4.99 | 4.37 | 9.58 |
| Median | 4.20 | 3.63 | 7.99 |
| 95% CI | 1.44, 6.60 | 1.06, 5.86 | 2.45, 12.8 |

[a]Estimates of urinary cadmium level corresponding to probabilities of 10% excess risk of low molecular weight
proteinuria ($UCD_{10}$).
[b]UCD was transformed into estimates of chronic cadmium intake that would result in the UCD at age 55 using a
modification (Choudhury et al. 2001; Diamond et al. 2003) of the Kjellström and Nordberg (1978) model.
[c]Dose-response function data from Buchet et al. (1990), Suwazono et al. (2006), and Järup et al. (2000); dose
response data from males and females in the Buchet et al. (1990) study were treated separately.
[d]Dose-response function data from Kobayashi et al. (2006) and Shimizu et al. (2006); dose response data from
males and females were treated separately.
[e]Dose-response function data from Jin et al. (2004c) and Wu et al. (2001); dose response data from males and
females in the Jin et al. (2004c) study were treated separately.

UCD = urinary cadmium dose

[ ] NOAEL   [ ] LOAEL   [X] $UCDL_{10}$

The $UCDL_{10}$ of 0.5 µg/g creatinine was transformed into estimates of chronic cadmium intake (expressed
as µg/kg/day) that would result in the $UCDL_{10}$ at age 55 (approximate age of peak cadmium concentration
in the renal cortex associated with a constant chronic intake).  The dose transformations were achieved by
simulation using a modification of the Kjellström and Nordberg (1978) model.  The following
modifications (Choudhury et al. 2001; Diamond et al. 2003) were made to the model:  (1) the equations
describing intercompartmental transfers of cadmium were implemented as differential equations in
Advanced Computer Simulation Language (acslXtreme, version 2.4.0.9); (2) growth algorithms for males

and females and corresponding organ weights (O'Flaherty 1993) were used to calculate age-specific cadmium concentrations from tissue cadmium masses; (3) the cadmium concentration in renal cortex (RC, μg/g) was calculated as follows:

$$RC = 1.5 \cdot \frac{K}{KW}$$

where K is the age-specific renal cadmium burden (μg) and KW is the age-specific kidney wet weight (g) (Friberg et al. 1974)

(4) the rate of creatinine excretion (e.g., $Cr_{ur}$, g creatinine/day) was calculated from the relationship between lean body mass (LBM) and $Cr_{ur}$); and (5) absorption of ingested cadmium was assumed to be 5% in males and 10% in females. The rate of creatinine excretion (e.g., $Cr_{ur}$, g creatinine/day) was estimated from the relationship between LBM (kg) and $Cr_{ur}$:

$$LBM = 27.2 \cdot Cr_{ur} + 8.58$$

where the constants 27.2 and 8.58 are the sample size-weighted arithmetic mean of estimates of these variables from eight studies reported in (Forbes and Bruining 1976). Lean body mass was estimated as follows (ICRP 1981):

$$LBM = BW \cdot 0.85, adult\ females$$
$$LBM = BW \cdot 0.88, adult\ males$$

where the central tendency for adult body weight for males and females were assumed to be 70 and 58 kg for adult European/American males and females, respectively.

Dose units expressed as cadmium intake (μg/kg/day), urinary cadmium excretion (μg/g creatinine), or kidney tissue cadmium (μg/g cortex) were interconverted by iterative pharmacokinetic model simulations of constant intakes for the life-time to age 55 years, the age at which renal cortex cadmium concentrations are predicted to reach their peak when the rate of intake (μg/kg/day) is constant.

The dietary cadmium intakes which would result in urinary cadmium levels of 1.34 and 0.5 μg/g creatinine ($UCD_{10}$ and $UCDL_{10}$) are 0.97 and 0.33 μg/kg/day in females and 2.24 and 0.70 μg/kg/day in males.

Uncertainty Factors used in MRL derivation:

   [ ]  10 for use of a LOAEL
   [ ]  10 for extrapolation from animals to humans
   [X]  3 for human variability

The UCD is based on several large-scale environmental exposure studies that likely included sensitive subpopulations; however, there is concern that individuals with diabetes may be especially sensitive to the renal toxicity of cadmium (Åkesson et al. 2005; Buchet et al. 1990) and diabetics were excluded from a number of human studies, and thus, an uncertainty factor of 3 was used.

Was a conversion factor used from ppm in food or water to a mg/body weight dose?  No.

<u>If an inhalation study in animals, list conversion factors used in determining human equivalent dose</u>:  Not applicable.

<u>Was a conversion used from intermittent to continuous exposure</u>?  No.

<u>Other additional studies or pertinent information that lend support to this MRL</u>:  The results of numerous studies of environmentally exposed populations provide strong evidence that the kidney, and possibly bone, is the most sensitive target of toxicity following chronic exposure to cadmium.  Most of the studies have focused on subclinical alterations of kidney function, as measured by the urinary excretion of several biomarkers including low molecular weight proteins ($\beta$2-microglobulin, pHC, retinol binding protein), intracellular tubular enzymes (NAG), amino acids, high molecular weight proteins (albumin), and electrolytes (potassium, sodium, calcium).  Significant associations between urinary cadmium levels and an increased prevalence of abnormal levels of these biomarkers have been found in populations living in areas with moderate or high cadmium pollution or low cadmium pollution (Bandara et al. 2010; Buchet et al. 1990; Cai et al. 1990, 1992, 1998, 2001; Ferraro et al. 2010; Hayano et al. 1996; Honda et al. 2010; Horiguchi et al. 2004, 2010; Hwangbo et al. 2011; Ishizaki et al. 1989; Izuno et al. 2000; Järup et al. 2000; Jin et al. 2002, 2004a, 2004c; Kawada et al. 1992; Kido and Nogawa 1993; Kobayashi et al. 2002a, 2009b; Monzawa et al. 1998; Nakashima et al. 1997; Nogawa et al. 1989; Noonan et al. 2002; Nordberg et al. 1997; Olsson et al. 2002; Oo et al. 2000; Osawa et al. 2001; Roels et al. 1981b; Suwazono et al. 2006; Teeyakasem et al. 2007; Trzcinka-Ochocka et al. 2004; Uno et al. 2005; Yamanaka et al. 1998; Wu et al. 2001).  Increases in the prevalence of abnormal biomarker levels appear to be the most sensitive indicator of cadmium toxicity and alterations have been observed at urinary cadmium levels ranging from 1 µg/g creatinine (Järup et al. 2000) to 9.51 µg/g creatinine (Jin et al. 2004a).

Several studies have examined the possible association between exposure to cadmium and bone effects.  Significant associations between urinary cadmium levels and an increased risk of bone fractures at urinary cadmium levels of $\geq$0.7 µg/g creatinine (Alfvén et al. 2004; Staessen et al. 1999; Wang et al. 2003), increased risk of osteoporosis at urinary cadmium levels of $\geq$1.5 µg/g creatinine (Alfvén et al. 2000; Jin et al. 2004b; Wang et al. 2003), and decreased bone mineral density at urinary cadmium levels of $\geq$0.6 µg/g creatinine (Engström et al. 2009; Nordberg et al. 2002; Schutte et al. 2008; Trzcinka-Ochocka et al. 2010).

The adverse effect levels for renal effects were similar to those observed for skeletal effects.  Because the renal effects database is stronger, it was used for derivation of a chronic-duration oral MRL for cadmium.  Three approaches were considered for derivation of the MRL:  (1) NOAEL/LOAEL approach using a single environmental exposure study finding an increased prevalence of abnormal renal effect biomarker levels, (2) selection of a point of departure from a published benchmark dose analysis, or (3) selection of a point of departure on an analysis of the dose-response functions from a number of environmental exposure studies.

In the first approach, all studies in which individual internal doses for subjects were estimated based on urinary cadmium were considered.  The Järup et al. (2000) study identified the lowest adverse effect level; the investigators estimated that a urinary cadmium level of 1 µg/g creatinine would be associated with a 10% increase in the prevalence of abnormal pHC levels above background prevalence (approximately a 10% added risk).  The European Chemicals Bureau (2007) recalculated the probability of HC proteinuria because the reference population and the study population were not matched for age (40 versus 53 years, respectively).  They estimated that the probability of HC proteinuria (13%) would be twice as high as the reference population at a urinary cadmium concentration of 0.5 µg/g creatinine.  For the second approach, eight published benchmark dose analyses were evaluated (Jin et al. 2004b; Kobayashi et al. 2006, 2008a; Shimizu et al. 2006; Suwazono et al. 2006, 2011b, 2011c; Uno et al. 2005).  The lower 95% confidence interval of the benchmark dose (BMDL) for low molecular weight proteinuria

ranged from 0.7 µg/g creatinine (Uno et al. 2005) to 9.9 µg/g creatinine (Kobayashi et al. 2006). The third approach involved a meta-analysis of selected environmental exposure dose-response studies. Using individual dose-response functions from each study, estimates of the internal cadmium dose corresponding to probabilities of 10% excess risk of low molecular weight proteinuria were calculated. The lowest $UCD_{10}$ (1.34 µg/g creatinine) was estimated from the European database; and the 95% lower confidence limit on this $UCD_{10}$ ($UCDL_{10}$) of 0.5 µg/g creatinine was considered as a potential point of departure for the MRL.

The points of departure selected using the three different approaches are similar: 0.5 µg/g creatinine from the Järup et al. (2000) study (using the European Chemicals Bureau 2007 recalculation), 0.7 µg/g creatinine from the Uno et al. (2005) benchmark dose analysis, and 0.5 µg/g creatinine from the dose-response analysis. The third approach was selected for the derivation of the MRL because it uses the whole dose-response curves from several studies rather than data from a single study.

Agency Contact (Chemical Manager):  Obaid Faroon, DVM, Ph.D.

# APPENDIX B.  USER'S GUIDE

**Chapter 1**

**Public Health Statement**

This chapter of the profile is a health effects summary written in non-technical language.  Its intended audience is the general public, especially people living in the vicinity of a hazardous waste site or chemical release.  If the Public Health Statement were removed from the rest of the document, it would still communicate to the lay public essential information about the chemical.

The major headings in the Public Health Statement are useful to find specific topics of concern.  The topics are written in a question and answer format.  The answer to each question includes a sentence that will direct the reader to chapters in the profile that will provide more information on the given topic.

**Chapter 2**

**Relevance to Public Health**

This chapter provides a health effects summary based on evaluations of existing toxicologic, epidemiologic, and toxicokinetic information.  This summary is designed to present interpretive, weight-of-evidence discussions for human health end points by addressing the following questions:

1.  What effects are known to occur in humans?

2.  What effects observed in animals are likely to be of concern to humans?

3.  What exposure conditions are likely to be of concern to humans, especially around hazardous waste sites?

The chapter covers end points in the same order that they appear within the Discussion of Health Effects by Route of Exposure section, by route (inhalation, oral, and dermal) and within route by effect.  Human data are presented first, then animal data.  Both are organized by duration (acute, intermediate, chronic).  *In vitro* data and data from parenteral routes (intramuscular, intravenous, subcutaneous, etc.) are also considered in this chapter.

The carcinogenic potential of the profiled substance is qualitatively evaluated, when appropriate, using existing toxicokinetic, genotoxic, and carcinogenic data.  ATSDR does not currently assess cancer potency or perform cancer risk assessments.  Minimal Risk Levels (MRLs) for noncancer end points (if derived) and the end points from which they were derived are indicated and discussed.

Limitations to existing scientific literature that prevent a satisfactory evaluation of the relevance to public health are identified in the Chapter 3 Data Needs section.

**Interpretation of Minimal Risk Levels**

Where sufficient toxicologic information is available, ATSDR has derived MRLs for inhalation and oral routes of entry at each duration of exposure (acute, intermediate, and chronic).  These MRLs are not meant to support regulatory action, but to acquaint health professionals with exposure levels at which adverse health effects are not expected to occur in humans.

MRLs should help physicians and public health officials determine the safety of a community living near a chemical emission, given the concentration of a contaminant in air or the estimated daily dose in water. MRLs are based largely on toxicological studies in animals and on reports of human occupational exposure.

MRL users should be familiar with the toxicologic information on which the number is based. Chapter 2, "Relevance to Public Health," contains basic information known about the substance. Other sections such as Chapter 3 Section 3.9, "Interactions with Other Substances," and Section 3.10, "Populations that are Unusually Susceptible" provide important supplemental information.

MRL users should also understand the MRL derivation methodology. MRLs are derived using a modified version of the risk assessment methodology that the Environmental Protection Agency (EPA) provides (Barnes and Dourson 1988) to determine reference doses (RfDs) for lifetime exposure.

To derive an MRL, ATSDR generally selects the most sensitive end point which, in its best judgement, represents the most sensitive human health effect for a given exposure route and duration. ATSDR cannot make this judgement or derive an MRL unless information (quantitative or qualitative) is available for all potential systemic, neurological, and developmental effects. If this information and reliable quantitative data on the chosen end point are available, ATSDR derives an MRL using the most sensitive species (when information from multiple species is available) with the highest no-observed-adverse-effect level (NOAEL) that does not exceed any adverse effect levels. When a NOAEL is not available, a lowest-observed-adverse-effect level (LOAEL) can be used to derive an MRL, and an uncertainty factor (UF) of 10 must be employed. Additional uncertainty factors of 10 must be used both for human variability to protect sensitive subpopulations (people who are most susceptible to the health effects caused by the substance) and for interspecies variability (extrapolation from animals to humans). In deriving an MRL, these individual uncertainty factors are multiplied together. The product is then divided into the inhalation concentration or oral dosage selected from the study. Uncertainty factors used in developing a substance-specific MRL are provided in the footnotes of the levels of significant exposure (LSE) tables.

## Chapter 3

## Health Effects

## Tables and Figures for Levels of Significant Exposure (LSE)

Tables and figures are used to summarize health effects and illustrate graphically levels of exposure associated with those effects. These levels cover health effects observed at increasing dose concentrations and durations, differences in response by species, MRLs to humans for noncancer end points, and EPA's estimated range associated with an upper- bound individual lifetime cancer risk of 1 in 10,000 to 1 in 10,000,000. Use the LSE tables and figures for a quick review of the health effects and to locate data for a specific exposure scenario. The LSE tables and figures should always be used in conjunction with the text. All entries in these tables and figures represent studies that provide reliable, quantitative estimates of NOAELs, LOAELs, or Cancer Effect Levels (CELs).

The legends presented below demonstrate the application of these tables and figures. Representative examples of LSE Table 3-1 and Figure 3-1 are shown. The numbers in the left column of the legends correspond to the numbers in the example table and figure.

**LEGEND**

## See Sample LSE Table 3-1 (page B-6)

(1)  Route of Exposure.  One of the first considerations when reviewing the toxicity of a substance using these tables and figures should be the relevant and appropriate route of exposure.  Typically when sufficient data exist, three LSE tables and two LSE figures are presented in the document.  The three LSE tables present data on the three principal routes of exposure, i.e., inhalation, oral, and dermal (LSE Tables 3-1, 3-2, and 3-3, respectively).  LSE figures are limited to the inhalation (LSE Figure 3-1) and oral (LSE Figure 3-2) routes.  Not all substances will have data on each route of exposure and will not, therefore, have all five of the tables and figures.

(2)  Exposure Period.  Three exposure periods—acute (less than 15 days), intermediate (15–364 days), and chronic (365 days or more)—are presented within each relevant route of exposure. In this example, an inhalation study of intermediate exposure duration is reported.  For quick reference to health effects occurring from a known length of exposure, locate the applicable exposure period within the LSE table and figure.

(3)  Health Effect.  The major categories of health effects included in LSE tables and figures are death, systemic, immunological, neurological, developmental, reproductive, and cancer. NOAELs and LOAELs can be reported in the tables and figures for all effects but cancer. Systemic effects are further defined in the "System" column of the LSE table (see key number 18).

(4)  Key to Figure.  Each key number in the LSE table links study information to one or more data points using the same key number in the corresponding LSE figure.  In this example, the study represented by key number 18 has been used to derive a NOAEL and a Less Serious LOAEL (also see the two "18r" data points in sample Figure 3-1).

(5)  Species.  The test species, whether animal or human, are identified in this column.  Chapter 2, "Relevance to Public Health," covers the relevance of animal data to human toxicity and Section 3.4, "Toxicokinetics," contains any available information on comparative toxicokinetics. Although NOAELs and LOAELs are species specific, the levels are extrapolated to equivalent human doses to derive an MRL.

(6)  Exposure Frequency/Duration.  The duration of the study and the weekly and daily exposure regimens are provided in this column.  This permits comparison of NOAELs and LOAELs from different studies.  In this case (key number 18), rats were exposed to "Chemical x" via inhalation for 6 hours/day, 5 days/week, for 13 weeks.  For a more complete review of the dosing regimen, refer to the appropriate sections of the text or the original reference paper (i.e., Nitschke et al. 1981).

(7)  System.  This column further defines the systemic effects.  These systems include respiratory, cardiovascular, gastrointestinal, hematological, musculoskeletal, hepatic, renal, and dermal/ocular.  "Other" refers to any systemic effect (e.g., a decrease in body weight) not covered in these systems.  In the example of key number 18, one systemic effect (respiratory) was investigated.

(8)  NOAEL.  A NOAEL is the highest exposure level at which no harmful effects were seen in the organ system studied.  Key number 18 reports a NOAEL of 3 ppm for the respiratory system, which was used to derive an intermediate exposure, inhalation MRL of 0.005 ppm (see footnote "b").

(9)     <u>LOAEL</u>.  A LOAEL is the lowest dose used in the study that caused a harmful health effect.
        LOAELs have been classified into "Less Serious" and "Serious" effects.  These distinctions help
        readers identify the levels of exposure at which adverse health effects first appear and the
        gradation of effects with increasing dose.  A brief description of the specific end point used to
        quantify the adverse effect accompanies the LOAEL.  The respiratory effect reported in key
        number 18 (hyperplasia) is a Less Serious LOAEL of 10 ppm.  MRLs are not derived from
        Serious LOAELs.

(10)    <u>Reference</u>.  The complete reference citation is given in Chapter 9 of the profile.

(11)    <u>CEL</u>.  A CEL is the lowest exposure level associated with the onset of carcinogenesis in
        experimental or epidemiologic studies.  CELs are always considered serious effects.  The LSE
        tables and figures do not contain NOAELs for cancer, but the text may report doses not causing
        measurable cancer increases.

(12)    <u>Footnotes</u>.  Explanations of abbreviations or reference notes for data in the LSE tables are found
        in the footnotes.  Footnote "b" indicates that the NOAEL of 3 ppm in key number 18 was used to
        derive an MRL of 0.005 ppm.


**LEGEND**

### See Sample Figure 3-1 (page B-7)

LSE figures graphically illustrate the data presented in the corresponding LSE tables.  Figures help the
reader quickly compare health effects according to exposure concentrations for particular exposure
periods.

(13)    <u>Exposure Period</u>.  The same exposure periods appear as in the LSE table.  In this example, health
        effects observed within the acute and intermediate exposure periods are illustrated.

(14)    <u>Health Effect</u>.  These are the categories of health effects for which reliable quantitative data
        exists.  The same health effects appear in the LSE table.

(15)    <u>Levels of Exposure</u>.  Concentrations or doses for each health effect in the LSE tables are
        graphically displayed in the LSE figures.  Exposure concentration or dose is measured on the log
        scale "y" axis.  Inhalation exposure is reported in $mg/m^3$ or ppm and oral exposure is reported in
        mg/kg/day.

(16)    <u>NOAEL</u>.  In this example, the open circle designated 18r identifies a NOAEL critical end point in
        the rat upon which an intermediate inhalation exposure MRL is based.  The key number 18
        corresponds to the entry in the LSE table.  The dashed descending arrow indicates the
        extrapolation from the exposure level of 3 ppm (see entry 18 in the table) to the MRL of
        0.005 ppm (see footnote "b" in the LSE table).

(17)    <u>CEL</u>.  Key number 38m is one of three studies for which CELs were derived.  The diamond
        symbol refers to a CEL for the test species-mouse.  The number 38 corresponds to the entry in the
        LSE table.

(18)   <u>Estimated Upper-Bound Human Cancer Risk Levels</u>.  This is the range associated with the upper-bound for lifetime cancer risk of 1 in 10,000 to 1 in 10,000,000.  These risk levels are derived from the EPA's Human Health Assessment Group's upper-bound estimates of the slope of the cancer dose response curve at low dose levels ($q_1$*).

(19)   <u>Key to LSE Figure</u>.  The Key explains the abbreviations and symbols used in the figure.

## Table 3-1. Levels of Significant Exposure to [Chemical x] – Inhalation

**SAMPLE**

| Key to figure[a] | Species | Exposure frequency/ duration | System | NOAEL (ppm) | LOAEL (effect) Less serious (ppm) | Serious (ppm) | Reference |
|---|---|---|---|---|---|---|---|
| **INTERMEDIATE EXPOSURE** | | | | | | | |
| Systemic | | | | | | | |
| 18 | Rat | 13 wk 5 d/wk 6 hr/d | Resp | 3[b] | 10 (hyperplasia) | | Nitschke et al. 1981 |
| **CHRONIC EXPOSURE** | | | | | | | |
| Cancer | | | | | | | |
| 38 | Rat | 18 mo 5 d/wk 7 hr/d | | | | 20 (CEL, multiple organs) | Wong et al. 1982 |
| 39 | Rat | 89–104 wk 5 d/wk 6 hr/d | | | | 10 (CEL, lung tumors, nasal tumors) | NTP 1982 |
| 40 | Mouse | 79–103 wk 5 d/wk 6 hr/d | | | | 10 (CEL, lung tumors, hemangiosarcomas) | NTP 1982 |

[a] The number corresponds to entries in Figure 3-1.
[b] Used to derive an intermediate inhalation Minimal Risk Level (MRL) of $5 \times 10^{-3}$ ppm; dose adjusted for intermittent exposure and divided by an uncertainty factor of 100 (10 for extrapolation from animal to humans, 10 for human variability).



Figure 3-1. Levels of Significant Exposure to [Chemical X] - Inhalation

This page is intentionally blank.

## APPENDIX C.  ACRONYMS, ABBREVIATIONS, AND SYMBOLS

| | |
|---|---|
| ACGIH | American Conference of Governmental Industrial Hygienists |
| ACOEM | American College of Occupational and Environmental Medicine |
| ADI | acceptable daily intake |
| ADME | absorption, distribution, metabolism, and excretion |
| AED | atomic emission detection |
| AFID | alkali flame ionization detector |
| AFOSH | Air Force Office of Safety and Health |
| ALT | alanine aminotransferase |
| AML | acute myeloid leukemia |
| AOAC | Association of Official Analytical Chemists |
| AOEC | Association of Occupational and Environmental Clinics |
| AP | alkaline phosphatase |
| APHA | American Public Health Association |
| AST | aspartate aminotransferase |
| atm | atmosphere |
| ATSDR | Agency for Toxic Substances and Disease Registry |
| AWQC | Ambient Water Quality Criteria |
| BAT | best available technology |
| BCF | bioconcentration factor |
| BEI | Biological Exposure Index |
| BMD/C | benchmark dose or benchmark concentration |
| $BMD_X$ | dose that produces a X% change in response rate of an adverse effect |
| $BMDL_X$ | 95% lower confidence limit on the $BMD_X$ |
| BMDS | Benchmark Dose Software |
| BMR | benchmark response |
| BSC | Board of Scientific Counselors |
| C | centigrade |
| CAA | Clean Air Act |
| CAG | Cancer Assessment Group of the U.S. Environmental Protection Agency |
| CAS | Chemical Abstract Services |
| CDC | Centers for Disease Control and Prevention |
| CEL | cancer effect level |
| CELDS | Computer-Environmental Legislative Data System |
| CERCLA | Comprehensive Environmental Response, Compensation, and Liability Act |
| CFR | Code of Federal Regulations |
| Ci | curie |
| CI | confidence interval |
| CL | ceiling limit value |
| CLP | Contract Laboratory Program |
| cm | centimeter |
| CML | chronic myeloid leukemia |
| CPSC | Consumer Products Safety Commission |
| CWA | Clean Water Act |
| DHEW | Department of Health, Education, and Welfare |
| DHHS | Department of Health and Human Services |
| DNA | deoxyribonucleic acid |
| DOD | Department of Defense |
| DOE | Department of Energy |
| DOL | Department of Labor |

| | |
|---|---|
| DOT | Department of Transportation |
| DOT/UN/ | Department of Transportation/United Nations/ |
| NA/IMDG | North America/Intergovernmental Maritime Dangerous Goods Code |
| DWEL | drinking water exposure level |
| ECD | electron capture detection |
| ECG/EKG | electrocardiogram |
| EEG | electroencephalogram |
| EEGL | Emergency Exposure Guidance Level |
| EPA | Environmental Protection Agency |
| F | Fahrenheit |
| $F_1$ | first-filial generation |
| FAO | Food and Agricultural Organization of the United Nations |
| FDA | Food and Drug Administration |
| FEMA | Federal Emergency Management Agency |
| FIFRA | Federal Insecticide, Fungicide, and Rodenticide Act |
| FPD | flame photometric detection |
| fpm | feet per minute |
| FR | Federal Register |
| FSH | follicle stimulating hormone |
| g | gram |
| GC | gas chromatography |
| gd | gestational day |
| GLC | gas liquid chromatography |
| GPC | gel permeation chromatography |
| HPLC | high-performance liquid chromatography |
| HRGC | high resolution gas chromatography |
| HSDB | Hazardous Substance Data Bank |
| IARC | International Agency for Research on Cancer |
| IDLH | immediately dangerous to life and health |
| ILO | International Labor Organization |
| IRIS | Integrated Risk Information System |
| Kd | adsorption ratio |
| kg | kilogram |
| kkg | metric ton |
| $K_{oc}$ | organic carbon partition coefficient |
| $K_{ow}$ | octanol-water partition coefficient |
| L | liter |
| LC | liquid chromatography |
| $LC_{50}$ | lethal concentration, 50% kill |
| $LC_{Lo}$ | lethal concentration, low |
| $LD_{50}$ | lethal dose, 50% kill |
| $LD_{Lo}$ | lethal dose, low |
| LDH | lactic dehydrogenase |
| LH | luteinizing hormone |
| LOAEL | lowest-observed-adverse-effect level |
| LSE | Levels of Significant Exposure |
| $LT_{50}$ | lethal time, 50% kill |
| m | meter |
| MA | *trans,trans*-muconic acid |
| MAL | maximum allowable level |
| mCi | millicurie |

APPX ATT_V6_3835

| | |
|---|---|
| MCL | maximum contaminant level |
| MCLG | maximum contaminant level goal |
| MF | modifying factor |
| MFO | mixed function oxidase |
| mg | milligram |
| mL | milliliter |
| mm | millimeter |
| mmHg | millimeters of mercury |
| mmol | millimole |
| mppcf | millions of particles per cubic foot |
| MRL | Minimal Risk Level |
| MS | mass spectrometry |
| NAAQS | National Ambient Air Quality Standard |
| NAS | National Academy of Science |
| NATICH | National Air Toxics Information Clearinghouse |
| NATO | North Atlantic Treaty Organization |
| NCE | normochromatic erythrocytes |
| NCEH | National Center for Environmental Health |
| NCI | National Cancer Institute |
| ND | not detected |
| NFPA | National Fire Protection Association |
| ng | nanogram |
| NHANES | National Health and Nutrition Examination Survey |
| NIEHS | National Institute of Environmental Health Sciences |
| NIOSH | National Institute for Occupational Safety and Health |
| NIOSHTIC | NIOSH's Computerized Information Retrieval System |
| NLM | National Library of Medicine |
| nm | nanometer |
| nmol | nanomole |
| NOAEL | no-observed-adverse-effect level |
| NOES | National Occupational Exposure Survey |
| NOHS | National Occupational Hazard Survey |
| NPD | nitrogen phosphorus detection |
| NPDES | National Pollutant Discharge Elimination System |
| NPL | National Priorities List |
| NR | not reported |
| NRC | National Research Council |
| NS | not specified |
| NSPS | New Source Performance Standards |
| NTIS | National Technical Information Service |
| NTP | National Toxicology Program |
| ODW | Office of Drinking Water, EPA |
| OERR | Office of Emergency and Remedial Response, EPA |
| OHM/TADS | Oil and Hazardous Materials/Technical Assistance Data System |
| OPP | Office of Pesticide Programs, EPA |
| OPPT | Office of Pollution Prevention and Toxics, EPA |
| OPPTS | Office of Prevention, Pesticides and Toxic Substances, EPA |
| OR | odds ratio |
| OSHA | Occupational Safety and Health Administration |
| OSW | Office of Solid Waste, EPA |
| OTS | Office of Toxic Substances |

| | |
|---|---|
| OW | Office of Water |
| OWRS | Office of Water Regulations and Standards, EPA |
| PAH | polycyclic aromatic hydrocarbon |
| PBPD | physiologically based pharmacodynamic |
| PBPK | physiologically based pharmacokinetic |
| PCE | polychromatic erythrocytes |
| PEL | permissible exposure limit |
| pg | picogram |
| PHS | Public Health Service |
| PID | photo ionization detector |
| pmol | picomole |
| PMR | proportionate mortality ratio |
| ppb | parts per billion |
| ppm | parts per million |
| ppt | parts per trillion |
| PSNS | pretreatment standards for new sources |
| RBC | red blood cell |
| REL | recommended exposure level/limit |
| RfC | reference concentration |
| RfD | reference dose |
| RNA | ribonucleic acid |
| RQ | reportable quantity |
| RTECS | Registry of Toxic Effects of Chemical Substances |
| SARA | Superfund Amendments and Reauthorization Act |
| SCE | sister chromatid exchange |
| SGOT | serum glutamic oxaloacetic transaminase |
| SGPT | serum glutamic pyruvic transaminase |
| SIC | standard industrial classification |
| SIM | selected ion monitoring |
| SMCL | secondary maximum contaminant level |
| SMR | standardized mortality ratio |
| SNARL | suggested no adverse response level |
| SPEGL | Short-Term Public Emergency Guidance Level |
| STEL | short term exposure limit |
| STORET | Storage and Retrieval |
| $TD_{50}$ | toxic dose, 50% specific toxic effect |
| TLV | threshold limit value |
| TOC | total organic carbon |
| TPQ | threshold planning quantity |
| TRI | Toxics Release Inventory |
| TSCA | Toxic Substances Control Act |
| TWA | time-weighted average |
| UF | uncertainty factor |
| U.S. | United States |
| USDA | United States Department of Agriculture |
| USGS | United States Geological Survey |
| VOC | volatile organic compound |
| WBC | white blood cell |
| WHO | World Health Organization |

**APPX ATT_V6_3837**

| | |
|---|---|
| > | greater than |
| ≥ | greater than or equal to |
| = | equal to |
| < | less than |
| ≤ | less than or equal to |
| % | percent |
| $\alpha$ | alpha |
| $\beta$ | beta |
| $\gamma$ | gamma |
| $\delta$ | delta |
| $\mu m$ | micrometer |
| $\mu g$ | microgram |
| $q_1^*$ | cancer slope factor |
| − | negative |
| + | positive |
| (+) | weakly positive result |
| (−) | weakly negative result |

This page is intentionally blank.

# APPENDIX D.  INDEX

absorbed dose................................................................................................................................231, 233
adenocarcinoma....................................................................................................................................103
adenocarcinomas...................................................................................................................103, 104, 181
adrenal gland.........................................................................................................................................167
adrenals.................................................................................................................................................167
adsorbed.........................................................................................................................................280, 291
adsorption................................................................................................................274, 291, 292, 293, 330
aerobic...................................................................................................................................................275
alanine aminotransferase (see ALT)................................................................................................85, 145
ALT (see alanine aminotransferase)...........................................................................................................146
ambient air.........................................................................11, 280, 296, 305, 315, 317, 321, 326
anemia.............................................................................25, 26, 27, 84, 138, 139, 240, 249
aspartate aminotransferase (see AST).....................................................................................................145
AST (see aspartate aminotransferase).....................................................................................................146
bioaccumulation....................................................................................................................................326
bioavailability.............................................................292, 293, 301, 303, 323, 325, 329, 330, 343
bioconcentration factor.........................................................................................................................293
biokinetic......................................................................................................................................232, 345
biological half-time................................................................................................................................202
biomarker.................13, 16, 21, 31, 32, 33, 35, 36, 37, 39, 86, 88, 89, 90, 136, 141, 143, 145, 147, 148,
                         149, 150, 151, 152, 153, 154, 155, 156, 157, 158, 160, 161, 164, 165,
                         170, 230, 231, 232, 234, 235, 237, 240, 250, 254, 255, 258, 333
blood cell count........................................................................................................................................84
body weight effects..........................................................................................................................93, 168
breast milk.............................................................................................6, 228, 259, 319, 326
cancer....................................5, 15, 46, 100, 101, 102, 104, 177, 178, 179, 226, 238, 246, 251, 256, 350
carcinogen................................................................5, 13, 15, 100, 102, 104, 251, 256, 350
carcinogenic...........................5, 15, 45, 46, 101, 102, 103, 104, 178, 180, 223, 251, 256, 350
carcinogenicity...................................................................100, 102, 104, 251, 350
carcinoma.............................................................................73, 103, 104, 179, 181, 224
cardiovascular.........................................................................82, 83, 136, 181
cardiovascular effects.......................................................................................................................82, 136
chromosomal aberrations...................................................................................184, 187, 252
clearance.....................22, 26, 47, 49, 154, 166, 192, 198, 200, 206, 218, 229, 235, 249, 256
crustaceans............................................................................................................................................301
death.................................4, 5, 45, 46, 47, 48, 49, 81, 89, 105, 136, 147, 177, 181, 234, 250
deoxyribonucleic acid (see DNA)...................................................................................186, 190
dermal effects...................................................................................................................93, 167, 182
developmental effects.....................14, 19, 25, 27, 99, 174, 177, 184, 248, 253, 256, 257
DNA (see deoxyribonucleic acid).......81, 176, 184, 185, 186, 187, 188, 189, 190, 220, 231, 245, 252, 259
elimination half-time.................................................................................................................................16
endocrine.........................................................................................97, 167, 224, 225
endocrine effects...................................................................................................................................167
fetus.............................................................................................................................................225, 258
follicle stimulating hormone.................................................................................................................170
fractional absorption.....................................................................................................................105, 195
gastrointestinal effects.....................................................................................................................83, 139
general population............................13, 16, 20, 30, 47, 143, 169, 178, 184, 232, 240, 254, 305, 323, 326
genotoxic.................................................................................................................45, 184, 187

genotoxicity ................................................................................................ 191, 246, 251
groundwater ................................................................................ 11, 280, 288, 298, 349
half-life ......................................................................................... 210, 215, 221, 231
hematological effects .................................................................................. 13, 84, 139
hematopoietic ......................................................................................................... 174, 251
hepatic effects ................................................................... 13, 85, 145, 146, 147, 237
hydrolysis ........................................................................................................... 146
immune system ................................................................................... 169, 182, 228
immunological ........................................................... 13, 26, 45, 94, 95, 169, 182, 254
immunological effects ................................................................. 13, 94, 95, 169, 182
$K_{ow}$ ............................................................................................... 264, 265, 266
$LD_{50}$ ..................................................................................................... 105, 181
leukemia ..................................................................................... 27, 106, 169, 180
menstrual ........................................................................................................... 98
metabolic effects ............................................................................................... 169
micronuclei .......................................................................................... 184, 187, 191
milk ......................................................... 200, 228, 234, 242, 255, 297, 300, 319, 336, 338
mucociliary .............................................. 23, 47, 49, 198, 200, 206, 217, 219, 229
musculoskeletal effects ....................................................................... 84, 85, 140
neonatal ................................................................................................ 322, 327, 338
neurobehavioral .................................... 14, 19, 99, 100, 175, 225, 227, 253, 254
neurodevelopmental ......................................................... 19, 27, 249, 257
neurological effects ...................................... 95, 96, 169, 170, 184, 227, 237
nuclear ................................................................................................................ 169
ocular effects ......................................................................................... 93, 167, 182
odds ratio .................................................... 137, 143, 156, 157, 158, 171, 178
partition coefficients ...................................................................................... 197
pharmacodynamic ............................................................................................... 203
pharmacokinetic ......................................... 16, 22, 23, 43, 81, 203, 204, 205, 225, 345
photolysis ........................................................................................................... 103
placenta ............................................. 199, 200, 229, 230, 234, 258, 322, 327
pulmonary fibrosis ............................................................................................... 50
rate constant ........................................................................................ 211, 214, 216
renal effects ................................ 22, 31, 32, 85, 87, 147, 149, 160, 166, 181, 237, 250, 255
reproductive effects ......................... 97, 98, 99, 170, 172, 174, 184, 249, 252, 350
respiratory effects ...................... 17, 21, 50, 73, 77, 79, 93, 106, 234, 248, 250, 345
retention ............................. 22, 48, 49, 50, 192, 193, 197, 202, 211, 213, 218, 219, 228, 292
salivation ........................................................................................................... 139
sequestered ........................................................................................................ 220
solubility ............................................ 12, 22, 45, 49, 50, 192, 218, 256, 275, 294
spermatozoa ............................................................................................. 170, 186
systemic effects ................................................................. 50, 94, 106, 181, 256
T3 ................................................................................................. 51, 107, 183
thyroid ................................................................................................... 155, 167
thyroid stimulating hormone ........................................................................... 167
toxicokinetic ................................ 12, 16, 45, 202, 204, 219, 230, 250, 255, 256, 258
tremors ........................................................................................................... 17, 96
tumors ............................................ 103, 104, 174, 179, 180, 181, 251, 256
vapor pressure ............................................................................................... 290
volatility ............................................................................................................ 192

# TOXICOLOGICAL PROFILE FOR CHROMIUM

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
Public Health Service
Agency for Toxic Substances and Disease Registry

September 2012

APPX ATT_V6_3842

USCA Case #25-1087    Document #2105058    Filed: 03/10/2025    Page 1537 of 2126

## DISCLAIMER

Use of trade names is for identification only and does not imply endorsement by the Agency for Toxic Substances and Disease Registry, the Public Health Service, or the U.S. Department of Health and Human Services.

# UPDATE STATEMENT

A Toxicological Profile for Chromium, Draft for Public Comment was released in September 2008. This edition supersedes any previously released draft or final profile.

Toxicological profiles are revised and republished as necessary. For information regarding the update status of previously released profiles, contact ATSDR at:

Agency for Toxic Substances and Disease Registry
Division of Toxicology and Human Health Sciences (proposed)
Environmental Toxicology Branch (proposed)
1600 Clifton Road NE
Mailstop F-62
Atlanta, Georgia 30333

This page is intentionally blank.

# FOREWORD

This toxicological profile is prepared in accordance with guidelines* developed by the Agency for Toxic Substances and Disease Registry (ATSDR) and the Environmental Protection Agency (EPA). The original guidelines were published in the *Federal Register* on April 17, 1987. Each profile will be revised and republished as necessary.

The ATSDR toxicological profile succinctly characterizes the toxicologic and adverse health effects information for the toxic substances each profile describes. Each peer-reviewed profile identifies and reviews the key literature that describes a substance's toxicologic properties. Other pertinent literature is also presented but is described in less detail than the key studies. The profile is not intended to be an exhaustive document; however, more comprehensive sources of specialty information are referenced.

The profiles focus on health and toxicologic information; therefore, each toxicological profile begins with a public health statement that describes, in nontechnical language, a substance's relevant toxicological properties. Following the public health statement is information concerning levels of significant human exposure and, where known, significant health effects. A health effects summary describes the adequacy of information to determine a substance's health effects. ATSDR identifies data needs that are significant to protection of public health.

Each profile:

(A)    Examines, summarizes, and interprets available toxicologic information and epidemiologic evaluations on a toxic substance to ascertain the levels of significant human exposure for the substance and the associated acute, subacute, and chronic health effects;

(B)    Determines whether adequate information on the health effects of each substance is available or being developed to determine levels of exposure that present a significant risk to human health of acute, subacute, and chronic health effects; and

(C)    Where appropriate, identifies toxicologic testing needed to identify the types or levels of exposure that may present significant risk of adverse health effects in humans.

The principal audiences for the toxicological profiles are federal, state, and local health professionals; interested private sector organizations and groups; and members of the public.

This profile reflects ATSDR's assessment of all relevant toxicologic testing and information that has been peer-reviewed. Staff of the Centers for Disease Control and Prevention and other federal scientists also have reviewed the profile. In addition, this profile has been peer-reviewed by a nongovernmental panel and was made available for public review. Final responsibility for the contents and views expressed in this toxicological profile resides with ATSDR.

Christopher J. Portier, Ph.D.
Assistant Administrator
Agency for Toxic Substances and Disease Registry

CHROMIUM

xi

*Legislative Background

The toxicological profiles are developed under the Comprehensive Environmental Response, Compensation, and Liability Act of 1980, as amended (CERCLA or Superfund).  CERCLA section 104(i)(1) directs the Administrator of ATSDR to "…effectuate and implement the health related authorities" of the statute.  This includes the preparation of toxicological profiles for hazardous substances most commonly found at facilities on the CERCLA National Priorities List and that pose the most significant potential threat to human health, as determined by ATSDR and the EPA. Section 104(i)(3) of CERCLA, as amended, directs the Administrator of ATSDR to prepare a toxicological profile for each substance on the list.  In addition, ATSDR has the authority to prepare toxicological profiles for substances not found at sites on the National Priorities List, in an effort to "…establish and maintain inventory of literature, research, and studies on the health effects of toxic substances" under CERCLA Section 104(i)(1)(B), to respond to requests for consultation under section 104(i)(4), and as otherwise necessary to support the site-specific response actions conducted by ATSDR.

USCA Case #25-1087     Document #2105058        Filed: 03/10/2025      Page 1542 of 2126

# QUICK REFERENCE FOR HEALTH CARE PROVIDERS

Toxicological Profiles are a unique compilation of toxicological information on a given hazardous substance.  Each profile reflects a comprehensive and extensive evaluation, summary, and interpretation of available toxicologic and epidemiologic information on a substance.  Health care providers treating patients potentially exposed to hazardous substances will find the following information helpful for fast answers to often-asked questions.

*Primary Chapters/Sections of Interest*

**Chapter 1:  Public Health Statement**: The Public Health Statement can be a useful tool for educating patients about possible exposure to a hazardous substance.  It explains a substance's relevant toxicologic properties in a nontechnical, question-and-answer format, and it includes a review of the general health effects observed following exposure.

**Chapter 2:  Relevance to Public Health**: The Relevance to Public Health Section evaluates, interprets, and assesses the significance of toxicity data to human health.

**Chapter 3:  Health Effects**: Specific health effects of a given hazardous compound are reported by type of health effect (death, systemic, immunologic, reproductive), by route of exposure, and by length of exposure (acute, intermediate, and chronic).  In addition, both human and animal studies are reported in this section.
*NOTE*: Not all health effects reported in this section are necessarily observed in the clinical setting.  Please refer to the Public Health Statement to identify general health effects observed following exposure.

**Pediatrics**:  Four new sections have been added to each Toxicological Profile to address child health issues:
| | |
|---|---|
| **Section 1.6** | **How Can (Chemical X) Affect Children?** |
| **Section 1.7** | **How Can Families Reduce the Risk of Exposure to (Chemical X)?** |
| **Section 3.7** | **Children's Susceptibility** |
| **Section 6.6** | **Exposures of Children** |

**Other Sections of Interest:**
| | |
|---|---|
| **Section 3.8** | **Biomarkers of Exposure and Effect** |
| **Section 3.11** | **Methods for Reducing Toxic Effects** |

*ATSDR Information Center*
**Phone:**   1-800-CDC-INFO (800-232-4636) or 1-888-232-6348 (TTY)   *Fax:*    (770) 488-4178
**E-mail:**   cdcinfo@cdc.gov                              *Internet*:   http://www.atsdr.cdc.gov

The following additional material can be ordered through the ATSDR Information Center:

*Case Studies in Environmental Medicine: Taking an Exposure History*—The importance of taking an exposure history and how to conduct one are described, and an example of a thorough exposure history is provided.  Other case studies of interest include *Reproductive and Developmental Hazards; Skin Lesions and Environmental Exposures; Cholinesterase-Inhibiting Pesticide Toxicity*; and numerous chemical-specific case studies.

*Managing Hazardous Materials Incidents* is a three-volume set of recommendations for on-scene (prehospital) and hospital medical management of patients exposed during a hazardous materials incident. Volumes I and II are planning guides to assist first responders and hospital emergency department personnel in planning for incidents that involve hazardous materials. Volume III— *Medical Management Guidelines for Acute Chemical Exposures*—is a guide for health care professionals treating patients exposed to hazardous materials.

*Fact Sheets (ToxFAQs)* provide answers to frequently asked questions about toxic substances.

---

### Other Agencies and Organizations

*The National Center for Environmental Health* (NCEH) focuses on preventing or controlling disease, injury, and disability related to the interactions between people and their environment outside the workplace. Contact: NCEH, Mailstop F-29, 4770 Buford Highway, NE, Atlanta, GA 30341-3724 • Phone: 770-488-7000 • FAX: 770-488-7015.

*The National Institute for Occupational Safety and Health* (NIOSH) conducts research on occupational diseases and injuries, responds to requests for assistance by investigating problems of health and safety in the workplace, recommends standards to the Occupational Safety and Health Administration (OSHA) and the Mine Safety and Health Administration (MSHA), and trains professionals in occupational safety and health. Contact: NIOSH, 200 Independence Avenue, SW, Washington, DC 20201 • Phone: 800-356-4674 or NIOSH Technical Information Branch, Robert A. Taft Laboratory, Mailstop C-19, 4676 Columbia Parkway, Cincinnati, OH 45226-1998 • Phone: 800-35-NIOSH.

*The National Institute of Environmental Health Sciences* (NIEHS) is the principal federal agency for biomedical research on the effects of chemical, physical, and biologic environmental agents on human health and well-being. Contact: NIEHS, PO Box 12233, 104 T.W. Alexander Drive, Research Triangle Park, NC 27709 • Phone: 919-541-3212.

---

### Referrals

*The Association of Occupational and Environmental Clinics* (AOEC) has developed a network of clinics in the United States to provide expertise in occupational and environmental issues. Contact: AOEC, 1010 Vermont Avenue, NW, #513, Washington, DC 20005 • Phone: 202-347-4976 • FAX: 202-347-4950 • e-mail: AOEC@AOEC.ORG • Web Page: http://www.aoec.org/.

*The American College of Occupational and Environmental Medicine* (ACOEM) is an association of physicians and other health care providers specializing in the field of occupational and environmental medicine. Contact: ACOEM, 25 Northwest Point Boulevard, Suite 700, Elk Grove Village, IL 60007-1030 • Phone: 847-818-1800 • FAX: 847-818-9266.

# CONTRIBUTORS

**CHEMICAL MANAGER(S)/AUTHOR(S):**

Sharon Wilbur, M.A.
Henry Abadin, M.S.P.H.
Mike Fay, Ph.D.
Dianyi Yu, M.D.
Brian Tencza, M.S.
ATSDR, Division of Toxicology and Human Health Sciences (proposed), Atlanta, GA

Lisa Ingerman, Ph.D., DABT
Julie Klotzbach, Ph.D.
Shelly James, Ph.D.
SRC, Inc., North Syracuse, NY

**THE PROFILE HAS UNDERGONE THE FOLLOWING ATSDR INTERNAL REVIEWS:**

1.  Health Effects Review.  The Health Effects Review Committee examines the health effects chapter of each profile for consistency and accuracy in interpreting health effects and classifying end points.

2.  Minimal Risk Level Review.  The Minimal Risk Level Workgroup considers issues relevant to substance-specific Minimal Risk Levels (MRLs), reviews the health effects database of each profile, and makes recommendations for derivation of MRLs.

3.  Data Needs Review.  The Environmental Toxicology Branch (proposed) reviews data needs sections to assure consistency across profiles and adherence to instructions in the Guidance.

4.  Green Border Review.  Green Border review assures the consistency with ATSDR policy.

This page is intentionally blank.

CHROMIUM                                                                                          xi

# PEER REVIEW

A peer review panel was assembled for chromium.  The panel consisted of the following members:

1.     Dr. Detmar Beyersmann, Professor Emeritus of Biochemistry, University of Bremen, Germany,

2.     John Pierce Wise, Sr., Ph.D., Director, Maine Center for Toxicology and Environmental Health, Professor of Toxicology and Molecular Epidemiology, Department of Applied Medical Sciences, University of Southern Maine, 96 Falmouth St., Portland, ME 04104-9300, and

3.     Richard Sedman, Ph.D., Toxicologist, Office of Environmental Health Hazard Assessment, California Environmental Protection Agency, Oakland, CA.

These experts collectively have knowledge of chromium's physical and chemical properties, toxicokinetics, key health end points, mechanisms of action, human and animal exposure, and quantification of risk to humans.  All reviewers were selected in conformity with the conditions for peer review specified in Section 104(I)(13) of the Comprehensive Environmental Response, Compensation, and Liability Act, as amended.

Scientists from the Agency for Toxic Substances and Disease Registry (ATSDR) have reviewed the peer reviewers' comments and determined which comments will be included in the profile.  A listing of the peer reviewers' comments not incorporated in the profile, with a brief explanation of the rationale for their exclusion, exists as part of the administrative record for this compound.

The citation of the peer review panel should not be understood to imply its approval of the profile's final content.  The responsibility for the content of this profile lies with the ATSDR.

This page is intentionally blank.

# CONTENTS

DISCLAIMER ....................................................................................................................... ii
UPDATE STATEMENT ....................................................................................................... iii
FOREWORD .......................................................................................................................... v
QUICK REFERENCE FOR HEALTH CARE PROVIDERS.................................................. vii
CONTRIBUTORS ................................................................................................................. ix
PEER REVIEW ..................................................................................................................... xi
CONTENTS ........................................................................................................................... xiii
LIST OF FIGURES ............................................................................................................... xvii
LIST OF TABLES ................................................................................................................. xix

1. PUBLIC HEALTH STATEMENT ....................................................................................... 1
    1.1     WHAT IS CHROMIUM? ......................................................................................... 2
    1.2     WHAT HAPPENS TO CHROMIUM WHEN IT ENTERS THE ENVIRONMENT? ... 2
    1.3     HOW MIGHT I BE EXPOSED TO CHROMIUM? ................................................. 3
    1.4     HOW CAN CHROMIUM ENTER AND LEAVE MY BODY? ................................ 3
    1.5     HOW CAN CHROMIUM AFFECT MY HEALTH? ............................................... 4
    1.6     HOW CAN CHROMIUM AFFECT CHILDREN? ................................................. 5
    1.7     HOW CAN FAMILIES REDUCE THE RISK OF EXPOSURE TO CHROMIUM? ... 5
    1.8     IS THERE A MEDICAL TEST TO DETERMINE WHETHER I HAVE BEEN EXPOSED
            TO CHROMIUM? ................................................................................................... 6
    1.9     WHAT RECOMMENDATIONS HAS THE FEDERAL GOVERNMENT MADE TO
            PROTECT HUMAN HEALTH? .............................................................................. 6
    1.10    WHERE CAN I GET MORE INFORMATION? ..................................................... 7

2. RELEVANCE TO PUBLIC HEALTH .................................................................................. 9
    2.1     BACKGROUND AND ENVIRONMENTAL EXPOSURES TO CHROMIUM IN THE
            UNITED STATES .................................................................................................... 9
    2.2     SUMMARY OF HEALTH EFFECTS ..................................................................... 9
    2.3     MINIMAL RISK LEVELS (MRLs) ........................................................................ 26

3. HEALTH EFFECTS ........................................................................................................... 49
    3.1     INTRODUCTION ................................................................................................... 49
    3.2     DISCUSSION OF HEALTH EFFECTS BY ROUTE OF EXPOSURE ................... 50
        3.2.1     Inhalation Exposure ........................................................................................ 51
            3.2.1.1     Death ............................................................................................... 51
            3.2.1.2     Systemic Effects .............................................................................. 52
            3.2.1.3     Immunological and Lymphoreticular Effects ..................................... 95
            3.2.1.4     Neurological Effects ......................................................................... 99
            3.2.1.5     Reproductive Effects ........................................................................ 99
            3.2.1.6     Developmental Effects ...................................................................... 101
            3.2.1.7     Cancer ............................................................................................. 102
        3.2.2     Oral Exposure ................................................................................................ 112
            3.2.2.1     Death ............................................................................................... 112
            3.2.2.2     Systemic Effects .............................................................................. 114
            3.2.2.3     Immunological and Lymphoreticular Effects ..................................... 181
            3.2.2.4     Neurological Effects ......................................................................... 182
            3.2.2.5     Reproductive Effects ........................................................................ 182
            3.2.2.6     Developmental Effects ...................................................................... 189
            3.2.2.7     Cancer ............................................................................................. 193

3.2.3     Dermal Exposure ...................................................................................... 197
    3.2.3.1     Death ............................................................................................. 197
    3.2.3.2     Systemic Effects ........................................................................... 198
    3.2.3.3     Immunological and Lymphoreticular Effects ............................... 211
    3.2.3.4     Neurological Effects ...................................................................... 214
    3.2.3.5     Reproductive Effects ..................................................................... 214
    3.2.3.6     Developmental Effects ................................................................... 214
    3.2.3.7     Cancer ............................................................................................ 214
3.3     GENOTOXICITY ................................................................................................ 215
3.4     TOXICOKINETICS ............................................................................................ 238
    3.4.1     Absorption ................................................................................................ 239
        3.4.1.1     Inhalation Exposure ...................................................................... 239
        3.4.1.2     Oral Exposure ............................................................................... 242
        3.4.1.3     Dermal Exposure .......................................................................... 247
    3.4.2     Distribution ............................................................................................... 248
        3.4.2.1     Inhalation Exposure ...................................................................... 248
        3.4.2.2     Oral Exposure ............................................................................... 250
        3.4.2.3     Dermal Exposure .......................................................................... 254
        3.4.2.4     Other Routes of Exposure ............................................................. 254
    3.4.3     Metabolism ............................................................................................... 258
    3.4.4     Elimination and Excretion ........................................................................ 263
        3.4.4.1     Inhalation Exposure ...................................................................... 263
        3.4.4.2     Oral Exposure ............................................................................... 264
        3.4.4.3     Dermal Exposure .......................................................................... 268
        3.4.4.4     Other Routes of Exposure ............................................................. 268
    3.4.5     Physiologically Based Pharmacokinetic (PBPK)/Pharmacodynamic (PD) Models .......... 270
        3.4.5.1     O'Flaherty Model (1993a, 1996, 2001) ....................................... 271
3.5     MECHANISMS OF ACTION .............................................................................. 278
    3.5.1     Pharmacokinetic Mechanisms .................................................................. 278
    3.5.2     Mechanisms of Toxicity ........................................................................... 281
    3.5.3     Animal-to-Human Extrapolations ............................................................ 283
3.6     TOXICITIES MEDIATED THROUGH THE NEUROENDOCRINE AXIS ......... 284
3.7     CHILDREN'S SUSCEPTIBILITY ...................................................................... 285
3.8     BIOMARKERS OF EXPOSURE AND EFFECT ................................................ 289
    3.8.1     Biomarkers Used to Identify or Quantify Exposure to Chromium .......... 290
    3.8.2     Biomarkers Used to Characterize Effects Caused by Chromium ............ 295
3.9     INTERACTIONS WITH OTHER CHEMICALS ................................................ 297
3.10     POPULATIONS THAT ARE UNUSUALLY SUSCEPTIBLE ......................... 301
3.11     METHODS FOR REDUCING TOXIC EFFECTS ............................................. 302
    3.11.1     Reducing Peak Absorption Following Exposure ..................................... 302
    3.11.2     Reducing Body Burden ........................................................................... 305
    3.11.3     Interfering with the Mechanism of Action for Toxic Effects ................. 306
3.12     ADEQUACY OF THE DATABASE ................................................................... 310
    3.12.1     Existing Information on Health Effects of Chromium ............................ 310
    3.12.2     Identification of Data Needs ................................................................... 314
    3.12.3     Ongoing Studies ...................................................................................... 331

4. CHEMICAL AND PHYSICAL INFORMATION ............................................................. 333
    4.1     CHEMICAL IDENTITY ..................................................................................... 333
    4.2     PHYSICAL AND CHEMICAL PROPERTIES .................................................. 333

5.  PRODUCTION, IMPORT/EXPORT, USE, AND DISPOSAL ............................................. 351
    5.1    PRODUCTION ......................................................................................................... 351
    5.2    IMPORT/EXPORT .................................................................................................. 351
    5.3    USE ........................................................................................................................ 358
    5.4    DISPOSAL .............................................................................................................. 361

6.  POTENTIAL FOR HUMAN EXPOSURE ............................................................................ 363
    6.1    OVERVIEW ........................................................................................................... 363
    6.2    RELEASES TO THE ENVIRONMENT ................................................................ 366
        6.2.1    Air .............................................................................................................. 366
        6.2.2    Water .......................................................................................................... 371
        6.2.3    Soil ............................................................................................................. 372
    6.3    ENVIRONMENTAL FATE .................................................................................... 372
        6.3.1    Transport and Partitioning.......................................................................... 372
        6.3.2    Transformation and Degradation ................................................................ 375
            6.3.2.1    Air ................................................................................................ 375
            6.3.2.2    Water ........................................................................................... 375
            6.3.2.3    Sediment and Soil ....................................................................... 376
    6.4    LEVELS MONITORED OR ESTIMATED IN THE ENVIRONMENT ................ 377
        6.4.1    Air .............................................................................................................. 378
        6.4.2    Water .......................................................................................................... 379
        6.4.3    Sediment and Soil ...................................................................................... 382
        6.4.4    Other Environmental Media ....................................................................... 382
    6.5    GENERAL POPULATION AND OCCUPATIONAL EXPOSURE ...................... 385
    6.6    EXPOSURES OF CHILDREN ............................................................................... 389
    6.7    POPULATIONS WITH POTENTIALLY HIGH EXPOSURES ........................... 391
    6.8    ADEQUACY OF THE DATABASE ....................................................................... 393
        6.8.1    Identification of Data Needs ...................................................................... 393
        6.8.2    Ongoing Studies ......................................................................................... 398

7.  ANALYTICAL METHODS.................................................................................................... 401
    7.1    BIOLOGICAL MATERIALS ................................................................................. 401
    7.2    ENVIRONMENTAL SAMPLES ........................................................................... 406
    7.3    ADEQUACY OF THE DATABASE ....................................................................... 413
        7.3.1    Identification of Data Needs ...................................................................... 413
        7.3.2    Ongoing Studies ......................................................................................... 415

8.  REGULATIONS, ADVISORIES, AND GUIDELINES........................................................ 417

9.  REFERENCES ....................................................................................................................... 427

10.  GLOSSARY .......................................................................................................................... 497

APPENDICES
A.  ATSDR MINIMAL RISK LEVELS AND WORKSHEETS ................................................ A-1
B.  USER'S GUIDE ...................................................................................................................... B-1
C.  ACRONYMS, ABBREVIATIONS, AND SYMBOLS.......................................................... C-1
D.  INDEX .................................................................................................................................... D-1

This page is intentionally blank.

# / ,67 2 )  FIGURES

3-1.  Levels of Significant Exposure to Chromium(VI)—Inhalation ............................................. 63

3-2.  Levels of Significant Exposure to Chromium(III)—Inhalation........................................... 71

3-3.  Levels of Significant Exposure to Chromium(VI)—Oral ................................................. 144

3-4.  Levels of Significant Exposure to Chromium(III)—Oral................................................. 162

3-5.  Conceptual Representation of a Physiologically Based Pharmacokinetic (PBPK) Model for a Hypothetical Chemical Substance ............................................................................ 272

3-6.  A Physiologically Based Model of Chromium Kinetics in the Rat................................... 273

3-7.  Relationship Between Water Soluble Chromium(VI) CrA and Daily Increase in Urinary Chromium Levels (CrU) (Pre-exposure Values were Subtracted from End-of-Shift Values) ........ 294

3-8.  Existing Information on Health Effects of Chromium(VI)............................................... 311

3-9.  Existing Information on Health Effects of Chromium(III)............................................... 312

6-1.  Frequency of NPL Sites with Chromium Contamination................................................ 364

APPX ATT_V6_3858

This page is intentionally blank.

# LIST OF TABLES

2-1. Summary of MRL Values for Chromium(VI) and Chromium(III) ................................................ 47

3-1. Levels of Significant Exposure to Chromium(VI)—Inhalation ..................................... 53

3-2. Levels of Significant Exposure to Chromium(III)—Inhalation ....................................... 67

3-3. Risk of Cancer Mortality in Chromium Workers .................................................. 103

3-4. Levels of Significant Exposure to Chromium(VI) —Oral ........................................... 115

3-5. Levels of Significant Exposure to Chromium(III)—Oral ............................................ 150

3-6. Levels of Significant Exposure to Chromium(VI)—Dermal ......................................... 199

3-7. Levels of Significant Exposure to Chromium(III)—Dermal ........................................ 204

3-8. Genotoxicity of Chromium *In Vivo* ................................................................ 216

3-9. Genotoxicity of Chromium(VI) *In Vitro* ....................................................... 222

3-10. Genotoxicity of Chromium(III) *In Vitro* ...................................................... 227

3-11. Chemical-specific Parameters in the Rat and Human Chromium Models ................... 274

3-12. Ongoing Studies on Chromium ..................................................................... 332

4-1. Chemical Identity of Chromium and Compounds ............................................... 334

4-2. Physical and Chemical Properties of Chromium and Compounds .......................... 343

5-1. Facilities that Produce, Process, or Use Metallic Chromium ............................... 352

5-2. Facilities that Produce, Process, or Use Chromium Compounds ........................... 354

5-3. Major Manufacturers of Chromium Compounds in 2007 .................................... 356

5-4. U.S. Chromium Imports and Exports ............................................................ 359

5-5. Historical Use of Chromium in the United States and Western World ..................... 360

6-1. Releases to the Environment from Facilities that Produce, Process, or Use Metallic Chromium .... 367

6-2. Releases to the Environment from Facilities that Produce, Process, or Use Chromium
     Compounds ....................................................................................... 369

6-3. Estimates of U.S. Atmospheric Chromium Emissions from Anthropogenic Sources .................... 380

6-4. Chromium Content in Various U.S. Foods ....................................................... 384

6-5.  Chromium Content in Tissues and Body Fluids of the General Population .................................... 386

6-6.  Industries that May be Sources of Chromium Exposure ................................................................. 388

6-7.  Ongoing Studies on Chromium .................................................................................................... 399

7-1.  Analytical Methods for Determining Chromium in Biological Materials ....................................... 402

7-2.  Analytical Methods for Determining Chromium in Environmental Samples ................................. 407

8-1.  Regulations, Advisories, and Guidelines Applicable to Chromium ................................................. 419

# 1.  PUBLIC HEALTH STATEMENT

This public health statement tells you about chromium and the effects of exposure to it.

The Environmental Protection Agency (EPA) identifies the most serious hazardous waste sites in the nation.  These sites are then placed on the National Priorities List (NPL) and are targeted for long-term federal clean-up activities.  Chromium has been found in at least 1,127 of the 1,699 current or former NPL sites.  Although the total number of NPL sites evaluated for this substance is not known, the possibility exists that the number of sites at which chromium is found may increase in the future as more sites are evaluated.  This information is important because these sites may be sources of exposure and exposure to this substance may be harmful.

When a substance is released either from a large area, such as an industrial plant, or from a container, such as a drum or bottle, it enters the environment.  Such a release does not always lead to exposure.  You can be exposed to a substance only when you come in contact with it.  You may be exposed by breathing, eating, or drinking the substance, or by skin contact.

If you are exposed to chromium, many factors will determine whether you will be harmed.  These factors include the dose (how much), the duration (how long), the form (chromium VI as opposed to chromium III), and how you come in contact with it.  You must also consider any other chemicals you are exposed to and your age, sex, diet, family traits, lifestyle, and state of health.

## 1.1   WHAT IS CHROMIUM?

| | |
|---|---|
| **Description** | Chromium is a naturally-occurring element found in rocks, animals, plants, and soil, where it exists in combination with other elements to form various compounds.<br><br>The three main forms of chromium are:<br>• chromium(0),<br>• chromium(III), and<br>• chromium(VI).<br><br>Small amounts of chromium(III) are needed for human health. |
| **Uses**<br>• **manufacturing** | Chromium is widely used in manufacturing processes to make various metal alloys such as stainless steel. |
| **Consumer products** | Chromium can be found in many consumer products such as:<br>• wood treated with copper dichromate,<br>• leather tanned with chromic sulfate, and<br>• stainless steel cookware.<br>• metal-on-metal hip replacements |

## 1.2   WHAT HAPPENS TO CHROMIUM WHEN IT ENTERS THE ENVIRONMENT?

| | |
|---|---|
| **Sources** | Chromium can be found in air, soil, and water after release from industries that use chromium, such as industries involved in electroplating, leather tanning, textile production, and the manufacture of chromium-based products. Chromium can also be released into the environment from the burning of natural gas, oil, or coal. |
| **Break down**<br>• **air** | Chromium does not usually remain in the atmosphere, but is deposited into the soil and water. |
| • **water and soil** | Chromium can change from one form to another in water and soil, depending on the conditions present. |

## 1.3    HOW MIGHT I BE EXPOSED TO CHROMIUM?

| | |
|---|---|
| **Air exposure** | You can be exposed to trace levels of chromium by breathing air containing it.  Releases of chromium into the air can occur from:<br><br>• industries using or manufacturing chromium<br>• living near a hazardous waste facility that contains chromium<br>• cigarette smoke<br><br>Rural or suburban air generally contains lower concentrations of chromium than urban air.<br><br>• <10 ng/m$^3$ in rural areas<br>• 0–30 ng/m$^3$ in urban areas<br>• as a result of smoking, indoor air contaminated with chromium can be 10–400 times greater than outdoor air concentrations |
| **Workplace air** | A large number of workers are potentially exposed to chromium.  The highest potential exposure occurs in the metallurgy and tanning industries, where workers may be exposed to high air concentrations. |
| **Water and soil** | Chromium is occasionally detected in groundwater, drinking water, or soil samples.  Some ways to be exposed to chromium include:<br><br>• drinking water containing chromium<br>• bathing in water containing chromium |
| **Food** | The general population is most likely to be exposed to trace levels of chromium in the food that is eaten.  Low levels of chromium(III) occur naturally in a variety of foods, such as fruits, vegetables, nuts, beverages, and meats. |

## 1.4    HOW CAN CHROMIUM ENTER AND LEAVE MY BODY?

| | |
|---|---|
| **Enter your body**<br>• **inhalation** | When you breathe air containing chromium, some of the chromium will enter your body through your lungs.  Some forms of chromium can remain in the lungs for several years or longer. |
| • **ingestion** | A small percentage of ingested chromium will enter the body through the digestive tract. |
| • **dermal contact** | When your skin comes in contact with chromium, small amounts of chromium will enter your body. |
| **Leave your body** | Chromium(VI) is changed to chromium(III) in the body.  Most of the chromium leaves the body in the urine within a week, although some may remain in cells for several years or longer. |

CHROMIUM

1. PUBLIC HEALTH STATEMENT

## 1.5   HOW CAN CHROMIUM AFFECT MY HEALTH?

This section looks at studies concerning potential health effects in animal and human studies.

| **Respiratory tract** | The most common health problem in workers exposed to chromium involves the respiratory tract.  These health effects include irritation of the lining of the nose, runny nose, and breathing problems (asthma, cough, shortness of breath, wheezing).  Workers have also developed allergies to chromium compounds, which can cause breathing difficulties and skin rashes.<br><br>The concentrations of chromium in air that can cause these effects may be different for different types of chromium compounds, with effects occurring at much lower concentrations for chromium(VI) compared to chromium(III). However, the concentrations causing respiratory problems in workers are at least 60 times higher than levels normally found in the environment.<br><br>Respiratory tract problems similar to those observed in workers have been seen in animals exposed to chromium in air. |
|---|---|
| **Stomach and small Intestine** | The main health problems seen in animals following ingestion of chromium(VI) compounds are to the stomach and small intestine (irritation and ulcer) and the blood (anemia).  Chromium(III) compounds are much less toxic and do not appear to cause these problems. |
| **Male reproductive system** | Sperm damage and damage to the male reproductive system have also been seen in laboratory animals exposed to chromium(VI). |
| **Cancer** | The International Agency for Research on Cancer (IARC) has determined that chromium(VI) compounds are carcinogenic to humans.  The National Toxicology Program 11th Report on Carcinogens classifies chromium(VI) compounds as known to be human carcinogens.<br><br>In workers, inhalation of chromium(VI) has been shown to cause lung cancer.  Mixed results have been found in studies of populations living in areas with high levels of chromium(VI) in the drinking water.<br><br>In laboratory animals, chromium(VI) compounds have been shown to cause tumors to the stomach, intestinal tract, and lung. |

## 1.6    HOW CAN CHROMIUM AFFECT CHILDREN?

This section discusses potential health effects in humans from exposures during the period from conception to maturity at 18 years of age.

| | |
|---|---|
| **Effects in children** | There are no studies that have looked at the effects of chromium exposure on children.  It is likely that children would have the same health effects as adults.  We do not know whether children would be more sensitive than adults to the effects of chromium. |
| **Developmental effects** | There are no studies showing that chromium causes birth defects in humans.<br><br>In animals, some studies show that exposure to high doses during pregnancy may cause miscarriage, low birth weight, and some changes in development of the skeleton and reproductive system.  Developmental effects in animals may be related, in part, to chromium toxicity in the mothers. |

## 1.7    HOW CAN FAMILIES REDUCE THE RISK OF EXPOSURE TO CHROMIUM?

| | |
|---|---|
| **Avoid tobacco smoke** | Chromium is a component of tobacco smoke.  Avoid smoking in enclosed spaces like inside the home or car in order to limit exposure to children and other family members. |
| **Avoid older pressure treated lumber** | In the past, pressure treated wood used chromated copper arsenate; however, the use of this product in residential settings was discontinued effective December 31, 2003.  Avoiding older pressure treated lumber can reduce your risk of exposure to chromium.  You may also have your water tested to ensure that you are not exposed to high levels of chromium. |
| **Launder clothing from work sites** | Clothing or items removed from the workplace may contain chromium if you are employed in a setting where occupational exposure is significant.  Therefore, common sense hygiene and laundry practices may help avoid unnecessary exposures. |

If your doctor finds that you have been exposed to significant amounts of chromium, ask whether your children might also be exposed.  Your doctor might need to ask you state health department to investigate.

## 1.8    IS THERE A MEDICAL TEST TO DETERMINE WHETHER I HAVE BEEN EXPOSED TO CHROMIUM?

| | |
|---|---|
| **Detecting exposure** | Since chromium is a required nutrient in the body and is normally present in food, chromium is normally present in blood, urine, and body tissues. |
| **Measuring exposure** | Higher than normal levels of chromium in blood or urine may indicate that a person has been exposed to chromium.  However, increases in blood and urine chromium levels cannot be used to predict the kind of health effects that might develop from that exposure. |

## 1.9    WHAT RECOMMENDATIONS HAS THE FEDERAL GOVERNMENT MADE TO PROTECT HUMAN HEALTH?

The federal government develops regulations and recommendations to protect public health.  Regulations can be enforced by law.  The EPA, the Occupational Safety and Health Administration (OSHA), and the Food and Drug Administration (FDA) are some federal agencies that develop regulations for toxic substances.  Recommendations provide valuable guidelines to protect public health, but cannot be enforced by law.  The Agency for Toxic Substances and Disease Registry (ATSDR) and the National Institute for Occupational Safety and Health (NIOSH) are two federal organizations that develop recommendations for toxic substances.

Regulations and recommendations can be expressed as "not-to-exceed" levels.  These are levels of a toxic substance in air, water, soil, or food that do not exceed a critical value.  This critical value is usually based on levels that affect animals; they are then adjusted to levels that will help protect humans.  Sometimes these not-to-exceed levels differ among federal organizations because they used different exposure times (an 8-hour workday or a 24-hour day), different animal studies, or other factors.

Recommendations and regulations are also updated periodically as more information becomes available. For the most current information, check with the federal agency or organization that provides it.

Some regulations and recommendations for chromium include the following:

| Levels in drinking water set by EPA | The EPA has established a maximum contaminant level of 0.1 mg/L for total chromium in drinking water.  EPA currently seeks voluntary monitoring of hexavalent chromium in drinking water by municipalities.  However, it is reviewing health effects data of hexavalent chromium and may set limits on its levels in drinking water in the future. |
|---|---|
| Levels in bottled water set by FDA | The FDA has determined that the chromium concentration in bottled drinking water should not exceed 0.1 mg/L. |
| Levels in workplace air set by OSHA | OSHA set a legal limit for chromium(VI) of 0.005 mg/m$^3$ chromium in air averaged over an 8-hour work day, for chromium(III) of 0.5 mg/m$^3$ chromium in air averaged over an 8-hour work day, and for chromium(0) of 1.0 mg/m$^3$ chromium in air averaged over an 8-hour work day. |
| Levels in workplace air set by NIOSH | NIOSH recommends an exposure limit of 0.5 mg/m$^3$ chromium as chromium metal and chromium(II) and chromium(III) compounds in air averaged over an 8-hour work day.  NIOSH also recommends an exposure limit of 0.001 mg/m$^3$ for chromium(VI) compounds in air averaged over 10-hour work day. |

## 1.10  WHERE CAN I GET MORE INFORMATION?

If you have any more questions or concerns, please contact your community or state health or environmental quality department, or contact ATSDR at the address and phone number below.

ATSDR can also tell you the location of occupational and environmental health clinics.  These clinics specialize in recognizing, evaluating, and treating illnesses that result from exposure to hazardous substances.

Toxicological profiles are also available on-line at www.atsdr.cdc.gov and on CD-ROM.  You may request a copy of the ATSDR ToxProfiles™ CD-ROM by calling the toll-free information and technical assistance number at 1-800-CDCINFO (1-800-232-4636), by e-mail at cdcinfo@cdc.gov, or by writing to:

> Agency for Toxic Substances and Disease Registry
> Division of Toxicology and Human Health Sciences (proposed)
> 1600 Clifton Road NE
> Mailstop F-62
> Atlanta, GA 30333
> Fax: 1-770-488-4178

Organizations for-profit may request copies of final Toxicological Profiles from the following:

National Technical Information Service (NTIS)
5285 Port Royal Road
Springfield, VA 22161
Phone: 1-800-553-6847 or 1-703-605-6000
Web site:  http://www.ntis.gov/

USCA Case #25-1087     Document #2105058     Filed: 03/10/2025     Page 1564 of 2126

# 2. RELEVANCE TO PUBLIC HEALTH

## 2.1 BACKGROUND AND ENVIRONMENTAL EXPOSURES TO CHROMIUM IN THE UNITED STATES

Chromium is a naturally occurring element present in the earth's crust. Chromium is released to the environment from natural and anthropogenic sources, with the largest release occurring from industrial releases. The industries with the largest contribution to chromium release include metal processing, tannery facilities, chromate production, stainless steel welding, and ferrochrome and chrome pigment production. The estimated atmospheric concentrations of chromium in U.S. urban and nonurban areas typically contains mean total chromium concentrations ranging from 5 to 525 ng/m$^3$. The levels of chromium in U.S. fresh waters typically range from <1 to 30 μg/L, with a median value of 10 μg/L. Typical U.S. drinking water supplies contain total chromium levels within a range of 0.2–35 μg/L however, most supplies in the United States contain <5 μg/L of chromium. Recent monitoring data of drinking water supplies in California indicated that 86% of the sources tested had levels of chromium (reported for chromium(VI)) below 10 μg/L. U.S. soil levels of total chromium range from 1 to 2,000 mg/kg, with a mean level of 37 mg/kg. In ocean water, the mean chromium concentration is 0.3 μg/L.

The general population is exposed to chromium by inhaling ambient air, ingesting food, and drinking water containing chromium. Dermal exposure of the general public to chromium can occur from skin contact with certain consumer products or soils that contain chromium. The primary route of nonoccupational workers, however, is food ingestion. Chromium content in foods varies greatly and depends on the processing and preparation. In general, most fresh foods typically contain chromium levels ranging from <10 to 1,300 μg/kg. Present-day workers in chromium-related industries can be exposed to chromium concentrations 2 orders of magnitude higher than the general population.

## 2.2 SUMMARY OF HEALTH EFFECTS

***Chromium as an Essential Nutrient.*** Chromium(III) is an essential nutrient required for normal energy metabolism. The Institute of Medicine (IOM) of the National Research Council (NRC) determined an adequate intake (e.g., a level typically consumed by healthy individuals) of 20–45 μg chromium(III)/day for adolescents and adults. IOM reported average plasma chromium concentrations of 2–3 nmol/L (equivalent to 0.10–0.16 μg/L) and an average urinary chromium excretion of 0.22 μg/L or 0.2 μg/day. Currently, the biological target for the essential effects of chromium(III) is unknown. Chromodulin, also

referred to as glucose tolerance factor (GTF), has been proposed as one possible candidate. The function of chromodulin, an oligopeptide complex containing four chromic ions, has not been established; however, a possible mechanism is that chromodulin facilitates the interaction of insulin with its cellular receptor sites, although this has not been proven.

Although the Institute of Medicine considers chromium(III) an essential element, some critics question its essentiality. Reports of chromium(III) deficiency are rare and there is no recognized disease that is attributed to chromium deficiency as there is with most other essential minerals (e.g., osteoporosis associated with calcium deficiency). Evidence of overt signs of apparent chromium deficiency in humans is limited to a few case reports. In one such case report, a woman receiving total parenteral nutrition for 3 years exhibited peripheral neuropathy, weight loss, and impaired glucose metabolism. Administration of insulin did not improve glucose tolerance. Administration of 250 μg/day chromium without exogenous insulin resulted in normal glucose tolerance of an oral load of glucose and the absence of peripheral neuropathy. Thus, direct evidence of chromium(III) deficiency in humans is lacking. In animals, severe chromium deficiency is also difficult to induce, but when it was induced hyperglycemia, decreased weight gain, elevated serum cholesterol levels, aortic plaques, corneal opacities, impaired fertility, and lethality were observed. Administration of inorganic trivalent chromium compounds or extracts of brewers' yeast resulted in decreased blood glucose levels and cholesterol levels and regression of atherosclerotic plaques. Improved insulin sensitivity also resulted in an increased incorporation of amino acids into proteins and cell transport of amino acid in rats receiving supplemental chromium. Thus, whether chromium is a true essential element or a pharmacological agent is still under debate.

Studies have shown that chromium supplementation (Brewer's yeast, extracts of brewer's yeast, synthetic chromium compounds with biological activity, chromium(III) picolinate, and inorganic trivalent chromium) in deficient and marginally deficient subjects can result in improved glucose, protein, and lipid metabolism. In general, these studies have demonstrated improved glucose tolerance to an oral glucose load in Type II diabetics (adult onset) and nondiabetic elderly subjects receiving a 4–200 μg/day chromium supplement and improved plasma lipid profiles (e.g., decreased total cholesterol, LDL-cholesterol, and serum lipids and increased in HDL-cholesterol); improvements in serum lipids and cholesterol levels may be secondary to the decreased serum glucose levels.

Chromium picolinate has been used as a dietary supplement to aid in weight loss and increase lean body mass; however, the role of chromium in the regulation of lean body mass, percentage body fat, and weight reduction is highly controversial with negative and positive results being reported in the literature.

Numerous studies have evaluated the relationship between weight loss or increases in lean body mass in active and sedentary adults and chromium picolinate supplementation, with mixed results reported. Information on adverse health effects of chromium(III) compounds, including dietary supplements, in humans and animals is reviewed below.  However, based on a limited number case studies reporting adverse effects in humans ingesting high-dose chromium(III) supplements, individuals using chromium supplements are cautioned to avoid taking more than recommended doses.

***Chromium Toxicokinetics.***  The toxicokinetics of a given chromium compound depend on the valence state of the chromium atom and the nature of its ligands.  For inhaled chromium compounds of any valence state, the amount and location of deposition of inhaled chromium will be determined by factors that influence convection, diffusion, sedimentation, and interception of particles in the airways.  In general, less water-soluble chromium compounds that deposit in the pulmonary region can be expected to have a longer retention time in the lung than more soluble forms.  Most quantitative studies of the gastrointestinal absorption of chromium in humans have estimated the absorption fraction to be <10% of the ingested dose.  In general, these studies suggest that the absorption fraction of soluble chromium compounds is higher than insoluble forms (e.g., $CrCO_3$), and is higher for soluble chromium(VI) compounds (e.g., $K_2Cr_2O_7$) than soluble chromium(III) (e.g., $CrCl_3$).  Chromium(VI) is reduced in the stomach to chromium(III), which lowers the absorbed dose from ingested chromium(VI).  Absorption is also affected by nutritional status.  The absorption fraction is higher when dietary intakes are lower.  Chromium(III) and chromium(VI) can penetrate human skin to some extent, especially if the skin is damaged.

Absorbed chromium distributes to nearly all tissues, with the highest concentrations found in kidney and liver.  Bone is also a major depot and may contribute to long-term retention kinetics of chromium.  Chromium(VI) is reduced to chromium(III) via the intermediate forms of chromium(V) and chromium(IV).  Reduction of chromium(VI) to chromium(III) can give rise to reactive intermediates, chromium adducts with proteins and deoxyribonucleic acid (DNA), and secondary free radicals.  Chromium(VI) in blood is taken up into red blood cells, where it undergoes reduction and forms stable complexes with hemoglobin and other intracellular proteins, which are retained for a substantial fraction of the red blood cell lifetime.  Absorbed chromium can be transferred to fetuses through the placenta and to infants via breast milk.  Absorbed chromium is excreted predominantly in urine.  Chromium has been shown to be secreted in bile of animals following parenteral (e.g., intravenous) injection of chromium(VI) or chromium(III) compounds.  Chromium can also be eliminated by transfer to hair and nails.

***Health Effects of Chromium.***  The health effects associated with exposures to chromium(VI), chromium(III) and chromium (IV) are reviewed in detail in Chapter 3.  In general, chromium(VI) compounds are more toxic than chromium(III) compounds.  The higher toxic potency of chromium(VI) compared to chromium(III) is complex.  Chromium(VI) enters cells by facilitated uptake, whereas chromium(III) crosses cell membranes by simple diffusion; thus, cellular uptake of chromium(VI) is more effective than the uptake of chromium(III).  Furthermore, in biological systems, reduction of chromium(VI) to chromium(III) results in the generation of free radicals, which can form complexes with intracellular targets.  Health effects of chromium compounds can vary with route of exposure, with certain effects specific for the portal of entry.  For example, respiratory effects are associated with inhalation of chromium compounds, but not with oral and dermal exposures, and gastrointestinal effects are primarily associated with oral exposure.  However, as described below, effects of chromium are not limited to the portal of entry, with hematological, immunological, and reproductive systems also identified as targets for chromium.  In addition to noncancer health effects, results of occupational exposure studies and chronic-duration animal studies indicate that inhalation and oral exposures to chromium(VI) compounds are associated with respiratory and gastrointestinal system cancers, respectively (see discussion under chromium(VI) below for additional information).

***Chromium(VI)***

The primary effects associated with exposure to chromium(VI) compounds are respiratory, gastrointestinal, immunological, hematological, reproductive, and developmental.  In addition, dermal and ocular irritation may occur from direct contact.  Based on available dose-response data in humans and animals, the most sensitive noncancer effects of chromium(VI) compounds are respiratory (nasal and lung irritation, altered pulmonary function), gastrointestinal (irritation, ulceration and nonneoplastic lesions of the stomach and small intestine), hematological (microcytic, hypochromic anemia), and reproductive (effects on male reproductive organs, including decreased sperm count and histopathological change to the epididymis).  As reviewed below, respiratory and gastrointestinal effects appear to be portal-of-entry effects for inhalation and oral exposure, respectively.  Similarly, chromium sensitization, the major immunological effect of chromium(VI), typically presents as allergic contact dermatitis resulting from dermal exposures in sensitized individuals, although respiratory effects of sensitization (asthma) may also occur.  Accidental or intentional ingestion of extremely high doses of chromium(VI) compounds by humans has resulted in severe respiratory, cardiovascular, gastrointestinal, hematological, hepatic, renal, and neurological effects as part of the sequelae leading to death or in patients who survived because of medical treatment.

**Respiratory Effects.**    The respiratory tract is the major target of inhalation exposure to chromium(VI) compounds in humans and animals.  Respiratory effects have been observed in workers in the following chromium-related industries:  chrome plating, chromate and dichromate production, stainless steel welding, and possibly ferrochromium production and chromite mining.  Respiratory effects due to inhalation exposure are probably due to direct action of chromium at the site of contact.  Intermediate- and chronic-duration exposure of workers to chromium(VI) compounds has resulted in epistaxis, chronic rhinorrhea, nasal itching and soreness, nasal mucosal atrophy, perforations and ulceration of the nasal septum, bronchitis, pneumoconiosis, decreased pulmonary function, and pneumonia.  In some chromium-sensitive patients, inhalation of airborne chromium(VI) compounds in the workplace has resulted in asthma.  Nasal irritation and mucosal atrophy and decreases in pulmonary function have occurred at occupational exposure levels $\geq 0.002$ mg chromium(VI)/m$^3$ as chromium trioxide mist. Autopsies of humans who died from cardiopulmonary arrest after ingesting chromium(VI) compounds have revealed pleural effusion, pulmonary edema, bronchitis, and acute bronchopneumonia.  Respiratory effects due to ingestion of nonlethal doses are not likely to occur.  It is not certain whether skin contact with chromium compounds could result in respiratory effects.

Adverse effects on the respiratory system following inhalation exposure to chromium(VI) have also been observed in animals.  Acute- and intermediate-duration exposure to moderate levels of chromium(VI) compounds generally caused mild lung irritation, accumulation of macrophages, hyperplasia, inflammation, and impaired lung function.  A lowest-observed-adverse-effect level (LOAEL) of 0.025 mg chromium(VI)/m$^3$ as potassium dichromate particles for increased percentage of lymphocytes in bronchoalveolar lavage (BAL) fluid in rats exposed for 28 or 90 days was identified.  Obstructive respiratory dyspnea at $\geq 0.2$ mg chromium(VI)/m$^3$, fibrosis at $\geq 0.1$ mg chromium(VI)/m$^3$, and hyperplasia at $\geq 0.05$ mg chromium(VI)/m$^3$ were found in the lungs of rats exposed to sodium dichromate for 30 or 90 days.  The fibrosis and hyperplasia were reversible.  Increases in the levels of total protein, albumin, and activity of lactate dehydrogenase and β-glucuronidase were observed in the bronchoalveolar lavage fluid.  Nasal septum perforation, hyperplasia and metaplasia of the larynx, trachea, and bronchus, and emphysema developed in mice exposed to chromium trioxide mists for 1 year.  Mice exposed chronically to 4.3 mg chromium(VI)/m$^3$ as calcium chromate also had epithelial necrosis and hyperplasia of the bronchiolar walls.

**Gastrointestinal Effects.**    Acute oral exposure of humans to lethal or near-lethal doses of chromium(VI) has produced adverse gastrointestinal effects, including abdominal pain, vomiting,

APPX ATT_V6_3874

gastrointestinal ulceration, hemorrhage and necrosis, and bloody diarrhea. Gastrointestinal effects have also been reported in association with chronic oral exposure of humans to chromium(VI). In a cross-sectional study conducted in 1965 of 155 people whose well water contained 20 mg chromium(VI)/L as a result of pollution from an alloy plant in the People's Republic of China, associations were found between drinking the contaminated water and oral ulcer, diarrhea, abdominal pain, indigestion, and vomiting. Epigastric pain, irritation, and ulceration have been reported in occupational studies of chrome plating and chromate production workers. Exposures in these studies included inhalation and ingestion of chromium (e.g., mucocilliary clearance of inhaled chromium particles to the gastrointestinal tract and/or ingestion secondary to hand-to-mouth activity) and outcomes may have been influenced by other factors, such as stress and diet. Gastrointestinal effects from dermal exposures or absorption of inhaled chromium(VI) are not anticipated.

Studies in animals show that the gastrointestinal system is a primary target of intermediate- and chronic-duration oral exposure to chromium(VI). Adverse effects were observed in the gastrointestinal tract of F344/N rats and B6C3F1 mice exposed to sodium dichromate dihydrate in drinking water for 14 weeks, with LOAEL values of 3.5 mg chromium(VI)/kg/day for duodenal histiocytic infiltration of the duodenum in male and female rats and of 3.1 mg chromium(VI)/kg/day for epithelial hyperplasia in mice. At a higher dose (20.9 mg chromium(VI)/kg/day), more severe effects (ulcer and epithelial hyperplasia and metaplasia of the glandular stomach) were observed in rats. Histopathological changes of the duodenum (epithelial hyperplasia and histiocytic cellular infiltrate) were also reported in a 3-month comparative study in male B6C3F1, BALB/c, and C57BL/6 mice exposed to sodium dichromate dihydrate in drinking water for 14 weeks, a LOAEL values of 2.8 mg chromium(VI)/kg/day. After exposure for 2 years, histopathological changes were observed in the gastrointestinal tract of rats and mice. In male and female rats exposed to 0.77 and 2.4 chromium(VI)/kg/day, respectively, histiocytic infiltration of the duodenum was observed. In mice, duodenal epithelial hyperplasia was observed in males and females at 0.38 mg chromium(VI)/kg/day and histiocytic cellular infiltration of the duodenum was observed in males at 2.4 mg chromium(VI)/kg/day and in females at 3.1 mg chromium(VI)/kg/day.

Results of intermediate-duration inhalation studies in animals yield mixed results regarding the potential for gastrointestinal effects. Although rats exposed by inhalation to ≤0.2 mg chromium(VI)/m$^3$ as sodium dichromate for ≤90 days did not have histopathological changes in the gastrointestinal tract, mice exposed chronically to 4.3 mg chromium(VI)/m$^3$ were reported to have occasional small ulcerations in the stomach and intestinal mucosa; however, the potential of oral exposure via grooming behavior cannot be excluded.

APPX ATT_V6_3875

**Immunological Effects.**    Exposure to chromium(VI) compounds may lead to allergic sensitization in some individuals.  Sensitization to chromium is produced through two types of hypersensitivity reactions: type I, an immediate onset, IgE-mediated immune mechanism, and type IV, a delayed, cell-mediated immune mechanism.  Following an induction phase during which the individual becomes sensitized, subsequent exposures result in an allergic response, with symptoms typically presenting as dermatitis or asthma.  Sensitization may occur from inhalation, oral, and/or dermal exposure.  Estimates of the prevalence of chromium sensitivity in the general U.S. population range from 0.08 to 7%, depending upon the population evaluated.  For dermal responses, the allergic response following direct skin contact with chromium compounds is characterized by eczema or dermatitis; typically, chromium-induced allergic contact dermatitis is isolated to areas at the site of contact, rarely occurring in areas remote from the point of contact.  However, oral exposure to chromium(VI) has been shown to exacerbate dermatitis of sensitive individuals.  The acute response phase lasts for a few days to a few weeks and is characterized by erythema, edema, and small and large blisters; the chronic phase exhibits similar clinical features, but may also include thickened, scaly, and fissured skin.  Exposure to chromium compounds in chromium-related occupations appears to be the major cause of chromium contact dermatitis.  Patch testing has identified chromium-sensitized workers in the printing and lithography industry, in automobile factories where assemblers handled nuts, bolts, and screws, in wet sandpapering of primer paint where workers were exposed to zinc chromate, in the cement industry, in railroad systems and diesel locomotive repair shops where antirust diesel-engine coolants and radiator fluids contained sodium chromate, in tanneries, and in the welding, plating, wood, and paper industries.  Other sources of chromium that have resulted in chromium sensitivity include dichromate-containing detergents and bleach, glues, machine oils, foundry sand, match heads, boiler linings, and magnetic tapes.  Exposure to low levels of chromium as found in consumer products could result in sensitization or a reaction in sensitized individuals; therefore, in hypersensitive individuals may develop rashes and erythema from contact with consumer products containing chromium.  Oral doses of potassium dichromate exacerbated the dermatitis of sensitive individuals.

Several studies have estimated the exposure level required to elicit a dermal response in chromium-sensitized individuals; exposure levels of 4–25 ppm produced sensitization and elicitation of chromium-induced allergic dermatitis.  However, confounding factors, such as variability in testing methods (including different chromium compounds used in challenge testing) and individual sensitivity, complicate interpretation of results.  Furthermore, the response of an individual to dermal challenge may vary over time due to changes in exposure to the sensitizing agents; if an individual is removed from

exposure, circulating IgE levels may decrease, resulting in decreased sensitivity to dermal challenge. Therefore, it is anticipated that the exposure level required to elicit a dermal response in sensitized individuals will be highly variable.

Asthmatic attacks have occurred in chromium-sensitive individuals exposed by inhalation in occupational settings to chromium trioxide vapors and chromium fumes from stainless steel welding.  When challenged with sodium chromate or potassium dichromate via nebulizer, chromium-sensitive patients displayed anaphylactoid reactions, characterized by dermatitis, facial angioedema and erythema, nasopharyngeal pruritus, cough, wheezing, bronchospasms, increased plasma histamine levels, urticaria, and decreased forced expiratory volume.  While chromium-induced asthma might occur in some sensitized individuals exposed to elevated concentrations of chromium in air, the number of sensitized individuals is low, and the number of potentially confounding variables in the chromium industry is high.

Studies in animals also indicate that the immune system is a target for inhaled and ingested chromium(VI) compounds.  Effects reported include stimulation of the humoral immune system and increased phagocytic activity of macrophages, increased proliferative responses of splenocytes to T- and B-cell mitogens and to the antigen mitomycin C and histopathological alteration (histiocytic cellular infiltration) of pancreatic lymph nodes; contact dermatitis has been elicited in guinea pigs and mice.

**Hematological Effects.**    As discussed above (*Chromium Toxicokinetics*), chromium(VI) is distributed to and accumulated by the erythrocyte; once inside the cell, it is rapidly reduced to chromium(III) via the reactive intermediates chromium(V) and chromium(IV), and binds to hemoglobin and other ligands.  The chromium-hemoglobin complex is relatively stable and remains sequestered within the cell over the life-span of the erythrocyte, with approximately 1% of chromium eluting from the erythrocyte daily.  Occupational studies and other studies in humans have not consistently reported hematological effects, although microcytic, hypochromic anemia has been reported in several recent animals studies on chromium(VI) compounds (detailed discussion follows).  However, it is possible that small, exposure-related changes in hematological parameters may not have been detected in occupational exposure studies, if values were within normal clinical ranges.  Hematological findings in humans exposed to lethal doses of chromium(VI) compounds are difficult to interpret in the context of multiple systemic effects observed leading up to death, including hemorrhage.

Results of acute-, intermediate-, and chronic-duration studies in animals identify the hematological system as one of the most sensitive effects of oral exposure to chromium(VI).  Microcytic, hypochromic

anemia, characterized by decreased mean cell volume (MCV), mean corpuscular hemoglobin (MCH), hematocrit (Hct), and hemoglobin (Hgb), was observed in rats and mice orally exposed to chromium(VI) compounds for exposure durations ranging from 4 days to 1 year.  The severity of anemia exhibited dose- and duration-dependence, with maximum effects observed after approximately 3 weeks of exposure; with increasing exposures durations (e.g., 14 weeks–1 year), anemia is less severe, presumably due to compensatory hematopoietic responses.  In general, effects observed in rats were more severe than those in mice.

Acute exposure of male rats to sodium dichromate dihydrate in drinking water for 4 days, produced a slight, but statistically significant decrease (2.1%) in MCH in rats exposed to 2.7 mg chromium(VI)/ kg/day, but not at 0.7 mg chromium(VI)/kg/day.  With increasing doses ($\geq$7.4 mg chromium(VI)/kg/day), additional decreases in MCH and decreased MCV were observed.  Similar effects were observed in male and female rats exposed for 5 days, with effects observed at 4.0 and 4.1 chromium(VI)/kg/day, respectively; a no-observed-adverse-effect level (NOAEL) was not established.  Although the magnitude of changes to hematological parameters after acute exposure was minimal, since severe effects on hematological parameters were observed following intermediate exposure durations, with severity peaking at exposure durations of 22 days to 3 months, the minimal hematological alterations observed following acute exposure are considered to be indicative of adverse hematological effects.

More severe microcytic, hypochromic anemia occurred in rats and mice following exposure to sodium dichromate dihydrate in drinking water for 22 or 23 days.  Decreased Hct, Hgb, MCV, and MCH occurred at $\geq$0.77 mg chromium(VI)/kg/day, with decreases exhibiting dose-dependence; effects were not observed at 0.21 mg chromium(VI)/kg/day.  After exposure for 3 months to 1 year, microcytic, hypochromic anemia in rats and mice was less severe than that observed after 22 or 23 days.  Hematological effects, including decreased hematocrit, hemoglobin, and erythrocyte count, have also been reported in rats exposed to chromium trivalent oxide mist for 90 days, with a LOAEL value of 0.23 mg chromium(VI)/m$^3$.

**Reproductive Effects.**    Results of studies in humans and animals suggest that chromium(VI) causes adverse reproductive effects, although evidence from studies in animals is much stronger than from studies in humans.  Although information regarding reproductive effects in humans is limited, the following effects have been reported:  a significant increase in the number of morphologically abnormal sperm; significant decreases on sperm count and motility; and greater incidences of complications during

pregnancy and childbirth (toxicosis and postnatal hemorrhage). There no evidence of reproductive effects in humans environmentally exposed to chromium(VI).

Studies in laboratory animals show that acute- and intermediate-duration exposure to chromium(VI) produces adverse reproductive effects, with the male reproductive system exhibiting the highest sensitivity. Following a 6-day gavage administration of ≥5.2 mg chromium(VI)/kg/day as chromic acid to Wister rats, decreased sperm count, increased percentage of abnormal sperm, and morphological changes to seminiferous tubules (decreased diameter of seminiferous tubules and germ cell rearrangement) were observed (observations were made 6 weeks after completion of treatment); a NOAEL was not defined in this study. The male reproductive system was identified as a target for oral chromium(VI) exposure in intermediate-duration studies in monkeys, rats, and rabbits. Decreased sperm count and motility and histopathological changes to the epididymis (ductal obstruction, development of microcanals, depletion of germ cells, hyperplasia of Leydig cells, and Sertoli cell fibrosis) have been reported in monkeys exposed to 2.1 mg chromium(VI)/kg/day as potassium dichromate in drinking water for 180 days. Effects on male reproductive organs and sexual behavior in rats and mice have been reported at doses of ≥2.6 mg chromium(VI)/kg/day.

In NTP studies designed to confirm or refute these findings of one study, the reproductive effects of different concentrations of chromium(VI) as potassium dichromate in the diet on BALB/c mice and Sprague-Dawley rats were investigated. Microscopic examinations of the testes and epididymis for Sertoli nuclei and preleptotene spermatocyte counts in stage X or XI tubules did not reveal any treatment-related effects at daily doses up to 32.2 mg chromium(VI)/kg/day. Similarly, exposure to sodium dichromate dihydrate in drinking water did not produce morphological changes to male reproductive organs of B6C3F1 mice exposed to 27.9 or 5.9 mg chromium(VI)/kg/day for 3 months or 2 years, respectively, or affect sperm count or motility in male B6C3F1, BALB/c, and C57BL/6N mice exposed to 8.7 mg chromium(VI)/kg/day for 3 months.

Other reproductive effects reported in rats and mice include altered weights of female reproductive organs, decreased number of follicles and ova, increased pre- and/or postimplantation losses, and increased resorptions at doses of ≥5 mg chromium(VI)/kg/day. Mixed results have been found in studies designed to assess the effects of chromium(VI) exposure on fertility. No effects on fertility were observed in mice exposed to ≤37 mg chromium(VI)/kg/day as potassium dichromate in the diet. Decreased mating and fertility, increased preimplantation losses, and increased resorptions have been observed in rats and mice exposed to ≥37 mg chromium(VI)/kg/day or 52 mg chromium(VI)/kg/day as

potassium dichromate in drinking water for 20 or 90 days prior to mating. Pre- and postimplantation loss and decreased litter size was also observed in mice exposed to ≥46 mg chromium(VI)/kg/day as potassium dichromate in drinking water throughout gestation. Significant decreases in the number of implantations and viable fetuses were observed when male mice exposed to 6 mg chromium(VI)/kg/day as potassium dichromate in drinking water for 12 weeks were mated with unexposed female mice; however, sperm count was not measured and the classification of non-viable fetuses was not presented in this report. However, a similarly designed study did not find any alterations in the number of implantations or viable fetuses in unexposed female rats mated with males exposed to 42 mg chromium(VI)/kg/day as potassium dichromate in drinking water for 12 weeks. It is not known if the species difference contributed to these conflicting results. Decreases in the number of implantations and viable fetuses and an increase in the number of animals with resorptions were also seen in females exposed for 12 weeks to 6 mg chromium(VI)/kg/day as potassium dichromate mated with unexposed males.

**Developmental Effects.**    No studies were located regarding developmental effects in humans after exposure to chromium compounds. A number of oral exposure animal studies have shown that chromium(VI) is a developmental toxicant following premating and/or *in utero* exposure, or lactational exposure. In developmental studies in rats and mice, gestational exposure produced increased postimplantation loss, decreased number of live fetuses/litter, decreased fetal weight, internal and skeletal malformations, and delayed sexual maturation in offspring; however, these effects were observed at relatively high doses (e.g., ≥35 mg chromium(VI)/kg/day). In mated female rats administered 35.7 mg chromium(VI)/mg/day as potassium dichromate by gavage on gestational days 1–3, a decreased number of pregnancies were observed; exposure on gestational days 4–6 resulted in decreased number of viable fetuses and increased number of resorptions, but did not alter the number of pregnancies. Exposure of female rats to ≥37 mg chromium(VI)/kg/day and mice to ≥52 mg chromium(VI)/kg/day to potassium dichromate(VI) in drinking water for 20 or 90 days followed by mating to unexposed males resulted in fetal mortality (postimplantation losses, resorptions, and decreased number of live fetuses), decreased growth (decreased fetal body weights and crown-rump length), reduced ossification, subdermal hemorrhagic patches, and kinky tails. Similar effects (increased resorptions, increased postimplantation losses, subdermal hemorrhages, decreased cranial ossification, tail kinking, and decreased fetal body weight and decreased crown-rump length) were observed in the offspring of mice exposed to 46 mg chromium(VI)/kg/day as potassium dichromate in drinking water during gestation. In mice exposed to 53 mg chromium(VI)/kg/day as potassium dichromate in drinking water during gestational days 6–14, fetal mortality, subdermal hemorrhagic patches, and reduced ossification were observed in the offspring.

Impaired development of the reproductive system (delayed vaginal opening) was observed in the offspring of mice exposed to 66 mg chromium(VI)/kg/day as potassium dichromate in the drinking water on gestation day 12 through lactation day 20. Delayed vaginal opening was also reported in offspring of rats exposed to ≥2.9 mg chromium(VI)/kg/day as potassium dichromate in the drinking water on postnatal days 1–21. Perinatal exposure to doses ≥2.9 chromium(VI)/kg/day as potassium dichromate in the drinking water caused oxidative stress in the uterus, liver, kidney, and bone from the offspring. Microscopic examination of the kidney, liver, and bone showed morphological alterations in the three tissues. A single study reported that gavage administration of 4.4 mg chromium(VI)/kg/day as potassium dichromate to neonatal rats reduced mandibular growth and delayed tooth eruption.

**Dermal Effects.** Chromium(VI) compounds can produce effects on the skin and mucous membranes. These include irritation, burns, ulcers, and an allergic type of dermatitis. Irritation of respiratory mucosal tissues, nasal septum ulcers, and perforation are reviewed above under Respiratory Effects and allergic dermatitis is reviewed above under Respiratory Effects and Immunological Effects. Most dermal effects reported were either due to occupational intermediate-chronic exposure or acute exposure to high levels of chromium compounds. Environmental exposure to chromium compounds is not likely to result in dermal effects. Acute dermal exposure to chromium(VI) compounds can cause skin burns. Application of a salve containing potassium chromate to the skin of some individuals to treat scabies resulted in necrosis and sloughing of the skin, and some individuals even died as a result of infections of these areas. A worker whose skin came into direct contact with the chromic acid as a result of an industrial accident developed extensive skin burns.

Although skin contact with chromate salts may cause rashes, untreated ulcers or sores (also called chrome holes) on the skin can be a major problem because they can deeply penetrate the skin with prolonged exposure. For example, in an early case of a tannery worker, the penetration extended into the joint, necessitating amputation of the finger. However, chrome sores heal if exposure is discontinued, leaving a scar. Chrome sores are more often associated with occupational exposure to chromium(VI) compounds. Although chrome sores are more likely associated with direct dermal contact with solutions of chromates, exposure of the skin to airborne fumes and mists of chromium(VI) compounds may contribute to the development. Industries that have been associated with the development of chrome sores in workers include chromate and dichromate production, chrome plating, leather tanning, planographic printing, and chromite ore processing. Among the chromium(VI) compounds that workers in these industries are exposed to are chromium trioxide, potassium dichromate, sodium dichromate, potassium chromate, sodium chromate, and ammonium dichromate.

In addition, tonsillitis, pharyngitis, atrophy of the larynx, and irritation and ulceration of mouth structures and buccal mucosa can occur from exposure to high levels of chromium(VI) compounds. These effects were seen in workers in chrome plating plants, where excessively high concentrations of chromium trioxide fumes were present. High incidences of inflammation of oral structures, keratosis of the lips, gingiva, and palate, gingivitis, and periodontis were also observed in chromate production workers. Oral doses of potassium dichromate exacerbated the dermatitis of chromium sensitized individuals.

Dermal effects observed in animals after direct application of potassium dichromate to their skin include inflammation, necrosis, corrosion, eschar formation, and edema in rabbits and skin ulcers in guinea pigs.

**Ocular Effects.**   Ocular effects can occur as a result of direct contact of eyes with chromium(VI) compounds. Effects reported include corneal vesication in a man with ocular exposure to a drop or crystal of potassium dichromate and congestion of the conjunctiva, discharge, corneal scar, and burns in chromate production workers as a result of accidental splashes.

**Genotoxicity.**   Numerous studies have evaluated the genotoxicity of chromium(VI) compounds. Results of occupational exposure studies in humans, although somewhat compromised by concomitant exposures to other potential genotoxic compounds, provide evidence of chromium(VI)-induced DNA strand breaks, chromosome aberrations, increased sister chromatid exchange, unscheduled DNA synthesis, and DNA-protein crosslinks. Although most of the older occupational exposure studies gave negative or equivocal results, more recent studies have identified chromosomal effects in exposed workers. Findings from occupational exposure studies are supported by results of *in vivo* studies in animals, *in vitro* studies in human cell lines, mammalian cells, yeast and bacteria, and studies in cell-free systems.

**Cancer.**   Occupational exposure to chromium(VI) compounds in various industries has been associated with increased risk of respiratory system cancers, primarily bronchogenic and nasal. Among the industries investigated in retrospective mortality studies are chromate production, chromate pigment production and use, chrome plating, stainless steel welding, and ferrochromium alloy production. Numerous studies of cancer mortality among chromate production workers have been reported. Collectively, these studies provide evidence for associations between lung cancer mortality and employment in chromate production, with risks declining with improved industrial hygiene. Less consistently, nasal cancers have been observed. In chromate pigment and chrome plating workers,

elevated lung cancer rates in comparison to reference populations (e.g., standard mortality ratios [SMRs]) and increased lung cancer rates in association with increased potential for chromium exposure (e.g., job type, employment duration) have been reported.  Workers in the stainless steel welding and ferrochromium alloy industries are exposed to chromium(VI) compounds, as well as other chemical hazards that could contribute to cancer (e.g., nickel); however, results of studies of cancer mortality in these populations have been mixed.  Environmental exposure of humans to chromium(VI) in drinking water resulted in statistically significant increases in stomach cancer.  However, a re-analysis of these data using a more relevant control group did not find a significant increase in stomach cancer.  Another study reported an increased incidence of liver, lung, and kidney and urogenital organ cancers in residents living in an area of Greece with elevated chromium(VI) levels in the drinking water.  Two other ecological studies have not found elevated cancer risks in populations with contaminated drinking water.

Chronic inhalation studies provide evidence that chromium(VI) is carcinogenic in animals.  Mice exposed to 4.3 mg chromium(VI)/m$^3$ as calcium chromate had a 2.8-fold greater incidence of lung tumors, compared to controls.  In addition, numerous animal studies using the intratracheal, intrapleural, and intrabronchial routes of exposure show that chromium(VI) produces respiratory tract tumors.  However, no carcinogenic effects were observed in rats, rabbits, or guinea pigs exposed to 1.6 mg chromium(VI)/m$^3$ as potassium dichromate or chromium dust 4 hours/day, 5 days/week.

Exposure of rats and mice to sodium dichromate dihydrate in drinking water for 2 years resulted in cancers of the gastrointestinal tract.  In male and female rats, the incidences of neoplasms of the squamous epithelium of the oral mucosa and tongue were significantly increased in males (7.0 mg chromium(VI)/kg/day) and females (5.9 mg chromium(VI)/kg/day); in mice, the incidence of neoplastic lesions of the small intestine (duodenum, jejunum, and ileum) was increased in males at 2.4 mg chromium(VI)/kg/day and females at 3.1 mg chromium(VI)/kg/day.  The National Toxicology Program concluded that results demonstrate clear evidence of carcinogenic activity in male and female F344/N rats (increased incidences of squamous cell neoplasms of the oral cavity) and in male and female B6C3F1 mice (increased incidences of neoplasms of the duodenum, jejunum, or ileum).  Mice exposed to chromium(VI) as potassium chromate (9 mg chromium(VI)/kg/day) in drinking water for three generations (880 days) showed statistically significant increases in the incidence of forestomach adenoma or carcinomas of the forestomach and in the incidence of forestomach adenomas alone, compared to control; however, study authors concluded that evidence of carcinogenicity was equivocal.

NTP lists certain chromium compounds as substances that are *known to be human carcinogens*.  This classification is based on sufficient evidence for a number of chromium(VI) compounds (calcium chromate, chromium trioxide, lead chromate, strontium chromate, and zinc chromate).  The International Agency for Research on Cancer (IARC) classified chromium(VI) as *carcinogenic to humans (Group 1)* and metallic chromium and chromium(III) compounds as *not classifiable as to their carcinogenicity to humans (Group 3)*.  EPA has classified chromium(VI) as *a known human carcinogen* by the inhalation route of exposure.

### Chromium(III)

Although much less information is available on the health effects of chromium(III) compounds compared to that for chromium(VI) compounds, chromium(III) compounds appear to be less toxic than chromium(VI) compounds.  Health effects associated with exposure to chromium(III) compounds have been reported in studies of occupationally exposed populations and individuals; however, interpretation of study results is complicated by concomitant exposures to chromium(VI) or other compounds that can induce adverse health effects.  Similarly, interpretation of findings in case reports of exposures to dietary supplements containing high-dose chromium(III) are also complicated, since most supplements contain numerous chemicals; thus, the most reliable information on adverse health effects of chromium(III) is obtained from studies in animals.  Chromium(III) picolinate, a dietary supplement, has been shown to be mutagenic in bacterial and mammalian cells *in vitro*.

The primary effects of chromium(III) compounds are on the respiratory and immunological systems.  As described below, respiratory effects appear to be portal-of-entry effects for inhalation exposure.  Similarly, chromium allergic dermatitis, the major immunological effect of chromium(III), is typically elicited by dermal contact in sensitized individuals; however, initial sensitization may result from inhalation, oral, or dermal exposure or from a combination of these exposure routes.  Conflicting results of studies in animals have been reported in developmental and reproductive studies of chromium(III) compounds; however, results provide evidence of adverse effects on the developing and adult reproductive system.  Evidence of developmental or reproductive effects of chromium(III) in humans has not been identified.  Based on results of chronic-duration oral studies in animals, chromium(III) compounds (chromium acetate, chromium chloride, chromium nicotinate, chromium oxide, chromium picolinate) do not appear to produce gastrointestinal, hematological, hepatic, renal, cardiovascular, endocrine, or musculoskeletal effects.  This is in contrast to chromium(VI) compounds which produce effects in the gastrointestinal, hematological, hepatic and renal systems.

**Respiratory Effects.**    Occupational exposure studies and case reports indicate that respiratory effects occur from exposure of humans to chromium(III) compounds; however, results of these studies are difficult to interpret since most study populations were also exposed to chromium(VI) compounds or other compounds associated with respiratory effects, and/or the studies were not adequately controlled for other confounding factors (e.g., respiratory diseases).  Acute- and chronic-duration studies in animals indicate that the respiratory tract is the primary target of inhaled chromium(III).  Analysis of BAL fluid from rats exposed for 5 days to 3–30 mg chromium(III)/m$^3$ as basic chromium sulfate (soluble) showed alterations, including increased amounts of cell debris and lysed cells and significant decreases in nucleated cells and in the percentage of segmented neutrophils and mononuclear cells; cytoplasmic accumulation of a yellow crystalline material in mononuclear cells was observed in BAL fluid of rats exposed to 3–30 mg chromium(III)/m$^3$ as chromic oxide (insoluble).  With longer exposure (13 weeks), histopathological changes to respiratory tissues and increased lung weights were observed in rats exposed to ≥3 mg chromium(III)/m$^3$ chromic oxide or basic chromium sulfate.  However, differences were observed in severity and location of respiratory effects produced by insoluble chromic oxide and soluble basic chromium sulfate; effects of chromic oxide were less severe and isolated to the lung and respiratory lymph tissues, whereas the effects of basic chromium sulfate were more severe and observed throughout the respiratory tract (e.g., nose, larynx, lung, and respiratory lymph tissues).  Differences in the respiratory toxicity of these compounds may be due to differences in chemical-physical properties (e.g., solubility, acidity).  Studies examining respiratory effects from chronic-duration inhalation exposure were not identified.  Respiratory effects from oral or dermal exposure to chromium(III) compounds have not been reported.

**Immunological Effects.**    As discussed above for chromium(VI) compounds, exposure to chromium compounds may induce allergic sensitization in some individuals.  In patients with known chromium-induced allergic dermatitis, positive results have been reported using patch tests with chromium(III) compounds as the challenge agent, suggesting that allergic sensitization to chromium(III) can occur.  In sensitized patients, dermal responses were elicited using a concentration of 1 mg chromium(III)/L as chromium trichloride.  However, since positive responses were also observed on challenge with chromium(VI) compounds, it is unclear if individuals were sensitized to both chromium(VI) and chromium(III) or if cross-sensitivity occurs between chromium(VI) and chromium(III).  Studies in animals show that chromium(III) can induce sensitization and that cross-reactivity occurs between chromium(VI) and chromium(III).  Sensitization to chromium(III) was observed in guinea pigs treated with a series of intradermal injections of 0.004 mg chromium(III)/kg as chromium trichloride.  In guinea

pigs sensitized with chromium(III), cross-sensitivity with chromium(VI) was observed on patch test challenge.

**Reproductive Effects.**    Adverse reproductive effects have been observed in rats and mice exposed orally to chromium(III) compounds, although conflicting results have been reported.  Adverse reproductive effects have been reported following acute- and intermediate-duration exposure of animals to chromium(III) by gavage or in drinking water; effects include decreased number of pregnancies in female rats administered 33.6 mg chromium(III)/kg/day, alterations in sexual behavior, aggressive behavior toward other males, and significantly lower absolute weight of testes, seminal vesicles, and preputial glands in male Sprague-Dawley rats (40 mg chromium(III)/kg/day), decreased number of pregnant female Swiss mice following the mating of unexposed females to exposed males (13 mg chromium(III)/kg/day), impaired fertility in exposed female mice (5 mg chromium(III)/kg/day) mated to unexposed males, and increased testes and ovarian weights and decreased preputial gland and uterine weights in mice (5 mg chromium(III)/kg/day).  Decreased spermatogenesis was observed in BALB/c mice treated with 9.1 mg chromium(III)/kg/day as chromium sulfate in drinking water for 7 weeks.

In contrast to the reproductive effects of chromium(III) chloride in drinking water, dietary exposure to chromium picolinate or chromium nicotinate has not been associated with reproductive effects.  Exposure to chromium picolinate in the diet for 3 months did not produce adverse effects on reproductive tissues, as assessed by organ weights, gross and histopathological examinations, sperm count, sperm motility, duration of estrous cycle stages, and estrous cycle length at doses up to 505 and 506 mg chromium(III)/kg/day in male and female rats, respectively, or at doses up to 1,415 and 1,088 mg chromium(III)/kg/day in male and female mice.  No morphological changes to reproductive organs, as assessed by histopathological examination, were observed in male and female Sprague-Dawley rats exposed to chromium nicotinate in the diet at 1.2 and 1.5 mg chromium(III)/kg/day, respectively for 2 months or 0.22 and 0.25 mg chromium(III)/kg/day, respectively, for 1 year.

In summary, conflicting results on reproductive effects of chromium(III) compounds have been reported. It is unclear if differences in results are related to experimental methods, including exposure media (drinking water versus feed), or to differences in toxicity of the specific chromium(III) compounds evaluated.

**Developmental Effects.**    Little information is available on the potential developmental effects of chromium(III) compounds, although results of available studies are conflicting.  Chromium(III) did not

produce developmental effects in offspring of rats fed 1,806 mg chromium(III)/kg/day as chromium oxide for 60 days before mating and throughout the gestational period. Significant decreases were observed in the relative weights of reproductive tissues (testes, seminal vesicles, and preputial glands in males and ovaries and uterus in females) of offspring of BALB/c mice exposed to 74 mg chromium(III)/kg/day as chromium(III) chloride in the drinking water on gestation day 12 through lactation day 20; however, fertility was not affected when these exposed offspring were mated with unexposed animals. The number of pregnancies was decreased in rats administered 33.6 mg chromium(III)/kg/day (only dose tested) by gavage as chromium chloride on gestational days 1–3, although when exposed on gestational days 4–6, no effects on pregnancy rates, implantations, viable fetuses, or resorptions were observed. In a different type of study, neurological testing of offspring of mice exposed during gestation and lactation to 25 mg chromium(III)/kg/day as chromium picolinate in the diet did not reveal significant differences, as compared to controls. Thus, the available evidence does not indicate that exposure to chromium(III) consistently produces adverse developmental effects.

**Cancer.** No studies evaluating the carcinogenic activity of chromium(III) compounds in humans were identified. In male rats exposed to dietary chromium picolinate for 2 years, the incidence of preputial gland adenoma was significantly increased in males at 61 mg chromium(III)/kg/day, with the incidence also exceeding the historical control ranges; however, the incidence was not increased at a higher dose (313 mg chromium(III)/kg/day) and similar lesions were not observed in corresponding tissues in female rats or in male and female mice. Therefore, one study considered the evidence of carcinogenic activity to be equivocal. The relationship of preputial gland adenoma to male reproductive function in this study was not defined.

## 2.3 MINIMAL RISK LEVELS (MRLs)

Estimates of exposure levels posing minimal risk to humans (MRLs) have been made for chromium. An MRL is defined as an estimate of daily human exposure to a substance that is likely to be without an appreciable risk of adverse effects (noncarcinogenic) over a specified duration of exposure. MRLs are derived when reliable and sufficient data exist to identify the target organ(s) of effect or the most sensitive health effect(s) for a specific duration within a given route of exposure. MRLs are based on noncancerous health effects only and do not consider carcinogenic effects. MRLs can be derived for acute, intermediate, and chronic duration exposures for inhalation and oral routes. Appropriate methodology does not exist to develop MRLs for dermal exposure.

Although methods have been established to derive these levels (Barnes and Dourson 1988; EPA 1990a), uncertainties are associated with these techniques. Furthermore, ATSDR acknowledges additional uncertainties inherent in the application of the procedures to derive less than lifetime MRLs. As an example, acute inhalation MRLs may not be protective for health effects that are delayed in development or are acquired following repeated acute insults, such as hypersensitivity reactions, asthma, or chronic bronchitis. As these kinds of health effects data become available and methods to assess levels of significant human exposure improve, these MRLs will be revised.

***Inhalation MRLs—Chromium(VI)***

***Acute.*** The inhalation database for acute-duration exposure of humans to inhaled chromium(VI) compounds is limited to a few studies reporting signs of respiratory irritation (dyspnea, cough, wheezing, sneezing, rhinorrhea, choking sensation), dizziness, and headaches in individuals or small numbers of workers (n≤5) exposed to high concentrations of chromium(VI) (Lieberman 1941; Meyers 1950; Novey et al. 1983). In addition, acute inhalation exposure of individuals previously sensitized to chromium compounds has produced symptoms of asthma and signs of respiratory distress consistent with a type I allergic response (decreased forced expiratory volume, facial erythema, nasopharyngeal pruritus, blocked nasal passages, cough, and wheeze) (Leroyer et al. 1998; Olaguibel and Basomba 1989); however, the available data are not adequate to characterize the exposure-response relationship for effects of acute inhalation challenge in sensitized individuals. No other effects of acute inhalation exposure of humans to chromium(VI) have been reported.

The acute toxicity of inhaled chromium(VI) in animals has not been well investigated, and most studies are 4-hour lethality studies (American Chrome and Chemicals 1989; Gad et al. 1986). Nasal hemorrhage was observed in two of five rats after inhalation for 10 days to 1.15 mg chromium(VI)/m$^3$ during a 13-week exposure study (Kim et al. 2004), with no nasal effects observed at 0.49 mg chromium(VI)/m$^3$. However, only a small number of animals were evaluated and histopathological evaluations of the respiratory tract (or other tissues) were not conducted following the acute-duration period; thus, data are not suitable for defining NOAEL or LOAEL values for respiratory effects. Although longer duration inhalation studies show that the respiratory tract is a sensitive target of inhaled chromium(VI), the data are insufficient to determine acute-duration exposure levels that would produce respiratory tract, or other effects. In the absence of studies that could be used to identify the targets of low level exposure, an acute-duration inhalation MRL for hexavalent chromium was not derived.

APPX ATT_V6_3888

*Intermediate*

- An inhalation MRL of $5 \times 10^{-6}$ mg chromium(VI)/m$^3$ has been derived for intermediate (15–364 days) exposure for dissolved hexavalent chromium aerosols and mists.

The available data on inhalation exposure of humans and animals to chromium(VI) compounds indicate that dissolved chromium(VI) compounds (aerosols and mists) and particulate chromium(VI) compounds have different toxic potencies for producing adverse respiratory effects. Although the respiratory system is the most sensitive target for inhalation exposure to both types of chromium(VI) compounds, the primary respiratory effects of inhaled chromic acid mists are observed in the nose (see the following discussion), while the effects of inhaled particulate chromium(VI) compounds occur throughout the respiratory tract. Since toxic potencies of these compounds appear to be different and the likelihood for environmental exposure to chromium trioxide (e.g., chromic acid mist) and other soluble chromium(VI) compound mists is less than the likelihood for environmental exposure to particulate chromium(VI) compounds, distinct intermediate-duration inhalation MRLs have been derived for dissolved chromium(VI) compounds (aerosols and mists) and particulate chromium(VI) compounds.

The intermediate-duration inhalation database for humans exposed to dissolved chromium(VI) aerosols and mists consists of occupational exposure studies on chromium trioxide mists (Gibb et al. 2000a, 2000b; Gomes 1972; Kleinfeld and Rosso 1965; Lindberg and Hedenstierna 1983); these studies identify the upper respiratory tract as the primary target of exposure. Upper respiratory effects include nasal irritation, ulceration, and mucosal atrophy and rhinorrhea, with LOAEL values ranging from 0.002 to 0.1 mg chromium(VI)/m$^3$. Other effects (e.g., non-respiratory) specific for dissolved chromium(VI) aerosols and mists in humans have not been reported. Exposure to chromium(VI) compounds (not compound-specific) can produce allergic sensitization, which may manifest as symptoms of asthma upon subsequent inhalation exposures (Keskinen et al. 1980; Leroyer et al. 1998; Moller et al. 1986; Olaguibel and Basomba 1989). The exposure route for the initial sensitization in an occupational setting is most likely a combination of inhalation, oral, and dermal exposures; however, the available data do not define the exposure-response relationship for chromium sensitization by inhalation.

Available animal studies on the effects of intermediate-duration exposure to dissolved chromium(VI) aerosols and mists identify the respiratory tract as the primary target, with LOAEL values ranging from 0.49 to 3.63 mg chromium(VI)/m$^3$ (Adachi 1987; Adachi et al. 1986; Kim et al. 2004). Respiratory effects reported in animals exposed to chromium(VI) trioxide include alveolar inflammation in rats (Kim et al. 2004) and nasal septal perforation and symptoms of emphysema in mice (Adachi 1987; Adachi et al.

1986). The only other effect (e.g., non-respiratory) observed in animal studies on dissolved chromium(VI) aerosols and mists were hematological effects and decreased body weight in rats exposed to chromium trioxide mist for 13 weeks. Hematological effects include decreased in hematocrit at $\geq 0.23$ and 1.15 mg chromium(VI)/m$^3$ (but not 0.49 mg chromium(VI)/m$^3$) decreased hemoglobin at $\geq 0.49$ mg chromium(VI)/m$^3$ and decreased erythrocyte count at 1.15 mg chromium(VI)/m$^3$ (Kim et al. 2004). In this study, body weight gain was also decreased by ~9%, with NOAEL and LOAEL values of 0.49 and 1.15 mg chromium(VI)/m$^3$, respectively.

Based on a comparison of LOAEL values for respiratory effects, hematological effects, and decreased body weight gain, the respiratory tract was identified as the most sensitive effect of intermediate-duration inhalation exposure to dissolved chromium(VI) aerosols and mists. The lowest LOAEL value of 0.002 mg chromium(VI)/m$^3$ was reported for nasal irritation, mucosal atrophy, and ulceration and decreases in spirometric parameters observed in workers exposed to chromic acid mist (Lindberg and Hedenstierna 1983); therefore, this value was selected as the basis for derivation of the intermediate-duration inhalation MRL for dissolved chromium(VI) aerosols and mists. The population evaluated by Lindberg and Hedenstierna (1983) included 85 male and 19 female chrome plating workers exposed to chromic acid and a reference group of 119 auto mechanics not exposed to chromium. Workers were assessed for nose, throat, and chest symptoms, were inspected for effects in nasal passages, and were given pulmonary function tests. The length of worker exposures to chromic acid ranged from 0.1 to 36 years, with a mean of 2.5 years, spanning both intermediate and chronic durations. Since the study population included workers exposed for an intermediate duration, data are considered appropriate for derivation of the intermediate-duration inhalation MRL. Nasal irritation ($p<0.05$), mucosal atrophy ($p<0.05$), and ulceration ($p<0.01$), and decreases in spirometric parameters (forced vital capacity, forced expired volume in 1 second, and forced mid-expiratory flow) were observed in workers occupationally exposed to $\geq 0.002$ mg chromium(VI)/m$^3$ as chromic acid. Approximately 60% of the exposed subjects were smokers, but no consistent association between exposure and cigarette smoking was observed. Additional details on study methods and results are provided in Appendix A.

The LOAEL of 0.002 mg chromium(VI)/m$^3$ was multiplied by 8 hour/24 hour and by 5 days/7 days to yield a duration-adjusted LOAEL (LOAEL$_{ADJ}$) of 0.0005 mg chromium(VI)/m$^3$. The intermediate-duration MRL of $5\times10^{-6}$ was obtained by dividing the LOAEL$_{ADJ}$ (0.0005 mg chromium(VI)/m$^3$) by an uncertainty factor of 100 (10 for human variability and 10 for extrapolating from a LOAEL).

CHROMIUM

- An inhalation MRL of 0.0003 mg chromium(VI)/m$^3$ was derived for intermediate exposures to particulate chromium(VI) compounds.

As discussed above, available data on inhalation exposure of humans and animals to chromium(VI) compounds indicate that dissolved chromium(VI) compounds (aerosols and mists) and particulate chromium(VI) compounds have different toxic potencies for producing adverse respiratory effects (the primary target organ). Furthermore, since the likelihood for environmental exposure to chromium trioxide and other soluble chromium(VI) compound mists is less than the likelihood for environmental exposure to particulate chromium(VI) compounds, distinct intermediate-duration inhalation MRLs have been derived for dissolved chromium(VI) compounds (aerosols and mists) and particulate chromium(VI) compounds.

Although few animal studies have reported adverse effects of intermediate-duration inhalation exposure to particulate chromium(VI) compounds (Cohen et al. 1998; Glaser et al. 1985, 1990), results of available studies conducted in rats indicate that the respiratory tract is the primary target organ. In rats exposed to inhaled sodium dichromate for 30–90 days, adverse respiratory effects included obstructive respiratory dyspnea, increased lung weights, hyperplasia of the lung, focal inflammation of the upper airway, and alterations to BAL fluid concentrations of lactate dehydrogenase, protein, and albumin, with a LOAEL value of 0.2 mg chromium(VI)/m$^3$ (Glaser et al. 1990). Other effects reported in the Glaser et al. (1985, 1990) studies were an increased percentage of lymphocytes in BAL fluid (LOAEL of 0.025 mg chromium(VI)/m$^3$), increased serum phospholipids and triglycerides (NOAEL and LOAEL values of 0.1 and 0.2 mg chromium(VI)/m$^3$, respectively), increased white blood cell count (LOAEL value of 0.05 mg chromium(VI)/m$^3$), decreased body weight gain (NOAEL and LOAEL values of 0.1 and 0.2 mg chromium(VI)/m$^3$), and an enhanced immune response to sheep erythrocytes (LOAEL 0.025 mg chromium(VI)/m$^3$); however, the toxicological significance of these finding is uncertain. Effects that may be indicative of altered immune function (altered white blood cell counts and cytokine levels in BAL fluid) were observed in rats exposed to 0.36 mg chromium(VI)/m$^3$ as potassium chromate or barium chromate for 2–4 weeks (Cohen et al. 1998); however, results of this study are difficult to interpret, since effects were not clearly adverse, only one exposure level was evaluated, and histopathological assessment of respiratory tissues (or other tissues) was not conducted.

Based on the available data, respiratory effects were identified as the most sensitive target of intermediate-duration exposure to particulate chromium(VI) compounds, with the study by Glaser et al. (1990) selected as the critical study. In this study, 8-week-old male Wistar rats (30 animals/group) were exposed 22 hours/day, 7 days/week to 0, 0.05, 0.1, 0.2, or 0.4 mg chromium(VI)/m$^3$ as sodium

dichromate aerosol particulates. Detailed discussion of study methods is presented in Appendix A. No deaths or abnormal clinical signs occurred at any of the exposures. Obstructive respiratory dyspnea occurred at $\geq 0.2$ mg chromium(VI)/m$^3$ after 30 and 90 days. Mean lung weight was increased in all exposure groups and was statistically increased at 0.05 mg chromium(VI)/m$^3$ for 30 days, and at 0.1 mg chromium(VI)/m$^3$ for 90 days and in the 90-day plus recovery period group. Histological examination revealed slight hyperplasia in high incidence at 0.05 mg chromium(VI)/m$^3$ at 30 days. Lung fibrosis occurred at 0.1 mg chromium(VI)/m$^3$ for 30 days, but was not seen in rats exposed for 90 days. Accumulation of macrophages was observed in all exposed rats, regardless of exposure concentration or duration. Histology of upper airways revealed focal inflammation. Results of bronchoalveolar lavage (BAL) analysis provided further information of the irritation effect. Total protein in BAL fluid was significantly increased in all exposed groups, but declined in the recovery period. Albumin in BAL fluid increased in a dose-related manner at all concentrations in the 30-day group, but recovery started during 90-day exposure and continued during the 30-day observation period. The activities of lactate dehydrogenase and β-glucuronidase, measures of cytotoxicity, were elevated at 0.2 and 0.4 mg chromium(VI)/m$^3$ for 30 and 90 days, but returned to control values during the recovery period. The number of macrophages in the BAL fluid had significantly increased after 30 and 90 days, but normalized during the recovery period. The macrophages were undergoing cell division or were multinucleate and larger. This activation of macrophages was not observed in the recovered rats. Additional details on study results are presented in Appendix A.

Results of the benchmark concentration (BMC) analysis of the Glaser et al. (1990) data conducted by Malsch et al. (1994) were identified as the basis for derivation of an intermediate-duration inhalation MRL for hexavalent chromium particulate compounds. Using the 90-day exposure data (as described above), Malsch et al. (1994) developed BMCLs (defined as the 95% lower limit on the concentration corresponding to a 10% relative change in the end point compared to the control) for lung weight and BAL fluid levels of lactate dehydrogenase, protein, and albumin. Prior to conducting the benchmark analysis, Malsch et al. (1994) adjusted the dose-response data for intermittent exposure (22 hours/day). Duration-adjusted data were then fitted to a polynomial mean response regression model by the maximum likelihood method to derive BMCLs. The lowest BMCL, 0.016 mg chromium(VI)/m$^3$ for alterations in lactate dehydrogenase levels in BAL fluid, was selected to derive the intermediate-duration inhalation MRL. The BMCL of 0.016 mg chromium(VI)/m$^3$ was converted to a human equivalent concentration (BMCL$_{HEC}$) of 0.010 mg chromium(VI)/m$^3$ using the regional deposited dose ratio (RDDR) program (EPA 1994c) (see Appendix A for details).

The intermediate-duration inhalation MRL of 0.0003 mg chromium(VI)/m$^3$ for hexavalent chromium particulate compounds was derived by dividing the BMCL$_{HEC}$ of 0.010 mg chromium(VI)/m$^3$ by a composite uncertainty factor of 30 (3 for extrapolation from animals to humans and 10 for human variability).

***Chronic***

- An inhalation MRL of 5x10$^{-6}$ mg chromium(VI)/m$^3$ has been derived for chronic (≥365 days) exposure for dissolved hexavalent chromium aerosols and mists.

The chronic-duration inhalation database for humans exposed to dissolved chromium(VI) aerosols and mists consists of occupational exposure studies on chromium trioxide mists, reporting effects to the respiratory, renal, and gastrointestinal systems (Franchini and Mutti 1988; Gibb et al. 2000a, 2000b; Hanslian et al. 1967; Lindberg and Hedenstierna 1983; Lucas and Kramkowski 1975). Respiratory effects included bleeding nasal septum, nasal mucosal atrophy, nasal septal ulceration and perforation, epitaxis, rhinorrhea, and decreased lung function, with LOAEL values ranging from 0.002 to 0.414 mg chromium(VI)/m$^3$. Effects indicative of renal toxicity include increased retinol binding protein and tubular antigen and increased urinary β-2-microglobulin (Franchini and Mutti 1988; Lindberg and Hedenstierna 1983); LOAEL values for these effects range from 0.004 to 0.05 mg chromium(VI)/m$^3$. Gastrointestinal effects reported in workers include stomach pains, cramps, and ulcers, with a LOAEL value of 0.004 mg chromium(VI)/m$^3$ (Lucas and Kramkowski 1975). Other effects specific for dissolved chromium(VI) aerosols and mists in humans exposed for chronic exposure durations have not been reported. Exposure to chromium(VI) compounds (not compound-specific) can produce allergic sensitization, which may manifest as symptoms of asthma upon subsequent inhalation exposures (Keskinen et al. 1980; Leroyer et al. 1998; Moller et al. 1986; Olaguibel and Basomba 1989). The exposure route for the initial sensitization in an occupational setting is most likely a combination of inhalation, oral, and dermal exposures; however, the available data do not define the exposure-response relationship for chromium sensitization by inhalation. Studies in animals evaluating the effects of chronic-duration exposure to dissolved chromium(VI) aerosols and mists were not identified.

Based on a comparison of LOAEL values for respiratory, renal and gastrointestinal effects in workers, the respiratory tract was identified as the most sensitive effect of chronic-duration inhalation exposure to dissolved chromium(VI) aerosols and mists. The lowest LOAEL value of 0.002 mg chromium(VI)/m$^3$ was reported for nasal irritation, mucosal atrophy, and ulceration and decreases in spirometric parameters in workers occupationally exposed to chromic acid mist (Lindberg and Hedenstierna 1983); therefore, this

value was selected as the basis for derivation of the chronic-duration inhalation MRL for dissolved chromium(VI) aerosols and mists. The population evaluated in this study had a mean exposure duration of 2.5 years, with a range of 0.1–23.6 years, spanning both intermediate and chronic durations. A description of study methods and results is provided above under the discussion of Intermediate-Duration Inhalation MRL for Chromium(VI) aerosols/mists and in Appendix A.

The LOAEL of 0.002 mg chromium(VI)/m$^3$ was multiplied by 8 hour/24 hour and by 5 days/7 days to yield a duration-adjusted LOAEL (LOAEL$_{ADJ}$) of 0.0005 mg chromium(VI)/m$^3$. The chronic-duration MRL of $5 \times 10^{-6}$ was obtained by dividing the LOAEL$_{ADJ}$ (0.0005 mg chromium(VI)/m$^3$) by an uncertainty factor of 100 (10 for human variability and 10 for extrapolating from a LOAEL).

Few studies have evaluated the effects of chronic inhalation exposure to particulate hexavalent chromium compounds. In workers chronically exposed to inhaled chromium(VI) compounds at 0.0042 mg chromium(VI)/m$^3$, the prevalence of high urinary N-acetyl-β-glucosamidase was increased, indicating possible renal damage (Liu et al. 1998); however, since the chemical form of chromium(VI) was not reported, data from this study are not suitable as the basis for the chronic-duration inhalation MRL specific for particulate hexavalent chromium compounds. The chronic-duration database in animals consists of studies that either did not identify adverse effects of chronic inhalation exposure to particulate hexavalent chromium compounds (Glaser et al. 1986, 1988; Lee et al. 1989) or older studies that did not report sufficient experimental details (Nettesheim and Szakal 1972; Steffee and Baetjer 1965). Thus, due to inadequate data, a chronic-duration inhalation MRL for particulate hexavalent chromium compounds was not derived.

***Oral MRLs—Chromium(VI)***

***Acute.*** Studies on the acute toxicity of orally-administered chromium(VI) in humans are mostly limited to case reports on ingestion of fatal doses (Clochesy 1984; Iserson et al. 1983; Kaufman et al. 1970; Loubieres et al. 1999; Saryan and Reedy 1988). At lower doses (≥0.036 mg chromium (IV)/kg as potassium dichromate), oral exposure to chromium(VI) has been shown to enhance dermatitis in individuals with known chromium sensitivity (Goitre et al. 1982; Kaaber and Veien 1977).

In animals, acute-duration studies on oral exposure to chromium(VI) compounds have shown effects on hematology and clinical chemistry (NTP 2007, 2008a), male reproductive organs (Li et al. 2001) and development (Elsaieed and Nada 2002; Junaid et al. 1996b); however, the available studies did not

evaluate comprehensive toxicological end points.  Decreased MCV, MCH, and reticulocyte count were observed in rats exposed to ≥0.70 mg chromium(VI)/kg/day after 4–5 days of exposure (NTP 2007, 2008a); however, the magnitude of changes was small and may not yet represent an adverse effect of chromium(VI).  Significant alterations in the serum activities of liver enzymes (alanine aminotransferase [ALT] and aspartate aminotransferase [AST]) and creatine kinase were observed at ≥4.0–4.1 mg chromium(VI)/kg/day in rats exposed for 4–5 days (NTP 2007, 2008a).  Effects on male reproductive organs, including decreased sperm count, increased percentage of abnormal sperm, and morphological change to seminiferous tubules (decreased diameter of seminiferous tubules and germ cell rearrangement) were observed in Wister rats following a 6-day gavage administration of ≥5.2 mg chromium(VI)/kg/day as chromic acid; observations were made 6 weeks after the dosing period (Li et al. 2001).  A NOAEL was not defined in this study.

Developmental effects, including increased pre- and postimplantation loss, resorptions, dead fetuses/litter, and skeletal (incomplete ossification of skull bone) and visceral (renal pelvis dilatation) malformations were observed in Wister rats exposed to 8 mg chromium(VI)/kg/day (the only dose tested) as potassium chromate in drinking water (Elsaieed and Nada 2002).  Other studies reported total litter loss, decreased viable fetuses and increased resorptions in rats (Bataineh et al. 2007) and increased resorptions in mice (Junaid et al. 1996b) exposed at higher doses.

Results of acute-duration studies in animals show that exposure to oral chromium(VI) compounds may cause hematological (NTP 2007, 2008a), reproductive (Li et al. 2001), and developmental effects (Elsaieed and Nada 2002; Junaid et al. 1996b).  However, since the available studies did not evaluate comprehensive toxicological end points, data are inadequate for derivation of an acute-duration oral MRL for chromium(VI).  Therefore, an acute-duration oral MRL for hexavalent chromium was not derived.

*Intermediate*

- An oral MRL of 0.005 mg chromium(VI)/kg/day has been derived for intermediate (15–364 days) exposure to hexavalent chromium compounds.

Hematological effects (microcytic, hypochromic anemia) in male rats and female mice observed after exposure for 22 days in the NTP (2008a) 2-year study were identified as the most sensitive effect of intermediate-duration oral exposure to chromium(VI) for the purpose of derivation of an intermediate-duration oral MRL for chromium(VI) compounds of 0.005 mg chromium(VI)/kg/day.  The basis for this determination is as follows.

No human intermediate-duration studies on chromium(VI) were identified.  Numerous animal studies examining systemic, neurological, reproductive, and developmental toxicity have reported effects following oral exposure to chromium(VI) compounds, with hematological effects (microcytic, hypochromic anemia) identified as the most sensitive.  Microcytic, hypochromic anemia, characterized by decreased MCV, MCH, Hct, and Hgb, was observed in rats and mice exposed to chromium(VI) compounds in drinking water or feed for intermediate-duration exposures ranging from 22 days to 6 months (NTP 1996a, 1996b, 1997, 2007, 2008a).  The lowest reported LOAEL values for hematological effects were 0.77 mg chromium(VI)/kg/day (with a NOAEL value of 0.21 mg chromium(VI)/kg/day) for decreased Hct, Hgb, MCV, and MCH in male rats; and 0.38 mg chromium(VI)/kg/day (a NOAEL was not established) for decreased MCV and MCH in female mice exposed to sodium dichromate dihydrate in drinking water for 22 days (NTP 2008a).  Slightly higher LOAEL values were observed for hematological effects in rats and mice exposed to dietary potassium dichromate for 9 weeks (NTP 1996a, 1996b, 1997).

The duration-dependence of hematological effects was evaluated in rats and mice exposed to sodium dichromate dihydrate in drinking water from 23 days up to 6 months (NTP 2007, 2008a).  Results of both studies show that the severity of microcytic, hypochromic anemia was dose-dependent, with maximum effects observed after 22–23 days of exposure.  For all intermediate-duration exposures (22 days to 6 months), NOAEL and LOAEL values in male rats for hematological effects were 0.21 and 0.77 mg chromium(VI)/kg/day, respectively.  In female mice, microcytic, hypochromic anemia was also observed, with LOAEL values of 0.38, 1.4, and 3.1 mg chromium(VI)/kg/day at the 22-day, 3-month, and 6-month assessments, respectively, with effects less severe than those observed in rats.

Studies examining systemic toxicity in animals have reported numerous effects, including hepatotoxicity (Achaya et al. 2001; Kumar and Rana 1982, Kumar et al. 1985; NTP 1996a, 2007), gastrointestinal effects (NTP 2007), renal toxicity (Acharya et al. 2001; Diaz-Mayans et al. 1986; Kumar and Rana 1982, 1984), lymphatic and immunological effects (NTP 2007; Snyder and Valle 1991), and decreased body weight (Bataineh et al. 1997; Chowdhury and Mitra 1995; Elbetieha and Al-Hamood 1997; Kanojia et al. 1996, 1998; NTP 2007; Quinteros et al. 2007; Trivedi et al. 1989).  However, LOAEL values for these effects were higher than those producing hematopoietic effects.  Studies on reproductive toxicity in animals identify the male reproductive system as a target for intermediate-duration exposure to oral chromium(VI) (Aruldhas et al. 2004, 2005, 2006; Bataineh et al. 1997; Chowdhury and Mitra 1995; Subramanian et al. 2006; Yousef et al. 2006; Zahid et al. 1990), although these effects are less sensitive

than hematological effects. In developmental studies in rats and mice, gestational exposure produced increased postimplantation loss, decreased number of live fetuses/litter, decreased fetal weight, internal and skeletal malformations, and delayed sexual maturation in offspring; however, these effects were observed high doses (e.g., ≥35 mg chromium(VI)/kg/day) (Al-Hamood et al. 1998; Bataineh et al. 2007; Junaid et al. 1996a; Kanojia et al. 1998; Trivedi et al. 1989).

Hematological effects (microcytic, hypochromic anemia) in male rats observed after exposure for 22 days in the NTP (2008a) 2-year study were identified as the most sensitive effect of intermediate-duration oral exposure to chromium(VI). In this study, male F344/N rats (6–7 weeks old) were exposed to sodium dichromate dihydrate in drinking water in a 2-year toxicology and carcinogenicity study, with hematological assessments conducted at 22 days, 3 months, 6 months, and 1 year (see Appendix A for a detailed description of study methods and results). To determine the point of departure for derivation of the intermediate-duration oral MRL, available continuous-variable models in the EPA Benchmark Dose (version 1.4.1) were fit to the data for Hct, Hgb, MCV, and MCH in male rats (NTP 2008a) (detailed results of the benchmark dose analysis are provided in Appendix A). Because several hematological parameters are used to define the clinical picture of anemia, the $BMDL_{2sd}$ values for hemoglobin, MCV, and MCH (none of the models provided an adequate fit for hematocrit) were averaged resulting in a $BMDL_{2sd}$ of 0.52 mg chromium(VI)/kg/day. The intermediate-duration MRL of 0.005 mg chromium(VI)/kg/day was derived by dividing the average $BMDL_{2sd}$ by a composite uncertainty factor of 100 (10 for extrapolation from animals to humans and 10 for human variability).

*Chronic*

- An oral MRL of 0.0009 mg chromium(VI)/kg/day has been derived for chronic (≥1 year) exposure to hexavalent chromium compounds.

Nonneoplastic lesions of the duodenum in mice reported in a chronic drinking water study (NTP 2008a) was selected as the critical effect for derivation of a chronic-duration MRL for chromium(VI) compounds of 0.0009 mg chromium(VI)/kg/day. There are limited data on the chronic oral toxicity of chromium in humans. Gastrointestinal effects, including oral ulcer, diarrhea, abdominal pain, and vomiting, were observed in residents living in an area of the People's Republic of China with high chromium(VI) levels in the drinking water. However, the exposure levels associated with these effects is not well characterized. Other ecological studies have examined cancer mortality (Beaumont et al. 2008; Bednar and Kies 1991; Fryzek et al. 2001; Kerger et al. 2009; Linos et al. 2011), but did not report noncarcinogenic effects.

The chronic-duration oral toxicity database in drinking water in humans consists of ecological studies of an area near a ferrochromium production plant in the Liaoning Province, China comparing cancer mortality in locations that had relatively high or low chromium concentrations in well water (Beaumont et al. 2008; Zhang and Li 1987).  Evaluations of cancer mortality rates (cancers deaths per person-year in an 8-year observation period) show that the adjusted stomach cancer mortality rate was higher for the exposed population compared to the control population (Beaumont et al. 2008).  However, it was not possible to estimate exposure levels based on the description of the pollution process.  Thus, available human data are not adequate as the basis for the chronic-duration oral MRL.

Chronic-duration oral toxicity studies have been conducted in rats and mice (Mackenzie et al. 1958; NTP 2008a).  No hematological, hepatic, or renal effects or changes in body weight were observed in study in Sprague-Dawley rats exposed to 3.6 chromium(VI)/kg/day as potassium chromate in drinking water for 1 year (Mackenzie et al. 1958).  NTP (2008a) exposed groups of F344/N rats (50/sex/group) and B6C3F1 mice (50/sex/group) to sodium dichromate dihydrate in drinking water in a 2-year toxicology and carcinogenicity study (see Appendix A for a detailed description of all study methods and results).  Results of this study identify several chromium(VI)-induced effects, including microcytic, hypochromic anemia, and nonneoplastic lesions of the liver, duodenum, mesenteric and pancreatic lymph nodes, pancreas, and salivary gland.  Based on comparison of LOAEL values, the lowest LOAELs were observed for histopathological changes of the liver (chronic inflammation in female rats and histiocytic cellular infiltration in female mice), duodenum (diffuse epithelial hyperplasia in male and female mice), mesenteric lymph node (histiocytic cellular infiltration in male and female mice), and pancreas (cytoplasm cellular alteration of acinar epithelial cells in female mice), with effects occurring in all treatment groups (see Appendix A for incidence data for all nonneoplastic lesions).  Therefore, all effects with LOAEL values of the lowest dose tested were considered as the possible the critical effect for derivation of the chronic-duration oral MRL.

To determine the specific end point for derivation of the chronic-duration oral MRL, all available dichotomous models in the EPA Benchmark Dose Software (BMDS version 1.4.1) were fit to the incidence data for selected end points in female rats and male and female mice exposed to sodium dichromate dihydrate in drinking water for 2 years (NTP 2008a) (details of benchmark dose analysis are presented in Appendix A).  Based on the lowest $BMDL_{10}$ value of 0.09 mg chromium(VI)/kg/day, diffuse epithelial hyperplasia of the duodenum in female mice was selected as the point of departure for derivation of the chronic-duration oral MRL.  The chronic-duration MRL of 0.0009 mg chromium(VI)/

kg/day was derived by dividing the $BMDL_{10}$ by a composite uncertainty factor of 100 (10 for extrapolation from animals to humans and 10 for human variability). The chronic-duration oral MRL based on nonneoplastic lesions of the duodenum in female mice is expected to be protective for all other adverse effects observed in the 2-year drinking water study (e.g., hematological effects and lesions of the liver, lymph nodes, pancreas and salivary gland).

***Inhalation MRLs—Chromium(III)***

***Acute.*** Studies evaluating the effects of acute exposure of humans to chromium(III) compounds were not identified. Acute-duration exposure studies in rats and hamsters indicate that the respiratory tract is a target of inhaled chromium(III) compounds (Derelanko et al. 1999; Henderson et al. 1979). Derelanko et al. (1999) evaluated effects of acute exposure to chromium(III) as chromic oxide (insoluble) or basic chromium sulfate (soluble) in rats (5 rats/sex/group) on composition of bronchoalveolar lavage (BAL) fluid. After exposure of rats for 5 days (6 hours/day) to 3, 10, or 30 mg chromium(III)/$m^3$ as chromic oxide (insoluble), analysis of BAL fluid revealed cytoplasmic accumulation of a yellow crystalline material in mononuclear cells of all exposure groups; however, it is not clear if this observation represents an adverse effect. No other BAL parameters were affected (nucleated cell count and differential, protein, and BAL fluid activities of β-glucuronidase, lactic dehydrogenase, and glutathione reductase). In rats treated for 5 days (6 hours/day) with 3, 10, or 30 mg chromium(III)/$m^3$ as basic chromium sulfate (soluble), BAL fluid analysis showed significant decreases in nucleated cells at all doses in males and females and decreases in the percentage of segmented neutrophils and mononuclear cells at 30 mg chromium(III)/$m^3$ in males. Increased amounts of cellular debris and lysed cells were present in BAL fluid of rats treated with ≥3 mg chromium(III)/$m^3$ as basic chromium sulfate (incidence data were not reported). In Syrian hamsters, changes in BAL fluid and lung tissue enzyme activities were observed following exposure to inhaled chromium trichloride for 30 minutes (Henderson et al. 1979); effects included "sporadic changes" in activities of acid phosphatase and alkaline phosphatase in the BAL fluid at 25 mg chromium(III)/$m^3$ and increased acid phosphatase activity in lung tissue at 0.9 mg chromium(III)/$m^3$. In addition, histological examination of the lung revealed focal accumulations of macrophages and polymorphonuclear cells. However, it is not clear that the effects observed in this study are toxicologically significant. Thus, results of acute-duration studies in rats and hamsters show that inhaled chromium(III) compounds produce alterations in BAL fluid composition and lung tissue enzyme activities; however, data are not adequate to characterize the exposure-response relationship for respiratory effects. Therefore, an acute-duration inhalation MRL for trivalent chromium was not derived.

***Intermediate.***  Studies evaluating the effects of intermediate-duration exposure of humans to chromium(III) compounds were not identified.  In animals exposed to inhaled chromium(III) compounds for intermediate durations, the respiratory tract has been identified as the primary target organ, based on results of a 13-week study in rats exposed to chromic oxide (insoluble) or basic chromium sulfate (soluble) (Derelanko et al. 1999).  In this study, which examined comprehensive toxicological end points, male and female CDF rats (15/sex/group) were exposed by nose-only inhalation to 0, 3, 10, or 30 mg chromium(III)/$m^3$ as chromic oxide or as basic chromium sulfate for 6 hours/day, 5 days/week for 13 weeks.  Of the 15 rats/sex/group, 10 rats/sex/group were sacrificed after 13 weeks of exposure and 5 rats/sex/group were sacrificed after an additional 13-week recovery period (e.g., no exposure).  Assessments made in this study included mortality; clinical signs of toxicity; body weight; hematology; clinical chemistry; urinalysis; sperm morphology, count and motility; gross necropsy; microscopic examination of comprehensive tissues for all animals in the control and 30 mg chromium(III)/$m^3$ groups; and microscopic examination of respiratory tissues (nasal tissues, trachea, lungs, larynx, and mediastinal and mandibular lymph nodes) in all animals.  Both chromic oxide and basic chromium sulfate produced adverse respiratory effects (histopathological changes to respiratory tissues and increased lung weights) in male and female rats, with no adverse effects in other tissues.  However, differences between the two compounds were observed with respect to severity and location of respiratory effects; effects of chromic oxide were less severe and isolated to the lung and respiratory lymph tissues, whereas the effects of basic chromium sulfate were more severe and observed throughout the respiratory tract (e.g., nose, larynx, lung, and respiratory lymph tissues).  The study authors suggested that differences in the respiratory toxicity of these compounds may be related to differences in chemical-physical properties (e.g., solubility, acidity).  The only other intermediate-duration inhalation study in animals was conducted in rabbits exposed to 0.6 mg chromium(III)/$m^3$ as chromium nitrate for 4–6 weeks (6 hours/day, 5 days/week) (Johansson et al. 1986b).  Results of this study showed effects on pulmonary macrophages (altered functional and metabolic activities); however, the toxicological significance of this finding is uncertain and animals were not examined for other effects.  Thus, the 13-week inhalation study by Derelanko et al. (1999) was selected as the critical study for derivation of intermediate-duration inhalation MRLs for chromium(III) compounds.  Based on the differences in respiratory toxicity between insoluble chromic oxide and soluble basic chromium sulfate, distinct intermediate-duration inhalation MRLs were derived for insoluble and soluble trivalent chromium particulate compounds.  Additional details of respiratory effects produced by chromic oxide and basic chromium sulfate are described below under derivation of intermediate-duration inhalation MRLs for insoluble trivalent chromium compounds and for soluble trivalent chromium compounds, respectively.

- An inhalation MRL of 0.005 mg chromium(III)/m$^3$ has been derived for intermediate (15–364 days) exposure to insoluble trivalent chromium particulate compounds.

The lung and respiratory lymphatic tissues were identified as the target tissues for inhaled insoluble trivalent chromium particulate compounds, based on observations reported in the study by Derelanko et al. (1999) (as discussed above). Similar effects were observed in male and female rats exposed to chromic oxide for 13 weeks, with histopathological changes to the respiratory lymphatic tissue occurring at ≥3 mg chromium(III)/m$^3$ and to the lung at ≥10 mg chromium(III)/m$^3$. Lymphoid hyperplasia of the mediastinal node was observed in rats of all treatment groups (severity not reported). In rats exposed to 10 and 30 mg chromium(III)/m$^3$, trace-to-mild chronic interstitial inflammation of the lung, characterized by inflammatory cell infiltration, was observed in alveolar septa, and hyperplasia of Type II pneumocytes (severity not reported) were observed. Histopathological changes were isolated to the lungs and respiratory lymphatic tissues and were not observed in other tissues, including nasal tissues and the larynx.

For evaluations conducted at the end of the 13-week treatment period, a LOAEL of 3 mg chromium(III)/m$^3$ for hyperplasia of the mediastinal node was identified for both males and females; the severity of this effect was not reported. Following a 13-week posttreatment recovery period, trace-to-mild septal cell hyperplasia and trace-to-mild chronic interstitial inflammation of the lung were observed at ≥3 mg chromium(III)/m$^3$ in males and at ≥10 mg chromium(III)/m$^3$ in females. In addition, pigmented macrophages and black pigment in peribronchial lymphatic tissues and the mediastinal lymph node in animals from all treatment groups were also observed; this finding, although not considered adverse, indicates that the test material had not been completely cleared from the lung during the treatment-free recovery period. Thus, for evaluations conducted at the 13-week posttreatment recovery period, a minimal LOAEL (based on severity) of 3 mg chromium(III)/m$^3$ for trace-to-mild septal cell hyperplasia and chronic interstitial inflammation of the lung in male rats was identified.

The LOAEL of 3 mg chromium(III)/m$^3$ for hyperplasia of the mediastinal node in males and females (observed at the end of the 13-week treatment period) and the minimal LOAEL of 3 mg chromium(III)/m$^3$ for trace-to-mild septal cell hyperplasia and chronic interstitial inflammation of the lung in males (observed at the end of the 13-week recovery period) were considered as potential critical effects for derivation of the intermediate-duration inhalation MRL for insoluble trivalent chromium particulate compounds. A benchmark concentration for these effects could not be determined since incidence data for lesions of the lung and respiratory lymphatic tissue were not reported; thus, a NOAEL/LOAEL approach was used. To determine the point of departure, the LOAEL value of 3 mg chromium(III)/m$^3$

was first adjusted for intermittent and converted to human equivalent concentrations ($LOAEL_{HEC}$) (see Appendix A for details).

Based on the lowest $LOAEL_{HEC}$ of 0.43 mg chromium(III)/m$^3$, trace-to-mild septal cell hyperplasia and chronic interstitial inflammation of the lung in male rats were selected as the critical effect. The intermediate-duration inhalation MRL for insoluble trivalent chromium particulate compounds of 0.005 mg chromium(III)/m$^3$ was derived by dividing the minimal $LOAEL_{HEC}$ of 0.43 mg chromium(III)/m$^3$ by a composite uncertainty factor of 90 (3 for use of a minimal LOAEL, 3 for extrapolation from animals to humans, and 10 for human variability).

- An inhalation MRL of 0.0001 mg chromium(III)/m$^3$ has been derived for intermediate (15–364 days) exposure to soluble trivalent chromium particulate compounds.

The lung and respiratory lymphatic tissues were identified as the target tissues for inhaled soluble trivalent chromium particulate compounds, based on observations reported in the study by Derelanko et al. (1999) (as discussed above). Similar effects were observed in male and female rats exposed to inhaled basic chromium sulfate for 13 weeks, with histopathological changes to the nose, larynx, lung, and respiratory lymphatic tissues and increased relative lung weight occurring at ≥3 mg chromium(III)/m$^3$. Microscopic examination of the lung revealed the following changes in all treatment groups: chronic inflammation of the alveoli; alveolar spaces filled with macrophages, neutrophils, lymphocytes, and cellular debris; foci of "intense" inflammation and thickened alveolar walls; chronic interstitial inflammation with cell infiltration; hyperplasia of Type II pneumocytes; and granulomatous inflammation, characterized by infiltration of macrophages and multinucleated giant cells. Macrophage infiltration and granulomatous inflammation of the larynx, acute inflammation, and suppurative and mucoid exudates of nasal tissues and histiocytosis and hyperplasia of peribronchial lymphoid tissues and the mediastinal lymph node were also observed in all treatment groups. Thus, data for histopathological changes in various regions of the respiratory tract and increased relative lung weights were evaluated to determine the specific end point for derivation of the intermediate-duration MRL for soluble trivalent chromium particulate compounds.

Benchmark dose analysis could not be conducted for respiratory tract lesions, since incidence data were not reported by Derelanko et al. (1999); therefore, a NOAEL/LOAEL approach was used, with adjustment of the LOAEL for intermittent exposure and human equivalent concentrations (see Appendix A for details). Data for relative lung weights in males and females (presented in Appendix A) were modeled using all available continuous-variable models in the EPA Benchmark Dose program

(version 1.4.1). The BMC and the 95% lower confidence limit (BMCL) calculated were estimated for doses associated with a change of 1 standard deviation from the control mean (BMDL$_{1sd}$). The BMCL$_{1sd}$ values for the best fitting models in male and female rats were adjusted for intermittent exposure and human equivalent concentrations, yielding BMCL$_{1sd, HEC}$ values of 0.17 and 0.34 mg chromium(III)/m$^3$ in males and females, respectively (see Appendix A for detail of benchmark dose analysis).

Based on comparison of LOAEL$_{HEC}$ values for respiratory tract lesions and BMCL$_{1sd, HEC}$ values for increased lung weight, the lowest value of 0.04 mg chromium(III)/m$^3$ (the LOAEL$_{HEC}$ for lesions of the larynx and nose in female rats) was selected as the point of departure. The intermediate-duration inhalation MRL for soluble trivalent chromium particulate compounds of 0.0001 mg chromium(III)/m$^3$ was derived by dividing the LOAEL$_{HEC}$ of 0.04 mg chromium(III)/m$^3$ by a composite uncertainty factor of 300 (10 for use of a LOAEL, 3 for pharmacodynamic variability between animals to humans, and 10 for human variability). It should not be concluded from comparison of the intermediate-duration MRLs for soluble particulate chromium(VI) and soluble particulate chromium(III) compounds that chromium(III) is more toxic than chromium(VI).

The respiratory tract is the major target of inhalation exposure to chromium compounds in humans and animals. Respiratory effects due to inhalation exposure are probably due to direct action of chromium at the site of contact. For chronic exposure of humans, the available occupational studies for exposure to chromium(III) compounds include or likely include concomitant exposure to chromium(VI) compounds and other compounds that may produce respiratory effects (Langård 1980; Mancuso 1951; Osim et al. 1999). Thus, while the available data in humans suggest that respiratory effects occur following inhalation exposure to chromium(III) compounds, the respiratory effects of inhaled chromium(VI) and other compounds are confounding factors in estimating exposure levels for these effects for the purpose of deriving MRLs.

***Chronic.*** No studies evaluating the effects of chronic-duration inhalation exposure of animals to chromium(III) compounds alone were identified. Exposure to mixtures of chromium(VI) and chromium(III) compounds (3:2 mixture of chromium(VI) trioxide and chromium(III) oxide) have resulted in adverse respiratory effects in Wistar rats, including increased lung weight and histopathological changes to lung tissues (interstitial fibrosis and thickening of the septa of the alveolar lumens; Glaser et al. 1986, 1988). However, these data not appropriate as the basis for a chronic-duration inhalation MRL for chromium(III) compounds due to concomitant exposure to chromium(VI).

**Oral MRLs—Chromium(III)**

No acute-, intermediate-, or chronic-duration oral MRLs were derived for chromium(III) because studies evaluating the effects of chromium(III) in humans and animals following acute, intermediate, and chronic oral exposure were inadequate for establishing the exposure concentrations associated with adverse health effects (as discussed below).  The IOM has recommended an adequate intake level of 20–45 µg chromium(III) for adolescents and adults, equivalent to 0.28–0.64 µg chromium(III)/kg/day (0.0003– 0.0006 mg chromium(III)/kg/day), assuming a 70-kg body weight (IOM 2001).

Little information is available on the effects of acute-duration oral exposure to chromium(III) compounds. Information on the effects of intermediate-duration oral exposure of humans is limited to case reports of renal failure (Wani et al. 2006; Wasser et al. 1997) and rhabdomyolysis (Martin and Fuller 1998) following ingestion of dietary supplements containing chromium(III).  In animals, acute exposure of rats to dietary chromium(III) picolinate did not produce alterations in hematology or clinical chemistry. Following acute exposure of mated rats, an increase in total litter loss was observed in female rats (at 33.6 mg chromium(III)/kg/day) (Bataineh et al. 2007).  In a study evaluating effects of chromium(III) on maturation of the reproductive system in mice (74 mg chromium(III)/kg/day), significant decreases in the relative weights of reproductive tissues (testes, seminal vesicles, and preputial glands in males; ovaries and uterus in females) and a significant delay in timing of vaginal opening in the female offspring were observed (Al-Hamood et al. 1998).  However, gestational exposure studies on chromium(III) compounds were conducted at high daily doses and do not provide sufficient information to characterize the dose- response relationship for adverse developmental effects.  Thus, the data are inadequate for derivation of an acute-duration oral MRL.

Information on adverse effects of intermediate-duration oral exposure of humans to chromium(III) compounds was not identified.  Results of most animal studies show no adverse effects associated with intermediate-duration oral exposure to chromium(III) compounds (chromium chloride, chromium nicotinate, chromium oxide, chromium picolinate, and chromium potassium sulfate) (Anderson et al. 1997b; De Flora et al. 2006; Ivankovic and Preussmann 1975; NTP 2008b; Rhodes et al. 2005; Shara et al. 2005, 2007), even at very high daily doses.  In the study conducted by NTP (2008b; Rhodes et al. 2005), daily doses of up to 506 and 1,415 mg chromium(III)/mg/day as chromium picolinate were evaluated in rats and mice, respectively, and in the Ivankovic and Preussmann (1975) study, daily doses up to 1,806 mg chromium(III)/kg/day as chromium oxide were evaluated in rats.

Adverse reproductive effects have been reported following intermediate-duration exposure of animals to chromium(III) as chromium chloride administered by gavage or in drinking water.  A series of studies by the same research group evaluated reproductive effects of exposure to chromium(III) as chromium chloride in drinking water for 12 weeks (Al-Hamood et al. 1998; Bataineh et al. 1997, 2007; Elbetieha and Al-Hamood 1997).  Reproductive effects observed included alterations in sexual behavior (reductions in the number of mounts, increased postejaculatory interval, and decreased rates of ejaculation), aggressive behavior toward other males, and significantly lower absolute weight of testes, seminal vesicles, and preputial glands in male Sprague-Dawley rats (40 mg chromium(III)/kg/day; only dose tested) (Bataineh et al. (1997); decreased number of pregnant female Swiss mice following the mating of unexposed females to exposed males (13 mg chromium(III)/kg/day) (Elbetieha and Al-Hamood 1997); impaired fertility in exposed female mice (5 mg chromium(III)/kg/day) mated to unexposed males (Elbetieha and Al-Hamood 1997); and increased testes and ovarian weights and decreased preputial gland and uterine weights in mice (5 mg chromium(III)/kg/day) (Elbetieha and Al-Hamood 1997).  Results of the study by Elbetieha and Al-Hamood (1997) should be interpreted with caution due to concerns regarding experimental methods, including decreased water consumption in the higher concentration group (resulting in a potential overestimate of exposure and uncertainty regarding daily dose calculations); the study was not conducted using a standard mating protocol; sperm counts were not conducted; and the definition and classification of non-viable fetuses was not described.  Decreased spermatogenesis was observed in BABL/c mice treated with 9.1 mg chromium(III)/kg/day as chromium sulfate in drinking water for 7 weeks (Zahid et al. 1990); however, sensitivity of methods used to evaluate spermatogonia in this study have been questioned by NTP (1996a).  NOAEL values for reproductive effects were not identified in these studies.  In studies designed to confirm or refute the findings of the Zahid et al. (1990) study, the reproductive effects of different concentrations of chromium(VI) as potassium dichromate in the diet on BALB/c mice and Sprague-Dawley rats were investigated (NTP 1996a, 1996b).  Groups of 24 of each species were fed potassium dichromate(VI) in their feed continuously for 9 weeks followed by an 8-week recovery period.  The average daily ingestions of chromium(VI) were 1.05, 3.5, 7.5, and 32.2 mg/kg/day for male mice and were 0.35, 1.05, 2.1, and 8.4 mg/kg/day for rats (NTP 1996b).  Microscopic examinations of the testes and epididymis for Sertoli nuclei and preleptotene spermatocyte counts in stage X or XI tubules did not reveal any treatment-related effects.  Similarly, exposure to sodium dichromate dihydrate in drinking water did not produce morphological changes to male reproductive organs of B6C3F1 mice exposed to 27.9 or 5.9 mg chromium(VI)/kg/day for 3 months or 2 years, respectively, or affect sperm count or motility in male B6C3F1, BALB/c, and C57BL/6N mice exposed to 8.7 mg chromium(VI)/kg/day for 3 months (NTP 2007, 2008a).

In contrast to the reproductive effects of chromium chloride in drinking water, dietary exposure to chromium(III) picolinate has not been associated with reproductive effects. Exposure to chromium picolinate in the diet for 3 months did not produce adverse effects on reproductive tissues, as assessed by organ weights, gross and histopathological examinations, sperm count, sperm motility, duration of estrous cycle stages and estrous cycle length at doses up to 505 and 506 mg chromium(III)/kg/day in male and female rats, respectively, or at doses up to 1,415 and 1,088 mg chromium(III)/kg/day in male and female mice (NTP 2008b). No morphological changes to reproductive organs, as assessed by histopathological examination, were observed in male and female Sprague-Dawley rats exposed to chromium nicotinate in the diet at 1.2 and 1.5 mg chromium(III)/kg/day, respectively for 2 months or at 0.22 and 0.25 mg chromium(III)/kg/day, respectively for 1 year (Shara et al. 2005, 2007). In summary, conflicting results on reproductive effects of chromium(III) compounds have been reported. It is unclear if differences in results are related to experimental methods, including exposure media (drinking water versus feed) or to differences in toxic potency of the specific chromium(III) compounds evaluated. Thus, available data are not sufficient to define the dose-response relationship for adverse reproductive effects of chromium(III) compounds.

Little information is available on the potential developmental effects of chromium(III) compounds. No developmental effects were observed in the offspring of rats fed 1,806 mg chromium(III)/kg/day as chromium oxide for 60 days before mating and throughout the gestational period (Ivankovic and Preussmann 1975).

Results of studies in animals exposed to oral chromium(III) compounds indicate that adverse reproductive effects may occur. However, the available data are do not identify NOAEL values for effects and, therefore, are not sufficient to characterize the dose-response relationship. Thus, data are inadequate for derivation of an intermediate-duration oral MRL.

Chronic-duration studies on oral exposure of humans to chromium(III) compounds were not identified. Several animals studies show no adverse effects associated with chronic-duration oral exposure to chromium(III) compounds (chromium acetate, chromium chloride, chromium nicotinate, chromium oxide, chromium picolinate) (Ivankovic and Preussmann 1975; Mackenzie et al. 1958; Schroeder et al. 1965; Shara et al. 2007), even at very high daily doses. Thus, in the absence of data showing adverse effects of chronic oral exposure, a chronic-duration oral MRL for chromium(III) compounds was not derived.

A summary of the inhalation and oral MRLs for chromium(VI) and chromium(III) is presented in

Table 2-1.

APPX ATT_V6_3907

## Table 2-1. Summary of MRL Values for Chromium(VI) and Chromium(III)

| | Point of departure | UF | MRL |
|---|---|---|---|
| **Inhalation MRLs** | | | |
| Chromium(VI) | | | |
| Acute | Insufficient data to derive MRL | | |
| Intermediate | | | |
| Aerosols and mists | LOAEL of 0.002 mg Cr/m$^3$ for nasal irritation, mucosal atrophy, impaired lung function in workers (Lindberg and Hedenstierna 1983) | 100 | 5x10$^{-6}$ mg Cr/m$^3$ |
| Particulates | BMCL$_{10}$ of 0.016 mg Cr/m$^3$ (converted to a BMCL$_{HEC}$ of 0.010 mg Cr/m$^3$) based on alterations in lactate dehydrogenase levels in BAL in rats (Glaser et al. 1990) | 30 | 3x10$^{-4}$ mg Cr/m$^3$ |
| Chronic | | | |
| Aerosols and mists | LOAEL of 0.002 mg Cr/m$^3$ for nasal irritation, mucosal atrophy, impaired lung function in workers (Lindberg and Hedenstierna 1983) | 100 | 5x10$^{-6}$ mg Cr/m$^3$ |
| Particulates | Insufficient data to derive MRL | | |
| Chromium(III) | | | |
| Acute | Insufficient data to derive MRL | | |
| Intermediate | | | |
| Insoluble particulates | LOAEL of 3 mg Cr/m$^3$ (adjusted to 0.54 mg Cr/m$^3$ for intermittent exposure and converted to a LOAEL$_{HEC}$ of 0.43 mg Cr/m$^3$) for septal cell hyperplasia and chronic interstitial inflammation of the lungs in rats (Derelanko et al. 1999) | 90 | 5x10$^{-3}$ mg Cr/m$^3$ |
| Soluble particulates | LOAEL of 3 mg Cr/m$^3$ (adjusted to 0.54 mg Cr/m$^3$ for intermittent exposure and converted to a LOAEL$_{HEC}$ of 0.04 mg Cr/m$^3$) for nasal and larynx lesions in rats (Derelanko et al. 1999) | 300 | 1x10$^{-4}$ mg Cr/m$^3$ |
| Chronic | Insufficient data to derive MRL | | |
| **Oral MRLs** | | | |
| Chromium(VI) | | | |
| Acute | Insufficient data to derive MRL | | |
| Intermediate | BMDL$_{2SD}$ of 0.52 mg Cr/kg/day for microcytic, hypochromic anemia in rats (NTP 2008a) | 100 | 0.005 mg/kg/day |
| Chronic | BMDL$_{10}$ of 0.09 mg Cr/kg/day for diffuse epithelial hyperplasia of the duodenum in mice (NTP 2008a) | 100 | 9x10$^{-4}$ mg Cr/kg/day |
| Chromium(III) | | | |
| Acute | Insufficient data to derive MRL | | |
| Intermediate | Insufficient data to derive MRL | | |
| Chronic | Insufficient data to derive MRL | | |

BAL = bronchoalveolar lavage; LOAEL = lowest-observed-adverse-effect level; MRL = minimal risk level; UF = uncertainty factor

This page is intentionally blank.

USCA Case #25-1087     Document #2105058          Filed: 03/10/2025     Page 1604 of 2126

# 3.  HEALTH EFFECTS

## 3.1   INTRODUCTION

The primary purpose of this chapter is to provide public health officials, physicians, toxicologists, and other interested individuals and groups with an overall perspective on the toxicology of chromium.  It contains descriptions and evaluations of toxicological studies and epidemiological investigations and provides conclusions, where possible, on the relevance of toxicity and toxicokinetic data to public health.

A glossary and list of acronyms, abbreviations, and symbols can be found at the end of this profile.

Chromium is a naturally occurring element found in animals, plants, rocks, and soil and in volcanic dust and gases.  Chromium has oxidation states (or "valence states") ranging from chromium(-II) to chromium(VI).  Elemental chromium (chromium(0)) does not occur naturally.  Chromium compounds are stable in the trivalent (III) state and occur in nature in this state in ores, such as ferrochromite.  The hexavalent (VI) form is the second-most stable state.  However, chromium(VI) rarely occurs naturally, but is usually produced from anthropogenic sources (EPA 1984a).

Trivalent chromium compounds, except for acetate, nitrate, and chromium(III) chloride-hexahydrate salts, are generally insoluble in water.  Some hexavalent compounds, such as chromium trioxide (or chromic acid) and the ammonium and alkali metal (e.g., sodium, potassium) salts of chromic acid are readily soluble in water.  The alkaline metal (e.g., calcium, strontium) salts of chromic acid are less soluble in water.  The zinc and lead salts of chromic acid are practically insoluble in cold water.  Chromium(VI) compounds are reduced to chromium(III) in the presence of oxidizable organic matter.  However, in natural waters where there is a low concentration of reducing materials, chromium(VI) compounds are more stable (EPA 1984a).  For more information on the physical and chemical properties of chromium, see Chapter 4.

In humans and animals, chromium(III) is an essential nutrient that plays a role in glucose, fat, and protein metabolism by potentiating the action of insulin (Anderson 1981).  The biologically active form of chromium, called chromodulin, is an oligopeptide complex containing with four chromic ions (Jacquamet et al. 2003).  Both humans and animals are capable of converting inactive inorganic chromium(III) compounds to physiologically active forms.  The nutritional role of chromium is further discussed in Section 3.4.3.  Although chromium(III) has been reported to be an essential nutrient, exposure to high levels via inhalation, ingestion, or dermal contact may cause some adverse health effects.  Most of the

studies on health effects discussed below involve exposure to chromium(III) and chromium(VI)
compounds.  In addition, chromium(IV) was used in an inhalation study to determine permissible
exposure levels for workers involved in producing magnetic tape (Lee et al. 1989).

Several factors should be considered when evaluating the toxicity of chromium compounds.  The purity
and grade of the reagent used in the testing is an important factor.  Both industrial- and reagent-grade
chromium(III) compounds can be contaminated with small amounts of chromium(VI) (Levis and Majone
1979).  Thus, interpretation of occupational and animal studies that involve exposure to chromium(III)
compounds is difficult when the purity of the compounds is not known.  In addition, it is difficult to
distinguish between the effects caused by chromium(VI) and those caused by chromium(III) since
chromium(VI) is rapidly reduced to chromium(III) after penetration of biological membranes and in the
gastric environment (Petrilli et al. 1986b; Samitz 1970).  However, whereas chromium(VI) can readily be
transported into cells, chromium(III) is much less able to cross cell membranes.  The reduction of
chromium(VI) to chromium(III) inside of cells may be an important mechanism for the toxicity of
chromium compounds, whereas the reduction of chromium(VI) to chromium(III) outside of cells is a
major mechanism of protection.

## 3.2   DISCUSSION OF HEALTH EFFECTS BY ROUTE OF EXPOSURE

To help public health professionals and others address the needs of persons living or working near
hazardous waste sites, the information in this section is organized first by route of exposure (inhalation,
oral, and dermal) and then by health effect (death, systemic, immunological, neurological, reproductive,
developmental, genotoxic, and carcinogenic effects).  These data are discussed in terms of three exposure
periods:  acute (14 days or less), intermediate (15–364 days), and chronic (365 days or more).

Levels of significant exposure for each route and duration are presented in tables and illustrated in
figures.  The points in the figures showing no-observed-adverse-effect levels (NOAELs) or lowest-
observed-adverse-effect levels (LOAELs) reflect the actual doses (levels of exposure) used in the studies.
LOAELs have been classified into "less serious" or "serious" effects.  "Serious" effects are those that
evoke failure in a biological system and can lead to morbidity or mortality (e.g., acute respiratory distress
or death).  "Less serious" effects are those that are not expected to cause significant dysfunction or death,
or those whose significance to the organism is not entirely clear.  ATSDR acknowledges that a
considerable amount of judgment may be required in establishing whether an end point should be
classified as a NOAEL, "less serious" LOAEL, or "serious" LOAEL, and that in some cases, there will be

insufficient data to decide whether the effect is indicative of significant dysfunction. However, the Agency has established guidelines and policies that are used to classify these end points. ATSDR believes that there is sufficient merit in this approach to warrant an attempt at distinguishing between "less serious" and "serious" effects. The distinction between "less serious" effects and "serious" effects is considered to be important because it helps the users of the profiles to identify levels of exposure at which major health effects start to appear. LOAELs or NOAELs should also help in determining whether or not the effects vary with dose and/or duration, and place into perspective the possible significance of these effects to human health.

The significance of the exposure levels shown in the Levels of Significant Exposure (LSE) tables and figures may differ depending on the user's perspective. Public health officials and others concerned with appropriate actions to take at hazardous waste sites may want information on levels of exposure associated with more subtle effects in humans or animals (LOAELs) or exposure levels below which no adverse effects (NOAELs) have been observed. Estimates of levels posing minimal risk to humans (Minimal Risk Levels or MRLs) may be of interest to health professionals and citizens alike.

Levels of exposure associated with carcinogenic effects (Cancer Effect Levels, CELs) are indicated in Tables 3-1 and 3-4 and Figures 3-1 and 3-3 for chromium(VI).

A User's Guide has been provided at the end of this profile (see Appendix B). This guide should aid in the interpretation of the tables and figures for Levels of Significant Exposure and the MRLs.

## 3.2.1   Inhalation Exposure

Due to the extremely high boiling point of chromium, gaseous chromium is rarely encountered. Rather, chromium in the environment occurs as particle-bound chromium or chromium dissolved in droplets. As discussed in this section, chromium(VI) trioxide (chromic acid) and soluble chromium(VI) salt aerosols may produce different health effects than insoluble particulate compounds. For example, exposure to chromium(VI) trioxide results in marked damage to the nasal mucosa and perforation of the nasal septum, whereas exposure to insoluble(VI) compounds results in damage to the lower respiratory tract.

### 3.2.1.1   Death

No studies were located regarding death in humans after acute inhalation of chromium or chromium compounds. An increased risk of death from noncancer respiratory disease was reported in retrospective

mortality studies of workers in a chrome plating plant (Sorahan et al. 1987) and chromate production (Davies et al. 1991; Taylor 1966) (see Section 3.2.1.2, Respiratory Effects).  However, a number of methodological deficiencies in these studies prevent the establishment of a definitive cause-effect relationship.  Retrospective mortality studies associating chromium exposure with cancer are discussed in Section 3.2.1.7.

Acute inhalation $LC_{50}$ values in rats for several chromium(VI) compounds (sodium chromate, sodium dichromate, potassium dichromate, and ammonium dichromate) ranged from 29 to 45 mg chromium(VI)/$m^3$ for females and from 33 to 82 mg chromium(VI)/$m^3$ for males (Gad et al. 1986).  Acute inhalation $LC_{50}$ values for chromium trioxide were 87 and 137 mg chromium(VI)/$m^3$ for female and male rats, respectively (American Chrome and Chemicals 1989).  Female rats were more sensitive than males to the lethal effects of most chromium(VI) compounds except sodium chromate, which was equally toxic in both sexes.  Signs of toxicity included respiratory distress, irritation, and body weight depression (Gad et al. 1986).  The $LC_{50}$ values for chromium(VI) are recorded in Table 3-1 and plotted in Figure 3-1.

## 3.2.1.2   Systemic Effects

No studies were located regarding musculoskeletal effects in humans or animals after inhalation exposure to chromium or its compounds.  Respiratory, cardiovascular, gastrointestinal, hematological, hepatic, renal, endocrine, dermal, ocular, body weight, and metabolic effects are discussed below.  The highest NOAEL values and all reliable LOAEL values for each systemic effect in each species and duration category are recorded in Table 3-1 and plotted in Figure 3-1 for chromium(VI) and recorded in Table 3-2 and plotted in Figure 3-2 for chromium(III).

**Respiratory Effects.**    The respiratory tract in humans is a major target of inhalation exposure to chromium compounds.  Chromate sensitive workers acutely exposed to chromium(VI) compounds may develop asthma and other signs of respiratory distress.  Five individuals who had a history of contact dermatitis to chromium were exposed via a nebulizer to an aerosol containing 0.035 mg chromium(VI)/mL as potassium dichromate.  A 20% decrease in the forced expiratory volume of the lungs was observed and was accompanied by erythema of the face, nasopharyngeal pruritus, nasal blocking, coughing, and wheezing (Olaguibel and Basomba 1989).

Dyspnea, cough, and wheezing were reported in two cases in which the subjects inhaled "massive amounts" of chromium(VI) trioxide.  Marked hyperemia of the nasal mucosa without nasal septum

USCA Case #25-1087   Document #2105058   Filed: 03/10/2025   Page 1608 of 2126

Table 3-1 Levels of Significant Exposure to Chromium VI - Inhalation

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/m³) | LOAEL Less Serious (mg/m³) | LOAEL Serious (mg/m³) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| **ACUTE EXPOSURE** | | | | | | | | |
| **Death** | | | | | | | | |
| 1 | Rat (Fischer-344) | 4 hr | | | | 137 M (LC50) 87 F (LC50) | American Chrome and Chemicals 1989 CrO3 (VI) | |
| 2 | Rat (Fischer-344) | 4 hr | | | | 82 M (LC50) 45 F (LC50) | Gad et al. 1986 (NH4)2Cr2O7 (VI) | |
| 3 | Rat (Fischer-344) | 4 hr | | | | 35 M (LC50) 29 F (LC50) | Gad et al. 1986 K2Cr2O7 (VI) | |
| 4 | Rat (Fischer-344) | 4 hr | | | | 70 M (LC50) 31 F (LC50) | Gad et al. 1986 Na2Cr2O7.2H2O (VI) | |
| 5 | Rat (Fischer-344) | 4 hr | | | | 33 (LC50) | Gad et al. 1986 Na2CrO4 (VI) | |
| **Systemic** | | | | | | | | |
| 6 | Rat (Sprague-Dawley) | 10 d 5 d/wk 6 hr/d | Resp | 0.49 M | 1.15 M (nasal hemorrhage) | | Kim et al. 2004 CrO3 (VI) | |
| **INTERMEDIATE EXPOSURE** | | | | | | | | |
| **Systemic** | | | | | | | | |
| 7 | Human | <90 d (occup) | Resp | | 0.025 M (irritated nasal septum) | | Gibb et al. 2000a CrO3 (VI) | |

APPX ATT_V6_3914

Table 3-1  Levels of Significant Exposure to Chromium VI - Inhalation

(continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/m³) | LOAEL Less Serious (mg/m³) | LOAEL Serious (mg/m³) | Reference Chemical Form |
|---|---|---|---|---|---|---|---|
| 8 | Human | 90 d - 1 yr (occup) | Resp | | 0.033 M perforated nasal septum | | Gibb et al. 2000a CrO3 (VI) |
| | | | Other | | 0.036 M perforated eardrum | | |
| 9 | Human | <1 yr 5 d/wk 8 hr/d (occup) | Resp | | 0.1 (epiaxis rhinorrhea, nasal ulceration and perforation) | | Gomes 1972 CrO3 (VI) |
| 10 | Human | 0.5-12 mo 6 mo avg 5 d/wk 8 hr/d (occup) | Resp | | 0.09 M (epiaxis, rhinorrhea ulceration of nasal septum) | | Kleinfield and Rosso 1965 CrO3 (VI) |
| 11 | Human | 0.2-23.6 yr avg 2.5 yr 5 d/wk 8 hr/d (occup) | Resp | | 0.002 [b] (nasal mucosa atrophy and ulceration, mild decreased lung function) | | Lindberg and Hedenstierna 1983 CrO3 (VI) |

Table 3-1 Levels of Significant Exposure to Chromium VI - Inhalation (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/m³) | LOAEL Less Serious (mg/m³) | LOAEL Serious (mg/m³) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 12 | Rat (Wistar) | 28 d 7 d/wk 22 hr/d | Resp | | 0.025 M (increased percentage of lymphocytes in bronchoalveolar lavage fluid) | | Glaser et al. 1985 Na2Cr2O7.2H2O (VI) | |
| | | | Gastro | 0.2 M | | | | |
| | | | Hemato | 0.2 M | | | | |
| | | | Hepatic | 0.2 M | | | | |
| | | | Renal | 0.2 M | | | | |
| | | | Bd Wt | 0.2 M | | | | |
| 13 | Rat (Wistar) | 90 d 7 d/wk 22 hr/d | Resp | | 0.025 M (increased percentage of lymphocytes in bronchial alveolar lavage fluid) | | Glaser et al. 1985 Na2Cr2O7.2H2O (VI) | |
| | | | Gastro | 0.2 M | | | | |
| | | | Hemato | 0.2 M | | | | |
| | | | Hepatic | 0.1 M | 0.2 M (increased levels of serum phospholipids and triglycerides) | | | |
| | | | Renal | 0.2 M | | | | |
| | | | Bd Wt | 0.2 M | | | | |

APPX ATT_V6_3916

Table 3-1 Levels of Significant Exposure to Chromium VI - Inhalation (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/m³) | LOAEL Less Serious (mg/m³) | LOAEL Serious (mg/m³) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 14 | Rat (Wistar) | 30 or 90 d 7 d/wk 22 hr/d | Resp | | 0.05 M[c] (increased lung weight, hyperplasia, macrophage infiltration, increased protein, albumin, lactate dehydrogenase in BAL fluid) | | Glaser et al. 1990 Na2Cr2O7.2H2O (VI) | |
| | | | Gastro | 0.4 M | | | | |
| | | | Hemato | | 0.05 M (increased white blood cell count) | | | |
| | | | Hepatic | 0.4 M | | | | |
| | | | Renal | 0.4 M | | | | |
| | | | Bd Wt | 0.1 M | 0.2 M (28% decreased body weight gain) | | | |
| 15 | Rat (Sprague- Dawley) | 13 wk 5 d/wk 6 hr/d | Resp | 0.23 M | 0.49 M (inflammation and macrophage aggregation in alveolar regions of the lung) | | Kim et al. 2004 CrO3 (VI) | |
| | | | Cardio | 1.15 M | | | | |
| | | | Hemato | | 0.23 M (decreased hematocrit) | | | |
| | | | Hepatic | 1.15 M | | | | |
| | | | Renal | 1.15 M | | | | |
| | | | Endocr | 1.15 M | | | | |
| | | | Bd Wt | 1.15 M | | | | |

APPX ATT_V6_3917

USCA Case #25-1087    Document #2105058    Filed: 03/10/2025    Page 1612 of 2126

Table 3-1 Levels of Significant Exposure to Chromium VI - Inhalation (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/m³) | LOAEL Less Serious (mg/m³) | LOAEL Serious (mg/m³) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 16 | Mouse (C57BL) | 12 mo 2 d/wk 120 min/d | Resp | | | 1.81 F (emphysema, nasal septum perforation) | Adachi 1987 CrO3 (VI) | |
| 17 | Mouse (ICR) | 12 mo 2 d/wk 30 min/d | Resp | | | 3.63 F (emphysema, nasal septum perforation) | Adachi et al. 1986 CrO3 (VI) | |
| 18 | Rabbit (NS) | 4-6 wk 5 d/wk 6 hr/d | Resp | 0.9 M | | | Johansson et al. 1986b Na2CrO4 (VI) | |
| **Immuno/ Lymphoret** | | | | | | | | |
| 19 | Rat (Fischer- 344) | 2-4 wk 5 d/wk 5 hr/d | | | 0.36 (increased neutrophils, monocytes, and decreased macrophages in BAL fluid; decreased cytokine levels) | | Cohen et al. 1998 K2CrO4 (VI) | |
| 20 | Rat (Fischer- 344) | 2-4 wk 5 d/wk 5 hr/d | | | 0.36 (decreased tumor necrosis factor-alpha levels and production of superoxide anion and hydrogen peroxide and increased nitric oxide production) | | Cohen et al. 1998 BaCrO4 (VI) | |

APPX ATT_V6_3918

Table 3-1 Levels of Significant Exposure to Chromium VI - Inhalation (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/m³) | LOAEL Less Serious (mg/m³) | LOAEL Serious (mg/m³) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 21 | Rat (Wistar) | 28 d 7 d/wk 22 hr/d | | | 0.025 M (increased response to sheep red blood cells, increased percentage of lymphocytes in bronchoalveolar lavage fluid) | | Glaser et al. 1985 Na2Cr2O7.2H2O (VI) | |
| 22 | Rat (Wistar) | 90 d 7 d/wk 22 hr/d | | | 0.025 M (increased response to sheep RBC, increased % of lymphocytes in bronchoalveolar lavage fluid, increased % of macrophages in telophase, increased activity of macrophages) | | Glaser et al. 1985 Na2Cr2O7.2H2O (VI) | |
| **Neurological** | | | | | | | | |
| 23 | Rat (Sprague-Dawley) | 13 wk 5 d/wk 6 hr/d | | 1.15 M | | | Kim et al. 2004 CrO3 (VI) | |
| **Reproductive** | | | | | | | | |
| 24 | Rat (Wistar) | 90 d 7 d/wk 22 hr/d | | 0.2 M | | | Glaser et al. 1985 Na2Cr2O7.2H2O (VI) | |
| 25 | Rat (Sprague-Dawley) | 13 wk 5 d/wk 6 hr/d | | 1.15 M | | | Kim et al. 2004 CrO3 (VI) | |
| **CHRONIC EXPOSURE** | | | | | | | | |
| **Systemic** | | | | | | | | |
| 26 | Human | 7 yr avg 5 d/wk 8 hr/d (occup) | Renal | | 0.05 M (increase in retinol binding protein and tubular antigen) | | Franchini and Mutti 1988 CrO3 (VI) | |

APPX ATT_V6_3919

USCA Case #25-1087    Document #2105058    Filed: 03/10/2025    Page 1614 of 2126

Table 3-1  Levels of Significant Exposure to Chromium VI - Inhalation (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/m³) | LOAEL Less Serious (mg/m³) | LOAEL Serious (mg/m³) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 27 | Human | >1 yr (occup) | Resp | | 0.025 M (bleeding nasal septum) | | Gibb et al. 2000a CrO3 (VI) | |
| | | | Ocular | | 0.049 M | | | |
| 28 | Human | (occup) | Resp | | 0.414 (nasal septum perforation, chronic pharyngitis, atrophy of larynx) | | Hansilian et al. 1967 CrO3 (VI) | |
| | | | Gastro | | 0.414 (chronic tonsillitis) | | | |
| 29 | Human | 0.2-23.6 yr avg 2.5 yr 5 d/wk 8 hr/d | Resp | | 0.002 [b] (nasal mucosa atrophy and ulceration, mild decreased lung function) | | Lindberg and Hedenstierna 1983 CrO3 (VI) | |
| 30 | Human | 0.1-26 yr 5.3 yr avg 5 d/wk 8 hr/d (occup) | Renal | | 0.004 M (increased urinary beta-2-microglobulin) | | Lindberg and Vesterberg 1983b CrO3 (VI) | |
| 31 | Human | (occup) | Renal | | 0.0042 (increased prevalence of high N-acetyl-B-glucosaminidase levels) | | Liu et al. 1998 Cr(VI) | |

APPX ATT_V6_3920

Table 3-1 Levels of Significant Exposure to Chromium VI - Inhalation (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/m³) | LOAEL Less Serious (mg/m³) | LOAEL Serious (mg/m³) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 32 | Human | 7.5 yr avg (range 3-16 yr) (occup) | Resp | | 0.004 M (epistaxis, rhinorrhea, nasal septum ulceration and perforation) | | Lucas and Kramkowski 1975 CrO3 (VI) | |
| | | | Gastro | | 0.004 M (stomach pains and cramps, ulcers) | | | |
| 33 | Rat (Wistar) | 18 mo 7 d/wk 22 hr/d | Resp | 0.1 M | | | Glaser et al. 1986, 1988 Na2Cr2O7.2H2O (VI) | |
| | | | Hemato | 0.1 M | | | | |
| | | | Hepatic | 0.1 M | | | | |
| | | | Renal | 0.1 M | | | | |
| | | | Endocr | 0.1 M | | | | |
| | | | Bd Wt | 0.1 M | | | | |
| 34 | Rat (Wistar) | 2 yr 4 d/wk 4-5 hr/d | Resp | | | 1.6 (granulomata, giant cells, bronchopneumonia, abscesses) | Steffee and Baetjer 1965 Finely ground chromium roast (VI) | |
| 35 | Mouse (C57BL/6) | 18 mo 5 d/wk 5.5 hr/d | Resp | | | 4.3 (epithelial necrosis, hyperplasia) | Nettesheim and Szakal 1972 CaCrO4 (VI) | |

APPX ATT_V6_3921

Table 3-1  Levels of Significant Exposure to Chromium VI - Inhalation                    (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/m³) | LOAEL Less Serious (mg/m³) | LOAEL Serious (mg/m³) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 36 | Gn Pig (NS) | 4.5 yr 4 d/wk 4-5 hr/d | Resp | | | 1.6 (alveolar and interstitial inflammation; alveolar hyperplasia, interstitial fibrosis) | Steffee and Baetjer 1965 Mixed chromium roast K2Cr2O7, Na2CrO4 (VI) | |
| **Immuno/ Lymphoret** | | | | | | | | |
| 37 | Human | 5.8 yr (Occup) | | | 0.001 (increased response of peripheral blood mononucleocytes to concavalin A) | | Mignini et al. 2004 Cr (VI) | |
| **Cancer** | | | | | | | | |
| 38 | Human | 1 mo- 29 yr 5 d/wk 8 hr/d (occup) | | | | 0.5 M (CEL: lung cancer) | Hayes et al. 1989 PbCrO4 and ZnCrO4 (VI) | |
| 39 | Human | 4-19 yr 5 d/wk 8 hr/d (occup) | | | | 0.5 (CEL: lung cancer) | Langård and Norseth 1975 PbCrO4 and ZnCrO4 (VI) | |
| 40 | Human | 1-7 yr 5 d/wk 8 hr/d (occup) | | | | 0.25 (CEL: lung cancer) | Mancuso 1975 Soluble Cr(VI) | |
| 41 | Human | 1 mo- 29 yr 5 d/wk 8 hr/d (occup) | | | | 0.1 M (CEL: lung cancer) | Sheffet et al. 1982 PbCrO4 and ZnCrO4 (VI) | |

APPX ATT_V6_3922

USCA Case #25-1087     Document #2105058     Filed: 03/10/2025     Page 1617 of 2126

Table 3-1 Levels of Significant Exposure to Chromium VI - Inhalation (continued)

| Key to Figure [a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/m³) | LOAEL Less Serious (mg/m³) | LOAEL Serious (mg/m³) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 42 | Rat (Wistar) | 18 mo 7 d/wk 22 hr/d | | | | 0.1 M (CEL: lung tumors) | Glaser et al. 1986, 1988 Na2Cr2O7.2H2O (VI) | |
| 43 | Mouse (C57BL/6) | 18 mo 5 d/wk 5 hr/d | | | | 4.3 (CEL: alveologenic adenomas and adenocarcinomas) | Nettesheim et al. 1971 CaCrO4 (VI) | |

a The number corresponds to entries in Figure 3-1.

b Used to derive an intermediate and chronic inhalation minimal risk level (MRL) of 0.000005 mg chromium(VI)/m3 for dissolved chromium (VI) aerosols and mists. Exposure concentration adjusted for intermittent exposure and divided by an uncertainty factor of 100 (10 for human variability and 10 for extrapolating from a LOAEL).

c Used to derive an intermediate inhalation minimal risk level (MRL) of 0.0003 mg chromium(VI)/m3 for particulate hexavalent chromium. Benchmark concentration of 0.016 mg chromium (VI)/m3 was divided by an uncertainty factor of 30 (3 extrapolation from animals to humans using dosimetric adjustments and 10 for human variability).

avg = average; BAL = bronchoalveolar lavage; Bd Wt = body weight; Cardio = cardiovascular; CEL = cancer effect level; d = day(s); Endocr = endocrine; F = female; Gastro = gastrointestinal; Gn Pig = guinea pig; Hemato = hematological; hr = hour(s); Immuno/Lymphoret = immunological/lymphoreticular; LC50 = lethal concentration, 50% kill; LOAEL = lowest-observed-adverse-effect level; M = male; min = minute(s); mo = month(s); NS = not specified; NOAEL = no-observed-adverse-effect level; occup = occupational; RBC = red blood cell; Resp = respiratory; wk = week(s); x = times; yr = year(s)

APPX ATT_V6_3923

USCA Case #25-1087 Document #2105058 Filed: 03/10/2025 Page 1618 of 2126

Figure 3-1 Levels of Significant Exposure to Chromium VI - Inhalation

Acute (≥14 days)

APPX ATT_V6_3924



USCA Case #25-1087 Document #2105058 Filed: 03/10/2025 Page 1619 of 2126

Figure 3-1 Levels of Significant Exposure to Chromium VI - Inhalation *(Continued)*

Intermediate (15-364 days)

APPX ATT_V6_3925



USCA Case #25-1087 Document #2105058 Filed: 03/10/2025 Page 1620 of 2126

Figure 3-1 Levels of Significant Exposure to Chromium VI - Inhalation *(Continued)*

Intermediate (15-364 days)

APPX ATT_V6_3926



USCA Case #25-1087 Document #2105058 Filed: 03/10/2025 Page 1621 of 2126

Figure 3-1 Levels of Significant Exposure to Chromium VI - Inhalation *(Continued)*

Chronic (≥365 days)

*Doses represent the lowest dose tested per study that produced a tumorigenic response and do not imply the existence of a threshold for the cancer endpoint.

APPX ATT_V6_3927

USCA Case #25-1087    Document #2105058    Filed: 03/10/2025    Page 1622 of 2126

Table 3-2 Levels of Significant Exposure to Chromium III - Inhalation

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/m³) | LOAEL Less Serious (mg/m³) | LOAEL Serious (mg/m³) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| **ACUTE EXPOSURE** | | | | | | | | |
| Systemic | | | | | | | | |
| 1 | Hamster (Syrian) | 30 min | Resp | | 0.9 (increased acid phosphatase activity in lung tissue) | | Henderson et al. 1979 CrCl3 (III) | |
| **INTERMEDIATE EXPOSURE** | | | | | | | | |
| Systemic | | | | | | | | |
| 2 | Rat (CDF) | 13 wk 6 hr/d 5 d/wk | Resp | 3 F | 3 M[b] (septal cell hyperplasia and interstitial inflammation of the lung; increased absolute and relative lung weight at 30 mg/m3) | | Derelanko et al. 1999 Cr2O3 (III) | |
| | | | | | 10 F (interstitial inflammation and hyperplasia of alveolar septa) | | | |
| | | | Cardio | 30 | | | | |
| | | | Gastro | 30 | | | | |
| | | | Hemato | 30 | | | | |
| | | | Hepatic | 30 | | | | |
| | | | Renal | 30 | | | | |
| | | | Endocr | 30 | | | | |
| | | | Ocular | 30 | | | | |
| | | | Bd Wt | 30 | | | | |

APPX ATT_V6_3928

Table 3-2 Levels of Significant Exposure to Chromium III - Inhalation    (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/m³) | LOAEL Less Serious (mg/m³) | LOAEL Serious (mg/m³) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 3 | Rat (CDF) | 13 wk 6 hr/d 5 d/wk | Resp | | 3[c] (inflammation of lung; nasal tissues and larynx lesions; increased lung weight) | | Derelanko et al. 1999 Cr2(OH)x(SO4)yNaSO4.2H2O (III) | |
| | | | Cardio | 30 | | | | |
| | | | Gastro | 30 | | | | |
| | | | Hepatic | 30 | | | | |
| | | | Renal | 30 | | | | |
| | | | Endocr | 30 | | | | |
| | | | Ocular | 30 | | | | |
| | | | Bd Wt | 3 M | 10 M (~10% decreased in body weight) | | | |
| 4 | Rabbit (NS) | 4-6 wk 5 d/wk 6 hr/d | Resp | | 0.6 M (decreased macrophage activity) | | Johansson et al. 1986b Cr(NO3)39H2O(III) | |
| **Immuno/ Lymphoret** | | | | | | | | |
| 5 | Rat (CDF) | 13 wk 6 hr/d 5 d/wk | | | 3 (hyperplasia of mediastinal lymph node) | | Derelanko et al. 1999 C2O3 (III) | |
| 6 | Rat (CDF) | 13 wk 6 hr/d 5 d/wk | | | 3 (histiocytosis, lymphoid hyperplasia and enlargement of peribronchial and mediastinal lymph nodes) | | Derelanko et al. 1999 Cr2(OH)x(SO4)yNaSO4.2H2O (III) | |

APPX ATT_V6_3929

Table 3-2 Levels of Significant Exposure to Chromium III - Inhalation (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/m³) | LOAEL Less Serious (mg/m³) | LOAEL Serious (mg/m³) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| **Neurological** | | | | | | | | |
| 7 | Rat (CDF) | 13 wk 6 hr/d 5 d/wk | | 30 | | | Derelanko et al. 1999 Cr2(OH)x(SO4)yNaSO4 2H2O (III) | |
| 8 | Rat (CDF) | 13 wk 6 hr/d 5 d/wk | | 30 | | | Derelanko et al. 1999 Cr2O3 (III) | Increased absolute and relative lung weight in males at 30 mg/m3. |
| **Reproductive** | | | | | | | | |
| 9 | Rat (CDF) | 13 wk 6 hr/d 5 d/wk | | 30 | | | Derelanko et al. 1999 Cr2O3 (III) | |
| 10 | Rat (CDF) | 13 wk 6 hr/d 5 d/wk | | 30 | | | Derelanko et al. 1999 Cr2(OH)x(SO4)yNaSO4 2H2O (III) | |
| **CHRONIC EXPOSURE** | | | | | | | | |
| **Systemic** | | | | | | | | |
| 11 | Human | 2-12 yr 5 d/wk 8 hr/d (occup) | Renal | 0.075 M | | | Foa et al. 1988 Cr2O3 (III) | |
| 12 | Human | (occup) | Resp | 1.99 | | | Korallus et al. 1974a Cr2O3 and Cr2(SO4)3 (III) | |

APPX ATT_V6_3930

Table 3-2  Levels of Significant Exposure to Chromium III - Inhalation    (continued)

| Key to Figure [a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/m³) | LOAEL Less Serious (mg/m³) | LOAEL Serious (mg/m³) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | Hemato | 1.99 | | | | |

a The number corresponds to entries in Figure 3-2.

b Used to derive an intermediate-duration inhalation MRL of 0.005 mg chromium(III)/m3 as insoluble trivalent chromium particulates.  The minimal LOAEL of 3 mg chromium(III)/m3 was adjusted for intermittent exposure, converted to a human equivalent concentration (0.43 mg chromium(III)/m3), and divided by a composite uncertainty factor of 90 (3 for use of a minimal LOAEL, 3 for extrapolation from animals to humans using dosimetric adjustments and 10 for human variability).

c Used to derive an intermediate-duration inhalation MRL of 0.0001 mg chromium(III)/m3 as soluble trivalent chromium particulates.  The LOAEL of 3 mg chromium(III)/m3 was duration-adjusted for intermittent exposure, converted to a human equivalent concentration (0.04 mg chromium(III)/m3) and divided by a composite uncertainty factor of 300 (10 for use of a LOAEL, 3 for extrapolation from animals to humans using dosimetric adjustments and 10 for human variability).

Bd Wt = body weight; Cardio = cardiovascular; d = day(s); Endocr = endocrine; F = female; Gastro = gastrointestinal; Hemato = hematological; hr = hour(s); Immuno/Lymphoret = immunological/lymphoreticular; LOAEL = lowest-observed-adverse-effect level; M = male; min = minute(s); NOAEL = no-observed-adverse-effect level; NS = not specified; occup = occupational; Resp = respiratory; wk = week(s); yr = year(s)

APPX ATT_V6_3931

USCA Case #25-1087 Document #2105058 Filed: 03/10/2025 Page 1626 of 2126

## Figure 3-2 Levels of Significant Exposure to Chromium III - Inhalation

Acute (≤14 days)

c-Cat, d-Dog, r-Rat, p-Pig, q-Cow, -Human, k-Monkey, m-Mouse, h-Rabbit, a-Sheep, f-Ferret, j-Pigeon, e-Gerbil, s-Hamster, g-Guinea Pig, n-Mink, o-Other

■ LD50/LC50
◆ Cancer Effect Level-Animals
● LOAEL, More Serious-Animals
◑ LOAEL, Less Serious-Animals
○ NOAEL - Animals

▼ Cancer Effect Level-Humans
▲ LOAEL, More Serious-Humans
◭ LOAEL, Less Serious-Humans
△ NOAEL - Humans

Minimal Risk Level for effects other than Cancer

USCA Case #25-1087 Document #2105058 Filed: 03/10/2025 Page 1627 of 2126

Figure 3-2 Levels of Significant Exposure to Chromium III - Inhalation *(Continued)*

Intermediate (15-364 days)

APPX ATT_V6_3933

USCA Case #25-1087      Document #2105058      Filed: 03/10/2025      Page 1628 of 2126

Figure 3-2  Levels of Significant Exposure to Chromium III - Inhalation *(Continued)*

Intermediate (15-364 days)



| | | | | |
|---|---|---|---|---|
| c-Cat | -Human | f-Ferret | n-Mink | ■ LD50/LC50 | ▼ Cancer Effect Level-Humans |
| d-Dog | k-Monkey | j-Pigeon | o-Other | ◆ Cancer Effect Level-Animals | ▲ LOAEL, More Serious-Humans |
| r-Rat | m-Mouse | e-Gerbil | | ●◑ LOAEL, More Serious-Animals | ▲ LOAEL, Less Serious-Humans |
| p-Pig | h-Rabbit | s-Hamster | | ◐● LOAEL, Less Serious-Animals | △ NOAEL - Humans |
| q-Cow | a-Sheep | g-Guinea Pig | | ○ NOAEL - Animals | |

— Minimal Risk Level
- - - for effects
       other than
-) Cancer

USCA Case #25-1087 Document #2105058 Filed: 03/10/2025 Page 1629 of 2126

Figure 3-2 Levels of Significant Exposure to Chromium III - Inhalation *(Continued)*

Chronic (≥365 days)

c-Cat -Human f-Ferret n-Mink
d-Dog k-Monkey j-Pigeon o-Other
r-Rat m-Mouse e-Gerbil
p-Pig h-Rabbit s-Hamster
q-Cow a-Sheep g-Guinea Pig

■ LD50/LC50
◆ Cancer Effect Level-Animals
● LOAEL, More Serious-Animals
◑ LOAEL, Less Serious-Animals
○ NOAEL - Animals

▼ Cancer Effect Level-Humans
▲ LOAEL, More Serious-Humans
◭ LOAEL, Less Serious-Humans
△ NOAEL - Humans

Minimal Risk Level for effects other than Cancer

APPX ATT_V6_3935



75

perforation was found in both subjects upon physical examination (Meyers 1950). In a chrome plating plant where poor exhaust resulted in excessively high concentrations of chromium trioxide fumes, workers experienced symptoms of sneezing, rhinorrhea, labored breathing, and a choking sensation when they were working over the chromate tanks. All five of the subjects had thick nasal and postnasal discharge and nasal septum ulceration or perforation after 2–3 months of exposure (Lieberman 1941). Asthma developed in a man who had been well until 1 week after beginning employment as an electroplater. When challenged with an inhalation exposure to a sample of chromium(III) sulfate, he developed coughing, wheezing, and decreased forced expiratory volume. He also had a strong asthmatic reaction to nickel sulfate (Novey et al. 1983). Thus, chromium-induced asthma may occur in some sensitized individuals exposed to elevated concentrations of chromium in air, but the number of sensitized individuals is low and the number of potentially confounding variables in the chromium industry is high.

Intermediate- to chronic-duration occupational exposure to chromium(VI) may cause an increased risk of death due to noncancer respiratory disease. In a retrospective mortality study of 1,288 male and 1,401 female workers employed for at least 6 months in a chrome plating and metal engineering plant in the United Kingdom between 1946 and 1975, a statistically significant excess of death from diseases of the respiratory system (noncancer) were obtained for men (observed/expected [O/E]=72/54.8, standard mortality ratio [SMR]=131, $p<0.05$) and men and women combined (O/E=97/76.4, SMR=127, $p<0.05$), but not for women alone. Exposure was mainly to chromium trioxide, but exposure concentrations were not precisely known. The contribution of nickel exposure to the effects was found to be unimportant, while data on smoking habits were not available (Sorahan et al. 1987). Similarly, a high SMR was found for noncancer respiratory disease among 1,212 male chromate workers who were employed for at least 3 months in three chromate plants in the United States during the years 1937–1960 and followed for 24 years (O/E=19/7.843, SMR=242) (Taylor 1966). The increased risk of death from respiratory effects correlated with duration of employment in chromate production, but no information on exposure levels, smoking habits, or exposure to other chemicals was provided. The nature of the respiratory diseases was not further described in either of these reports. Chromate production workers in the United Kingdom who were first employed before 1945 had a high risk of death from chronic obstructive airways disease (O/E=41/28.66, SMR=143, $p<0.05$) (Davies et al. 1991). Exposure concentrations were not known, and reliable smoking data were not available.

Occupational exposure to chromium(VI) as chromium trioxide in the electroplating industry caused upper respiratory problems. A case history of nine men in a chrome plating facility reported seven cases of nasal septum ulceration. Signs and symptoms included rhinorrhea, nasal itching and soreness, and

APPX ATT_V6_3936

epistaxis.  The men were exposed from 0.5 to 12 months to chromium trioxide at concentrations ranging from 0.09 to 0.73 mg chromium(VI)/m$^3$ (Kleinfeld and Rosso 1965).  Electroplating workers in Sao Paulo, Brazil, exposed to chromium trioxide vapors while working with hot chromium trioxide solutions had frequent incidences of coughing, expectoration, nasal irritation, sneezing, rhinorrhea, and nose-bleed and developed nasal septum ulceration and perforation.  The workers had been employed for <1 year, and most of the workers had been exposed to concentrations >0.1 mg chromium(VI)/m$^3$ (Gomes 1972).  Nose and throat irritation, rhinorrhea, and nose-bleed also occurred at higher incidence in chrome platers in Singapore than in controls (Lee and Goh 1988).

Numerous studies of workers chronically exposed to chromium(VI) compounds have reported nasal septum perforation and other respiratory effects.  Workers at an electroplating facility exposed to 0.0001– 0.0071 mg chromium(VI)/m$^3$ as chromium trioxide for an average of 26.9 months complained of excessive sneezing, rhinorrhea, and epistaxis.  Many of the workers had ulcerations and/or perforations of the nasal mucosa (Cohen et al. 1974).  A study using only questionnaires, which were completed by 997 chrome platers and 1,117 controls, found a statistically significant increase in the incidence of chronic rhinitis, rhinitis with bronchitis, and nasal ulcers and perforations in workers exposed to chromium(VI) in the chrome plating industry in 54 plants compared to the control population (Royle 1975b).  The workers had been exposed to chromium(VI) in air and in dust.  The air levels were generally <0.03 mg chromium(VI)/m$^3$, and dust levels were generally between 0.3 and 97 mg chromium(VI)/g. The exposure levels at which effects first occurred could not be determined.  A NIOSH Health Hazard Evaluation of an electroplating facility in the United States reported nasal septum perforation in 4 of 11 workers employed for an average of 7.5 years and exposed to mean concentrations of 0.004 mg chromium(VI)/m$^3$.  Many of the workers had epistaxis, rhinitis, and nasal ulceration (Lucas and Kramkowski 1975).  Nasal mucosal changes ranging from irritation to perforation of the septum were found among 77 employees of eight chromium electroplating facilities in Czechoslovakia where the mean level in the breathing zone above the plating baths was 0.414 mg chromium(VI)/m$^3$ (Hanslian et al. 1967).  The incidence of olfactory cleft obstruction, dry nose, feelings of nasal obstruction, and nasal crusting was significantly increased in workers employed at chromium plating factories (mean employment duration of 7.9 years) in An-San, Korea compared to an unexposed control group (Kitamura et al. 2003).  Air concentrations of chromium(VI) ranged from 0.005 to 0.03 mg chromium(VI)/m$^3$ and of chromium(III) ranged from 0.005 to 0.06 mg chromium(III)/m$^3$.  Increased incidences of nasal septum perforation, nasal septum ulcer, and nasal obstruction were observed in workers at chromium electroplating facilities exposed for a mean duration of 6.1 years, as compared to workers at zinc electroplating facilities (Kuo et al. 1997a).  The chromium electroplating workers had 31.7 and 43.9 times

greater risks of developing nasal septum ulcers or nasal perforations, respectively, than the zinc workers. A significant relationship between duration of exposure and the risk of nasal septum ulcers was also found; the chromium electroplating workers with a work duration of >9 years had a risk 30.8 times higher than those with a work duration of <2 years.  Duration did not significantly affect the risk of nasal perforation.  Statistically significant decreases in vital capacity, forced vital capacity (FVC), and forced expiratory volume in 1 second ($FEV_1$) were also observed in the chromium workers.  Alterations in lung function were also reported in a study of 44 workers at 17 chromium electroplating facilities (Bovet et al. 1977).  Statistically significant decreases in forced expiratory volume in 1 second and forced expiratory flow were observed; vital capacity was not altered.  Lower lung function values were found among workers with high urinary chromium levels (exposure levels were not reported), and it was determined that cigarette smoking was not a confounding variable.

A study of respiratory effects, lung function, and changes in the nasal mucosa in 43 chrome plating workers in Sweden exposed to chromium(VI) as chromium trioxide for 0.2–23.6 years (median=2.5 years) reported respiratory effects at occupational exposure levels of 0.002 mg chromium(VI)/m³.  Signs and symptoms of adverse nasal effects were observed and reported at mean exposure levels of 0.002–0.2 mg chromium(VI)/m³.  Effects noted at ≤0.002 mg chromium(VI)/m³ included a smeary and crusty septal mucosa and atrophied mucosa.  Nasal mucosal ulceration and septal perforation occurred in individuals exposed at peak levels of 0.02–0.046 mg chromium(VI)/m³; nasal mucosal atrophy and irritation occurred in individuals exposed at peak levels of 0.0025–0.011 mg chromium(VI)/m³; and no significant nasal effects were observed in individuals exposed at peak levels of 0.0002–0.001 mg chromium(VI)/m³.  Workers exposed to mean concentrations of 0.002–0.02 mg chromium(VI)/m³ had slight, transient decreases in FVC, forced expired volume in 1 second ($FEV_1$), and forced mid-expiratory flow during the workday.  Workers exposed to <0.002 mg chromium(VI)/m³ showed no effects on lung function (Lindberg and Hedenstierna 1983).  The concentrations at which minor lung function changes were observed (0.002–0.02 mg chromium(VI)/m³) and those at which no changes were observed (<0.002 mg chromium(VI)/m³) are similar to those for nasal effects (0.0025–0.011 mg chromium(VI)/m³).  The effects observed in this study may not have resulted from exposure levels actually measured, but may have resulted from earlier exposure under unknown conditions.  Furthermore, poor personal hygiene practices resulting in transfer of chromium(VI) in chrome plating solutions from the hands to the nose could contribute to the development of nasal ulceration and perforation (Cohen et al. 1974; Lucas and Kramkowski 1975), perhaps leading to an underestimation of airborne levels of chromium(VI) necessary to cause these effects.  Despite these considerations, the study by Lindberg and Hedenstierna (1983) is useful because it indicates concentration-responses of

chromium(VI) compounds that cause significant nasal and respiratory effects.  The LOAEL of 0.002 mg chromium(VI)/m$^3$ for respiratory effects in humans was used to calculate an inhalation MRL of 5x10$^{-6}$ mg chromium(VI)/m$^3$ for intermediate-duration exposure to chromium(VI) as chromium trioxide mists and other dissolved hexavalent chromium aerosols or mists as described in the footnotes in Table 3-1.

Occupational exposure to chromium(VI) and/or chromium(III) in other chromium-related industries has also been associated with respiratory effects.  These industries include chromate and dichromate production, stainless steel welding, and possibly ferrochromium production and chromite mining.

In a survey of a facility engaged in chromate production in Italy, where exposure concentrations were ≥0.01 mg chromium(VI)/m$^3$, high incidences of nasal septum perforation, septal atrophy and ulcerations, sinusitis, pharyngitis, and bronchitis were found among 65 men who worked in the production of dichromate and chromium trioxide for at least 1 year (Sassi 1956).  Medical records of 2,307 male workers employed at a chromate production plant in Baltimore, Maryland between 1950 and 1974 were evaluated to determine the percentage of workers reporting clinical symptoms, mean time of employment to first diagnosis of symptoms, and mean exposure to chromium(VI) at the time of first diagnosis (exposure for each worker was the annual mean in the area of employment during the year of first diagnosis) (Gibb et al. 2000a).  The most frequently reported clinical symptoms were irritation and ulcerated nasal septum, occurring in 68.1 and 62.9% of the cohort, respectively.  For irritation of the nasal septum, the mean time of employment to first diagnosis was 89 days and the mean annual exposure level during the year of first diagnosis was 0.025 mg chromium(VI)/m$^3$; for nasal septal ulceration, the mean time of employment to first diagnosis was 86 days and the mean annual exposure level during the year of first diagnosis was 0.028 mg chromium(VI)/m$^3$.  Other nasal effects had a longer time to first diagnosis. The time to first diagnosis for perforated nasal septum was 313 days, occurring in 17.3% of the cohort at a mean exposure level of 0.033 mg chromium(VI)/m$^3$, and for bleeding nasal septum, the time to first diagnosis was 418 days, occurring in 12.1% of the cohort at a mean exposure level of 0.025 mg chromium(VI)/m$^3$.  In a study of 97 workers from a chromate plant exposed to a mixture of insoluble chromite ore containing chromium(III) and soluble chromium(VI) as sodium chromate and dichromate, evaluation for respiratory effects revealed that 63% had perforations of the nasal septum, 86.6% had chemical rhinitis, 42.3% had chronic chemical pharyngitis, 10.35% had laryngitis, and 12.1% had sinus, nasal, or laryngeal polyps.  The number of complaints and clinical signs increased as the exposure to respirable chromium(VI) and chromium(III) compounds increased, but exposure levels at which effects first occurred were not clearly defined (Mancuso 1951).  An extensive survey to determine the health status of chromate workers in seven U.S. chromate production plants found that effects on the lungs

consisted of bilateral hilar enlargement.  Various manufacturing processes in the plants resulted in exposure of workers to chromite ore (mean time-weighted concentration of 0–0.89 mg chromium(III)/m$^3$); water-soluble hexavalent chromium compounds (0.005–0.17 mg chromium(VI)/m$^3$); and acid-soluble/water-insoluble chromium compounds (including basic chromium sulfate), which may or may not entirely represent trivalent chromium (0–0.47 mg chromium/m$^3$) (PHS 1953).  Challenge tests with fumes from various stainless steel welding processes indicated that the asthma observed in two stainless steel welders was probably caused by chromium or nickel, rather than by irritant gases (Keskinen et al. 1980).  In a study of 54 male miners in Zimbabwe exposed to chrome ore dust, decreases in pulmonary function, as indicated by measures of FVC, FEV$_1$, peak expiratory flow rate (PEFR), and FEV$_1$%, was observed compared to an unexposed control (e.g., non-mining) population (Osim et al. 1999).  Exposure levels were reported only as respirable dust, not as chromium specifically, and the mining company did not employ industrial hygiene practices to reduce exposure.  In this same study, no changes in lung function were observed in a group of 46 male miners working for a company following industrial hygiene procedures (again, specific chromium exposure levels were not reported).  The analysis controlled for smoking and infectious respiratory diseases.  In a report of 10 cases of pneumoconiosis in underground workers in chromite mines in South Africa, radiographic analysis revealed fine nodulation and hilar shadows.  Chromium in the chromite ore in South Africa was in the form of chromium(III) oxide.  The cause of the pneumoconiosis was considered to be deposition of insoluble radio-opaque chromite dust in the tissues, rather than fibrosis (Sluis-Cremer and du Toit 1968).  In a case report of a death of a sandblaster in a ferrochromium department of an iron works, the cause of death was silicosis, but autopsy also revealed diffuse enlargement of alveolar septae and chemical interstitial and alveolar chronic pneumonia, which were attributed to inhalation of chromium(III) oxide (Letterer 1939).  In an industrial hygiene survey of 60 ferrochromium workers exposed to chromium(III) and chromium(VI) (0.02–0.19 mg total chromium/m$^3$) conducted in 1975, appreciably higher incidences of subjective symptoms of coughing, wheezing, and dyspnea were reported compared with controls.  These workers had been employed at the plant for at least 15 years.  The control group consisted of workers employed at the same plant for <5 years.  Statistically significant decreased mean FVC (p<0.01) and FEV$_1$ (p<0.05) were found in the ferrochromium workers compared with controls.  Two of the ferrochromium workers had nasal septum perforations, which were attributed to previous exposure to hexavalent chromium.  A major limitation of this study is that the control group was significantly younger than the study cohort.  In addition, the weekly amount of tobacco smoked by the control group was slightly greater than that smoked by the study groups, and the controls began smoking 5 years earlier than the study groups.  Therefore, the increase in subjective respiratory symptoms and decreased pulmonary function parameters cannot unequivocally be attributed to chromium exposure (Langård 1980).  However, no increase in the

prevalence of respiratory illness was found in a study of 128 workers from two factories that produced chromium(III) oxide or chromium(III) sulfate (Korallus et al. 1974b) or in 106 workers at a factory that produced these chromium(III) compounds where workroom levels were ≤1.99 mg chromium(III)/m$^3$ (Korallus et al. 1974a). Similar results were reported in a cross-sectional study that was conducted to determine whether occupational exposure to trivalent chromium or hexavalent chromium caused respiratory diseases, decreases in pulmonary function, or signs of pneumoconiosis in stainless steel production workers (Huvinen et al. 1996). The median personal exposure levels were 0.0005 μg/m$^3$ for chromium(VI) and 0.022 μg/m$^3$ for chromium(III); the 221 workers were employed for >8 years with an average potential exposure of 18 years. Spirometry measurements were taken and chest radiographic examinations were conducted. There were no significant differences in the odds ratios between the exposed workers and the 95 workers in the control group. The deficits in lung function shown in both populations could be explained by age and smoking habits. In a follow-up study of these workers (Huvinen et al. 2002a), no adverse respiratory effects were observed (as assessed by spirometry, chest x-ray, and self-reported symptoms) in workers in the chromium(VI) group (n=104) compared to controls (n=81). Workers exposed to chromium(III) in the sintering and crushing departments (n=68) reported an increase in respiratory symptoms (phlegm production, shortness of breath on exertion) compared to control, but no differences in spirometry or chest x-ray. Workers exposed to chromium(III) as chromite ore (n=31) had lower lung function tests, although smoking was a confounding factor. In addition to chromium, workers were also exposed to nickel and molybdenum. In a study of stainless steel workers (all nonsmokers) exposed for a minimum of 14 years to chromium(VI) (n=29), chromium(III) (n=14), or chromite(III) ore (n=5), no increase was observed in the incidence of nasal diseases or nasal symptoms in chromium-exposed workers compared to a control population of 39 workers (Huvinen et al. 2002b). However, although an exposure-related increase in the incidence of clinical signs of nasal irritation was not observed, anterior rhinoscopy revealed a slight increase in the incidence of inflammatory changes in the nasal mucosa of workers exposed to chromium(VI) (risk ratio=2.4) or chromium(III) (risk ratio=2.3), compared to control. The mean exposure level for the chromium(VI) group was 0.5 μg Cr(VI)/m$^3$, for the chromium(III) group was 248 μg total Cr/m$^3$ (concentration of chromium(III) not reported) and for the chromite ore group was 22 μg Cr(III)/m$^3$.

The respiratory system in animals is also a primary target for acute- and intermediate-duration inhalation exposure to chromium(VI) and chromium(III). Rats exposed to sodium dichromate for 28 or 90 days had increased lung weight but no histopathological abnormalities at concentrations ≤0.2 mg chromium(VI)/m$^3$. The percentage of lymphocytes was increased in the bronchoalveolar lavage fluid at ≥0.025 mg/m$^3$. A decrease in macrophage activity was observed in the 0.2 mg chromium(VI)/m$^3$ group

exposed for 90 days. Clearance of iron oxide from the lungs decreased in rats exposed to 0.2 mg chromium(VI)/m$^3$ for 42 days prior to and 49 days after challenge with iron oxide particles when compared to controls. The decreased clearance of iron oxide correlated with the decrease in macrophage activity (Glaser et al. 1985). In a similar but more extensive study, obstructive respiratory dyspnea was observed in rats exposed to sodium dichromate at ≥0.2 mg chromium(VI)/m$^3$ for 30 or 90 days, and mean lung weight was increased at ≥0.05 mg chromium(VI)/m$^3$. Slight hyperplasia was observed at high incidence in rats at ≥0.05 mg chromium(VI)/m$^3$. Lung fibrosis occurred at low incidence in the rats exposed to ≥0.1 mg chromium(VI)/m$^3$ for 30 days, but not in the 0.05 mg/m$^3$ or the control groups. The incidence of both these lesions declined after longer exposure, indicating repair. Accumulation of macrophages and inflammation occurred at ≥0.05 mg chromium(VI)/m$^3$ regardless of duration. Results of bronchoalveolar lavage (BAL) analysis provided further evidence of an irritation effect that was reversible (Glaser et al. 1990). The data from the Glaser et al. (1990) study was used to develop benchmark concentrations (BMCs) (Malsch et al. 1994). The BMC of 0.016 mg chromium(VI)/m$^3$ for alterations in lactate dehydrogenase levels in BAL fluid was used to calculate an inhalation MRL of 0.0003 mg chromium(VI)/m$^3$ for intermediate-duration exposure to chromium(VI) as particulate hexavalent compounds as described in the footnote of Table 3-1.

Male Sprague-Dawley rats exposed to 1.15 mg chromium(VI)/m$^3$ as chromium trioxide mist developed nasal hemorrhage after 10 days (lasting for 4 weeks) during a 90-day inhalation study (Kim et al. 2004). "Peculiar sounds" during respiration were noted starting after 1 week of exposure and resolving by week 8 in rats exposed to ≥0.23 mg chromium(VI)/m$^3$; however, no additional information on this observation was reported. After 90 days, histopathological changes to respiratory tissue included macrophage aggregation and foamy cells, and inflammation of alveolar regions; however, no abnormalities were observed in nasal tissue at 0.49 mg chromium(VI)/m$^3$ (incidence data were not reported). Mice exposed to chromium trioxide mist at concentrations of 1.81 and 3.63 mg chromium(VI)/m$^3$ intermittently for ≤12 months developed perforations in the nasal septum, hyperplastic and metaplastic changes in the larynx, trachea, and bronchus, and emphysema (Adachi 1987; Adachi et al. 1986).

The respiratory effects of chromium(III) compounds were investigated in male and female CDF rats exposed to insoluble chromic oxide or soluble basic chromium sulfate by nose-only inhalation at 3, 10, or 30 mg chromium(III)/m$^3$ for 6 hours/day, 5 days/week for 13 weeks (Derelanko et al. 1999). After 5 days of exposure, BAL was conducted on a subgroup of animals. In rats treated with chromic oxide, a yellow crystalline material was observed in the cytoplasm of mononuclear cells of all exposure groups; however,

it is not clear if this observation represents an adverse effect.  No other BAL parameters were affected (nucleated cell count and differential, protein and BAL fluid activities of β-glucuronidase, lactic dehydrogenase, and glutathione reductase).  In rats treated with basic chromium sulfate, BAL fluid analysis showed significant decreases in nucleated cells at all doses in males and females and decreases in the percentage of segmented neutrophils and mononuclear cells at 30 mg chromium(III)/m$^3$ in males.  Increased amounts of cell debris and lysed cells were present in all basic chromium sulfate groups (incidence data were not reported).  In rats exposed to chromic oxide for 13 weeks, absolute and relative lung weights were increased by 12 and 13%, respectively, in males exposed to 30 mg chromium(III)/m$^3$ as chromic oxide; no change was observed in females.  Histopathological examination of respiratory tissues showed pigmented macrophages containing a dense black substance, presumably the test substance, throughout the terminal bronchioles and alveolar spaces in rats from all treatment groups; this finding is consistent with normal physiological clearance mechanisms for particulates deposited in the lung and is not considered to be adverse.  At concentrations of 10 and 30 mg chromium(III)/m$^3$, trace to mild chronic interstitial inflammation, characterized by inflammatory cell infiltrates, and septal cell hyperplasia was observed.  No lesions were observed in the nasal cavity.  Following a 13-week recovery period, microscopic examination of respiratory tissues of rats treated with chromic oxide showed pigmented macrophages and black pigment in peribronchial tissues and the mediastinal lymph node in all treatment groups and septal cell hyperplasia and chronic interstitial inflammation of the lung, both trace-to-mild in severity, in males of all treatment groups and in females exposed to 10 and 30 mg chromium(III)/m$^3$.  In rats treated with basic chromium sulfate, a dose-related increase in absolute and relative lungs weights was observed in all treatment groups.  Histopathological examination of respiratory tract tissues revealed chronic inflammation of the lung (characterized by cell infiltration and debris in alveolar spaces and intense inflammation) and alveolar wall hyperplasia in all treatment groups.  In addition, inflammation and suppurative and mucoid exudates of nasal tissues and granulomatous inflammation of the larynx were observed in all treatment groups.  Incidence data for histopathological findings were not reported.  Following the 13-week recovery period for rats treated with basic chromium sulfate, enlargement of the mediastinal lymph node was observed on gross necropsy in all treatment groups.  Microscopic examination of respiratory tissues showed changes to the lung (chronic alveolar inflammation, interstitial inflammation, septal cell hyperplasia, and granulomatous inflammation) in all treatment groups, larynx (granulomatous inflammation) in the 10 and 30 mg chromium(III)/m$^3$ groups, nasal tissues (trace suppurative exudates) in one to two animals in each group, and mediastinal lymph node (histiocytosis and hyperplasia) in all chromium(III) exposed groups.  Results of this study demonstrate differences in the respiratory effects of inhaled chromium oxide and inhaled basic chromium sulfate.  Effects of soluble basic chromium sulfate were more severe and were observed throughout the

respiratory tract, while effects of chromic oxide were more mild and limited to the lung; these observations may be related to differences in chemical-physical properties of the test compounds. Data from the Derelanko et al. (1999) study was used as the basis for intermediate-duration inhalation MRLs for chromium(III) compounds. Since soluble and insoluble chromium(III) compounds exhibited different effects in the respiratory tract, distinct intermediate-duration MRLs were derived for insoluble and soluble trivalent chromium particulates. For insoluble chromium(III) compounds (chromic oxide), the minimal LOAEL of 3 mg chromium(III)/m$^3$ was used to calculate an intermediate-duration inhalation MRL of 0.005 mg chromium(III)/m$^3$ for exposure to trivalent chromium particulates as described in the footnote of Table 3-2. For soluble chromium(III) (basic chromium sulfate) compounds, the LOAEL of 3 mg chromium(III)/m$^3$ was used to calculate an intermediate-duration inhalation MRL of 0.0001 mg chromium(III)/m$^3$ for exposure to trivalent chromium particulates as described in the footnote of Table 3-2.

Pulmonary fluid from hamsters exposed to 0.9 or 25 mg chromium(III)/m$^3$ as chromium trichloride for 30 minutes revealed sporadic changes in activities of acid phosphatase and alkaline phosphatase in the lavage fluid at 25 mg chromium(III)/m$^3$. In the lung tissue, a 75% increase in the acid phosphatase activity was found at 0.9 mg chromium(III)/m$^3$ and in the β-glucuronidase activity at an unspecified concentration. Histological examination revealed alterations representing mild nonspecific irritation but no morphological damage (Henderson et al. 1979). In rabbits exposed to 0.6 mg chromium(III)/m$^3$ as chromium nitrate intermittently for 4–6 weeks, changes in the lungs were confined to nodular accumulations of macrophages in the lungs. Macrophage morphology demonstrated black inclusions and large lysosomes. These changes represent normal physiological responses of the macrophages to the chromium particle. Phagocytosis and the reduction of nitroblue tetrazolium to formazan was impaired by chromium(III), indicating a decrease in the functional and metabolic activity of the macrophage (Johansson et al. 1986a, 1986b).

Chronic exposure to chromium(VI) compounds and mixtures of chromium(VI) and chromium(III) compounds have also resulted in adverse respiratory effects in animals. Experiments in which rats were exposed to either chromium(VI) alone as sodium dichromate or a 3:2 mixture of chromium(VI) trioxide and chromium(III) oxide for 18 months showed similar loading of macrophages and increases in lung weight. However, histopathology of rats exposed to 0.1 mg/m$^3$ of chromium(III) and chromium(VI) together revealed interstitial fibrosis and thickening of the septa of the alveolar lumens due to the large accumulation of chromium in the lungs, whereas histopathology of the lungs was normal in rats exposed only to chromium(VI) (Glaser et al. 1986, 1988). Mice exposed to 4.3 mg chromium(VI)/m$^3$ as calcium

chromate dust intermittently for 18 months had epithelialization of alveoli. Histopathology revealed epithelial necrosis and marked hyperplasia of the large and medium bronchi, with numerous openings in the bronchiolar walls (Nettesheim and Szakal 1972). Significantly increased incidences of pulmonary lesions (lung abscesses, bronchopneumonia, giant cells, and granulomata) were found in rats exposed chronically to a finely ground, mixed chromium roast material that resulted in airborne concentrations of 1.6–2.1 mg chromium(VI)/m$^3$ compared with controls. In the same study, guinea pigs exposed chronically to the chromium roast material along with mists of potassium dichromate or sodium chromate solutions that also resulted in 1.6–2.1 mg chromium(VI)/m$^3$ had significantly increased incidences of alveolar and interstitial inflammation, alveolar hyperplasia, and interstitial fibrosis, compared with controls. Similarly, rabbits were also exposed and also had pulmonary lesions similar to those seen in the rats and guinea pigs, but the number of rabbits was too small for meaningful statistical analysis (Steffee and Baetjer 1965).

In the only study of chromium(IV) exposure, all rats treated with 0.31 or 15.5 mg chromium(IV)/m$^3$ as chromium dioxide dust for 2 years had discolored mediastinal lymph nodes and lungs, and dust laden macrophages. Lung weight was increased at 12 and 24 months in the 15.5 mg chromium(IV)/m$^3$ group (Lee et al. 1989). The increased lung weight and macrophage effects probably represent the increased lung burden of chromium dioxide dust and normal physiological responses of macrophages to dust.

**Cardiovascular Effects.**   Information regarding cardiovascular effects in humans after inhalation exposure to chromium and its compounds is limited. In a survey of a facility engaged in chromate production in Italy, where exposure concentrations were ≥0.01 mg chromium(VI)/m$^3$, electrocardiograms were recorded for 22 of the 65 workers who worked in the production of dichromate and chromium trioxide for at least 1 year. No abnormalities were found (Sassi 1956). An extensive survey to determine the health status of chromate workers in seven U.S. chromate production plants found no association between heart disease or effects on blood pressure and exposure to chromates. Various manufacturing processes in the plants resulted in exposure of workers to chromite ore (mean time-weighted concentration of 0–0.89 mg chromium(III)/m$^3$); water-soluble chromium(VI) compounds (0.005–0.17 mg chromium(VI)/m$^3$); and acid-soluble/water-insoluble chromium compounds (including basic chromium sulfate), which may or may not entirely represent trivalent chromium (0–0.47 mg chromium/m$^3$) (PHS 1953). No excess deaths were observed from cardiovascular diseases and ischemic heart disease in a cohort of 4,227 stainless steel production workers from 1968 to 1984 when compared to expected deaths based on national rates and matched for age, sex, and calendar time (Moulin et al. 1993). No measurements of exposure were provided. In a cohort of 3,408 individuals who had worked in four facilities that

produced chromium compounds from chromite ore in northern New Jersey sometime between 1937 and 1971, where the exposure durations of workers ranged from <1 to >20 years, and no increases in atherosclerotic heart disease were evident (Rosenman and Stanbury 1996). The proportionate mortality ratios (number of deaths from a specific cause to the total number of deaths) for white and black men were 97 (95% confidence limits 88–107) and 90 (95% confidence limits 72–111), respectively.

Cardiovascular function was studied in 230 middle-aged workers involved in potassium dichromate production who had clinical manifestations of chromium poisoning (96 with respiratory effects and 134 with gastrointestinal disorders) and in a control group of 70 healthy workers of similar age. Both groups with clinical manifestations had changes in the bioelectric and mechanical activity of the myocardium as determined by electrocardiography, kinetocardiography, rheocardiography, and ballistocardiography. These changes were more pronounced in the workers with respiratory disorders due to chromium exposure than in the workers with chromium-induced gastrointestinal effects. The changes in the myocardium could be secondary to pulmonary effects and/or to a direct effect on the blood vessels and myocardium (Kleiner et al. 1970).

For intermediate-duration exposures, no histopathological changes to the heart were observed in male Sprague-Dawley rats exposed to 1.15 mg chromium(VI)/m$^3$ as chromium trioxide (Kim et al. 2004) or in male and female CDF rats exposed to 30 mg chromium(III)/m$^3$ as chromic oxide or basic chromium sulfate for 3 months (Derelanko et al. 1999). No histopathological lesions were found in the hearts of rats exposed chronically to chromium dioxide at 15.5 mg chromium(IV)/m$^3$ (Lee et al. 1989). Additional information regarding cardiovascular effects in animals after exposure to chromium or chromium compounds was not located.

**Gastrointestinal Effects.**   Gastrointestinal effects have been associated with occupational exposure of humans to chromium compounds. In a report of two cases of acute exposure to "massive amounts" of chromium trioxide fumes, the patients complained of abdominal or substernal pain, but further characterization was not provided (Meyers 1950).

In a NIOSH Health Hazard Evaluation of an electroplating facility in the United States, 5 of 11 workers reported symptoms of stomach pain, 2 of duodenal ulcer, 1 of gastritis, 1 of stomach cramps, and 1 of frequent indigestion. The workers were employed for an average of 7.5 years and were exposed to mean concentrations of 0.004 mg chromium(VI)/m$^3$ (Lucas and Kramkowski 1975). These workers were not compared to a control group. An otolaryngological examination of 77 employees of eight chromium

electroplating facilities in Czechoslovakia, where the mean level in the breathing zone above the plating baths was 0.414 mg chromium(VI)/m$^3$, revealed 12 cases of chronic tonsillitis, 5 cases of chronic pharyngitis, and 32 cases of atrophy of the left larynx (Hanslian et al. 1967).  In a study of 97 workers from a chromate plant exposed to a mixture of insoluble chromite ore containing chromium(III) and soluble chromium(VI) as sodium chromate and dichromate, gastrointestinal radiography revealed that 10 of the workers had ulcer formation, and of these, 6 had hypertrophic gastritis.  Nearly all of the workers breathed through the mouth while at work and swallowed the chromate dust, thereby directly exposing the gastrointestinal mucosa.  Only two cases of gastrointestinal ulcer were found in 41 control individuals, who had the same racial, social, and economic characteristics as the chromium-exposed group (Mancuso 1951).  In a survey of a facility engaged in chromate production in Italy where exposure concentrations were ≥0.01 mg chromium(VI)/m$^3$, 15.4% of the 65 workers who worked in the production of dichromate and chromium trioxide for at least 1 year had duodenal ulcers and 9.2% had colitis.  The ulcers were considered to be due to exposure to chromium (Sassi 1956).  Gastric mucosa irritation leading to duodenal ulcer was found in 21 of 90 workers engaged in the production of chromium salts.  Symptoms of gastrointestinal pathology appeared about 3–5 years after the workers' initial contact (Sterekhova et al. 1978).  Most of these studies reporting gastrointestinal effects did not compare the workers with appropriate controls.  Although the gastrointestinal irritation and ulceration due to exposure to chromium(VI) in air could be due to a direct action of chromium(VI) on the gastrointestinal mucosa from swallowing chromium as a result of mouth breathing (or transfer via hand-to-mouth activity), other factors, such as stress and diet, can also cause gastrointestinal effects.  While occupational exposure to chromium(VI) may result in gastrointestinal effects, a lower than expected incidence of death from diseases of the digestive tract was found among a cohort of 2,101 employees who had worked for at least 90 days during the years 1945–1959 in a chromium production plant in Baltimore, Maryland, and were followed until 1977.  The rate (O/E=23/36.16, SMR=64) is based on comparison with mortality rates for Baltimore (Hayes et al. 1979).  In contrast to findings with chromium(VI) compounds, no indication was found that exposure to chromium(III) resulted in stomach disorders in workers employed in two factories that produced chromium(III) oxide or chromium(III) sulfate (Korallus et al. 1974b).

Information regarding gastrointestinal effects in animals after inhalation exposure to chromium or its compounds is limited.  For intermediate-duration exposures, no histopathological changes to gastrointestinal tissues in male and female CDF rats exposed to 30 mg chromium(III)/m$^3$ as chromic oxide or basic chromium sulfate for 3 months, (Derelanko et al. 1999).  Histological examination of the stomachs of rats exposed to sodium dichromate dihydrate at ≤0.2 mg chromium(VI)/m$^3$ for 28 or 90 days revealed no abnormalities (Glaser et al. 1985).  In mice exposed intermittently to 4.3 mg

chromium(VI)/m$^3$ as calcium chromate for 18 months, small ulcerations in the stomach and intestinal mucosa were reported to occur occasionally, but the incidence in the treated mice or controls and other details regarding these lesions were not reported (Nettesheim et al. 1971). No treatment-related histopathological lesions were found in the stomach, large intestine, duodenum, jejunum, or ileum of rats chronically exposed to chromium dioxide at 15.5 mg chromium(IV)/m$^3$ (Lee et al. 1989).

**Hematological Effects.**   Hematological evaluations of workers occupationally exposed to chromium compounds have yielded equivocal results. Ninety-seven workers from a chromate plant were exposed to a mixture of insoluble chromite ore containing chromium(III) and soluble sodium chromate and dichromate. Hematological evaluations revealed leukocytosis in 14.4% or leukopenia in 19.6% of the workers. The leukocytosis appeared to be related primarily to monocytosis and eosinophilia, but controls had slight increases in monocytes and occasional increases in eosinophils without leukocytosis. Decreases in hemoglobin concentrations and slight increases in bleeding time were also observed (Mancuso 1951). Whether these hematological findings were significantly different from those seen in controls was not stated, but the effects were attributed to chromium exposure. In a survey of a facility engaged in chromate production in Italy where exposure concentrations were ≥0.01 mg chromium(VI)/m$^3$, hematological evaluation of workers who worked in the production of dichromate and chromium trioxide for at least 1 year were unremarkable or inconclusive (Sassi 1956). In an extensive survey to determine the health status of chromate workers in seven U.S. chromate production plants, hematological evaluations revealed no effects on red blood cell counts, hemoglobin, hematocrit, or white blood cell counts. The sedimentation rate of red cells was higher than that of controls, but the difference was not statistically significant. Various manufacturing processes in the plants resulted in exposure of workers to chromite ore (mean time-weighted concentration of 0–0.89 mg chromium(III)/m$^3$); water-soluble chromium(VI) compounds (0.005–0.17 mg chromium(VI)/m$^3$); and acid-soluble/water-insoluble chromium compounds (including basic chromium sulfate), which may or may not entirely represent chromium(III) (0–0.47 mg chromium/m$^3$) (PHS 1953). Likewise, no effects on red blood cell counts, white blood cell counts, hemoglobin levels, or sedimentation rate were found in a case control study of 17 male manual metal arc stainless steel welders from six industries with mean occupational durations of 20 years (Littorin et al. 1984). The relationship between serum and urine chromium levels and blood hemoglobin was examined in workers exposed to chromium(III) at a tannery plant in Leon, Mexico (Kornhauser et al. 2002). Groups of workers were classified as unexposed (control; n=11), moderately exposed (n=14) or highly exposed (n=11) based on job type; exposure levels were not reported. Blood chromium levels of 0.13, 0.25, and 0.39 µg/L and urine chromium levels of 1.35, 1.43, and 1.71 µg/L were observed in the control, moderate, and high exposure groups, respectively; statistically significant

differences were observed between the control group and both chromium groups for blood chromium and between the control and the high exposure groups for urine chromium. An inverse relationship was observed between urine chromium and blood hemoglobin (r=-0.530), serum chromium and urine iron (r=-0.375) and the chromium/iron ratio in urine and hemoglobin (r=-0.669; <0.05). Results indicate a potential effect of chromium(III) exposure on hemoglobin; however, due to small group size, definitive conclusions cannot be made. No hematological disorders were found among 106 workers in a chromium(III) producing plant where workroom levels were ≤1.99 mg chromium(III)/m$^3$ as chromium(III) oxide and chromium(III) sulfate (Korallus et al. 1974a).

Results from hematological evaluations in rats yielded conflicting results. Hematological effects were observed in male Sprague-Dawley rats exposed to chromium trioxide mist for 90 days; changes included significant decreases in hematocrit (at 0.23 and 1.15, but not 0.49 mg chromium(VI)/m$^3$), hemoglobin (at 0.49 and 1.15 mg chromium(VI)/m$^3$) and erythrocyte count (at 1.15 mg chromium(VI)/m$^3$) (Kim et al. 2004). Hematological evaluations of rats exposed to sodium dichromate at 0.025–0.2 mg chromium(VI)/m$^3$ for 28 or 90 days or 0.1 mg chromium(VI)/m$^3$ for 18 months were unremarkable (Glaser et al. 1985, 1986, 1988). However, increased white blood cell counts were found in rats exposed to ≥0.1 mg chromium(VI)/m$^3$ as sodium dichromate for 30 days and at ≥0.05 mg chromium(VI)/m$^3$ for 90 days. The white blood cell counts were not increased 30 days postexposure (Glaser et al. 1990). Rats exposed to 0.1 mg chromium/m$^3$ as a 3:2 mixture of chromium(VI) trioxide and chromium(III) oxide for 18 months had increased red and white blood cell counts, hemoglobin content, and hematocrit (Glaser et al. 1986, 1988).

No changes in hematological parameters were observed in rats exposed to 15.5 mg chromium(IV)/m$^3$ as chromium dioxide for 2 years (Lee et al. 1989).

In male and female CDF rats exposed to insoluble chromic oxide or soluble basic chromium sulfate by nose-only inhalation at 3, 10, or 30 mg chromium(III)/m$^3$ for 6 hours/day, 5 days/week for 13 weeks, no adverse effects on hematological parameters were observed (Derelanko et al. 1999).

**Musculoskeletal Effects.** No musculoskeletal effects have been reported in either humans or animals after inhalation exposure to chromium.

**Hepatic Effects.** Chromium(VI) has been reported to cause severe liver effects in four of five workers exposed to chromium trioxide in the chrome plating industry. Derangement of the cells in the liver,

necrosis, lymphocytic and histiocytic infiltration, and increases in Kupffer cells were reported. Abnormalities in tests for hepatic dysfunction included increases in sulfobromophthalein retention, gamma globulin, icterus, cephalin cholesterol flocculation, and thymol turbidity (Pascale et al. 1952). In a cohort of 4,227 workers involved in production of stainless steel from 1968 to 1984, excess deaths were observed from cirrhosis of the liver compared to expected deaths (O/E=55/31.6) based on national rates and matched for age, sex, and calendar time having an SMR of 174 with confidence limits of 131–226 (Moulin et al. 1993). No measurements of exposure were provided. Based on limited information, however, the production of chromium compounds does not appear to be associated with liver effects. As part of a mortality and morbidity study of workers engaged in the manufacture of chromium(VI) compounds (84%) and chromium(III) compounds (16%) derived from chromium(VI) in Japan, 94 workers who had been exposed for 1–28 years were given a complete series of liver function tests 3 years after exposure ended. All values were within normal limits (Satoh et al. 1981). In a survey of a facility engaged in chromate production in Italy, where exposure concentrations were $\geq 0.01$ mg chromium(VI)/m$^3$, 15 of 65 men who worked in the production of dichromate and chromium trioxide for at least 1 year had hepatobiliary disorders. When the workers were given liver function tests, slight impairment was found in a few cases. These disorders could have been due to a variety of factors, especially heavy alcohol use (Sassi 1956). No indication was found that exposure to chromium(III) resulted in liver disorders in workers employed in two factories that produced chromium(III) oxide or chromium(III) sulfate (Korallus et al. 1974b).

The hepatic effects observed in animals after inhalation exposure to chromium or its compounds were minimal and not considered to be adverse. Rats exposed to as much as 0.4 mg chromium(VI)/m$^3$ as sodium dichromate for $\leq 90$ days did not have increased serum levels of alanine aminotransferase or alkaline phosphatase, cholesterol, creatinine, urea, or bilirubin (Glaser et al. 1990). Triglycerides and phospholipids were increased only in the 0.2 mg chromium(VI)/m$^3$ group exposed for 90 days (Glaser et al. 1985). No histopathological changes to the liver were observed in male Sprague-Dawley rats exposed to 1.15 mg chromium(VI)/m$^3$ as chromium trioxide (Kim et al. 2004) or in male and female CDF rats exposed to 30 mg chromium(III)/m$^3$ as chromic oxide or basic chromium sulfate for 3 months, (Derelanko et al. 1999). Chronic exposure of rats to 0.1 mg chromium(VI)/m$^3$ as sodium dichromate, to 0.1 mg total chromium/m$^3$ as a 3:2 mixture of chromium(VI) trioxide and chromium(III) oxide, or to 15.5 mg chromium(IV)/m$^3$ as chromium dioxide did not cause adverse hepatic effects as assessed by histological examination and liver function tests (Glaser et al. 1986, 1988; Lee et al. 1989).

**Renal Effects.**   No increases in genital/urinary disease were evident in a cohort of 3,408 workers from four former facilities that produced chromium compounds from chromite ore in northern New Jersey sometime between 1937 and 1971.  The proportionate mortality ratios for white and black men were 71 (40–117) and 47 (15–111), respectively.  Exposure durations ranged from <1 to >20 years (Rosenman and Stanbury 1996).

Renal function has been studied in workers engaged in chromate and dichromate production, in chrome platers, in stainless steel welders, in workers employed in ferrochromium production, in boilermakers, and in workers in an alloy steel plant.  Workers exposed to chromium(VI) compounds in a chromate production plant were found to have higher levels of a brush border protein antigen and retinol binding protein in the urine compared with controls (Mutti et al. 1985a).  A similar study was conducted in 43 male workers in the chromate and dichromate production industry, where occupational exposures were between 0.05 and 1.0 mg chromium(VI)/$m^3$ as chromium trioxide, and mean employment duration was 7 years.  Workers with >15 µg chromium/g creatinine in the urine had increased levels of retinol binding protein and tubular antigens in the urine (Franchini and Mutti 1988).  These investigators believe that the presence of low molecular weight proteins like retinol binding protein or antigens in the urine are believed to be early indicators of kidney damage.  In an extensive survey to determine the health status of chromate workers in seven U.S. chromate production plants, analysis of the urine revealed a higher frequency of white blood cell and red blood cell casts than is usually found in an industrial population (statistical significance not reported).  Various manufacturing processes in the plants resulted in exposure of workers to chromite ore (mean time-weighted concentration of 0–0.89 mg chromium(III)/$m^3$); water-soluble chromium(VI) compounds (0.005–0.17 mg chromium(VI)/$m^3$); and acid-soluble/water-insoluble chromium compounds (including basic chromium sulfate), which may or may not entirely represent chromium(III) (0–0.47 mg chromium/$m^3$) (PHS 1953).  Significant increases in urinary N-acetyl-β-D-glucosaminidase activity and microalbumin and $\beta_2$-microglobulin levels were observed in chromate production workers (Wang et al. 2011a).  The mean chromium level in air was 27.13 µg chromium/$m^3$ and the mean exposure time was 12.86 years; however, no information on the specific chromium compound was provided.  Although the workers were required to wear masks, significant correlations between air chromium levels and urinary chromium levels were found; the mean urinary chromium level was 17.41 µg/g creatinine.  The study also found significant correlations between air, whole blood, and urinary chromium levels and biomarkers of renal damage (urinary N-acetyl-β-D-glucosaminidase activity and microalbumin and $\beta_2$-microglobulin levels).

Some studies of renal function in chromate production workers found negative or equivocal results. In a survey of a facility engaged in chromate production in Italy, where exposure concentrations were $\geq 0.01$ mg chromium(VI)/m$^3$, results of periodic urinalyses of workers who worked in the production of dichromate and chromium trioxide for at least 1 year were generally unremarkable, with the exception of one case of occasional albuminuria and a few cases of slight urobilinuria (Sassi 1956). As part of a mortality and morbidity study of workers engaged in the manufacture of chromium(VI) compounds (84%) and chromium(III) compounds (16%) derived from chromium(VI) in Japan, 94 workers who had been exposed for 1–28 years were given a complete series of kidney function tests (not further characterized) 3 years after exposure ended. All values were within normal limits (Satoh et al. 1981).

Studies of renal function in chrome platers, whose exposure is mainly to chromium(VI) compounds, have also yielded equivocal results. A positive dose-response for elevated urinary levels of $\beta_2$-microglobulin was found in chrome platers who were exposed to 0.004 mg chromium(VI)/m$^3$, measured by personal air samplers, for a mean of 5.3 years. However, since no increase in $\beta_2$-microglobulin levels was found in ex-chrome platers who had worked for at least 1 year in an old chrome plating plant from 1940 to 1968, this effect may be reversible (Lindberg and Vesterberg 1983b). Liu et al. (1998) similarly found significantly higher urinary $\beta_2$-microglobulin and N-acetyl-$\beta$-glucosaminidase levels in hard-chrome electroplaters exposed to 0.0042 mg chromium/m$^3$ for a mean of 5.8 years, as compared to aluminum anode-oxidation workers. The prevalence of elevated levels (higher than reference values) was significantly increased for N-acetyl-$\beta$-glucosaminidase, but not for $\beta_2$-microglobulin. In another study, comparison of results of renal function tests between chrome platers and construction workers revealed that the chrome platers had significantly ($p<0.001$) increased levels of urinary chromium and increased clearance of chromium, but decreased ($p<0.05$) levels of retinol binding protein. However, no differences were found for blood urea nitrogen, serum and urinary $\beta_2$-microglobulin, serum immunoglobulin, total protein in the urine, urinary albumin, N-acetyl-$\beta$-D-glucosamidase, $\beta$-galactosidase, or lysozyme (Verschoor et al. 1988).

Studies of renal function in stainless steel welders, whose exposure is mainly to chromium(VI) compounds, were negative. Stainless steel welders had significantly increased ($p<0.001$) levels of urinary chromium, increased clearance of chromium, and increased serum creatinine compared with controls, but no differences were found in the levels of retinol binding protein, $\beta_2$-microglobulin, or other indices of kidney damage (Verschoor et al. 1988). Similar negative results were found in another group of stainless steel welders (Littorin et al. 1984).

Occupational exposure to chromium(III) or chromium(0) does not appear to be associated with renal effects.  No renal impairment based on urinary albumin, retinol binding protein, and renal tubular antigens was found in 236 workers employed in the ferrochromium production industry where ferrochromite is reduced with coke, bauxite, and quartzite.  The mean airborne concentration of chromium in various sample locations was 0.075 mg chromium(III)/m$^3$; chromium(VI) was below the detection limit of 0.001 mg chromium(VI)/m$^3$ at all locations (Foa et al. 1988).  Workers employed in an alloy steel plant with a mean exposure of 7 years to metallic chromium at 0.61 mg chromium(0)/m$^3$ and to other metals had normal urinary levels of total protein and $\beta_2$-microglobulin, enzyme activities of alanine-aminopeptidase, N-acetyl-$\beta$-D-glucosaminidase, gammaglutamyl-transpeptidase, and $\beta$-galactosidase (Triebig et al. 1987).  In boilermakers exposed to chromium(0), no increase in urinary levels of chromium, and no differences in the levels of retinol binding protein, $\beta_2$-microglobulin, or other indices of renal toxicity were found (Verschoor et al. 1988).

In a group of 30 men and 25 women who were lifetime residents of an area in northern New Jersey contaminated with chromium landfill, signs of preclinical renal damage were assessed by examining the urinary levels of four proteins, intestinal alkaline phosphatase, tissue nonspecific alkaline phosphatase, N-acetyl-$\beta$-D-glucosaminidase, and microalbumin (Wedeen et al. 1996).  The mean urinary chromium concentrations were 0.2±0.1 μg/g creatinine for the women and 0.3 μg/g creatinine for the men.  None of the four proteins exceeded normal urinary levels in either men or women.  The authors concluded that long-term environmental exposure to chromium dust did not lead to tubular proteinurea or signs of preclinical renal damage.

Exposure of rats to sodium dichromate at ≤0.4 mg chromium(VI)/m$^3$ for ≤90 days did not cause abnormalities, as indicated by histopathological examination of the kidneys.  Serum levels of creatinine and urea and urine levels of protein were also normal (Glaser et al. 1985, 1990).  No changes in urinalysis parameters or histopathological changes to the kidneys were observed in male Sprague-Dawley rats exposed to 1.15 mg chromium(VI)/m$^3$ as chromium trioxide (Kim et al. 2004) and no histopathological lesions were observed in the kidneys of male and female CDF rats exposed to 30 mg chromium(III)/m$^3$ as chromic oxide or basic chromium sulfate for 3 months (Derelanko et al. 1999).  Furthermore, no renal effects were observed in rats exposed to 0.1 mg chromium/m$^3$ as sodium dichromate (chromium(VI)) or as a 3:2 mixture of chromium(VI) trioxide and chromium(III) oxide for 18 months, based on histological examination of the kidneys, urinalysis, and blood chemistry (Glaser et al. 1986, 1988).  Rats exposed to 15.5 mg chromium(IV)/m$^3$ as chromium dioxide for 2 years showed no histological evidence of kidney

damage or impairment of kidney function, as measured by routine urinalysis.  Serum levels of blood urea nitrogen, creatinine, and bilirubin were also normal (Lee et al. 1989).

**Endocrine Effects.**    Increased serum amylase activity (a marker for pancreatic function) was observed in a group of 50 chrome plating workers in Bangalore, India, compared to 50 workers with no history of chromium(VI) exposure.  Employment duration of exposed workers ranged from 15 to 20 years; exposure levels were not reported (Kalahasthi et al. 2007).  Serum amylase activity in exposed workers was significantly correlated to urine chromium (r=0.289; p<0.05).  No studies were located regarding endocrine effects in humans following inhalation exposure to chromium(III) compounds.

For intermediate-duration exposures, no histopathological changes to the endocrine tissues were observed in male Sprague-Dawley rats exposed to 1.15 mg chromium(VI)/m$^3$ as chromium trioxide (Kim et al. 2004) or in male and female CDF rats exposed to 30 mg chromium(III)/m$^3$ as chromic oxide or basic chromium sulfate for 3 months (Derelanko et al. 1999).  Male rats exposed 22 hours/day for 18 months to 0.1 mg chromium(VI)/m$^3$ as sodium dichromate or exposed to a mixture of chromium(VI) and chromium(III) (0.06 mg chromium(VI)/m$^3$ plus 0.04 mg chromium(III)/m$^3$) as chromium(VI) trioxide and chromium(III) oxide did not result in any histopathological changes in adrenal glands (Glaser et al. 1986, 1988).  Rats exposed to 15.5 mg chromium(IV)/m$^3$ as chromium dioxide for 2 years showed no histopathological abnormalities in adrenals, pancreas, and thyroid glands (Lee et al. 1989).

**Dermal Effects.**    Acute systemic and dermal allergic reactions have been observed in chromium-sensitive individuals exposed to chromium via inhalation as described in Sections 3.2.3.2 and 3.2.3.3.

No studies were located regarding systemic dermal effects in animals after inhalation exposure to chromium(VI) or chromium(III) compounds.

**Ocular Effects.**    Effects on the eyes due to direct contact of the eyes with airborne mists, dusts, or aerosols or chromium compounds are described in Section 3.2.3.2.  Medical records of 2,307 male workers employed at a chromate production plant in Baltimore, Maryland between 1950 and 1974 were evaluated to determine the percentage of workers reporting clinical symptoms, mean time of employment to first diagnosis of symptoms, and mean exposure to chromium(VI) at the time of first diagnosis (exposure for each worker was the annual mean in the area of employment during the year of first diagnosis) (Gibb et al. 2000a).  Conjunctivitis was reported on 20.0% of the study population, at a mean exposure level of 0.025 mg Cr(VI)/m$^3$ and a mean time-to-onset of 604 days.

**APPX ATT_V6_3954**

Opthalmoscopic examination did not reveal any changes in male and female CDF rats exposed to 30 mg chromium(III)/m$^3$ as chromic oxide or basic chromium sulfate for 3 months (Derelanko et al. 1999).

Histopathologic examination of rats exposed to 15.5 mg chromium(IV)/m$^3$ as chromium dioxide for 2 years revealed normal morphology of the ocular tissue (Lee et al. 1989).

**Body Weight Effects.**    In a report of a case of acute exposure to "massive amounts" of chromium trioxide fumes, the patient became anorexic and lost 20–25 pounds during a 3-month period following exposure (Meyers 1950).

In rats exposed to an aerosol of sodium dichromate for 30 or 90 days or for 90 days followed by an additional 30 days of nonexposure, body weight gain was significantly decreased at 0.2 and 0.4 mg chromium(VI)/m$^3$ for 30 days (p<0.001), at 0.4 mg chromium(VI)/m$^3$ for 90 days (p<0.05), and at 0.2 (p<0.01) and 0.4 mg chromium(VI)/m$^3$ (p<0.05) in the recovery group (Glaser et al. 1990). There was no effect on body weight gain in rats exposed for 28 days to 0.2 mg/m$^3$ (Glaser et al. 1985) or for ≤18 months to 0.1 mg chromium(VI)/m$^3$ as sodium dichromate (Glaser et al. 1986, 1988, 1990) or 0.1 mg chromium(III and VI)/m$^3$ as a 3:2 mixture of chromium(VI) trioxide and chromium(III) oxide for 18 months (Glaser et al. 1986, 1988). Body weight was significantly decreased in male Sprague-Dawley rats exposed to 1.15 mg chromium(VI)/m$^3$ as chromium trioxide mist for 90 days (Kim et al. 2004) and in male, but not female, rats exposed to 10 mg chromium(III)/m$^3$ as chromic oxide for 13 weeks (Derelanko et al. 1999). However, exposure of male and female rats to 30 mg chromium(III)/m$^3$ as basic chromium sulfate for 13 weeks did not produce body weight changes (Derelanko et al. 1999). Similarly, there was no effect on body weight gain in rats exposed to 15.5 mg chromium(IV)/m$^3$ as chromium dioxide for 2 years (Lee et al. 1989).

**Metabolic Effects.**    In a study of chromate production workers, a significant increase in plasma total homocysteine levels and decreases in serum vitamin B12 and folate levels were observed; the mean urinary chromium level was 17.41 µg/g creatinine (Wang et al. 2011b). The mean chromium level in air was 27.13 µg chromium/m$^3$ and the mean exposure time was 12.86 years. Erythrocyte chromium levels were significantly correlated with serum vitamin B12 and folate levels, and urinary chromium levels were correlated with vitamin B12 levels. The investigators suggested that the increased homocysteine levels were due to vitamin B12 and folate deficiency and that vitamin B12 and folate deficiency may be secondary to chromium-induced renal damage.

APPX ATT_V6_3955

### 3.2.1.3  Immunological and Lymphoreticular Effects

Sensitization of workers, resulting in respiratory and dermal effects, has been reported in numerous occupational exposure studies.  Although the route of exposure for initial sensitization in an occupational setting is most likely a combination of inhalation, oral, and dermal routes, information on the exposure levels producing sensitization by the inhaled route was not identified.  Additional information on contact dermatitis in sensitized workers is provided in Section 3.2.3.3 (Dermal Exposure, Immunological and Lymphoreticular Effects).

Acute reactions have been observed in chromium sensitive individuals exposed to chromium via inhalation as noted in several individual case reports.  A 29-year-old welder exposed to chromium vapors from chromium trioxide baths and to chromium and nickel fumes from steel welding for 10 years complained of frequent skin eruptions, dyspnea, and chest tightness.  Chromium sensitivity in the individual was measured by a sequence of exposures, via nebulizer, to chromium(VI) as sodium chromate.  Exposure to 0.029 mg chromium(VI)/mL as sodium chromate caused an anaphylactoid reaction, characterized by dermatitis, facial angioedema, bronchospasms accompanied by a tripling of plasma histamine levels, and urticaria (Moller et al. 1986).  Similar anaphylactoid reactions were observed in five individuals who had a history of contact dermatitis to chromium, after exposure, via nebulizer, to an aerosol containing 0.035 mg chromium(VI)/mL as potassium dichromate.  Exposure resulted in decreased forced expiratory volume, facial erythema, nasopharyngeal pruritus, nasal blocking, cough, and wheezing (Olaguibel and Basomba 1989).  Challenge tests with fumes from various stainless steel welding processes indicated that the asthma observed in two stainless steel welders was probably caused by chromium or nickel, rather than by irritant gases produced by the welding process (Keskinen et al. 1980).  A 28-year-old construction worker developed work-related symptoms of asthma, which worsened during periods when he was working with (and sawing) corrugated fiber cement containing chromium.  A skin patch test to chromium was negative.  Asthmatic responses were elicited upon inhalation challenge with fiber cement dust or nebulized potassium chromate (Leroyer et al. 1998).  A 40-year-old woman exposed to chromium and nickel in a metalworks company developed occupational asthma and tested positive to skin prick tests and bronchial challenge tests with potassium dichromate (Cruz et al. 2006).  In four male workers (two electroplating workers, one welder, and one cement worker) with work-related symptoms of asthma, two tested positive to skin prick tests with potassium dichromate and nickel sulfate and all tested positive to bronchial challenge tests with potassium dichromate and nickel sulfate (Fernandez-Nieto et al. 2006).  Chromium-induced asthma may occur in

some sensitized individuals exposed to elevated concentrations of chromium in air, but the number of sensitized individuals is low and the number of potentially confounding variables in the chromium industry is high.

Concentrations of some lymphocyte subpopulations (CD4+ helper-inducer, CD5--CD19+ B, CD3--CD25+ activated B, and CD3--HLA-DR+ activated B and natural killer lymphocytes) were significantly reduced (about 30–50%) in a group of 15 men occupationally exposed to dust containing several compounds (including hexavalent chromium as lead chromate) in a plastics factory.  Worker blood lead and urine chromium levels were significantly higher than those of 15 controls not known to be occupationally exposed to toxic agents.  Serum chromium concentrations and serum immunoglobulins IgA, IgG, and IgM were not significantly different between the two groups (Boscolo et al. 1997). Mignini et al. (2009) did not find significant differences in lymphocyte subpopulations (CD4$^+$, CD8$^+$, CD19$^+$, CD16$^+$/CD56$^+$, CD4/CD8) in chromium workers in the shoe, hide, and leather industries, as compared to unexposed workers.  The immunological effects of chromium were evaluated in a small group of tannery workers (n=20) in Italy, compared to a matched group of unexposed controls (n=24) (Mignini et al. 2004).  Exposure of individual workers was not reported, but monitoring of 20 factories with participating workers reported TWA concentrations of 0.09–0.10 mg total chromium/m$^3$ and 0.001–0.002 mg chromium(VI)/m$^3$.  The mean time of employment of the exposed group was 5.8 years.  Urine chromium excretion was significantly increased in workers, although no increase in plasma chromium was observed, compared to controls.  In workers, proliferative response of peripheral blood mononucleocytes (PBMC) in response to concavalin A was increased approximately 24% compared to controls; no difference between workers and controls were observed for the percent distribution of lymphocyte subsets (e.g., T lymphocytes, T helper lymphocytes, T cytotoxic lymphocytes, B lymphocytes, and natural killer cells).  In tannery and chrome-plating workers exposed to high levels of chromium (mean blood chromium level of 86.71 µg/L), no significant alterations in IL-12, as compared to unexposed workers, were found; however, when IL-12 levels were measured in lipopolysaccharide-stimulated peripheral blood monocyte cells, a significant elevation was found in chromium workers (Katiyar et al. 2009).  Interferon-γ levels were significantly higher in peripheral blood monocyte cells (with or without stimulation) in chromium workers; a significant correlation between interferon-γ levels (in stimulated cells) and blood chromium levels was also found.  In contrast, a study of shoe, hide, and leather industry workers found a significant decrease in IL-12 levels (Mignini et al. 2009).  This study also found increases in IL-2 and IL-6 levels, but no changes in IL-1β, tumor necrosis factor-α, interferon-γ, or IL-4 levels.  Immune function, as assessed by the lymphocyte proliferative response to mitogens (phytohemagglutinin and concanavalin A) was also significantly altered in this group of workers.

Immunological effects of exposure to chromic acid were evaluated in 46 electroplating workers in Taiwan (Kuo and Wu 2002). The entire group was employed for an average of 6.1 years. Workers were divided into low (n=19), moderate (n=17), and high (n=10) subgroups based on mean urine chromium excretion of <1.13, 1.14–6.40, and >6.40 μg chromium/g creatinine, respectively. Airborne chromium was measured by personal samplers for all study participants for the duration of one 8-hour shift (data not reported); however, no information was reported on individual or group exposures over the time of employment. A negative correlation was observed between urine chromium and B cell percentage and a positive correlation was observed between urine chromium and blood IL-8 concentration. The study authors report that smoking was an important factor for lymphocyte subsets; thus, interpretation of these results is limited by confounding factors.

An animal study was designed to examine the immunotoxic effects of soluble and insoluble hexavalent chromium agents released during welding (Cohen et al. 1998). Rats exposed to atmospheres containing soluble potassium chromate at 0.36 mg chromium(VI)/m$^3$ for 5 hours/day, 5 days/week for 2 or 4 weeks had significantly increased levels of neutrophils and monocytes and decreased alveolar macrophages in bronchoalveolar lavage than air-exposed controls. Significantly increased levels of total recoverable cells were noted at 2 (but not 4) weeks of exposure. In contrast, no alterations in the types of cells recovered from the bronchoalveolar lavage fluid were observed in rats exposed to 0.36 mg chromium(VI)/m$^3$ as insoluble barium chromate, as compared to controls. However, the cell types recovered did differ from those recovered from rats exposed to soluble chromium. Changes seen in pulmonary macrophage functionality varied between the soluble and insoluble chromium(VI) exposure groups. The production of interleukin (IL)-1 and tumor necrosis factor (TNF)-α cytokines were reduced in the potassium chromate exposed rats; only TNF-α was decreased in the barium chromate rats. IL-6 levels were not significantly altered in either group. Barium chromate affected zymosan-inducible reactive oxygen intermediate formation and nitric oxide production to a greater degree than soluble chromium(VI). Insoluble chromium(VI) reduced the production of superoxide anion, hydrogen perodise, and nitric oxide; soluble chromium(VI) only reduced nitric oxide production.

Rats exposed to 0.025–0.2 mg chromium(VI)/m$^3$ as sodium dichromate for 28 or 90 days had increased spleen weights at ≥0.05 mg chromium(VI)/m$^3$ and increased response to sheep red blood cells at ≥0.025 mg chromium(VI)/m$^3$. In the 90-day study, serum immunoglobulin content was increased in the 0.05 and 0.1 mg chromium(VI)/m$^3$ groups but not in the 0.2 mg chromium(VI)/m$^3$ group. There was an increase in mitogen-stimulated T-cell response in the group exposed for 90 days to 0.2 mg

chromium(VI)/m$^3$.  Bronchial alveolar lavage fluid had an increased percentage of lymphocytes in the groups exposed to 0.025 and 0.05 mg chromium(VI)/m$^3$ and an increased percentage of granulocytes in the groups exposed to 0.05 mg chromium(VI)/m$^3$ for 28 days.  The phagocytic activity of macrophages was increased in the 0.05 mg chromium(VI)/m$^3$ group.  A higher number of macrophages in telophase was observed in the 0.025 and 0.05 mg chromium(VI)/m$^3$ groups.  Bronchial alveolar lavage fluid from rats exposed for 90 days had an increased percentage of lymphocytes in the 0.025, 0.05, and 0.2 mg chromium(VI)/m$^3$ groups and an increased percentage of granulocytes and number of macrophages in the 0.05 mg chromium(VI)/m$^3$ groups.  The phagocytic activity of the macrophages was increased in the 0.025 mg and 0.05 mg chromium(VI)/m$^3$ groups and decreased in the 0.2 mg chromium(VI)/m$^3$ group.  A greater number of macrophages in telophase and an increase in their diameter were observed in the 0.025, 0.05, and 0.2 mg chromium(VI)/m$^3$ groups (Glaser et al. 1985).

Low-level exposure to sodium dichromate seems to stimulate the humoral immune system (as indicated by the significant increase in total immunoglobin levels); exposure to 0.2 mg chromium(VI)/m$^3$ ceases to stimulate the humoral immune system (significant decreases in total immunoglobin levels) but still may have effects on the T lymphocytes.  The depression in macrophage cell count and phagocytic activities correlated with a 4-fold lower rate of lung clearance for inhaled iron oxide in the 0.2 mg chromium(VI)/m$^3$ group (Glaser et al. 1985).

Intermediate-duration exposure of rats to inhaled chromium(III) compounds produces histopathological alterations to respiratory lymph nodes and tissues.  In male and female CDF rats, exposure to 3, 10, and 30 mg chromium(III)/m$^3$ as soluble basic chromium sulfate for 13 weeks resulted in histiocytic cellular infiltration and hyperplasia of peribronchial lymphoid tissue and mediastinal lymph nodes; lymph node enlargement was also observed on necropsy (Derelanko et al. 1999).  Following a 13-week recovery period, enlargement, histiocytosis, and hyperplasia of the mediastinal lymph node was observed in rats exposed to 3, 10, and 30 chromium(III)/m$^3$ as basic chromium sulfate.  Hyperplasia of the mediastinal lymph node was observed in male and female CDF rats exposed to chromium oxide at concentrations of 3, 10, and 30 mg chromium(III)/m$^3$ for 13 weeks (Derelanko et al. 1999).  Following a 13-week recovery period, black pigment (trace-to-mild) in peribronchial lymphoid tissue and mediastinal lymph nodes was found in all treatment groups.

The LOAELs for immunological effects in rats are recorded in Table 3-1 and plotted in Figure 3-1 for chromium(VI) and recorded in Table 3-2 and plotted in Figure 3-2 for chromium(III).

APPX ATT_V6_3959

### 3.2.1.4   Neurological Effects

In a chrome plating plant where poor exhaust resulted in excessively high concentrations of chromium trioxide fumes, workers experienced symptoms of dizziness, headache, and weakness when they were working over the chromate tanks (Lieberman 1941).  Such poor working conditions are unlikely to still occur in the United States because improvements in industrial hygiene have been made over the years.  Results of olfactory perceptions tests conducted in workers employed at chromium plating factories in An-San Korea (mean employment duration of 7.9 years) indicate that olfactory recognition thresholds were significantly higher in exposed workers compared to controls (Kitamura et al. 2003).  Air concentrations of chromium(VI) ranged from 0.005 to 0.03 mg chromium(VI)/m$^3$ and of chromium(III) ranged from 0.005 to 0.06 mg chromium(III)/m$^3$.  Although the cause of this change was not determined, the study authors suggest that chromium may directly affect the olfactory nerve.

No increases in vascular lesions in the central nervous system were evident in a cohort of 3,408 workers from four former facilities that produced chromium compounds from chromite ore in northern New Jersey (Rosenman and Stanbury 1996).  The proportionate mortality ratios for white and black men were 78 (61–98) and 68 (44–101), respectively.  The subjects were known to have worked in the four facilities sometime between 1937 and 1971 when the last facility closed.  Exposure durations ranged from <1 to >20 years.

No information was located regarding neurological effects in humans or animals after inhalation exposure to chromium(III) compounds or in animals after inhalation exposure to chromium(VI) compounds.  No histopathological lesions were found in the brain of male Sprague-Dawley rats exposed to 1.15 mg chromium(VI)/m$^3$ as chromium trioxide for 3 months or in male and female CDF rats exposed to 30 mg chromium(III)/m$^3$ as chromic oxide or basic chromium sulfate for 3 months (Derelanko et al. 1999; Kim et al. 2004) or in the brain, spinal cord, or nerve tissues of rats exposed to 15.5 mg chromium(IV)/m$^3$ as chromium dioxide for 2 years (Lee et al. 1989).  No neurological or behavioral tests were conducted in these studies.

### 3.2.1.5   Reproductive Effects

Information regarding reproductive effects in humans after inhalation of chromium compounds is limited.  Semen quality was evaluated in 61 workers in a chromium sulfate manufacturing plant in India (Kumar et al. 2005).  Employment duration and chromium exposure levels were not reported.  The study included a control group of 15 unexposed workers.  Chromium blood levels in the exposed group were significantly

increased compared to the control group. Although no effect was observed on semen volume, liquefaction time, or pH or on sperm viability, count, motility, or concentration, a significant increase was observed in the number of morphologically abnormal sperm in exposed workers. In the exposed group, 53% of subjects had less than 30% normal sperm; in the control group, only 10% of subjects had <30% normal sperm. A significant positive correlation (r=0.301; p=0.016) was observed between blood chromium and the percentage of abnormal sperm in exposed workers. Sperm count and motility were significantly decreased by 47 and 15%, respectively in a group of 21 workers employed at a chrome plating plant in Henan, China, compared to age-matched, unexposed controls (Li et al. 2001). Serum follicle stimulating hormone (FSH) concentration was significantly increased by 204% and semen lactate dehydrogenase activity was significantly decreased by 30% in exposed compared to control workers, although no effect on serum luteinizing hormone (LH) concentration was observed. Serum chromium levels were 11% higher in the exposed workers compared to control; however, the increase was not statistically significant. Duration of employment for all study participants ranged from 1 to 15 years; no information on exposure levels or demographics of the exposed and control groups were reported.

The effect of chromium(VI) on the course of pregnancy and childbirth was studied in women employees at a dichromate manufacturing facility in Russia. Complications during pregnancy and childbirth (not further described) were reported in 20 of 26 exposed women who had high levels of chromium in blood and urine, compared with 6 of 20 women in the control group. Toxicosis (not further described) was reported in 12 exposed women and 4 controls. Postnatal hemorrhage occurred in four exposed and two control women (Shmitova 1980). Similar results were reported in a more extensive study of 407 women who worked at a factory producing chromium compounds (not otherwise specified) compared with 323 controls. The frequency of birth complications was 71.4% in a subgroup of highly exposed women, 77.4% in a subgroup of women with a lower level of exposure, and 44.2% in controls. Toxicosis in the first half of pregnancy occurred in 35.1% of the high exposure group, 33.3% of the low exposure group, and 13.6% of the controls. The frequency of postnatal hemorrhage was 19.0% for the high exposure group and 5.2% in controls (Shmitova 1978). Because these studies were generally of poor quality and the results were poorly reported, no conclusions can be made regarding the potential for chromium to produce reproductive effects in humans.

The occurrence of spontaneous abortion among 2,520 pregnancies of spouses of 1,715 married Danish metal workers exposed to hexavalent chromium from 1977 through 1987 were examined (Hjollund et al. 1995). Occupational histories were collected from questionnaires and information on spontaneous abortion, live births, and induced abortion was obtained from national medical registers. The number of

spontaneous abortions was not increased for pregnant women whose spouses worked in the stainless steel welding industry when compared to controls (odds ratio 0.78, 95% confidence interval [CI] 0.55–1.1). The authors believed that the risk estimate was robust enough that factors such as maternal age and parity and smoking and alcohol consumptions were not confounders. There was no association found in spontaneous abortions in women whose husbands were in the cohort subpopulations who were mild steel welders and metal-arc stainless steel welders, which would lead to higher exposures to welding fumes (workplace chromium exposures not provided). This more recent study does not corroborate earlier findings (Bonde et al. 1992) that showed that wives of stainless steel welders were at higher risk of spontaneous abortions. The current study was based on abortions recorded in a hospital register, while the earlier study was based on self-reporting data. The latter study probably included more early abortions and was biased because the job exposure of male metal workers is apparently modified by the outcome of their partners' first pregnancy.

Histopathological examination of the testes of rats exposed to 0.2 mg chromium(VI)/m$^3$ as sodium dichromate for 28 or 90 days (Glaser et al. 1985), to 0.1 mg chromium(VI)/m$^3$ as sodium dichromate for 18 months, or to 0.1 mg chromium/m$^3$ as a 3:2 mixture of chromium(VI) trioxide and chromium(III) oxide for 18 months (Glaser et al. 1986, 1988) revealed no abnormalities. For intermediate-duration exposures to chromium(III) compounds, no histopathological changes to the reproductive tissues in male and female CDF rats exposed to 30 mg chromium(III)/m$^3$ as chromic oxide or basic chromium sulfate for 3 months; treatment also had no effect on sperm count, motility, or morphology (Derelanko et al. 1999). No histopathological lesions were observed in the prostate, seminal vesicle, testes, or epididymis of male rats or in the uterus, mammary gland, or ovaries of female rats exposed to 15.5 mg chromium(IV)/m$^3$ as chromium dioxide for 2 years (Lee et al. 1989).

The NOAELs for reproductive effects in rats are recorded in Table 3-1 and plotted in Figure 3-1 for chromium(VI) and recorded in Table 3-2 and plotted in Figure 3-2 for chromium(III).

### 3.2.1.6  Developmental Effects

No studies were located regarding developmental effects in humans or animals after inhalation exposure to chromium or its compounds.

### 3.2.1.7   Cancer

Occupational exposure to chromium(VI) compounds in various industries has been associated with increased risk of respiratory system cancers, primarily bronchogenic and nasal.  Among the industries investigated in retrospective mortality studies are chromate production, chromate pigment production and use, chrome plating, stainless steel welding, ferrochromium alloy production, and leather tanning. Compilations and discussion of many of these studies can be found in reviews of the subject (Goldbohm et al. 2006; IARC 1990; Steenland et al. 1996).  Studies of chromium workers have varied considerably in strength of design for determining cancer risks related to chromium exposure.  The strongest designs have provided estimates of chromium(VI) (or exposure to other chromium species) for individual members of the cohorts, enabling application of dose-response analysis to estimate the contribution of chromium exposure to cancer risk.  Studies that do not provide estimates of chromium exposure have relied on surrogate dose metrics (e.g., length of employment at job titles associated with chromium exposure) for exploring attribution of cancer risk to chromium exposure.  However, these surrogate measures are often strongly correlated with exposures to other work place hazards, making conclusions regarding possible associations with chromium exposures more uncertain.  Chromium dose-response relationships have been reported for chromate production workers, but not for other categories of chromium workers.  In studies of chromate production workers, increased risk of respiratory tract cancers have been found in association with increased cumulative exposure to chromium(VI) and several estimates of excess lifetime risk attributed to chromium exposure have been reported.  Studies of chrome platers, who were exposed to chromium(VI) and other carcinogenic chemicals, including nickel, have found significant elevations in lung cancer risk in association with surrogate indicators of chromium exposure, such as duration of employment at jobs in which exposure to chromium occurred; however, estimates of risk attributable specifically to chromium exposure have not been reported.  Results of studies in stainless steel welders exposed to chromium(VI) and other chemicals, and in ferrochromium alloy workers, who were exposed mainly to chromium(0) and chromium(III), but also to some chromium(VI), have been mixed and are inconclusive with respect to work-associated elevations in cancer rates.  Studies in leather tanners, who are exposed to chromium(III), have not found elevated cancer rates.  A summary of select occupational exposure studies that were considered the best conducted for each type of chromium work is presented in Table 3-3.

***Chromate Production.***  Numerous studies of cancer mortality among chromate production workers have been reported (Alderson et al. 1981; Bidstrup and Case 1956; Buckell and Harvey 1951; Crump et al. 2003; Davies et al. 1991; Enterline 1974; Gibb et al. 2000b; Korallus et al. 1982; Mancuso 1997a; Ohsaki

## Table 3-3.  Risk of Cancer Mortality in Chromium Workers

| Cancer type | Risk (95% CI) | Comments | Reference |
|---|---|---|---|
| **Chromate production** | | | |
| Lung cancer | RR 1.80 (1.49–2.14) | 2,357 males.  Cancer rate ratio of 2.44 (1.54–3.83) associated with a cumulative 45-year exposure to 1 mg/m$^3$-year (Park et al. 2004) | Gibb et al. 2000b |
| Lung cancer | SMR 268 (200–352) | U.S. reference rate; SMR of 241 (180–317) using Ohio reference males; lung cancer mortality risk increased with cumulative chromium exposure levels, duration of exposure, and year of hire; a high percentage (73–86%) of workers smoked | Luippold et al. 2003 |
| **Chromate pigment workers** | | | |
| Lung cancer | SMR 190 (111–295) | Workers employed >30 years; no significant alterations in workers with shorter employment; chromium levels monitored in later years were >0.5 and >2 mg/m$^3$ for highly exposed jobs | Hayes et al. 1989 |
| **Chrome plating** | | | |
| Lung cancer | SMR 172 (112–277) | Males and females in chrome bath area for >1 year; SMR for workers in chrome bath area for >5 years was 320 (128–658); significant positive trend for lung cancer mortality and duration of exposure found in male chrome bath workers | Sorahan et al. 1998 |
| Lung cancer | SMR 1.59 (1.01–2.38) | Workers with initial chromium exposure prior to 1970 | Hara et al. 2010 |
| Malignant lymphoma | SMR 3.80 (1.39–8.20) | Workers with initial chromium exposure prior to 1970 | Hara et al. 2010 |
| **Stainless steel production and welding** | | | |
| Lung cancer | SMR 2.49 (0.80–5.81) | Not significant when compared to national rates; significant increase when compared with an internal reference group and stratified for age; average chromium(VI) concentration in 1975 was 0.11 mg/m$^3$ | Sjogren et al. 1987 |
| Lung cancer | SMR 2.29 (1.14–4.09) | SMR for stainless steel foundry workers; SMR for workers employed >30 years was 3.24 (95% CI=1.19–7.05); no increase in lung cancer deaths in workers involved in melting and casting stainless steel | Moulin et al. 1993 |

CI = confidence interval; RR = relative risk; SMR = standardized mortality ratio

et al. 1978; Park and Stayner 2006; Park et al. 2004; Pastides et al. 1994; PHS 1953; Rosenman and Stanbury 1996; Sassi 1956; Satoh et al. 1994; Taylor 1966). Collectively, these studies provide evidence for associations between lung cancer mortality and employment in chromate production, with risks declining with improved industrial hygiene. Less consistently, nasal cancers have been observed (Alderson et al. 1981; Rosenman and Stanbury 1996; Sassi 1956; Satoh et al. 1994). Evidence for associations between exposure to chromium and cancer is strongest for lung cancer mortality, which has been corroborated and quantified in numerous studies. A meta-analysis of 49 epidemiology studies based on 84 papers of cancer outcomes, primarily among chromium workers, found SMRs ranging from 112 to 279 for lung cancer, with and overall SMR of 141 (95% CI 135–147; Cole and Rodu 2005). When limited to high-quality studies controlled for smoking, the overall SMR for lung cancer was 112 (95% CI 104–119). SMRs for other forms of cancer from studies that controlled for confounders were not elevated. Several studies have attempted to derive dose-response relationships for this association (Crump et al. 2003; Gibb et al. 2000b; Mancuso 1997a; Park and Stayner 2006; Park et al. 2004). These studies are particularly important because they have included individual exposure estimates to chromium for each member of the cohort based on work place monitoring; dose-response modeling to ascertain the contribution of changing exposures to chromium to risk (in workers who were also exposed to other work-place hazards that could have contributed to cancer risk); and evaluation of the impacts of potential co-variables and confounders (e.g., age, birth cohort, and smoking) on chromium-associated risk.

Gibb et al. (2000b) examined lung cancer mortality in a cohort of chromate production workers (n=2,357, males) in Baltimore, Maryland, who were first hired during the period 1950–1974, with mortality followed through 1992. This cohort was the subject of numerous earlier studies, which found significantly increased lung cancer mortality (i.e., standard mortality ratios) among workers at the plant (Baetjer 1950; Braver et al. 1985; Hayes et al. 1979; Hill and Ferguson 1979). In the Gibb et al. (2000b) study, cumulative exposures to chromium(VI) or chromium(III) ($mg/m^3$-year) were reconstructed for each member of the cohort from historical workplace air monitoring data and job title records (Gibb et al. 2000b). Lung cancer for the entire group had a relative risk of 1.80 (95% CI 1.49–2.14). Relative risk of lung cancer mortality (adjusted for smoking) increased by a factor to 1.38 (95% CI 1.20–1.63) in association with a 10-fold increase in cumulative exposure to chromium(VI). The analogous relative risk for cumulative exposure to chromium(III) was 1.32 (95% CI 1.15–1.51). Exposures to chromium(III) and chromium(VI) were highly correlated; therefore, discrimination of risks associated with either were problematic. However, in a combined model that included cumulative exposure to both chromium species, relative risk for chromium(VI) exposure remained significant (1.66, p=0.045), whereas relative risk for chromium(III) was negative (-0.17, p=0.4). This outcome suggests that exposure to

chromium(VI), rather than chromium(III), was the dominant (if not sole) contributor to lung cancer risk (after adjustments for smoking). Park et al. (2004) reanalyzed the data for the Baltimore, Maryland cohort using a variety of dose-response models. In the preferred model (linear with cumulative chromium exposure and log-linear for age, smoking, race), cancer rate ratio for a 45-year cumulative exposure to 1 mg/m$^3$-year of chromium(VI) was estimated to be 2.44 (95% CI 1.54–3.83). This corresponded to an excess lifetime risk unit risk (i.e., additional lifetime risk from occupational exposure to 1 μg CrO$_3$/m$^3$ or 0.52 μg Cr(VI)/m$^3$) of 0.003 (95% CI 0.001–0.006) or to 100 μg chromium(VI)/m$^3$ of 0.255 (95% CI 0.109–0.416). Subsequent analyses conducted by Park and Stayner (2006) attempted to estimate possible thresholds for increasing lung cancer risk. This analysis was able to exclude possible thresholds in excess of 16 μg/m$^3$ chromium(VI) or 0.4 mg/m$^3$-year cumulative exposure to chromium(VI).

Several studies have examined cancer mortality in a cohort of chromate production workers in Painesville, Ohio, and have found increased lung cancer mortality (e.g., SMRs) among workers at the plant (Crump et al. 2003; Luippold et al. 2003; Mancuso 1997a; Mancuso and Hueper 1951). Mancuso (1997a) reconstructed cumulative exposure histories of individual members of the cohort (n=332), hired during the period 1931–1937 and followed through 1993. The exposure estimations were based on historical workplace air monitoring data for soluble and insoluble chromium and job title records. Age-adjusted death rates from lung cancer were estimated for cumulative exposure strata, and increased with increasing cumulative exposure to total chromium, insoluble chromium, and soluble chromium (a dose response model was not reported). The highest rates were observed in soluble chromium strata >4 mg/m$^3$-years (2,848 per 100,000). Death rates were not adjusted for smoking, which would have been a major contributor to lung cancer death rates in the cohort. Although the study discriminated exposures to soluble and insoluble chromium, these classifications are not adequate surrogates for exposures to trivalent or hexavalent chromium (Kimbrough et al. 1999; Mundt and Dell 1997); therefore, the study cannot attribute risk specifically to either species. More recent studies of this cohort have attempted to reconstruct individual exposure histories to chromium(VI), based on species-specific air monitoring data, and have attempted to quantify the potential contribution of smoking to lung cancer risk (Crump et al. 2003; Luippold et al. 2003). These studies included workers (n=482) hired after 1940 and followed through 1997. Increasing lung cancer risk was significantly associated with increasing cumulative exposure to chromium(VI). Relative risk for lung cancer mortality was estimated to be 0.794 per mg/m$^3$-year (90% CI 0.518–1.120). The analogous additive risk was 0.00161 per mg/m$^3$-year per person year (90% CI 0.00107–0.00225). These estimates correspond to unit risks (i.e., additional lifetime risk from occupational exposure to 1 μg/m$^3$) of 0.00205 (90% CI 0.00134–0.00291), based on the relative risk Poison model, and 0.00216 (90% CI 0.00143–0.00302), based on the additive risk Poison model. Risk

estimates were not appreciably sensitive to birth cohort or to smoking designation (for the 41% of the cohort that could be classified). The latter outcome suggests that smoking did not have a substantial effect on chromium(VI) associated lung cancer risk (i.e., smoking and chromium appeared to contribute independently to cancer risk).

A meta-analysis of the Crump et al. (2003); Gibb et al. (2000b), and Mancuso (1997a) studies has also been reported (Goldbohm et al. 2006). Excess lifetime risk of lung cancers was estimated from a life table analysis (using Dutch population vital statistics) and estimates of relative risk from each study, or in the case of Mancuso (1997a), estimated in the meta-analysis (approximately 0.0015 per mg/m$^3$-year). Estimates of excess lifetime risks (deaths attributed to a 40-year occupational exposure to chromium(VI) at 1 µg/m$^3$, for survival up to age 80 years) were 0.0025, 0.0048, and 0.0133, based on Crump et al. (2003), Mancuso et al. (1997a), and Gibb et al. (2000b), respectively.

In conclusion, despite limitations of some studies, occupational exposure to chromium(VI) in the chromate production industry is associated with increased risk of respiratory cancer. Estimates of excess lifetime occupational risks range from 0.002 to 0.005 per µg/m$^3$ of chromium(VI). Changes in production process and industrial hygiene appear to have reduced overall risk over the past 30–40 years.

***Chromate Pigments Production and Use.*** Studies of workers engaged in the production of chromate pigments provide evidence for increased risk of lung cancer associated with employment in work areas where exposure to chromium compounds occurred. However, the contribution of chromium exposure to cancer risk in these cohorts remains uncertain for several reasons: (1) members of the cohorts experienced exposures to a variety of chemicals that may have contributed to cancer (e.g., nickel); (2) exposures of the individual cohort members to chromium were not quantified or subjected to exposure-response analysis; and (3) dose metrics used in dose-response analysis were measures of employment duration, which are highly correlated with exposures to chemical hazards other than chromium. Nevertheless, these studies have found elevated lung cancer rates in chromium pigment workers in comparison to reference populations (e.g., SMRs) and, in some studies, increased lung cancer rates in association with increased potential (e.g., job type, employment duration) for exposure to chromium (Dalager et al. 1980; Davies 1979, 1984; Franchini et al. 1983; Frentzel-Beyme 1983; Haguenoer et al. 1981; Hayes et al. 1989; Langård and Norseth 1975; Langård and Vigander 1983; Sheffet et al. 1982).

***Chrome Plating.***  Studies of chrome platers provide evidence for increased risk of lung cancer associated with employment in work areas where exposure to chromium compounds occurred.  However, the contribution of chromium exposure to cancer risk in these cohorts remains uncertain for several reasons: members of the cohorts experienced exposures to a variety of chemicals that may have contributed to (1) cancer (e.g., nickel, sulfuric acid); (2) exposures of the individual cohort members to chromium were not quantified or subjected to exposure-response analysis; and (3) dose metrics used in dose-response analysis were measures of employment duration, which are highly correlated with exposures to chemical hazards other than chromium.  Nevertheless, these studies have found elevated lung cancer rates in chrome bath workers in comparison to reference populations (e.g., standard mortality ratios) who were exposed primarily to soluble chromium(VI) (e.g., chromic acid mists) and, in some studies, increased lung cancer rates in association with increased potential (e.g., job type, employment duration) for exposure to chromium (Dalager et al. 1980; Guillemin and Berode 1978; Hanslian et al. 1967; Okubo and Tsuchiya 1977, 1979; Royle 1975a; Silverstein et al. 1981; Sorahan et al. 1987, 1998; Takahashi and Okubo 1990).

Sorahan et al. (1998) examined lung cancer risks in a cohort of nickel/chrome platters (n=1,762, hired during the period 1946–1975 with mortality follow-up through 1995).  The same cohort was studied by Royle (1975a).  Significant excess risks of lung cancer were observed among males and females working in the chrome bath area for <1 year (SMR=172; 95% CI 112–277; $p<0.05$) or >5 years (SMR=320; 95% CI 128–658; $p<0.001$), females working in the chrome bath area for <1 year (SMR=245; 95% CI 118–451; $p<0.5$), males starting chrome work in the period of 1951–1955 (SMR=210; 95% CI 132–317; $p<0.01$), and in male chrome workers 10–19 years after first chrome work (SMR=203; 95% CI 121–321; $p<0.01$).  A significant ($p<0.01$) positive trend for lung cancer mortality and duration of exposure was found for the male chrome bath workers, but not for the female workers.  Lung cancer mortality risks were also examined using an internal standard approach, in which mortality in chrome workers was compared to mortality in workers without chromium exposure.  After adjusting for sex, age, calendar period, year of starting chrome work, period from first chrome work, and employment status, a significant positive trend ($p<0.05$) between duration of chrome bath work and lung cancer mortality risk was found.

Hara et al. (2010) conducted a follow-up of the cohort studied by Takahashi and Okubo (1990).  The study comprised 1,193 male workers of which 626 had ≥6 months of experience in chromium plating and 567 had no lifetime chromium exposure but ≥6 months plating experience using metals other than chromium.  The expected number of deaths was determined by multiplying the number of person-years of observation by cause-, gender-, and age-specific national death rates for each year from 1976–2003.  The

analyses found a nonsignificant elevation of lung cancer mortality among a chromium plater subgroup (SMR=1.46; 95% CI 0.98–2.04) (Hara et al. 2010). However, the study found significant elevations for mortality due to brain tumors (SMR=9.14; 95% CI 1.81–22.09) and malignant lymphoma (SMR=2.84; 95% CI 1.05–5.51). It should be noted, however, that the risk for brain tumors was based on only three observed cases versus 0.3 expected. Analyses according to the follow-up period, exposure duration, and year of first exposure showed that risks were elevated for lung cancer (SMR=1.59, 95% CI 1.01–2.38) and malignant lymphoma (SMR=3.80; 95% CI 1.39–8.29) among those with initial chromium exposure prior to 1970.

***Stainless Steel Production and Welding.*** Workers in the stainless steel welding industry are exposed to chromium(VI) compounds, as well as other chemical hazards that could contribute to cancer (e.g., nickel); however, results of studies of cancer mortality in these populations have been mixed. Some studies have found increased cancer mortality rates among workers; however, examinations of possible associations with exposures to chromium have not been reported. A study of 1,221 stainless steel welders in the former Federal Republic of Germany found no increased risk of lung cancer or any other specific type of malignancy compared with 1,694 workers involved with mechanical processing (not exposed to airborne welding fumes) or with the general population of the former Federal Republic of Germany (Becker et al. 1985). A follow-up study (Becker 1999) which extended the observation period to 1995, found similar results for lung (includes bronchus and trachea) cancer (SMR=121.5, 95% CI 80.7–175.6). An excess risk of pleura mesothelioma was observed (SMR=1,179.9; 95% CI=473.1–2430.5); however, this was attributed to asbestos exposure. A study of 234 workers from eight companies in Sweden, who had welded stainless steel for at least 5 years during the period of 1950–1965 and followed until 1984, found five deaths from pulmonary tumors, compared with two expected (SMR=2.49; 95% CI=0.80–5.81), based on the national rates for Sweden. The excess was not statistically significant. However, when the incidence of lung cancer in the stainless steel welders was compared with an internal reference group, a significant difference was found after stratification for age. The average concentration of chromium(VI) in workroom air from stainless steel welding, determined in 1975, was reported as 0.11 mg/m$^3$ (Sjogren et al. 1987). The cohort in this study was small, and stainless welders were also exposed to nickel fumes. Smoking was probably not a confounding factor in the comparisons with the internal reference group.

In a study of the mortality patterns in a cohort of 4,227 workers involved in the production of stainless steel from 1968 to 1984, information was collected from individual job histories, and smoking habits were obtained from interviews with workers still active during the data collection (Moulin et al. 1993). The observed number of deaths was compared to expected deaths based on national rates and matched for

age, sex, and calendar time. No significant excess risk of lung cancer was noted among workers employed in melting and casting stainless steel (SMR=1.04; 95% CI=0.42–2.15). However, there was a significant excess among stainless steel foundry workers (SMR=2.29; 95% CI=1.14–4.09). The SMR increased for workers with length of employment over 30 years to 3.24 (95% CI=1.19–7.05). No measurements of exposure were provided.

***Ferrochromium Production.*** Workers in the ferrochromium alloy industry are exposed to chromium(III) and chromium(VI) compounds, as well as other chemical hazards that could contribute to cancer; however, results of studies of cancer mortality in these populations have been mixed. No significant increase in the incidence of lung cancer was found among 1,876 employees who worked in a ferrochromium plant in Sweden for at least 1 year from 1930 to 1975 compared with the expected rates for the county in which the factory was located. The workers had been exposed mainly to metallic chromium and chromium(III), but chromium(VI) was also present. The estimated levels ranged from 0 to 2.5 mg chromium(0) and chromium(III)/m$^3$ and from 0 to 0.25 mg chromium(VI)/m$^3$ (Axelsson et al. 1980). An excess of lung cancer was found in a study of 325 male workers employed for >1 year in a ferrochromium producing factory in Norway between 1928 and 1977 (Langård et al. 1980), and whose employment began before 1960 (SMR=850, p=0.026); however, in a follow-up of this cohort (n=379, hired before 1965 and followed through 1985), the SMR for lung cancer was not significant (SMR=154; Langård et al. 1990). Workroom monitoring in 1975 indicated that the ferrochromium furnace operators worked in an atmosphere with 0.04–0.29 mg total chromium/m$^3$, with 11–33% of the total chromium as chromium(VI) (Langård et al. 1980).

An ecological study examined the distribution of lung cancer cases in Dolný Kubín in the Slovak Republic where ferrochromium production facility was located. Cases were stratified into three groups (males): ferrochromium workers (n=59), workers (n=106) thought not to have been exposed to chromium, and residents (n=409) who were not thought to have had appreciable exposure to chromium. Lung cancer rates were higher in the chromium workers (320 per 1,000 per year, 95% CI 318–323) compared to workers (112, 95% CI 109–113) and residents (79, 95% CI 76–80) who were not thought to have been exposed to chromium (relative risk=4.04 for chromium workers compared to residents). Mean work shift air concentrations in the smelter were 0.03–0.19 mg/m$^3$ for total chromium and 0.018–0.03 mg/m$^3$ for chromium(VI). These estimates were not adjusted for smoking or other potential co-variables that might have contributed to cancer rates in the chromium workers.

***Leather Tanning.*** Studies of workers in tanneries, where exposure is mainly to chromium(III), in the United States (0.002–0.054 mg total chromium/m$^3$) (Stern et al. 1987), the United Kingdom (no concentration specified) (Pippard et al. 1985), and the Federal Republic of Germany (no concentration specified) (Korallus et al. 1974a) reported no association between exposure to chromium(III) and excess risk of cancer.

***Mixed Occupations***. Beveridge et al. (2010) examined the link between exposure to chromium(VI) exposure and lung cancer among workers in occupations that generally entail lower levels of exposure than those seen in historical cohorts; the most prevalent occupations were construction painters, sheet metal workers, and mechanics. Analysis of the pooled data did not show a significant association between lung cancer and exposure to chromium(VI) (OR=1.1, 95% CI 0.9–1.5). Subdividing the exposed subjects into those with substantial exposure to chromium(VI) and those with nonsubstantial exposure showed both groups having similar nonsignificantly increased risks. However, a significantly increased risk for lung cancer was found among exposed nonsmokers (OR=1.2, 95% CI 1.2–4.8), but not among smokers (OR=1.0, 95% CI 0.7–1.3). The investigators suggested that the greater ability to detect risk in nonsmokers could be the result of a cleaner, although imprecise, indication of chromium's actual effects.

The relationship between occupational exposure to chromium(VI) and cancers other than lung cancer has also been explored. Gatto et al. (2010) conducted meta-analyses of 32 studies of gastrointestinal tract cancers that met specific inclusion criteria. Inclusion criteria included: (1) epidemiologic studies published after 1950 of populations with occupational exposure to chromium(VI) through either inhalation or ingestion routes; (2) exposure or potential exposure to chromium(VI) was stated explicitly, or the cohort was from an industry recognized as having exposure to chromium(VI); (3) morbidity or mortality from one of the following cancers was studied: oral cavity, esophageal, stomach, small intestine, colon, or rectum; and (4) measures of effect were estimated in the study, or data were available that allowed for the calculation of a relative risk estimate and 95% CI. Meta-analysis summary relative risk measures were calculated using random effects models and inverse variance weighting methods. The following meta-SMRs (95% CI) were obtained: oral cavity 1.02 (0.77–1.34), esophagus 1.17 (0.90–1.51), stomach 1.09 (0.93–1.28), colon 0.89 (0.70–1.12), and rectum 1.17 (0.98–1.39). Analyses of subgroups subjected to higher exposure resulted in an elevated meta-SMR of 1.49 (95% CI 1.06–2.09) only for esophageal cancer among U.S. cohorts. However, this finding was based on a subgroup of only four studies, one of which was a proportionate mortality ratio study. Only three studies reported relative risks estimated for small intestine cancer and in none of them was there a statistically significant increased risk. The main limitation of the meta-analyses, acknowledged by the investigators, was the inability to control

for potential confounding by smoking and other confounders such as excessive alcohol consumption, dietary factors, and socioeconomic status.  The overall conclusion was that workers exposed to chromium(VI) are not at a greater risk of gastrointestinal cancers than the general population.

***Environmental Exposure.***  In addition to the occupational studies, a retrospective environmental epidemiology study was conducted of 810 lung cancer deaths in residents of a county in Sweden where two ferrochromium alloy industries are located.  No indication was found that residence near these industries is associated with an increased risk of lung cancer (Axelsson and Rylander 1980).

A retrospective mortality study conducted on a population that resided in a polluted area near an alloy plant that smelted chromium in the People's Republic of China found increased incidences of lung and stomach cancer.  The alloy plant began smelting chromium in 1961 and began regular production in 1965, at which time sewage containing chromium(VI) dramatically increased.  The population was followed from 1970 to 1978.  The size of the population was not reported.  The adjusted mortality rates of the exposed population ranged from 71.89 to 92.66 per 100,000, compared with 65.4 per 100,000 in the general population of the district.  The adjusted mortality rates for lung cancer ranged from 13.17 to 21.39 per 100,000 compared with 11.21 per 100,000 in the general population.  The adjusted mortality rates for stomach cancer ranged from 27.67 to 55.17 per 100,000 and were reported to be higher than the average rate for the whole district (control rates not reported).  The higher cancer rates were found for those who lived closer to the dump site (Zhang and Li 1987).  Attempts to abate the pollution from chromium(VI) introduced in 1967 also resulted in additional pollution from sulfate and chloride compounds.  It was not possible to estimate exposure levels based on the description of the pollution process.  Exposure of this population was mainly due to chromium(VI) in drinking water, although air exposure cannot be ruled out.

The studies in workers exposed to chromium compounds clearly indicate that occupational exposure to chromium(VI) is associated with an increased risk of respiratory cancer.  Using data from the Mancuso (1975) study and a dose-response model that is linear at low doses, EPA derived a unit risk estimate of $1.2 \times 10^{-2}$ for exposure to air containing 1 µg chromium(VI)/m$^3$ (or potency of $1.2 \times 10^{-2}$ [µg/m$^3$]$^{-1}$) (IRIS 2011).

Chronic inhalation studies provide evidence that chromium(VI) is carcinogenic in animals.  Mice exposed to 4.3 mg chromium(VI)/m$^3$ as calcium chromate had a 2.8-fold greater incidence of lung tumors,

APPX ATT_V6_3972

compared to controls (Nettesheim et al. 1971). Lung tumors were observed in 3/19 rats exposed to 0.1 mg chromium(VI)/m$^3$ as sodium dichromate for 18 months, followed by 12 months of observation. The tumors included two adenomas and one adenocarcinoma. No lung tumors were observed in 37 controls or the rats exposed to ≤0.05 mg chromium(VI)/m$^3$ (Glaser et al. 1986, 1988). The increased incidence of lung tumors in the treated rats was significant by the Fisher Exact Test (p=0.03) performed by Syracuse Research Corporation.

Several chronic animal studies reported no carcinogenic effects in rats, rabbits, or guinea pigs exposed to ≈1.6 mg chromium(VI)/m$^3$ as potassium dichromate or chromium dust 4 hours/day, 5 days/week (Baetjer et al. 1959b; Steffee and Baetjer 1965).

Rats exposed to ≤15.5 mg chromium(IV)/m$^3$ as chromium dioxide for 2 years had no statistically significant increased incidence of tumors (Lee et al. 1989).

The Cancer Effect Levels (CELs) are recorded in Table 3-1 and plotted in Figure 3-1.

## 3.2.2   Oral Exposure

### 3.2.2.1  Death

Cases of accidental or intentional ingestion of chromium that have resulted in death have been reported in the past and continue to be reported even in more recent literature. In many cases, the amount of ingested chromium was unknown, but the case reports provide information on the sequelae leading to death. For example, a 22-month-old boy died 18.5 hours after ingesting an unknown amount of a sodium dichromate solution despite gastric lavage, continual attempts to resuscitate him from cardiopulmonary arrest, and other treatments at a hospital. Autopsy revealed generalized edema, pulmonary edema, severe bronchitis, acute bronchopneumonia, early hypoxic changes in the myocardium, liver congestion, and necrosis of the liver, renal tubules, and gastrointestinal tract (Ellis et al. 1982). Another case report of a 1-year-old girl who died after ingesting an unknown amount of ammonium dichromate reported severe dehydration, caustic burns in the mouth and pharynx, blood in the vomitus, diarrhea, irregular respiration, and labored breathing. The ultimate cause of death was shock and hemorrhage into the small intestine (Reichelderfer 1968).

Several reports were available in which the amount of ingested chromium(VI) compound could be estimated. A 17-year-old male died after ingesting 29 mg chromium(VI)/kg as potassium dichromate in a

suicide.  Despite attempts to save his life, he died 14 hours after ingestion from respiratory distress with severe hemorrhages.  Caustic burns in the stomach and duodenum and gastrointestinal hemorrhage were also found (Clochesy 1984; Iserson et al. 1983).  A 35-year-old female died after ingesting approximately 25 g chromium(VI) (357 mg chromium(VI)/kg assuming 70 kg body weight) as chromic acid in a suicide (Loubieres et al. 1999).  The patient died of multiple organ failure.  Terminal laboratory analysis and autopsy revealed metabolic acidosis, gastrointestinal hemorrhage and necrosis, fatty degeneration of the liver, and acute renal failure and necrosis.

A few reports have described death of humans after ingesting lower doses of chromium(VI).  In one case, a 14-year-old boy died 8 days after admission to the hospital following ingestion of 7.5 mg chromium(VI)/kg as potassium dichromate from his chemistry set.  Death was preceded by gastro-intestinal ulceration and severe liver and kidney damage (Kaufman et al. 1970).  In another case, a 44-year-old man died of severe gastrointestinal hemorrhage 1 month after ingesting 4.1 mg chromium(VI)/kg as chromic acid (Saryan and Reedy 1988).

Acute oral $LD_{50}$ values in rats exposed to chromium(III) or chromium(VI) compounds varied with the compound and the sex of the rat.  $LD_{50}$ values for chromium(VI) compounds (sodium chromate, sodium dichromate, potassium dichromate, and ammonium dichromate) range from 13 to 19 mg chromium(VI)/kg in female rats and from 21 to 28 mg chromium(VI)/kg in male rats (Gad et al. 1986).  $LD_{50}$ values of 108 (female rats) and 249 (male rats) mg chromium(VI)/kg for calcium chromate were reported by Vernot et al. (1977).  The $LD_{50}$ values for chromium trioxide were 25 and 29 mg chromium(VI)/kg for female and male rats, respectively (American Chrome and Chemicals 1989).  An $LD_{50}$ of 811 mg chromium(VI)/kg as strontium chromate was reported for male rats (Shubochkin and Pokhodzie 1980).  Twenty percent mortality was observed when female Swiss Albino mice were exposed to potassium dichromate(VI) in drinking water at a dose of 169 mg chromium(VI)/kg/day (Junaid et al. 1996a).  Similar exposure to a dose level of 89 mg chromium(VI)/kg/day resulted in 15% mortality among female rats of the Druckrey strain (Kanojia et al. 1998).  The disparity between this dose and the $LD_{50}$ identified in the Gad et al. (1986) study may be due to the route of administration, drinking water versus gavage.  Chromium(III) compounds are less toxic than chromium(VI) compounds, with $LD_{50}$ values in rats of 2,365 mg chromium(III)/kg as chromium acetate (Smyth et al. 1969) and 183 and 200 mg chromium(III)/kg as chromium nitrate in female and male rats, respectively (Vernot et al. 1977).  The lower toxicity of chromium(III) acetate compared with chromium(III) nitrate may be related to solubility; chromium(III) acetate is less soluble in water than is chromium(III) nitrate.  Signs of toxicity included hypoactivity, lacrimation, mydriasis, diarrhea, and change in body weight.  Treatment with the

chromium(III) dietary supplement chromium nicotinate of male and female rats resulted in no mortality at doses up to >621.6 mg/kg/day (Shara et al. 2005).  The $LD_{50}$ values for chromium(VI) or chromium(III) compounds indicate that female rats are slightly more sensitive to the toxic effects of chromium(VI) or chromium(III) than male rats.  $LD_{50}$ values in rats are recorded in Table 3-4 and plotted in Figure 3-3 for chromium(VI) and recorded in Table 3-5 and plotted in Figure 3-4 for chromium(III).

Intermediate and chronic exposure of rats and mice to chromium(III) or chromium(VI) compounds did not decrease survival.  Survival was not affected in rats and mice exposed to chromium(VI) as sodium dichromate dihydrate in drinking water at doses up to 20.9 and 27.9 mg chromium(VI)/kg/day, respectively, for 3 months (NTP 2007) or at doses up to 7.0 and 8.7 mg chromium(VI)/kg/day, respectively, for 2 years (NTP 2008a).  Mortality was not increased in rats fed 2,040 mg chromium(III)/ kg/day as chromium oxide in the diet 5 days/week for 2 years (Ivankovic and Preussmann 1975) or in rats and mice fed up to 313 and 781 mg chromium(III)/kg/day, respectively, as chromium picolinate in the diet for 2 years (NTP 2008b).

### 3.2.2.2  Systemic Effects

The systemic effects of oral exposure to chromium(III) and chromium(VI) compounds are discussed below.  The highest NOAEL values and all reliable LOAEL values for each systemic effect in each species and duration category are recorded in Table 3-4 and plotted in Figure 3-3 for chromium(VI) and recorded in Table 3-5 and plotted in Figure 3-4 for chromium(III).

**Respiratory Effects.**    Case reports of humans who died after ingesting chromium(VI) compounds have described respiratory effects as part of the sequelae leading to death.  A 22-month-old boy who ingested an unknown amount of sodium dichromate died of cardiopulmonary arrest.  Autopsy revealed pleural effusion, pulmonary edema, severe bronchitis, and acute bronchopneumonia (Ellis et al. 1982). Autopsy of a 17-year-old male who committed suicide by ingesting 29 mg chromium(VI)/kg as potassium dichromate revealed congested lungs with blood-tinged bilateral pleural effusions (Clochesy 1984; Iserson et al. 1983).  Respiratory effects were not reported at nonlethal doses.  No information was identified on respiratory effects in humans after oral exposure to chromium(III) compounds.

No studies were identified regarding respiratory function in animals after oral exposure to chromium(VI) or chromium(III) compounds.  The histopathology of lung and nasal tissue has been evaluated in rats and mice exposed to oral chromium(VI) (as sodium dichromate dihydrate) and chromium(III) (as chromium

USCA Case #25-1087    Document #2105053    Filed: 03/10/2025    Page 1670 of 2126

Table 3-4 Levels of Significant Exposure to Chromium VI - Oral

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| **ACUTE EXPOSURE** | | | | | | | | |
| **Death** | | | | | | | | |
| 1 | Human | once (IN) | | | | 29 M (death) | Clochesy 1984; Iserson et al. 1983 K2Cr2O7 (VI) | 17-year-old, 60 kg boy ingested 5 g potassium dichromate [1,750 mg Cr(VI)]; dose = 29 mg Cr(VI)/kg. |
| 2 | Human | once (IN) | | | | 7.5 M (death) | Kaufman et al. 1970 K2Cr2O7 (VI) | 14-year-old boy ingested 1.5 g potassium dichromate [0.53 mg Cr(VI)]. Assuming 70 kg body weight, dose = 7.5 mg Cr(VI)/kg. |
| 3 | Human | once (IN) | | | | 357 F (death) | Loubieres et al. 1999 CrO3 (VI) | 35-year-old woman ingested chromic acid solution containing 25 g Cr(VI). Assuming 70 kg body weight, dose = 357 mg Cr(VI)/kg. |
| 4 | Human | once (IN) | | | | 4.1 M | Saryan and Reedy 1988 CrO3 (VI) | 44-year-old man ingested ~2.8g Cr(VI) as chromium trioxide; ~4.1 mg Cr(VI)/kg body weight. |
| 5 | Rat (Fischer- 344) | once (G) | | | | 29 M (LD50) 25 F (LD50) | American Chrome and Chemicals 1989 CrO3 (VI) | |

APPX ATT_V6_3976

Table 3-4 Levels of Significant Exposure to Chromium VI - Oral (continued)

| Key to Figure [a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | Less Serious LOAEL (mg/kg/day) | Serious LOAEL (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 6 | Rat (Fischer-344) | once (GW) | | | | 21 M (LD50) 14 F (LD50) | Gad et al. 1986 Na2Cr2O7.2H2O (VI) | |
| 7 | Rat (Fischer-344) | once (GW) | | | | 26 M (LD50) 17 F (LD50) | Gad et al. 1986 K2Cr2O7 (VI) | |
| 8 | Rat (Fischer-344) | once (GW) | | | | 22 M (LD50) 19 F (LD50) | Gad et al. 1986 (NH4)2Cr2O7 (VI) | |
| 9 | Rat (Fischer-344) | once (GW) | | | | 28 M (LD50) 13 F (LD50) | Gad et al. 1986 Na2CrO4 (VI) | |
| 10 | Rat Druckrey | 2 wk (W) | | | | 89 F (15% mortality) | Kanojia et al. 1998 K2Cr2O7 (VI) | |
| 11 | Rat (NS) | once (G) | | | | 811 M (LD50) | Shubochkin and Pokhodzie 1980 SrCrO4 (VI) | |
| 12 | Rat (Sprague-Dawley) | once (G) | | | | 249 M (LD50) 108 F (LD50) | Vernot et al. 1977 CaCrO4 (VI) | |

APPX ATT_V6_3977

USCA Case #25-1087    Document #2105053    Filed: 03/10/2025    Page 1672 of 2126

Table 3-4 Levels of Significant Exposure to Chromium VI - Oral (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | Less Serious (mg/kg/day) | Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| Systemic | | | | | | | | |
| 13 | Human | once (IN) | Resp | | | 29 M (congested lungs, pleural effusions) | Clochesy 1984; Iserson et al. 1983 K2Cr2O7 (VI) | 17-year-old, 60 kg boy ingested 5 g potassium dichromate [1,750 mg Cr(VI)]; dose = 29 mg Cr(VI)/kg. |
| | | | Cardio | | | 29 M (hemorrhage, cardiac arrest) | | |
| | | | Gastro | | | 29 M (hemorrhage) | | |
| | | | Hemato | | | 29 M (inhibited coagulation) | | |
| | | | Renal | | | 29 M (necrosis swelling of renal tubules) | | |
| 14 | Human | once (IN) | Dermal | | 0.04 M (enhancement of dermatitis) | | Goitre et al. 1982 K2Cr2O7 (VI) | |
| 15 | Human | once (C) | Dermal | | 0.036 (dermatitis) | | Kaaber and Veien 1977 K2Cr2O7 (VI) | |

APPX ATT_V6_3978

Table 3-4 Levels of Significant Exposure to Chromium VI - Oral (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 16 | Human | once (IN) | Gastro | | 7.5 M (abdominal pain and vomiting) | | Kaufman et al. 1970 K2Cr2O7 (VI) | 14-year-old boy ingested 1.5 g potassium dichromate [0.53 mg Cr(VI)]. Assuming 70 kg body weight, dose = 7.5 mg Cr(VI)/kg. |
| | | | Hepatic | | | 7.5 M (necrosis) | | |
| 17 | Human | once (IN) | Gastro | | | 357 F (intestinal hemorrhage and necrosis) | Loubieres et al. 1999 CrO3 (VI) | 35-year-old woman ingested chromic acid solution containing 25 g Cr(VI). Assuming 70 kg body weight, dose = 357 mg Cr(VI)/kg. |
| | | | Hepatic | | | 357 F (fatty degeneration) | | |
| | | | Renal | | | 357 F (acute renal failure and renal necrosis) | | |
| | | | Metab | | | 357 F (metabolic acidosis) | | |
| 18 | Human | once (IN) | Gastro | | | 4.1 M (gastrointestinal hemorrhage) | Saryan and Reedy 1988 CrO3 (VI) | 44-year-old man ingested ~2.8g Cr(VI) as chromium trioxide; ~4.1 mg Cr(VI)/kg body weight. |
| | | | Renal | | | 4.1 M (acute tubular necrosis) | | |

APPX ATT_V6_3979

USCA Case #25-1087    Document #2105058    Filed: 03/10/2025    Page 1674 of 2126

Table 3-4 Levels of Significant Exposure to Chromium VI - Oral (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 19 | Rat (Fischer-344) (W) | 5 d | Hemato | | 4 M (decreased mean cell volume, mean cell hemoglobin, and reticulocyte count) | | NTP 2007 Na2Cr2O7.2H2O (VI) | |
| | | | Musc/skel | 15.9 M 8.2 F | 31.8 M (serum creatine kinase activity increased by 31%) 16.4 F (serum creatine kinase activity increased by 45%) | | | |
| | | | Hepatic | | 4 M (serum ALT activity increased by 15%) | | | |
| 20 | Rat (Fischer-344) (W) | 4 d | Hemato | 0.7 M | 2.8 M (decreased mean cell hemoglobin) | | NTP 2008a Na2Cr2O7.2H2O (VI) | |
| | | | Renal | 19.3 M | | | | |
| 21 | Rat (NS) | once (G) | Gastro | | | 130 (hemorrhage) | Samitz 1970 K2Cr2O7 (VI) | |
| 22 | Rat (Fischer-344) (W) | 8 days | Gastro | 4.3 F | 10 F (villous atrophy and crypt cell hyperplasia in duodenum and jejunum) | | Thompson et al. 2012 Na2Cr2O7.2H2O (VI) | |

USCA Case #25-1087    Document #2105053    Filed: 03/10/2025    Page 1675 of 2126

Table 3-4 Levels of Significant Exposure to Chromium VI - Oral    (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 23 | Mouse (Swiss albino) | 9 d Gd 6-14 (W) | Bd Wt | 53.2 F | 101.1 F (8.2% decrease in gestational weight gain) | 152.4 F (24.3% decrease in gestational weight gain) | Junaid et al. 1996b K2Cr2O7 (VI) | |
| 24 | Mouse (B6C3F1) | 8 days (W) | Gastro | 30 F | | | Thompson et al. 2011 Na2Cr2O7.2H2O (VI) | |
| **Immuno/Lymphoret** | | | | | | | | |
| 25 | Human | once (IN) | | | 0.04 M (enhancement of chromium dermatitis) | | Goitre et al. 1982 K2Cr2O7 (VI) | |
| 26 | Human | once (C) | | | 0.036 (dermatitis) | | Kaaber and Veien 1977 K2Cr2O7 (VI) | |
| **Neurological** | | | | | | | | |
| 27 | Human | once (IN) | | | | 7.5 M (cerebral edema) | Kaufman et al. 1970 K2Cr2O7 (VI) | 14-year-old boy ingested 1.5 g potassium dichromate [0.53 mg Cr(VI)]. Assuming 70 kg body weight, dose = 7.5 mg Cr(VI)/kg. |
| **Reproductive** | | | | | | | | |
| 28 | Rat (NS) | 3 d Gd 1-3 (G) | | | | 35.7 F (preimplantation loss) | Bataineh et al. 2007 K2Cr2O7 (VI) | |

APPX ATT_V6_3981

Table 3-4 Levels of Significant Exposure to Chromium VI - Oral (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 29 | Rat (NS) | 3 d Gd 4-6 (G) | | | | 35.7 F (decreased number of viable fetuses; increased resorptions) | Bataineh et al. 2007 K2Cr2O7 (VI) | |
| 30 | Rat (Wistar) | 6 d (G) | | | | 5.2 M (sperm count decreased by 76%, percentage of abnormal sperm increased by 143% and histopathological changes to seminiferous tubules) | Li et al. 2001 CrO3 (VI) | |
| **Developmental** | | | | | | | | |
| 31 | Rat (Wistar) | 10 d 1 x/d (G) | | | | 2.2 (20% lower final pups' body weight) | De Lucca et al. 2009 K2Cr2O7 (VI) | |
| 32 | Rat (Wistar) | Gd 6-15 (W) | | | | 8 F (increased pre- and post-implantation loss, resorptions, dead fetuses/litter, skeletal and visceral malformations) | Elsaieed and Nada 2002 K2CrO4 (VI) | |
| 33 | Mouse (Swiss albino) | 9 d Gd 6-14 (W) | | | | 53.2 F (increase in resorptions) | Junaid et al. 1996b K2Cr2O7 (VI) | 4.4 mg/kg/day decreased mandibular growth and delayed tooth eruption. |

Table 3-4 Levels of Significant Exposure to Chromium VI - Oral    (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| **INTERMEDIATE EXPOSURE** | | | | | | | | |
| **Death** | | | | | | | | |
| 34 | Mouse (Swiss albino) | 20 d (W) | | | | 169 F (3/15 died) | Junaid et al. 1996a K2Cr2O7 (VI) | |
| **Systemic** | | | | | | | | |
| 35 | Rat (Wistar) | 22 wk (W) | Hepatic | | | 1.3 M (increased serum ALT and AST and histopathological changes, including degeneration, vacuolization, increased sinusoidal space and necrosis) | Acharya et al. 2001 K2Cr2O2 (VI) | |
| | | | Renal | | 1.3 M (histopathological changes, including vacuolization in glomeruli, degeneration of basement membrane of Bowman's capsule and renal tubular epithelial degeneration) | | | |
| 36 | Rat (Sprague-Dawley) | 12 wk (W) | Bd Wt | | 42 M (19% lower final body weight) | | Bataineh et al. 1997 K2Cr2O7 (VI) | |
| 37 | Rat Charles Foster | 90 d 1 x/d (G) | Bd Wt | 20 M | | 40 M (57% decreased body weight) | Chowdhury and Mitra 1995 Na2Cr2O7 (VI) | |
| 38 | Rat (Wistar) | 28 d (W) | Renal | 10 M | | 100 M (proteinuria, oliguria) | Diaz-Mayans et al. 1986 Na2CrO4 (VI) | |

APPX ATT_V6_3983

USCA Case #25-1087    Document #2105053    Filed: 03/10/2025    Page 1678 of 2126

Table 3-4  Levels of Significant Exposure to Chromium VI - Oral    (continued)

|  |  |  |  |  | LOAEL |  |  |  |
|---|---|---|---|---|---|---|---|---|
| Key to Figure [a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | Less Serious (mg/kg/day) | Serious (mg/kg/day) | Reference Chemical Form | Comments |
| 39 | Rat Swiss albino | 20 d (W) | Bd Wt | 37 | 70 (14% reduced maternal body weight gain) | 87 (21% reduced maternal body weight gain) | Kanojia et al. 1996 K2Cr2O7 (VI) | |
| 40 | Rat Druckrey | 3 mo (W) | Bd Wt | 45 | 89 (18% reduced maternal body weight gain) | 124 (24% reduced maternal body weight gain) | Kanojia et al. 1998 K2Cr2O7 (VI) | |
| 41 | Rat (albino) | 20 d 7 d/wk (G) | Hepatic | | 13.5 M (lipid accumulation) | | Kumar and Rana 1982 K2CrO4 (VI) | |
| 42 | Rat (white) | 20 d 7 d/wk (G) | Renal | | 13.5 M (lipid accumulation) | | Kumar and Rana 1984 K2CrO4 (VI) | |
| | | | Renal | | 13.5 M (inhibition of membrane enzymes; alkaline phosphatase, acid phosphatase, lipase) | | | |
| 43 | Rat (albino) | 20 d 7 d/wk (G) | Hepatic | | 13.5 M (changes in liver enzyme activities; inhibition of acid phosphatase; enhancement of lipase) | | Kumar et al. 1985 K2CrO4 (VI) | |

APPX ATT_V6_3984

Table 3-4 Levels of Significant Exposure to Chromium VI - Oral    (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 44 | Rat (Sprague-Dawley) | 9 wk (F) | Hemato | 2.1 M | 8.4 M | | NTP 1996b K2Cr2O7 (VI) | |
| | | | | 2.5 F | 9.8 F (decreased mean corpuscular volume) | | | |
| | | | Hepatic | 9.8 | | | | |
| | | | Renal | 9.8 | | | | |
| | | | Bd Wt | 9.8 | | | | |

Table 3-4 Levels of Significant Exposure to Chromium VI - Oral    (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | Less Serious (mg/kg/day) | Serious (mg/kg/day) | Reference Chemical Form |
|---|---|---|---|---|---|---|---|
| 45 | Rat (Fischer- 344) | 14 wk (W) | Resp | 20.9 | | | NTP 2007 Na2Cr2O7.2H2O (VI) |
| | | | Cardio | 20.9 | | | |
| | | | Gastro | 1.7 | 3.5 (duodenal histiocytic cellular infiltration) | | |
| | | | Hemato | 1.7 | 1.7 (microcytic, hypochromic anemia) | | |
| | | | Musc/skel | 3.5 | 5.9 (serum creatine kinase activity increased by 31% in males and 45% in females) | | |
| | | | Hepatic | | 1.7 (serum ALT activity increased by 14% in males 30% in females, serum SDH activity increased by 77% in males and 359% in females) | | |
| | | | Renal | 20.9 | | | |
| | | | Endocr | 20.9 | | | |
| | | | Ocular | 20.9 | | | |
| | | | Bd Wt | 5.9 M | 11.2 M (11% decrease in body weight) | | |

APPX ATT_V6_3986

Table 3-4 Levels of Significant Exposure to Chromium VI - Oral (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 46 | Rat (Fischer-344) | 23 d (W) | Hemato | | 1.7 M (decreased hematocrit, mean cell volume, mean hemoglobin concentration, reticulocyte) | | NTP 2007 Na2Cr2O7.2H2O (VI) | |
| | | | | | 1.7 F (decreased hemoglibin and mean cell volume) | | | |
| 47 | Rat (Fischer-344) | 6 mo (W) | Hemato | 0.21 M | 0.77 M (microcytic, hypochromic anemia) | | NTP 2008a Na2Cr2O7.2H2O (VI) | |
| 48 | Rat (Fischer-344) | 22 d (W) | Hemato | 0.21 M | 0.77 M[b] (microcytic, hypochromic anemia) | | NTP 2008a Na2Cr2O7.2H2O (VI) | |
| 49 | Rat (Wistar) | 30 d (W) | Endocr | | 73 M (59% decrease in serum prolactin) | | Quinteros et al. 2007 K2Cr2O7 (VI) | |
| | | | Bd Wt | | 73 M (11.6% in body weight) | | | |

Table 3-4 Levels of Significant Exposure to Chromium VI - Oral                                    (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | Less Serious (mg/kg/day) | Serious (mg/kg/day) | Reference Chemical Form |
|---|---|---|---|---|---|---|---|
| | | | | | LOAEL | | |
| 50 | Rat (Wistar) | 10 wk (W) | Hepatic | | | 3.7 M (serum ALT activity increased by 253%, histopathological changes including focal necrosis and degeneration with changes in vascularization) | Rafael et al. 2007 Cr (VI) |
| | | | Metab | | 3.7 M (65% increase in serum glucose) | | |
| 51 | Rat (Wistar) | 21 days (W) | Renal | | 3.4 F (decreased creatinine clearance, increased plasma creatinine, urea, and uric acid; proximal tubule necrosis, intraglomerular hemorrhage) | | Soudani et al. 2010a K2Cr2O7 (VI) |
| 52 | Rat (Wistar) | 21 d Gd 14-21 Pnd 1-14 ad lib (W) | Renal | | | 9.4 F (kidney hemorrhage and necrosis) | Soudani et al. 2010b K2Cr2O7 (VI) |
| | | | Bd Wt | 9.4 F | | | |

Table 3-4 Levels of Significant Exposure to Chromium VI - Oral (continued)

| Key to Figure [a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 53 | Rat (Wistar) | 21 d Gd 14-21 Ld 1-14 ad lib (W) | Hepatic | | | 9.4 F (liver necrosis) | Soudani et al. 2011a K2Cr2O7 (VI) | Antioxidant enzyme activities were reduced in the liver. |
| | | | Bd Wt | 9.4 F | | | | |
| 54 | Rat (Wistar) | 3 wk ad lib (W) | Cardio | | | 26 F (heart hemorrhage and necrosis) | Soudani et al. 2011c K2Cr2O7 (VI) | Chromium caused oxidative stress in heart tissue. |
| 55 | Rat (Fischer-344) (W) | 91 days | Gastro | 0.21 F | 2.9 F (histiocytic infiltration in the duodenum villi) | | Thompson et al. 2012 Na2Cr2O7.2H2O (VI) | |
| | | | Hemato | 2.9 F | 7.1 F (decreased serum and bone marrow iron levels) | | | |
| 56 | Mouse BDF1 | 210 d (W) | Bd Wt | 1.4 F | 14 F (13.5% decrease in body weight gain) | | De Flora et al. 2006 Na2Cr2O7.2H2O (VI) | |

Table 3-4 Levels of Significant Exposure to Chromium VI - Oral (continued)

| Key to Figure [a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL | | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | | | Less Serious (mg/kg/day) | Serious (mg/kg/day) | | |
| 57 | Mouse (BALB/c) | 9 wk (F) | Hemato | 7.4 M | 32.2 M | | NTP 1996a K2Cr2O7 (VI) | |
| | | | | 12 F | 48 F (decreased mean corpuscular volume) | | | |
| | | | Hepatic | 1.1 M | 3.5 M | | | |
| | | | | 1.8 F | 5.6 F (cytoplasmic vacuolization of hepatocytes) | | | |
| | | | Renal | 48 | | | | |
| | | | Bd Wt | 48 | | | | |
| 58 | Mouse (BALB/c) | 85 d + pnd 1-74 (F1) + pnd 1-21(F2) (F) | Gastro | 36.7 F | | | NTP 1997 K2Cr2O7 (VI) | |
| | | | Hemato | | 7.8 F (decreased mean corpuscular volume in F1) | | | |
| | | | Hepatic | 36.7 F | | | | |
| | | | Renal | 36.7 F | | | | |
| | | | Bd Wt | 36.7 F | | | | |

Table 3-4 Levels of Significant Exposure to Chromium VI - Oral (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 59 | Mouse (B6C3F1) | 14 wk (W) | Resp | 27.9 | | | NTP 2007 Na2Cr2O7.2H2O (VI) | |
| | | | Cardio | 27.9 | | | | |
| | | | Gastro | | 3.1 (epithelial hyperplasia of duodenum) | | | |
| | | | Hemato | | 3.1 M (decreased mean cell volume) | | | |
| | | | | | 3.1 F (decreased mean cell hemoglobin) | | | |
| | | | Hepatic | 27.9 | | | | |
| | | | Renal | 27.9 | | | | |
| | | | Endocr | 27.9 | | | | |
| | | | Ocular | 27.9 | | | | |
| | | | Bd Wt | 3.1 F | 3.1 M (6% decrease in body weight) | | | |
| | | | | | 5.2 F (8% decrease in body weight) | | | |
| 60 | Mouse (B6C3F1) | 22 d (W) | Hemato | | 0.38 F (microcytic, hypochromic anemia and increased lymphocytes) | | NTP 2008a Na2Cr2O7.2H2O (VI) | |

Table 3-4 Levels of Significant Exposure to Chromium VI - Oral (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL | | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | | | Less Serious (mg/kg/day) | Serious (mg/kg/day) | | |
| 61 | Mouse (B6C3F1) | 6 mo (W) | Hemato | 0.38 F | 1.4 F (decreased mean cell volume) | | NTP 2008a Na2Cr2O7.2H2O (VI) | |
| 62 | Mouse (B6C3F1) | 91 days (W) | Gastro | 1.1 F | 4.6 F (villous cytoplasmic vacuolization in duodenum and jejunum) | | Thompson et al. 2011 Na2Cr2O7.2H2O (VI) | |
| | | | Hemato | 31 F | | | | |
| 63 | Mouse (albino) | 19 d (W) | Bd Wt | 46 F | 98 F (decreased maternal weight gain) | | Trivedi et al. 1989 K2Cr2O7 (VI) | |
| 64 | Rabbit (New Zealand) | daily 10 wk (G) | Bd Wt | 3.6 M | | | Yousef et al. 2006 K2Cr2O7 (VI) | |
| **Immuno/Lymphoret** | | | | | | | | |
| 65 | Rat (Fischer- 344) | 14 wk (W) | | 11.2 F | 1.7 M (histiocytic cellular infiltration of pancreatic lymph nodes) | | NTP 2007 Na2Cr2O7.2H2O (VI) | |
| | | | | | 20.9 F (histiocytic cellular infiltration of pancreatic lymph nodes) | | | |

APPX ATT_V6_3992

Table 3-4 Levels of Significant Exposure to Chromium VI - Oral    (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form |
|---|---|---|---|---|---|---|---|
| 66 | Rat (Fischer-344) | 3-10 wk (W) | | | 16 (increased proliferation of T- and B- lymphocytes in response to mitogens and antigens) | | Snyder and Valle 1991 $K_2CrO_4$ (VI) |
| 67 | Mouse (B6C3F1) | 14 wk (W) | | | 3.1 (histiocytic infiltrate of mesenteric lymph nodes) | | NTP 2007 $Na_2Cr_2O_7 \cdot 2H_2O$ (VI) |
| **Neurological** | | | | | | | |
| 68 | Rat (Wistar) | 28 d (W) | | 10 M | 100 M (decreased motor activity) | | Diaz-Mayans et al. 1986 $Na_2CrO_4$ (VI) |
| 69 | Rat (Fischer-344) | 14 wk (W) | | 20.9 | | | NTP 2007 $Na_2Cr_2O_7 \cdot 2H_2O$ (VI) |
| 70 | Mouse (B6C3F1) | 14 wk (W) | | 27.9 | | | NTP 2007 $Na_2Cr_2O_7 \cdot 2H_2O$ (VI) |

APPX ATT_V6_3993

Table 3-4 Levels of Significant Exposure to Chromium VI - Oral (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | Less Serious LOAEL (mg/kg/day) | Serious LOAEL (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| **Reproductive** | | | | | | | | |
| 71 | Monkey macaca | 180 d (W) | | | | 2.1 M (histopathological changes to epididymides, including ductal obstruction and development of microcanals) | Aruldhas et al. 2004 K2Cr2O7 (VI) | |
| 72 | Monkey macaca | 180 d (W) | | | | 2.1 M (decreased testes weight, histopathological changes including depletion of germ cells, hyperplasia of Leydig cells, disrupted spermatogenesis, Sertoli cell fibrosis, alterations of sperm morphology) | Aruldhas et al. 2005 K2Cr2O7 (VI) | |
| 73 | Monkey macaca | 180 d (W) | | | | 2.1 M (histopathological changes to basal cells and principal cells of epididymis) | Aruldhas et al. 2006 K2Cr2O7 (VI) | |
| 74 | Monkey macaca | 180 d (W) | | 1.1 M | | 2.1 M (sperm count and motility decreased by 25%) | Subramanian et al. 2006 K2Cr2O7 (VI) | |

Table 3-4 Levels of Significant Exposure to Chromium VI - Oral (continued)

| Key to Figure [a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL | | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | | | Less Serious (mg/kg/day) | Serious (mg/kg/day) | | |
| 75 | Rat (Sprague-Dawley) | 12 wk (W) | | | 42 (altered sexual behavior, decreased absolute testes, seminal vesicles, and preputial gland weights) | | Bataineh et al. 1997 K2Cr2O7 (VI) | |
| 76 | Rat (Charles Foster) | 90 d 1 x/d (G) | | | 20 M (decreased testicular protein, 3 beta-hydroxy steroid dehydrogenase and serum testosterone) | 40 M (28% decreased testicular weight; decreased testicular protein, DNA, RNA, seminiferous tubular diameter; decreased Leydig cells, pachytene cells, spermatocytes, spermatids, and testosterone levels) | Chowdhury and Mitra 1995 Na2Cr2O7 (VI) | |
| 77 | Rat Swiss albino | 20 d (W) | | | | 37 (increased resorptions) | Kanojia et al. 1996 K2Cr2O7 (VI) | |
| 78 | Rat Druckrey | 3 mo (W) | | | | 45 (decreased fertility, increased pre- and post-implantation loss) | Kanojia et al. 1998 K2Cr2O7 (VI) | |
| 79 | Rat (Sprague-Dawley) | 9 wk (F) | | 8.4 M 9.8 F | | | NTP 1996b K2Cr2O7 (VI) | |

Table 3-4 Levels of Significant Exposure to Chromium VI - Oral (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 80 | Rat (Fischer- 344) | 14 wk (W) | | 20.9 | | | NTP 2007 Na2Cr2O7.2H2O (VI) | |
| 81 | Mouse (Swiss albino) | 20 d (W) | | | 52 F (decreased placental weight) | 98 F (preimplantation loss, increased resorptions) | Junaid et al. 1996a K2Cr2O7 (VI) | |
| 82 | Mouse Swiss albino | 20 d (W) | | | 60 F (decreased number of follicles at different stages of maturation) | 120 F (decreased number of ova/mouse) | Murthy et al. 1996 K2Cr2O7 (VI) | |
| 83 | Mouse (BALB/c) | 9 wk (F) | | 32.2 M 48 F | | | NTP 1996a K2Cr2O7 (VI) | |
| 84 | Mouse (BALB/c) | 85 d + pnd 1-74 (F1) + pnd 1-21(F2) (F) | | 36.7 F | | | NTP 1997 K2Cr2O7 (VI) | |
| 85 | Mouse (B6C3F1) | 14 wk (W) | | 27.9 | | | NTP 2007 Na2Cr2O7.2H2O (VI) | |
| 86 | Mouse (B6C3F1) | 14 wk (W) | | 8.7 M | | | NTP 2007 Na2Cr2O7.2H2O (VI) | |

APPX ATT_V6_3996

Table 3-4 Levels of Significant Exposure to Chromium VI - Oral (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 87 | Mouse (albino) | Gd 1-19 19 d (W) | | | | 46 F (increase in fetal resorption and post implantation loss) | Trivedi et al. 1989 K2Cr2O7 (VI) | |
| 88 | Mouse (BALB/c) | 7 wk 7 d/wk (F) | | | | 15.2 M (decreased spermatogenesis) | Zahid et al. 1990 K2Cr2O7 (VI) | |
| 89 | Rabbit (New Zealand) | daily 10 wk (G) | | | | 2.6 M (plasma testosterone decreased by 20.8%, sperm count decreased by 18%, % dead sperm increased by 23.9%, total mobile sperm decreased by 34.3%) | Yousef et al. 2006 K2Cr2O7 (VI) | |
| **Developmental** | | | | | | | | |
| 90 | Rat (Wistar) | Ld 1-21 (W) | | | 11.4 F (delayed follicular development and pubertal onset) | | Banu et al. 2008 K2Cr2O7 (VI) | Chromium also impaired ovarian steroidogenesis. |
| 91 | Rat Swiss albino | 20 d (W) | | | | 37 (increased post-implantation loss and decreased number of live fetuses) | Kanojia et al. 1996 K2Cr2O7 (VI) | |

APPX ATT_V6_3997

Table 3-4 Levels of Significant Exposure to Chromium VI - Oral (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 92 | Rat Druckrey | 3 mo (W) | | | | 45 (reduced fetal caudal ossification, increased post-implantation loss, reduced fetal weight, subhemorrhagic patches) | Kanojia et al. 1998 K2Cr2O7 (VI) | |
| 93 | Rat (Wistar) | 21 d Ld 1-21 (W) | | | 2.9 F (13% reduced pup's by weight; delayed onset of puberty) | 11.4 F (26-33% reduced final pup's body weight) | Samuel et al. 2011 K2Cr2O7 (VI) | 2.9 mg/kg/day also decreased steroid hormones in serum and increased free radicals in uterus). |
| 94 | Rat (Wistar) | 21 d Gd 14-21 Pnd 1-14 ad lib (W) | | | | 9.4 (26% reduced pup's body weight; kidney hemorrhage) | Soudani et al. 2010b K2Cr2O7 (VI) | |
| 95 | Rat (Wistar) | 21 d Gd 14-21 Ld 1-14 ad lib (W) | | | | 9.4 (26% reduced pup's weight on Pnd 14) | Soudani et al. 2011a K2Cr2O7 (VI) | Antioxidant enzyme activities were reduced in pup's liver. |
| 96 | Rat (Wistar) | 21 d Gd 14-21 Ld 1-14 ad lib (W) | | | | 9.4 (25% reduced final pup's body weight) | Soudani et al. 2011b K2Cr2O7 (VI) | Antioxidant enzymes were decreased in bone; bone resorption was increased. |

Table 3-4 Levels of Significant Exposure to Chromium VI - Oral    (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL | | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | | | Less Serious (mg/kg/day) | Serious (mg/kg/day) | | |
| 97 | Mouse (BALB/c) | Gd 12- Ld 20 (W) | | | 66 F (delayed time of vaginal opening and impaired fertility in female offspring) | | Al-Hamood et al. 1998 K2Cr2O7 (VI) | |
| 98 | Mouse BDF1 | Gd 0-18 (W) | | 4.8 F | | | De Flora et al. 2006 Na2Cr2O7.2H2O (VI) | |
| 99 | Mouse BDF1 | Gd 0-18 (W) | | 2.4 F | | | De Flora et al. 2006 K2Cr2O7 (VI) | |
| 100 | Mouse (Swiss albino) (W) | 20 d | | | | 52 F (reduced caudal ossification in fetuses; decreased fetal weight; post-implantation loss) | Junaid et al. 1996a K2Cr2O7 (VI) | |
| 101 | Mouse (albino) | Gd 1-19 19 d (W) | | | | 46 (increased resorptions, reduced ossification, gross anomalies) | Trivedi et al. 1989 K2Cr2O7 (VI) | |

**CHRONIC EXPOSURE**

**Death**

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | Less Serious (mg/kg/day) | Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 102 | Rat (Fischer- 344) (W) | 2 yr | | 7 F | | | NTP 2008a Na2Cr2O7.2H2O (VI) | |

Table 3-4 Levels of Significant Exposure to Chromium VI - Oral    (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 103 | Mouse (B6C3F1) | 2 yr (W) | | 8.7 F | | | NTP 2008a Na2Cr2O7.2H2O (VI) | |
| **Systemic** | | | | | | | | |
| 104 | Human | NS (environ) | Gastro | | 0.57 (oral ulcer, diarrhea, abdominal pain, indigestion, vomiting) | | Zhang and Li 1987 (VI) | Exposed to well water containing 20 mg Cr(VI)/L; assuming 70 kg body weight and drinking water consumption of 2 L/day, dose = 0.57 mg Cr(VI)/kg/day. |
| | | | Hemato | | 0.57 (leukocytosis, immature neutrophils) | | | |
| 105 | Rat (Sprague-Dawley) | 1 yr (W) | Hemato | 3.6 | | | MacKenzie et al. 1958 K2CrO4 (VI) | |
| | | | Hepatic | 3.6 | | | | |
| | | | Renal | 3.6 | | | | |
| | | | Bd Wt | 3.6 | | | | |
| 106 | Rat (Fischer- 344) (W) | 12 mo | Hemato | 0.21 M | 0.77 M (decreased mean cell hemoglobin) | | NTP 2008a Na2Cr2O7.2H2O (VI) | |
| | | | Musc/skel | 0.94 M | 2.4 M (creatine kinase activity increased by 64%) | | | |
| | | | Hepatic | 0.21 M | 0.77 M (serum ALT increased by 156%) | | | |

APPX ATT_V6_4000

Table 3-4 Levels of Significant Exposure to Chromium VI - Oral (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 107 | Rat (Fischer-344) | 2 yr (W) | Resp | 7 F | | | NTP 2008a Na2Cr2O7.2H2O (VI) | |
| | | | Cardio | 7 F | | | | |
| | | | Gastro | 0.21 M | 0.77 M (histiocytic cellular infiltration of duodenum) | | | |
| | | | | 0.94 F | 2.4 F (histiocytic cellular infiltrate of duodenum) | | | |
| | | | Hepatic | 0.21 M | 0.77 M (basophilic foci of liver) 0.24 F (chronic inflammation) | | | |
| | | | Renal | 7 F | | | | |
| | | | Endocr | 7 F | | | | |
| | | | Ocular | 7 F | | | | |
| | | | Bd Wt | 2.1 M | 5.9 M (12% decrease in body weight) | | | |
| 108 | Mouse (B6C3F1) | 1 yr (W) | Hemato | 1.4 F | 3.1 F (increased RBC count, decreased mean cell volume and mean cell hemoglobin) | | NTP 2008a Na2Cr2O7.2H2O (VI) | |

Table 3-4 Levels of Significant Exposure to Chromium VI - Oral (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 109 | Mouse (B6C3F1) | 2 yr (W) | Resp | 8.7 F | | | NTP 2008a $Na_2Cr_2O_7 \cdot 2H_2O$ (VI) | |
| | | | Cardio | 8.7 F | | | | |
| | | | Gastro | | 0.38[c] (epithelial hyperplasia of duodenum in males and female and cytoplasmic alteration of pancreas in females) | | | |
| | | | Hepatic | 2.4 M | 5.9 M (clear cell and eosinophilic foci) | | | |
| | | | | | 0.38 F (histiocytic cellular infiltration) | | | |
| | | | Renal | 8.7 F | | | | |
| | | | Endocr | 8.7 F | | | | |
| | | | Ocular | 8.7 F | | | | |
| **Immuno/Lymphoret** | | | | | | | | |
| 110 | Rat (Fischer-344) | 2 yr (W) | | 0.21 M | 0.77 M (histiocytic cellular infiltration and hemorrhage of mesenteric nodes) | | NTP 2008a $Na_2Cr_2O_7 \cdot 2H_2O$ (VI) | |
| | | | | 0.94 F | 2.4 F (histiocytic cellular infiltration of mesenteric and pancreatic nodes) | | | |

USCA Case #25-1087    Document #2105058    Filed: 03/10/2025    Page 1697 of 2126

Table 3-4 Levels of Significant Exposure to Chromium VI - Oral (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 111 | Mouse (B6C3F1) | 2 yr (W) | | | 0.38 (histiocytic cellular infiltration of mesenteric lymph nodes) | | NTP 2008a Na2Cr2O7.2H2O (VI) | |
| **Neurological** | | | | | | | | |
| 112 | Rat (Fischer- 344) | 2 yr (W) | | 7 F | | | NTP 2008a Na2Cr2O7.2H2O (VI) | |
| 113 | Mouse (B6C3F1) | 2 yr (W) | | 8.7 F | | | NTP 2008a Na2Cr2O7.2H2O (VI) | |
| **Reproductive** | | | | | | | | |
| 114 | Rat (Fischer- 344) | 2 yr (W) | | 6.6 M<br>7 F | | | NTP 2008a Na2Cr2O7.2H2O (VI) | |
| 115 | Mouse (B6C3F1) | 2 yr (W) | | 5.9 M<br>8.7 F | | | NTP 2008a Na2Cr2O7.2H2O (VI) | |

USCA Case #25-1087    Document #2105058    Filed: 03/10/2025    Page 1698 of 2126

Table 3-4 Levels of Significant Exposure to Chromium VI - Oral (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| **Cancer** | | | | | | | | |
| 116 | Human | (environ) | | | | 0.57 (CEL: lung and stomach cancer) | Zhang and Li 1987 Cr (VI) | Exposed to well water containing 20 mg Cr(VI)/L; assuming 70 kg body weight and drinking water consumption of 2 L/day, dose = 0.57 mg Cr(VI)/kg/day. |
| 117 | Rat (Fischer- 344) | 2 yr (W) | | | | 5.9 M (CEL: neoplasm of squamous epithelium of mouth and tongue)  7 F (CEL: neoplasm of squamous cell epithelium of mouth and tongue) | NTP 2008a Na2Cr2O7.2H2O (VI) | |
| 118 | Mouse (B6C3F1) | 2 yr (W) | | | | 3.1 M (CEL: neoplastic lesions of small intestine)  2.4 M (CEL: neoplastic lesions of small intestine) | NTP 2008a Na2Cr2O7.2H2O (VI) | |

a The number corresponds to entries in Figure 3-3.

b Used to derive an intermediate-duration oral MRL of 0.005 mg chromium(VI)/kg/day for hexavalent chromium compounds. Benchmark dose of 0.52 mg chromium(VI)/kg/day was divided by an uncertainty factor of 100 (10 for extrapolation from animals to humans and 10 for human variability).

c Used to derive a chronic-duration oral MRL of 0.0009 mg chromium(VI)/kg/day for hexavalent chromium compounds. Benchmark dose of 0.09 mg chromium(VI)/kg/day was divided by an uncertainty factor of 100 (10 for extrapolation from animals to humans and 10 for human variability).

ad lib = ad libitum; Bd Wt = body weight; (C) = capsule; Cardio = cardiovascular; CEL = cancer effect level; d = day(s); Endocr = endocrine; environ = environmental; (F) = feed; F = female; F1 = first generation; F2 = second generation; (G) = gavage; Gastro = gastrointestinal; Gd = gestational day; (GW) = gavage in water; Hemato = hematological; Immuno/Lymphoret = immunological/lymphoreticular; (IN) = ingestion; Ld = lactational day; LD50 = lethal dose, 50% kill; LOAEL = lowest-observed-adverse-effect level; M = male; Metab = metabolic; mo = month(s); Musc/skel = musculoskeletal; NOAEL = no-observed-adverse-effect level; NS = not specified; pnd = post natal day; RBC = red blood cell; Resp = respiratory;(W) = drinking water; wk = week(s); x = times; yr = year(s)

APPX ATT_V6_4004

USCA Case #25-1087     Document #2105058     Filed: 03/10/2025     Page 1699 of 2126



Figure 3-3 Levels of Significant Exposure to Chromium VI - Oral

Acute (≤14 days)

USCA Case #25-1087 Document #2105058 Filed: 03/10/2025 Page 1700 of 2126

Figure 3-3 Levels of Significant Exposure to Chromium VI - Oral *(Continued)*

Acute (≤14 days)

APPX ATT_V6_4006



USCA Case #25-1087 Document #2105058 Filed: 03/10/2025 Page 1701 of 2126

Figure 3-3 Levels of Significant Exposure to Chromium VI - Oral *(Continued)*

Intermediate (15-364 days)

APPX ATT_V6_4007



USCA Case #25-1087 Document #2105058 Filed: 03/10/2025 Page 1702 of 2126

Figure 3-3 Levels of Significant Exposure to Chromium VI - Oral (*Continued*)

Intermediate (15-364 days)

APPX ATT_V6_4008



USCA Case #25-1087 Document #2105058 Filed: 03/10/2025 Page 1703 of 2126

Figure 3-3 Levels of Significant Exposure to Chromium VI - Oral *(Continued)*

Intermediate (15-364 days)

APPX ATT_V6_4009



USCA Case #25-1087 Document #2105058 Filed: 03/10/2025 Page 1704 of 2126

Figure 3-3 Levels of Significant Exposure to Chromium VI - Oral *(Continued)*

Chronic (≥365 days)

*Doses represent the lowest dose tested per study that produced a tumorigenic response and do not imply the existence of a threshold for the cancer endpoint.

c-Cat, d-Dog, r-Rat, p-Pig, q-Cow, -Humans, k-Monkey, m-Mouse, h-Rabbit, a-Sheep, f-Ferret, j-Pigeon, e-Gerbil, s-Hamster, g-Guinea Pig, n-Mink, o-Other

◆ Cancer Effect Level-Animals
● LOAEL, More Serious-Animals
◐ LOAEL, Less Serious-Animals
○ NOAEL - Animals
▼ Cancer Effect Level-Humans
▲ LOAEL, More Serious-Humans
◭ LOAEL, Less Serious-Humans
△ NOAEL - Humans
■ LD50/LC50
Minimal Risk Level for effects other than Cancer

APPX ATT_V6_4010



Table 3-5 Levels of Significant Exposure to Chromium III - Oral

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL | | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | | | Less Serious (mg/kg/day) | Serious (mg/kg/day) | | |
| **ACUTE EXPOSURE** | | | | | | | | |
| **Death** | | | | | | | | |
| 1 | Rat (NS) | once (GW) | | | | 2365 (LD50) | Smyth et al. 1969 Cr(CH3COO)3H2O (III) | |
| 2 | Rat (Sprague-Dawley) | once (G) | | | | 200 M (LD50) 183 F (LD50) | Vernot et al. 1977 Cr(NO3)3.9H2O (III) | |
| **Systemic** | | | | | | | | |
| 3 | Rat (Fischer- 344) (F) | 3 d | Hemato | 506 F | | | NTP 2008b Cr picolinate (III) | |
| **Reproductive** | | | | | | | | |
| 4 | Rat (NS) | 3 d Gd 1-3 (G) | | | | 33.6 F (decreased number of pregnancies) | Bataineh et al. 2007 CrCl3 (III) | |
| 5 | Rat (NS) | 3 d Gd 4-6 (G) | | 33.6 F | | | Bataineh et al. 2007 CrCl3 (III) | |
| **Developmental** | | | | | | | | |
| 6 | Mouse (CD-1) | 11 d Gd 6-17 1 x/d (F) | | 25 | | | Bailey et al. 2008a Cr picolinate (III) | NOAEL is for standard developmental end points. |
| **INTERMEDIATE EXPOSURE** | | | | | | | | |
| **Systemic** | | | | | | | | |
| 7 | Rat (Sprague-Dawley) | daily 20 wk (F) | Hepatic | 9 | | | Anderson et al. 1997b CrCl3 (III) | |
| | | | Renal | 9 | | | | |
| | | | Bd Wt | 9 | | | | |

Table 3-5  Levels of Significant Exposure to Chromium III - Oral (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 8 | Rat (Sprague-Dawley) | daily 20 wk (F) | Hepatic | 9 | | | Anderson et al. 1997b Cr picolinate (II) | |
| | | | Renal | 9 | | | | |
| | | | Bd Wt | 9 | | | | |
| 9 | Rat (Sprague-Dawley) | 12 wk (W) | Bd Wt | | | 40  (24% lower final body weight) | Bataineh et al. 1997 CrCl3 (III) | |
| 10 | Rat (BD) | 90 d 5 d/wk (F) | Resp | 1806 | | | Ivankovic and Preussmann 1975 Cr2O3 (III) | |
| | | | Cardio | 1806 | | | | |
| | | | Gastro | 1806 | | | | |
| | | | Hemato | 1806 | | | | |
| | | | Hepatic | 1806 | | | | |
| | | | Renal | 1806 | | | | |

Table 3-5 Levels of Significant Exposure to Chromium III - Oral                                                (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL | | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | | | Less Serious (mg/kg/day) | Serious (mg/kg/day) | | |
| 11 | Rat (Fischer- 344) (F) | 14 wk | Resp | 506 F | | | NTP 2008b Cr picolinate (II) | |
| | | | Cardio | 506 F | | | | |
| | | | Gastro | 506 F | | | | |
| | | | Hemato | 506 F | | | | |
| | | | Hepatic | 506 F | | | | |
| | | | Renal | 506 F | | | | |
| | | | Endocr | 506 F | | | | |
| | | | Ocular | 506 F | | | | |
| | | | Bd Wt | 506 F | | | | |
| 12 | Rat (Sprague- Dawley) (F) | 90 d | Resp | 1.5 F | | | Shara et al. 2005 Cr nicotinate (III) | |
| | | | Cardio | 1.5 F | | | | |
| | | | Gastro | 1.5 F | | | | |
| | | | Hemato | 1.5 F | | | | |
| | | | Hepatic | 1.5 F | | | | |
| | | | Renal | 1.5 F | | | | |
| | | | Endocr | 1.5 F | | | | |
| | | | Bd Wt | 1.5 F | | | | |

Table 3-5  Levels of Significant Exposure to Chromium III - Oral                    (continued)

| Key to Figure [a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL | | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | | | Less Serious (mg/kg/day) | Serious (mg/kg/day) | | |
| 13 | Rat (Sprague-Dawley) | 38 wk (F) | Resp | 0.25 F | | | Shara et al. 2007 Cr nicotinate (III) | |
| | | | Cardio | 0.25 F | | | | |
| | | | Gastro | 0.25 F | | | | |
| | | | Hemato | 0.25 F | | | | |
| | | | Hepatic | 0.25 F | | | | |
| | | | Renal | 0.25 F | | | | |
| | | | Endocr | 0.25 F | | | | |
| 14 | Mouse BDF1 | 210 d (W) | Bd Wt | 165 M 140 F | | | De Flora et al. 2006 CrK(SO4)2 (III) | |
| 15 | Mouse (Swiss) | 12 wk (W) | Bd Wt | 14 F | 5 M (14% decrease in body weight gain) | | Elbetieha and Al-Hamood 1997 CrCl3 (III) | |

APPX ATT_V6_4014

Table 3-5 Levels of Significant Exposure to Chromium III - Oral (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL | | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | | | Less Serious (mg/kg/day) | Serious (mg/kg/day) | | |
| 16 | Mouse (B6C3F1) | 14 wk (F) | Resp | 1415 M | | | NTP 2008b Cr picolinate (III) | |
| | | | Cardio | 1415 M | | | | |
| | | | Gastro | 1415 M | | | | |
| | | | Hemato | 1415 M | | | | |
| | | | Hepatic | 1415 M | | | | |
| | | | Renal | 1415 M | | | | |
| | | | Endocr | 1415 M | | | | |
| | | | Ocular | 1415 M | | | | |
| | | | Bd Wt | 1415 M | | | | |
| **Immuno/Lymphoret** | | | | | | | | |
| 17 | Rat (Fischer-344) | 14 wk (F) | | 506 F | | | NTP 2008b Cr picolinate (III) | |
| 18 | Rat (Sprague-Dawley) | 90 d (F) | | 1.5 F | | | Shara et al. 2005 Cr nicotinate (III) | |
| 19 | Rat (Sprague-Dawley) | 38 wk (F) | | 0.25 F | | | Shara et al. 2007 Cr nicotinate (III) | |
| 20 | Mouse (B6C3F1) | 14 wk (F) | | 1415 M | | | NTP 2008b Cr picolinate (III) | |
| **Neurological** | | | | | | | | |
| 21 | Rat | 90 d 5 d/wk (F) | | 1806 | | | Ivankovic and Preussmann 1975 Cr III | |

Table 3-5 Levels of Significant Exposure to Chromium III - Oral (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 22 | Rat (Fischer-344) | 14 wk (F) | | 506 F | | | NTP 2008b Cr picolinate (III) | |
| 23 | Rat (Fischer-344) | 14 wk ad lib (F) | | 506 F | | | NTP 2008b Cr picolinate (III) | |
| 24 | Rat (Sprague-Dawley) | 90 d (F) | | 1.5 F | | | Shara et al. 2005 Cr nicotinate (III) | |
| 25 | Rat (Sprague-Dawley) | 38 wk (F) | | 0.25 F | | | Shara et al. 2007 Cr nicotinate (III) | |
| 26 | Mouse (B6C3F1) | 14 wk ad lib (F) | | 1415 M | | | NTP 2008b Cr picolinate (III) | |
| **Reproductive** | | | | | | | | |
| 27 | Rat (Sprague-Dawley) | 12 wk (W) | | | 40 (altered sexual behavior, decreased absolute testes, seminal vesicles, and preputial gland weights) | | Bataineh et al. 1997 CrCl3 (III) | |
| 28 | Rat (Fischer-344) | 14 wk (F) | | 506 F | | | NTP 2008b Cr picolinate (III) | |
| 29 | Rat (Sprague-Dawley) | 90 d (F) | | 1.5 F | | | Shara et al. 2005 Cr nicotinate (III) | |

USCA Case #25-1087   Document #2105058   Filed: 03/10/2025   Page 1711 of 2126

Table 3-5 Levels of Significant Exposure to Chromium III - Oral (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 30 | Rat (Sprague-Dawley) | 38 wk (F) | | 0.25 F | | | Shara et al. 2007 Cr nicotinate (III) | |
| 31 | Mouse (Swiss) | 12 wk (W) | | | 5 M (increased testes and decreased preputial gland weights) | 5 F (decreased number of implantations and viable fetuses; increased ovarian and decreased uterine weights) | Elbetieha and Al-Hamood 1997 CrCl3 (III) | |
| 32 | Mouse (B6C3F1) | 14 wk (F) | | 1415 M | | | NTP 2008b Cr picolinate (III) | |
| 33 | Mouse (BALB/c) | 7 wk 7 d/wk (F) | | | | 9.1 M (decreased spermatogenesis) | Zahid et al. 1990 Cr2(SO4)3 (III) | |
| **Developmental** | | | | | | | | |
| 34 | Rat (BD) | 90 d 5 d/wk (F) | | 1806 | | | Ivankovic and Preussmann 1975 Cr2O3 (III) | |
| 35 | Mouse (BALB/c) | Gd 12- Ld 20 (W) | | | 74 (reduced ovary and testis weights in offspring and impaired fertility in female offspring) | | Al-Hamood et al. 1998 CrCl3 (III) | |

APPX ATT_V6_4017

Table 3-5  Levels of Significant Exposure to Chromium III - Oral (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 36 | Mouse (CD-1) | Gd 6-21 Ld 1-21 ad lib (F) | | 25 | | | Bailey et al. 2008b Cr picolinate (III) | NOAEL is for standard neurodevelopmental end points. |
| **CHRONIC EXPOSURE** | | | | | | | | |
| Systemic | | | | | | | | |
| 37 | Rat (BD) | 2 yr 5 d/wk (F) | Resp | 2040 | | | Ivankovic and Preussmann 1975 Cr2O3 (III) | |
| | | | Cardio | 2040 | | | | |
| | | | Gastro | 2040 | | | | |
| | | | Hepatic | 2040 | | | | |
| | | | Renal | 2040 | | | | |
| 38 | Rat (Sprague-Dawley) | 1 yr (W) | Hemato | 3.6 | | | MacKenzie et al. 1958 CrCl3 (III) | |
| | | | Hepatic | 3.6 | | | | |
| | | | Renal | 3.6 | | | | |
| | | | Bd Wt | 3.6 | | | | |

Table 3-5 Levels of Significant Exposure to Chromium III - Oral (continued)

| Key to Figure [a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL | | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | | | Less Serious (mg/kg/day) | Serious (mg/kg/day) | | |
| 39 | Rat (Fischer- 344) (F) | 2 yr | Resp | 313 F | | | NTP 2008b Cr picolinate (III) | |
| | | | Cardio | 313 F | | | | |
| | | | Gastro | 313 F | | | | |
| | | | Hepatic | 313 F | | | | |
| | | | Renal | 313 F | | | | |
| | | | Endocr | 313 F | | | | |
| | | | Ocular | 313 F | | | | |
| | | | Bd Wt | 313 F | | | | |
| 40 | Rat (Long- Evans) | 2-3 yr 7 d/wk (W) | Cardio | 0.46 | | | Schroeder et al. 1965 Cr(CH3COO)3 (III) | |
| | | | Hepatic | 0.46 | | | | |
| | | | Renal | 0.46 | | | | |
| | | | Bd Wt | 0.46 | | | | |

Table 3-5  Levels of Significant Exposure to Chromium III - Oral (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| 41 | Rat (Sprague-Dawley) | 52 wk (F) | Resp | 0.25 F | | | Shara et al. 2007 Cr nicotinate (III) | |
| | | | Cardio | 0.25 F | | | | |
| | | | Gastro | 0.25 F | | | | |
| | | | Hemato | 0.25 F | | | | |
| | | | Hepatic | 0.25 F | | | | |
| | | | Renal | 0.25 F | | | | |
| | | | Endocr | 0.25 F | | | | |
| | | | Bd Wt | | 0.22 M (14.9% decrease in body weight) | | | |
| | | | | | 0.25 F (9.6% decrease in body weight) | | | |
| 42 | Mouse (B6C3F1) | 2 yr (F) | Resp | 781 M | | | NTP 2008b Cr picolinate (III) | |
| | | | Cardio | 781 M | | | | |
| | | | Gastro | 781 M | | | | |
| | | | Hepatic | 781 M | | | | |
| | | | Renal | 781 M | | | | |
| | | | Endocr | 781 M | | | | |
| | | | Ocular | 781 M | | | | |
| | | | Bd Wt | 781 M | | | | |

Table 3-5  Levels of Significant Exposure to Chromium III - Oral     (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL Less Serious (mg/kg/day) | LOAEL Serious (mg/kg/day) | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| **Immuno/Lymphoret** | | | | | | | | |
| 43 | Rat (Fischer-344) (F) | 2 yr (F) | | 313 F | | | NTP 2008b Cr picolinate (III) | |
| 44 | Rat (Sprague-Dawley) | 52 wk (F) | | 0.25 F | | | Shara et al. 2007 Cr nicotinate (III) | |
| 45 | Mouse (B6C3F1) | 2 yr (F) | | 781 M | | | NTP 2008b Cr picolinate (III) | |
| **Neurological** | | | | | | | | |
| 46 | Rat | 2 yr 5 d/wk (F) | | 2040 | | | Ivankovic and Preussmann 1975 Cr III | |
| 47 | Rat (Fischer-344) (F) | 2 yr (F) | | 313 F | | | NTP 2008b Cr picolinate (III) | |
| 48 | Rat (Sprague-Dawley) | 52 wk (F) | | 0.25 F | | | Shara et al. 2007 Cr nicotinate (III) | |
| 49 | Mouse (B6C3F1) | 2 yr (F) | | 781 M | | | NTP 2008b Cr picolinate (III) | |
| **Reproductive** | | | | | | | | |
| 50 | Rat (Fischer-344) (F) | 2 yr (F) | | 313 F | | | NTP 2008b Cr picolinate (III) | |
| 51 | Rat (Sprague-Dawley) | 52 wk (F) | | 0.25 F | | | Shara et al. 2007 Cr nicotinate (III) | |

Table 3-5 Levels of Significant Exposure to Chromium III - Oral    (continued)

| Key to Figure[a] | Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL (mg/kg/day) | LOAEL | | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | | | Less Serious (mg/kg/day) | Serious (mg/kg/day) | | |
| 52 | Mouse (B6C3F1) | 2 yr (F) | | 781 M | | | NTP 2008b Cr picolinate (III) | |
| **Cancer** | | | | | | | | |
| 53 | Rat (Fischer- 344) (F) | 2 yr | | | | 55 M (equivocal evidence for prepubital gland adenoma) | NTP 2008b Cr picolinate (III) | |

a The number corresponds to entries in Figure 3-4.

ad lib = ad libitum; Bd Wt = body weight; Cardio = cardiovascular; d = day(s); Endocr = endocrine; (F) = feed; F = female; (G) = gavage; Gastro = gastrointestinal; Gd = gestational day; (GW) = gavage in water; Hemato = hematological; Immuno/Lymphoret = immunological/lymphoreticular; Ld = lactation day; LD50 = lethal dose, 50% kill; LOAEL = lowest-observed-adverse-effect level; M = male; NOAEL = no-observed-adverse-effect level; NS = not specified; Resp = respiratory; x = time(s); (W) = drinking water; wk = week(s); yr = year(s)

APPX ATT_V6_4022

USCA Case #25-1087 Document #2105058 Filed: 03/10/2025 Page 1717 of 2126

Figure 3-4 Levels of Significant Exposure to Chromium III - Oral

Acute (≤14 days)

APPX ATT_V6_4023



USCA Case #25-1087     Document #2105058     Filed: 03/10/2025     Page 1718 of 2126



Figure 3-4  Levels of Significant Exposure to Chromium III - Oral (Continued)

Intermediate (15-364 days)

USCA Case #25-1087 Document #2105058 Filed: 03/10/2025 Page 1719 of 2126

Figure 3-4 Levels of Significant Exposure to Chromium III - Oral *(Continued)*

Chronic (≥365 days)

*Doses represent the lowest dose tested per study that produced a tumorigenic response and do not imply the existence of a threshold for the cancer endpoint.

nicotinate, chromium oxide and chromium picolinate) for durations of 3 months to 2 years, with no abnormalities observed (Ivankovic and Preussmann 1975; NTP 2007, 2008a, 2008b; Shara et al. 2005, 2007). For chromium(VI) compounds, the highest doses tested for intermediate and chronic exposure durations were 27.9 and 8.7 chromium(VI)/kg/day, respectively, as sodium dichromate dihydrate in drinking water (NTP 2007, 2008a). For chromium(III) compounds, the highest doses tested for intermediate and chronic exposure durations were 1,806 and 2,040 mg chromium(III)/kg/day, respectively, as chromium oxide in the diet 5 days/week (Ivankovic and Preussmann 1975).

**Cardiovascular Effects.**    Case reports of humans who died after ingesting chromium(VI) compounds have described cardiovascular effects as part of the sequelae leading to death. A 22-month-old boy who ingested an unknown amount of sodium dichromate died of cardiopulmonary arrest. Autopsy revealed early hypoxic changes in the myocardium (Ellis et al. 1982). In another case, cardiac output, heart rate, and blood pressure dropped progressively during treatment in the hospital of a 17-year-old male who had ingested 29 mg chromium(VI)/kg as potassium dichromate. He died of cardiac arrest. Autopsy revealed hemorrhages in the anterior papillary muscle of the left ventricle (Clochesy 1984; Iserson et al. 1983). Cardiovascular effects have not been reported at nonlethal doses. No information was identified on cardiovascular effects in humans after oral exposure to chromium(III) compounds.

No studies were located regarding effects on cardiovascular function in animals after oral exposure to chromium(VI) compounds. Soudani et al. (2011c) found fibrosis, necrosis, vacuolization, and hemorrhage in the heart of rats dosed with 26 mg chromium(VI)/kg/day as potassium dichromate for 3 weeks. However, in other studies, histopathological examination of the heart of rats and mice exposed to oral chromium(VI) (as sodium dichromate dehydrate and sodium acetate) and chromium(III) (as chromium nicotinate, chromium oxide and chromium picolinate) for durations of 3 months to 2 years, revealed no abnormalities (Ivankovic and Preussmann 1975; NTP 2007, 2008a, 2008b; Schroeder et al. 1965; Shara et al. 2005, 2007). For chromium(VI) compounds (administered as sodium dichromate dihydrate in drinking water), the highest doses tested for intermediate-duration exposures were 20.9 mg chromium(VI)/kg/day in rats and 27.0 mg chromium(VI)/kg/day in mice; for chronic exposure durations the highest concentrations were 7.0 mg chromium(VI)/kg/day for rats and 8.7 chromium(VI)/kg/day for mice (NTP 2007, 2008a). For chromium(III) compounds, the highest doses tested for intermediate and chronic exposure durations were 1,806 and 2,040 mg chromium(III)/kg/day, respectively, as chromium oxide in the diet 5 days/week (Ivankovic and Preussmann 1975). None of these studies assessed cardiovascular end points such as blood pressure or electrocardiograms.

**Gastrointestinal Effects.**    Cases of gastrointestinal effects in humans after oral exposure to chromium(VI) compounds have been reported.  In one study, a 14-year-old boy who died after ingesting 7.5 mg chromium(VI)/kg as potassium dichromate experienced abdominal pain and vomiting before death.  Autopsy revealed gastrointestinal ulceration (Kaufman et al. 1970).  In another study, a 44-year-old man died of gastrointestinal hemorrhage after ingesting 4.1 mg chromium(VI)/kg as chromic acid solution (Saryan and Reedy 1988).  Gastrointestinal hemorrhage and extensive necrosis of all digestive mucous membranes were also observed on autopsy of a 35-year-old woman who died following ingestion of 357 mg chromium(VI)/kg as chromic acid (Loubieres et al. 1999).  Gastrointestinal burns and hemorrhage have also been described as contributing to the cause of death of infants who ingested unknown amounts of sodium dichromate (Ellis et al. 1982) or ammonium dichromate (Reichelderfer 1968) and a 17-year-old male who ingested ~29 mg chromium(VI)/kg as potassium dichromate (Clochesy 1984; Iserson et al. 1983).

Some chromium(VI) compounds, such as potassium dichromate and chromium trioxide, are caustic and irritating to mucosal tissue.  A 25-year-old woman who drank a solution containing potassium dichromate experienced abdominal pain and vomited (Goldman and Karotkin 1935).  Two people who ate oatmeal contaminated with potassium dichromate became suddenly ill with severe abdominal pain and vomiting, followed by diarrhea (Partington 1950).  Acute gastritis developed in a chrome plating worker who had accidentally swallowed an unreported volume of a plating fluid containing 300 g chromium trioxide/L.  He was treated by hemodialysis, which saved his life (Fristedt et al. 1965).  Nausea, hemetemesis, and bloody diarrhea were reported in a 24-year-old woman who ingested ammonium dichromate in a suicide attempt (Hasan 2007).

Ingestion of chromium compounds as a result of exposure at the workplace has occasionally produced gastrointestinal effects.  In a chrome plating plant where poor exhaust resulted in excessively high concentrations of chromium trioxide fumes, in addition to symptoms of labored breathing, dizziness, headache, and weakness from breathing the fumes during work, workers experienced nausea and vomiting upon eating on the premises (Lieberman 1941).  Gastrointestinal effects were also reported in an epidemiology study of 97 workers in a chromate plant exposed to dust containing both chromium(III) and chromium(VI) compounds.  Blocked nasal passages, as a result of working in the dust laden atmosphere, forced the individuals to breathe through their mouths, thereby probably ingesting some of the chromium dust.  A 10.3% incidence of gastric ulcer formation and a 6.1% incidence of hypertrophic gastritis was reported.  Epigastric and substernal pain were also reported in the chromate production workers (Mancuso 1951).  Gastric mucosa irritation resulting in duodenal ulcer, possibly as a result of mouth breathing, has

also been reported in other studies of chromate production workers (Sassi 1956; Sterekhova et al. 1978). Subjective symptoms of stomach pain, duodenal ulcers, gastritis, stomach cramps, and indigestion were reported by workers exposed to a mean concentration of 0.004 mg chromium(VI)/m$^3$ in an electroplating facility where zinc, cadmium, nickel, tin, and chromium plating were carried out (Lucas and Kramkowski 1975). An otolaryngological examination of 77 employees of eight chromium electroplating facilities in Czechoslovakia, where the mean level in the breathing zone above the plating baths was 0.414 mg chromium(VI)/m$^3$, revealed 12 cases of chronic tonsillitis, 5 cases of chronic pharyngitis, and 32 cases of atrophic changes in the left larynx (Hanslian et al. 1967). These effects were probably also due to exposure via mouth breathing.

In a cross-sectional study conducted in 1965 of 155 villagers whose well water contained chromium(VI)/L as a result of pollution from an alloy plant in the People's Republic of China, associations were found between drinking the contaminated water and oral ulcer, diarrhea, abdominal pain, indigestion, and vomiting. The alloy plant began chromium smelting in 1961 and began regular production in 1965. Similar results were found in two similar studies in other villages, but further details were not provided (Zhang and Li 1987). The highest concentration of chromium(VI) detected during sampling was 20 mg chromium(VI)/L, equivalent to a dose of 0.57 mg chromium(VI)/kg/day based on a default reference water consumption rate and body weight value of 2 L/day and 70 kg, respectively (note that these values may not be appropriate for the Chinese study population). However, exposure estimates for this population are uncertain and it is likely that exposure levels in many cases were to concentrations less than 20 mg chromium(VI)/L. At least some residents obtained drinking water from alternative sources (Sedman et al. 2006) and exposure may have been self-limiting due to lack of palatability of water (Beaumont et al. 2008). Thus, exposure levels associated with adverse effects are not well characterized.

No information was identified on gastrointestinal effects in humans after oral exposure to chromium(III) compounds.

Oral exposure of animals to chromium(VI), but not chromium(III), compounds results in irritation and histopathological changes to tissues of the gastrointestinal tract. Gastrointestinal hemorrhage was observed in rats given a lethal gavage dose of potassium dichromate (130 mg chromium(VI)/kg) (Samitz 1970). Histopathological changes were observed in rats and mice exposed to chromium(VI) as sodium dichromate dihydrate in drinking water for 8 days (Thompson et al. 2011, 2012), 3 months (NTP 2007; Thompson et al. 2011, 2012), or 2 years (NTP 2008a). After 8 days of exposure, villous atrophy and

crypt cell hyperplasia were observed in the duodenum and jejunum of rats exposed to ≥10 mg chromium(VI)/kg/day (Thompson et al. 2012) and cytoplasmic vacuolization was observed in the duodenum in mice exposed to 30 mg chromium(VI)/kg/day (Thompson et al. 2011). Following exposure for 3 months, duodenal histiocytic infiltration of the duodenum was observed in male and female F344/N rats exposed at ≥2.9 mg chromium(VI)/kg/day (NTP 2007; Thompson et al. 2012); crypt cell hyperplasia, apoptosis, and histiocytic infiltration were observed in the duodenum and jejunum at 7.1 mg chromium(VI)/kg/day (Thompson et al. 2012). At the highest daily dose (20.9 mg chromium(VI)/kg/day), ulcer and epithelial hyperplasia and metaplasia of the glandular stomach were observed (NTP 2007). Epithelial hyperplasia and histiocytic cellular infiltration of the duodenum was observed at ≥3.1 and ≥5.2 mg chromium(VI)/kg/day, respectively, in male and female B6C3F1 mice. Similar nonneoplastic lesions of the duodenum were also reported in the 3-month comparative study in male B6C3F1, BALB/c, and C57BL/6 mice, with epithelial hyperplasia at ≥2.8 mg chromium(VI)/kg/day in B6C3F1 and BALB/c strains and ≥5.2 in the C57BL/6 strain, and histiocytic cellular infiltration at ≥2.8 mg chromium(VI)/kg/day in B6C3F1 and C57BL/6 strains and ≥5.2 mg chromium(VI)/kg/day in the BALB/c strain. After exposure for 2 years, duodenal histiocytic infiltration was observed in male and female rats exposed at 0.77 and 2.4 chromium(VI)/kg/day, respectively; in mice, duodenal epithelial hyperplasia was observed at 0.38 mg chromium(VI)/kg/day for 2 years and histiocytic cellular infiltration of the duodenum was also observed in males at 2.4 mg chromium(VI)/kg/day and females at 3.1 mg chromium(VI)/kg/day. In the 2-year study (NTP 2008a), neoplasms of the squamous epithelium of the oral mucosa and tongue were observed in rats and of the small intestine (duodenum, jejunum and ileum) were observed in mice; these findings are discussed in Section 3.2.2.7 (Oral Exposure, Cancer). In female mice exposed to 0.38 mg chromium(VI)/kg/day and male mice exposed to 2.4 mg chromium(VI)/kg/day for 2 years, cytoplasmic alteration of the pancreas (depletion of cytoplasm zymogen granules) was observed; NTP stated that the biological significance of this finding was uncertain (NTP 2008a). In contrast to the findings in the NTP, 3-month and 2-year drinking water studies of sodium dichromate dihydrate (NTP 2007, 2008a), no histopathological changes to the gastrointestinal tract were observed in BALB/c mice exposed to dietary potassium dichromate at doses up to 36.7 chromium(VI)/kg/day in a multigeneration continuous breeding study (NTP 1997). Differences in results of these studies could be attributed to difference in the exposure media (water versus feed). Data from the 2-year drinking water study on sodium dichromate dihydrate in mice (NTP 2008a) were used to used to develop the chronic-duration oral MRL for chromium(VI) compounds. The $BMDL_{10}$ value of 0.09 mg chromium(VI)/kg/day for diffuse epithelial hyperplasia of the duodenum in female mice was used to calculate an oral MRL of 0.0009 mg chromium(VI)/kg/day for chronic-duration exposure to chromium(VI) a compounds as described in the footnote of Table 3-4.

No histopathological changes to the stomach or small intestine were observed in mice and rats exposed to oral chromium(III) (as chromium nicotinate, chromium oxide, and chromium picolinate) for 3 months or 2 years (Ivankovic and Preussmann 1975; NTP 2008b; Rhodes et al. 2005; Shara et al. 2005, 2007).  The highest doses of chromium(III) tested were 1,415 mg chromium(III)/kg/day as chromium picolinate in the diet for 3 months (NTP 2008b; Rhodes et al. 2005) and 2,040 mg chromium(III)/kg/day as chromium oxide in the diet 5 days/week for 2 years (Ivankovic and Preussmann 1975).

**Hematological Effects.**    Cases of hematological effects have been reported in humans after the ingestion of lethal or sublethal doses of chromium(VI) compounds.  In a case of an 18-year-old woman who ingested a few grams of potassium dichromate, decreased hemoglobin content and hematocrit, and increased total white blood cell counts, reticulocyte counts, and plasma hemoglobin were found 4 days after ingestion.  These effects were indicative of intravascular hemolysis (Sharma et al. 1978).  A 25-year-old woman who drank a solution containing potassium dichromate had a clinically significant increase in leukocytes due to a rise in polymorphonuclear cells (Goldman and Karotkin 1935).  In another study, a 44-year-old man had decreased hemoglobin levels 9 days after ingestion of 4.1 mg chromium(VI)/kg as chromic acid solution that probably resulted from gastrointestinal hemorrhage (Saryan and Reedy 1988).  Inhibition of blood coagulation was described in a case of a 17-year-old male who died after ingesting ~29 mg chromium(VI)/kg as potassium dichromate (Clochesy 1984; Iserson et al. 1983).  Anemia following severe hemorrhaging developed in a chrome plating worker who had accidentally swallowed an unreported volume of a plating fluid containing 300 g chromium trioxide/L.  He was treated by hemodialysis, which saved his life (Fristedt et al. 1965).

In a cross-sectional study conducted in 1965 of 155 villagers whose well water contained 20 mg chromium(VI)/L as a result of pollution from an alloy plant in the People's Republic of China, associations were found between drinking the contaminated water and leukocytosis and immature neutrophils.  The alloy plant began chromium smelting in 1961 and began regular production in 1965.  Similar results were found in two similar studies in other villages, but further details were not provided (Zhang and Li 1987).  The highest concentration of chromium(VI) detected during sampling was 20 mg chromium(VI)/L, equivalent to a dose of 0.57 mg chromium(VI)/kg/day.  However, exposure estimates for this population are uncertain and it is likely that exposure levels in many cases were to concentrations <20 mg chromium(VI)/L.  At least some residents obtained drinking water from alternative sources (Sedman et al. 2006) and exposure may have been self-limiting due to lack of palatability of water at

higher concentrations (Beaumont et al. 2008). Thus, exposure levels associated with adverse effects are not well characterized.

No reliable information was identified on hematological effects in humans of oral exposure to chromium(III) compounds.

Microcytic, hypochromic anemia, characterized by decreased mean cell volume (MCV), mean corpuscular hemoglobin (MCH), hematocrit (Hct), and hemoglobin (Hgb), was observed in F344/N rats and B6C3F1 mice exposed to chromium(III) compounds in drinking water for exposure durations ranging from 4 days to 1 year (NTP 2007, 2008a). Severity was dose-dependent. Maximum effects were observed after approximately 3 weeks of exposure; with increasing exposure durations (e.g., 14 weeks to 1 year), effects were less pronounced, presumably due to compensatory hematopoietic responses. In general, effects were more severe in rats than mice. Following acute exposure of male rats to sodium dichromate dihydrate in drinking water for 4 days, a slight, but statistically significant decrease (2.1%) in MCH was observed at 2.7 mg chromium(VI)/kg/day, but not at 0.7 mg chromium(VI)/kg/day. With increasing doses (7.4 mg chromium(VI)/kg/day and greater), additional decreases in MCH and decreased MCV were observed (NTP 2008a). Similar effects were observed in male and female rats exposed for 5 days, with effects observed at 4.0 and 4.1 chromium(VI)/kg/day, respectively (NTP 2007); a NOAEL was not established.

More severe microcytic, hypochromic anemia occurred in rats and mice following exposure to sodium dichromate dihydrate in drinking water for 22 or 23 days (NTP 2007, 2008a). Decreased Hct (6.1%), Hgb (8.4%), MCV (7.7%), and MCH (10.6%) occurred in male rats exposed for 22 days to 0.77 mg chromium(VI)/kg/day, with decreases exhibiting dose-dependence; effects were not observed at 0.21 mg chromium(VI)/kg/day (NTP 2008a). Similar hematological effects were observed in male and female rats exposed to 1.7 mg chromium(VI)/kg/day for 23 days (NTP 2007). In female mice exposed to 22 days, slight, but significant decreases in MCV (2.0%) and MCH (1.2%) were observed at 0.38 mg chromium(VI)/kg/day, with more severe effects at higher doses (NTP 2008a). After exposure for 3 months to 1 year, microcytic, hypochromic anemia in rats and mice was less severe than that observed after 22 or 23 days (NTP 2007, 2008a). For example in male rats exposed for 22 days, decreases in Hct (6.1%), Hgb (8.4%), MCV (7.7%), and MCH (10.6%) were observed at 0.77 mg chromium(VI)/kg/day, whereas after exposure to 0.77 mg chromium(VI)/kg/day for 1 year, decreased MCH (2.4%), but not MCV, Hct, or Hgb, were observed (NTP 2008a). Similar decreases in severity was also observed in female rats and in male and female mice exposed for 1 year compared to 22 days (NTP 2008a). In

contrast, routine hematological examination revealed no changes in Sprague-Dawley rats exposed to
3.6 mg chromium(VI)/kg/day as potassium chromate in the drinking water for 1 year (MacKenzie et al.
1958); however, data on hematological parameters or statistical analyses were not presented in the report.
A 91-day study found decreases in serum iron levels and bone marrow iron content in rats exposed to
7.1 or 21 mg chromium(VI)/kg/day as sodium dichromate dehydrate in drinking water (Thompson et al.
2012); however, no alterations in blood ferritin or transferrin levels were found.  No alterations in iron
status were observed in mice similarly exposed to 31 mg chromium(VI)/kg/day (Thompson et al. 2011).
Data from the 22-day evaluation in the 2-year NTP (2008a) drinking water study on sodium dichromate
dihydrate in rats were used to used to develop the intermediate-duration oral MRL for chromium(VI)
compounds.  Because several hematological parameters are used to define the clinical picture of anemia,
the intermediate-duration oral MRL was based on the average $BMDL_{2sd}$ value (e.g., the average of
$BMDL_{2sd}$ values for Hgb, MCV, and MCH; BMD models did not provide adequate fit for hematocrit) of
0.52 mg chromium(VI)/kg/day, as described in the footnote of Table 3-4.

In feeding studies of potassium dichromate in Sprague-Dawley rats and BALB/c mice, slight microcytic
hyprochromic anemia, characterized by slightly reduced MCV and MCH values was observed (NTP
1996a, 1996b, 1997).  In rats and mice fed potassium dichromate for 9 weeks, MCV and MCH values,
were decreased at the highest concentration only, which was equivalent to 8.4 and 9.8 mg chromium(VI)/
kg/day in male and female rats, respectively (NTP 1996b), and 32.2 and 48 mg chromium(VI)/kg/day in
male and female mice, respectively (NTP 1996a).  These effects did not occur at lower dietary
concentrations equivalent to ≤2.1 or ≤2.45 mg chromium(VI)/kg/day for male and female rats,
respectively, or to ≤7.35 or ≤12 mg chromium(VI)/day for male and female mice, respectively.  In a
multigeneration study of mice given potassium dichromate in the diet, $F_1$ males had decreased MCVs at
dietary concentrations equivalent to 16 and 36.7 mg chromium(VI)/kg/day and decreased MCH values at
36.7 mg chromium(VI)/kg/day (NTP 1997).  $F_1$ females had dose-related decreased MCV at
concentrations equivalent to ≥7.8 mg chromium(VI)/kg/day.  Since 7.8 mg chromium(VI)/kg/day was the
lowest dose in the study, a no effect level was not identified.  Compared to results of the drinking water
studies on sodium dichromate dihydrate (NTP 2007, 2008a), hematological effects observed in the dietary
studies on potassium dichromate (NTP 1996a, 1996b, 1997) occurred at higher daily doses.  Differences
may be related to differences in the exposure media (feed versus drinking water).

No hematological effects were observed in animals after oral exposure to chromium(III) compounds for
exposure durations ranging from acute to chronic.  Exposure of F344/N rats to chromium picolinate in the
diet for 3 days at doses up to 506 mg chromium(III)/kg/day did not produce hematological effects (NTP

APPX ATT_V6_4032

2008b).  For intermediate duration exposure, no hematological effects were observed in rats exposed to chromic oxide in the diet at doses up to 1,806 chromium(III)/kg/day for 3 months (Ivankovic and Preussmann 1975), in rats and mice exposed to chromium picolinate in the diet at 506 and 1,415 mg chromium(III)/kg/day, respectively, for 3 months (NTP 2008b), or in rats chromium nicotinate in the diet at 1.5 or 0.25 mg chromium(III)/kg/day for 3 months or 38 weeks, respectively (Shara et al. 2005).  For chronic exposure durations, no hematological abnormalities were found in rats exposed to 3.6 mg chromium(III)/kg/day as chromium trichloride in the drinking water for 1 year (MacKenzie et al. 1958), or in rats exposed to 0.25 mg chromium(III)/kg/day as chromium nicotinate for 2 years (Shara et al. 2007).

**Musculoskeletal Effects.**    No information regarding musculoskeletal effects in humans exposed to oral chromium(VI) compounds was identified.  The development of rhabdomyolysis was reported in a 24-year-old woman who ingested dietary supplements containing chromium(III) picolinate (Martin and Fuller 1998).  Over a 48-hour period, the patient ingested 1,200 μg of chromium(III) picolinate, equivalent to148.8 μg of chromium(III) or 2.2 μg of chromium(III)/kg body weight (based on a reported body weight of 67 kg) over a 48-hour period.  Upon evaluation 4 days after initially ingesting the dietary supplement, she reported muscle pain on palpation and had muscular hypertrophy and elevated serum creatine kinase, although no myoglobin was detected in urine.  In addition to chromium(III) picolinate, the dietary supplements contained numerous other substances.

Increases in serum creatine kinase (CK) activity were observed in F344/N rats following acute and intermediate exposure to sodium dichromate dihydrate in drinking water (NTP 2007).  After exposure for 5 days, serum CK activity was increased in males by 31% at 31.8 mg chromium(VI)/kg/day and in females by 46% at 16.4 chromium(VI)/kg/day; after exposure for 13 weeks, serum CK activity was increased by 70% and 50% in males and females, respectively, at 5.9 mg chromium(VI)/kg/day.  Since serum CK activity increased with dose, NTP (2007) suggested that findings were consistent with muscle injury.  After exposure of rats for 12 months to 2.4 mg chromium(VI)/kg/day as sodium dichromate dihydrate in drinking water, serum CK activity was increased by 64% (NTP 2008a).  No information regarding muscoskeletal effects in animals exposed to oral chromium(III) compounds was identified.

**Hepatic Effects.**    Effects on the liver have been described in case reports of humans who had ingested chromium(VI) compounds.  Liver damage, evidenced by the development of jaundice, increased bilirubin, and increased serum lactic dehydrogenase, was described in a case of a chrome plating worker who had accidentally swallowed an unreported volume of a plating fluid containing 300 g chromium

trioxide/L (Fristedt et al. 1965). In another adult, increased alanine and aspartate aminotransferase, γ-glutamyl transferase, and bilirubin levels were observed 4 days after accidental ingestion of 20% chromic acid (Barešić et al. 2009). In a 14-year-old boy who died after ingesting 7.5 mg chromium(VI)/ kg as potassium dichromate, high levels of the liver enzymes, aspartate aminotransferase and alanine aminotransferase, were found in the serum 24 hours after ingestion. Upon postmortem examination, the liver had marked necrosis (Kaufman et al. 1970). Fatty degeneration of the liver was observed on autopsy of a 35-year-old female who died after ingesting approximately 257 mg chromium(VI)/kg (assuming a70-kg body weight) as chromic acid in a suicide (Loubieres et al. 1999).

Effects on the liver of rats and mice exposed to oral chromium(VI) compounds for acute, intermediate and chronic durations have been detected by biochemical and histochemical techniques. In male and female F344/N rats exposed to 4.0 and 4.1 mg chromium(VI)/kg/day, respectively, as disodium dichromate in drinking water for 5 days, serum alanine aminotransferase (ALT) activity was increased by 15 and 30%, respectively (NTP 2007). After 14 weeks of exposure, serum ALT activity was increased by 14% in male rats and by 30% in female rats and serum sorbital dehydrogenase (SDH) activity was increased by 77% in male rats and 359% in female rats at 1.7 mg chromium(VI)/kg/day (NTP 2007). In females, morphological changes to the liver included cellular histiocyte infiltration and chronic focal inflammation at doses of 3.5 and 20.9 mg chromium(VI)/kg/day, respectively; no morphological changes were observed in male rats, indicating that female rats may be more sensitive than males. However, similar exposure to B6C3F1 mice to 27.9 mg chromium(VI)/kg/day for 14 weeks produced no effects on serum liver enzymes or hepatic morphology (NTP 2007). Increased serum ALT and aspartate aminotransferase (AST) activities and hepatic morphological changes (vacuolization, increased sinusoidal space, and necrosis) were observed in rats exposed to 1.3 mg chromium(VI)/kg/day as potassium dichromate in drinking water for 22 weeks (Acharya et al. 2001). Increased serum ALT (253%) and histopathological changes (focal necrosis and degeneration with changes in vascularization) were reported in Wistar rats exposed to chromium(VI) (compound not specified) in drinking water for 10 weeks (Rafael et al. 2007). Rats treated by gavage with 13.5 mg chromium(VI)/kg/day as potassium chromate for 20 days had increased accumulations of lipids (Kumar and Rana 1982) and changes and relocalization of liver enzymes (alkaline phosphatase, acid phosphatase, glucose-6-phosphatase, cholinesterase, and lipase) (Kumar et al. 1985), as determined by histochemical means. In another study, no treatment-related histological changes in liver cells were observed in groups of Sprague-Dawley rats containing 24 males and 48 females that were exposed to chromium(VI) as potassium dichromate in the diet for 9 weeks followed by a recovery period of 8 weeks (NTP 1996b). Average daily ingestion of chromium(VI) for males was 1, 3, 6, and 24 mg/kg/day and 1, 3, 7, and 28 mg/kg/day for females. Although no indication

of hepatic effects was found in mice exposed to ≤36.7 mg/kg/day in a multigeneration feeding study (NTP 1997), some indication of liver toxicity was found in a 9-week feeding study in BALB/c mice exposed to 1.1, 3.5, 7.4, and 32 mg chromium(VI)/kg/day for males and 1.8, 5.6, 12, and 48 mg chromium(VI)/kg/day for females (NTP 1996a). Hepatocyte cytoplasmic vacuolization occurred in 1/6 males at 3.5 mg/kg/day, 2/5 males at 7.4 mg/kg/day, and 2/6 males at 32 mg/kg/day, and in 1/12 control females, 0/12 females at 1.8 mg/kg/day, 3/12 females at 5.6 mg/kg/day, 2/12 females at 12 mg/kg/day, and 4/12 females at 48 mg/kg/day. The vacuoles were small, clear, and well demarcated, which is suggestive of lipid accumulation. The small number of animals and lack of a clear dose-response preclude a definitive conclusion as to whether this effect was toxicologically significant. For chronic exposure durations, adverse liver effects have been observed in F344/N rats and B6C3F1 mice exposed to chromium(VI) as sodium chromate dihydrate in drinking water (NTP 2008a). In male rats exposed for 1 year to 0.77 mg chromium(VI)/kg/day, serum ALT activity was increased by 156%. After exposure for 2 years, histopathological examination of the liver showed the following morphological changes, with females of both species appearing more sensitive than males: chronic inflammation (2.1 chromium(VI)/kg/day), histiocytic cellular infiltration (5.9 chromium(VI)/kg/day) and basophilic foci (0.77 chromium(VI)/kg/day) in male rats; chronic inflammation (0.24 mg chromium(VI)/kg/day), histiocytic cellular infiltration (0.94 mg chromium(VI)/kg/day) and fatty change (0.94 mg chromium(VI)/ kg/day) in female rats; clear cell and eosinophilic foci in male mice (5.9 mg chromium(VI)/kg/day); and histiocytic cellular infiltration (0.38 mg chromium(VI)/kg/day) and chronic inflammation (3.1 mg chromium(VI)/kg/day) in female mice (NTP 2008a). No morphological changes, however, were detected in the livers of rats exposed to 3.6 mg chromium(VI)/kg/day as potassium chromate in the drinking water for 1 year (MacKenzie et al. 1958).

No evidence of liver damage has been observed in rats and mice treated with oral chromium(III) compounds for intermediate and chronic exposure durations, based on histopathological examination of the liver. For intermediate-duration exposures, no morphological changes were observed in rats exposed to 1,806 mg chromium(III)/kg/day as chromium oxide in the diet 5 days/week for 90 days (Ivankovic and Preussmann 1975), rats exposed to 9 mg chromium(III)/kg/day as chromium chloride or chromium picolinate in the diet for 20 weeks (Anderson et al. 1997b), rats exposed to 506 mg chromium(III)/kg/day and mice exposed to 1,415 mg chromium(III)/kg/day as chromium picolinate in the diet for 14 weeks (NTP 2008b; Rhodes et al. 2005), or rats exposed to chromium nicotinate in the diet at 1.5 mg chromium(III)/kg/day for 14 weeks or 0.25 mg chromium(III)/kg/day as chromium nicotinate for 38 weeks (Shara et al. 2005, 2007). For chronic-duration exposures, histological examination revealed no morphological changes in the livers of rats exposed to chromium oxide in the diet 5 days/week at

3.  HEALTH EFFECTS

2,040 mg chromium(III)/kg/day for 2 years (Ivankovic and Preussmann 1975), rats exposed to 3.6 mg chromium(III)/kg/day as chromium trichloride in the drinking water for 1 year (MacKenzie et al. 1958), of rats exposed to 513 mg chromium(III)/kg/day and mice exposed to 781 mg chromium(III)/kg/day as chromium picolinate in the diet for 2 years (NTP 2008b), rats exposed to 0.25 mg chromium(III)/kg/day as chromium nicotinate in the diet for 2 years (Shara et al. 2005, 2007), or rats exposed to 0.46 mg chromium(III)/kg/day as chromium acetate in the drinking water for 2–3 years (Schroeder et al. 1965).

**Renal Effects.**    Case studies were located regarding renal effects in humans after oral exposure to chromium(VI) compounds.  Acute renal failure, characterized by proteinuria, and hematuria, and followed by anuria, developed in a chrome plating worker who had accidentally swallowed an unreported volume of a plating fluid containing 300 g chromium trioxide/L.  He was treated by hemodialysis (Fristedt et al. 1965).  Necrosis of renal tubules was found upon autopsy of a 22-month-old boy who died after ingesting an unknown amount of sodium dichromate (Ellis et al. 1982) and of a 17-year-old boy who died after ingesting 29 mg chromium(VI)/kg as potassium dichromate (Clochesy 1984; Iserson et al. 1983).  A fatal ingestion of 4.1 mg chromium(VI)/kg as a chromic acid solution in a 44-year-old man resulted in acute tubular necrosis and renal failure (Saryan and Reedy 1988).  In an adult consuming a nonlethal dose of 20% chromic acid, a rapid decrease in urine output progressing to anuria was observed within 4 days of ingestion; abdominal ultrasound revealed enlarged kidneys with edematous cortex and pronounced pyramids without other pathology (Barešić et al. 2009).  A 14-year-old boy who ingested 7.5 mg chromium(VI)/kg as potassium dichromate died from renal failure 8 days after he was admitted to the hospital.  Upon postmortem examination, the kidneys were pale, enlarged, and necrotic with tubular necrosis and edema (Kaufman et al. 1970).  Acute renal failure and necrosis also observed on autopsy of a 35-year-old woman who died following ingestion of 357 mg chromium(VI)/kg as chromic acid (Loubieres et al. 1999).  Another case study of an 18-year-old woman who ingested a few grams of potassium dichromate reported proteinuria, oliguria, and destruction of the tubular epithelium of the kidneys.  She regained renal function following dialysis (Sharma et al. 1978).  Proteinuria and oliguria were also observed after ingestion of potassium dichromate by a 25-year-old woman (Goldman and Karotkin 1935).

Acute renal failure was reported in a 24-year-old man who ingested an unknown quantity of a dietary supplement (Arsenal X®) containing chromium picolinate daily for 2 weeks (Wani et al. 2006).  Serum creatinine was elevated approximately 3 times above the normal range, blood urea nitrogen was elevated slightly above normal range, urinalysis was positive for protein, and renal biopsy showed acute tubular necrosis.  The patient developed severe impairment of renal function that required hemodialysis.  Renal

function improved within 4 weeks of discontinuation of treatment with the supplement.  Chemical analysis of the dietary supplement was not conducted and the patient's plasma chromium levels were not obtained.  Adverse renal effects were reported in a 49-year-old woman who ingested 600 μg of chromium(III) picolinate (equivalent to 74.4 μg chromium(III)/day or 1.1 μg chromium(III)/kg/day, assuming a body weight of 70 kg) daily for 6 weeks (Wasser et al. 1997).  The patient was evaluated approximately 5 months after initiating the 6-week treatment.  Serum creatinine levels were approximately 6 times above the normal range, blood urea nitrogen was approximately 4 times above the normal range, and trace amounts of blood were found in the urine.  Renal biopsy showed severe chronic active interstitial nephritis.  After 2 months of treatment with prednisone, serum creatinine levels were approximately 4 times above the normal range (other values were not reported).  Chemical analysis of the dietary supplement was not conducted and the patient's plasma chromium levels were not obtained.

Renal effects have been observed in animals following oral exposure to chromium(VI), but not chromium(III), compounds.  Effects on the kidneys of rats exposed to potassium chromate have been detected by biochemical and histochemical techniques.  Rats treated by gavage with 13.5 mg chromium(VI)/kg/day for 20 days had increased accumulation of lipids and accumulated triglycerides and phospholipids in different regions of the kidney than controls (Kumar and Rana 1982).  Similar treatment of rats also resulted in inhibition of membrane and lysosomal enzymes (alkaline phosphatase, acid phosphatase, glucose-6-phosphatase, and lipase) in the kidneys (Kumar and Rana 1984). Histopathological changes to the kidneys, including vacuolization in glomeruli, degeneration of basement membrane of Bowman's capsule, and renal tubular epithelial degeneration, were observed in Wistar rats exposed to 1.3 mg chromium(VI)/kg/day as potassium dichromate in drinking water for 22 weeks (Acharya et al. 2001).  Oliguria and proteinuria were observed in Wistar rats exposed to 100 mg chromium(VI)/kg/day as sodium chromate in drinking water for 28 days (Diaz-Mayans et al. 1986). Significant reductions in creatinine clearance and renal hemorrhage, necrosis, and enlarged glomeruli space were observed in rats exposed to 9.4 mg chromium(VI)/kg/day as potassium dichromate in drinking water during pregnancy and lactation (Soudani et al. 2010b) or 3.4 mg chromium(VI)/kg/day as potassium dichromate in drinking water for 21 days (Soudani et al. 2010a).  However, histological examination revealed no morphological changes in the kidneys of rats exposed to 3.6 mg chromium(VI)/kg/day as potassium chromate in drinking water for 1 year (MacKenzie et al. 1958). Results of studies in rats and mice conducted by NTP (1996a, 1996b, 1997, 2007, 2008a) also show no histopathological changes in kidneys following intermediate-or chronic-duration exposure to chromium(VI) compounds in the diet or drinking water.  The respective highest doses of chromium(VI) tested for intermediate and chronic exposure durations were 48 mg chromium(VI)/kg/day in mice

exposed to dietary potassium dichromate for 9 weeks (NTP 1996a) and 8.7 chromium(VI)/kg/day, as
sodium dichromate dihydrate in drinking water (NTP 2007, 2008a).

Exposure of mice and rats to chromium(III) compounds (chromium acetate, chromium nicotinate,
chromium oxide, chromium picolinate, and chromium trichloride) in food or drinking water for up to
2 years did not result in renal damage, based on histopathological examination of kidneys (Anderson et al.
1997b; Ivankovic and Preussmann 1975; MacKenzie et al. 1958; NTP 2008b; Schroeder et al. 1965;
Shara et al. 2005, 2007).  The respective highest doses of chromium(III) tested for intermediate and
chronic exposure durations were 1,806 mg chromium(III)/kg/day as chromium oxide in the diet
5 days/week for 3 months and 2,040 mg chromium(III)/kg/day chromium oxide in the diet 5 days/week
for 2 years (Ivankovic and Preussmann 1975).  Renal function was not assessed in these studies.

**Endocrine Effects.**    No studies were located regarding endocrine effects in humans following oral
exposure to chromium(VI) or (III) compounds.  Serum prolactin levels were decreased by 59% in male
Wistar rats exposed to 74 mg chromium(VI)/kg/day as potassium dichromate in drinking water for
30 days (Quinteros et al. 2007).  Histopathological examination of the endocrine tissues (including
adrenal gland, parathyroid, and thyroid) has been evaluated in rats and mice exposed to oral
chromium(VI) (as sodium dichromate dihydrate) and chromium(III) (as chromium nicotinate and
chromium picolinate) for durations of 3 months to 2 years, with no abnormalities observed (NTP 2007,
2008a, 2008b; Shara et al. 2005, 2007).  For chromium(VI) compounds, the highest doses tested for
intermediate and chronic exposure durations were 27.9 and 8.7 chromium(VI)/kg/day, respectively, as
sodium dichromate dihydrate in drinking water (NTP 2007, 2008a).  For chromium(III) compounds, the
highest doses tested for intermediate and chronic exposure durations were 1,415 and 781 mg
chromium(III)/kg/day, respectively, as chromium picolinate in the diet for 3 months and 2 years,
respectively (NTP 2008b; Rhodes et al. 2005).  Endocrine function was not assessed in these studies.

**Dermal Effects.**    Administration of 0.04 mg chromium(VI)/kg as potassium dichromate in an oral
tolerance test exacerbated the dermatitis of a building worker who had a 20-year history of chromium
contact dermatitis.  A double dose led to dyshidrotic lesions (vesicular eruptions) on the hands (Goitre et
al. 1982).  Dermatitis in 11 of 31 chromium-sensitive individuals worsened after ingestion of 0.036 mg
chromium(VI)/kg as potassium dichromate (Kaaber and Veien 1977).  The sensitizing exposures were not
discussed or quantified.  No information regarding dermal effects of oral exposure of humans to
chromium(III) compounds was identified.

No studies were located regarding noncancer dermal effects in animals after oral exposure to chromium(VI) or chromium(III) compounds. The effect of oral exposure to chromium(VI) compounds on increased susceptibility of hairless mice to ultraviolet light-induced skin cancer is discussed in Section 3.2.2.7 (Oral Exposure, Cancer).

**Ocular Effects.**    No studies were located regarding ocular effects in humans after oral exposure to chromium(VI) or chromium(III) compounds. Histopathologic examination of rats and mice exposed to sodium dichromate dihydrate in drinking water at 20.9 and 27.9 mg chromium(IV)/kg/day, respectively, for 3 months or at 7.0 and 8.7 mg chromium(IV)/kg/day, respectively, for 2 years revealed normal morphology of the ocular tissue (NTP 2007, 2008a). Similar negative findings were observed in rats and mice exposed to chromium(III) as dietary chromium picolinate at 506 and 1415 mg chromium(III)/kg/day, respectively, for 3 months or at 313 and 781 mg chromium(III)/kg/day, respectively, for 2 years (NTP 2008b).

**Body Weight Effects.**    Studies reporting body weight effects in humans exposed to chromium(VI) were not identified. The potential beneficial effect of dietary supplementation with chromium(III) (as chromium picolinate or other chromium(III) compounds) to aid in weight loss and increase lean body mass has been reported. Although the role of chromium(III) in the regulation of lean body mass, percentage body fat, and weight reduction is highly controversial with negative and positive results being reported in the literature, studies assessing these effects were not designed to evaluate weight loss as a toxicological end point (Anderson 1998b). Thus, body weight effects associated with dietary supplementation with chromium(III) compounds is not considered adverse (see Section 2.2 for additional information).

Significant decreases in body weight have been reported in several intermediate-duration oral chromium(VI) studies in animals (Bataineh et al. 1997; Chowdhury and Mitra 1995; De Flora et al. 2006; Elbetieha and Al-Hamood 1997; NTP 1996a, 1996b, 2007; Quinteros et al. 2007; Yousef et al. 2006). However, it should be noted that high concentrations of chromium in drinking water decrease palatability of water, resulting in decreased water consumption; thus, decreased body weight may, in part, be due to decreased water consumption, in addition to other causes. In male rats exposed to 73 mg chromium(VI)/kg/day as potassium dichromate in drinking water for 30 days, body weight was decreased by 11.6% (Quinteros et al. 2007). A 19% decrease in body weight gain was observed in male rats exposed to 42 mg chromium(VI)/kg/day (Bataineh et al. 1997) and a 10% decrease was reported in male mice exposed to 6 mg chromium(VI)/kg/day (Elbetieha and Al-Hamood 1997) as potassium dichromate

in drinking water for 12 weeks. Note that daily doses in the study by Elbetieha and Al-Hamood (1997) may be overestimated, due to decreased water consumption in the higher concentration group (decrease was not quantified by study authors). Final body weight was decreased in rats and mice exposed to sodium dichromate dihydrate in drinking water for 14 weeks (NTP 2007). In rats, body weight was decreased in males by 11% at 11.2 mg chromium(VI)/kg/day and in females by 6% at 20.9 mg chromium(VI)/kg/day; in mice, body weight was decreased by 6% in males at 3.1 mg chromium(VI)/kg/day and by 8% in females at 5.2 mg chromium(VI)/kg/day. Decreases in body weight were also observed in male mice (9.3%) and female (13.5%) mice exposed to 165 and 14 mg chromium(VI)/kg/day as sodium dichromate dihydrate in drinking water for 210 days (De Flora et al. 2006). Gavage administration of 40 or 60 mg chromium(VI)/kg/day as sodium dichromate for 90 days resulted in 57 and 59% decreases in body weight gain, respectively (Chowdhury and Mitra 1995). In contrast, no changes in body weight gain were seen in rats or mice exposed to 9.8 mg or 48 mg chromium(VI)/kg/day, respectively, as potassium dichromate in the diet for 9 weeks (NTP 1996a, 1996b) or in rabbits administered 3.6 mg chromium(VI)/kg/day by gavage as potassium dichromate (Yousef et al. 2006). No alterations in body weight gain were observed in rats chronically exposed (1 year) to 3.6 mg chromium(VI)/kg/day as potassium chromate in drinking water (Mackenzie et al. 1958). In contrast, final body weight was decreased by 12% in male rats at 5.9 mg chromium(VI)/kg/day and by 11% in female rats at 7.0 mg chromium(VI)/kg/day as sodium dichromate dihydrate in drinking water for 2 years (NTP 2008a).

Several studies have examined the effect of exposure to potassium dichromate in drinking water on maternal body weight gain. An acute exposure (9 days) resulted in 8 and 24% decreases in body weight gain in pregnant mice exposed to 101 or 152 mg chromium(VI)/kg/day, respectively (Junaid et al. 1996b). Similarly, a decrease in maternal body weight gain was observed in pregnant mice exposed to 98 mg chromium(VI)/kg/day as potassium dichromate for 19 days (Trivedi et al. 1989). Reduced maternal body weight gains of 8, 14, and 21% were observed in rats exposed to 37, 70, or 87 mg chromium(VI)/kg/day for 20 days prior to mating (Kanojia et al. 1996). Similar decreases in body weight gain (18 and 24%) were observed in rats exposed to 89 or 124 mg chromium(VI)/kg/day, respectively, for 3 months prior to mating (Kanojia et al. 1998). However, no alterations in maternal body weight gain were observed in a continuous breeding study in which rats were exposed to 36.7 mg chromium(VI)/kg/day as potassium dichromate in the diet (NTP 1997).

Conflicting results have been reported for alterations in body weight in rats and mice exposed to oral chromium(III) compounds for intermediate and chronic exposure durations. Dietary exposure to 9 mg chromium(III)/kg/day as chromium chloride or chromium picolinate for 20 weeks (Anderson et al. 1997b)

or 3.6 mg chromium(III)/kg/day as chromium chloride (Mackenzie et al. 1958) did not result in significant alterations in body weight gain. No alterations on body weight were observed in rats or mice exposed to dietary chromium picolinate for 14 weeks at doses up to 506 and 1,415 mg chromium(III)/ kg/day, respectively (NTP 2008b; Rhodes et al. 2005) or in male and female mice exposed to chromic potassium sulfate in drinking water for 210 days at doses of 165 and 140 mg chromium(III)/kg/day, respectively (De Flora et al. 2006). No change in body weight was observed in male and female rats exposed to dietary chromium nicotinate for 90 days at 1.5 and 1.2 mg chromium(III)/kg/day, respectively (Shara et al. 2005); however, body weight was decreased by 8.1% in males at 0.22 mg chromium(III)/ kg/day and by 11.4% in females at 0.25 mg chromium(III)/kg/day following exposure to dietary chromium nicotinate for 38 weeks (Shara et al. 2007). Exposure to chromium chloride in drinking water resulted in 14 and 24% decreases in body weight gain in rats exposed to 40 mg chromium(III)/kg/day for 12 weeks (Bataineh et al. 1997) and male mice exposed to 5 mg chromium(III)/kg/day for 12 weeks (Elbetieha and Al-Hamood 1997), respectively. Note that daily doses in the study by Elbetieha and Al-Hamood (1997) may be overestimated, due to decreased water consumption in the higher concentration group (decrease was not quantified by study authors). No alterations in body weight gain were observed in rats or mice exposed to 0.46 or 0.48 mg chromium(III)/kg/day, respectively, as chromium acetate for a lifetime (Schroeder et al. 1964, 1965), or in mice and rats exposed to dietary chromium picolinate for 2 years at doses up to 313 and 781 mg chromium(III)/kg/day, respectively (NTP 2008b). However, exposure to dietary chromium nicotinate for 2 years resulted in a 14.9% decrease in male rats at 0.22 mg chromium(III)/kg/day and a 9.6% decrease in female rats at 0.25 mg chromium(III)/kg/day (Shara et al. 2007).

**Metabolic Effects.** Metabolic acidosis was observed in a 35-year-old female who died after ingesting approximately 257 mg chromium(VI)/kg (assuming a 70-kg body weight) as chromic acid in a suicide (Loubieres et al. 1999). No information on adverse metabolic effects of chromium(III) compounds in humans was identified. Serum glucose was elevated by 65% in male Wistar rats exposed to 3.7 mg chromium(VI)/kg/day (compound not specified) in drinking water for 10 weeks (Rafael et al. 2007). No changes in serum glucose were reported in rats and mice exposed to sodium dichromate dihydrate in drinking water for 3 months at doses up to 27.9 mg chromium(VI)/kg/day or for 2 years at doses up to 8.7 mg chromium(VI)/kg/day (NTP 2007, 2008a); however, data on serum glucose were not presented in the study reports. No information on adverse metabolic effects of chromium(III) compounds in animals was identified.

### 3.2.2.3  Immunological and Lymphoreticular Effects

The only reported effect of orally exposed humans on the immune system was the exacerbation of chromium dermatitis in chromium-sensitive individuals, as noted for dermal effects in Section 3.2.2.2. Sensitization of workers, resulting in respiratory and dermal effects, has been reported in numerous occupational exposure studies.  Although the route of exposure for initial sensitization in an occupational setting is most likely a combination of inhalation, oral, and dermal routes, information on the exposure levels producing sensitization by the oral route was not identified.  Additional information on contact dermatitis in sensitized workers is provided in Section 3.2.3.3 (Dermal Exposure, Immunological and Lymphoreticular Effects).

Oral exposure of animals to chromium(VI), but not chromium(III), compounds resulted in functional and histopathological changes to the immune system (NTP 2007, 2008a; Snyder and Valle 1991). Splenocytes prepared from rats given potassium chromate in drinking water at 16 mg chromium(VI)/ kg/day for 3 weeks showed an elevated proliferative response of T-and B-lymphocytes to the mitogens, concanavalin A and liposaccharide, compared with splenocytes from control rats.  A 5-fold enhancement of the proliferative response to mitomycin C was also seen when splenocytes from rats exposed for 10 weeks were incubated with splenocytes from nonexposed rats and additional chromium (0.1 mg chromium(VI)/L) was added to the incubation compared to the system without added chromium.  It was suggested that these increased proliferative responses represent chromium-induced sensitization (Snyder and Valle 1991).  Microscopic changes to lymphatic tissues, including histiocytic cellular infiltration of mesenteric and/or pancreatic nodes, were observed in rats and mice exposed to sodium dichromate dihydrate in drinking water for 3 months or 2 years (NTP 2007, 2008a).  Following 3 months of exposure, histiocytic cellular infiltration was observed in male and female rats at 1.7 and 20.9 mg chromium(VI)/kg/day, respectively, and in mice at 3.1 mg chromium(VI)/kg/day (NTP 2007).  After 2 years of exposure, histiocytic cellular infiltration and hemorrhage of mesenteric lymph nodes were observed in male rats at 0.77 mg chromium(VI)/kg/day (NTP 2008a).  Histiocytic cellular infiltration of lymph nodes, but not hemorrhage, was observed at 2.4 mg chromium(VI)/kg/day in female rats and at 0.38 mg chromium(VI)/kg/day in mice (NTP 2008a).  No abnormal histopathological changes were observed in lymphatic tissues of rats and mice exposed to oral chromium(III) (as chromium nicotinate and chromium picolinate) for 3 months or 2 years (NTP 2008b; Rhodes et al. 2005; Shara et al. 2005, 2007). These highest doses of chromium(III) tested for intermediate and chronic exposure durations were 1,415 mg chromium(III)/kg/day as chromium picolinate in feed for 3 months and 781 mg chromium(III)/ kg/day as chromium picolinate in feed for 2 years.  The NOAEL and LOAEL values are recorded in

Table 3-4 and plotted in Figure 3-3 for chromium(VI) and recorded in Table 3-5 and plotted in Figure 3-4 for chromium(III).

### 3.2.2.4   Neurological Effects

The only information regarding neurological effects in humans after oral exposure to chromium(VI) is the report of an enlarged brain and cerebral edema upon autopsy of a 14-year-old boy who died after ingesting 7.5 mg chromium(VI)/kg as potassium dichromate.  These effects may be the result of accompanying renal failure (Kaufman et al. 1970).  No information was identified on neurological effects in humans after oral exposure to chromium(III) compounds.

A decrease in motor activity and balance was reported in rats given 98 mg chromium(VI)/kg/day as sodium chromate in drinking water for 28 days (Diaz-Mayans et al. 1986).  No additional studies were identified evaluating neurological function in laboratory animals following oral exposure to chromium(VI) or chromium(III) compounds.  Histopathological examination of the brain and nervous system tissues has been evaluated in rats and mice exposed to oral chromium(VI) (as sodium dichromate dihydrate) and chromium(III) (as chromium nicotinate, chromium oxide, and chromium picolinate) for durations of 3 months to 2 years, with no abnormalities observed (Ivankovic and Preussmann 1975; NTP 2007, 2008a, 2008b; Shara et al. 2005, 2007).  For chromium(VI) compounds, the highest doses tested for intermediate and chronic exposure durations were 27.9 and 8.7 chromium(VI)/kg/day, respectively, as sodium dichromate dihydrate in drinking water (NTP 2007, 2008a).  For chromium(III) compounds, the highest doses tested for intermediate and chronic exposure durations were 1,806 and 2,040 mg chromium(III)/kg/day, respectively, as chromium oxide in the diet 5 days/week (Ivankovic and Preussmann 1975).  None of these studies conducted more sensitive neurological, neurochemical, or neurobehavioral tests.

The NOAEL and LOAEL values are recorded in Table 3-4 and plotted in Figure 3-3 for chromium(VI) and recorded in Table 3-5 and plotted in Figure 3-4 for chromium(III).

### 3.2.2.5   Reproductive Effects

No studies were located regarding reproductive effects in humans after oral exposure to chromium(VI) or chromium(III) compounds.

A number of studies have reported reproductive effects in animals orally exposed to chromium(VI). Functional and morphological effects on male reproductive organs have been reported in monkeys, rats, mice, and rabbits. In a series of studies in male bonnet monkeys (*Macaca radiate*) (Aruldhas et al. 2004, 2005, 2006; Subramanian et al. 2006), decreased testes weight, histopathological changes of the epididymis, disrupted spermatogenesis, and decreased sperm count and motility were observed following exposure to 2.1, 4.1, and 8.3 mg chromium(VI)/kg/day as potassium dichromate in drinking water for 180 days. Histopathological changes, characterized by ductal obstruction and development of microcanals, germ cell depletion, hyperplasia of Leydig cells, and Sertoli cell fibrosis, increased in severity with dose. Sperm count and motility were significantly decreased, with effects exhibiting duration- and dose-dependence (Subramanian et al. 2006). After exposure for 2 months, significant decreases in sperm count (by 13%) and motility (by 12%) were observed only in monkeys treated with 8.3 mg chromium(VI)/kg/day, whereas after 6 months, dose-dependent decreases in sperm count and motility were observed at doses of ≥2.1 mg chromium(VI)/kg/day. No effects on sperm count or motility were observed in monkeys treated with 1.1 chromium(VI)/kg/day, although histopathological assessment of male reproductive tissues was not conducted in this dose group.

Exposure of male Wistar rats to 5.2 and 10.4 mg chromium(VI)/kg/day administered as chromic acid by gavage for 6 days produced decreased sperm count and histopathological changes to the testes (Li et al. 2001). Similar effects occurred at both doses, with sperm count decreased by 75.5 and 79.6% at 5.2 and 10.4 mg chromium(VI)/kg/day, respectively, and the "level of abnormal sperm" was increased 2.4-fold and 2.8-fold at 5.2 and 10.4 mg chromium(VI)/kg/day, respectively. Histopathological assessment of testes showed decreased diameter of seminiferous tubules and germ cell rearrangement within the tubules. In contrast, exposure of F344/N male rats to chromium(VI) as sodium dichromate dihydrate in drinking water at doses up to 20.9 or mg chromium(VI)/kg/day for 3 months or 5.9 mg chromium(VI)/kg/day for 2 years did not produce histopathological changes to male reproductive tissues (NTP 2007, 2008a).

Male reproductive effects were observed in groups of 10 mature male Charles Foster strain rats administered 20, 40, and 60 mg chromium(VI)/kg/day as sodium dichromate(VI) by gavage for 90 days (Chowdhury and Mitra 1995). Testis weight, population of Leydig cells, seminiferous tubular diameter, testicular protein, DNA, and RNA were all significantly reduced at 40 and 60 mg chromium(VI)/kg/day. The number of spermatogonia was not affected by treatment; however, resting spermatocytes (high dose), pachytene spermatocytes (high dose, intermediate dose) and stage-7 spermatid (high and intermediate doses) counts were significantly reduced and were treatment related. Testicular activity of succinic dehydrogenase was significantly lowered in the two high-dose groups, testicular cholesterol

concentrations were elevated in the highest-dosed group, and both serum testosterone and testicular levels of 3β-$\Delta^5$-hydroxysteroid dehydrogenase were significantly lowered.  The authors also determined that the total testicular levels of ascorbic acid in the two higher-dosing groups was about twice that of the control values whereas, in the highest-treated group the total ascorbic acid levels were about half those of controls.  At the low dose (20 mg/kg/day), testicular protein, 3β-$\Delta^5$-hydroxysteroid dehydrogenase, and serum testosterone were decreased.  The authors indicated that chromium enhanced levels of the vitamin, but at the highest dose, testicular levels became exhausted, thus decreasing the ability of the cells to reduce chromium(VI).

Significant alterations in sexual behavior and aggressive behavior were observed in male Sprague-Dawley rats exposed to 42 mg chromium(VI)/kg/day as potassium dichromate in the drinking water for 12 weeks (Bataineh et al. 1997).  The alterations in sexual behavior included decreased number of mounts, lower percentage of ejaculating males, and increased ejaculatory latency and postejaculatory interval.  The adverse effects on aggressive behavior included significant decreases in the number of lateralizations, boxing bouts, and fights with the stud male and ventral presenting.  No significant alterations in fertility were observed when the exposed males were mated with unexposed females.

Reduced sperm count and degeneration of the outer cellular layer of the seminiferous tubules were observed in BALB/c mice exposed for 7 weeks to 15.2 mg chromium(VI)/kg/day as potassium dichromate in the diet (Zahid et al. 1990).  Morphologically altered sperm occurred in mice given diets providing 28 mg chromium(VI)/kg/day as potassium dichromate.  No effect was found on testis or epididymis weight, and reproduction function was not assessed.  In contrast, an increase in testes weight was observed in Swiss mice exposed in drinking water to 6 mg chromium(VI)/kg/day as potassium dichromate for 12 weeks.  At the next highest dose (14 mg chromium(VI)/kg/day), decreases in seminal vesicle and preputial gland weights were observed, although no information of sperm count was reported (Elbetieha and Al-Hamood 1997).  At the higher exposure level, mice consumed less water (data on water consumption were not included in the study report); thus, the daily chromium(VI) dose may be overestimated for this exposure group.  In studies designed to confirm or refute the findings of the Zahid et al. (1990) study, the reproductive effects of different concentrations of chromium(VI) as potassium dichromate in the diet on BALB/c mice and Sprague-Dawley rats were investigated (NTP 1996a, 1996b).  Groups of 24 of each species were fed potassium dichromate(VI) in their feed continuously for 9 weeks followed by an 8-week recovery period.  For mice, the average daily ingestions of chromium(VI) were 1.05, 3.5, 7.5, and 32.2 mg/kg/day for males and for rats were 0.35, 1.05, 2.1, and 8.4 mg/kg/day (NTP 1996b).  Microscopic examinations of the testes and epididymis for Sertoli nuclei and preleptotene

spermatocyte counts in stage X or XI tubules did not reveal any treatment-related effects. Similarly, exposure to sodium dichromate dihydrate in drinking water did not produce morphological changes to male reproductive organs of B6C3F1 mice exposed to 27.9 or 5.9 mg chromium(VI)/kg/day for 3 months or 2 years, respectively, or affect sperm count or motility in male B6C3F1, BALB/c and C57BL/6N mice exposed to 8.7 mg chromium(VI)/kg/day for 3 months (NTP 2007, 2008a).

Reduced sperm count and plasma testosterone were observed in male New Zealand rabbits administered 3.6 mg chromium(VI)/kg/day as potassium dichromate for 10 weeks by gavage (Yousef et al. 2006). Sperm count was decreased by 18%, total sperm output was decreased by 25.9%, total number of mobile sperm was decreased by 34.3%, and number of dead sperm increased by 23.9%. In addition, relative weight of testes and epididymis were decreased by 22.2% and plasma testosterone was decreased by 20.8%.

Effects of chromium(VI) on the female reproductive system have been reported in rats and mice. Murthy et al. (1996) reported a number of reproductive effects in female Swiss albino mice exposed to potassium dichromate in drinking water for 20 days. The observed effects included a significant reduction in the number of follicles at different stages of maturation at ≥60 mg chromium(VI)/kg/day, reduction in the number of ova/mice at ≥120 mg chromium(VI)/kg/day, significant increase in estrus cycle duration at 180 mg chromium(VI)/kg/day, and histological alterations in the ovaries (e.g., proliferated, dilated, and congested blood vessels, pyknotic nuclei in follicular cells, and atretic follicles) at ≥120 mg chromium(VI)/kg/day. The severity of the reproductive effects appeared to be dose-related. In an ancillary study, electron microscopy of selected ovarian tissues revealed ultrastructural changes (disintegrated cell membranes of two-layered follicular cells and altered villiform cristae of mitochondria and decreased lipid droplets in interstitial cells) in mice exposed to 1.2 mg chromium(VI)/kg/day for 90 days; the toxicological significance of these alterations is not known. The study authors suggest that the effects observed in the interstitial cells may be due to a reduction in lipid synthesizing ability, which could lead to decreased steroid hormone production. An increase in relative ovarian weight was observed in female Swiss mice exposed for 12 weeks to 14 mg chromium(VI)/kg/day as potassium dichromate (Elbetieha and Al-Hamood 1997), although the calculated daily dose may be overestimated, due to decreased water consumption in the higher concentration group (decrease was not quantified by study authors). In contrast, microscopic examinations of the ovaries showed no treatment-related effects in female BALB/c mice and Sprague-Dawley rats fed up to 9.8 and 48 mg chromium(VI)/kg/day, respectively, as potassium dichromate(VI) in the diet continuously for 9 weeks followed by an 8-week recovery period (NTP 1996b). Similarly, exposure of female F344/N rats and B6C3F1 mice to sodium

dichromate dihydrate in drinking water at doses up to 20.9 and 27.9 mg chromium(VI)/kg/day, respectively, for 3 months or at doses up to 7.0 and 8.6 mg chromium(VI)/kg/day, respectively, for 2 years did not produce histopathological changes to the ovaries (NTP 2007, 2008a).

Several studies have reported increases in preimplantation losses and resorptions in rats and mice exposed to chromium(VI).  However, for studies evaluating high concentration of chromium, it is possible that effects may, in part, be secondary to maternal toxicity.  In addition, high concentration of chromium in food and water decrease palatability and can result in decreased food and drinking water consumption. Exposure of pregnant mice to 46 mg chromium(VI)/kg/day as potassium dichromate in drinking water during gestation resulted in increased preimplantation and postimplantation loss, and decreased litter size. Maternal body weight gain decreased at doses ≥98 mg chromium(VI)/kg/day (Trivedi et al. 1989).  In female Swiss albino mice exposed for 20 days prior to mating to potassium dichromate in drinking water at concentrations that resulted in doses of 0, 52, 98, or 169 mg chromium(VI)/kg/day and then mated, the number of corpora lutea was decreased at 169 mg/kg/day, preimplantation loss and resorptions were increased at ≥98 mg/kg/day, and placental weights were decreased at ≥57 mg/kg/day (Junaid et al. 1996a).  Increases in the number of resorptions were also found in female Swiss albino rats exposed to 37, 70, or 87 mg chromium(VI)/kg/day (as potassium dichromate in the drinking water) for 20 days prior to mating (Kanojia et al. 1996).  Additional reproductive effects observed at 70 or 87 mg chromium(VI)/ kg/day include decreased number of corpora lutea, decreased number of implantations, and increased number of preimplantation losses.  A treatment-related increase in the length of estrus cycle was significantly different from controls only in the 87 mg chromium(VI)/kg/day group.  Decreased mating, decreased fertility, and increased pre- and postimplantation loss were observed in female Druckrey rats receiving doses of 45, 89, and 124 mg chromium(VI)/kg/day (as potassium dichromate in the drinking water) for 3 months prior to mating; the 89 and 124 mg chromium(VI)/kg/day groups exhibited increased resorptions as well (Kanojia et al. 1998).  A decrease in fertility (decreased number of implantations and viable fetuses) was observed in male and female Swiss mice that were exposed to 6 mg chromium(VI)/ kg/day as potassium dichromate for 12 weeks and then were mated with unexposed males and females; however, the classification of non-viable fetuses was not presented in this report (Elbetieha and Al-Hamood 1997).  An increase in the number of mice with resorptions was also observed in the exposed females.

No reproductive effects were observed in a multigeneration reproductive assessment by continuous breeding study of BALB/c mice fed a diet containing potassium dichromate(VI).  Males and females were exposed to chromium for 7 days and then 20 pairs ($F_0$) in each dose group were allowed to continuously

mate for 85 days (NTP 1997). The mean doses of chromium(VI) in $F_0$ animals were 6.8, 13.5, and 30.0 mg/kg/day. Litters produced during the 85-day mating period were examined at postnatal day 1. There were no treatment related changes in average litters/pair, number of live and dead pups per litter, sex ratios, pup weights, or changes in gestational time. There were no dose related gross pathological organ differences observed for both $F_0$ males and females, nor any differences in organ to body weight ratios. At the highest dose the $F_0$ females had lower mean body weights than control animals by about 7%. There were no effects on sperm number or motility, nor were there any increases in abnormal sperm morphology. Histopathological examination of livers and kidneys from $F_0$ males and females showed no changes that were treatment related. $F_1$ litters produced after 85 days were reared by the dam until weaning on postnatal day 21 then separated and allowed to mature for about 74 days. At that time, 20 pairs were allowed to mate and produce $F_2$ progeny. Mean exposures to chromium(VI) to $F_1$ animals were determined to be 7.8, 16.0, and 36.7 mg/kg/day. $F_2$ litters were reared by the dam until weaning on postnatal day 21 before being sacrificed. There were no differences in $F_2$ average litters/pair, number of live and dead pups per litter, sex ratios, pup weights, or changes in gestational time between exposed groups and controls. There were no dose-related gross pathological organ differences observed for both $F_1$ males and females, nor any differences in organ to body weight ratios. No histological lesions were observed in liver and kidney cells that were dose related, nor did chromium(VI) have any effects on estrous cycling.

Studies on the reproductive effects of chromium(III) yield conflicting results. Exposure to chromium(III) as chromium oxide did not cause reproductive effects in rats. Male and female rats fed 1,806 mg chromium(III)/kg/day as chromium oxide 5 days/week for 60 days before gestation and throughout the gestational period were observed to have normal fertility, gestational length, and litter size (Ivankovic and Preussmann 1975). A study by Bataineh et al. (1997) found significant alterations in sexual behavior (reductions in the number of mounts, increased postejaculatory interval, and decreased rates of ejaculation), aggressive behavior toward other males, and significantly lower absolute weight of testes, seminal vesicles, and preputial glands in male Sprague-Dawley rats exposed to 40 mg chromium(III)/kg/day as chromium chloride in the drinking water for 12 weeks. Male fertility indices (assessed by impregnation, number of implantations, and number of viable fetuses) did not appear to be adversely affected by exposure to chromium chloride, although the untreated females mated to treated males exhibited an increase in the total number of resorptions (Bataineh et al. 1997). In contrast, a decrease in the number of pregnant females was observed following the mating of unexposed females to male Swiss mice exposed to 13 mg chromium(III)/kg/day as chromium chloride (Elbetieha and Al-Hamood 1997). Impaired fertility (decreased number of implantations and viable fetuses) was also observed in females

exposed to 5 mg chromium(III)/kg/day mated to unexposed males; however, no information on sperm count was reported and the definition and classification of viable fetuses were not provided (Elbetieha and Al-Hamood 1997). This study also found increased testes and ovarian weights and decreased preputial gland and uterine weights at 5 mg chromium(III)/kg/day. At lower concentrations of chromium chloride (9 mg chromium(III)/kg/day in the diet for 20 weeks), no alterations in testes or epididymis weights were observed in rats (Anderson et al. 1997b). A similar exposure to chromium(III) picolinate also did not result in testes or epididymis weight alterations (Anderson et al. 1997b). This study did not assess reproductive function. Mice exposed for 7 weeks to 9.1 mg chromium(III)/kg/day as chromium sulfate in the diet had reduced sperm count and degeneration of the outer cellular layer of the seminiferous tubules. Morphologically altered sperm occurred in BALB/c mice given diets providing 42.4 mg chromium(III)/kg/day as chromium sulfate (Zahid et al. 1990).

Exposure of rats and mice to high doses of chromium(III) compounds (chromium nicotinate and chromium picolinate) in the diet for 3 months or 2 years did not produce histopathological changes to male or female reproductive organs (NTP 2008b; Rhodes et al. 2005; Shara et al. 2005, 2007). In the 3-month studies on chromium picolinate, doses up to 505 and 506 mg chromium(III)/kg/day were evaluated in male and female F344/N rats, respectively, and doses up to 1,415 and 1,088 mg chromium(III)/kg/day were evaluated in male and female B6C3F1 mice, respectively; in the 2-year studies, doses up to 286 and 313 mg chromium(III)/kg/day were evaluated in male and female rats, respectively and doses up to 781 and 726 mg chromium(III)/kg/day, were evaluated in male and female mice, respectively (NTP 2008b; Rhodes et al. 2005). In addition, the 3-month study in rats and mice did not find any treatment-related effects on sperm count and motility or on estrous cycle (percentage of time spent in various estrous cycle stages or estrous cycle length, based on evaluation of vaginal cytology (NTP 2008b; Rhodes et al. 2005). Although the 3-month and 2-year studies on chromium nicotinate did not reveal any morphological changes to reproductive tissues of male and female Sprague-Dawley rats, only low doses were evaluated (up to 1.5 mg chromium(III)/kg/day for 3 months and up to 0.25 mg chromium(III)/kg/day for 2 years) (Shara et al. 2005, 2007).

As discussed in greater detail in Section 3.2.2.6, the reproductive system is also a target in the developing organism. Delayed vaginal opening and decreased relative weights of the uterus, ovaries, testis, seminal vesicle, and preputial glands were observed in mouse offspring exposed to potassium dichromate or chromium(III) chloride on gestational day 12 through lactation day 20 (Al-Hamood et al. 1998). Impaired fertility was observed in the chromium(III) chloride-exposed female offspring when they were

mated with unexposed males (Al-Hamood et al. 1998); no effect on fertility was observed in the male offspring.

The highest NOAEL value and all reliable LOAEL values for reproductive effects in each species and duration category are recorded in Table 3-4 and plotted in Figure 3-3 for chromium(VI) and recorded in Table 3-5 and plotted in Figure 3-4 for chromium(III).

### 3.2.2.6  Developmental Effects

No studies were located regarding developmental effects in humans after oral exposure to chromium or its compounds.

Several animal studies provide evidence that chromium(VI) is a developmental toxicant in rats and mice. A series of studies (Junaid et al. 1996a; Kanojia et al. 1996, 1998) were conducted to assess whether pre-mating exposure to potassium dichromate would result in developmental effects.  In the first study, groups of 15 female Swiss albino mice were exposed to 0, 52, 98, or 169 mg chromium(VI)/kg/day as potassium dichromate in drinking water for 20 days (Junaid et al. 1996a) and then mated with untreated males.  At 52 mg chromium(VI)/kg/day, there was a 17.5% postimplantation loss over controls and a 30% decrease in fetal weight.  At 98 mg/kg/day, there were decreases in the number of implantation sites, number of live fetuses, and fetal weight.  There were also increases in the number of resorptions and number of pre- and postimplantation losses.  At 169 mg chromium(VI)/kg/day, there was 100% preimplantation loss.  The fetuses in the 98 mg/kg/day group had higher numbers of subdermal hemorrhagic patches and kinky short tails and decreased fetal body weight and crown rump length. Although there were no major skeletal abnormalities in any other treated animals, there was a significant reduction in ossification at 52 mg chromium(VI)/kg/day (53% compared to 12% for controls) and significant reduction in ossification in caudal, parietal and interparietal bones of fetuses at 98 mg chromium(VI)/kg/day.  There were no significant soft tissue deformities in any of the treated fetuses. Although dosing occurred prior to mating, internal chromium levels remaining in females after mating may have been toxic to the conceptus that caused adverse developmental effects.

In the second study, female Swiss albino rats were exposed to potassium dichromate concentrations in the drinking water resulting in doses of 37, 70, or 87 mg chromium(VI)/kg/day for 20 days prior to mating (Kanojia et al. 1996).  Lower gestational weight gain, increased postimplantation loss, and decreased number of live fetuses were observed in all treatment groups, relative to controls.  Increased incidences of

reduced fetal ossification in fetal caudal bones were reported at the 70 and 87 mg chromium(VI)/kg/day dose levels; additionally, the 87 mg chromium(VI)/kg/day dose group of fetuses exhibited increased incidences of reduced ossification in parietal and interparietal bones, as well as significant incidences of subdermal hemorrhagic thoracic and abdominal patches (42%), kinky tails (42%), and short tails (53%), relative to 0% in controls. No treatment-related gross visceral abnormalities were seen.

In the third study, groups of 10 female Druckrey rats were exposed to potassium dichromate in the drinking water for 3 months pre-mating at concentrations yielding dose levels of 45, 89, or 124 mg chromium(VI)/kg/day (Kanojia et al. 1998). Reduced maternal gestational weight gain, increased pre- and postimplantation loss, reduced fetal weight, fetal subdermal hemorrhagic thoracic and abdominal patches, increased chromium levels in maternal blood, placenta, and fetuses, and increased incidences of reduced ossification in fetal caudal bones were observed in all treatment groups. In addition, the 89 and 124 mg chromium(VI)/kg/day dose groups exhibited increased resorptions, reduced numbers of corpora lutea and fetuses per litter, reduced implantations, reduced placental weight, increased incidences of reduced ossification in fetal parietal and interparietal bones, and reduced fetal crown-rump length. No treatment-related gross visceral abnormalities were seen. A decreased number of pregnancies were observed in mated female rats administered 35.7 mg chromium(VI)/mg/day as potassium dichromate by gavage on gestational days 1–3; exposure on gestational days 4–6 decreased the number of viable fetuses and increased the number of resorptions, but did not alter the number of pregnancies (Bataineh et al. 2007).

Exposure of pregnant mice to 57 mg chromium(VI)/kg/day as potassium dichromate in drinking water during gestation resulted in embryo lethal effects (i.e., increased resorptions and increased post-implantation loss), gross abnormalities (i.e., subdermal hemorrhage, decreased cranial ossification, tail kinking), decreased crown-rump length, and decreased fetal weight. The incidence and severity of abnormalities increased at higher doses. Maternal toxicity, evidenced by decreased body weight gain, occurred at doses ≥120 mg chromium(VI)/kg/day. No implantations were observed in the dams given 234 mg chromium(VI)/kg/day (Trivedi et al. 1989).

Groups of 10 female Swiss albino mice received chromium(VI) as potassium dichromate in drinking water during organogenesis on days 6–14 at levels that provided 0, 53.2, 101.1, and 152.4 mg chromium(VI)/kg/day (Junaid et al. 1996b). No notable changes in behavior or clinical signs were observed in control or treated animals. Reduction of gestational weight gains of 8.2 and 30% were observed for the animals in the intermediate- and high-dose groups. The number of dead fetuses was

higher in the high-dose group and fetal weight was lower in both intermediate- and high-dose groups (high dose=1.06 g, intermediate dose=1.14 g) as compared to the control value of 1.3 g. The number of resorption sites was 0.31 for controls, 1.00 for the low dose, 1.70 for the intermediate dose, and 2.30 for the high dose, demonstrating a dose-response relationship. The studies also showed that there was a significantly greater incidence of postimplantation loss in the two highest-dose groups of 21 and 34.60% as compared to control value of 4.32%. No significant gross structural abnormalities in any of the treated dosed groups were observed except for drooping of the wrist (carpal flexure) and subdermal hemorrhagic patches on the thoracic and abdominal regions in 16% in the offspring of the high-dose group. Significant reduced ossification in nasal frontal, parietal, interparietal, caudal, and tarsal bones were observed only in the 152.4 mg chromium(VI)/kg/day-treated animals.

Impaired development of the reproductive system was observed in the offspring of female BALB/c mice exposed to 66 mg chromium(VI)/kg/day as potassium chromate in the drinking water on gestation day 12 through lactation day 20 (Al-Hamood et al. 1998). A significant delay in vaginal opening was observed. Significant decreases in the numbers of pregnant animals, of implantations, and of viable fetuses were also observed when the female offspring were mated at age 60 days with unexposed males. No developmental effects were observed in the male offspring. Delayed vaginal opening was also reported in the offspring from rats exposed to ≥2.9 mg chromium(VI)/kg/day as potassium dichromate in the drinking water on postnatal days 1–21 (Banu et al. 2008; Samuel et al. 2011). These studies also reported that exposure to chromium extended the estrous cycle into diestrous; altered ovarian follicle development; decreased plasma levels of estradiol, testosterone, and progesterone; and increased follicle stimulating hormone; but did not change plasma luteinizing hormone levels. In pregnant rats exposed to 8 mg chromium(VI)/kg/day as potassium chromate in drinking water on gestational days 6 through 15, pre- and postimplantation losses and the number of resorbed and dead fetuses per litter were increased compared to controls (Elsaieed and Nada 2002). Fetal weight was significantly decreased by 67% and the number of visceral (renal pelvis dilatation) and skeletal (incomplete ossification of skull bone) anomalies per litter were significantly increased. No effects on fetal body weight or the number of fetuses per litter were observed in mice exposed to 4.8 mg chromium(VI)/kg/day as sodium dichromium dihydrate or 2.4 mg chromium(VI)/kg/day as potassium dichromate in drinking water on gestational days 0 through 18; however, no additional assessments on fetal development were conducted in this study (De Flora et al. 2006).

A series of studies have examined the effects of chromium(VI) on oxidative stress in rat offspring. Samuel et al. (2011) reported that maternal exposure to ≥2.9 mg chromium(VI)/kg/day as potassium

dichromate in the drinking water on lactation days 1–21 resulted in dose-related reductions in antioxidant enzymes activities in uterine tissue from offspring measured on postnatal days 21, 45, and 65. This correlated with significant increases in lipid peroxidation and hydrogen peroxide in uterine tissue. Similar results were reported by Soudani and coworkers (Soudani et al. 2010b, 2011a, 2011b) in the kidney, liver, and bone from 14-day-old pups born to dams exposed to 9.4 mg chromium(VI)/kg/day (only dose level tested) as potassium dichromate in the drinking water on gestation days 14–21 and postnatal natal days 1–14. This dose level also caused histological alterations in the tissues studied. In all of these studies, final body weight of the pups was significantly reduced, 25% in the Soudani et al. (2010b, 2011a, 2011b) studies and 10–13% at 2.9 mg Cr/kg/day and 26–33% at 11.4 mg Cr/kg/day in the Samuel et al. (2011) study.

Chromium(VI) was also reported to alter mandibular growth and tooth eruption in rats (De Lucca et al. 2009). In this study, 4-day-old suckling pups received gavage doses of 2.2 or 4.4 mg chromium(VI)/ kg/day as chromium dichromate for 10 consecutive days. High-dose rats showed significantly reduced mandibular length, base, height, and area; shorter tails; and delayed eruption of the first molar. These effects may have been secondary to a delay in body growth, as terminal body weight was reduced 20 and 40% in the low- and high-dose groups, respectively, relative to controls.

Three studies examined the developmental toxicity of chromium(III) following oral maternal exposure. In the first study, no developmental effects were observed in offspring of rats fed 1,806 mg chromium(III)/kg/day as chromium oxide 5 days/week for 60 days before mating and throughout gestation (Ivankovic and Preussmann 1975). In contrast, reproductive effects have been observed in the offspring of mice exposed to chromium(III) chloride. Significant decreases in the relative weights of reproductive tissues (testes, seminal vesicles, and preputial glands in males; ovaries and uterus in females) were observed in the offspring of BALB/c mice exposed to 74 mg chromium(III)/kg/day as chromium(III) chloride in the drinking water on gestation day 12 through lactation day 20 (Al-Hamood et al. 1998). A significant delay in timing of vaginal opening was also noted in the female offspring. At age 60 days, the male and female offspring were mated with unexposed animals. No significant alterations in fertility (number of pregnant animals, number of implantations, number of viable fetuses, and total number of resorptions) were observed in the exposed males. A significant decrease in the number of pregnant females (62.5 versus 100% in controls) was observed among the female offspring mated with untreated males. The conflicting results between the Ivankovic and Preussmann (1975) study and the Al-Hamood et al. (1998) study may be a reflection on the developmental end points examined or the differences in the species tested. In rats administered 33.6 mg chromium(III)/kg/day (only dose tested) by

gavage as chromium chloride on gestational days 1–3, a decreased number of pregnancies were observed; however, when exposed on gestational days 4–6, no effects on pregnancy rates, implantations, viable fetuses, or resorptions were observed (Bataineh et al. 2007).  Bailey et al. (2008a) reported that exposure of pregnant CD-1 mice to 25 mg chromium(III)/kg/day (only dose level tested) as chromium picolinate in the food on gestation days 6–17 did not significantly affect the number of implantations per litter, the number of resorbed or dead fetuses per litter, or fetal weight.  In addition, incidences of skeletal anomalies were comparable between exposed and control groups.  The same group of investigators examined neurological development in mice pups from dams exposed during gestation and lactation to 25 mg chromium(III)/kg/day as chromium picolinate (Bailey et al. 2008b).  Results from a variety of tests assessing motor and sensory functions, as well as memory performed between the ages of 5 and 60 days did not show significant differences between controls, chromium-treated mice, and mice exposed to picolinic acid.

The NOAEL and LOAEL values for developmental effects in each species are recorded in Table 3-4 and plotted in Figure 3-3 for chromium(VI) and recorded in Table 3-5 and plotted in Figure 3-4 for chromium(III).

### 3.2.2.7   Cancer

Studies of associations between environmental exposures to chromium and cancer outcomes in humans are limited to several ecological studies (Beaumont et al. 2008; Bednar and Kies 1991; Fryzek et al. 2001; Kerger et al. 2009; Linos et al. 2011; Zhang and Li 1987).  These types of studies investigate possible associations between rates of selected diseases (e.g., cancer deaths) within a geographic population and some measure of average exposure to chromium (e.g., drinking water chromium concentrations or location with respect to potential sources of exposure).  Actual exposures to individuals are not determined and therefore, exposure misclassification bias often contributes to uncertainty regarding associations between outcomes and exposure.  Findings from ecological studies are mixed and do not strongly support associations between cancer mortality and exposures to chromium.  One study did find significantly higher stomach cancer death rates in areas where well water chromium levels had been elevated (Beaumont et al. 2008).

An ecological study of an area near a ferrochromium production plant in the Liaoning Province, China compared cancer mortality in locations that had relatively high or low chromium concentrations in well water (Zhang and Li 1987).  The briefly reported study (Zhang and Li 1987) found increases in the

mortality rates from lung cancer (13.17–21.39/100,000 compared to 11.21/100,000 for the entire Taihe district) and stomach cancer (27.68–55.17/100,000; comparison value not reported); however, no statistical analyses were reported. Beaumont et al. (2008) re-analyzed the cancer mortality data from this population and estimated cancer mortality rates (cancers deaths per person-year in an 8-year observation period) based on mortality records for the period 1970–1978. The province was divided into nine areas, four of which were designated as no (or low) chromium (groundwater concentration <0.001 mg Cr/L) and five which were designated as high chromium. The main sources of chromium in well water were from discharges from the plant to surface water and groundwater, which began operating in 1961. Chromium levels in well water from samples collected in the contaminated areas in 1965 (by this time, full-scale production was occurring) ranged from 0.6 to 20 mg/L with 15% of wells having concentrations >2 mg/L. Total number of cancer deaths were 80 (of 98,458 person-years) in the high chromium areas and 182 (of 252,277 person-years) in the comparison areas. Age-adjusted cancer mortality rate ratios (rate in high regions/rate in low regions) were 1.82 (95% CI 1.11–2.91) for stomach cancer, 1.15 (95% CI 0.62–2.05) for lung cancer, 0.86 (95% CI 0.53–1.36) for other cancers, and 1.13 (95% CI 0.86–1.46) for all cancer. In a subsequent re-analysis of the cancer mortality data, Kerger et al. (2009) divided the population into three groups: residents of the industrial town of TangHeZi, residents of three agricultural villages without chromium(VI) groundwater contamination, and residents of five agricultural villages with chromium(VI) groundwater contamination. The relative risks of lung and stomach cancers were similar for the chromium-exposed residents and residents of agricultural villages without chromium contamination, and no associations were found between average chromium concentration in the drinking water and stomach and lung cancer rates. However, stomach cancer was higher in the residents of both agricultural groups when compared to TangHeZi residents.

An ecological study of areas in Kings County and San Bernardino County, California compared cancer mortality in locations near natural gas compressor plants with areas not located near the plants (Fryzek et al. 2001). Hexavalent chromium compounds had been used as additives in cooling tower water at the gas plants during the period 1950 to approximately 1980. Mortality records for zip codes for the cities of Kettleman City (in Kings County), and Hinkely and Topock (in San Bernardino County), in which natural gas compressor plants were located, were compared to records from zip codes in Kings County and San Bernardino County, other than those encompassing these three cities. The study included mortality records for the period 1989–1998, during which time 2,226,214 deaths were recorded. Age-adjusted cancer mortality rate ratios (rate in areas near the plant/rate in comparison areas) were 1.03 (95% CI 0.90–1.17) for lung cancer death, 0.93 (95% CI 0.87–1.00) for all cancer deaths, and 0.98 (95% CI 0.95–1.02) for all deaths.

An ecological study compared levels of chromium (and other chemicals) in drinking water in 453 Nebraska communities with death rates in these areas (Bednar and Kies 1991). Data on chromium in drinking water were obtained for the year period 1986–1987, and mortality data was obtained for the year 1986. Mean chromium concentration in drinking water was 0.002 mg/L (range <0.001–0.01). Linear correlation (Pearson) between chromium levels and death from chronic lung disease was -0.101 (p=0.03).

A study of an area of Greece with elevated chromium(VI) levels in the public drinking water supply found significantly higher SMRs for primary liver cancer (SMR=1104.2; 95% CI=403.2–2403.3), lung cancer (SMR 145.1; 95% CI=100.5–202.8), and cancer of the kidney and other genitourinary organs among women (SMR=367.8; 95% CI=119.4–858.3) (Linos et al. 2011). Chromium levels in the drinking water ranged from 8.3 to 51 µg/L.

Chronic exposure to chromium(VI) as sodium dichromate in drinking water resulted in increased incidence of neoplasms of the digestive tract in mice and rats (NTP 2008a). Groups of 50 male and 50 female F344/N rats were exposed to drinking water containing 0, 14.3, 57.3, 172, or 516 mg/L sodium dichromate dihydrate for 2 years. NTP (2008a) calculated 2-year mean daily doses of 0, 0.6, 2.2, 6, or 17 mg sodium dichromate dihydrate/kg/day (equivalent to 0, 0.21, 0.77, 2.1 or 5.9 mg chromium(VI)/kg/day) in male rats and, 0, 0.7, 2.7, 7, or 20 mg sodium dichromate dihydrate/kg/day (equivalent to 0, 0.24, 0.94, 2.4, and 7.0 mg chromium(VI)/kg/day) in female rats. Incidences of squamous epithelial neoplasms of the oral mucosa and tongue were elevated in rats exposed to sodium dichromate compared to controls, with significant increased mortality-adjusted incidence in males at the 5.9 mg chromium(VI)/kg/day dose (15.7 versus 0% in controls, p=0.007), and in females at the 7.0 mg chromium(VI)/kg/day (23.9 versus 2.2% in controls, p<0.001). In both male and female rats, there was a significant dose trend for digestive tract neoplasms (p<0.001). Groups of 50 male B6C3F1 mice were exposed to 0, 14.3, 28.6, 85.7, or 257.4 mg sodium dichromate dihydrate/L, and 50 female B6C3F1 mice were exposed to drinking water concentrations of 0, 14.3, 57.3, 172, or 516 mg sodium dichromate dihydrate/L. NTP (2008a) calculated 2-year mean daily doses of sodium dichromate dihydrate in male mice of 1.1, 2.6, 7 or 17 mg/kg/day (equivalent to 0, 0.38, 0.91, 2.4 and 5.9 mg chromium(VI)/kg/day); and in female mice of 0, 1.1, 3.9, 9, or 25 mg/kg/day (equivalent to 0, 0.38, 1.4, 3.1, or 8.7 mg chromium(VI)/kg/day). Incidences of neoplasms of the of the small intestine (duodenum, jejunum, or ileum) were elevated in mice exposed to sodium dichromate compared to controls, with significant increased mortality-adjusted incidence in males at the 2.4 (15.1 versus 2.2% in controls, p=0.032) or 5.9 mg chromium(VI)/kg/day dose (43.8 versus 2.2% in controls, p=0.001), and in females at the 3.1 (36.3 versus 2,2% in controls) or

8.7 mg chromium(VI)/kg/day (45.9 versus 2.2% in controls, p<0.001).  In both male and female mice, there was a significant dose trend for digestive tract neoplasms (p<0.001).  NTP (2008a) concluded that the results of these studies provided clear evidence of carcinogenic activity of sodium dichromate dihydrate in male and female F344/N rats based on increased incidences of squamous cell neoplasms of the oral cavity; and clear evidence of carcinogenic activity of in male and female B6C3F1 mice based on increased incidences of neoplasms of the small intestine (duodenum, jejunum, or ileum).

The carcinogenicity of chromium(VI) was evaluated in mice exposed to potassium chromate in drinking water at 9 mg chromium(VI)/kg/day for three generations (880 days) (Borneff et al. 1968).  In treated mice, 2 of 66 females developed forestomach carcinoma and 9 of 66 females and 1 of 35 males developed forestomach papilloma.  The vehicle controls also developed forestomach papilloma (2 of 79 females, 3 of 47 males) but no carcinoma.  The incidence of forestomach tumors in the treated mice was not significantly higher than controls.  Although study authors concluded that evidence of carcinogenicity was equivocal, statistical analysis of these data (performed by Syracuse Research Corporation) using Fischer's exact test shows statistically significant increases in the incidence of adenoma or carcinomas (forestomach) (p=0.0067) and in the incidence of adenomas (forestomach) alone (p=0.027), compared to control.  In this same study, coexposure to both potassium chromate and 3,4-benzpyrene in a similar protocol showed that potassium chromate did not potentiate the carcinogenicity of 3,4-benzpyrene (Borneff et al. 1968).  Exposure of female hairless mice to ultraviolet light in combination with chromium(VI) as potassium chromate in drinking water at concentrations of 2.5 or 5.0 mg potassium chromate(VI)/L (approximately 0.18, or 0.35 mg chromium(VI)/kg/day) for 182 days, or in the diet at concentrations of 0, 2.5, or 5.0 mg potassium chromate(VI)/kg food (approximately 0.13, or 0.26 mg chromium(VI)/kg/day) for 26 weeks, produced an increased incidence of skin tumors compared to animals exposed to UV light alone or chromium(VI) alone (Davidson et al. 2004; Uddin et al. 2007).  Exposure to chromium(VI) alone did not result in neoplasms.

Chronic exposure to chromium(III) as chromium picolinate dihydrate in the diet resulted in increased incidence of neoplasms of the preputial gland in male rats; however, no increased neoplasms were observed in female rats, or in male or female mice (NTP 2008b).  Groups of 50 male and 50 female F344/N rats were fed a diet containing 0, 2,000, 10,000, or 50,000 ppm chromium picolinate monohydrate for 2 years.  NTP (2008b) calculated 2-year mean daily doses of chromium picolinate monohydrate of 0, 90, 460, and 2,400 mg/kg/day (equivalent to 0, 11, 55, or 286 mg chromium(III)/kg/day) in male rats and 0, 100, 510, and 2,630 mg/kg/day (equivalent to 0, 12, 61, or 313 mg chromium(III)/kg/day) in female rats.  Mortality-adjusted incidence of adenoma of the preputial gland of

male rats was significantly elevated in rats that received 55 mg chromium(III)/kg/day (14.9 versus 2.2% in controls, p=0.031), but not in rats exposed to lower dose or the higher dose (286 mg chromium(III)/kg/day), and there was no significant dose trend for the neoplasm.  Incidences of neoplasms were not significantly different from controls in females, including neoplasms of the clitoral gland.  Groups of 50 male and 50 female F6C3F1 mice were fed a diet containing 0, 2,000, 10,000, or 50,000 ppm chromium picolinate monohydrate for 2 years.  NTP (2008b) calculated 2-year mean daily doses of chromium picolinate monohydrate of 0, 250, 1,200, and 6,565 mg/kg/day (equivalent to 0, 30, 143, 2.1, or 781 mg chromium(III)/kg/day) in male mice and 100, 510, and 2,630 mg/kg/day (equivalent to 0, 29, 143, or 726 mg chromium(III)/kg/day) in female mice.  No neoplasms or lesions were attributed to exposure to chromium picolinate monohydrate in male or female mice.  NTP (2008b) concluded that evidence for carcinogenicity of chromium picolinate in male rats was equivocal and that the study provided no evidence of carcinogenicity in mice.

No evidence of carcinogenicity was observed in male or female rats fed diets containing chromium oxide at 2,040 mg chromium(III)/kg/day 5 days/week for 2 years.  Moreover, no evidence of carcinogenicity was found in the offspring of these rats after 600 days of observation (Ivankovic and Preussmann 1975).

The Cancer Effect Levels (CELs) for chromium(VI) are recorded in Table 3-4 and plotted in Figure 3-3.

### 3.2.3    Dermal Exposure

Some chromium(VI) compounds, such as chromium trioxide (chromic acid), potassium dichromate, potassium chromate, sodium dichromate, and sodium chromate, are very caustic and can cause burns upon dermal contact.  These burns can facilitate the absorption of the compound and lead to systemic toxicity.

#### 3.2.3.1   Death

A 49-year-old man with an inoperable carcinoma of the face was treated with chromic acid crystals.  Severe nephritis occurred following the treatment with the chromium(VI) compounds.  Death occurred 4 weeks after exposure (Major 1922).  Twelve individuals died as a result of infection to necrotic areas of the skin that were caused by application of a salve made up with potassium chromate used to treat scabies.  Renal failure was observed.  Autopsies revealed fatty degeneration of the heart, hyperemia and necrosis of kidney tubules, and hyperemia of the gastric mucosa (Brieger 1920).

Single-dose dermal $LD_{50}$ values in New Zealand rabbits exposed to chromium(VI) as sodium chromate, sodium dichromate, potassium dichromate, and ammonium dichromate were determined by Gad et al. (1986). $LD_{50}$ values ranged from 361 to 553 mg chromium(VI)/kg for females and from 336 to 763 mg chromium(VI)/kg for males. Signs of toxicity included dermal necrosis, eschar formation, dermal edema and erythema, diarrhea, and hypoactivity. The dermal $LD_{50}$ value for chromium trioxide was 30 mg chromium(VI)/kg for combined sexes (American Chrome and Chemicals 1989). In male and female Sprague-Dawley rats, no mortalities were observed following a single dermal application of 621.6 mg chromium(III)/kg as chromium nicotinate (Shara et al. 2005).

The $LD_{50}$ values are recorded in Table 3-6 for chromium(VI) and Table 3-7 for chromium(III).

### 3.2.3.2   Systemic Effects

Several reports of health effects in individuals treated with potassium dichromate are discussed below (Brieger 1920; Major 1922; Smith 1931). The results of these studies should be interpreted cautiously because pre-existing conditions may have contributed to the observed effects. The highest NOAEL value and all reliable LOAEL values for dermal effects in each species and duration category are recorded in Table 3-6 for chromium(VI) and Table 3-7 for chromium(III).

**Respiratory Effects.**   Occupational exposure to chromium compounds results in direct contact of mucocutaneous tissue, such as nasal and pharyngeal epithelium, due to inhalation of airborne dust and mists of these compounds. Such exposures have led to nose and throat irritation and nasal septum perforation. Because exposure is to airborne chromium, studies noting these effects are described in Section 3.2.1.2.

A case report of a man who was admitted to a hospital with skin ulcers on both hands due to dermal exposure to ammonium dichromate in a planographic printing establishment where he had worked for a few months noted that he also had breathing difficulties. However, because he also had many previous attacks of hay fever and asthma, it was not possible to distinguish whether his breathing difficulties were caused by or exacerbated by dermal exposure to ammonium dichromate (Smith 1931). In another case report, dyspnea followed by acute pulmonary edema with subsequent respiratory failure was reported in an electroplating worker exposed to chromic acid on the legs for approximately 10 minutes while cleaning a tank (Lin et al. 2009).

**Table 3-6  Levels of Significant Exposure to Chromium VI - Dermal**

| Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL | LOAEL Less Serious | LOAEL Serious | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|
| **ACUTE EXPOSURE** | | | | | | | |
| **Death** | | | | | | | |
| Rabbit (Fischer- 344) | 24 hr | | | | 30 (LD50) mg/kg | American Chrome and Chemicals 1989 Cr(VI) | |
| Rabbit (New Zealand) | once | | | | 763 M (LD50) mg/kg 549 F (LD50) mg/kg | Gad et al. 1986 (NH4)2Cr2O7 (VI) | |
| Rabbit (New Zealand) | once | | | | 403 M (LD50) mg/kg 490 F (LD50) mg/kg | Gad et al. 1986 K2Cr2O7 (VI) | |
| Rabbit (New Zealand) | once | | | | 336 M (LD50) mg/kg 361 F (LD50) mg/kg | Gad et al. 1986 Na2Cr2O72H2O (VI) | |
| Rabbit (New Zealand) | 2 d | | | | 426 M (LD50) mg/kg 553 F (LD50) mg/kg | Gad et al. 1986 Na2CrO4 (VI) | |

Table 3-6 Levels of Significant Exposure to Chromium VI - Dermal    (continued)

| Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL | LOAEL | | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|
| | | | | Less Serious | Serious | | |
| **Systemic** | | | | | | | |
| Rat (NS) | once | Hepatic | | 0.175 Percent (%) (altered carbohydrate metabolism) | | Merkur'eva et al. 1982 K2Cr2O7 (VI) | |
| | | Dermal | | 0.175 Percent (%) (dermatitis) | | | |
| Gn Pig (albino) | once | Dermal | | | 1.9 M mg/kg (skin corrosion) | Samitz 1970 K2Cr2O7 (VI) | |
| Gn Pig (NS) | 3 d 1 x/d | Dermal | | 0.35 mg/kg (skin ulcers) | | Samitz and Epstein 1962 K2Cr2O7 (VI) | |
| Rabbit (NS) | 5 min or 24 hr | Ocular | 0.1 M ml | | | Fujii et al. 1976 Na2CrO4 and Na2Cr2O7 (VI) | |
| Rabbit (New Zealand) | 4 hr | Dermal | | 55 mg/kg (necrosis, erythema, edema) | | Gad et al. 1986 (NH4)2Cr2O7 (VI) | |
| Rabbit (New Zealand) | 4 hr | Dermal | | 47 M mg/kg (erythema, edema, necrosis) | | Gad et al. 1986 K2Cr2O7 (VI) | |
| Rabbit (New Zealand) | 4 hr | Dermal | | 47 M mg/kg (necrosis, erythema, edema) | | Gad et al. 1986 Na2Cr2O7 (VI) | |

APPX ATT_V6_4061

Table 3-6  Levels of Significant Exposure to Chromium VI - Dermal     (continued)

| Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL | LOAEL | | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|
| | | | | Less Serious | Serious | | |
| Rabbit (New Zealand) | 4 hr | Dermal | | 42 M  (erythema, edema) mg/kg | | Gad et al. 1986 Na2CrO4 (VI) | |
| **Immuno/ Lymphoret** | | | | | | | |
| Human | once | | | 0.175  (positive patch test) Percent (%) | | Engebrigsten 1952 K2Cr2O7 (VI) | |
| Human | 48 hr | | | 0.001  (increased skin thickness Percent (%)  and blood flow) | | Eun and Marks 1990 K2Cr2O7 (VI) | |
| Human | 48 hr (NS) | | | 1 B  (positive patch test) mg/L | | Hansen et al. 2003 K2Cr2O7 (VI) | |
| Human | 48 hr | | | 0.18  (positive patch test) Percent (%) | | Hansen et al. 2006b K2Cr2O7 (VI) | |
| Human | 48 hr | | | 0.26 M  (erythema) Percent (%) | | Levin et al. 1959 CrO3 (VI) | |
| Human | once | | 0.0013 µg/mm2 | 0.0026 µg/mm2  (positive patch test) | | Mali et al. 1966 K2Cr2O7 (VI) | |
| Human | once | | | 0.018 µg/cm²  (positive patch test) | | Nethercott et al. 1994 K2Cr2O7 (VI) | |

Table 3-6 Levels of Significant Exposure to Chromium VI - Dermal (continued)

| Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL | LOAEL Less Serious | LOAEL Serious | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|
| Human | 2 d | | | 0.175 Percent (%) (positive patch test) | | Newhouse 1963 K2Cr2O7 (VI) | |
| Human | 48 hr | | | 0.175 Percent (%) (chromium allergy) | | Peltonen and Fraki 1983 K2Cr2O7 (VI) | |
| Human | once | | | 0.09 mg (erythema) | | Samitz and Shrager 1966 K2Cr2O7 (VI) | |
| Human | once | | | 0.09 Percent (%) (positive patch test) | | Wahba and Cohen 1979 K2Cr2O7 (VI) | |
| Human | once | | | 0.09 Percent (%) (positive patch test) | | Winston and Walsh 1951 Na2Cr2O7 (VI) | |
| Gn Pig (albino) | once | | | 0.009 mg/kg (contact sensitivity) | | Gross et al. 1968 K2Cr2O7 (VI) | |
| Gn Pig (NS) | once | | | 0.04 F mg/kg (erythematic reaction) | | Jansen and Berrens 1968 K2Cr2O7 (VI) | |

APPX ATT_V6_4063

Table 3-6 Levels of Significant Exposure to Chromium VI - Dermal    (continued)

| Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL | LOAEL — Less Serious | LOAEL — Serious | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|
| **INTERMEDIATE EXPOSURE** | | | | | | | |
| **Immuno/ Lymphoret** | | | | | | | |
| Mouse (BALB/c or ICR) | 18 d | | | 0.35 (contact sensitivity) Percent (%) | | Mor et al. 1988 K2Cr2O7 (VI) | |
| **CHRONIC EXPOSURE** | | | | | | | |
| **Systemic** | | | | | | | |
| Human | >1 yr (occup) | Dermal | | 0.03 M mg/m³ (ulcerated skin) | | Gibb et al. 2000a CrO3 (VI) | |
| | | | | 0.029 M mg/m³ (dermatitis) | | | |
| | | | | 0.027 M mg/m³ (burn) | | | |
| | | | | 0.025 M mg/m³ (irritated skin) | | | |
| Human | 7.5 yr avg (range 3-16 yr) (occup) | Resp | | 0.004 M mg/m³ (nasal septum ulceration and perforation) | | Lucas and Kramkowski 1975 CrO3 (VI) | |
| | | Gastro | | 0.004 M mg/m³ (possible gastritis, ulcers) | | | |
| | | Dermal | | 0.005 M mg/m³ (chrome holes) | | | |

avg = average; d = day(s); F = female; Gastro = gastrointestinal; Gn Pig = guinea pig; hr = hour(s); Immuno/Lymphoret = immunological/lymphoreticular; LD50 = lethal dose, 50% kill; LOAEL = lowest-observed-adverse-effect level; M = male; min = minute(s); NOAEL = no-observed-adverse-effect level; NS = not specified; occup = occupational; Resp = respiratory; x = times; yr = year(s)

APPX ATT_V6_4064

**Table 3-7  Levels of Significant Exposure to Chromium III - Dermal**

| Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL | LOAEL — Less Serious | LOAEL — Serious | Reference / Chemical Form | Comments |
|---|---|---|---|---|---|---|---|
| **ACUTE EXPOSURE** | | | | | | | |
| **Systemic** | | | | | | | |
| Gn Pig (NS) | 3 d 1 x/d | Dermal | 1 mg/kg | | | Samitz and Epstein 1962 Cr2(SO4)3 (III) | |
| **Immuno/ Lymphoret** | | | | | | | |
| Human | 48 hr | | | 0.37 Percent (%) (positive patch test) | | Fregert and Rorsman 1964 CrCl3.6H2O (III) | |
| Human | 48 hr (NS) | | | 6 B mg/L (positive patch test) | | Hansen et al. 2003 CrCl3.6H2O (III) | |
| Human | 48 hr | | | 3.7 Percent (%) (positive patch test) | | Hansen et al. 2006b CrCl3 (III) | |
| Human | once | | | 0.16 µg/mm2 (positive patch test) | | Mali et al. 1966 CrCl3 (III) | |
| Human | once | | 33 µg/cm² | | | Nethercott et al. 1994 CrCl3 (III) | |
| Human | once | | | 0.33 mg (erythema) | | Samitz and Shrager 1966 Cr2(SO4)3 (III) | |
| Human | once | | | 0.08 mg (erythema) | | Samitz and Shrager 1966 CrCl3 (III) | |

Table 3-7  Levels of Significant Exposure to Chromium III - Dermal    (continued)

| Species (Strain) | Exposure/ Duration/ Frequency (Route) | System | NOAEL | LOAEL Less Serious | LOAEL Serious | Reference Chemical Form | Comments |
|---|---|---|---|---|---|---|---|
| Gn Pig (albino) | once | | | 0.004 mg/kg (erythematic reaction) | | Gross et al. 1968 CrCl3 (III) | |
| Gn Pig (NS) | once | | | 0.03 F mg/kg (erythematic reaction) | | Jansen and Berrens 1968 Cr2(SO4)3 (III) | |

B = both sexes; d = day(s); F = female; Gn Pig = guinea pig; hr = hour(s); Immuno/Lymphoret = immunological/lymphoreticular; LOAEL = lowest-observed-adverse-effect level; NOAEL = no-observed-adverse-effect level; NS = not specified; x = times

APPX ATT_V6_4066

No studies were located regarding respiratory effects in animals after dermal exposure to chromium or its compounds.

**Cardiovascular Effects.**   Information regarding cardiovascular effects in humans after dermal exposure to chromium or its compounds is limited.  Weak, thready, and markedly dicrotic pulse developed ≈1.5 hours after a salve made up with potassium chromate to treat scabies was applied to skin of an unspecified number of individuals.  Some of the people died as a result of infection to the exposed area, and autopsy revealed degeneration of the heart (Brieger 1920).

No studies were located regarding cardiovascular effects in animals after dermal exposure to chromium or its compounds.

**Gastrointestinal Effects.**   Vomiting occurred soon after application of a salve made up of potassium chromate to the skin of an unspecified number of individuals for the treatment of scabies.  Some of these individuals died as a result of infection of the exposed area, and autopsy revealed hyperemia of the gastric mucosa (Brieger 1920).  Nausea, vomiting, and abdominal pain were reported by an electroplating worker dermally exposed to chromic acid for approximately 10 minutes (Lin et al. 2009).

Diarrhea was reported in New Zealand rabbits exposed to lethal concentrations of chromium(VI) compounds (Gad et al. 1986).

**Hematological Effects.**   Severe leukocytosis, with notable increases in immature polymorphonuclear cells, myelocytes, and myeloblasts and nucleated red cells and Howell-Jolly bodies, indicative of hemolytic anemia were observed in individuals after application of a salve that contained potassium chromate to treat scabies (Brieger 1920).  Leukocytosis was also described in a case report of a man who was admitted to a hospital with skin ulcers on both hands due to dermal exposure to ammonium dichromate in a planographic printing establishment, where he had worked for a few months (Smith 1931) and in an electroplating worker exposed on the legs to chromic acid for approximately 10 minutes; anemia and thrombocytopenia developed 5 days postexposure (Lin et al. 2009).

No studies were located regarding hematological effects in animals after dermal exposure to chromium compounds.

**Musculoskeletal Effects.**   Information regarding musculoskeletal effects in humans after dermal exposure to chromium or its compounds is limited to a case report.  A man was admitted to a hospital with skin ulcers on both hands due to dermal exposure to ammonium dichromate in a planographic printing establishment, where he had worked for a few months.  He also had tenderness and edema of the muscles of the extremities (Smith 1931).

No studies were located regarding musculoskeletal effects in animals after dermal exposure to chromium or its compounds.

**Hepatic Effects.**   No reliable studies were located regarding hepatic effects in humans after dermal exposure to chromium compounds.

Information regarding liver effects in animals after dermal exposure to chromium or its compounds is limited.  A single application of 0.5% potassium dichromate (0.175% chromium(VI)) to the shaved skin of rats resulted in increased levels of serotonin in the liver, decreased activities of acetylcholinesterase and cholinesterase in the plasma and erythrocytes, increased levels of acetylcholine in the blood, and increased glycoprotein hexose in the serum.  These effects may indicate alterations in carbohydrate metabolism (Merkur'eva et al. 1982).  Application of 50 mg chromium/kg/day (specific chemical or valence state not reported) for 30 days to clipped skin under occluded conditions to female guinea pigs produced small increases in enzyme activities in liver tissue, specifically asparatate aminotransferase (17%), alanine aminotransferase (2%), acid phosphatase (16%), and gamma glutamyl transpeptidase (54%), compared to untreated controls (Mathur 2005).  Microscopic evaluation of the liver showed "shrunken" hepatocytes and thickening of the walls of hepatic arteries.

**Renal Effects.**   Acute nephritis with albuminuria and oliguria, polyuria, and nitrogen retention were observed in individuals after application of a salve that contained potassium chromate.  These effects disappeared in individuals who survived.  Autopsy of people who died revealed hyperemia and tubular necrosis (Brieger 1920).  Acute nephritis with polyuria and proteinuria were also described in a man who was admitted to a hospital with skin ulcers on both hands due to dermal exposure to ammonium dichromate in a planographic printing establishment where he had worked for a few months (Smith 1931). A 49-year-old man with an inoperable carcinoma of the face was treated with chromic acid crystals. Severe nephritis occurred after treatment with the chromium(VI) compound.  Urinalysis revealed marked protein in the urine.  Death resulted 4 weeks after exposure.  A postmortem examination of the kidneys revealed extensive destruction of the tubular epithelium (Major 1922).  Similarly, oliguria with increasing

CHROMIUM                                                                                          208

3. HEALTH EFFECTS

serum creatinine levels were observed within 24 hours in an electroplating worker dermally exposed on the legs to chromic acid for approximately 10 minutes; the kidney damage progressed to acute renal failure (Lin et al. 2009).

Application of 50 mg chromium/kg/day (specific chemical or valence state not reported) for 30 days to clipped skin under occluded conditions to female guinea pigs produced increases in enzyme activities in renal tissue, specifically asparatate aminotransferase (8%), alanine aminotransferase (96%), and acid phosphatase (4%), compared to untreated controls (Mathur 2005). Microscopic evaluation of the kidney showed lobularization of the glomerular tuft and congestion of capillaries. No additional information on renal effects of dermal exposure to chromium(VI) or chromium(III) compounds was identified.

**Dermal Effects.** Occupational exposure to airborne chromium compounds has been associated with effects on the nasal septum, such as ulceration and perforation. These studies are discussed in Section 3.2.1.2 on Respiratory Effects. Dermal exposure to chromium compounds can cause contact allergic dermatitis in sensitive individuals, which is discussed in Section 3.2.3.3. Skin burns, blisters, and skin ulcers, also known as chrome holes or chrome sores, are more likely associated with direct dermal contact with solutions of chromium compounds, but exposure of the skin to airborne fumes and mists of chromium compounds may contribute to these effects.

Acute dermal exposure of humans to chromium(VI) compounds causes skin burns. Necrosis and sloughing of the skin occurred in individuals at the site of application of a salve containing potassium chromate. Twelve of 31 people died as a result of infection of these areas (Brieger 1920). In another case, a man who slipped at work and plunged his arm into a vat of chromic acid had extensive burns and necrosis on his arm (Cason 1959). Multiple skin ulcers were observed in an electroplating worker exposed on the legs to chromic acid for approximately 10 minutes (Lin et al. 2009).

Longer-term occupational exposure to chromium compounds in most chromium-related industries can cause deep penetrating holes or ulcers on the skin. A man who had worked for a few months in a planographic printing establishment, where he handled and washed sheets of zinc that had been treated with a solution of ammonium dichromate, had skin ulceration on both hands (Smith 1931).

In an extensive survey to determine the health status of chromate workers in seven U.S. chromate production plants, 50% of the chromate workers had skin ulcers or scars. In addition, inflammation of oral structures, keratosis of the lips, gingiva, and palate, gingivitis, and periodontis due to exposure of

these mucocutaneous tissues to airborne chromium were observed in higher incidence in the chromate workers than in controls. Various manufacturing processes in the plants resulted in exposure of workers to chromite ore (mean time-weighted concentration of 0–0.89 mg chromium(III)/m$^3$ air); water-soluble chromium(VI) compounds (0.005–0.17 mg chromium(VI)/m$^3$); and acid-soluble/water-insoluble chromium compounds (including basic chromium sulfate), which may or may not entirely represent chromium(III) (0–0.47 mg chromium/m$^3$ air) (PHS 1953). Among 258 electroplating workers exposed to chromium trioxide fumes at 0.1 mg chromium(VI)/m$^3$ for <1 year, 5% developed dental lesions, consisting of yellowing and wearing down of the teeth (Gomes 1972).

Chronic exposure of chrome chemical production workers produced dermal symptoms, including irritated and ulcerated skin, dermatitis, and burns (Gibb et al. 2000a). Medical records of 2,307 male workers employed at a chromate production plant in Baltimore, Maryland between 1950 and 1974 were evaluated to determine the percentage of workers reporting clinical symptoms, mean time of employment to first diagnosis of symptoms, and mean exposure to chromium(VI) at the time of first diagnosis (exposure for each worker was the annual mean in the area of employment during the year of first diagnosis). Ulcerated skin occurred in 31.6% of workers, at a mean exposure of 0.029 mg Cr(VI)/m$^3$ and a mean time to first diagnosis of 373 days. Ulcerated skin was significantly associated with chromium(VI) exposure (p=0.004), with a relative risk of 1.11. Burns were observed in 31.4% of workers, with a mean exposure and time to onset of 0.027 mg/m$^3$ and 409 days, respectively. Dermatitis was observed in 18.5% of workers, with a mean exposure and time to onset of 0.029 mg/m$^3$ and 624 days, respectively. Irritated skin was observed in 15.1% of workers, with a mean exposure and time to onset of 0.025 mg/m$^3$ and 719 days, respectively.

Irritation and ulceration of the buccal cavity, as well as chrome holes on the skin, were also observed in workers in a chrome plating plant where poor exhaust resulted in excessively high concentrations of chromium trioxide fumes (Lieberman 1941). Electroplaters in Czechoslovakia exposed to an average of 0.414 mg chromium(VI)/m$^3$ above the plating baths also had high incidences of buccal cavity changes, including chronic tonsillitis, pharyngitis, and papilloma (Hanslian et al. 1967). In a study of 303 electroplating workers in Brazil, whose jobs involve working with cold chromium trioxide solutions, >50% had ulcerous scars on the hands, arms, and feet. Air monitoring revealed that most workers were exposed to ≥0.1 mg chromium(VI)/m$^3$, but even those exposed to <0.1 mg chromium(VI)/m$^3$ developed lesions (Gomes 1972). Chrome holes were also noted at high incidence in chrome platers in Singapore, while controls had no skin ulcers (Lee and Goh 1988). The incidence of skin ulcers was significantly increased in a group of 997 chrome platers compared with 1,117 controls. The workers had been exposed

to chromium(VI) in air and in dust.  The air levels were generally <0.3 mg chromium(VI)/m$^3$, and dust levels were generally between 0.3 and 97 mg chromium(VI)/g (Royle 1975b).  In a NIOSH Health Hazard Evaluation of an electroplating facility in the United States, seven workers reported past history of skin sores, and nine had scars characteristic of healed chrome sores.  The workers had been employed for an average of 7.5 years and were exposed to a mean concentration of 0.004 mg chromium(VI)/m$^3$ in air. In addition, spot tests showed widespread contamination of almost all workroom surfaces and hands (Lucas and Kramkowski 1975).

An early report of cases of chrome ulcers in leather tanners noted that the only workmen in tanneries who suffered chrome holes were those who handled dichromate salts.  In one of these cases, the penetration extended into the joint, requiring amputation of the finger (Da Costa et al. 1916).  In a medical survey of a chemical plant that processed chromite ore, 198 of 285 workers had chrome ulcers or scars on the hands and arms.  These workers had been exposed to one or more chromium(VI) compounds in the form of chromium trioxide, potassium dichromate, sodium dichromate, potassium chromate, sodium chromate, and ammonium dichromate (Edmundson 1951).

Similar dermal effects have been observed in animals.  Dermal application of chromium(VI) compounds to the clipped, nonabraded skin of rabbits at 42–55 mg/kg resulted in skin inflammation, edema, and necrosis.  Skin corrosion and eschar formation occurred at lethal doses (see Section 3.2.3.1) (Gad et al. 1986).  Application of 0.01 or 0.05 mL of 0.34 molar solution of potassium dichromate (0.35 mg chromium(VI) or 1.9 mg chromium(VI)/kg) to the abraded skin of guinea pigs resulted in skin ulcers (Samitz 1970; Samitz and Epstein 1962).  Similar application of 0.01 mL of a 1 molar solution of chromium sulfate (1 mg chromium(III)/kg) however, did not cause skin ulcers in guinea pigs (Samitz and Epstein 1962).  In a primary dermal irritation test, application of 88 mg chromium(III) as chromium nicotinate in corn oil to clipped skin of male and female New Zealand albino rabbits produced very slight erythema after 1 hour after application, with no signs of dermal irritation 48 hours after application (Shara et al. 2005).

Dermal sensitization due to hypersensitivity to chromium is discussed in Section 3.2.3.3.

**Ocular Effects.**  Medical records of 2,307 male workers employed at a chromate production plant in Baltimore, Maryland between 1950 and 1974 were evaluated to determine the percentage of workers reporting clinical symptoms, mean time of employment to first diagnosis of symptoms, and mean exposure to chromium(VI) at the time of first diagnosis (exposure for each worker

was the annual mean in the area of employment during the year of first diagnosis) (Gibb et al. 2000a).
Conjunctivitis was reported on 20.0% of the study population, at a mean exposure level of 0.025 mg
Cr(VI)/m$^3$ and a mean time-to-onset of 604 days.

Direct contact of the eyes with chromium compounds also causes ocular effects.  Corneal vesication was
described in a worker who accidentally got a crystal of potassium dichromate or a drop of a potassium
dichromate solution in his eye (Thomson 1903).  In an extensive study of chromate workers in seven U.S.
chromate production plants, eyes were examined because accidental splashes of chromium compounds
into the eye had been observed in these plants.  Congestion of the conjunctiva was found in 38.7% of the
897 workers, discharge in 3.2%, corneal scaring in 2.3%, any abnormal finding in 40.8%, and burning in
17.0%, compared with respective frequencies of 25.8, 1.3, 2.6, 29.0, and 22.6% in 155 nonchromate
workers.  Only the incidences of congestion of the conjunctiva and any abnormal findings were
significantly higher in the exposed workers than in the controls (PHS 1953).

Instillation of 0.1 mL of a 1,000 mg chromium(VI)/L solution of sodium dichromate and sodium
chromate (pH 7.4) was not irritating or corrosive to the eyes of rabbits (Fujii et al. 1976).  Histological
examination of the eyes of rats exposed to chromium dioxide (15.5 mg chromium(IV)/m$^3$) in air revealed
no lesions (Lee et al. 1989).  In a primary eye irritation test, direct conjunctival instillation of 5.2 mg
chromium(III) as chromium nicotinate in water to male and female New Zealand albino rabbits produced
conjunctivitis within 1 hour of application, although no corneal opacity or iritis was observed (Shara et al.
2005).

### 3.2.3.3  Immunological and Lymphoreticular Effects

In addition to the irritating and ulcerating effects, direct skin contact with chromium compounds elicits an
allergic response, characterized by eczema or dermatitis, in sensitized individuals.  Chromium-induced
allergic contact dermatitis is typically isolated to areas at the site of contact, rarely occurring in areas
remote to the point of contact (Winder and Carmody 2002).  Following an induction phase during which
the patient becomes sensitized, subsequent dermal exposure results in an allergic response.  The acute
response phase lasts for a few days to a few weeks and is characterized by erythema, edema, and small
and large blisters; the chronic phase exhibits similar clinical features, but may also include thickened,
scaly, and fissured skin (Winder and Carmody 2002).  Evaluation by light and electron microscopy of
skin biopsies of individuals with active dermatitis due to chromium shows increased intracellular edema

of lower epidermal keratinocytes, formation of vacuoles in cells of the lower epidermis and dendritic, spindle-shaped cells in the upper dermis (Shah and Palmer 2002).

Studies using dermal patch testing as a technique to diagnose chromium sensitivity show that challenge with small amounts of chromium(VI) or chromium(III) can induce a response in sensitized individuals. A series of studies conducted by Hansen et al. (2003, 2006a, 2006b) show that patients with chromium-induced dermatitis associated with exposure to leather products responded to both low-dose and high-dose chromium(VI) and chromium(III) challenge using skin patch tests. In a group of 18 patients previously diagnosed with chromium sensitivity, the concentration of chromium(VI) as potassium dichromate required to elicit a positive response on skin patch challenge was 6 mg chromium(VI)/L and 1 mg chromium(III)/L as chromium trichloride (Hansen et al. 2003). Using higher doses in 2,211 patients with suspected contact dermatitis, 71 (3.2%) tested positive to 0.5% potassium dichromate (0.18% chromium(VI)) on skin patch challenge; of these 71 chromium(VI)-positive patients, 31 also produce a positive result when challenged with 13% chromium trichloride (3.7% chromium(III)) (Hansen et al. 2006b). The positive response to both chromium(VI) and chromium(III) challenge may indicate that exposure to both compounds may induce sensitivity or that there is cross-sensitivity between chromium(VI) and chromium(III) compounds on challenge. Similar results have been reported with high-dose chromium(III), showing that patch testing of chromium(VI)-sensitive patients with chromium(III) compounds can elicit an allergic reaction (Fregert and Rorsman 1964, 1966; Mali et al. 1966).

A study was performed on 54 volunteers who with chromium-induced allergic contact dermatitis to determine a dose-response relationship and to determine a minimum-elicitation threshold concentration (MET) that produces an allergic response in sensitive individuals (Nethercott et al. 1994). Patch testing was performed on the subjects in which the concentration of potassium chromate(VI) was varied up to 4.4 $\mu$g chromium/cm$^2$. Two percent (1/54) had a MET of 0.018. About 10% were sensitized at 0.089 $\mu$g/cm$^2$ and all were sensitized at 4.4 $\mu$g/cm$^2$. Comparable studies were performed with chromium(III) chloride, however, only 1 showed a positive response at 33 $\mu$g chromium/cm$^2$, and upon retesting was negative. Based on these findings the authors concluded that soil concentrations of chromium(VI) and chromium(III) of 450 and 165,000 ppm, respectively, should not pose a hazard of allergic contact dermatitis to 99.99% of people who might be exposed to chromium through soil-skin contact.

Subjects with a sensitivity to chromium and challenged with a 0.001% solution potassium dichromate had increased skin thickness and blood flow (Eun and Marks 1990). Studies conducted on chromium(VI)-

sensitive printers and lithographers indicate that chromium(VI) compounds elicit reactions more frequently than do chromium(III) compounds (Levin et al. 1959; Mali et al. 1966; Samitz and Shrager 1966). The authors attributed this to a greater degree of permeation of the hexavalent form than the trivalent form through the skin (see Section 3.4.1.3).

In a study of skin disease among workers at an automobile factory, 230 workers with skin disease and 66 controls were patch tested with potassium dichromate (0.175% chromium(VI)). Sensitivity to potassium dichromate was seen in 24% of the patients and 1% of the controls. Most of the sensitive patients were assemblers who handled nuts, bolts, screws, and washers, which were found to have chromate on the surfaces as a result of a chromate dip used in the engine assembly process. Discontinuation of use of the chromate dip resulted in a significant decrease in the prevalence of dermatitis 6 months later (Newhouse 1963).

Numerous studies have investigated the cause of dermatitis in patients and in workers in a variety of occupations and industries and have found positive results for chromium compounds in patch tests. In these studies, patch tests were conducted with chromium(VI) or chromium(III) compounds using various concentrations. In studies of individuals with occupational contact dermatosis, positive patch tests for chromium (potassium dichromate, sodium chromate, or otherwise not specified) were found in 6–45% of the subjects (Athavale et al. 2007; Bock et al. 2003; Fregert 1975). The common occupations of individuals with the positive reactions to chromium were metal workers, tannery workers, builders, bricklayers, concrete workers, plasterers, and construction workers. Other industries and sources of chromium that have resulted in chromium sensitivity include welding, printing, glues, wood ash, foundry sand, match heads, machine oils, timber preservative, boiler linings, making of television screens, magnetic tapes, tire fitting, chrome plating, wood and paper industry, leather tanning, cement working, automobile painting, diesel locomotive repair, and milk testing (Burrows 1983; Cheng et al. 2008; Engebrigtsen 1952; Engel and Calnan 1963; Gass and Todd 2007; Kaplan and Zeligman 1962; Lockman 2002; Peltonen and Fraki 1983; Wong et al. 1998). Chromate sensitivity has also been reported in women who frequently used dichromate-containing detergent and bleach (Basketter et al. 2001; Wahba and Cohen 1979).

A number of large-scale retrospective studies (>3,000 subjects) examined the frequency of positive patch tests for potassium dichromate among patients with suspected contact dermatitis. Positive results were found in 2.7–6% of the subjects (Carøe et al. 2010; Cheng et al. 2008; Ertam et al. 2008; Hegewald et al. 2008). A similar frequency of positive patch test results were found in a study of elderly patients (11%)

with contact and occupational dermatosis (Balato et al. 2008) and in children (7%) with contact dermatitis (Milingou et al. 2010).

Animals can also be sensitized to chromium compounds. Contact sensitivity was induced in mice by rubbing a solution of 1% potassium dichromate (0.35% chromium(VI)) ≈50 times on the shaved abdomens. Challenge with potassium dichromate on the ear resulted in significant induction of sensitivity, measured by ear thickness and histologically observed infiltration of nucleophilic leukocytes (Mor et al. 1988).

Guinea pigs can be sensitized to chromium(VI) and chromium(III) compounds by a series of intradermal injections of 0.009 mg chromium(VI)/kg as potassium dichromate or of 0.004 mg chromium(III)/kg as chromium trichloride. Regardless of the compound used to sensitize the guinea pigs, subsequent patch testing with chromium(VI) or chromium(III) yielded the same erythmatic reaction. The response, however, was greater when chromium(VI) was used as the sensitizer (Gross et al. 1968). Similarly, the same erythmatic response to chromium(VI) and chromium(III) compounds was noted in guinea pigs sensitized to 0.04 mg chromium(VI)/kg as potassium dichromate or 0.03 mg chromium(III)/kg as chromium sulfate (Jansen and Berrens 1968).

Results of skin testing to demonstrate or diagnose chromium sensitization are recorded in Table 3-6 for chromium(VI) and Table 3-7 for chromium(III).

No studies were located regarding the following health effects in humans or animals after dermal exposure to chromium compounds:

**3.2.3.4  Neurological Effects**
**3.2.3.5  Reproductive Effects**
**3.2.3.6  Developmental Effects**

**3.2.3.7  Cancer**

No studies were located regarding cancer in humans or animals after dermal exposure to chromium compounds.

## 3.3   GENOTOXICITY

*In vivo* studies of chromium compounds are summarized in Table 3-8.  *In vitro* studies on the
genotoxicity of chromium(VI) and chromium(III) compounds are summarized in Tables 3-9 and 3-10,
respectively.  Chromium(VI) compounds rapidly (within seconds to minutes) enter cells by facilitated
diffusion, while chromium(III) compounds enter much more slowly (within days) by simple diffusion;
therefore, chromium(VI) compounds are of greater concern with regard to health effects.  Available
genotoxicity studies on occupationally exposed humans typically evaluate effects in blood cells since
blood is easily accessible, whereas evaluation of effects in cells from cancer target tissues (e.g., lung,
gastrointestinal tract) are not easily obtained for analysis.  However, negative genotoxicity results in
tissues that are not cancer targets (e.g., blood) should not be extrapolated to cancer target tissues.

Occupational exposure studies have yielded mixed results on the genotoxic potential of chromium
compounds.  Studies involving workers exposed to chromium(VI) in stainless steel welding and
electroplating (Halasova et al. 2008; Husgafvel-Pursiainen et al. 1982; Littorin et al. 1983; Nagaya 1986;
Nagaya et al. 1991), and to chromium(III) in tanneries (Hamamy et al. 1987) did not report increases in
the number of chromosomal aberrations or sister chromatid exchanges in peripheral lymphocytes of these
workers.  No elevations in DNA strand breaks or hydroxylation of deoxyguanosine were detected in
lymphocytes of workers exposed to chromium(VI) involved in the production of bichromate (Gao et al.
1994), while DNA strand breaks were reported in the peripheral lymphocytes of 19 chromium platers
(Gambelunghe et al. 2003).  DNA damage was also reported in chromium(III) tannery workers (Zhang et
al. 2008).  In contrast, other studies involving electroplaters, stainless steel welders, or workers at
tanneries reported higher levels of chromosomal aberrations, sister chromatid exchanges, or micronuclei
formation in workers exposed to chromium(VI) compared to controls (Balachandar et al. 2010; Deng et
al. 1988; Koshi et al. 1984; Lai et al. 1998; Sarto et al. 1982; Stella et al. 1982; Werfel et al. 1998).

Urine samples from six workers working in chromium plating factories were tested for the induction of
unscheduled DNA synthesis (UDS) in pleural mesothelial cells (Pilliere et al. 1992).  The mean
chromium concentration in the urine samples was 11.7±8.8 µg/L.  The urine from five of the workers
showed a significant elevated in UDS over control subjects who were nonsmokers, with a trend toward
increasing amounts of urine being tested.  However, there was no correlation between UDS and
chromium concentrations in urine.

APPX ATT_V6_4076

**Table 3-8. Genotoxicity of Chromium *In Vivo***

| Species (test system) | End point | Results | Reference | Valence | Compound |
|---|---|---|---|---|---|
| *Drosophila melanogaster* | Gene mutation | + | Gava et al. 1989b; Rasmuson 1985; Rodriguez-Arnaiz and Martinez 1986; Zimmering et al. 1985 | (VI) | Potassium dichromate, sodium dichromate, chromium trioxide, calcium chromate |
| *D. melanogaster* | Gene mutation | + | Olvera et al. 1993 | (VI) | Chromium trioxide |
| *D. melanogaster* | Gene mutation | + | Kaya et al. 2002 | (VI) | Potassium dichromate |
| *D. melanogaster* | Gene mutation | + | Amrani et al. 1999 | (VI) | Potassium chromate, potassium dichromate |
| *D. melanogaster* | Gene mutation | – | Amrani et al. 1999 | (III) | Chromium chloride |
| Human lymphocytes | Chromosomal aberrations | + | Koshi et al. 1984; Sarto et al. 1982 | (VI) | Stainless steel, welding fumes, chromium trioxide |
| Human lymphocytes | Chromosomal aberrations | – | Hamamy et al. 1987 | (III) | Chrome alum (primarily chromium sulfate) |
| Human lymphocytes | Chromosomal aberrations | – | Husgafvel-Pursiainen et al. 1982 | (VI) | Stainless steel, welding fumes |
| Human lymphocytes | Sister chromatid exchanges | + | Koshi et al. 1984; Lai et al. 1998; Sarto et al. 1982; Stella et al. 1982 | (VI) | Chromium plating, stainless steel, welding fumes, chromium trioxide |
| Human lymphocytes | DNA strand breaks, hydroxylation of deoxyquanosine | – | Gao et al. 1994 | (VI) | Production of bichromate |
| Human lymphocytes | Sister chromatid exchanges | – | Nagaya et al. 1991 | (VI) | Chromium plating |
| Human lymphocytes | Sister chromatid exchanges, DNA strand breaks | + | Werfel et al. 1998 | (VI) | Welding fumes |

APPX ATT_V6_4077

## Table 3-8.  Genotoxicity of Chromium *In Vivo*

| Species (test system) | End point | Results | Reference | Valence | Compound |
|---|---|---|---|---|---|
| Human peripheral lymphocytes | Chromosomal aberrations | – | Halasova et al. 2008 | (VI) | Welding fumes |
| Human lymphocytes | Sister chromatid exchanges | – | Nagaya 1986 | (VI) | Chromium plating |
| Human peripheral lymphocytes | Micronuclei | + | Vaglenov et al. 1999 | (VI) | Chromium electroplating |
| Human peripheral lymphocytes | Micronuclei | + | Benova et al. 2002 | (VI) | Chromium plating |
| Human buccal mucosa | Micronuclei | + | Benova et al. 2002 | (VI) | Chromium plating |
| Human peripheral lymphocytes | Chromosomal aberrations, sister chromatid exchanges | – | Benova et al. 2002 | (VI) | Chromium plating |
| Human peripheral lymphocytes | DNA strand breaks | + | Gambelunghe et al. 2003 | (VI) | Chromium plating |
| Human buccal mucosa | Chromosomal aberrations, sister chromatid exchanges | – | Benova et al. 2002 | (VI) | Chromium plating |
| Human whole blood cells | Sister chromatid exchanges | + | Wu et al. 2001 | (VI) | Chromium electroplating |
| Human peripheral lymphocytes | Micronuclei, DNA-protein crosslinks | + | Medeiros et al. 2003a | (III) | Tanners |
| Human peripheral lymphocytes | Chromosomal aberrations, micronuclei | + | Balachandar et al. 2010 | (VI) | Tanners |
| Human peripheral lymphocytes | Micronuclei | – | Medeiros et al. 2003a | (VI) | Welders |
| Human peripheral lymphocytes | DNA-protein crosslinks | + | Medeiros et al. 2003a | (VI) | Welders |
| Human peripheral lymphocytes | DNA damage | + | Zhang et al. 2008 | (III) | Tanners |
| Human peripheral lymphocytes | DNA damage | + | Zhang et al. 2011 | (VI) | Chromium electroplating |
| New polychromatic erythrocytes | Micronuclei | + | LeCurieux et al. 1992 | (VI) | Potassium chromate |
| Rat lung (intratracheal exposure) | DNA alterations | + | Izzotti et al. 1998 | (VI) | Sodium dichromate |
| Rat liver (intratracheal exposure) | DNA alterations | – | Izzotti et al. 1998 | (VI) | Sodium dichromate |
| Rat liver (oral exposure) | DNA-protein crosslinks | + | Coogan et al. 1991a | (VI) | Potassium chromate |

## Table 3-8. Genotoxicity of Chromium *In Vivo*

| Species (test system) | End point | Results | Reference | Valence | Compound |
|---|---|---|---|---|---|
| Rat liver and kidney nuclei (intraperitoneal exposure) | DNA crosslinks, DNA-protein crosslinks, DNA strain breaks | – | Cupo and Wetterhahn 1985 | (III) | Chromium oxide |
| Rat liver, kidney, and lung nuclei (intraperitoneal exposure) | DNA-protein crosslinks | + | Tsapalos et al. 1983b | (VI) | Sodium dichromate |
| Rat hepatocytes (oral exposure) | Unscheduled DNA synthesis | – | Mirsalis et al. 1996 | (VI) | Potassium chromate |
| Rat (F344/N) bone marrow cells (oral exposure) | Micronuclei | – | NTP 2008b | (III) | Chromium picolinate |
| Rat (Sprague-Dawley) hepatic | DNA fragmentation | – | Shara et al. 2005 | (III) | Niacin-bound chromium |
| Mouse erythrocytes (oral exposure) | Micronuclei | – | Shindo et al. 1989 | (VI) | Potassium chromate |
| Mouse ($B_6C_3F_1$, BALB/c) erythrocytes (oral exposure) | Micronuclei | – | NTP 2007 | (VI) | Sodium dichromate dihydrate |
| Mouse (am3-C57BL/6) erythrocytes (oral exposure) | Micronuclei | + | NTP 2007 | (VI) | Sodium dichromate dihydrate |
| Mouse $B_6C_3F_1$ (oral exposure) | Micronuclei | – | NTP 2008b | (III) | Chromium picolinate monohydrate |
| Mouse ($B_6C_3F_1$) erythrocytes (oral exposure) | Micronuclei | – | NTP 2008b | (III) | Chromium picolinate monohydrate |
| Mouse (transplacental exposure) | DNA deletions | + | Kirpnick-Sobol et al. 2006 | (III) | Chromium (III) chloride salt |
| Mouse (transplacental exposure) | DNA deletions | + | Kirpnick-Sobol et al. 2006 | (VI) | Potassium dichromate |
| Mouse (BDF1) bone marrow cells (drinking water exposure) | Micronuclei | – | De Flora et al. 2006 | (VI) | Potassium dichromate |
| Mouse (BDF1) peripheral blood cells (drinking water exposure) | Micronuclei | – | De Flora et al. 2006 | (VI) | Potassium dichromate |
| Mouse (BDF1) bone marrow cells (drinking water exposure) | Micronuclei | – | De Flora et al. 2006 | (VI) | Sodium dichromate dihydrate |

APPX ATT_V6_4079

**Table 3-8. Genotoxicity of Chromium *In Vivo***

| Species (test system) | End point | Results | Reference | Valence | Compound |
|---|---|---|---|---|---|
| Mouse (BDF1) peripheral blood cells (drinking water exposure) | Micronuclei | – | De Flora et al. 2006 | (VI) | Sodium dichromate dihydrate |
| Mouse (BDF1) peripheral blood cells (drinking water exposure) | Micronuclei | – | De Flora et al. 2006 | (III) | Chromic potassium sulfate dodecahydrate |
| Mouse (BDF1) bone marrow cells (drinking water exposure) | Micronuclei | – | De Flora et al. 2006 | (III) | Chromic potassium sulfate dodecahydrate |
| Mouse (BDF1) bone marrow cells (gavage exposure) | Micronuclei | – | De Flora et al. 2006 | (VI) | Potassium dichromate |
| Mouse (BDF1) bone marrow cells (intraperitoneal exposure) | Micronuclei | + | De Flora et al. 2006 | (VI) | Potassium dichromate |
| Mouse (Swiss) bone marrow—dams (drinking water exposure) | Micronuclei | – | De Flora et al. 2006 | (VI) | Sodium dichromate dihydrate |
| Mouse (Swiss) bone marrow—dams (drinking water exposure) | Micronuclei | – | De Flora et al. 2006 | (VI) | Potassium dichromate |
| Mouse (Swiss) bone marrow—dams (intraperitoneal exposure) | Micronuclei | + | De Flora et al. 2006 | (VI) | Sodium dichromate dihydrate |
| Mouse (Swiss) bone marrow—dams (intraperitoneal exposure) | Micronuclei | + | De Flora et al. 2006 | (VI) | Potassium dichromate |
| Mouse (Swiss) fetal liver cells (transplacental exposure from drinking water) | Micronuclei | – | De Flora et al. 2006 | (VI) | Sodium dichromate dihydrate |
| Mouse (Swiss) fetal liver cells (transplacental exposure from drinking water) | Micronuclei | – | De Flora et al. 2006 | (VI) | Potassium dichromate |
| Mouse (Swiss) fetal peripheral blood cells (transplacental exposure from drinking water) | Micronuclei | – | De Flora et al. 2006 | (VI) | Sodium dichromate dihydrate |

## Table 3-8. Genotoxicity of Chromium *In Vivo*

| Species (test system) | End point | Results | Reference | Valence | Compound |
|---|---|---|---|---|---|
| Mouse (Swiss) fetal peripheral blood cells (transplacental exposure from drinking water) | Micronuclei | – | De Flora et al. 2006 | (VI) | Potassium dichromate |
| Mouse (Swiss) fetal liver cells (transplacental exposure from intraperitoneal injection) | Micronuclei | + | De Flora et al. 2006 | (VI) | Sodium dichromate dihydrate |
| Mouse (Swiss) fetal liver cells (transplacental exposure from intraperitoneal injection) | Micronuclei | + | De Flora et al. 2006 | (VI) | Potassium dichromate |
| Mouse (Swiss) fetal peripheral blood cells (transplacental exposure from intraperitoneal injection) | Micronuclei | + | De Flora et al. 2006 | (VI) | Sodium dichromate dihydrate |
| Mouse (Swiss) fetal peripheral blood cells (transplacental exposure from intraperitoneal injection) | Micronuclei | + | De Flora et al. 2006 | (VI) | Potassium dichromate |
| Mouse leukocytes | DNA damage | + | Devi et al. 2001 | (VI) | Potassium dichromate |
| Mouse erythrocytes (intraperitoneal exposure) | Micronuclei | – | Shindo et al. 1989 | (VI) | Potassium chromate |
| Mouse erythrocytes (intraperitoneal exposure) | Micronuclei | + | Itoh and Shimada 1997; Wild 1978 | (VI) | Potassium chromate |
| Mouse erythrocytes (intraperitoneal exposure) | Micronuclei | – | Itoh and Shimada 1996 | (III) | Chromium chloride |
| Mouse erythrocytes (intraperitoneal exposure) | Micronuclei | + | Itoh and Shimada 1996 | (VI) | Potassium chromate |
| Mouse peripheral lymphocytes | DNA damage | + | Wang et al. 2006 | (VI) | Potassium chromate |
| Mouse bone marrow cells (oral exposure) | Micronuclei | – | Mirsalis et al. 1996 | (VI) | Potassium chromate |
| Mouse bone marrow cells (gavage) | Chromosomal aberrations | + | Sarkar et al. 1993 | (VI) | Chromium trioxide |
| Mouse bone marrow (intraperitoneal exposed) | Cell mutation | + | Itoh and Shimada 1998 | (VI) | Potassium dichromate |
| Mouse hepatocytes (intraperitoneal exposed) | Cell mutation | + | Itoh and Shimada 1997, 1998 | (VI) | Potassium dichromate |

**Table 3-8.  Genotoxicity of Chromium *In Vivo***

| Species (test system) | End point | Results | Reference | Valence | Compound |
|---|---|---|---|---|---|
| Mouse bone marrow (intraperitoneal exposed) | Micronuclei | + | Chorvatovičová et al. 1993; Wrońska-Nofer et al. 1999 | (VI) | Potassium dichromate |
| Mouse (intraperitoneal exposure) | Dominant lethality | + | Paschin et al. 1982 | (VI) | Potassium dichromate |
| Mouse liver and kidney cells (intraperitoneal exposure) | Single strand breaks | + | Ueno et al. 2001 | (VI) | Potassium dichromate |
| Mouse spleen, lung, and brain cells (intraperitoneal exposure) | Single strand breaks | – | Ueno et al. 2001 | (VI) | Potassium dichromate |

– = negative results; + = positive results; (0) = 0 valence; (III) = trivalent; (VI) = hexavalent; DNA = deoxyribonucleic acid

## Table 3-9.  Genotoxicity of Chromium(VI) *In Vitro*

| Species (test system) | End point | Results With activation | Without activation | Reference | Compound |
|---|---|---|---|---|---|
| Subcellular targets: | | | | | |
| *Escherichia coli* DNA | DNA-protein crosslinks | No data | – | Fornance et al. 1981 | Potassium chromate |
| Nuclei of mouse L1210 leukemia cells | DNA fragmentation | No data | – | Fornance et al. 1981 | Potassium chromate |
| Double-stranded M13mp2 bacteriophage DNA transferred to *E. coli* | Forward mutations | No data | + | Snow and Xu 1989 | Potassium chromate |
| Puc 19 plasmid DNA | Gene mutation | No data | + | Kortenkamp et al. 1996b | Potassium chromate |
| Papilloma virus | Gene mutation | No data | + | Kowalski et al. 1996 | Potassium chromate |
| PSV2neo-based plasmid DNA | DNA polymerase arrest | + | – | Bridgewater et al. 1994b, 1998 | Sodium dichromate |
| Prokaryotic organisms: | | | | | |
| *Bacillus subtilis* | Recombinations | No data | + | Kanematsu et al. 1980; Nakamuro et al. 1975 | Potassium chromate, potassium dichromate |
| *E. coli* PQ37, PQ35 | Induction of SOS response | – | + | Olivier and Marzin 1987 | Potassium chromate, potassium dichromate |
| *E. coli* AB1157, GC2375, UA4202, PQ30 | Induction of SOS response | No data | + | Llagostera et al. 1986 | Chromium chromate, potassium dichromate, chromium trioxide |
| *E. coli* Wp2, Hs30R, B/rWP2 | Reverse mutations | No data | + | Kanematsu et al. 1980; Nakamuro et al. 1978; Venitt and Levy 1974 | Potassium dichromate, potassium chromate, sodium chromate |

APPX ATT_V6_4083

**Table 3-9.  Genotoxicity of Chromium(VI) *In Vitro***

| Species (test system) | End point | Results With activation | Without activation | Reference | Compound |
|---|---|---|---|---|---|
| *E. coli*, WP2/pKM101, WP2 uvrA/pKM101 | Reverse mutations | No data | + | Watanabe et al. 1998a | Chromium trioxide, sodium dichromate |
| *E. coli*, WP2 uvrA/pKM101 | Reverse mutations | + | + | NTP 2007 | Sodium dichromate dihydrate |
| *Salmonella typhimurium TA100, TA98* | Reverse mutations | + | + | NTP 2007 | Sodium dichromate dihydrate |
| *S. typhimurium* TA100 | Base pair substitutions | No data | + | DeFlora 1978 | Sodium dichromate |
| *S. typhimurium* TA100 | Base pair substitutions | No data | + | Bennicelli et al. 1983 | Sodium dichromate |
| *S. typhimurium* TA102 | Base pair substitutions | No data | + | Bennicelli et al. 1983 | Sodium dichromate |
| *S. typhimurium* TA92 | Base pair substitutions | No data | + | Bennicelli et al. 1983 | Sodium dichromate |
| *S. typhimurium* TA1535 | Base pair substitutions | No data | – | Bennicelli et al. 1983 | Sodium dichromate |
| *S. typhimurium* TA97 | Frame shift mutations | No data | + | Bennicelli et al. 1983 | Sodium dichromate |
| *S. typhimurium* TA1537, TA1538 | Frame shift mutations | No data | – | Bennicelli et al. 1983 | Sodium dichromate |
| *S. typhimurium* TA1978 | Frame shift mutations | No data | ± | Bennicelli et al. 1983 | Sodium dichromate |
| *S. typhimurium* TA1535 | Base pair substitutions | – | ± | Nakamura et al. 1987 | Potassium dichromate |
| *S. typhimurium* TA100 | Base pair substitutions | + | + | Venier et al. 1982 | Potassium dichromate |
| *S. typhimurium* TA1538 | Frame shift mutations | – | – | Venier et al. 1982 | Potassium dichromate |
| *S. typhimurium* TA98 | Frame shift mutations | – | ± | Venier et al. 1982 | Potassium dichromate |
| *S. typhimurium TA97a, TA98* | Frame shift mutations | + | + | Tagliari et al. 2004 | Potassium dichromate |
| *S. typhimurium TA100, TA102* | Base pair substitutions | + | + | Tagliari et al. 2004 | Potassium dichromate |

## Table 3-9. Genotoxicity of Chromium(VI) *In Vitro*

| Species (test system) | End point | Results With activation | Without activation | Reference | Compound |
|---|---|---|---|---|---|
| *S. typhimurium* TA100 | Base pair substitutions | – | – | DeFlora 1981 | Sodium dichromate, potassium chromate, calcium chromate, ammonium chromate, chromium trioxide |
| *S. typhimurium* TA1535 | Base pair substitutions | No data | + | DeFlora 1981 | Sodium dichromate, potassium chromate, calcium chromate, ammonium chromate, chromium trioxide |
| *S. typhimurium* TA100, TA1535 | Base pair substitutions | No data | + | Haworth et al. 1983 | Calcium chromate |
| *S. typhimurium* TA98, TA1537 | Frame shift mutations | No data | + | Haworth et al. 1983 | Calcium chromate |
| *S. typhimurium* TA100, TA1535 | Base pair substitutions | No data | – | Kanematsu et al. 1980 | Potassium dichromate |
| *S. typhimurium* TA100, TA1537, TA1538 | Frame shift mutations | No data | – | Kanematsu et al. 1980 | Potassium dichromate |
| *S. typhimurium* TA 1535 pSK1002 | Mutations | + | + | Yamamoto et al. 2002 | Potassium dichromate |
| *S. typhimurium* TA102, TA2638 | Reverse mutations | No data | + | Watanabe et al. 1998a | Chromium trioxide, sodium dichromate |
| Eukaryotic organisms: | | | | | |
| Yeasts: | | | | | |
| *Saccharomyces cerevisiae* D7 | Mitotic gene conversions | No data | + | Fukunaga et al. 1982; Singh 1983 | Chromium trioxide |
| *S. cerevisiae* D7 | Reverse mutations | No data | + | Singh 1983 | Potassium dichromate |
| *S. cerevisiae* D7 | Mitotic cross-over | No data | + | Fukunaga et al. 1982 | Chromium trioxide |
| *S. cerevisiae* | DNA deletions | No data | + | Kirpnick-Sobol et al. 2006 | Potassium dichromate |

## Table 3-9. Genotoxicity of Chromium(VI) *In Vitro*

| Species (test system) | End point | Results | | Reference | Compound |
|---|---|---|---|---|---|
| | | With activation | Without activation | | |
| *Schizosacharomyces pombe* | Mitotic gene conversion | No data | + | Bonatti et al. 1976 | Potassium dichromate |
| *S. pombe* | Forward mutations | No data | + | Bonatti et al. 1976 | Potassium dichromate |
| Chickens: | | | | | |
| Chick embryos | DNA damage cross links, strand breaks, DNA-protein crosslinks | No data | + | Tsapakos et al. 1983a | Sodium chromate |
| Mammalian cells: | | | | | |
| Human embryonic lung fibroblasts (IMR-90) | DNA-protein crosslinks, DNA fragmentation | No data | + | Fornance et al. 1981 | Potassium chromate |
| Human bronchial epithelial cells | DNA fragmentation | No data | + | Fornance et al. 1981 | Potassium chromate |
| Human lymphocytes | Single strand breaks | No data | + | Depault et al. 2006 | Potassium chromate |
| Human lymphocytes | DNA damage | No data | + | Blasiak and Kowalik 2000 | Potassium dichromate |
| Human dermal fibroblasts (GM03440 cells) | DNA double-strand breaks | No data | + | Ha et al, 2003, 2004 | Sodium chromate |
| Human bronchial fibroblasts (WTHBF-6 cells) | chromosome aberrations | No data | + | Holmes et al. 2006 | Sodium chromate |
| Human bronchial fibroblasts (WTHBF-6 cells) | Disruption of mitosis | No data | + | Wise et al. 2006a | Sodium chromate |
| Human bronchial epithelial cells (BEP2D cells) | chromosome aberrations | No data | + | Wise et al. 2006b | Sodium chromate |
| Human lung fibroblasts | DNA polymerase arrest, DNA-DNA crosslinks | No data | + | Xu et al. 1996 | Sodium chromate |
| Primary human bronchial fibroblasts | Chromosomal aberrations | No data | + | Li Chen et al. 2009 | Sodium chromate |
| Primary human skin cells | Chromosomal aberrations | No data | + | Li Chen et al. 2012 | Sodium chromate |

APPX ATT_V6_4086

**Table 3-9. Genotoxicity of Chromium(VI) *In Vitro***

| Species (test system) | End point | Results | | Reference | Compound |
|---|---|---|---|---|---|
| | | With activation | Without activation | | |
| Chinese hamster lung DON cells | Sister chromatid exchange, chromosomal aberrations | No data | + | Koshi 1979, Koshi and Iwaski 1983 | chromium trioxide, zinc bromate, calcium chromate, potassium chromate |
| Chinese hamster ovary cells | Chromosomal aberrations, DNA fragmentation | No data | + | Blankenship et al. 1997 | sodium chromate |
| Mouse L1210 leukemia cells | DNA fragmentation, DNA-protein crosslinks | No data | + | Fornace et al. 1981 | Potassium chromate |
| Mouse embryo fibroblast cells | Chromosomal aberrations | No data | + | Sugiyama et al. 1986a | Calcium chromate |
| Mouse A18BcR cells | Unscheduled DNA synthesis | No data | + | Raffetto et al. 1977 | Potassium dichromate |
| Mouse primary fetal cells | Transformations, chromosomal aberrations | No data | + | Raffetto et al. 1977 | Potassium dichromate |
| Human gastric mucosa | DNA damage | No data | + | Trzeciak et al. 2000 | Potassium dichromate |
| Human peripheral blood lymphocytes | DNA damage | No data | + | Trzeciak et al. 2000 | Potassium dichromate |
| Human fibroblasts | Double strand breaks | No data | + | Ha et al. 2004 | Sodium chromate |
| Human primary bronchial fibroblasts | Chromosomal aberrations | No data | + | Wise et al. 2002, 2004 | Sodium chromate |
| Chinese hamster ovary cells | Chromosomal damage | No data | + | Seoane and Dulout 1999 | Potassium dichromate |
| Mouse mammary FM3A carcinoma cells | Chromosomal aberrations | No data | + | Umeda and Nishmura 1979 | Potassium dichromate, potassium chromate, chromium trioxide |
| Rat liver epithelial cells | Transformations | No data | + | Briggs and Briggs 1988 | Potassium chromate |

– = negative results; + = positive results; ± = weakly positive results; (VI) = hexavalent; DNA = deoxyribonucleic acid

## Table 3-10. Genotoxicity of Chromium(III) *In Vitro*

| Species (test system) | End point | Results With activation | Results Without activation | Reference | Compound |
|---|---|---|---|---|---|
| Subcellular targets: | | | | | |
| *Escherichia coli* DNA | DNA-protein crosslinks | No data | + | Fornace et al. 1981 | Chromium trichloride |
| Nuclei of mouse L1210 leukemia cells | DNA fragmentation | No data | + | Fornace et al. 1981 | Chromium trichloride |
| Single-stranded M13mp2 bacteriophange DNA | Replication assay: increased nucleotide incorporation | No data | + | Snow 1991; Snow and Xu 1989 | Chromium trichloride |
| Double-stranded M13mp2 bacteriophage DNA transferred to *E. coli* | Forward mutations | No data | + | Snow 1991; Snow and Xu 1989 | Chromium trichloride |
| pSV2neoTS DNA | DNA polymerase arrest | No data | + | Bridgewater et al. 1994b | Chromium trichloride |
| Prokaryotic organisms: | | | | | |
| *Bacillus subtilis* | Recombinations | No data | – | Kanematsu et al. 1980 | Chromium sulfate, chromium potassium sulfate |
| *B. subtilis* | Recombinations | No data | – | Matsui 1980; Nakamuro et al. 1978; Nishioka 1975 | Chromium trichloride |
| *B. subtilis* | Recombinations | No data | ± | Nakamuro et al. 1978 | Chromium nitrate |
| *B. subtilis* | Recombinations | No data | ± | Nakamuro et al. 1978 | Chromium acetate |
| *E. coli* | Gene mutations | No data | + | Sugden et al. 1990 | cis-Dichlorobis (2,2'-bipyridyl) chromium(III) |
| *E. coli* WP2 *uvrA*/pKM101 | Gene mutations | – | – | NTP 2008b | Chromium picolinate monohydrate |
| *E. coli* AB1157, GC275, VA4202, PQ30 | Induction of SOS response | No data | – | Llagostera et al. 1986 | Chromium trichloride, chromium nitrate, chromium acetate |
| *E. coli* PQ37, PQ35 | Induction of SOS response | – | – | Olivier and Marzin 1987 | Chromium trichloride hexahydrate |

3.  HEALTH EFFECTS

## Table 3-10.  Genotoxicity of Chromium(III) *In Vitro*

| Species (test system) | End point | Results With activation | Results Without activation | Reference | Compound |
|---|---|---|---|---|---|
| *E. coli* PQ37 | Induction of SOS response | – | – | Venier et al. 1989 | Chromium trichloride, chromium nitrate |
| *E. coli* PQ37 | Induction of SOS response | – | ± | Venier et al. 1989 | Chromium acetate |
| *Salmonella typhimurium* TA100, TA1535 | Reverse mutations Base pair substitutions | – | – | De Flora 1981;Petrilli and De Flora 1978b | Chromium trichloride hexahydrate, chromium nitrite, monohydrate, chromium potassium sulfate, chromium acetate, neochromium, chromium alum, chromite |
| TA98, TA1537, TA1538 | Frame shift mutations | – | – | | |
| *S. typhimurium* TA102 | Base pair substitutions | – | – | Bennicelli et al. 1983 | Chromium nitrate |
| *S. typhimurium* TA100, TA1535 | Base pair substitutions | – | – | Venier et al. 1982 | Chromium chloride hexahydrate, chromium nitrate monohydrate |
| TA98, TA1538 | Frame shift mutations | – | – | | |
| *S. typhimurium* TA100, TA98 | Reverse mutations | – | – | NTP 2008b | Chromium picolinate monohydrate |
| *S. typhimurium* TA102, TA104, TA100, TA1535, TA97, TA98 | Reverse mutations | – | – | NTP 2008b | Chromium picolinate |
| *S. typhimurium* TA92, TA98, TA100 | Reverse mutations | No data | + | Warren et al. 1981 | Chromium complexes with 2,2'-bipyridine and 1,10-phenanthroline |
| *S. typhimurium* TA98, TA100, TA1535, TA1537 | Reverse mutations | – | – | Whittaker et al. 2005 | Chromium picolinate |
| *S. typhimurium* TA98, TA100, TA1535, TA1537 | Reverse mutations | – | – | Whittaker et al. 2005 | Chromium chloride |
| *S. typhimurium* TA1535, TA97a, TA98, TA100, TA102 | Reverse mutations | – | – | Shara et al. 2005 | Niacin-bound chromium |

## Table 3-10.  Genotoxicity of Chromium(III) *In Vitro*

| Species (test system) | End point | Results With activation | Results Without activation | Reference | Compound |
|---|---|---|---|---|---|
| *S. typhimurium* TA 1535 pSK1002 | Mutations | – | – | Yamamoto et al. 2002 | Chromium nitrate |
| **Eukaryotic organisms:** | | | | | |
| **Yeasts:** | | | | | |
| *Saccharomyces cerevisiae* | Reverse mutations, mitotic gene conversions | No data | + | Bronzetti et al. 1986 | Chromium trichloride |
| *S. cerrevisiae* | DNA deletions | No data | + | Kirpnick-Sobol et al. 2006 | Chromium (III) chloride salt |
| **Chickens:** | | | | | |
| Chick embryos | DNA damage (crosslinks, strand breaks) | No data | – | Tsapakos et al. 1983a | Chromium nitrate |
| **Mammalian cells:** | | | | | |
| Human lymphocytes | DNA damage | No data | + | Blasiak and Kowalik 2000 | Chromium chloride |
| Human skin fibroblasts | Unscheduled DNA synthesis | No data | – | Whiting et al. 1979 | Chromium trichloride |
| Human skin fibroblasts | DNA fragmentation | No data | – | Whiting et al. 1979 | Chromium trichloride |
| Human leukocytes | Chromosomal aberrations | No data | ± | Nakamuro et al. 1978 | Chromium trichloride, chromium nitrate, chromium acetate |
| Human lymphocytes | Chromosomal aberrations | No data | ± | Stella et al. 1982 | Chromium trichloride hexahydrate |
| Human lymphocytes | Chromosomal aberrations | No data | – | Sarto et al. 1980 | Chromium trichloride |
| Human lymphocytes | Sister chromatid exchange | No data | – | Stella et al. 1982 | Chromium trichloride hexahydrate |
| Chinese hamster V79 cells | Chromosomal aberrations | No data | – | Newbold et al. 1979 | Chromium acetate |
| Syrian hamster embryonal cells | Chromosomal aberrations | No data | – | Tsuda and Kato 1977 | Chromium trichloride hexachloride, chromium sulfate tetrahydrate |
| Chinese hamster lung DON cells | Chromosomal aberrations | No data | – | Ohno et al. 1982 | Chromium trichloride hexahydrate, chromium sulfate tetrahydrate |

APPX ATT_V6_4090

CHROMIUM                                                                                    230

3.  HEALTH EFFECTS

**Table 3-10.  Genotoxicity of Chromium(III) *In Vitro***

| Species (test system) | End point | Results With activation | Results Without activation | Reference | Compound |
|---|---|---|---|---|---|
| Chinese hamster ovary cells | aberrations | | ± | Levis and Majone 1979 | Chromium trichloride hexachloride, chromium nitrate monohydrate, chromium potassium sulfate, chromium acetate |
| Chinese hamster ovary cells | Sister chromatid exchange | No data | – | Levis and Majone 1979; MacRae et al. 1979; Venier et al. 1982 | Chromium trichloride hexachloride, chromium nitrate, monohydrate, chromium potassium sulfate, chromium acetate |
| Chinese hamster ovary cells (*hprt* locus) | Mutations | No data | + | Coryell and Stearns 2006; Stearns et al. 2002 | Chromium trispicolinate |
| Mouse L5178Y+/- lymphoma | Mutations | – | – | Shara et al. 2005 | Niacin-bound chromium |
| Mouse L5178Y lymphoma | Mutations | + | + | Whittaker et al. 2005 | Chromium picolinate |
| Mouse L5178Y lymphoma | Mutations | – | ± | Whittaker et al. 2005 | Chromium chloride |
| Mouse leukemia cells | Chromosomal aberrations | No data | – | Fornace et al. 1981 | Chromium trichloride |
| Mouse mammary carcinoma | Chromosomal aberrations | No data | – | Umeda and Nishimura 1979 | Chromium sulfate |
| Fm3A cells: | | | | | |
| Mouse fetal cells | Chromosomal aberrations | No data | ± | Raffetto et al. 1977 | Chromium trichloride |
| Mouse fetal cells | Morphological transformations | No data | + | Raffetto et al. 1977 | Chromium trichloride |
| Mouse A18BcR cells | Unscheduled DNA synthesis | No data | – | Raffetto et al. 1977 | Chromium trichloride |

– = negative results; + = positive results; ± = weakly positive results; (III) = trivalent; DNA = deoxyribonucleic acid

APPX ATT_V6_4091

An epidemiology study of stainless steel welders, with mean exposure levels of 0.055 mg chromium(VI)/m$^3$ or 0.081 mg chromium (total)/m$^3$, did not report increases in the number of sister chromatid exchanges in the lymphocytes of exposed workers. The welders were also exposed to nickel and molybdenum from the welding rods (Littorin et al. 1983). A similar study was conducted to detect genotoxic effects of chromium(VI) on workers in electroplating factories. Of the 24 workers examined, none showed significant differences in sister chromatid exchange frequency (Nagaya 1986). Similarly, no correlation was found between excretion of chromium in the urine and the frequency of sister chromatid exchanges in 12 male chromium platers whose mean urinary chromium level was 17.9 µg/g creatinine (Nagaya et al. 1991). In chrome platers (n=15) in low (0.0075 mg Cr(VI)/m$^3$) and high (0.0249 mg Cr(VI)/m$^3$) exposure groups, no significant differences in the frequency of sister chromatid exchanges and chromosomal aberrations in peripheral lymphocytes and buccal mucosa cells were observed compared to controls (0.0004 mg Cr(VI)/m$^3$; n=15) (Benova et al. 2002). No increase in chromosomal aberrations was observed in 17 tannery workers exposed primarily to chromium(III) as compared with 13 controls (Hamamy et al. 1987). However, parallel measurements in these tannery workers showed that the average chromium levels in plasma (0.115 µg/L) and urine (0.14 µg/100 L) did not differ from the nonexposed workers. In addition, stainless steel welders occupationally exposed to chromium(VI) for a mean of 21 years did not have any increase in chromosomal aberrations or sister chromatid exchanges compared to a control group; no actual exposure levels were provided (Husgafvel-Pursiainen et al. 1982). Similarly, no alterations in chromosomal aberration frequency were observed in chromium welders exposed to chromium for an average of 10 years (Halasova et al. 2008). Yet, other studies involving electroplaters and welders report a higher incidence of chromosomal aberrations or sister chromatid exchanges in lymphocytes of workers than in controls. In one study, a causal relationship between chromium exposure and the observed effects could not be established because the exposure was confounded by co-exposure to nickel and manganese (Elias et al. 1989a). In another study, although chromium workers were found to have higher rates of sister chromatid exchanges than workers exposed to nickel-chromium or controls (after adjusting for potential confounding factors), the differences were not significantly correlated to chromium concentrations in blood or urine (Lai et al. 1998). The frequency of sister chromatid exchanges was also higher in the blood of 35 chromium platers in Taiwan when compared to controls (Wu et al. 2001). The frequency of sister chromatid exchanges in the lymphocytes of 12 workers exposed to chromium(VI) as chromic acid fumes in a chrome plating industry was significantly increased (Stella et al. 1982). Significantly increased incidences of chromosomal aberrations in peripheral lymphocytes were found in workers exposed to chromium(VI) as chromium trioxide in two of four electroplating plants. Of the two plants where the increases were significant, one was a "bright" plating plant, where exposure involved nickel as well as chromium, and one was a "hard"

plating plant, where exposure involved only chromium.  However, the increase in chromosomal aberrations correlated poorly with urinary chromium levels, and only the increase in the "bright" platers showed a significant correlation with duration of exposure.  A significantly increased incidence of sister chromatid exchanges was found in "hard" platers compared with controls (sister chromatid exchange was not evaluated in "bright" platers), and smoking appeared to enhance the increase (7 of 8 smokers and 7 of 11 nonsmokers had incidences significantly higher than controls).  Moreover, the increased incidence of sister chromatid exchange showed a positive correlation with urinary chromium levels (Sarto et al. 1982).  Repeated cytogenetic analysis of peripheral lymphocytes for 3 years revealed an increased frequency of chromosomal aberrations and sister chromatid exchanges in a group of stainless steel welders compared to controls.  The workers were exposed to unreported chromium(VI) concentrations for a mean of 12.1 years, but exposure to ultraviolet rays and small amounts of manganese, nickel, iron, and magnesium could not be ruled out (Koshi et al. 1984).  Compared to 39 controls, significantly elevated sister chromatid exchange values in lymphocytes and significantly higher rates of DNA single-strand breakages were found in a group of 39 welders exposed to unreported chromium(VI) and nickel concentrations (Werfel et al. 1998).  Only one study was located regarding the average levels of exposure for electroplating workers:  workers exposed to an average level of 0.008 mg chromium(VI)/m$^3$ had increases in chromosomal aberrations and sister chromatid exchanges.  However, high levels of nickel as well as chromium were found in hair and stool samples when compared to controls (Deng et al. 1988).  Increased levels of chromosomal aberrations and micronuclei formation were observed in tannery workers and residents living near the tannery exposed to elevated levels of chromium(VI) (Balachandar et al. 2010); chromium(VI) levels in air samples were 0.021 and 0.013 mg/m$^3$ in the workers and residents, respectively, and 0.006 mg/m$^3$ in controls.  Increased frequencies of micronuclei were reported in the peripheral lymphocytes and buccal mucosa cells in two studies of chromium electroplating workers in Bulgaria (Benova et al. 2002; Vaglenov et al. 1999).  In chrome platers (n=15), significant increases in micronuclei in peripheral lymphocytes and buccal mucosa cells were observed in low (0.0075 mg Cr(VI)/m$^3$) and high (0.0249 mg Cr(VI)/m$^3$) exposure groups compared to controls (0.0004 mg Cr(VI)/m$^3$; n=15) (Benova et al. 2002).  Increased micronuclei frequency and DNA-protein crosslinks were observed in the peripheral lymphocytes of tanners primarily exposed to chromium(III) compounds, while welders, who are primarily exposed to chromium(VI) compounds had evidence of DNA-protein crosslinks, but not increased micronuclei frequency in peripheral lymphocytes (Medeiros et al. 2003a).  No elevated levels of DNA strand breaks or hydroxylation of deoxyguanosine in lymphocytes were found in 10 workers occupationally exposed in the production of bichromate when compared with 10 non-occupationally-exposed workers at the same facility (Gao et al. 1994).  From general background monitoring levels of chromium(VI), exposures were estimated to be between 0.001 and 0.055 mg/m$^3$.  In

contrast, DNA strand breaks were reported in the peripheral lymphocytes of 19 chromium platers with a mean postshift urinary concentration of 7.31 µg/g creatinine when compared to non-exposed control subjects (Gambelunghe et al. 2003).  Increases in DNA damage were found in tannery workers exposed to chromium(III) (Zhang et al. 2008).  Significant associations between DNA damage and blood and urinary chromium levels were observed; blood chromium levels ranged from 13.10 to 68.30 µg/L (median of 22.95 µg/L) and urinary chromium levels ranged from 1.50 to 42.20 µg/L (median of 10.60 µg/L) in the high-exposure group and 4.30–64.3 µg/L (median of 22.95 µg/L) and 1.50–18.00 µg/L (median of 2.25 µg/L), respectively, in the low-exposure group.  Increases in DNA damage were also found in electroplating workers exposed to chromium(VI) for an average of 5.3 years; significant associations between erythrocyte chromium levels and DNA damage were also observed (Zhang et al. 2011).  Li et al. (2008) reported a significant correlation between umbilical cord chromium levels in neonates born to mothers living in a chromium-contaminated area of China (median umbilical cord chromium levels were 5 times higher than controls) and DNA damage.

Chromium(VI) and chromium(III) have been shown to be genotoxic in human cell lines.  S phase-dependent DNA double-strand breaks were observed in cultured human dermal fibroblasts exposed to sodium chromate (chromium(VI)) (Ha et al. 2003, 2004).  Sodium chromate also induced concentration-dependent chromosome damage in cultured human bronchial fibroblasts and bronchial epithelial cells (Holmes et al. 2006; Wise et al. 2006b).  Exposure of cultured human bronchial fibroblasts to sodium chromate produced disruption of mitosis, most likely through spindle assembly checkpoint bypass (Wise et al. 2006a).  Weakly positive responses were observed for chromium(III) (Nakamuro et al. 1978; Stella et al. 1982).  However, it should be noted that in positive studies, the genotoxic potency of chromium(III) compounds was several orders lower than that of chromium(VI) compounds tested in the same systems.  Positive results for increased micronuclei and DNA damage were also observed in lymphocytes exposed to chromium(III) chloride (Blasiak and Kowalik 2000).  Positive results of chromium(III) in intact cells could be due to contamination of the test compounds with traces of chromium(VI) (De Flora et al. 1990; IARC 1990), nonspecific effects at very high doses, experimental conditions that would increase the penetration of chromium(III) into cells (e.g., detergents), or a technical artifact formed during the extraction procedures (De Flora et al. 1990).  In one case, chromium(III) compounds showed genotoxicity that was linked to redox cycling of a chromium-DNA complex (Sugden et al. 1990).  Although chromium(III) compounds are less toxic than chromium(VI) compounds because of its relative inability to cross cell membranes, chromium(III) causes more DNA damage and mutations when it is formed by intracellular reduction from chromium(VI) or it is reacted with DNA in subcellular systems (Bridgewater et al. 1994a, 1994b, 1998; Fornace et al. 1981; Snow 1991; Snow and Xu 1989).

Thus, results of studies in occupationally exposed humans and in human cell lines indicate that chromium(VI) and chromium(III) are genotoxic; however, studies in humans were limited in several aspects.  Generally, the levels of exposure to chromium(VI) were not known and co-exposure to other potentially active compounds (namely ultraviolet rays and other potentially genotoxic metals) occurred in several studies.  Some negative results (Hamamy et al. 1987) were probably due to low exposure, because the chromium levels in plasma and urine of exposed and unexposed workers did not differ.  Furthermore, some of the studies (Deng et al. 1988; Hamamy et al. 1987; Stella et al. 1982) used groups that were too small (<20 individuals) to have the statistical power to reliably assess the cytogenetic changes in workers.  Although most older occupational exposure studies gave negative or equivocal results, most recent studies have identified chromosomal effects in exposed workers (Benova et al. 2002; Gambelunghe et al. 2003; Wu et al. 2001).  Furthermore, results of studies in human cell lines provide evidence of the genotoxic activity of chromium compounds.  Thus, the available studies support that chromium compounds, particularly chromium(VI), have carcinogenic potential because interactions with DNA have been linked with the mechanism of carcinogenicity.  No studies were located regarding genotoxic effects in humans after oral exposure to chromium or its compounds.

Numerous studies have evaluated the genotoxicity of chromium compounds in animals by several exposure routes, including oral, inhalation, and parenteral routes.  No increased incidence of micronuclei in polychromatic erythrocytes was observed in mice given single gavage doses of potassium chromate at $\leq 86$ mg chromium(VI)/kg (Shindo et al. 1989) or in mice exposed to potassium chromate via drinking water at 1–20 ppm for 48 hours or to bolus doses up to 4 µg/kg for 2 days (Mirsalis et al. 1996).  Similarly, no UDS in hepatocytes was found in rats.  However, an increase in DNA-protein crosslinking was found in the livers of rats exposed to potassium chromate in the drinking water at $\geq 6$ mg chromium(VI)/kg/day for 3 or 6 weeks (Coogan et al. 1991a).

The clastogenic effects of male Swiss albino mice fed chromium(VI) trioxide (20 mg/kg body weight) by gavage were studied; after 24 hours, bone marrow cells were isolated and 500 metaphase plates were scored for chromosomal aberrations (Sarkar et al. 1993).  The treated cells showed a significant increase in aberrations per cell over controls by 4.4-fold.  When animals were treated simultaneously with chlorophyllin (1.5 mg/kg), a sodium-copper derivative of chlorophyll and an antioxidant, numbers of aberrations were reduced to nearly background levels.

3. HEALTH EFFECTS

An increase in DNA-protein crosslinking was found in the livers of rats that had been exposed to potassium chromate in the drinking water at $\geq$6 mg chromium(VI)/kg/day for 3 or 6 weeks (Coogan et al. 1991a). Bone marrow cells from male mice fed chromium(VI) trioxide at 20 mg chromium(VI)/kg by gavage had a 4.4-fold increase in chromosomal aberration over controls (Sarkar et al. 1993). Significant DNA alterations were seen in the lung, but not the liver, of rats exposed to chromium(VI) by intratracheal instillation of sodium dichromate (Izzotti et al. 1998). DNA damage was also reported in leukocytes and peripheral lymphocytes of mice orally exposed to chromium(VI) as potassium chromate (Devi et al. 2001; Wang et al. 2006), and transplacental exposure of potassium dichromate resulted in DNA deletions of the retinal pigment epithelium of mice (Kirpnick-Sobol et al. 2006). Intraperitoneal exposure to chromium(VI) as potassium dichromate caused single strand breaks in mouse liver and kidney cells, but did not in spleen, lung, or brain cells (Ueno et al. 2001). Micronucleated polychromatic erythrocytes were found in mice following intraperitoneal exposure to chromium(VI) as potassium dichromate (Chorvatovičová et al. 1993; De Flora et al. 2006; Itoh and Shimada 1996, 1997; Wild 1978; Wroñska-Nofer et al. 1999), though one study reported negative results following intraperitoneal exposure to potassium chromate (Shindo et al. 1989). In contrast, oral exposure of mice to chromium(VI), as potassium dichromate or sodium dichromate dihydrate, did not induce micronuclei in bone marrow or in peripheral blood cells (De Flora et al. 2006; Mirsalis et al. 1996; NTP 2008a). Similar to chromium(VI) compounds, oral exposure of chromium(III) compounds also did not induce micronuclei in mouse erythrocytes (NTP 2008b), bone marrow cells (De Flora et al. 2006; NTP 2008b), or in peripheral blood cells (De Flora et al. 2006). Transplacental exposure to fetuses from dams exposed to chromium(VI) as either sodium dichromate dihydrate or potassium dichromate through drinking water did not result in micronuclei in fetal liver or peripheral blood cells (De Flora et al. 2006), while transplacental exposure to fetuses from dams exposed by intraperitoneal injection to these same chromium(VI) compounds did result in micronuclei in both fetal liver and peripheral blood cells (De Flora et al. 2006).

No unscheduled DNA synthesis was found in rat hepatocytes after the rats were exposed to potassium chromate in drinking water (Mirsalis et al. 1996). The contrasting results may relate to route-specific differences in absorption or metabolic fate of chromate *in vivo*. Furthermore, intraperitoneal exposure to chromium(VI) as potassium dichromate induced dominant lethality in mice (Paschin et al. 1982) and a significant increase in mutant frequency within mouse hepatocytes (Itoh and Shimada 1997, 1998) and bone marrow cells (Itoh and Shimada 1998). Intraperitoneal injection in rats with sodium dichromate chromium(VI) resulted in DNA crosslinks in liver, kidney, and lung nuclei (Tsapakos et al. 1983b), while similar injection in rats with chromium(III) trichloride did not cause DNA interstrand crosslinks, DNA-protein crosslinks, or DNA strand breaks in liver and kidney nuclei (Cupo and Wetterhahn 1985). Oral

exposure to niacin-bound chromium(III) did not cause DNA fragmentation in rats after 90 days of dietary exposure at doses >621.6 mg Cr(III)/kg/day (Shara et al. 2005). In addition, studies in *Drosophila melanogaster* showed an induction of gene mutations after exposure to chromium(VI) (Amrani et al. 1999; Gava et al. 1989a; Kaya et al. 2002; Rasmuson 1985; Rodriguez-Arnaiz and Martinez 1986; Olvera et al. 1993; Zimmering et al. 1985), but not after exposure to chromium(III) (Amrani et al. 1999).

The vast majority of studies reported genotoxic effects of chromium(VI) in mammalian cells *in vitro* (Blasiak and Kowalik 2000; Briggs and Briggs 1988; Depault et al. 2006; DiPaolo and Casto 1979; Douglas et al. 1980; Elias et al. 1989b; Fornace et al. 1981; Gomez-Arroyo et al. 1981; Ha et al. 2004; Koshi 1979; Koshi and Iwasaki 1983; Kowalski et al. 1996; Levis and Majone 1979; Li Cheng et al. 2008, 2011; MacRae et al. 1979; Majone and Levis 1979; Montaldi et al. 1987; Nakamuro et al. 1978; Newbold et al. 1979; Ohno et al. 1982; Raffetto et al. 1977; Sarto et al. 1980; Seoane and Dulout 1999; Stella et al. 1982; Sugiyama et al. 1986a; Trzeciak et al. 2000; Tsuda and Kato 1977; Umeda and Nishimura 1979; Venier et al. 1982; Whiting et al. 1979; Wise et al. 2002, 2003; Yang et al. 1992). Chromium(VI) also induced DNA damage (DNA interstrand crosslinks, DNA strand breaks, DNA-protein crosslinks) in cultured chick embryo hepatocytes (Tsapakos et al. 1983a). In contrast, mostly negative results were reported for chromium(III) in mammalian cells (Fornace et al. 1981; Levis and Majone 1979; MacRae et al. 1979; Newbold et al. 1979; Ohno et al. 1982; Raffetto et al. 1977; Sarto et al. 1980; Shara et al. 2005; Stella et al. 1982; Tsuda and Kato 1977; Umeda and Nishimura 1979; Venier et al. 1982; Whiting et al. 1979) and chick embryo hepatocytes (Tsapakos et al. 1983a). Positive results were obtained in Chinese hamster ovary cells (Coryell and Stearns 2006; Levis and Majone 1979; Stearns et al. 2002), mouse fetal cells (Raffetto et al. 1977), and mouse lymphoma cells (Whittaker et al. 2005). Chromium(III) picolinate caused chromosome damage (Stearns et al. 1995b) and mutations in cultured mammalian cells (Stearns et al. 2002).

Chromium(VI) was genotoxic in *Saccharomyces cerevisiae* (Fukunaga et al. 1982; Kirpnick-Sobol et al. 2006; Singh 1983) and *Schizosaccharomyces pombe* (Bonatti et al. 1976). Two studies demonstrated the genotoxicity of chromium(III) in *S. cerevisiae* (Bronzetti et al. 1986; Kirpnick-Sobol et al. 2006).

*In vitro* studies indicated that soluble chromium(VI) compounds are mutagenic in *Salmonella typhimurium* reverse mutation assays (Bennicelli et al. 1983; De Flora 1978, 1981; Haworth et al. 1983; Nakamura et al. 1987; NTP 2007a; Venier et al. 1982; Watanabe et al. 1998a; Yamamoto et al. 2002), and in a *Salmonella* microsuspension bioassay (Tagliari et al. 2004). Only one study reported negative results with chromium(VI) in all tested strains (Kanematsu et al. 1980). In contrast, studies with chromium(III)

did not report the induction of reverse mutations in *S. typhimurium* (Bennicelli et al. 1983; De Flora 1981; NTP 2008b; Petrilli and De Flora 1978b; Shara et al. 2005; Venier et al. 1982; Whittaker et al. 2005; Yamamoto et al. 2002).  After preincubation with mammalian microsomes, the mutagenicity of chromium(VI) compounds was reduced or abolished due to concentrations of the reductant glutathione, cysteine, or NADPH capable of converting chromium(VI) to chromium(III) compounds (Bennicelli et al. 1983; De Flora 1978,1981).  Chromium(VI) compounds caused gene mutations in *Bacillus subtilis* (Kanematsu et al. 1980; Nakamuro et al. 1978; Nishioka 1975) and *Escherichia coli* (Kanematsu et al. 1980; Kortenkamp et al. 1996b; Llagostera et al. 1986; Nakamuro et al. 1978; NTP 2007; Olivier and Marzin 1987; Venitt and Levy 1974; Watanabe et al. 1998a).  Negative or weakly positive results were reported in *B. subtilis* with chromium(III) (Kanematsu et al. 1980; Matsui 1980; Nakamuro et al. 1978; Nishioka 1975) and mostly negative results were reported in *E. coli* (Llagostera et al. 1986; NTP 2008b; Olivier and Marzin 1987; Venier et al. 1989).  However, hydrophobic ligands such as 2,2´-bipyridine, 1,10-phenanthroline, or picolinic acid form complexes with chromium(III), which are able to penetrate cell membranes and to cause genotoxicity.  Complexes of chromium(III) with 2,2´-bipyridine or 1,10-phenanthroline were mutagenic in *S. typhimurium* (Warren et al. 1981).  Chromium(III) picolinate was not mutagenic in *S. typhimurium* or *E. coli* (NTP 2008b).

A chromium(IV) ester was synthesized with 2,4-dimethyl-pentane-2,4-diol to examined its ability to cause DNA double strand breaks (Luo et al. 1996).  Calf thymus DNA was reacted with the chromium(IV) complex (1.3 mg/mL) in the presence of 2 mM hydrogen peroxide for 6 days at pH 6.8.  The results showed that the complex in the presence of hydrogen peroxide significantly damaged DNA by causing double strand breaks.  Neither chromium(IV) or hydrogen peroxide alone damaged DNA.  The kinetics of the reaction of chromium(IV) with hydrogen peroxide showed the formation of proportional amounts of hydroxyl radical with chromium(V).  Use of a free radical scavenger prevented DNA strand breaks.  Other studies have shown that chromium(IV) is a better Fenton reagent than chromium(V) for reducing hydrogen peroxide, and thus, chromium(IV)-type damage by generating hydroxyl radicals may also be a contributor of *in vivo* genotoxicity.

In conclusion, chromium(VI) compounds were positive in the majority of tests reported, and their genotoxicity was related to the solubility and, therefore, to the bioavailability to the targets.  Results of occupational exposure studies in humans, although somewhat compromised by concomitant exposures to other potential genotoxic compounds, provide evidence of chromium(VI)-induced DNA strand breaks, chromosome aberrations, increased sister chromatid exchange, unscheduled DNA synthesis, and DNA-protein crosslinks.  Findings from occupational exposure studies are supported by results of *in vivo*

studies in animals, *in vitro* studies in mammalian cells, yeast and bacteria, and studies in cell-free systems.  Compared to chromium(VI), chromium(III) was more genotoxic in subcellular targets, but lost this ability in cellular systems.  The reduction of chromium(VI) in the cells to chromium(III) and its subsequent genotoxicity may be greatly responsible for the final genotoxic effects (Beyersmann and Koster 1987; Zhitkovich et al. 2005).  Reduction of chromium(VI) can also result in the formation of chromium(V), which is highly reactive and capable of interaction with DNA (Jennette 1982; Norseth 1986).

## 3.4    TOXICOKINETICS

The toxicokinetics of a given chromium compound depend on the valence state of the chromium atom and the nature of its ligands.  Naturally occurring chromium compounds are generally in the trivalent state (chromium(III)), while hexavalent chromium compounds (chromium(VI)) are produced industrially by the oxidation of chromium(III) compounds.

The amount and location of deposition of inhaled chromium will be determined by factors that influence convection, diffusion, sedimentation, and interception of particles in the airways.  These factors include air flow velocities, which are affected by breathing rate and tidal volume; airway geometry; and aerosol particle size (ICRP 1994).  In general, deposition in the thoracic and pulmonary regions of the respiratory tract increase (as a fraction of the total deposited dose) as particle sizes decrease.  Larger particles (e.g., >10 μm in diameter) deposit in the extrathoracic region.  Chromium that deposits in the respiratory tract are subject to three general clearance processes:  (1) mucociliary transport to the gastrointestinal tract for the ciliated airways (i.e. trachea, bronchi, and proximal bronchioles); (2) phagocytosis by lung macrophages and cellular transport to thoracic lymph nodes; or (3) absorption and transfer by blood and/or lymph to other tissues.  The above processes apply to all forms of deposited chromium, although the relative contributions of each pathway and rates associated with each pathway may vary with the physical characteristics (e.g., particle size), chemical form (degree of water solubility), and chemotactic properties of the chromium particles.  In general, less water-soluble chromium compounds that deposit in the pulmonary region can be expected to have a longer retention time in the lung than more soluble forms. In addition, lung concentrations of chromium increase with increasing age.

Most quantitative studies of the gastrointestinal absorption of chromium in humans have estimated the absorption fraction to be <10% of the ingested dose.  In general, these studies suggest that the absorption fraction of soluble chromium compounds is higher than insoluble forms (e.g., $CrCO_3$), and is higher for

soluble chromium(VI) compounds (e.g., $K_2Cr_2O_7$) than soluble chromium(III) (e.g., $CrCl_3$). Chromium(VI) is reduced in the stomach to chromium(III), which lowers the absorbed dose from ingested chromium(VI).  Absorption is also affected by the nutritional status of chromium(III); the absorption fraction is higher when dietary intakes are lower.  Peak plasma concentrations of chromium occur within 2 hours following an oral dose of soluble chromium, suggesting that absorption occurred. Chromium absorption occurs in the upper small intestine.

Chromium(III) and chromium(VI) can penetrate human skin to some extent, especially if the skin is damaged.  Few quantitative estimates of dermal absorption in humans have been reported.  A 3-hour immersion in a warm aqueous bath of 22 mg Cr(VI)/L (as $K_2Cr_2O_7$) resulted in absorption (based on urine measurements) of approximately $3.3 \times 10^{-5}$–$4.1 \times 10^{-4}$ µg Cr/cm$^2$-hour (Corbett et al. 1997).

Absorbed chromium distributes to nearly all tissues, with the highest concentrations found in kidney and liver.  Bone is also a major depot and may contribute to long-term retention kinetics or chromium. Chromium(VI) is unstable in the body and is reduced to chromium(V), chromium(IV), and ultimately to chromium(III) by many substances including ascorbate and glutathione.  Reduction of chromium(VI) to chromium(III) can give rise to reactive intermediates, chromium adducts with proteins and DNA, and secondary free radicals.  Chromium(VI) in blood is taken up into red blood cells, where it undergoes reduction and forms complexes with hemoglobin and other intracellular proteins that are sufficiently stable to retain chromium for a substantial fraction of the red blood cell lifetime.  Absorbed chromium can be transferred to fetuses through the placenta and to infants via breast milk.  Absorbed chromium is excreted predominantly in urine.  Studies in animals have shown that chromium can be secreted in bile following parenteral (e.g., intravenous) injection of chromium(VI) or chromium(III) compounds. Chromium can also be eliminated by transfer to hair and nails.  Chromium absorbed following ingestion of chromium(VI) (as $K_2Cr_2O_7$) appears to have a slower elimination rate ($t_{1/2}$ approximately 40 hours) than when chromium is absorbed following ingestion of soluble chromium(III) (as $CrCl_3$; $t_{1/2}$ approximately 10 hours).

### 3.4.1   Absorption

### 3.4.1.1   Inhalation Exposure

The absorption of inhaled chromium compounds depends on a number of factors, including physical and chemical properties of the particles (oxidation state, size, solubility) and the activity of alveolar macrophages.

The identification of chromium in urine, serum and tissues of humans occupationally exposed to soluble chromium(III) or chromium(VI) compounds in air indicates that chromium can be absorbed from the lungs (Cavalleri and Minoia 1985; Gylseth et al. 1977; Kiilunen et al. 1983; Mancuso 1997b; Minoia and Cavalleri 1988; Randall and Gibson 1987; Tossavainen et al. 1980). In most cases, chromium(VI) compounds are more readily absorbed from the lungs than chromium(III) compounds, due in part to differences in the capacity to penetrate biological membranes. Nevertheless, workers exposed to chromium(III) lignosulfonate dust at 0.005–0.23 mg chromium(III)/m$^3$ had clearly detectable concentrations of chromium in the urine at the end of their shifts. Based on a one-compartment kinetic model, the biological half-life of chromium(III) from the lignosulfonate dust was 4–10 hours, which is the same order of magnitude as the half-life for chromium(VI) compounds (Kiilunen et al. 1983).

Rats exposed to 2.1 mg chromium(VI)/m$^3$ as zinc chromate 6 hours/day achieved steady-state concentrations in the blood after ~4 days of exposure (Langård et al. 1978). Rats exposed for a single inhalation of chromium(VI) trioxide mist from electroplating at a concentration of 3.18 mg chromium(VI)/m$^3$ for 30 minutes rapidly absorbed chromium from the lungs. The content of chromium in the lungs declined from 13.0 mg immediately after exposure to 1.1 mg at 4 weeks in a triphasic pattern with an overall half-life of 5 days (Adachi et al. 1981). Based on a study in rats exposed to chromium(VI) as potassium dichromate or to chromium(III) as chromium trichloride, the pulmonary clearance of both valence states was dependent on particle size, and chromium(VI) was more rapidly and extensively transported to the bloodstream than chromium(III). The rats had been exposed to 7.3–15.9 mg chromium(VI)/m$^3$ as potassium dichromate for 2–6 hours or to 8 or 10.7 mg chromium(III)/m$^3$ as chromium trichloride for 6 or 2 hours, respectively. Chromium(VI) particles of 1.5 or 1.6 μm had a two-compartment pulmonary clearance curve with half-lives of 31.5 hours for the first phase and 737 hours for the second phase. Chromium(VI) particles of 2 μm had a single component curve with a half-life between 151 and 175 hours. Following exposure to chromium(VI), the ratio of blood chromium/lung chromium was 1.44 at 0.5 hours, 0.81 at 18 hours, 0.85 at 48 hours, and 0.96 at 168 hours after exposure. Chromium(III) particles of 1.5–1.8 μm had a single component pulmonary clearance curve with a half-life of 164 hours. Following exposure to chromium(III), the ratio of blood chromium/lung chromium was 0.39 at 0.5 hours, 0.24 at 18 hours, 0.22 at 48 hours, and 0.26 at 168 hours after exposure. Therefore, the amount of chromium(VI) transferred to the blood from the lungs was always at least 3 times greater than the amount of chromium(III) transferred (Suzuki et al. 1984). Other studies reporting absorption from the lungs are intratracheal injection studies (Baetjer et al. 1959b; Bragt and van Dura 1983; Visek et al. 1953; Wiegand et al. 1984, 1987). These studies indicate that 53–85% of chromium(VI) compounds (particle

size <5 μm) are cleared from the lungs by absorption into the bloodstream or by mucociliary clearance in the pharynx; the rest remain in the lungs.  Absorption by the bloodstream and mucociliary clearance was only 5–30% for chromium(III) compounds.

The kinetics of three chromium(VI) compounds, sodium chromate, zinc chromate, and lead chromate, were compared in rats in relation to their solubility.  The rats received intratracheal injections of the [51]chromium-labeled compounds (0.38 mg chromium(VI)/kg as sodium chromate, 0.36 mg chromium(VI)/kg as zinc chromate, or 0.21 mg chromium(VI)/kg as lead chromate).  Peak blood levels of [51]chromium were reached after 30 minutes for sodium chromate (0.35 μg chromium/mL), and 24 hours for zinc chromate (0.60 μg chromium/mL) and lead chromate (0.007 μg chromium/mL).  At 30 minutes after administration, the lungs contained 36, 25, and 81% of the respective dose of the sodium, zinc, and lead chromate.  On day 6, >80% of the dose of all three compounds had been cleared from the lungs, during which time, the disappearance from lungs followed linear first-order kinetics.  The residual amounts left in the lungs on day 50 or 51 were 3.0, 3.9, and 13.9%, respectively.  The results indicate that zinc chromate, which is ~1,000 times less soluble than sodium chromate, is more slowly absorbed from the lungs, but peak blood levels are higher than sodium chromate.  Lead chromate was more poorly and slowly absorbed, as indicated by very low levels in blood and other tissues, and greater retention in the lungs (Bragt and van Dura 1983).

The fate of lead chromate(VI), chromium(VI) trioxide, chromium(III) oxide and chromium(III) sulfate were examined when solutions or suspensions of these chemicals were slowly infused into the tracheal lobe bronchus of sheep via bronchoscopic catheterization (Perrault et al. 1995).  At 2, 3, 5, and 30 days, the samples of bronchoalveolar lavage were taken, and on day 31, the animals were sacrificed and lung specimens were examined for chromium particulates.  There was no difference in lung particle concentrations among the four different compounds.  The values ranged from $0.14 \times 10^5$ to $1.02 \times 10^5$ particles/g dry tissue compared to control values of $0.03 \times 10^5$.  The alveolar clearance of slightly soluble chromium(III) oxide and chromium(III) sulfate was calculated to be 11 and 80 days, respectively.  The insoluble lead chromate particles appeared to break up, forming isometric particles of lead chromate as well as lead-containing particulates that may have retarded clearance.  Retention of chromium particulates from exposure to soluble chromium trioxide may have resulted in the formation of a less-soluble hydroxyl complex and/or chemical interaction between chromium and protein that prolongs the retention of the metal.  Analyses of the particulates in lavage samples indicate that these diameters increase with time for lead chromate, decrease with time for chromium sulfate and chromium trioxide, and are unchanged for chromium(III) oxide.  The authors state that their findings indicate that slightly

soluble chromium(III) oxide and chromium sulfate that are chemically stable can be cleared from lungs at different rates, depending on the nature and morphology of the compound.

Amounts of total chromium were measured in lymphocytes, blood, and urine after intratracheal administration of either sodium dichromate(VI) or chromium(III) acetate hydroxide (a water-soluble chromium(III) compound) to male Wistar rats (Gao et al. 1993). The total amount of chromium administered was 0.44 mg chromium/kg body weight for each compound. The highest concentrations in tissues and urine occurred at 6 hours after treatment, the first time point examined. Mean chromium concentrations (n=4 rats per time point) from treatment with chromium(III) were 56.3 μg/L in whole blood, 96 μg/L in plasma, 0.44 μg/$10^{10}$ in lymphocytes, and 4,535.6 μg/g creatinine in urine. For treatment with chromium(VI) the levels were 233.2 μg/L for whole blood, 138 μg/L for plasma, 2.87 μg/$10^{10}$ for lymphocytes, and 2,947.9 μg/g creatinine in urine. The levels in lymphocytes in the chromium(III) treated animals were no different than in untreated animals. However, for chromium(VI) the lymphocyte levels were about 6-fold higher than control values. After 72 hours, the chromium levels were significantly reduced. These results suggest that absorbed chromium(III) compounds may be excreted more rapidly than absorbed chromium(VI) compounds because of a poorer ability to enter cells.

### 3.4.1.2   Oral Exposure

Chromium(III) is an essential nutrient required for normal energy metabolism. The Institute of Medicine (IOM 2001) of the NAS determined an adequate intake (e.g., a level typically consumed by healthy individuals) of 20–45 μg chromium(III)/day for adolescents and adults (IOM 2001). Currently, the biological target for the essential effects of chromium(III) is unknown. Chromodulin, also referred to as glucose tolerance factor (GTF), has been proposed as one possible candidate (Jacquamet et al. 2003). The function of chromodulin, an oligopeptide complex containing with four chromic ions, has not been established; however, a possible mechanism is that chromodulin facilitates the interaction of insulin with its cellular receptor sites, although this has not been proven (Anderson 1998a, 2003; IOM 2001). Chromium(III) picolinate is a common form of chromium(III) nutritional supplementation.

Trivalent chromium is very poorly absorbed from the gastrointestinal tract. Typically, ≤1% of an orally administered dose of trivalent chromium has been recovered in the urine of experimental animals of humans (Aitio et al. 1984; Anderson et al. 1983; Doisy et al. 1971; Donaldson and Barreras 1966; Gargas et al. 1994; Garcia et al. 2001; Kerger et al. 1996a) or experimental animals (Donaldson and Barreras 1966; Febel et al. 2001). Oral absorption of trivalent chromium complexed with an organic ligand is

similarly low and not higher than inorganic forms (Anderson et al. 1996; Gonzalez-Vergara et al. 1981). Bypassing the stomach by infusing trivalent chromium into the duodenum or jejunum resulted in at most 1–2% of the dose being absorbed in humans (Donaldson and Barreras 1966), or 1% (Febel et al. 2001) to 4% in the rat (Donaldson and Barreras 1966).

Approximately 0.5–2.0% of dietary chromium(III) is absorbed via the gastrointestinal tract of humans (Anderson 1986; Anderson et al. 1983) as inferred from urinary excretion measurements. The absorption fraction is dependent on the dietary intake. At low levels of dietary intake (10 µg), ~2.0% of the chromium was absorbed. When intake was increased by supplementation to ≥40 µg, the absorption decreased to ~0.5% (Anderson 1986; Anderson et al. 1983). Net absorption of chromium(III) by a group of 23 elderly subjects who received an average of 24.5 µg/day (0.00035 mg chromium(III)/kg/day) from their normal diets was calculated to be 0.6 µg chromium(III)/day, based on an excretion of 0.4 µg chromium/day in the urine and 23.9 µg chromium/day in the feces, with a net retention of 0.2 µg/day. Thus, about 2.4% was absorbed. The retention was considered adequate for their requirements (Bunker et al. 1984).

The absorption fraction of soluble chromium(III), as chromium picolinate, is greater than $CrCl_3$ (DiSilvestro and Dy 2007; Gargas et al. 1994). Following ingestion of 400 µg chromium(III)/day as chromium picolinate (in a capsule) for 3 consecutive days, mean absorption fraction in eight healthy adults was 2.8% (±1.4 % standard deviation [SD]; Gargas et al. 1994). Based on urinary excretion following oral administration of a single dose (200 µg chromium(III)) of four different chromium(III) supplements to healthy women (n=24; cross-over design), the absorption of chromium picolinate was higher than that of chromium chloride, chromium polynicotinate, and chromium nicotinate-glucinate; estimates of oral absorption were not reported (DiSilvestro and Dy 2007). Urinary excretion of chromium following administration of chromium picolinate was approximately 16-fold higher than that following administration of chromium chloride and approximately 2-fold greater than that following administration of the two nicotinate complexes.

Association of chromium with chelating agents, which may be naturally present in feed, can alter the bioavailability from food. In rats that were given [51]Cr-chromium(III) trichloride mixed with chelating agents, either oxalate or phytate, phytate significantly (p<0.05) decreased the levels of radioactivity in blood, whole body, and urine achieved with chromium(III) trichloride alone (Chen et al. 1973). Oxalate, however, greatly increased the levels in blood, whole body, and urine. The oxalate served as a strong ligand to protect against the tendency of chromium(III) to form insoluble macromolecular chromium

oxides at physiological pH. Fasted rats absorbed significantly more [51]chromium than did nonfasted rats, indicating that the presence of food in the gastrointestinal tract slows the absorption of chromium. Results of an *in vitro* experiment in this study indicated that the midsection had greater uptake than the duodenum or ileum and that oxalate significantly ($p<0.05$) increased, while phytate significantly ($p<0.05$) decreased the transport of chromium(III) across all three sections, paralleling the *in vivo* results. Ethylenediamine tetraacetic acid (EDTA) and citrate were also tested in the *in vitro* system, but were found to have no effect on chromium(III) intestinal transport; therefore, these chelating agents were not tested *in vivo* (Chen et al. 1973).

The absorption fraction of soluble chromium(VI) is higher than that of soluble chromium(III) (Anderson et al. 1983; Donaldson and Barreras 1966; Kerger et al. 1996a). Average absorption fractions, determined from cumulative urinary excretion in 8 healthy adults who ingested 5 mg chromium (in 10 mg Cr/L drinking water) as $CrCl_3$ or $K_2Cr_2O_7$ were 0.13% ($\pm0.04$, standard error [SE]) and 6.9% ($\pm3.7$, SE), respectively. Chromium(VI) can be reduced to chromium(III) when placed in an ascorbic acid solution (Kerger et al. 1996a). When $K_2Cr_2O_7$ was ingested in orange juice (where it was reduced and may have formed complexes with constituents of the juice), the mean absorption fraction was 0.60% ($\pm0.11$, SE; Kerger et al. 1996a). Plasma concentrations generally peaked around 90 minutes following exposure for all three chromium mixtures tested. Based on measurements of urinary excretion of chromium in 15 female and 27 male subjects who ingested 200 μg chromium(III) as $CrCl_3$, the absorption fraction was estimated to be approximately 0.4% (Anderson et al. 1983). The absorption fraction of chromium(VI) (as sodium chromate) was substantially higher when administered directly into the duodenum (approximately 10%) compared to when it is ingested (approximately 1.2%), whereas the absorption fraction for $CrCl_3$ was similar when administered into the small intestine (0.5%; Donaldson and Barreras 1966). These results are consistent with studies that have shown that gastric juice can reduce chromium(VI) to chromium(III) (De Flora et al. 1987a).

The absorption of chromium(VI) and chromium(III) was measured in four male and two female volunteers (ages ranging from 25 to 39 years) treated orally with potassium chromate (chromium(VI)) or chromic oxide (chromium(III)) in capsules at doses of 0.005 and 1.0 mg/kg/day, respectively (Finley et al. 1996b). Subjects were exposed to each compound for 3 days. Based on urinary excretion data, the mean absorption of potassium chromate was 3.4% (range 0.69–11.9%). No statistically significant increase in urinary chromium was observed during chromic oxide dosing, indicating that little, if any, was absorbed. In a follow-up study by the same group (Finley et al. 1997), five male volunteers ingested a liter, in three volumes of 333 mL, of deionized water containing chromium(VI) concentrations ranging from 0.1 to

10.0 mg/L (approximately 0.001–0.1 mg chromium(VI)/kg/day) for 3 days. A dose-related increase in urinary chromium was seen in all subjects and the percent of the dose excreted ranged from <2 to 8%. Dose-related increases in plasma and erythrocyte chromium levels were also observed.

In a repeated dose study, three healthy adults ingested chromium(VI) (as $K_2Cr_2O_7$) in water at 5 mg chromium/day for 3 consecutive days (Kerger et al. 1997). Three divided doses were taken at approximately 6-hour intervals over a 5–15-minute period. After at least 2 days without dosing, the 3-day exposure regimen was repeated at 10 mg chromium/day. Estimated doses based on body weight were 0.05 and 0.1 mg/kg/day, respectively. Bioavailability based on 4-day urinary excretion was 1.7% (range 0.5–2.7%) at 0.05 mg chromium(VI)/kg/day and 3.4% (range 0.8–8.0%) at 0.1 mg chromium(VI)/kg/day. Absorption of 0.05 mg chromium(VI)/kg appeared to be somewhat lower when given as three divided doses rather than when given as a single bolus dose (1.7 versus 5.7%).

Uptake of potassium dichromate was determined in a man who was given 0.8 mg of chromium(VI) in drinking water 5 times each day for 17 days (Paustenbach et al. 1996). Steady-state concentrations of chromium in blood were attained after 7 days. Red blood cell and plasma levels returned to background levels within a few days after exposure was stopped. The data are consistent with a bioavailability of 2% and a plasma elimination half-life of 36 hours.

Studies with [51]chromium in animals indicate that chromium and its compounds are also poorly absorbed from the gastrointestinal tract after oral exposure. When radioactive sodium chromate (chromium(VI)) was given orally to rats, the amount of chromium in the feces was greater than that found when sodium chromate was injected directly into the jejunum. Since chromium(III) is absorbed less readily than chromium(VI) by the gastrointestinal tract, these results are consistent with evidence that the gastric environment has a capacity to reduce chromium(VI) to chromium(III). *Ex vivo* studies in rats and mice demonstrate that the reduction of chromium(VI) to chromium(III) in the stomach follows second-order kinetics and that the reduction rate is concentration-dependent and capacity-limited (Proctor et al. 2012). The investigators estimated second-rate constants of 0.3 L/mg·hour for rats and 0.2 L/mg·hour for mice and total reducing capacities of 15.7 and 16.6 mg chromium(VI) equivalents/L of stomach contents, respectively.

The administration of radioactive chromium(III) or chromium(VI) compounds directly into the jejunum decreased the amount of chromium recovery in the feces indicating that the jejunum is the absorption site for chromium (Donaldson and Barreras 1966). Absorption of either valence state was ≤1.4% of the

administered oral dose in rats (Sayato et al. 1980) and hamsters (Henderson et al. 1979). Based on distribution (see Section 3.3.2.2) and excretion (see Section 3.3.4.2) studies in rats administered chromium by gavage for 2–14 days from various sources, that is, from sodium chromate (chromium(VI)), from calcium chromate (chromium(VI)), or from soil contaminated with chromium (30% chromium(VI) and 70% chromium(III)), the low gastrointestinal absorption of chromium from any source was confirmed. Chromium appeared to be better absorbed from the soil than from chromate salts, but <50% of the administered chromium could be accounted for in these studies, partly because not all tissues were examined for chromium content and excretion was not followed to completion (Witmer et al. 1989, 1991). Adult and immature rats given chromium(III) chloride absorbed 0.1 and 1.2% of the oral dose, respectively (Sullivan et al. 1984). This suggests that immature rats may be more susceptible to potential toxic effects of chromium(III) compounds.

Treatment of rats by gavage with a nonencapsulated lead chromate pigment or with a silica-encapsulated lead chromate pigment resulted in no measurable blood levels of chromium (detection limit=10 µg/L) after 2 or 4 weeks of treatment or after a 2-week recovery period. However, kidney levels of chromium were significantly higher in the rats that received the nonencapsulated pigment than in the rats that received the encapsulated pigment, indicating that silica encapsulation reduces the gastrointestinal bioavailability of chromium from lead chromate pigments (Clapp et al. 1991).

The issue of whether or not chromium(VI) absorption occurs only when or principally when the reducing capacity of the gastrointestinal tract is exhausted is a factor to consider in evaluating and interpreting oral dosing bioassays in animals and human epidemiology studies of health outcomes related to ingestion exposures to chromium. Potentially, tumor responses could be enhanced if the reducing capacities of saliva and stomach fluid were exhausted. This is more likely to occur at the relatively high doses of chromium(VI) administered in animal bioassays than at doses experienced by humans from environmental exposures. However, results of experimental studies of chromium absorption in humans have not found evidence for an effect of limited reducing capacity on absorption of chromium. The range of doses of chromium administered to humans in these different studies was considerable and demonstrated oral bioavailability at all doses. Donaldson and Barreras (1996) administered 20 ng of radiolabeled chromium(VI), Kerger et al. (1996a) administered 5 mg of chromium(VI), Finley et al. (1996b) administered 0.005 mg/kg/day of chromium(VI) for 3 days, and Finley et al. (1997) administered 0.1, 0.5, 1.0, 5.0 or 10 mg/day of chromium(VI) for 4 days. In the Finley et al. (1997) study, the percent of the administered dose of chromium(VI) recovered in the urine did not increase with dose. The results of these studies do not indicate that oral absorption of administered chromium(VI) only begins to occur

when the reducing capacity of the stomach is exhausted, and are consistent with estimates of gastrointestinal reducing capacity (De Flora 2000; Proctor et al. 2002).

### 3.4.1.3  Dermal Exposure

Both chromium(III) and chromium(VI) can penetrate human skin to some extent, especially if the skin is damaged. Systemic toxicity has been observed in humans following dermal exposure to chromium compounds, indicating significant cutaneous absorption (see Section 3.2.3). Fourteen days after a salve containing potassium chromate was applied to the skin of an individual to treat scabies, appreciable amounts of chromium were found in the blood, urine, feces, and stomach contents (Brieger 1920) (see Section 3.4.2.3). It should be noted that the preexisting condition of scabies or the necrosis caused by the potassium chromate (see Section 3.2.3) could have facilitated dermal absorption of potassium chromate. Potassium dichromate (chromium(VI)), but not chromium(III) sulfate, penetrated the excised intact epidermis of humans (Mali et al. 1963). Dermal absorption by humans of chromium(III) sulfate in aqueous solution was negligible, with slightly larger amounts of chromium(III) nitrate in aqueous solution absorbed. The absorption of chromium(III) chloride was similar to potassium dichromate(VI) (Samitz and Shrager 1966). Chromium(III) from a concentrated chromium sulfate solution at pH 3 penetrated cadaverous human skin at a rate of $5 \times 10^{-11}$ cm/sec, compared with a rate for chromium(VI) (source unspecified) of $5 \times 10^{-7}$ cm/second (Spruit and van Neer 1966). In contrast, both chromium(VI) from sodium chromate and chromium(III) from chromium trichloride penetrated excised human mammary skin at similar rates, but the rate was generally slightly faster for chromium(VI). Absolute rates of absorption in nmol chromium/hour/cm$^2$ increased with increasing concentration of both chromium(VI) and chromium(III) (Wahlberg 1970). The average rate of systemic uptake of chromium in four volunteers submersed up to the shoulders in a tub of chlorinated water containing a 22 mg chromium(VI)/L solution of potassium dichromate for 3 hours was measured to be $1.5 \times 10^{-4}$ µg/cm$^2$-hour based on urinary excretion of total chromium (Corbett et al. 1997).

The influence of solvent on the cutaneous penetration of potassium dichromate by humans has been studied. The test solutions of potassium dichromate in petrolatum or in water were applied as occluded circular patches of filter paper to the skin. Results with dichromate in water revealed that chromium(VI) penetrated beyond the dermis and penetration reached steady state with resorption by the lymph and blood vessels by 5 hours. About 10 times more chromium penetrated when potassium dichromate was applied in petrolatum than when applied in water. About 5 times more chromium penetrated when potassium dichromate was applied than when a chromium trichloride glycine complex was applied (Liden

and Lundberg 1979).  The rates of absorption of solutions of sodium chromate from the occluded forearm skin of volunteers increased with increasing concentration.  The rates were 1.1 µg chromium(VI)/ $cm^2$/hour for a 0.01 M solution, 6.4 µg chromium(VI)/$cm^2$/hour for a 0.1 M solution, and 10 µg chromium(VI)/$cm^2$/hour for a 0.2 M solution (Baranowska-Dutkiewicz 1981).

Chromium and its compounds are also absorbed dermally by animals.  The dermal absorption of sodium chromate (chromium(VI)) by guinea pigs was somewhat higher than that of chromium(III) trichloride, but the difference was not significant.  At higher concentrations (0.261–0.398 M), absorption of sodium chromate was statistically higher than that of chromium trichloride.  The peak rates of absorption were 690–725 and 315–330 nmol/hour/$cm^2$ for sodium chromate at 0.261–0.398 M and chromium trichloride at 0.239–0.261 M, respectively.  Percutaneous absorption of sodium chromate was higher at pH≥6.5 compared with pH≤5.6 (Wahlberg and Skog 1965).

### 3.4.2    Distribution

### 3.4.2.1    Inhalation Exposure

Examination of tissues from Japanese chrome platers and chromate refining workers at autopsy revealed higher chromium levels in the hilar lymph node, lung, spleen, liver, kidney, and heart, compared to normal healthy males (Teraoka 1981).  Analysis of the chromium concentrations in organs and tissues at autopsy of a man who died of lung cancer 10 years after his retirement from working in a chromate producing plant for 30 years revealed measurable levels in the brain, pharyngeal wall, lung, liver, aorta, kidney, abdominal rectal muscle, suprarenal gland, sternal bone marrow, and abdominal skin.  The levels were significantly higher than in five controls with no occupational exposure to chromium.  The man had been exposed mainly to chromium(VI), with lesser exposure to chromium(III) as the chromite ore (Hyodo et al. 1980).  The levels of chromium were higher in the lungs, but not in the liver or kidneys, of autopsy specimens from 21 smeltery and refinery workers in North Sweden compared with that for a control group of 8 individuals.  The amount of enrichment in the lungs decreased as the number of elapsed years between retirement and death increased (Brune et al. 1980).  Tissues from three individuals having lung cancer who were industrially exposed to chromium were examined by Mancuso (1997b).  One was employed for 15 years as a welder, a second worked for 10.2 years, and a third for 31.8 years in ore milling and preparations and boiler operations.  The three cumulative chromium exposures for the three workers were 3.45, 4.59, and 11.38 mg/$m^3$ years, respectively.  Tissues from the first worker were analyzed 3.5 years after last exposure, the second worker 18 years after, and the third worker 0.6 years after last exposure.  All tissues from the three workers had elevated levels of chromium with the possible

exception of neural tissues. Levels were orders of magnitude higher in lungs than other tissues. The highest lung level reported was 456 mg/10 g tissue in the first worker, 178 in the second worker, and 1,920 for the third worker. There were significant chromium levels in the tissue of the second worker even though he had not been exposed to chromium for 18 years. Chromium concentrations in lung tissues from autopsy samples were 5 times higher in subjects who originated from the Ruhr and Dortmund regions of Germany, where emissions of chromium are high, than in subjects from Munster and vicinity. The lung concentrations of chromium increased with increasing age. Men had twice as high concentrations of chromium in the lungs than did women, which may reflect the greater potential for occupational exposure by men, the higher vital capacity of men, and possibly a greater history of smoking (Kollmeier et al. 1990).

Chromium may be transferred to fetuses through the placenta and to infants via breast milk. Analysis of chromium levels in women employees of a dichromate manufacturing facility in Russia during and after pregnancy revealed that the exposed women had significantly higher levels of chromium in blood and urine during pregnancy, in umbilical cord blood, placentae, and breast milk at child birth, and in fetuses aborted at 12 weeks than did nonexposed controls (Shmitova 1980). The reliability of this study is suspect because the levels of chromium reported in the blood and urine of the control women were much higher than usual background levels of chromium in these biological fluids (see Section 6.5), perhaps due to problems with analytical methods. Measurement of the chromium content in 255 samples from 45 lactating American women revealed that most samples contained <0.4 μg/L, and the mean value was 0.3 μg/L (Casey and Hambidge 1984). While these probably represent background levels in women whose main exposure to chromium is via the diet, the findings indicate that chromium may be transferred to infants via breast milk.

The distribution of radioactivity in rats given [51]chromium as sodium dichromate intratracheally was followed for 40 days by autoradiography and scintillation counting. Three days after the administration of 0.01 mg chromium(VI)/m$^3$ as radioactive sodium dichromate, the tissue distribution based on the relative concentrations in the tissue was lung > kidney > gastrointestinal tract > erythrocytes > liver > serum > testis > skin. Twenty-five days after dosing, the tissue distribution was lung > kidney > erythrocytes > testis > liver > serum > skin > gastrointestinal tract. Kidney, erythrocytes, and testis maintained their chromium levels for a period of 10–15 days before decreasing (Weber 1983). The distribution of chromium(VI) compared with chromium(III) was investigated in guinea pigs after intratracheal instillation of potassium dichromate or chromium trichloride. At 24 hours after instillation, 11% of the original dose of chromium from potassium dichromate remained in the lungs, 8% in the

erythrocytes, 1% in plasma, 3% in the kidney, and 4% in the liver.  The muscle, skin, and adrenal glands contained only a trace.  All tissue concentrations of chromium declined to low or nondetectable levels in 140 days with the exception of the lungs and spleen.  After chromium trichloride instillation, 69% of the dose remained in the lungs at 20 minutes, while only 4% was found in the blood and other tissues, with the remaining 27% cleared from the lungs and swallowed.  The only tissue that contained a significant amount of chromium 2 days after instillation of chromium trichloride was the spleen.  After 30 and 60 days, 30 and 12%, respectively, of the chromium(III) was retained in the lungs, while only 2.6 and 1.6%, respectively, of the chromium(VI) dose was retained in the lung (Baetjer et al. 1959a).

### 3.4.2.2   Oral Exposure

Autopsy studies in the United States indicate that chromium concentrations in the body are highest in kidney, liver, lung, aorta, heart, pancreas, and spleen at birth and tend to decrease with age.  The levels in liver and kidney declined after the second decade of life.  The aorta, heart, and spleen levels declined rapidly between the first 45 days of life and 10 years, with low levels persisting throughout life.  The level in the lung declined early, but increased again from mid life to old age (Schroeder et al. 1962).

The distribution of chromium in human body tissue after acute oral exposure was determined in the case of a 14-year-old boy who ingested 7.5 mg chromium(VI)/kg as potassium dichromate.  Despite extensive treatment by dialysis and the use of the chelating agent British antilewisite, the boy died 8 days after admission to the hospital.  Upon autopsy, the chromium concentrations were as follows:  liver, 2.94 mg/100 cc (normal, 0.016 mg/100 cc); kidneys, 0.64 and 0.82 mg/100 cc (normal, 0.06 mg/100 cc); and brain, 0.06 mg/100 cc (normal, 0.002 mg/100 cc) (Kaufman et al. 1970).  Although these data were obtained after extensive treatment to rid the body of excess chromium, the levels of chromium remaining after the treatment clearly demonstrate that these tissues absorbed at least these concentrations after an acute, lethal ingestion of a chromium(VI) compound.

Chromium may be transferred to infants via breast milk as indicated by breast milk levels of chromium in women exposed occupationally (Shmitova 1980) or via normal levels in the diet (Casey and Hambidge 1984).  It has been demonstrated that in healthy women, the levels of chromium measured in breast milk are independent of serum chromium levels, urinary chromium excretion, or dietary intake of chromium (Anderson et al. 1993, Mohamedshah et al. 1998), but others (Engelhardt et al. 1990) have disputed this observation.

3. HEALTH EFFECTS

The tissue distribution of chromium was studied in rats administered chromium from a variety of sources. In one experiment, sodium chromate in water was administered by gavage for 7 days at 0, 1.2, 2.3, or 5.8 mg chromium(VI)/kg/day. Very little chromium (generally <0.5 μg/organ) was found in the organs analyzed (liver, spleen, lung, kidney, and blood) after administration of the two lower doses. The levels were generally comparable to those in controls. After 5.8 mg/kg/day, the largest amount of chromium (expressed as μg chromium/whole organ) was found in the liver (≈22 μg), followed by the kidney (≈7.5 μg), lung (≈4.5 μg), blood (≈2 μg), and spleen (≈1 μg). The total amount of chromium in these tissues represented only 1.7% of the final dose of 5.8 mg/kg/day, but not all organs were analyzed. In the next experiment, rats were exposed by gavage to 7 mg chromium/kg/day for 7 days from various sources: (1) sodium chromate; (2) calcium chromate; (3) soil containing chromium (30% chromium(VI), 70% chromium(III)); or (4) a mixture of calcium chromate and the contaminated soil. The highest levels of chromium were found in liver, spleen, kidney, lung, blood, brain, and testes after dosing with sodium chromate, but the relative levels in these tissues after the other treatments followed no consistent pattern. Rats gavaged for 14 days with 13.9 mg chromium/kg/day from the four different sources had higher levels of chromium in the tissues after they were dosed with the contaminated soil or the mixture of calcium chromate and the contaminated soil than with either of the chromate salts alone. Thus, the relative organ distribution of chromium depends on the source of chromium (Witmer et al. 1989, 1991). Components in soil may affect the oxidation state and the binding of chromium to soil components, and pH of the soil may also affect the bioavailability from soil.

The chromium content in major organs (heart, lung, kidney, liver, spleen, testes) of mice receiving drinking water that provided doses of 4.8, 6.1, or 12.3 mg chromium(III)/kg/day as chromium trichloride or 4.4, 5.0, or 14.2 mg chromium(VI)/kg/day as potassium dichromate was determined after 1 year of exposure. Chromium was detected only in the liver in the chromium(III)-treated mice. Mice treated with chromium(VI) compounds had accumulation in all of the above organs, with the highest levels reported in the liver and spleen. Liver accumulation of chromium was 40–90 times higher in the chromium(VI)-treated group than in the chromium(III)-treated group (Maruyama 1982). Chromium levels in tissue (bone, kidney liver, spleen) were 9 times higher in rats given chromium(VI) as potassium chromate in drinking water for 1 year than in rats given the same concentration of chromium(III) as chromium trichloride (MacKenzie et al. 1958). In rats exposed to potassium chromate in the drinking water for 3 or 6 weeks, a general trend of increasing chromium concentration with time of exposure was apparent in the liver and kidneys, but only the kidneys showed a difference in the concentration after exposure to 100 and 200 ppm. Blood concentrations were almost saturated by 3 weeks with little further accumulation by 6 weeks. No chromium was detected in the lungs after drinking water exposure (Coogan et al. 1991a).

3. HEALTH EFFECTS

After acute oral dosing with radiolabeled chromium trichloride (1 μCi for immature rats, 10 μCi for adults), adult and neonatal rats accumulated higher levels of chromium in the kidneys than in the liver. At 7 days after dosing, the liver and kidney contained 0.05 and 0.12% of the dose, respectively, in the neonates and 0.002 and 0.003% of the dose, respectively, in the adult rats. The carcass contained 0.95% of the dose in the neonates and 0.07% of the dose in adult rats. The lungs contained 0.0088% of the dose in neonates and 0.0003% of the dose in adult rats. No chromium(III) was detected in the skeleton or muscle. Approximately 35 and 0.2% of the administered dose of chromium(III) at day 7 was retained in the gut of neonates and adults, respectively (Sullivan et al. 1984).

The distribution of potassium chromate(VI) was compared in male Fisher rats and C57BL/6J mice exposed either by drinking water (8 mg chromium(VI)/kg/day for 4 and 8 weeks) or by intraperitoneal injection (0.3 and 0.8 mg chromium(VI)/kg/day for 4 or 14 days) (Kargacin et al. 1993). The concentrations of chromium (μg/g wet tissue) after drinking water exposures for 8 weeks in mice were: liver 13.83, kidney 4.72, spleen 10.09, femur 12.55, lung 1.08, heart 1.02, muscle 0.60, and blood 0.42. These concentrations were not markedly different than for 4-week exposures. For rats, the concentrations were: liver 3.59, kidney 9.49, spleen 4.38, femur 1.78, lung 0.67, heart 1.05, muscle 0.17, and blood 0.58. These results demonstrate that considerable species differences exist between mice and rats and need to be factored into any toxicological extrapolations across species even if the routes of administration are the same. In the drinking water experiments, blood levels in rats and mice were comparable, but in intraperitoneal injection experiments, rats' levels were about 8-fold higher than mice after 4 days of exposure. This difference appeared to be due to increased sequestering by rat red blood cells, since accumulation in white blood cells was lower in rats than mice. The higher incidence of red cell binding was also associated with greater binding of chromium to rat hemoglobin.

The feeding of five male Wistar rats at 0.49 mg chromium(III)/kg/day as chromium(III) chloride for 10 weeks resulted in increased chromium levels in liver, kidney, spleen, hair, heart, and red blood cells (Aguilar et al. 1997). Increases were highest in kidney (0.33 μg/g wet tissue in controls versus 0.83 μg/g in treated animals) and erythrocytes (1.44 μg/g wet tissue in controls versus 3.16 μg/g in treated animals).

The higher tissue levels of chromium after administration of chromium(VI) than after administration of chromium(III) (MacKenzie et al. 1958; Maruyama 1982; Witmer et al. 1989, 1991) reflect the greater tendency of chromium(VI) to traverse plasma membranes and bind to intracellular proteins in the various tissues, which may explain the greater degree of toxicity associated with chromium(VI). In an experiment to determine the distribution of chromium in red and white blood cells, rats were exposed

orally to 0.0031 mg/kg of [51]chromium(VI) as sodium chromate. The [51]chromium content of the fractionated blood cells was determined either 24 hours or 7 days after exposure. After 24 hours, the white blood cells contained much more [51]chromium (≈250 pg chromium/billion cells) than did the red blood cells (≈30 pg chromium/billion cells). After 7 days, the [51]chromium content of the white blood cells was reduced only 2.5-fold, while that of the red blood cells was reduced 10-fold. Thus, white blood cells preferentially accumulated chromium(VI) and retained the chromium longer than did the red blood cells. As discussed in Section 3.4.2.4, a small amount of chromium(III) entered red blood cells of rats after intravenous injection of [51]chromium trichloride, but no [51]chromium was detectable in white blood cells (Coogan et al. 1991b).

Twelve pregnant female albino rats (Druckrey strain) and 13 Swiss albino mice were exposed to 500 ppm potassium dichromate(VI) in their drinking water during pregnancy up to 1 day before delivery (Saxena et al. 1990a). The chromium(VI) daily intake was calculated to be 11.9 mg chromium(VI)/day for the rats and 3.6 mg chromium(VI)/day for mice which were considered to be maximal nontoxic doses for both species. In rats, concentrations of chromium were 0.067, 0.219, and 0.142 μg/g fresh weight in maternal blood, placenta, and fetuses, respectively, and 0.064, 0.304, and 0.366 μg/g fresh weight in mice, respectively. In treated rats, chromium levels were 3.2-fold higher in maternal blood, 3-fold higher in placenta, and 3.1-fold higher in fetal tissue when compared to control values. In treated mice, chromium levels were 2.5-fold higher in maternal blood, 3.2-fold higher in placenta, and 9.6-fold higher in fetuses when compared to control values. In treated mice, there was a significant elevation in chromium levels in placental and fetal tissues over maternal blood levels, and a significant increase in chromium levels in fetal tissue over placental concentrations when compared to controls. These differences were not observed in rats, indicating that the distribution patterns in mice and rats are different.

A study of transplacental transfer of chromium(III) in different forms indicated that placental transport varies with the chemical form. Male and female rats were fed either a commercial diet that contained 500 ppb chromium or a 30% Torula yeast diet that contained <100 ppb chromium. They were also given drinking water with or without 2 ppm chromium(III) added as chromium acetate monohydrate. The rats were mated and immediately after delivery, the neonates were analyzed for chromium content. The neonates whose dams were fed the commercial diet contained almost twice as much chromium as those whose dams were fed the chromium-deficient yeast diet. Addition of chromium(III) acetate to the drinking water of the yeast-fed rats (2 ppm) did not increase the levels of chromium in the neonates. Administration of chromium(III) trichloride intravenously or by gavage before mating, during mating, or during gestation resulted in no or only a small amount of chromium in the neonates. Administration of

chromium(III) in the form of GTF from Brewer's yeast by gavage during gestation resulted in chromium levels in the litters that were 20–50% of the dams' levels. The results indicate that fetal chromium is derived from specific chromium complexes in the diet (e.g., GTF) (Mertz et al. 1969).

### 3.4.2.3 Dermal Exposure

The findings of toxic effects in the heart, stomach, blood, muscles, and kidneys of humans who were dermally exposed to chromium compounds is suggestive of distribution to these organs (see Section 3.2.3.2). Fourteen days after a salve containing potassium chromate(VI) was applied to the skin of an individual to treat scabies, appreciable amounts of chromium were found in the blood (2–5 mg/100 mL), urine (8 mg/L), feces (0.61 mg/100 g), and stomach contents (0.63 mg/100 mL) (Brieger 1920). The preexisting condition of scabies or the necrosis caused by the potassium chromate could have facilitated its absorption. A transient increase in the levels of total chromium in erythrocytes and plasma was observed in subjects immersed in a tank of chlorinated water containing potassium dichromate(VI) (Corbett et al. 1997).

Chromium compounds are absorbed after dermal administration by guinea pigs. Measurement of [51]chromium in the organs and body fluids revealed distribution, due to dermal absorption of chromium(III) and chromium(VI) compounds, to the blood, spleen, bone marrow, lymph glands, urine, and kidneys. Absorption was greater for chromium(VI) than for chromium(III) (see Section 3.4.1.3) (Wahlberg and Skog 1965).

### 3.4.2.4 Other Routes of Exposure

The distribution of chromium(III) in humans was analyzed using a whole-body scintillation scanner, whole-body counter, and plasma counting. Six individuals given an intravenous injection of [51]chromium(III) as chromium trichloride had >50% of the blood plasma chromium(III) distributed to various body organs within hours of administration. The liver and spleen contained the highest levels. After 3 months, the liver contained half of the total body burden of chromium. The study results indicated a three-compartment model for whole-body accumulation and clearance of chromium(III). The half-lives were 0.5–12 hours for the fast component, 1–14 days for the medium component, and 3–12 months for the slow component (Lim et al. 1983).

An *in vitro* study in human blood showed that chromium(VI) was rapidly cleared from the plasma (Corbett et al. 1998). The reduction capacity appears to be concentration dependent and is overwhelmed

at spike concentrations between 2,000 and 10,000 µg/L. High chromium(VI) concentrations (10,000 µg/L spike concentration) resulted in an accumulation of chromium(VI) in the erythrocytes and a lower plasma:erythrocyte ratio of total chromium. This study also found that the plasma reduction capacity was enhanced by a recent meal.

Both human and rat white blood cells accumulated more [51]chromium per cell than red blood cells after *in vitro* exposure of whole blood to [51]chromium(VI). The uptake of chromium by rat blood cells was also measured after intravenous exposure to [51]chromium(VI) as sodium chromate. After intravenous exposure, the white blood cells contained significantly more [51]chromium (≈30 pg chromium/billion cells) than the red blood cells (≈4 pg chromium/billion cells), and the amount of [51]chromium in the cells was the same after 24 hours as it was after 1 hour. The amount of [51]chromium in the white blood cells, but not in the red blood cells, decreased by approximately 1.7-fold after 7 days. When rats were injected intravenously with 20 ng of radiolabeled sodium chromate (chromium(VI)) or radiolabeled chromium trichloride (chromium(III)), the amount of chromium was ≈2 pg/billion red blood cells but not detectable in white blood cells after injection of chromium(III) chloride. The amount of chromium was ≈5 pg/billion red blood cells and ≈60 pg/billion white blood cells after injection of sodium chromate (Coogan et al. 1991b).

The distribution pattern in rats treated with sodium chromite (chromium(III)) by intravenous injection revealed that most of the chromium was concentrated in the reticuloendothelial system, which, together with the liver, accumulated 90% of the dose. The accumulation in the reticuloendothelial system was thought to result from colloid formation by chromite at physiological pH. Organs with detectable chromium levels 42 days postinjection were: spleen > liver > bone marrow > tibia > epiphysis > lung > kidney. Chromium trichloride given to rats by intravenous injection also concentrated in the liver, spleen, and bone marrow (Visek et al. 1953). In rats administered chromium(III) nitrate intraperitoneally for 30 or 60 days, the highest levels of chromium were found in the liver, followed by the kidneys, testes, and brain. The levels increased with increased doses but not linearly. The levels in the kidneys, but not the other organs, increased significantly with duration (Tandon et al. 1979).

Whole-body analysis of mice given a single intraperitoneal injection of 3.25 mg chromium(III)/kg as chromium trichloride showed that chromium trichloride was released very slowly over 21 days: 87% was retained 3 days after treatment, 73% after 7 days treatment, and 45% after 21 days. In contrast, mice given a single intraperitoneal injection of 3.23 chromium(VI)/kg as potassium dichromate retained only 31% of the chromium(VI) dose at 3 days, 16% at 7 days and 7.5% at 21 days. Mice injected weekly with

chromium(III) compounds at 17% of the $LD_{50}$ retained 6 times the amount of chromium as mice injected with chromium(VI) compounds at 17% of the $LD_{50}$.  The retention of chromium(III) was attributed to its ability to form coordination complexes with tissue components such as proteins and amino acids (Bryson and Goodall 1983).

In rats injected intraperitoneally with 2 mg chromium(VI)/kg/day as potassium chromate 6 days/week for 45 days, the mean levels of chromium (μg chromium/g wet weight) were 25.68 in the liver, 40.61 in the kidney, 7.56 in the heart, and 4.18 in the brain (Behari and Tandon 1980).

In rats injected subcutaneously with 5.25 mg chromium(VI)/kg as potassium dichromate, most of the chromium in the tissues analyzed was found in the red blood cells with a peak level (63 μg chromium/g) achieved 24 hours after dosing.  White blood cells were not analyzed for chromium content.  Whole plasma contained 2.7–35 μg/mL and the plasma ultrafiltrate contained 0.15–0.79 μg/mL.  Tissue distribution 48 hours after dosing was as follows:  221.2 μg/g in renal cortex, 110.0 μg/g in liver, 103.0 μg/g in spleen, 86.8 μg/g in lung, 58.9 μg/g in renal medulla, and 8.8 μg/g in bone, compared with 2.28–5.98 μg/g in any tissues in controls.  When rats were given repeated subcutaneous injections of 1.05 mg chromium(VI)/kg/day, every other day for 2, 4, 8, 10, or 12 weeks, most of the chromium was again found in the red blood cells.  However, while red blood cell levels rose progressively during treatment, levels as high as those seen after a single dose were never achieved, even when the total dose exceeded the dose in the single injection experiment 10-fold.  The tissue levels of chromium determined 48 hours after the last dose in the rats injected for 12 weeks were of the same order of magnitude as those seen after a single injection.  These results suggest little tendency of soluble chromium(VI) compounds to accumulate in tissues with repeated exposure (Mutti et al. 1979).

In an *in vitro* study, whole blood samples were spiked with water-soluble chromium(VI) or chromium(III) compounds.  The results showed a greater level of chromium inside erythrocytes after treatment with chromium(VI) compounds, compared to chromium(III) compounds.  The investigators reported that only chromium(VI) compounds are taken up by erythrocytes and, presumably after reduction to chromium(III), form complexes with intracellular proteins that could not be eliminated (Lewalter et al. 1985).

The distribution of radioactivity was compared in mouse dams and fetuses following the intravenous injection of the dams with [51]Chromium labelled-sodium dichromate(VI) or [51]chromium labelled-chromium(III) trichloride.  In the maternal tissues, the highest levels of radioactivity from both treatments were achieved in the renal cortex, but the concentration of radioactivity in the tissues of dams given the

3. HEALTH EFFECTS

hexavalent form was much higher than that of the dams given the trivalent form. The patterns of distribution of radioactivity in other tissues were identical regardless of administered valence state, with the skeleton, liver, kidneys, and ovaries accumulating the highest levels and the brain and muscle accumulating the lowest levels. The serum concentration of radioactivity after treatment with chromium(III) was 3 times higher than that after treatment with chromium(VI). Radioactivity after treatment with both valence forms crossed the placenta, but the radioactivity from the hexavalent form crossed more readily. For chromium(VI), ≈12% of the maternal serum concentration of radioactivity was found in the fetuses when the dams were administered sodium dichromate in mid-gestation (days 12–15). When the dams were injected in late gestation (days 16–18), ≈19% of the radioactivity in maternal serum was found in the fetuses. For chromium(III), the fetal concentration of radioactivity was only ≈0.4% of the maternal serum concentration when the dams were injected with radiolabeled chromium trichloride in mid-gestation and 0.8% of the maternal serum radioactivity concentration when injected in late gestation. Radioactivity from both treatments accumulated in fetal skeletons in calcified areas and in the yolk sac placenta (Danielsson et al. 1982). Danielsson et al. (1982) noted that the radioactivity after administration of chromium(VI) may represent chromium(III) after reduction in the tissues. Chromium(III) also crossed the placenta of mice injected intraperitoneally with chromium trichloride (Iijima et al. 1983). While the results indicate that both chromium(VI) and chromium(III) may pose developmental hazards, they cannot be used to indicate that exposure of pregnant animals to chromium(III) by inhalation or oral routes would result in significant placental transfer because chromium(III) compounds are not well absorbed by these routes (see Section 3.4.1).

Tissue distribution in rats and mice after 14 days of intraperitoneal injection of 0.8 mg chromium(VI)/day as potassium chromate were: liver 6.00 μg/g wet weight in rats and 8.89 in mice, kidney 24.14 and 11.77, spleen 15.26 and 6.92, femur 6.53 and 6.30, lung 3.99 and 2.89, heart 3.13 and 1.75, muscle 1.10 and 0.51, and blood 4.52 and 1.56 (Kargacin et al. 1993). Kidney and blood chromium concentrations were 2- and 4-fold higher, respectively, in rats compared to mice. Red blood cell concentrations were 3-fold higher in rats than mice and hemoglobin binding of chromium was twice as high in rats. By contrast, chromium levels in the blood were similar in rats and mice following oral exposure. The authors ascribed this to faster entry into the blood after intraperitoneal injection and thus a greater likelihood that chromium(VI) could be sequestered in rat erythrocytes by reduction.

### 3.4.3    Metabolism

Chromium(III) compounds are essential to normal glucose, protein, and fat metabolism.  In addition, chromium(III) is capable of forming complexes with nucleic acids and proteins.  Chromium(III) may also participate in intracellular reduction and oxidation reactions.  Chromium(VI) is unstable inside the body and is ultimately reduced to chromium(III) *in vivo* by a variety of reducing agents.  Chromium(V) and chromium(IV) are transient intermediates in this process.

Currently, the biological target for the essential effects of chromium(III) is unknown.  Chromodulin, also referred to as GTF, has been proposed as one possible candidate (Jacquamet et al. 2003).  The function of chromodulin, an oligopeptide complex containing four chromic ions, has not been established; however, a possible mechanism is that chromodulin facilitates the interaction of insulin with its cellular receptor sites, although this has not been proven (Anderson 1998a, 2003; IOM 2001).

*In vivo* and *in vitro* experiments in rats indicated that, in the lungs, chromium(VI) can be reduced to chromium(III) by ascorbate.  The reduction of chromium(VI) by ascorbate results in a shorter residence time of chromium in the lungs and constitutes the first defense against oxidizing reagents in the lungs.  When ascorbate is depleted from the lungs, chromium(VI) can also be reduced by glutathione.  The level of ascorbic acid in the adult human lung has been estimated as approximately 7 mg/100 g wet tissue (Hornig 1975).  The reduction of chromium(VI) by glutathione is slower and results in greater residence time of chromium in the lungs, compared to reduction by ascorbate (Suzuki and Fukuda 1990).  Other studies reported the reduction of chromium(VI) to chromium(III) by epithelial lining fluid (ELF) obtained from the lungs of 15 individuals by bronchial lavage.  The average reduction accounted for 0.6 µg chromium(VI)/mg of ELF protein.  In addition, cell extracts made from pulmonary alveolar macrophages derived from five healthy male volunteers were able to reduce an average of 4.8 µg chromium(VI)/$10^6$ cells or 14.4 µg chromium(VI)/mg protein (Petrilli et al. 1986b).  Metabolism of the chromium(VI) to chromium(III) by these cell fractions significantly reduced the mutagenic potency of the chromium when tested in the Ames reversion assay.  Postmitochondrial (S12) preparations of human lung cells (peripheral lung parenchyma and bronchial preparations) were also able to reduce chromium(VI) to chromium(III) (De Flora et al. 1984).  Moreover, large individual differences were observed (De Flora et al. 1984, 1987b), and extracts from pulmonary alveolar macrophages of smokers reduced significantly more chromium(VI) to chromium(III) than extracts from cells of nonsmokers.  Because chromium(III) does not readily enter cells, these data suggest that reduction of chromium(VI) by the ELF may constitute the first line of defense against toxicity of inhaled chromium compounds.  Furthermore, uptake and reduction of

chromium compounds by the pulmonary alveolar macrophages may constitute a second line of defense against pulmonary toxicity of chromium(VI) compounds.  Microsomal reduction of chromium(VI) occurs in the lungs mainly as it does in the liver, as discussed below.

The first defense against chromium(VI) after oral exposure is the reduction of chromium(VI) to chromium(III) in the gastric environment where gastric juice (De Flora et al. 1987a) and ascorbate (Samitz 1970) play important roles.  Studies using low-frequency electron paramagnetic resonance (EPR) spectrometry have shown that chromium(VI) is reduced to chromium(V) *in vivo* (Liu et al. 1994, 1995, 1997a, 1997b; Ueno et al. 1995b).  *In vitro*, low concentrations of ascorbate favor the formation of chromium(V), whereas higher concentrations of ascorbate favor the formation of the reduced oxidation state, chromium(III) (Liu et al. 1995).  EPR spectrometric monitoring also showed that chromium(VI) was rapidly reduced to chromium(V) on the skin of rats, with a 3-fold greater response when the stratum corneum was removed (Liu et al. 1997a).  Thus, dermal effects from direct skin contact with chromium(VI) compounds may be mediated by rapid reduction to chromium(V).  In whole blood and plasma, increasing ascorbate levels led to an increased oxidation of chromium(VI) to chromium(III) (Capellmann and Bolt 1992).

For humans, the overall chromium(VI)-reducing/sequestering capacities were estimated to be 0.7–2.1 mg/day for saliva, 8.3–12.5 mg/day for gastric juice, 11–24 mg for intestinal bacteria eliminated daily with feces, 3,300 mg/hour for liver, 234 mg/hour for males and 187 mg/hour for females for whole blood, 128 mg/hour for males and 93 mg/hour for females for red blood cells, 0.1–1.8 mg/hour for ELF, 136 mg/hour for pulmonary alveolar macrophages, and 260 mg/hour for peripheral lung parenchyma.  Although these *ex vivo* data provide important information in the conversion of chromium(VI) to reduced states, the values may over- or underestimate the *in vivo* reducing capabilities (De Flora et al. 1997).

Reduction of chromium(VI) in the red blood cell occurs by the action of glutathione.  Since the red blood cell membrane is permeable to chromium(VI) but not chromium(III), the chromium(III) formed by reduction of chromium(VI) by glutathione is essentially trapped within the erythrocyte for the life-span of the cell (Paustenbach et al. 2003), with approximately 1% of chromium eluting from the erythrocyte daily (ICSH 1980).  Eventually, the diffusion of chromium(VI), the reduction to chromium(III), and complexing to nucleic acids and proteins within the cell will cause the concentration equilibrium to change so that more chromium(VI) is diffused through the membrane.  Thus, there is a physiological drag so that increased diffusion results in greater chromium concentrations in the cell (Aaseth et al. 1982).  It appears that the rate of uptake of chromium(VI) by red blood cells may not exceed the rate at which they

3.  HEALTH EFFECTS

reduce chromium(VI) to chromium(III) (Corbett et al. 1998). *In vitro* incubation of red blood cells with an excess of sodium chromate(VI) (10 mM) decreased glutathione levels to 10% of the original amount (Wiegand et al. 1984). The above concepts are applicable to the uptake and reduction of chromium(VI) in other cell types.

The effect of glutathione-depleting agents on the amounts of cellular chromium(III) and chromium(V) was determined in Chinese hamster V-79 cells treated with sodium chromate (Sugiyama and Tsuzuki 1994). Buthionine sulfoximine at 25 µM reduced glutatione levels to about 1% of control values, and increased chromium(V) levels by about 67%. The total chromium uptake was decreased by about 20% and chromium(III) levels were decreased by 20%. Diethylmaleate (1 mM) decreased glutathione levels to <1%, decreased chromium(V) levels by 27% and chromium(III) levels by 31%. However, the cellular uptake of total chromium was decreased to nearly 46%. The authors explained that the reason that the diethylmaleate inhibited the reduction of chromium(VI) to both chromium(III) and chromium(V) was not due to the decreased uptake, but involved the inhibition of the chromate-reducing enzymes in the cell.

In addition to the reduction of chromium(VI) by ascorbate or glutathione, *in vitro* studies have demonstrated reduction of chromium(VI) by microsomal enzymes. Hepatic microsomal proteins from male Sprague-Dawley rats pretreated with chromium(VI) reduced chromium(VI) to chromium(III). The rate of reduction varied both with the concentration of microsomal protein and the concentration of nicotinamide adenine dinucleotide phosphate (NADPH). In the absence of NADPH, microsomes did not reduce significant amounts of chromium(VI) over the 24-hour observation period. Therefore, the reduction of chromium(VI) in rat hepatic microsomes is NADPH-dependent (Gruber and Jennette 1978). Another study followed the kinetics of chromium(VI) reduction in hepatic microsomes from rats (Garcia and Jennette 1981). Induction of cytochrome P448 enzymes had no effect on the kinetics of the reaction, while induction of cytochrome P450 and NADPH-cytochrome P450 reductase resulted in a decrease in the apparent chromate-enzyme dissociation constant, and an increase in the apparent second-order rate constant, and no change in the apparent turnover number. Inhibition of NADPH-cytochrome P450 reductase and NADH-cytochrome $b_5$ reductase inhibited the rate of microsomal reduction of chromium(VI), as did the addition of specific inhibitors of cytochrome P450. The results demonstrate the involvement of cytochrome P450, NADPH-dependent-cytochrome P450 reductase, and to a lesser extent cytochrome $b_5$ and NADH-dependent-cytochrome $b_5$ reductase, in the reduction of chromate by rat hepatic microsomes. The conversion of chromium(VI) to chromium(III) in rats can occur by electron transfer through cytochrome P450 and cytochrome $b_5$. Both oxygen and carbon monoxide were found to inhibit the *in vitro* cytochrome P450 and cytochrome $b_5$-dependent reduction of chromium(VI) (Mikalsen

et al. 1989).  The assertion that cytochrome P450 is involved in the reduction of chromium(VI) to chromium(III) has been further strengthened by Petrilli et al. (1985), who demonstrated that inducers of cytochrome P450 can increase the conversion of chromium(VI) to chromium(III) in S-9 mixtures prepared from the liver and lungs of exposed rats.  Furthermore, it was observed that chromium(VI) can induce pulmonary cytochrome P450 and thus its own reduction in the lungs (Petrilli et al. 1985). Chromium(VI) apparently can alter the P450 activity in isolated rat microsomes.  Witmer et al. (1994) demonstrated that hepatic microsomes from male rats treated with chromium(VI) resulted in a significant decrease in hydroxylation of testosterone at the 6β, 16α, and 2α positions, indicating a decrease in the activity of P4503A1 and 3A2.  In lung microsomes, an increased hydroxylation was observed at the 16α and 16β positions, indicating an increase in P450IIB1 activity.  However, hepatic microsomes from treated females showed a 4-to 5-fold increase in hydroxylation activity of testosterone at the 6β position, which demonstrated that the metabolic effects of chromium differ between males and females.

Two studies have examined possible species differences in the ability of microsomes to reduce chromium(VI) (Myers and Myers 1998; Pratt and Myers 1993).  Chromium(VI) reduction was enzymatic and NADPH-dependent, and the rates were proportional to the amount of microsome added.  In humans, the $K_m$ for chromium(VI) was 1–3 orders of magnitude lower than $K_m$ values in rats, although the $V_{max}$ was similar.  This suggests that the human liver has a much greater capacity to reduce chromium(VI) than the rat liver.  Also contrary to the rodent data, oxygen and cytochrome P450 inhibitors (carbon monoxide, piperonyl butoxide, metyrapone, and aminopyrine) did not inhibit chromium(VI) reduction.  These differences indicate that, in humans, cytochrome P450 does not play a significant role in the reduction process, but that other microsomal flavoproteins are responsible for reducing chromium(VI).  Inhibition of flavoproteins by $TlCl_3$ decreased chromium(VI) reduction by 96–100%, while inhibition of cytochrome c reductase (P450 reductase) by bromo-4'-nitroacetophenone resulted in an 80–85% inhibition of chromium(VI) reduction.  Combined, these observations implicate P450 reductase, working independently of cytochrome P450, as a major contributor in the reduction of chromium(VI) in human microsomes.  These findings suggest that metabolism of chromium(VI) in rodent systems may not readily be extrapolated to humans.

Microsomal reduction of chromium(VI) can also result in the formation of chromium(V), which involves a one-electron transfer from the microsomal electron-transport cytochrome P450 system in rats.  The chromium(V) complexes are characterized as labile and reactive.  These chromium(V) intermediates persist for 1 hour *in vitro*, making them likely to interact with deoxyribonucleic acid (DNA), which may eventually lead to cancer (Jennette 1982).  Because chromium(V) complexes are labile and reactive,

CHROMIUM                                                                                                    262

3.  HEALTH EFFECTS

detection of chromium(V) after *in vivo* exposure to chromium(VI) was difficult in the past.  More
recently, Liu et al. (1994) have demonstrated that chromium(V) is formed *in vivo* by using low-frequency
electron paramagnetic resonance (EPR) spectroscopy on whole mice.  In mice injected with sodium
dichromate(VI) intravenously into the tail vein, maximum levels of chromium(V) were detected within
10 minutes and declined slowly with a life-time of about 37 minutes.  The time to reach peak *in vivo*
levels of chromium(V) decreased, in a linear manner as the administered dose levels of sodium
dichromate decreased.  The relative tissue distributions of chromium(V) indicated that most was found in
the liver and much lesser amounts in blood.  None was detected in kidney, spleen, heart, or lung.  When
the mice were pretreated with metal ion chelators, the intensity of the EPR signal decreased
demonstrating that the formation of chromium(V) was inhibited.  Reactions of chromium(VI) with
glutathione produced two chromium(V) complexes and a glutathione thiyl radical.  Reactions of
chromium(VI) with DNA in the presence of glutathione produced chromium-DNA adducts.  The level of
chromium-DNA adduct formation correlated with chromium(V) formation.  The reaction of
chromium(VI) with hydrogen peroxide produced hydroxyl radicals.  Reactions of chromium(VI) with
DNA in the presence of high concentrations of hydrogen peroxide (millimolar compared to $10^{-7}$–$10^{-9}$ M
inside cells) produced significant DNA strand breakage and the 8-hydroxy guanosine adduct, which
correlated with hydroxyl radical production (Aiyar et al. 1989, 1991).  Very little chromium(V) was
generated by this pathway.  It was postulated that the reaction of chromium(VI) with hydrogen peroxide
produces tetraperoxochromium(V) species that act as a catalyst in a Fenton-type reaction producing
hydroxyl radicals in which chromium(V) is continuously being recycled back to chromium(VI).  The
regeneration of chromium(VI) through interactions with chromium(V) and hydrogen peroxide is
consistent with the findings of Molyneux and Davies (1995) (see Section 3.5.2).  As discussed above,
chromium(VI) is ultimately reduced to chromium(III) within the cell.  Chromium(III) can form stable
complexes with DNA and protein (De Flora and Wetterhahn 1989), which is discussed further in
Section 3.5.2.

The mechanism for clearance of chromium(VI) once reduced inside the liver cell may involve a
chromium(III)-glutathione complex.  The glutathione complex would be soluble through the cell
membrane and capable of entering the bile (Norseth et al. 1982).  The complexing of chromium(III) to
other ligands has been shown to make them more permeable to the cell membrane (Warren et al. 1981).

APPX ATT_V6_4123

### 3.4.4   Elimination and Excretion

### 3.4.4.1   Inhalation Exposure

Normal urinary levels of chromium in humans have been reported to range from 0.22 to 1.8 µg/L
(0.00024–0.0018 mg/L) with a median level of 0.4 µg/L (0.0004 mg/L) (IOM 2001; Iyengar and Woittiez
1988).  Humans exposed to 0.05–1.7 mg chromium(III)/m$^3$ as chromium sulfate and 0.01–0.1 mg
chromium(VI)/m$^3$ as potassium dichromate (8-hour TWA) had urinary excretion levels of 0.0247–
0.037 mg chromium(III)/L.  Workers exposed mainly to chromium(VI) compounds had higher urinary
chromium levels than workers exposed primarily to chromium(III) compounds.  An analysis of the urine
did not detect the hexavalent form of chromium, indicating that chromium(VI) was rapidly reduced
before excretion (Cavalleri and Minoia 1985; Minoia and Cavalleri 1988).  Chromium(III) compounds
were excreted rapidly in the urine of workers, following inhalation exposure to chromium(III) as
chromium lignosulfonate.  Workers exposed to 0.005–0.23 mg chromium(III)/m$^3$ had urine
concentrations of 0.011–0.017 mg chromium(III)/L.  The half-time for urinary excretion of chromium
was short, 4–10 hours, based on an open, one-compartment kinetic model (Kiilunen et al. 1983).  Tannery
workers had higher urinary chromium(III) concentrations in postshift urine samples taken Friday
afternoon and in preshift urine samples taken Monday, compared to controls.  These workers also had hair
concentrations of chromium that correlated with urinary levels.  Analysis of workroom air revealed no
detectable chromium(VI) and 0.0017 mg chromium(III)/m$^3$ (time-weighted average) (Randall and Gibson
1987).  Elimination of chromium(III) from hair, serum, and urine has been studied in a group of 5 men
who had ceased working in a leather tannery 9 months earlier (Simpson and Gibson 1992).  Compared to
levels recorded during employment, the mean level of chromium in hair was reduced from 28.5 to
2.9 µmol/g; serum levels were reduced from 9.4 to 3.8 nmol/L.  These levels are comparable to those in
the general population.  Urine levels were unchanged (13.8 nmol/L while working and 14.4 nmol/L
9 months later); the authors stated that this was probably caused by consumption of beer (a source of
chromium) the night before sampling.  Data from autopsy studies indicate that chromium can be retained
in the lung for decades following cessation of occupational exposures (Brune et al. 1980; Hyodo et al.
1980; Mancuso 1997b).

Peak urinary chromium concentrations were observed at 6 hours (the first time point examined) in rats
exposed intratracheally to 0.44 mg/kg chromium(III) as chromium acetate hydroxide or chromium(VI) as
sodium dichromate (Gao et al. 1993).  Chromium urinary concentrations decreased rapidly, falling from
4,535 µg chromium/g creatinine at 6 hours to 148 µg chromium/g at 72 hours for the chromium acetate

hydroxide and from 2,947 µg chromium/g creatinine at 6 hours to 339 µg chromium/g at 72 hours for sodium dichromate.

Elimination of chromium was very slow in rats exposed to 2.1 mg chromium(VI)/m$^3$ as zinc chromate 6 hours/day for 4 days. Urinary levels of chromium remained almost constant for 4 days after exposure and then decreased, indicating that chromium bound inside the erythrocyte is released slowly (Langård et al. 1978).

### 3.4.4.2  Oral Exposure

Given the low absorption of chromium compounds by the oral route, the major pathway of excretion after oral exposure is through the feces.

An acute, oral dose of radioactive chromium(III) as chromium chloride or chromium(VI) as sodium chromate was administered to humans after which feces and urine were collected for 24 hours and 6 days, respectively, and analyzed for chromium. The amount of chromium in the 6-day fecal collection was 99.6 and 89.4% of the dose for chromium(III) and chromium(VI) compounds, respectively. The amount of chromium in the 24-hour urine collection was 0.5 and 2.1% of the dose for chromium(III) and chromium(VI) compounds, respectively (Donaldson and Barreras 1966). In subjects drinking 0.001–0.1 mg chromium(VI)/kg/day as potassium chromate in water for 3 days, <2–8% of the dose was excreted in the urine (Finley et al. 1997). The percentage of the dose excreted appeared to increase with increasing dose.

Urinary excretion rates have been measured in humans after oral exposure to several chromium compounds (Finley et al. 1996b). A group of four male and two female volunteers ingested capsules containing chromium(III) picolinate at a dose of 200 µg/day for 7 days, to ensure that chromium deficiency was not a confounding factor. They then ingested 0.005 mg/kg/day chromium(VI) as potassium chromate (3 days), and 1.0 mg/kg/day chromium(III) as chromic oxide (3 days), with 3 days without dosing between the potassium chromate and chromic oxide doses. Urinary excretion rates of chromium were significantly elevated compared to postdosing control levels after seven daily doses of chromium(III) picolinate (2.4±0.8 versus 0.75±0.53 µg/day). The excretion rate increased sharply on the first of 3 days of potassium chromate dosing (11±17 µg/day) and remained steady over the next 2 days (13–14 µg/day). Excretion rates fell to 2.5±0.72 during 2 days without dosing and continued to fall during the 3 days of chromic oxide dosing, reaching rates similar to those seen postdosing. Mean pooled

urinary concentrations during the dosing periods were 2.4 μg chromium/g creatinine from exposure to chromium(VI) and 0.4 μg chromium/g creatinine from exposure to chromium(III) as compared to 0.23 μg chromium/g creatinine during the postdosing time periods.  The lower urinary excretion of chromium(III) after exposure to chromic oxide reflects the poorer absorption of inorganic chromium(III) compounds compared to inorganic chromium(VI) compounds.

The half-life for chromium urinary excretion after administration in drinking water as potassium dichromate has been estimated in humans (Kerger et al. 1997).  Ingestion of 0.05 mg chromium(VI)/kg resulted in an extended time course of excretion.  Approximately 76–82% of the 14-day total amount of chromium in the urine was excreted within the first 4 days (mean peak concentration 209 μg chromium/g creatinine; range 29–585 μg chromium/g creatinine).  The average urinary excretion half-life for four of the volunteers was 39 hours at this dose.  All subjects had returned to background concentrations (0.5–2.0 μg chromium/g creatinine) by 14 days postdosing.  About 87% of the total amount of chromium in the urine measured over 8 days was excreted during the first 4 days for one volunteer ingesting 0.03 mg chromium(VI)/kg (peak 97 μg chromium/g creatinine on day of ingestion).  Urinary chromium concentrations had returned to an average of 2.5 μg chromium/g creatinine within 7 days postdosing, the last time point measured.  Urinary excretion half-life in this volunteer was 37 hours.  Similar time courses of excretion were observed when volunteers took the same doses as daily doses over 3-day periods.  An earlier study by this group (Kerger et al. 1996a) examined urinary excretion half-lives following a bolus dose of 10 ppm (approximately 0.06 mg chromium/kg) chromium(III) chloride, potassium dichromate reduced with orange juice (presumably, the juice reduced the potassium dichromate to chromium(III)-organic complexes and chromium(III) ions), or potassium dichromate.  The calculated urinary excretion half-lives for the three chromium solutions were 10.3, 15, and 39.3 hours, respectively.  The potassium dichromate half-life is consistent with the results from the Kerger et al. (1997) study.  If, in these studies, all of the absorbed chromium(VI) was rapidly and completely converted to chromium(III), there should be no difference in urinary half-life.  The difference in excretion half-lives following dosing with chromium(III) and chromium(VI) appears to reflect incomplete reduction of absorbed chromium(VI) to chromium(III) as well as longer retention of chromium(VI) in tissues.  The prolonged half-life following dosing with chromium(VI) appears to be a composite of the half-lives the chromium(VI) and chromium(III) derived from the reduction of chromium(VI) in the blood.  Given that most is converted to chromium(III), the half-life for the sequestered chromium is quite long (much longer than 40 hours) and reflects the half-life of chromium observed in the red blood cells.  Pretreatment of chromium(VI) with orange juice apparently did not convert all chromium(VI) to chromium(III), as indicated by a half-life of 15 hours.

APPX ATT_V6_4126

The urinary excretion kinetics of chromium have also been examined in eight adults that were administered chromium(III) at 400 μg/day as chromium(III) picolinate for 3 consecutive days (Gargas et al. 1994). The mean time to peak urinary concentration was 7.18±2.11 hours (range 2.9–13.0 hours), the mean peak concentration being 7.92±4.24 μg chromium/g creatinine (range 3.58–19.13 μg/g creatinine). Excretion diminished rapidly after the peak, but did not appear to return to background in most of the volunteers before the next daily dose.

Pharmacokinetic models were used to predict the retention and excretion of ingested chromium(III) picolinate (Stearns et al. 1995a). A single dose of 5.01 mg (assuming 2.8% or 140 μg of the chromium(III) picolinate is absorbed) resulted in 11 μg (7.9%) retained after 1 year. The model predicted that about 1.4 μg would still be present in body tissues 10 years after dosing, and continuous dosing over a 1-year period would result in 6.2 mg of chromium(III) picolinate being retained, requiring about 20 years to reduce the retained level to 0.046 mg. These projected retention estimates may be 2–4-fold lower than results obtained from actual clinical findings. The authors caution that accumulative daily intake of chromium(III) may result in tissue concentrations that could be genotoxic.

Daily urinary excretion levels of chromium were nearly identical in men and women (averages of 0.17 and 0.20 μg/L, respectively; 0.18 μg/L combined) who ate normal dietary levels of chromium (≈60 μg chromium(III)/day). When the subjects' normal diets were supplemented with 200 μg chromium(III)/day as chromium trichloride to provide intakes of ≈260 μg chromium(III)/day, urinary excretion of chromium rose proportionately to an average of 0.98 μg/L combined. Thus a 5-fold increase in oral intake resulted in about a five-fold increase in excretion, indicating absorption was proportional to the dose regardless of whether the source was food or supplement (Anderson et al. 1983). A group of 23 elderly subjects who received an average of 24.5 μg/day (0.00035 mg chromium(III)/kg/day) from their normal diets excreted 0.4 μg chromium/day in the urine (1.6%) and 23.9 μg chromium/day in the feces (97.6%), with a net retention of 0.2 μg/day (0.8%). Based on the 1980 daily requirement for absorbable chromium of 1 μg/day by the National Academy of Science Food and Nutrition Board, the retention was considered adequate for their requirements (Bunker et al. 1984).

An estimate of the half-life of elimination from plasma has been reported in humans. Uptake of potassium dichromate was determined in a man who was given 0.8 mg of chromium(VI) in drinking water 5 times each day for 17 days (Paustenbach et al. 1996). Steady-state concentrations of chromium in blood were attained after 7 days and a plasma elimination half-life of 36 hours was estimated.

Measurement of the chromium content in 255 milk samples from 45 lactating American women revealed that most samples contained <0.4 μg/L with a mean value of 0.3 μg/L (Casey and Hambidge 1984). Another study (Anderson et al. 1993) measured chromium levels in the breast milk of 17 women 60 days postpartum, and reported mean levels of ~0.2 μg/L. Lactation, therefore, represents a route of excretion of chromium and a potential route of exposure to the nursing infant. However, the precise relationship between maternal chromium levels and levels in breast milk is unclear, if such a relationship exists at all (Anderson et al. 1993; Engelhardt et al. 1990; Mohamedshah et al. 1998).

Chromium can be excreted in hair and fingernails. Mean trace levels of chromium detected in the hair of individuals from the general population of several countries were as follows: United States, 0.23 ppm; Canada, 0.35 ppm; Poland, 0.27 ppm; Japan, 0.23 ppm; and India, 1.02 ppm (Takagi et al. 1986). Mean levels of chromium in the fingernails of these populations were: United States, 0.52 ppm; Canada, 0.82 ppm; Poland, 0.52 ppm; Japan, 1.4 ppm; and India, 1.3 ppm (Takagi et al. 1988).

Rats given 18 mg chromium(VI)/kg as potassium dichromate by gavage excreted about 25 μg chromium in the first 24 hours after dosing and ≈10 μg chromium in each of the next 24-hour periods (Banner et al. 1986).

In rats and hamsters fed chromium compounds, fecal excretion of chromium varied slightly from 97 to 99% of the administered dose. Urinary excretion of chromium varied from 0.6 to 1.4% of the dose administered as either chromium(III) or chromium(VI) compounds (Donaldson and Barreras 1966; Henderson et al. 1979; Sayato et al. 1980). The urinary and fecal excretion over 2-day periods in rats treated for 8 days by gavage with 13.92 mg chromium/kg/day in corn oil was higher when soil containing 70% chromium(III) and 30% chromium(VI) was the source of chromium than when chromium(VI) as calcium chromate was the source (see Section 3.4.2.2). Total urinary and fecal excretion of chromium on days 1 and 2 of dosing were 1.8 and 19%, respectively, of the dose from soil and <0.5 and 1.8%, respectively, of the dose from calcium chromate. Total urinary and fecal excretion of chromium on days 7 and 8 of dosing were higher than on days 1 and 2. For contaminated soil, urinary excretion was 1.12% and fecal excretion was 40.6% of the dose. For calcium chromate, urinary excretion was 0.21% and fecal excretion was 12.35% of the dose (Witmer et al. 1991). Whether the higher excretion of chromium after dosing with soil than with the chromate salt represents greater bioavailability from soil could not be determined because about 50% of the administered dose could not be accounted for from the excretion and distribution data (see Section 3.4.2.2). Excretion of chromium(III) in dogs was approximately equal

to the clearance of creatinine, indicating little tubular absorption or reabsorption of chromium in the kidneys (Donaldson et al. 1984).

### 3.4.4.3   Dermal Exposure

Information regarding the excretion of chromium in humans after dermal exposure to chromium or its compounds is limited.  Fourteen days after application of a salve containing potassium chromate(VI), which resulted in skin necrosis and sloughing at the application site, chromium was found at 8 mg/L in the urine and 0.61 mg/100 g in the feces of one individual (Brieger 1920).  A slight increase (over background levels) in urinary chromium levels was observed in four subjects submersed in a tub of chlorinated water containing 22 mg chromium(VI)/L as potassium dichromate(VI) for 3 hours (Corbett et al. 1997).  For three of the four subjects, the increase in urinary chromium excretion was <1 µg/day over the 5-day collection period.

[51]Chromium was detected in the urine of guinea pigs after radiolabeled sodium chromate(VI) or chromium(III) trichloride solutions were placed over skin depots that were monitored by scintillation counting to determine the dermal absorption (Wahlberg and Skog 1965).

### 3.4.4.4   Other Routes of Exposure

Elevated levels of chromium in blood, serum, urine, and other tissues and organs have been observed in patients with cobalt-chromium knee and hip arthroplasts (Michel et al. 1987; Sunderman et al. 1989).  Whether corrosion or wear of the implant can release chromium (or other metal components) into the systemic circulation depends on the nature of the device.  In one study, the mean postoperative blood and urine levels of chromium of nine patients with total hip replacements made from a cast cobalt-chromium-molybdenum alloy were 3.9 and 6.2 µg/L, respectively, compared with preoperative blood and urine levels of 1.4 and 0.4 µg/L, respectively.  High blood and urinary levels of chromium persisted when measured at intervals over a year or more after surgery.  These data suggest significant wear or corrosion of the metal components.  No significant difference was found for patients with hip replacements made from the alloy and articulated with polyethylene (Coleman et al. 1973).  Similarly, serum and urinary levels of chromium in patients with implants made from a porous coated cobalt chromium alloy with polyethylene components (to prevent metal-to-metal contact) were not significantly different from patients with implants made without chromium (Sunderman et al. 1989).

A number of factors have been shown to alter the rate of excretion of chromium in humans.  Intravenous injection of calcium EDTA resulted in a rapid increase in the urinary excretion of chromium in metal workers (Sata et al. 1998).  Both acute and chronic exercises have been shown to increase chromium excretion in the urine, though the increased excretion did not appear to be accompanied with decreased levels of total native chromium (Rubin et al. 1998).  An increased rate of chromium excretion has been reported in women in the first 26 weeks of pregnancy (Morris et al. 1995b).  Chromium supplementation did not appear to alter the rate of excretion into breast milk in postpartum women (Mohamedshah et al. 1998).

The urinary excretion of chromium after a single or during repeated subcutaneous injections of potassium dichromate was followed in rats.  Following a single dose of 5.35 mg chromium(VI)/kg, chromium was excreted rapidly in two phases and was essentially complete at 48 hours.  The filtered chromium load rose considerably during the first few hours after dosing and exceeded the tubular reabsorption rate.  This increase was followed by a decrease that paralleled the urinary excretion of chromium.  During repeated injections with 1.05 mg chromium(VI)/kg/day, every other day for 12 weeks, urinary excretion and diffusible chromium renal clearance rose at relatively high parallel rates, and reached plateaus at 10 ng/min for urinary excretion and 550 μL/minute for renal clearance.  The filtered load increased slightly.  Since high levels of chromium were found in the renal cortex (see Section 3.4.2.4), the tubular reabsorption appeared to be limited by the accumulation of chromium in the tubular epithelium (Mutti et al. 1979).

Rats given a subcutaneous injection of potassium dichromate (chromium(VI)) and chromium nitrate (chromium(III)) excreted 36% of the chromium(VI) dose in urine and 13.9% in the feces within 7 days; 8 and 24.2% of the chromium(III) was excreted in the urine and feces within the same time period, respectively (Yamaguchi et al. 1983).  Within 4 days after an intravenous dose of [51]chromium as chromium(III) chloride at 3 mg/kg chromium, rats excreted 5.23% of the dose in the feces and 16.3% in the urine (Gregus and Klaassen 1986).

In rats treated by intravenous injection with [51]chromium-labeled sodium chromate (chromium(VI)) or chromium(III) trichloride at 0.0003 or 0.345 mg chromium/kg, the bile contained 2–2.5% of the dose following chromium(VI) exposure; however, after chromium(III) exposure the concentration in the bile was ≈50 times lower (Manzo et al. 1983).  Similarly, 3.5–8.4% of chromium(VI) compounds was excreted in the bile as chromium(III), compared to 0.1–0.5% of chromium(III) compounds, after intravenous injection in rats (Cikrt and Bencko 1979; Norseth et al. 1982).  Administration of

diethylmaleate, which depletes glutathione, resulted in only chromium(VI) in the bile after injection of sodium chromate.

Two hours after dosing rats intravenously with potassium dichromate at 0.45–4.5 mg chromium(VI)/kg, 1.4–2.2% of the chromium was recovered in the bile. Less than 1% of the total measurable chromium in the bile was identified as chromium(VI) compounds (Cavalleri et al. 1985).

Male Swiss mice exposed to 52 mg chromium(III)/kg as chromium chloride by single intraperitoneal injection or subcutaneous injection had plasma clearance half-times of 41.2 and 30.6 hours, respectively. In each case, blood levels reached control levels by 6–10 days (Sipowicz et al. 1997).

## 3.4.5  Physiologically Based Pharmacokinetic (PBPK)/Pharmacodynamic (PD) Models

Physiologically based pharmacokinetic (PBPK) models use mathematical descriptions of the uptake and disposition of chemical substances to quantitatively describe the relationships among critical biological processes (Krishnan et al. 1994). PBPK models are also called biologically based tissue dosimetry models. PBPK models are increasingly used in risk assessments, primarily to predict the concentration of potentially toxic moieties of a chemical that will be delivered to any given target tissue following various combinations of route, dose level, and test species (Clewell and Andersen 1985). Physiologically based pharmacodynamic (PBPD) models use mathematical descriptions of the dose-response function to quantitatively describe the relationship between target tissue dose and toxic end points.

PBPK/PD models refine our understanding of complex quantitative dose behaviors by helping to delineate and characterize the relationships between: (1) the external/exposure concentration and target tissue dose of the toxic moiety, and (2) the target tissue dose and observed responses (Andersen and Krishnan 1994; Andersen et al. 1987). These models are biologically and mechanistically based and can be used to extrapolate the pharmacokinetic behavior of chemical substances from high to low dose, from route to route, between species, and between subpopulations within a species. The biological basis of PBPK models results in more meaningful extrapolations than those generated with the more conventional use of uncertainty factors.

The PBPK model for a chemical substance is developed in four interconnected steps: (1) model representation, (2) model parameterization, (3) model simulation, and (4) model validation (Krishnan and Andersen 1994). In the early 1990s, validated PBPK models were developed for a number of

toxicologically important chemical substances, both volatile and nonvolatile (Krishnan and Andersen 1994; Leung 1993). PBPK models for a particular substance require estimates of the chemical substance-specific physicochemical parameters, and species-specific physiological and biological parameters. The numerical estimates of these model parameters are incorporated within a set of differential and algebraic equations that describe the pharmacokinetic processes. Solving these differential and algebraic equations provides the predictions of tissue dose. Computers then provide process simulations based on these solutions.

The structure and mathematical expressions used in PBPK models significantly simplify the true complexities of biological systems. If the uptake and disposition of the chemical substance(s) are adequately described, however, this simplification is desirable because data are often unavailable for many biological processes. A simplified scheme reduces the magnitude of cumulative uncertainty. The adequacy of the model is, therefore, of great importance, and model validation is essential to the use of PBPK models in risk assessment.

PBPK models improve the pharmacokinetic extrapolations used in risk assessments that identify the maximal (i.e., the safe) levels for human exposure to chemical substances (Andersen and Krishnan 1994). PBPK models provide a scientifically sound means to predict the target tissue dose of chemicals in humans who are exposed to environmental levels (for example, levels that might occur at hazardous waste sites) based on the results of studies where doses were higher or were administered in different species. Figure 3-5 shows a conceptualized representation of a PBPK model.

PBPK models for chromium are discussed in this section in terms of their use in risk assessment, tissue dosimetry, and dose, route, and species extrapolations. Two PBPK models for chromium have been reported that simulated developed by O'Flaherty absorption, distribution, metabolism, elimination, and excretion of chromium(III) and chromium(VI) compounds in the rat (O'Flaherty 1993c, 1996) and human (O'Flaherty et al. 2001).

### 3.4.5.1  O'Flaherty Model (1993a, 1996, 2001)

The structure of the O'Flaherty model is depicted in Figure 3-6. Values for chromium parameters in the rat and human model are presented in Table 3-11. The model includes compartments representing bone, kidney, liver, gastrointestinal tract, plasma, poorly-perfused tissues (e.g., muscle, skin), red blood cells, respiratory tract, and well-perfused tissues (e.g., brain, heart, lung, viscera). Chromium(VI) is assumed to

**Figure 3-5.  Conceptual Representation of a Physiologically Based Pharmacokinetic (PBPK) Model for a Hypothetical Chemical Substance**



Note:  This is a conceptual representation of a physiologically based pharmacokinetic (PBPK) model for a hypothetical chemical substance.  The chemical substance is shown to be absorbed via the skin, by inhalation, or by ingestion, metabolized in the liver, and excreted in the urine or by exhalation.

Source:  adapted from Krishnan and Andersen 1994

**Figure 3-6. A Physiologically Based Model of Chromium Kinetics in the Rat**



Source: O'Flaherty et al. 1996

**Table 3-11. Chemical-specific Parameters in the Rat and Human Chromium Models**

| Parameter[a] | Rat Cr(III) | Cr(VI) | Human Cr(III) | Cr(VI) | Definition |
|---|---|---|---|---|---|
| **Absorption** | | | | | |
| KGI | 0.01 | 0.04 | 0.25 | 2.5 | First-order rate constant for absorption from the gastrointestinal tract (Da$^{-1}$) |
| KLU | 0.2 | 2.0 | NA | NA | First-order rate constant for absorption from the bioavailable lung pool (pool A) (Da$^{-1}$) |
| KMUCOA | 0.8 | 0.8 | NA | NA | First-order rate constant for mucociliary clearance from pool A to the gastrointestinal tract (Da$^{-1}$) |
| KMUCOB | 0.025 | 0.025 | NA | NA | First-order rate constant for mucociliary clearance from the nonbioavailable lung pool (pool B) to the gastrointestinal tract (Da$^{-1}$) |
| KLUAB | 1.2 | 1.2 | NA | NA | First-order rate constant for transfer from pool A to pool B (Da$^{-1}$) |
| FRLUNG | NA | NA | 0.3 | 0.3 | Fraction of inhaled chromium absorbed to blood |
| FRTRGI | NA | NA | 0.7 | 0.7 | Fraction of inhaled chromium transferred to gastrointestinal tract. |
| **Distribution** | | | | | |
| CR | 5.0 | 15.0 | NA[b] | NA[b] | Relative clearance of chromium into mineralizing bone (liters of blood plasma cleared per liter of new bone formed) |
| KINRBC | 0.0003 | 1.5 | 12.0 | NA | Clearance from plasma to red cell (L/Da) |
| KDIN | 0.007 | 1.5 | 3.0 | 30.0 | Clearance from plasma to kidney (L/Da) |
| LDIN | 0.0001 | 1.5 | 3.0 | 30.0 | Clearance from plasma to liver (L/Da) |
| WDIN | 0.0001 | 1.5 | 3.0 | 30.0 | Clearance from plasma to other well-perfused tissues (L/Da) |
| PDIN | 0.0001 | 0.01 | 3.0 | 30.0 | Clearance from plasma to poorly-perfused tissues (L/Da) |
| BDIN | 0.0001 | 0.01 | NA[b] | NA[b] | Clearance from plasma to bone (L/Da) |
| CR | NA | NA | 5.0 | 15.0 | Fraction deposition from blood to forming bone |
| KOUTRBC | 0.0003 | 10.0 | 12.0 | NA | Clearance from red cell to plasma (L/Da) |
| KDOUT | 0.001 | 10.0 | 3.0 | 30.0 | Clearance from kidney to plasma (L/Da) |
| LDOUT | 0.0003 | 10.0 | 3.0 | 30.0 | Clearance from liver to plasma (L/Da) |
| WDOUT | 0.001 | 10.0 | 3.0 | 30.0 | Clearance from other well-perfused tissues to plasma (L/Da) |
| PDOUT | 0.003 | 10.0 | 3.0 | 30.0 | Clearance from poorly perfused tissues to plasma (L/Da) |
| BDOUT | 0.003 | 10.0 | NA[b] | NA[b] | Clearance from bone to plasma (L/Da) |
| **Excretion** | | | | | |
| KFX | 1.5 | 1.5 | 14.0 | 14.0 | First-order rate constant for loss of chromium from intestinal tract contents to the feces (Da$^{-1}$) |

**Table 3-11. Chemical-specific Parameters in the Rat and Human Chromium Models**

| Parameter[a] | Rat Cr(III) | Rat Cr(VI) | Human Cr(III) | Human Cr(VI) | Definition |
|---|---|---|---|---|---|
| QEC | 0.065 | 0.065 | NA[c] | NA[c] | Excretion clearance from the plasma (urinary clearance) (L/kg/Da) |
| CLEAR[b] | NA | NA | 12.0 | 12.0 | Parameter in expression for clearance from blood plasma to urine (L/day) |
| MAX[b] | NA | NA | 0.008 | 0.008 | Parameter in expression for clearance from blood plasma to urine (mg/day) |
| KM[b] | NA | NA | 0.0008 | 0.0008 | Parameter in expression for clearance from blood plasma to urine (mg/L) |
| FB | 0.0 | 0.0 | NA | NA | Fraction of body burden secreted in the bile |
| FI | 0.0 | 0.0 | NA | NA | Fraction of body burden excreted via the gastrointestinal tract |
| Reduction | | | | | |
| KREDRC | NA | 0.7 | NA | 7.0 | First-order rate constant for reduction of Cr(VI) to Cr(III) in the red cell (Da$^{-1}$) |
| KREDBP | NA | NA | NA | 0.2 | First-order rate constant for reduction of Cr(VI) to Cr(III) in blood plasma (Da$^{-1}$) |
| KREDKL | NA | NA | NA | 500.0 | First-order rate constant for reduction of Cr(VI) to Cr(III) in kidney (Da$^{-1}$) |
| KREDGI | NA | 10.0 | NA | 100.0 | First-order rate constant for reduction of Cr(VI) to Cr(III) in gastrointestinal tract contents (Da$^{-1}$) |
| KRED | NA | 0.5 | NA | 5.0 | First-order rate constant for reduction of Cr(VI) to Cr(III) in all other tissues and in lung contents (Da$^{-1}$) |
| Lag time for excretion of urine | | | | | |
| FRHOLD | 0.7 | 0.7 | NA | NA | Fraction of urinary chromium not excreted immediately; that is, temporarily held in pool |
| KHOLD | 0.05 | 0.05 | NA | NA | First-order rate constant for excretion from the retained urine pool (Da$^{-1}$) |
| FR | 0.10 | 0.10 | NA | NA | Fraction of chromium in retained urine that is associated with the kidney |

[a]Parameter names are those for human model in cases where the reported rat and human parameter names were not identical.
[b]Exchanges between blood plasma and cortical and trabecular bone are simulated as functions of bone formation and resorption rates.
[c] $QE = CLEAR - \dfrac{MAX}{KM + CBP}$, where QE is clearance from blood plasma to urine (L/day) and CBP is plasma concentration of chromium (mg/L).

NA = not applicable

Sources: O'Flaherty 1996 (rat parameters); O'Flaherty et al. 2001 (human parameters)

CHROMIUM

be reduced to chromium(III) in all tissues, and in the gastrointestinal and respiratory tract. Reduction is represented as a first-order rate, with distinct rates for the red cell and gastrointestinal tract, and a single value representing all other tissues.

Absorption of chromium from the gastrointestinal tract is simulated as the sum of competing first-order processes; transfer to the liver (absorption) and transfer of unabsorbed chromium to feces. Parameter values for these two processes result in absorption of approximately 1–2% of an oral dose.

The respiratory tract is represented with two subcompartments to distinguish a bioavailable chromium (pool A) from a nonbioavailable chromium (pool B). Inhaled chromium first deposits in pool A from where it can be transferred to blood (i.e., absorption), transferred to the gastrointestinal tract (i.e., mucocilliary clearance), or transferred to pool B. Chromium in pool B is cleared to the gastrointestinal tract. Transfers within and out of the respiratory tract are represented with first-order rate constants.

Transfers of chromium between plasma and soft tissues are represented with clearance terms (i.e., L/day), where clearance is given by the first-order rate constant ($k_e$) for transfer and tissue volume (V, clearance=$k_e$ x V). Distinct plasma-to-tissue and tissue-to-plasma clearance values are assigned to chromium(III) and chromium(VI), with faster clearances assumed for chromium(VI), by a factor of 3,000–10,000, compared to chromium(III). In the rat model, transfers of chromium between plasma and bone are represented with clearance constants; however, this is expanded in the human model to represent chromium uptake into bone as a function of bone formation rate, and return of chromium to plasma from bone as a function of bone resorption rate (see also O'Flaherty 1993c, 1995 for further information on the bone growth and reabsorption model).

Absorbed chromium is excreted in urine. Although a biliary secretion pathway was included in the model, flux through the pathway was subsequently set to zero, based on optimizations of the model against observations. This parameterization is equivalent to assuming that either chromium is not secreted in bile, or if it is secreted into bile, it is essentially completely (and rapidly) absorbed. Urinary excretion of chromium is represented as clearance from plasma. In the rat model, plasma-to-urine clearance was assigned a constant value. In the human model, urinary clearance is represented as a variable fraction of the glomerular filtration rate, with the fraction increasing with increasing plasma concentration (e.g., 0.7% of GFR at a concentration of 0.0001 mg/L; 40% of GFR at 0.01 mg/L).

**Validation of the model.**    Optimization of parameter values and evaluation of the rat model are described in O'Flaherty (1996).  Initial values for the rat model were established based on data reported in various intravenous, oral, or intratracheal rat studies (Bragt and van Dura 1983; Cavalleri et al. 1985; Cikrt and Bencko 1979; Edel and Sabbioni 1985; MacKenzie et al. 1959; Mertz et al. 1969; Thompson and Hollis 1958; Weber 1983).  Parameter values were optimized against data on kinetics of tissue levels and chromium excretion measured in rats that received intratracheal doses of $^{51}$Cr(VI) or $^{51}$Cr(III) (Bragt and van Dura 1983; Edel and Sabbioni 1985; Weber 1983).  The optimized rat model was evaluated by comparing predictions of blood $^{51}$Cr kinetics to observations made in rats exposed 6 hours/day for 4 days to dusts of zinc [$^{51}$Cr]chromate (76% respirable, Langård et al. 1978).  Predicted blood concentrations during exposure and postexposure kinetics agreed with observations.  The model was also evaluated against data from a drinking water study in which rats were exposed to drinking water concentrations of $K_2Cr(VI)O_4$ ranging from 0.45 to 25 mg/L, or to $Cr(III)Cl_3$ at a concentration of 25 mg/L for a period of 1 year (MacKenzie et al. 1958).  This was not a completely independent evaluation of the model since data from this study were used to set parameters for fractional uptake of chromium into bone.  Ranges for predicted:observed ratios for terminal tissue levels in rats exposed to 0.45–25 mg chromium(VI)/L were 1.2–5 for liver, 0.3–1.2 for kidney, and 0.2–1.5 for bone (femur).  The ratio for rats exposed to 25 mg chromium(III)/L were 15 for liver, 0.9 for kidney, and 2 for bone.

Optimization and evaluation of the human model is described in O'Flaherty et al. (2001).  The model was optimized with data on plasma and red blood cell chromium concentrations, and urinary chromium excretion in adult subjects who ingested a single dose of chromium(III) as $CrCl_3$ or chromium(VI) as $K_2Cr_2O_7$ (Finley et al. 1997; Kerger et al. 1996a, see Section 3.4.1.2 for description of these studies).  The model was evaluated against data on plasma chromium concentration kinetics and urinary excretion of chromium in a single adult subject who ingested 4 mg chromium(VI)/day as $K_2Cr_2O_7$ for 17 days (Paustenbach et al. 1996; see Section 3.4.1.2), with the only adjusted parameter being the absorption rate constant.  Although the model was optimized based on data from single dose studies, it reproduced the observed steady-state plasma chromium concentration, time to steady state, and elimination kinetics following cessation of the 17-day exposure.

**Risk assessment.**    The model accounts for most of the major features of chromium(VI) and chromium(III) absorption and kinetics, and reduction chromium(VI) to chromium(III), uptake into and retention in red blood cells, and uptake and retention in bone.  The human model associated bone chromium kinetics with bone formation and resorption and provides a structure for simulating age-dependent kinetics attributable to changes in bone turnover (e.g., growth, pregnancy, senescence).

Bioavailability of chromium from environmental sources is mostly unknown, except for a few chemically defined salts.

**Target tissues.**    The rat and human models include parameters for predicting levels of chromium(III) and chromium(VI) in plasma, red blood cells, kidney, liver, bone, gastrointestinal tract, and respiratory tract.  However, the rat model was calibrated against data on the above tissues, only for single dose intratracheal or intravenous exposures.  Evaluations of predictions for repeated-dose exposures have been limited to blood concentration kinetics in an acute repeated dose inhalation exposure; and for terminal bone, kidney, and liver chromium levels in a 1-year drinking water study.  The human model has been calibrated against data on plasma and red blood cell chromium concentrations and urinary chromium excretion following single oral doses administered to humans.  Evaluation of predictions of repeated-dose outcomes have been limited to plasma and urine chromium kinetics, based on a study of a single subject exposure to chromium(VI) in drinking water for 17 days.

**Species extrapolation.**  Evaluation of the robustness of extrapolation of the rat or human models to other species has not been reported.

**Interroute extrapolation.**    The rat and human models include parameters for simulating inhalation and ingestion of chromium.  The rat model was calibrated against data from single-dose intratracheal or intravenous exposures, and was evaluated against repeated-dose studies of inhaled and ingested chromium.  The human model was calibrated and evaluated with data from ingestion studies; evaluation of the robustness of the model for predicting chromium kinetics following exposures to other routes has not been reported.

## 3.5   MECHANISMS OF ACTION

### 3.5.1   Pharmacokinetic Mechanisms

The absorption of inhaled chromium compounds depends on a number of factors, including physical and chemical properties of the particles (oxidation state, size, solubility) and the activity of alveolar macrophages.  Chromium has been identified in the tissues of occupationally-exposed humans, suggesting that chromium can be absorbed from the lungs (Cavalleri and Minoia 1985; Gylseth et al. 1977; Kiilunen et al. 1983; Mancuso 1997b; Minoia and Cavalleri 1988; Randall and Gibson 1987; Tossavainen et al. 1980).  Animal studies have also demonstrated increased amounts of chromium in the blood following inhalation or intratracheal instillation exposures (Baetjer et al. 1959b; Bragt and van

3. HEALTH EFFECTS

Dura 1983; Langård et al. 1978; Visek et al. 1953; Wiegand et al. 1984, 1987). Chromium(VI) is more rapidly absorbed into the bloodstream than is chromium(III) (Gao et al. 1993; Suzuki et al. 1984). Chromium that is not absorbed in the lungs may be cleared via mucociliary clearance and enter the gastrointestinal tract.

Chromium is poorly absorbed from the gastrointestinal tract; the primary site of chromium absorption appears to be the jejunum (Donaldson and Barreras 1966). The bioavailability of chromium compounds seems to be most dependent on the oxidation state of the chromium atom. However, other factors, including formulation of the chromium, can influence the extent of absorption. Inorganic chromium(III) is very poorly absorbed, with only 0.5–2.8% of dietary chromium absorbed via the gastrointestinal tract of humans (Anderson 1986; Anderson et al. 1983; Donaldson and Barreras 1966; Gargas et al. 1994; Kerger et al. 1996a; Kuykendall et al. 1996). Human studies demonstrate that chromium(VI) is effectively reduced to chromium(III) by gastric juices (De Flora et al. 1987a) and in general, chromium(VI) is better absorbed than chromium(III) following oral exposure in humans (Donaldson and Barreras 1966; Finley et al. 1996b; Kerger et al. 1996a; Kuykendall et al. 1996). Absorption efficiencies ranging from 1.7 to 6.9% have been estimated in humans (Finley et al. 1996a; Kerger et al. 1996a, 1997; Kuykendall et al. 1996). Ingestion of chromium with a meal appears to increase the absorption efficiency (Chen et al. 1973).

Both chromium(III) and chromium(VI) can penetrate human skin to some extent, especially if the skin is damaged. Following dermal exposure, chromium has been detected in the blood, feces, and urine of exposed humans (Brieger 1920), though in this study, the skin was damaged, which likely facilitated absorption. An average rate of systemic uptake of chromium(VI) in humans submersed in chlorinated water containing potassium dichromate(VI) for 3 hours was $1.5 \times 10^{-4}$ $\mu g/cm^2$-hour (Corbett et al. 1997). Chromium(VI) appears to penetrate the skin faster than chromium(III) (Mali et al. 1963; Spruit and van Neer 1966; Wahlberg 1970), though many other factors may be involved, including solvent (Liden and Lundberg 1979) and concentration (Baranowska-Dutkiewicz 1981).

Absorbed chromium is carried throughout the body in the blood, eventually being distributed to all tissues. Greatest concentrations of chromium are found in the blood, liver, lung, spleen, kidney, and heart (Kaufman et al. 1970; Schroeder et al. 1962; Teraoka 1981). Because insoluble chromium is not completely cleared or absorbed following inhalation exposure, greater levels of chromium are often found in lung tissues following inhalation of chromium compounds than following other methods of exposure. Tissue levels appeared to be higher after exposure to chromium(VI) than to chromium(III). This may be due to the greater ability of chromium(VI) to cross cell membranes and may also be a function of

administration of doses high enough to overwhelm the chromium(VI) reduction mechanisms. De Flora et al. (1997) have demonstrated that liver, erythrocytes, whole blood, lung epithelial fluid, alveolar macrophages, and peripheral parenchyma cells all have the ability to reduce chromium(VI) to chromium(III). Chromium has been detected in breast milk (Casey and Hambidge 1984; Shmitova 1980), but the relationship between chromium exposure, dietary or otherwise, and breast milk chromium levels is inconclusive (Anderson et al. 1993; Engelhardt et al. 1990; Mohamedshah et al. 1998).

Systemic chromium(III) does not appear to be stored for extended periods of time within the tissues of the body. However, the prolonged half-life of chromium(VI) compared to chromium(III) in humans (Kerger et al. 1997) and animals indicate that a portion of the absorbed chromium(VI) dose that is not converted to chromium(III) is being sequestered inside cells. Single- and multiple-exposure studies in humans have shown a one-compartment clearance half-time in humans on the order of 36 hours (Kerger et al. 1997; Paustenbach et al. 1996) following oral exposure. This half-time is sufficiently long to allow for accumulation of chromium following regular repeated exposure. Following inhalation exposure, insoluble chromium that is not cleared from the lungs may remain for a considerable time. In the blood, chromium(VI) is taken up by erythrocytes and reduced to chromium(III) which forms complexes with hemoglobin and other intracellular macromolecules; these complexes are retained within the erythrocyte for the life-span of the cell (Paustenbach et al. 2003).

Inhaled chromium can be eliminated from the lungs by absorption into the bloodstream, by mucociliary clearance, and by lymphatic system clearance (Bragt and van Dura 1983; Perrault et al. 1995; Visek et al. 1953; Wiegand et al. 1984, 1987). The primary routes of elimination of absorbed chromium is urine and feces. It can also be eliminated in hair and fingernails (Randall and Gibson 1989; Stearns et al. 1995a; Takagi et al. 1986). Chromium, once reduced to chromium(III) in the liver, is then conjugated with glutathione and enters bile where it is excreted in the feces (Norseth et al. 1982). Because chromium is poorly absorbed following oral exposure, a large percentage of the amount ingested is excreted in the feces. The half-time of urinary excretion of chromium is short, 4–10 hours for inhalation exposure (Kiilunen et al. 1983), 10 hours for oral exposure to chromium(III) (Kerger et al. 1996a), and 40 hours for oral exposure to chromium(VI) (Kerger et al. 1996a, 1997). Following dermal exposure, chromium that is not absorbed into the bloodstream will remain on the skin until it is eliminated, usually by washing or other physical processes. Absorbed chromium is primarily eliminated in the urine.

## 3.5.2    Mechanisms of Toxicity

The toxic potency of chromium is dependent on the oxidation state of the chromium atom, with
chromium(VI) more potent than chromium(III).  The mechanisms of chromium toxicity and
carcinogenicity are very complex.  They are mediated partly through reactive intermediates during
intracellular reduction of chromium(VI) to chromium(III) and oxidative reactions, and partly mediated by
chromium(III) which is the final product of intracellar chromium(VI) reduction and forms deleterious
complexes with critical target macromolecules (Chen and Shi 2002; Costa 2003; Costa and Klein 2006a;
Ding and Shi 2002; Jeejeebhoy 1999; Levina and Lay 2005; Liu and Shi 2001; O'Brien et al. 2003;
Paustenbach et al. 2003; Salnikow and Zhitkovich 2008; Shrivastava et al. 2002; Yao et al. 2008;
Zhitkovich 2005).  Chromium(III) may form complexes with peptides, proteins, and DNA, resulting in
DNA-protein crosslinks, DNA strand breaks, and alterations in cellular signaling pathways, which may
contribute to toxicity and carcinogenicity of chromium compounds.

The greater toxic potency of chromium(VI) relative to chromium(III) most likely is related to two factors:
(1) the higher redox potential of chromium(VI) (Levina and Lay 2005; Reddy and Chinthamreddy 1999);
and (2) the greater ability of chromium(VI) to enter cells (Costa 2003).  Differences in molecular
structure contribute the greater cellular uptake of chromium(VI) compared to chromium(III) (Costa 2003;
Costa and Klein 2006a).  At physiological pH, chromium(VI) exists as the tetrahedral chromate anion,
resembling the forms of other natural anions (e.g., sulfate and phosphate) which are permeable across
nonselective membrane channels.  Chromium(III), however, forms octahedral complexes and cannot
easily enter through these channels.  Therefore, the lower toxicity to chromium(III) may be due in part to
lack of penetration through cell membranes.  It follows that extracellular reduction of chromium(VI) to
chromium(III) may result in a decreased penetration of chromium into cells, and therefore, a decreased
toxicity.

The higher redox potential of chromium(VI) contributes to the higher toxic potency of chromium(VI)
relative to chromium(III) (Levina and Lay 2005), because once it is taken into cells, chromium(VI) is
rapidly reduced to chromium(III), with chromium(V) and chromium(IV) as intermediates.  These
reactions commonly involve intracellular species, such as ascorbate, glutathione, or amino acids (Aiyar et
al. 1991; Blankenship et al. 1997; Capellmann et al. 1995; Hojo and Satomi 1991; Kim and Yurkow
1996; Lin et al. 1992; Liu et al. 1997b; Mao et al. 1995; Wiegand et al. 1984; Zhitkovich et al. 1996).
Chromium(VI), chromium(V), and chromium(IV) have all been shown to be involved in Fenton-like
oxidative cycling, generating oxygen radical species (Aiyar et al. 1991; Chen et al. 1997; Liu et al. 1997b;

Luo et al. 1996; Mao et al. 1995; Molyneux and Davies 1995; Tsou et al. 1996).  It is believed that the formation of these radicals, which leads to oxidative stress, may be responsible for many of the deleterious effects of chromium on cells, including lipid peroxidation (Bagchi et al. 2002a; Hojo et al. 1999, 2000) and alterations in cellular communication, signaling pathways and cytoskeleton (Chen et al. 1997; Gao et al. 2002; Gunaratnam and Grant 2002, 2004; Kim and Yurkow 1996; Mikalsen 1990; O'Hara et al. 2007; Shumilla et al. 1998; Wang et al. 1996a; Xu et al. 1996; Yao et al. 2008; Ye et al. 1995).  The chromium(VI)-induced oxidative stress resulting from the generation of reactive oxygen species has been shown in *in vitro* studies to result in the induction and inhibition of the transcription factors, NF-κB and AP-1, activation of p53, activation of hypoxia-inducible factor 1 (HIF-1), cell-cycle arrest, and p53-dependent apoptosis (Yao et al. 2008).  Cellular damage from exposure to various chromium compounds can be blocked by radical scavengers, further strengthening the hypothesis that oxygen radicals play a key role in chromium toxicity (Hojo et al. 2000; Luo et al. 1996; Tsou et al. 1996; Ueno et al. 1995a).

The products of metabolic reduction of chromium(VI) (free radicals and chromium(IV) and (V)) and the newly generated chromium(III) are thought to be in part responsible for the carcinogenic effects seen in human and animal studies.  The interaction of free radicals, chromium(V), chromium(IV), and chromium(III) with DNA can result in structural DNA damage, functional damage, and other cellular effects (Levina and Lay 2005; Singh et al. 1998a).  The types of chromium-induced structural damage include DNA strand breaks (Aiyar et al. 1991; Bagchi et al. 2002a; Bryant et al. 2006; Casadevall et al. 1999; Ha et al. 2004; Kuykendall et al. 1996; Manning et al. 1992; Messer et al. 2006; Pattison et al. 2001; Ueno et al. 1995a), DNA-protein crosslinks (Aiyar et al. 1991; Blankenship et al. 1997; Capellmann et al. 1995; Costa et al. 1996, 1997; Kuykendall et al. 1996; Lin et al. 1992; Manning et al. 1992; Mattagajasingh and Misra 1996; Miller et al. 1991; O'Brien et al. 2005; Quievryn et al. 2001; Zhitkovich et al. 1996), DNA-DNA interstrand crosslinks (Xu et al. 1996), chromium-DNA adducts, and chromosomal aberrations (Blankenship et al. 1997; Sugiyama et al. 1986a; Umeda and Nishimura 1979; Wise et al. 1993).  Functional damage includes DNA polymerase arrest (Bridgewater et al. 1994a, 1994b, 1998), RNA polymerase arrest, mutagenesis, and altered gene expression.  However, DNA double strand breaks may not be due to free radical formation, but due to the formation of chromium-DNA ternary adducts, which lead to repair errors and collapsed replication forks (Ha et al. 2004).  Double strand breaks can also lead to alterations in cellular communication and effects on signaling pathways and cytoskeleton. In addition, results of recent studies in human lung cells suggest that chromosome instability is an important mechanism in the development of lung cancers; specifically, chromium-induced chromosome

instability appears to be mediated through centrosome and spindle assembly checkpoint bypass (Holmes et al. 2006; Wise et al. 2006a).

Location of particle deposition in the lung and extracellular dissolution of chromium(VI) compounds (e.g., solubility) are also important considerations regarding the mechanism of chromium(VI)-induced carcinogenesis. In chromate workers, analysis of bronchial tissues shows higher chromium concentrations in areas of bronchial bifurcation compared to other areas in the bronchi (Ishikawa et al. 1994a). Also, autopsy results show that some precancerous bronchial lesions originated at bronchial bifurcations (Ishikawa et al. 1994b). Solubility of chromium(VI) compounds may also play a role in carcinogenic potency, with extracellular dissolution of the chromium compound critical to activity (Wise et al. 2004). This hypothesis is supported by *in vitro* data suggesting that extracellular chromium ions are the proximate clastogen in Chinese hamster ovary cells (Wise et al. 2004).

Chromium(III) can also interact with DNA to form adducts/complexes and DNA-protein crosslinks that interfere with DNA replication and transcription, and can promote the expression of regulatory genes such as nuclear factor-κβ, or may inhibit regulatory genes such as GRP78 (Chen et al. 1997; Kim and Yurkow 1996; Manning et al. 1992; Mikalsen 1990; O'Hara et al. 2003; Shumilla et al. 1998; Wang et al. 1996a; Xu et al. 1996; Ye et al. 1995). Disruption of these pathways by other compounds has been implicated in carcinogenesis. The structural and functional damage can lead to growth arrest (Xu et al. 1996) and apoptosis (Carlisle et al. 2000; Singh et al. 1999). Numerous studies show that chromium can induce apoptosis (Asatiani et al. 2004; Bagchi et al. 2001; Carlisle et al. 2000; Flores and Perez 1999; Gambelunghe et al. 2006; Gunaratnam and Grant 2002, 2004; He et al. 2007; Manygoats et al. 2002; Petit et al. 2004; Russo et al. 2005; Vasant et al. 2003); although the mechanism by which chromium induces apoptosis is not fully understood, it is believed to involve oxidative stress and activation of the p-53 protein (Pulido and Parrish 2003; Singh et al. 1998a).

### 3.5.3   Animal-to-Human Extrapolations

Species-related differences in chromium pharmacokinetics have been demonstrated, both between rodent species and between rodents and humans. However, studies directly examining species differences have been limited. Human microsomal chromium(VI) reduction is different from the P450-mediated microsomal reduction in rodents; specifically, the human system is much less oxygen-sensitive, has a much greater affinity for chromate, and is apparently mediated by flavoproteins (Myers and Myers 1998; Pratt and Myers 1993). Tissue distributions of chromium were found to be different between rats and

mice after administration of bolus amounts of chromium(VI). Rat erythrocytes had a greater capacity to sequester chromium(VI) and reduce it to chromium(III) than mouse erythrocytes (Coogan et al. 1991b; Kargacin et al. 1993), thus demonstrating that both physiologic and metabolic differences can exist among species.

## 3.6   TOXICITIES MEDIATED THROUGH THE NEUROENDOCRINE AXIS

Recently, attention has focused on the potential hazardous effects of certain chemicals on the endocrine system because of the ability of these chemicals to mimic or block endogenous hormones. Chemicals with this type of activity are most commonly referred to as *endocrine disruptors*. However, appropriate terminology to describe such effects remains controversial. The terminology *endocrine disruptors*, initially used by Thomas and Colborn (1992), was also used in 1996 when Congress mandated the EPA to develop a screening program for "...certain substances [which] may have an effect produced by a naturally occurring estrogen, or other such endocrine effect[s]...". To meet this mandate, EPA convened a panel called the Endocrine Disruptors Screening and Testing Advisory Committee (EDSTAC), and in 1998, the EDSTAC completed its deliberations and made recommendations to EPA concerning *endocrine disruptors*. In 1999, the National Academy of Sciences released a report that referred to these same types of chemicals as *hormonally active agents*. The terminology *endocrine modulators* has also been used to convey the fact that effects caused by such chemicals may not necessarily be adverse. Many scientists agree that chemicals with the ability to disrupt or modulate the endocrine system are a potential threat to the health of humans, aquatic animals, and wildlife. However, others think that endocrine-active chemicals do not pose a significant health risk, particularly in view of the fact that hormone mimics exist in the natural environment. Examples of natural hormone mimics are the isoflavinoid phytoestrogens (Adlercreutz 1995; Livingston 1978; Mayr et al. 1992). These chemicals are derived from plants and are similar in structure and action to endogenous estrogen. Although the public health significance and descriptive terminology of substances capable of affecting the endocrine system remains controversial, scientists agree that these chemicals may affect the synthesis, secretion, transport, binding, action, or elimination of natural hormones in the body responsible for maintaining homeostasis, reproduction, development, and/or behavior (EPA 1997). Stated differently, such compounds may cause toxicities that are mediated through the neuroendocrine axis. As a result, these chemicals may play a role in altering, for example, metabolic, sexual, immune, and neurobehavioral function. Such chemicals are also thought to be involved in inducing breast, testicular, and prostate cancers, as well as endometriosis (Berger 1994; Giwercman et al. 1993; Hoel et al. 1992).

3.  HEALTH EFFECTS

Based on results of *in vivo* and *in vitro* studies, chromium(VI) may alter function of the hypothalamic-pituitary axis function.  Serum prolactin levels were decreased by 59% in male Wistar rats exposed to 74 mg chromium(VI)/kg/day as potassium dichromate in drinking water for 30 days.  Incubation of cultured rats anterior pituitary cells with 0.1–10 μM chromium(VI) as potassium dichromate decreased prolactin secretion and cell viability (Quinteros et al. 2007).  No additional assessments of hypothalamic-pituitary axis function were conducted in this study.  Exposure of female rats to 11.4 mg chromium(VI)/kg/day as potassium dichromate during lactation days 1–21 resulted in delayed ovarian follicle development and pubertal onset and impaired ovarian steroidogenesis in female offspring (Banu et al. 2008).  In *in vitro* experiments with immortalized granulosa cells, chromium decreased mRNA expression of a number of steroidogenic enzymes and steroidogenesis regulatory factors (Banu et al. 2008).  Serum testosterone levels were decreased by 20.8% in male New Zealand rabbits administered 3.6 mg chromium(VI)/kg/day as potassium dichromate for 10 weeks by gavage (Yousef et al. 2006); however, since function of the hypothalamic-pituitary-gonadal axis was not assessed, it is unclear if this effect reflects endocrine disruption.

## 3.7   CHILDREN'S SUSCEPTIBILITY

This section discusses potential health effects from exposures during the period from conception to maturity at 18 years of age in humans, when all biological systems will have fully developed.  Potential effects on offspring resulting from exposures of parental germ cells are considered, as well as any indirect effects on the fetus and neonate resulting from maternal exposure during gestation and lactation.  Relevant animal and *in vitro* models are also discussed.

Children are not small adults.  They differ from adults in their exposures and may differ in their susceptibility to hazardous chemicals.  Children's unique physiology and behavior can influence the extent of their exposure.  Exposures of children are discussed in Section 6.6, Exposures of Children.

Children sometimes differ from adults in their susceptibility to hazardous chemicals, but whether there is a difference depends on the chemical (Guzelian et al. 1992; NRC 1993).  Children may be more or less susceptible than adults to health effects, and the relationship may change with developmental age (Guzelian et al. 1992; NRC 1993).  Vulnerability often depends on developmental stage.  There are critical periods of structural and functional development during both prenatal and postnatal life, and a particular structure or function will be most sensitive to disruption during its critical period(s).  Damage may not be evident until a later stage of development.  There are often differences in pharmacokinetics

and metabolism between children and adults. For example, absorption may be different in neonates because of the immaturity of their gastrointestinal tract and their larger skin surface area in proportion to body weight (Morselli et al. 1980; NRC 1993); the gastrointestinal absorption of lead is greatest in infants and young children (Ziegler et al. 1978). Distribution of xenobiotics may be different; for example, infants have a larger proportion of their bodies as extracellular water, and their brains and livers are proportionately larger (Altman and Dittmer 1974; Fomon 1966; Fomon et al. 1982; Owen and Brozek 1966; Widdowson and Dickerson 1964). The infant also has an immature blood-brain barrier (Adinolfi 1985; Johanson 1980) and probably an immature blood-testis barrier (Setchell and Waites 1975). Many xenobiotic metabolizing enzymes have distinctive developmental patterns. At various stages of growth and development, levels of particular enzymes may be higher or lower than those of adults, and sometimes unique enzymes may exist at particular developmental stages (Komori et al. 1990b; Leeder and Kearns 1997; NRC 1993; Vieira et al. 1996). Whether differences in xenobiotic metabolism make the child more or less susceptible also depends on whether the relevant enzymes are involved in activation of the parent compound to its toxic form or in detoxification. There may also be differences in excretion, particularly in newborns who all have a low glomerular filtration rate and have not developed efficient tubular secretion and resorption capacities (Altman and Dittmer 1974; NRC 1993; West et al. 1948). Children and adults may differ in their capacity to repair damage from chemical insults. Children also have a longer remaining lifetime in which to express damage from chemicals; this potential is particularly relevant to cancer.

Certain characteristics of the developing human may increase exposure or susceptibility, whereas others may decrease susceptibility to the same chemical. For example, although infants breathe more air per kilogram of body weight than adults breathe, this difference might be somewhat counterbalanced by their alveoli being less developed, which results in a disproportionately smaller surface area for alveolar absorption (NRC 1993).

Chromium(III) is an essential nutrient required for maintaining normal glucose metabolism. The IOM of the NAS determined an adequate intake of 0.2 µg chromium/day for infants aged 0–6 months; 5.5 µg chromium/day for infants aged 7–12 months; 11 µg chromium/day for children aged 1–3 years; 15 µg chromium/day for children aged 4–8 years; 25 µg chromium/day for boys aged 9–13 years; 21 µg chromium/day for girls aged 9–13 years; 35 µg chromium/day for boys aged 14–18 years; and 24 µg chromium/day for girls aged 14–18 years (IOM 2001).

There is a limited amount of information available on the toxicity of chromium in children. Most of the available data come from several case reports of children ingesting lethal concentrations of chromium(VI). A variety of systemic effects were observed in a 22-month-old who accidentally ingested an unknown amount of sodium dichromate (Ellis et al. 1982), a 1-year-old who ingested an unknown amount of ammonium dichromate (Reichelderfer 1968), a 17-year-old who intentionally ingested 29 mg chromium(VI)/kg as potassium dichromate (Clochesy 1984; Iserson et al. 1983), and a 14-year-old who ingested 7.5 mg chromium(VI)/kg as potassium dichromate (Kaufman et al. 1970). The effects included pleural effusion, bronchopneumonia, hypoxic changes in the myocardium, decreased blood pressure and cardiac output, abdominal pain and vomiting, gastrointestinal burns and hemorrhage, and liver and kidney necrosis. An enlarged brain and cerebral edema were also observed in the 14-year-old (Kaufman et al. 1970). These effects are similar to effects observed in adults who have ingested lethal doses and are part of the sequelae leading to death.

A number of additional health effects have been observed in adults exposed to chromium (primarily chromium(VI)) at work. The primary targets appear to be the respiratory tract, gastrointestinal tract, hematological system, liver, and kidneys; an increased cancer risk has also been observed. Dermal contact in chromium sensitized individuals can lead to an allergic type dermatitis. In the absence of data to the contrary, it is likely that these organs/systems will also be sensitive targets in children. There is insufficient information to determine whether the susceptibility of children would differ from that of adults.

Although there are no human studies that examined developmental end points, animal studies have consistently shown that chromium, particularly chromium(VI), is a developmental toxicant. A number of developmental effects have been reported in oral studies involving maternal exposure to ≥2.9 mg chromium(VI)/kg/day as potassium dichromate (Al-Hamood et al. 1998; Junaid et al. 1996b; Samuel et al. 2011; Trivedi et al. 1989). The observed effects included increases in postimplantation losses, gross abnormalities (e.g., subdermal hemorrhage, decreased ossification, kinky tail), and impaired development of the reproductive system (e.g., impaired fertility in female offspring, delayed vaginal opening, altered estrous cycling). Similar developmental effects (e.g., post implantation losses, subdermal hemorrhage, decreased ossification) have also been observed in the offspring of rats and mice exposed to ≥37 mg chromium(VI)/kg/day for 20 or 90 days prior to mating (Junaid et al. 1996a; Kanojia et al. 1996, 1998). Conflicting results have been found for chromium(III). No developmental effects were reported in the offspring of rats fed 1,806 mg chromium(III)/kg/day as chromium oxide for 60 days before mating and throughout gestation (Ivankovic and Preussmann 1975). However, impaired development of the

reproductive system (decreased reproductive tissue weight and impaired fertility) were observed in the offspring of mice exposed to 74 mg chromium(III)/kg/day as chromium chloride (Al-Hamood et al. 1998).  Exposure to 25 mg chromium(III)/kg/day as chromium picolinate during gestation and lactation did not affect the neurological development of the offspring (Bailey et al. 2008a).  Developmental effects have also been observed following intraperitoneal administration of chromium(III) chloride (Iijima et al. 1983; Matsumoto et al. 1976).

Chromium may be transferred to fetuses through the placenta and to infants via breast milk.  Elevated levels of chromium have been reported in umbilical cord blood, placentae, and breast milk of women working in a dichromate(VI) manufacturing facility (Shmitova 1980).  As noted elsewhere in the profile, the reliability of this study is suspect because the levels of chromium in the blood and urine of the control women were much higher than background levels.  Measurement of the chromium content in 255 samples from 45 lactating American women revealed that most samples contained <0.4 µg/L, and the mean value was 0.3 µg/L (Casey and Hambidge 1984).  While these probably represent background levels in women whose main exposure to chromium is via the diet, the findings indicate that chromium may be transferred to infants via breast milk.  These findings in humans are supported by animal data.  Studies in rats and mice have shown that chromium(VI) and chromium(III) crosses the placenta and enters into fetal tissue.  Elevated levels of chromium have been observed in the placenta and fetal tissue of rats and mice exposed to potassium dichromate(VI) in drinking water during pregnancy (Saxena et al. 1990a).  The levels of chromium in the placenta were 3-and 3.2-fold higher in the exposed rats and mice, respectively, than in controls and fetal tissue chromium levels were 3.1-and 9.6-fold higher, respectively; the difference over control was only statistically significant in the mice.  Another study (Danielsson et al. 1982) also found elevated fetal tissue levels of chromium.  The chromium levels in the fetal tissues were 12–19% of maternal blood levels following maternal intravenous injections of sodium dichromate(VI) on gestational days 12–15 or 16–18 and 0.4–0.8% following maternal intravenous injections of chromium(III) trichloride on gestational days 12–15 or 16–18.  A study of transplacental transfer of chromium(III) in different forms indicated that placental transport varies with the chemical form (Mertz et al. 1969).  Higher levels of chromium were found in the neonates of rats fed chromium in a commercial diet as compared to neonates of rats fed a chromium-deficient diet and given drinking water containing chromium acetate monohydrate.  Similarly chromium levels were significantly elevated in the offspring of rats administered chromium in the form of chromodulin from Brewer's yeast by gavage than in the offspring of rats administered chromium trichloride intravenously or by gavage.

There is very little information available in which to assess whether the pharmacokinetic properties of chromium would be different in children.  Sullivan et al. (1984) found that gastrointestinal absorption of radiolabeled chromium chloride, administered by gavage, was 10 times higher in 2-day-old rats as compared to levels absorbed in adult rats.  A similar pattern of distribution in the body was found in the immature and mature rats.

## 3.8  BIOMARKERS OF EXPOSURE AND EFFECT

Biomarkers are broadly defined as indicators signaling events in biologic systems or samples.  They have been classified as markers of exposure, markers of effect, and markers of susceptibility (NAS/NRC 1989).

A biomarker of exposure is a xenobiotic substance or its metabolite(s) or the product of an interaction between a xenobiotic agent and some target molecule(s) or cell(s) that is measured within a compartment of an organism (NAS/NRC 1989).  The preferred biomarkers of exposure are generally the substance itself, substance-specific metabolites in readily obtainable body fluid(s), or excreta.  However, several factors can confound the use and interpretation of biomarkers of exposure.  The body burden of a substance may be the result of exposures from more than one source.  The substance being measured may be a metabolite of another xenobiotic substance (e.g., high urinary levels of phenol can result from exposure to several different aromatic compounds).  Depending on the properties of the substance (e.g., biologic half-life) and environmental conditions (e.g., duration and route of exposure), the substance and all of its metabolites may have left the body by the time samples can be taken.  It may be difficult to identify individuals exposed to hazardous substances that are commonly found in body tissues and fluids (e.g., essential mineral nutrients such as copper, zinc, and selenium).  Biomarkers of exposure to chromium are discussed in Section 3.8.1.

Biomarkers of effect are defined as any measurable biochemical, physiologic, or other alteration within an organism that, depending on magnitude, can be recognized as an established or potential health impairment or disease (NAS/NRC 1989).  This definition encompasses biochemical or cellular signals of tissue dysfunction (e.g., increased liver enzyme activity or pathologic changes in female genital epithelial cells), as well as physiologic signs of dysfunction such as increased blood pressure or decreased lung capacity.  Note that these markers are not often substance specific.  They also may not be directly adverse, but can indicate potential health impairment (e.g., DNA adducts).  Biomarkers of effects caused by chromium are discussed in Section 3.8.2.

A biomarker of susceptibility is an indicator of an inherent or acquired limitation of an organism's ability to respond to the challenge of exposure to a specific xenobiotic substance.  It can be an intrinsic genetic or other characteristic or a preexisting disease that results in an increase in absorbed dose, a decrease in the biologically effective dose, or a target tissue response.  If biomarkers of susceptibility exist, they are discussed in Section 3.10, Populations That Are Unusually Susceptible.

## 3.8.1    Biomarkers Used to Identify or Quantify Exposure to Chromium

As an essential nutrient, chromium is normally present in blood and urine.  Chromium in body fluids (e.g., blood and urine) is the exposure biomarker of choice.  Mean dietary chromium intake in the general U.S. population was estimated as 0.505 µg/kg/day (equivalent to 35.35 µg/day, assuming a body weight of 70 kg), with a range of 0.293–0.867 µg/kg/day (Moschandreas et al. 2002); however, only a small amount of dietary chromium is absorbed (≤3%).  The IOM of the NAS (IOM 2001) determined an adequate intake (e.g., a level typically consumed by healthy individuals) of 20–45 µg chromium(III)/day for adolescents and adults.  Daily dietary intake levels have been shown to correlate with total excretion of chromium in the urine and feces (Bunker et al. 1984).  The IOM (2001) reported average plasma chromium concentrations of 2–3 nmol/L (equivalent to 0.10–0.16 µg/L) and an average urinary chromium excretion of 0.22 µg/L or 0.2 µg/day; endogenous chromium concentrations also have been reported as 0.01–0.17 µg/L (median 0.06 µg/L) in serum (Sunderman et al. 1989), 0.24–1.8 µg/L (median 0.4 µg/L) in urine (Iyengar and Woittiez 1988), and 0.234 mg/kg in hair (Takagi et al. 1986).  However, normal chromium levels in human fluid and tissues should be interpreted with caution.  The low sensitivity of the most commonly used detection methods and the ubiquitous presence of chromium in laboratories make detection of low levels of chromium in blood and urine difficult.

Exposure to chromium may result in increased chromium concentrations in blood (whole blood, serum, and erythrocytes), urine, expired air, hair, and nails; of these, elevations of chromium in blood and urine are considered the most reliable indicators of exposure (Barceloux 1999; Caglieri et al. 2006).  Urinary elimination half-times for absorbed chromium(III) range from 10–40 hours (Kerger et al. 1996a).  Assuming an elimination half-time of 40 hours, steady state, plasma concentration, and urinary excretion rate of chromium would reach 95% of steady state levels in approximately 7 days (Paustenbach et al. 1996).  Once steady state is achieved, the daily amount of chromium excreted in urine will reflect the daily amount absorbed.  With cessation of exposure levels of chromium in plasma and urine will reach 5% of steady state within 7 days.  The relatively rapid elimination kinetics of absorbed chromium(III) has

implications for the use of plasma and urine as biomarkers of exposure to chromium.  Plasma and urinary chromium concentrations will largely reflect relatively recent exposure (i.e., exposures that occurred several weeks prior to the sample may not be detected from plasma or urinary chromium measurements).  During relatively constant or repetitive exposures that achieve a steady state in plasma, daily urinary chromium excretion measured on a single day can be expected to be highly correlated with chromium intake.  This correlation will weaken with greater intermittency in the exposure, with greater dependence on the time of sampling with respect to the most recent exposure.  The above general principles apply to exposures to absorbed chromium(III) compounds; however, absorbed chromium(VI) has a longer retention time in blood.  Chromium(VI) that enters blood is taken up by red blood cells, reduced to chromium(III), and, in the process, form adducts with red blood cell hemoglobin and other proteins.  These complexes are sufficiently stable to remain in the red blood cells for a substantial fraction of the lifespan of the red blood cell.  Therefore, following absorption of chromium(VI) in to blood, the elimination half-time of chromium in blood will be substantially longer than that in plasma.  The elimination half-time of injected chromium(VI) (e.g., sodium chromate-51, used in the clinical assessment of red blood cell volume) is approximately 25–35 days (Dever et al. 1989).  Based on a half-time of 30 days in red blood cells, with cessation of exposure to and absorption of chromium(IV), levels of chromium in red blood cells will reach 5% of a previous steady state level within 130 days.

Although chromium also accumulates in white blood cells, erythrocyte chromium has been shown to be a more sensitive measure of chromium exposure (Coogan et al. 1991b; Lukanova et al. 1996).  An increase in plasma levels of chromium may reflect both recent exposure and exposure that occurred during the past few months (e.g., chromium that is sequestered within erythrocytes for the lifespan of the cell), whereas elevated urine chromium primarily reflects exposure over the past 1–2 days (Barceloux 1999).  Distinct measurements of chromium in plasma and whole blood (reflecting intracellular distribution to erythrocytes) may also be useful in distinguishing exposures to chromium(VI) compounds versus chromium(III) compounds; increased plasma levels of chromium may indicate exposure to both chromium(VI) and chromium(III), whereas increased chromium in erythrocytes indicates exposure to chromium(VI), since chromium(III) is not taken up by erythrocytes.  For example, evaluation of postshift whole blood, serum, erythrocytes, and urine in groups of dichromate production workers exposed mainly to chromium(VI) or chromium(III) showed relationships between exposure type (e.g., chromium(VI) or chromium(III)) and chromium in blood and urine (Minoia and Cavalleri 1988).  In 22 workers exposed primarily to chromium(VI) ($0.008–0.212$ mg chromium(VI)/m$^3$, $0.010–0.10$ mg chromium(III)/m$^3$), the mean postwork-shift urinary chromium level was 31.5 µg total chromium/L; chromium(VI) was not detected in the urine samples (detection limit=0.05 µg chromium(VI)/L) due to *in vivo* reduction of

chromium(VI) to chromium(III). Concentrations of total chromium in serum, erythrocytes, and whole blood were 2.2, 8.9 and 6.9 µg/L, respectively; compared with control levels of 1.1, 1.0, and 1.4 µg/L, respectively. In 15 workers exposed primarily to chromium(III) (0.046–1.689 mg chromium(III)/m$^3$, 0.002–0.023 mg chromium(VI)/m$^3$), the mean postwork-shift urinary chromium level was 24.7 µg total chromium/L and concentrations of total chromium in serum, erythrocytes, and whole blood were 3.1 µg/L, 1.4, and 1.8, respectively. The level of chromium in serum of the workers exposed mainly to chromium(III) was significantly (p<0.001) higher than that measured in workers exposed mainly to chromium(VI) or in controls. The level of chromium in erythrocytes of the workers exposed mainly to chromium(III) was significantly (p<0.001) less than that in workers exposed mainly to chromium(VI). The finding of higher levels of chromium in serum and lower levels of chromium in erythrocytes of workers exposed mainly to chromium(III) than in workers exposed mainly to chromium(VI) reflects the relative inability of chromium(III) to enter erythrocytes.

Although exposure to chromium may produce increases in chromium levels in both blood and urine chromium levels, the relationship between blood and urinary chromium levels may vary. Entry of chromium(VI) into the red blood cells probably reflects a competition between plasma reduction to chromium(III) and red blood cells uptake of chromium(VI) and not the result or consequence of the exhaustion of plasma reducing ability. When hexavalent chromium is incubated with washed isolated erythrocytes, almost all of the entire dose is taken up by the cells. Chromium(VI) is then reduced inside the cells to trivalent chromium, essentially trapping it inside the erythrocyte. In contrast, little chromium(III) appears to be taken up by erythrocytes *in vitro* incubations (Aaseth et al. 1982; Bentley 1977; Donaldson and Barreras 1966; Gray and Sterling, 1950). When chromium(VI) is incubated with whole blood or erythrocytes plus plasma, only a fraction (depending on conditions) of the chromium(VI) is taken up by the erythrocytes (Coogan et al. 1991b; Corbett et al. 1998; Lewalter et al. 1985; Wiegand et al. 1985), most likely due to the reduction of a portion of chromium(VI) to chromium(III) outside of the erythrocyte (Capellmann and Bolt 1992; Korallus et al. 1984; Richelmi et al. 1984). Thus, chromium(III) is then largely excluded from the erythrocyte. However, Korallus (1986a, 1986b) has proposed that the relationship between blood and urinary chromium levels may vary, possibly due to variability in plasma reduction capacity. *In vitro* experiments indicate that when chromium(VI) plasma levels exceed the plasma reduction capacity (PRC), chromium(VI) enters erythrocytes, is reduced, and binds to hemoglobin. The bond persists for the lifetime of the erythrocytes (120 days); therefore, a single determination of chromium in erythrocytes allows a longitudinal evaluation of exposure for an extended period in the past. Low chromium concentrations in erythrocytes indicate that the amount of chromium(VI) uptake did not exceed the PRC. Limited evidence suggests that the capacity of human

plasma to reduce chromium(VI) compounds to chromium(III) compounds varies, with slow and fast reducers recognized (Korallus 1986a, 1986b). It is not clear what is responsible for individual differences in the PRC, although difference in magnitude of PRC appears to correlate with the levels of ascorbic acid in plasma.

The relationship between serum and urine chromium levels to occupational exposure levels has been investigated in numerous studies, with results showing correlations between exposure levels and chromium levels in blood and urine (Gylseth et al. 1977; Iarmarcovai et al. 2005; Kilburn et al. 1990; Lewalter et al. 1985; Lindberg and Vesterberg 1983a; McAughey et al. 1988; Medeiros et al. 2003a; Minoia and Cavalleri 1988; Muttamara and Leong 2004; Mutti et al. 1985b; Randall and Gibson 1987, 1989; Saner et al. 1984; Sathwara et al. 2007; Simpson and Gibson 1992; Sjogren et al. 1983; Stridsklev et al. 2004; Takagi et al. 1986; Tola et al. 1977; Wiegand et al. 1988). In workers exposed to chromium(VI) as chromium trioxide in the chrome plating industry, a significant correlation (r=0.71) was observed between exposure levels and postshift urinary chromium; for a TWA exposure of 0.002 mg chromium(VI)/m$^3$, the mean urinary chromium level was 5.2 µg/L (excluding workers with obvious skin contamination) (Lindberg and Vesterberg 1983a). Significant correlations were observed between chromium concentrations in air (measured by personal sampling devices; 8-hour TWA) and levels of chromium in blood (r=0.99) and urine (r=0.89) in workers at a chromium alloy facility (Muttamara and Leong 2004). In areas of low exposure, the air concentration of chromium (type not specified) was 5.75 µg/m$^3$; in workers in this area, mean chromium concentrations in blood and urine (duration of sample collection was not reported) were 0.925 and 0.095 µg/dL, respectively. In areas of high exposure, the air concentration of chromium was 7.25 µg/m$^3$, in workers in this area, mean chromium concentrations in blood and urine were 3.64 and 0.34 µg/dL, respectively. An increase in urinary chromium of 12.2 µg/g creatinine above preexposure values or a total concentration of 29.8 µg/g creatinine (end-of-shift values) corresponded to an air concentration of 50 µg chromium(VI)/m$^3$ from welding fumes (Mutti et al. 1985b). Examination of end-of-shift chromium levels indicated a correlation between urinary chromium levels and exposure to soluble chromium(VI) compounds, but not to insoluble chromates or chromium(III) compounds (Minoia and Cavalleri 1988; Mutti et al. 1985b). The relationship between workroom air concentrations of water soluble chromium(VI) compounds and daily increases in urinary chromium (preexposure values subtracted from end-of-shift values) are shown in Figure 3-7. Serum and urine concentrations of chromium were significantly elevated in a group of 73 tannery workers, with exposure primarily to chromium(III) compounds, compared to a group of 52 control subjects, at the end of the workweek on Friday and before exposure began on Monday (Randall and Gibson 1987). Serum and urine chromium levels correlated with work area of the tannery,

**Figure 3-7.  Relationship Between Water Soluble Chromium(VI) CrA and Daily
Increase in Urinary Chromium Levels (CrU) (Pre-exposure Values were
Subtracted from End-of-Shift Values)**



Source:  Mutti et al. 1985b

with the highest concentrations in workers handling wet hides in the chrome tanning and wringing departments. The time-weighted average level of total chromium in tannery air was 1.7 µg/m$^3$ and did not vary significantly among the various tanneries involved in the study or among the various work areas of each tannery, with chromium(VI) levels in tannery air below the detection limit of (0.1 µg/m$^3$).

Urinary and blood chromium have also been used as a biomarker for environmental exposure (Bukowski et al. 1991; Chang et al. 2006; Fagliano et al. 1997). However, interpretation of results may be limited by several factors, including that exposure must be sufficient such that urinary and blood concentrations are higher than the range of background concentrations and analytical limit of detection, high inter- and intrapersonal variability, and that different chemical forms have different bioavailabilities (Paustenbach et al. 1997; Finley et al. 1996b; Gargas et al. 1994; Kerger et al. 1997). Furthermore, the short half-life of chromium (e.g., at least 90% of absorbed chromium is eliminated within 24 hours) make it difficult to assess exposure incidents. Low-level, intermittent exposure, such as would occur with environmental exposures to soil, dust, and residential drinking water, may not be detected with urinary monitoring; however, it is more likely that urinary monitoring would detect higher-level continuous exposure or daily inhalation exposure to chromium(VI). Paustenbach et al. (1997) note that chromium intakes would have to exceed 2 µg/day in order to distinguish the exposure from background. Large interpersonal variability (as high as a factor of 10) and intrapersonal variability (as high as a factor of 3) can result in highly variable erroneous conclusions regarding significant differences among populations.

### 3.8.2 Biomarkers Used to Characterize Effects Caused by Chromium

Chromium has been shown to produce effects to several systems, including the respiratory, gastrointestinal, hematological, and immunological systems (see Section 3.2); however, many of these effects are not specific for chromium. Although effects to these physiological systems can be assessed with blood and respiratory function tests and by physical examination, these assessments would not serve as biomarkers specific for effects of chromium as impairment of these systems can result from a variety of other causes, including chemical toxicity, nutritional insufficiencies, and disease.

Occupational exposure to chromium and its compounds has caused respiratory effects, such as pneumonitis, impaired pulmonary function, nasal septum perforations, irritation of the mucosa, inflammation, and cancer. In addition, chromium can be irritating and corrosive to the skin. Chromium exposure may cause asthma attacks and dermatitis in sensitive individuals. Workers with urinary levels of chromium >15 µg/g creatinine had increased retinol binding protein and tubular antigens in the urine.

The workroom levels ranged from 0.05 to 1.0 mg chromium(VI)/m$^3$ as chromium trioxide (Franchini and Mutti 1988).  The urine of chromium(VI) exposed workers in a chromate production plant contained higher levels of a brush border protein and of retinol-binding protein in the urine than did nonexposed controls (Mutti et al. 1985a).  In a study of currently exposed chrome platers, ex-chrome platers, and referent groups of nonexposed workers, the urinary levels of $\beta_2$-microglobulin were significantly higher (p=0.045), and elevated levels occurred more often in the presently exposed groups compared with its age-matched control group.  The levels of $\beta_2$-microglobulin in the urine of the ex-chrome platers, however, were not different than those of its age-matched control group (Lindberg and Vesterberg 1983b).  Another study of hard chrome electroplaters found a higher prevalence of workers with elevated N-acetyl-$\beta$-glucosaminidase levels (Liu et al. 1998).  Although this study also found higher levels of $\beta_2$-microglobulins in the chrome plater, the prevalence of elevated values was not significantly increased.  The presence of low molecular weight proteins, such as retinol binding protein, antigens, or ß$_2$-microglobulin in the urine is believed to be an early indication of kidney dysfunction.  The lack of a significant difference in the ex-chrome platers compared with the control group suggests that the chromium-induced kidney damage may be reversible.  Cell culture and cell free studies discussed in Section 3.5.2 demonstrated that chromium forms protein-DNA crosslinks and adducts with DNA, and that these end points may be potentially useful biological markers, indicating the possibility of genotoxic effects or cancer in humans exposed to chromium.  However, no increases in protein-DNA crosslinks were observed in white cells from volunteers who were exposed to chromium(VI) in drinking water (Kuykendall et al. 1996).

The possibility of using an immune-function assay as a potential biomarker for humans exposed to chromium has been examined (Snyder et al. 1996).  Isolated mononuclear cells from 46 individuals who lived and/or worked in areas in northern New Jersey at sites contaminated by chromium processing were stimulated by pokeweed mitogen.  Rates of stimulated cell growth and production of interleukin 6 (IL-6) were measured and compared to a control population of people who lived/worked in uncontaminated areas.  There was no significant increase in mitogen stimulation between people from contaminated areas and controls, but there was a significant (36%) decrease in the levels of IL-6 in monocytes in the chromium exposed group.  IL-6 is an important cytokine that is involved in the T-cell helper pathway of antibody production.  The significance of the lower levels may lead to decreased levels of antibody production.

The effects of chromium(III) chloride, sodium chromate(VI), and potassium chromate(VI) on proliferation of mononuclear leukocytes obtained from chromium sensitive individuals (confirmed with

positive patch tests) was compared to nonsensitive controls (confirmed by negative patch tests) (Räsänen et al. 1991).  Isolated cells were exposed to 25–50 μg/mL culture medium of chromium(III) chloride and to 0.025 to 0.1 μg/mL culture medium chromium(VI) salts, which gave optimum responses and cell growth ratios of treated/nontreated cells from eight sensitive individuals ranging from 1.56 to 13.22, average=5.8 (chromium(III)), from 2.24 to 11.43, average 5.4 sodium chromate, and from 1.82 to 9.48, average 5.4potassium dichromate.  The nonsensitive individuals' ratios were consistently lower with ranges from 0.90 to 2.28 and average ratios of 1.14, 1.30, and 1.56, respectively.  The authors felt that this *in vitro* methodology could be used diagnostically to assess chromium-sensitive individuals.

For more information on biomarkers for renal and hepatic effects of chemicals see ATSDR/CDC Subcommittee Report on Biological Indicators of Organ Damage (Agency for Toxic Substances and Disease Registry 1990c) and for information on biomarkers for neurological effects see OTA (1990).

## 3.9    INTERACTIONS WITH OTHER CHEMICALS

Potassium dichromate (10 mg/kg) administered by subcutaneous injection potentiated the effects of the nephrotoxins, mercuric chloride, citrinin, and hexachloro-1,3-butadiene, in rats.  Effects on renal function included changes in urine volume, osmolality, electrolyte and glucose excretion, and a reduction in renal cortical slice organic ion transport.  Chromium(VI) compounds potentiated the effect of mercuric chloride on organic acid uptake but not organic base uptake by renal cortical slices (Baggett 1986; Haberman et al. 1987).  A similar experiment with another nephrotoxin, maleic acid, demonstrated the potentiating effect of potassium dichromate (10 mg/kg administered subcutaneously) (Christenson et al. 1989).  Christenson et al. (1989) suggested that the combination of potassium dichromate with maleic acid might enhance damage to the brush border of the renal proximal tubules or that damage to the luminal cells by potassium dichromate might allow maleic acid to more easily enter the cells.

Concomitant exposure of female Sprague-Dawley rats to chromium(VI) potassium dichromate and ethanol in drinking water for 22 weeks indicates that ethanol may enhance the hepatic effects of chromium(VI) (Acharya et al. 2001).  Serum enzyme activity of ALT in rats treated with 10% ethanol and 25 mg chromium(VI)/L (3.8 mg chromium(VI)/kg/day) was significantly increased compared to treatment of rats with ethanol or chromium(VI) alone.  However, the toxicological significance of this finding is uncertain, since serum ALT activities of rats treated with ethanol and chromium(VI) were increased by only 18% compared to treatment of rats with chromium(VI) alone.

Interactions between selenium in the diet and ammonium dichromate in the drinking water were investigated in a study using rats. During the experiment, one rat died and the other rats had atrophy of the central liver lobe when given selenium alone. Dietary selenium and ammonium chromate in combination caused hepatic necrosis, resulting in the death of four rats (Moxon and DuBois 1939). Although the rats were not fed chromium alone, other studies indicate that the liver is a target for chromium exposure (see Section 3.2). The mechanism for the interaction was not discussed.

Exposure of female hairless mice to ultraviolet light in combination with chromium(VI) as potassium chromate in drinking water at concentrations of 2.5 or 5.0 mg potassium chromate(VI)/L (approximately 0.18 or 0.35 mg chromium(VI)/kg/day) for 182 days, or in the diet at concentrations of 0, 2.5, or 5.0 mg potassium chromate(VI)/kg food (approximately 0.13 or 0.26 mg chromium(VI)/kg/day) for 26 weeks, produced an increased incidence of skin tumors compared to animals exposed to UV light alone or chromium(VI) alone (Davidson et al. 2004; Uddin et al. 2007). Exposure to chromium(VI) alone did not result in neoplasms. The chromium-induced enhancement of UV light-induced skin tumors did not appear to be mediated through oxidative damage, since concomitant treatment with vitamin E or selenomethionine did not decrease the chromium effect.

Concomitant inhalation exposure to ozone and chromium(VI) may alter pulmonary clearance mechanisms in the deep lung (Cohen et al. 2003). Compared to rats treated with insoluble chromium(VI) as calcium chromate (0.34–0.36 mg chromium(VI)/m$^3$) alone for up to 48 weeks, concomitant exposure to ozone (0.59 mg/m$^3$) resulted in decreased particle uptake and altered postphagocytic/endocytic processing of chromium particles by alveolar macrophages. However, since toxicity was not assessed in this study, it is not known if ozone-induced alteration in alveolar macrophage function would result in increased toxicity of chromium(VI).

A number of studies indicate an increase in the mutagenic effects of chromium(VI) compounds in combination with other chemicals. Synergism has been observed between chromium(VI) and 9-aminoacridine, nitrilotriacetic acid, and azide (Bronzetti and Galli 1989; Gava et al. 1989a; LaVelle 1986a, 1986b; Montaldi et al. 1987), but the mechanisms are not clearly understood. Potassium dichromate potentiated mutations produced by sodium azide in *S. typhimurium* or by 9-aminoacridine in *S. typhimurium* and *E. coli*. Although the data were insufficient for speculation on the specific biochemical mechanism, it was suggested that the potentiation involved a specific effect of potassium dichromate on the interaction of 9-aminoacridine or sodium azide with DNA or on subsequent DNA replication and/or repair (LaVelle 1986a, 1986b). Nitrilotriacetic acid, which appears to have no

genotoxic potential itself, increased the frequencies of sister chromatid exchanges in Chinese hamster ovary cells and of micronuclei and chromosomal aberrations in cultured human lymphocytes that were seen with lead chromate alone. However, nitrilotriacetic acid had no effect on the dose-related induction of sister chromatid exchanges in Chinese hamster ovary cells that was seen with potassium chromate alone. It was suggested that nitrilotriacetic acid increased the solubility of the originally insoluble lead chromate, leading to increased uptake of the metal cation by the cells and subsequent increased genotoxicity (Montaldi et al. 1987). Nitrilotriacetic acid increased the frequency of point mutations in *S. cerevisiae* observed with a low concentration of sodium chromate, but decreased the frequency with a 5-fold higher concentration of sodium chromate. It was suggested that at the low concentration of sodium chromate, nitrilotriacetic acid affected the uptake of chromium(VI), favoring reduction to chromium(III) ions, which formed a complex with nitrilotriacetic acid that can cross the membrane and interact with DNA. At the high dose of sodium chromate, nitrilotriacetic acid may have affected the mechanism of recombination repair of DNA breaks induced by chromate oxidizing activity (Bronzetti and Galli 1989). Nitrilotriacetic acid also increased the mutagenicity of potassium dichromate in *S. typhimurium* and *D. melanogaster,* presumably by favoring the reduction of chromium(VI) to chromium(III) (Gava et al. 1989a). Thus, it is possible that other hazardous substances at hazardous waste sites may be more dangerous due to the presence of chromium(VI).

Ascorbic acid has been shown to have a protective effect in rats administered lethal dermal doses of potassium dichromate (25 mg chromium(VI)/rat), and in preventing ulcerations of the skin (Samitz 1970). The nephrotoxicity due to subcutaneous injections of potassium chromate in rats was prevented by intramuscular administration of ascorbic acid (Powers et al. 1986). This occurred mainly through the reduction of chromium(VI) to the less toxic chromium(III) state. In cultured human bronchial cells, co-exposure to ascorbic acid and sodium chromate blocked chromate-induced clastogenicity by preventing uptake of chromium(VI) ions by cells (Wise et al. 2004). Vitamin E protected against, while vitamin $B_2$ enhanced, the cytotoxicity and DNA strand breaks induced by sodium chromate in Chinese hamster cells *in vitro*. Vitamin E may exert its protective effect by scavenging radicals and/or chromium(V) during the reduction of chromium(VI) (Sugiyama 1991) (see Section 3.11.3). N-Acetylcysteine, the glutathione precursor, was reported to be effective in increasing the urinary excretion of chromium in rats (Nadig 1994).

Studies have examined the effects of interactions between chromium and arsenic on blood cholesterol and glucose levels and changes in organ weight in rats (Aguilar et al. 1997). Groups of five male Wistar rats were given food containing 5 μg/g of either arsenic(V) oxide, chromium(III) chloride, or a combination of

both chemicals for 10 weeks. Organ weight to body weight ratios of liver, spleen, lung, kidney, and heart were similar to control values for the three exposed groups. Arsenic alone increased the cholesterol blood level from 47.27(±6.85 SD) mg/dL in the control group to 96.83(±6.11 SD). The combination of arsenic and chromium reduced the blood cholesterol level to 46.69(±6.11 SD) mg/dL. Neither chemical alone or in combination affected blood glucose levels. In most tissues, the combination of chemicals reduced the chromium level appreciably below control values. Supplemental chromium increased arsenic levels in liver, kidney, spleen, heart, and red blood cells, and reduced levels of arsenic in lung and hair tissues. Chromium did not appear to alter concentrations of arsenic in the liver.

A study examining the chromium(VI) reduction in microsomes noted that the level of iron in the test system markedly influenced the $V_{max}$ of chromium(VI) reduction, suggesting that coexposure to chromium(VI) and agents that increase intracellular iron might lead to increased risk for chromium(VI) toxicity (Myers and Myers 1998). Among chromium cement workers with severe and continuous hand dermatitis, the addition of ferrous sulfate to the cement reduced the total chromium body burden (Chou et al. 2008).

The effects of chromium(III) chloride and sodium chromate(VI) on the hepatotoxicity of carbon tetrachloride exposure to mouse hepatocytes were examined by Tezuka et al. (1995). Primary cultures of mouse hepatocytes were pretreated with 10 or 100 μM chromium for 24 hours followed by exposure to 1–5 mM carbon tetrachloride for up to 1 hour. Chromium(VI) pretreatment significantly reduced the cell toxicity as well as lipid peroxidation caused by carbon tetrachloride. Chromium(III) pretreatment did not have any effect on cell toxicity. About 50% of chromium(VI) was taken up and reduced in the cells by 90% to chromium(III) within 10 minutes. The initial uptake rate of chromium(III) into cells was greater than 500-fold less than chromium(VI), and only about 5% was absorbed. The protection against carbon tetrachloride damage by chromium(VI) was attributed to its rapid uptake and conversion to chromium(III), and it was determined that chromium(III) acts as a radical scavenger for the free radicals generated by carbon tetrachloride within the cell. Furthermore, chromium(VI) pretreatment reduced the activity of NADPH cytochrome c reductase, which metabolizes carbon tetrachloride to reactive species. In a previous study (Tezuka et al. 1991), the same group found that pretreating mice and rats with chromium(III) also protected against hepatic toxicity.

In order to examine the speciation of chromium in lemonade, Kool Aid, tea, dripped coffee, percolated coffee, and orange juice, potassium chromate(VI) was added to each of the beverages at a chromium concentration of 10 mg/L (Kerger et al. 1996b). After 15 minutes, the concentrations of chromium(VI)

were determined to be <0.4 mg/L for orange juice, <0.3 mg/L for coffee and tea, 2 mg/L for Kool Aid, and 0.3 mg/L for lemonade. After 3–5 hours, essentially no residual chromium(VI) remained. At higher concentrations (50 mg/L chromium(VI)), >99, 40, and 84% of the chromium(VI) was reduced after 3–5 hours in orange juice, lemonade, and coffee, respectively (not tested at the higher concentration in Kool Aid and tea). The reducing capacities were not correlated with total organic carbon or pH. The reducing capacities of the beverages were attributed in part to ascorbic acid in lemonade and orange juice and to tannins in tea and coffee.

## 3.10  POPULATIONS THAT ARE UNUSUALLY SUSCEPTIBLE

A susceptible population will exhibit a different or enhanced response to chromium than will most persons exposed to the same level of chromium in the environment. Reasons may include genetic makeup, age, health and nutritional status, and exposure to other toxic substances (e.g., cigarette smoke). These parameters result in reduced detoxification or excretion of chromium, or compromised function of organs affected by chromium. Populations who are at greater risk due to their unusually high exposure to chromium are discussed in Section 6.7, Populations with Potentially High Exposures.

Acute inhalation $LC_{50}$ and oral and dermal $LD_{50}$ studies suggest that female animals are more sensitive to the lethal effects of chromium(VI) compounds (see Sections 3.2.1.1, 3.2.2.1, and 3.2.3.1). Whether human females are more sensitive than males to toxic effects of chromium or its compounds is not known. Other information identifying possible susceptible populations was not located. The primary and most sensitive effects of exposure to chromium compounds to the respiratory, gastrointestinal, hematological, and immunological systems; thus, individuals with preexisting conditions of these systems may be at increased risk of exposure to chromium compounds. Due to the sensitizing effects of chromium, some individuals who are sensitive to chromium may develop asthma as an anaphylactic response to inhaled chromium. Also, there is limited evidence that some individuals have less ability than others to reduce chromium(VI) in the bloodstream and are more likely to be affected by the adverse effects of chromium exposure (Korallus 1986a, 1986b). The ability to reduce chromium(VI) in the bloodstream may be related to the ascorbic levels in the plasma. However, the metabolic reduction of chromium(VI) may result in bioactivation and/or detoxification.

Since chronic inhalation of cigarette smoke may result in squamous metaplasia in the respiratory mucosa, the risk of lung cancer due to inhalation of carcinogenic chromium compounds may be exacerbated in individuals who smoke cigarettes or are excessively exposed to passive smoke (Albert 1991).

## 3.11  METHODS FOR REDUCING TOXIC EFFECTS

This section will describe clinical practice and research concerning methods for reducing toxic effects of exposure to chromium.  However, because some of the treatments discussed may be experimental and unproven, this section should not be used as a guide for treatment of exposures to chromium.  When specific exposures have occurred, poison control centers and medical toxicologists should be consulted for medical advice.  The following texts provide specific information about treatment following exposures to chromium:

Haddad LM, Shannon MW, Winchester JF, eds.  1998.  Chromium.  In:  Clinical management of poisoning and drug overdose.  3rd ed.  Philadelphia, PA:  W.B. Sanders Company, 794-795.

Leikin JB, Paloucek FP, eds.  2002.  In:  Leikin and Paloucek's poisoning and toxicology handbook.  3rd ed.  Hudson, OH:  Lexi-Comp, Inc., 372-379.

Schonwald S.  2004.  Chromium.  In:  Dart RC, ed.  Medical toxicology.  3rd ed.  Philadelphia, PA:  Lippicott Williams & Wilkins, 1415-1417.

### 3.11.1  Reducing Peak Absorption Following Exposure

General recommendations for reducing absorption of chromium following acute inhalation exposure have included moving the patient to fresh air, monitoring for respiratory distress, and administering humidified supplemental oxygen with assisted ventilation if required (Haddad et al. 1998; Schonwald 2004).  If pulmonary effects such as bronchoconstriction are present, treatment with oxygen and bronchodilator drugs may be administered (Haddad et al. 1998).  The absorption of inhaled chromium compounds depends on such factors as oxidation state, particle size, and solubility.  Chromium(VI) passes through the alveolar lining of the lungs to the bloodstream more readily than does chromium(III) (see Section 3.4.1.1), and more soluble compounds are absorbed more readily than those that are less soluble (Bragt and van Dura 1983).  Although chromium(VI) is more readily absorbed from the lungs than chromium(III), various components of the respiratory system can reduce chromium(VI) to chromium(III), which is far less capable of crossing cell membranes than chromium(VI), thereby reducing the bioavailability of chromium to target cells other than the lung (De Flora and Wetterhahn 1989).  Epithelial lining fluid (ELF) is capable of reducing chromium(VI) (Petrilli et al. 1986b) and may represent the first line of defense against inhaled chromium(VI).  Ascorbic acid (vitamin C) and glutathione, both of which were found to reduce chromium(VI) to chromium(III) in cell-free bronchoalveolar lavage fluid or soluble fractions of rat lungs *in vitro*, appear to be involved in this activity

of ELF (Suzuki and Fukuda 1990).  Uptake and reduction of chromium(VI) by pulmonary alveolar macrophages, catalyzed by NADH- or NADPH-dependent cytosolic enzyme activities, may lead to virtually irreversible sequestration and efficient removal by mucociliary action (De Flora and Wetterhahn 1989; De Flora et al. 1984, 1987b).  Reduction of chromium(VI) within pulmonary alveolar macrophage homogenates was stimulated in rats by the administration of the glutathione precursor, N-acetylcysteine (De Flora and Wetterhahn 1989).  As mentioned above, the reduction of chromium(VI) to chromium(III) by these various processes within the lungs serves as a natural defense mechanism by decreasing the amount of chromium absorbed and enhancing mucociliary clearance of chromium(III).  However, reduction of chromium(VI) to chromium(III) generates reactive intermediates, which may produce adverse effects.  Theoretically, further clearance from the lungs might be achieved by the administration of expectorants, but the efficacy of such a procedure has not been tested.

Chromium(III) is also poorly absorbed by the gastrointestinal tract, and chromium(VI) is reduced to chromium(III) in the gastric environment, limiting the bioavailability of chromium(VI) (De Flora et al. 1987a; Donaldson and Barreras 1966).  Thus, the oral toxicity of chromium metal is low.  However, chromium(VI) compounds are highly corrosive to the gastrointestinal tract and can lead to hepatic, renal, hematological, and neurological effects (Clochesy 1984; Coogan et al. 1991a; Diaz-Mayans et al. 1986; Iserson et al. 1983; Kaufman et al. 1970; Kumar and Rana 1982, 1984; Samitz 1970; Saryan and Reedy 1988).  The reduction of chromium(VI) to chromium(III) in the stomach is greatly enhanced at low pH and shortly after meals due to increased gastric juice secretion (De Flora et al. 1987a).  The enhanced reduction of chromium(VI) at low pH suggests that, theoretically, oral administration of bicarbonates and antacids should be avoided.  Oral administration of ascorbic acid to further reduce chromium(VI) to chromium(III) might further decrease bioavailability (Haddad et al. 1998; Schonwald 2004), although this has not been proven (Leikin and Paloucek 2002; Schonwald 2004).  Other recommendations for reducing gastrointestinal absorption of chromium include gastric lavage (Schonwald 2004); however, the approach would need to be performed shortly after ingestion and may be associated with risks (e.g., perforation).  Inducing emesis with syrup of ipecac is not recommended because of the possibility of irritation or burns to the esophagus (Nadig 1994; Schonwald 2004).

In cases of dermal exposure, the skin should be thoroughly washed to prevent chromium absorption by the skin (Haddad et al. 1998; Leikin and Paloucek 2002; Schonwald 2004).  As chromium(VI), but not chromium(III), is readily absorbed by the skin, ascorbic acid in the washing solution could reduce chromium(VI) to chromium(III), thus decreasing absorption.  Application of the calcium disodium salt of ethylenediamine tetraacetic acid (EDTA), which acts as a chelating agent, has also been recommended

after washing with water and application of ascorbic acid (Nadig 1994), especially in cases where the skin has been cut or abraded (Burrows 1983).  Ascorbic acid was found to protect chromium-sensitive workers who handled chromates in the lithographing and printing industries from dermatitis.  The ascorbic acid (10% solution) was kept near the work areas, and the workers soaked their hands and forearms as soon as possible after handling the chromate mixtures.  In addition, ascorbic acid prevented ulcerations of the skin in rats treated with potassium dichromate dermally (Samitz 1970).  An antichrome powder consisting of a mixture of 40% sodium metabisulfite, 20% ammonium chloride, 20% tartaric acid, and 20% sucrose as a 10% aqueous solution was effective in reducing the healing time of chrome sores on the skin of guinea pigs to which potassium dichromate had been applied (Samitz and Epstein 1962).  Thorough irrigation with water has been recommended if the eyes have been exposed (Haddad et al. 1998; Schonwald 2004).

Both the cytotoxic effects of chromium(III) chloride, chromium(III) nitrate, sodium chromate(VI), sodium dichromate(VI), potassium dichromate(VI), and chromium(V) potassium sulfate dodecahydrate and the ability of ascorbic acid, glutathione 4-acetamido-4'-isothiocyanato-2,2-stibenedisolphonic acid (SITS) to prevent chromium toxicity in transformed human keratinocytes were examined (Little et al. 1996).  This cell line was used because histopathological studies have shown that dichromate compounds have caused keratinocyte necrosis.  Cells were exposed to the chromium salts for 24 hours, and the viability of the cultures was examined for their ability to take up neutral red dye and release lactate dehydrogenase into the media.  None of the chromium(III) or chromium(V) salts seemed toxic to the cells at concentrations up to about 100 μM.  The chromium(VI) salts showed toxicity at about 8 μM, and there was little cell survival at 100 μM.  The dose-response curves were similar for all chromium(VI) salts tested.  Similar experiments were conducted with normal human keratinocytes obtained from abdominoplasties or breast reductions from six donors and treated with sodium dichromate.  The toxicity to normal cells overall seemed to be less than in the transformed line.  Ascorbic acid at 500 μM completely inhibited the cell toxicity caused by chromium(VI), whereas glutathione and SITS were less effective.  Ascorbate probably protected cells by reducing chromium(VI) and chelation of the reduced complex.  Glutathione may have formed complexes with the chromium(VI), which eventually led to chromium(III), whereas SITS may have inhibited the cellular uptake of the chromate by altering the nonspecific membrane anion carrier.  The authors conclude that these available drugs provide protection against cytotoxicity to keratinocytes involved in dermatitis and may be useful to prevent toxic reactions to metals contacting the skin.

The effect of decreasing the concentration of water-soluble chromium in cement from about 10 to 2 ppm on the incidences of chromium-induced dermatitis was examined among construction workers in Finland

(Roto et al. 1996).  After 1987, when the decrease occurred, allergic dermatitis caused by chromium in the industry was reduced by 33% from previous levels, whereas irritant contact dermatitis remained unchanged.

## 3.11.2  Reducing Body Burden

Once chromium has been absorbed, it can be widely distributed throughout the body (see Section 3.4.2). Forced diuresis with careful monitoring of fluid and electrolyte status has been suggested, but not proven, to increase the elimination of chromates (Haddad et al. 1998).  In a case report of a fatality after ingestion of potassium chromate, hemodialysis and charcoal hemoperfusion did not significantly remove chromium from whole blood and had little effect on the management of chromium toxicity (Iserson et al. 1983). However, hemodialysis was effective in saving the life of an electroplater who accidentally swallowed plating fluid containing chromium trioxide (Fristedt et al. 1965).  Because chromium may be sequestered in erythrocytes, exchange transfusion has been used as a way to decrease the body burden in serious acute poisoning (Kelly et al. 1982).

Both chromium(VI) and chromium(III) can be transported in the blood.  Chromium(III) tends to bind to plasma proteins and is excreted in the urine.  Chromium(VI) may be poorly reduced to chromium(III) in plasma, but this reduction can be enhanced by the intravenous administration of ascorbic acid (Korallus et al. 1984).  However, reactions of chromium(VI) with sulfhydryl compounds or ascorbate may have mixed effects on toxicity, since such reactions yield reactive chromium intermediates, reactive oxygen species, and free cysteinyl and carbon radical species, which may be more damaging than chromium(VI) itself (Reynolds and Zhitkovich 2007; Shi et al. 1994; Stearns et al. 1994).  Generally, treatments for reducing body burden of chromium are chelation therapies similar to those used to reduce body burdens of other metals, although the use of ascorbic acid is specific for chromium.  Use of hemodialysis and N-acetylcysteine has been suggested to enhance elimination (Haddad et al. 1998; Leikin and Paloucek 2002; Schonwald 2004), however, this has not been proven.  N-acetylcysteine, the glutathione precursor, was reported to be more effective than EDTA or dimercaptosuccinic acid in increasing the urinary excretion of chromium in rats (Banner et al. 1986; Nadig 1994); however, chelation with agents available in human clinical medicine, such as British Anti Lewisite (dimercaprol) and EDTA, has been shown to be generally ineffective in increasing the elimination of chromium (Ellis et al. 1982).  However, calcium EDTA, administered intravenously, resulted in a rapid increase in the urinary excretion of chromium in metal workers (Sata et al. 1998).  Other polyaminocarboxylic acid chelating agents may be effective in removing chromium from organs.  In rats injected with potassium chromate, subsequent treatment with

various polyaminocarboxylic acid chelating agents resulted in significant removal of chromium from the liver, kidney, heart, or brain, depending on the agent.  Ethylenediamine N,N'-diacetic acid (EDDA) removed significant amounts of chromium from the liver and heart.  Ethylenediamine N,N'-di (O-hydroxyphenyl acetic acid (EDDHA) removed significant amounts of chromium from the kidney, heart, and brain.  N-(2-hydroxyethyl)ethylenediamine triacetic acid (HEDTA) removed significant amounts of chromium from the liver and kidney.  Hexamethylene 1,6-diamino N,N,N',N'-tetraacetic acid (HDTA) removed significant amounts of chromium from the liver, kidney, and brain.  Triethylene tetramine N,N,N',N',N'',N''-hexaacetic acid (TTHA) removed significant amounts of chromium from the liver.  Ethyleneglycol-bis-(2-aminoethyl) tetraacetic acid (EGATA) did not remove significant amounts of chromium from any of the organs.  The relative ability of the polyaminocarboxylic acids to remove chromium from organs may be related to the number of amino or carboxyl groups as complexing centers or by the presence of hydroxyl groups (Behari and Tandon 1980).  The use of these agents in humans has not been tested.  Chromium(VI), but not chromium(III), can readily cross cell membranes.  Chromium(VI) readily enters erythrocytes, where it is reduced to chromium(III) by glutathione, and chromium(III) is essentially trapped within erythrocytes, where it binds to proteins, primarily hemoglobin.  This may explain the fact that chromium shows little toxicity at sites distant from administration sites (De Flora and Wetterhahn 1989).  The chromium(III) trapped within the erythrocytes would be released upon natural destruction of the erythrocyte and excreted in the urine.

### 3.11.3  Interfering with the Mechanism of Action for Toxic Effects

The reduction of chromium(VI) to chromium(III) inside of cells may be an important mechanism for the toxicity of chromium, whereas reduction of chromium(VI) outside of cells may be a major mechanism of protection.  After entering target cells, chromium(VI) itself and/or the metabolically reduced valence states exert toxic effects, as discussed in detail below (De Flora and Wetterhahn 1989).  Administration of a reducing agent (such as ascorbate) early enough after exposure to reduce chromium(VI) to chromium(III) in extracellular fluids before chromium(VI) penetrates cells may reduce toxicity; however, increased intracellular ascorbate may enhance toxicity.  For example, in animal studies, ascorbic acid has been shown to protect against lethality of dermal potassium dichromate (Samitz 1970) and prevent nephrotoxicity of subcutaneously administered potassium chromate (Powers et al. 1986).  However, increased intracellular ascorbate concentrations has been shown to enhance chromium(VI) toxicity in cultured human fibroblasts (Reynolds and Zhitkovich 2007).  Therefore, agents that enhance reduction of chromium(VI) to chromium(III) may have mixed effects on toxicity.  The effect of ascorbate or other reducing agents on chromium toxicity in humans has not been established.

Once chromium enters the cell, ligand displacement and/or redox reactions of chromium(VI) with enzymes, proteins, and other molecules leads to reduction to chromium(V), chromium(IV), and chromium(III), with the generation of active oxygen species and radicals.  The resulting toxicity depends on the nature of the cellular component that reacts with chromium(VI) and on the nature of the reactive species formed from the reaction.  Chromium(VI) can be reduced metabolically by a number of cellular components under physiological conditions.  Reduction by glutathione or cysteine can lead to generation of all valence states (particularly chromium(V)) and radicals.  For example, *in vitro* reaction of chromium(VI) with glutathione led to the formation of glutathione thiyl radicals and chromium(V) complexes (Aiyar et al. 1991).  Chromium(V)-glutathione complexes have been shown to form DNA adducts.  Reduction by ascorbate leads to chromium(III), but chromium(V) has been generated by the reaction of chromium(VI) with riboflavin (vitamin $B_2$) and ribose derivatives (De Flora and Wetterhahn 1989).  Reaction of chromium(VI) with hydrogen peroxide has led to the formation of chromium(V) complexes and hydroxyl radicals (Aiyar et al. 1991).  Other important intracellular reduction reactions of chromium(VI) involve enzyme-catalyzed and NADPH-dependent mechanisms.  Microsomal reduction of chromium(VI) by cytochrome P450 to chromium(III) may involve the transient formation of chromium(V) (De Flora and Wetterhahn 1989).  Chromium(III), the final stable product of chromium(VI) reduction, can form chromium-DNA adducts and mediate crosslinking of DNA strands and DNA protein (De Flora and Wetterhahn 1989; Manning et al. 1992; Xu et al. 1996).  Thus, the metabolic reduction of chromium(VI) may represent bioactivation and/or detoxification.  If a bioactivation process, intracellular reduction of chromium(VI) would lead to the ultimate toxic species.  Conversely, if chromium(VI) is the toxic agent, then effects would be elicited only if the amount of chromium(VI) entering target cells saturates the reducing mechanisms.

Differences in the intracellular metabolic pathways that result in the reduction of chromium(VI) will affect the nature of the reactive intermediates.  For example, chelating ligands, such as glutathione and sugars, stabilize chromium(V) as an oxidation state, increasing its lifetime in the cell and ability to reach DNA in the nucleus.  Cytochrome P450-dependent reduction of chromium(VI) to chromium(V) and chromium(IV), with generation of reactive radicals, which takes place in the endoplasmic reticulum, could occur in close enough proximity to the nuclear membrane and nonenzymatic reduction within the nucleus could occur in close enough proximity to chromatin for the transient intermediates to exert their effects, such as DNA strand breaks and radical-DNA adducts.  As noted above, chromium(III) can form chromium-DNA adducts and mediate crosslinking of DNA strands and DNA protein (De Flora and Wetterhahn 1989).

The role of glutathione in chromium-induced renal toxicity was investigated by Hojo and Satomi (1991). Male ddY mice (6 animals per dose group) were administered potassium dichromate(VI) (0.6 mmol chromium/kg), potassium tetraperoxochromate(V) (1.0 mmol/kg), green chromium(V)-glutathione complex (1.0 mmol/kg), and chromium nitrate(III) (0.6 mmol/kg); animals were sacrificed 24 hours after chromium injection and changes in kidney weight and function were assessed. Chromium(VI) resulted in a 10.7%±2.7 decrease in body weight, a 2-fold increase in serum urea nitrogen, a decrease in kidney nonprotein sulfhydryl contents (3.3±0.1 versus control values of 3.7±0.1) and a decrease of kidney-glutathione reductase activity from a control value of 17.4±1.5 to 14.1±1.3 U/g. Potassium tetraperoxochromate(V) treatment resulted in 50% of the animals dying. Body weights and kidney-glutathione reductase activity were much lower than for animals treated with chromium(VI), and serum urea levels were 102.9±17.7 mg/dL, which is about twice that observed in animals treated with chromium(VI). The chromium(V) glutathione complex was much less toxic and showed values that were similar or close to control values. Pretreatment with 10 mmol/kg glutathione methyl ester in the chromium(VI)-treated animals appeared to reduce the body weight loss and caused the serum urea levels to be normal. Butathione sulfoximine (an inhibitor of glutathione synthesis) greatly enhanced the levels of serum urea, loss of glutathione reductase activity and decrease in kidney nonprotein sulfhydryl groups. Butathione sulfoximine pretreatment resulted in one of the six animals dying. Animals treated with chromium(III) experienced weight loss, but other parameters were not markedly changed from control values. Pretreatment with butathione sulfoximine in animals treated with chromium(III) only caused a decrease in kidney nonprotein sulfhydryl groups. The authors indicated that with excess levels of glutathione, chromium(VI) is more readily reduced to chromium(III), whereas at lower levels of glutathione the reduction process is slower, resulting in slower reduction of the more toxic intermediate chromium(V). Also, at higher concentrations of glutathione, chromium(V)-glutathione complexes may form which may prevent chromium(V) from reacting at target sites that elicit toxic responses.

As discussed above, reactive intermediates formed during intracellular reduction of chromium(VI) to chromium(III) may interact with hydrogen peroxide, generating hydroxyl radicals, which can induce cell damage. Several animal and *in vitro* studies have assessed the effects of anti-oxidant agents on chromium-induced oxidative cell injury. Administration of folic acid, a free radical scavenger, to rabbits reduced potassium dichromate-induced increases in the concentration of free radical in liver, testes, brain, kidney, and lung and in serum liver enzyme activities of AST and ALT (El-Demerdash et al. 2006). Vitamin E, an antioxidant, has been shown to reduce potassium dichromate-induced renal toxicity and hepatotoxicity in rats (Appenroth et al. 2001; Arreola-Mendoza et al. 2006; Rao et al. 2006). Vitamin B$_6$,

which may have anti-oxidant potential due to its role as a co-factor in the synthesis of cysteine, reduced oxidative stress in the liver of rats exposed to potassium dichromate (Anand 2005). *In vitro* studies indicated that vitamin E protected against, while vitamin $B_2$ enhanced, the cytotoxicity and DNA single-strand breaks induced by sodium chromate in Chinese hamster cells. Formation of DNA-protein crosslinks by chromium(VI) in cell culture was prevented by addition of ascorbic acid (Capellmann et al. 1995), and ascorbic acid protected cells against chromosomal breakage and apoptosis. In rats, vitamin C was reported to prevent the effects of chromium(VI) on ovarian follicular development and the alterations in serum levels of estradiol, progesterone, and testosterone (Banu et al. 2008). Vitamin E also protected cells against chromosomal breaks (Blankenship et al. 1997) and decreased chromium(III)-induced oxidative damage to calf thymus DNA *in vitro*, as indicated by decreased formation of 8-hydroxydeoxyguanosine (Qi et al. 2000). Vitamin E may exert its protective effect by scavenging radicals and/or chromium(V) during the reduction of chromium(VI) (Sugiyama 1991). Selenium (as sodium selenate), an essential trace element, was protective of chromium(VI) toxicity in rat hearts (Soudani et al. 2011c). Selenium (as sodium selenate) also has been shown to reduce the genotoxicity of chromium dichromate in human lymphocytes *in vitro* as assessed by the Comet assay, although sodium selenite and selenous acid enhanced chromium-induced DNA damage; sodium selenate also decreased chromium-induced genotoxicity in *S. typhimurium* (strain TA102), as assessed by the Ames assay (Cemeli et al. 2003). Other vitamins or essential elements might also be effective in mitigating the effects of chromium by modulating the metabolic processes. The use of vitamins and essential elements for reducing the toxicity of chromium has not been studied in humans.

Thyroxine was found to ameliorate acute renal failure induced in rats by potassium dichromate, possibly by stimulating gluconeogenesis and Na-K ATPase activity in the renal cortex, influencing protein synthesis, and promoting glucose and amino acid uptake by epithelial cells. These events would be expected to aid in the repair and regeneration of the damaged tubular epithelial cells (Siegel et al. 1984). The use of thyroxine has not been tested in humans.

Todralazine, an antihypertensive drug, was found to markedly reduce the mutagenic activity of potassium dichromate(VI) in the bacterial tester strain TA100 and in the *B. subtilis* rec assay (Gasiorowski et al. 1997). Spectroanalysis indicated that chromium(VI) was reduced to chromium(III) by todralazine and that todralazine formed a complex with the chromium(III) ions. The reduction and complexing of chromium may have prevented chromium from crossing the membrane and may have prevented harmful interactions with DNA. Another study by this group found that complexing copper(II) chromate(VI) to organic ligands (e.g., 2-(2'-pyridyl)imidazole, 2,2'-bipyridyl, 1,10-phenanthroline) resulted in a decrease

in the mutagenicity of chromium(VI) as assessed by the Ames and *B. subtilis* rec assays (Gasiorowski et al. 1998).

## 3.12 ADEQUACY OF THE DATABASE

Section 104(I)(5) of CERCLA, as amended, directs the Administrator of ATSDR (in consultation with the Administrator of EPA and agencies and programs of the Public Health Service) to assess whether adequate information on the health effects of chromium is available. Where adequate information is not available, ATSDR, in conjunction with the National Toxicology Program (NTP), is required to assure the initiation of a program of research designed to determine the health effects (and techniques for developing methods to determine such health effects) of chromium.

The following categories of possible data needs have been identified by a joint team of scientists from ATSDR, NTP, and EPA. They are defined as substance-specific informational needs that if met would reduce the uncertainties of human health assessment. This definition should not be interpreted to mean that all data needs discussed in this section must be filled. In the future, the identified data needs will be evaluated and prioritized, and a substance-specific research agenda will be proposed.

### 3.12.1 Existing Information on Health Effects of Chromium

The existing data on health effects of inhalation, oral, and dermal exposure of humans and animals to chromium are summarized in Figures 3-8 and 3-9. The purpose of these figures is to illustrate the existing information concerning the health effects of chromium. Each dot in the figures indicates that one or more studies provide information associated with that particular effect. The dot does not necessarily imply anything about the quality of the study or studies, nor should missing information in this figure be interpreted as a "data need". A data need, as defined in ATSDR's *Decision Guide for Identifying Substance-Specific Data Needs Related to Toxicological Profiles* (Agency for Toxic Substances and Disease Registry 1989), is substance-specific information necessary to conduct comprehensive public health assessments. Generally, ATSDR defines a data gap more broadly as any substance-specific information missing from the scientific literature.

A major source of oral exposure of humans to chromium is via the diet including chromium-rich diet supplements. Chromium(III) at low levels is essential to nutrition, and studies of chromium deficiency have been conducted. Information regarding health effects of exposure to chromium(VI) or chromium(III) in humans comes mainly from case reports of acute accidental or intentional ingestion,

### Figure 3-8. Existing Information on Health Effects of Chromium(VI)



**Human**



**Animal**

● Existing Studies

APPX ATT_V6_4172

**Figure 3-9.  Existing Information on Health Effects of Chromium(III)**



**Human**



**Animal**

● Existing Studies

APPX ATT_V6_4173

acute accidental dermal exposure, and from occupational case reports and epidemiology studies, which primarily involve inhalation and dermal exposure.  In occupational studies, it is often difficult to separate exposure to chromium(VI) from chromium(III).  Case reports have shown that ingestion and dermal contact with chromium(VI) can cause death.  These reports have also described the serious systemic and neurological sequelae of exposure leading to death.  Occupational exposures to chromium(VI) and/or chromium(III) are associated with respiratory and nasal, cardiovascular, gastrointestinal, hematological, hepatic, renal, and dermal effects.  Immunological effects in humans exposed by inhalation and dermal contact consist of sensitization resulting in asthma and contact dermatitis, which can be exacerbated by oral exposure.  Limited information was available regarding reproductive effects of occupational exposure to chromium(VI).  Limited information was found on neurological behavioral effects.

Information is also available regarding genotoxic effects in workers exposed to chromium(VI) and cancer in workers exposed to chromium(VI) and/or chromium(III).

Information regarding the levels of exposure to chromium(VI) compounds that cause death in animals is available for the inhalation, oral, and dermal routes.  Information regarding respiratory effects of acute inhalation exposure of animals to chromium(VI) was available.  Acute oral studies have evaluated effects of chromium(VI) on hematology and clinical chemistry.  Acute dermal exposure of animals to chromium(VI) can cause irritation, edema, necrosis, and chrome sores.  Information on systemic effects of chromium(VI) in animals is available for intermediate- and chronic-duration exposure by the inhalation route.  Information regarding effects of oral exposure is available for intermediate and chronic durations.  The immunological effects of chromium(VI) in animals have been studied after inhalation and dermal exposure.  An inhalation study reported no developmental or reproductive effects of chromium(VI).  The reproductive and developmental effects of oral chromium(VI) have been evaluated following oral exposure, showing adverse effects, particularly to the male reproductive system.  Information regarding the genotoxicity and carcinogenicity of chromium(VI) is available for both the inhalation and oral routes.

Information regarding levels of chromium(III) compounds that result in death is available only for the oral route.  Systemic effects of acute-duration exposure to chromium(III) are limited to the respiratory system- and intermediate-duration inhalation exposure to chromium(III) are limited to the respiratory system.  Information on systemic effects of chronic inhalation exposure to chromium(III) is limited to a study that used a mixture of chromium(VI) and chromium(III).  Studies of intermediate- and chronic duration oral exposure to chromium(III) failed to find any systemic, neurological, developmental, reproductive, or carcinogenic effects.  The immunological and genotoxic effects of chromium(III) in

animals have not been tested by the oral route. Information regarding effects of dermal exposure of animals to chromium(III) is limited to a study of skin ulceration after acute exposure and dermal sensitization tests. One report of chronic renal failure after ingestion of over-the-counter chromium picolinate at 0.6 mg/day was found in literature (Wasser et al. 1997).

In addition to the information on chromium(VI) and chromium(III), limited information is available regarding health effects of chromium(0) and chromium(IV). Briefly, the available information on chromium(0) consists of studies that examined workers at an alloy steel plant (Triebig et al. 1987) and boilermakers (Verschoor et al. 1988) for possible renal effects. Information on chromium(IV) consists of a 2-year inhalation study of chromium dioxide in rats that found no effects upon hematological, clinical chemistry, and urinalysis parameters and no histopathological effects on respiratory, cardiovascular, gastrointestinal, hepatic, renal, dermal/ocular, neurological, and reproductive organs (Lee et al. 1989).

### 3.12.2   Identification of Data Needs

**Acute-Duration Exposure.**    Acute inhalation exposure of humans to chromium(VI) as occurs in occupational settings can result in respiratory irritation (dyspnea, cough, wheezing, sneezing, rhinorrhea, choking sensation), dizziness, and headache at high concentrations, and can trigger asthmatic attacks in sensitized individuals (Lieberman 1941; Meyers 1950; Novey et al. 1983; Olaguibel and Basomba 1989). High airborne levels of chromium(VI) can also cause gastrointestinal irritation (Lucas and Kramkowski 1975; Mancuso 1951; Meyers 1950). Information on toxic effects in humans after oral exposure to chromium(VI) is limited to case reports of humans who ingested lethal or near lethal doses. Serious respiratory, cardiovascular, gastrointestinal, hematological, hepatic, renal, and neurological effects have been described as sequelae leading to death (Clochesy 1984; Iserson et al. 1983; Kaufman et al. 1970; Saryan and Reedy 1988). Acute dermal exposure can cause skin burns and can also have similar sequelae that lead to death (Brieger 1920; Major 1922). No information regarding systemic effects of acute inhalation exposure of animals to chromium(VI) was located. Information regarding effects of acute oral exposure of animals to chromium(VI) include a report of gastrointestinal hemorrhage in rats given a lethal dose of potassium dichromate (Samitz 1970), evaluations of hematology and clinical chemistry parameters in rats and mice exposed for 4–5 days (NTP 2007, 2008a) and increased resorptions in mice given potassium dichromate during gestation (Junaid et al. 1996b). Information regarding effects of acute dermal exposure of animals to chromium(VI) is limited to studies of dermal irritation and sensitization (Gad et al. 1986; Merkur'eva et al. 1982; Samitz 1970; Samitz and Epstein 1962). The information in humans indicates that many organs can be targets of acute exposure to chromium(VI) if exposure levels

are high enough. Studies in animals show that hematological effects occur following acute oral exposure and may be the earliest indication of more severe adverse effects observed following longer duration exposures. No information was located regarding systemic effects in humans after acute exposure to chromium(III) compounds by any route. Acute inhalation studies of chromium trichloride in hamsters (Henderson et al. 1979) and chromic oxide and basic chromium sulfate in rats (Derelanko et al. 1999) indicated that the respiratory system is also a target of chromium(III) exposure. Acute dermal studies show that chromium(III) can be a sensitizer, and that dermal challenge of sensitized individuals with chromium(III) compounds can elicit a response (Hansen et al. 2003; Samitz and Epstein 1962). $LD_{50}$ values for chromium(VI) and chromium(III) compounds indicate that chromium(III) is less toxic than chromium(VI) (Shubochkin and Pokhodzie 1980; Smyth et al. 1969; Vernot et al. 1977).

Additional studies involving acute exposure to both chromium(VI) and chromium(III) compounds by all routes would be helpful, especially if they evaluated comprehensive toxicological end points and exposure-response relationships. Studies defining the possible synergistic effects of chromium with other nephrotoxins, such as mercury and cadmium, which may be stored together at toxic waste sites, would also be useful. There are populations surrounding hazardous waste sites that might be exposed to the substance for short periods; therefore, this information is important.

**Intermediate-Duration Exposure.** There are no studies regarding systemic effects in humans after oral exposure of intermediate duration to either chromium(VI) or chromium(III). Intermediate-duration exposure to primarily chromium(VI) in occupational studies caused nasal and respiratory effects (Bovet et al. 1977; Davies et al. 1991; Gomes 1972; Kleinfeld and Rosso 1965; Lee and Goh 1988; Sorahan et al. 1987; Taylor 1966). Intermediate-duration exposure in occupational settings involving dermal exposure also can cause chrome ulcers or holes in the skin (Gomes 1972; Lee and Goh 1988; Lieberman 1941; PHS 1953; Smith 1931). An MRL of $5\times10^{-6}$ mg chromium(VI)/$m^3$ has been determined for upper respiratory effects in humans after intermediate-duration inhalation exposure to chromium(VI) as chromium(VI) trioxide mist and other hexavalent chromium mists and dissolved aerosols, based on the study by Lindberg and Hedenstierna (1983).

The respiratory tract and the immune system are targets in animals exposed to chromium(VI) and chromium(III) via inhalation for intermediate durations (Adachi 1987; Adachi et al. 1986; Glaser et al. 1985, 1990; Johansson et al. 1986a, 1986b), with LOAEL values identified for respiratory and immune effects after inhalation (Glaser et al. 1985, 1990). An MRL of 0.0003 mg chromium(VI)/$m^3$ has been determined for lower respiratory effects in humans after intermediate-duration inhalation exposure to

chromium(VI) as particulate hexavalent compounds based on the study in rats by Glaser et al. (1990).  An intermediate-duration study on chromium(III) compounds in rats identified respiratory system as the target for inhaled insoluble chromic oxide and soluble basic chromium sulfate (Derelanko et al. 1999).  Based on differences in respiratory effects of these two compounds, distinct intermediate-duration MRLs were derived for insoluble and soluble trivalent chromium compounds.  The minimal LOAEL of 3 mg chromium(III)/m$^3$ for septal cell hyperplasia and chronic interstitial inflammation of the lung in male rats exposed to chromic oxide was used to derive the intermediate-duration inhalation MRL of 0.005 mg chromium(III)/m$^3$ for insoluble trivalent chromium compounds.  The LOAEL of 3 mg chromium(III)/m$^3$ for lesions of the larynx (granulomatous inflammation) and nose (inflammation) in female rats exposed to basic chromium sulfate was used to derive the intermediate-duration inhalation MRL of 0.0001 mg chromium(III)/m$^3$ for soluble trivalent chromium compounds.

The gastrointestinal and hematological systems were identified as the primary targets of intermediate-duration oral exposure of rats and mice exposed to chromium(VI) in drinking water (NTP 2007, 2008a).  An intermediate-duration oral MRL of 0.005 mg chromium(VI)/kg/day has been determined for hematological effects (e.g., microcytic, hypochromic anemia) in rats after intermediate-duration oral exposure to chromium(VI) as sodium dichromate dihydrate in drinking water in a study by NTP (2008a).  In addition, developmental and reproductive studies identify chromium(VI) as a reproductive and developmental toxicant in monkey, rats, and mice after oral exposure (Al-Hamood et al. 1998; Aruldhas et al. 2004, 2005, 2006; Bataineh et al. 1997; Chowdhury and Mitra 1995; Junaid et al. 1996b; Kanojia et al. 1996, 1998; Subramanian et al. 2006; Trivedi et al. 1989; Yousef et al. 2006; Zahid et al. 1990).  Oral studies of intermediate-duration in rats and mice reported no effects of chromium(III) in any system (Ivankovic and Preussmann 1975; NTP 2008b; Shara et al. 2005).  Adverse reproductive effects were observed following oral exposure to chromium(III), although NOAEL values were not established.  No dermal studies of intermediate duration in animals were located.  The toxicity of intermediate-duration exposure to chromium compounds is relatively well characterized for the oral and inhalation routes.  Dermal studies would be useful to determine possible target organs other than the skin.  There are populations surrounding hazardous waste sites that might be exposed to the substance for similar durations.

**Chronic-Duration Exposure and Cancer.**    The respiratory system (Bovet et al. 1977; Cohen et al. 1974; Davies et al. 1991; Gibb et al. 2000a; Keskinen et al. 1980; Kleinfeld and Rosso 1965; Kuo et al. 1997a; Letterer 1939; Lindberg and Hedenstierna 1983; Lucas and Kramkowski 1975; Mancuso 1951; Meyers 1950; Novey et al. 1983; Olaguibel and Basomba 1989; Sassi 1956; Sluis-Cremer and du Toit

1968; Sorahan et al. 1987; Taylor 1966) and the skin (Gomes 1972; Hanslian et al. 1967; Lee and Goh 1988; Lieberman 1941; PHS 1953; Royle 1975b) are the primary target organs for occupational exposure to chromium and its compounds. An MRL of $5x10^{-6}$ mg chromium(VI)/m$^3$ has been determined for upper respiratory effects in humans after chronic-duration inhalation exposure to chromium(VI) as chromium(VI) trioxide mist and other hexavalent chromium mists and dissolved aerosols, based on the study by Lindberg and Hedenstierna (1983). There are more data regarding the effects of chronic inhalation exposure in humans and animals than there are regarding the effects of oral exposure. Studies of populations residing in areas contaminated with chromium(VI) in China have found such effects as oral ulcer, diarrhea, abdominal pain, indigestion, vomiting, constipation, nose and eye irritation, headache, fatigue, dizziness, and leukocytosis (Zhang and Li 1987). Chronic inhalation studies with rats, mice, guinea pigs, and rabbits also identify the respiratory system as the main target of chromium(VI) and chromium(III) exposure (Glaser et al. 1986, 1988; Nettesheim and Szakal 1972; Steffee and Baetjer 1965). Chronic oral exposure studies in rats and mice exposed to chromium(VI) in drinking water identify the hematological and gastrointestinal systems as the primary targets of chronic oral exposure (NTP 2008a), with gastrointestinal effects more sensitive than hematological effects. A chronic-duration oral MRL of 0.0009 mg chromium(VI)/kg/day based on gastrointestinal effects (diffuse epithelial hyperplasia of the duodenum) was derived for hexavalent chromium compounds. Chronic oral exposure to chromium(III) compounds did not result in any target organ toxicity in animals (Ivankovic and Preussmann 1975; MacKenzie et al. 1958; NTP 2008b; Schroeder et al. 1965; Shara et al. 2007); thus, no chronic-duration MRL was derived for chromium(III) compounds since target organs have not been identified and no NOAEL for reproductive effects of oral exposures has been adequately characterized. As noted above, the skin is a sensitive target of toxicity in workers exposed to airborne chromium (the effects resulted from direct dermal contact with chromium). No chronic dermal studies in animals were located. Because water and soil sources can be contaminated near hazardous waste sites, more information regarding chronic oral or dermal exposure would be useful.

**Cancer.** Occupational and environmental epidemiological studies indicate a correlation between long-term exposure to chromium(VI) compounds and lung cancer (Alderson et al. 1981; Baetjer 1950; Bidstrup 1951; Bidstrup and Case 1956; Braver et al. 1985; Cole and Rodu 2005; Crump et al. 2003; Dalager et al. 1980; Davies 1979, 1984; Davies et al. 1991; EEH 1976, 1983; Enterline 1974; Franchini et al. 1983; Frentzel-Beyme 1983; Gibb et al. 2000b; Goldbohm et al. 2006; Haguenoer et al. 1981; Hayes et al. 1979, 1989; Korallus et al. 1982; Langård and Norseth 1975; Langård and Vigander 1983; Langård et al. 1980; Machle and Gregorius 1948; Mancuso 1975, 1997a; Mancuso and Hueper 1951; Ohsaki et al. 1978; Park and Stayner 2006; Park et al. 2004; Pastides et al. 1994; PHS 1953; Rosenman and Stanbury

1996; Sassi 1956; Satoh et al. 1981; Sheffet et al. 1982; Silverstein et al. 1981; Sjogren et al. 1987; Sorahan et al. 1987; Taylor 1966; Zhang and Li 1987). Occupational studies generally consider inhalation exposures, while environmental studies involve exposure by inhalation, ingestion, and dermal contact. Additional studies on populations exposed to chromium in drinking water would be useful to determine if a causal relationship with cancer exists. A unit risk for cancer from inhalation exposure to chromium(VI) compounds has been derived (IRIS 2008) from an occupational study (Mancuso 1975). Chronic inhalation of chromium(VI) compounds was carcinogenic in rats (Glaser et al. 1986) and mice (Nettesheim et al. 1971), and the 2-year carcinogenicity study on oral chromium(VI) provided clear evidence of oral cancers in rats and gastrointestinal cancers in mice (NTP 2008a). Cancer studies by parenteral route support the conclusions that chromium(VI) is carcinogenic (Furst et al. 1976; Hueper 1955, 1958; Hueper and Payne 1959, 1962; Laskin et al. 1970; Levy et al. 1986; Roe and Carter 1969; Steinhoff et al. 1986). For chromium(III) compounds, evidence for carcinogenesis (preputial adenomas in male rats) in the NTP (2008b) 2-year bioassay was equivocal. The available human and animal data are sufficient for determining that chromium(VI) is carcinogenic following inhalation and oral exposure. However, additional animal studies are needed to adequately assess the carcinogenic potential of chromium(III) following inhalation and oral exposure.

**Genotoxicity.** Several studies evaluating chromosomal aberrations, sister chromatid exchange, micronuclei, DNA strand breaks and DNA-protein crosslinks in workers exposed to chromium(VI) have been conducted, some reporting positive results (Benova et al. 2002; Deng et al. 1988; Gambelunghe et al. 2003; Koshi et al. 1984; Lai et al. 1998; Medeiros et al. 2003a; Sarto et al. 1982; Stella et al. 1982; Vaglenov et al. 1999; Werfel et al. 1998; Wu et al. 2001) and some reporting negative results (Benova et al. 2002; Gao et al. 1994; Hamamy et al. 1987; Husgafvel-Pursiainen et al. 1982; Littorin et al. 1983; Medeiros et al. 2003a; Nagaya 1986; Nagaya et al. 1991). However, most of these studies are limited by factors such as lack of exposure data, co-exposure to other potentially genotoxic agents, and too few workers for meaningful statistical analysis. Mostly positive results have been found in rodents and *D. melanogaster* exposed to chromium(VI) compounds *in vivo* (De Flora et al. 2006; Gava et al. 1989a; Itoh and Shimada 1993; Kaya et al. 2002; Kirpnick-Sobol et al. 2006; Mirsalis et al. 1996; NTP 2007; Olvera et al. 1993; Paschin et al. 1982; Rasmuson 1985; Rodriguez-Arnaiz and Martinez 1986; Sarkar et al. 1993; Shindo et al. 1989; Tsapakos et al. 1983b; Ueno et al. 2001; Wang et al. 2006; Wild 1978; Zimmering et al. 1985). Numerous *in vitro* genotoxicity studies have been conducted in bacteria (Bennicelli et al. 1983; De Flora 1978, 1981; Haworth et al. 1983; Kanematsu et al. 1980; Kortenkamp et al. 1996b; Llagostera et al. 1986; Nakamuro et al. 1978; Nishioka 1975; NTP 2007; Olivier and Marzin 1987; Tagliari et al. 2004; Venier et al. 1982; Venitt and Levy 1974; Watanabe et al. 1998a; Yamamoto et

al. 2002), yeast (Bonatti et al. 1976; Fukunaga et al. 1982; Kirpnick-Sobol et al. 2006; Singh 1983), cultured animal cell systems (Briggs and Briggs 1988; DiPaolo and Casto 1979; Douglas et al. 1980; Elias et al. 1989b; Fornace et al. 1981; Kowalski et al. 1996; Levis and Majone 1979; MacRae et al. 1979; Montaldi et al. 1987; Newbold et al. 1979; Ohno et al. 1982; Raffetto et al. 1977; Seoane and Dulout 1999; Sugiyama et al. 1986a; Tsuda and Kato 1977; Ueno et al. 1995a; Umeda and Nishimura 1979; Venier et al. 1982; Wise et al. 1993; Yang et al. 1992), and human cell systems (Blasiak and Kowalik 2000; Depault et al. 2006; Douglas et al. 1980; Fornace et al. 1981; Gomez-Arroyo et al. 1981; Ha et al. 2004, 2004; Holmes et al. 2006; MacRae et al. 1979; Montaldi et al. 1987; Nakamuro et al. 1978; Sarto et al. 1980; Stella et al. 1982; Sugiyama et al. 1986a; Trzeciak et al. 2000; Whiting et al. 1979; Wise et al. 2002, 2004, 2006a, 2006b), mostly with positive results. The vast majority of studies, therefore, clearly indicated that chromium(VI) compounds are genotoxic.

Genotoxicity data are also available for chromium(III) compounds. A study in tannery workers, who were exposed mainly to chromium(III), reported negative results for chromosomal aberrations and sister chromatid exchange (Hamamy et al. 1987), while positive results for micronuclei and DNA-protein crosslinks were reported in another study on tannery workers (Medeiros et al. 2003a). Chromium trichloride, chromium picolinate, and niacin-bound chromium(III) also did not cause DNA damage, or increased frequencies of micronuclei in rats exposed *in vivo* (Cupo and Wetterhahn 1985; De Flora et al. 2006; NTP 2008b; Shara et al. 2005). Transplacental exposure to chromium(III) chloride salt resulted in DNA deletions (Kirpnick-Sobol et al. 2006). Mostly negative results have been found in *in vitro* genotoxicity studies of chromium(III) compounds in bacteria (Bennicelli et al. 1983; De Flora 1981; Kanematsu et al. 1980; Llagostera et al. 1986; Matsui 1980; Nishioka 1975; NTP 2008b; Olivier and Marzin 1987; Petrilli and De Flora 1978b; Shara et al. 2005; Venier et al. 1982, 1989; Yamamoto et al. 2002), and mammalian cell systems (Fornace et al. 1981; Itoh and Shimada 1996; Le Curieux et al. 1992; Levis and Majone 1979; MacRae et al. 1979; Newbold et al. 1979; Ohno et al. 1982; Raffetto et al. 1977; Sarkar et al. 1993; Sarto et al. 1980; Shara et al. 2005; Stella et al. 1982; Tsuda and Kato 1977; Ueno et al. 1995a; Umeda and Nishimura 1979; Whiting et al. 1979; Wise et al. 1993; Yang et al. 1992). Chromium(III) did not increase the number of micronuclei in polychromatic erythrocytes in mice (Itoh and Shimada 1996). Several studies have found weakly positive or positive results in Chinese hamster ovary cells (Coryell and Stearns 2006; Levis and Majone 1979; Stearns et al. 2002), mouse fetal cells (Raffetto et al. 1977), mouse lymphoma cells (Whittaker et al. 2005), and human cell lines (Blasiak and Kowalik 2000; Nakamuro et al. 1978; Stella et al. 1982).

Chromium(III) compounds are less genotoxic than chromium(VI) compounds in intact cell systems because of the relative inability of chromium(III) to cross cell membranes; however, chromium(III) is more genotoxic than chromium(VI) when tested *in vitro* in subcellular targets (Kowalski et al. 1996; Snow 1991; Snow and Xu 1989). The reduction of chromium(VI) to chromium(III) as the ultimate genotoxicant within cells may account for the genotoxicity of chromium(VI) (Beyersmann and Koster 1987). However, in intact cells, chromium(III) appears less genotoxic than chromium(VI) due to decreased cellular permeability to chromium(III).

Additional studies in workers with known levels of chromium exposure that control for confounding factors would be useful for defining levels at which chromosomal aberrations occur in humans exposed to chromium(VI) in the workplace. Also, better dose-response relationships would be useful for the various genotoxic and regulatory effects observed with chromium to better determine which end points are the most sensitive and dominant at exposures near environmental levels.

**Reproductive Toxicity.**    No reliable information was located regarding reproductive effects in humans after inhalation, oral, or dermal exposure to chromium or its compounds. Studies in women exposed occupationally also show that chromium can be transferred to fetuses through the placenta (Shmitova 1980). Inhalation studies would be useful for determining the reproductive toxicity of inhaled chromium and compounds and for establishing exposure-response relationships. Adverse effects on the male reproductive system (included decreased spermatogenesis and histopathological alterations to the epididymis) were observed in monkeys exposed to chromium(VI) in drinking water for 180 days (Aruldhas et al. 2004, 2005, 2006; Subramanian et al. 2006). Effects on spermatogenesis were reported in male rats given chromium(VI) by gavage for 90 days (Chowdhury and Mitra 1995) and in rabbits exposed to chromium(VI) in drinking water for 10 weeks (Yousef et al. 2006). In male mice, oral exposure of intermediate duration to chromium(VI) or chromium(III) was reported to result in decreased spermatogenesis and cellular degeneration of the outer layer of seminiferous tubules (Zahid et al. 1990); alterations in testicular, seminal vesicle, and preputial gland weights and decreased fertility were observed in mice following intermediate-duration exposure to chromium(VI) or chromium(III) (Elbetieha and Al-Hamood 1997). However, results of the study by Elbetieha and Al-Hamood 1997 should be interpreted with caution due to concern regarding experimental methods (see discussion in Section 2.3, Minimal Risk Levels). But other studies found no reproductive effects in male or female mice (NTP 1996a, 1996b, 1997, 2007, 2008a) exposed to chromium(VI) or chromium(III) (NTP 2008b; Shara et al. 2005, 2007). Alterations in sexual behavior and aggressive behavior toward other males were observed in male rats exposed to chromium(VI) or chromium(III) (Bataineh et al. 1997). Female mice or rats exposed orally to

chromium(VI) compounds prior to mating (Junaid et al. 1996a; Kanojia et al. 1996, 1998) or female mice exposed during gestation (Junaid et al. 1996b; Trivedi et al. 1989) had increased fetal resorptions and decreased litter size.  Alterations in ovarian and uterine weights and impaired fertility were observed in female mice that were exposed to chromium(III) or chromium(VI) and then were mated with unexposed mice (Elbetieha and Al-Hamood 1997); however, these results should be interpreted with caution due to concern regarding experimental methods (see discussion in Section 2.3, Minimal Risk Levels). Reductions in numbers of follicles and ova/mouse were seen following oral chromium(III) exposure (Murthy et al. 1996).  Impaired development of the reproductive system was observed in the female offspring of mice exposed to potassium dichromate(VI) or chromium(III) chloride (Al-Hamood et al. 1998).  A decrease in the number of pregnancies was observed in female rats administered 33.6 mg chromium(III)/kg/day as chromium chloride (by gavage) on gestational days 1–3; the same treatment on gestational days 4–6 did not alter the number of pregnancies (Bataineh et al. 2007).  Distribution studies in pregnant rats given chromium(VI) or chromium(III) orally (Mertz et al. 1969) or intravenously (Danielsson et al. 1982) and in pregnant mice given chromium(III) intraperitoneally (Iijima et al. 1983) indicated that chromium can cross the placenta after administration of either valence state.  The available data on reproductive effects of chromium and its compounds are inadequate for establishing dose relationships; thus, further studies to establish the LOAEL and NOAEL values would be valuable.  No dermal toxicity studies examining reproductive end points were identified; dermal studies would be useful for assessing the reproductive toxicity of chromium and compounds following dermal contact and for establishing exposure-response relationships.

**Developmental Toxicity.**    No reliable information was located regarding developmental toxicity in humans after inhalation, oral, or dermal exposure or in animals after dermal exposure to chromium or its compounds.  A study in women exposed occupationally reported that chromium can be transferred to fetuses through the placenta (Shmitova 1980), but the poor quality and reporting of this study preclude its use for drawing conclusions regarding potential developmental effects of chromium in humans.  In female rats and mice, oral exposure of acute or intermediate duration to chromium(VI) compounds resulted in fetal toxicity (Elsaieed and Nada 2002; Junaid et al. 1996a, 1996b; Kanojia et al. 1996, 1998; Trivedi et al. 1989), but a NOAEL for these effects was not identified.  Chromium(VI) delayed the onset of puberty in rats (Banu et al. 2008; Samuel et al. 2011).  Chromium(VI) also decreased antioxidant enzyme activity in the liver, kidney, and bone of neonatal rats born to dams exposed during gestation and lactation (Soudani et al. 2010b, 2011a, 2011b).  Impaired development of the reproductive system was observed in the female offspring of mice exposed to potassium dichromate(VI) or chromium(III) chloride (Al-Hamood et al. 1998).  Distribution studies in rat dams given chromium(VI) or chromium(III)

intravenously (Danielsson et al. 1982) or orally (Mertz et al. 1969) and in mouse dams given chromium(III) intraperitoneally (Iijima et al. 1983) indicated that chromium can cross the placenta after administration of either valence state. No developmental effects were observed in the offspring of rats fed 1,806 mg chromium(III)/kg/day as chromium oxide for 60 days before mating and throughout the gestational period (Ivankovic and Preussmann 1975). No pharmacokinetic studies have been conducted regarding the distribution of chromium or its compounds to the fetus after inhalation or dermal exposure of the dams. Further oral developmental studies of chromium(VI) and chromium(III) in mice and other species would be useful to determine a NOAEL. These studies should include examination of developmental/neural end points. Developmental studies using inhalation exposure would be useful to determine if developmental effects are route specific. Data from oral, inhalation and dermal studies would be useful for determining dose-response relationships.

**Immunotoxicity.**    In humans, allergic sensitization, characterized by asthma attacks and dermatitis, has been reported after occupational inhalation or occupational dermal exposure (Keskinen et al. 1980; Leroyer et al. 1998; Moller et al. 1986; Olaguibel and Basomba 1989) or dermal exposure (Burrows 1983; Engel and Calnan 1963; Engebrigtsen 1952; Eun and Marks 1990; Fregert 1975; Hansen et al. 2003; Kaplan and Zeligman 1962; Levin et al. 1959; Nethercott et al. 1994; Newhouse 1963; Peltonen and Fraki 1983; Samitz and Shrager 1966; Wahba and Cohen 1979; Winder and Carmody 2002; Winston and Walsh 1951) to chromium compounds. Two occupational studies suggest that chromium exposure affects the leukocyte populations in the blood of workers (Boscolo et al. 1997; Mancuso 1951). Delayed anaphylactoid reaction was observed in one case (Moller et al. 1986). Dermatitis was exacerbated in sensitized individuals by oral exposure to chromium(VI) (Goitre et al. 1982; Kaaber and Veien 1977).

In rats, nonspecific disease resistance mechanisms of the lung are inhibited by inhalation exposure to chromium and its compounds (Glaser et al. 1985). Inhalation exposure of intermediate duration alters immunoglobulin levels, lymphocyte responses to antigen and lectin, and spleen weight in rats (Glaser et al. 1985), as well as altered numbers of total recoverable cells, neutrophils, and monocytes, and percentages of pulmonary macrophages in bronchopulmonary lavage (Cohen et al. 1998). Intermediate-duration oral exposure of rats to chromium(VI) increased the proliferative response of T- and B-lymphocytes to mitogens and antigens (Snyder and Valle 1991).

There are sufficient data to determine that chromium or its compounds affect the immune system. More sensitive tests of the immune function after inhalation, oral, or dermal exposure to chromium or its compounds would be useful to determine the threshold levels for effects in humans. Studies evaluating

exposure levels required to produce sensitization and elicitation of allergic responses would also provide additional information regarding threshold levels. Additional studies that explore changes in cytokine levels (Snyder et al. 1996) caused by chromium exposure should prove helpful since they may provide mechanistic information as to how chromium may affect immune function.

**Neurotoxicity.**   Exposure of humans to high levels of airborne chromium(VI) in occupational and environmental settings produced symptoms of dizziness, headache, and weakness (Lieberman 1941). Cerebral edema was found in a case of fatal poisoning by ingestion (Kaufman et al. 1970). No studies were located describing neurotoxic effects in animals after inhalation and dermal exposure to chromium or its compounds. A 28-day drinking water study in rats reported decreased motor activity and ponderal balance, although a complete battery of neurological function tests was not conducted (Diaz-Mayans et al. 1986). Some distribution studies have detected chromium in the brain (Behari and Tandon 1980; Danielsson et al. 1982; Kaufman et al. 1970; Tandon et al. 1979). More recently, patients with 8–25-fold higher chromium blood levels that resulted from parenteral feeding did not have increased signs of somatopsychic responses (Lovrincevic et al. 1996). However, the number of patients studied was small and they were suffering from serious clinical diseases.

Since the central nervous system may be a target organ for exposure to chromium or its compounds, additional inhalation, oral, and dermal studies would be useful to corroborate the limited data and would provide useful information for populations near hazardous waste sites. More information on people (adults, children) environmentally exposed to chromium would be useful to assess its potential to effect neuro/behavioral end points.

**Epidemiological and Human Dosimetry Studies.**   Most epidemiology studies use cohorts of occupationally exposed individuals and provide consistent data indicating that inhaled chromium can be carcinogenic (Alderson et al. 1981; Baetjer 1950; Bidstrup 1951; Bidstrup and Case 1956; Braver et al. 1985; Cole and Rodu 2005; Crump et al. 2003; Cruz et al. 2006; Dalager et al. 1980; Davies 1979, 1984; Davies et al. 1991; EEH 1976, 1983; Enterline 1974; Fernandez-Nieto et al. 2006; Franchini et al. 1983; Frentzel-Beyme 1983; Gibb et al. 2000b; Goldbohm et al. 2006; Haguenoer et al. 1981; Hayes et al. 1979, 1989; Korallus et al. 1982; Langård and Norseth 1975; Langård and Vigander 1983; Langård et al. 1980; Machle and Gregorius 1948; Mancuso 1975, 1997a; Mancuso and Hueper 1951; Ohsaki et al. 1978; Park and Stayner 2006; Park et al. 2004;Pastides et al. 1994; PHS 1953; Rosenman and Stanbury 1996; Sassi 1956; Satoh et al. 1981; Sheffet et al. 1982; Silverstein et al. 1981; Sjogren et al. 1987; Sorahan et al. 1987; Taylor 1966) and can cause other toxic effects such as respiratory irritation, nasal septum

3.  HEALTH EFFECTS

perforation, and chrome sores on the skin (due to dermal exposure) (Bovet et al. 1977; Cohen et al. 1974; Davies et al. 1991; Gibb et al. 2000a; Gomes 1972; Hanslian et al. 1967; Keskinen et al. 1980; Kitamura et al. 2003; Kleinfeld and Rosso 1965; Lee and Goh 1988; Lieberman 1941; Letterer 1939; Lucas and Kramkowski 1975; Mancuso 1951; Meyers 1950; Novey et al. 1983; Olaguibel and Basomba 1989; Osim et al. 1999; PHS 1953; Royle 1975b; Sassi 1956; Sluis-Cremer and du Toit 1968; Sorahan et al. 1987; Taylor 1966). Results of epidemiological data are consistent with results of studies in experimental animals showing that the lung is the target organ for inhaled chromium(VI). Epidemiology studies in the chromate production industry and in chrome pigment manufacture and chrome plating have consistently shown an association with increased risk of lung cancer, but studies in other industries, such as stainless steel welding, electroplating, and ferrochromium production, have yielded inconclusive results. Exposure to chromium(VI) in these industries is associated with these effects, but the case for chromium(III) is less clear. Further studies in these industries may lead to more conclusive results. Measurements of chromium in urine and blood are useful for monitoring occupational exposure to chromium compounds. However, chromium(III) is an essential nutrient, and levels in biological fluids might be enough to mask low level exposures. One environmental epidemiology study suggested that residence near a ferrochromium plant did not pose a risk of cancer (Axelsson and Rylander 1980), but an environmental study (which included oral exposure due to contaminated well water) in China found that residence near an alloy plant that smelted chromium was associated with increased incidences of lung and stomach cancer (Zhang and Li 1987).

**Mechanisms of Action.**    Numerous studies have investigated the mechanisms of cellular toxicity and genotoxicity. Toxicity appears to be related partly through reactive intermediates during intracellular reduction of chromium(VI) and oxidative reactions, and partly mediated by chromium(III), which is the final product of intracellar chromium(VI) reduction and forms deleterious complexes with critical target macromolecules (Chen and Shi 2002; Costa 2003; Costa and Klein 2006a; Ding and Shi 2002; Jeejeebhoy 1999; Levina and Lay 2005; Liu and Shi 2001; O'Brien et al. 2003; Paustenbach et al. 2003; Shrivastava et al. 2002; Zhitkovich 2005). The products of metabolic reduction of chromium(VI) (free radicals and chromium(V) and (IV)) and the newly generated chromium(III) are thought to be, in part, primarily responsible for the genotoxic effects that lead to carcinogenicity seen in human and animal studies. The types of chromium-induced structural damage include DNA strand breaks (Aiyar et al. 1991; Bagchi et al. 2002a; Bryant et al. 2006; Casadevall et al. 1999; Ha et al. 2004; Kuykendall et al. 1996; Manning et al. 1992; Messer et al. 2006; Pattison et al. 2001; Ueno et al. 1995a), DNA-protein crosslinks (Aiyar et al. 1991; Blankenship et al. 1997; Capellmann et al. 1995; Costa et al. 1996, 1997; Kuykendall et al. 1996; Lin et al. 1992; Manning et al. 1992; Mattagajasingh and Misra 1996; Miller et al. 1991; O'Brien et al.

2005; Quievryn et al. 2001; Zhitkovich et al. 1996), DNA-DNA interstrand crosslinks (Xu et al. 1996), chromium-DNA adducts, and chromosomal aberrations (Blankenship et al. 1997; Sugiyama et al. 1986a; Umeda and Nishimura 1979; Wise et al. 1993).  Results of other studies suggest that genotoxicity of chromium is due to the formation of chromium-DNA ternary adducts, which lead to repair errors, collapsed replication forks, alterations in cellular communication, and effects on signaling pathways and cytoskeleton (Ha et al. 2004), and centrosome and spindle assembly checkpoint bypass leading to chromosome instability (Holmes et al. 2006; Wise et al. 2006a).  Studies on mechanisms of action of chromium are actively ongoing in the current and future literature (see Section 3.12.3, Ongoing Studies).

**Biomarkers of Exposure and Effect.**

*Exposure.*  There are studies correlating chromium in urine (Gylseth et al. 1977; Iarmarcovai et al. 2005; Kilburn et al. 1990; Lindberg and Vesterberg 1983a; Lukanova et al. 1996; Medeiros et al. 2003a; McAughey et al. 1988; Minoia and Cavalleri 1988; Muttamara and Leong 2004; Mutti et al. 1985b; Sjogren et al. 1983; Stridsklev et al. 2004; Tola et al. 1977), blood (Iarmarcovai et al. 2005; Kilburn et al. 1990; Medeiros et al. 2003a; McAughey et al. 1988; Minoia and Cavalleri 1988; Muttamara and Leong 2004; Randall and Gibson 1987; Stridsklev et al. 2004; Sathwara et al. 2007), hair (Randall and Gibson 1989; Saner et al. 1984; Takagi et al. 1986), and erythrocytes (Lukanova et al. 1996; Minoia and Cavalleri 1988) to occupational exposure levels.  All current methods of biological monitoring are useful primarily for occupational exposure scenarios.  Since chromium is an essential element, levels of chromium compounds have to be relatively high in humans before they signify an increase due to exposure.  Hair has been useful in determining chronic occupational exposure to chromium in high concentrations (Randall and Gibson 1989); the usefulness of this method for detecting prior exposures is limited to a timespan of months (Simpson and Gibson 1992).  Erythrocytes (with a half-life of 120 days) can be used to monitor intermediate exposures, and blood or urine can be used to determine acute exposures (Korallus 1986a, 1986b).  Occupational exposure to chromium can cause chromosomal aberrations (Koshi et al. 1984; Sarto et al. 1982; Stella et al. 1982).  Therefore, chromosomal abnormalities may be useful for monitoring chromium exposure; however, other chemicals are capable of causing these effects.  Chromium(VI) compounds are able to bind to macromolecules in the body and can form DNA-protein crosslinks (Coogan et al. 1991b).  However, no increase in these crosslinks was observed in leukocytes from volunteers over a 240-minute time period after ingestion of chromium(VI) as potassium chromate (Kuykendall et al. 1996).  The identification of chromium-protein/peptide complexes specific for chromium(VI) exposure and small enough to be excreted in the urine may be useful for biomonitoring in detecting low level exposure to populations near hazardous waste sites.  As discussed in Section 3.8.1,

there are a number of limitations to using urinary monitoring to assess environmental exposure to chromium (Paustenbach et al. 1997). However, urinary monitoring has the advantage of easy sample collection and is noninvasive. Mathematical models have been used to identify "excess" urinary chromium in a population exposed to low levels of chromium (Fagliano et al. 1997). Further refinement of these models as more data are collected from unexposed and exposed populations will also be useful in detecting low level exposures.

***Effect.*** Chromosomal aberrations have been observed in workers exposed by inhalation to chromium compounds (Koshi et al. 1984; Sarto et al. 1982; Stella et al. 1982). Moreover, chromium(VI) compounds can bind to macromolecules that are excreted in the urine (Coogan et al. 1991b). The use of these techniques to detect chromosomal aberrations and chromium-macromolecular complexes would be useful in identifying populations near hazardous waste sites that would be at higher risk. In addition, the finding of increased retinol binding protein, ß$_2$-microglobulin, and brush border proteins in the urine of workers exposed to chromium may serve as an early indication of kidney damage (Franchini and Mutti 1988; Lindberg and Vesterberg 1983b; Liu et al. 1998; Mutti et al. 1985b). Additional screening for low molecular weight proteins in occupationally exposed individuals will help to determine if these proteins can be used as reliable indicators of renal damage due to chromium exposure. Snyder et al. (1996) found no difference in mitogenic stimulation of mononuclear cells isolated from people environmentally/ occupationally exposed to chromium as compared to nonexposed individuals. However, monocytes in the exposed population had a 36% lower level of the cytokine IL-6 that is involved in antibody production. As discussed in Section 3.3, chromium induces many types of DNA lesions such as chromium-DNA complexes, DNA adducts, and DNA-protein crosslinks that are potential markers of genotoxic or cancer effects due to chromium exposure. However, only one study has attempted to utilize such end points and reported that volunteers exposed to chromium in drinking water showed no increase in protein-DNA crosslinking in blood cells (Kuykendall et al. 1996). However, further studies may show that other types of lesions induced by chromium may be more sensitive. Räsänen et al. (1991) developed an *in vitro* method to assess chromium sensitivity by measuring mononuclear leukocyte proliferation in response to chromium(III) chloride, sodium chromate(VI), and potassium chromate(VI). Additional studies would be useful to validate this method.

**Absorption, Distribution, Metabolism, and Excretion.** The pharmacokinetics database is substantial for human and animal exposure to chromium compounds. Chromium and its compounds can be absorbed after oral (Anderson 1981, 1986; Anderson et al. 1983; Bunker et al. 1984; DiSilvestro and Dy 2007; Donaldson and Barreras 1966; Finley et al. 1996b; Gargas et al. 1994; Kerger et al. 1997;

Kuykendall et al. 1996; Paustenbach et al. 1996), inhalation (Adachi et al. 1981; Cavalleri and Minoia 1985; Gylseth et al. 1977; Langård et al. 1978; Kiilunen et al. 1983; Mancuso 1997b; Minoia and Cavalleri 1988; Randall and Gibson 1987; Suzuki et al. 1984; Tossavainen et al. 1980), and dermal (Baranowska-Dutkiewicz 1981; Brieger 1920; Corbett et al. 1997; Liden and Lundberg 1979; Mali et al. 1963; Samitz and Shrager 1966; Spruit and van Neer 1966; Wahlberg 1970; Wahlberg and Skog 1965) exposure.  For the general population, oral exposure via the diet to chromium(III) is the most significant route.  Occupational exposure usually involves inhalation and dermal routes.  Pharmacokinetic data are generally consistent with regard to absorption, distribution, and excretion among species.  Chromium(VI) compounds are absorbed more readily through cell membranes than are chromium(III) compounds (MacKenzie et al. 1958; Maruyama 1982; Witmer et al. 1989, 1991).  Absorption is greater through the lungs than through the gastrointestinal tract (Baetjer et al. 1959b; Bragt and van Dura 1983; Kuykendall et al. 1996; Visek et al. 1953; Wiegand et al. 1984, 1987).

Examination of tissues taken at autopsy from occupationally and environmentally exposed people indicate widespread distribution of chromium (Brune et al. 1980; Hyodo et al. 1980; Kollmeier et al. 1990; Mancuso 1997b; Schroeder et al. 1962; Teraoka 1981).  Widespread distribution of chromium has also been found in animals after oral exposure (Kargacin et al. 1993; Witmer et al. 1989, 1991).  The distribution of chromium in animals after intratracheal, parenteral, or dermal exposure is greatest in the lungs, liver, kidneys, blood, spleen, testes, and brain (Baetjer et al. 1959a; Behari and Tandon 1980; Bryson and Goodall 1983; Coogan et al. 1991b; Lim et al. 1983; Mutti et al. 1979; Tandon et al. 1979; Visek et al. 1953; Wahlberg and Skog 1965; Weber 1983).  Oral exposure studies indicate that higher levels of chromium(VI) compounds are absorbed than are levels of chromium(III) compounds.  Studies in humans occupationally and environmentally exposed to chromium(VI) (Casey and Hambidge 1984; Shmitova 1980) and in animals exposed to chromium(VI) or chromium(III) demonstrate the ability for chromium to cross the placenta (Mertz et al. 1969; Saxena et al. 1990a).  Chromium(VI) crosses more readily than chromium(III).

There are no data to indicate that the route of exposure influences the metabolism of chromium. Regardless of the route of exposure, chromium(VI) inside the body is reduced to chromium(III) by ascorbic acid, glutathione, or by the NADPH-dependent cytochrome P450 system (Aaseth et al. 1982; Chen and Shi 2002; Costa 2003; Costa and Klein 2006a; De Flora et al. 1984, 1997; Ding and Shi 2002; Garcia and Jennette 1981; Gruber and Jennette 1978; Jeejeebhoy 1999; Levina and Lay 2005; Liu and Shi 2001; Liu et al. 1995; Mikalsen et al. 1989; O'Brien et al. 2003; Paustenbach et al. 2003; Petrilli et al.

1985, 1986a; Samitz 1970; Shrivastava et al. 2002; Suzuki and Fukuda 1990; Wiegand et al. 1984;
Zhitkovich 2005).

Analysis of the urine of workers occupationally exposed to chromium(VI) indicates that chromium is
excreted in the trivalent form, which is consistent with *in vivo* reduction of chromium(VI) to
chromium(III) (Cavalleri and Minoia 1985; Minoia and Cavalleri 1988).  Oral studies in humans and
animals indicate that most of the chromium(VI) or chromium(III) ingested is excreted in the feces
(Bunker et al. 1984; Donaldson and Barreras 1966; Donaldson et al. 1984; Henderson et al. 1979; Sayato
et al. 1980), consistent with the poor gastrointestinal absorption of chromium.  After dermal exposure of
humans and animals, chromium can be found in the urine and feces (Brieger 1920; Wahlberg and Skog
1965).  Chromium has been detected in hair and fingernails of the general population of several countries
(Takagi et al. 1986, 1988) and in the breast milk of nursing mothers (Casey and Hambidge 1984),
indicating these media as routes of excretion.  Data regarding excretion after exposure of animals to
chromium(VI) or chromium(III) by other routes indicated that excretion occurs rapidly, and primarily via
the kidneys, once chromium(VI) is reduced (Gregus and Klaassen 1986; Yamaguchi et al. 1983).  Thus,
absorption, distribution, and excretion of chromium have been studied extensively.  Additional studies
examining the enzymatic reduction of chromium(VI) compounds in rodents and humans would be of
value in determining the potential biological impact of the reported differences in those pathways.

**Comparative Toxicokinetics.**    Toxicokinetic data in humans, dogs, rats, mice, rabbits, and hamsters
generally correlate well among species (see references above).  However, exposures to chromium(VI)
resulted in different organ distribution patterns between rats and mice (Kargacin et al. 1993), and the
chromium levels in mouse fetal tissues were elevated over maternal blood levels, whereas in rats, these
differences were not found (Saxena et al. 1990a).  In addition, comparisons of human and rat hepatic
microsomal ability to reduce chromium(VI) indicated differences in microsomal complexes involved
(Myers and Myers 1998; Pratt and Myers 1993).  Therefore, additional comparison studies among species
would be useful to determine variations in the absorption, distribution, metabolism, and excretion of
chromium.  A PBPK model (O'Flaherty 1996; O'Flaherty et al. 2001) that has been partially validated
has been developed based on rats.  As described previously, the model is quite sophisticated, but
additional physiological and kinetic parameters from both humans and other animal species are needed in
order for the model to be employed for extrapolation across species and for use in risk assessment.
Furthermore, additional metabolic data are needed with regard to insoluble chromium and its elimination
and solubilization, particularly in lung tissue.

**Methods for Reducing Toxic Effects.**    Methods for reducing the absorption of chromium from the lungs consist primarily of administering ascorbic acid or N-acetylcysteine, which enhance the reduction of chromium(VI) to chromium(III) (De Flora and Wetterhahn 1989; Suzuki and Fukuda 1990). Chromium(III) passes the alveolar lining into the bloodstream less readily than chromium(VI) and is cleared by mucociliary clearance.  A study might be conducted to determine whether administration of expectorants would enhance clearance from the lungs.  Oral administration of ascorbic acid to further reduce chromium(VI) to chromium(III) might further decrease bioavailability (Haddad et al. 1998; Kuykendall et al. 1996; Schonwald 2004), although this has not been proven (Leikin and Paloucek 2002; Schonwald 2004).  After dermal exposure, thorough washing and ascorbic acid therapy to enhance the reduction of chromium(VI) to chromium(III) (Schonwald 2004), followed by chelation with EDTA (Nadig 1994), would greatly reduce dermal absorption.  Administration of ascorbic acid has also been used to enhance the reduction of chromium(VI) to chromium(III) in plasma (Korallus et al. 1984), which would reduce the body burden of chromium because chromium(III) would bind to plasma protein and be excreted in the urine.  Studies could be conducted to determine if other reducing agents would be more effective than ascorbic acid.  Once inside the cell, chromium(VI) can enter many reactions resulting in reduction to various oxidation states with the generation of reactive oxygen species and radicals, all of which may be more or less toxic than chromium(III) (De Flora and Wetterhahn 1989).  Gasiorowski et al. (1997, 1998) showed that stabilizing chromium in the hexavalent oxidation state, via complexing to a ligand, decreased the mutagenicity of chromium(VI).  Methods could be developed to interfere with these various reactions, but such methods may be counterproductive because they might shift one reaction to another with undesirable consequences.  *In vitro* studies have indicated that vitamin E, ascorbic acid, and glutatione protected against cellular damage, including chromosomal breakage, DNA-protein crosslinks, and apoptosis (cell death)  (Blankenship et al. 1997; Little et al. 1996; Sugiyama 1991; Wise et al. 1993, 2004), while vitamin $B_2$ enhanced the cytotoxicity and DNA single-strand breaks induced by chromium(VI) (Sugiyama 1991).  Vitamin E may have scavenged radicals and/or chromium(V) during the reduction of chromium(VI) (Sugiyama 1991).  Other vitamins might also be effective in mitigating chromium's effects; thus, studies on the effect of vitamins on chromium toxicity may provide additional information on the potential to reduce toxic effects.  Although the administration of thyroxine has been shown to ameliorate potassium dichromate-induced acute renal failure in rats (Siegel et al. 1984), its use in humans has not been tested.  Further studies are needed to assess the safety of administering thyroxine to mitigate chromium toxicity.

**Children's Susceptibility.**    Data needs relating to both prenatal and childhood exposures, and developmental effects expressed either prenatally or during childhood, are discussed in detail in the Developmental Toxicity subsection above.

A limited amount of information is available on the toxicity of chromium in children; most of the available data come from children ingesting lethal doses of chromium(VI) (Clochesy 1984; Ellis et al. 1982; Iserson et al. 1983; Kaufman et al. 1970; Reichelderfer 1968).  Studies that examine sensitive end points such as respiratory effects following inhalation exposure, or gastrointestinal, hematological, liver and kidney effects in young animals would be useful for assessing whether children will be unusually susceptible to chromium toxicity.  The available animal data suggest that chromium is a developmental toxicant.  As discussed in Section 3.2.2.6, the observed developmental effects include postimplantation losses, gross abnormalities, and impaired reproductive development in the offspring (Al-Hamood et al. 1998; Junaid et al. 1996a, 1996b; Kanojia et al. 1996, 1998; Trivedi et al. 1989).  Data needs relating to development are discussed in detail in the Developmental Toxicity subsection above.  There are some data in humans and animals that provide evidence that chromium can cross the placenta and be transferred to an infant via breast milk (Casey and Hambidge 1984; Danielsson et al. 1982; Mertz et al. 1969; Saxena et al. 1990a; Shmitova 1980).  There are no data on whether chromium is stored in maternal tissues and whether these stores can be mobilized during pregnancy or lactation.

An age-related difference in the extent of gastrointestinal absorption of chromium(III) was reported in one study (Sullivan et al. 1984); it is not known if a similar relationship would exist for chromium(VI).  No other information is available that evaluated potential differences between adults and children.  Toxicokinetic studies examining how aging can influence the absorption, distribution, and excretion of chromium, particularly chromium(VI) would be useful in assessing children's susceptibility to chromium toxicity.  There are no data to determine whether there are age-specific biomarkers of exposure or effects or any interactions with other chemicals that would be specific for children.  There is very little available information on methods for reducing chromium toxic effects or body burdens; it is likely that research in adults would also be applicable to children.

Child health data needs relating to exposure are discussed in Section 6.8.1, Identification of Data Needs: Exposures of Children.

USCA Case #25-1087      Document #2105058      Filed: 03/10/2025      Page 1886 of 2126

### 3.12.3  Ongoing Studies

Ongoing studies pertaining to chromium toxicity have been identified and are shown in Table 3-12.

APPX ATT_V6_4192

**Table 3-12.  Ongoing Studies on Chromium**

| Investigator | Study Topic | Institution | Sponsor |
|---|---|---|---|
| Avery S | Role of oxidative mechanisms in the toxicity of metals | University of Nottingham | National Institute of General Medical Sciences |
| Cohen M | Properties of metals may govern toxicities in the lungs | New York University School of Medicine | National Institute of General Medical Sciences |
| Myers C | Human lung chromium toxicity: Role of cytochrome b5 | Medical College of Wisconsin | National Institute of Environmental Health Sciences |
| Patierno S | Chromium genotoxicity: Response and repair mechanisms | George Washington University | National Institute of Environmental Health Sciences |
| Stearns D | Uptake and mutagenicity of moderately soluble hexavalent chromium | Northern Arizona University | National Institute of Environmental Health Sciences |
| Sugden K | Oxidative DNA lesion formation from chromate exposure | University of Montana | National Institute of Environmental Health Sciences |
| Zhitkovich A | Biological dosimetry of hexavalent chromium | Brown University | National Institute of Environmental Health Sciences |
| Zhitkovich A | Genotoxicity of chromium compounds | Brown University | National Institute of Environmental Health Sciences |
| Zhitkovich A | Sensitivity mechanisms in chromium toxicity | Brown University | National Institute of Environmental Health Sciences |

Source:  FEDRIP 2008

# 4.  CHEMICAL AND PHYSICAL INFORMATION

## 4.1  CHEMICAL IDENTITY

Information regarding the chemical identity of chromium is located in Table 4-1.

The synonyms, trade name, chemical formula, and identification numbers of chromium and selected salts are reported in Table 4-1.

## 4.2  PHYSICAL AND CHEMICAL PROPERTIES

Information regarding the physical and chemical properties of chromium is located in Table 4-2.

Chromium is a metallic element with oxidation states ranging from chromium(-II) to chromium(+VI) with the trivalent (III) and hexavalent (VI) sates being the most predominant.  The Chemical Abstracts Service (CAS) Registry numbers for trivalent and hexavalent chromium are 16065-83-3 and 18540-29-9, respectively.  Elemental chromium, chromium(0), does not occur naturally.  Although there is a divalent state, chromium II (chromous), it is relatively unstable under environmental conditions and is readily oxidized to the trivalent (III or chromic) state.  Chromium compounds are most stable in the trivalent state under environmental conditions and occur in nature in ores, such as ferrochromite ($FeCr_2O_4$).  The hexavalent (VI or chromate) is the second most stable state; however, it only occurs naturally in rare minerals such as crocoite ($PbCrO_4$) (Hurlbut 1971; Papp and Lipin 2001).  Hexavalent chromium compounds primarily arise from anthropogenic sources (Alimonti et al. 2000; Barceloux 1999; EPA 1984a; Johnson et al. 2006; Shanker et al. 2005).

The solubility of chromium compounds varies, depending primarily on the oxidation state.  Trivalent chromium compounds, with the exception of acetate, hexahydrate of chloride, and nitrate salts, are generally insoluble in water (Table 4-2).  The zinc and lead salts of chromic acid are practically insoluble in cold water (Table 4-2).  The alkaline metal salts (e.g., calcium, strontium) of chromic acid are slightly soluble in water.  Some hexavalent compounds, such as chromium(VI) oxide (or chromic acid), and the ammonium and alkali metal salts (e.g., sodium and potassium) of chromic acid are readily soluble in water.  The hexavalent chromium compounds are reduced to the trivalent form in the presence of oxidizable organic matter.  However, in natural waters where there is a low concentration of reducing materials, hexavalent chromium compounds are more stable (EPA 1984a; Loyaux-Lawniczak et al. 2001).

**Table 4-1.  Chemical Identity of Chromium and Compounds**

| Characteristic | Information | | |
|---|---|---|---|
| Chemical name | Chromium(0) | Chromium(III) acetate, monohydrate | Chromium(III) nitrate, nonahydrate |
| Synonym(s) | Chrome; Chrom (German); Chrome (French) | Acetic acid, chromium salt, hydrate; chromic acetate, hydrate | Nitric acid, chromium (III) salt, nonahydrate; chromium nitrate, nonahydrate |
| Registered trade name(s) | Chrome | No data | No data |
| Chemical formula | Cr | $Cr(CH_3COO)_3 \cdot H_2O$ | $Cr(NO_3)_3 \cdot 9H_2O$ |
| Chemical structure | Cr | | |

$$CH_3COO-Cr \begin{array}{c} OOCH_3 \\ \\ OOCH_3 \end{array} \quad H_2O$$

$$O_3N-Cr \begin{array}{c} NO_3 \\ \\ NO_3 \end{array} \quad \cdot 9H_2O$$

| Identification numbers: | | | |
|---|---|---|---|
| CAS registry | 7440-47-3 | 25013-82-5 | 7789-02-8 |
| NIOSH RTECS | GB420000 | AG3053333 | GB6300000 |
| EPA hazardous waste | D007 | No data | No data |
| OHM/TADS | 7216647 | No data | No data |
| DOT/UN/NA/IMDG shipping | Not assigned | No data | No data |
| HSDB | 910 | No data | No data |
| NCI | Not assigned | No data | No data |

APPX ATT_V6_4195

## Table 4-1. Chemical Identity of Chromium and Compounds

| Characteristic | Information | | |
|---|---|---|---|
| Chemical name | Chromium(III) chloride | Chromium(III) chloride, hexahydrate | Chromite ($Cr_2FeO_4$) (Chromium[III]) |
| Synonym(s) | Chromium trichloride | Hexaaquachromium (III) chloride | Chromite; chromite ore; chromite homog mineral; chromite (mineral) |
| Registered trade name(s) | C177295 | No data | No data |
| Chemical formula | $CrCl_3$ | $Cr(Cl)_3 \cdot 6H_2O$ | $FeCr_2O_4$ |
| Chemical structure | | $Cr[Cl_2(H_2O)_4]Cl \cdot 2H_2O$ | $FeOCr_2O_3$ |

$$Cl-Cr\begin{smallmatrix} Cl \\ \\ Cl \end{smallmatrix}$$

| Identification numbers: | | | |
|---|---|---|---|
| CAS registry | 10025-73-7 | 10060-12-5 | 1308-31-2 |
| NIOSH RTECS | GB5425000 | GB5450000 | GB4000000 |
| EPA hazardous waste | No data | No data | D007 |
| OHM/TADS | No data | No data | No data |
| DOT/UN/NA/IMDG shipping | No data | No data | No data |
| HSDB | No data | No data | 2963 |
| NCI | No data | No data | No data |

APPX ATT_V6_4196

**Table 4-1.  Chemical Identity of Chromium and Compounds**

| Characteristic | Information | | |
|---|---|---|---|
| Chemical name | Chromium(III) oxide | Chromium(III) phosphate | Chromium(III) sulfate |
| Synonym(s) | Chromium sesquioxide; dichromium trioxide; chromic oxide | Chromumorthophosphate; phosphoric acid, chromium (III) salt | Sulfuric acid, chromium (III) salt |
| Registered trade name(s) | No data | Amaudon's Green | Chromitan B |
| Chemical formula | $Cr_2O_3$ | $CrPO_4$ | $Cr_2(SO_4)_3$ |
| Chemical structure | O=Cr—O—Cr=O | | $SO_4$=Cr–$SO_4$–Cr=$SO_4$ |

| Identification numbers: | | | |
|---|---|---|---|
| CAS registry | 1308-38-9 | 7789-04-0 | 10101-53-8 |
| NIOSH RTECS | GB6475000 | GB6840000 | GB7200000 |
| EPA hazardous waste | D007 | No data | D0007 |
| OHM/TADS | Not assigned | No data | 7800052 |
| DOT/UN/NA/IMDG shipping | Not assigned | No data | Not assigned |
| HSDB | 1619 | No data | 2543 |
| NCI | Not assigned | No data | Not assigned |

APPX ATT_V6_4197

CHROMIUM                                                                337

4. CHEMICAL AND PHYSICAL INFORMATION

**Table 4-1. Chemical Identity of Chromium and Compounds**

| Characteristic | Information | | |
|---|---|---|---|
| Chemical name | Sodium chromite (Chromium[III]) | Chromium hydroxide sulfate (Chromium III) | Chromium(III) picolinate |
| Synonym(s) | No data | Chromium hydroxide sulfate (Cr(OH)(SO$_4$)); basic chromium sulfate | CrPic; Chromium 2-pyridinecarboxylate; Chromium tris(picolinato)-; Picolinic acid, chromium salt |
| Registered trade name(s) | No data | No data | No data |
| Chemical formula | NaCrO$_2$ | CrOHSO$_4$ | C$_{18}$H$_{12}$CrN$_3$O$_6$ |
| Chemical structure | NaO–Cr=O | (CrOH)$^{2+}$ | |
| Identification numbers: | | | |
| CAS registry | 12314-42-0 | 12336-95-7 | 14639-25-9 |
| NIOSH RTECS | No data | GB6240000 | No data |
| EPA hazardous waste | No data | No data | No data |
| OHM/TADS | No data | No data | No data |
| DOT/UN/NA/IMDG shipping | No data | No data | No data |
| HSDB | No data | No data | No data |
| NCI | No data | No data | No data |

**Table 4-1. Chemical Identity of Chromium and Compounds**

| Characteristic | Information | | |
|---|---|---|---|
| Chemical name | Chromic acid (Chromium VI) | Chromium(IV) oxide | Ammonium dichromate (Chromium[VI]) |
| Synonym(s) | Acide chromique; chromic(VI) acid | Chromium dioxide | Chromic acid, diamonium salt |
| Registered trade name(s) | No data | No data | No data |
| Chemical formula | $H_2CrO_4$ | $CrO_2$ | $(NH_4)_2Cr_2O_7$ |
| Chemical structure | | $O=Cr=O$ | |

$$HO-\underset{\underset{OH}{|}}{\overset{\overset{O}{\|}}{Cr}}=O$$

$$NH_4O-\underset{\underset{O}{\|}}{Cr}-O-\underset{\underset{O}{\|}}{Cr}-ONH_4$$

| Identification numbers: | | | |
|---|---|---|---|
| CAS registry | 7738-94-5 | 12018-01-8 | 7789-09-5 |
| NIOSH RTECS | GB6650000 | GB6400000 | HX7650000 |
| EPA hazardous waste | No data | D007 | Not assigned |
| OHM/TADS | No data | No data | 7217321 |
| DOT/UN/NA/IMDG shipping | 1755 | No data | UN1439; IM05.1 |
| HSDB | 6769 | 1620 | 481 |
| NCI | No data | No data | No data |

APPX ATT_V6_4199

4. CHEMICAL AND PHYSICAL INFORMATION

## Table 4-1. Chemical Identity of Chromium and Compounds

| Characteristic | Information | | |
|---|---|---|---|
| Chemical name | Calcium chromate (Chromium[VI]) | Chromium(VI) trioxide | Lead chromate (Chromium[VI]) |
| Synonym(s) | Chromic acid, calcium salt | Chromic acid, chromium anhydride | Chromic acid, lead salt |
| Registered trade name(s) | Calcium Chrome Yellow | No data | Chrome Yellow G |
| Chemical formula | $CaCrO_4$ | $CrO_3$ | $PbCrO_4$ |
| Chemical structure | | | |

| Identification numbers: | | | |
|---|---|---|---|
| CAS registry | 13765-19-0 | 1333-82-0 | 7758-97-6 |
| NIOSH RTECS | GB2750000 | GB6650000 | GB2975000 |
| EPA hazardous waste | U032; D007 | D007 | D007; D008 |
| OHM/TADS | 7800051 | Not assigned | Not assigned |
| DOT/UN/NA/IMDG shipping | NA9096 | YB1463/UNI5.1; IM05.1 | Not assigned |
| HSDB | 248 | 518; NA1463 | 1650 |
| NCI | Not assigned | UN1463 | Not assigned |

APPX ATT_V6_4200

4. CHEMICAL AND PHYSICAL INFORMATION

**Table 4-1. Chemical Identity of Chromium and Compounds**

| Characteristic | Information | | |
|---|---|---|---|
| Chemical name | Potassium chromate (Chromium[VI]) | Potassium dichromate (Chromium[VI]) | Sodium chromate (Chromium[VI]) |
| Synonym(s) | Chromic acid, dipotassium salt | Chromic acid, dipotassium salt | Chromic acid, disodium salt |
| Registered trade name(s) | No data | No data | Caswell No. 757 |
| Chemical formula | K2CrO4 | $K_2Cr_2O_7$ | $Na_2CrO_4$ |
| Chemical structure | | | |

| Identification numbers: | | | |
|---|---|---|---|
| CAS registry | 7789-00-6 | 7778-50-9 | 7775-11-3 |
| NIOSH RTECS | GB2940000 | HX7680000 | GB2955000 |
| EPA hazardous waste | No data | No data | D007 |
| OHM/TADS | 7217277 | 7217278 | 7216891 |
| DOT/UN/NA/IMDG shipping | NA9142 | NA1479; IM09.0 | No data |
| HSDB | 1249 | 1238 | 2962 |
| NCI | Not assigned | Not assigned | Not assigned |

**Table 4-1. Chemical Identity of Chromium and Compounds**

| Characteristic | Information | |
|---|---|---|
| Chemical name | Sodium dichromate, dihydrate (Chromium[VI]) | Strontium chromate (Chromium[VI]) |
| Synonym(s) | Chromic acid, disodium salt; dihydrate | Chromic acid, strontium salt |
| Registered trade name(s) | No data | No data |
| Chemical formula | $NaCr_2O_7 \cdot 2H_2O$ | $SrCrO_4$ |
| Chemical structure | | |
| Identification numbers: | | |
|   CAS registry | 7789-12-0 | 7789-06-2 |
|   NIOSH RTECS | HX7750000 | GB3240000 |
|   EPA hazardous waste | No data | D007 |
|   OHM/TADS | No data | 780058 |
|   DOT/UN/NA/IMDG shipping | No data | NA9149 |
|   HSDB | No data | 2546 |
|   NCI | No data | Not assigned |

**Table 4-1. Chemical Identity of Chromium and Compounds**

| Characteristic | Information | |
| --- | --- | --- |
| Chemical name | Zinc chromate (Chromium[VI]) | Sodium dichromate (Chromium VI) |
| Synonym(s) | Chromic acid, zinc salt | Chromic acid ($H_2Cr_2O_7$), sodium salt (1:2) |
| Registered trade name(s) | CI Pigment Yellow | No data |
| Chemical formula | $ZnCrO_4$ | $Na_2Cr_2O_7$ |
| Chemical structure | | |
| Identification numbers: | | |
|   CAS registry | 13530-65-9 | 10588-01-9 |
|   NIOSH RTECS | GB3290000 | HX7700000 |
|   EPA hazardous waste | D007 | D007 |
|   OHM/TADS | 7217401 | No data |
|   DOT/UN/NA/IMDG shipping | Not assigned | 3288 |
|   HSDB | 6188 | 737 |
|   NCI | Not assigned | No data |

Sources: HSDB 2012; NIOSH 2005

CAS = Chemical Abstracts Services; DOT/UN/NA/IMCO = Department of Transportation/United Nations/North America/International Maritime Dangerous Goods Code; EPA = Environmental Protection Agency; HSDB = Hazardous Substances Data Bank; NCI = National Cancer Institute; NIOSH = National Institute for Occupational Safety and Health; OHM/TADS = Oil and Hazardous Materials/Technical Assistance Data System; RTECS = Registry of Toxic Effects of Chemical Substances

**Table 4-2.  Physical and Chemical Properties of Chromium and Compounds**

| Property | Chromium | Chromium(III) acetate, monohydrate | Chromium(III) nitrate, nonahydrate | Chromium(III) chloride |
|---|---|---|---|---|
| Molecular weight | 51.996 | 229.13 | 400.15 | 158.35 |
| Color | Steel-gray | Gray-green or bluish-green | Purple or violet | Violet or purple |
| Physical state | Solid | Solid | Solid | Solid |
| Melting point | 1,90±10 °C | No data | 60 °C | ≈1,150 °C |
| Boiling point | 2,642 °C | No data | Decomposes at 100 °C | Decomposes at 1,300 °C |
| Density at 20 °C | 7.14 (28 °C)[a] | No data | No data | 2.87 (25 °C)[a] |
| Odor | odorless | No data | No data | No data |
| Odor threshold: | | | | |
|   Water | No data | No data | No data | No data |
|   Air | No data | No data | No data | No data |
| Solubility: | | | | |
|   Water at 20 °C | Insoluble | Soluble | Soluble | Slightly soluble in hot water |
|   Organic solvents | Insoluble in common organic solvents | 45.4 g/L in methanol (15 °C); 2 g/L in acetone (15 °C) | Soluble in ethanol and acetone | Insoluble in cold water, acetone, methanol, and ether |
| Partition coefficients: | | | | |
|   Log $K_{ow}$ | Not applicable | Not applicable | Not applicable | Not applicable |
|   Log $K_{oc}$ | Not applicable | Not applicable | Not applicable | Not applicable |
| Vapor pressure at 20 °C | 1 mmHg (1,616 °C) | No data | No data | No data |
| Henry's law constant at 25 °C | Not applicable | Not applicable | Not applicable | Not applicable |
| Autoignition temperature | No data | No data | No data | No data |
| Flashpoint | No data | No data | No data | No data |
| Flammability limits | No data | No data | No data | No data |
| Conversion factors | No data | No data | No data | No data |
| Explosive limits | No data | No data | No data | No data |

APPX ATT_V6_4204

**Table 4-2. Physical and Chemical Properties of Chromium and Compounds**

| Property | Chromium(III) chloride, hexahydrate | Ferrochromite (Chromium[III]) | Chromium(III) oxide | Chromium(III) phosphate |
|---|---|---|---|---|
| Molecular weight | 266.45 | 223.84 | 151.99 | 146.97 |
| Color | Violet | Brown-black | Green | Gray-brown to black[d] |
| Physical state | Solid | Solid | Solid | Solid |
| Melting point | 83 °C | No data | 2,435 °C | >1,800 °C |
| Boiling point | No data | No data | 3,000 °C | No data |
| Density at 20 °C | 1.76[b] | 4.97 (20 °C) | 5.22 (25 °C)[b] | 2.94 (32.5 °C)[a,c] |
| Odor | No data | No data | No data | No data |
| Odor threshold: | | | | |
| Water | No data | No data | No data | No data |
| Air | No data | No data | No data | No data |
| Solubility: | | | | |
| Water at 20 °C | 58.5 g/100 cc at 25 °C | Insoluble | Insoluble | Insoluble[c] |
| Organic solvents | Soluble in ethanol | No data | Insoluble in ethanol | Insoluble in alcohol, acetone |
| Partition coefficients: | | | | |
| Log $K_{ow}$ | No data | Not applicable | Not applicable | Not applicable |
| Log $K_{oc}$ | No data | Not applicable | Not applicable | Not applicable |
| Vapor pressure at 20 °C | No data | No data | No data | No data |
| Henry's law constant at 25 °C | No data | Not applicable | Not applicable | Not applicable |
| Autoignition temperature | No data | No data | No data | No data |
| Flashpoint | No data | No data | No data | No data |
| Flammability limits | No data | No data | No data | No data |
| Conversion factors | No data | No data | No data | No data |
| Explosive limits | No data | No data | No data | No data |

**Table 4-2.  Physical and Chemical Properties of Chromium and Compounds**

| Property | Chromium(III) sulfate | Sodium chromite (Chromium[III]) | Chromium hydroxide sulfate (Chromium III)[e] | Chromium(III) picolinate |
|---|---|---|---|---|
| Molecular weight | 392.18 | 106.98 | 165.1 | 418.3[c] |
| Color | Violet, red, peach | No data | Green powder | Ruby red[d] |
| Physical state | Solid | No data | Solid | Crystal[d] |
| Melting point | No data | No data | >900 °C | No data |
| Boiling point | No data | No data | No data | No data |
| Density at 20 °C | 3.012 | No data | 1.25 | No data |
| Odor | No data | No data | No data | No data |
| Odor threshold: | | | | |
|   Water | No data | No data | No data | No data |
|   Air | No data | No data | No data | No data |
| Solubility: | | | | |
|   Water at 20 °C | Insoluble | No data | 2,000 g/L | 1 ppm at 25 °C[d] |
|   Organic solvents | soluble in alcohols | No data | No data | >6 g/L (DMSO)[d] |
| Partition coefficients: | | | | |
|   Log $K_{ow}$ | Not applicable | Not applicable | Not applicable | 1.753[f] |
|   Log $K_{oc}$ | Not applicable | Not applicable | Not applicable | No data |
| Vapor pressure at 20 °C | No data | No data | No data | No data |
| Henry's law constant at 25 °C | Not applicable | Not applicable | Not applicable | No data |
| Autoignition temperature | No data | No data | No data | No data |
| Flashpoint | No data | No data | No data | No data |
| Flammability limits | No data | No data | No data | No data |
| Conversion factors | No data | No data | No data | No data |
| Explosive limits | No data | No data | No data | No data |

**Table 4-2.  Physical and Chemical Properties of Chromium and Compounds**

| Property | Chromic acid (Chromium[VI]) | Chromium(IV) oxide | Ammonium dichromate (Chromium[VI]) |
|---|---|---|---|
| Molecular weight | 118 | 83.99 | 252.07 |
| Color | Dark purple-red | Brown-black | Orange |
| Physical state | Solid | Solid | Solid |
| Melting point | 196 °C | Decomposes at 300 °C | Decomposes at 180 °C |
| Boiling point | Decompose before boiling | Not applicable | Not applicable |
| Density at 20 °C | 1.67–2.82 | No data | 2.15 (25 °C)[a] |
| Odor | No data | No data | odorless |
| Odor threshold: | | | |
|   Water | No data | No data | No data |
|   Air | No data | No data | No data |
| Solubility: | | | |
|   Water at 20 °C | $1 \times 10^6$ mg/L at 17 °C | Insoluble | In water (wt/wt): 15.5% (0 °C); 26.67% (20 °C); 36.99% (40 °C); 46.14% (60 °C); 54.20% (80 °C) |
|   Organic solvents | Soluble in alcohol and mineral acids | No data | Soluble in alcohols, insoluble in acetone |
| Partition coefficients: | | | |
|   Log $K_{ow}$ | Not applicable | Not applicable | Not applicable |
|   Log $K_{oc}$ | Not applicable | Not applicable | Not applicable |
| Vapor pressure at 20 °C | No data | No data | No data |
| Henry's law constant at 25 °C | Not applicable | Not applicable | Not applicable |
| Autoignition temperature | No data | No data | No data |
| Flashpoint | No data | No data | No data |
| Flammability limits | No data | No data | No data |
| Conversion factors | No data | No data | No data |
| Explosive limits | No data | No data | No data |

**Table 4-2.  Physical and Chemical Properties of Chromium and Compounds**

| Property | Calcium chromate (Chromium[VI]) | Chromium(VI) trioxide | Lead chromate (Chromium[VI]) | Potassium chromate (Chromium[VI]) |
|---|---|---|---|---|
| Molecular weight | 156.07 | 99.99 | 323.19 | 194.19 |
| Color | Yellow | Red | Yellow | Yellow |
| Physical state | Solid | Solid | Solid | Solid |
| Melting point | No data | 197 °C | 844 °C | 975 °C |
| Boiling point | No data | Decomposes | Decomposes | No data |
| Density at 20 °C | 2.89[b] | 2.70 (25 °C) | 6.12 (15 °C) | 2.732 (18 °C) |
| Odor | No data | Odorless | No data | Odorless |
| Odor threshold: | | | | |
|   Water | No data | No data | No data | No data |
|   Air | No data | No data | No data | No data |
| Solubility: | | | | |
|   Water at 20 °C | 2.23 g/100 mL | 61.7 g/100 cc at 0 °C | 5.8 μg/100 mL | 62.9 g/100 at 20 °C |
|   Organic solvents | No data | Soluble in ethanol, ethyl ether, sulfuric and nitric acids<br><br>Soluble 61.7 g/100 cc water (0 °C)<br><br>67.45 g/100 cc water (100 °C)<br><br>167.299 lb/100 lb water (70 °F)<br><br>Soluble in acetic acid and acetone | Soluble 0.2 mg/l water<br><br>Insoluble in acetic acid; soluble in dilute nitric acid and in solution of fixed alkali hydroxides<br><br>Soluble in acid, insoluble in ammonia | 62.9 G/100 cc water (20 °C)<br><br>79.2 g/100 cc water (100 °C)<br><br>Insoluble in alcohol |
| Partition coefficients: | | | | |
|   Log $K_{ow}$ | Not applicable | Not applicable | Not applicable | Not applicable |
|   Log $K_{oc}$ | Not applicable | Not applicable | Not applicable | Not applicable |
| Vapor pressure at 20 °C | No data | No data | No data | 0 |
| Henry's law constant at 25 °C | Not applicable | Not applicable | Not applicable | Not applicable |
| Autoignition temperature | No data | No data | No data | No data |
| Flashpoint | No data | No data | No data | No data |
| Flammability limits | No data | No data | No data | No data |
| Conversion factors | No data | No data | No data | No data |
| Explosive limits | No data | No data | No data | No data |

**Table 4-2.  Physical and Chemical Properties of Chromium and Compounds**

| Property | Potassium dichromate (Chromium[VI]) | Sodium chromate (Chromium[VI]) | Sodium dichromate, dihydrate (Chromium[VI]) |
|---|---|---|---|
| Molecular weight | 294.18 | 161.97 | 298.00 |
| Color | Red | Yellow | Red |
| Physical state | Solid | Solid | Solid |
| Melting point | 398 °C | 792 °C | 356.7 °C |
| Boiling point | Decomposes at 500 °C | No data | Decomposes at 400 °C |
| Density at 20 °C | 2.676 (25 °C) | 2.710–2.736[b] | 2.52 (13 °C) |
| Odor | No data | No data | No data |
| Odor threshold: | | | |
|   Water | No data | No data | No data |
|   Air | No data | No data | No data |
| Solubility: | | | |
|   Water at 20 °C | 4.9 g/100 cc at 0 °C | 87.3 g/100 cc at 30 °C | 230 g/100 cc at 0 °C |
|   Organic solvents | Insoluble in ethanol and acetone | Soluble in methanol | Insoluble in ethanol |
| Partition coefficients: | | | |
|   Log $K_{ow}$ | Not applicable | Not applicable | Not applicable |
|   Log $K_{oc}$ | Not applicable | Not applicable | Not applicable |
| Vapor pressure at 20 °C | No data | No data | No data |
| Henry's law constant at 25 °C | Not applicable | Not applicable | Not applicable |
| Autoignition temperature | No data | No data | No data |
| Flashpoint | No data | No data | No data |
| Flammability limits | No data | No data | No data |
| Conversion factors | No data | No data | No data |
| Explosive limits | No data | No data | No data |

APPX ATT_V6_4209

**Table 4-2. Physical and Chemical Properties of Chromium and Compounds**

| Property | Strontium chromate (Chromium[VI]) | Zinc chromate (Chromium[VI]) | Sodium dichromate (Chromium[VI]) |
|---|---|---|---|
| Molecular weight | 203.61 | 181.97 | 262 |
| Color | Yellow | Lemon-yellow | Bright orange-red |
| Physical state | Solid | Solid | Solid |
| Melting point | No data | No data | 356.7 °C |
| Boiling point | No data | No data | Decomposes at 400 °C |
| Density at 20 °C | 3.895 (15 °C) | 3.40[b] | 2.52 at 13 °C |
| Odor | No data | Odorless | Odorless |
| Odor threshold: | | | |
| Water | No data | No data | No data |
| Air | No data | No data | No data |
| Solubility: | | | |
| Water at 20 °C | 0.12 g/100 cc at 15 °C | Insoluble | 2,380 g/L at 0 °C |
| Organic solvents | Soluble in acetyl acetone | Insoluble in acetone | 513.4 g/L (methanol) |
| Partition coefficients: | | | |
| Log $K_{ow}$ | Not applicable | Not applicable | Not applicable |
| Log $K_{oc}$ | Not applicable | Not applicable | Not applicable |
| Vapor pressure at 20 °C | No data | No data | No data |
| Henry's law constant at 25 °C | Not applicable | Not applicable | Not applicable |
| Autoignition temperature | No data | No data | No data |
| Flashpoint | No data | No data | No data |
| Flammability limits | No data | No data | No data |
| Conversion factors | No data | No data | No data |
| Explosive limits | No data | No data | No data |

[a]Temperature at which the densities were measured has been given only when such data are available
[b]Temperature at which density was measured was not specified.
[c]O'Neil et al. 2006
[d]Broadhurst et al. 1997
[e]IPCS 2004
[f]Chakov et al. 1999

DMSO=dimethylsulfoxide

4.  CHEMICAL AND PHYSICAL INFORMATION

In humans, chromium(III) is an essential nutrient that may play a role in glucose, fat, and protein metabolism possibly by potentiating the action of insulin.  However, there is some emerging controversy whether chromium(III) is essential and more work has been suggested to elucidate its mechanism of action.  Chromium picolinate, a trivalent form of chromium complexed with picolinic acid, is used as a dietary supplement, because it is claimed to speed metabolism and may have anti-diabetic effects (Broadhurst et al. 1997).  However, there still remains controversy over the use of chromium(III) in diabetes, and several researchers claim no demonstrated effects of chromium(III) on diabetes or insulin resistance (Althuis et al. 2002).  Currently, the mechanism of transport and absorption of chromium picolinate has not been determined, although spectroscopic analysis has shown that chromium picolinate is a very stable complex in the body and its absorption properties may be due to its ability to cross membranes (Chakov et al. 1999).

# 5.  PRODUCTION, IMPORT/EXPORT, USE, AND DISPOSAL

## 5.1  PRODUCTION

Tables 5-1 and 5-2 list the facilities in each state that manufacture or process chromium, the intended use, and the range of maximum amounts of chromium that are stored on site.  The data listed in Tables 5-1 and 5-2 are derived from the Toxics Release Inventory (TRI) (TRI09 2011).  The data presented in Table 5-1 are for chromium metal and the data from Table 5-2 are for all chromium compounds.  Only certain types of facilities were required to report.  Therefore, this is not an exhaustive list.

Chromium metal is commercially produced in the United States by the reduction of chromite ore with carbon, aluminum, or silicon, and subsequent purification.  Sodium chromate and dichromate are produced by roasting chromite ore with soda ash.  Most other chromium compounds are produced from sodium chromate and dichromate (Hartford 1979; Papp and Lipin 2001; Westbrook 1979).  For example, basic chromic sulfate ($Cr(OH)SO_4$), commonly used in tanning, is commercially produced by the reduction of sodium dichromate with organic compounds (e.g., molasses) in the presence of sulfuric acid or by the reduction of dichromate with sulfur dioxide.  Lead chromate, commonly used as a pigment, is produced by the reaction of sodium chromate with lead nitrate or by reaction of lead monoxide with chromic acid solution (IARC 1990).

The major manufacturers of chromium compounds in 2007 are summarized in Table 5-3 (SRI 2007).

Tables 5-1 and 5-2 report the number of facilities in each state that manufacture and process chromium, the intended use of the products, and the range of maximum amounts of chromium products that are stored on site.  The data reported in Tables 5-1 and 5-2 are derived from TRI of EPA (TRI09 2011).  The TRI data should be used with caution since only certain types of facilities were required to report.  Hence, this is not an exhaustive list.

## 5.2  IMPORT/EXPORT

Chromite ore and foundry sand; chromium chemicals, ferroalloys, and metal; and stainless steel represent the bulk of the market for chromium.  In 2006, the United States produced chromium ferroalloys, metal, chemicals, and stainless steel.  The United States is a major producer of the end products of chromium, which include chromium chemicals, metal, and stainless steel, but until recently, the United States had not mined chromium (Stokinger 1981; USGS 2008b).  Oregon Resources Corporation (ORC), a subsidiary of

5. PRODUCTION, IMPORT/EXPORT, USE, AND DISPOSAL

**Table 5-1. Facilities that Produce, Process, or Use Metallic Chromium**

| State[a] | Number of facilities | Minimum amount on site in pounds[b] | Maximum amount on site in pounds[b] | Activities and uses[c] |
|---|---|---|---|---|
| AK | 2 | 10,000 | 999,999 | 12 |
| AL | 106 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| AR | 63 | 0 | 49,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| AZ | 68 | 0 | 9,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| CA | 190 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| CO | 60 | 0 | 99,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14 |
| CT | 83 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| DE | 12 | 100 | 999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 11, 12 |
| FL | 55 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14 |
| GA | 103 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| HI | 2 | 0 | 99,999 | 1, 5, 8, 9 |
| IA | 96 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14 |
| ID | 16 | 0 | 999,999 | 1, 3, 5, 8, 9, 10, 12, 13 |
| IL | 148 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| IN | 176 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| KS | 60 | 0 | 9,999,999 | 1, 2, 3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| KY | 118 | 0 | 999,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| LA | 77 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| MA | 75 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| MD | 54 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| ME | 23 | 0 | 9,999,999 | 1, 2, 3, 5, 8, 9, 11, 12 |
| MI | 177 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| MN | 83 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| MO | 77 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| MS | 40 | 0 | 499,999,999 | 1, 2, 3, 5, 7, 8, 10, 11, 12, 14 |
| MT | 14 | 100 | 999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 10, 11, 12, 14 |
| NC | 94 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| ND | 14 | 1,000 | 999,999 | 1, 2, 3, 5, 7, 8, 9, 12, 13 |
| NE | 41 | 0 | 9,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13 |
| NH | 28 | 0 | 49,999,999 | 2, 3, 4, 6, 7, 8, 9, 11, 12 |
| NJ | 101 | 0 | 49,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| NM | 22 | 0 | 999,999 | 1, 2, 3, 5, 6, 7, 8, 9, 10, 11, 12, 14 |
| NV | 48 | 0 | 999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14 |
| NY | 130 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| OH | 251 | 0 | 10,000,000,000 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| OK | 91 | 0 | 99,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |

**Table 5-1. Facilities that Produce, Process, or Use Metallic Chromium**

| State[a] | Number of facilities | Minimum amount on site in pounds[b] | Maximum amount on site in pounds[b] | Activities and uses[c] |
|---|---|---|---|---|
| OR | 74 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| PA | 264 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| PR | 15 | 0 | 99,999,999 | 1, 2, 3, 5, 7, 8, 9, 11, 12 |
| RI | 22 | 0 | 999,999 | 1, 2, 3, 6, 7, 8, 9, 11, 12 |
| SC | 108 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| SD | 18 | 100 | 999,999 | 1, 5, 7, 8, 9, 11, 12, 13, 14 |
| TN | 109 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| TX | 214 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| UT | 60 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| VA | 66 | 0 | 99,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| VT | 16 | 100 | 999,999 | 2, 3, 4, 6, 8, 9, 11 |
| WA | 75 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| WI | 134 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| WV | 51 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14 |
| WY | 10 | 0 | 999,999 | 1, 8, 9, 11, 12, 13 |

[a]Post office state abbreviations used.
[b]Amounts on site reported by facilities in each state.
[c]Activities/Uses:

1. Produce
2. Import
3. Onsite use/processing
4. Sale/Distribution
5. Byproduct

6. Impurity
7. Reactant
8. Formulation Component
9. Article Component
10. Repackaging

11. Chemical Processing Aid
12. Manufacturing Aid
13. Ancillary/Other Uses
14. Process Impurity

Source: TRI09 2011 (Data are from 2009)

**Table 5-2.  Facilities that Produce, Process, or Use Chromium Compounds**

| State[a] | Number of facilities | Minimum amount on site in pounds[b] | Maximum amount on site in pounds[b] | Activities and uses[c] |
|---|---|---|---|---|
| AK | 22 | 0 | 9,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13 |
| AL | 140 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| AR | 87 | 0 | 99,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| AZ | 102 | 0 | 49,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| CA | 198 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| CO | 38 | 100 | 9,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| CT | 62 | 0 | 49,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| DE | 32 | 0 | 49,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| FL | 91 | 0 | 999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| GA | 128 | 0 | 49,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| HI | 10 | 1,000 | 999,999 | 1, 5, 6, 7, 8, 9, 12, 13, 14 |
| IA | 70 | 0 | 49,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| ID | 25 | 0 | 49,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| IL | 241 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| IN | 212 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| KS | 70 | 0 | 9,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| KY | 121 | 0 | 999,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| LA | 88 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| MA | 71 | 0 | 9,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| MD | 83 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| ME | 34 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 11, 12, 13, 14 |
| MI | 216 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| MN | 80 | 0 | 9,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| MO | 98 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| MS | 80 | 0 | 49,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| MT | 21 | 0 | 999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 10, 11, 12, 13, 14 |
| NC | 134 | 0 | 999,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| ND | 17 | 1,000 | 999,999 | 1, 2, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14 |
| NE | 44 | 0 | 999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| NH | 17 | 0 | 99,999 | 1, 3, 4, 5, 6, 7, 8, 9, 11, 12, 13 |
| NJ | 129 | 0 | 49,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| NM | 38 | 0 | 10,000,000,000 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| NV | 47 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| NY | 154 | 0 | 49,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| OH | 330 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| OK | 75 | 0 | 9,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |

**Table 5-2.  Facilities that Produce, Process, or Use Chromium Compounds**

| State[a] | Number of facilities | Minimum amount on site in pounds[b] | Maximum amount on site in pounds[b] | Activities and uses[c] |
|---|---|---|---|---|
| OR | 63 | 0 | 9,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| PA | 293 | 0 | 999,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| PR | 27 | 0 | 9,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| RI | 23 | 0 | 999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12 |
| SC | 115 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| SD | 17 | 0 | 999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 11, 12, 13 |
| TN | 142 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| TX | 319 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| UT | 76 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| VA | 78 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| VT | 9 | 100 | 999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 10, 11 |
| WA | 86 | 0 | 9,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| WI | 141 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| WV | 85 | 0 | 499,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| WY | 25 | 0 | 9,999,999 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |

[a]Post office state abbreviations used.
[b]Amounts on site reported by facilities in each state.
[c]Activities/Uses:

| | | |
|---|---|---|
| 1.  Produce | 6.  Impurity | 11.  Chemical Processing Aid |
| 2.  Import | 7.  Reactant | 12.  Manufacturing Aid |
| 3.  Onsite use/processing | 8.  Formulation Component | 13.  Ancillary/Other Uses |
| 4.  Sale/Distribution | 9.  Article Component | 14.  Process Impurity |
| 5.  Byproduct | 10.  Repackaging | |

Source:  TRI09 2011 (Data are from 2009)

5.  PRODUCTION, IMPORT/EXPORT, USE, AND DISPOSAL

## Table 5-3.  Major Manufacturers of Chromium Compounds in 2007

| Chemical | Manufacturer | Location |
|---|---|---|
| Chromic anhydride | Johnson Matthey, Inc.; Alfa Aesar | Ward Hill, Massachusetts |
| Chromic hydrate | Elementis Chromium LP | Corpus Christi, Texas |
| Chromic sulfate | Blue Grass Chemical Specialties, LLC Elementis LTP L.P. | New Albany, Indiana Amarillo, Texas Dakota City, Nebraska Milwaukee, Wisconsin |
|  | Johnson Mathey, Inc.; Alfa Aesar | Ward Hill, Massachusetts |
| Chromium(III) acetate | Blue Grass Chemical Specialties, LLC McGean-Rohco, Inc.; McGean Speciality Chemical Division The Shepherd Chemical Company | New Albany, Indiana Cleveland, Ohio Cincinnati, Ohio |
| Chromium(III) acetylacetonate | MacKenzie Company The Shepherd Chemical Company | Bush, Louisiana Cincinnati, Ohio |
| Chromium boride | CERAC, Inc. Johnson Mathey, Inc.; Alfa Aesar | Milwaukee, Wisconsin Ward Hill, Massachusetts |
| Chromium carbonyl | Strem Chemicals Incorporated McGean-Rohco, Inc.; McGean Specialty Chemicals Division | Newburyport, Massachusetts Cleveland, Ohio |
| Chromium(III) chloride | Blue Grass Chemical Specialties, LLC McGean-Rohco, Inc.; McGean Specialty Chemicals Division | New Albany, Indiana Cleveland, Ohio |
| Chromium diboride | Johnson Matthey, Inc.; Alfa Aesar | Ward Hill, Massachusetts |
| Chromium difluoride | Atotech USA, Inc. | Rock Hill, South Carolina |
| Chromium 2-ethylhexanoate | OM Group, Inc. The Shepherd Chemical Company | Franklin, Pennsylvania Cincinnati, Ohio |
| Chromium fluoride | Atotech USA | Rock Hill, South Carolina |
| Chromium hexacarbonyl | Strem Chemicals Incorporated | Newburyport, Massachusetts |
| Chromium hydroxide | Elementis Chromium LP | Corpus Christi, Texas |
| Chromium(III) hydroxide | Elementis Chromium LP | Corpus Christi, Texas |
| Chromium hydroxyl diacetate | McGean-Rohco, Inc.; McGean Specialty Chemicals Division | Cleveland, Ohio |
| Chromium hydroxyl dichloride | McGean-Rohco, Inc.; McGean Specialty Chemicals Division | Cleveland, Ohio |
| Chromium napthenate | OM Group, Inc. | Franklin, Pennsylvania |
| Chromium nitrate | Blue Grass Chemical Specialties, LLC McGean-Rohco Inc.; McGean Specialty Chemicals Division The Shepherd Chemical Company | New Albany, Indiana Cleveland, Ohio Cincinnati, Ohio |
| Chromium ocetenoate | OM Group, Inc. The Shepherd Chemical Company | Franklin, Pennsylvania Cincinnati, Ohio |
| Chromium octoate | OM Group, Inc. The Shepherd Chemical Company | Franklin, Pennsylvania Cincinnati, Ohio |

**Table 5-3.  Major Manufacturers of Chromium Compounds in 2007**

| Chemical | Manufacturer | Location |
|---|---|---|
| Chromium oxide | Elementis Chromium LP | Corpus Christi, Texas |
| Chromium potassium sulfate | McGean-Rohco, Inc.; McGean Specialty Chemicals Division | Cleveland, Ohio |
| Chromium-silicon monoxide | CERAC, Inc. | Milwaukee, Wisconsin |
| Chromium(III) sulfate | Blue Grass Chemical Specialties, LLC Elementis LTP L.P. | New Albany, Indiana Amarillo, Texas Dakota City, Nebraska Milwaukee, Wisconsin |
| | Johnson Mathey, Inc.; Alfa Aesar | Ward Hill, Massachusetts |
| Chromotropic acid, disodium salt | Johnson-Matthey, Inc.; Alfa Aesar | Ward Hill, Massachusetts |

Source:  SRI 2007

Industrial Minerals Corporation (Australia), extracted bulk samples of chromite ore at its surface mine in Coos County, Oregon.  ORC developed its material beneficiation process to recover chromite, garnet, and zircon minerals with production expected to start in 2008 (IMC 2007).  Although chromium is currently mined in Oregon, the United States receives the majority of chromium ores from other countries.  From 2003 to 2006, chromium contained in chromite ore and chromium ferroalloys and metal were imported from South Africa (34%), Kazakhstan (18%), Russia (7%), Zimbabwe (6%), and other (35%) (USGS 2008b).

U.S. imports and exports are summarized in Table 5-4 (USGS 2008a).

## 5.3   USE

The metallurgical, refractory, and chemical industries are the fundamental users of chromium.  In the metallurgical industry, chromium is used to produce stainless steels, alloy cast irons, nonferrous alloys, and other miscellaneous materials.  In 1988, the U.S. chemical and metallurgical industries accounted for 83.9% and the refractory industry for 16.1% of the total domestic consumption of chromite (USDI 1988a).  The stainless steel industry is the leading consumer of chromium materials.  A significant amount of chromium is imported and exported in stainless steel mill products and scrap, with ferrochromiums as the main components used by the metallurgical industry.  Typical weight percent of chromium in stainless steel and chromium alloys ranges from 11.5 to 30%.  In the refractory industry, chromium is a component in chrome and chrome-magnesite, magnesite-chrome bricks, and granular chrome-bearing and granular chromite, which are used as linings for high temperature industrial furnaces. In the chemical industry, both chromium(III) and chromium(VI) are used primarily in pigments.  Other uses include chromium(VI) in metal finishing, chromium(III) in leather tanning, and chromium(VI) in wood preservatives.  Table 5-5 lists the approximate distribution of use for chromium chemicals in the major applications in the United States and Western world in 1996 with a comparison to use in the United States for 1951 (Barnhart 1997).  Smaller amounts of chromium are used as catalysts and in miscellaneous applications, such as drilling muds, chemical manufacturing, textiles, toners for copying machines, magnetic tapes, and dietary supplements (Carlton 2003; CMR 1988a, 1988b; Davis and Vincent 1997; EPA 1984a; IARC 1990; Papp and Lipin 2001; Radivojevic and Cooper 2008; USDI 1988a).  Chromium alloys are also used in metal joint prostheses (Sunderman et al. 1989).  Chromium picolinate, a trivalent form of chromium complexed with picolinic acid, is used as a dietary supplement, with the claim that it reduces symptoms of type II diabetes and hypoglycemia (Broadhurst et al. 1997), although a recent meta-review concludes that the results are still inconclusive (Althuis et al. 2002).

**Table 5-4.  U.S. Chromium Imports and Exports**

| Year | Imports (thousands of metric tons gross weight) | Exports (in thousands of metric tons gross weight) |
|------|------------------------------------------------|-----------------------------------------------------|
| 2003 | 441 | 188 |
| 2004 | 489 | 171 |
| 2005 | 503 | 220 |
| 2006 | 520 | 212 |
| 2007 | 510 | 210 |

Source: USGS 2008a

**Table 5-5.  Historical Use of Chromium in the United States and Western World**

| Use | 1996 Western world | 1996 United States | 1951 United States |
|---|---|---|---|
| Wood preservation | 15% | 52% | 2% |
| Leather tanning | 40% | 13% | 20% |
| Metals finishing | 17% | 13% | 25% |
| Pigments | 15% | 12% | 35% |
| Refractory | 3% | 3% | 1% |
| Other | 10% | 7% | 17% |

Source:  Barnhart 1997

## 5.4   DISPOSAL

Information regarding the disposal of finished products and wastes produced during the manufacturing of consumable items that contain chromium is limited.  In 1987, 25% of the chromium demand in the United States was supplied by recycled stainless steel scrap.  Although a large portion of the chromium wastes from plating operations is also recovered, large amounts of chromium-containing waste waters from plating, finishing, and textile industries are discharged into surface waters.  A substantial amount of chromium enters sewage treatment plants from industrial and residential sources (Klein et al. 1974; TRI06 2008).  Presently, slag from roasting/leaching of chromite ore is one of the materials excluded from regulation under the Resource Conservation and Recovery Act by the 1980 Bevill Amendment.  However, emission control dust or sludge from ferrochromium and ferrochromium-silicon production is listed as hazardous waste by EPA (1988b).  Land filling appears to be the most important method for the disposal of chromium wastes generated by chemical industries.  Of the total chromium released in the environment by chemical industries, approximately 82.3% is released on land.  An equally large amount of chromium waste is transferred off-site (see Section 5.2).  It is anticipated that most of this off-site waste will be disposed of in landfills after proper treatment.  It is important to convert chromium wastes into forms of chromium that have low mobilities in soils and low availabilities to plants and animals before land disposal.  Chromium(III) oxide is one such form.  Chromium in chemical industry wastes occurs predominantly in the hexavalent form.  The treatment of chromium(VI) waste often involves reduction to chromium(III) and precipitation as the hydrous oxide with lime or caustic soda.  Chromium(III) waste can also be converted into hydrous oxide or may be incinerated to form the oxide before land disposal.  There is not much known about the disposal method of waste refractory materials used as lining for metallurgical furnaces or the disposal practices for the finished products containing chromium, such as chromium-containing pigments (Fishbein 1981; Komori et al. 1990a; NRCC 1976; Polprasert and Charnpratheep 1989; Westbrook 1979).

Chromium is listed as a toxic substance under Section 313 of the Emergency Planning and Community Right to Know Act (EPCRA) under Title III of the Superfund Amendments and Reauthorization Act (SARA) (EPA 1995).  Disposal of wastes containing chromium is controlled by a number of federal regulations (see Chapter 8).

This page is intentionally blank.

CHROMIUM                                                                        363

# 6. POTENTIAL FOR HUMAN EXPOSURE

## 6.1   OVERVIEW

Chromium has been identified in at least 1,127 of the 1,699 hazardous waste sites that have been
proposed for inclusion on the EPA National Priorities List (NPL) (HazDat 2007).  However, the number
of sites evaluated for chromium is not known.  The frequency of these sites can be seen in Figure 6-1.  Of
these sites, 1,117 are located within the United States and 10 are located in the Commonwealth of Puerto
Rico (not shown).

Human exposure to chromium occurs from both natural and anthropogenic sources.  Chromium is present
in the Earth's crust, with the main natural source of exposure being continental dust present in the
environment (Barnhart 1997; Fishbein 1981; Pellerin and Booker 2000).  Chromium is released into the
environment in larger amounts as a result of human activities, which account for 60–70% of the total
emissions of atmospheric chromium (Alimonti et al. 2000; Barceloux 1999; Seigneur and Constantinous
1995).  This is indicated by the value of the enrichment factor (the enrichment factor relates the amount of
chromium relative to an aluminum standard) of 3.5–8.1 (Dasch and Wolff 1989; Milford and Davidson
1985).  Elements with enrichment factors >1 are assumed to have originated from anthropogenic sources
(Schroeder et al. 1987).  Of the estimated 2,700–2,900 tons of chromium emitted to the atmosphere
annually from anthropogenic sources in the United States, approximately one-third is in the hexavalent
form (EPA 1990b; Johnson et al. 2006).  Industrial releases to the air, water, and soil are also potential
sources of chromium exposure, and account for the majority of the anthropogenic releases (Johnson et al.
2006).  The electroplating, leather tanning, and textile industries release large amounts of chromium to
surface waters (Avudainayagam et al. 2003; Fishbein 1981; Johnson et al. 2006).  Disposal of chromium-
containing commercial products and coal ash from electric utilities and other industries are major sources
of chromium releases into the soil (Barceloux 1999; Nriagu and Pacyna 1988).  Solid waste and slag
produced during chromate manufacturing processes when disposed of improperly in landfills can be
potential sources of chromium exposure as well (Barceloux 1999; Kimbrough et al. 1999).

Chromium is primarily removed from the atmosphere by fallout and precipitation.  The residence time of
chromium in the atmosphere has not been directly measured, but by using copper as a model, it is
expected to be <10 days (Nriagu 1979).  The arithmetic mean concentrations of total chromium in the
ambient air in United States, urban, suburban, and rural areas monitored during 1977–1984 ranged from
5 to 525 ng/m$^3$, with the vast majority of samples <100 ng/m$^3$ (EPA 1984a, 1990b).  Ambient air in the
United States usually contains very little chromium; at most measuring stations, the concentration was

**Figure 6-1.  Frequency of NPL Sites with Chromium Contamination**



Frequency of
NPL Sites

1-8
10-15
16-22
24-28
34-59
69-102

Derived from HazDat 2007

6.  POTENTIAL FOR HUMAN EXPOSURE

<300 ng/m$^3$ and median levels were <20 ng/m$^3$.  As a result of smoking, indoor air contaminated with chromium can be 10–400 times greater than outdoor air concentrations (WHO 2003).

Chromium in the aquatic phase occurs in the soluble state or as suspended solids adsorbed onto clayish materials, organics, or iron oxides.  Most of the soluble chromium is present as chromium(VI) or as soluble chromium(III) complexes and generally accounts for a small percentage of the total.  Soluble chromium(VI) may persist in some bodies of water, but will eventually be reduced to chromium(III) by organic matter or other reducing agents in water (Cary 1982; EPA 1984a; Lide 1998).  The residence times of chromium (total) in lake water range from 4.6 to 18 years, with the majority of the chromium in lakes and rivers ultimately deposited in the sediments (Schmidt and Andren 1984).  In the United States, chromium concentrations are up to 84 μg/L in surface water and 0.2–1 μg/L in rainwater (WHO 2003).  Most drinking water supplies in the United States contain <5 μg/L of chromium (WHO 2003).  In ocean water, the mean chromium concentration is 0.3 μg/L (Cary 1982).  In the United States, the groundwater concentration of chromium is generally low, with measurements in the range of 2–10 μg/L in shallow groundwater; levels as high as 50 μg/L have been reported in some supplies (WHO 2003).

Total chromium concentrations in U.S. soils range from 1 to 2,000 mg/kg, with a mean of 37.0 mg/kg (USGS 1984).  Chromium(III) in soil is mostly present as insoluble carbonate and oxide of chromium(III); therefore, it will not be mobile in soil.  The solubility of chromium(III) in soil and its mobility may increase due to the formation of soluble complexes with organic matter in soil, with a lower soil pH potentially facilitating complexation (Avudainayagam et al. 2003).  Chromium has a low mobility for translocation from roots to the aboveground parts of plants (Calder 1988; Cary 1982; EPA 1984a, 1985a; King 1988; Stackhouse and Benson 1989).

A common source of chromium exposure is from food.  Total chromium levels in most foods typically range from <10 to 1,300 μg/kg, with the highest concentrations being found in meat, fish, fruits, and vegetables (WHO 2003).  The general population is exposed to chromium by inhaling air, drinking water, or eating food or food supplements that contain chromium.  However, the primary source of exposure for the general population and non-occupationally exposed workers to chromium comes from food sources, although drinking water can contribute significantly when the levels are >25 μg/L (WHO 2003).

Dermal exposure to chromium may also occur during the use of consumer products that contain chromium, such as fertilizer, wood treated with copper dichromate or chromated copper arsenate, and leather tanned with chromic sulfate.  In addition, people who reside in the vicinity of chromium waste

disposal sites and chromium manufacturing and processing plants have a greater probability of elevated chromium exposure (Pellerin and Booker 2000).

Exposure to chromium for occupational groups can be two orders of magnitude higher than the exposure to the general population (Hemminki and Vainio 1984). Occupational exposure to chromium occurs mainly from chromate production, stainless steel production and welding, chrome plating, production of ferrochrome alloys, chrome pigment production and user industries, and from working in tanning industries (Pellerin and Booker 2000; Stern 1982)

## 6.2    RELEASES TO THE ENVIRONMENT

The Toxics Release Inventory (TRI) data should be used with caution because only certain types of facilities are required to report (EPA 2005). This is not an exhaustive list. Manufacturing and processing facilities are required to report information to the TRI only if they employ 10 or more full-time employees; if their facility is included in Standard Industrial Classification (SIC) Codes 10 (except 1011, 1081, and 1094), 12 (except 1241), 20–39, 4911 (limited to facilities that combust coal and/or oil for the purpose of generating electricity for distribution in commerce), 4931 (limited to facilities that combust coal and/or oil for the purpose of generating electricity for distribution in commerce), 4939 (limited to facilities that combust coal and/or oil for the purpose of generating electricity for distribution in commerce), 4953 (limited to facilities regulated under RCRA Subtitle C, 42 U.S.C. section 6921 et seq.), 5169, 5171, and 7389 (limited S.C. section 6921 et seq.), 5169, 5171, and 7389 (limited to facilities primarily engaged in solvents recovery services on a contract or fee basis); and if their facility produces, imports, or processes ≥25,000 pounds of any TRI chemical or otherwise uses >10,000 pounds of a TRI chemical in a calendar year (EPA 2005).

### 6.2.1    Air

Estimated releases of 512,134 pounds of chromium to the atmosphere from 2,011 domestic manufacturing and processing facilities in 2009, accounted for about 6.6% of the estimated total environmental releases from facilities required to report to the TRI (TRI09 2011). Estimated releases of 269,599 pounds of chromium compounds to the atmosphere from 1,334 domestic manufacturing and processing facilities in 2009, accounted for about 1% of the estimated total environmental releases from facilities required to report to the TRI (TRI09 2011). These releases are summarized in Tables 6-1 and 6-2.

### Table 6-1. Releases to the Environment from Facilities that Produce, Process, or Use Metallic Chromium[a]

| | | | | | | | Total release | | |
|---|---|---|---|---|---|---|---|---|---|
| State[c] | RF[d] | Air[e] | Water[f] | UI[g] | Land[h] | Other[j] | On-site[j] | Off-site[k] | On- and off-site |
| AL | 45 | 3,708 | 565 | 0 | 32,551 | 37,542 | 7,720 | 66,646 | 74,366 |
| AK | 1 | 0 | 0 | 25,000 | 27,000 | 0 | 52,000 | 0 | 52,000 |
| AZ | 20 | 1,055 | 91 | 0 | 345,591 | 17,749 | 334,967 | 29,520 | 364,487 |
| AR | 25 | 5,067 | 280 | 0 | 4,070 | 250 | 5,078 | 4,589 | 9,667 |
| CA | 85 | 1,653 | 1,287 | 382 | 11,059 | 11,749 | 1,674 | 24,457 | 26,131 |
| CO | 21 | 290 | 29 | 0 | 28,935 | 27,412 | 27,627 | 29,039 | 56,666 |
| CT | 45 | 542 | 2,060 | 0 | 15,242 | 36,845 | 10,913 | 43,777 | 54,689 |
| DE | 2 | 5 | 0 | 0 | 334 | 0 | 5 | 334 | 339 |
| FL | 29 | 90 | 31 | 0 | 255,926 | 1,889 | 188,645 | 69,290 | 257,935 |
| GA | 44 | 1,003 | 396 | 0 | 47,228 | 1,886 | 1,320 | 49,193 | 50,513 |
| ID | 5 | 105 | 0 | 0 | 130,286 | 487 | 107,517 | 23,361 | 130,879 |
| IL | 109 | 4,982 | 26,157 | 0 | 24,175 | 17,870 | 5,012 | 68,172 | 73,184 |
| IN | 119 | 15,813 | 3,811 | 0 | 1,490,024 | 85,846 | 29,247 | 1,566,247 | 1,595,493 |
| IA | 43 | 2,183 | 65 | 0 | 61,992 | 109,972 | 2,245 | 171,968 | 174,213 |
| KS | 40 | 8,066 | 217 | 0 | 3,330 | 270 | 8,088 | 3,795 | 11,883 |
| KY | 49 | 7,123 | 623 | 0 | 22,447 | 9,475 | 7,222 | 32,446 | 39,668 |
| LA | 35 | 1,367 | 232 | 0 | 49,357 | 164 | 17,636 | 33,484 | 51,121 |
| ME | 8 | 88 | 122 | 0 | 43 | 2,970 | 88 | 3,134 | 3,222 |
| MD | 7 | 1 | 14 | 0 | 9 | 11 | 1 | 34 | 35 |
| MA | 34 | 1,026 | 350 | 0 | 12,580 | 10,706 | 1,281 | 23,380 | 24,662 |
| MI | 78 | 7,673 | 2,382 | 0 | 25,049 | 4,951 | 8,729 | 31,326 | 40,055 |
| MN | 38 | 2,163 | 39 | 0 | 7,146 | 69 | 2,163 | 7,255 | 9,418 |
| MS | 22 | 2,806 | 12 | 0 | 454 | 72 | 2,808 | 536 | 3,344 |
| MO | 37 | 298,980 | 513 | 0 | 4,206 | 76 | 298,995 | 4,781 | 303,775 |
| MT | 1 | 0 | 0 | 0 | 520,172 | 0 | 520,172 | 0 | 520,172 |
| NE | 11 | 809 | 257 | 0 | 82,754 | 75 | 46,541 | 37,354 | 83,895 |
| NV | 14 | 238 | 6,631 | 0 | 1,080,422 | 407 | 1,076,822 | 10,876 | 1,087,699 |
| NH | 15 | 126 | 45 | 0 | 26 | 1,125 | 126 | 1,195 | 1,321 |
| NJ | 21 | 440 | 17 | 0 | 26,248 | 141 | 448 | 26,398 | 26,846 |
| NM | 3 | 52 | 0 | 0 | 54 | 0 | 106 | 0 | 106 |
| NY | 49 | 4,612 | 6,544 | 0 | 48,786 | 880 | 19,512 | 41,309 | 60,821 |
| NC | 52 | 928 | 312 | 0 | 4,008 | 6,969 | 976 | 11,241 | 12,217 |
| ND | 5 | 21 | 9 | 0 | 10,453 | 0 | 10,236 | 247 | 10,483 |
| OH | 164 | 9,119 | 5,675 | 0 | 204,658 | 73,201 | 43,141 | 249,513 | 292,654 |
| OK | 66 | 2,389 | 59 | 0 | 6,561 | 1,551 | 2,394 | 8,167 | 10,560 |

CHROMIUM                                                                              368

6.  POTENTIAL FOR HUMAN EXPOSURE

## Table 6-1.  Releases to the Environment from Facilities that Produce, Process, or Use Metallic Chromium[a]

| | | | | | | | Reported amounts released in pounds per year[b] | | | |
| | | | | | | | | Total release | | |
| State[c] | RF[d] | Air[e] | Water[f] | UI[g] | Land[h] | Other[i] | On-site[j] | Off-site[k] | On- and off-site |
|---|---|---|---|---|---|---|---|---|---|
| OR | 14 | 2,726 | 43 | 0 | 73,071 | 24 | 70,154 | 5,710 | 75,864 |
| PA | 180 | 12,514 | 1,378 | 0 | 658,699 | 217,491 | 47,732 | 842,350 | 890,082 |
| PR | 5 | 29 | 0 | 0 | 20 | 0 | 29 | 20 | 49 |
| RI | 5 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 1 |
| SC | 51 | 6,009 | 2,892 | 0 | 99,752 | 868 | 6,103 | 103,417 | 109,520 |
| SD | 8 | 45 | 1 | 0 | 42,240 | 1 | 42,162 | 125 | 42,287 |
| TN | 49 | 1,629 | 837 | 0 | 57,445 | 13,005 | 1,900 | 71,017 | 72,917 |
| TX | 140 | 6,499 | 8,912 | 213,649 | 20,672 | 5,244 | 221,563 | 33,414 | 254,976 |
| UT | 18 | 624 | 10 | 0 | 27,087 | 3,726 | 19,141 | 12,308 | 31,448 |
| VT | 4 | 22 | 13 | 0 | 32 | 215 | 27 | 255 | 282 |
| VA | 22 | 172 | 20,799 | 0 | 49,635 | 396 | 19,270 | 51,733 | 71,002 |
| WA | 21 | 1,608 | 142 | 0 | 48,867 | 4,633 | 2,864 | 52,386 | 55,249 |
| WV | 7 | 2,984 | 706 | 0 | 14,833 | 501 | 2,991 | 16,034 | 19,024 |
| WI | 142 | 92,652 | 4,452 | 0 | 476,398 | 27,955 | 93,201 | 508,256 | 601,456 |
| WY | 3 | 95 | 2 | 0 | 41,823 | 176 | 41,892 | 204 | 42,096 |
| Total | 2,011 | 512,134 | 99,011 | 239,031 | 6,193,750 | 736,849 | 3,410,482 | 4,370,293 | 7,780,775 |

[a]The TRI data should be used with caution since only certain types of facilities are required to report.  This is not an exhaustive list.  Data are rounded to nearest whole number.
[b]Data in TRI are maximum amounts released by each facility.
[c]Post office state abbreviations are used.
[d]Number of reporting facilities.
[e]The sum of fugitive and point source releases are included in releases to air by a given facility.
[f]Surface water discharges, waste water treatment-(metals only), and publicly owned treatment works (POTWs) (metal and metal compounds).
[g]Class I wells, Class II-V wells, and underground injection.
[h]Resource Conservation and Recovery Act (RCRA) subtitle C landfills; other onsite landfills, land treatment, surface impoundments, other land disposal, other landfills.
[i]Storage only, solidification/stabilization (metals only), other off-site management, transfers to waste broker for disposal, unknown
[j]The sum of all releases of the chemical to air, land, water, and underground injection wells.
[k]Total amount of chemical transferred off-site, including to POTWs.

RF = reporting facilities; UI = underground injection

Source:  TRI09 2011 (Data are from 2009)

6. POTENTIAL FOR HUMAN EXPOSURE

### Table 6-2. Releases to the Environment from Facilities that Produce, Process, or Use Chromium Compounds[a]

| State[c] | RF[d] | Air[e] | Water[f] | UI[g] | Land[h] | Other[j] | On-site[ ] | Off-site[k] | On- and off-site |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total release | | |
| AK | 4 | 192 | 10 | 0 | 1,051,055 | 0 | 1,051,257 | 0 | 1,051,257 |
| AL | 41 | 12,995 | 3,368 | 0 | 855,643 | 33,148 | 756,162 | 148,992 | 905,154 |
| AR | 25 | 1,830 | 209 | 0 | 89,381 | 51,460 | 61,330 | 81,549 | 142,880 |
| AZ | 19 | 1,876 | 42 | 0 | 1,462,139 | 1,739 | 1,460,380 | 5,416 | 1,465,796 |
| CA | 42 | 699 | 17,437 | 0 | 252,991 | 58,991 | 190,150 | 139,969 | 330,119 |
| CO | 11 | 510 | 15 | 0 | 394,416 | 250 | 346,695 | 48,496 | 395,191 |
| CT | 13 | 1,305 | 820 | 0 | 16,344 | 20,567 | 1,328 | 37,707 | 39,035 |
| DE | 4 | 208 | 297 | 0 | 508,021 | 0 | 27,157 | 481,369 | 508,526 |
| FL | 25 | 4,306 | 357 | 0 | 385,025 | 22,394 | 346,871 | 65,211 | 412,082 |
| GA | 41 | 6,050 | 3,428 | 0 | 560,164 | 4,984 | 549,328 | 25,298 | 574,625 |
| HI | 1 | 0 | 0 | 0 | 0 | 0 | . | . | . |
| IA | 15 | 7,476 | 50 | 0 | 146,295 | 110 | 74,254 | 79,676 | 153,930 |
| ID | 1 | 5,922 | 4 | 0 | 464,262 | 5 | 470,188 | 5 | 470,194 |
| IL | 72 | 5,913 | 19,980 | 636 | 949,161 | 164,644 | 219,738 | 920,596 | 1,140,334 |
| IN | 76 | 17,409 | 196,624 | 900 | 2,128,495 | 693,344 | 1,490,246 | 1,546,525 | 3,036,771 |
| KS | 23 | 6,121 | 2,902 | 250 | 368,352 | 213,474 | 106,741 | 484,358 | 591,099 |
| KY | 45 | 21,332 | 9,012 | 0 | 2,670,506 | 44,468 | 972,602 | 1,772,715 | 2,745,318 |
| LA | 21 | 1,229 | 440 | 1 | 260,204 | 16,688 | 214,862 | 63,700 | 278,562 |
| MA | 11 | 538 | 6 | 0 | 28,267 | 15,101 | 617 | 43,295 | 43,911 |
| MD | 21 | 2,401 | 532 | 0 | 110,310 | 144,631 | 74,943 | 182,931 | 257,873 |
| ME | 6 | 133 | 450 | 0 | 31,822 | 71,378 | 543 | 103,240 | 103,783 |
| MI | 73 | 10,157 | 9,079 | 4,400 | 557,893 | 16,191 | 340,219 | 257,502 | 597,720 |
| MN | 25 | 1,573 | 14,278 | 0 | 127,028 | 15,383 | 75,650 | 82,612 | 158,261 |
| MO | 26 | 4,537 | 618 | 0 | 336,752 | 37,987 | 104,979 | 274,916 | 379,894 |
| MS | 33 | 3,277 | 1,026 | 2,297,309 | 1,008,735 | 32,026 | 3,168,752 | 173,623 | 3,342,374 |
| MT | 8 | 1,805 | 0 | 0 | 250,394 | 645 | 102,190 | 150,653 | 252,843 |
| NC | 42 | 7,004 | 39,737 | 0 | 1,299,616 | 16,645 | 1,183,540 | 179,461 | 1,363,001 |
| ND | 7 | 4,869 | 242 | 0 | 289,934 | 1,533 | 134,352 | 162,226 | 296,578 |
| NE | 11 | 3,629 | 2,770 | 0 | 84,154 | 5,697 | 75,712 | 20,538 | 96,251 |
| NH | 3 | 69 | 10 | 0 | 10,650 | 250 | 2,079 | 8,900 | 10,979 |
| NJ | 17 | 1,590 | 39,946 | 0 | 3,865 | 52,021 | 3,765 | 93,658 | 97,423 |
| NM | 4 | 659 | 0 | 0 | 180,656 | 0 | 181,315 | 0 | 181,315 |
| NV | 7 | 255 | 0 | 0 | 1,531,094 | 0 | 1,531,349 | 0 | 1,531,349 |
| NY | 21 | 898 | 1,103 | 0 | 64,214 | 1,238 | 32,491 | 34,962 | 67,453 |
| OH | 101 | 28,059 | 17,971 | 444,822 | 2,125,297 | 247,620 | 1,578,830 | 1,284,938 | 2,863,768 |

**Table 6-2. Releases to the Environment from Facilities that Produce, Process, or Use Chromium Compounds[a]**

| | | Reported amounts released in pounds per year[b] | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total release | | |
| State[c] | RF[d] | Air[e] | Water[f] | UI[g] | Land[h] | Other[i] | On-site[j] | Off-site[k] | On- and off-site |
| OK | 19 | 3,389 | 306 | 0 | 465,657 | 3,844 | 444,881 | 28,315 | 473,196 |
| OR | 11 | 235 | 106 | 0 | 58,134 | 653 | 7,961 | 51,167 | 59,128 |
| PA | 113 | 50,601 | 15,177 | 0 | 2,004,874 | 235,591 | 818,001 | 1,488,242 | 2,306,243 |
| PR | 7 | 5,285 | 51 | 0 | 3,193 | 198 | 5,285 | 3,443 | 8,728 |
| RI | 5 | 0 | 0 | 0 | 300 | 0 | 0 | 300 | 300 |
| SC | 2 | 3,260 | 2,945 | 0 | 389,283 | 130,685 | 278,206 | 247,966 | 526,172 |
| SD | 27 | 13 | 8 | 0 | 0 | 0 | 13 | 8 | 20 |
| TN | 3 | 4,604 | 30,074 | 0 | 2,109,366 | 5,918 | 1,570,982 | 578,980 | 2,149,962 |
| TX | 43 | 16,668 | 3,020 | 31,886 | 1,316,207 | 110,630 | 1,283,443 | 194,969 | 1,478,412 |
| UT | 92 | 2,088 | 1,262 | 0 | 1,632,406 | 14,465 | 1,538,140 | 112,081 | 1,650,221 |
| VA | 15 | 1,002 | 6,116 | 0 | 171,669 | 359 | 163,200 | 15,947 | 179,146 |
| WA | 16 | 568 | 36,434 | 0 | 75,005 | 106,290 | 43,057 | 175,240 | 218,298 |
| WI | 23 | 6,195 | 4,745 | 0 | 204,646 | 68,916 | 11,886 | 272,616 | 284,502 |
| WV | 16 | 4,465 | 2,878 | 0 | 911,062 | 29,786 | 603,016 | 345,175 | 948,191 |
| WY | 47 | 4,399 | 180 | 0 | 211,926 | 636 | 190,665 | 26,476 | 217,141 |
| Total | 1,334 | 269,599 | 486,063 | 2,780,204 | 30,156,862 | 2,692,585 | 23,889,351 | 12,495,962 | 36,385,312 |

[a]The TRI data should be used with caution since only certain types of facilities are required to report. This is not an exhaustive list. Data are rounded to nearest whole number.
[b]Data in TRI are maximum amounts released by each facility.
[c]Post office state abbreviations are used.
[d]Number of reporting facilities.
[e]The sum of fugitive and point source releases are included in releases to air by a given facility.
[f]Surface water discharges, waste water treatment-(metals only), and publicly owned treatment works (POTWs) (metal and metal compounds).
[g]Class I wells, Class II-V wells, and underground injection.
[h]Resource Conservation and Recovery Act (RCRA) subtitle C landfills; other onsite landfills, land treatment, surface impoundments, other land disposal, other landfills.
[i]Storage only, solidification/stabilization (metals only), other off-site management, transfers to waste broker for disposal, unknown
[j]The sum of all releases of the chemical to air, land, water, and underground injection wells.
[k]Total amount of chemical transferred off-site, including to POTWs.

RF = reporting facilities; UI = underground injection

Source: TRI09 2011 (Data are from 2009)

Total chromium has been identified in air samples at 48 of 1,699 current or former NPL hazardous waste sites where it was detected in some environmental media (HazDat 2007).

Continental dust flux is the main natural source of chromium in the atmosphere; volcanic dust and gas flux are minor natural sources of chromium in the atmosphere (Fishbein 1981). Chromium is released into the atmosphere mainly by anthropogenic stationary point sources, including industrial, commercial, and residential fuel combustion, *via* the combustion of natural gas, oil, and coal (Kimbrough et al. 1999; Pacyn and Pacyn 2001; Seigneur and Constantinous 1995). Other important anthropogenic stationary point sources of chromium emission to the atmosphere are metal industries, such as chrome plating and steel production (EPA 1990b; Johnson et al. 2006; Pacyn and Pacyn 2001). Approximately one-third of the atmospheric releases of chromium are believed to be in the hexavalent form, chromium(VI) (Johnson et al. 2006). Other potentially small sources of atmospheric chromium emission are cement-producing plants (cement contains chromium), the wearing down of asbestos brake linings that contain chromium, incineration of municipal refuse and sewage sludge, and emission from chromium-based automotive catalytic converters. Emissions from cooling towers that previously used chromate chemicals as rust inhibitors are also atmospheric sources of chromium (EPA 1984b, 1990b; Fishbein 1981).

## 6.2.2   Water

Estimated releases of 99,011 pounds of chromium to surface water from 2,011 domestic manufacturing and processing facilities in 2009, accounted for about 1% of the estimated total environmental releases from facilities required to report to the TRI (TRI09 2011). Estimated releases of 486,063 pounds of chromium compounds to surface water from 1,334 domestic manufacturing and processing facilities in 2009, accounted for about 1% of the estimated total environmental releases from facilities required to report to the TRI (TRI09 2011).

Total chromium has been identified in surface water and groundwater samples at 427 of 1,699 and 813 of 1,699 current or former NPL hazardous waste sites where it was detected in some environmental media (HazDat 2007).

On a worldwide basis, the major chromium source in aquatic ecosystems is domestic waste water effluents (32.2% of the total) (Barceloux 1999). The other major sources are metal manufacturing (25.6%), ocean dumping of sewage (13.2%), chemical manufacturing (9.3%), smelting and refining of nonferrous metals (8.1%), and atmospheric fallout (6.4%) (Nriagu and Pacyna 1988). Annual

anthropogenic input of chromium into water has been estimated to exceed anthropogenic input into the atmosphere (Nriagu and Pacyna 1988). However, land erosion, a natural source of chromium in water, was not included in the Nriagu and Pacyna (1988) estimation of chromium contributions to the aquatic environment.

### 6.2.3   Soil

Estimated releases of 6,193,750 pounds of chromium to soils from 2,011 domestic manufacturing and processing facilities in 2009, accounted for about 80% of the estimated total environmental releases from facilities required to report to the TRI (TRI09 2011). An additional 239,031 pounds of chromium were released via underground injection. Estimated releases of 30,156,862 pounds of chromium compounds to soils from 1,334 domestic manufacturing and processing facilities in 2009, accounted for about 83% of the estimated total environmental releases from facilities required to report to the TRI (TRI09 2011). An additional 2,780,204 pounds were released via underground injection. These releases are summarized in Tables 6-1 and 6-2.

Total chromium has been identified in soil and sediment samples at 696 of 1,699 and 471 of 1,699 current or former NPL hazardous waste sites where it was detected in some environmental media (HazDat 2007).

On a worldwide basis, the disposal of commercial products that contain chromium may be the largest contributor, accounting for 51% of the total chromium released to soil (Nriagu and Pacyna 1988). Other significant sources of chromium release into soil include the disposal of coal fly ash and bottom fly ash from electric utilities and other industries (33.1%), agricultural and food wastes (5.3%), animal wastes (3.9%), and atmospheric fallout (2.4%) (Nriagu and Pacyna 1988). Solid wastes from metal manufacturing constituted <0.2% to the overall chromium release in soil. However, the amount of chromium in sludge or residue that is disposed of in landfills by manufacturing and user industries that treat chromate wastes in ponds and lagoons is not included in the estimation by Nriagu and Pacyna (1988).

### 6.3   ENVIRONMENTAL FATE

### 6.3.1   Transport and Partitioning

Chromium is present in the atmosphere primarily in particulate form; naturally occurring gaseous forms of chromium are rare (Cary 1982; Kimbrough et al. 1999; Seigneur and Constantinous 1995). The

transport and partitioning of particulate matter in the atmosphere depends largely on particle size and density. Atmospheric particulate matter is deposited on land and water via wet and dry deposition. Wet, dry, and total deposition rates of chromium and several other trace metals in remote, rural and urban areas were summarized by Schroeder et al. (1987). Deposition rates tended to be highest in urban areas that had greater atmospheric levels of chromium as compared to rural and remote locations. The rates of wet and dry deposition are dependent upon several factors, including particle and aerosol size distribution (Kimbrough et al. 1999). The mass mean aerodynamic diameter (MMAD) of chromium aerosols or particulates emitted from several industrial sources are ≤10 μm and it has been estimated that chromium-containing particulates emitted from these industrial sources can remain airborne for 7–10 days and are subject to long-range transport (Kimbrough et al. 1999). Based on a troposphere to stratosphere turnover time of 30 years (EPA 1979), atmospheric particles with a residence time of <10 days are not expected to transport from the troposphere to the stratosphere and there are no data in the reviewed literature indicating that chromium particles are transported from the troposphere to the stratosphere (Pacyna and Ottar 1985).

Since chromium compounds cannot volatilize from water, transport of chromium from water to the atmosphere is not likely, except by transport in windblown sea sprays. Most of the chromium released into water will ultimately be deposited in the sediment. A very small percentage of chromium in the water column is present in both soluble and insoluble forms. In the aquatic phase, chromium(III) occurs mostly as suspended solids adsorbed onto clayish materials, organics, or iron oxide ($Fe_2O_3$) present in water. Approximately 10.5–12.6% of chromium in the aquatic phase of the Amazon and Yukon Rivers was in solution, the rest being present in the suspended solid phase (Cary 1982; King 1988). The ratio of chromium in suspended solids to dissolved form in an organic-rich river in Brazil was 2.1 (Malm et al. 1988).

The bioconcentration factor (BCF) for chromium(VI) in rainbow trout (*Salmo gairdneri*) is 1. In bottom-feeder bivalves, such as the oyster (*Crassostrea virginica*), blue mussel (*Mytilus edulis*), and soft shell clam (*Mya arenaria*), the BCF values for chromium(III) and chromium(VI) range from 86 to 192 (EPA 1980, 1984a; Fishbein 1981; Schmidt and Andren 1984). The bioavailability of chromium(III) to freshwater invertebrates (*Daphnia pulex*) decreased with the addition of humic acid (Ramelow et al. 1989). This decrease in bioavailability was attributed to lower availability of the free form of the metal due to its complexation with humic acid. Based on this information, chromium is not expected to biomagnify in the aquatic food chain. Although higher concentrations of chromium have been reported in plants growing in high chromium-containing soils (e.g., soil near ore deposits or chromium-emitting

industries and soil fertilized by sewage sludge) compared with plants growing in normal soils, most of the increased uptake in plants is retained in roots, and only a small fraction is translocated in the aboveground part of edible plants (Cary 1982; WHO 1988). Therefore, bioaccumulation of chromium from soil to aboveground parts of plants is unlikely (Petruzzelli et al. 1987). There is no indication of biomagnification of chromium along the terrestrial food chain (soil-plant-animal) (Cary 1982).

The mobility of chromium in soil is dependent upon the speciation of chromium, which is a function of redox potential and the pH of the soil. In most soils, chromium will be present predominantly in the chromium(III) oxidation state. This form has very low solubility and low reactivity, resulting in low mobility in the environment (Barnhart 1997; Jardine et al. 1999; Robson 2003). Under oxidizing conditions, chromium(VI) may be present in soil as $CrO_4^{-2}$ and $HCrO_4^-$ (James et al. 1997). In this form, chromium is relatively soluble and mobile. A leachability study comparing the mobility of several metals, including chromium, in soil demonstrated that chromium had the least mobility of all of the metals studied (Sahuquillo et al. 2003). These results support previous data finding that chromium is not very mobile in soil, especially in the trivalent oxidation state (Balasoiu et al. 2001; Jardine et al. 1999; Lin et al. 1996; Robson 2003). These results are further supported by a leachability investigation in which chromium mobility was studied for a period of 4 years in a sandy loam (Sheppard and Thibault 1991). The vertical migration pattern of chromium in this soil indicated that after an initial period of mobility, chromium forms insoluble complexes and little leaching is observed. Chromium present as insoluble oxide, $Cr_2O_3 \cdot nH_2O$, exhibited limited mobility in soil (Rifkin et al. 2004). Flooding of soils and the subsequent anaerobic decomposition of plant detritus matters may increase the mobilization of chromium(III) in soils due to formation of soluble complexes (Stackhouse and Benson 1989). This complexation may be facilitated by a lower soil pH.

A smaller percentage of total chromium in soil exists as soluble chromium(VI) and chromium(III) complexes, which are more mobile in soil. Chromium that is irreversibly sorbed onto soil (e.g., in the interstitial lattice of geothite, FeOOH) will not be bioavailable to plants and animals under any condition. Organic matter in soil is expected to convert soluble chromate, chromium(VI), to insoluble chromium(III) oxide, $Cr_2O_3$ (Calder 1988). Surface runoff from soil can transport both soluble and bulk precipitate of chromium to surface water. Soluble and unadsorbed chromium(VI) and chromium(III) complexes in soil may leach into groundwater. The leachability of chromium(VI) in the soil increases as the pH of the soil increases. On the other hand, lower pH present in acid rain may facilitate leaching of acid-soluble chromium(III) complexes and chromium(VI) compounds in soil. Chromium has a low mobility for translocation from roots to aboveground parts of plants (Cary 1982). However, depending on the

geographical areas where the plants are grown, the concentration of chromium in aerial parts of certain plants may differ by a factor of 2–3 (Cary 1982).

## 6.3.2    Transformation and Degradation
### 6.3.2.1    Air

In the atmosphere, chromium(VI) may be reduced to chromium(III) at a significant rate by vanadium ($V^{2+}$, $V^{3+}$, and $VO^{2+}$), $Fe^{2+}$, $HSO_3^-$, and $As^{3+}$ (EPA 1987b; Kimbrough et al. 1999).  Conversely, chromium(III), if present as a salt other than $Cr_2O_3$, may be oxidized to chromium(VI) in the atmosphere if 1% of the manganese in atmospheric aerosols is present as $MnO_2$ (EPA 1990b).  The estimated atmospheric half-life for chromium(VI) reduction to chromium(III) was reported in the range of 16 hours to about 5 days (Kimbrough et al. 1999).

### 6.3.2.2    Water

The reduction of chromium(VI) to chromium(III) and the oxidation of chromium(III) to chromium(VI) in water has been investigated extensively.  Reduction of chromium(VI) to chromium(III) can occur under suitable conditions in the aqueous environment, if an appropriate reducing agent is available.  The most common reducing agents present in aqueous systems include:  organic matter; hydrogen sulfide; sulfur, iron sulfide; ammonium; and nitrate (Kimbrough et al. 1999).  The reduction of chromium(VI) by $S^{-2}$ or $Fe^{+2}$ ions under anaerobic conditions occurs rapidly, with the reduction half-life ranging from instantaneous to a few days (Seigneur and Constantinous 1995).  However, the reduction of chromium(VI) by organic sediments and soils was much slower and depended on the type and amount of organic material and on the redox condition of the water.  The reduction half-life of chromium(VI) in water with soil and sediment ranged from 4 to 140 days, with the reaction typically occurring faster under anaerobic rather than aerobic conditions (Saleh et al. 1989).  Generally, the reduction of chromium(VI) to chromium(III) is also favored under acidic conditions (Kimbrough et al. 1999).

Oxidation of chromium(III) to chromium(VI) can also occur in the aqueous environment, depending on several factors.  Although oxygen is known to oxidize chromium(III) to chromium(VI), dissolved oxygen by itself in natural waters did not cause any measurable oxidation of chromium(III) to chromium(VI) over a period of 128 days (Saleh et al. 1989).  When chromium(III) was added to lake water, a slow oxidation of chromium(III) to chromium(VI) occurred, corresponding to an oxidation half-life of nine years.  Addition of 50 mg/L manganese oxide accelerated the process, decreasing the oxidation half-life to

approximately 2 years (Saleh et al. 1989). The oxidation of chromium(III) to chromium(VI) during chlorination of water was highest in the pH range of 5.5–6.0 (Saleh et al. 1989). However, the process would rarely occur during chlorination of drinking water because of the low concentrations of chromium(III) in these waters, and the presence of naturally occurring organics that may protect chromium(III) from oxidation, either by forming strong complexes with chromium(III) or by acting as a reducing agent to free available chlorine (EPA 1988c). In chromium(III)-contaminated waste waters having pH ranges of 5–7, chlorination may convert chromium(III) to chromium(VI) in the absence of chromium(III)-complexing and free chlorine reducing agents (EPA 1988c).

Chromium speciation in groundwater also depends on the redox potential and pH conditions in the aquifer. Chromium(VI) predominates under highly oxidizing conditions; whereas chromium(III) predominates under reducing conditions. Oxidizing conditions are generally found in shallow, oxygenated aquifers, and reducing conditions generally exist in deeper, anaerobic groundwaters. In natural groundwater, the pH is typically 6–8, and $CrO_4^{-2}$ is the predominant species of chromium in the hexavalent oxidation state, while $Cr(OH)_2^{+1}$ will be the dominant species in the trivalent oxidation state. This species and other chromium(III) species will predominate in more acidic pH; $Cr(OH)_3$ and $Cr(OH)_4^{-1}$ predominate in more alkaline waters (Calder 1988).

### 6.3.2.3  Sediment and Soil

The fate of chromium in soil is greatly dependent upon the speciation of chromium, which is a function of redox potential and the pH of the soil. In most soils, chromium will be present predominantly in the chromium(III) state. This form has very low solubility and low reactivity resulting in low mobility in the environment and low toxicity in living organisms (Ashley et al. 2003; Barnhart 1997; EPA 1994b). Under oxidizing conditions, chromium(VI) may be present in soil as $CrO_4^{-2}$ and $HCrO_4^-$ (James et al. 1997). In this form, chromium is relatively soluble, mobile, and toxic to living organisms. In deeper soil where anaerobic conditions exist, chromium(VI) will be reduced to chromium(III) by $S^{-2}$ and $Fe^{+2}$ present in soil. The reduction of chromium(VI) to chromium(III) is possible in aerobic soils that contain appropriate organic energy sources to carry out the redox reaction, with the reduction of chromium(VI) to chromium(III) facilitated by low pH (Cary 1982; EPA 1990b; Saleh et al. 1989).

The oxidation of chromium(III) to chromium(VI) in soil is facilitated by the presence of organic substances, oxygen, manganese dioxide, moisture, and the elevated temperatures in surface soil that result from brush fires (Calder 1988; Cary 1982). Organic forms of chromium(III) (e.g., humic acid complexes)

are more easily oxidized than insoluble oxides. However, oxidation of chromium(III) to chromium(VI) was not observed in soil under conditions of maximum aeration and a maximum pH of 7.3 (Bartlett and Kimble 1976). It was later reported that soluble chromium(III) in soil can be partly oxidized to chromium(VI) by manganese dioxide in soil, and the process is enhanced at pH values >6 (Bartlett 1991). Because most chromium(III) in soil is immobilized due to adsorption and complexation with soil materials, the barrier to this oxidation process is the lack of availability of mobile chromium(III) to immobile manganese dioxide in soil surfaces. Due to this lack of availability of mobile chromium(III) to manganese dioxide surfaces, a large portion of chromium in soil will not be oxidized to chromium(VI), even in the presence of manganese dioxide and favorable pH conditions (Bartlett 1991; James et al. 1997).

The microbial reduction of chromium(VI) to chromium(III) has been discussed as a possible remediation technique in heavily contaminated environmental media or wastes (Chen and Hao 1998; EPA 1994b). Factors affecting the microbial reduction of chromium(VI) to chromium(III) include biomass concentration, initial chromium(VI) concentration, temperature, pH, carbon source, oxidation-reduction potential, and the presence of both oxyanions and metal cations. Although high levels of chromium(VI) are toxic to most microbes, several resistant bacterial species have been identified that could ultimately be employed in remediation strategies (Chen and Hao 1998; EPA 1994b). Elemental iron, sodium sulfite, sodium hydrosulfite, sodium bisulfite, sodium metabisulfite sulfur dioxide, and certain organic compounds such as hydroquinone have also been shown to reduce chromium(VI) to chromium(III) and have been discussed as possible remediation techniques in heavily contaminated soils (Higgins et al. 1997; James et al. 1997). The limitations and efficacy of these and all remediation techniques are dependent upon the ease in which the reducing agents are incorporated into the contaminated soils.

## 6.4   LEVELS MONITORED OR ESTIMATED IN THE ENVIRONMENT

Reliable evaluation of the potential for human exposure to chromium depends in part on the reliability of supporting analytical data from environmental samples and biological specimens. Concentrations of chromium in unpolluted atmospheres and in pristine surface waters are often so low as to be near the limits of current analytical methods. In reviewing data on chromium levels monitored or estimated in the environment, it should also be noted that the amount of chemical identified analytically is not necessarily equivalent to the amount that is bioavailable. The analytical methods available for monitoring chromium in a variety of environmental media are detailed in Chapter 7.

## 6.4.1   Air

Levels of total chromium in the ambient air in U.S. urban and nonurban areas during 1977–1984 are reported in EPA's National Aerometric Data Bank (EPA 1984a, 1990b).  According to this databank, the arithmetic mean total chromium concentrations from a total of 2,106 monitoring stations ranged from 5 to 525 ng/m$^3$.  The two locations that showed the highest total arithmetic mean chromium concentrations were in Steubenville, Ohio, in 1977 (525 ng/m$^3$) and in Baltimore, Maryland, in 1980 (226 ng/m$^3$) (EPA 1990b).  Arithmetic mean total chromium concentrations in only 8 of 173 sites monitored in 1984 were >100 ng/m$^3$ (EPA 1990b).

An indoor/outdoor air study was conducted in southwestern Ontario to measure levels of chromium(VI) and the size fraction of chromium(VI).  Indoor and outdoor samples were taken from 57 homes during the summer months of 1993.  The concentrations were 0.1–0.6 ng/m$^3$ indoors (geometric mean 0.2 ng/m$^3$) and were 0.10–1.6 ng/m$^3$ outdoors (geometric mean 0.55 ng/m$^3$).  The indoor concentrations were less than half of the outdoor concentrations.  Analysis of airborne chromium(VI) particles showed that they were inhalable in size (Bell and Hipfner 1997).  A study measured the levels of chromium(VI) and total chromium in the ambient air in Hudson County, New Jersey.  The concentrations of chromium(VI) in the indoor air of residences in Hudson County in 1990 ranged from 0.38 to 3,000 ng/m$^3$, with a mean of 1.2 ng/m$^3$ (Falerios et al. 1992).

Another study analyzed the relationship between soil levels of chromium and chromium content of the atmosphere.  An indoor/outdoor study was conducted at 25 industrial sites in Hudson County, New Jersey to analyze soils containing chromite ore processing residues.  The industrial sites include industrial, manufacturing, trucking, and warehouse facilities.  The study found industrial indoor chromium(VI) and total chromium concentrations to be 0.23–11 and 4.1–130 ng/m$^3$ and industrial outdoor chromium(VI) and total chromium concentrations to be 0.013–15.3 and 1.9–84.5 ng/m$^3$.  The results of this study found that higher levels of chromium(VI) in soil do not necessarily result in higher levels of chromium(VI) in air (Finley et al. 1993).  The mean concentration of total chromium at the same sites was 7.1 ng/m$^3$, with a concentration range of 3.7–12 ng/m$^3$.  Monitoring data in Hudson County, New Jersey has shown a background chromium(VI) concentration of 0.2–3.8 ng/m$^3$ with a mean concentration of 1.2 ng/m$^3$ (Scott et al. 1997a).  The airborne total chromium concentration range was 1.5–10 ng/m$^3$ with a mean concentration of 4.5 ng/m$^3$ (Scott et al. 1997a).  The mean airborne chromium(VI) and total chromium concentrations in the indoor air of industrial sites in Hudson County, New Jersey, contaminated by chromite ore-processing residue were 3 ng/m$^3$ (range, 0.23–11 ng/m$^3$) and 23 ng/m$^3$ (range, 4.11–

130 ng/m$^3$), respectively. The mean airborne chromium(VI) and total chromium concentrations in outdoor air for the same sites were 9.9 ng/m$^3$ (range, 0.13–110 ng/m$^3$) and 37 ng/m$^3$ (range, 1.9–250 ng/m$^3$), respectively (Falerios et al. 1992).

An air dispersion model was developed which accurately estimated chromium(VI) concentrations at two of these industrial sites in Hudson County, New Jersey (Scott et al. 1997b). The background corrected airborne concentrations in ng/m$^3$ for seven sampling dates are reported as measured (modeled values in parentheses): 0.0 (0.41); 6.2 (7.7); 0.9 (1.7); 2.8 (2.7); 0.0 (0.08); 0.3 (0.1); and 1.2 (0.12). The estimated percent levels of chromium(III) and chromium(VI) in the U.S. atmosphere from anthropogenic sources are given in Table 6-3 (EPA 1990b). Fly ash from a coal-fired power plant contained 1.4–6.1 mg/kg chromium(VI) (Stern et al. 1984). In a field study to assess inhalation exposure to chromium during showering and bathing activities, the average chromium(VI) concentration in airborne aerosols ranged from 87 to 324 ng/m$^3$ when water concentrations of 0.89–11.5 mg/L of chromium(VI) were used in a standard house shower (Finley et al. 1996a).

The concentrations of atmospheric chromium in remote areas, such as the Arctic region and the South Pole, range from 0.005 to 2.6 ng/m$^3$ (Barrie and Hoff 1985; Cary 1982; Schroeder et al. 1987; Sheridan and Zoller 1989). Saltzman et al. (1985) compared the levels of atmospheric chromium at 59 sites in U.S. cities during 1968–1971 with data from EPA's National Aerometric Data Bank file for 1975–1983. They concluded that atmospheric chromium levels may have declined in the early 1980s from the levels detected in the 1960s and 1970s.

### 6.4.2   Water

Chromium concentrations in U.S. river water usually range from <1 to 30 μg/L (EPA 1984a; Malm et al. 1988; Ramelow et al. 1987), with a median value of 10 μg/L (Eckel and Jacob 1988; Smith et al. 1987). Chromium concentrations in lake water generally do not exceed 5 μg/L (Borg 1987; Cary 1982), with higher levels of chromium related to anthropogenic pollution sources. Dissolved chromium concentrations of 0.57–1.30 μg/L were reported in the Delaware River near Marcus Hook and Fieldsboro, Pennsylvania in January 1992, with chromium(III) composing 67% of the total (Riedel and Sanders 1998). In March 1992, these concentrations decreased to 0.03–0.23 μg/L. In general, the concentration of chromium in ocean water is much lower than that in lakes and rivers. The mean chromium concentration in ocean water is 0.3 μg/L, with a range of 0.2–50 μg/L (Cary 1982). The mean concentration of chromium in rainwater is 0.14–0.9 μg/L (Barrie et al. 1987; Dasch and Wolff 1989).

**Table 6-3. Estimates of U.S. Atmospheric Chromium Emissions from Anthropogenic Sources**

| Source category | Estimated number of sources | Chromium emissions (metric tons/year) | Estimated hexavalent chromium (percent) |
|---|---|---|---|
| Combustion of coal and oil | Many | 1,723 | 0.2 |
| Chromium chemical manufacturing | 2 | 18 | 67 |
| Chemical manufacturing cooling towers | 2,039 | 43 | 100 |
| Petroleum refining cooling towers | 475 | 32 | 100 |
| Specialty/steel production | 18 | 103 | 2.2 |
| Primary metal cooling towers | 224 | 8 | 100 |
| Chrome plating | 4,000 | 700 | ~100 |
| Comfort cooling towers | 38,000 | 7.2–206 | 100 |
| Textile manufacturing cooling towers | 51 | 0.1 | 100 |
| Refractory production | 10 | 24 | 1.3 |
| Ferrochromium production | 2 | 16 | 5.4 |
| Sewage sludge incineration | 133 | 13 | <0.1 |
| Tobacco cooling towers | 16 | 0.2 | 100 |
| Utility industry cooling towers | 6 | 1.0 | 100 |
| Chrome ore refining | 6 | 4.8 | <0.1 |
| Tire and rubber cooling towers | 40 | 0.2 | 100 |
| Glass manufacturing cooling towers | 3 | 0.01 | 100 |
| Cement production | 145 | 3 | 0.2 |
| Municipal refuse incineration | 95 | 2.5 | 0.3 |
| National total | | 2,700–2,900 | |

Source: EPA 1990b

APPX ATT_V6_4241

The concentrations of total chromium in groundwater at the Idaho National Engineering Laboratory, where chromate is used as a corrosion inhibitor, ranged from <1 to 280 μg/L (USGS 1989).  The water from a village well situated near a waste pond receiving chromate waste in Douglas, Michigan, contained 10,800 μg/L chromium(VI).  Similarly, water from a private well adjacent to an aircraft plant in Nassau County, New York, contained 25,000 μg/L chromium(VI), while water from a public well adjacent to another aircraft plant in Bethpage, New York, contained 1,400 μg/L chromium(VI) (Davids and Lieber 1951).  In a later study, water from an uncontaminated well in Nassau County, New York, contained an undetectable level of chromium(VI), whereas a contaminated well in the vicinity of a plating plant contained 6,000 μg/L chromium(VI) (Lieber et al. 1964).  A chromium concentration of 120 μg/L was detected in private drinking water wells adjacent to an NPL site in Galena, Kansas (Agency for Toxic Substances and Disease Registry 1990a).

The chromium levels detected in drinking water in an earlier study (1962–1967 survey) may be erroneous due to questionable sampling and analytical methods (see Section 7.1) (EPA 1984a).  Total chromium levels in drinking water were reported to range from 0.2 to 35 μg/L (EPA 1984a).  Most drinking water supplies in the United States contain <5 μg/L of total chromium (WHO 2003).  The concentration of chromium in household tap water may be higher than supply water due to corrosion of chromium-containing pipes.  At a point of maximum contribution from corrosion of the plumbing system, the peak chromium in tap water in Boston, Massachusetts was 15 μg/L (Ohanian 1986).  A survey that targeted drinking waters from 115 Canadian municipalities during 1976–1977 reported the median chromium concentration to be <2.0 μg/L (detection limit) and the maximum chromium concentration to be 8.0 μg/L (Meranger et al. 1979).  A recent monitoring survey of drinking water by the California Department of Public Health found that levels of chromium(VI) were <10 μg/L in 86% (2,003 out of 2,317 sources) of the drinking water sources sampled; however, levels above 50 μg/L were noted in six sources (CDPH 2007).  In this survey, a source was defined as those reporting more than a single detection of chromium(VI) and may include both raw and treated sources, distribution systems, blending reservoirs, and other sampled entities.  These data did not include agricultural wells, monitoring wells, or more than one representation of the same source (e.g., a source with both raw and treated entries is counted a single source).

### 6.4.3    Sediment and Soil

The chromium level in soils varies greatly and depends on the composition of the parent rock from which the soils were formed.  Basalt and serpentine soils, ultramafic rocks, and phosphorites may contain chromium as high as a few thousand mg/kg (Merian 1984) whereas soils derived from granite or sandstone will have lower concentrations of chromium (Swaine and Mitchell 1960).  The concentration range of chromium in 1,319 samples of soils and other surficial materials collected in the conterminous United States was 1–2,000 mg/kg, with a geometric mean of 37 mg/kg (USGS 1984).  Chromium concentrations in Canadian soils ranged from 5 to 1,500 mg/kg, with a mean of 43 mg/kg (Cary 1982).  In a study with different kinds of soils from 20 diverse sites including old chromite mining sites in Maryland, Pennsylvania, and Virginia, the chromium concentration ranged from 4.9 to 71 mg/kg (Beyer and Cromartie 1987).  A polynuclear aromatic hydrocarbon (PAH) soil study was conducted to determine the metal levels in soil at the edge of a busy road that runs through the Aplerbecker Forest in West Germany.  Chromium(VI) concentrations of 64 mg/kg were measured, and these concentrations were 2- to 4-fold higher along the road than in the natural forest (Munch 1993).  The soil beneath decks treated with chrominated copper arsenate (CCA), a wood preservative, had an average chromium content of 43 mg/kg (Stilwell and Gorny 1997).

Chromium has been detected at a high concentration (43,000 mg/kg) in soil at the Butterworth Landfill site in Grand Rapid City, Michigan, which was a site listed on the NPL (Agency for Toxic Substances and Disease Registry 1990b).

Chromium was detected in sediment obtained from the coastal waters of the eastern U.S. seashore at concentrations of 3.8–130.9 µg/g in 1994 and 0.8–98.1 µg/g in 1995 (Hyland et al. 1998).

### 6.4.4    Other Environmental Media

The concentration of chromium in the particulate portion of melted snow collected from two urban areas (Toronto and Montreal) of Canada ranged from 100 to 3,500 mg/kg (Landsberger et al. 1983).  In the suspended materials and sediment of water bodies, chromium levels ranged from 1 to 500 mg/kg (Byrne and DeLeon 1986; EPA 1984a; Mudroch et al. 1988; Ramelow et al. 1987).  The chromium concentration in incinerated sewage sludge ash may be as high as 5,280 mg/kg (EPA 1984a).

Total chromium levels in most fresh foods are extremely low (vegetables [20–50 µg/kg], fruits [20 µg/kg], and grains and cereals [40 µg/kg]) (Fishbein 1984).  The chromium levels of various foods are

reported in Table 6-4. In a study to find the concentrations of chromium in edible vegetables in Tarragon Province, Spain, the highest levels of chromium were found in radish root and spinach, with a nonsignificant difference between the samples collected in two areas (northern industrial and southern agricultural). The samples ranged in concentration from 0.01 to 0.21 µg/g (industrial) and from 0.01 to 0.22 µg/g (agricultural) (Schuhmacker et al. 1993). Acidic foods that come into contact with stainless steel surfaces during harvesting, processing, or preparation for market are sometimes higher in chromium content because of leaching conditions. Processing, however, removes a large percentage of chromium from foods (e.g., whole-grain bread contains 1,750 µg/kg chromium, but processed white bread contains only 140 µg/kg; and molasses contains 260 µg/kg chromium, but refined sugar contains only 20 µg/kg chromium) (Anderson 1981; EPA 1984a).

Chromium levels in oysters, mussels, clams, and mollusks vary from <0.1 to 6.8 mg/kg (dry weight) (Byrne and DeLeon 1986; Ramelow et al. 1989). Fish and shellfish collected from ocean dump sites off New York City, Delaware Bay, and New Haven, Connecticut, contained <0.3–2.7 mg/kg chromium (wet weight) (Greig and Jones 1976). The chromium concentration in fish sampled from 167 lakes in the northeastern United States was 0.03–1.46 µg/g with a mean concentration of 0.19 µg/g (Yeardley et al. 1998). Higher levels of chromium in forage of meat animals have been reported for plants grown in soils with a high concentration of chromium (see Section 6.3.1). Cigarette tobacco reportedly contains 0.24–14.6 mg/kg chromium, but no estimates were available regarding the chromium levels in inhaled cigarette smoke (Langård and Norseth 1986). Cigarette tobacco grown in the United States contains ≤6.3 mg/kg chromium (IARC 1980).

Cement-producing plants are a potential source of atmospheric chromium. Portland cement contains 41.2 mg/kg chromium (range 27.5–60 mg/kg). Soluble chromium accounts for 4.1 mg/kg (range 1.6–8.8 mg/kg) of which 2.9 mg/kg (range 0.03–7.8 mg/kg) is chromium(VI) (Fishbein 1981). The wearing down of vehicular brake linings that contain asbestos represents another source of atmospheric chromium. Asbestos may contain ≈1,500 mg/kg of chromium. The introduction of catalytic converters on U.S. automobiles in 1975 in the United States represented an additional source of atmospheric chromium. Catalysts, such as copper chromite, emit <$10^6$ metal-containing condensation nuclei per cubic centimeter in vehicular exhaust, under various operating conditions (Fishbein 1981).

Fertilizers also contain chromium and other metals. Commercially available bulk fertilizers had total chromium levels of 50–114 µg/g (Gorman et al. 2011).

**Table 6-4.  Chromium Content in Various U.S. Foods**

| Sample | Mean concentration (µg/kg) | Reference |
|---|---|---|
| Fresh vegetables | 30–140 | EPA 1984a |
| Frozen vegetables | 230 | EPA 1984a |
| Canned vegetables | 230 | EPA 1984a |
| Fresh fruits | 90–190 | EPA 1984a |
| Fruits | 20 | EPA 1984a |
| Canned fruits | 510 | EPA 1984a |
| Dairy products | 100 | EPA 1984a |
| Chicken eggs | 60 | Kirpatrick and Coffin 1975 |
| Chicken eggs | 160 | Schroeder et al. 1962 |
| Chicken eggs | 520 | Gormican 1970 |
| Whole fish | 50–80 | EPA 1984a |
| Edible portion of fresh fin fish | <100–160 | Eisenberg and Topping 1986 |
| Meat and fish | 110–230 | EPA 1984a |
| Seafoods | 120–470 | EPA 1984a |
| Grains and cereals | 40–220 | EPA 1984a |
| Sugar, refined[a] | <20 | WHO 1988 |

[a]Value in Finnish sugar

## 6.5   GENERAL POPULATION AND OCCUPATIONAL EXPOSURE

The general population is exposed to chromium by inhaling ambient air, ingesting food, and drinking water containing chromium.  Home-based exposures can occur to the families of occupational workers in what is known as worker-to-family exposures.  Home exposures can also occur through proximity to hazardous waste sites (Pellerin and Booker 2000).  A study measured the relationships between chromium in household dust and chromium in the urine of Hudson County, New Jersey residents (Pellerin and Booker 2000).  Three major producers of chromium(VI) in the form of chromate were active in the area for over 70 years, and produced over 2 million tons of chromium containing slag waste (Pellerin and Booker 2000).  Chromium(VI) levels as high as several hundred parts per million were measured in some of the soil samples extracted from the area (Pellerin and Booker 2000).  Similarly, residents living in an area of Taiwan with a large number of electroplating industries had elevated blood chromium levels, and a significant correlation between blood chromium levels and soil chromium levels were found (Chiang et al. 2011).

Dermal exposure of the general public to chromium can occur from skin contact with consumer products that contain chromium.  Some of the consumer products known to contain chromium are certain wood preservatives, cement, cleaning materials, textiles, and leather tanned with chromium (WHO 1988).  Both chromium(III) and chromium(VI) are known to penetrate the skin, although chromium(VI) penetrates to a higher degree (Robson 2003).  Elevated levels of chromium were observed in urine and blood of people who have had knee or hip replacements made with chromium containing metal alloys (Price 2011; Sunderman et al. 1989).  Levels of chromium in ambient air (<0.01–0.03 $\mu g/m^3$) (Fishbein 1984; Pellerin and Booker 2000) and tap water (<1 $\mu g/L$) (Pellerin and Booker 2000) have been used to estimate the daily intake of chromium via inhalation (<0.2–0.6 $\mu g$) and tap water (<4 $\mu g$).  These estimates are based on an air inhalation rate of 20 $m^3$/day and a drinking water consumption rate of 2 L/day.  The daily chromium intake for the U.S. population from consumption of selected diets (diets with 25 and 43% fat) has been estimated to range from 25 to 224 $\mu g$ with an average of 76 $\mu g$ (Kumpulainen et al. 1979).  The chromium concentrations in tissues and body fluids of the general population are given in Table 6-5.

Workers in industries that use chromium can be exposed to concentrations of chromium two orders of magnitude higher than exposure to the general population, and workers in some 80 different professions may be exposed to chromium(VI) (Hemminki and Vainio 1984; Pellerin and Booker 2000).  Occupational exposure to chromium occurs mainly from chromate production, stainless steel production and welding,

**Table 6-5. Chromium Content in Tissues and Body Fluids of the General Population**

| Sample | Median or mean | Range | Reference |
|---|---|---|---|
| Serum | 0.006 µg/L | 0.01–0.17 µg/L | Sunderman et al. 1989 |
| Urine | 0.4 µg/L | 0.24–1.8 µg/L | Iyengar and Woittiez 1988 |
| Lung | 201 µg/kg (wet weight) | 28–898 µg/kg (wet weight) | Raithel et al. 1987 |
| Breast milk | 0.30 µg/L | 0.06–1.56 µg/L | Casey and Hambidge 1984 |
| Hair | 0.234 mg/kg | Not available | Takagi et al. 1986 |
| Nail | 0.52 mg/kg | No applicable | Takagi et al. 1988 |

chromium plating, ferrochrome alloys and chrome pigment production, and working in tanning industries (Ashley et al. 2003). A list of industries that may be sources of chromium exposure is given in Table 6-6. For most occupations, exposure is due to both chromium(III) and chromium(VI) present as soluble and insoluble fractions. However, exceptions include the tanning industry, where exposure is mostly from soluble chromium(III), and the plating industry, where exposure is due to soluble chromium(VI). The typical concentration ranges of airborne chromium(VI) to which workers in these industries were exposed during an average of 5–20 years of employment were: chromate production, 100–500 $\mu g/m^3$; stainless steel welding, 50–400 $\mu g/m^3$; chromium plating, 5–25 $\mu g/m^3$; ferrochrome alloys, 10–140 $\mu g/m^3$; and chrome pigment, 60–600 $\mu g/m^3$ (Stern 1982). In the tanning industry, except for two bath processes, the typical exposure range due to chromium(III) was 10–50 $\mu g/m^3$. A study of chromium(VI) levels of in the air of a chrome plating shop measured concentrations of chromium(VI) in the range of 10–30 $\mu g/m^3$ for chrome plating shops with local exhaust (Pellerin and Booker 2000). In plating shops without local exhaust, the levels were much higher, up to 120 $\mu g/m^3$ (Pellerin and Booker 2000). In an occupational exposure study of chromium in an aircraft construction factory, airborne samples were collected over a 4-hour period; urinary samples were collected at the beginning (Monday), end (Friday), and after the work shift in order to analyze the absorption of chromium during working hours (Gianello et al. 1998). The air sampling results were 0.02–1.5 $mg/m^3$, and the urine sampling results were 0.16–7.74 $\mu g/g$ creatinine. Compared to the ACGIH and BEI-ACGIH Hygiene Standard of 50 $\mu g/m^3$, both sets of results indicated a very low risk of exposure. The National Occupational Exposure Survey (NOES) conducted by NIOSH from 1981 to 1983 estimated that 304,829 workers in the United States were potentially exposed to chromium(VI) (NIOSH 1989). The NOES database does not contain information on the frequency, concentration, or duration of exposure; the survey only estimates the number of workers potentially exposed to chemicals in the workplace.

In a survey of workers in pigment factories in England that produced strontium and lead chromate, the concentrations of chromium in the whole blood in exposed workers ranged from 3 to 216 $\mu g/L$, compared to a level of <1 $\mu g/L$ for the nonoccupationally exposed population (McAughey et al. 1988). The corresponding concentrations in the urine of exposed workers and the unexposed population were 1.8–575 $\mu g$ chromium/g creatinine and <0.5 $\mu g$ chromium/g creatinine, respectively (McAughey et al. 1988).

Other investigators have found a higher lung burden for chromium in occupational groups than in unexposed groups. The median concentration of chromium in the lungs of deceased smelter workers in Sweden was 450 $\mu g/kg$ (wet weight), compared to a value of 110 $\mu g/kg$ (wet weight) for rural controls and 199 $\mu g/kg$ (wet weight) for urban controls (Gerhardsson et al. 1988).

### Table 6-6.  Industries that May be Sources of Chromium Exposure

| | |
|---|---|
| Abrasives manufacturers | Laboratory workers |
| Acetylene purifiers | Leather finishers |
| Adhesives workers | Linoleum workers |
| Aircraft sprayers | Lithographers |
| Alizarin manufacturers | Magnesium treaters |
| Alloy manufactures | Match manufacturers |
| Aluminum anodizers | Metal cleaners |
| Anodizers | Metal workers |
| Battery manufacturers | Milk preservers |
| Biologists | Oil drillers |
| Blueprint manufacturers | Oil purifiers |
| Boiler scalers | Painters |
| Candle manufacturers | Palm-oil bleachers |
| Cement workers | Paper water proofers |
| Ceramic workers | Pencil manufacturers |
| Chemical workers | Perfume manufacturers |
| Chromate workers | Photoengravers |
| Chromium-alloy workers | Photographers |
| Chromium-alum workers | Platinum polishers |
| Chromium platers | Porcelain decorators |
| Copper etchers | Pottery frosters |
| Copper-plate strippers | Pottery glazers |
| Corrosion-inhibitor workers | Printers |
| Crayon manufacturers | Railroad engineers |
| Diesel locomotive repairmen | Refractory-brick manufacturers |
| Drug manufacturers | Rubber manufacturers |
| Dye manufacturers | Shingle manufacturers |
| Dyers | Silk-screen manufacturers |
| Electroplaters | Smokeless-powder manufacturers |
| Enamel workers | Soap manufacturers |
| Explosive manufacturers | Sponge bleachers |
| Fat purifiers | Steel workers |
| Fireworks manufacturers | Tanners |
| Flypaper manufacturers | Textile workers |
| Furniture polishers | Wallpaper printers |
| Fur processors | Wax workers |
| Glass-fibre manufacturers | Welders |
| Glue manufacturers | Wood-preservative workers |
| Histology technicians | Wood stainers |
| Jewelers | |

Source:  IARC 1990

A study of seasonal workers who manually replant trees in harvested forests in British Columbia, Canada, examined whether there were potentially higher exposures to arsenic, lead, cadmium, chromium, and nickel for workers who used fertilizer relative to tree planters who did not use fertilizer (Gorman et al. 2011). The study concluded that there was no evidence to suggest that tree planters who worked with fertilizer were at an elevated risk of exposure to these metals as compared to those who did not use fertilizer.

## 6.6   EXPOSURES OF CHILDREN

This section focuses on exposures from conception to maturity at 18 years in humans. Differences from adults in susceptibility to hazardous substances are discussed in Section 3.7, Children's Susceptibility.

Children are not small adults. A child's exposure may differ from an adult's exposure in many ways. Children drink more fluids, eat more food, breathe more air per kilogram of body weight, and have a larger skin surface in proportion to their body volume. A child's diet often differs from that of adults. The developing human's source of nutrition changes with age: from placental nourishment to breast milk or formula to the diet of older children who eat more of certain types of foods than adults. A child's behavior and lifestyle also influence exposure. Children crawl on the floor, put things in their mouths, sometimes ingest inappropriate materials (such as dirt or paint chips), and spend more time outdoors. Children also are closer to the ground, and they do not use the judgment of adults to avoid hazards (NRC 1993).

Children living in vicinities where there are chromium waste sites nearby may be exposed to chromium to a greater extent than adults through inhalation of chromium particulates and through contact with contaminated soils. One study has shown that the average concentration of chromium in the urine of children at ages five and younger was significantly higher than in adults residing near sites where chromium waste slag was used as fill material (Fagliano et al. 1997), and the soil levels of a hazardous waste disposal site in New Jersey were measured at levels up to 120 $\mu g/m^3$ (Pellerin and Booker 2000). The tendency of young children to ingest soil, either intentionally through pica or unintentionally through hand-to-mouth activity, is well documented and can result in ingestion of chromium present in soil and dust. Soil may affect the bioavailability of contaminants in several ways, most likely by acting as a competitive sink for the contaminants. In the presence of soil, the contaminants will partition between absorption by the gut and sorption onto the soil particles (Sheppard et al. 1995). If the contaminant is

irreversibly bound to soil particles, then the contaminant is unlikely to be absorbed in the gastrointestinal tract. Hexavalent chromium exists in soils as a relatively soluble anion and may be present in bioavailable form, possibly with enhanced absorption due to the presence of the soil itself. In contrast, chromium(III) present in soil is generally not very soluble or mobile under most environmental conditions and is not readily bioavailable (James et al. 1997). Studies discussing the oral absorption of chromium in rats from a soil surface in which 30% of the chromium was in hexavalent form and 70% was in trivalent form suggested that while absorption in animals is quite low, chromium appeared to be better absorbed from soil than from soluble chromate salts (Witmer et al. 1989, 1991). However, less than half of the administered dose of chromium could be accounted for in this study, and in separate experiments with low dosages administered to the rats, the control animals actually had higher concentrations of chromium than the animals that were administered the oral dose. Children may accidently ingest chromium picolinate in households whose members use this product as a dietary supplement unless it is well stored and kept away from children. Small amounts of chromium are used in certain consumer products such as toners in copying machines and printers, but childhood exposure from these sources is expected to be low. Children may also be exposed to chromium from parents' clothing or items removed from the workplace if the parents are employed in a setting where occupational exposure is significant (see Section 6.5). Chromium has been detected in breast milk at concentrations of 0.06–1.56 µg/L (Casey and Hambidge 1984), suggesting that children could be exposed to chromium from breast-feeding mothers. Studies on mice have shown that chromium crosses the placenta and can concentrate in fetal tissue (Danielsson et al. 1982; Saxena et al. 1990a).

A study done on the potential exposure of teenagers to airborne chromium from steel dust in the New York City subway system found significantly higher concentrations of chromium than in home and ambient samples. The conclusion from the study was that the increased concentration was most likely due to steel dust present in the subway system as the source of chromium (Chillrud et al. 2004). Chromium levels in the New York City subway system are greater than ambient levels by approximately two orders of magnitude. Chromium levels observed in the study ($\approx$84 ng/m$^3$) are similar to chronic reference guidelines in both Canada and the United States and were 40–100 times the adult range in the estimated $10^{-5}$ lifetime cancer risk (Chillrud et al. 2004). The reference values for exposure to chromium range from 2 to 100 ng/m$^3$ (Wu et al. 2001). The study measured total chromium levels, without separating the species of chromium into chromium(III) and chromium(VI). Previous studies have suggested that airborne chromium generated from steel welding have a significant amount of chromium(VI) present, extending the possibility that there is a possibility for chromium(VI) to be present in the steel dust in the New York City subway system as well (Chillrud et al. 2004; Edme et al. 1997).

APPX ATT_V6_4251

Another study done on the bones of deceased neonatal humans in Poland found that statistically significant differences in chromium concentrations were observed. In addition, a positive correlation between pairs of metals was observed, specifically between the pairing of chromium and lead. (Baranowski et al. 2002). Bones were chosen to examine, since they are a useful reference in regards to heavy metal exposure and accumulation, and are therefore an accurate measure of chronic exposure.

## 6.7   POPULATIONS WITH POTENTIALLY HIGH EXPOSURES

In addition to individuals who are occupationally exposed to chromium (see Section 6.5), there are several groups within the general population that have potentially high exposures (higher-than-background levels) to chromium. Persons using chromium picolinate as a dietary supplement will also be exposed to higher levels of chromium than those not ingesting this product (Anderson 1998b). Like many other products used to promote weight loss or speed metabolism, there is also the potential for overuse of this product by some members of the population in order to achieve more dramatic results (Wasser et al. 1997). People may also be exposed to higher levels of chromium if they use tobacco products, since tobacco contains chromium (IARC 1980).

Workers in industries that use chromium are one segment of the population that is especially at high risk to chromium exposure. Many industrial workers are exposed to chromium(VI) levels in air that exceed the accepted occupational exposure limits (Blade et al. 2007). Occupational exposure from chromate production, stainless steel welding, chromium plating, and ferrochrome and chrome pigment production is especially significant since the exposure from these industries is to chromium(VI). Occupational exposure to chromium(III) compounds may not be as great a concern as exposure to chromium(VI) compounds. Among the general population, residents living near chromate production sites may be exposed to higher levels of chromium(VI) in air. Ambient concentrations as high as 2.5 μg/m$^3$ chromium in air were detected in a 1977 sample from Baltimore, Maryland (EPA 1984a). People who live near chromium waste disposal sites and chromium manufacturing and processing plants may be exposed to elevated levels of chromium. The airborne concentrations of chromium(VI) and total chromium in a contaminated site in Hudson County, New Jersey were studied (Falerios et al. 1992). The mean concentrations of both chromium(VI) and total chromium in indoor air of the contaminated site were about three times higher than the mean indoor air concentrations of uncontaminated residential sites in Hudson County. Although the mean concentration of chromium(VI) in outdoor air was much lower than the current occupational exposure limit of 50 μg/m$^3$, levels in 10 of 21 samples at the contaminated site

exceeded the background urban outdoor chromium(VI) concentration of 4 ng/m$^3$. Similarly, the total chromium concentration in 11 of 21 outdoor air samples from the contaminated site exceeded the outdoor mean concentration of 15 ng/m$^3$ for urban New Jersey. However, recent sampling data from Hudson County, New Jersey have shown that more than two-thirds of previously sampled sites contaminated with chromite ore processing residue did not have statistically significant mean concentrations greater than the background levels (Scott et al. 1997a). These data, as well as the results of a soil dispersion model (Scott et al. 1997b), suggest that heavy vehicular traffic over unpaved soil surfaces containing chromium(VI) are required for high levels of atmospheric chromium(VI) at these sites. Persons using contaminated water for showering and bathing activities may also be exposed via inhalation to potentially high levels of chromium(VI) in airborne aerosols (Finley et al. 1996a). In a field study to simulate daily bathing activity, airborne chromium(VI) concentrations were about 2 orders of magnitude greater than ambient outdoor air concentrations when water concentrations of 5.4 and 11.5 mg/L were used in the shower.

A study was conducted from September to November 1989 to determine the levels of chromium in urine and red blood cells of state employees who worked at a park (with only indirect exposure potential) adjacent to chromium-contaminated sites in Hudson County, New Jersey (Bukowski et al. 1991). The chromium levels in red blood cells and urine of 17 of these employees showed no differences compared to 36 employees who worked at state parks outside Hudson County. The authors concluded that urinary and blood levels of chromium are poor biological markers in gauging low-level environmental exposure to chromium. This study also concluded that chromium levels in blood and urine depended on other confounding variables, such as exercise, past employment in a chromium-exposed occupation, beer drinking, and diabetic status. Other lifestyle (e.g., smoking), dietary, or demographic factors had no measurable effect on blood and urinary chromium. These conclusions are consistent with the results of a study that measured the urinary excretion of chromium following oral ingestion of chromite ore processing residue material for three days (Finley and Paustenbach 1997). These results indicate no statistical difference in mean urinary chromium concentrations in groups of individuals exposed to chromite ore processing residue material versus the control group. High levels of chromium were detected in the urine and hair of individuals living near a chromite ore-processing plant in Mexico (Rosas et al. 1989), which suggests the possibility of using these media as biological markers in gauging long term, high-level environmental exposure to chromium.

Elevated levels of chromium in blood, serum, urine, and other tissues and organs have been observed in patients with cobalt-chromium knee and hip arthroplasts (Coleman et al. 1973; Michel et al. 1987; Sunderman et al. 1989).

The chromium content in cigarette tobacco from the United States has been reported to be 0.24–6.3 mg/kg (IARC 1980), but neither the chemical form nor the amount of chromium in tobacco smoke is known. People who use tobacco products may be exposed to higher-than-normal levels of chromium.

## 6.8   ADEQUACY OF THE DATABASE

Section 104(i)(5) of CERCLA, as amended, directs the Administrator of ATSDR (in consultation with the Administrator of EPA and agencies and programs of the Public Health Service) to assess whether adequate information on the health effects of chromium is available.  Where adequate information is not available, ATSDR, in conjunction with NTP, is required to assure the initiation of a program of research designed to determine the health effects (and techniques for developing methods to determine such health effects) of chromium.

The following categories of possible data needs have been identified by a joint team of scientists from ATSDR, NTP, and EPA.  They are defined as substance-specific informational needs that if met would reduce the uncertainties of human health assessment.  This definition should not be interpreted to mean that all data needs discussed in this section must be filled.  In the future, the identified data needs will be evaluated and prioritized, and a substance-specific research agenda will be proposed.

### 6.8.1   Identification of Data Needs

**Physical and Chemical Properties.**   As seen in Section 4.2, the relevant physical and chemical properties of chromium and its compounds are known (Hartford 1979; NIOSH 2008; Weast 1985) and prediction of environmental fate and transport of chromium in environmental media is possible. However, the physical or chemical forms and the mode by which chromium(III) compounds are incorporated into biological systems are not well characterized.  The determination of the solubilities of hexavalent chromium compounds in relevant body fluids (e.g., the solubility of chromates in lung fluid) may also be helpful.

**Production, Import/Export, Use, Release, and Disposal.**   Knowledge of a chemical's production volume is important because it may indicate environmental contamination and human exposure.  If a chemical's production volume is high, there is an increased probability of general population exposure via consumer products and environmental sources, such as air, drinking water, and food.  Data concerning the production (Hartford 1979; Papp and Lipin 2001; SRI 1997; USGS 2008b),

import (USGS 2008b), and use (CMR 1988a, 1988b; EPA 1984a; IARC 1990; Papp and Lipin 2001; USDI 1988a; USGS 2008b) of commercially significant chromium compounds are available. Chromium is not generally used to process foods for human consumption or added to foods other than diet supplements. Thus, consumer exposure to chromium occurs mostly from natural food sources (Bennett 1986; EPA 1984a; Kumpulainen et al. 1979), but this exposure will increase particularly for people who consume acidic food cooked in stainless steel utensils (Anderson 1981; EPA 1984a). Exposure to chromium occurs to a much lesser extent from products such as toners of photocopying machines, some wood treatment chemicals, and through other chromium-containing consumer products (CMR 1988a, 1988b; EPA 1984a; IARC 1990; USDI 1988a).

As seen in Tables 6-1 and 6-2, the largest amount of chromium from production and user facilities is disposed of on land or transferred to an off-site location. More detailed site-and medium-specific (e.g., air, water, or soil) release data for chromium that is disposed of off-site are necessary to assess the exposure potential to these compounds from different environmental media and sources. There are EPA guidelines regarding the disposal of chromium wastes and OSHA regulations regarding the levels of chromium in workplaces (EPA 1988a; OSHA 1998a).

According to the Emergency Planning and Community Right-to-Know Act of 1986, 42 U.S.C. Section 11023, industries are required to submit substance release and off-site transfer information to the EPA. The TRI, which contains this information for 2009, became available in May of 2011. This database is updated yearly and should provide a list of industrial production facilities and emissions.

**Environmental Fate.**    Information is available to permit assessment of the environmental fate and transport of chromium in air (Pacyna and Pacyna 2001; Schroeder et al. 1987; Scott et al. 1997a, 1997b), water (Cary 1982; Comber and Gardner 2003; EPA 1980, 1984a; Fishbein 1981; Schmidt and Andren 1984; WHO 2003) and soil (Ashley et al. 2003; Avudainayagam et al. 2003; Balasoiu et al. 2001; Bartlett 1991; Calder 1988; Cary 1982; Jardine et al. 1999; Rifkin et al. 2004). Chromium is primarily removed from the atmosphere by fallout and precipitation. The residence time of chromium in the atmosphere is expected to be <10 days (Nriagu 1979). Most of the chromium in lakes and rivers will ultimately be deposited in the sediments. Chromium in the aquatic phase occurs in the soluble state or as suspended solids adsorbed onto clayish materials, organics, or iron oxides (Cary 1982). Most of the soluble chromium is present as chromium(VI) or as soluble chromium(III) complexes and generally accounts for a small percentage of the total (Cary 1982). Additional data, particularly regarding chromium's nature of speciation, would be useful to fully assess chromium's fate in air. For example, if chromium(III) oxide

forms some soluble salt in the air due to speciation, its removal by wet deposition will be faster.  No data regarding the half-life of chromium in the atmosphere or a measure of its persistence are available.  In aquatic media, sediment will be the ultimate sink for chromium, although soluble chromates may persist in water for years (Cary 1982; EPA 1984a).  Additional data elucidating the nature of speciation of chromium in water and soil would also be desirable and a direct measurement of the chromium residence time in the atmosphere would be useful.

**Bioavailability from Environmental Media.**    The bioavailability of chromium compounds from contaminated air, water, soil, or plant material in the environment has not been adequately studied.  Absorption studies of chromium in humans and animals provide information regarding the extent and rate of inhalation (Cavalleri and Minoia 1985; Kiilunen et al. 1983; Langård et al. 1978) and oral exposure (Anderson 1981, 1986; Anderson et al. 1983; Donaldson and Barreras 1966; Randall and Gibson 1987; Suzuki et al. 1984).  A sorption study has measured the amount of chromium(VI) when iron particles are present in the water samples; the conclusion was that soluble chromium(VI) present in the water could sorb on to iron particles present in the acidic environment of the stomach, and thus, be less bioavailable (Parks et al. 2004).  These available absorption studies indicate that chromium(VI) compounds are generally more readily absorbed from all routes of exposure than are chromium(III) compounds.  This is consistent, in part, with the water solubilities of these compounds (Bragt and van Dura 1983).  The bioavailability of both forms is greater from inhalation exposure than from ingestion or dermal exposure.  The bioavailability of chromium from soil depends upon several factors (Witmer et al. 1989).  Factors that may increase the mobility of chromium in soils include the speculated conversion of chromium(III) to chromium(VI), increases in pH, and the complexation of chromium(III) with organic matter from water-soluble complexes.  Data on the bioavailability of chromium compounds from actual environmental media and the difference in bioavailability for different media need further development.

**Food Chain Bioaccumulation.**    It is generally believed that chromium does not bioconcentrate in fish (EPA 1980, 1984a; Fishbein 1981; Schmidt and Andren 1984) and there is no indication of biomagnification of chromium along the aquatic food chain (Cary 1982).  However, recent skin biopsy data indicate that North Atlantic right whales are exposed to hexavalent chromium and accumulate a range of 4.9–10 µg chromium/g tissue with a mean of 7.1 µg chromium/g tissue (Wise et al. 2008).  Some data indicate that chromium has a low mobility for translocation from roots to aboveground parts of plants (Cary 1982; WHO 1988).  However, more data regarding the transfer ratio of chromium from soil to plants and biomagnification in terrestrial food chains would be desirable.

**Exposure Levels in Environmental Media.**    The atmospheric total chromium concentration in the United States is typically <10 ng/m$^3$ in rural areas and 10–30 ng/m$^3$ in urban areas (Fishbein 1984; WHO 2003).  Most drinking water supplies in the United States contain <5 µg/L of chromium (WHO 2003).  The chromium level in soils varies greatly and depends on the composition of the parent rock from which the soils were formed.  Basalt and serpentine soils, ultramafic rocks, and phosphorites may contain chromium as high as a few thousand mg/kg (Merian 1984), whereas soils derived from granite or sandstone will have lower concentrations of chromium (Swaine and Mitchell 1960).  The concentration range of chromium in 1,319 samples of soils and other surficial materials collected in the conterminous United States was 1–2,000 mg/kg, with a geometric mean of 37 mg/kg (USGS 1984).  There is a large variation in the available data regarding the levels of chromium in foods (EPA 1984a).  Concentrations ranges are 30–230 µg/kg in vegetables, 20–510 µg/kg in fruits, 40–220 µg/kg in grains and cereals, and 110–230 µg/kg in meats and fish (EPA 1984a).  It would be useful to develop nationwide monitoring data on the levels of chromium in U.S. ambient air and drinking water, and these data should quantitate levels of both chromium(III) and chromium(VI) and not just total chromium.  EPA is working with state and local officials to determine the prevalence of chromium (VI) in drinking water (Erickson 2011; Kemsley 2011).

**Exposure Levels in Humans.**    The general population is exposed to chromium by inhaling ambient air and ingesting food and drinking water containing chromium.  Dermal exposure of the general public to chromium can occur from skin contact with certain consumer products that contain chromium or from contact with chromium contaminated soils.  Some of the consumer products known to contain chromium are certain wood preservatives, cement, cleaning materials, textiles, and leather tanned with chromium (WHO 1988).  However, no quantitative data for dermal exposure to chromium-containing consumer products were located.  Levels of chromium in ambient air (<0.01–0.03 µg/m$^3$) (Fishbein 1984; WHO 2003) and tap water (<2 µg/L) (WHO 2003) have been used to estimate the daily intake of chromium via inhalation (<0.2–0.6 µg) and tap water (<4 µg).  These estimates are based on an air inhalation rate of 20 m$^3$/day and a drinking water consumption rate of 2 L/day.  The daily chromium intake for the U.S. population from consumption of selected diets (diets with 25 and 43% fat) has been estimated to range from 25 to 224 µg, with an average of 76 µg (Kumpulainen et al. 1979).  This value is within the range established by the World Health Organization (WHO) as a mean chromium intake from food and water of 52–943 µg/day (WHO 2003).  However, few data on the levels of chromium in body tissues or fluids for populations living near hazardous waste sites are available.  Such data could be a useful tool as an early warning system against harmful exposures.  In addition, there is a need for data on the background levels

of chromium in body fluids of children.  Such data would be important in assessing the exposure levels of this group of people.

This information is necessary for assessing the need to conduct health studies on these populations.

**Exposures of Children.**    Limited data exist regarding exposure and body burdens of chromium in children.  Chromium has been detected in breast milk at concentrations of 0.06–1.56 μg/L (Casey and Hambidge 1984), suggesting that children could be exposed to chromium from breast-feeding mothers.  Studies in mice have shown that chromium crosses the placenta and can concentrate in fetal tissue (Danielsson et al. 1982; Saxena et al. 1990a).  Because children living near areas contaminated with chromium have been shown to have elevated chromium levels in urine as compared to adults (Fagliano et al. 1997), additional body burden studies are required to evaluate the exposures and the potential consequences that this might have upon children.  This is particularly important around heavily contaminated soils where children may be exposed dermally or through inhalation of soil particulates during play activities.  These studies may determine if children may be more susceptible than adults to the toxic effects of chromium including immunosensitivity.  Studies are necessary that examine children's weight-adjusted intake of chromium and determine how it compares to that of adults.  Since chromium is often detected in soil surfaces and children ingest soil either intentionally through pica or unintentionally through hand-to-mouth activity, pica is a unique exposure pathway for children.  Studies have shown that although absorption of chromium is low, it may be enhanced slightly from contaminated soil surfaces (Witmer et al. 1989, 1991).

Child health data needs relating to susceptibility are discussed in Section 3.12.2, Identification of Data Needs:  Children's Susceptibility.

**Exposure Registries.**    No exposure registries for chromium were located.  This substance is not currently one of the compounds for which a sub-registry has been established in the National Exposure Registry.  The substance will be considered in the future when chemical selection is made for sub-registries to be established.  The information that is amassed in the National Exposure Registry facilitates the epidemiological research needed to assess adverse health outcomes that may be related to exposure to this substance.

APPX ATT_V6_4258

## 6.8.2    Ongoing Studies

The Federal Research in Progress (FEDRIP 2008) database provides additional information obtainable from a few ongoing studies that may fill in some of the data needs identified in Section 6.8.1 (see Table 6-7).

6. POTENTIAL FOR HUMAN EXPOSURE

## Table 6-7.  Ongoing Studies on Chromium

| Principal investigator | Affiliation | Research description |
|---|---|---|
| David Brautigan | University of Virginia | Define the biochemical basis of chromium enhancement of insulin action |
| William Cefalu | Pennington Biomedical Research Center | Study the changes in insulin uptake on chromium supplementation |
| Mitchell Cohen | New York University School of Medicine | Study biological interactions of metals and improve deign of metallopharmaceuticals |
| Jeffrey Elmendorf | Indiana University: Purdue University at Indianapolis | Chromium action and role in the glucose transport system |
| Emily Horvath | Indiana University: Purdue University at Indianapolis | Cellular insulin resistance mechanisms |
| Joshua Jacobs | Rush University Medical Center | Metal release and effects in people with metal-on-hip replacements |
| Sushil Jain | Louisiana State University | Cytokine production; role of chromium in preventing oxidative stress |
| Umesh Masharani | University of California, San Francisco | The effects of chromium on insulin action |
| Mahmood Mozaffari | Medical College of Georgia | Effect of chromium on glucose metabolism |
| Charles Myers | Medical College of Wisconsin | Study the mechanisms of chromium(VI) in the human lung system |
| Patricia Opresko | University of Pittsburgh at Pittsburgh | Understand the mechanisms of genomic instability associated with aging |
| Viresh Rawal | University of Chicago | Investigation of metal-salen complexes for use in C-C bond forming reactions; Diels-Alder catalyst development |
| James Rigby | Wayne State University | Study metal mediated cyclo-addition reactions to synthesize natural products |
| Diane Stearns | Northern Arizona University | Study the difference in mutations caused by soluble chromium vs. insoluble chromium; discover mechanism of cellular entry by soluble chromium compounds |
| Kent Sugden | University of Montana | Study the role of chromium in DNA mutations and cancer |
| Bo Xu | Southern Research Institute | The effect of chromium exposure on DNA damage |
| Ziling Xue | University of Tennessee, Knoxville | Development of an analytical method to determine chromium levels in biological fluids |
| Anatoly Zhitkovich | Brown University | Study the role of chromium in genetic alteration of cells after exposure |

Source:  FEDRIP 2008

This page is intentionally blank.

# 7.  ANALYTICAL METHODS

The purpose of this chapter is to describe the analytical methods that are available for detecting, measuring, and/or monitoring chromium compounds, their metabolites, and other biomarkers of exposure to chromium compounds.  The intent is not to provide an exhaustive list of analytical methods, but to identify well-established methods that are used as the standard methods of analysis.  Many of the analytical methods used for environmental samples are approved by federal agencies and organizations such as EPA and the National Institute for Occupational Safety and Health (NIOSH).  Other methods presented in this chapter are those that are approved by groups such as the Association of Official Analytical Chemists (AOAC) and the American Public Health Association (APHA).  Additionally, analytical methods are included that modify previously used methods to lower detection limits and/or to improve accuracy and precision in detection.

## 7.1    BIOLOGICAL MATERIALS

Several methods are available for the analysis of chromium in different biological media, with some methods of chromium determination summarized in Table 7-1.  Multiple reviews on the subject provide more detailed descriptions of the available analytical methods (EPA 1984a; Fishbein 1984; IARC 1986a, 1990; Torgrimsen 1982; WHO 1988).  Frequently used techniques for determining low levels of chromium in biological samples include neutron activation analysis (NAA) (Cornelis 1985; Greenberg and Zeisler 1988); inductively-coupled plasma-mass spectrometry (ICP-MS) (Bonnefoy et al. 2005; D'illio et al. 2011; McShane et al. 2007); graphite furnace atomic absorption spectrometry (GFAAS) (Dube 1988; Randall and Gibson 1987)); and electrothermal atomization-atomic absorption spectrometry (ET-AAS) (Olmedo et al. 2010).

There are numerous issues and considerations in collecting and analyzing the chromium content in presented samples.  Some of these issues include problems with collection, contamination, and determining accurate concentration levels of the chromium content in the samples.  The determination of trace quantities of chromium in biological materials requires special precautionary measures, from the initial sample collection process to the final analytical manipulations of the samples.  The sample collection and handling of human blood and urine samples as it pertains to the analysis of trace metals including chromium has been discussed elsewhere (Cornelis et al. 1996).  For chromium, a stainless steel needle should not be used for blood collection due to possible contamination of the sample, and it is advised that any anti-coagulants used be analyzed for the presence of chromium.  In addition, acid-

**Table 7-1. Analytical Methods for Determining Chromium in Biological Materials**

| Sample matrix | Preparation method | Analytical method | Sample detection limit | Percent recovery | Reference |
|---|---|---|---|---|---|
| Plasma | Wet ashing with $HNO_3/HClO_4/H_2SO_4$; residue complexed with APDC and extracted with MIBK; evaporated residue dissolved deposited in $HNO_3/HCE$, and solution on a polycarbonate foil | PIXE | 0.3 µg/L | 87% at 4.5 µg/g | Simonoff et al. 1984 |
| Blood, serum | Sample after wet digestion converted to a volatile chelate usually with fluorinated acetylacetone | GC/ECD | 0.03 pg 0.5 pg 1.0 ng | No data | Fishbein 1984 |
| Serum | $Mg(NO_3)_3$ added to serum, dried by Lyophilization, ashed, and dissolved in 0.1 N HCl | GFAAS | 0.005 µg/L | 103% at 0.30 µg/L | Randall and Gibson 1987 |
| Blood | Diluted with 0.1% EDTA and 5% isopropanol | GFAAS-Zeeman-effect background correction | 0.09 µg/L | No data | Dube 1988 |
| Blood | Collect blood samples in glass tubes containing sodium heparinate to prevent coagulation and store at 4 °C | ICP-MS | 2.5 µg/L | No data | Bonnefoy et al. 2005 |
| Blood | Collection and storage at 4 °C | ET-AAS | 0.19 µg/L | 99.15% | Olmedo et al. 2010 |
| Blood or tissue | Wet ashing with $HNO_3/HClO_4/H_2SO_4$ | ICP-AES | 1 µg/100 g blood 0.2 µg/g tissue | 114% recovery at 10 µg/sample | NIOSH 1994a (Method No. 8005) |
| Erythrocytes | Dilution with Triton X100 | GFAAS | No data | No data | Lewalter et al. 1985 |
| Serum and urine | $HNO_3$ de-proteinization | ET-AAS | 0.02 µg/L (serum) 0.1 µg/L (urine) | No data | Sunderman et al. 1989 |

APPX ATT_V6_4263

## Table 7-1. Analytical Methods for Determining Chromium in Biological Materials

| Sample matrix | Preparation method | Analytical method | Sample detection limit | Percent recovery | Reference |
|---|---|---|---|---|---|
| Body fluids (milk, urine, etc.) | Dried sample ashed by oxygen plasma, $H_2O_2$ addition, drying, dilution in 1N HCl | GFAAS with tungsten iodide or deuterium arc or CEWM background correction | <0.25 µg/L | 91% at 0.55 µg/L | Kumpulainen 1984 |
| Urine | None | GFAAS | 0.05 µg/L | 91% at 0.22 µg/L | Randall and Gibson 1987 |
| Urine | None | GFAAS with CEWM background correction and WM-AES | 0.09 µg/L (CEWM-AAS) 0.02 µg/L (WM-AES) | No data | Harnly et al. 1983 |
| Urine | No sample preparation other than addition of yttrium internal standard | ICP-AES | 12 µg/L | 77% at 13 µg/L | Kimberly and Paschal 1985 |
| Urine | Sorption onto polydithiocarbonate resin, ash sorbate in low temperature oxygen plasma and dissolve in $HNO_3/HClO_4$ | ICP-AES | 0.1 µg/sample | 100% recovery at 1 µg/50mL urine | NIOSH 1994b (Method 8310) |
| Urine | None | GFAAS | 0.0052 µg/L | No data | Kiilunen et al. 1987 |
| Urine | Sample spiked with standard chromium (standard addition) | GFAAS | 0.03–0.04 µg/L | No data | Veillon et al. 1982 |
| Urine | Diluted with water | GFAAS-Zeeman-effect-background correction | 0.09 µg/kg | No data | Dube 1988 |
| Urine | Samples collected and diluted for analysis with 2% (v/v) double-distilled grade ultrapure nitric acid (and 0.002% Triton X-100 (diluent) | ICP-MS | 0.26 µg/L | No data | McShane et al. 2007 |
| Urine | Collection and storage at 4 °C with or without dilute nitric acid solution. | ET-AAS | 0.19 µg/L | 101.74% | Olmedo et al. 2010 |
| Milk powder | Mixed with water | GFAAS | 5 µg/kg | 134–141% at 17.7 µg/kg | Wagley et al. 1989 |

APPX ATT_V6_4264

**Table 7-1. Analytical Methods for Determining Chromium in Biological Materials**

| Sample matrix | Preparation method | Analytical method | Sample detection limit | Percent recovery | Reference |
|---|---|---|---|---|---|
| Tissue(Chromium(V)) | Injection of sodium dichromate | EPR | 0.1 mmol/kg | No data | Liu et al. 1994 |
| Hair | Wash with double-distilled water and neutral soap followed by acid digestion | ETAAS | 0.19 µg/L | 103.00% | Olmedo et al. 2010 |

AAS = atomic absorption spectrometry; APDC = ammonium pyrrolidine dithiocarbonate; CEWM = continuum source echelle monochromator wavelength-modulated; ECD = electron capture detector; EDTA = ethylenediaminetetra-acetic acid; EPR = electron paramagnetic resonance spectroscopy; ET-AAS = electrothermal-atomic absorption spectrometry GC = gas chromatography; GFAS = graphite furnace AAS; $H_2O_2$ = hydrogen peroxide; $H_2SO_4$ = sulfuric acid; HCl = hydrochloric acid; $HClO_4$ = perchloric acid; $HNO_3$ = nitric acid; ICP-AES = inductively coupled plasma-atomic emission spectrometry; ICP-MS = inductively coupled plasma-mass spectrometry; $Mg(NO_3)_3$ = magnesium nitrate; MIBK = methylisobutyl ketone; MS = mass spectrometry; PIXE = proton-induced X-ray emission spectrometry; XRF = X-ray fluorescence analysis; WM-AES = wavelength-modulated atomic emission spectrometry

washed plastic tubes are required for blood collection. Unwashed commercially available tubes were found to contain trace amounts of chromium in blank samples (Cornelis et al. 1996).

Contaminates including dust contamination or losses of the samples during collection, transportation, and storage should be avoided (EPA 1984a). Chromium-containing grinding and homogenizing equipment should not be used for preparation of biological samples. Reagents of the highest purity should be used to avoid contamination, and the potential loss of chromium due to volatilization during wet and dry ashing should be minimized (EPA 1984a).

The determination of chromium in most biological samples is difficult because of the matrix interference and the very low concentrations present in these samples. Prior to 1978, numerous erroneous results were reported for the chromium level in urine using electrothermal atomic absorption spectrometry (EAAS) because of the inability of conventional atomic absorption spectrometry systems to correct for the high nonspecific background absorption. Similarly, the reported serum and plasma chromium concentrations of normal subjects have varied more than 5,000-fold since the early 1950s. A limitation of ICP-MS is the presence of other elements that may combine with plasma argon ions to form polyatomic ions. The main polyatomic ions that interfere with the analysis of chromium are $^{40}Ar^{12}C^+$, $^{36}Ar^{16}O^+$, $^{38}Ar^{14}N^+$, $^{35}Cl^{16}O^1H^+$, and $^{37}Cl^{15}O^+$ because they have similar mass-to-charge ratios as the most abundant isotope of chromium, $^{52}Cr^+$ (D'illio et al. 2011). Matrix interference problems have been improved by using ICP-MS equipped with a dynamic reaction cell (DRC) (Bonnefoy et al. 2005; D'illio et al. 2011; McShane et al. 2007). The DRC contains a gas such as ammonia, which can react with polyatomic ions such as $^{40}Ar^{12}C^+$ resulting in a new species with a different mass-to-charge ratio.

The chromium levels in human serum or plasma as reported in the mid-1980s ranged from 0.01 to 0.3 µg/L (Anderson 1987) and the daily urinary excretion rate of chromium in healthy and nonoccupationally exposed humans range from approximately 0.24 to 1.8 µg/L; however, these levels are greatly influenced by food and beverage intake, smoking, and exercise (Paustenbach et al. 1997).

The problem with generating accurate data for chromium in biological materials in the past was associated with the lack of Standard Reference Materials (SRM). Recently, the National Institute of Standards and Technology (NIST) with collaboration of Centers for Disease Control and Prevention (CDC) released a new reference material (SRM 2668), toxic elements in frozen human urine, which contains chromium among other elements (DOC 2012). This will significantly improve the precision and accuracy of the analytical measurements of chromium in clinical samples. However, due to the previous

lack of SRMs, older data should be interpreted with caution (EPA 1984a), unless the data are verified by interlaboratory studies (WHO 1988).

In addition to the consideration of contamination and potential loss of sample, it should be noted that chromium may exist as several different oxidation states in biological media.  Two of the most common oxidation states are chromium(III) and chromium(VI).  Each of these oxidation states displays very different physical and biological properties.  In biological samples where chromium is generally present as chromium(III), the choice of a particular method is dictated by several factors, including the type of sample, its chromium level, and the scope of the analysis (Kumpulainen 1984).

## 7.2   ENVIRONMENTAL SAMPLES

Analytical methods for determining chromium in environmental samples are reported in Table 7-2.  Many of the issues that affect the measurement of chromium in biological samples are also present in environmental analysis, including issues of collection, contamination, and detection.  Chromium may be present in both the trivalent and hexavalent oxidation states in most ambient environmental and occupational samples, as well as existing in soluble and insoluble forms.  Soluble chromium(VI) may be reduced to chromium(III) on some filtering media, particularly at low concentrations, and under acidic conditions.  Teflon® filter and alkaline solution are most suitable to prevent this reduction (Sawatari 1986).  As in the case of biological samples, contamination and chromium loss in environmental samples during sample collection, storage, and pretreatment should be avoided.  Chromium loss from aqueous samples due to adsorption on storage containers should be avoided by using polyethylene or similar containers and adjusting the solution to the proper pH.

Methods are available for the detection of hexavalent chromium in airborne particulate matter based on ion chromatography followed by UV-VIS spectroscopy (Ashley et al. 2003; ASTM 2008 [Method D6832]; CARB 1990; ISO 2005 [Method 16740]; NIOSH 2003a [Method 7605]; Sheehan et al. 1992).  In general, a known volume of air is drawn through a filter to collect particulate chromium in workplace air and these samples are dissolved to extract hexavalent chromium.  Following dissolution and treatment with ion chromatography in order to separate the extracted hexavalent chromium from trivalent chromium and other metal cations, the solutions are derivitized with 1,5-diphenylcarbazide to form a chromium diphenylcarbazone complex, which has a characteristic absorption band at approximately 540 nm.  Field-portable instruments that can be employed to rapidly measure chromium(VI) levels in workplace air have been developed based upon these methods (NIOSH 2003b [Method 7703]; Wang et al. 1999).  Different

## Table 7-2. Analytical Methods for Determining Chromium in Environmental Samples

| Sample matrix | Preparation method | Analytical method | Sample detection limit | Percent recovery | Reference |
|---|---|---|---|---|---|
| Air (total chromium) | Air particulate matter collected on filter is cut out and irradiated with X-ray photons | XRF | 0.017 $\mu g/m^3$ | No data | Wiersema et al. 1984 |
| Air (total chromium) | The collected particulates in filter dissolved in $HNO_3$, dried and redissolved in acidified water | ICP-AES | 0.05–0.2 $ng/m^3$ | No data | Barrie and Hoff 1985 |
| Air (total chromium) | Particulate matter collected on cellulose ester filter, digested with aqua regia | ICP-AES | 1 $\mu g/m^3$ | 87–102% at 0.5–100 $\mu g$ | Lo and Arai 1988 |
| Air (total chromium) | Air particulate collected on cellulose ester filter, wet wash with $HCl/HNO_3$ | Flame atomic absorption | 0.06 $\mu g$/sample | 98% at 45–90 $\mu g$/sample | NIOSH 1994c (Method 7024) |
| Air (total chromium) | Sample collected on cellulose ester membrane filter dissolved in acid mixtures | ICP-AES | 1 $\mu g$/sample | 98% at 2.5 $\mu g$/filter | NIOSH 1994d (Method 7300) |
| Air (total chromium) | Collect 80 $m^3$ air using polystyrene filters | NAA | 0.25 $ng/m^3$ | No data | Schroeder et al. 1987 |
| Air (chromium(VI)) | Sample collected on sodium carbonate-impregnated cellulose filter and extracted with sodium bicarbonate followed by separation and derivatization with diphenylcarbazide solution | Ion chromatography with post-column derivatization and UV-VIS detection | 0.1 $ng/m^3$ for 20 $m^3$ sample | 89–99% at 100 ng | CARB 1990 |
| Air (chromium(VI)) | Sample collected on sodium carbonate-impregnated cellulose filter and extracted with sodium bicarbonate followed by separation and derivatization with diphenylcarbazide solution | Ion chromatography with post-column derivatization and UV-VIS detection | 0.1 $ng/m^3$ for 20 $m^3$ sample | 87–101 % (94% mean) | Sheehan et al. 1992 |

APPX ATT_V6_4268

## Table 7-2.  Analytical Methods for Determining Chromium in Environmental Samples

| Sample matrix | Preparation method | Analytical method | Sample detection limit | Percent recovery | Reference |
|---|---|---|---|---|---|
| Air (chromium(VI)) | Sample collected on PVC filter followed by extraction, separation and derivatization with diphenylcarbazide solution | Ion chromatography with post-column derivatization and UV-VIS detection | 0.25 $\mu g/m^3$ for 200 L samples | 94.8% | NIOSH 2003a (Method 7605) |
| Occupational air (chromium VI) | A known volume of air is drawn through a filter to collect particulate hexavalent chromium and then dissolved; following separation, derivatization with diphenylcarbazide solution | Ion chromatography with post-column derivatization and UV-VIS detection | 0.1–100 $\mu g/m^3$ for 1 $m^3$ air | 96% | ASTM 2008 (Method D6832) |
| Occupational air (chromium VI) | A known volume of air is drawn through a filter to collect particulate hexavalent chromium and then dissolved; following separation, derivatization with diphenylcarbazide solution | Ion chromatography with post-column derivatization and UV-VIS detection | 0.01–10 $\mu g/m^3$ for 1 $m^3$ air | 96% | ISO 2005 (Method 16740) |
| Occupational air (welding fumes) | Particulate matter captured on the filter was dissolved with hot $H_2SO_4$ and chromium(III) was oxidized to chromium(VI) by addition of $Na_2O_2$; iron and other metals that form insoluble hydroxides were removed by centrifugation; the centrifuged solution was acidified with HCl and reduced to chromium(III) by $SO_2$; the solution was complexed with β-isoproyl tropolone in $CHCl_3$ | HPLC-UV | 10 pg | No data | Maiti and Desai 1986 |
| Occupational air (chromium (VI)) | Extract with 0.05 M $(NH_4)_2SO_4$–0.5 M $(NH_4)_2SO_4$.1 M $NH_3$. | FIA-UV/VIS | 0.11 ng | >90% | Wang et al. 1997a |

## Table 7-2. Analytical Methods for Determining Chromium in Environmental Samples

| Sample matrix | Preparation method | Analytical method | Sample detection limit | Percent recovery | Reference |
|---|---|---|---|---|---|
| Simultaneous determination of chromium(III) and chromium(VI) in water extract from metal fumes | Sample solution at pH 5 reacted with disodium ethylenediamine tetraacetic acid at 50 °C for 1 hour | HPLC on anion exchange column with $Na_2CO_3$ eluting solution and simultaneous UV and AAS detection | 0.2 ng by UV for chromium(VI) 2.0 ng by UV 5.0 ng by AAS for chromium (IV) 5 ng by AAS for chromium (III) | 95–105% at 0.002–2.0 µg | Suzuki and Serita 1985 |
| Atmospheric deposition (snow) | The melted snow filtered through Nucleopore filter; the filtrate acidified with $HNO_3$; and dried by freeze-drier; residue dissolved in $HNO_3$; this preconcentrated solution placed in plastic tubes; both plastic tube and Nucleopore filter irradiated with protons | PIXE | 2 µg/L (soluble portion) 26 µg/L (snow particle) | No data | Jervis et al. 1983; Landsberger et al. 1983 |
| | Either the above Nucleopore filter or the preconcentrated liquid placed in plastic vial is irradiated by thermal neutron | NAA | 5 µg/L (soluble portion) 115 µg/g (snow particle) | No data | Jervis et al. 1983; Landsberger et al. 1983 |
| Drinking water (dissolved chromium(VI)) | The sample is introduced directly into the ion chromatograph and Cr(VI) is separated from the other matrix components by an anion exchange column followed by derivatization with diphenylcarbazide | Ion chromatography with post-column derivatization and UV-VIS detection | 0.0044–0.015 µg/L | 87.1–103% (results for different types of water and preservatives used) | EPA 2011 (Method 218.7) |
| Drinking water, surface water, and certain domestic and industrial effluents (dissolved chromium(VI)) | Complex chromium(VI) in water with APDC at pH 2.4 and extracted with MIBK | AAS | 2.3 µg/L | No data | EPA 1983b (Method 218.4) |

## Table 7-2. Analytical Methods for Determining Chromium in Environmental Samples

| Sample matrix | Preparation method | Analytical method | Sample detection limit | Percent recovery | Reference |
|---|---|---|---|---|---|
| Drinking water, groundwater and water effluents (chromium(VI)) | Buffer solution introduced into ion chromatograph. Derivitized with diphenylcarbazide | Ion chromatography with post-column derivatization and UV-VIS detection | 0.3 µg/L | 100% at 100 µg/L | EPA 1996a (Method 7199) |
| Waste water and industrial effluent for chromium(VI) only | Buffered sample mixed with AlCl$_3$ and the precipitate separated by centrifugation or filtration | DPPA at pH 10–12 | 30 µg/L | 90% at 0.2 mg/L | Harzdorf and Janser 1984 |
| Waste water 1986 (chromium(VI)) | Derivatization with o-nitrophenylfluorone | UV-VIS spectrometry at 582 nm | Lower than diphenyl-carbazone method | No data | Qi and Zhu 1986 |
| Water (total chromium) | Calcium nitrate added to water and chromium is converted to chromium(III) by acidified H$_2$O$_2$ | GFAAS or ICP/AES | 1.0 µg/L (GFAAS) 7.0 µg/L | 97–101% at 19–77 µg/L | EPA 1983a, 1986a (Method 218.2 and 7191) |
| Water (chromium(III) and chromium (VI)) | Solid-phase extraction using anion exchange resins for Cr(VI) adsorption and chelating resins for Cr(III) adsorption | ICP-MS | 0.009 µg/L (chromium VI); 0.03 µg/L (chromium III) | 86–113% | Guerrero et al. 2012 |
| Seawater (total chromium) | Derivatization with trifluoroacetylacetonate and solid-phase microextraction | ICP-MS | 9.1–20 pg/L | No data | Yang et al. 2004 |
| Industrial wastes, soils, sludges, sediments, and other solid wastes (total chromium) | Digest with nitric acid/hydrogen peroxide | ICP-AES | 4.7 µg/L | 101% at 3.75 mg/L | EPA 1996b (Method 6010b) |
| Oil wastes, oils, greases, waxes, crude oil (soluble chromium) | Dissolve in xylene or methyl isobutyl ketone | AAS or GFAAS | 0.05 mg/L | 107% at 15 µg/L | EPA 1986b (Method 7190) |

## Table 7-2. Analytical Methods for Determining Chromium in Environmental Samples

| Sample matrix | Preparation method | Analytical method | Sample detection limit | Percent recovery | Reference |
|---|---|---|---|---|---|
| Groundwater, domestic and industrial waste (chromium[VI]) | Chromium(VI) is coprecipitated with lead sulfate, reduced, and resolubilized in nitric acid | AAS or GFAAS | 0.05 mg/L (AAS) 2.3 µg/L (GFAAS) | 93–96% at 40 µg/L | EPA 1986c (Method 7195) |
| Groundwater-EP extract, domestic, and industrial waste (chromium[VI]) | Chelation with ammonium pyrrolidine dithiocarbamate and extraction with methyl isobutyl ketone | AAS | No data | 96% at 50 µg/L | EPA 1983b, 1986d (Method 218.4 and 7197) |
| Water, waste water, and EP extracts (chromium(VI)) | Direct | DPPA | 10 µg/L | 93% at 5 mg/L | EPA 1986e (Method 7198) |
| Soil, sediment and sludges (chromium(VI)) | Acid digestion extraction using hot $HNO_3$ | GFAAS | No data | No data | Oygard et al. 2004 |
| Sediment (total chromium) | Samples digested with $HNO_3$ and HF and dried | XRF | No data | No data | Adekola and Eletta (2007) |
| Sediment | Acid digestion using 0.5N HCl followed by filtration | AAS | No data | 94.88% | Ayyamperumal 2006 |

AAS = atomic absorption spectrophotometry; $AlCl_3$ = aluminum chloride; APDC = ammonium pyrrolidine dithiocarbamate; $CHCl_3$ = chloroform; DPPA = differential pulse polarographic analysis; EAAS = electrothermal atomic absorption spectrometry; EP = extraction procedure (for toxicity testing); FIA/uv/vis = flow injection analysis-ultraviolet/visible spectroscopy; GFAAS = graphite furnace atomic absorption spectrometry; $H_2SO_4$ = sulfuric acid; HCl = hydrochloric acid; HF = hydrofluoric acid; $HNO_3$ = nitric acid; HPLC = high pressure liquid chromatography; ICP-AES = inductively coupled plasma-atomic emission spectrometry; NAA = neutron activation analysis; MIBK = methylisobutyl ketone; $Na_2O_2$ = sodium peroxide; NaOH = sodium hydroxide; $Na_2CO_3$ = sodium carbonate; $(NH_4)_2SO_4$ = ammonium sulfate; $NH_3$ = ammonia; PIXE = proton-induced X-ray emission spectrometry; $SO_2$ = sulfur dioxide; UV = ultraviolet; XRF = X-ray fluorescence analysis

procedures may be employed for the extraction of soluble versus insoluble hexavalent chromium compounds and the various sequential extraction procedures described in standardized methods ASTM D6832 and ISO 16740 have been compared for their effectiveness for recovering hexavalent chromium from workplace air (Ashley et al. 2009). A three-step sequential extraction procedure was outlined that employed deionized water to dissolve soluble chromium compounds such as potassium chromate, an ammonium sulfate buffer for sparingly soluble species, and a sodium carbonate buffer to dissolve insoluble chromium complexes such as lead chromate. Recovery data for chromium compounds spiked onto PVC filters suggested that the three-step procedure may result in excessively high recoveries of soluble chromium species. A two-step extraction process using either water or sulfate buffer to dissolve soluble hexavalent chromium compounds followed by sonication in a carbonate buffer to obtain insoluble species yielded acceptable results when applied to the analysis of hexavalent chromium in paint pigments and stainless steel welding fumes (Ashley et al. 2009).

Measurements of low levels of chromium concentrations in water have been made by methods, such as ICP-MS (Guerrero et al. 2012; Henshaw et al. 1989; Parks et al. 2004; Yang et al. 2004), GFAAS (Gonzalez et al. 2005), ICP-AES (Malinski et al. 1988), and high resolution capillary column gas chromatography (HRGC) with ECD (Schaller and Neeb 1987). EPA Method 218.7 uses ion chromatography followed by derivatization with 1,5-diphenylcarbazide and UV-VIS analysis for the detection of hexavalent chromium in drinking water (EPA 2011). Proper storage and maintenance of water samples is critical since chromium(III) can be oxidized to chromium(VI) especially in the presence of free chlorine. Samples are typically stored at pH 8 or above and with buffers containing ammonium ions to complex free chlorine. Methods using high performance liquid chromatography (HPLC) interfaced with a direct current plasma emission spectrometer have also been used for the determination of chromium(III) and chromium(VI) in water samples (Krull et al. 1983). Abranko et al. (2004) employed GC-ECD, electron impact-mass spectrometry (EI-MS) and ICP-MS to the quantification of chromium in seawater following derivatization with trifluoroacetylacetone and solid phase microextraction (SPME). Detection limits ranging from 0.011 to 0.015 ng/mL were reported for all three techniques. Acid leachable and digestion procedures followed by AAS have been developed that can quantify chromium(VI) and total chromium in soil, sediment, and sludge (Ayyamperumal 2006; Oygard et al. 2004). The preferred methods for digestion of environmental samples have been discussed by Griepink and Tolg (1989) and Parks et al. (2004).

## 7.3   ADEQUACY OF THE DATABASE

Section 104(i)(5) of CERCLA, as amended, directs the Administrator of ATSDR (in consultation with the Administrator of EPA and agencies and programs of the Public Health Service) to assess whether adequate information on the health effects of chromium compounds is available.  Where adequate information is not available, ATSDR, in conjunction with NTP, is required to assure the initiation of a program of research designed to determine the health effects (and techniques for developing methods to determine such health effects) of chromium compounds.

The following categories of possible data needs have been identified by a joint team of scientists from ATSDR, NTP, and EPA.  They are defined as substance-specific informational needs that if met would reduce the uncertainties of human health assessment.  This definition should not be interpreted to mean that all data needs discussed in this section must be filled.  In the future, the identified data needs will be evaluated and prioritized, and a substance-specific research agenda will be proposed.

### 7.3.1   Identification of Data Needs

**Methods for Determining Biomarkers of Exposure and Effect.**    There are studies correlating chromium in urine (Cocker et al. 2007; Gylseth et al. 1977; Kilburn et al. 1990; Lindberg and Vesterberg 1983a; McAughey et al. 1988; Minoia and Cavalleri 1988; Mutti et al. 1985b; Sjogren et al. 1983; Tola et al. 1977), blood (Kilburn et al. 1990; Lewalter et al. 1985; McAughey et al. 1988; Wiegand et al. 1988), hair (Randall and Gibson 1987, 1989; Takagi et al. 1986), hair in children (Chiba et al. 2004), nails (Takagi et al. 1988), and erythrocytes (Lukanova et al. 1996) to occupational exposure levels.  Since chromium is an essential element, levels of chromium compounds have to be relatively high in humans before they signify an increase due to exposure.  Hair has been useful in determining chronic occupational exposure to chromium in high concentrations (Randall and Gibson 1989), although the utility of this method for detecting prior exposures has a limited timespan of months (Simpson and Gibson 1992). Analytical methods to detect chromium concentrations in urine (Randall and Gibson 1987), whole blood (Case et al. 2001; Dube 1988; Fahrni 2007), serum/plasma (Simonoff et al. 1984), and tissue (Fahrni 2007; Liu et al. 1994) have been reported.  Generally, the detection limits are in the sub ppb to ppb range, and recoveries are good (>70%).

Chromium induced DNA-protein complexes were prepared as a biomarker of exposure, as discussed in Section 3.12.2.  These complexes can be detected by potassium chloride-sodium dodecyl sulfate mediated precipitation.  These methods have a number of inherent limitations including tedious methodology and

being subject to considerable interindividual and interlaboratory variations (Singh et al. 1998b). Only one study has attempted to utilize this biomarker, and it was found that volunteers exposed to chromium in drinking water showed no increase in protein-DNA crosslinking in blood cells (Kuykendall et al. 1996). This suggests that this procedure may not be sensitive enough for use in environmental monitoring unless an individual has received a potentially toxic level of exposure. In addition, chromium forms chromium-DNA complexes inside of cells, and these complexes constitute a potential biomarker for the assessment of environmental or occupational exposure. A novel method has been described for the sensitive detection of chromium-DNA adducts using inductively coupled plasma mass spectrometry (Singh et al. 1998b). The detection limits of this method are in the parts per trillion range and allow for the detection of as few as 2 chromium adducts per 10,000 bases, which coupled with the low DNA sample requirements, make this method sensitive enough to measure background levels in the population. There are no data to determine whether there are age-specific biomarkers of exposure or effects or any interactions with other chemicals that would be specific for children.

**Methods for Determining Parent Compounds and Degradation Products in Environmental Media.** Methods are available and in use for detecting chromium in air, water, and soil environments. Methods have been developed that can determine low levels of total chromium and chromium(VI) in the air, with detection limits in the ng/m$^3$ range and excellent recoveries (90% or better) (Ashley et al. 2003; Barrie and Hoff 1985; CARB 1990; NIOSH 2003a; Sheehan et al. 1992). These methods are sufficient to determine background chromium levels in the environment and levels at which health effects may occur. There are also field-portable instruments that can be employed to rapidly measure chromium(VI) levels in workplace air (NIOSH 2003b; Wang et al. 1999). Chromium can be detected in water at concentrations in the ppb range (Abu-Saba and Flegal 1997; EPA 1983a, 1996a; Harzdorf and Janser 1984 Parks et al. 2004) and household and bottled drinking water (Al-Saleh and Al-Doush 1998), with recoveries of ≥90% being reported in some studies. In addition, there are also methods that can differentiate chromium(VI) from chromium(III) in water samples (EPA 1986c, 2011). A reliable analytical method for extracting and quantifying chromium from soil surfaces has also been reported (Ayyamperumal et al. 2006; Oygard et al. 2004). Analytical methods exist that are sufficient for measuring background levels of chromium in soil (Ayyamperumal et al. 2006; EPA 1996b; Finley and Paustenbach 1997; Oygard et al. 2004) and water (EPA 1983a, 1983b, 1983c, 1986a, 1996a; Finley and Paustenbach 1997) and also water samples collected from various geological sites of interest (Gonzalez et al. 2005; Parks et al. 2004).

## 7.3.2   Ongoing Studies

Analytical methods for the detection of chromium compounds at increasingly lower concentrations are currently under development.  Targeted areas of interest include air, water, and soil monitoring, with special emphasis being placed on populations considered vulnerable or potentially at risk, such as children and occupational workers.  Additionally, more reliable methods to separate chromium(III) analysis from chromium(VI) analysis in collected samples is a source of interest and active research.

APPX ATT_V6_4276

This page is intentionally blank.

CHROMIUM                                                                                      417

# 8. REGULATIONS, ADVISORIES, AND GUIDELINES

MRLs are substance specific estimates, which are intended to serve as screening levels, are used by ATSDR health assessors and other responders to identify contaminants and potential health effects that may be of concern at hazardous waste sites.

An MRL of $5 \times 10^{-6}$ mg chromium(VI)/m$^3$ has been derived for intermediate- and chronic-duration inhalation exposure to chromium(VI) as chromium trioxide mist and other dissolved hexavalent chromium aerosols and mists. The MRL is based on a LOAEL of 0.002 mg chromium(VI)/m$^3$ for upper respiratory effects in humans in the occupational exposure study by Lindberg and Hedenstierna (1983), which spanned both intermediate and chronic durations.

An MRL of 0.0003 mg chromium(VI)/m$^3$ has been derived for intermediate-duration inhalation exposure to chromium(VI) as particulate hexavalent chromium compounds. The MRL is based on a benchmark concentration of 0.016 mg chromium(VI)/m$^3$ for increases in lactate dehydrogenase activity in broncholavage fluid from rats in the study by Glaser et al. (1990).

An MRL of 0.005 mg chromium(VI)/kg/day has been derived for intermediate-duration oral exposure to hexavalent chromium compounds for hematological effects (e.g., microcytic, hypochromic anemia) in rats using data from a study by NTP (2008a). Because several hematological parameters are used to define the clinical picture of anemia, the MRL is based on the average $BMDL_{2sd}$ values for hemoglobin, MCV, and MCH of 0.52 mg chromium(VI)/kg/day.

An MRL of 0.0009 mg chromium(VI)/kg/day has been derived for chronic-duration oral exposure to hexavalent chromium compounds. The MRL is based on a benchmark dose of 0.09 mg chromium(VI)/kg/day for diffuse epithelial hyperplasia of the duodenum in mice in a study by NTP (2008a).

An MRL of 0.005 mg chromium(III)/m$^3$ has been derived for intermediate-duration inhalation exposure to insoluble trivalent chromium particulate compounds. The MRL is based on a minimal LOAEL of 3 mg chromium(III)/m$^3$ for trace-to-mild septal cell hyperplasia and chronic interstitial inflammation of the lung in rats in the study by Derelanko et al. (1999).

APPX ATT_V6_4278

An MRL of 0.0001 mg chromium(III)/m$^3$ has been derived for intermediate-duration inhalation exposure to soluble trivalent chromium particulate compounds.  The MRL is based on a LOAEL of 3 mg chromium(III)/m$^3$ for nasal and larynx lesions in rats in the study by Derelanko et al. (1999).

A chronic oral reference dose (RfD) of 0.003 mg chromium(VI)/kg/day has been derived and verified by EPA for soluble salts of chromium(VI) (e.g., potassium chromate, sodium chromate, potassium dichromate, and sodium dichromate) (IRIS 2008).  The RfD is based on a NOAEL for systemic effects in rats exposed to 2.5 mg chromium(VI)/kg/day as potassium chromate in the drinking water for 1 year in the study by MacKenzie et al. (1958).

A chronic inhalation RfC of 0.008 µg chromium(VI)/m$^3$ has been derived and verified by EPA for chromic acid mists and dissolved chromium(VI) aerosols (IRIS 2008).  The RfC is based on a LOAEL for nasal septum atrophy in workers exposed to 0.002 mg chromium(VI)/m$^3$ (Lindberg and Hedenstierna 1983).

A chronic inhalation RfC of 0.0001 mg chromium(VI)/m$^3$ has been derived and verified by EPA for chromium(VI) particulates (IRIS 2008).  The RfC is based on a benchmark concentration of 0.016 mg chromium(VI)/m$^3$ derived from data for lactate dehydrogenase activity in bronchoalveolar lavage fluid in rats exposed to sodium dichromate (Glaser et al. 1990).

A chronic oral RfD of 1.5 mg chromium(III)/kg/day has been derived and verified by EPA for insoluble salts of chromium(III) (e.g., chromium oxide and chromium sulfate) (IRIS 2008).  The RfD is based on a NOAEL for systemic effects in rats fed 1,800 mg chromium(III)/kg/day for 5 days/week for 600 feedings (840 total days) in the study by Ivankovic and Preussmann (1975).  EPA has determined that the data are inadequate for the development of an RfC for chromium(III) due to the lack of relevant toxicity study addressing the respiratory effects of chromium(III) (IRIS 2008).

The Institute of Medicine (IOM) of the National Academy of Sciences (NAS) determined an adequate intake (e.g., a level typically consumed by healthy individuals) of 20–45 µg chromium(III)/day for adolescents and adults (IOM 2001)

The international and national regulations, advisories, and guidelines regarding chromium in air, water, and other media are summarized in Table 8-1.

**Table 8-1.  Regulations, Advisories, and Guidelines Applicable to Chromium**

| Agency | Description | Information | Reference |
|--------|-------------|-------------|-----------|
| INTERNATIONAL | | | |
| Guidelines: | | | |
| IARC | Carcinogenicity classification | | IARC 2008 |
| | Chromium, metallic | Group 3[a] | |
| | Chromium (III) compounds | Group 3[a] | |
| | Chromium (VI) | Group 1[b] | |
| WHO | Air quality guidelines | | WHO 2000 |
| | Chromium (VI) | 1 µg/m$^3$ for a lifetime risk of 4x10$^{-2}$ | |
| | Drinking water quality guidelines | | WHO 2004 |
| | Chromium (for total chromium) | 0.05 mg/L[c] | |
| NATIONAL | | | |
| Regulations and Guidelines: | | | |
| a.  Air | | | |
| ACGIH | TLV (8-hour TWA) | | ACGIH 2007 |
| | Calcium chromate (as Cr) | 0.001 mg/m$^3$ | |
| | Chromium and inorganic compounds (as Cr) | | |
| | Metal and chromium (III) compounds | 0.5 mg/m$^3$ | |
| | Water-soluble chromium (VI) compounds | 0.05 mg/m$^3$ | |
| | Insoluble chromium (VI) compounds | 0.01 mg/m$^3$ | |
| | Lead chromate | | |
| | As Pb | 0.05 mg/m$^3$ | |
| | As Cr | 0.012 mg/m$^3$ | |
| | Strontium chromate (as Cr) | 0.0005 mg/m$^3$ | |
| | Zinc chromates (as Cr) | 0.01 mg/m$^3$ | |
| | TLV basis (critical effects) | | |
| | Calcium chromate (as Cr) | Lung cancer | |
| | Chromium | | |
| | Metal and chromium (III) compounds | Upper respiratory tract and skin irritation | |
| | Water-soluble chromium (VI) compounds | Upper respiratory tract irritation and cancer | |
| | Insoluble chromium (VI) compounds | Lung cancer | |

**Table 8-1. Regulations, Advisories, and Guidelines Applicable to Chromium**

| Agency | Description | Information | Reference |
|---|---|---|---|
| NATIONAL *(cont.)* | | | |
| ACGIH | TLV basis (critical effects) | | ACGIH 2007 |
| | Lead chromate | Male reproductive damage, teratogenic effects, and vasocon-striction | |
| | As Pb | | |
| | As Cr | | |
| | Strontium chromate (as Cr) | Cancer | |
| | Zinc chromates (as Cr) | Nasal cancer | |
| EPA | AEGL-1, -2, and -3 | No data | EPA 2007a |
| | Second list of AEGL priority chemicals for guideline development | | EPA 2008a |
| | Chromium (III) chloride | Yes | |
| | Hazardous air pollutant | | EPA 2007b |
| | Chromium compounds | Yes | 42 USC 7412 |
| NIOSH | REL (8-hour TWA) | | NIOSH 2005 |
| | Chromium, metal, chromium (II), and chromium (III) compounds | 0.5 mg/m$^3$ | |
| | REL (10-hour TWA) | | |
| | Chromium (VI) trioxide (as Cr)[d,e] | 0.001 mg/m$^3$ | |
| | IDLH | | |
| | Chromium, metal (as Cr) | 250 mg/m$^3$ | |
| | Chromium (VI) trioxide (as chromium [VI])[e] | 15 mg/m$^3$ | |
| | Target organs | | |
| | Chromium, metal | Eyes, skin, and respiratory system | |
| | Chromium (VI) trioxide | Blood, respiratory system, liver, kidneys, eyes, and skin | |
| | Category of pesticides | | NIOSH 1992 |
| | Potassium chromate | Group 1 pesticide | |
| | Potassium dichromate | Group 1 pesticide | |
| | Sodium chromate | Group 1 pesticide | |
| OSHA | PEL (8-hour TWA) for general industry (ceiling limit) | | OSHA 2007a 29 CFR 1910.1000, Table Z-2 |
| | Chromium (II) compounds (as Cr) | 0.5 mg/m$^3$ | |
| | Chromium (III) compounds (as Cr) | 0.5 mg/m$^3$ | |
| | Chromium metal and insoluble salt (as Cr) | 1.0 mg/m$^3$ | , |
| | Chromium (VI) compounds | 5 µg/m$^3$ | OSHA 2007d 29 CFR 1910.1026 |

**Table 8-1.  Regulations, Advisories, and Guidelines Applicable to Chromium**

| Agency | Description | Information | Reference |
|---|---|---|---|
| NATIONAL *(cont.)* | | | |
| OSHA | PEL (8-hour TWA) for shipyard industry (ceiling limit) | | OSHA 2007c 29 CFR 1915.1000 |
| | Chromium (II) compounds (as Cr) | 0.5 mg/m$^3$ | |
| | Chromium (III) compounds (as Cr) | 0.5 mg/m$^3$ | |
| | Chromium metal and insoluble salt (as Cr) | 1.0 mg/m$^3$ | |
| | Chromium (VI) compounds | 0.5 µg/m$^3$ | OSHA 2007e 29 CFR 1915.1026 |
| | PEL (8-hour TWA) for construction industry (ceiling limit) | | OSHA 2007b 29 CFR 1926.55, Appendix A |
| | Chromium (II) compounds (as Cr) | 0.5 mg/m$^3$ | |
| | Chromium (III) compounds (as Cr) | 0.5 mg/m3 | |
| | Chromium metal and insoluble salt (as Cr) | 1.0 mg/m$^3$ | |
| | Chromium (VI) compounds | 0.5 µg/m$^3$ | OSHA 2007f 29 CFR 1926.1126 |
| b. Water | | | |
| EPA | Designated as hazardous substances in accordance with Section 311(b)(2)(A) of the Clean Water Act | | EPA 2008b 40 CFR 116.4 |
| | Ammonium dichromate | Yes | |
| | Calcium chromate | Yes | |
| | Chromium (III) sulfate | Yes | |
| | Potassium chromate | Yes | |
| | Strontium chromate | Yes | |
| | Drinking water standards and health advisories | | EPA 2006a |
| | Chromium (total) | | |
| | 1-day health advisory for a 10-kg child | 1 mg/L | |
| | 10-day health advisory for a 10-kg child | 1 mg/L | |
| | DWEL | 0.1 mg/L | |
| | Lifetime | No data | |
| | National secondary drinking water standards | | EPA 2003 |
| | Chromium (total) | | |
| | MCL | 0.1 mg/L | |
| | Public health goal | 0.1 mg/L | |

**Table 8-1.  Regulations, Advisories, and Guidelines Applicable to Chromium**

| Agency | Description | Information | Reference |
|---|---|---|---|
| NATIONAL *(cont.)* | | | |
| EPA | National recommended water quality criteria[g] | No data | EPA 2006b |
| | Chromium (III) | | |
| | Freshwater CMC | 570 µg/L | |
| | Freshwater CCC | 74 µg/L | |
| | Chromium (VI) | | |
| | Freshwater CMC | 16 µg/L | |
| | Freshwater CCC | 11 µg/L | |
| | Saltwater CMC | 1,100 µg/L | |
| | Saltwater CCC | 50 µg/L | |
| | Toxic pollutants designated pursuant to Section 307(a)(1) of the Clean Water Act | | EPA 2008i 40 CFR 401.15 |
| | Chromium and compounds | Yes | |
| | Reportable quantities of hazardous substances designated pursuant to Section 311 of the Clean Water Act | | EPA 2008c 40 CFR 117.3 |
| | Chromium (III) sulfate | 100 pounds | |
| | Potassium chromate | 10 pounds | |
| | Strontium chromate | 10 pounds | |
| c.  Food | | | |
| EPA | Inert ingredients permitted for use in nonfood use pesticide products | | EPA 2008e |
| | Chromium (III) oxide | Yes | |
| | Sodium chromate | Yes | |
| FDA | Bottled drinking water | | FDA 2007a 21 CFR 165.110 |
| | Chromium | 0.1 mg/L | |
| | EAFUS[h] | No data | FDA 2008 |
| | Indirect food additives:  adhesives and components of coatings | | FDA 2007b 21 CFR 175.105 |
| | Sodium chromate | Yes | |
| | Recommended daily intake | | FDA 2007c 21 CFR 101.9 |
| | Chromium | 120 µg | |

**Table 8-1. Regulations, Advisories, and Guidelines Applicable to Chromium**

| Agency | Description | Information | Reference |
|---|---|---|---|
| NATIONAL (cont.) | | | |
| d. Other | | | |
| ACGIH | Carcinogenicity classification | | ACGIH 2007 |
| | Calcium chromate (as Cr) | A2[i] | |
| | Chromium | | |
| | Metal and chromium (III) compounds | A4[j] | |
| | Water-soluble chromium (VI) compounds | A1[k] | |
| | Insoluble chromium (VI) compounds | A1[k] | |
| | Lead chromate | | |
| | As Pb | A2[i] | |
| | As Cr | A2[i] | |
| | Strontium chromate (as Cr) | A2[i] | |
| | Zinc chromates (as Cr) | A1[k] | |
| | Biological exposure indices | | |
| | Chromium | | |
| | Water-soluble chromium (VI) fume | | |
| | Total chromium in urine at end of shift at end of workweek | 25 µg/L | |
| | Total chromium in urine increase during shift | 10 µg/L | |
| EPA | Carcinogenicity classification | | IRIS 2008 |
| | Chromium(III), insoluble salts | Group D[l] | |
| | Chromium (VI) | | |
| | Inhalation route of exposure | Group A[m] | |
| | Oral route of exposure | Group D[l] | |
| | RfC | | |
| | Chromium(III), insoluble salts | Not available | |
| | Chromium (VI) | | |
| | Chromic acid mists and dissolved Cr (VI) aerosols | $8\times10^{-6}$ mg/m$^3$ | |
| | Cr(VI) particulates | $1\times10^{-4}$ mg/m$^3$ | |
| | RfD | | |
| | Chromium(III), insoluble salts | 1.5 mg/kg/day | |
| | Chromium (VI) | $3\times10^{-3}$ mg/kg/day | |

CHROMIUM                                                                                      424

8.  REGULATIONS, ADVISORIES, AND GUIDELINES

### Table 8-1.  Regulations, Advisories, and Guidelines Applicable to Chromium

| Agency | Description | Information | Reference |
|---|---|---|---|
| NATIONAL (cont.) | | | |
| EPA | Master Testing List | Yes[n] | EPA 2008f |
| | RCRA waste minimization PBT priority chemical list | | EPA 1998c 63 FR 60332 |
| |   Chromium | Yes | |
| | Standards for owners and operators of hazardous waste TSD facilities; groundwater monitoring list | | EPA 2008d 40 CFR 264, Appendix IX |
| |   Chromium (total) | Yes | |
| | Superfund, emergency planning, and community right-to-know | | |
| |   Designated CERCLA hazardous substance | | EPA 2008j 40 CFR 302.4 |
| |     Ammonium dichromate | Yes[o] | |
| |     Calcium chromate | Yes[o,p] | |
| |     Chromium | Yes[q] | |
| |     Chromium and compounds | Yes[r] | |
| |     Chromium (III) sulfate | Yes[o] | |
| |     Potassium chromate | Yes[o] | |
| |     Strontium chromate | Yes[o] | |
| | Superfund, emergency planning, and community right-to-know | | |
| |   Reportable quantity | | EPA 2008j 40 CFR 302.4 |
| |     Ammonium dichromate | 10 pounds | |
| |     Chromium | 5,000 pounds | |
| |     Calcium chromate | 10 pounds | |
| |     Chromium and compounds | None[s] | |
| |     Chromium (III) sulfate | 1,000 pounds | |
| |     Potassium chromate | 10 pounds | |
| |     Strontium chromate | 10 pounds | |
| | Effective date of toxic chemical release reporting | | EPA 2008h 40 CFR 372.65 |
| |   Chromium | 01/01/1987 | |
| | Extremely Hazardous Substances | | EPA 2008g 40 CFR 355, Appendix A |
| |   Chromium (III) chloride | | |
| |     Reportable quantity | 1 pound | |
| |     Threshold planning quantity | 1,000 pounds | |

**Table 8-1. Regulations, Advisories, and Guidelines Applicable to Chromium**

| Agency | Description | Information | Reference |
|--------|-------------|-------------|-----------|
| NATIONAL *(cont.)* | | | |
| NTP | Carcinogenicity classification | | NTP 2005 |
| |   Chromium (VI) compounds | Known to be human carcinogens | |
| |     Calcium chromate | | |
| |     Chromium (VI) trioxide | | |
| |     Ferrochromite | | |
| |     Lead chromate | | |
| |     Strontium chromate | | |
| |     Zinc chromate | | |

[a]Group 3: The agent is not classifiable as to its carcinogenicity to humans.
[b]Group 1: The agent is carcinogenic to humans.
[c]Provisional guideline value, as there is evidence of a hazard, but the available information on health effects is limited.
[d]The NIOSH REL (10-hour TWA) is 0.001 mg Cr(VI)/m$^3$ for all hexavalent chromium (Cr[(VI]) compounds. NIOSH considers all chromium (VI) compounds (including chromic acid, tert-butyl chromate, zinc chromate, and chromyl chloride) to be potential occupational carcinogens.
[e]NIOSH potential occupational carcinogen.
[f]Group 1 pesticides: contains the pesticides that pose a significant risk of adverse acute health effects at low concentrations.
[g]The CMC is an estimate of the highest concentration of a material in surface water to which an aquatic community can be exposed briefly without resulting in an unacceptable effect. The CCC is an estimate of the highest concentration of a material in surface water to which an aquatic community can be exposed indefinitely without resulting in an unacceptable effect.
[h]The EAFUS list of substances contains ingredients added directly to food that FDA has either approved as food additives or listed or affirmed as GRAS.
[i]A2: Suspected human carcinogen.
[j]A4: Not classifiable as a human carcinogen.
[k]A1: Confirmed human carcinogen.
[l]Group D: not classified as to its human carcinogenicity.
[m]Group A: known human carcinogen by the inhalation route of exposure.
[n]Chromium was recommended to the MTL by ATSDR in 1994 and the testing needs development is currently underway. The testing needs include acute toxicity, neurotoxicity, reproductive, and immunotoxicity health effects.
[o]Designated CERCLA hazardous substance pursuant to Section 311(b)(2) of the Clean Water Act.
[p]Designated CERCLA hazardous substance pursuant to Section 3001 of the Resource Conservation and Recovery Act.
[q]Designated CERCLA hazardous substance pursuant to Section 307(a) of the Clean Water.
[r]Designated CERCLA hazardous substance pursuant to Section 307(a) of the Clean Water Act and Section 112 of the Clean Air Act.
[s]Indicates that no reportable quantity is being assigned to the generic or broad class.

ACGIH = American Conference of Governmental Industrial Hygienists; AEGL = acute exposure guideline levels; CCC = Criterion Continuous Concentration; CERCLA = Comprehensive Environmental Response, Compensation, and Liability Act; CFR = Code of Federal Regulations; CMC = Criteria Maximum Concentration; DWEL = drinking water equivalent level; EAFUS = Everything Added to Food in the United States; EPA = Environmental Protection Agency; FDA = Food and Drug Administration; FR = Federal Register; GRAS = Generally Recognized As Safe; IARC = International Agency for Research on Cancer; IDLH = immediately dangerous to life or health; IRIS = Integrated Risk Information System; MTL = Master Testing List; NIOSH = National Institute for Occupational Safety and Health; NTP = National Toxicology Program; OSHA = Occupational Safety and Health Administration; PBT = persistant, bioacumulative, and toxic; PEL = permissible exposure limit; RCRA = Resource Conservation and Recovery Act; REL = recommended exposure limit; RfC = inhalation reference concentration; RfD = oral reference dose; TLV = threshold limit values; TSD = transport, storage, and disposal; TWA = time-weighted average; USC = United States Code; WHO = World Health Organization

CHROMIU0

This page is intentionally blank.

# 9. REFERENCES

Aaseth J, Alexander J, Norseth T. 1982. Uptake of [51]Cr-chromate by human erythrocytes - A role of glutathione. Acta Pharmacol Toxicol 50:310-315.

Abranko L, Yang L, Sturgeon RE, et al. 2004. Solid phase microextraction for the determination of chromium in sea-water. J Anal At Spectrom 19(9):1098-1103

Abu-Saba K, Flegal AR. 1997. Temporally variable freshwater sources of dissolved chromium to the San Francisco Bay estuary. Environ Sci Technol 31:3455-3460.

ACGIH. 2007. Chromium. Threshold limit values for chemical substances and physical agents and biological exposure indices. Cincinnati, OH: American Conference of Governmental Industrial Hygienists, 20.

Acharya S, Mehta K, Krishnan S, et al. 2001. A subtoxic interactive toxicity study of ethanol and chromium in male Wistar rats. Alcohol 23(2):99-108.

Adachi S. 1987. Effect of chromium compounds on the respiratory system: Part 5. Long term inhalation of chromic acid mist in electroplating by C57BL female mice and recapitulation on our experimental studies. Jpn J Ind Health 29:17-33.

Adachi S, Yoshimura H, Katayama H, et al. 1986. Effects of chromium compounds on the respiratory system: Part 4. Long term inhalation of chromic acid mist in electroplating to ICR female mice. Jpn J Ind Health 28:283-287.

Adachi S, Yoshimura H, Miyayama R, et al. 1981. Effects of chromium compounds on the respiratory system: Part 1. An experimental study of inhalation of chromic acid mist in electroplating. Jpn J Ind Health 23:294-299.

Adekola FA, Eletta OAA. 2007. A study of heavy metal pollution of Asa River, Ilorin. Nigeria; trace metal modeling and geochemistry. Environ Monit Assess 125:157-163.

Adinolfi M. 1985. The development of the human blood-CSF-brain barrier. Dev Med Child Neurol 27:532-537.

Adlercreutz H. 1995. Phytoestrogens: Epidemiology and a possible role in cancer protection. Environ Health Perspect Suppl 103(7):103-112.

Agency for Toxic Substances and Disease Registry. 1989. Decision guide for identifying substance-specific data needs related to toxicological profiles. Atlanta, GA: Agency for Toxic Substances and Disease Registry, Division of Toxicology.

Agency for Toxic Substances and Disease Registry. 1990a. Health assessment for Cherokee County-Galena subsite National Priorities List (NPL) site, Galena, Cherokee County, Kansas, Region 7. Atlanta, GA: Agency for Toxic Substances and Disease Registry, CERCLIS No. KSD980741862. PB90112053.

_____

* Not cited in text

Agency for Toxic Substances and Disease Registry. 1990b. Health assessment for Butterworth Landfill, Kent County, Michigan, Region 5. Agency for Toxic Substances and Disease Registry, CERCLIS No. MIDO62222997. Atlanta, GA. PB90106899.

Agency for Toxic Substances and Disease Registry. 1990. Biomarkers of organ damage or dysfunction for the renal, hepatobiliary, and immune systems. Subcommittee on Biomarkers of Organ Damage and Dysfunction. Atlanta, GA: Agency for Toxic Substances and Disease Registry.

Aguilar MV, Martinez-Para C, Gonzalez J. 1997. Effects of arsenic(V)-chromium(III) interaction on plasma glucose and cholesterol levels in growing rats. Ann Nutr Metab 41:189-195.

Aitio A, Jarvisalo J, Kiilunen M, et al. 1984. Urinary excretion of chromium as an indicator of exposure to trivalent chromium sulphate in leather tanning. Int Arch Occup Environ Health 54:241-249.

Aiyar J, Berkovits HJ, Floyd RA, et al. 1991. Reaction of chromium(VI) with glutathione or with hydrogen peroxide: Identification of reactive intermediates and their role in chromium(VI)-induced DNA damage. Environ Health Perspect 92:53-62.

Aiyar J, Borges K, Floyd RA, et al. 1989. Role of chromium(V), glutathione thiyl radical and hydroxyl radical intermediates in chromium(VI)-induced DNA damage. Toxicol Environ Chem 22:135-148.

*Akatsuka K, Fairhall LT. 1934. The toxicology of chromium. J Ind Hyg 16:1-24.

Albert RE. 1991. Issues in the risk assessment of chromium. Environ Health Perspect 92:91-92.

Alderson M, Rattan N, Bidstrup L. 1981. Health of workmen in the chromate-producing industry in Britain. Br J Ind Med 38:117-124.

Al-Hamood MH, Elbetieha A, Bataineh H. 1998. Sexual maturation and fertility of male and female mice exposed prenatally and postnatally to trivalent and hexavalent chromium compounds. Reprod Fertil Dev 10:179-183.

Alimonti A, Petrucci F, Krachler M, et al. 2000. Reference values for chromium, nickel and vanadium in urine of youngsters from the urban area of Rome. J Environ Monit 2(4):351-354.

Al-Saleh I, Al-Doush I. 1998. Survey of trace elements in household and bottled drinking water samples collected in Riyadh, Saudi Arabia. Sci Total Environ 216:181-192.

Althuis MD, Jordan NE, Ludington EA, et al. 2002. Glucose and insulin responses to dietary chromium supplements: A meta-analysis. Am J Clin Nutr 76:148-155.

Altman PK, Dittmer DS. 1974. Biological handbooks: Biology data book, Vol. III, 2nd ed. Bethesda, MD: Federation of American Societies for Experimental Biology, 1987-2008, 2041.

American Chrome and Chemicals. 1989. Chromic acid. Material safety data sheets. Corpus Christi, TX: American Chrome and Chemicals, Inc.

Amrani S, Rizki M, Creus A, et al. 1999. Genotoxic activity of different chromium compounds in larval cells of *Drosphila melanogaster*, as measured in the wing spot test. Environ Mol Mutagen 34:47-51.

CHROMIUM

Anand SS. 2005. Protective effects of vitamin B6 in chromium-induced oxidative stress in liver. J Appl Toxicol 25:440-443.

Andersen ME, Krishnan K. 1994. Relating *in vitro* to *in vivo* exposures with physiologically-based tissue dosimetry and tissue response models. In: Salem H, ed. Animal test alternatives. Aberdeen Proving Ground, MD. U.S. Army Chemical Research Development and Engineering Center.

Andersen ME, Clewell HJ, Gargas ML, et al. 1987. Physiologically based pharmacokinetics and the risk assessment process for methylene chloride. Toxicol Appl Pharmacol 87:185-205.

Anderson RA. 1981. Nutritional role of chromium. Sci Total Environ 17:13-29.

Anderson RA. 1986. Chromium metabolism and its role in disease processes in man. Clin Physiol Biochem 4:31-41.

Anderson RA. 1987. Chromium. In: Mertz W ed. Trace elements in human and animal nutrition. 5th ed. Vol. 1. San Diego, CA: Academic Press, Inc., 225-244.

Anderson RA. 1998a. Chromium, glucose intolerance and diabetes. J Am Coll Nutr 17(6):548-555.

Anderson RA. 1998b. Effects of chromium on body composition and weight loss. Nutr Rev 56(9):266-270.

Anderson RA. 2003. Chromium and insulin resistance. Nutr Res Rev 16(2):267-275.

Anderson RA, Bryden NA, Polansky MM. 1997b. Lack of toxicity of chromium chloride and chromium picolinate in rats. J Am Coll Nutr 16(3):273-279.

Anderson RA, Bryden NA, Patterson KY, et al. 1993. Breast milk chromium and its association with chromium intake, chromium excretion, and serum chromium. Clin Nutr 57:519-523.

Anderson RA, Bryden NA, Polansky MM, et al. 1996. Dietary chromium effects on tissue chromium concentrations and chromium absorption in rats. J Trace Elem Exp Med 9:11-25.

Anderson RA, Cheng N, Bryden NA, et al. 1997c. Elevated intakes of supplemental chromium improve glucose and insulin variables in individuals with type 2 diabetes. Diabetes 46:1786-1791.

Anderson RA, Polansky MM, Bryden NA, et al. 1983. Effects of chromium supplementation on urinary Cr excretion of human subjects and correlation of Cr excretion with selected clinical parameters. J Nutr 113:276-281.

*Anwar RA, Langham RF, Hoppert CA, et al. 1961. Chronic toxicity studies: III. Chronic toxicity of cadmium and chromium in dogs. Arch Environ Health 3:456-460.

*Appenroth D, Braunlich H. 1988. Age dependent differences in sodium dichromate nephrotoxicity in rats. Exp Pathol 33:179-185.

Appenroth D, Karge E, Kiessling G, et al. 2001. LLU-*α*, an endogenous metabolite of gamma-tocopherol, is more effective against metal nephrotoxicity in rats than γ-tocopherol. Toxicol Lett 122:255-265.

Arreola-Mendoza L, Reyes JL, Melendez E, et al. 2006. Apha-tocopherol protects against the renal damage caused by potassium dichromate. Toxicology 218:237-246.

Aruldhas MM, Subramanian S, Sekhar P, et al. 2004. Microcanalization in the epididymis to overcome ductal obstruction caused by chronic exposure to chromium -- a study in the mature bonnet monkey (*Macaca radiata Geoffroy*). Reproduction 128:127-137.

Aruldhas MM, Subramanian S, Sekhar P, et al. 2005. Chronic chromium exposure-induced changes in testicular histoarchitecture are associated with oxidative stress: Study in a non-human primate (*Macaca radiata Geoffroy*). Hum Reprod 20(10):2801-2813.

Aruldhas MM, Subramanian S, Sekhar P, et al. 2006. *In vivo* spermatotoxic effect of chromium as reflected in the epididymal epithelial principal cells, basal cells, and intraepithelial macrophages of a nonhuman primate (*Macaca radiata Geoffroy*). Fertil Steril 86(Suppl 3):1097-1105.

Asatiani N, Sapojnikova N, Abuladze M, et al. 2004. Effects of Cr(VI) long-term and low-dose action on mammalian antioxidant enzymes (an *in vitro* study). J Inorg Biochem 98:490-496.

Ashley K, Applegate GT, Marcy AD, et al. 2009. Evaluation of sequential extraction procedures for soluble and insoluble hexavalent chromium compounds in workplace air samples. J Environ Monit 11(2):318-325.

Ashley K, Howe AM, Demange M, et al. 2003. Sampling and analysis considerations for the determination of hexavalent chromium in workplace air. J Environ Monit 5(5):707-716.

ASTM. 2008. Designation: D6832-08. Standard test method for the determination of hexavalent chromium in workplace air by ion chromatography and spectrophotometric measurement using 1,5-diphenylcarbazide1. ASTM International. http://www.astm.org/Standards/D6832.htm. February 8, 2012.

Athavale P, Shum KW, Chen Y, et al. 2007. Occupational dermatitis related to chromium and cobalt: Experience of dermatologists (EPIDERM) and occupational physicians (OPRA) in the U.K. over an 11-year period (1993–2004). Br J Dermatol 157(3):518-522.

Avudainayagam S, Megharaj M, Owens G, et al. 2003. Chemistry of chromium in soils with emphasis on tannery waste sites. Rev Environ Contam Toxicol 178:53-91.

Axelsson G, Rylander R. 1980. Environmental chromium dust and lung cancer mortality. Environ Res 23:469-476.

Axelsson G, Rylander R, Schmidt A. 1980. Mortality and incidence of tumours among ferrochromium workers. Br J Ind Med 37:121-127.

Ayyamperumal T, Jonathan MP, Srinivasalu S, et al. 2006. Assessment of acid leachable trace metals in sediment cores from River Uppanar, Cuddalor, southeast coast of India. Environ Pollut 143:34-45.

Baetjer AM. 1950b. Pulmonary carcinoma in chromate workers: II. Incidence and basis of hospital records. Int Arch Ind Hyg Occup Med 2(5):505-516.

Baetjer AM, Damron C, Budacz V. 1959a. The distribution and retention of chromium in men and animals. Arch Ind Health 20:136-150.

Baetjer AM, Lowney JF, Steffee H, et al. 1959b. Effect of chromium on incidence of lung tumors in mice and rats. Arch Ind Health 20:124-135.

Bagchi D, Bagchi M, Stohs SJ. 2001. Chromium (VI)-induced oxidative stress, apoptotic cell death and modulation of p53 tumor suppressor gene. Mol Cell Biochem 222:149-158.

Bagchi D, Balmoori J, Bagchi M, et al. 2002a. Comparative effect of TCDD, endrin, naphthalene and chromium (VI) on oxidative stress and tissue damage in the liver and brain tissues of mice. Toxicology 175:73-82.

Baggett JM. 1986. Chromium and the potentiative interaction with some other nephrotoxins. In: Serrone D, ed. Proceedings of chromium symposium 1986: An update. Pittsburgh, PA: Industrial Health Foundation, 59-78.

Bailey MM, Boohaker JG, Jernigan PL, et al. 2008b. Effects of pre- and postnatal exposure to chromium picolinate or picolinic acid on neurological development in CD-1 mice. Biol Trace Elem Res 124(1):70-82.

Bailey MM, Sturdivant J, Jernigan PL, et al. 2008a. Comparison of the potential for developmental toxicity of prenatal exposure to two dietary chromium supplements, chromium picolinate and [Cr3O(O2CCH2CH3)(6(H2O)3]+, in mice. Birth Defects Res B Dev Reprod Toxicol 83(1):27-31.

*Baines AD. 1965. Cell renewal following dichromate induced renal tubular necrosis. Am J Pathol 47:851-876.

Balachandar V, Arun M, Mohana Devi S, et al. 2010. Evaluation of the genetic alterations in direct and indirect exposures of hexavalent chromium [Cr(VI)] in leather tanning industry workers North Arcot District, South India. Int Arch Occup Environ Health 83(7):791-801.

Balasoiu CF, Zagury GJ, Deschenes L. 2001. Partitioning and speciation of chromium, copper, and arsenic in CCA-contaminated soils: Influence of soil composition. Sci Total Environ 280(1-3):239-255.

Balato A, Balato N, Di Costanzo L, et al. 2008. Contact sensitization of older patients in an academic department in Naples, Italy. Dermatitis 19(4):209-212.

Banner W, Koch M, Capin M, et al. 1986. Experimental chelation therapy in chromium, lead, and boron intoxication with N-acetylcysteine and other compounds. Toxicol Appl Pharmacol 83:142-147.

Banu SK, Samuel JB, Arosh JA, et al. 2008. Lactational exposure to hexavalent chromium delays puberty by impairing ovarian development, steroidogenesis and pituitary hormone synthesis in developing Wistar rats. Toxicol Appl Pharmacol 232(2):180-189.

Baranowski J, Norska-Borowka I, Baranowska I. 2002. Determination of heavy metals in the bones and livers of deceased neonatal humans. Bull Environ Contam Toxicol 69:1-7.

Baranowska-Dutkiewicz B. 1981. Absorption of hexavalent chromium by skin in man. Arch Toxicol 47:47-50.

Barceloux DG. 1999. Chromium. Clin Toxicol 37(2):173-194.

Barešić M, Gornik I, Radonic R, et al. 2009. Survival after severe acute chromic acid poisoning complicated with renal and liver failure. Intern Med 48(9):711-715.

Barnes DG, Dourson M. 1988. Reference dose (RfD): Description and use in health risk assessment. Regul Toxicol Pharmacol 8:471-486.

Barnhart J. 1997. Chromium chemistry and implications for environmental fate and toxicity. J Soil Contam 6(6):561-568.

Barrie LA, Hoff RM. 1985. Five years of air chemistry observations in the Canadian Arctic. Atmos Environ 19(12):1995-2010.

Barrie LA, Lindberg SE, Chan WH, et al. 1987. On the concentration of trace metals in precipitation. Atmos Environ 21:1133-1135.

Bartlett R. 1991. Chromium cycling in soils and water: Links, gaps, and methods. Environ Health Perspect 92:17-24.

Bartlett RJ, Kimble JM. 1976. Behavior of chromium in soils: Trivalent forms. J Environ Qual 5:379-386.

Basketter D, Horev L, Slodovnik D, et al. 2001. Investigation of the threshold for allergic reactivity to chromium. Contact Dermatitis 44:70-74.

Bataineh H, Al-Hamood MH, Elbetieha A, et al. 1997. Effect of long-term ingestion of chromium compounds on aggression, sex behavior and fertility in adult male rat. Drug Chem Toxicol 20(3):133-149.

Bataineh H, Bataineh Z, Daradka H. 2007. Short-term exposure of female rats to industrial metal salts: Effect on implantation and pregnancy. Reprod Med Biol 6(3):179-183.

Beaumont JJ, Sedman RM, Reynolds SD, et al. 2008. Cancer mortality in a Chinese population exposed to hexavalent chromium in drinking water. (Comment in: Epidemiology 19(1):1-2, Epidemiology 19(1):24-26). Epidemiology 19(1):12-23.

Becker N. 1999. Cancer mortality among arc welders exposed to fumes containing chromium and nickel: Results of a third follow-up: 1989-1995. J Occup Environ Med 41(4):294-303.

Becker N, Claude J, Frentzel-Beyme R. 1985. Cancer risk of arc welders exposed to fumes containing chromium and nickel. Scand J Work Environ Health 11:75-82.

Bednar CM, Kies C. 1991. Inorganic contaminants in drinking water correlated with disease occurrence in Nebraska. Water Resour Bull 27(4):631-635.

*Behari J, Chandra SV, Tandon SK. 1978. Comparative toxicity of trivalent and hexavalent chromium to rabbits: III. Biochemical and histological changes in testicular tissue. Acta Biol Med Ger 37:463-468.

Behari JR, Tandon SK. 1980. Chelation in metal intoxication: VIII. Removal of chromium from organs of potassium chromate administered rats. Clin Toxicol 16(1):33-40.

Bell RW, Hipfner JC.  1997.  Airborne hexavalent chromium in Southwestern Ontario.  J Air Waste Manage Assoc 47:905-910.

Bennett BG.  1986.  Exposure assessment for metals involved in carcinogenesis.  IARC Sci Publ 71:115-128.

Bennicelli C, Camoirano A, Petruzzelli S, et al.  1983.  High sensitivity of Salmonella TA102 in detecting hexavalent chromium mutagenicity and its reversal by liver and lung preparations.  Mutat Res 122:1-5.

Benova D, Hadjidekova V, Hristova R, et al.  2002.  Cytogenetic effects of hexavalent chromium in Bulgarian chromium platers.  Mutat Res 514:29-38.

Bentley SA.  1977.  Red cell survival studies reinterpreted.  Clin Haematol 6(3):601-623.

*Berg NO, Berlin M, Bohgard M, et al.  1987.  Bronchocarcinogenic properties of welding and thermal spraying fumes containing chromium in the rat.  Am J Ind Med 11:39-54.

Berger GS.  1994.  Epidemiology of endometriosis.  In:  Berger GS, ed.  Endometriosis:  Advanced management and surgical techniques.  New York, NY:  Springer-Verlag, 3-7.

*Berry JP, Hourdry J, Galle P, et al.  1978.  Chromium concentration by proximal renal tubule cells:  An ultrastructural microanalytical and cytochemical study.  J Histochem Cytochem 26:651-657.

Beveridge R, Pintos J, Parent ME, et al.  2010.  Lung cancer risk associated with occupational exposure to nickel, chromium VI, and cadmium in two population-based case-control studies in Montreal.  Am J Ind Med 53(5):476-485.

Beyer WN, Cromartie EJ.  1987.  A survey of Pb, Cu, Zn, Cd, Cr, As and Se in earthworms and soil from diverse sites.  Environ Monit Assess 8:27-36.

Beyersmann D, Koster A.  1987.  On the role of trivalent chromium in chromium genotoxicity.  Toxicol Environ Chem 14:11-22.

*Bick RL, Girardi TV, Lack WJ, et al.  1996.  Hodgkin's disease in association with hexavalent chromium exposure.  Int J Hematol 64(3-4):257-262.

Bidstrup P.  1951.  Carcinoma of the lung in chromate workers.  Br J Ind Med 8:302-305.

Bidstrup P, Case R.  1956.  Carcinoma of the lung in workmen in the bichromates-producing industry in Great Britain.  Br J Ind Med 13:260-264.

Blade LM, Yencken MS, Wallace ME, et al.  2007.  Hexavalent chromium exposures and exposure-control technologies in American enterprise:  Results of NIOSH field research study.  J Occup Environ Hyg 4(8):596-618.

*Blair J.  1928.  Chrome ulcers.  Report on twelve cases.  J Am Med Assoc 90:1927-1928.

Blankenship LJ, Carlisle DL, Wise JP, et al.  1997.  Induction of apoptotic cell death by particulate lead chromate:  Differential effects of vitamins C and E on genotoxicity and survival.  Toxicol Appl Pharmacol 146:270-280.

Blasiak J, Kowalik J. 2000. A comparison of the vitro genotoxicity of tri- and hexavalent chromium. Mutat Res 469(1):135-145.

Bock M, Schmidt A, Bruckner T, et al. 2003. Contact dermatitis and allergy: Occupational skin disease in the construction industry. Br J Dermatol 149(6):1165-1171.

Bonatti S, Meini M, Abbondandolo A. 1976. Genetic effects of potassium dichromate in *Schizosaccharomyces pombe*. Mutat Res 38:147-150.

Bonde JPE, Olsen JH, Hansen KS. 1992. Adverse pregnancy outcome and childhood malignancy with reference to paternal welding exposure. Scand J Work Environ Health 18:169-177.

Bonnefoy C, Menudier A, Moesch C, et al. 2005. Determination of chromium in whole blood by DRC-ICP-MS: Spectral and non-spectral interferences. Anal Bioanal Chem 383(2):167-173.

Borg H. 1987. Trace metals and water chemistry of forest lakes in northern Sweden. 1987. Water Res 21(1):65-72.

Borneff I, Engelhardt K, Griem W, et al. 1968. Carcinogenic substances in water and soil. XXII. Mouse drinking study with 3,4-benzopyrene and potassium chromate. Arch Hyg 152:45-53.

Boscolo P, Di Gioacchino M, Bavazzano P, et al. 1997. Effects of chromium on lymphocyte subsets and immunoglobulins from normal population and exposed workers. Life Sci 60(16):1319-1325.

Bovet P, Lob M, Grandjean M. 1977. Spirometric alterations in workers in the chromium electroplating industry. Int Arch Occup Environ Health 40:25-32.

Bragt PC, van Dura EA. 1983. Toxicokinetics of hexavalent chromium in the rat after intratracheal administration of chromates of different solubilities. Ann Occup Hyg 27(3):315-322.

Braver ER, Infante P, Chu K. 1985. An analysis of lung cancer risk from exposure to hexavalent chromium. Teratog Carcinog Mutagen 5:365-378.

Bridgewater LC, Manning FCR, Patierno SR. 1994a. Base-specific arrest of *in vitro* DNA replication by carcinogenic chromium: Relationship to DNA interstrand crosslinking. Carcinogenesis 15(11):2421-2427.

Bridgewater LC, Manning FCR, Patierno SR. 1998. Arrest of replication by mammalian DNA polymerase α and β caused by chromium-DNA lesions. Mol Carcinogen 23:201-206.

Bridgewater LC, Manning FCR, Woo ES, et al. 1994b. DNA polymerase arrest by adducted trivalent chromium. Mol Carcinogen 9:122-133.

Brieger H. 1920. [The symptoms of acute chromate poisoning.] Z Exper Path Therap 21:393-408. (German)

Briggs JA, Briggs RC. 1988. Characterization of chromium effects on a rat liver epithelial cell line and their relevance to *in vitro* transformation. Cancer Res 48:6484-6490.

Broadhurst CL, Schmidt WF, Reeves JB, et al. 1997. Characterization and structure by NMR and FTIR spectroscopy, and molecular modeling of chromium(III) picolinate and nicotinate complexes utilized for nutritional supplementation. J Inorg Biochem 66:119-130.

Bronzetti GL, Galli A. 1989. Influence of NTA on the chromium genotoxicity. Toxicol Environ Chem 23:101-104.

Bronzetti G, Galli A, Boccardo P, et al. 1986. Genotoxicity of chromium *in vitro* on yeast: Interaction with DNA. Toxicol Environ Chem 13:103-111.

Brune D, Nordberg G, Wester PO. 1980. Distribution of 23 elements in the kidney, liver, and lungs of workers from a smeltery and refinery in north Sweden exposed to a number of elements and of a control group. Sci Total Environ 16:13-35.

Bryant HE, Ying S, Helleday T. 2006. Homologous recombination is involved in repair of chromium-induced DNA damage in mammalian cells. Mutat Res 599:116-123.

Bryson WG, Goodall CM. 1983. Differential toxicity and clearance kinetics of chromium(III) or (VI) in mice. Carcinogenesis 4(12):1535-1539.

Buckell M, Harvey DG. 1951. An environmental study of the chromate industry. Br J Ind Med 8:298-301.

Bukowski JA, Goldstein MD, Korn LR, et al. 1991. Biological markers in chromium exposure assessment: Confounding variables. Arch Environ Health 46(4):230-236.

Bunker VW, Lawson MS, Delves HT, et al. 1984. The uptake and excretion of chromium by the elderly. Am J Clin Nutr 39:797-802.

Burrows D, ed. 1983. Adverse chromate reactions on the skin. In: Burrows D, ed. Chromium: Metabolism and toxicity. Boca Raton, FL: CRC Press, Inc., 137-163.

Byrne CJ, DeLeon IR. 1986. Trace metal residues in biota and sediments from Lake Pontchartrain, Louisiana. Bull Environ Contam Toxicol 37:151-158.

Caglieri A, Goldoni M, Acampa O, et al. 2006. The effect of inhaled chromium on different exhaled breath condensate biomarkers among chrome-plating workers. Environ Health Perspect 114(4):542-546.

Calder LM. 1988. Chromium contamination of groundwater. Adv Env Sci Technol 20:215-229.

Campbell WW, Joseph LJ, Davey SL, et al. 1999. Effects of resistance training and chromium picolinate on body composition and skeletal muscle in older men. J Appl Physiol 86(1):29-39.

Camyre E, Wise SS, Milligan P, et al. 2007. Ku80 deficiency does not affect particulate chromate-induced chromosome damage and cytotoxicity in Chinese hamster ovary cells. Toxicol Sci 97(2):348-354.

Capellmann M, Bolt HM. 1992. Chromium (VI) reducing capacity of ascorbic acid and of human plasma *in vitro*. Arch Toxicol 66:45-50.

Capellmann M, Mikalsen A, Hindrum M, et al. 1995. Influence of reducing compounds on the formation of DNA-protein cross-links in HL-60 cells induced by hexavalent chromium. Carcinogenesis 16(5):1135-1139.

CARB. 1990. Procedure for the analysis of hexavalent chromium at ambient atmospheric levels by ion-chromatography. El Monte, CA: California Air Resources Board.

Carlisle DL, Pritchard DE, Singh J, et al. 2000. Apoptosis and P53 induction in human lung fibroblasts exposed to chromium (VI): Effect of ascorbate and tocopherol. Toxicol Sci 55:60-68.

Carlton GN. 2003. Hexavalent chromium exposures during full-aircraft corrosion control. Am Ind Hyg Assoc J 64:668-672.

Carøe C, Andersen KE, Thyssen JP, et al. 2010. Fluctuations in the prevalence of chromate allergy in Denmark and exposure to chrome-tanned leather. Contact Dermatitis 63(6):340-346.

*Carter WW. 1929. The effect of chromium poisoning on the nose and throat: The report of a case. Med J Rec 130:125-127.

Cary EE. 1982. Chromium in air, soil and natural waters. In: Lang S, ed. Topics in environmental health 5: Biological and environmental aspects of chromium. New York, NY: Elsevier Biomedical Press, 49-64.

Casadevall M, da Cruz Fresco P, Kortenkamp A. 1999. Chromium(VI)-mediated DNA damage: Oxidative pathways resulting in the formation of DNA breaks and abasic sites. Chem Biol Interact 123(2):117-132.

Case CP, Ellis L, Turner JC, et al. 2001. Development of a routine method for the determination of trace metals in whole blood by magnetic sector inductively coupled plasma mass spectrometry with particular relevance to patients with total hip and knee arthroplasty. Clin Chem 47(2):275-280.

Casey CE, Hambidge KM. 1984. Chromium in human milk from American mothers. Br J Nutr 52:73-77.

Cason JS. 1959. Report on three extensive industrial chemical burns. Br Med J 1:827-829.

Cavalleri A, Minoia C. 1985. Distribution in serum and erythrocytes and urinary elimination in workers exposed to chromium(VI) and chromium(III). G Ital Med Lav 7:35-38.

Cavalleri A, Minoia C, Richelmi P, et al. 1985. Determination of total and hexavalent chromium in bile after intravenous administration of potassium dichromate in rats. Environ Res 37:490-496.

CDPH. 2007. Chromiuim-6 in drinking water: Sampling results. California Department of Public Health. http://ww2.cdph.ca.gov/certlic/drinkingwater/pages/chromium6sampling.aspx. August 21, 2008.

Cemeli E, Carder J, Anderson D, et al. 2003. Antigenotoxic properties of selenium compounds on potassium dichromate and hydrogen peroxide. Teratog Carcinog Mutagen 23(Suppl. 2):53-67.

Chakov NE, Collins RA, Vincent JB. 1999. A re-investigation the electron spectra of chromium(III) picolinate complexes and high yield synthesis and characterization of Cr2(μ-OH)2(pic)4·5H2O (Hpic=picolinate acid). Polyhedron 18:2891-2897.

Chang F, Wang S, Huang Y, et al. 2006. Biomonitoring of chromium for residents of areas with a high density of electroplating factories. J Expo Sci Environ Epidemiol 16(2):138-146.

Chen CJ, Shih TS, Chang HY, et al. 2008. The total body burden of chromium associated with skin disease and smoking among cement workers. Sci Total Environ 391:76-81.

Chen F, Shi X. 2002. Intracellular signal transduction of cells in response to carcinogenic metals. Crit Rev Oncol Hematol 42(1):105-121.

Chen F, Ye J, Zhang X, et al. 1997. One-electron reduction of chromium(VI) by α-lipoic acid and related hydroxyl radical generation, dG hydroxylation and nuclear transcription factor-κB activation. Arch Biochem Biophys 338(2):165-172.

Chen JM, Hao OJ. 1998. Microbial chromium (VI) reduction. Crit Rev Environ Sci 28(3):219-251.

Chen NSC, Tsai A, Dyer I. 1973. Effect of chelating agents on chromium absorption in rats. J Nutr 103:1182-1186.

Cheng TY, Tseng YH, Sun CC, et al. 2008. Contact sensitization to metals in Taiwan. Contact Dermatitis 59(6):353-360.

Chiang CT, Chang TK, Hwang YH, et al. 2011. A critical exploration of blood and environmental chromium concentration among oral cancer patients in an oral cancer prevalent area of Taiwan. Environ Geochem Health 33(5):469-476.

Chiba M, Sera K, Hashizume M, et al. 2004. Element concentrations in hair of children living in environmentally degraded districts of the East Aral Sea region. J Radioanal Nucl Chem 259(1):149-152.

Chillrud SN, Epstein D, Ross JM, et al. 2004. Elevated airborne exposures of teenagers to manganese, chromium, and iron from steel dust and New York City's subways. Environ Sci Technol 38(3):732-737.

Chorvatovičová D, Kováčiková Z, Šandula J, et al. 1993. Protective effect of sulfoethylglucan against hexavalent chromium. Mutat Res 302:207-211.

Chou TC, Chang HY, Chen CJ, et al. 2008. Effect of hand dermatitis on the total body burden of chromium after ferrous sulfate application in cement among cement workers. Contact Dermatitis 59(3):151-156.

Chowdhury AR, Mitra C. 1995. Spermatogenic and steroidogenic impairment after chromium treatment in rats. Indian J Exp Biol 33:480-484.

Christenson WR, Davis ME, Berndt WO. 1989. The effect of combined treatment with potassium dichromate and maleic acid on renal function in the rat. Toxicol Lett 49:21-27.

Cikrt M, Bencko V. 1979. Biliary excretion and distribution of $^{51}$Cr(III) and $^{51}$Cr(VI) in rats. J Hyg Epidemiol Microbiol Immunol 23:241-246.

Clancy SP, Clarkson PM, DeCheke ME, et al. 1994. Effects of chromium picolinate supplementation on body composition, strength, and urinary chromium loss in football players. Int J Sports Nutr 4:142-153.

Clapp TC, Umbreit TH, Meeker RJ, et al. 1991. Bioavailability of lead and chromium from encapsulated pigment materials. Bull Environ Contam Toxicol 46:271-275.

Clewell HJ III, Andersen ME. 1985. Risk assessment extrapolations and physiological modeling. Toxicol Ind Health 1:111-113.

Clochesy JM. 1984. Chromium ingestion: A case report. J Emerg Nurs 10:281-282.

CMR. 1988a. Chemical profile: Chromic acid. Chem Mark Rep October 24, 1988:54.

CMR. 1988b. Chemical profile: Sodium bichromate. Chem Mark Rep October 17, 1988.

Cocker J, Jones K, Morton J, et al. 2007. Biomonitoring at the UK Health and Safety Laboratory. Int J Hyg Environ Health 210(3-4):383-386.

Cohen D. 2012. How safe are metal-on-metal hip implants? BMJ 344:e1410. www.bmj.com/content/344/bmj.e1410. May 30, 2012.

*Cohen HA. 1966. Carrier specificity of tuberculin-type reaction to trivalent chromium. Arch Dermatol 93:34-40.

Cohen MD, Sisco M, Baker K, et al. 2003. Impact of coexposure to ozone on the carcinogenic potential of inhaled chromium. J Toxicol Environ Health A 66(1):39-55.

Cohen MD, Zelikoff JT, Chen LC, et al. 1998. Immunotoxicologic effects of inhaled chromium: Role of particle solubility and co-exposure to ozone. Toxicol Appl Pharmacol 152:30-40.

Cohen SR, David DM, Kramkowski RS. 1974. Clinical manifestations of chromic acid toxicity: Nasal lesions in electroplate workers. Cutis 13:558-568.

Cole P, Rodu B. 2005. Epidemiologic studies of chrome and cancer mortality: A series of meta-analyses. Regul Toxicol Pharmacol 43:225-231.

Coleman RF, Herrington J, Scales JT. 1973. Concentration of wear products in hair, blood, and urine after total hip replacement. Br Med J 1:527-529.

Comber S, Gardner M. 2003. Chromium redox speciation in natural waters. J Environ Monit 5:410-413.

Coogan T, Motz J, Snyder C, et al. 1991a. Differential DNA-protein crosslinking in lymphocytes and liver following chronic drinking water exposure of rats to potassium chromate. Toxicol Appl Pharmacol 109:60-72.

Coogan TP, Squibb KS, Motz J, et al. 1991b. Distribution of chromium within cells of the blood. Toxicol Appl Pharmacol 108:157-166.

Corbett GE, Dodge DG, O'Flaherty EO, et al. 1998. *In vitro* reduction kinetics of hexavalent chromium in human blood. Environ Res 78:7-11.

Corbett GE, Finley BL, Paustenbach DJ, et al. 1997. Systemic uptake of chromium in human volunteers following dermal contact with hexavalent chromium (22 mg/L). J Expo Anal Environ Epidemiol 7(2):179-189.

Cornelis R. 1985. Application of neutron activation analysis for trace element determinations in biological materials. TrAC Trends Anal Chem 4(9):237-241.

Cornelis R, Heinzow B, Herber RF, et al. 1996. Sample collection guidelines for trace elements in blood and urine. IUPAC Commission of Toxicology. J Trace Elem Med Biol 10(2):103-127.

Coryell VH, Stearns DM. 2006. Molecular analysis of hprt mutations induced by chromium picolinate in CHO AA8 cells. Mutat Res 610:114-123.

Costa M. 2003. Potential hazards of hexavalent chromate in our drinking water. Toxicol Appl Pharmacol 188(1):1-5.

Costa M, Klein C. 2006a. Response to comments by Post and Stern on article "Toxicity and carcinogenicity of chromium compounds in humans". (Comment on: 36(2):155-163). Crit Rev Toxicol 36(9):779.

*Costa M, Klein CB. 2006b. Toxicity and carcinogenicity of chromium compounds in humans. (Comment in: Crit Rev Toxicol 36(9):777-778, discussion 779). Crit Rev Toxicol 36(2):155-163.

Costa M, Zhitkovich A, Gargas M, et al. 1996. Interlaboratory validation of a new assay for DNA-protein crosslinks. Mutat Res 369:13-21.

Costa M, Zhitkovich A, Harris M, et al. 1997. DNA-protein cross-links produced by various chemicals, in cultured human lymphoma cells. J Toxicol Environ Health 50(5):433-449.

Crump C, Crump K, Hack E, et al. 2003. Dose-response and risk-assessment of airborne hexavalent chromium and lung cancer mortality. Risk Anal 23(6):1147-1163.

Cruz MJ, Costa R, Marquilles E, et al. 2006. Occupational asthma caused by chromium and nickel. Arch Bronconeumol 42(6):302-306.

Cupo DY, Wetterhahn KE. 1985. Binding of chromium to chromatin and DNA from liver and kidney of rats treated with sodium dichromate and chromium(III) chloride *in vivo*. Cancer Res 45:1146-1151.

Da Costa JC, Jones FX, Rosenberger RC. 1916. Tanner's ulcer: Chrome sores - chrome holes - acid bites. Ann Surg 63:155-166.

Dalager NA, Mason TJ, Fraumeni JF, et al. 1980. Cancer mortality among workers exposed to zinc chromate paints. J Occup Med 22(1):25-29.

Danielsson BRG, Hassoun E, Dencker L. 1982. Embryotoxicity of chromium: Distribution in pregnant mice and effects on embryonic cells *in vitro*. Arch Toxicol 51:233-245.

Dasch JM, Wolff GT. 1989. Trace inorganic species in precipitation and their potential use in source apportionment studies. Water Air Soil Pollut 43:401-412.

Davids HW, Lieber M. 1951. Underground waste contamination by chromium wastes. Water Sewage Works 98:528-534.

Davidson T, Kluz T, Burns F, et al. 2004. Exposure to chromium (VI) in the drinking water increases susceptibility to UV-induced skin tumors in hairless mice. Toxicol Appl Pharmacol 196:431-437.

Davies J. 1979. Lung cancer mortality of workers in chromate pigment manufacture: An epidemiological survey. J Oil Colour Chem Assoc 62:157-163.

Davies J. 1984. Lung cancer mortality among workers making lead chromate and zinc chromate pigments at three English factories. Br J Ind Med 41:158-169.

Davies J, Easton D, Bidstrup P. 1991. Mortality from respiratory cancer and other causes in United Kingdom chromate production workers. Br J Ind Med 48:299-313.

Davis CM, Vincent JB. 1997. Chromium oligopeptide activates insulin receptor tyrosine kinase activity. Biochemistry 36:4382-4385.

De Flora S. 1978. Metabolic deactivation of mutagens in the Salmonella-microsome test. Nature 271:455-456.

De Flora S. 1981. Study of 106 organic and inorganic compounds in the Salmonella/microsome test. Carcinogenesis 2(4):283-298.

De Flora S. 2000. Threshold mechanisms and site specificity in chromium(VI) carcinogenesis. Carcinogenesis 21(4):533-541.

De Flora S, Wetterhahn KE. 1989. Mechanisms of chromium metabolism and genotoxicity. Life Chemistry Reports 7:169-244.

De Flora S, Badolati GS, Serra D, et al. 1987a. Circadian reduction of chromium in the gastric environment. Mutat Res 192:169-174.

De Flora S, Bagnasco M, Serra D, et al. 1990. Genotoxicity of chromium compounds. A review. Mutat Res 238:99-172.

De Flora S, Bennicelli C, Zanacchi P, et al. 1984. Metabolic activation and deactivation of mutagens by preparations of human lung parenchyma and bronchial tree. Mutat Res 139:9-14.

De Flora S, Camoirana A, Bagnasco M, et al. 1997. Estimates of the chromium(VI) reducing capacity in human body compartments as a mechanism for attenuating its potential toxicity and carcinogenicity. Carcinogenesis 18(3):531-537.

De Flora S, Iltcheva M, Balansky RM. 2006. Oral chromium(VI) does not affect the frequency of micronuclei in hematopoietic cells of adult mice and of transplacentally exposed fetuses. Mutat Res 610:38-47.

De Flora S, Petruzzelli S, Camoirano A, et al. 1987b. Pulmonary metabolism of mutagens and its relationship with lung cancer and smoking habits. Cancer Res 47:4740-4745.

De Lucca RC, Dutrey PL, Villarino ME, et al. 2009. Effect of different doses of hexavalent chromium on mandibular growth and tooth eruption in juvenile Wistar rats. Exp Toxicol Pathol 61(4):347-352.

Deng C, Lee HH, Xian H, et al. 1988. Chromosomal aberrations and sister chromatid exchanges of peripheral blood lymphocytes in Chinese electroplating workers: Effect of nickel and chromium. J Trace Elem Exper Med 1:57-62.

Depault F, Cojocaru M, Fortin F, et al. 2006. Genotoxic effects of chromium(VI) and cadmium(II) in human blood lymphocytes using the electron microscopy in situ end-labeling (EM-ISEL) assay. Toxicol In Vitro 20:513-518.

Derelanko NJ, Rinehart WE, Hilaski RJ, et al. 1999. Thirteen-week subchronic rat inhalation toxicity study with a recovery phase of trivalent chromium compounds, chronic oxide, and basic chromium sulfate. Toxicol Sci 52(2):278-288.

Dever M, Hausler DW, Smith JE. 1989. Comparison between radioactive isotope chromium-51 and stable isotope chromium-50 labels for the determination of red blood cell survival. J Anal Atom Spectrom 4:361-363.

Devi KD, Rozati R, Saleha Banu B, et al. 2001. *In vivo* genotoxic effect of potassium dichromate in mice leukocytes using comet assay. Food Chem Toxicol 39(8):859-865.

Diaz-Mayans J, Laborda R, Nunez A. 1986. Hexavalent chromium effects on motor activity and some metabolic aspects of Wistar albino rats. Comp Biochem Physiol 83C(1):191-195.

D'Ilio S, Violante N, Majorani C, et al. 2011. Dynamic reaction cell ICP-MS for determination of total As, Cr, Se and V in complex matrices: Still a challenge? A review. Anal Chim Acta 698(1-2):6-13.

Ding M, Shi X. 2002. Molecular mechanisms of Cr(VI)-induced carcinogenesis. Mol Cell Biochem 234/235:293-300.

DiPaolo JA, Casto BC. 1979. Quantitative studies of *in vitro* morphological transformation of Syrian hamster cells by inorganic metal salts. Cancer Res 39:1008-1013.

DiSilvestro RA, Dy E. 2007. Comparison of acute absorption of commercially available chromium supplements. J Trace Elem Med Biol 21(2):120-124.

DOC. 1976c. Standard reference material 1569. Brewers yeast. National Bureau of Standards Certificate of Analysis. U.S. Department of Commerce. http://ts.nist.gov/MeasurementServices/ReferenceMaterials/ARCHIVED_CERTIFICATES/1569.pdf. April 23, 2008.

DOC. 1976b. Standard reference material 1570. Trace elements in spinach. National Bureau of Standards Certificate of Analysis. U.S. Department of Commerce. http://ts.nist.gov/MeasurementServices/ReferenceMaterials/ARCHIVED_CERTIFICATES/1570.pdf. April 23, 2008.

DOC. 1976a. Standard reference material 1573. Tomato leaves. National Bureau of Standards Certificate of Analysis. U.S. Department of Commerce. http://ts.nist.gov/MeasurementServices/ReferenceMaterials/ARCHIVED_CERTIFICATES/1573.pdf. April 23, 2008.

DOC. 1977a. Standard reference material 1571. Orchard leaves. National Bureau of Standards Certificate of Analysis. U.S. Department of Commerce.

http://ts.nist.gov/MeasurementServices/ReferenceMaterials/ARCHIVED_CERTIFICATES/1571.pdf.
April 23, 2008.

DOC.  1977b.  Standard reference material 1577.  Bovine liver.  National Bureau of Standards Certificate
of Analysis.  U.S. Department of Commerce.
http://ts.nist.gov/MeasurementServices/ReferenceMaterials/ARCHIVED_CERTIFICATES/1577.pdf.
April 23, 2008.

DOC.  1982.  Standard reference material 1577a.  Bovine liver.  National Bureau of Standards Certificate
of Analysis.  U.S. Department of Commerce.
http://ts.nist.gov/MeasurementServices/ReferenceMaterials/ARCHIVED_CERTIFICATES/1577a.pdf.
May 22, 2008.

DOC.  1983.  Standard reference material 1566.  Oyster tissue.  National Bureau of Standards Certificate
of Analysis.  U.S. Department of Commerce.
http://ts.nist.gov/MeasurementServices/ReferenceMaterials/ARCHIVED_CERTIFICATES/1566.pdf.
April 23, 2008.

DOC.  1985.  Standard reference material 909.  Human serum.  National Bureau of Standards Certificate
of Analysis.  U.S. Department of Commerce.
http://ts.nist.gov/MeasurementServices/ReferenceMaterials/ARCHIVED_CERTIFICATES/909.pdf.
April 23, 2008.

DOC.  1989.  Standard reference material 1566a.  Oyster tissue.  National Bureau of Standards Certificate
of Analysis.  U.S. Department of Commerce.
http://ts.nist.gov/MeasurementServices/ReferenceMaterials/ARCHIVED_CERTIFICATES/1566a.pdf.
April 23, 2008.

DOC.  1993a.  Standard reference material 1575.  Pine needles.  National Bureau of Standards Certificate
of Analysis.  U.S. Department of Commerce.
http://ts.nist.gov/MeasurementServices/ReferenceMaterials/ARCHIVED_CERTIFICATES/1575.pdf.
April 23, 2008.

DOC.  1993b.  Standard reference material 909a.  Human serum.  National Bureau of Standards
Certificate of Analysis.  U.S. Department of Commerce.
http://ts.nist.gov/MeasurementServices/ReferenceMaterials/ARCHIVED_CERTIFICATES/909a.pdf.
April 23, 2008.

DOC.  1993c.  Standard reference material 2670.  Toxic metals in freeze-dried urine.  National Bureau of
Standards Certificate of Analysis.  U.S. Department of Commerce.
http://ts.nist.gov/MeasurementServices/ReferenceMaterials/ARCHIVED_CERTIFICATES/2670.pdf.
May 22, 2008.

DOC.  1996.  Standard reference material 1570a.  Trace elements in spinach leaves.  National Bureau of
Standards Certificate of Analysis.  U.S. Department of Commerce.
http://ts.nist.gov/MeasurementServices/ReferenceMaterials/ARCHIVED_CERTIFICATES/1570a%20Jul
y%2015,%201996.pdf.  April 23, 2008.

DOC.  2003.  Standard reference material 909b.  Human serum.  National Bureau of Standards Certificate
of Analysis.  U.S. Department of Commerce.

http://ts.nist.gov/MeasurementServices/ReferenceMaterials/ARCHIVED_CERTIFICATES/909b.Nov19.2003.pdf. April 23, 2008.

DOC. 2012. NIST releases two new SRMs for monitoring human exposure to environmental toxins. U.S. Department of Commerce. The National Institute of Standards and Technology. http://www.nist.gov/mml/analytical/toxins.cfm. May 29, 2012.

*DOD. 1947. The oral toxicity of hexavalent chromium. Washington, DC: U.S. Department of Defense. AD722266.

Doisy RJ, Streeten DPH, Souma ML, et al. 1971. Metabolism of 51chromium in human subjects-normal, elderly, and diabetic subjects. In: Mertz W, Cornatzer WE, eds. Newer trace elements in nutrition. New York, NY: Marcel Dekker, Inc., 155-168.

Donaldson DL, Smith CC, Yunice AA. 1984. Renal excretion of chromium-51 chloride in the dog. Am J Physiol 246(6):F870-F878.

Donaldson RM, Barreras RF. 1966. Intestinal absorption of trace quantities of chromium. J Lab Clin Med 68:484-493.

Douglas GR, Bell RDL, Grant CE, et al. 1980. Effect of lead chromate on chromosome aberration, sister-chromatid exchange and DNA damage in mammalian cells *in vitro*. Mutat Res 77:157-163.

Dube P. 1988. Determination of chromium in human urine by graphite furnace atomic absorption spectrometry with Zeeman-effect background correction. Analyst 113:917-921.

*Dvizhkov PP, Fedorova VI. 1967. [Blastomogenic properties of chromium oxide]. Vopr Onkol 13:57-62. (Russian)

*Eaton D, Stacey N, Wong K, et al. 1980. Dose-response effects of various metal ions on the rat liver metallothionein, glutathione, heme oxygenase, and cytochrome P-450. Toxicol Appl Pharmacol 55:393-402.

Eckel WP, Jacob TA. 1988. Ambient levels of 24 dissolved metals in U.S. surface and ground waters. Prepr Pap Natl Meet Am Chem Soc Div Environ Chem 28:371-372.

Edel J, Sabbioni E. 1985. Pathways of Cr (III) and Cr (VI) in the rat after intratracheal administration. Hum Toxicol 4(4):409-416.

Edme JL, Shirali P, Mereau M, et al. 1997. Assessment of biological chromium among stainless steel and mild steel workers in relation to welding processes. Int Arch Occup Environ Health 70:237-242.

Edmundson WF. 1951. Chrome ulcers of the skin and nasal septum and their relation to patch testing. J Invest Dermatol 17:17-19.

EEH. 1976. An epidemiological study of lead chromate plants: Final report. Berkeley, CA: Equitable Environmental Health, Inc.

EEH. 1983. Mortality in employees of three plants which produced chromate pigments. Berkeley, CA: Equitable Environmental Health, Inc.

Eisenberg M, Topping JJ. 1986. Trace metal residues in finfish from Maryland waters, 1978-1979. J Environ Sci Health 21(1):87-102.

Elbetieha A, Al-Hamood MH. 1997. Long-term exposure of male and female mice to trivalent and hexavalent chromium compounds: Effect on fertility. Toxicology 116:39-47.

El-Demerdash FM, Yousef MI, Elaswad FAM. 2006. Biochemical study on the protective role of folic acid in rabbits treated with chromium (VI). J Environ Sci Health B 41(5):731-746.

Elias Z, Mur J-M, Pierre F, et al. 1989a. Chromosome aberrations in peripheral blood lymphocytes of welders and characterization of their exposure by biological samples analysis. J Occup Med 31(5):477-483.

Elias Z, Poirot O, Pezerat H, et al. 1989b. Cytotoxic and neoplastic transforming effects of industrial hexavalent chromium pigments in Syrian hamster embryo cells. Carcinogenesis 10(11):2043-2052.

Ellis EN, Brouhard BH, Lynch RE, et al. 1982. Effects of haemodialysis and dimercaprol in acute dichromate poisoning. J Toxicol Clin Toxicol 19(3):249-258.

Elsaieed EM, Nada SA. 2002. Teratogenicity of hexavalent chromium in rats and the beneficial role of ginseng. Bull Environ Contam Toxicol 68:361-368.

Engebrigtsen JK. 1952. Some investigations on hypersensitiveness to bichromate in cement workers. Acta Derm Venereol 32:462-468.

Engel H, Calnan C. 1963. Chromate dermatitis from paint. Br J Ind Med 20:192-198.

Engelhardt S, Moser-Veillon PB, Mangels AR, et al. 1990. Appearance of an oral dose of chromium (53Cr) in breast milk? In: Atkinson SA, Hanson LA, Chandra RK, eds. Breast feeding, nutrition, infection and infant growth in developed and emerging countries. St. John's, Canada: ARTS Biomedical Publishers and Distributors, 485-487.

Enterline PE. 1974. Respiratory cancer among chromate workers. J Occup Med 16(8):523-526.

EPA. 1979. Water-related environmental fate of 129 priority pollutants: Vol. I: Introduction and technical background, metals and inorganics, pesticides and PCBs. Washington, DC: U.S. Environmental Protection Agency, 10-1 to 10-10. EPA440579029a.

EPA. 1980. Ambient water quality criteria for chromium. Washington, DC: Office of Water Regulations and Standards, Criteria and Standards Division, U.S. Environmental Protection Agency. EPA440580035.

EPA. 1983a. Chromium. Method 218.2 (atomic absorption, furnace technique). Methods for chemical analysis of water and wastes. Cincinnati, OH: U.S. Environmental Protection Agency. EPA600479020.

EPA. 1983b. Chromium. Method 218.4 (atomic absorption, chelation-extraction). Methods for chemical analysis of water and wastes. Cincinnati, OH: U.S. Environmental Protection Agency. EPA600479020.

EPA. 1984a. Health assessment document for chromium. Research Triangle Park, NC: Environmental Assessment and Criteria Office, U.S. Environmental Protection Agency. EPA600883014F.

EPA. 1984b. Locating and estimating air emissions from sources of chromium. Research Triangle Park, NC: Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency. 85106474.

EPA. 1985a. Environmental profiles and hazard indices for constituents of municipal sludge: Chromium. Washington, DC: Office of Health and Environmental Assessment, U.S. Environmental Protection Agency.

*EPA. 1985b. National primary drinking water regulations; synthetic organic chemicals, inorganic chemicals and microorganism; proposed rule. U.S. Environmental Protection Agency: Fed Regist 50:46966.

EPA. 1986a. Chromium (atomic absorption, furnace technique): Method: 7191. Test methods for evaluating solid waste. Vol. 1A: Laboratory manual physical/chemical methods 3rd ed. SW-846. Washington, DC: Office of Solid Waste and Emergency Response, U.S. Environmental Protection Agency.

EPA. 1986b. Chromium (atomic absorption, direct aspiration): Method: 7190. Test methods for evaluating solid waste. Vol. 1A: Laboratory manual physical/chemical methods 3rd ed. Washington, DC: Office of Solid Waste and Emergency Response, U.S. Environmental Protection Agency. SW-846.

EPA. 1986c. Chromium, hexavalent (coprecipitation): Method: 7195. Test methods for evaluating solid waste. Vol. 1A: Laboratory manual physical/chemical methods 3rd ed. Washington, DC: Office of Solid Waste and Emergency Response, U.S. Environmental Protection Agency. SW-846.

EPA. 1986d. Chromium, hexavalent (chelation/extraction): Method: 7197. Test methods for evaluating solid waste. Vol. 1A: Laboratory manual physical/chemical methods 3rd ed. Washington, DC: Office of Solid Waste and Emergency Response, U.S. Environmental Protection Agency, SW-846.

EPA. 1986e. Chromium, hexavalent (differential pulse polarography): Method: 7198. Test methods for evaluating solid waste. Vol. 1A: Laboratory manual physical/chemical methods 3rd ed. Washington, DC: Office of Solid Waste and Emergency Response, U.S. Environmental Protection Agency. SW-846.

*EPA. 1987a. Extremely hazardous substances list and threshold planning quantities; emergency planning and release notification requirements. U.S. Environmental Protection Agency. Fed Regist 52:13378-13410.

EPA. 1987b. Quality criteria for water 1986. Washington, DC: Office of Water Regulations and Standards, U.S. Environmental Protection Agency, EPA440586001.

EPA. 1988a. Analysis of the Clean Water Act effluent guidelines pollutants. Summary of the chemical regulated by industrial points source categories 40 CFR Parts 400-475. Draft. U.S. Environmental Protection Agency.

EPA. 1988b. Mining waste exclusion. U.S. Environmental Protection Agency. Fed Regist 53:41288-41300.

EPA. 1988c. Fate of chromium(III) in chlorinated water. Cincinnati, OH: Office of Research and Development, U.S. Environmental Protection Agency. PB88130992.

EPA. 1988d. Recommendations for and documentation of biological values for use in risk assessment. U.S. Environmental Protection Agency, Environmental Criteria and Assessment Office, Office of Health and Environmental Assessment, Cincinnati, OH. PB8817874.

EPA. 1990a. Interim methods for development of inhalation reference concentrations. Washington, DC: U.S. Environmental Protection Agency, Office of Health and Environmental Assessment, Office of Research and Development, Environmental Criteria and Assessment Office. EPA600890066A.

EPA. 1990b. Noncarcinogenic effects of chromium: Update to health assessment document. Research Triangle Park, NC: Environmental Criteria and Assessment Office, Office of Health and Environmental Assessment, U.S. Environmental Protection Agency. EPA600887048F.

*EPA. 1994a. Test methods for evaluating solid waste. Vol. 1A: Laboratory manual physical/chemical methods 3rd ed. Washington, DC: Office of Solid Waste and Emergency Response, U.S. Environmental Protection Agency, SW-846.

EPA. 1994b. EPA ground water issue. Natural attenuation of hexavalent chromium in groundwater and soils. Washington, DC: U.S. Environmental Protection Agency. EPA540594505.

EPA. 1994c. Methods for derivation of inhalation reference concentrations and application of inhalation dosimetry. Washington, DC: U.S. Environmental Protection Agency, Office of Health and Environmental Assessment, Office of Research and Development, Environmental Criteria and Assessment Office. EPA600890066F.

EPA. 1995. Emergency planning and community -right-to-know act. Title III (SARA). U.S. Environmental Protection Agency.

EPA. 1996a. Method 7199: Determination of hexavalent chromium in drinking water, groundwater, and industrial wastewater effluents by ion chromatography. In: Test methods for evaluating solid waste. 3rd ed. Washington, DC: U.S. Environmental Protection Agency, Office of Solid Waste and Emergency Response. SW-846.

EPA. 1996b. Method 6010B: Inductively coupled plasma-atomic emission spectrometry. In: Test methods for evaluating solid waste. 3rd ed. Washington, DC: U.S. Environmental Protection Agency, Office of Solid Waste and Emergency Response. SW-846.

EPA. 1997. Special report on environmental endocrine disruption: An effects assessment and analysis. Washington, DC: U.S. Environmental Protection Agency, Risk Assessment Forum. EPA630R96012.

*EPA. 1998a. Designation of hazardous substances. Washington, DC: U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 302.4.

*EPA. 1998b. Clean water effluent guidelines. Washington, DC: U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 406.

EPA. 1998c. Notice of availability of RCRA waste minimization PBT chemical list. U.S. Environmental Protection Agency. Fed Regist 63:60332. http://www.gpoaccess.gov/fr/index.html. May 05, 2008.

EPA. 2000. Benchmark dose technical guidance document. Washington, DC: U.S. Environmental Protection Agency. EPA630R00001.

EPA. 2003. National primary drinking water standards. Washington, DC: U.S. Environmental Protection Agency, Office of Ground Water and Drinking Water. EPA816F03016. http://www.epa.gov/safewater/mcl.html. March 07, 2006.

EPA. 2005. Toxic chemical release inventory reporting forms and instructions: Revised 2004 version. Section 313 of the Emergency Planning and Community Right-to-Know Act (Title III of the Superfund Amendments and Reauthorization Act of 1986). U.S. Environmental Protection Agency. Office of Environmental Information. EPA260B05001.

EPA. 2006a. 2006 Edition of the drinking water standards and health advisories. Washington, DC: Office of Water, U.S. Environmental Protection Agency. EPA822R06013. http://www.epa.gov/waterscience/criteria/drinking/dwstandards.pdf. April 11, 2007.

EPA. 2006b. National recommended water quality criteria. Washington, DC: U.S. Environmental Protection Agency, Office of Water, Office of Science and Technology. http://www.epa.gov/waterscience/criteria/nrwqc-2006.pdf. January 08, 2008.

EPA. 2007a. Acute exposure guideline levels (AEGLs) Washington, DC: Office of Pollution Prevention and Toxics, U.S. Environmental Protection Agency. http://www.epa.gov/oppt/aegl/pubs/compiled.pdf. April 24, 2008.

EPA. 2007b. The Clean Air Act amendments of 1990 list of hazardous air pollutants. Clean Air Act. U.S. Environmental Protection Agency. United States Code. 42 USC 7412. http://www.epa.gov/ttn/atw/orig189.html. April 24, 2008.

EPA. 2008a. Acute exposure guideline levels (AEGLs). Second AEGL chemical priority list. U.S. Environmental Protection Agency. http://www.epa.gov/oppt/aegl/pubs/priority_2.htm. April 24, 2008.

EPA. 2008b. Designation of hazardous substances. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 116.4. http://www.epa.gov/lawsregs/search/40cfr.html. April 24, 2008.

EPA. 2008c. Determination of reportable quantities. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 117.3. http://www.epa.gov/lawsregs/search/40cfr.html. April 24, 2008.

EPA. 2008d. Groundwater monitoring list. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 264, Appendix IX. http://www.epa.gov/lawsregs/search/40cfr.html. May 05, 2008.

EPA. 2008e. Inert ingredients permitted for use in nonfood use pesticide products. U.S. Environmental Protection Agency. http://www.epa.gov/opprd001/inerts/lists.html. April 24, 2008.

EPA. 2008f. Master testing list. Washington, DC: Office of Pollution Prevention and Toxics, U.S. Environmental Protection Agency. http://www.epa.gov/opptintr/chemtest/pubs/mtl.htm. April 24, 2008.

EPA. 2008g. The list of extremely hazardous substances and their threshold planning quantities. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 355, Appendix A. http://www.epa.gov/lawsregs/search/40cfr.html. April 24, 2008.

EPA. 2008h. Toxic chemical release reporting. Chemicals and chemical categories to which this part applies. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 372.65. http://www.epa.gov/lawsregs/search/40cfr.html. April 24, 2008.

EPA. 2008i. Toxic pollutants. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 401.15. http://www.epa.gov/lawsregs/search/40cfr.html. April 24, 2008.

EPA. 2008j. Designation of hazardous substances. U.S. Environmental Protection Agency. Code of Federal Regulations. 40 CFR 302.4. http://www.epa.gov/lawsregs/search/40cfr.html.

EPA. 2011. Method 218.7: Determination of hexavalent chromium in drinking water by ion chromatography with post-column derivatization and UV-visable spectroscopic detection. U.S. Environmental Protection Agency. EPA815R11005. http://water.epa.gov/scitech/drinkingwater/labcert/upload/EPA_Method_218-7.pdf. June 12, 2012.

EPA. 2012. Chromium in drinking water. U.S. Environmental Protection Agency. http://water.epa.gov/drink/info/chromium/index.cfm#one. May 29, 2012.

Erickson BE. 2011. EPA addresses chromium (VI) in drinking water. C&EN 89(1):16.

Ertam I, Turkmen M, Alper S. 2008. Patch-test results of an academic department in Izmir, Turkey. Dermatitis 19(4):213-215.

Eun HC, Marks R. 1990. Dose-response relationships for topically applied antigens. Br J Dermatol 122:491-499.

*Evan AP, Dail WG. 1974. The effects of sodium chromate on the proximal tubules of the rat kidney: Fine structural damage and lysozymuria. Lab Invest 30(6):704-715.

Evans GW. 1989. The effect of chromium picolinate on insulin controlled parameters in humans. Int J Biosocial Med Res 11(2):163-180.

Fagliano JA, Savrin J, Udasin I, et al. 1997. Community exposure and medical screening near chromium waste sites in New Jersey. Regul Toxicol Pharmacol 26:S13-S22.

Fahrni C. 2007. Biological applications of x-ray fluorescence microscopy: Exploring the subcellular topography and speciation of transition metals. Curr Opin Chem Biol 11:121-127.

Falerios M, Schild K, Sheehan P et al. 1992. Airborne concentrations of trivalent and hexavalent chromium from contaminated soils at unpaved and partially paved commercial/industrial sites. J Air Waste Manage Assoc 42:40-48.

FDA. 2007a. Beverages. Bottled water. U.S. Food and Drug Administration. Code of Federal Regulations. 21 CFR 165.110. http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfcfr/CFRSearch.cfm. April 24, 2008.

FDA. 2007b. Indirect food additives: Adhesives and components of coatings. U.S. Food and Drug Administration. Code of Federal Regulations. 21 CFR 175.105. http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfcfr/CFRSearch.cfm. April 24, 2008.

FDA. 2007c. Nutrition labeling of food. U.S. Food and Drug Administration. Code of Federal Regulations. 21 CFR 101.9. http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfcfr/CFRSearch.cfm. May 20, 2008.

FDA. 2008. EAFUS: A food additive database. U.S. Food and Drug Administration. http://vm.cfsan.fda.gov/~dms/eafus.html. April 24, 2008.

Febel H, Szegedi B, Huszar S. 2001. Absorption of inorganic, trivalent and hexavalent chromium following oral and intrajejunal doses in rats. Acta Vet Hung 49(2):203-209.

FEDRIP. 2008. Chromium. Federal Research in Progress database. Springfield, VA: National Technical Information Service.

Fernandez-Nieto M, Quirce S, Carnes J, et al. 2006. Occupational asthma due to chromium and nickel salts. Int Arch Occup Environ Health 79:483-486.

Finley B, Fehling K, Falerios M, et al. 1993. Field validation for sampling and analysis of airborne hexavalent chromium. Appl Occup Environ Hyg 8(3):191-200.

Finley BL, Paustenbach DJ. 1997. Using applied research to reduce uncertainty in health risk assessment: Five case studies involving human exposure to chromium in soil and groundwater. J Soil Contam 6(6):650-705.

Finley BL, Kerger BD, Dodge DG, et al. 1996a. Assessment of airborne hexavalent chromium in the home following use of contaminated tapwater. J Expo Anal Environ Epidemiol 6(2)229-245.

Finley BL, Kerger BD, Katona MW, et al. 1997. Human ingestion of chromium (VI) in drinking water: Pharmacokinetics of following repeated exposure. Toxicol Appl Pharmacol 142:151-159.

Finley BL, Scott PK, Norton RL, et al. 1996b. Urinary chromium concentrations in humans following ingestion of safe doses of hexavalent and trivalent chromium: Implications for biomonitoring. J Toxicol Environ Health 48:479-499.

Fishbein L. 1981. Sources, transport and alterations of metal compounds: An overview. I. Arsenic, beryllium, cadmium, chromium and nickel. Environ Health Perspect 40:43-64.

Fishbein L. 1984. Overview of analysis of carcinogenic and/or mutagenic metals in biological and environmental samples: I. Arsenic, beryllium, cadmium, chromium and selenium. Int J Environ Anal Chem 17:113-170.

Flores A, Perez JM. 1999. Cytotoxicity, apoptosis, and *in vitro* DNA damage induced by potassium chromate. Toxicol Appl Pharmacol 161:75-81.

Foa V, Riboldi L, Patroni M, et al. 1988. Effects derived from long-term low-level chromium exposure in ferro-alloy metallurgy. Study of absorption and renal function in workers. Sci Total Environ 71:389-400.

Fomon SJ. 1966. Body composition of the infant. Part I: The male reference infant. In: Falkner F, ed. Human development. Philadelphia, PA: WB Saunders, 239-246.

Fomon SJ, Haschke F, Ziegler EE, et al. 1982. Body composition of reference children from birth to age 10 years. Am J Clin Nutr 35:1169-1175.

Fornace AJ, Seres DS, Lechner JF, et al. 1981. DNA-protein cross-linking by chromium salts. Chem Biol Interact 36:345-354.

Franchini I, Mutti A.  1988.  Selected toxicological aspects of chromium(VI) compounds.  Sci Total Environ 71:379-387.

Franchini I, Magnani F, Mutti A.  1983.  Mortality experience among chromeplating workers.  Scand J Work Environ Health 9:247-252.

*Franchini I, Mutti A, Cavatorta A, et al.  1978.  Nephrotoxicity of chromium.  Contrib Nephrol 10:98-110.

Fregert S.  1975.  Occupational dermatitis in a 10-year material.  Contact Dermatitis 1:96-107.

Fregert S, Rorsman H.  1964.  Allergy to trivalent chromium.  Arch Dermatol 90:4-6.

Fregert S, Rorsman H.  1966.  Allergic reactions to trivalent chromium compounds.  Arch Dermatol 93:711-713.

*Fregert S, Hjorth N, Magnusson B, et al.  1969.  Epidemiology of contact dermatitis.  Trans St John's Hosp Dermatol Soc 55:17-35.

Frentzel-Beyme R.  1983.  Lung cancer mortality of workers employed in chromate pigment factories.  J Cancer Res Clin Oncol 105:183-188.

Fristedt B, Lindqvist B, Schutz A, et al.  1965.  Survival in a case of acute oral chromic acid poisoning with acute renal failure treated by haemodialysis.  Acta Med Scand 177:153-159.

Fryzek JP, Mumma MT, McLaughlin JK, et al.  2001.  Cancer mortality in relation to environmental chromium exposure.  J Occup Environ Med 43(7):635-640.

Fujii T, Sakamoto Y, Fukumori N, et al.  1976.  [Primary eye irritation tests using a chromium dross extract].  Annual Report of the Tokyo Metropolitan Research Laboratory of Public Health 27:124-128.  (Japanese)

Fukunaga M, Kurachi Y, Mizuguchi Y.  1982.  Action of some metal ions on yeast chromosomes.  Chem Pharm Bull 30(8):3017-3019.

Furst A, Schlauder M, Sasmore DP.  1976.  Tumorigenic activity of lead chromate.  Cancer Res 36:1779-1783.

Gad SC, Powers WJ, Dunn BJ, et al.  1986.  Acute toxicity of four chromate salts.  In:  Serrone DM, ed.  Chromium symposium 1986:  An update.  Pittsburgh, PA:  Industrial Health Foundation Inc., 43-58.

*Gale TF.  1978.  Embryotoxic effects of chromium trioxide in hamsters.  Environ Res 16:101-109.

*Gale TF.  1982.  The embryotoxic response to maternal chromium trioxide exposure in different strains of hamsters.  Environ Res 29:196-203.

*Gale TF, Bunch JD III.  1979.  The effect of the time of administration of chromium trioxide on the embryotoxic response in hamsters.  Teratology 19:81-86.

Gambelunghe A, Piccinini R, Abbritti G, et al. 2006. Chromium VI-induced apoptosis in a human bronchial epithelial cell line (BEAS-2B) and a lymphoblastic leukemia cell (MOLT-4). J Occup Environ Med 48(3):319-325.

Gambelunghe A, Piccinini R, Ambrogi M, et al. 2003. Primary DNA damage in chrome-plating workers. Toxicology 188:187-195.

Gao M, Levy LS, Braithwaite RA, et al. 1993. Monitoring of total chromium in rat fluids and lymphocytes following intratracheal administration of soluble trivalent or hexavalent chromium compounds. Hum Exp Toxicol 12:377-382.

Gao M, Levy LS, Faux SP, et al. 1994. Use of molecular epidemiological techniques in a pilot study on workers exposed to chromium. Occup Environ Med 51:663-668.

Gao N, Jiang BH, Leonard SS, et al. 2002. p38 Signaling-mediated hypoxia-inducible factor 1alpha and vascular endothelial growth factor induction by Cr(VI) in DU145 human prostate carcinoma cells. J Biol Chem 277(47):45041-45048.

Garcia E, Cabrera C, Lorenzo ML, et al. 2001. Estimation of chromium bioavailability from the diet by an *in vitro* method. Food Addit Contam 18(7):601-606.

Garcia J, Jennette K. 1981. Electron-transport cytochrome P-450 system is involved in the microsomal metabolism of the carcinogen chromate. J Inorganic Biochem 14:281-295.

Gargas ML, Norton RL, Paustenbach DJ, et al. 1994. Urinary excretion of chromium by humans following ingestion of chromium picolinate: Implications for biomonitoring. Drug Metab Dispos 22(4):522-529.

Gasiorowski K, Szyba K, Wozniak D, et al. 1997. Inhibition of potassium dichromate mutagenicity by todralazine. Mutagenesis 12(6):411-415.

Gasiorowski K, Szyba K, Wozniak D, et al. 1998. Genotoxicity of Cr(VI) can be markedly lowered by complexation of the chromate anion. BioMetals 11:175-181.

Gass JK, Todd PM. 2007. Multiple manifestations of chromate contact allergy. Contact Dermatitis 56(5):290-291.

Gatto NM, Kelsh MA, Mai DH, et al. 2010. Occupational exposure to hexavalent chromium and cancers of the gastrointestinal tract: A meta-analysis. Cancer Epidemiol 34(4):388-399.

Gava C, Costa R, Zordan M, et al. 1989a. Induction of gene mutations in Salmonella and Drosophila by soluble Cr(VI) compounds: Synergistic effects of nitrilotriacetic acid. Toxicol Environ Chem 22:27-38.

Gava C, Perazzolo M, Zentilin L, et al. 1989b. Genotoxic potentiality and DNA-binding properties of acetylacetone, maltol, and their aluminum(III) and chromium(III) neutral complexes. Toxicol Environ Chem 22:149-157.

Gerhardsson L, Brune D, Nordberg GF, et al. 1988. Multielemental assay of tissues of deceased smelter workers and controls. Sci Total Environ 74:97-110.

Gianello G, Masci O, Carelli G, et al. 1998. Occupational exposure to chromium—An assessment of environmental pollution levels and biological monitoring of exposed workers. Ind Health 36:74-77.

Gibb HJ, Lees PSJ, Pinsky PF, et al. 2000a. Clinical findings of irritation among chromium chemical production workers. Am J Ind Med 38:127-131.

Gibb HJ, Lees PSJ, Pinsky PF, et al. 2000b. Lung cancer among workers in chromium chemical production. Am J Ind Med 38:115-126.

Giwercman A, Carlsen E, Keiding N, et al. 1993. Evidence for increasing incidence of abnormalities of the human testis: A review. Environ Health Perspect Suppl 101(2):65-71.

Glaser U, Hochrainer D, Kloppel H, et al. 1985. Low level chromium(VI) inhalation effects on alveolar macrophages and immune functions in Wistar rats. Arch Toxicol 57:250-256.

Glaser U, Hochrainer D, Kloppel H, et al. 1986. Carcinogenicity of sodium dichromate and chromium(VI/III) oxide aerosols inhaled by male Wistar rats. Toxicology 42:219-232.

Glaser U, Hochrainer D, Oldiges H. 1988. Investigations of the lung carcinogenic potentials of sodium dichromate and Cr VI/III oxide aerosols in Wistar rats. Environ Hyg 1:111-116.

Glaser U, Hochrainer D, Steinhoff D. 1990. Investigation of irritating properties of inhaled CrVI with possible influence on its carcinogenic action. Environ Hyg 2:235-245.

Goitre M, Bedello PG, Cane D. 1982. Chromium dermatitis and oral administration of the metal. Contact Dermatitis 8:208-209.

Goldbohm RA, Tielemans ELJP, Heederik D, et al. 2006. Risk estimation for carcinogens based on epidemiological data: A structured approach, illustrated by an example on chromium. Regul Toxicol Pharmacol 44:294-310.

Goldman M, Karotkin RH. 1935. Acute potassium bichromate poisoning. Am J Med Sci 189:400-403.

Goldsby RA, Kindt TJ, Osborne BA, et al. 2003. Hypersensitive reactions. Immunology. 5th ed. New York, NY: W.H. Freeman and Company, 361-386.

Gomes E. 1972. Incidence of chromium-induced lesions among electroplating workers in Brazil. Ind Med 41(12):21-25.

Gomez-Arroyo S, Altamirano M, Villalobos-Pietrini R. 1981. Sister chromatid exchanges induced by some chromium compounds in human lymphocytes *in vitro*. Mutat Res 90:425-431.

Gonzalez AR, Ndung'U K, Flegal AR. 2005. Natural occurrence of hexavalent chromium in the aromas red sands aquifer, California. Environ Sci Technol 39:5505-5511.

Gonzalez-Vergara E, De Gonzalez BC, Hegenauer J, et al. 1981. Chromium coordination compounds of pyridoxal and nicotinic acid: Synthesis, absorption and metabolism. Isr J Chem 21:18-22.

Gorman Ng M, Stjernberg E, Koehoorn M, et al. 2011. Exposure to pesticides and metal contaminants of fertilizer among tree planters. Ann Occup Hyg 55(7):752-763.

Gormican A. 1970. Inorganic elements in foods used in hospital menus. J Am Diet Assoc 56:397-403.

Grant KE, Chandler RM, Castle AL, et al. 1997. Chromium and exercise training: Effect on obese women. Med Sci Sports Exer 29:992-998.

Gray SJ, Sterling K. 1950. The tagging of red cells and plasma proteins with radioactive chromium. J Clin Invest 29:1604-1613.

Greenberg RR, Zeisler R. 1988. A radiochemical procedure for ultratrace determination of chromium in biological materials. J Radioanal Nucl Chem 124(1):5-20.

Gregus Z, Klaassen CD. 1986. Disposition of metals in rats: A comparative study of fecal, urinary, and biliary excretion and tissue distribution of eighteen metals. Toxicol Appl Pharmacol 85:24-38.

Greig RA, Jones J. 1976. Nondestructive neutron activation analysis of marine organisms collected from ocean dump sites of the middle eastern United States. Arch Environ Contam Toxicol 4(4):420-434.

Griepink B, Tolg G. 1989. Sample digestion for the determination of elemental traces in matrices of environmental concern. Pure Appl Chem 61(6):1139-1146.

*Gromadzinska J, Wasowicz W, Sklodowska M, et al. 1996. The influence of atmospheric chromium on selenium content and glutathione peroxidase activity in blood of tannery workers. Environ Health Perspect 104(12):1312-1316.

Gross PR, Katz SA, Samitz MH. 1968. Sensitization of guinea pigs to chromium salts. J Invest Dermatol 50(5):424-427.

Gruber JE, Jennette KW. 1978. Metabolism of the carcinogen chromate by rat liver microsomes. Biochem Biophys Res Commun 82(2):700-706.

Guerrero MML, Alonso EV, Pavon JMC, et al. 2012. On-line preconcentration using chelating and ion-exchange minicolumns for the speciation of chromium(III) and chromium(VI) and their quantitative determination in natural waters by inductively coupled plasma mass spectrometry. J Anal At Spectrom 27(4):682-688.

Guillemin MP, Berode M. 1978. A study of the difference in chromium exposure in workers in two types of electroplating process. Ann Occup Hyg 21:105-112.

*Gumbleton M, Nicholls PJ. 1988. Dose-response and time-response biochemical and histological study of potassium dichromate-induced nephrotoxicity in the rat. Food Chem Toxicol 26(1):37-44.

Gunaratnam M, Grant MH. 2002. Chromium(VI)-induced damage to the cytoskeleton and cell death in isolated hepatocytes. Biochem Soc Trans 30(4):748-750.

Gunaratnam M, Grant MH. 2004. Damage to F-actin and cell death induced by chromium VI and nickel in primary monolayer cultures of rat hepatocytes. Toxicol In Vitro 18:245-253.

Guzelian PS, Henry CJ, Olin SS. 1992. Similarities and differences between children and adults: Implications for risk assessment. Washington, DC: International Life Sciences Institute Press.

Gylseth B, Gundersen N, Lang S. 1977. Evaluation of chromium exposure based on a simplified method for urinary chromium determination. Scand J Work Environ Health 3:28-31.

Ha L, Ceryak S, Patierno SR. 2003. Chromium (VI) activates ataxia telangiectasia mutated (ATM) protein. Requirement of ATM for both apoptosis and recovery from terminal growth arrest. J Biol Chem 278(20):17885-17894.

Ha L, Ceryak S, Patierno SR. 2004. Generation of S phase-dependent DNA double-strand breaks by Cr(VI) exposure: Involvement of ATM in Cr(VI) induction of gamma-H2AX. Carcinogenesis 25(11):2265-2274.

Haberman PJ, Baggett JM, Berndt WO. 1987. The effect of chromate on citrinin-induced renal dysfunction in the rat. Toxicol Lett 38:83-90.

Haddad LM, Shannon MW, Winchester JF, eds. 1998. Chromium. In: Clinical management of poisoning and drug overdose. 3rd ed. Philadelphia, PA: W.B. Sanders Company, 794-795.

Haguenoer JM, Dubois G, Frimat P, et al. 1981. [Mortality due to broncho-pulmonary cancer in a factory producing pigments based on lead and zinc chromates]. In: Prevention of occupational cancer - International Symposium, Occupational Safety and Health Series 46. Geneva, Switzerland: International Labour Office, 168-176. (French)

Halasova E, Matakova T, Musak L, et al. 2008. Chromosomal damage and polymorphisms of DNA repair genes XRCC1 and XRCC3 in workers exposed to chromium. Neuro Endocrinol Lett 29(5):658-662.

Hallmark MA, Reynolds TH, DeSouza CA, et al. 1996. Effects of chromium on resistance training on muscle strength and body composition. Med Sci Sports Exerc 28:139-144.

Hamamy HA, Al-Hakkak ZS, Hussain AF. 1987. Chromosome aberrations in workers in a tannery in Iraq. Mutat Res 189:395-398.

Hansen MB, Johansen JD, Menne T. 2003. Chromium allergy: Significance of both Cr(III) and Cr(VI). Contact Dermatitis 49(4):206-212.

Hansen MB, Menne T, Johansen JD. 2006a. Cr(III) and Cr(VI) in leather and elicitation of eczema. Contact Dermatitis 54(5):278-282.

Hansen MB, Menne T, Johansen JD. 2006b. Cr(III) reactivity and foot dermatitis in Cr(VI) positive patients. Contact Dermatitis 54(3):140-144.

Hanslian L, Navratil J, Jurak J, et al. 1967. [Damage to the upper respiratory tract by a chromic acid aerosol]. Pracovni Lekarstvi 19:294-298. (Czechoslovakian)

Hara T, Hoshuyama T, Takahashi K, et al. 2010. Cancer risk among Japanese chromium platers, 1976-2003. Scand J Work Environ Health 36(3):216-221.

Harnly JM, Patterson KY, Veillon C, et al. 1983. Comparison of electrothermal atomic absorption spectrometry and atomic emission spectrometry for determination of chromium in urine. Anal Chem 55:1417-1419.

Hartford WH. 1979. Chromium compounds. In: Grayson M, ed. Kirk-Othmer encyclopedia of chemical technology. 3rd ed. Vol. 6. New York, NY: John Wiley and Sons, 82-120.

Harzdorf C, Janser G. 1984. The determination of chromium(VI) in waste water and industrial effluents by differential pulse polarography. Anal Chim Acta 165:201-207.

Hasan A. 2007. A case report: Ammonium dichromate poisoning. Biomed Res 18(1):35-37.

Hasten DL, Rome EP, Franks BD, et al. 1992. Effects of chromium picolinate on beginning weight training students. Int J Sport Nutr 2:343-350.

Haworth S, Lawlor T, Mortelmans K, et al. 1983. Salmonella mutagenicity test results for 250 chemicals. Environ Mutagen Suppl 1:3-142.

Hayes RB, Lilienfeld AM, Snell LM. 1979. Mortality in chromium chemical production workers: A prospective study. Int J Epidemiol 8(4):365-374.

Hayes RB, Sheffet A, Spirtas R. 1989. Cancer mortality among a cohort of chromium pigment workers. Am J Ind Med 16:127-133.

HazDat. 2007. Chromium. HazDat Database: ATSDR's Hazardous Substance Release and Health Effects Database. Atlanta, GA: Agency for Toxic Substances and Disease Registry. http://www.atsdr.cdc.gov/hazdat.html. May 02, 2008.

He X, Lin GX, Chen MG, et al. 2007. Protection against chromium (VI)-induced oxidative stress and apoptosis by Nrf2. Recruiting Nrf2 into the nucleus and disrupting the nuclear Nrf2/Keap1 association. Toxicol Sci 98(1):298-309.

Hegewald J, Uter W, Kranke B, et al. 2008. Patch test results with metals and meteorological conditions. Int Arch Allergy Immunol 147(3):235-240.

Hemminki K, Vainio H. 1984. Human exposure to potentially carcinogenic compounds. IARC Scientific Publ No. 59:37-45.

Henderson RF, Rebar AH, Pickrell JA, et al. 1979. Early damage indicators in the lung. III. Biochemical and cytological response of the lung to inhaled metal salts. Toxicol Appl Pharmacol 50:123-136.

Henshaw JM, Heithmar EM, Hinners TA. 1989. Inductively coupled plasma mass spectrometric determination of trace elements in surface waters subject to acidic deposition. Anal Chem 61:335-342.

*Hernberg S, Westerholm P, Schultz-Larsen K, et al. 1983. Nasal and sinonasal cancer: Connection with occupational exposures in Denmark, Finland and Sweden. Scand J Work Environ Health 9:315-326.

Higgins TE, Halloran AR, Petura JC. 1997. Traditional and innovative treatment methods for Cr(VI) in soil. J Soil Contam 6(6):767-797.

Hill WJ, Ferguson WS. 1979. Statistical analysis of epidemiological data from a chromium chemical manufacturing plant. J Occup Med 21:103-106.

Hjollund NHI, Bonde JPE, Hansen KS. 1995. Male-mediated risk of spontaneous abortion with reference to stainless steel welding. Scand J Work Environ Health 21:272-276.

Hoel DG, Davis DL, Miller AB, et al. 1992. Trends in cancer mortality in 15 industrialized countries, 1969-1986. J Natl Cancer Inst 84(5):313-320.

Hojo Y, Satomi Y. 1991. *In vivo* nephrotoxicity induced in mice by chromium(VI): Involvement of glutathione and chromium(V). Biol Trace Elem Res 31:21-31.

Hojo Y, Nishiguchi K, Kawazoe S, et al. 1999. Comparison of susceptibility of liver and kidney to lipid peroxidation induction Cr(IV), CR(V) and Cr(VI) compounds. J Health Sci 45(6):329-332.

Hojo Y, Nishiguchi K, Kawazoe S, et al. 2000. Enhancement of lipid peroxidation by chromium(IV) and chromium(V) is remarkable compared to that by chromium(VI) and is effectively suppressed by scavengers of reactive oxygen species. J Health Sci 46(2):75-80.

Holmes AL, Wise SS, Sandwick SJ, et al. 2006. The clastogenic effects of chronic exposure to particulate and soluble Cr(VI) in human lung cells. Mutat Res 610(1-2):8-13.

*Hopkins LL. 1965. Distribution in the rat of physiological amounts of injected $Cr^{51}$(III) with time. Am J Physiol 209:731-735.

*Hopkins LL, Schwarz K. 1964. Chromium(III) binding to serum proteins, specifically siderophilin. Biochim Biophys Acta 90:484-491.

Hornig D. 1975. Distribution of ascorbic acid, metabolites and analogues in man and animals. Ann N Y Acad Sci 258:103-118.

Horowitz SB, Finley BL. 1993. Using human sweat to extract chromium from chromite ore processing residue: Applications to setting health-based cleanup levels. J Toxicol Environ Health 40:585-599.

HSDB. 2012. Chromium and chromium compounds. Hazardous Substances Data Bank. National Library of Medicine. http://toxnet.nlm.nih.gov/cgi-bin/sis/htmlgen?HSDB. May 30, 2012.

Hueper WC. 1955. Experimental studies in metal carcinogenesis. VII. Tissue reactions to parenterally introduced powdered metallic chromium and chromite ore. J Natl Cancer Inst 16:447-469.

Hueper WC. 1958. Experimental studies in metal carcinogenesis. Arch Ind Health 18:284-291.

Hueper WC, Payne WW. 1959. Experimental cancers in rats produced by chromium compounds and their significance to industry and public health. Ind Hyg J 20:274-280.

Hueper WC, Payne WW. 1962. Experimental studies in metal carcinogenesis. X. Cancerigenic effects of chromite ore roast deposited in muscle tissue and pleural cavity of rats. Arch Environ Health 5:51-68.

*Hunter WC, Roberts JM. 1932. Experimental study of the effects of potassium bichromate on the monkey's kidney. Am J Pathol 9:133-147.

Hurlbut CS, ed. 1971. Dana's manual of mineralogy. 18th ed. New York, NY: John Wiley and Sons, Inc., 346-347.

Husgafvel-Pursiainen K, Kalliomaki PL, Sorsa M. 1982. A chromosome study among stainless steel workers. J Occup Med 24:762-766.

Huvinen M, Makitie A, Jarventaus H, et al. 2002b. Nasal cell micronuclei, cytology and clinical symptoms in stainless steel workers exposed to chromium. Mutagenesis 17(5):425-429.

Huvinen M, Uitti J, Oksa P, et al. 2002a. Respiratory health effects of long-term exposure to different chromium species in stainless steel production. Occup Med (Lond)52(4):203-212.

Huvinen M, Uitti J, Zitting A, et al. 1996. Respiratory health of workers exposed to low levels of chromium in stainless steel production. Occup Environ Med 53:741-747.

Hyland JL, Snoots TR, Balthis WL. 1998. Sediment quality of estuaries in the southeastern U.S. Environ Monit Assess 51:331-343.

Hyodo K, Suzuki S, Furuya N, et al. 1980. An analysis of chromium, copper, and zinc in organs of a chromate worker. Int Arch Occup Environ Health 46:141-150.

IARC. 1980. IARC monographs on the evaluation of the carcinogenic risk of chemicals to humans. Some metals and metallic compounds: Volume 23. Lyons, France: World Health Organization, 205-323.

IARC. 1986a. Selected methods of analysis: Some metals. In: O'Neill IK, Schuller P, Fishbein L, eds. Vol. 8: IARC Scientific Publications No. 71. Lyon, France: International Agency for Research on Cancer, World Health Organization 141-158; 291-317; 433-440.

*IARC. 1986b. Sources of exposure and biological effects of chromium. International Agency for Research on Cancer. IARC Sci Publ. (71):63-77.

IARC. 1990. IARC monographs on the evaluation of carcinogenic risks to humans. Chromium, nickel and welding. Vol. 49. Lyons, France: International Agency for Research on Cancer, World Health Organization 49-256.

IARC. 1997. Vol 49. Chromium, nickel and welding. Summary of data reported and evaluation. International Agency for Research on Cancer. World Health Organization. http://monographs.iarc.fr/ENG/Monographs/vol49/volume49.pdf. May 02, 2008.

IARC. 2008. Agents reviewed by the IARC monographs: Volumes 1-99. Lyon, France: International Agency for Research on Cancer. http://monographs.iarc.fr/ENG/Classification/index.php. April 24, 2008.

Iarmarcovai G, Sari-Minodier I, Chaspoul F, et al. 2005. Risk assessment of welders using analysis of eight metals y ICP-MS in blood and urine and DNA damage evaluation by the comet and micronucleus assays; influence of XRCC1 and XRCC3 polymorphisms. Mutagenesis 20(6):425-432.

ICRP. 1994. Human respiratory tract model for radiological protection. Pergamon Press, Oxford: International Commission on Radiological Protection. ICRP publication 66.

ICSH. 1980. Recommended method for radioisotope red-cell survival studies. Br J Haematol 45(4):659-666.

Iijima S, Matsumoto N, Lu C. 1983. Transfer of chromic chloride to embryonic mice and changes in the embryonic mouse neuroepithelium. Toxicology 26:257-265.

IMC. 2007. Chromium. Industrial Minerals Corporation. http://www.industrialmineralscorp.com.au/index.php. May 21, 2008.

IOM. 2001. Chromium. Dietary reference intakes for vitamin A, vitamin K, arsenic, boron, chromium, copper, iodine, iron, manganese, molybdenum, nickel, silicon, vanadium, and zinc (2000). A Report of the Panel on Micronutrients, subcommittees on upper reference levels of nutrients and of interpretation and uses of dietary reference intakes, and the standing committee on the scientific evaluation of dietary reference intakes. Washington, DC: Food and Nutrition Board. Institute of Medicine. National Academy Press, 197-223.

IPCS. 2004. Chromium hydroxide sulfate. ICSC: 1309. International chemical safety cards International Programme on Chemical Safety and the Commission of the European Communities. http://www.inchem.org/documents/icsc/icsc/eics1309.htm. May 30, 2012.

IRIS. 2008. Chromium. Integrated Risk Information System. Washington, DC: U.S. Environmental Protection Agency. http://www.epa.gov/iris/subst/index.html. May 14, 2008.

Iserson KV, Banner W, Froede RC, et al. 1983. Failure of dialysis therapy in potassium dichromate poisoning. J Emerg Med 1:143-149.

Ishikawa Y, Nakagawa K, Satoh Y, et al. 1994a. Characteristics of chromate workers' cancers, chromium lung deposition and precancerous bronchial lesions: An autopsy study. Br J Cancer 70(1):160-166.

Ishikawa Y, Nakagawa K, Satoh Y, et al. 1994b. "Hot spots" of chromium accumulation at bifurcations of chromate workers' bronchi. Cancer Res 54(9):2342-2346.

ISO. 2005. Workplace air-Determination of hexavalent chromium in airborne particulate matter-Method by ion chromatography and spectrophotometric measurement using diphenyl carbazide. International Organization for Standardization. http://www.iso.org/iso/iso_catalogue/catalogue_tc/catalogue_detail.htm?csnumber=30432. May 29, 2012.

Itoh S, Shimada H. 1996. Micronucleus induction by chromium and selenium, and suppression by metallothionein inducer. Mutat Res 367:233-236.

Itoh S, Shimada H. 1997. Clastogenicity and mutagenicity of hexavalent chromium in lacZ transgenic mice. Toxicol Lett 91:229-233.

Itoh S, Shimada H. 1998. Bone marrow and liver mutagenesis in lacZ transgenic mice treated with hexavalent chromium. Mutat Res 412:63-67.

Ivankovic S, Preussmann R. 1975. Absence of toxic and carcinogenic effects after administration of high doses of chromic oxide pigment in subacute and long-term feeding experiments in rats. Food Cosmet Toxicol 13:347-351.

Iyengar V, Woittiez J. 1988. Trace elements in human clinical specimens: Evaluation of literature data to identify reference values. Clin Chem 34(3):474-481.

Izzotti A, Bagnasco M, Camoirano A, et al. 1998. DNA fragmentation, DNA-protein crosslinks, 32P postlabeled nucleotide modifications, and 8-hydroxy-2'-deoxyguanosine in the lung but not in the liver of rats receiving intratracheal instillations of chromium(VI). Chemoprevention by oral N-acetylcysteine. Mutat Res 400:233-244.

Jacquamet L, Sun Y, Hatfield J, et al. 2003. Characterization of chromodulin by x-ray absorption and electron paramagnetic resonance spectroscopies and magnetic susceptibility measurements. J Am Chem Soc 125:774-780.

James BR, Petura JC, Vitale RJ, et al. 1997. Oxidation-reduction chemistry of chromium: Relevance to the regulation and remediation of chromate-contaminated soils. J Soil Contam 6(6):569-580.

Jansen LH, Berrens L. 1968. Sensitization and partial desensitization of guinea pigs to trivalent and hexavalent chromium. Dermatologica 137:65-73.

Jardine PM, Fendorf SE, Mayes MA, et al. 1999. Fate and transport of hexavalent chromium in undisturbed heterogeneous soil. Environ Sci Technol 33(17):2939-2944.

Jeejeebhoy KN. 1999. The role of chromium in nutrition and therapeutics and as a potential toxin. Nutr Rev 57(11):329-335.

Jeejeebhoy KN, Chu RC, Marliss EB, et al. 1977. Chromium deficiency, glucose intolerance, and neuropathy reversed by chromium supplementation in a patient receiving long-term total parenteral nutrition. Am J Clin Nutr 30:531-538.

Jennette KW. 1982. Microsomal reduction of the carcinogen chromate produced chromium(V). J Am Chem Soc 104:874-875.

Jervis RE, Landsberger S, Aufreiter S, et al. 1983. Trace elements in wet atmospheric deposition: Application and comparison of PIXE, INAA, and graphite-furnace AAS techniques. Int J Environ Anal Chem 15:89-106.

Johanson CE. 1980. Permeability and vascularity of the developing brain: Cerebellum vs cerebral cortex. Brain Res 190:3-16.

Johansson A, Robertson B, Curstedt, et al. 1986a. Rabbit lung after inhalation of hexa- and trivalent chromium. Environ Res 41:110-119.

Johansson A, Wiernik A, Jarstrand C, et al. 1986b. Rabbit alveolar macrophages after inhalation of hexa- and trivalent chromium. Environ Res 39:372-385.

Johnson J, Schewel L, Graedel TE. 2006. The contemporary anthropogenic chromium cycle. Environ Sci Technol 40:7060-7069.

Junaid M, Murthy RC, Saxena DK. 1996a. Embryo- and fetotoxicity of chromium in pregestationally exposed mice. Bull Environ Contam Toxicol 57:327-334.

Junaid M, Murthy RC, Saxena DK. 1996b. Embryotoxicity of orally administered chromium in mice: Exposure during the period of organogenesis. Toxicol Lett 84:143-148.

Kaaber K, Veien NK. 1977. The significance of chromate ingestion in patients allergic to chromate. Acta Derm Venereol 57:321-323.

Kaats GR, Wise JA, Blum K, et al. 1992. The short-term therapeutic efficacy of beating obesity with a plan of improved nutrition and moderate calorie restriction. Curr Ther Res 51:261-274.

Kalahasthi R, Rao RHR, Krishna murthy RB, et al. 2007. Effect of chromium (VI) exposure on serum amylase activity in chromium plating workers. Environ Sci Indian J 2(1):1-6.

*Kalliomaki PL, Aitio A, Hyvarinen HK, et al. 1986. Lung clearance, transportation, and excretion of metals in rats after intratracheal instillation of activated welding fumes. In: Stern RM, ed. International conference on health hazards and biological effects of welding fumes and gases, International Congress Series Vol. 676. New York, NY: Excepta Medica, Elsevier Science Publ. Co., 345-348.

Kanematsu N, Hara M, Kada T. 1980. REC assay and mutagenicity studies on metal compounds. Mutat Res 77:109-116.

Kanojia RK, Junaid M, Murthy RC. 1996. Chromium induced teratogenicity in female rat. Toxicol Lett 89:207-213.

Kanojia RK, Junaid M, Murthy RC. 1998. Embryo and fetotoxicity of hexavalent chromium: A long-term study. Toxicol Lett 95:165-172.

Kaplan I, Zeligman I. 1962. Occupational dermatitis of railroad workers. Arch Dermatol 85:135-142.

Kargacin B, Squibb KS, Cosentino S, et al. 1993. Comparison of the uptake and distribution of chromate in rats and mice. Biol Trace Elem Res 36:307-318.

Katiyar S, Awasthi SK, Srivastava JK. 2009. Effect of chromium on the level of IL-12 and IFN-gamma in occupationally exposed workers. Sci Total Environ 407(6):1868-1874.

Kaufman DB, DiNicola W, McIntosh R. 1970. Acute potassium dichromate poisoning: Treated by peritoneal dialysis. Am J Dis Child 119:374-376.

Kaya B, Creus A, Velazquez A, et al. 2002. Genotoxicity is modulated by ascorbic acid studies using the wing spot test in Drosophila. Mutat Res 520:93-101.

Kelly WF, Ackrill P, Day JP, et al. 1982. Cutaneous absorption of trivalent chromium: Tissue levels and treatment by exchange transfusion. Br J Ind Med 39:397-400.

Kemsley J. 2011. Testing and treating for chromium. C&EN 89(14):34-35.

Kerger BD, Butler WJ, Paustenbach DJ, et al. 2009. Cancer mortality in Chinese populations surrounding an alloy plant with chromium smelting operations. J Toxicol Environ Health A 72(5):329-344.

Kerger BD, Finley BL, Corbett GE, et al. 1997. Ingestion of chromium(VI) in drinking water by human volunteers: Absorption, distribution, and excretion of single and repeated doses. J Toxicol Environ Health 50:67-95.

Kerger BD, Paustenbach DJ, Corbett GE, et al. 1996a. Absorption and elimination of trivalent and hexavalent chromium in humans following ingestion of a bolus dose in drinking water. Toxicol Appl Pharmacol 141:145-158.

Kerger BD, Richter RO, Chute SM, et al. 1996b. Refined exposure assessment for ingestion of tapwater contaminated with hexavalent chromium: Consideration of exogenous and endogenous reducing agents. J Expo Anal Environ Epidemiol 6(2):163-179.

Keskinen H, Kalliomaki P, Alanko K. 1980. Occupational asthma due to stainless steel welding fumes. Clin Allergy 10:151-159.

Kiilunen M, Järvisalo J, Mäkitie O, et al. 1987. Analysis, storage stability and reference values for urinary chromium and nickel. Int Arch Occup Environ Health 59:43-56.

Kiilunen M, Kivisto H, Ala-Laurila P, et al. 1983. Exceptional pharmacokinetics of trivalent chromium during occupational exposure to chromium lignosulfonate dust. Scand J Work Environ Health 9:265-271.

Kilburn KH, Warshaw R, Boylen CT, et al. 1990. Cross-shift and chronic effects of stainless-steel welding related to internal dosimetry of chromium and nickel. Am J Ind Med 17:607-615.

Kim G, Yurkow EJ. 1996. Chromium induces a persistent activation of mitogen-activated protein kinases by a redox-sensitive mechanism in H4 rat hepatoma cells. Cancer Res 56:2045-2051.

Kim HY, Lee SB, Jang BS. 2004. Subchronic inhalation toxicity of soluble hexavalent chromium trioxide in rats. Arch Toxicol 78:363-368.

Kimberly MM, Paschal DC. 1985. Screening for selected toxic elements in urine by sequential-scanning inductively-coupled plasma atomic emission spectrometry. Anal Chim Acta 174:203-210.

Kimbrough DE, Cohen Y, Winer AM, et al. 1999. A critical assessment of chromium in the environment. Crit Rev Environ Sci 29(1):1-46.

King LD. 1988. Retention of metals by several soils of the southeastern United States. J Environ Qual 17(2):239-246.

Kirpnick-Sobol Z, Reliene R, Schiestl RH. 2006. Carcinogenic Cr(VI) and the nutritional supplement Cr(III) induce DNA deletions in yeast and mice. Cancer Res 66(7):3480-3484.

Kitamura F, Yokoyama K, Araki S, et al. 2003. Increase of olfactory threshold in plating factory workers exposed to chromium in Korea. Ind Health 41(3):279-285.

Klein LA, Lang M, Nash N, et al. 1974. Sources of metals in New York City wastewater. J Water Pollut Control Fed 46(12):2653-2662.

Kleiner AM, Stolbun BM, Likhacheva YI, et al. 1970. [Indices of the functional status of the myocardium and hemodynamics in chronic occupational poisoning with chromium compounds.] Gig Tr Prof Zabol 14:7-10. (Russian)

Kleinfeld M, Rosso A. 1965. Ulcerations of the nasal septum due to inhalation of chromic acid mist. Ind Med Surg 24:242-243.

Kollmeier H, Seemann J, Rothe G, et al. 1990. Age, sex, and region adjusted concentrations of chromium and nickel in lung tissue. Br J Ind Med 47:682-687.

Komori K, Toda K, Ohtake H. 1990a. Effects of oxygen stress on chromate reduction in Enterobacter cloacae strain HO1. J Ferment Bioeng 69(1):67-69.

Komori M, Nishio K, Kitada M, et al. 1990b. Fetus-specific expression of a form of cytochrome P-450 in human liver. Biochemistry 29:4430-4433.

Korallus U. 1986a. Biological activity of chromium(VI) - against chromium(III) compounds: New aspects of biological monitoring. In: Serrone DM, ed. Chromium symposium 1986: An update. Pittsburgh, PA: Industrial Health Foundation Inc., 210-230.

Korallus U. 1986b. Chromium compounds: Occupational health, toxicological and biological monitoring aspects. Toxicol Environ Chem 12:47-59.

Korallus U, Ehrlicher H, Wustefeld E. 1974b. [Trivalent chromium compounds. Results of a study in occupational medicine. Part 2. Disease status analysis.] Arb Soz Prev 9:76-79. (German)

Korallus U, Harzdorf C, Lewalter J. 1984. Experimental bases for ascorbic acid therapy of poisoning by hexavalent chromium compounds. Int Arch Occup Environ Health 53:247-256.

Korallus U, Ehrlicher H, Wustefeld E, et al. 1974a. [Trivalent chromium compounds - results of a study in occupational medicine.] Arb Soz Prev 9:51-54. (German)

Korallus U, Lange H, Neiss A, et al. 1982. Relationships between hygienic measures and the bronchial carcinoma mortality in the chromate producing industry. Arb Soz Prev 17:159-167.

Kornhauser C, Wrobel K, Wrobel K, et al. 2002. Possible adverse effect of chromium in occupational exposure of tannery workers. Ind Health 40(2):207-213.

*Kortenkamp A, Casadevall M, Faux SP, et al. 1996a. A role for molecular oxygen in the formation of DNA damage during the reduction of the carcinogen chromium(VI) by glutathione. Arch Biochem Biophys 329(2):199-207.

Kortenkamp A, Casadevall M, Fresco PDC. 1996b. The reductive conversion of the carcinogen chromium(VI) and its role in the formation of DNA lesions. Ann Clin Lab Sci 26(2):160-175.

Koshi K. 1979. Effects of fume particles from stainless steel welding on sister chromatid exchanges and chromosome aberrations in cultured Chinese hamster cells. Ind Health 17:39-49.

Koshi K, Iwasaki K. 1983. Solubility of low-solubility chromates and their clastogenic activity in cultured cells. Ind Health 21:57-65.

Koshi K, Yagami T, Nakanishi Y. 1984. Cytogenetic analysis of peripheral blood lymphocytes from stainless steel welders. Ind Health 22:305-318.

Kowalski LA, Tsang SS, Davison AJ. 1996. Arsenic and chromium enhance transformation of bovine papillomavirus DNA-transfected C3H/10T1/2 cells. Cancer Lett 103:65-69.

Krishnan K, Andersen ME. 1994. Physiologically-based pharmacokinetic modeling in toxicology. In: Hayes W, ed. Principles and methods of toxicology. 3rd edition, New York, NY: Raven Press, Ltd, 149-188.

Krishnan K, Andersen ME, Clewell HJ, et al. 1994. Physiologically-based pharmacokinetic modeling of chemical mixtures. In: Yang RSA, ed. Toxicology of chemical mixtures. New York, NY: Academic Press, 399-437.

Krull IS, Panaro KW, Gershman LL. 1983. Trace analysis and speciation for Cr(VI) and Cr(III) via HPLC-direct current plasma emission spectroscopy (HPLC-DCP). J Chromatogr Sci 21:460-472.

Kumar A, Rana SVS. 1982. Lipid accumulation in chromium-poisoned rats. Int J Tissue React 4(4):291-295.

Kumar A, Rana SVS. 1984. Enzymological effects of hexavalent chromium in the rat kidney. Int J Tissue React 6(2):135-139.

Kumar A, Rana SVS, Prakash R. 1985. Dysenzymuria induced by hexavalent chromium. Int J Tissue React 7(4):333-338.

Kumar S, Sathwara NG, Gautam AK, et al. 2005. Semen quality of industrial workers occupationally exposed to chromium. J Occup Health 47(5):424-430.

Kumpulainen J. 1984. Chromium. In: Vercruysse A, ed. Techniques and instrumentation in analytical chemistry. Vol. 4. Evaluation of analytical methods in biological systems. Part B: Hazardous metals in human toxicology. Amsterdam, The Netherlands: Elsevier Science Publishers, 253-277.

Kumpulainen JT, Wolf WR, Veillon C, et al. 1979. Determination of chromium in selected United States diets. J Agric Food Chem 27(3):490-494.

Kuo HW, Wu ML. 2002. Effects of chromic acid exposure on immunological parameters among electroplating workers. Int Arch Occup Environ Health 75(3):186-190.

Kuo HW, Lai JS, Lin TI. 1997a. Nasal septum lesions and lung function in workers exposed to chromic acid in electroplating factories. Int Arch Occup Environ Health 70:272-276.

*Kuo HW, Lai JS, Lin TI. 1997b. Concentration and size distribution of airborne hexavalent chromium in electroplating factories. Am Ind Hyg Assoc J 58:29-32.

Kuykendall JR, Kerger BD, Jarvi EJ, et al. 1996. Measurement of DNA-protein cross-links in human leukocytes following acute ingestion of chromium in drinking water. Carcinogenesis 17(9):1971-1977.

*Laborda R, Diaz-Mayans J, Nunez A. 1986. Nephrotoxic and hepatotoxic effects of chromium compound in rats. Bull Environ Contam Toxicol 36:332-336.

Lai JS, Kuo HW, Liao FC, et al. 1998. Sister chromatid exchange induced by chromium compounds in human lymphocytes. Int Arch Occup Environ Health 71:550-5532.

Landsberger S, Jervis RE, Kajrys G, et al. 1983. Characterization of trace elemental pollutants in urban snow using proton induced X-ray emission and instrumental neutron activation analysis. Int J Environ Anal Chem 16:95-130.

Langård S. 1980. A survey of respiratory symptoms and lung function in ferrochromium and ferrosilicon workers. Int Arch Occup Environ Health 46:1-9.

Langård S, Norseth T. 1975. A cohort study of bronchial carcinomas in workers producing chromate pigments. Br J Ind Med 32:62-65.

Langård S, Vigander T. 1983. Occurrence of lung cancer in workers in producing chromium pigments. Br J Ind Med 40:71-74.

Langård S, Andersen A, Gylseth B. 1980. Incidence of cancer among ferrochromium and ferrosilicon workers. Br J Ind Med 37:114-120.

Langård S, Andersen A, Ravnestad J. 1990. Incidence of cancer among ferrochromium and ferrosilicon workers: An extended observation period. Br J Ind Med 47:14-19.

Langård S, Gundersen N, Tsalev DL, et al. 1978. Whole blood chromium level and chromium excretion in the rat after zinc chromate inhalation. Acta Pharmacol Toxicol 42:142-149.

Laskin S, Kuschner M, Drew RT. 1970. Studies in pulmonary carcinogenesis. In: Hanna MG, Nettesheim P, Gilbert JR, eds. Inhalation carcinogenesis. U.S. Atomic Energy Commission symposium series no. 18. Oak Ridge, TN: Division of Technical Information Extension, U.S. Atomic Energy Commission, 321-351.

LaVelle JM. 1986a. Chromium(VI) comutagenesis: Characterization of the interaction of $K_2CrO_4$ with azide. Environ Mutagen 87:717-725.

LaVelle JM. 1986b. Potassium chromate potentiates frameshift mutagenesis in E. coli and S. typhimurium. Mutat Res 171:1-10.

Le Curieux F, Marzin D, Erb F. 1992. Genotoxic activity of three carcinogens in peripheral blood erythrocytes of the newt *Pleurodeles waltl*. Mutat Res 283:157-160.

Lee HS, Goh CL. 1988. Occupational dermatosis among chrome platers. Contact Dermatitis 18:89-93.

Lee KP, Ulrich CE, Geil RG, et al. 1989. Inhalation toxicity of chromium dioxide dust to rats after two years exposure. Sci Total Environ 86:83-108.

Lee NA, Reasner CA. 1994. Beneficial effect of chromium supplementation on serum triglyceride levels in NIDDM. Diabetes Care 17(12):1449-1452.

Leeder JS, Kearns GL. 1997. Pharmacogenetics in pediatrics: Implications for practice. Pediat Clin North Am 44:55-77.

Leikin JB, Paloucek FP, eds. 2002. In: Leikin and Paloucek's poisoning and toxicology handbook. 3rd ed. Hudson, OH: Lexi-Comp, Inc., 372-379.

Leroyer C, Dewitte JD, Bassanets A, et al. 1998. Occupational asthma due to chromium. Respiration 65:403-405.

Letterer E. 1939. [Examination of a chromium-silicotic lung.] Arch Gewerbepatnol Gewerbe Hyg 9:498-508. [Abstract] J Ind Hyg Toxicol 21:215-216. (German)

Leung H. 1993. Physiologically-based pharmacokinetic modeling. In: Ballantine B, Marro T, Turner T, eds. General and applied toxicology. Vol. I. New York, NY: Stockton Press, 153-164.

Levin HM, Brunner MJ, Rattner H. 1959. Lithographer's dermatitis. J Am Med Assoc 169:566-569.

Levina A, Lay PA. 2005. Mechanistic studies of relevance to the biological activities of chromium. Coord Chem Rev 249(3-4):281-298.

Levine RA, Streeten DHP, Doisy RJ, et al. 1968. Effects of oral chromium supplementation on the glucose tolerance of elderly human subjects. Metabolism 17:114-125.

Levis AG, Majone F. 1979. Cytotoxic and clastogenic effects of soluble chromium compounds on mammalian cell cultures. Br J Cancer 40:523-533.

Levy LS, Martin PA, Bidstrup PL. 1986. Investigation of the potential carcinogenicity of a range of chromium containing materials on rat lung. Br J Ind Med 43:243-256.

Lewalter J, Korallus U, Harzdorf C, et al. 1985. Chromium bond detection in isolated erythrocytes: A new principle of biological monitoring of exposure to hexavalent chromium. Int Arch Occup Environ Health 55:305-318.

Li H, Chen Q, Li S, et al. 2001. Effect of Cr(VI) exposure on sperm quality: Human and animal studies. Ann Occup Hyg 45(7):505-511.

Li Y, Xu X, Liu J, et al. 2008. The hazard of chromium exposure to neonates in Guiyu of China. Sci Total Environ 403(1-3):99-104.

Li Chen T, Lacerte C, Wise SS, et al. 2012. Comparative cytotoxicity and genotoxicity of particulate and soluble hexavalent chromium in human and sperm whale (*Physeter macrocephalus*) skin cells. Comp Biochem Physiol C Toxicol Pharmacol 155(1):143-150.

Li Chen T, Wise SS, Holmes A, et al. 2009. Cytotoxicity and genotoxicity of hexavalent chromium in human and North Atlantic right whale (*Eubalaena glacialis*) lung cells. Comp Biochem Physiol C Toxicol Pharmacol 150(4):487-494.

Lide DR. 1998. Chromium. In: Lide DR, ed. CRC handbook of chemistry and physics. 79th ed. Boca Raton, FL: CRC Press, 4-8.

Liden S, Lundberg E. 1979. Penetration of chromium in intact human skin *in vivo*. J Invest Dermatol 72:42-45.

Lieber M, Perlmutter NM, Frauenthal HL. 1964. Cadmium and hexavalent chromium in Nassau County groundwater. J Am Water Works Assoc 56:739-747.

Lieberman H. 1941. Chrome ulcerations of the nose and throat. New Engl J Med 225:132-133.

Lim TH, Sargent T, Kusubov N. 1983. Kinetics of trace element chromium(III) in the human body. Am J Physiol 244(4):445-454.

9. REFERENCES

Lin CC, Wu ML, Yang CC, et al. 2009. Acute severe chromium poisoning after dermal exposure to hexavalent chromium. J Chin Med Assoc 72(4):219-221.

Lin KY, Chang BV, Wang Y-S. 1996. Mobility of copper, zinc and chromium with municipal solid waste leachate in soils. Proc Natl Sci Counc Repub China B 20(1):19-25.

Lin X, Zhuang Z, Costa M. 1992. Analysis of residual amino acid-DNA crosslinks induced in intact cells by nickel and chromium compounds. Carcinogenesis 3(10):1763-1768.

Lindberg E, Hedenstierna G. 1983. Chrome plating: Symptoms, findings in the upper airways, and effects on lung function. Arch Environ Health 38:367-374.

Lindberg E, Vesterberg O. 1983a. Monitoring exposure to chromic acid in chromeplating by measuring chromium in urine. Scand J Work Environ Health 9:333-340.

Lindberg E, Vesterberg O. 1983b. Urinary excretion of proteins in chromeplaters, exchromeplaters and referents. Scand J Work Environ Health 9:505-510.

Linos A, Petralias A, Christophi CA, et al. 2011. Oral ingestion of hexavalent chromium through drinking water and cancer mortality in an industrial area of Greece--an ecological study. Environ Health 10:50. http://www.ehjournal.net/content/pdf/1476-069X-10-50.pdf. October 20, 2011.

Little MC, Gawkrodger DJ, Macneil S. 1996. Chromium- and nickel-induced cytotoxicity in normal and transformed human keratinocytes: An investigation of pharmacological approaches to the prevention of Cr(VI)-induced cytotoxicity. Br J Dermatol 134:199-207.

Littorin M, Welinder H, Hultberg B. 1984. Kidney function in stainless steel welders. Int Arch Occup Environ Health 53:279-282.

Littorin M, Hogstedt B, Stromback B, et al. 1983. No cytogenetic effects in lymphocytes of stainless steel welders. Scand J Work Environ Health 9:259-264.

Liu JK, Morris JS. 1978. Relative chromium response as an indicator of chromium status. Am J Clin Nutr 31:972-976.

Liu KJ, Shi X. 2001. *In vivo* reduction of chromium (VI) and its related free radical generation. Mol Cell Biochem 222:41-47.

Liu CS, Kuo HW, Lai JS, et al. 1998. Urinary N-acetyl-B-glucosaminidase as an indicator of renal dysfunction in electroplating workers. Int Arch Occup Environ Health 71:348-352.

Liu KJ, Shi X, Dalal NS. 1997b. Synthesis of Cr(IV)-GSH, its identification and its free hydroxyl radical generation: A model compound for Cr(VI) carcinogenicity. Biochem Biophys Res Commun 235:54-58.

Liu KJ, Jiang J, Swartz HM, et al. 1994. Low-frequency EPR detection of chromium(V) formation by chromium(VI) reduction in whole live mice. Arch Biochem Biophys 313(2):248-252.

Liu KJ, Mäder K, Shi X, et al. 1997a. Reduction of carcinogenic chromium(VI) on the skin of living rats. MRM 38:524-526.

Liu KJ, Shi X, Jiang JJ, et al. 1995. Chromate-induced chromium(V) formation in live mice and its control by cellular antioxidants: An L-band electron paramagnetic resonance study. Arch Biochem Biophys 323(1):33-39.

Livingston AL. 1978. Forage plant estrogens. J Toxicol Environ Health 4:301-324.

Llagostera M, Garrido S, Guerrero R, et al. 1986. Induction of SOS genes of Escherichia coli by chromium compounds. Environ Mutagen 8:571-577.

Lo FB, Arai DK. 1988. Determination by atomic spectrometry of chromium on air sampling filters in the presence of iron. Am Ind Hyg Assoc J 49(5):207-212.

Lockman LE. 2002. Case report: Allergic contact dermatitis and new-onset asthma. Can Fam Physician 48:1907-1909.

Loubieres Y, de Lassence A, Bernier M, et al. 1999. Acute, fatal, oral chromic acid poisoning. J Toxicol Clin Toxicol 37(3):333-336.

Lovrincevic I, Leung FY, Alfieri MAH, et al. 1996. Can elevated chromium induce somatopsychic responses? Biol Trace Elem Res 55:163-171.

Loyaux-Lawniczak S, Lecomte P, Ehrhardt J. 2001. Behavior of hexavalent chromium in a polluted groundwater: Redox Processes and immobilization in soils. Environ Sci Technol 35:1350-1357.

Lucas JB, Kramkowski RS. 1975. Health hazard evaluation determination report number 74-87-221. Cincinnati, OH: U.S. Department of Health, Education, and Welfare, Center for Disease Control, National Institute for Occupational Safety and Health.

Luippold RS, Mundt KA, Austin RP, et al. 2003. Lung cancer mortality among chromate production workers. Occup Environ Med 60(6):451-457.

Lukanova A, Toniolo P, Zhitkovich A, et al. 1996. Occupational exposure to Cr(VI): Comparison between chromium levels in lymphocytes, erythrocytes, and urine. Int Arch Occup Environ Health 69:39-44.

Lukaski HC, Bolonchuk WW, Siders WA, et al. 1996. Chromium supplementation and resistance training: Effects on body composition, strength, and trace element status of men. Am J Clin Nutr 63:954-965.

Luo H, Lu Y, Shi X, et al. 1996. Chromium(IV)-mediated Fenton-like reaction causes DNA damage: Implication to genotoxicity of chromate. Ann Clin Lab Sci 26(2):185-191.

Machle W, Gregorius F. 1948. Cancer of the respiratory system in the United States chromate-producing industry. Public Health Rep 63:114-127.

MacKenzie RD, Byerrum RU, Decker CF, et al. 1958. Chronic toxicity studies: II. Hexavalent and trivalent chromium administered in drinking water to rats. Arch Ind Health 18:232-234.

MacRae WD, Whiting RF, Stich HF. 1979. Sister chromatid exchanges induced in cultured mammalian cells by chromate. Chem Biol Interact 26:281-286.

Maiti B, Desai SR. 1986. High-performance liquid chromatographic separation of beryllium, cobalt, nickel and chromium as the β-isopropyltropolone complexes and its application to the determination of chromium in air samples. Analyst 111:809-811.

Majone F, Levis AG. 1979. Chromosomal aberrations and sister-chromatid exchanges in Chinese hamster cells treated *in vitro* with hexavalent chromium compounds. Mutat Res 67:231-238.

Major RH. 1922. Studies on a case of chromic acid nephritis. Johns Hopkins Hosp Bull 33:56-61.

Mali JW, Malten K, Van Neer FCJ. 1966. Allergy to chromium. Arch Dermatol 93:41-44.

Mali JWH, Van Kooten WJ, VanNeer FCJ. 1963. Some aspects of the behavior of chromium compounds in the skin. J Invest Dermatol 41:111-122.

Malinski T, Fish J, Matusiewicz H. 1988. Determining ultratrace metal concentrations by inductively coupled plasma emission spectrometry. Am Water Works Assoc J 80:81-85.

Malm O, Pfeiffer WC, Fiszman M, et al. 1988. Transport and availability of heavy metals in the Paraiba Do Sul-Guandu river system, Rio de Janiero State, Brazil. Sci Total Environ 75:201-209.

Malsch PA, Proctor DM, Finley BL. 1994. Estimation of chromium inhalation reference concentration using the benchmark dose method: A case study. Regul Toxicol Pharmacol 20:58-82.

Mancuso TF. 1951. Occupational cancer and other health hazards in a chromate plant: A medical appraisal: II. Clinical and toxicologic aspects. Ind Med Surg 20:393-407.

Mancuso TF. 1975. Consideration of chromium as an industrial carcinogen. In: Hutchinson TC, ed. Proceedings of the international conference on heavy metals in the environment. Toronto, Canada: Toronto Institute for Environmental Studies, 343-356.

Mancuso TF. 1997a. Chromium as an industrial carcinogen: Part I. Am J Ind Med 31:129-139.

Mancuso TF. 1997b. Chromium as an industrial carcinogen: Part II. Chromium in human tissues. Am J Ind Med 31:140-147.

Mancuso TF, Hueper WC. 1951. Occupational cancer and other health hazards in a chromate plant: A medical appraisal: I. Lung cancers in chromate workers. Ind Med Surg 20:358-363.

Manning FCR, Xu J, Patierno SR. 1992. Transcriptional inhibition by carcinogenic chromate: Relationship to DNA damage. Mol Carcinog 6:270-279.

Manygoats KR, Yazzie M, Stearns DM. 2002. Ultrastructural damage in chromium picolinate-treated cells: A TEM study. J Biol Inorg Chem 7:791-798.

Manzo L, Di Nucci A, Edel J, et al. 1983. Biliary and gastrointestinal excretion of chromium after administration of Cr-III and Cr-VI in rats. Res Commun Chem Pathol Pharmacol 42(1):113-125.

Mao Y, Zang L, Shi X. 1995. Generation of free radicals by Cr(IV) from lipid hydroperoxides and its inhibition by chelators. Biochem Mol Biol Int 36(2):327-337.

Martin WR, Fuller RE. 1998. Suspected chromium picolinate-induced rhabdomyolysis. Pharmacotherapy 18(4):860-862.

Maruyama Y. 1982. The health effect of mice given oral administration of trivalent and hexavalent chromium over a long-term. Acta Scholae Medicinalis Universitatis in Gifu 31:24-46.

*Mason RW, Edwards IR. 1989. Acute toxicity of combinations of sodium dichromate, sodium arsenate and copper sulphate in the rat. Comp Biochem Physiol 93C:121-125.

Mathur AK. 2005. Effects of dermal application of chromium and linear alkylbenzene sulphonate alone and in combination in guinea pigs. Toxicol Int 12(1):9-12.

*Mathur AK, Chandra SV, Tandon SK. 1977. Comparative toxicity of trivalent and hexavalent chromium to rabbits: II. Morphological changes in some organs. Toxicology 8:53-61.

Matsui S. 1980. Evaluation of a Bacillus subtilis rec-assay for the detection of mutagens which may occur in water environments. Water Res 14:1613-1619.

Matsumoto N, Iijima S, Katsunuma H. 1976. Placental transfer of chromic chloride and its teratogenic potential in embryonic mice. J Toxicol Sci 2(2):1-13.

Mattagajasingh SN, Misra HP. 1996. Mechanisms of the carcinogenic chromium(VI)-induced DNA-protein cross-linking and their characterization in cultured intact human cells. J Biol Chem 271(52):33550-33560.

Mayr U, Butsch A, Schneider S. 1992. Validation of two *in vitro* test systems for estrogenic activities with zearalenone, phytoestrogens and cereal extracts. Toxicology 74:135-149.

McAughey JJ, Samuel AM, Baxter PJ, et al. 1988. Biological monitoring of occupational exposure in the chromate pigment production industry. Sci Total Environ 71:317-322.

McShane WJ, Steven Pappas R, Paschal D. 2007. Analysis of total arsenic, total selenium and total chromium in urine by inductively coupled plasma-dynamic reaction cell-mass spectrometry. J Anal At Spectrom 22(6):630-635.

Medeiros MG, Rodrigues AS, Batoreu MC, et al. 2003a. Elevated levels of DNA-protein crosslinks and micronuclei in peripheral lymphocytes of tannery workers exposed to trivalent chromium. Mutagenesis 18(1):19-24.

Medeiros MG, Rodrigues AS, Batoreu MC, et al. 2003b. Biomarkers of chromium exposure and cytogenetic damage in leather tanning and welding industry workers. In: Cebulska-Wasilewska A, Au WW, Sram RJ, eds. Human monitoring for genetic effects. Washington, DC: IOS Press, 132-141.

Meranger JC, Subramanian KS, Chalifoux C. 1979. A national survey for cadmium, chromium, copper, lead, zinc, calcium and magnesium in Canadian drinking water supplies. Environ Sci Technol 13(6):707-711.

Merian E. 1984. Introduction on environmental chemistry and global cycles of chromium, nickel, cobalt, beryllium, arsenic, cadmium and selenium, and their derivatives. Toxicol Environ Chem 8:9-38.

Merkur'eva RV, Koganova ZI, Gabdullina MK, et al. 1982. [Comparison of metabolic reactions in the bodies of experimental animals exposed to hexavalent chromium with different paths of penetration]. Gig Sanit 8:75-76. (Russian)

*Merritt K, Crowe TD, Brown SA. 1989. Elimination of nickel, cobalt, and chromium following repeated injections of high dose metal salts. J Biomed Mater Res 23:845-862.

Mertz W. 1969. Chromium occurrence and function in biological systems. Physiol Rev 49(2):163-239.

Mertz W, Roginski EE, Feldman FJ, et al. 1969. Dependence of chromium transfer into the rat embryo on the chemical form. J Nutr 99:363-367.

Messer J, Reynolds M, Stoddard L, et al. 2006. Causes of DNA single-strand breaks during reduction of chromate by glutathione *in vitro* and in cells. Free Radic Biol Med 40(11):1981-1992.

Meyers JB. 1950. Acute pulmonary complications following inhalation of chromic acid mist. Ann Ind Hyg Occup Med 2:742-747.

Michel R, Loer F, Nolte M, et al. 1987. Neutron activation analysis of human tissues, organs and body fluids to describe the interaction of orthopaedic implants made of cobalt-chromium alloy with the patients organisms. J Radioanal Nucl Chem 113(1):83-96.

Mignini F, Streccioni V, Baldo M, et al. 2004. Individual susceptibility to hexavalent chromium of workers of shoe, hide, and leather industries. Immunological pattern of HLA-B8,DR3-positive subjects. Prev Med 39(4):767-775.

Mignini F, Tomassoni D, Traini E, et al. 2009. Immunological pattern alteration in shoe, hide, and leather industry workers exposed to hexavalent chromium. Environ Toxicol 24(6):594-602.

Mikalsen A, Alexander J, Andersen RA, et al. 1989. Reduction of hexavalent chromium in a reconstituted system of cytochrome P-450 and cytochrome $b_5$. Chem Biol Interact 71:213-221.

Mikalsen SO. 1990. Effects of heavy metal ions on intercellular communication in Syrian hamster embryo cells. Carcinogenesis 11(9):1621-1626.

Milford JB, Davidson CI. 1985. The sizes of particulate trace elements in the atmosphere — a review. J Air Pollut Control Assoc 35:1249-1260.

Milingou M, Tagka A, Armenaka M, et al. 2010. Patch tests in children: A review of 13 years of experience in comparison with previous data. Pediatr Dermatol 27(3):255-259.

Miller CA, Cohen MD, Costa M. 1991. Complexing of actin and other nuclear proteins to DNA by cis-diamminedichloroplatinum(II) and chromium compounds. Carcinogenesis 12(2):269-276.

Milosev I, Pisot V, Campbell P. 2005. Serum levels of cobalt and chromium in patients with Sikomet metal-metal total hip replacements. J Orthop Res. 23(3):526-535.

Minoia C, Cavalleri A. 1988. Chromium in urine, serum and red blood cells in the biological monitoring of workers exposed to different chromium valency states. Sci Total Environ 71:323-327.

Mirsalis JC, Hamilton CM, O'Loughlin KG, et al. 1996. Chromium(VI) at plausible drinking water concentrations is not genotoxic in the *in vivo* bone marrow micronucleus or liver unscheduled DNA synthesis assays. Environ Mol Mutagen 28:60-63.

Mohamedshah FY, Moser-Veillon PB, Yamini S, et al. 1998. Distribution of a stable isotope of chromium (53Cr) in serum, urine, and breast milk in lactating women. Am J Clin Nutr 67:1250-1255.

Moller DR, Brooks SM, Bernstein DI, et al. 1986. Delayed anaphylactoid reaction in a worker exposed to chromium. J Allergy Clin Immunol 77(3):451-456.

Molyneux MJ, Davies MJ. 1995. Direct evidence for hydroxyl radical-induced damage to nucleic acids by chromium(VI)-derived species: Implications for chromium carcinogenesis. Carcinogenesis 16(4):875-882.

Montaldi A, Zentilin L, Zordan M, et al. 1987. Chromosomal effects of heavy metals (Cd, Cr, Hg, Ni and Pb) on cultured mammalian cells in the presence of nitrilotriacetic acid (NTA). Toxicol Environ Chem 14:183-200.

Mor S, Ben-Efraim S, Leibovici J, et al. 1988. Successful contact sensitization to chromate in mice. Int Arch Allergy Appl Immunol 85:452-457.

Morris B, MacNeil S, Fraser R, et al. 1995b. Increased urine chromium excretion in normal pregnancy. Clin Chem 41(10):1544-1545.

*Morris BW, Gray T, MacNeil S. 1995a. Evidence for chromium acting as an essential trace element in insulin-dependent glucose uptake in cultured mouse myotubes. J Endocrinol 144:135-141.

Morselli PL, Franco-Morselli R, Bossi L. 1980. Clinical pharmacokinetics in newborns and infants. Clin Pharmacokin 5:485-527.

Moschandreas DJ, Karuchit S, Berry MR, et al. 2002. Exposure apportionment: Ranking food items by their contribution to dietary exposure. J Expo Anal Environ Epidemiol 12:233-243.

Moulin JJ, Wild P, Mantout B, et al. 1993. Mortality from lung cancer and cardiovascular diseases among stainless-steel producing workers. Cancer Causes Control 4:75-81.

Moxon AL, DuBois KP. 1939. The influence of arsenic and certain other elements on the toxicity of seleniferous grains. J Nutr 18:447-457.

Mudroch A, Sarazin L, Lomas T. 1988. Report: Summary of surface and background concentrations of selected elements in the Great Lakes sediments. J Great Lakes Res 14(2):241-251.

Munch D. 1993. Concentration profiles of arsenic, cadmium, chromium, copper, lead, mercury, nickel, zinc, vanadium and polynuclear aromatic hydrocarbons (PAH) in forest soil beside an urban road. Sci Total Environ 138:47-55.

Mundt KA, Dell LD. 1997. Carcinogenicity of trivalent and hexavalent chromium. OEM Report 11(11):95-100.

Murthy RC, Junaid M, Saxena DK. 1996. Ovarian dysfunction in mice following chromium (VI) exposure. Toxicol Lett 89:147-154.

*Murthy RC, Saxena DK, Gupta SK, et al. 1991. Ultrastructural observations in testicular tissue or chromium-treated rats. Reprod Toxicol 5:443-447.

Muttamara S, Leong ST. 2004. Health implication among occupational exposed workers in a chromium alloy factory, Thailand. J Environ Sci 16(2):181-186.

Mutti A, Cavatorta A, Borghi L, et al. 1979. Distribution and urinary excretion of chromium: Studies on rats after administration of single and repeated doses of potassium dichromate. Med Lav 3:171-179.

Mutti A, Lucertini S, Valcavi P, et al. 1985a. Urinary excretion of brush-border antigen revealed by monoclonal antibody: Early indicator of toxic nephropathy. Lancet 2(8461):914-917.

Mutti A, Pedroni C, Arfini G, et al. 1985b. Biological monitoring of occupational exposure to different chromium compounds at various valency states. In: Merian E, Frei RW, Hardi W, et al., eds. Carcinogenic and mutagenic metal compounds: Environmental and analytical chemistry and biological effects. London: Gordon and Breach Science Publishers, 119-125.

Myers CR, Myers JM. 1998. Iron stimulates the rate of reduction of hexavalent chromium by human microsomes. Carcinogenesis 19(6):1029-1038.

Nadig RJ. 1994. Cadmium and other metals and metalloids. In: Goldfrank LR, Weisman RS, Flomenbaum NE, et al., eds. Goldfrank's toxicologic emergencies. 5th ed. Norwalk, CT: Appleton and Lange, 1063-1069.

Nagaya T. 1986. No increase in sister-chromatid exchange frequency in lymphocytes of chromium platers. Mutat Res 170:129-132.

Nagaya T, Ishikawa N, Hata H, et al. 1991. Sister-chromatid exchanges in lymphocytes from 12 chromium platers: A 5-year follow-up study. Toxicol Lett 58:329-335.

Nakamura S, Oda Y, Shimada T, et al. 1987. SOS-inducing activity of chemical carcinogens and mutagens in Salmonella typhimurium TA1535/pSK1002: Examination with 151 chemicals. Mutat Res 192:239-246.

Nakamuro K, Yoshikawa K, Sayato Y, et al. 1978. Comparative studies of chromosomal aberration and mutagenicity of trivalent and hexavalent chromium. Mutat Res 58:175-181.

NAS/NRC. 1989. Biologic markers in reproductive toxicology. National Academy of Sciences/National Research Council. Washington, DC: National Academy Press, 15-35.

Nestmann ER, Matula TI, Douglas GR, et al. 1979. Detection of the mutagenic activity of lead chromate using a battery of microbial tests. Mutat Res 66:357-365.

Nethercott J, Paustenbach D, Adams R, et al. 1994. A study of chromium induced allergic contact dermatitis with 54 volunteers: Implications for environmental risk assessment. Occup Environ Med 51:371-380.

Nettesheim P, Szakal AK. 1972. Morphogenesis of alveolar bronchiolization. Lab Invest 26(2):210-219.

Nettesheim P, Hanna MG, Doherty DG, et al. 1971. Effect of calcium chromate dust, influenza virus, and 100 R whole-body X-radiation on lung tumor incidence in mice. J Natl Cancer Inst 47(5):1129-1144.

Newbold RF, Amos J, Connell JR. 1979. The cytotoxic, mutagenic and clastogenic effects of chromium-containing compounds on mammalian cells in culture. Mutat Res 67:55-63.

Newhouse ML. 1963. A cause of chromate dermatitis among assemblers in an automobile factory. Br J Ind Med 20:199-203.

NIOSH. 1989. National occupation exposure survey. Cincinnati, OH: U.S. Department of Health and Human Services, Public Health Service, Centers for Disease Control, National Institute for Occupational Safety and Health. March 29, 1989.

NIOSH. 1992. NIOSH recommendations for occupational safety and health. Compendium of Policy Documents and Statements. Categories of Pesticides. Atlanta, GA: National Institute for Occupational Safety and Health, Centers for Disease Control and Prevention. http://www.cdc.gov/niosh/92-100.html. April 29, 2008.

NIOSH. 1994a. Elements in blood or tissue. Method: 8005. In: NIOSH manual of analytical methods. 4th ed. Cincinnati, OH: Department of Health and Human Services, National Institute of Occupational Safety and Health. DHHS publication no. 94-113.

NIOSH. 1994b. Metals in urine. Method: 8310. In: NIOSH manual of analytical methods. 4th ed. Cincinnati, OH: Department of Health and Human Services, National Institute of Occupational Safety and Health. DHHS publication no. 94-113.

NIOSH. 1994c. Chromium and chromium compounds, as Cr. Method: 7024. In: NIOSH manual of analytical methods. 4th ed. Cincinnati, OH: Department of Health and Human Services, National Institute of Occupational Safety and Health. DHHS publication no. 94-113.

NIOSH. 1994d. Elements by ICP. Method: 7300. In: NIOSH manual of analytical methods. 4th ed. Cincinnati, OH: Department of Health and Human Services, National Institute of Occupational Safety and Health. DHHS publication no. 94-113.

NIOSH. 2003a. Method 7605. Chromium, hexavalent by ion chromatography. NIOSH manual of analytical methods. National Institute for Occupational Safety and Health. http://www.cdc.gov/niosh/docs/2003-154/pdfs/7605.pdf. May 29, 2012.

NIOSH. 2003b. Method 7703. Chromium, hexavalent, by field-portable spectrophotometry. NIOSH manual of analytical methods. National Institute for Occupational Safety and Health. http://www.cdc.gov/niosh/docs/2003-154/pdfs/7703.pdf. May 29, 2012.

NIOSH. 2005. Chromium. NIOSH pocket guide to chemical hazards. Atlanta, GA: National Institute for Occupational Safety and Health, Centers for Disease Control and Prevention. http://www.cdc.gov/niosh/npg/. April 24, 2008.

NIOSH. 2008. International chemical safety cards. U.S. national Version. National Institute for Occupational Safety and Health. http://www.cdc.gov/niosh/ipcsneng/neng0029.html. May 22, 2008.

Nishioka H. 1975. Mutagenic activities of metal compounds in bacteria. Mutat Res 31:185-189.

*Nomiyama K, Nomiyama H, Yotoriyama M. 1982. Low-molecular-weight proteins in urine from rabbits given nephrotoxic compounds. Ind Health 20:1-10.

Norseth T. 1986. The carcinogenicity of chromium and its salts. Br J Ind Med 43:649-651.

Norseth T, Alexander J, Aaseth J, et al. 1982. Biliary excretion of chromium in the rat: A role of glutathione. Acta Pharmacol Toxicol 51:450-455.

Novey HS, Habib M, Wells ID. 1983. Asthma and IgE antibodies induced by chromium and nickel salts. J Allergy Clin Immunol 72(4):407-412.

NRC. 1993. Pesticides in the diets of infants and children. Washington DC: National Academy Press, National Research Council.

NRCC. 1976. Effects of chromium in the Canadian environment. Ottawa, Canada: Subcommittee on Heavy Metals and Certain Other Compounds, National Research Council of Canada, 92.

Nriagu JO. 1979. Copper in the atmosphere and precipitation. In: Nriagu JO, ed. Copper environment. New York, NY: John Wiley and Sons, 43-75.

Nriagu JO, Pacyna JM. 1988. Quantitative assessment of worldwide contamination of air, water and soils by trace metals. Nature 333:134-139.

NTP. 1996a. Final report on the reproductive toxicity of potassium dichromate (hexavalent) (CAS No. 7778-50-9) administered in diet to SD rats. National Institute of Environmental Health Sciences, National Toxicology Program. PB97125355.

NTP. 1996b. Final report on the reproductive toxicity of potassium dichromate (hexavalent) (CAS No. 7778-50-9) administered in diet to BALB/c mice. National Institute of Environmental Health Sciences, National Toxicology Program. PB97125363.

NTP. 1997. Final report on the reproductive toxicity of potassium dichromate (CAS No. 7778-50-9) administered in diet to BALB/c mice. National Institute of Environmental Health Sciences, National Toxicology Program. PB97144919.

NTP. 2005. Report on carcinogens. 11th ed. Research Triangle Park, NC: U.S. Department of Health and Human Services, Public Health Service, National Toxicology Program. http://ntp-server.niehs.nih.gov/ntp/roc/toc11.html. April 24, 2008.

NTP. 2007. NTP technical report on the toxicity studies of sodium dichromate dihydrate (CAS No. 7789-12-0) administered in drinking water to male and female F344/N rats and B6C3F1 mice and male BALB/c and *am*3-C57BL/6 mice. Washington, DC: National Toxicology Program. Toxicity Report Series Number 72. http://ntp.niehs.nih.gov/ntp/htdocs/ST_rpts/TOX72.pdf. October 7, 2008.

NTP. 2008a. NTP technical report on the toxicology and carcinogenesis studies of sodium dichromate dihydrate (CAS No. 7789-12-0) in F344/N rats and B6C3F1 mice (drinking water studies). Washington, DC: National Toxicology Program. NTP TR 546. http://ntp.niehs.nih.gov/files/546_web_FINAL.pdf. August 13, 2008.

NTP. 2008b. NTP technical report on the toxicology and carcinogenesis studies of chromium picolinate monohydrate (CAS No. 27882-76-4)) in F344/N rats and B6C3F1 mice (feed studies). Scheduled peer

review date:  February 27-28, 2008.  Washington, DC:  National Toxicology Program.  NTP TR 556.  http://ntp.niehs.nih.gov/files/TR556board_webRev.pdf.  May 21, 2008.

O'Brien TJ, Brooks BR, Patierno SR.  2005.  Nucleotide excision repair functions in the removal of chromium-induced DNA damage in mammalian cells.  Mol Cell Biochem 279:85-95.

O'Brien TJ, Ceryak S, Patierno SR.  2003.  Complexities of chromium carcinogenesis:  Role of cellular response, repair and recovery mechanisms.  Mutat Res 533(1-2):3-36.

Offenbacher EG, Pi-Sunyer FX.  1980.  Beneficial effect of chromium-rich yeast on glucose tolerance and blood lipids in elderly subjects.  Diabetes 29:919-925.

O'Flaherty EJ.  1993c.  Physiologically based models for bone-seeking elements.  IV.  Kinetics of lead disposition in humans.  Toxicol Appl Pharmacol 118:16-29.

O'Flaherty EJ.  1995.  Physiologically based models for bone-seeking elements.  V.  Lead absorption and disposition in childhood.  Toxicol Appl Pharmacol 131:297-308.

O'Flaherty EJ.  1996.  A physiologically based model of chromium kinetics in the rat.  Toxicol Appl Pharmacol 138:54-64.

O'Flaherty EJ, Kerger BD, Hays SM, et al.  2001.  A physiologically based model for the ingestion of chromium(III) and chromium(VI) by humans.  Toxicol Sci 60:196-213.

Ohanian EV.  1986.  Health effects of corrosion products in drinking water.  Trace Subst Environ Health 20:122-138.

O'Hara KA, Klei LR, Barchowsky A.  2003.  Selective activation of Src family kinases and JNK by low levels of chromium(VI).  Toxicol Appl Pharmacol 190(3):214-223.

O'Hara KA, Vaghjiani RJ, Nemec AA, et al.  2007.  Cr(VI)-stimulated STAT3 tyrosine phosphorylation and nuclear translocation in human airway epithelial cells requires Lck.  Biochem J 402(2):261-269.

Ohno H, Hanaoka F, Yamada MA.  1982.  Inducibility of sister-chromatid exchanges by heavy-metal ions.  Mutat Res 104:141-145.

Ohsaki Y, Abe S, Kimura K, et al.  1978.  Lung cancer in Japanese chromate workers.  Thorax 33:372-374.

Okubo T, Tsuchiya K.  1977.  An epidemiological study on lung cancer among chromium plating workers.  Keio J Med 26:171-177.

Okubo T, Tsuchiya K.  1979.  Epidemiological study of chromium platers in Japan.  Biol Trace Elem Res 1:35-44.

Olaguibel JM, Basomba A.  1989.  Occupational asthma induced by chromium salts.  Allergol Immunopathol (Madr) 17(3):133-136.

Olivier P, Marzin D.  1987.  Study of the genotoxic potential of 48 inorganic derivatives with the SOS chromotest.  Mutat Res 189:263-269.

Olmedo P, Pla A, Hernandez AF, et al. 2010. Validation of a method to quantify chromium, cadmium, manganese, nickel and lead in human whole blood, urine, saliva and hair samples by electrothermal atomic absorption spectrometry. Anal Chim Acta 659(1-2):60-67.

Olvera O, Zimmering S, Arceo C, et al. 1993. The protective effects of chlorophyllin in treatment with chromium(VI) oxide in somatic cells of Drosophila. Mutat Res 301:201-204.

O'Neil MJ, Heckelman PE, Koch CB, et al., eds. 2006. The Merck index. 14th ed. Whitehouse Station, NJ: Merck & Co., Inc., 370, 372.

OSHA. 1998a. Air contaminants; final rule. U.S. Department of Labor. Occupational Safety and Health Administration. Fed Regist 54:2930.

*OSHA. 1998b. Industry group seeks updated data on hex chrome exposure. Occupational Safety and Health Administration. Inside OSHA. August 24, 1998.

OSHA. 2007a. Air contaminants. Occupational Safety and Health Administration. Code of Federal Regulations. 29 CFR 1910.1000, Table Z 1. http://www.osha.gov/comp-links.html. April 24, 2008.

*OSHA. 2007b. Gases, vapors, fumes, dusts, and mists. Occupational Safety and Health Administration. Code of Federal Regulations. 29 CFR 1926.55, Appendix A. http://www.osha.gov/comp-links.html. April 24, 2008.

*OSHA. 2007c. Limits for air contaminants. Occupational Safety and Health Administration. Code of Federal Regulations. 29 CFR 1915.1000. http://www.osha.gov/comp-links.html. April 24, 2008.

OSHA. 2007d. Chromium (VI). Occupational Safety and Health Administration. Code of Federal Regulations. 29 CFR 1910.26. http://edocket.access.gpo.gov/cfr_2007/julqtr/pdf/29cfr1910.1026.pdf. October 07, 2008.

OSHA. 2007e. Chromium (VI). Code of Federal Regulations. Occupational Safety and Health Administration. 29 CFR 1915.1026. http://edocket.access.gpo.gov/cfr_2007/julqtr/pdf/29cfr1915.1026.pdf. October 07, 2008.

OSHA. 2007f. Safety and health regulations for construction. Chromium (VI). Occupational Safety and Health Administration. Code of Federal Regulations. 29 CFR 1926.1126. http://edocket.access.gpo.gov/cfr_2007/julqtr/pdf/29cfr1926.1126.pdf. October 07, 2008.

Osim EE, Tandayi M, Chinyanga HM, et al. 1999. Lung function, blood gases, pH and serum electrolytes of small-scale miners exposed to chrome ore dust on the Great Dyke in Zimbabwe. Trop Med Int Health 4(9):621-628.

OTA. 1990. Neurotoxicology: Identifying and controlling poisons of the nervous system. Washington, DC: Office of Technology Assessment, OTA-BA-438.

Owen GM, Brozek J. 1966. Influence of age, sex, and nutrition on body composition during childhood and adolescence. In: Falkner, F, ed. Human development. Philadelphia, PA: Saunders, 222-238.

Oygard JK, Mage A, Gjengedal E. 2004. Estimation of the mass-balance of selected metals in four sanitary landfills in Western Norway, with emphasis on the heavy metal content of the deposited waste and the leachate. Water Res 38:2851-2858.

Pacyna JM, Ottar B. 1985. Transport and chemical composition of the summer aerosol in the Norwegian Arctic. Atmos Environ 19(12):2109-2120.

Pacyna JM, Pacyna EG. 2001. An assessment of global and regional emissions of trace metals to the atmosphere from anthropogenic sources worldwide. Environ Rev 9(4):269-298.

Papp JF, Lipin BR. 2001. Chromium and chromium alloys. In: Kirk-Othmer encyclopedia of chemical technology. John Wiley & Sons, Inc, 468-526. http://mrw.interscience.wiley.com/emrw/9780471238966/kirk/article/chrowest.a01/current/pdf. May 21, 2008.

Park RM, Stayner LT. 2006. A search for thresholds and other nonlinearities in the relationship between hexavalent chromium and lung cancer. Risk Anal 26(1):79-88.

Park RM, Bena JF, Stayner LT, et al. 2004. Hexavalent chromium and lung cancer in the chromate industry: A quantitative risk assessment. Risk Anal 24(5):1099-1108.

Parks JL, McNeill L, Frey M, et al. 2004. Determination of total chromium in environmental water samples. Water Res 38(12):2827-2838.

Partington CN. 1950. Acute poisoning with potassium bichromate. Br Med J 2(4688):1097-1098.

Pascale LR, Waldstein SS, Engbring G, et al. 1952. Chromium intoxication with special reference to hepatic injury. J Am Med Assoc 149:1385-1389.

Paschin YV, Zacepilova TA, Kozchenko VI. 1982. Induction of dominant lethal mutations in male mice by potassium dichromate. Mutat Res 103:345-347.

Pastides H, Austin R, Lemeshow S, et al. 1994. A retrospective-cohort study of occupational exposure to hexavalent chromium. Am J Ind Med 25:663-675.

Pattison DI, Davies MJ, Levina A, et al. 2001. Chromium(VI) reduction by catechol(amine)s results in DNA cleavage *in vitro*: Relevance to chromium genotoxicity. Chem Res Toxicol 14(5):500-510.

Paustenbach DJ, Finley BL, Mowat FS, et al. 2003. Human health risk and exposure assessment of chromium(VI) in tap water. J Toxicol Environ Health A 66(14):1295-1339.

Paustenbach DJ, Hays SM, Brien BA, et al. 1996. Observation of steady state in blood and urine following human ingestion of hexavalent chromium in drinking water. J Toxicol Environ Health 49:453-461.

Paustenbach DJ, Panko JM, Fredrick MM, et al. 1997. Urinary chromium as a biological marker of environmental exposure: What are the limitations? Regul Toxicol Pharmacol 26:S23-S34.

Paustenbach DJ, Sheehan PJ, Paull JM, et al. 1992. Review of the allergic contact dermatitis hazard posed by chromium-contaminated soil: Identifying a "safe" concentration. J Toxicol Environ Health 37:177-207.

*Payne WW. 1960. Production of cancers in mice and rats by chromium compounds. Arch Ind Health 21:530-535.

Pellerin C, Booker SM. 2000. Reflections on hexavalent chromium. Health hazards of an industrial heavyweight. Environ Health Perspect 108(9):A402-A407.

Peltonen L, Fraki J. 1983. Prevalence of dichromate sensitivity. Contact Dermatitis 9:190-194.

Perrault G, Dufresne A, Strati G, et al. 1995. Physico-chemical fate of chromium compounds in the sheep lung model. J Toxicol Environ Health 44:247-262.

Petit A, Mwale F, Zukor DJ, et al. 2004. Effect of cobalt and chromium ions on bcl-2, bax, caspase-3, and caspase-8 expression in human U937 macrophages. Biomaterials 25(11):2013-2018.

Petrilli FL, De Flora S. 1978b. Oxidation of inactive trivalent chromium to the mutagenic hexavalent form. Mutat Res 58:167-173.

Petrilli FL, Camoirano A, Bennicelli C, et al. 1985. Specificity and inducibility of the metabolic reduction of chromium(VI) mutagenicity by subcellular fractions of rat tissues. Cancer Res 45:3179-3187.

Petrilli FL, Romano M, Bennicelli C, et al. 1986a. Metabolic reduction and detoxification of hexavalent chromium. In: Serrone DM, ed. Chromium symposium 1986: An update. Pittsburgh, PA: Industrial Health Foundation Inc., 112-130.

Petrilli FL, Rossi GA, Camoirano A, et al. 1986b. Metabolic reduction of chromium by alveolar macrophages and its relationships to cigarette smoke. J Clin Invest 77:1917-1924.

Petruzzelli G, Lubrano L, Cervelli S. 1987. Heavy metal uptake by wheat seedlings grown in fly ash-amended soils. Water Air Soil Pollut 32:389-395.

PHS. 1953. Health of workers in chromate producing industry: A study. Washington, DC: U.S. Public Health Service. Publication no. 192.

Pilliere F, Levy F, Renier A, et al. 1992. Induction of DNA-repair synthesis (UDS) in rat pleural mesothelial cells by urine of subjects exposed to genotoxic agents. Clin Toxicol 30(2):223-238.

Pippard EC, Acheson ED, Winter PD. 1985. Mortality of tanners. Br J Ind Med 42:285-287.

Pi-Sunyer F, Offenbacher EG. 1984. Chromium. In: Present knowledge in nutrition. 5th ed. Washington, DC: The Nutrition Foundation, Inc., 571-586.

Plantz MR, Fritz JS, Smith FG, et al. 1989. Separation of trace metal complexes for analysis of samples of high salt content by inductively coupled plasma mass spectrometry. Anal Chem 61:149-153.

Polprasert C, Charnpratheep K. 1989. Heavy metal removal in attached-growth waste stabilization ponds. Water Research 23(5):625-632.

Powers WJ, Gad SC, Siino KM, et al. 1986. Effects of therapeutic agents on chromium-induced acute nephrotoxicity. In: Serrone DM, ed. Chromium symposium 1986: An update. Pittsburgh, PA: Industrial Health Foundation, Inc., 79-86.

Pratt PF, Myers CR. 1993. Enzymatic reduction of chromium(VI) by human hepatic microsomes. Carcinogenesis 14(10):2051-2057.

Press RI, Geller J, Evans GW. 1990. The effect of chromium picolinate on serum cholesterol and apolipoprotein fractions in human subjects. West J Med 152:41-45.

Price JW. 2011. Elevated chromium levels and prosthetic joint implants. J Am Osteopath Assoc 111(9):548-550.

Proctor DM, Fredrick MM, Scott PK, et al. 1998. The prevalence of chromium allergy in the United States and its implications for setting soil cleanup: A cost-effectiveness case study. Regul Toxicol Pharmacol 28:27-37.

Proctor DM, Otani JM, Finley BL, et al. 2002. Is hexavalent chromium carcinogenic via ingestion? A weight-of-evidence review. J Toxicol Environ Health A 65(10):701-746.

Proctor DM, Suh M, Aylward LL, et al. 2012. Hexavalent chromium reduction kinetics in rodent stomach contents. Chemosphere [Epub ahead of print].

Pulido MD, Parrish AR. 2003. Metal-induced apoptosis: Mechanisms. Mutat Res 533:227-241.

Qi W, Reiter RJ, Tan DX, et al. 2000. Chromium(III)-induced 8-hydroxydeoxyguanosine in DNA and its reduction by antioxidants: Comparative effects of melatonin, ascorbate, and vitamin E. (Comment in: Environ Health Perspect 109(6):A250). Environ Health Perspect 108(5):399-402.

Qi WB, Zhu LZ. 1986. Spectrophotometric determination of chromium in waste water and soil. Talanta 33(8):694-696.

Quievryn G, Goulart M, Messer J, et al. 2001. Reduction of Cr (VI) by cysteine: Significance in human lymphocytes and formation of DNA damage in reactions with variable reduction rates. Mol Cell Biochem 222(1-2):107-118.

Quinteros FA, Poliandri AHB, Machiavelli LI, et al. 2007. *In vivo* and *in vitro* effects of chromium VI on anterior pituitary hormone release and cell viability. Toxicol Appl Pharmacol 218:79-87.

Radivojevic S, Cooper PA. 2008. Extraction of hexavalent chromium from chromated copper arsenate treated wood under alkaline conditions. Environ Sci Technol 42:3739-3744.

Rafael AI, Almeida A, Santos P, et al. 2007. A role for transforming growth factor-beta apoptotic signaling pathway in liver injury induced by ingestion of water contaminated with high levels of Cr(VI). Toxicol Appl Pharmacol 224:163-173.

Raffetto G, Parodi S, Parodi C, et al. 1977. Direct interaction with cellular targets as the mechanism for chromium carcinogenesis. Tumori 63:503-512.

*Rafnsson V, Johannesdottir SG. 1986. Mortality among masons in Iceland. Br J Ind Med 43:522-525.

Raithel HJ, Ebner G, Schaller KH. 1987. Problems in establishing norm values for nickel and chromium concentrations in human pulmonary tissue. Am J Ind Med 12:55-70.

Ramelow GJ, Maples RS, Thompson RL, et al. 1987. Periphyton as monitors for heavy metal pollution in the Calcasieu River estuary. Environ Pollut 43:247-263.

Ramelow GJ, Webre CL, Mueller CS, et al. 1989. Variations of heavy metals and arsenic in fish and other organisms from the Calcasieu River and Lake, Louisiana. Arch Environ Contam Toxicol 18:804-818.

Randall JA, Gibson RS. 1987. Serum and urine chromium as indices of chromium status in tannery workers. Proc Soc Exp Biol Med 185:16-23.

Randall JA, Gibson RS. 1989. Hair chromium as an index of chromium exposure to tannery workers. Br J Ind Med 46:171-175.

Rao MV, Parekh SS, Chawla SL. 2006. Vitamin-E supplementation ameliorates chromium-and/or nickel induced oxidative stress *in vivo*. J Health Sci 52(2):142-147.

Räsänen L, Sainio H, Lehto M, et al. 1991. Lymphocyte proliferation test as a diagnostic aid in chromium contact sensitivity. Contact Dermatitis 25:25-29.

Rasmuson A. 1985. Mutagenic effects of some water-soluble metal compounds in a somatic eye-color test system in Drosophila melanogaster. Mutat Res 157:157-162.

Reddy KR, Chinthamreddy S. 1999. Electrokinetic remediation of heavy metal-contaminated soils under reducing environments. Waste Manag 19:269-282.

Reichelderfer TE. 1968. Accidental death of an infant caused by ingestion of ammonium dichromate. South Med J 61:96-97.

Reynolds M, Zhitkovich A. 2007. Cellular vitamin C increases chromate toxicity via a death program requiring mismatch repair but not p53. Carcinogenesis 28(7):1613-1620.

Rhodes MC, Hebert CD, Herbert RA, et al. 2005. Absence of toxic effects in F344/N rats and B6C3F1 mice following subchronic administration of chromium picolinate monohydrate. Food Chem Toxicol 43(1):21-29.

Richelmi P, Baldi C, Minoia C. 1984. Blood levels of hexavalent chromium in rats. *in vitro* and *in vivo* experiments. Int J Environ Anal Chem 17(3-4):181-186.

Riedel GF, Sanders JG. 1998. Trace element speciation and behavior in the tidal Delaware River. Estuaries 21(1):78-90.

Rifkin E, Gwinn P, Bouwer E. 2004. Chromium and sediment toxicity. Environ Sci Technol 38(14):267A-271A.

Robson M. 2003. Methodologies for assessing exposures to metals: Human host factors. Ecotoxicol Environ Saf 56:104-109.

Rodriguez-Arnaiz R, Martinez RFM. 1986. Genetic effects of potassium dichromate and chromium trioxide in *Drosophila melanogaster*. Cytologia 51:421-425.

Roe FJC, Carter RL. 1969. Chromium carcinogenesis: Calcium chromate as a potent carcinogen for the subcutaneous tissues of the rat. Br J Cancer 23:172-176.

Roginski EE, Mertz W. 1969. Effects of chromium(III) supplementation on glucose and amino acid metabolism in rats fed a low protein diet. J Nutr 97:525-530.

Rosas I, Belmont R, Baez A, et al. 1989. Some aspects of the environmental exposure to chromium residues in Mexico. Water Air Soil Pollut 48:463-476.

Rosenman KD, Stanbury M. 1996. Risk of lung cancer among former chromium smelter workers. Am J Ind Med 29:491-500.

Roto P, Sainio H, Reunala T, et al. 1996. Addition of ferrous sulfate to cement and risk of chromium dermatitis among construction workers. Contact Dermatitis 34:43-50.

Royle H. 1975a. Toxicity of chromic acid in the chromium plating industry (1). Environ Res 10:39-53.

Royle H. 1975b. Toxicity of chromic acid in the chromium plating industry (2). Environ Res 10:141-163.

Rubin MA, Miller JP, Ryan AS, et al. 1998. Acute and chronic resistive exercise increase urinary chromium excretion in men as measured with an enriched chromium stable isotope. J Nutr 128:73-78.

Russo P, Catassi A, Cesario A, et al. 2005. Molecular mechanisms of hexavalent chromium-induced apoptosis in human bronchoalveolar cells. Am J Respir Cell Mol Biol 33(6):589-600.

Sahuquillo A, Rigol A, Rauret G. 2003. Overview of the use of leaching/extraction tests for risk assessment of trace metals in contaminated soils and sediments. TrAC Trends Anal Chem 22(3):152-159.

Saleh FY, Parkerton TF, Lewis RV, et al. 1989. Kinetics of chromium transformations in the environment. Sci Total Environ 86:25-41.

Salnikow K, Zhitkovich A. 2008. Genetic and epigenetic mechanisms in metal carcinogenesis and cocarcinogenesis: Nickel, arsenic, and chromium. Chem Res Toxicol 21(1):28-44.

Saltzman BE, Cholak J, Schafer LJ, et al. 1985. Concentration of six metals in the air of eight cities. Environ Sci Technol 19:328-333.

Samitz MH. 1970. Ascorbic acid in the prevention and treatment of toxic effects from chromates. Acta Derm Venereol 50:59-64.

Samitz MH, Epstein E. 1962. Experimental cutaneous chrome ulcers in guinea pigs. Arch Environ Health 5:69-74.

Samitz MH, Shrager J. 1966. Patch test reactions to hexavalent and trivalent chromium compounds. Arch Dermatol 94:304-306.

*Samitz MH, Gross S, Katz S. 1962. Inactivation of chromium ion in allergic eczematous dermatitis. J Invest Dermatol 38:5-12.

Samuel JB, Stanley JA, Roopha DP, et al. 2011. Lactational hexavalent chromium exposure-induced oxidative stress in rat uterus is associated with delayed puberty and impaired gonadotropin levels. Hum Exp Toxicol 30(2):91-101.

*Sander JK, Camp CD. 1939. Chromium poisoning in infancy. Am J Med Sci 198:551-554.

Saner G, Yuzbasiyan V, Cigdem S. 1984. Hair chromium concentration and chromium excretion in tannery workers. Br J Ind Med 41:263-266.

*Sargent T, Lim TH, Jenson R. 1979. Reduced chromium retention in patients with hemochromatosis, a possible basis of hemochromatotic diabetes. Metabolism 28:70-79.

Sarkar D, Sharma A, Talukder G. 1993. Differential protection of chlorophyllin against clastogenic effects of chromium and chlordane in mouse bone marrow *in vivo*. Mutat Res 301:33-38.

Sarto F, Levis AG, Paulon C. 1980. Clastogenic activity of hexavalent and trivalent chromium in cultured human lymphocytes. Caryologia 33:239-250.

Sarto F, Cominato I, Bianchi V, et al. 1982. Increased incidence of chromosomal aberrations and sister chromatid exchanges in workers exposed to chromic acid ($CrO_3$) in electroplating factories. Carcinogenesis 3(9):1011-1016.

Saryan LA, Reedy M. 1988. Chromium determinations in a case of chromic acid ingestion. J Anal Toxicol 12:162-164.

Sassi C. 1956. [Occupational pathology in a chromate plant.] Med Lav 47(5):314-327. (Italian)

Sata F, Araki S, Murata K, et al. 1998. Behavior of heavy metals in human urine and blood following calcium disodium ethylenediamine tetraacetate injection: Observations in metal workers. J Toxicol Environ Health, A 54(3):167-178.

Sathwara NG, Patel KG, Vyas JB, et al. 2007. Chromium exposure study in chemical based industry. J Environ Biol 28(2):405-408.

Satoh K, Fukuda Y, Torrii K, et al. 1981. Epidemiological study of workers engaged in the manufacture of chromium compounds. J Occup Med 23(12):835-838.

Satoh N, Fukuda S, Takizawa M, et al. 1994. Chromium-induced carcinoma in the nasal region. A report of four cases. Rhinology 32:47-50.

Sawatari K. 1986. Sampling filters and dissolution methods for differential determination of water-soluble chromium(VI) and chromium(III) in particulate substances. Ind Health 24:111-116.

Saxena DK, Murthy RC, Jain VK, et al. 1990a. Fetoplacental-maternal uptake of hexavalent chromium administered orally in rats and mice. Bull Environ Contam Toxicol 45:430-435.

Sayato Y, Nakamuro K, Matsui S, et al. 1980. Metabolic fate of chromium compounds. I. Comparative behavior of chromium in rat administered with $Na_2{}^{51}CrO_4$ and $^{51}CrCl_3$. J Pharm Dyn 3:17-23.

Schaller H, Neeb R. 1987. Gas-chromatographic elemental analysis via di(trifluoroethyl)dithiocarbamato-3 chelates X. Capillary gas chromatography at the pg-level determination of Co and Cr[VI] besides Cr[III] in river water. Fresenius Z. Anal. Chem 327:170-174.

Schmidt JA, Andren AW. 1984. Deposition of airborne metals into the Great Lakes: An evaluation of past and present estimates. Adv Environ Sci Technol 14:81-103.

Schonwald S. 2004. Chromium. In: Dart RC, ed. Medical toxicology. 3rd ed. Philadelphia, PA: Lippicott Williams & Wilkins, 415-1417.

Schroeder HA, Balassa JJ, Tipton IH. 1962. Abnormal trace metals in man: Chromium. J Chron Dis 15:941-964.

Schroeder HA, Balassa JJ, Vinton WH. 1964. Chromium, lead, cadmium, nickel and titanium in mice: Effect on mortality, tumors and tissue levels. J Nutr 83:239-250.

Schroeder HA, Balassa JJ, Vinton WH. 1965. Chromium, cadmium and lead in rats: Effects on life span, tumors and tissue levels. J Nutr 86:51-66.

*Schroeder HA, Vinton WH, Balassa JJ. 1963. Effect of chromium, cadmium and other trace metals on the growth and survival of mice. J Nutr 80:39-47.

Schroeder WH, Dobson M, Kane DM, et al. 1987. Toxic trace elements associated with airborne particulate matter: A review. J Air Pollut Control Assoc 37(11):1267-1285.

Schuhmacher M, Domingo JL, Llobet JM, et al. 1993. Chromium, copper, and zinc concentrations in edible vegetables grown in Tarragona Province, Spain. Bull Environ Contam Toxicol 50:514-521.

Scott PK, Proctor DM. 1997. Evaluation of 10% minimum elicitation threshold for Cr(VI)-induced allergic contact dermatitis using benchmark dose methods. J Soil Contam 6(6):707-731.

Scott PK, Finley BL, Harris MA, et al. 1997a. Background air concentrations of Cr(VI) in Hudson County, New Jersey: Implications for setting health-based standards for Cr(VI) in soil. J Air Waste Manage Assoc 47:592-600.

Scott PK, Finley BL, Sung HM, et al. 1997b. Identification of an accurate soil suspension/dispersion modeling method for use in estimating health-based soil cleanup levels of hexavalent chromium in chromite ore processing residues. J Air Waste Manage Assoc 47:753-765.

Sedman RM, Beaumont J, McDonald TA, et al. 2006. Review of the evidence regarding the carcinogenicity of hexavalent chromium in drinking water. J Environ Sci Health Part C Environ Carcinogen Rev 24(1):155-182.

Seigneur C, Constantinous E. 1995. Chemical kinetic mechanism for atmospheric chromium. Environ Sci Technol 29:222-231.

Seoane AI, Dulout FN. 1999. Contribution to the validation of the anaphase-telophase test: Aneugenic and clastogenic effects of cadmium sulfate, potassium dichromate and nickel chloride in Chinese hamster ovary cells. Genet Mol Biol 22(4):551-555.

CHROMIUM

9. REFERENCES

Setchell BP, Waites GMH. 1975. The blood testis barrier. In: Creep RO, Astwood EB, eds. Handbook of physiology: Endocrinology V. Washington, DC: American Physiological Society. 143-172.

Shah M, Palmer IR. 2002. An ultrastructural study of chronic chromate hand dermatitis. Acta Derm Venereol 82(4):254-259.

Shanker AK, Cervantes C, Loza-Tavera H, et al. 2005. Chromium toxicity in plants. Environ Int 31: 739-753.

Shara M, Kincaid AE, Limpach AL, et al. 2007. Long-term safety evaluation of a novel oxygen-coordinated niacin-bound chromium (III) complex. J Inorg Biochem 101(7):1059-1069.

Shara M, Yasmin T, Kincaid AE, et al. 2005. Safety and toxicological evaluation of a novel niacin-bound chromium (III) complex. J Inorg Biochem 99(11):2161-2813.

Sharma BK, Singhal PC, Chugh KS. 1978. Intravascular haemolysis and acute renal failure following potassium dichromate poisoning. Postgrad Med J 54:414-415.

Sheehan P, Ricks R, Ripple S, et al. 1992. Field evaluation of a sampling and analytical method for environmental levels of airborne hexavalent chromium. Am Ind Hyg Assoc J 53(1):57-68.

Sheffet A, Thind I, Miller AM, et al. 1982. Cancer mortality in a pigment plant utilizing lead and zinc chromates. Arch Environ Health 37:44-52.

Shelnutt SR, Goad P, Belsito DV. 2007. Dermatological toxicity of hexavalent chromium. Crit Rev Toxicol 37(5):375-387.

Sheppard MI, Thibault DH. 1991. A four-year mobility study of selected trace elements and heavy metals. J Environ Qual 20:101-114.

Sheppard SC, Evenden WG, Schwartz WJ. 1995. Heavy metals in the environment: Ingested soil: Bioavailability of sorbed lead, cadmium, cesium, iodine, and mercury. J Environ Qual 24:498-505.

Sheridan PJ, Zoller WH. 1989. Elemental composition of particulate material sampled from the Arctic haze aerosol. J Atmos Chem 9:363-381.

Shi X, Dalal NS, Kasprzak KS. 1993. Generation of free radicals from hydrogen peroxide and lipid hydroperoxides in the presence of Cr(III). Arch Biochem Biophys 302(1):294-291.

Shi X, Dong Z, Dalal NS, et al. 1994. Chromate-mediated free radical generation from cysteine, penicillamine, hydrogen peroxide, and lipid hydroperoxides. Biochim Biophys Acta 1226:65-72.

Shi X, Leonard SS, Liu KJ, et al. 1998. Cr(III)-mediated hydroxyl radical generation via Haber-Weiss cycle. J Inorg Biochem 69:263-268.

*Shimkin MB, Leiter J. 1940. Induced pulmonary tumors in mice. III. The role of chronic irritation in the production of pulmonary tumors in strain A mice. J Natl Cancer Inst 1:241-254.

Shindo Y, Toyoda Y, Kawamura K, et al. 1989. Micronucleus test with potassium chromate(VI) administered intraperitoneally and orally to mice. Mutat Res 223:403-406.

Shmitova LA. 1978. [The course of pregnancy in women engaged in the production of chromium and its compounds.] Vliy Prof Fakt Spet Funk Zhensk Organ, Sverd 108-111. (Russian)

Shmitova LA. 1980. [Content of hexavalent chromium in the biological substrates of pregnant women and women in the immediate post-natal period engaged in the manufacture of chromium compounds.] Gig Trud Prof Zabol 2:33-35. (Russian)

Shrivastava R, Upreti RK, Seth PK, et al. 2002. Effects of chromium on the immune system. FEMS Immunol Med Microbiol 34:1-7.

Shubochkin LN, Pokhodzie YI. 1980. Toxic properties of strontium chromate. Gig Sanit 45:76-77.

Shumilla JA, Wetterhahn KE, Barchowsky A. 1998. Inhibition of NF-κB binding to DNA by chromium, cadmium, mercury, zinc, and arsenite *in vitro*: Evidence of a thiol mechanism. Arch Biochem Biophys 349(2):356-362.

Siegel NJ, Gaudio KM, Katz LA, et al. 1984. Beneficial effect of thyroxin on recovery from toxic acute renal failure. Kidney Int 25:906-911.

Silverstein M, Mirer F, Kotelchusk D, et al. 1981. Mortality among workers in a die-casting and electroplating plant. Scand J Work Environ Health 7(Suppl 4):156-165.

Simonoff M, Llabador Y, Hamon C, et al. 1984. Extraction procedure for the determination of trace chromium in plasma by proton-induced x-ray emission spectrometry. Anal Chem 56:454-457.

Simpson JR, Gibson RS. 1992. Hair, serum, and urine chromium concentrations in former employees of the leather tanning industry. Biol Trace Elem Res 32:155-159.

Singh I. 1983. Induction of reverse mutation and mitotic gene conversion by some metal compounds in *Saccharomyces cerevisiae*. Mutat Res 117:149-152.

Singh J, Carlisle DL, Pritchard DE, et al. 1998a. Chromium-induced genotoxicity and apoptosis: Relationship to chromium carcinogenesis (review). Oncol Rep 5:1307-1318.

Singh J, McLean JA, Pritchard DE, et al. 1998b. Sensitive quantitation of chromium-DNA adducts by inductively coupled plasma mass spectrometry with a direct injection high-efficiency nebulizer. Toxicol Sci 46:260-265.

Singh J, Pritchard DE, Carlilse DL, et al. 1999. Internalization of carcinogenic lead chromate particles by cultured normal human lung epithelial cells: Formation of intracellular lead-inclusion bodies and induction of apoptosis. Toxicol Appl Pharmacol 161:240-248.

Sipowicz MA, Anderson LM, Utermahlen WE, et al. 1997. Uptake and tissue distribution of chromium(III) in mice after a single intraperitoneal or subcutaneous administration. Toxicol Lett 93:9-14.

*Sjogren B. 1980. A retrospective cohort study of mortality among stainless steel welders. Scand J Work Environ Health 6:197-200.

Sjogren B, Gustavsson A, Hedstrom L. 1987. Mortality in two cohorts of welders exposed to high- and low-levels of hexavalent chromium. Scand J Work Environ Health 13:247-251.

Sjogren B, Hedstrom L, Ulfvarson U. 1983. Urine chromium as an estimator of air exposure to stainless steel welding fumes. Int Arch Occup Environ Health 51:347-354.

Sluis-Cremer GK, du Toit RSJ. 1968. Pneumoconiosis in chromite miners in South Africa. Br J Ind Med 25:63-67.

Smith AR. 1931. Chrome poisoning with manifestation of sensitization. J Am Med Assoc 97(2):95-98.

Smith, RA, Alexander RB, Wolman MG. 1987. Water-quality trends in the nation's rivers. Science 235:1607-1615.

Smyth HF, Carpenter CP, Weil CS, et al. 1969. Range finding toxicity data: List VII. Am Ind Hyg Assoc J 30:470-476.

Snow ET. 1991. A possible role of chromium(III) in genotoxicity. Environ Health Perspect 92:75-81.

Snow ET, Xu SL. 1989. Effects of chromium(III) on DNA replication in vitro. Biol Trace Elem Res 21:61-71.

Snyder CA, Valle CD. 1991. Immune function assays as indicators of chromate exposure. Environ Health Perspect 92:83-86.

*Snyder CA, Sellakumar A, Waterman S. 1997. An assessment of the tumorigenic properties of a Hudson County soil sample heavily contaminated with hexavalent chromium. Arch Environ Health 52(3):220-226.

Snyder CA, Udasin I, Waterman SJ, et al. 1996. Reduced IL-6 levels among individuals in Hudson County, New Jersey, an area contaminated with chromium. Arch Environ Health 51(1):26-28.

Sorahan T, Burges DCL, Hamilton L, et al. 1998. Lung cancer mortality in nickel/chromium platers, 1946-95. Occup Environ Med 55:236-242.

Sorahan T, Burges DCL, Waterhouse JAH. 1987. A mortality study of nickel/chromium platers. Br J Ind Med 44:250-258.

Soudani N, Bouaziz H, Sefi M, et al. 2011a. Toxic effects of chromium (VI) by maternal ingestion on liver function of female rats and their suckling pups. Environ Toxicol [Epub ahead of print].

Soudani N, Ibtissem Ben A, Troudi A, et al. 2011b. Oxidative stress induced by chromium (VI) in bone of suckling rats. Toxicol Ind Health 27(8):724-734.

Soudani N, Sefi M, Bouaziz H, et al. 2010b. Nephrotoxicity induced by chromium (VI) in adult rats and their progeny. Hum Exp Toxicol 30(9):1233-1245.

Soudani N, Sefi M, Ben Amara I, et al. 2010a. Protective effects of Selenium (Se) on Chromium (VI) induced nephrotoxicity in adult rats. Ecotoxicol Environ Saf 73(4):671-678.

Soudani N, Troudi A, Bouaziz H, et al. 2011c. Cardioprotective effects of selenium on chromium (VI)-induced toxicity in female rats. Ecotoxicol Environ Saf 74(3):513-520.

*Sparrow S, Magos L, Snowden R. 1988. The effect of sodium chromate pretreatment on mercuric chloride-induced nephrotoxicity. Arch Toxicol 61:440-443.

Spruit D, van Neer FCJ. 1966. Penetration of Cr(III) and Cr(VI). Dermatologica 132:179-182.

SRI. 1997. Directory of chemical producers: United States of America. Menlo Park, CA: Stanford Research Institute International, 518-519.

SRI. 2007. 2007 Directory of chemical producers. Menlo Park, CA: SRI Consulting. Access Intelligence, LLC., 526-527.

*Srivastava L, Jain VK, Kachru DN, et al. 1985. Comparative toxicity of trivalent and hexavalent chromium(V): Enzymatic alterations in rat liver and kidneys. Ind Health 23:89-94.

Stackhouse RA, Benson WH. 1989. The effect of humic acid on the toxicity and bioavailability of trivalent chromium. Ecotoxicol Environ Safety 17:105-111.

Stearns DM. 2000. Is chromium a trace essential metal? Biofactors 11(3):149-162.

Stearns DM, Belbruno JJ, Wetterhaun KE. 1995a. A prediction of chromium(III) accumulation in humans from chromium dietary supplements. FASEB J 9:1650-1657.

Stearns DM, Courtney KD, Giangrande PH, et al. 1994. Chromium (VI) reduction by ascorbate: Role of reactive intermediates in DNA damage *in vitro*. Environ Health Perspect 102:21-25.

Stearns DM, Silviers SM, Wolf KK, et al. 2002. Chromium(III) tris(picolinate) is mutagenic at the hypoxanthine (guanine) phosphoribosyltransferase locus in Chinese hamster ovary cells. Mutat Res 513(1-2):135-142.

Stearns DM, Wise JP, Patierno SR, Wetterhahn KE. 1995b. Chromium(III) picolonate produces chromosome damage in Chinese hamster ovary cells. FASEB J 9:1643-1649.

Steenland K, Loomis D, Shy C, et al. 1996. Review of occupational lung carcinogens. Am J Ind Med 29:474-490.

Steffee CH, Baetjer AM. 1965. Histopathologic effects of chromate chemicals. Arch Environ Health 11:66-75.

Steinhoff D, Gad SC, Hatfield GK, et al. 1986. Carcinogenicity studies with sodium dichromate in rats. Exp Pathol 30:129-141.

Stella M, Montaldi A, Rossi R, et al. 1982. Clastogenic effects of chromium on human lymphocytes *in vitro* and *in vivo*. Mutat Res 101:151-164.

Sterekhova NP, Zeleneva NI, Solomina SN et al. 1978. [Gastric pathology in the workers of chromium salts industries.] Gig Trud Prof Zabol 3:19-23. (Russian)

Stern AH, Bagdon RE, Hazen RE, et al. 1993. Risk assessment of the allergic dermatitis potential of environmental exposure to hexavalent chromium. J Toxicol Environ Health 40:613-641.

Stern FB, Beaumont JJ, Halperin WE, et al. 1987. Mortality of chrome leather tannery workers and chemical exposures in tanneries. Scand J Work Environ Health 13:108-117.

Stern RM. 1982. Chromium compounds: Production and occupational exposure. In: Langard S, ed. Biological and environmental aspects of chromium. New York, NY: Elsevier Biomedical Press, 5-47.

Stern RM, Thomsen E, Furst A. 1984. Cr(VI) and other metallic mutagens in fly ash and welding fumes. Toxicol Environ Chem 8:95-108.

Stilwell DE, Gorny KD. 1997. Contamination of soil with copper, chromium, and arsenic under decks built from pressure treated wood. Bull Environ Contam Toxicol 58:22-29.

Stokinger HE. 1981. Chromium, Cr. In: Clayton GD, Clayton FE, eds. Patty's industrial hygiene and toxicology. Vol. IIA, 3rd ed. New York, NY: John Wiley & Sons, 1589-1605.

Stridsklev IC, Schaller K, Langard S. 2004. Monitoring of chromium and nickel in biological fluids of stainless steel welders using the flux-cored-wire (FCW) welding method. Int Arch Occup Environ Health 77(8):587-591.

Subramanian S, Rajendiran G, Sekhar P, et al. 2006. Reproductive toxicity of chromium in adult bonnet monkeys (*Macaca radiata Geoffrey*). Reversible oxidative stress in the semen. Toxicol Appl Pharmacol 215:237-249.

Sugden KD, Burris RB, Rogers SJ. 1990. An oxygen dependence in chromium mutagenesis. Mutat Res 244:239-244.

Sugiyama M. 1991. Effects of vitamins on chromium(VI)-induced damage. Environ Health Perspect 92:63-70.

Sugiyama M, Tsuzuki K. 1994. Effect of glutathione depletion on formation of paramagnetic chromium in Chinese hamster V-79 cells. FEBS Lett 341:273-276.

Sugiyama M, Patierno SR, Cantoni O, et al. 1986a. Characterization of DNA lesions induced by $CaCrO_4$ in synchronous and asynchronous cultured mammalian cells. Mol Pharmacol 29:606-613.

*Sugiyama M, Wang XW, Costa M. 1986b. Comparison of DNA lesions and cytotoxicity induced by calcium chromate in human, mouse, and hamster cell lines. Cancer Res 46:4547-4551.

Sullivan MF, Miller BM, Goebel JC. 1984. Gastrointestinal absorption of metals ($^{51}$Cr, $^{65}$Zn, $^{95m}$Tc, $^{109}$Cd, $^{113}$Sn, $^{147}$Pm, and $^{238}$Pu) by rats and swine. Environ Res 35:439-453.

Sunderman FW, Hopfer SM, Swift T, et al. 1989. Cobalt, chromium, and nickel concentrations in body fluids of patients with porous-coated knee or hip prostheses. J Orthop Res 7:307-315.

Suzuki Y, Fukuda K. 1990. Reduction of hexavalent chromium by ascorbic acid and glutathione with special reference to the rat lung. Arch Toxicol 64:169-176.

Suzuki Y, Serita F. 1985. Simultaneous determination of water-soluble trivalent and hexavalent chromium by anion exchange high-pressure liquid chromatography. Ind Health 23:207-220.

Suzuki Y, Homma K, Minami M, et al. 1984. Distribution of chromium in rats exposed to hexavalent chromium and trivalent chromium aerosols. Ind Health 22:261-267.

Swaine DJ, Mitchell RL. 1960. Trace-element distribution in soil profiles. J Soil Sci 11(2):347-368.

Tagliari KC, Cecchini R, Vargas VMF. 2004. Mutagenicity of chromium (VI) using the Salmonella microsuspension bioassay. Rev Bras Toxicol 17(2):45-50.

Takagi Y, Matsuda S, Imai S, et al. 1986. Trace elements in human hair: An international comparison. Bull Environ Contam Toxicol 36:793-800.

Takagi Y, Matsuda S, Imai S, et al. 1988. Survey of trace elements in human nails: An international comparison. Bull Environ Contam Toxicol 41:683-689.

Takahashi K, Okubo T. 1990. A prospective cohort study of chromium plating workers in Japan. Arch Environ Health 45(2):107-111.

Tandon SK, Behari JR, Kachru DN. 1979. Distribution of chromium in poisoned rats. Toxicology 13:29-34.

*Tandon SK, Saxena DK, Gaur JS, et al. 1978. Comparative toxicity of trivalent and hexavalent chromium. Environ Res 15:90-99.

Taylor FH. 1966. The relationship of mortality and duration of employment as reflected by a cohort of chromate workers. Am J Public Health 56(2):218-229.

Teraoka H. 1981. Distribution of 24 elements in the internal organs of normal males and the metallic workers in Japan. Arch Environ Health 36(4):155-164.

Tezuka M, Keiko M, Toshiyuki E, et al. 1991. Protective effect of chromium (III) on acute lethal toxicity of carbon tetrachloride in rats and mice. J Inorg Biochem 42(1):1-8.

Tezuka M, Sadanobu S, Gomi K, et al. 1995. *In vitro* effect of chromium and other trace metals on mouse hepatotoxicity induced by carbon tetrachloride exposure. Biol Pharm Bull 18(2):256-261.

Thomas K, Colborn T. 1992. Organochlorine endocrine disruptors in human tissue. In: Colborn T, Clement C, eds. Chemically induced alterations in sexual and functional development: The wildlife/human connection. Princeton, NJ: Princeton Scientific Publishing, 365-394.

Thompson RC, Hollis OL. 1958. Irradiation of the gastrointestinal tract of the rat by ingested ruthenium-106. Am J Physiol 194(2):308-312.

Thompson CM, Proctor DM, Haws LC, et al. 2011. Investigation of the mode of action underlying the tumorigenic response induced in B6C3F1 mice exposed orally to hexavalent chromium. Toxicol Sci 123(1):58-70.

Thompson CM, Proctor DM, Suh M, et al. 2012. Comparison of the effects of hexavalent chromium in the alimentary canal of F344 rats and B6C3F1 mice following exposure in drinking water: Implications for carcinogenic modes of action. Toxicol Sci 125(1):79-90.

Thomson WE.  1903.  Note on a case of vesication of the cornea by potassium bichromate.  Ophthalmoscope 1:214-216.

Tola S, Kilpio J, Virtamo M, et al.  1977.  Urinary chromium as an indicator of the exposure of welders to chromium.  Scand J Work Environ Health 3:192-202.

Torgrimsen T.  1982.  Analysis of chromium.  In:  Langård S, ed.  Biological and environmental aspects of chromium.  New York, NY:  Elsevier Biomedical Press, 65-99.

Tossavainen A, Nurminen P, Mutanen P, et al.  1980.  Application of mathematical modeling for assessing the biological half-times of chromium and nickel in field studies.  Br J Ind Med 37:285-291.

Trent LK, Thieding-Cancel D.  1995.  Effects of chromium picolinate on body composition.  J Sports Med Phys Fitness 35:273-280.

TRI09.  2011.  TRI explorer:  Providing access to EPA's toxics release inventory data.  Washington, DC:  Office of Information Analysis and Access.  Office of Environmental Information.  U.S. Environmental Protection Agency.  Toxics Release Inventory.  http://www.epa.gov/triexplorer/.  September 20, 2011.

Triebig G, Zschiesche W, Schaller KH, et al.  1987.  Studies on the nephrotoxicity of heavy metals in iron and steel industries.  In:  Foa V, Emmett EA, Maroni M, Colombi A, eds.  Occupational and environmental chemical hazards.  Cellular and biochemical indices for monitoring toxicity.  Chichester, UK:  Ellis Horwood Limited, 334-338.

Trivedi B, Saxena DK, Murthy RC, et al.  1989.  Embryotoxicity and fetotoxicity of orally administered hexavalent chromium in mice.  Reprod Toxicol 3:275-278.

Trzeciak A, Kowalik J, Malecka-Panas E, et al.  2000.  Genotoxicity of chromium in human gastric mucosa cells and peripheral blood lymphocytes evaluated by the single cell gel electrophoresis (comet assay).  Med Sci Monit 6(1):24-29.

Tsapakos MJ, Hampton TH, Sinclair PR, et al.  1983a.  The carcinogen chromate causes DNA damage and inhibits drug-mediated induction of porphyrin accumulation and glucuronidation in chick embryo hepatocytes.  Carcinogenesis 4(8):959-966.

Tsapakos MJ, Hampton TH, Wetterhahn KE.  1983b.  Chromium(VI)-induced DNA lesions and chromium distribution in rat kidney, liver, and lung.  Cancer Res 43:5662-5667.

Tsou TC, Chen CL, Liu TY, et al.  1996.  Induction of 8-hydroxydeoxyguanosine in DNA by chromium(III) plus hydrogen peroxide and its prevention by scavengers.  Carcinogenesis 17(1):103-108.

*Tsuchiya K.  1965.  The relation of occupation to cancer, especially cancer of the lung.  Cancer 18:136-144.

Tsuda H, Kato K.  1977.  Chromosomal aberrations and morphological transformation in hamster embryonic cells treated with potassium dichromate *in vitro*.  Mutat Res 46:87-94.

Uddin AN, Burns FJ, Rossman TG, et al.  2007.  Dietary chromium and nickel enhance UV-carcinogenesis in skin of hairless mice.  Toxicol Appl Pharmacol 221(3):329-338.

CHROMIUM                                                                                    491

9. REFERENCES

Ueno S, Kashimoto T, Susa N, et al. 2001. Detection of dichromate (VI)-induced DNA strand breaks and formation of paramagnetic chromium in multiple mouse organs. Toxicol Appl Pharmacol 170:56-62.

Ueno S, Sugiyama M, Nobuyuki S, et al. 1995a. Effect of dimethylthiourea on chromium(VI)-induced DNA single-strand breaks in Chinese hamster V-79 cells. Mutat Res 346:247-253.

*Ueno S, Susa N, Furukawa Y, et al. 1988. The relationship between the development of toxicity and lipid peroxidation induced by chromium compounds in rats. Kitasato Arch of Exp Med 61:137-147.

Ueno S, Susa N, Furukawa Y, et al. 1995b. Formation of paramagnetic chromium in liver of mice treated with dichromate(VI). Toxicol Appl Pharmacol 135:165-171.

Umeda M, Nishimura M. 1979. Inducibility of chromosomal aberrations by metal compounds in cultured mammalian cells. Mutat Res 67:221-229.

Urasa IT, Nam SH. 1989. Direct determination of chromium(III) and chromium(VI) with ion chromatography using direct current plasma emission as element-selective detector. J Chromatogr Sci 27:30-37.

USDI. 1988a. Mineral yearbook: Chromium. U.S. Department of the Interior, Bureau of Mines, Pittsburgh, PA.

USGS. 1984. Element concentrations in soils and other surficial materials of the conterminous United States. United States Geological Survey. USGS Professional Paper 1270. Washington, DC: U.S. Government Printing Office.

USGS. 1989. Concentrations of nine trace metals in ground water at the Idaho National Engineering Laboratory, Idaho. U.S. Geological Survey. Idaho Falls, Idaho: U.S. Geological Service, U.S. Department of Energy. DE88015177.

USGS. 2008a. Chromium. In: Mineral commodity summaries 2008. U.S. Geological Survey, 48-49. http://minerals.usgs.gov/minerals/pubs/mcs/2008/mcs2008.pdf. May 22, 2008.

USGS. 2008b. 2006 Minerals yearbook. Chromium. U.S. Geological Survey. http://minerals.usgs.gov/minerals/pubs/commodity/chromium/myb1-2006-chrom.pdf. May 22, 2008.

*Uyama T, Monden Y, Tsuyuguchi M, et al. 1989. Lung cancer in chromate workers: High-risk group for multiple lung cancer. J Surg Oncol 41:213-218.

Vaglenov A, Nosko M, Georgieva R, et al. 1999. Genotoxicity and radioresistence in electroplating workers exposed to chromium. Mutat Res 446(1):23-34.

Vasant C, Rajaram R, Ramasami T. 2003. Apoptosis of lymphocytes induced by chromium(VI/V) is through ROS-mediated activation of Src-family kinases and caspases-3. Free Radic Biol Med 35(9):1082-1100.

Veillon C. 1989. Analytical chemistry of chromium. Sci Total Environ 86:65-68.

Veillon C, Patterson KY, Bryden NA. 1982. Direct determination of chromium in human urine by electrothermal atomic absorption spectrometry. Anal Chim Acta 136:233-241.

Venier P, Montaldi A, Majone F, et al. 1982. Cytotoxic, mutagenic and clastogenic effects of industrial chromium compounds. Carcinogenesis 3(11):1331-1338.

Venier P, Montini R, Zordan M, et al. 1989. Induction of SOS response in Escherichia coli strain PQ37 by 16 chemical compounds and human urine extracts. Mutagenesis 4(1):51-57.

Venitt S, Levy LS. 1974. Mutagenicity of chromates in bacteria and its relevance to chromate carcinogenesis. Nature 250:493-495.

Vernot EH, MacEwen JD, Haun CC, et al. 1977. Acute toxicity and skin corrosion data for some organic and inorganic compounds and aqueous solutions. Toxicol Appl Pharmacol 42:417-423.

Verschoor MA, Bragt PC, Herber RFM, et al. 1988. Renal function of chrome-plating workers and welders. Int Arch Occup Environ Health 60:67-70.

Vieira I, Sonnier M, Cresteil, T. 1996. Developmental expression of CYP2E1 in the human liver: Hypermethylation control of gene expression during the neonatal period. Eur J Biochem 238:476-483.

Visek WJ, Whitney IB, Kuhn USC, et al. 1953. Metabolism of $Cr^{51}$ by animals as influenced by chemical state. Proc Soc Exp Biol Med 84:610-615.

Wagley D, Schmiedel G, Mainka E, et al. 1989. Direct determination of some essential and toxic elements in milk and milk powder by graphite furnace atomic absorption spectrometry. Atmos Spectrosc 10(4):106-111.

Wahba A, Cohen T. 1979. Chrome sensitivity in Israel. Contact Dermatitis 5:101-107.

*Wahlberg JE. 1965. Percutaneous toxicity of metal compounds: A comparative investigation in guinea pigs. Arch Environ Health 11:201-204.

Wahlberg JE. 1970. Percutaneous absorption of trivalent and hexavalent chromium ($^{51}$Cr) through excised human and guinea pig skin. Dermatologica 141:288-296.

Wahlberg JE, Skog E. 1965. Percutaneous absorption of trivalent and hexavalent chromium. Arch Dermatol 92:315-318.

Wang J, Ashley K, Kennedy ER, et al. 1997a. Determination of hexavalent chromium in industrial samples using ultrasonic extraction and flow injection analysis. Analyst 122(11):1307-1312.

Wang J. Ashley K, Marlow D. 1999. Field method for the determination of hexavalent chromium by ultrasonication and strong anion-exchange solid-phase extraction. Anal Chem 71:1027-1032.

Wang JY, Tsukayama DT, Wicklund BH, et al. 1996a. Inhibition of T and B cell proliferation by titanium, cobalt, and chromium: Role of IL-2 and IL-6. J Biomed Mater Res 32:655-661.

Wang T, Jia G, Zhang J, et al. 2011a. Renal impairment caused by chronic occupational chromate exposure. Int Arch Occup Environ Health 84(4):393-401.

Wang TC, Jia G, Zhang J, et al. 2011b. Vitamin B12 and folate deficiency and elevated plasma total homocysteine in workers with chronic exposure to chromate. Occup Environ Med. http://www.oem.bmj.com.pdf/10.1136/oem.2010.063305. October 21, 2011.

Wang X, Xing M, Shen Y, et al. 2006. Oral administration of Cr(VI) induced oxidative stress, DNA damage and apoptotic cell death in mice. Toxicology 228(1):16-23.

*Wang XW, Davies JWL, Sirvent RLZ, et al. 1985. Chromic acid burns and acute chromium poisoning. Burns 11:181-184.

Wani S, Weskamp C, Marple J, et al. 2006. Acute tubular necrosis associated with chromium picolinate-containing dietary supplement. Ann Pharmacother 40:563-566.

Warren G, Schultz P, Bancroft D, et al. 1981. Mutagenicity of a series of hexacoordinate chromium(III) compounds. Mutat Res 90:111-118.

Wasser WG, Feldman NS, D'Agati VD. 1997. Chronic renal failure after ingestion of over-the-counter chromium picolinate. Ann Intern Med 126(5):410.

Watanabe K, Sakamoto K, Sasaki T. 1998a. Comparisons on chemically-induced mutation among four bacterial strains, *Salmonella typhimurium* TA102 and TA2638, and Escherichia coli WP2/pKM101 and WP2 uvrA/pKM101: Collaborative study II. Mutat Res 412:17-31.

Weast RC, ed. 1985. CRC handbook of chromium and physics. 66th ed. Boca Raton, FL: CRC Press, Inc., B-70, B-88-89, B-106, B-127, B-142, B-147, B-159, D-215.

Weber H. 1983. Long-term study of the distribution of soluble chromate-51 in the rat after a single intratracheal administration. J Toxicol Environ Health 11:749-764.

Wedeen RP, Haque S, Udasin I, et al. 1996. Absence of tubular proteinuria following environmental exposure to chromium. Arch Environ Health 51(4):321-323.

Werfel U, Langen V, Eickhoff I, et al. 1998. Elevated DNA single-strand breakage frequencies in lymphocytes of welders exposed to chromium and nickel. Carcinogenesis 19(3):413-418.

West JR, Smith HW, Chasis H. 1948. Glomerular filtration rate, effective renal blood flow, and maximal tubular excretory capacity in infancy. J Pediatrics 32a:10-18.

Westbrook JH. 1979. Chromium and chromium alloys. In: Grayson M, ed. Kirk-Othmer encyclopedia of chemical technology, Vol. 6, 3rd ed. New York, NY: John Wiley and Sons, 54-82.

Whiting RF, Stich HF, Koropatnick DJ. 1979. DNA damage and DNA repair in cultured human cells exposed to chromate. Chem Biol Interact 26:267-280.

Whittaker P, San RHC, Clarke JJ, et al. 2005. Mutagenicity of chromium picolinate and its components in Salmonella typhimurium and L5178Y mouse lymphoma cells. Food Chem Toxicol 43(11):1619-1625.

WHO. 1988. Chromium. Environmental Health Criteria 61. Geneva: United Nations Environment Programme. International Labour Organisation. World Health Organization. http://www.inchem.org/documents/ehc/ehc/ehc61.htm. April 23, 2008.

WHO. 2000. Air quality guidelines. 2nd ed. Geneva, Switzerland: World Health Organization. http://www.euro.who.int/document/aiq/6_4chromium.pdf. May 14, 2008.

WHO. 2003. Chromium in drinking water. Background document for development of WHO guidelines for drinking water quality. Geneva: World Health Organization.

WHO. 2004. Guidelines for drinking-water quality. Vol. 1. Recommendations. 3rd ed. Geneva, Switzerland: World Health Organization. http://www.who.int/water_sanitation_health/dwq/gdwq3/en/. March 08, 2006.

Widdowson EM, Dickerson JWT. 1964. Chemical composition of the body. In: Comar CL, Felix F, eds. Mineral metabolism: An advanced treatise Volume II, The elements part A. New York, NY: Academic Press.

Wiegand HJ, Ottenwalder H, Bolt HM. 1984. The reduction of chromium(VI) to chromium(III) by glutathione: An intracellular redox pathway in the metabolism of the carcinogen chromate. Toxicology 33:341-348.

Wiegand HJ, Ottenwalder H, Bolt HM. 1985. Fast uptake kinetics *in vitro* of 51Cr (VI) by red blood cells of man and rat. Arch Toxicol 57(1):31-34.

Wiegand HJ, Ottenwalder H, Bolt HM. 1987. Bioavailability and metabolism of hexavalent chromium compounds. Toxicol Environ Chem 14:263-275.

Wiegand HJ, Ottenwalder H, Bolt HM. 1988. Recent advances in biological monitoring of hexavalent chromium compounds. Sci Total Environ 71:309-315.

Wiersema JM, Wright L, Rogers B, et al. 1984. Human exposure to potentially toxic elements through ambient air in Texas. In: Proceedings of the 77th meeting of Air Pollution Control Association, Vol. Austin, TX, 2-15.

Wild D. 1978. Cytogenetic effects in the mouse of 17 chemical mutagens and carcinogens evaluated by the micronucleus test. Mutat Res 56:319-327.

*Williams MW, Hoechele JD, Turner JE, et al. 1982. Chemical softness and acute metal toxicity in mice and Drosophila. Toxicol Appl Pharmacol 63:461-469.

Winder C, Carmody M. 2002. The dermal toxicity of cement. (Comment in: Toxicol Ind Health 19:183). Toxicol Ind Health 18:321-331.

Winston JR, Walsh EN. 1951. Chromate dermatitis in railroad employees working with diesel locomotives. J Am Med Assoc 147:1133-1134.

Wise JP, Orenstein JM, Patierno SR. 1993. Inhibition of lead chromate clastogenesis by ascorbate: Relationship to particle dissolution and uptake. Carcinogenesis 14(3):429-434.

Wise JP, Wise SS, Little JE. 2002. The cytotoxicity and genotoxicity of particulate and soluble hexavalent chromium in human lung cells. Mutat Res 517:221-229.

Wise SS, Holmes AL, Ketterer ME, et al. 2004. Chromium is the proximate clastogenic species for lead chromate-induced clastogenicity in human bronchial cells. Mutat Res 560:79-89.

Wise SS, Holmes AL, Ketterer M, et al. 2003. Chromium is the proximate genotoxic species in lead chromate-induced genotoxicity in human bronchial cells. Toxicologist 72(S-1):217.

Wise SS, Holmes AL, Wise JP.  2006b.  Particulate and soluble hexavalent chromium are cytotoxic and genotoxic to human lung epithelial cells.  Mutat Res 610(1-2):2-7.

Wise SS, Holmes AL, Xie H, et al.  2006a.  Chronic exposure to particulate chromate induces spindle assembly checkpoint bypass in human lung cells.  Chem Res Toxicol 19:1492-1498.

Wise SS, Kraus S, Shaffiey F, et al.  2008.  Hexavalent chromium is cytotoxic and genotoxic to the North Atlantic right whale (*Eubalaena glacialis*) lung and testes fibroblasts.  Mutat Res 650:30-38.

Witmer C, Faria E, Park H-S, et al.  1994.  *In vivo* effects of chromium.  Environ Health Perspect 102(3):169-176.

Witmer CM, Harris R, Shupack SI.  1991.  Oral bioavailability of chromium from a specific site.  Environ Health Persp 92:105-110.

Witmer CM, Park HS, Shupack SI.  1989.  Mutagenicity and disposition of chromium.  Sci Total Environ 86:131-148.

Wong SS, Chan MT, Gan SL, et al.  1998.  Occupational chromate allergy in Singapore:  A study of 87 patients and a review from 1983 to 1995.  Am J Contact Dermatitis 9(1):1-5.

*Woolliscroft J, Barbosa J.  1977.  Analysis of chromium induced carbohydrate intolerance in the rat.  J Nutr 107(9):1702-1706.

Wroñska-Nofer T, Wisniewska-Knypl J, Wyszyñska K.  1999.  Prooxidative and genotoxic effect of transition metals (cadmium, nickel, chromium, and vanadium) in mice.  Trace Elem Electrolytes 15(2):87-92.

Wu F, Wu W, Kuo H, et al.  2001.  Effect of genotoxic exposure to chromium among electroplating workers in Taiwan.  Sci Total Environ 279:21-28.

Xu J, Bubley GJ, Detrick B, et al.  1996.  Chromium(VI) treatment of normal human lung cells results in guanine-specific DNA polymerase arrest, DNA-DNA cross-links and S-phase blockade of cell cycle.  Carcinogenesis 17(7):1511-1517.

Yamaguchi S, Sano K, Shimojo N.  1983.  On the biological half-time of hexavalent chromium in rats.  Ind Health 21:25-34.

Yamamoto A, Kohyama Y, Hanawa T.  2002.  Mutagenicity evaluation of forty-one metal salts by the umu test.  J Biomed Mater Res 59:176-183.

Yang JL, Hsieh YC, Wu CW, et al.  1992.  Mutational specificity of chromium(VI) compounds in the hprt locus of Chinese hamster ovary-K1 cells.  Carcinogenesis 13(11):2053-2057.

Yang L, Mester Z, Abranko L, et al.  2004.  Determination of total chromium in seawater by isotope dilution sector field ICPMS using GC sample introduction.  Analytical Chemistry 76(13):3510-3516.

Yao H, Guo L, Jiang BH, et al.  2008.  Oxidative stress and chromium(VI) carcinogenesis.  J Environ Pathol Toxicol Oncol 27(2):77-88.

9. REFERENCES

Ye J, Zhang X, Young HA, et al. 1995. Chromium(VI)-induced nuclear factor-κB activation in intact cells via free radical reactions. Carcinogenesis 16(10):2401-2405.

Yeardley RB, Lazorchak JM, Paulsen SG. 1998. Elemental fish tissue contamination in Northeastern U.S. lakes: Evaluation of an approach to regional assessment. Environ Toxicol Chem 17(9):1875-1884.

Yousef MI, El-Demerdash FM, Kamil KI, et al. 2006. Ameliorating effect of folic acid on chromium(VI)-induced changes in reproductive performance and seminal plasma biochemistry in male rabbits. Reprod Toxicol 21(3):322-328.

Zahid ZR, Al-Hakkak ZS, Kadhim AHH, et al. 1990. Comparative effects of trivalent and hexavalent chromium on spermatogenesis of the mouse. Toxicol Environ Chem 25:131-136.

Zatka VJ. 1985. Speciation of hexavalent chromium in welding fumes interference by air oxidation of chromium. Am Ind Hyg Assoc J 46(6):327-331.

Zhang J, Li S. 1997. Cancer mortality in a Chinese population exposed to hexavalent chromium in water. (Comment in: J Occup Environ Med 48(7):749). J Occ Env Med 39(4):315-319.

Zhang J, Li X. 1987. Chromium pollution of soil and water in Jinzhou. J Chinese Prev Med 21:262-264.

Zhang M, Chen Z, Chen Q, et al. 2008. Investigating DNA damage in tannery workers occupationally exposed to trivalent chromium using comet assay. Mutat Res 654(1):45-51.

Zhang XH, Zhang X, Wang XC, et al. 2011. Chronic occupational exposure to hexavalent chromium causes DNA damage in electroplating workers. BMC Public Health 11:224. http://www.biomedcentral.com/content/pdf/1471-2458-11-224.pdf. October 20, 2011.

Zhitkovich A. 2005. Importance of chromium-DNA adducts in mutagenicity and toxicity of chromium(VI). Chem Res Toxicol 18:3-11.

Zhitkovich A, Voitkun V, Costa M. 1996. Formation of the amino acid-DNA complexes by hexavalent and trivalent chromium *in vitro*: Importance of trivalent chromium and the phosphate group. Biochemistry 35:7275-7282.

Ziegler EE, Edwards BB, Jensen RL, et al. 1978. Absorption and retention of lead by infants. Pediatr Res 12:29-34.

Zimmering S, Mason JM, Valencia R, et al. 1985. Chemical mutagenesis testing in Drosophila. II. Results of 20 coded compounds tested for the National Toxicology Program. Environ Mutagen 7:87-100.

# 10.  GLOSSARY

**Absorption**—The taking up of liquids by solids, or of gases by solids or liquids.

**Acute Exposure**—Exposure to a chemical for a duration of 14 days or less, as specified in the Toxicological Profiles.

**Adsorption**—The adhesion in an extremely thin layer of molecules (as of gases, solutes, or liquids) to the surfaces of solid bodies or liquids with which they are in contact.

**Adsorption Coefficient ($K_{oc}$)**—The ratio of the amount of a chemical adsorbed per unit weight of organic carbon in the soil or sediment to the concentration of the chemical in solution at equilibrium.

**Adsorption Ratio (Kd)**—The amount of a chemical adsorbed by sediment or soil (i.e., the solid phase) divided by the amount of chemical in the solution phase, which is in equilibrium with the solid phase, at a fixed solid/solution ratio.  It is generally expressed in micrograms of chemical sorbed per gram of soil or sediment.

**Benchmark Dose (BMD)**—Usually defined as the lower confidence limit on the dose that produces a specified magnitude of changes in a specified adverse response.  For example, a $BMD_{10}$ would be the dose at the 95% lower confidence limit on a 10% response, and the benchmark response (BMR) would be 10%.  The BMD is determined by modeling the dose response curve in the region of the dose response relationship where biologically observable data are feasible.

**Benchmark Dose Model**—A statistical dose-response model applied to either experimental toxicological or epidemiological data to calculate a BMD.

**Bioconcentration Factor (BCF)**—The quotient of the concentration of a chemical in aquatic organisms at a specific time or during a discrete time period of exposure divided by the concentration in the surrounding water at the same time or during the same period.

**Biomarkers**—Broadly defined as indicators signaling events in biologic systems or samples.  They have been classified as markers of exposure, markers of effect, and markers of susceptibility.

**Cancer Effect Level (CEL)**—The lowest dose of chemical in a study, or group of studies, that produces significant increases in the incidence of cancer (or tumors) between the exposed population and its appropriate control.

**Carcinogen**—A chemical capable of inducing cancer.

**Case-Control Study**—A type of epidemiological study that examines the relationship between a particular outcome (disease or condition) and a variety of potential causative agents (such as toxic chemicals).  In a case-controlled study, a group of people with a specified and well-defined outcome is identified and compared to a similar group of people without outcome.

**Case Report**—Describes a single individual with a particular disease or exposure.  These may suggest some potential topics for scientific research, but are not actual research studies.

**Case Series**—Describes the experience of a small number of individuals with the same disease or exposure.  These may suggest potential topics for scientific research, but are not actual research studies.

**Ceiling Value**—A concentration of a substance that should not be exceeded, even instantaneously.

**Chronic Exposure**—Exposure to a chemical for 365 days or more, as specified in the Toxicological Profiles.

**Cohort Study**—A type of epidemiological study of a specific group or groups of people who have had a common insult (e.g., exposure to an agent suspected of causing disease or a common disease) and are followed forward from exposure to outcome.  At least one exposed group is compared to one unexposed group.

**Cross-sectional Study**—A type of epidemiological study of a group or groups of people that examines the relationship between exposure and outcome to a chemical or to chemicals at one point in time.

**Data Needs**—Substance-specific informational needs that if met would reduce the uncertainties of human health assessment.

**Developmental Toxicity**—The occurrence of adverse effects on the developing organism that may result from exposure to a chemical prior to conception (either parent), during prenatal development, or postnatally to the time of sexual maturation.  Adverse developmental effects may be detected at any point in the life span of the organism.

**Dose-Response Relationship**—The quantitative relationship between the amount of exposure to a toxicant and the incidence of the adverse effects.

**Embryotoxicity and Fetotoxicity**—Any toxic effect on the conceptus as a result of prenatal exposure to a chemical; the distinguishing feature between the two terms is the stage of development during which the insult occurs.  The terms, as used here, include malformations and variations, altered growth, and *in utero* death.

**Environmental Protection Agency (EPA) Health Advisory**—An estimate of acceptable drinking water levels for a chemical substance based on health effects information.  A health advisory is not a legally enforceable federal standard, but serves as technical guidance to assist federal, state, and local officials.

**Epidemiology**—Refers to the investigation of factors that determine the frequency and distribution of disease or other health-related conditions within a defined human population during a specified period.

**Genotoxicity**—A specific adverse effect on the genome of living cells that, upon the duplication of affected cells, can be expressed as a mutagenic, clastogenic, or carcinogenic event because of specific alteration of the molecular structure of the genome.

**Half-life**—A measure of rate for the time required to eliminate one half of a quantity of a chemical from the body or environmental media.

**Immediately Dangerous to Life or Health (IDLH)**—The maximum environmental concentration of a contaminant from which one could escape within 30 minutes without any escape-impairing symptoms or irreversible health effects.

**Immunologic Toxicity**—The occurrence of adverse effects on the immune system that may result from exposure to environmental agents such as chemicals.

**Immunological Effects**—Functional changes in the immune response.

**Incidence**—The ratio of individuals in a population who develop a specified condition to the total number of individuals in that population who could have developed that condition in a specified time period.

**Intermediate Exposure**—Exposure to a chemical for a duration of 15–364 days, as specified in the Toxicological Profiles.

*In Vitro*—Isolated from the living organism and artificially maintained, as in a test tube.

*In Vivo*—Occurring within the living organism.

**Lethal Concentration$_{(LO)}$ (LC$_{LO}$)**—The lowest concentration of a chemical in air that has been reported to have caused death in humans or animals.

**Lethal Concentration$_{(50)}$ (LC$_{50}$)**—A calculated concentration of a chemical in air to which exposure for a specific length of time is expected to cause death in 50% of a defined experimental animal population.

**Lethal Dose$_{(LO)}$ (LD$_{Lo}$)**—The lowest dose of a chemical introduced by a route other than inhalation that has been reported to have caused death in humans or animals.

**Lethal Dose$_{(50)}$ (LD$_{50}$)**—The dose of a chemical that has been calculated to cause death in 50% of a defined experimental animal population.

**Lethal Time$_{(50)}$ (LT$_{50}$)**—A calculated period of time within which a specific concentration of a chemical is expected to cause death in 50% of a defined experimental animal population.

**Lowest-Observed-Adverse-Effect Level (LOAEL)**—The lowest exposure level of chemical in a study, or group of studies, that produces statistically or biologically significant increases in frequency or severity of adverse effects between the exposed population and its appropriate control.

**Lymphoreticular Effects**—Represent morphological effects involving lymphatic tissues such as the lymph nodes, spleen, and thymus.

**Malformations**—Permanent structural changes that may adversely affect survival, development, or function.

**Minimal Risk Level (MRL)**—An estimate of daily human exposure to a hazardous substance that is likely to be without an appreciable risk of adverse noncancer health effects over a specified route and duration of exposure.

**Modifying Factor (MF)**—A value (greater than zero) that is applied to the derivation of a Minimal Risk Level (MRL) to reflect additional concerns about the database that are not covered by the uncertainty factors. The default value for a MF is 1.

**Morbidity**—State of being diseased; morbidity rate is the incidence or prevalence of disease in a specific population.

**Mortality**—Death; mortality rate is a measure of the number of deaths in a population during a specified interval of time.

**Mutagen**—A substance that causes mutations.  A mutation is a change in the DNA sequence of a cell's DNA.  Mutations can lead to birth defects, miscarriages, or cancer.

**Necropsy**—The gross examination of the organs and tissues of a dead body to determine the cause of death or pathological conditions.

**Neurotoxicity**—The occurrence of adverse effects on the nervous system following exposure to a chemical.

**No-Observed-Adverse-Effect Level (NOAEL)**—The dose of a chemical at which there were no statistically or biologically significant increases in frequency or severity of adverse effects seen between the exposed population and its appropriate control.  Effects may be produced at this dose, but they are not considered to be adverse.

**Octanol-Water Partition Coefficient ($K_{ow}$)**—The equilibrium ratio of the concentrations of a chemical in *n*-octanol and water, in dilute solution.

**Odds Ratio (OR)**—A means of measuring the association between an exposure (such as toxic substances and a disease or condition) that represents the best estimate of relative risk (risk as a ratio of the incidence among subjects exposed to a particular risk factor divided by the incidence among subjects who were not exposed to the risk factor).  An OR of greater than 1 is considered to indicate greater risk of disease in the exposed group compared to the unexposed group.

**Organophosphate or Organophosphorus Compound**—A phosphorus-containing organic compound and especially a pesticide that acts by inhibiting cholinesterase.

**Permissible Exposure Limit (PEL)**—An Occupational Safety and Health Administration (OSHA) allowable exposure level in workplace air averaged over an 8-hour shift of a 40-hour workweek.

**Pesticide**—General classification of chemicals specifically developed and produced for use in the control of agricultural and public health pests.

**Pharmacokinetics**—The dynamic behavior of a material in the body, used to predict the fate (disposition) of an exogenous substance in an organism.  Utilizing computational techniques, it provides the means of studying the absorption, distribution, metabolism, and excretion of chemicals by the body.

**Pharmacokinetic Model**—A set of equations that can be used to describe the time course of a parent chemical or metabolite in an animal system.  There are two types of pharmacokinetic models:  data-based and physiologically-based.  A data-based model divides the animal system into a series of compartments, which, in general, do not represent real, identifiable anatomic regions of the body, whereas the physiologically-based model compartments represent real anatomic regions of the body.

**Physiologically Based Pharmacodynamic (PBPD) Model**—A type of physiologically based dose-response model that quantitatively describes the relationship between target tissue dose and toxic end points.  These models advance the importance of physiologically based models in that they clearly describe the biological effect (response) produced by the system following exposure to an exogenous substance.

**Physiologically Based Pharmacokinetic (PBPK) Model**—Comprised of a series of compartments representing organs or tissue groups with realistic weights and blood flows. These models require a variety of physiological information: tissue volumes, blood flow rates to tissues, cardiac output, alveolar ventilation rates, and possibly membrane permeabilities. The models also utilize biochemical information, such as air/blood partition coefficients, and metabolic parameters. PBPK models are also called biologically based tissue dosimetry models.

**Prevalence**—The number of cases of a disease or condition in a population at one point in time.

**Prospective Study**—A type of cohort study in which the pertinent observations are made on events occurring after the start of the study. A group is followed over time.

$q_1$*—The upper-bound estimate of the low-dose slope of the dose-response curve as determined by the multistage procedure. The $q_1$* can be used to calculate an estimate of carcinogenic potency, the incremental excess cancer risk per unit of exposure (usually μg/L for water, mg/kg/day for food, and μg/m$^3$ for air).

**Recommended Exposure Limit (REL)**—A National Institute for Occupational Safety and Health (NIOSH) time-weighted average (TWA) concentration for up to a 10-hour workday during a 40-hour workweek.

**Reference Concentration (RfC)**—An estimate (with uncertainty spanning perhaps an order of magnitude) of a continuous inhalation exposure to the human population (including sensitive subgroups) that is likely to be without an appreciable risk of deleterious noncancer health effects during a lifetime. The inhalation reference concentration is for continuous inhalation exposures and is appropriately expressed in units of mg/m$^3$ or ppm.

**Reference Dose (RfD)**—An estimate (with uncertainty spanning perhaps an order of magnitude) of the daily exposure of the human population to a potential hazard that is likely to be without risk of deleterious effects during a lifetime. The RfD is operationally derived from the no-observed-adverse-effect level (NOAEL, from animal and human studies) by a consistent application of uncertainty factors that reflect various types of data used to estimate RfDs and an additional modifying factor, which is based on a professional judgment of the entire database on the chemical. The RfDs are not applicable to nonthreshold effects such as cancer.

**Reportable Quantity (RQ)**—The quantity of a hazardous substance that is considered reportable under the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA). Reportable quantities are (1) 1 pound or greater or (2) for selected substances, an amount established by regulation either under CERCLA or under Section 311 of the Clean Water Act. Quantities are measured over a 24-hour period.

**Reproductive Toxicity**—The occurrence of adverse effects on the reproductive system that may result from exposure to a chemical. The toxicity may be directed to the reproductive organs and/or the related endocrine system. The manifestation of such toxicity may be noted as alterations in sexual behavior, fertility, pregnancy outcomes, or modifications in other functions that are dependent on the integrity of this system.

**Retrospective Study**—A type of cohort study based on a group of persons known to have been exposed at some time in the past. Data are collected from routinely recorded events, up to the time the study is undertaken. Retrospective studies are limited to causal factors that can be ascertained from existing records and/or examining survivors of the cohort.

**Risk**—The possibility or chance that some adverse effect will result from a given exposure to a chemical.

**Risk Factor**—An aspect of personal behavior or lifestyle, an environmental exposure, or an inborn or inherited characteristic that is associated with an increased occurrence of disease or other health-related event or condition.

**Risk Ratio**—The ratio of the risk among persons with specific risk factors compared to the risk among persons without risk factors. A risk ratio greater than 1 indicates greater risk of disease in the exposed group compared to the unexposed group.

**Short-Term Exposure Limit (STEL)**—The American Conference of Governmental Industrial Hygienists (ACGIH) maximum concentration to which workers can be exposed for up to 15 minutes continually. No more than four excursions are allowed per day, and there must be at least 60 minutes between exposure periods. The daily Threshold Limit Value-Time Weighted Average (TLV-TWA) may not be exceeded.

**Standardized Mortality Ratio (SMR)**—A ratio of the observed number of deaths and the expected number of deaths in a specific standard population.

**Target Organ Toxicity**—This term covers a broad range of adverse effects on target organs or physiological systems (e.g., renal, cardiovascular) extending from those arising through a single limited exposure to those assumed over a lifetime of exposure to a chemical.

**Teratogen**—A chemical that causes structural defects that affect the development of an organism.

**Threshold Limit Value (TLV)**—An American Conference of Governmental Industrial Hygienists (ACGIH) concentration of a substance to which most workers can be exposed without adverse effect. The TLV may be expressed as a Time Weighted Average (TWA), as a Short-Term Exposure Limit (STEL), or as a ceiling limit (CL).

**Time-Weighted Average (TWA)**—An allowable exposure concentration averaged over a normal 8-hour workday or 40-hour workweek.

**Toxic Dose$_{(50)}$ (TD$_{50}$)**—A calculated dose of a chemical, introduced by a route other than inhalation, which is expected to cause a specific toxic effect in 50% of a defined experimental animal population.

**Toxicokinetic**—The absorption, distribution, and elimination of toxic compounds in the living organism.

**Uncertainty Factor (UF)**—A factor used in operationally deriving the Minimal Risk Level (MRL) or Reference Dose (RfD) or Reference Concentration (RfC) from experimental data. UFs are intended to account for (1) the variation in sensitivity among the members of the human population, (2) the uncertainty in extrapolating animal data to the case of human, (3) the uncertainty in extrapolating from data obtained in a study that is of less than lifetime exposure, and (4) the uncertainty in using lowest-observed-adverse-effect level (LOAEL) data rather than no-observed-adverse-effect level (NOAEL) data. A default for each individual UF is 10; if complete certainty in data exists, a value of 1 can be used; however, a reduced UF of 3 may be used on a case-by-case basis, 3 being the approximate logarithmic average of 10 and 1.

**Xenobiotic**—Any chemical that is foreign to the biological system

# APPENDIX A.  ATSDR MINIMAL RISK LEVELS AND WORKSHEETS

The Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) [42 U.S.C. 9601 et seq.], as amended by the Superfund Amendments and Reauthorization Act (SARA) [Pub. L. 99–499], requires that the Agency for Toxic Substances and Disease Registry (ATSDR) develop jointly with the U.S. Environmental Protection Agency (EPA), in order of priority, a list of hazardous substances most commonly found at facilities on the CERCLA National Priorities List (NPL); prepare toxicological profiles for each substance included on the priority list of hazardous substances; and assure the initiation of a research program to fill identified data needs associated with the substances.

The toxicological profiles include an examination, summary, and interpretation of available toxicological information and epidemiologic evaluations of a hazardous substance.  During the development of toxicological profiles, Minimal Risk Levels (MRLs) are derived when reliable and sufficient data exist to identify the target organ(s) of effect or the most sensitive health effect(s) for a specific duration for a given route of exposure.  An MRL is an estimate of the daily human exposure to a hazardous substance that is likely to be without appreciable risk of adverse noncancer health effects over a specified duration of exposure.  MRLs are based on noncancer health effects only and are not based on a consideration of cancer effects.  These substance-specific estimates, which are intended to serve as screening levels, are used by ATSDR health assessors to identify contaminants and potential health effects that may be of concern at hazardous waste sites.  It is important to note that MRLs are not intended to define clean-up or action levels.

MRLs are derived for hazardous substances using the no-observed-adverse-effect level/uncertainty factor approach.  They are below levels that might cause adverse health effects in the people most sensitive to such chemical-induced effects.  MRLs are derived for acute (1–14 days), intermediate (15–364 days), and chronic (365 days and longer) durations and for the oral and inhalation routes of exposure.  Currently, MRLs for the dermal route of exposure are not derived because ATSDR has not yet identified a method suitable for this route of exposure.  MRLs are generally based on the most sensitive chemical-induced end point considered to be of relevance to humans.  Serious health effects (such as irreparable damage to the liver or kidneys, or birth defects) are not used as a basis for establishing MRLs.  Exposure to a level above the MRL does not mean that adverse health effects will occur.

MRLs are intended only to serve as a screening tool to help public health professionals decide where to look more closely.  They may also be viewed as a mechanism to identify those hazardous waste sites that

are not expected to cause adverse health effects.  Most MRLs contain a degree of uncertainty because of the lack of precise toxicological information on the people who might be most sensitive (e.g., infants, elderly, nutritionally or immunologically compromised) to the effects of hazardous substances.  ATSDR uses a conservative (i.e., protective) approach to address this uncertainty consistent with the public health principle of prevention.  Although human data are preferred, MRLs often must be based on animal studies because relevant human studies are lacking.  In the absence of evidence to the contrary, ATSDR assumes that humans are more sensitive to the effects of hazardous substance than animals and that certain persons may be particularly sensitive.  Thus, the resulting MRL may be as much as 100-fold below levels that have been shown to be nontoxic in laboratory animals.

Proposed MRLs undergo a rigorous review process:  Health Effects/MRL Workgroup reviews within the Division of Toxicology and Human Health Sciences (proposed), expert panel peer reviews, and agency-wide MRL Workgroup reviews, with participation from other federal agencies and comments from the public.  They are subject to change as new information becomes available concomitant with updating the toxicological profiles.  Thus, MRLs in the most recent toxicological profiles supersede previously published levels.  For additional information regarding MRLs, please contact the Division of Toxicology and Human Health Sciences (proposed), Agency for Toxic Substances and Disease Registry, 1600 Clifton Road NE, Mailstop F-62, Atlanta, Georgia 30333.

# MINIMAL RISK LEVEL (MRL) WORKSHEET

Chemical name:      Chromium(VI) aerosols and mists
CAS number:         18540-29-9
Date:               June 2012
Profile status:     Third Draft Post-Public Comment
Route:              [X] Inhalation [ ] Oral
Duration:           [ ] Acute [X] Intermediate [X] Chronic
Key to figure:      11, 29
Species:            Human

Minimal Risk Level:  $5 \times 10^{-6}$ mg chromium(VI)/m$^3$ for dissolved hexavalent chromium aerosols and mists.

Reference:  Lindberg E, Hedenstierna G.  1983.  Chrome plating:  Symptoms, findings in the upper airways, and effects on lung function.  Arch Environ Health 38:367-374.

Experimental design:  Eighty-five male and 19 female chrome-plating workers exposed to chromic acid were assessed for nose, throat, and chest symptoms, were inspected for effects in nasal passages, and were given pulmonary function tests.  Study participants were compared to a reference group of 119 auto mechanics who were not exposed to chromium.  The length of worker exposures to chromic acid ranged from 0.1 to 36 years, spanning intermediate- and chronic-exposure durations.  Since the study population included workers exposed for both intermediate and chronic durations, data are considered appropriate for derivation of the intermediate- and chronic-duration inhalation MRLs.  Chromium exposures were measured using personal air samplers and stationary equipment positioned close to the baths containing chromic acid.  The exposure categories were defined as high average daily concentrations >0.002 mg chromium(VI)/m$^3$], low (average daily concentrations <0.002 mg chromium(VI)/m$^3$), and mixed category (chromium(VI) was <0.002 mg chromium(VI)/m$^3$, with exposure to other acids and metallic salts).  Correlations with nasal irritation and respiratory functions were also determined for peak exposures.  Statistical analyses were performed using the chi-square test with Yate's correction when comparing nasal findings, and the Student's two tail t-test was used when comparing lung function findings.

Effects noted in study and corresponding doses:  Nasal irritation ($p<0.05$), mucosal atrophy ($p<0.05$), and ulceration ($p<0.01$), and decreases in spirometric parameters (forced vital capacity, forced expired volume in 1 second, and forced mid-expiratory flow) were observed in workers occupationally exposed to $\geq 0.002$ mg chromium(VI)/m$^3$ as chromic acid with a median exposure period of 2.5 years.  About 60% of the exposed subjects were smokers, but no consistent association between exposure and cigarette smoking was observed.  Short-term peak exposures to chromic acid correlated better with nasal septum damage than with 8-hour mean concentrations.

Dose end point used for MRL derivation:  0.002 mg chromium(VI)/m$^3$ (nasal irritation, mucosal atrophy, decreased FVC, FEP$_1$, and FEV)

[ ] NOAEL [X] LOAEL [ ] benchmark concentration (BMC)

The LOAEL of 0.002 mg chromium(VI)/m$^3$ for upper respiratory effects was selected as the point of departure for derivation of the intermediate- and chronic-duration inhalation MRLs for dissolved hexavalent chromium aerosols and mists.  The LOAEL was duration-adjusted to a LOAEL$_{ADJ}$ of 0.0005 mg chromium(VI)/m$^3$ for continuous exposure.  The intermediate- and chronic-duration inhalation MRLs of 0.000005 mg chromium(VI)/m$^3$ for dissolved hexavalent chromium aerosols and mists were

derived by dividing the LOAEL$_{ADJ}$ of 0.0005 mg chromium(VI)/m$^3$ by a composite uncertainty factor of 100 (10 for use of a LOAEL and 10 for human variability).

Uncertainty factors used in MRL derivation:

[X] 10 for use of a LOAEL
[  ] 10 for extrapolation from animals to humans
[X] 10 for human variability

Was a conversion factor used from ppm in food or water to a mg/body weight dose? Not applicable.

If an inhalation study in animals, list conversion factors used in determining human equivalent dose: No. Not applicable.

Was a conversion used from intermittent to continuous exposure? Yes, the LOAEL of 0.002 mg chromium(VI)/m$^3$ was multiplied by 8 hour/24 hour and by 5 days/7 days to yield a duration-adjusted LOAEL (LOAEL$_{ADJ}$) of 0.0005 mg chromium(VI)/m$^3$.

Other additional studies or pertinent information that lend support to this MRL: The respiratory tract is the major target of inhalation exposure to chromium(VI) compounds in humans and animals. Respiratory effects due to inhalation exposure are probably due to direct action of chromium at the site of contact. In workers exposed to dissolved hexavalent chromium aerosols and mists (as chromium trioxide mist) for intermediate durations, nasal irritation, ulceration, and mucosal atrophy and rhinorrhea have been reported, with LOAEL values ranging from 0.09 to 0.1 mg chromium(VI)/m$^3$ (Gibb et al. 2000a; Gomes 1972; Kleinfeld and Rosso 1965). Similarly, studies in rats and mice have shown that the upper respiratory tract is a primary target of exposure to inhaled chromium trioxide mist, with LOAEL values ranging from 0.49 to 3.63 mg chromium(VI)/m$^3$ (Adachi 1987; Adachi et al. 1986; Kim et al. 2004). In addition, numerous intermediate- and chronic-duration exposure studies of workers to chromium(VI) compounds in general identify the respiratory tract as the primary target of exposure, with reports of epistaxis, chronic rhinorrhea, nasal itching and soreness, nasal mucosal atrophy, perforations and ulceration of the nasal septum, bronchitis, pneumoconiosis, decreased pulmonary function, and pneumonia (Bovet et al. 1977; Cohen et al. 1974; Davies et al. 1991; Gomes 1972; Greater Tokyo Bureau of Hygiene 1989; Hanslian et al. 1967; Keskinen et al. 1980; Kleinfeld and Rosso 1965; Lee and Goh 1988; Letterer 1939; Lieberman 1941; Lindberg and Hedenstierna 1983; Lucas and Kramkowski 1975; Mancuso 1951; Meyers 1950; Novey et al. 1983; Pastides et al. 1991; PHS 1953; Royle 1975b; Sassi 1956; Sluis-Cremer and du Toit 1968; Sorahan et al. 1987; Taylor 1966).

Agency Contact (Chemical Manager): Sharon Wilbur

# MINIMAL RISK LEVEL (MRL) WORKSHEET

Chemical name:       Chromium(VI) particulates
CAS number:          18540-29-9
Date:                June 2012
Profile status:      Third Draft Post-Public Comment
Route:               [X] Inhalation [ ] Oral
Duration:            [ ] Acute [X] Intermediate [ ] Chronic
Key to figure:       14
Species:             Rat

Minimal Risk Level:  0.0003 mg chromium(VI)/m$^3$ for hexavalent chromium particulate compounds

Reference:  Glaser U, Hochrainer D, Steinholf D.  1990.  Investigation of irritating properties of inhaled CrVI with possible influence on its carcinogenic action.  Environ Hyg 2:235-245.

Experimental design:  Eight-week-old male Wistar rats (30 animals in each group) were exposed 22 hours/day, 7 days/week to 0, 0.05, 0.1, 0.2, or 0.4 mg chromium(VI)/m$^3$ as sodium dichromate aerosol particulates.  Groups of 10 animals were sacrificed after 30 or 90 days of exposure or after 90 days of exposure and a 30-day recovery period.  The respective mass median mean diameters (MMAD) and geometric standard deviation were 0.28 μm and 1.63 for the 0.5 and 0.1 mg chromium(VI)/m$^3$ concentrations and 0.39 μm and 1.72 for the 0.2 and 0.4 mg chromium(VI)/m$^3$ concentrations. Hematological, clinical chemistry, and urinalysis tests were performed.  Gross and histological examinations were limited to the upper airway epithelia, left lung lobes, and the kidneys.  In addition, lung lavage fluid was analyzed for total protein, albumin, lactate dehydrogenase, and β-glucuronidase activities.

Effects noted in study and corresponding doses:  No deaths or abnormal clinical signs occurred at any of the exposures.  Body weight was significantly (p<0.001) decreased at 0.2 and 0.4 mg chromium(VI)/m$^3$ for 30 days, at 0.4 mg chromium(VI)/m$^3$ for 90 days (p<0.05), and at 0.2 (p<0.01) and 0.4 mg chromium(VI)/m$^3$ (p<0.05) in the recovery group.  No differences in urinary protein and no exposure-related histopathological lesions were noted.  No differences were seen in analysis of serum levels or activities of alanine aminotransferese, alkaline phosphatase, glucose, urea, total bilirubin, total cholesterol, or phospholipids.  There were no hematological effects on red blood cells, but the white blood cell counts increased significantly in a dose-related manner at ≥0.1 mg chromium(VI)/m$^3$ after 30 days and at ≥0.05 mg chromium(VI)/m$^3$ after 90 days.  White blood cells counts were not increased in 90 day exposure plus 30-day observation group.

Obstructive respiratory dyspnea occurred at ≥0.2 mg chromium(VI) chromium(VI)/m$^3$ after 30 and 90 days.  Mean lung weight was increased in all exposure groups and was statistically increased at ≥0.05 mg chromium(VI)/m$^3$ for 30 days, and at ≥0.1 mg chromium(VI)/m$^3$ for 90 days and in the 90-day plus recovery period group.  Histological examination revealed slight hyperplasia in high incidence at ≥0.05 mg chromium(VI)/m$^3$ at 30 days.  With longer exposure, the incidence declined, indicating repair.  Lung fibrosis occurred at ≥0.1 mg chromium(VI)/m$^3$ for 30 days, but was not seen in rats exposed for 90 days.  Accumulation of macrophages was observed in all exposed rats, regardless of exposure concentration or duration.  This histiocytosis probably accounts for the increased lung weight.  Histology of upper airways revealed focal inflammation.  Results of bronchoalveolar lavage (BAL) analysis provided further information of the irritation effect.  Total protein in BAL fluid was significantly increased in all exposed groups, but declined in the recovery period.  Albumin in BAL fluid increased in a dose-related manner at all concentrations in the 30-day group, but recovery started during 90-day exposure and continued during the 30-day observation period.  The activities of lactate dehydrogenase

and β-glucuronidase, measures of cytotoxicity, were elevated at 0.2 and 0.4 mg chromium(VI)/m$^3$ for 30 and 90 days, but returned to control values during the recovery period. The number of macrophages in the BAL fluid had significantly increased after 30 and 90 days, but normalized during the recovery period. The macrophages were undergoing cell division or were multinucleate and larger. This activation of macrophages was not observed in the recovered rats. The study authors concluded that inflammation is essential for the induction of most chromium inhalation effects and may influence the carcinogenicity of chromium(VI) compounds.

Dose end point used for MRL derivation:  0.016 mg/m$^3$ (alterations in lactate dehydrogenase levels in bronchoalveolar lavage), converted to a BMCL$_{HEC}$ of 0.010 mg chromium(VI)/m$^3$

[ ] NOAEL [ ] LOAEL [X] benchmark concentration (BMC)

The Agency adopted the benchmark concentration (BMC) analysis of the Glaser et al. (1990) data conducted by Malsch et al. (1994) for deriving an intermediate-duration inhalation MRL for hexavalent chromium particulate compounds. Using the 90-day exposure data (as described above), Malsch et al. (1994) developed BMCLs for lung weight and BAL fluid levels of lactate dehydrogenase, protein, and albumin. Prior to conducting the benchmark analysis, Malsch et al. (1994) adjusted the dose-response data for intermittent exposure. Duration-adjusted data were then fitted to a polynomial mean response regression model by the maximum likelihood method to derive BMCLs (defined as the 95% lower confidence limit on the concentration corresponding to a 10% relative change in the end point compared to the control). The BMCL values for lung weight, lactate dehydrogenase in the BAL fluid, protein in BAL fluid, and albumin in BAL fluid were 0.067, 0.016, 0.035, and 0.031 mg chromium(VI)/m$^3$, respectively. The lowest BMCL, 0.016 mg chromium(VI)/m$^3$ for alterations in lactate dehydrogenase levels in BAL fluid, was selected to derive the intermediate-duration inhalation MRL. The BMCL of 0.016 mg chromium(VI)/m$^3$ was converted to a human equivalent concentration (BMCL$_{HEC}$) of 0.010 mg chromium(VI)/m$^3$, as described below. The intermediate-duration inhalation MRL of 0.0003 mg chromium(VI)/m$^3$ for hexavalent chromium particulate compounds was derived by dividing the BMCL$_{HEC}$ of 0.010 mg chromium(VI)/m$^3$ by a composite uncertainty factor of 30 (3 for extrapolation from animals to humans and 10 for human variability).

Uncertainty factors used in MRL derivation:

[ ] 10 for use of a LOAEL
[X] 3 for extrapolation from animals to humans, with dosimetric adjustments
[X] 10 for human variability

Was a conversion factor used from ppm in food or water to a mg/body weight dose?  No.
Not applicable.

If an inhalation study in animals, list conversion factors used in determining human equivalent dose:
The BMCL of 0.016 mg chromium(VI)/m$^3$ was converted to a human equivalent concentration (BMCL$_{HEC}$) of 0.010 mg chromium(VI)/m$^3$ using the RDDR (regional deposited dose ratio) program (EPA 1994c) as follows:

$$BMCL_{HEC} = BMCL \times RDDR$$
$$BMCL_{HEC} = 0.016 \text{ mg chromium(VI)/m}^3 \times 0.630 = 0.010 \text{ mg chromium(VI)/m}^3$$

where
RDDR is a multiplicative factor used to adjust an observed inhalation particulate exposure concentration of an animal to the predicted inhalation particulate exposure concentration for a human. The RDDR

multiplier of 0.630 for the thoracic region tract was determined using the default subchronic body weight of 217 g for male Wistar rats (EPA 1988d) and a particle size MMAD±GSD of 0.5±1.63 μm reported in the Glaser et al. (1984) study. Although the actual mean particle size reported in the critical study was 0.28 μm, the RDDR program (EPA 1994c) can only run be run for particle sizes ranging from 0.5 to 30 μm; therefore, 0.5 μm was used as the default particle size to calculated the RDDR. Since the critical study did not report body weight, the default subchronic body weight of 217 g for male Wistar rats was used.

Was a conversion used from intermittent to continuous exposure? Yes. Animals were exposed for 22 hours/day, 7 days/week. Prior to conducting the benchmark analysis, Malsch et al. (1994) adjusted the dose-response data for intermittent exposure (22 hours/day) by multiplying data points for all outcome measures by 22 hours/24 hours.

Other additional studies or pertinent information that lend support to this MRL: The findings in this study are supported by another 90-day study conducted by the same group (Glaser et al. 1985). In this study, groups of 20 male Wistar rats were exposed to 0, 0.025, 0.05, 0.1, or 0.2 mg chromium(VI)/$m^3$ as sodium dichromate for 22 hours/day, 7 days/week for 90 days. No deaths occurred at any of the exposures. All exposed animals showed normal histologic findings in lung, kidney, liver, stomach, and gonads. Lung and spleen weights were increased significantly at doses above 0.025 mg chromium(VI)/$m^3$. Serum levels of triglycerides and phospholipid were increased in rats exposed to 0.2 mg chromium(VI)/$m^3$. Serum contents of total immunoglobulins were significantly increased in the 0.05 and 0.1 mg chromium(VI)/$m^3$ groups. At 0.025 and 0.2 mg chromium(VI)/$m^3$, serum immunoglobulin contents were no different than controls. The SRBC antibody response was increased in all dosed groups over control values. Chromium treatment at 0.2 mg chromium(VI)/$m^3$ also enhanced the mitogenic-stimulation of splenic Concanavalin T-lymphocytes. At 0.025 mg chromium(VI)/$m^3$, there were significant increases in polynuclear macrophages and the number of macrophages in telophase, and increases in lymphocytes in bronchoalveolar lavage samples. At 0.05 and 0.2 mg chromium(VI)/$m^3$, there were significant decreases in total numbers of macrophages. The percentages of polynuclear macrophages, lymphocytes, and granulocytes were increased at chromium exposures of 0.05 mg chromium(VI)/$m^3$, but at 0.2 mg chromium(VI)/$m^3$, the percentage of granulocytes cells was lower than control values. At 0.025 and 0.05 mg chromium(VI)/$m^3$ exposures, phagocytosis of latex particles by alveolar macrophages was increased over controls. However, at 0.2 mg chromium(VI)/$m^3$, the phagocytic activity was less than controls and there was a decrease in lung clearance of iron oxide particulates.

Agency Contact (Chemical Manager): Sharon Wilbur

# MINIMAL RISK LEVEL (MRL) WORKSHEET

Chemical Name:     Chromium(VI)
CAS Numbers:       18540-29-9
Date:              June 2012
Profile status:    Third Draft Post-Public Comment
Route:             [ ] Inhalation   [X] Oral
Duration:          [ ] Acute   [X] Intermediate   [ ] Chronic
Graph Key:         48
Species:           Rat

Minimal Risk Level:  0.005   [X] mg chromium(VI)/kg/day   [ ] ppm

Reference:  NTP.  2008a.  NTP technical report on the toxicology and carcinogenesis studies of sodium dichromate dihydrate (CAS No. 7789-12-0) in F344/N rats and B6C3F1 mice (drinking water studies). Washington, DC:  National Toxicology Program.  NTP TR 546. http://ntp.niehs.nih.gov/files/546_web_FINAL.pdf.  August 13, 2008.

Experimental design:  Male F344/N rats (6–7 weeks old) were exposed to sodium dichromate dihydrate in drinking water in a 2-year toxicology and carcinogenicity study.  Male rats (50/group) were exposed to drinking water concentrations of 0, 14.3, 57.3, 172, or 516 mg sodium dichromate dihydrate/L.  In a subgroup of 10 male rats, blood was collected from the retroorbital sinus after exposure durations of 4 days, 22 days, 3 months, 6 months, and 1 year and evaluated for hematology (Hct; hemoglobin concentration; erythrocyte, reticulocyte, and platelet counts; erythrocyte and platelet morphology; MCV; MCH; MCHC; and leukocyte count and differentials) and clinical chemistry (urea nitrogen, creatinine, total protein, albumin, ALT, AP, creatine kinase, SDH, and bile acids).  Clinical signs of toxicity were assessed over the course of exposure.  NTP calculated mean daily doses of sodium dichromate dihydrate in male rats of 0, 0.6, 2.2, 6, or 17 mg/kg (equivalent to 0, 0.21, 0.77, 2.1, or 5.9 mg chromium(VI)/ kg/day, respectively) over the course of the 2-year study.  Since observations were made at various time points during the chronic study (e.g., 22 days to 1 year), rather than using different dosage scales for each observation and outcome in the dose-response modeling, time-averaged dosages for the chronic duration (i.e., 101 weeks) were used to represent the dosage received during the intermediate- (i.e., >2–<52 weeks) and chronic- (>2–101 weeks) duration periods.  This is an approximation of the actual dosages received, which varied as a function of body weight, and therefore, time of observation, with the differences most pronounced at the earliest periods of the intermediate-duration exposure (e.g., 3–12 weeks).  The rationale for this simplification of the dose-response analysis is as follows:  (1) outcomes observed at specific time points in the study (e.g., blood effects) after the acute period (>2 weeks) were considered to be relevant to the entire intermediate-duration period (>2–<52 weeks), if observed at multiple observation times during the intermediate-duration period; (2) chronic duration dosages were nearly identical to the time-averaged dosages for intermediate-duration exposure (e.g., <12% difference in the rat study); and (3) the possible bias introduced into estimates of BMDLs as a result of using chronic-duration dosages to represent intermediate-duration dosages is small (<12%) and conservative (i.e., BMDLs based on the chronic-duration dosages may be slightly lower than BMDLs based on actual intermediate-duration dosages).

Effect noted in study and corresponding doses:  No treatment-related clinical signs of toxicity were observed in rats over the course of this study.  Hematological effects consistent with microcytic, hypochromic anemia were observed at all intermediate-duration time points (22 days to 6 months) in male rats exposed to sodium dichromate dihydrate in drinking water; severity exhibited dose-dependence.  At the 22-day assessment in rats, decreases were observed in Hct, Hgb, MCV, and MCH at ≥0.77 mg chromium(VI)/kg/day; effects at higher doses included decreased MCHC and platelet count at ≥2.1 mg chromium(VI)/kg/day, and decreased erythrocyte and reticulocyte counts, and increased nucleated

erythrocytes at 5.9 mg chromium(VI)/kg/day). At the 3-month assessment in rats, decreases were observed for MCV and MCH at ≥0.77 mg chromium(VI)/kg/day; effects at higher doses included decreased Hgb at ≥2.1 mg chromium(VI)/kg/day and decreased Hct and increased erythrocyte, reticulocyte, platelet, leukocyte, and segmented neutrophil counts at ≥5.9 mg chromium(VI)/kg/day. Increases in cell counts indicate a compensatory hematopoietic response to anemia. At 6 months in rats, decreased MCV, MCH, and MCHC were observed at ≥0.77 mg chromium(VI)/kg/day; at 5.9 mg chromium(VI)/kg/day, decreased Hgb was observed. For all intermediate-duration exposures (22 days to 6 months), NOAEL and LOAEL values in male rats for hematological effects were 0.21 and 0.77 mg chromium(VI)/kg/day, respectively. Although effects in rats were similar at the 22-day and 3-month assessments, NTP (2008a) concluded that effects were more severe at 22 days than at 3 months based on the magnitude of changes and the number of parameters affected in rats exposed to 0.77 mg chromium(VI)/kg/day. Effects at 6 months were less severe than those observed at the 22-day and 3-month assessments. Although the magnitude of the decreases in hematological parameters was small at 0.77 mg chromium(VI)/kg/day compared to the control group (6.1–10.6%), there is clear indication of damage to the hematological system and this dose level was considered a minimal LOAEL. At the next highest dose (2.1 mg chromium(VI)/kg/day), these parameters were 16–25% lower than controls. As defined by ATSDR, an effect that enhances the susceptibility of an organism to the deleterious effects of other chemical, physical, microbiological, or environmental influences should be considered adverse. Thus, the slight, but statistically significant, decrease in hematological parameters at 0.77 mg chromium(VI)/kg/day was considered minimally adverse.

Evaluation of clinical chemistry parameters in male rats showed significant alterations in serum liver enzyme activities, although changes were not consistent over all intermediate-duration exposures. At the 22-day assessment, increases were observed for ALT (≥0.77 mg chromium(VI)/kg/day) and AP (5.9 mg chromium(VI)/kg/day), but no change was observed for SDH. At 3 months, ALT was increased (≥0.77 mg chromium(VI)/kg/day), but AP was decreased (≥0.21 mg chromium(VI)/kg/day) and no change was observed for SDH. At 6 months, increases were observed for ALT and SDH (≥2.1 mg chromium(VI)/kg/day), but AP was decreased (0.77 mg chromium(VI)/kg/day). Due to the inconsistent changes in serum liver enzyme activities, NTP (2008a) concluded that alterations in liver enzymes (specifically ALT) were suggestive of enzyme induction, rather than hepatocellular damage. Thus, altered serum liver enzyme activities were not considered indicative of an adverse effect on the liver.

<u>Dose and end point used for MRL derivation</u>: 0.52 mg chromium(VI)/kg/day (microcytic, hypochromic anemia)

[ ] NOAEL   [ ] LOAEL   [X] benchmark dose (BMD)

Exposure to sodium dichromate dihydrate in drinking water resulted in microcytic, hypochromic anemia in male rats at all intermediate-duration exposures (22 days to 6 months). The severity was greatest at the 22-day assessment compared to the 3- and 6-month assessments; therefore, microcytic, hypochromic anemia observed at the 22-day assessment was identified as the critical effect for derivation of the intermediate-duration oral MRL. In male rats, decreases in Hct, Hgb, MCV, and MCH were the most sensitive measures of hematological effects, with NOAEL and LOAEL values of 0.21 and 0.77 mg chromium(VI)/kg/day, respectively; data sets for these end points are summarized in Table A-1.

**Table A-1.  Hematological Effects in Male F/344 Rats Exposed to Sodium Dichromate Dihydrate in Drinking Water for 22 Days**

| | Dose (mg chromium(VI)/kg/day) | | | | |
|---|---|---|---|---|---|
| | 0 | 0.21 | 0.77 | 2.1 | 5.9 |
| Male rats | | | | | |
| Hematocrit (percent) | 46.0±1.1[a] | 44.4±0.4 | 43.2±0.6[b] | 38.7±0.6[c] | 33.5±0.8[c] |
| Hemoglobin (g/dL) | 15.5±0.3 | 15.1±0.2 | 14.2±0.2[c] | 12.0±0.3[c] | 10.1±0.2[c] |
| MCV (fL) | 59.5±0.4 | 58.6±0.5 | 54.9±0.5[c] | 47.4±0.4[c] | 45.0±0.7[c] |
| MCH (pg) | 19.8±0.1 | 19.5±0.2 | 17.7±0.2[c] | 14.8±0.2[c] | 16.3±0.5[c] |

[a]Mean±standard error: number of rats/group=10; number of mice/group=10
[b]Significantly different (p≤0.05) from the control group by Dunn's or Shirley's test
[c]Significantly different (p≤0.01) from the control group by Dunn's or Shirley's test

MCH = mean corpuscular hemoglobin; MCV = mean corpuscular volume

Source:  NTP 2008a

To determine the point of departure for derivation of the intermediate-duration oral MRL, available continuous-variable models in the EPA BMDs (version 1.4.1) were fit to the data for Hct, Hgb, MCV, and MCH in male rats (NTP 2008a; Table A-1).  The BMD and the 95% lower confidence limit (BMDL) calculated is an estimate of the doses associated with a change of 2 standard deviations from the control (BMDL$_{2sd}$); the use of 2 standard deviations takes into consideration of the normal variability in the population and decreases the possibility of misclassifying a small change as anemia.  The model-fitting procedure for continuous data is as follows.  The simplest model (linear) is applied to the data while assuming constant variance.  If the data are consistent with the assumption of constant variance (p≥0.1), then the other continuous models (polynomial, power, and Hill models) are applied to the data.  Among the models providing adequate fits to the means (p≥0.1), the one with the lowest AIC for the fitted model is selected for BMD derivation.  If the test for constant variance is negative, the linear model is run again while applying the power model integrated into the BMDS to account for nonhomogenous variance.  If the nonhomogenous variance model provides an adequate fit (p≥0.1) to the variance data, then the other continuous models are applied to the data.  Among the models providing adequate fits to the means (p≥0.1), the one with the lowest AIC for the fitted model is selected for BMD derivation.  If the tests for both constant and nonconstant variance are negative, then the data set is considered not to be suitable for BMD modeling.

A summary of the BMDs and BMDLs for the best fitting models for each hematological end point are shown in Table A-2.  For male rats, BMDL$_{2sd}$ values ranged from 0.37 mg chromium(VI)/kg/day for MCH to 0.71 mg chromium(VI)/kg/day for hemoglobin.  None of the models provided adequate fit to the data, even with the two highest doses dropped from the analysis, for Hct.  Additional details of the benchmark dose analysis for each data set modeled are presented in the last section of this worksheet.  Because several hematological parameters are used to define the clinical picture of anemia, the BMDL$_{2sd}$ values for hemoglobin, MCV, and MCH were averaged resulting in a BMDL$_{2sd}$ of 0.52 mg chromium(VI)/kg/day.  The intermediate-duration MRL of 0.005 mg chromium(VI)/kg/day was derived by dividing the average BMDL$_{2sd}$ by a composite uncertainty factor of 100 (10 for extrapolation from animals to humans and 10 for human variability).

**Table A-2. Summary of BMDs and BMDLs From the Best Fitting Models for Hematological End Points in Male Rats Exposed to Sodium Dichromate Dihydrate in Drinking Water for 22 Days**

| End point | Model | Number of doses | $BMD_{2sd}$ (mg/kg/day)[b] | $BMDL_{2sd}$ (mg/kg/day)[b] |
|---|---|---|---|---|
| Hematocrit (percent)[a] | — | — | — | — |
| Hemoglobin (g/dL) | Polynomial (2-degree) | 5 | 0.88 | 0.71 |
| MCV (fL) | Hill | 4 | 0.63 | 0.49 |
| MCH (pg) | Linear | 4 | 0.44 | 0.37 |

[a]None of the models provided an adequate fit to the data.
[b]Units of $BMD_{1sd}$ and $BMDL_{1sd}$ are mg chromium(VI)/kg/day.

BMD = benchmark dose; BMDL = lower confidence limit (95%) on the benchmark dose; MCH = mean corpuscular hemoglobin; MCV = mean corpuscular volume; 2sd = a 2 standard deviation change from the control

Uncertainty Factors used in MRL derivation:

    [ ] 10 for use of a LOAEL
    [X] 10 for extrapolation from animals to humans
    [X] 10 for human variability

Was a conversion factor used from ppm in food or water to a mg/body weight dose? No. Daily doses for each exposure group based on measured body weight and drinking water intake were reported by study authors (NTP 2008a). Additional information on daily doses used for intermediate-duration exposure is discussed in the experimental design section above.

If an inhalation study in animals, list conversion factors used in determining human equivalent dose: Not applicable.

Was a conversion used from intermittent to continuous exposure? Not applicable.

Other additional studies or pertinent information that lend support to this MRL: Identification of anemia, as defined by significant alterations in hematocrit, hemoglobin, MCH, and MCV, as the critical end point for deriving an intermediate-duration oral MRL is supported by results of a 22-day study in female mice (NTP 2008a), 3-month drinking water study on sodium dichromate dihydrate in rats and mice (NTP 2007), and dietary studies on potassium dichromate in rats and mice (NTP 1996a, 1996b, 1997). In the 3-month sodium dichromate dihydrate drinking water study in male and female F344/N rats (NTP 2007), blood was collected for hematology assessments after 23 days and after 3 months of exposure; for B6C3F1 mice, hematological assessments were conducted only after 3 months. Dose-dependent hematological effects consistent with microcytic, hypochromic anemia, including decreased Hct, Hgb, MCV, and MCH, were observed in rats at the 23-day and 14-week hematological assessments; the LOAEL value at both time points in males and females was 1.7 mg chromium(VI)/kg/day (a NOAEL was not established). Hematological effects were more severe at the 23-day assessment compared to the 14 week assessment. Similar hematological effects were observed in male and female B6C3F1 mice and male BALB/c and C57BL/6 mice exposed to sodium dichromate dihydrate in drinking water for 14 weeks, with a LOAEL value of 3.1 mg chromium(VI)/kg/day (a NOAEL was not established). Results of the 3-month study in rats and mice (NTP 2007) were not selected as the basis for the

USCA Case #25-1087     Document #2105058     Filed: 03/10/2025     Page 2069 of 2126

intermediate-duration MRL because a lower LOAEL value (0.77 mg chromium(VI)/kg/day) was observed for intermediate-duration exposures in the 2-year study (NTP 2008a). In a dietary studies on potassium dichromate, microcytic, hypochromic anemia was observed in male and female Sprague-Dawley rats exposed for 9 weeks, with NOAEL and LOAEL values in males of 2.1 and 8.4 mg chromium(VI)/kg/day, respectively, and of 2.5 and 9.8 mg chromium(VI)/kg/day, respectively, in females (NTP 1996b). Similar hematological effects were observed in male and female BALB/c mice exposed to potassium dichromate in the diet for 9 weeks with NOAEL and LOAEL values in males of 7.3 and 32.2 mg chromium(VI)/kg/day, respectively, and in females of 12 and 48 mg chromium(VI)/kg/day, respectively (NTP 1996a). In a multigeneration study on dietary potassium dichromate in BALB/c mice, a LOAEL value of 7.8 for hematological effects was reported (a NOAEL was not established) (NTP 1997). Compared to the LOAEL values for hematological effects at 22 days and 3 months in male rats (0.77 mg chromium(VI)/kg/day) and female mice (0.38 mg chromium(VI)/kg/day) observed in the critical study on sodium dichromate dihydrate in drinking water, higher LOAEL values were reported in the 9-week dietary study on potassium dichromate in rats (8.4 and 9.8 mg chromium(VI)/kg/day in males and females, respectively) (EPA 1996b) and mice (32.2 and 48 mg chromium(VI)/kg/day in males and females, respectively) (NTP 1996a). The reason for the differences in LOAEL values has not been established, but could be due to different exposure media (drinking water versus feed) or differences in strain sensitivity (rats).

The erythrocyte has a high capacity for chromium(VI) uptake and binding. Chromium(VI) enters the erythrocyte though a sulfate ion channel; once inside the cell, it is rapidly reduced to reactive intermediates (chromium(V) and chromium(IV)) and binds to hemoglobin and other ligands. The chromium-hemoglobin complex is stable and remains sequestered within the cell over the life-span of the erythrocyte (Paustenbach et al. 2003). Thus, chromium(VI) uptake and subsequent sequestration as a chromium-Hgb complex by erythrocytes provides supporting information regarding the plausibility of adverse hematological effects following intermediate-duration oral exposure to chromium(VI).

**Details of Benchmark Dose Analysis for the Intermediate-duration Oral MRL**

***Hematocrit in Male Rats.*** The simplest model (linear) was applied to the data first to test for a fit for constant variance. The constant variance model did not provide an adequate fit (as assessed by the p-value for variance) to the data (Table A-3). The linear model was applied to the data again while applying the power model integrated into the BMDS to account for nonhomogenous variance. The nonconstant variance model also did not provide an adequate fit (as assessed by the p-value for variance). In an attempt to achieve an adequate fitting model, the highest doses were dropped from the data set. As with the full data set, statistical tests indicated that the variances were not constant across exposure groups without the highest doses. Similar to the full data set, applying the nonhomogenous variance model also did not provide an adequate fit (as assessed by the p-value for variance); therefore, the data set is considered not suitable for benchmark dose modeling.

APPX ATT_V6_4375

**Table A-3.  Model Predictions for Changes in Hematocrit (Percent) in Male Rats
Exposed to Sodium Dichromate Dihydrate in Drinking Water for 22 Days**

| Model | Variance p-value[a] | p-Value for the means[a] | AIC | BMD$_{2sd}$ (mg/kg/day) | BMDL$_{2sd}$ (mg/kg/day) |
|---|---|---|---|---|---|
| **All doses** | | | | | |
| Linear[b,c] | 0.03 | 0.02 | 145.49 | — | — |
| Linear[c,d] | 0.01 | 0.02 | 147.49 | — | — |
| Polynomial (1-degree)[c,d] | 0.01 | 0.02 | 147.49 | — | — |
| Polynomial (2-degree)[c,d] | 0.01 | 0.02 | 147.49 | — | — |
| Polynomial (3-degree)[c,d] | 0.01 | 0.02 | 147.49 | — | — |
| Polynomial (4-degree)[c,d] | 0.01 | 0.02 | 147.49 | — | — |
| Power[d] | 0.01 | 0.02 | 147.49 | — | — |
| Hill[d] | 0.01 | 0.28 | 142.76 | — | — |
| **Highest dose dropped** | | | | | |
| Linear[b,c] | 0.01 | 0.64 | 109.33 | — | — |
| Linear[c,d] | 0.02 | 0.43 | 109.21 | — | — |
| Polynomial (1-degree)[c,d] | 0.02 | 0.43 | 109.21 | — | — |
| Polynomial (2-degree)[c,d] | 0.02 | 0.43 | 109.21 | — | — |
| Polynomial (3-degree)[c,d] | 0.02 | 0.43 | 109.21 | — | — |
| Power[d] | 0.02 | 0.43 | 109.21 | — | — |
| Hill[d] | 0.02 | 0.21 | 111.09 | — | F[e] |
| **Two highest doses dropped** | | | | | |
| Linear[b,c] | 0.01 | 0.37 | 86.65 | — | — |
| Linear[c,d] | 0.02 | 0.15 | 85.61 | — | — |
| Polynomial (1-degree)[c,d] | 0.02 | 0.15 | 85.61 | — | — |
| Polynomial (2-degree)[c,d] | 0.02 | 0.15 | 85.61 | — | — |
| Power[d] | 0.02 | 0.15 | 85.61 | — | — |
| Hill[d] | NA[f] | | | | |

[a]Values <0.1 fail to meet conventional goodness-of-fit criteria.
[b]Constant variance
[c]Restriction = non-positive
[d]Nonconstant variance
[e]F = BMDL computation failed
[f]NA = model failed to generate output

AIC = Akaike's Information Criteria; p = p value from the Chi-squared test; BMD = benchmark dose; BMDL = lower
confidence limit (95%) on the benchmark dose; 2sd = a 2 standard deviation change from the control

Source:  NTP 2008a

***Hemoglobin in Male Rats.***  The simplest model (linear) was applied to the data first to test for a fit for
constant variance.  The constant variance model did provide an adequate fit (as assessed by the p-value
for variance) to the data.  The polynomial, power, and Hill models were then fit to the data with constant
variance assumed.  Only the Hill model provided an adequate fit to the data (as assessed by the p-value
for the means) (Table A-4); however, the model failed to generate a figure.  Without a visual
representation of the model, an assessment of model fit is not complete.  In order to obtain an appropriate

assessment for model fit adequacy, the highest dose was dropped from the dataset. After dropping the highest dose from the dataset, all models provided an adequate fit to the constant variance model and to the means (as assessed by the p-values for variance and means). Most models, with the exception of the Hill model, took the form of a linear model. Comparing across models, the best fitting model is generally determined by the lowest AIC. As assessed by the AIC, the linear model provides the best fit to the data. The predicted $BMD_{2sd}$ and $BMDL_{2sd}$ for the data are 0.88 and 0.71 mg chromium(VI)/kg/day (Figure A-1).

**Table A-4. Model Predictions for Changes in Hemoglobin (g/dL) in Male Rats Exposed to Sodium Dichromate Dihydrate in Drinking Water for 22 Days**

| Model[a] | Variance p-value[b] | p-Value for the means[b] | AIC | $BMD_{2sd}$ (mg/kg/day) | $BMDL_{2sd}$ (mg/kg/day) |
|---|---|---|---|---|---|
| Linear[c] | 0.40 | <0.0001 | 46.98 | — | — |
| Polynomial (1-degree)[c] | 0.40 | <0.0001 | 46.98 | — | — |
| Polynomial (2-degree)[c] | 0.40 | <0.0001 | 46.98 | — | — |
| Polynomial (3-degree)[c] | 0.40 | <0.0001 | 46.98 | — | — |
| Polynomial (4-degree)[c] | 0.40 | <0.0001 | 46.98 | — | — |
| Power | 0.40 | <0.0001 | 46.98 | — | — |
| Hill | 0.40 | 0.51 | 24.37 | 0.83 | 0.55 |
| Highest dose dropped | | | | | |
| **Linear** | **0.36** | **0.99** | **20.37** | **0.88** | **0.71** |
| Polynomial (1-degree)[c] | 0.36 | 0.99 | 20.37 | 0.88 | 0.71 |
| Polynomial (2-degree)[c] | 0.36 | 0.99 | 20.37 | 0.88 | 0.71 |
| Polynomial (3-degree)[c] | 0.36 | 0.99 | 20.37 | 0.88 | 0.71 |
| Power | 0.36 | 0.99 | 20.37 | 0.88 | 0.71 |
| Hill | 0.36 | 0.99 | 22.36 | 0.87 | 0.57 |

[a]Constant variance assumed for all models
[b]Values <0.1 fail to meet conventional goodness-of-fit criteria.
[c]Restriction = non-positive

AIC = Akaike's Information Criteria; p = p value from the Chi-squared test; BMD = benchmark dose; BMDL = lower confidence limit (95%) on the benchmark dose; 2sd = a 2 standard deviation change from the control

Source: NTP 2008a

**Figure A-1. Predicted and Observed Changes in Hemoglobin in Male Rats Exposed to Sodium Dichromate Dihydrate in Drinking Water for 22 Days\***



13:32 09/26 2008

\*BMDs and BMDLs indicated are associated with a 2 standard deviation change from the control, and are in units of mg chromium(VI)/kg/day.

Source: NTP 2008a

***Mean Cell Volume in Male Rats.*** The simplest model (linear) was applied to the data first to test for a fit for constant variance. The constant variance model did provide an adequate fit (as assessed by the p-value for variance) to the data. The polynomial, power, and Hill models were then fit to the data with constant variance assumed. The Hill model was the only model which provided an adequate fit to the data (as assessed by the p-value for the means) (Table A-5). Using the constant-variance Hill model, the $BMD_{2sd}$ and $BMDL_{2sd}$ are 0.63 mg chromium(VI)/kg and 0.49 mg chromium(VI)/kg, respectively (Figure A-2).

**Table A-5. Model Predictions for Changes in MCV (fL) in Male Rats Exposed to Sodium Dichromate Dihydrate in Drinking Water for 22 Days**

| Model[a] | Variance p-value[b] | p-Value for the means[b] | AIC | $BMD_{2sd}$ (mg/kg/day) | $BMDL_{2sd}$ (mg/kg/day) |
|---|---|---|---|---|---|
| Linear[c] | 0.41 | <0.0001 | 168.50 | — | — |
| Polynomial (1-degree)[c] | 0.41 | <0.0001 | 168.50 | — | — |
| Polynomial (2-degree)[c] | 0.41 | <0.0001 | 168.50 | — | — |
| Polynomial (3-degree)[c] | 0.41 | <0.0001 | 168.50 | — | — |
| Polynomial (4-degree)[c] | 0.41 | <0.0001 | 168.50 | — | — |
| Power | 0.41 | <0.0001 | 168.50 | — | — |
| **Hill** | **0.41** | **0.41** | **104.52** | **0.63** | **0.49** |

[a]Constant variance assumed for all models
[b]Values <0.1 fail to meet conventional goodness-of-fit criteria.
[c]Restriction = non-positive

AIC = Akaike's Information Criteria; p = p value from the Chi-squared test; BMD = benchmark dose; BMDL = lower confidence limit (95%) on the benchmark dose; 2sd = a 2 standard deviation change from the control

Source: NTP 2008a

## Figure A-2. Predicted and Observed Changes in MCV in Male Rats Exposed to Sodium Dichromate Dihydrate in Drinking Water for 22 Days*



13:49 09/26 2008

*BMDs and BMDLs indicated are associated with a 2 standard deviation change from the control, and are in units of mg chromium(VI)/kg/day

Source: NTP 2008a

***Mean Cell Hemoglobin in Male Rats.*** The simplest model (linear) was applied to the data first to test for a fit for constant variance. The constant variance model did not provide an adequate fit (as assessed by the p-value for variance) to the data. The linear model was run again while applying the power model integrated into the BMDS to account for nonhomogenous variance. The nonconstant variance model also did not provide an adequate fit (as assessed by the p-value for variance). In an attempt to achieve an adequate fitting model, the highest dose was dropped from the data-set. Unlike the full data-set, statistical tests indicated that the variances were constant across exposure groups without the highest dose. All of the models reverted to the linear model and provided an adequate fit to the means (Table A-6). Using the constant-variance Linear model (without the highest dose), the BMD$_{2sd}$ and BMDL$_{2sd}$ are 044 and 0.37 mg chromium(VI)/kg, respectively (Figure A-3).

**Table A-6.  Model Predictions for Changes in MCH (pg) in Male Rats Exposed to Sodium Dichromate Dihydrate in Drinking Water for 22 Days**

| Model | Variance p-value[b] | p-Value for the means[b] | AIC | BMD$_{2sd}$ (mg/kg/day) | BMDL$_{2sd}$ (mg/kg/day) |
|---|---|---|---|---|---|
| All doses | | | | | |
| Linear[b,c] | <0.0001 | <0.0001 | 107.27 | — | — |
| Linear[c,d] | 0.00 | <0.0001 | 57.60 | — | — |
| Polynomial (1-degree)[c,d] | 0.00 | <0.0001 | 57.60 | — | — |
| Polynomial (2-degree)[c,d] | 0.00 | <0.0001 | 57.60 | — | — |
| Polynomial (3-degree)[c,d] | 0.00 | <0.0001 | 57.60 | — | — |
| Polynomial (4-degree)[c,d] | 0.00 | <0.0001 | 57.60 | — | — |
| Power[d] | 0.00 | <0.0001 | 57.60 | — | — |
| Hill[d] | 0.00 | 0.02 | 34.64 | — | — |
| Highest dose dropped (four doses) | | | | | |
| **Linear [b,c]** | **0.14** | **0.15** | **-3.57** | **0.44** | **0.37** |
| Polynomial (1-degree)[b,c] | 0.14 | 0.15 | -3.57 | 0.44 | 0.37 |
| Polynomial (2-degree)[b,c] | 0.14 | 0.15 | -3.57 | 0.44 | 0.37 |
| Polynomial (3-degree)[b,c] | 0.14 | 0.15 | -3.57 | 0.44 | 0.37 |
| Power[b] | 0.14 | 0.15 | -3.57 | 0.44 | 0.37 |
| Hill[b] | 0.14 | NA[e] | -3.39 | 0.46 | 0.32 |

[a]Values <0.1 fail to meet conventional goodness-of-fit criteria.
[b]Constant variance
[c]Restriction = non-positive
[d]Nonconstant variance
[e]NA = degrees of freedom are ≤0; the Chi-Square test for fit is not valid.

AIC = Akaike's Information Criteria; p = p value from the Chi-squared test; BMD = benchmark dose; BMDL = lower confidence limit (95%) on the benchmark dose; 2sd = a 2 standard deviation change from the control

Source:  NTP 2008a

## Figure A-3. Predicted and Observed Changes in MCH in Male Rats Exposed to Sodium Dichromate Dihydrate in Drinking Water for 22 Days*



14:14 09/26 2008

*BMDs and BMDLs indicated are associated with a 2 standard deviation change from the control, and are in units of mg chromium(VI)/kg/day.

Source: NTP 2008a

Agency Contact (Chemical Manager): Sharon Wilbur

# MINIMAL RISK LEVEL (MRL) WORKSHEET

Chemical Name:      Chromium(VI)
CAS Numbers:        18540-29-9
Date:               June 2012
Profile status:     Third Draft Post-Public Comment
Route:              [ ] Inhalation   [X] Oral
Duration:           [ ] Acute   [ ] Intermediate   [X] Chronic
Graph Key:          109
Species:            Mouse

<u>Minimal Risk Level</u>:  0.0009   [X] mg chromium(VI)/kg/day   [ ] ppm

<u>Reference</u>:  NTP.  2008a.  NTP technical report on the toxicology and carcinogenesis studies of sodium dichromate dihydrate (CAS No. 7789-12-0) in F344/N rats and B6C3F1 mice (drinking water studies). Washington, DC:  National Toxicology Program.  NTP TR 546. http://ntp.niehs.nih.gov/files/546_web_FINAL.pdf.  August 13, 2008.

<u>Experimental design</u>:  Groups of F344/N rats (50/sex/group) and B6C3F1 mice (50/sex/group) were exposed to sodium dichromate dihydrate in drinking water in a 2-year toxicology and carcinogenicity study.  Rats and female mice were exposed to drinking water concentrations of 0, 14.3, 57.3, 172, or 516 mg sodium dichromate dihydrate/L.  NTP (2008a) calculated mean daily doses of sodium dichromate dihydrate in male rats of 0, 0.6, 2.2, 6, or 17 mg/kg (equivalent to 0, 0.21, 0.77, 2.1, or 5.9 mg chromium(VI)/kg/day, respectively), in female rats of 0, 0.7, 2.7, 7, or 20 mg/kg (equivalent to 0, 0.24, 0.94, 2.4, and 7.0 mg chromium(VI)/kg/day, respectively), and in female mice of 0, 1.1, 3.9, 9, or 25 mg/kg (equivalent to 0, 0.38, 1.4, 3.1, or 8.7 mg chromium(VI)/kg/day, respectively) over the course of the 2-year study.  Male mice were exposed to 0, 14.3, 28.6, 85.7, or 257.4 mg sodium dichromate dihydrate/L.  NTP (2008a) calculated mean daily doses of sodium dichromate dihydrate in male mice of 1.1, 2.6, 7, or 17 mg/kg (equivalent to 0, 0.38, 0.91, 2.4, and 5.9 mg chromium(VI)/kg/day, respectively). Mortality, clinical signs of toxicity, body weight, and water intake were assessed over the course of exposure.  In a subgroup of 10 male rats and 10 female mice, blood was collected from the retroorbital sinus after exposure durations of 4 days (rats only), 22 days, 3 months, 6 months, and 1 year and evaluated for hematology (Hct; hemoglobin concentration; erythrocyte, reticulocyte, and platelet counts; erythrocyte and platelet morphology; MCV; MCH; MCHC; and leukocyte count and differentials) in rats and mice and clinical chemistry (urea nitrogen, creatinine, total protein, albumin, ALT, AP, creatine kinase, SDH, and bile acids) in rats only.  Blood for hematology and clinical chemistry was not obtained at the end of the 2-year treatment period.  At the end of the 2-year treatment period, necropsies and histopathological assessment of comprehensive tissues, gross lesions and tissue masses were performed on all animals.  No data on organ weights were presented in the study report (NTP 2008a).

<u>Effect noted in study and corresponding doses</u>:  Study results presented in the following discussion are noncancer findings associated with chronic-duration exposures only; results of hematological and clinical chemistry assessments conducted at 4 days and from 22 days to 6 months are described in the acute- and intermediate-duration MRL worksheets, respectively; carcinogenic effects are reviewed in Section 3.2.2.7 (Oral Exposure, Cancer).  In rats, no treatment-related effects were observed on survival and no clinical signs of toxicity were observed.  Final body weight was significantly decreased by 12% in male and 11% in females exposed to the highest drinking water concentration.  Study authors attributed alterations in body weight to decreased water intake (due to decreased palatability) rather than to a toxicological effect. Hematological assessments conducted in male rats at 1-year showed dose-dependent effects indicative of microcytic, hypochromic anemia:  decreased MCH (≥0.77 mg chromium(VI)/kg/day), decreased MCV and MCHC (≥2.1 mg chromium(VI)/kg/day), and decreased Hgb (5.9 mg chromium(VI)/kg/day).  No

APPX ATT_V6_4383

hematological effects were observed at 2.1 mg chromium(VI)/kg/day.  Other hematological effects observed were decreased leukocyte (5.9 mg chromium(VI)/kg/day) and segmented neutrophil counts (≥0.77 mg chromium(VI)/kg/day).  Alterations in clinical chemistry parameters observed after 1 year of exposure were increased ALT and decreased AP (≥0.77 mg chromium(VI)/kg/day), increased BUN and creatine kinase (≥2.1 mg chromium(VI)/kg/day), and decreased total protein (5.9 mg chromium(VI)/kg/day).  Regarding the toxicological significance of elevated ALT, as discussed below, histopathological assessment of the liver showed minimal-to-mild chronic inflammation in males (≥2.1 mg chromium(VI)/kg/day) and females (≥0.24 mg chromium(VI)/kg/day).  However, since serum activities of AP, SDH, or bile acids were not increased, elevated serum ALT activity may have resulted from enzyme induction rather than hepatocellular injury.  Histopathological evaluations revealed an increased incidence of nonneoplastic lesions in the liver (males and females), small intestine (males and females), mesenteric lymph nodes (males and females), pancreatic lymph nodes (females only) and salivary gland (females only).  Hepatic lesions observed in male rats included minimal-to-mild chronic inflammation (≥0.77 mg chromium(VI)/kg/day) and histiocytic cellular infiltration (5.9 mg chromium(VI)/kg/day); hepatic lesions in females included chronic inflammation (≥0.24 mg chromium(VI)/kg/day), histiocytic cellular infiltration (≥0.94 mg chromium(VI)/kg/day) and fatty change (≥0.94 mg chromium(VI)/kg/day).  Although chronic hepatic inflammation is commonly observed in aging rats, the incidence was significantly enhanced by exposure.  Histiocytic cellular infiltration (minimal-to-mild) of the duodenum, was observed in males (≥0.77 mg chromium(VI)/kg/day) and females (≥2.4 mg chromium(VI)/kg/day).  Nonneoplastic lesions of lymph nodes included the following: histiocytic cellular infiltration of mesenteric lymph nodes in males and females at ≥0.77 and ≥2.4 mg chromium(VI)/kg/day, respectively; hemorrhage of mesenteric lymph nodes in males and females at ≥0.77 and ≥7.0 mg chromium(VI)/kg/day, respectively; and histiocytic cellular infiltration of pancreatic lymph nodes in females at ≥2.4 mg chromium(VI)/kg/day only.  The incidence of salivary gland atrophy was significantly increased in female rats at 2.4 mg chromium(VI)/kg/day; although the incidence was also increased at 7.0 mg chromium(VI)/kg/day, the change was not significantly different from control.  Salivary atrophy was not observed in male rats.  No data on organ weights were presented in the study report (NTP 2008a).

In mice, no treatment-related effects on survival or signs of toxicity were observed.  Final body weight was significantly decreased by 15% in male and 8% in females exposed to the highest drinking water concentration.  The study authors attributed the alterations in body weight to decreased water intake (due to decreased palatability) rather than to a toxicological effect.  Hematological assessments conducted in female mice at 1 year showed dose-dependent effects indicative of microcytic, hypochromic anemia and compensatory erythropoiesis: decreased MCV and MCH (≥3.1 mg chromium(VI)/kg/day) and increased erythrocyte count at ≥3.1 mg chromium(VI)/kg/day.  Platelet count and segmented neutrophil count were decreased at 8.7 mg chromium(VI)/kg/day.  Severity of hematological effects on mice was less than in rats.  Clinical chemistry was not evaluated in male or female mice.  Histopathological evaluations revealed an increased incidence of nonneoplastic lesions in the liver (females), small intestine (male and females), and mesenteric and pancreatic lymph nodes (males and females).  Histiocytic cellular infiltration of the liver was observed in all treatment groups, with incidence and severity exhibiting dose-dependence.  Chronic inflammation of the liver was also observed in females at ≥3.1 mg chromium(VI)/kg/day.  In males, only pre-neoplastic (clear cell and eosinophilic foci) lesions were observed at the highest dose tested.  Diffuse epithelial hyperplasia of the duodenum was observed in all treatment groups in males and females (≥0.38 mg chromium(VI)/kg/day), with histiocytic cellular infiltration of the duodenum in males and females at ≥2.4 and 3.1 mg chromium(VI)/kg/day, respectively.  Histiocytic cellular infiltration was observed in mesenteric lymph nodes in all treatment groups in males and females (≥0.38 mg chromium(VI)/kg/day) and in pancreatic lymph nodes at ≥2.4 and ≥3.1 mg chromium(VI)/kg/day in males and females, respectively.  Increased incidence of cytoplasm alteration of the pancreas (depletion of zymogen granules from acinar epithelial cells) was observed in males at ≥2.4 mg

chromium(VI)/kg/day and in females in all treatment groups (≥0.38 mg chromium(VI)/kg/day); the toxicological significance of this finding is not clear.

<u>Dose and end point used for MRL derivation</u>:  0.09 mg chromium(VI)/kg/day (diffuse epithelial hyperplasia of the duodenum)

[ ] NOAEL   [ ] LOAEL   [X] benchmark dose (BMD)

Chronic-duration exposure of rats and mice to sodium dichromate dihydrate in drinking water resulted in microcytic, hypochromic anemia and nonneoplastic lesions of the liver, duodenum, mesenteric and pancreatic lymph nodes, pancreas and salivary gland.  Based on comparison of LOAEL values (Table A-7), the lowest LOAELs were observed for histopathological changes of the liver (chronic inflammation in female rats and histiocytic cellular infiltration in female mice), duodenum (diffuse epithelial hyperplasia in male and female mice), mesenteric lymph node (histiocytic cellular infiltration in male and female mice) and pancreas (cytoplasm cellular alteration of acinar epithelial cells in female mice), with effects occurring in all treatment groups.  Therefore, all effects with LOAEL values of the lowest dose tested were considered as the possible the critical effect for derivation of the chronic-duration oral MRL.  Incidence data for these lesions are summarized in Table A-8.

### Table A-7.  NOAEL and LOAEL Values for Effects in Rats and Mice Exposed to Sodium Dichromate Dihydrate in Drinking Water for 1–2 Years

| Effect or tissue with lesion | NOAEL/LOAEL value (mg chromium(VI)/kg/day) | | | |
| --- | --- | --- | --- | --- |
| | Male rats | Female rats | Male mice | Female mice |
| Hematological effects | 0.21/0.77 | N/A | N/A | 1.4/3.1 |
| Liver | 0.21/0.77 | 0.24[a] | 2.4/5.9[c] | 0.38[a] |
| Duodenum | 0.21/0.77 | 0.94/2.4 | 0.38[a] | 0.38[a] |
| Mesenteric lymph node | 0.21/0.77 | 0.94/2.4 | 0.38[a] | 0.38[a] |
| Pancreatic lymph node | N/O | 0.94/2.4 | 0.91/2.4 | 1.4/3.1 |
| Pancreas | N/O | N/O | 0.91/2.4 | 0.38[a] |
| Salivary gland | N/O | 2.4[b] | N/O | N/O |

[a]No NOAEL value was identified; effects occurred in all treatment groups
[b]Not observed at other doses
[c]Pre-neoplastic lesions

LOAEL = lowest-observed-adverse-effect level; N/A = not assessed; N/O = effect not observed; NOAEL = no-observed-adverse-effect level

Source:  NTP 2008a

**Table A-8. Incidence Data for Nonneoplastic Lesions[a] Occurring in All Treatment Groups of Female F/344 Rats and Male and Female B6C3F1 Mice Exposed to Sodium Dichromate Dihydrate in Drinking Water for 2 Years**

| | Dose (mg chromium(VI)/kg/day) | | | | |
|---|---|---|---|---|---|
| | 0 | 0.24 | 0.94 | 2.4 | 7.0 |
| Female rats | | | | | |
| Liver, chronic inflammation | 12/50[b] (1.3) | 21/50[c] (1.2) | 28/50[d] (1.3) | 35/50[d] (1.6) | 39/50[d] (2.1) |
| | Dose (mg chromium(VI)/kg/day) | | | | |
| | 0 | 0.38 | 0.91 | 2.4 | 5.9 |
| Male mice | | | | | |
| Duodenum: diffuse epithelial hyperplasia | 0/50 | 11/50[d] (2.0) | 18/50[d] (1.6) | 42/50[d] (2.1) | 32/50[c] (2.1) |
| Mesenteric lymph node: histiocytic cellular infiltration | 14/47 (1.2) | 38/47[d] (1.1) | 31/49[d] (1.2) | 32/49[d] (1.5) | 42/46[c] (2.5) |
| | Dose (mg chromium(VI)/kg/day) | | | | |
| | 0 | 0.38 | 1.4 | 3.1 | 8.7 |
| Female mice | | | | | |
| Duodenum: diffuse epithelial hyperplasia | 0/50 | 16/50[d] (1.6) | 35/50[d] (1.7) | 31/50[d] (1.6) | 42/50[d] (2.2) |
| Mesenteric lymph node: histiocytic cellular infiltration | 3/46 (1.0) | 29/48[d] (1.3) | 26/46[d] (1.1) | 40/50[d] (1.9) | 42/50[d] (2.7) |
| Liver: histiocytic cellular infiltration | 2/49 (1.0) | 15/50[d] (1.1) | 23/50[d] (1.0) | 32/50[d] (1.0) | 45/50[d] (1.9) |
| Pancreas: acinus, cytoplasmic alteration | 0/48 | 6/50[c] (2.5) | 6/49[c] (2.0) | 14/50[d] (2.4) | 32/50[d] (2.6) |

[a]Lesion severity (1=minimal, 2=mild, 3=moderate, 4=marked)
[b]Number of animals with lesions/number of animals examined
[c]Significantly different (p≤0.05) from the control group by Dunn's or Shirley's test
[d]Significantly different (p≤0.01) from the control group by Dunn's or Shirley's test

Source: NTP 2008a

To determine the specific end point for derivation of the chronic-duration oral MRL, all available dichotomous models in the EPA (version 1.4.1) were fit to the incidence data for selected end points in female rats and male and female mice exposed to sodium dichromate dihydrate in drinking water for 2 years (NTP 2008a) (Table A-8). To provide potential points of departure for MRL derivation, 10% extra risk was selected as the benchmark response in accordance with U.S. EPA (2000) technical guidance for benchmark dose analysis to select a response level near the lower range of detectable observations. The $BMD_{10s}$ and $BMDL_{10s}$ from the best fitting models for nonneoplastic lesions of the liver (female rats and mice), duodenum (male and female mice), mesenteric lymph nodes (male and female mice), and pancreas (female mice) are shown in Table A-9. For chronic inflammation of the liver in female rats, the log-logistic model provided the best fit, with $BMD_{10}$ and $BMDL_{10}$ values of 0.22 and 0.14 mg chromium(VI)/kg/day, respectively. For diffuse epithelial hyperplasia in male mice, the multistage and quantal linear models provided the best fit, with $BMD_{10}$ and $BMDL_{10}$ values of 0.16 and 0.13 mg chromium(VI)/kg/day, respectively. For diffuse epithelial hyperplasia in female mice, the best

fit was provided by several models (gamma, multistage, quantal linear, and weibull) with $BMD_{10}$ and $BMDL_{10}$ values of 0.12 and 0.09 mg chromium(VI)/kg/day, respectively.  For histiocytic alteration of the liver and cytoplasm alteration of the pancreas in female mice, the log-logistic model provided the best fit, with $BMD_{10}$ and $BMDL_{10}$ values of 0.17 and 0.12 mg chromium(VI)/kg/day, respectively, for liver lesions and of 0.68 and 0.52 mg chromium(VI)/kg/day, respectively, for pancreas lesions.  For lesions of the mesenteric lymph nodes in male and female mice, none of the models provided adequate fit to the data, even with the two highest doses dropped from the analysis; thus, data sets for these lesions were considered not suitable for BMD analysis.  Additional details of the benchmark dose analysis for each data set modeled are presented in the last section of this worksheet.  Based on the lowest $BMDL_{10}$ value of 0.09 mg chromium(VI)/kg/day, diffuse epithelial hyperplasia of the duodenum in female mice was selected as the point of departure for derivation of the chronic-duration oral MRL.  The chronic-duration oral MRL based on nonneoplastic lesions of the duodenum in female mice is expected to be protective for all other adverse effects observed in the 2-year drinking water study (e.g., hematological effects and lesions of the liver, lymph nodes, pancreas, and salivary gland).  The chronic-duration MRL of 0.0009 mg chromium(VI)/kg/day was derived by dividing the $BMDL_{10}$ by a composite uncertainty factor of 100 (10 for extrapolation from animals to humans and 10 for human variability).

**Table A-9.  Summary of $BMD_{10}$ and $BMDL_{10}$ from the Best Fitting Models for Nonneoplastic Lesions of the Liver, Duodenum, Mesenteric Lymph Nodes, and Pancreas in Female Rats and Male and Female Mice After Exposure to Sodium Dichromate Dihydrate in Drinking Water for 2 Years**

| End point | Species/sex | Model | Number of doses | $BMD^a$ (mg/kg/day) | $BMDL^a$ (mg/kg/day) |
|---|---|---|---|---|---|
| Liver, chronic inflammation | Rat/female | Log-logistic | 5 | 0.22 | 0.14 |
| Duodenum: diffuse epithelial hyperplasia | Mouse/male | 1-Degree polynomial multistage/quantal linear | 4 | 0.16 | 0.13 |
| Mesenteric lymph node:  histiocytic cellular infiltration[b] | Mouse/male | —— | —— | —— | —— |
| **Duodenum: diffuse epithelial hyperplasia** | **Mouse/female** | **Gamma/Multistage/quantal linear/weibull** | **3** | **0.12** | **0.09** |
| Mesenteric lymph node:  histiocytic cellular infiltration[b] | Mouse/female | —— | —— | —— | —— |
| Liver:  histiocytic cellular infiltration | Mouse/female | Log-logistic | 5 | 0.17 | 0.12 |
| Pancreas:  acinus, cytoplasmic alteration | Mouse/female | Log-logistic | 5 | 0.68 | 0.52 |

[a]BMDs and BMDLs from dichotomous data are associated with a 10% extra risk; doses are in terms of mg chromium(VI)/kg/day.
[b]None of the models provided an adequate fit to the data.

BMD = benchmark dose; BMDL = lower confidence limit (95%) on the benchmark dose

Source:  NTP 2008a

APPX ATT_V6_4387

Uncertainty Factors used in MRL derivation:

       [ ] 10 for use of a LOAEL
       [X] 10 for extrapolation from animals to humans
       [X] 10 for human variability

Was a conversion factor used from ppm in food or water to a mg/body weight dose?  No.  Daily doses for each treatment group were reported by study authors (NTP 2008a) based on body weights and water intake over the 2-year exposure period.

If an inhalation study in animals, list conversion factors used in determining human equivalent dose:  Not applicable.

Was a conversion used from intermittent to continuous exposure?  Not applicable.

Other additional studies or pertinent information that lend support to this MRL:  Selection of nonneoplastic lesions of the duodenum in female mice is as the critical effect for the chronic-duration oral MRL is supported by observations from the same study showing adverse gastrointestinal effects in male mice (diffuse epithelial hyperplasia at ≥0.38 mg chromium(VI)/kg/day and histiocytic cellular infiltration at 5.9 mg chromium(VI)/kg/day) and in male and female rats (histiocytic cellular infiltration at ≥0.77 and ≥0.94 mg chromium(VI)/kg/day, respectively) exposed to sodium dichromate dihydrate in drinking water for 2 years (NTP 2008a).  Although no other chronic-duration studies on oral chromium(VI) in animals were identified, a 3-month study on sodium dichromate dihydrate in drinking water revealed adverse gastrointestinal effects in rats and mice (including a comparative study in 3 mouse strains) (NTP 2007).  Epithelial hyperplasia and histiocytic cellular infiltration of the duodenum was observed at ≥3.1 and ≥5.9 mg chromium(VI)/kg/day, respectively, in male and female B6C3F1 mice.  Similar nonneoplastic lesions of the duodenum were also reported in the 3-month comparative study in male B6C3F1, BALB/c, and C57BL/6 mice, with epithelial hyperplasia at ≥2.8 mg chromium(VI)/kg/day in B6C3F1 and BALB/c strains and ≥5.2 in the C57BL/6 strain, and histiocytic cellular infiltration at ≥2.8 mg chromium(VI)/kg/day in B6C3F1 and C57BL/6 strains and ≥5.2 mg chromium(VI)/kg/day in the BALB/c strain.  In male and female F344/N rats, histiocytic cellular infiltration was observed at ≥3.5 mg chromium(VI)/kg/day.  At a higher daily dose (20.9 mg chromium(VI)/kg/day), ulcer, epithelial regenerative focal hyperplasia, and epithelial focal squamous metaplasia of the glandular stomach were observed.

**Details of Benchmark Dose Analysis for the Chronic-duration Oral MRL**

***Chronic Inflammation of the Liver in Female Rats.***  As assessed by the chi-square goodness-of-fit statistic, only the log-logistic model provided an adequate fit ($X^2$ p-value ≥0.1) to the data (Table A-10).  Based on the log-logistic model, the BMD associated with a 10% extra risk was 0.22 mg chromium(VI)/kg/day and its lower 95% confidence limit (BMDL) was 0.14 mg chromium(VI)/kg/day (Figure A-4).

**Table A-10. $BMD_{10}$ and $BMDL_{10}$ Values and Goodness-of-Fit Statistics from Models Fit to Incidence Data for Chronic Inflammation of the Liver in Female Rats Exposed to Sodium Dichromium Dihydrate in Drinking Water for 2 Years**

| Model | $BMD_{10}$ (mg/kg/day) | $BMDL_{10}$ (mg/kg/day) | $x^2$ p-value | AIC |
|---|---|---|---|---|
| Gamma[a] | 0.51 | 0.37 | 0.04 | 317.97 |
| Logistic | 0.84 | 0.65 | 0.01 | 321.45 |
| **Log-logistic[b]** | **0.22** | **0.14** | **0.37** | **312.57** |
| Multi-stage[c] | 0.51 | 0.37 | 0.04 | 317.97 |
| Probit | 0.88 | 0.70 | 0.01 | 321.80 |
| Log-probit[b] | 0.89 | 0.61 | 0.01 | 320.86 |
| Quantal linear | 0.51 | 0.37 | 0.04 | 317.97 |
| Weibull[a] | 0.51 | 0.37 | 0.04 | 317.97 |

[a]Restrict power ≥1
[b]Slope restricted to >1
[c]Restrict betas ≥0; lowest degree polynomial (up to n-2) with an adequate fit is reported; no degree of polynomial provided a fit, a 3-degree polynomial is reported.

AIC = Akaike information criterion; BMD = benchmark dose; BMDL = lower confidence limit (95%) on the benchmark dose

Source: NTP 2008a

## Figure A-4.  Predicted and Observed Incidence of Chronic Inflammation of the Liver in Female Rats Exposed to Sodium Dichromium Dihydrate in Drinking Water for 2 Years*



*BMDs and BMDLs indicated are associated with a 10% extra risk, and are in units of mg chromium(VI)/kg/day.

Source:  NTP 2008a

***Diffuse Epithelial Hyperplasia of the Duodenum in Male Mice.***  As assessed by the chi-square goodness-of-fit statistic, none of the models provided an adequate fit ($X^2$ p-value $\geq 0.1$) to the full dataset (Table A-11).  In order to achieve a statistically fit model, the highest dose was dropped.  This is determined to be appropriate, as the area of concern is with the low-dose region of the response curve. After dropping the highest dose, the gamma, log-logistic, multistage, log-probit, quantal linear, and weibull models provided adequate fits to the data ($X^2$ p-value >0.1).  Comparing across models, a better fit is generally indicated by a lower AIC (EPA 2000).  As assessed by AIC, the 1-degree polynomial multistage model provided the best fit to the data (Figure A-5).  Based on the multistage model, the BMD associated with a 10% extra risk was 0.16 mg chromium(VI)/kg/day and its lower 95% confidence limit (BMDL) was 0.13 mg chromium(VI)/kg/day.

**Table A-11. $BMD_{10}$ and $BMDL_{10}$ Values and Goodness-of-Fit Statistics from Models Fit to Incidence Data for Diffuse Epithelial Hyperplasia in the Duodenum in Male Mice Exposed to Sodium Dichromium Dihydrate in Drinking Water for 2 Years**

| Model | $BMD_{10}$ (mg/kg/day) | $BMDL_{10}$ (mg/kg/day) | $x^2$ p-value | AIC |
|---|---|---|---|---|
| All doses | | | | |
| Gamma[a] | 0.31 | 0.25 | 0.00 | 270.99 |
| Logistic | 0.90 | 0.74 | 0.00 | 296.25 |
| Log-logistic[b] | 0.15 | 0.12 | 0.00 | 247.93 |
| Multi-stage[c] | 0.31 | 0.25 | 0.00 | 270.99 |
| Probit | 0.90 | 0.76 | 0.00 | 296.18 |
| Log-probit[b] | 0.48 | 0.36 | 0.00 | 274.38 |
| Quantal linear | 0.31 | 0.25 | 0.00 | 270.99 |
| Weibull[a] | 0.31 | 0.25 | 0.00 | 270.99 |
| Highest dose dropped (four doses modeled) | | | | |
| Gamma[a] | 0.22 | 0.14 | 0.43 | 167.67 |
| Logistic | 0.47 | 0.39 | 0.03 | 177.09 |
| Log-logistic[b] | 0.26 | 0.15 | 0.20 | 169.23 |
| Multi-stage[d] | 0.16 | **0.13** | **0.52** | **166.34** |
| Probit | 0.45 | 0.37 | 0.04 | 176.19 |
| Log-probit[b] | 0.28 | 0.23 | 0.33 | 167.41 |
| Quantal linear | 0.16 | **0.13** | **0.52** | **166.34** |
| Weibull[a] | 0.22 | 0.14 | 0.47 | 167.50 |

[a]Restrict power ≥1
[b]Slope restricted to >1
[c]Restrict betas ≥0; lowest degree polynomial (up to n-2) with an adequate fit is reported; no degree of polynomial provided a fit, a 3-degree polynomial is reported.
[d]Restrict betas ≥0; lowest degree polynomial (up to n-2) with an adequate fit is reported; degree polynomial =1.

AIC = Akaike information criterion; BMD = benchmark dose; BMDL = lower confidence limit (95%) on the benchmark dose

Source: NTP 2008a

## Figure A-5.  Predicted and Observed Incidence of Diffuse Epithelial Hyperplasia in the Duodenum of Male Mice Exposed to Sodium Dichromium Dihydrate in Drinking Water for 2 Years*



*BMDs and BMDLs indicated are associated with a 10% extra risk, and are in units of mg chromium(VI)/kg/day.

Source:  NTP 2008a

***Histiocytic Cellular Infiltration of the Mesenteric Lymph Nodes in Male Mice.***  As assessed by the chi-square goodness-of-fit statistic, none of the models provided an adequate fit ($X^2$ p-value $\geq 0.1$) to the full dataset (Table A-12).  In order to achieve a statistically fit model, the highest dose was dropped.  This is determined to be appropriate, as the area of concern is with the low-dose region of the response curve.  Dropping the highest dose did not result in adequately fitting models, nor did dropping the two highest doses.  This dataset is considered not suitable for benchmark dose modeling.

**Table A-12. $BMD_{10}$ and $BMDL_{10}$ Values and Goodness-of-Fit Statistics from Models Fit to Incidence Data for Histiocytic Cellular Infiltration in Mesenteric Lymph Nodes of Male Mice Exposed to Sodium Dichromium Dihydrate in Drinking Water for 2 Years**

| Model | $BMD_{10}$ (mg/kg/day) | $BMDL_{10}$ (mg/kg/day) | $x^2$ p-value | AIC |
|---|---|---|---|---|
| All doses | | | | |
| Gamma[a] | 0.38 | 0.26 | 0.00 | 285.94 |
| Logistic | 0.53 | 0.39 | 0.00 | 286.38 |
| Log-logistic[b] | 0.16 | 0.08 | 0.00 | 284.48 |
| Multi-stage[c] | 0.43 | 0.26 | 0.00 | 287.88 |
| Probit | 0.56 | 0.43 | 0.00 | 286.35 |
| Log-probit[b] | 0.83 | 0.52 | 0.00 | 289.36 |
| Quantal linear | 0.38 | 0.26 | 0.00 | 285.94 |
| Weibull[a] | 0.38 | 0.26 | 0.00 | 285.94 |
| Highest dose dropped (four doses modeled) | | | | |
| Gamma[a] | 0.47 | 0.24 | 0.00 | 258.50 |
| Logistic | 0.61 | 0.35 | 0.00 | 259.04 |
| Log-logistic[b] | 0.21 | 0.08 | 0.00 | 256.81 |
| Multi-stage[d] | 0.47 | 0.24 | 0.00 | 258.50 |
| Probit | 0.63 | 0.37 | 0.00 | 259.08 |
| Log-probit[b] | 1.24 | 0.56 | 0.00 | 261.28 |
| Quantal linear | 0.47 | 0.24 | 0.00 | 258.50 |
| Weibull[a] | 0.47 | 0.24 | 0.00 | 258.50 |
| Two highest doses dropped (three doses modeled) | | | | |
| Gamma[a] | 0.11 | 0.07 | 0.00 | 187.77 |
| Logistic | 0.17 | 0.12 | 0.00 | 189.97 |
| Log-logistic[b] | 0.05 | 0.03 | 0.00 | 183.77 |
| Multi-stage[e] | 0.11 | 0.07 | 0.00 | 187.77 |
| Probit | 0.17 | 0.12 | 0.00 | 190.12 |
| Log-probit[b] | 0.17 | 0.11 | 0.00 | 190.37 |
| Quantal linear | 0.11 | 0.07 | 0.00 | 187.77 |
| Weibull[a] | 0.11 | 0.07 | 0.00 | 187.77 |

[a]Restrict power ≥1
[b]Slope restricted to >1
[c]Restrict betas ≥0; lowest degree polynomial (up to n-2) with an adequate fit is reported; no degree of polynomial provided a fit, a 3-degree polynomial is reported.
[d]Restrict betas ≥0; lowest degree polynomial (up to n-2) with an adequate fit is reported; no degree of polynomial provided a fit, a 2-degree polynomial is reported.
[e]Restrict betas ≥0; lowest degree polynomial (up to n-2) with an adequate fit is reported; no degree of polynomial provided a fit, a 1-degree polynomial is reported.

AIC = Akaike information criterion; BMD = benchmark dose; BMDL = lower confidence limit (95%) on the benchmark dose

Source: NTP 2008a

***Diffuse Epithelial Hyperplasia of the Duodenum in Female Mice.***  As assessed by the chi-square goodness-of-fit statistic, none of the models provided an adequate fit ($X^2$ p-value $\geq 0.1$) to the data (Table A-13).  In order to achieve a statistically fit model, the highest dose was dropped.  This is determined to be appropriate, as the area of concern is with the low-dose region of the response curve.  After dropping the highest dose, an adequate fit was still not achieved.  After dropping the two highest doses, all of the models except for the logistic and probit models provided an adequate fit ($X^2$ p-value $\geq 0.1$) to the data.  Comparing across models, a better fit is generally indicated by a lower AIC (EPA 2000).  As assessed by AIC, the gamma, multistage, quantal linear, and weibull models generated identical goodness of fit statistics and benchmark doses, as these models all took the form of a 1-degree polynomial multistage model which provides the best fit (Figure A-6).  Based on these models, the BMD associated with a 10% extra risk was 0.12 mg chromium(VI)/kg/day and its lower 95% confidence limit (BMDL) was 0.09 mg chromium(VI)/kg/day.

**Table A-13. $BMD_{10}$ and $BMDL_{10}$ Values and Goodness-of-Fit Statistics from Models Fit to Incidence Data for Diffuse Epithelial Hyperplasia in the Duodenum of Female Mice Exposed to Sodium Dichromium Dihydrate in Drinking Water for 2 Years**

| Model | $BMD_{10}$ (mg/kg/day) | $BMDL_{10}$ (mg/kg/day) | $x^2$ p-value | AIC |
|---|---|---|---|---|
| **All doses** | | | | |
| Gamma[a] | 0.34 | 0.27 | 0.00 | 275.34 |
| Logistic | 0.88 | 0.72 | 0.00 | 293.17 |
| Log-logistic[b] | 0.12 | 0.09 | 0.04 | 245.54 |
| Multi-stage[c] | 0.34 | 0.27 | 0.00 | 275.34 |
| Probit | 0.93 | 0.78 | 0.00 | 294.03 |
| Log-probit[b] | 0.52 | 0.38 | 0.00 | 279.54 |
| Quantal linear | 0.34 | 0.27 | 0.00 | 275.34 |
| Weibull[a] | 0.34 | 0.27 | 0.00 | 275.34 |
| **Highest dose dropped (four doses modeled)** | | | | |
| Gamma[a] | 0.20 | 0.16 | 0.00 | 213.41 |
| Logistic | 0.55 | 0.46 | 0.00 | 236.10 |
| Log-logistic[b] | 0.11 | 0.08 | 0.04 | 200.07 |
| Multi-stage[d] | 0.20 | 0.16 | 0.00 | 213.41 |
| Probit | 0.54 | 0.45 | 0.00 | 235.61 |
| Log-probit[b] | 0.29 | 0.24 | 0.00 | 220.04 |
| Quantal linear | 0.20 | 0.16 | 0.00 | 213.41 |
| Weibull[a] | 0.20 | 0.16 | 0.00 | 213.41 |
| **Two highest doses dropped (three doses modeled)** | | | | |
| **Gamma[a]** | **0.12** | **0.09** | **0.87** | **126.06** |
| Logistic | 0.34 | 0.27 | 0.00 | 141.77 |
| Log-logistic[b] | 0.12 | 0.06 | 1.00 | 127.77 |
| **Multi-stage[e]** | **0.12** | **0.09** | **0.87** | **126.06** |
| Probit | 0.32 | 0.26 | 0.00 | 140.65 |
| Log-probit[b] | 0.20 | 0.16 | 0.48 | 127.17 |
| **Quantal linear** | **0.12** | **0.09** | **0.87** | **126.06** |
| **Weibull[a]** | **0.12** | **0.09** | **0.87** | **126.06** |

[a]Restrict power >=1
[b]Slope restricted to >1
[c]Restrict betas >=0; lowest degree polynomial (up to n-2) with an adequate fit is reported; no degree of polynomial provided a fit, a 3-degree polynomial is reported.
[d]Restrict betas >=0; lowest degree polynomial (up to n-2) with an adequate fit is reported; no degree of polynomial provided a fit, a 2-degree polynomial is reported.
[e]Restrict betas >=0; lowest degree polynomial (up to n-2) with an adequate fit is reported; no degree of polynomial provided a fit, a 1-degree polynomial is reported.

AIC = Akaike information criterion; BMD = benchmark dose; BMDL = lower confidence limit (95%) on the benchmark dose

Source: NTP 2008a

## Figure A-6.  Predicted and Observed Incidence of Diffuse Epithelial Hyperplasia in the Duodenum of Female Mice Exposed to Sodium Dichromium Dihydrate in Drinking Water for 2 Years*



09:36 04/09 2008

*BMDs and BMDLs indicated are associated with a 10% extra risk, and are in units of mg chromium(VI)/kg/day.

Source:  NTP 2008a

***Histiocytic Cellular Infiltration of the Mesenteric Lymph Nodes in Female Mice.***  As assessed by the chi-square goodness-of-fit statistic, none of the models provided an adequate fit ($X^2$ p-value ≥0.1) to the full dataset (Table A-14).  In order to achieve a statistically fit model, the highest dose was dropped.  This is determined to be appropriate, as the area of concern is with the low-dose region of the response curve. Dropping the highest dose did not result in adequately fitting models, nor did dropping the two highest doses.  This dataset is not suitable for benchmark dose modeling.

APPX ATT_V6_4396

**Table A-14. $BMD_{10}$ and $BMDL_{10}$ Values and Goodness-of-Fit Statistics from Models Fit to Incidence Data for Histiocytic Cellular Infiltration in Mesenteric Lymph Nodes of Female Mice Exposed to Sodium Dichromium Dihydrate in Drinking Water for 2 Years**

| Model | $BMD_{10}$ (mg/kg/day) | $BMDL_{10}$ (mg/kg/day) | $x^2$ p-value | AIC |
|---|---|---|---|---|
| All doses | | | | |
| Gamma[a] | 0.41 | 0.30 | 0.00 | 282.46 |
| Logistic | 0.77 | 0.61 | 0.00 | 290.18 |
| Log-logistic[b] | 0.09 | 0.06 | 0.00 | 263.55 |
| Multi-stage[c] | 0.41 | 0.30 | 0.00 | 282.46 |
| Probit | 0.85 | 0.69 | 0.00 | 291.41 |
| Log-probit[b] | 0.68 | 0.47 | 0.00 | 285.85 |
| Quantal linear | 0.41 | 0.30 | 0.00 | 282.46 |
| Weibull[a] | 0.41 | 0.30 | 0.00 | 282.46 |
| Highest dose dropped (four doses modeled) | | | | |
| Gamma[a] | 0.20 | 0.15 | 0.00 | 224.84 |
| Logistic | 0.40 | 0.33 | 0.00 | 230.81 |
| Log-logistic[b] | 0.07 | 0.05 | 0.00 | 215.19 |
| Multi-stage[d] | 0.20 | 0.15 | 0.00 | 224.84 |
| Probit | 0.40 | 0.34 | 0.00 | 230.85 |
| Log-probit[b] | 0.37 | 0.24 | 0.00 | 231.76 |
| Quantal linear | 0.20 | 0.15 | 0.00 | 224.84 |
| Weibull[a] | 0.20 | 0.15 | 0.00 | 224.84 |
| Two highest doses dropped (three doses modeled) | | | | |
| Gamma[a] | 0.14 | 0.10 | 0.00 | 172.32 |
| Logistic | 0.31 | 0.24 | 0.00 | 178.99 |
| Log-logistic[b] | 0.07 | 0.04 | 0.00 | 164.47 |
| Multi-stage[e] | 0.14 | 0.10 | 0.00 | 172.32 |
| Probit | 0.30 | 0.23 | 0.00 | 178.74 |
| Log-probit[b] | 0.21 | 0.15 | 0.00 | 178.11 |
| Quantal linear | 0.14 | 0.10 | 0.00 | 172.32 |
| Weibull[a] | 0.14 | 0.10 | 0.00 | 172.32 |

[a]Restrict power ≥1
[b]Slope restricted to >1
[c]Restrict betas ≥0; lowest degree polynomial (up to n-2) with an adequate fit is reported; no degree of polynomial provided a fit, a 3-degree polynomial is reported.
[d]Restrict betas ≥0; lowest degree polynomial (up to n-2) with an adequate fit is reported; no degree of polynomial provided a fit, a 2-degree polynomial is reported.
[e]Restrict betas ≥0; lowest degree polynomial (up to n-2) with an adequate fit is reported; no degree of polynomial provided a fit, a 1-degree polynomial is reported.

AIC = Akaike information criterion; BMD = benchmark dose; BMDL = lower confidence limit (95%) on the benchmark dose

Source: NTP 2008a

*Histiocytic Cellular Infiltration of the Liver in Female Mice.*  As assessed by the chi-square goodness-of-fit statistic, only the log-logistic model provided an adequate fit ($X^2$ p-value ≥0.1) to the data (Table A-15).  Based on the log-logistic model, the BMD associated with a 10% extra risk was 0.17 mg chromium(VI)/kg/day and its lower 95% confidence limit (BMDL) was 0.12 mg chromium(VI)/kg/day (Figure A-7).

**Table A-15.  BMD$_{10}$ and BMDL$_{10}$ Values and Goodness-of-Fit Statistics from Models Fit to Incidence Data for Histiocytic Cellular Infiltration in the Liver of Female Mice Exposed to Sodium Dichromium Dihydrate in Drinking Water for 2 Years**

| Model | BMD$_{10}$ (mg/kg/day) | BMDL$_{10}$ (mg/kg/day) | $x^2$ p-value | AIC |
|---|---|---|---|---|
| Gamma[a] | 0.35 | 0.28 | 0.08 | 255.40 |
| Logistic | 0.85 | 0.70 | 0.00 | 267.56 |
| **Log-logistic[b]** | **0.17** | **0.12** | **0.44** | **251.36** |
| Multi-stage[c] | 0.35 | 0.28 | 0.08 | 255.40 |
| Probit | 0.88 | 0.75 | 0.00 | 268.64 |
| Log-probit[b] | 0.62 | 0.48 | 0.01 | 260.00 |
| Quantal linear | 0.35 | 0.28 | 0.08 | 255.40 |
| Weibull[a] | 0.35 | 0.28 | 0.08 | 255.40 |

[a]Restrict power ≥1
[b]Slope restricted to >1
[c]Restrict betas ≥0; lowest degree polynomial (up to n-2) with an adequate fit is reported; no degree of polynomial provided a fit, a 3-degree polynomial is reported.

AIC = Akaike information criterion; BMD = benchmark dose; BMDL = lower confidence limit (95%) on the benchmark dose

Source:  NTP 2008a

**Figure A-7.  Predicted and Observed Incidence of Histiocytic Cellular Infiltration
in the Livers of Female Mice Exposed to Sodium Dichromium Dihydrate in
Drinking Water for 2 Years\***



Log-Logistic Model with 0.95 Confidence Level

11:17 04/09 2008

\*BMDs and BMDLs indicated are associated with a 10% extra risk, and are in units of mg chromium(VI)/kg/day.

Source:  NTP 2008a

***Cytoplasmic Alteration of Acinar Epithelial Cells of the Pancreas in Female Mice.***  As assessed by the
chi-square goodness-of-fit statistic, all of the models provide adequate fits ($X^2$ p-value $\geq$0.1) to the data
(Table A-16).  Comparing across models, a better fit is generally indicated by a lower Akaike's
Information Criteria (AIC) (EPA 2000).  As assessed by AIC, the log-logistic model provides the best fit
(Figure A-8).  Based on the log-logistic model, the BMD associated with a 10% extra risk was 0.68 mg
chromium (VI)/kg/day and its lower 95% confidence limit (BMDL) was 0.52 mg chromium (VI)/kg/day.

**Table A-16. $BMD_{10}$ and $BMDL_{10}$ Values and Goodness-of-Fit Statistics from Models Fit to Incidence Data for Pancreas: Acinus, Cytoplasmic Alteration in Female Mice Exposed to Sodium Dichromium Dihydrate in Drinking Water for 2 Years**

| Model | $BMD_{10}$ (mg/kg/day) | $BMDL_{10}$ (mg/kg/day) | $x^2$ p-value | AIC |
|---|---|---|---|---|
| Gamma[a] | 0.92 | 0.72 | 0.13 | 206.82 |
| Logistic | 2.43 | 2.03 | 0.09 | 211.78 |
| **Log-logistic[b]** | **0.68** | **0.52** | **0.19** | **205.22** |
| Multi-stage[c] | 0.92 | 0.72 | 0.13 | 206.82 |
| Probit | 2.24 | 1.89 | 0.11 | 210.99 |
| Log-probit[b] | 1.77 | 1.40 | 0.11 | 209.99 |
| Quantal linear | 0.92 | 0.72 | 0.13 | 206.82 |
| Weibull[a] | 0.92 | 0.72 | 0.13 | 206.82 |

[a]Restrict power ≥1
[b]Slope restricted to >1
[c]Restrict betas ≥0; lowest degree polynomial (up to n-2) with an adequate fit is reported; a 1-degree polynomial is reported.

AIC = Akaike information criterion; BMD = benchmark dose; BMDL = lower confidence limit (95%) on the benchmark dose

Source: NTP 2008a

### Figure A-8.  Predicted and Observed Incidence of Pancreas:  Acinus, Cytoplasmic Alteration in Female Mice Exposed to Sodium Dichromium Dihydrate in Drinking Water for 2 Years*



11:41 04/09 2008

*BMDs and BMDLs indicated are associated with a 10% extra risk, and are in units of mg chromium (VI)/kg/day.

Source:  NTP 2008a

Agency Contact (Chemical Manager):  Sharon Wilbur

## MINIMAL RISK LEVEL (MRL) WORKSHEET

Chemical name:     Chromium(III) insoluble particulates
CAS number:        16065-83-1
Date:              February 2012
Profile status:    Second Draft Post-Public Comment
Route:             [X] Inhalation [ ] Oral
Duration:          [ ] Acute [X] Intermediate [ ] Chronic
Key to figure:     2
Species:           Rat

Minimal Risk Level:  0.005 mg chromium(III)/m$^3$ for insoluble trivalent chromium particulate compounds

Reference:  Derelanko MJ, Rinehart WE, Hilaski RJ, et al.  1999.  Thirteen-week subchronic rat inhalation toxicity study with a recovery phase of trivalent chromium compounds, chromic acid and basic chromium sulfate.  Toxicol Sci 52(2):278-288.

Experimental design:  Groups of 15 male and female CDF (Fisher 344/Crl BR VAF/Plus) rats were exposed to chromic oxide or basic chromium sulfate by nose-only inhalation to 0, 3, 10, or 30 mg chromium(III)/m$^3$ (measured concentrations) 6 hours/day, 5 days/week for 13 weeks.  Mean particle sizes (in microns±GSD, based on 21 samples/test group evaluated over the 13-week exposure period) in the 3, 10, and 30 mg chromium(III)/m$^3$ groups, were 1.8±1.93, 1.9±1.84, and 1.9±1.78, respectively, for chromic oxide and 4.2±2.48, 4.2±2.37, and 4.5±2.50, respectively, for basic chromium sulfate; no chromium(VI) was detected in samples.  Of these 15 rats/sex/group, 10 rats/sex/group were examined and sacrificed after 13 weeks of exposure and 5 rats/sex/group were examined and sacrificed after an additional 13-week recovery (e.g., no exposure) period.  Throughout the exposure and recovery periods, rats were examined daily for mortality and clinical signs of toxicity; body weight was recorded weekly, but food consumption was not measured.  Ophthamalmoscopic examinations were conducted prior to treatment and before terminal sacrifice.  At the end of the treatment and recovery phases, blood was analyzed for "standard" hematology and clinical chemistry, and urinalysis was conducted; specific outcome measures evaluated for these assessments were not reported.  In five rats/sex/group, urine was also analyzed for β$_2$-microglobulin.  Gross necropsy was performed on all animals at terminal sacrifice and organ weights were recorded for heart, liver, lungs/trachea (combined), spleen, kidneys, brain, adrenal, thyroid/parathyroid, testes, and ovaries.  Bone marrow was examined and differential cell counts of bone marrow were conducted.  Microscopic examination of comprehensive tissues (described as "tissues typically harvested for subchronic studies") was conducted for all animals and the control and 30 mg chromium(III)/m$^3$ groups.  For all animals in the 3 and 30 mg chromium(III)/m$^3$ groups, the following tissues were examined microscopically:  kidneys, liver, nasal tissues, trachea, lungs, larynx, mediastinal and mandibular lymph nodes, and all tissues with gross lesions.  Histopathological lesions were described, but no incidence data were reported.  Sperm morphology, count, and motility were assessed in all males at the end of the 13-week treatment period only.

Effects noted in study and corresponding doses:  The following study results are for rats exposed to chromic oxide only; detailed results of animals exposed to basic chromium sulfate are presented in the following intermediate-duration inhalation MRL worksheet for soluble chromium(III) compounds.  No mortalities, clinical signs of toxicity, changes in body weight, findings on ophthalmologic examination, or alterations of sperm count, motility, or morphology were observed.  Evaluations of hematology, clinical chemistry, and urinalysis did not reveal any treatment-related differences compared to controls; β$_2$-microglobulin was not detected in urine of rats from any group.  Absolute and relative lung/trachea weights were significantly increased by 12 and 13%, respectively, in males in the 30 mg

chromium(III)/m$^3$ group compared to control. Lung weights were not increased in females. Other significant changes in organ weight changes were limited to small increases in absolute thyroid/parathyroid weight in females in the 10 mg chromium(III)/m$^3$ group and in relative thyroid/parathyroid weight (combined) in females in the 10 and 30 mg chromium(III)/m$^3$ groups. The study authors stated that the biological significance of changes in thyroid/parathyroid weight could not be determined; however, no histopathological changes were observed in these tissues in female rats exposed to 30 mg chromium(III)/m$^3$. On necropsy, most animals (incidence not reported) in the chromic oxide group had green discoloration of the lungs and mediastinal lymph nodes; the degree of discoloration increased with exposure level and was presumed to represent deposition of the test material. Mediastinal lymph node enlargement was noted in the 30 mg chromium(III)/m$^3$ group. Microscopic examination of the lung revealed foci or aggregates of dark-pigmented (presumably the test material) macrophages within alveolar spaces adjacent to junctions of terminal bronchioles and alveolar ducts; black pigment was observed at the tracheal bifurcation and in periobronchial lymphoid tissue and the medistinal lymph node in all chromic oxide treatment groups. These findings are consistent with normal physiological clearance mechanisms for particulates deposited in the lung and are not considered adverse. Lymphoid hyperplasia of the mediastinal node was observed in rats of all treatment groups (severity not reported). In rats exposed to 10 and 30 mg chromium(III)/m$^3$, trace-to-mild chronic interstitial inflammation of the lung, characterized by inflammatory cell infiltration, was observed in alveolar septa, and hyperplasia of Type II pneumocytes (severity not reported) were observed. Histopathological changes were isolated to the lungs and respiratory lymphatic tissues and were not observed in other tissues, including nasal tissues and the larynx. Thus, for evaluations conducted at the end of the 13-week treatment period, a LOAEL of 3 mg chromium(III)/m$^3$ for hyperplasia of the mediastinal node was identified for both males and females; the severity of this effect was not reported. Following the 13-week recovery period, pigmented macrophages and black pigment were observed in peribronchial tissues and the mediastinal lymph node in animals from all treatment groups. Septal cell hyperplasia and chronic interstitial inflammation of the lung, both trace-to-mild in severity, were observed in males of all treatment groups and in females exposed to 10 and 30 mg chromium(III)/m$^3$. For evaluations conducted at the 13-week posttreatment recovery period, a minimal LOAEL (classified as minimal based on severity) of 3 mg chromium(III)/m$^3$ for trace-to-mild septal cell hyperplasia and chronic interstitial inflammation of the lung in male rats was identified.

<u>Dose end point used for MRL derivation</u>: 3 mg chromium(III)/m$^3$ (trace-to-mild septal cell hyperplasia and chronic interstitial inflammation of the lung), adjusted to 0.54 mg chromium(III)/m$^3$ for intermittent exposure and converted to a LOAEL$_{HEC}$ of 0.43 mg chromium(III)/m$^3$

[ ] NOAEL [X] LOAEL

The LOAEL of 3 mg chromium(III)/m$^3$ for hyperplasia of the mediastinal node in males and females (observed at the end of the 13-week treatment period) and the minimal LOAEL (based on severity) of 3 mg chromium(III)/m$^3$ for trace-to-mild septal cell hyperplasia and chronic interstitial inflammation of the lung in males (observed at the end of the 13-week recovery period) were further evaluated as potential critical effects for derivation of the intermediate-duration inhalation MRL for insoluble trivalent chromium particulate compounds. A BMCL for these effects could not be determined since incidence data for lesions of the lung and respiratory lymphatic tissue were not reported; thus, a NOAEL/LOAEL approach was used. Following adjustment of LOAELs for intermittent exposure (LOAEL$_{ADJ}$) and human equivalent concentrations (LOAEL$_{HEC}$), as described below, trace-to-mild septal cell hyperplasia and chronic interstitial inflammation of the lung in male rats was selected as the critical effect, based on the lowest LOAEL$_{HEC}$ of 0.43 mg chromium(III)/m$^3$ (Table A-17). The intermediate-duration inhalation MRL for insoluble trivalent chromium particulate compounds of 0.005 mg chromium(III)/m$^3$ was derived by dividing the minimal LOAEL$_{HEC}$ of 0.43 mg chromium(III)/m$^3$ by a composite uncertainty factor of 90 (3 for use of a minimal LOAEL, 3 for extrapolation from animals to humans, and 10 for human variability).

**Table A-17. LOAEL Values (Expressed in Terms Of HEC) for Nonneoplastic Lesions in Rats Exposed to Chromic Oxide by Inhalation For 13 Weeks**

| Species/sex | Lesion type (RDDR location) | RDDR multiplier | LOAEL$_{ADJ}$ (mg chromium(III)/m$^3$)[a] | LOAEL$_{HEC}$ (mg chromium(III)/m$^3$)[b] |
|---|---|---|---|---|
| Rat/male | Septal cell hyperplasia and chronic interstitial inflammation of the lung (thoracic) | 0.789 | 0.54 | 0.43 |
| Rat/male | Hyperplasia of the mediastinal node (tracheobronchial) | 1.225 | 0.54 | 0.66 |
| Rat/female | Hyperplasia of the mediastinal node (tracheobronchial) | 1.084 | 0.54 | 0.59 |

[a]Duration-adjusted for intermittent exposure (LOAEL$_{ADJ}$ = LOAEL x 6 hours/24 hours x 5 days/7 days = 3 mg chromium(III)/m$^3$ x 6 hours/24 hours x 5 days/7 days = 0.54 mg chromium(III)/m$^3$)
[b]LOAEL$_{HEC}$ = LOAEL$_{ADJ}$ x RDDR

HEC = human equivalent concentration; LOAEL = lowest-observed-adverse-effect level; RDDR = regional deposited dose ratio

Source: Derelanko et al. 1999

Uncertainty factors used in MRL derivation:

[X] 3 for use of a minimal LOAEL
[X] 3 for extrapolation from animals to humans, with dosimetric adjustment
[X] 10 for human variability

Was a conversion factor used from ppm in food or water to a mg/body weight dose?  Not applicable

If an inhalation study in animals, list conversion factors used in determining human equivalent dose:  To determine the LOAEL$_{HEC}$, the LOAEL$_{ADJ}$ in rats was multiplied by the RDDR multiplier determined for lesions in various areas of the respiratory tract in male and female rats (Table A-17).  The RDDR computer program was used to determine the RDDR multipliers as follows.

For interstitial inflammation of the lung in male rats (specific location of lesion within the lung was not reported by study authors) observed after the 13-week recovery period, the thoracic region for the RDDR program was selected since the observed effect could occur in the both the tracheobronchial and pulmonary regions of the lung.  The RDDR multiplier of 0.789 for the thoracic region of the respiratory tract in male rats was determined using the average body weight of 201 g for male rats in the control group in the basic chromium sulfate portion of the study (data for body weights of male rats in the chromic oxide portion of the study were not reported) and the average particle size (MMAD±GSD) of 1.9±1.85 reported in the Derelanko et al. (1999) study.

For hyperplasia of the mediastinal node in male and female rats observed at the end of the 13-week treatment period, the tracheobronchial region of the respiratory tract was selected for the RDDR program.  Although the mediastinal lymph node is not a respiratory tissue, for the purposes of HEC conversions, it is considered part of the tracheobronchial region of the respiratory system rather than a systemic tissue;

classification of the mediastinal lymph node as a systemic tissue is not appropriate, since the test material reaches the respiratory lymphatic tissues by the pulmonary macrophage clearance system and not by first entering the systemic circulation.  For male rats, the RDDR multiplier of 1.225 for the tracheobronchial region of the respiratory tract in male rats was determined using the average body weight of 201 g for male rats in the control group in the basic chromium sulfate portion of the study (data for body weights of male rats in the chromic oxide portion of the study were not reported) and the average particle size MMAD±GSD of 1.9±1.85 reported in Derelanko et al. (1999).  For female rats, the RDDR multiplier of 1.084 for the tracheobronchial region tract was determined using the default subchronic body weight of 124 g for female F344 rats (EPA 1988d) and the average particle size MMAD±GSD of 1.9±1.85 reported in the Derelanko et al. (1999) study; the default value for female body weights was used because female body weights were not reported in the critical study.

Was a conversion used from intermittent to continuous exposure?  Rats were exposed for 6 hours/day, 5 days/week for 13 weeks.

$$\text{LOAEL}_{ADJ} = 3 \text{ mg chromium(III)/m}^3 \text{ x 6 hours/24 hours x 5 days/7 days}$$
$$\text{LOAEL}_{ADJ} = 0.54 \text{ mg chromium(III)/m}^3$$

Other additional studies or pertinent information that lend support to this MRL:  The respiratory tract is the major target of inhalation exposure to chromium(III) and chromium(VI) compounds in humans and animals.  Respiratory effects due to inhalation exposure are probably due to direct action of chromium at the site of contact.  The available occupational studies for exposure to chromium(III) compounds include, or likely include, concomitant exposure to chromium(VI) compounds and other compounds that may produce respiratory effects (Langård 1980; Mancuso 1951; Osim et al. 1999).  Thus, while the available data in humans suggest that respiratory effects occur following inhalation exposure to chromium(III) compounds, the respiratory effects of inhaled chromium(VI) and other compounds are confounding factors.  Studies evaluating respiratory effects of intermediate-duration inhalation exposure of animals are limited to the critical study evaluating 13-week exposure to chromic oxide or basic chromium sulfate (Derelanko et al. 1999).  Results of this study show that intermediate-duration inhalation exposure to chromic oxide or basic chromium sulfate produced adverse respiratory effects, as indicated by histopathological changes and increased lung weight.  However, effects of chromic oxide were less severe and isolated to the lung and respiratory lymph tissues, whereas the effects of basic chromium sulfate were more severe and observed throughout the respiratory tract (e.g., nose, larynx, lung and respiratory lymph tissues).  The authors suggest that differences in the respiratory toxicity of these compounds may be due to differences in chemical-physical properties (e.g., solubility, acidity).  Based on the differences in respiratory toxicity between insoluble chromic oxide and soluble basic chromium sulfate, separate intermediate-duration inhalation MRLs were derived for insoluble and soluble trivalent chromium particulate compounds.

Agency Contact (Chemical Manager):  Sharon Wilbur

## MINIMAL RISK LEVEL (MRL) WORKSHEET

Chemical name:      Chromium(III) soluble particulates
CAS number:         16065-83-1
Date:               June 2012
Profile status:     Third Draft Post-Public Comment
Route:              [X] Inhalation [ ] Oral
Duration:           [ ] Acute [X] Intermediate [ ] Chronic
Key to figure:      3
Species:            Rat

Minimal Risk Level:  0.0001 mg chromium(III)/m$^3$ for soluble trivalent chromium particulate compounds

Reference:  Derelanko MJ, Rinehart WE, Hilaski RJ, et al. 1999. Thirteen-week subchronic rat inhalation toxicity study with a recovery phase of trivalent chromium compounds, chromic acid and basic chromium sulfate. Toxicol Sci 52(2):278-288.

Experimental design:  Groups of 15 male and female CDF (Fisher 344/Crl BR VAF/Plus) rats were exposed to chromic oxide or basic chromium sulfate by nose-only inhalation to 0, 3, 10, or 30 mg chromium(III)/m$^3$ (measured concentrations) 6 hours/day, 5 days/week for 13 weeks. Mean particle sizes (in microns±GSD, based on 21 samples/test group evaluated over the 13-week exposure period) in the 3, 10, and 30 mg chromium(III)/m$^3$ groups, were 1.8±1.93, 1.9±1.84, and 1.9±1.78, respectively, for chromic oxide and 4.2±2.48, 4.2±2.37, and 4.5±2.50, respectively, for basic chromium sulfate; no chromium(VI) was detected in samples. Of these 15 rats/sex/group, 10 rats/sex/group were examined and sacrificed after 13 weeks of exposure and 5 rats/sex/group were examined and sacrificed after an additional 13-week recovery (e.g., no exposure) period. Throughout the exposure and recovery periods, rats were examined daily for mortality and clinical signs of toxicity; body weight was recorded weekly but food consumption was not measured. Ophthamalmoscopic examinations were conducted prior to treatment and before terminal sacrifice. At the end of the treatment and recovery phases, blood was analyzed for "standard" hematology and clinical chemistry, and urinalysis was conducted; specific outcome measures evaluated for these assessments were not reported. In five rats/sex/group, urine was also analyzed for $\beta_2$-microglobulin. Gross necropsy was performed on all animals at terminal sacrifice and organ weights were recorded for heart, liver, lungs/trachea (combined), spleen, kidneys, brain, adrenal, thyroid/parathyroid, testes, and ovaries. Bone marrow was examined and differential cell counts of bone marrow were conducted. Microscopic examination of comprehensive tissues (described as "tissues typically harvested for subchronic studies") was conducted for all animals and the control and 30 mg chromium(III)/m$^3$ groups. For all animals in the 3 and 30 mg chromium(III)/m$^3$ groups, the following tissues were examined microscopically: kidneys, liver, nasal tissues, trachea, lungs, larynx, mediastinal and mandibular lymph nodes, and all tissues with gross lesions. Histopathological findings were described, but no incidence data were reported. Sperm morphology, count, and motility were assessed in all males at the end of the 13-week treatment period only.

Effects noted in study and corresponding doses:  The following study results are for rats exposed to basic chromium sulfate only; detailed results of animals exposed to chromic oxide are presented in the preceding intermediate-duration inhalation MRL worksheet for insoluble chromium(III) compounds. No treatment-related mortalities were observed; one male rat in the 30 mg chromium(III)/m$^3$ group died on day 4 of exposure; the study authors did not attribute this death to treatment since no significant signs of toxicity were observed in this animals or in other animals in this treatment group. Females in the 30 mg chromium(III)/m$^3$ group exhibited sporadic labored breathing; no additional information on this observation was reported. No findings on ophthalmologic examination or alterations of sperm count, motility, or morphology were observed. At the end of the 13-week treatment period, body weight was

significantly decreased in males in the 10 and 30 mg chromium(III)/m$^3$ groups and females in the 30 mg chromium(III)/m$^3$ group. The study authors stated that "most" hematological, clinical chemistry, and urinalysis values in all exposure groups were similar to controls, although data were not reported. A significant, dose-related increase in absolute and relative lung/trachea weights was observed in male rats in all treatment groups. Other organ weight changes in males were decreased absolute and increase relative brain weights (30 mg chromium(III)/m$^3$), increased relative kidney weight (30 mg chromium(III)/m$^3$), decreased absolute liver weight (30 mg chromium(III)/m$^3$), increased relative thyroid/parathyroid weight (30 mg chromium(III)/m$^3$), decreased relative spleen weight (10 and 30 mg chromium(III)/m$^3$), and increased relative testes weight (30 mg chromium(III)/m$^3$). In females, absolute and relative lungs weights were increased in a dose-dependent fashion in all treatment groups. Other organ weight changes in females were increased absolute and relative thyroid/parathyroid weight (30 mg chromium(III)/m$^3$) and decreased absolute spleen weight (30 mg chromium(III)/m$^3$). With the exception of increased absolute and relative lung weights in males and females, small changes in other organs weights were not considered adverse in the absence of histopathological changes. On necropsy, grey lung discoloration was observed in animals exposed to 10 and 30 mg chromium(III)/m$^3$; the degree of discoloration increased with exposure level. Microscopic examination of the lung revealed the following changes in all treatment groups: chronic inflammation of the alveoli; alveolar spaces filled with macrophages, neutrophils, lymphocytes and cellular debris; foci of "intense" inflammation and thickened alveolar walls; chronic interstitial inflammation with cell infiltration; hyperplasia of Type II pneumocytes; and granulomatous inflammation, characterized by infiltration of macrophages and multinucleated giant cells. Macrophage infiltration and granulomatous inflammation of the larynx, acute inflammation and suppurative and mucoid exudates of nasal tissues, and histiocytosis and hyperplasia of peribronchial lymphoid tissues and the mediastinal lymph node were also observed in all treatment groups. Following the 13-week recovery period, enlargement of the mediastinal lymph node was observed on gross necropsy in all treatment groups. Microscopic examination of respiratory tissues showed changes to the lung (chronic alveolar inflammation, interstitial inflammation, septal cell hyperplasia, and granulomatous inflammation) in all treatment groups, larynx (granulomatous inflammation) in the 10 and 30 mg chromium(III)/m$^3$ groups, nasal tissues (trace suppurative exudates) in one to two animals in each groups, and mediastinal lymph node (histiocytosis and hyperplasia) in all treatment groups chromium(III)/m$^3$ groups. Following the 13-week recovery period, test material was observed in the respiratory tract on necropsy; however, incidence was decreased compared to observations made immediately following treatment (data not presented). In addition, chronic alveolar and interstitial inflammation and septal cell hyperplasia (all trace-to-moderate in severity) were observed in the 10 and 30 mg chromium(III)/m$^3$ groups, with severity similar to that observed immediately following treatment; in the 3 mg chromium(III)/m$^3$ group, severity was slightly reduced.

Dose end point used for MRL derivation: 3 mg chromium(III)/m$^3$ (nasal and larynx lesions), adjusted to 0.54 mg chromium(III)/m$^3$ for intermittent exposure and converted to a LOAEL$_{HEC}$ of 0.04 mg chromium(III)/m$^3$

[ ] NOAEL [X] LOAEL

The respiratory tract was identified as the target for inhaled soluble trivalent chromium particulate compounds. Similar effects were observed in male and female rats exposed to inhaled basic chromium sulfate for 13 weeks, with histopathological changes to the nose, larynx, lung, and respiratory lymphatic tissues and increased relative lung weight occurring at ≥3 mg chromium(III)/m$^3$. Therefore, data for histopathological changes in various regions of the respiratory tract and increased relative lung weights were further evaluated to determine the point of departure for derivation of the intermediate-duration MRL for soluble trivalent chromium particulate compounds.

Benchmark dose analysis could not be conducted for respiratory tract lesions, since incidence data were not reported by Derelanko et al. (1999); therefore, a NOAEL/LOAEL approach was used. The LOAEL value of 3 mg chromium(III)/m$^3$ for lesions in different regions of the respiratory tract was further evaluated as a potential point of departure. LOAEL values were adjusted for intermittent exposure (LOAEL$_{ADJ}$) and converted to a human equivalent concentration (LOAEL$_{HEC}$), as shown in (Table A-18).

### Table A-18. LOAEL Values (Expressed in Terms of HEC) for Nonneoplastic Lesions in Rats Exposed to Basic Chromium Sulfate by Inhalation for 13 Weeks

| Species/sex | Lesion type (RDDR location) | RDDR multiplier | LOAEL$_{ADJ}$ (mg chromium(III)/m$^3$)[a] | LOAEL$_{HEC}$ (mg chromium(III)/m$^3$)[b] |
|---|---|---|---|---|
| Rat/male | Granulomatous inflammation of larynx; inflammation of nasal tissue (extrathoracic) | 0.129 | 0.54 | 0.07 |
| Rat/male | Interstitial and alveolar inflammation; alveolar hyperplasia (thoracic) | 0.470 | 0.54 | 0.25 |
| Rat/female | Granulomatous inflammation of larynx; inflammation of nasal tissue (extrathoracic) | 0.078 | 0.54 | 0.04 |
| Rat/female | Interstitial and alveolar inflammation; alveolar hyperplasia (thoracic) | 0.483 | 0.54 | 0.26 |

[a]Duration-adjusted for intermittent exposure (LOAEL$_{ADJ}$ = LOAEL x 6 hours/24 hours x 5 days/7 days = 3 mg chromium(III)/m$^3$ x 6 hours/24 hours x 5 days/7 days = 0.54 mg chromium(III)/m$^3$)
[b]LOAEL$_{HEC}$ = LOAEL$_{ADJ}$ x RDDR

HEC = human equivalent concentration; LOAEL = lowest-observed-adverse-effect level; RDDR = regional deposited dose ratio

Source: Derelanko et al. 1999

To determine the BMC for increased lung weights, available continuous-variable models in the EPA Benchmark Dose (version 1.4.1) were fit to the data for relative lung weights in male and female rats (Derelanko et al. 1999; Table A-19). The BMC and the 95% lower confidence limit (BMCL) calculated is an estimate of the concentrations associated with a change of 1 standard deviation from the control (BMCL$_{1sd}$). The model-fitting procedure for continuous data is as follows. The simplest model (linear) is applied to the data while assuming constant variance. If the data are consistent with the assumption of

constant variance (p≥0.1), then the other continuous models (polynomial, power, and Hill models) are applied to the data. Among the models providing adequate fits to the means (p≥0.1), the one with the lowest Akaike's Information Criteria (AIC) for the fitted model is selected for BMC derivation. If the test for constant variance is negative, then the linear model is run again while applying the power model integrated into the BMDS to account for nonhomogenous variance. If the nonhomogenous variance model provides an adequate fit (p≥0.1) to the variance data, then the other continuous models are applied to the data. Among the models providing adequate fits to the means (p≥0.1), the one with the lowest AIC for the fitted model is selected for BMC derivation. If the tests for both constant and nonconstant variance are negative, then the data set is considered not to be suitable for BMC modeling. For male rats, the best model fit (Hill model) did not provide graphic output of the model; since model fit could not be evaluated by visual inspection, the $BMDL_{1sd}$ from the Hill model was not selected. All other models took the form of a linear model (nonconstant variance), yielding predicted $BMC_{1sd}$ and $BMCL_{1sd}$ values of 2.89 and 2.05 mg chromium(III)/$m^3$, respectively. For female rats, the linear model (nonconstant variance) provided the best fit, with predicted $BMC_{1sd}$ and $BMCL_{1sd}$ values of 6.33 and 3.96 mg/$m^3$, respectively. Additional details of the benchmark dose analysis for each data set modeled are presented in the last section of this worksheet. The $BMCL_{1sd}$ values for the best fitting models in male and female rats were adjusted for intermittent exposure ($BMCL_{1sd, ADJ}$) and human equivalent concentrations ($BMCL_{1sd, HEC}$), yielding $BMCL_{1sd, HEC}$ values of 0.17 and 0.34 mg chromium(III)/$m^3$ in males and females, respectively, as shown below (Table A-20).

### Table A-19. Relative Lung Weights[a] of CDF Rats[b] Exposed to Basic Chromium Sulfate by Nose-Only Inhalation 6 Hours/Day, 5 Days/Week for 13 Weeks

| | Concentrations (mg chromium(III)m³) | | | |
|---|---|---|---|---|
| Relative weight (percent x 10) | 0 | 3 | 10 | 30 |
| Basic chromium sulfate, males | 4.42±0.187[c] | 5.60±0.271[d] | 7.1 5± 0.252[d] | 10.69±0.688[d] |
| Basic chromium sulfate, females | 5.65±0.418 | 6.99±0.619[d] | 9.24±1.036[d] | 12.89±1.134[d] |

[a]Combined lung and trachea
[b]10 rat in all groups except male rats in the basic chromium sulfate 30 mg/m³ group (n=9)
[c]mean±Standard deviation
[d]p<0.01

Source: Derelanko et al. 1999

**Table A-20.  BMCL$_{1sd}$ Values (Expressed in Terms of HEC) for Increased Relative Lung Weight in Rats Exposed to Basic Chromium Sulfate by Inhalation for 13 Weeks**

| Species/sex | RDDR multiplier[a] | Duration-adjusted BMCL$_{1sd, ADJ}$ (mg chromium(III)/m$^3$)[b] | BMCL$_{1sd, HEC}$ (mg chromium(III)/m$^3$)[c] |
|---|---|---|---|
| Rat/male | 0.470 | 0.37 | 0.17 |
| Rat/female | 0.483 | 0.71 | 0.34 |

[a]For thoracic region
[b]Duration-adjusted for continuous exposure (BMCL$_{1sd, ADJ}$ = BMCL$_{1sd}$ x 6 hours/24 hours x 5 days/7 days); BMCL$_{1sd}$ for the best fitting models for male and female rats were 2.05 and 3.96 mg chromium(III)/m$^3$, respectively.
[c]BMCL$_{1sd, HEC}$ = BMCL$_{1sd, ADJ}$ x RDDR

BMCL = lower confidence limit (95%) on the benchmark concentration; HEC = human equivalent concentration; RDDR = regional deposited dose ratio

Source:  Derelanko et al. 1999

Based on comparison of LOAEL$_{HEC}$ values for respiratory tract lesions and BMCL$_{1sd, HEC}$ values for increased lung weight, the lowest value of 0.04 mg chromium(III)/m$^3$ (the LOAEL$_{HEC}$ for lesions of the larynx and nose in female rats) was selected as the point of departure.  The intermediate-duration inhalation MRL for soluble trivalent chromium particulate compounds of 0.0001 mg chromium(III)/m$^3$ was derived by dividing the LOAEL$_{HEC}$ of 0.04 mg chromium(III)/m$^3$ by a composite uncertainty factor of 300 (10 for use of a LOAEL, 3 for pharmacodynamic variability between animals to humans, and 10 for human variability).

Uncertainty factors used in MRL derivation:

[X] 10 for use of a LOAEL
[X] 3 for extrapolation from animals to humans
[X] 10 for human variability

Was a conversion factor used from ppm in food or water to a mg/body weight dose?  Not applicable.

If an inhalation study in animals, list conversion factors used in determining human equivalent dose:  To determine human equivalent concentrations, LOAEL$_{ADJ}$ values for lesions in various areas of the respiratory tract (Table A-18) and BMCL$_{1sd, ADJ}$ values for changes in changes in lung weights (Table A-20) were multiplied by the RDDR multiplier determined for lesions in various areas of the respiratory tract as follows.

For histopathological changes to the nose and larynx, the extrathoracic region for the RDDR program was selected.  For male rats, the RDDR multiplier of 0.129 for the extrathoracic region of the respiratory tract was determined using the average body weight of 201 g for male rats in the control group in the basic chromium sulfate portion of the study and the average particle size (MMAD±GSD) of 4.3±2.45 reported in Derelanko et al. (1999).  For female rats, the RDDR multiplier of 0.078 for the extrathoracic region of the respiratory tract was determined using the default subchronic body weight of 124 g for female F344 rats (EPA 1988d) and the average particle size MMAD±GSD of 4.3±2.45 reported in Derelanko et al. (1999); the default value for female body weights was used because female body weights were not reported in Derelanko et al. (1999).

For histopathological changes to the lung and increased relative lung weight, the thoracic region (a combination of tracheobronchial and pulmonary regions) was selected. For male rats, the RDDR multiplier of 0.470 for the thoracic region of the respiratory tract was determined using the average body weight of 201 g for male rats in the control group in the basic chromium sulfate portion of the study and the average particle size (MMAD±GSD) of 4.3±2.45 reported in Derelanko et al. (1999). For female rats, the RDDR multiplier of 0.483 for the thoracic region of the respiratory tract was determined using the default subchronic body weight of 124 g for female F344 rats (EPA 1988d) and the average particle size MMAD±GSD of 4.3±2.45 reported in Derelanko et al. (1999); the default value for female body weights was used because female body weights were not reported in Derelanko et al. (1999).

Was a conversion used from intermittent to continuous exposure? Rats were exposed for 6 hours/day, 5 days/week for 13 weeks. The LOAEL and BMCL$_{1sd}$ values were adjusted for continuous exposure as follows:

$$LOAEL_{ADJ} \text{ or } BMCL_{1sd, ADJ} = LOAEL \text{ or } BMCL_{1sd} \times 6 \text{ hours}/24 \text{ hours} \times 5 \text{days}/7 \text{ days}$$

Other additional studies or pertinent information that lend support to this MRL: The respiratory tract is the major target of inhalation exposure to chromium(III) and chromium(VI) compounds in humans and animals. Respiratory effects due to inhalation exposure are probably due to direct action of chromium at the site of contact. The available occupational studies for exposure to chromium(III) compounds include, or likely include, concomitant exposure to chromium(VI) compounds and other compounds that may produce respiratory effects (Langård 1980; Mancuso 1951; Osim et al. 1999). Thus, while the available data in humans suggest that respiratory effects occur following inhalation exposure to chromium(III) compounds, the respiratory effects of inhaled chromium(VI) and other compounds are confounding factors. Studies evaluating respiratory effects of intermediate-duration inhalation exposure of animals are limited to the critical study evaluating 13-week exposure to chromic oxide or basic chromium sulfate (Derelanko et al. 1999). Results of this study show that intermediate-duration inhalation exposure to chromic oxide or basic chromium sulfate produced adverse respiratory effects, as indicated by histopathological changes and increased lung weight. However, effects of chromic oxide were less severe and isolated to the lung and respiratory lymph tissues, whereas the effects of basic chromium sulfate were more severe and observed throughout the respiratory tract (e.g., nose, larynx, lung and respiratory lymph tissues). The authors suggest that differences in the respiratory toxicity of these compounds may be due to differences in chemical-physical properties (e.g., solubility, acidity). Based on the differences in respiratory toxicity between insoluble chromic oxide and soluble basic chromium sulfate, separate intermediate-duration inhalation MRLs were derived for insoluble and soluble trivalent chromium particulate compounds.

**Details of Benchmark Dose Analysis for the Intermediate-duration Inhalation MRL for Soluble Trivalent Chromium Particulates**

*Lung Weights in Male Rats.* The simplest model (linear) was applied to the data first to test for a fit for constant variance. The constant variance model did not provide an adequate fit (as assessed by the p-value for variance) to the data. The linear model was applied to the data again while applying the power model integrated into the BMCs to account for nonhomogenous variance. The nonconstant variance model did provide an adequate fit (as assess by the p-value for variance). The polynomial, power, and Hill models were then fit to the data with nonconstant variance assumed. All of the models provided an adequate fit to the data (as assessed by the p-value for the means) (Table A-21). Comparing across models, a better fit is generally indicated by a lower AIC. As assessed by AIC, the Hill model provides the best fit to the data; however, the BMDS software did not generate the graph output needed to assess visual fit of the model to the data. All other models took the form of a linear model, so the

nonconstant variance-linear model is selected for BMC derivation. The predicted $BMC_{1sd}$ and $BMCL_{1sd}$ for the data are 2.89 and 2.05 mg chromium(III)/m³, respectively (Figure A-9).

**Table A-21. Model Predictions for Changes in Relative Lung Weights of Male CDF Rats Exposed to Basic Chromium Sulfate by Inhalation for 13 Weeks**

| Model | Variance p-value[a] | p-Value for the means[a] | AIC | $BMC_{1sd}$ (mg chromium(III)/m³) | $BMCL_{1sd}$ (mg chromium(III)/m³) |
|---|---|---|---|---|---|
| Linear[b,c] | 0.00 | 0.30 | 56.75 | 5.79 | 4.70 |
| **Linear[c,d]** | **0.40** | **0.10** | **44.09** | **2.89** | **2.05** |
| Polynomial (1-degree)[c,d] | 0.40 | 0.10 | 44.09 | 2.89 | 2.05 |
| Polynomial (2-degree)[c,d] | 0.40 | 0.10 | 44.09 | 2.89 | 2.05 |
| Polynomial (3-degree)[c,d] | 0.40 | 0.10 | 44.09 | 2.89 | 2.05 |
| Power[d] | 0.40 | 0.10 | 44.09 | 2.89 | 2.05 |
| Hill[d] | 0.40 | 0.26 | 42.79 | 1.74 | 1.07 |

[a]Values <0.1 fail to meet conventional goodness-of-fit criteria.
[b]Constant variance assumed
[c]Restriction = non-negative
[d]Nonconstant variance model applied

AIC = Akaike's Information Criteria; p = p value from the Chi-squared test; BMC = benchmark concentration; BMCL = lower confidence limit (95%) on the benchmark concentration; 1sd = a 1 standard deviation change from the control

Source: Derelanko et al. 1999

## Figure A-9.  Predicted and Observed Changes in Relative Lung Weights in Male Rats Exposed to Basic Chromium Sulfate by Inhalation for 13 Weeks*



10:44 04/17 2008

*BMD=BMC; BMDL=BMCL; BMCs and BMCLs indicated are associated with a 1 standard deviation change from the control, and are in units of mg chromium(III)/m$^3$.

Source:  Derelanko et al. 1999

***Lung Weights in Female Rats.***  The simplest model (linear) was applied to the data first to test for a fit for constant variance.  The constant variance model did not provide an adequate fit (as assessed by the p-value for variance) to the data.  The linear model was applied to the data again while applying the power model integrated into the BMDS to account for nonhomogenous variance.  The nonconstant variance model did provide an adequate fit (as assess by the p-value for variance).  The polynomial, power, and Hill models were then fit to the data with nonconstant variance assumed.  All of the models provided an adequate fit to the data (as assessed by the p-value for the means) (Table A-22).  Comparing across models, a better fit is generally indicated by a lower AIC.  As assessed by AIC, the linear model provides the best fit to the data.  The predicted $BMC_{1sd}$ and $BMCL_{1sd}$ for the data are 6.33 and 3.96 mg chromium(III)/m$^3$, respectively (Figure A-10).

**Table A-22.  Model Predictions for Changes in Relative Lung Weights of Female CDF Rats Exposed to Basic Chromium Sulfate by Inhalation for 13 Weeks**

| Model | Variance p-value[a] | p-Value for the means[a] | AIC | BMC $_{1sd}$ (mg chromium(III)/m$^3$) | BMCL $_{1sd}$ (mg chromium(III)/m$^3$) |
|---|---|---|---|---|---|
| Linear[b,c] | 0.01 | 0.51 | 122.61 | 11.28 | 8.59 |
| **Linear [c,d]** | **0.59** | **0.14** | **117.05** | **6.33** | **3.96** |
| Polynomial (1-degree)[c,d] | 0.59 | 0.14 | 117.05 | 6.33 | 3.96 |
| Polynomial (2-degree)[c,d] | 0.59 | 0.14 | 117.05 | 6.33 | 3.96 |
| Polynomial (3-degree)[c,d] | 0.59 | 0.14 | 117.05 | 6.33 | 3.96 |
| Power[d] | 0.59 | 0.14 | 117.05 | 6.33 | 3.96 |
| Hill[d] | 0.59 | NA[e] | 117.13 | 2.84 | 1.32 |

[a]Values <0.1 fail to meet conventional goodness-of-fit criteria.
[b]Constant variance assumed
[c]Restriction = non-negative
[d]Nonconstant variance model applied
[e]NA = degrees of freedom are ≤0; the Chi-Square test for fit is not valid.

AIC = Akaike's Information Criteria; p = p value from the Chi-squared test; BMC = benchmark concentration; BMCL = lower confidence limit (95%) on the benchmark concentration; 1sd = a 1 standard deviation change from the control

Source:  Derelanko et al. 1999

**Figure A-10. Predicted and Observed Changes in Relative
Lung Weights in Female Rats Exposed to Basic
Chromium Sulfate by Inhalation for 13 Weeks***



*BMD=BMC; BMDL=BMCL; BMCs and BMCLs indicated are associated with a 1 standard deviation change from the control, and are in units of mg chromium(III)/m$^3$.

Source: Derelanko et al. 1999

<u>Agency Contact (Chemical Manager)</u>: Sharon Wilbur

# APPENDIX B.  USER'S GUIDE

## Chapter 1

## Public Health Statement

This chapter of the profile is a health effects summary written in non-technical language.  Its intended audience is the general public, especially people living in the vicinity of a hazardous waste site or chemical release.  If the Public Health Statement were removed from the rest of the document, it would still communicate to the lay public essential information about the chemical.

The major headings in the Public Health Statement are useful to find specific topics of concern.  The topics are written in a question and answer format.  The answer to each question includes a sentence that will direct the reader to chapters in the profile that will provide more information on the given topic.

## Chapter 2

## Relevance to Public Health

This chapter provides a health effects summary based on evaluations of existing toxicologic, epidemiologic, and toxicokinetic information.  This summary is designed to present interpretive, weight-of-evidence discussions for human health end points by addressing the following questions:

1. What effects are known to occur in humans?

2. What effects observed in animals are likely to be of concern to humans?

3. What exposure conditions are likely to be of concern to humans, especially around hazardous waste sites?

The chapter covers end points in the same order that they appear within the Discussion of Health Effects by Route of Exposure section, by route (inhalation, oral, and dermal) and within route by effect.  Human data are presented first, then animal data.  Both are organized by duration (acute, intermediate, chronic). *In vitro* data and data from parenteral routes (intramuscular, intravenous, subcutaneous, etc.) are also considered in this chapter.

The carcinogenic potential of the profiled substance is qualitatively evaluated, when appropriate, using existing toxicokinetic, genotoxic, and carcinogenic data.  ATSDR does not currently assess cancer potency or perform cancer risk assessments.  Minimal Risk Levels (MRLs) for noncancer end points (if derived) and the end points from which they were derived are indicated and discussed.

Limitations to existing scientific literature that prevent a satisfactory evaluation of the relevance to public health are identified in the Chapter 3 Data Needs section.

## Interpretation of Minimal Risk Levels

Where sufficient toxicologic information is available, ATSDR has derived MRLs for inhalation and oral routes of entry at each duration of exposure (acute, intermediate, and chronic).  These MRLs are not meant to support regulatory action, but to acquaint health professionals with exposure levels at which adverse health effects are not expected to occur in humans.

MRLs should help physicians and public health officials determine the safety of a community living near a chemical emission, given the concentration of a contaminant in air or the estimated daily dose in water. MRLs are based largely on toxicological studies in animals and on reports of human occupational exposure.

MRL users should be familiar with the toxicologic information on which the number is based. Chapter 2, "Relevance to Public Health," contains basic information known about the substance. Other sections such as Chapter 3 Section 3.9, "Interactions with Other Substances," and Section 3.10, "Populations that are Unusually Susceptible" provide important supplemental information.

MRL users should also understand the MRL derivation methodology. MRLs are derived using a modified version of the risk assessment methodology that the Environmental Protection Agency (EPA) provides (Barnes and Dourson 1988) to determine reference doses (RfDs) for lifetime exposure.

To derive an MRL, ATSDR generally selects the most sensitive end point which, in its best judgement, represents the most sensitive human health effect for a given exposure route and duration. ATSDR cannot make this judgement or derive an MRL unless information (quantitative or qualitative) is available for all potential systemic, neurological, and developmental effects. If this information and reliable quantitative data on the chosen end point are available, ATSDR derives an MRL using the most sensitive species (when information from multiple species is available) with the highest no-observed-adverse-effect level (NOAEL) that does not exceed any adverse effect levels. When a NOAEL is not available, a lowest-observed-adverse-effect level (LOAEL) can be used to derive an MRL, and an uncertainty factor (UF) of 10 must be employed. Additional uncertainty factors of 10 must be used both for human variability to protect sensitive subpopulations (people who are most susceptible to the health effects caused by the substance) and for interspecies variability (extrapolation from animals to humans). In deriving an MRL, these individual uncertainty factors are multiplied together. The product is then divided into the inhalation concentration or oral dosage selected from the study. Uncertainty factors used in developing a substance-specific MRL are provided in the footnotes of the levels of significant exposure (LSE) tables.

## Chapter 3

## Health Effects

## Tables and Figures for Levels of Significant Exposure (LSE)

Tables and figures are used to summarize health effects and illustrate graphically levels of exposure associated with those effects. These levels cover health effects observed at increasing dose concentrations and durations, differences in response by species, MRLs to humans for noncancer end points, and EPA's estimated range associated with an upper- bound individual lifetime cancer risk of 1 in 10,000 to 1 in 10,000,000. Use the LSE tables and figures for a quick review of the health effects and to locate data for a specific exposure scenario. The LSE tables and figures should always be used in conjunction with the text. All entries in these tables and figures represent studies that provide reliable, quantitative estimates of NOAELs, LOAELs, or Cancer Effect Levels (CELs).

The legends presented below demonstrate the application of these tables and figures. Representative examples of LSE Table 3-1 and Figure 3-1 are shown. The numbers in the left column of the legends correspond to the numbers in the example table and figure.

**LEGEND**

**See Sample LSE Table 3-1 (page B-6)**

(1)    <u>Route of Exposure</u>.  One of the first considerations when reviewing the toxicity of a substance using these tables and figures should be the relevant and appropriate route of exposure.  Typically when sufficient data exist, three LSE tables and two LSE figures are presented in the document. The three LSE tables present data on the three principal routes of exposure, i.e., inhalation, oral, and dermal (LSE Tables 3-1, 3-2, and 3-3, respectively).  LSE figures are limited to the inhalation (LSE Figure 3-1) and oral (LSE Figure 3-2) routes.  Not all substances will have data on each route of exposure and will not, therefore, have all five of the tables and figures.

(2)    <u>Exposure Period</u>.  Three exposure periods—acute (less than 15 days), intermediate (15–364 days), and chronic (365 days or more)—are presented within each relevant route of exposure. In this example, an inhalation study of intermediate exposure duration is reported.  For quick reference to health effects occurring from a known length of exposure, locate the applicable exposure period within the LSE table and figure.

(3)    <u>Health Effect</u>.  The major categories of health effects included in LSE tables and figures are death, systemic, immunological, neurological, developmental, reproductive, and cancer. NOAELs and LOAELs can be reported in the tables and figures for all effects but cancer. Systemic effects are further defined in the "System" column of the LSE table (see key number 18).

(4)    <u>Key to Figure</u>.  Each key number in the LSE table links study information to one or more data points using the same key number in the corresponding LSE figure.  In this example, the study represented by key number 18 has been used to derive a NOAEL and a Less Serious LOAEL (also see the two "18r" data points in sample Figure 3-1).

(5)    <u>Species</u>.  The test species, whether animal or human, are identified in this column.  Chapter 2, "Relevance to Public Health," covers the relevance of animal data to human toxicity and Section 3.4, "Toxicokinetics," contains any available information on comparative toxicokinetics. Although NOAELs and LOAELs are species specific, the levels are extrapolated to equivalent human doses to derive an MRL.

(6)    <u>Exposure Frequency/Duration</u>.  The duration of the study and the weekly and daily exposure regimens are provided in this column.  This permits comparison of NOAELs and LOAELs from different studies.  In this case (key number 18), rats were exposed to "Chemical x" via inhalation for 6 hours/day, 5 days/week, for 13 weeks.  For a more complete review of the dosing regimen, refer to the appropriate sections of the text or the original reference paper (i.e., Nitschke et al. 1981).

(7)    <u>System</u>.  This column further defines the systemic effects.  These systems include respiratory, cardiovascular, gastrointestinal, hematological, musculoskeletal, hepatic, renal, and dermal/ocular.  "Other" refers to any systemic effect (e.g., a decrease in body weight) not covered in these systems.  In the example of key number 18, one systemic effect (respiratory) was investigated.

(8)    <u>NOAEL</u>.  A NOAEL is the highest exposure level at which no harmful effects were seen in the organ system studied.  Key number 18 reports a NOAEL of 3 ppm for the respiratory system, which was used to derive an intermediate exposure, inhalation MRL of 0.005 ppm (see footnote "b").

**APPX ATT_V6_4418**

(9)    LOAEL.  A LOAEL is the lowest dose used in the study that caused a harmful health effect.
       LOAELs have been classified into "Less Serious" and "Serious" effects.  These distinctions help
       readers identify the levels of exposure at which adverse health effects first appear and the
       gradation of effects with increasing dose.  A brief description of the specific end point used to
       quantify the adverse effect accompanies the LOAEL.  The respiratory effect reported in key
       number 18 (hyperplasia) is a Less Serious LOAEL of 10 ppm.  MRLs are not derived from
       Serious LOAELs.

(10)   Reference.  The complete reference citation is given in Chapter 9 of the profile.

(11)   CEL.  A CEL is the lowest exposure level associated with the onset of carcinogenesis in
       experimental or epidemiologic studies.  CELs are always considered serious effects.  The LSE
       tables and figures do not contain NOAELs for cancer, but the text may report doses not causing
       measurable cancer increases.

(12)   Footnotes.  Explanations of abbreviations or reference notes for data in the LSE tables are found
       in the footnotes.  Footnote "b" indicates that the NOAEL of 3 ppm in key number 18 was used to
       derive an MRL of 0.005 ppm.


**LEGEND**

**See Sample Figure 3-1 (page B-7)**

LSE figures graphically illustrate the data presented in the corresponding LSE tables.  Figures help the
reader quickly compare health effects according to exposure concentrations for particular exposure
periods.

(13)   Exposure Period.  The same exposure periods appear as in the LSE table.  In this example, health
       effects observed within the acute and intermediate exposure periods are illustrated.

(14)   Health Effect.  These are the categories of health effects for which reliable quantitative data
       exists.  The same health effects appear in the LSE table.

(15)   Levels of Exposure.  Concentrations or doses for each health effect in the LSE tables are
       graphically displayed in the LSE figures.  Exposure concentration or dose is measured on the log
       scale "y" axis.  Inhalation exposure is reported in $mg/m^3$ or ppm and oral exposure is reported in
       mg/kg/day.

(16)   NOAEL.  In this example, the open circle designated 18r identifies a NOAEL critical end point in
       the rat upon which an intermediate inhalation exposure MRL is based.  The key number 18
       corresponds to the entry in the LSE table.  The dashed descending arrow indicates the
       extrapolation from the exposure level of 3 ppm (see entry 18 in the table) to the MRL of
       0.005 ppm (see footnote "b" in the LSE table).

(17)   CEL.  Key number 38m is one of three studies for which CELs were derived.  The diamond
       symbol refers to a CEL for the test species-mouse.  The number 38 corresponds to the entry in the
       LSE table.

(18)  <u>Estimated Upper-Bound Human Cancer Risk Levels</u>.  This is the range associated with the upper-bound for lifetime cancer risk of 1 in 10,000 to 1 in 10,000,000.  These risk levels are derived from the EPA's Human Health Assessment Group's upper-bound estimates of the slope of the cancer dose response curve at low dose levels ($q_1$*).

(19)  <u>Key to LSE Figure</u>.  The Key explains the abbreviations and symbols used in the figure.

**SAMPLE**

## Table 3-1. Levels of Significant Exposure to [Chemical x] – Inhalation

| Key to figure[a] | Species | Exposure frequency/duration | System | NOAEL (ppm) | LOAEL (effect) Less serious (ppm) | Serious (ppm) | Reference |
|---|---|---|---|---|---|---|---|
| **INTERMEDIATE EXPOSURE** | | | | | | | |
| **Systemic** | | | | | | | |
| 18 | Rat | 13 wk 5 d/wk 6 hr/d | Resp | 3[b] | 10 (hyperplasia) | | Nitschke et al. 1981 |
| **CHRONIC EXPOSURE** | | | | | | | |
| **Cancer** | | | | | | | |
| 38 | Rat | 18 mo 5 d/wk 7 hr/d | | | | 20 (CEL, multiple organs) | Wong et al. 1982 |
| 39 | Rat | 89–104 wk 5 d/wk 6 hr/d | | | | 10 (CEL, lung tumors, nasal tumors) | NTP 1982 |
| 40 | Mouse | 79–103 wk 5 d/wk 6 hr/d | | | | 10 (CEL, lung tumors, hemangiosarcomas) | NTP 1982 |

[a] The number corresponds to entries in Figure 3-1.
[b] Used to derive an intermediate inhalation Minimal Risk Level (MRL) of $5 \times 10^{-3}$ ppm; dose adjusted for intermittent exposure and divided by an uncertainty factor of 100 (10 for extrapolation from animal to humans, 10 for human variability).



Figure 3-1. Levels of Significant Exposure to [Chemical X] - Inhalation

This page is intentionally blank.

# APPENDIX C.  ACRONYMS, ABBREVIATIONS, AND SYMBOLS

| | |
|---|---|
| ACGIH | American Conference of Governmental Industrial Hygienists |
| ACOEM | American College of Occupational and Environmental Medicine |
| ADI | acceptable daily intake |
| ADME | absorption, distribution, metabolism, and excretion |
| AED | atomic emission detection |
| AFID | alkali flame ionization detector |
| AFOSH | Air Force Office of Safety and Health |
| ALT | alanine aminotransferase |
| AML | acute myeloid leukemia |
| AOAC | Association of Official Analytical Chemists |
| AOEC | Association of Occupational and Environmental Clinics |
| AP | alkaline phosphatase |
| APHA | American Public Health Association |
| AST | aspartate aminotransferase |
| atm | atmosphere |
| ATSDR | Agency for Toxic Substances and Disease Registry |
| AWQC | Ambient Water Quality Criteria |
| BAT | best available technology |
| BCF | bioconcentration factor |
| BEI | Biological Exposure Index |
| BMD/C | benchmark dose or benchmark concentration |
| BMDX | dose that produces a X% change in response rate of an adverse effect |
| BMDLX | 95% lower confidence limit on the BMDX |
| BMDS | Benchmark Dose Software |
| BMR | benchmark response |
| BSC | Board of Scientific Counselors |
| C | centigrade |
| CAA | Clean Air Act |
| CAG | Cancer Assessment Group of the U.S. Environmental Protection Agency |
| CAS | Chemical Abstract Services |
| CDC | Centers for Disease Control and Prevention |
| CEL | cancer effect level |
| CELDS | Computer-Environmental Legislative Data System |
| CERCLA | Comprehensive Environmental Response, Compensation, and Liability Act |
| CFR | Code of Federal Regulations |
| Ci | curie |
| CI | confidence interval |
| CL | ceiling limit value |
| CLP | Contract Laboratory Program |
| cm | centimeter |
| CML | chronic myeloid leukemia |
| CPSC | Consumer Products Safety Commission |
| CWA | Clean Water Act |
| DHEW | Department of Health, Education, and Welfare |
| DHHS | Department of Health and Human Services |
| DNA | deoxyribonucleic acid |
| DOD | Department of Defense |
| DOE | Department of Energy |
| DOL | Department of Labor |

| | |
|---|---|
| DOT | Department of Transportation |
| DOT/UN/ | Department of Transportation/United Nations/ |
| NA/IMDG | North America/Intergovernmental Maritime Dangerous Goods Code |
| DWEL | drinking water exposure level |
| ECD | electron capture detection |
| ECG/EKG | electrocardiogram |
| EEG | electroencephalogram |
| EEGL | Emergency Exposure Guidance Level |
| EPA | Environmental Protection Agency |
| F | Fahrenheit |
| $F_1$ | first-filial generation |
| FAO | Food and Agricultural Organization of the United Nations |
| FDA | Food and Drug Administration |
| FEMA | Federal Emergency Management Agency |
| FIFRA | Federal Insecticide, Fungicide, and Rodenticide Act |
| FPD | flame photometric detection |
| fpm | feet per minute |
| FR | Federal Register |
| FSH | follicle stimulating hormone |
| g | gram |
| GC | gas chromatography |
| gd | gestational day |
| GLC | gas liquid chromatography |
| GPC | gel permeation chromatography |
| HPLC | high-performance liquid chromatography |
| HRGC | high resolution gas chromatography |
| HSDB | Hazardous Substance Data Bank |
| IARC | International Agency for Research on Cancer |
| IDLH | immediately dangerous to life and health |
| ILO | International Labor Organization |
| IRIS | Integrated Risk Information System |
| Kd | adsorption ratio |
| kg | kilogram |
| kkg | metric ton |
| $K_{oc}$ | organic carbon partition coefficient |
| $K_{ow}$ | octanol-water partition coefficient |
| L | liter |
| LC | liquid chromatography |
| $LC_{50}$ | lethal concentration, 50% kill |
| $LC_{Lo}$ | lethal concentration, low |
| $LD_{50}$ | lethal dose, 50% kill |
| $LD_{Lo}$ | lethal dose, low |
| LDH | lactic dehydrogenase |
| LH | luteinizing hormone |
| LOAEL | lowest-observed-adverse-effect level |
| LSE | Levels of Significant Exposure |
| $LT_{50}$ | lethal time, 50% kill |
| m | meter |
| MA | *trans,trans*-muconic acid |
| MAL | maximum allowable level |
| mCi | millicurie |

APPX ATT_V6_4425

| MCL | maximum contaminant level |
|---|---|
| MCLG | maximum contaminant level goal |
| MF | modifying factor |
| MFO | mixed function oxidase |
| mg | milligram |
| mL | milliliter |
| mm | millimeter |
| mmHg | millimeters of mercury |
| mmol | millimole |
| mppcf | millions of particles per cubic foot |
| MRL | Minimal Risk Level |
| MS | mass spectrometry |
| NAAQS | National Ambient Air Quality Standard |
| NAS | National Academy of Science |
| NATICH | National Air Toxics Information Clearinghouse |
| NATO | North Atlantic Treaty Organization |
| NCE | normochromatic erythrocytes |
| NCEH | National Center for Environmental Health |
| NCI | National Cancer Institute |
| ND | not detected |
| NFPA | National Fire Protection Association |
| ng | nanogram |
| NHANES | National Health and Nutrition Examination Survey |
| NIEHS | National Institute of Environmental Health Sciences |
| NIOSH | National Institute for Occupational Safety and Health |
| NIOSHTIC | NIOSH's Computerized Information Retrieval System |
| NLM | National Library of Medicine |
| nm | nanometer |
| nmol | nanomole |
| NOAEL | no-observed-adverse-effect level |
| NOES | National Occupational Exposure Survey |
| NOHS | National Occupational Hazard Survey |
| NPD | nitrogen phosphorus detection |
| NPDES | National Pollutant Discharge Elimination System |
| NPL | National Priorities List |
| NR | not reported |
| NRC | National Research Council |
| NS | not specified |
| NSPS | New Source Performance Standards |
| NTIS | National Technical Information Service |
| NTP | National Toxicology Program |
| ODW | Office of Drinking Water, EPA |
| OERR | Office of Emergency and Remedial Response, EPA |
| OHM/TADS | Oil and Hazardous Materials/Technical Assistance Data System |
| OPP | Office of Pesticide Programs, EPA |
| OPPT | Office of Pollution Prevention and Toxics, EPA |
| OPPTS | Office of Prevention, Pesticides and Toxic Substances, EPA |
| OR | odds ratio |
| OSHA | Occupational Safety and Health Administration |
| OSW | Office of Solid Waste, EPA |
| OTS | Office of Toxic Substances |

| | |
|---|---|
| OW | Office of Water |
| OWRS | Office of Water Regulations and Standards, EPA |
| PAH | polycyclic aromatic hydrocarbon |
| PBPD | physiologically based pharmacodynamic |
| PBPK | physiologically based pharmacokinetic |
| PCE | polychromatic erythrocytes |
| PEL | permissible exposure limit |
| pg | picogram |
| PHS | Public Health Service |
| PID | photo ionization detector |
| pmol | picomole |
| PMR | proportionate mortality ratio |
| ppb | parts per billion |
| ppm | parts per million |
| ppt | parts per trillion |
| PSNS | pretreatment standards for new sources |
| RBC | red blood cell |
| REL | recommended exposure level/limit |
| RfC | reference concentration |
| RfD | reference dose |
| RNA | ribonucleic acid |
| RQ | reportable quantity |
| RTECS | Registry of Toxic Effects of Chemical Substances |
| SARA | Superfund Amendments and Reauthorization Act |
| SCE | sister chromatid exchange |
| SGOT | serum glutamic oxaloacetic transaminase |
| SGPT | serum glutamic pyruvic transaminase |
| SIC | standard industrial classification |
| SIM | selected ion monitoring |
| SMCL | secondary maximum contaminant level |
| SMR | standardized mortality ratio |
| SNARL | suggested no adverse response level |
| SPEGL | Short-Term Public Emergency Guidance Level |
| STEL | short term exposure limit |
| STORET | Storage and Retrieval |
| $TD_{50}$ | toxic dose, 50% specific toxic effect |
| TLV | threshold limit value |
| TOC | total organic carbon |
| TPQ | threshold planning quantity |
| TRI | Toxics Release Inventory |
| TSCA | Toxic Substances Control Act |
| TWA | time-weighted average |
| UF | uncertainty factor |
| U.S. | United States |
| USDA | United States Department of Agriculture |
| USGS | United States Geological Survey |
| VOC | volatile organic compound |
| WBC | white blood cell |
| WHO | World Health Organization |

CHROMIUM                                                          C-5

APPENDIX C

| | |
|---|---|
| > | greater than |
| ≥ | greater than or equal to |
| = | equal to |
| < | less than |
| ≤ | less than or equal to |
| % | percent |
| α | alpha |
| β | beta |
| γ | gamma |
| δ | delta |
| μm | micrometer |
| μg | microgram |
| $q_1^*$ | cancer slope factor |
| − | negative |
| + | positive |
| (+) | weakly positive result |
| (−) | weakly negative result |

This page is intentionally blank.

# APPENDIX D.  INDEX

absorbed dose ..................................................................................................... 11, 239, 290
acetylcholine ................................................................................................................ 207
acetylcholinesterase ...................................................................................................... 207
adenocarcinoma .............................................................................................................. 112
adrenal gland ...................................................................................................... 93, 177, 250
adrenals ......................................................................................................................... 93
adsorbed ..................................................................................................... 365, 373, 394
adsorption ................................................................................................... 377, 406, 410
aerobic .................................................................................................................. 375, 376
alanine aminotransferase (see ALT) ............................................. 34, 89, 173, 207, 208
ALT (see alanine aminotransferase) ...................................................... 34, 173, 297, 308
ambient air ....................................................................................... 9, 363, 378, 385, 396
anaerobic ............................................................................................................ 374, 375, 376
anemia ........................................ 4, 12, 16, 17, 34, 35, 36, 37, 47, 170, 171, 206, 316, 417
aspartate aminotransferase (see AST) ................................................................... 34, 173
AST (see aspartate aminotransferase) ............................................... 34, 173, 308
bioaccumulation .............................................................................................................. 374
bioavailability ........................... 237, 243, 245, 246, 251, 267, 279, 302, 303, 329, 373, 389, 395
bioconcentration factor .................................................................................................. 373
biomarker ................................. 90, 289, 290, 291, 295, 296, 297, 330, 401, 413, 414
blood cell count ........................................................................................... 30, 87, 88, 169
body weight effects ................................................................................................. 94, 178
breast milk ........................... 11, 239, 249, 250, 267, 269, 280, 288, 328, 330, 389, 390, 397
cancer ..................... 4, 21, 36, 37, 52, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 178, 193, 194, 195,
                214, 215, 248, 261, 286, 287, 295, 301, 313, 317, 324, 326, 390, 399, 419, 420
carcinogen ................................................................................................................ 23, 425
carcinogenic ................... 4, 22, 23, 26, 50, 51, 102, 111, 112, 196, 234, 282, 283, 301, 313, 318, 323, 425
carcinogenicity ......................................... 22, 23, 36, 37, 196, 197, 234, 281, 313, 318, 324, 425
carcinoma ......................................................................... 22, 196, 197, 207, 226, 230
cardiovascular ............................................ 12, 23, 52, 84, 85, 165, 206, 313, 314
cardiovascular effects ................................................................. 84, 85, 165, 206
cholinesterase ................................................................................................................ 173, 207
chromosomal aberrations ......................... 215, 226, 231, 234, 282, 299, 318, 319, 320, 325, 326
clearance ....................................................... 14, 81, 82, 91, 98, 176, 238, 240, 241, 254, 262, 268,
                269, 270, 274, 275, 276, 279, 280, 298, 303, 329
death ................................... 12, 16, 50, 51, 75, 79, 86, 105, 107, 112, 113, 114, 165,
                166, 193, 194, 195, 248, 287, 298, 313, 314, 329
deoxyribonucleic acid (see DNA) .................................................. 11, 221, 226, 230, 261
dermal effects .......................................... 20, 93, 95, 177, 178, 181, 198, 208, 210, 259, 313
developmental effects ....................... 19, 25, 34, 43, 45, 101, 189, 191, 192, 193, 214, 287, 313, 321, 330
DNA (see deoxyribonucleic acid) ...................... 11, 21, 183, 215, 216, 217, 218, 220, 221, 222, 224, 225,
                226, 227, 229, 230, 232, 233, 234, 235, 236, 237,
                239, 261, 281, 282, 283, 289, 296, 298, 299, 307,
                309, 318, 319, 324, 325, 326, 329, 332, 399, 413
elimination half-time ...................................................................................................... 290
elimination rate ............................................................................................................. 239
endocrine ................................................................. 23, 52, 93, 177, 284, 285
endocrine effects ................................................................................................. 93, 177

erythema ..................................................................................... 15, 16, 27, 52, 95, 198, 210, 211
fetal tissue ............................................................................................ 253, 288, 328, 390, 397
fetus ..................................................................................................................... 285, 322
follicle stimulating hormone (see FSH) ................................................................. 100, 191
FSH (see follicle stimulating hormone) ........................................................................ 100
gastrointestinal effects ......................................... 12, 13, 14, 32, 35, 85, 86, 166, 167, 206, 317
general population ................................... 3, 9, 108, 111, 263, 267, 327, 328, 365, 366, 385, 391, 393, 396
genotoxic ................................. 21, 50, 215, 231, 233, 234, 236, 237, 266, 296, 299, 313, 318, 320, 324, 326
genotoxicity ................................. 21, 215, 233, 234, 236, 237, 299, 309, 313, 318, 319, 320, 324, 332
groundwater ..................................................... 3, 194, 365, 371, 374, 376, 381, 410, 424
half-life .............................................. 240, 245, 265, 266, 280, 289, 295, 325, 375, 395
hematological effects ........................... 16, 17, 29, 35, 36, 38, 87, 169, 170, 171, 206, 315, 316, 317, 417
hematopoietic ...................................................................................................... 17, 35, 170
hepatic effects ................................................................. 88, 89, 172, 174, 207, 297
hydroxyl radical ................................................................................. 237, 262, 307, 308
immune system ............................................................... 16, 98, 181, 315, 322
immunological ........................................... 12, 23, 35, 50, 96, 98, 295, 301, 313
immunological effects ......................................... 15, 20, 24, 35, 96, 98, 313
$K_{ow}$ ....................................................................... 343, 344, 345, 346, 347, 348, 349
$LD_{50}$ ................................................................... 113, 198, 256, 301, 315
leukemia ............................................................................ 222, 226, 227, 230
leukopenia ....................................................................................................... 87
lymphatic ........................................................... 35, 40, 41, 181, 280
metabolic effects ................................................................ 52, 94, 180, 261
micronuclei .......................................... 215, 217, 232, 233, 234, 235, 299, 318, 319
milk ........................................... 213, 249, 250, 267, 280, 288, 386, 403
mucociliary ........................................... 238, 241, 274, 279, 280, 303, 329
musculoskeletal effects ......................................... 23, 52, 88, 172, 207
neonatal ........................................................... 20, 252, 321, 391
neoplasm ............................................................................................... 197
neoplastic ................................................................................................ 22
neurobehavioral ............................................................................. 182, 284
neurochemical .............................................................................................. 182
neurological effects ......................................... 12, 99, 182, 214, 297, 303, 314
nuclear ........................................................................................ 283, 307
ocular effects ......................................................... 21, 93, 178, 210, 211
odds ratio ........................................................................................... 80, 101
pharmacodynamic ................................................................................. 42, 270
pharmacokinetic ................................. 270, 271, 272, 283, 285, 289, 322, 326
placenta ........................................... 11, 190, 239, 249, 253, 257, 288, 320, 321, 327, 330, 390, 397
rate constant ........................................... 245, 260, 274, 275, 276, 277
renal effects ......................................... 37, 90, 92, 175, 176, 207, 208, 314
reproductive effects ......................... 17, 18, 23, 25, 44, 45, 99, 100, 101, 182, 183, 184,
     185, 186, 187, 189, 192, 214, 313, 316, 317, 320
respiratory effects ......................... 12, 13, 20, 23, 24, 27, 28, 29, 30, 38, 39, 42, 52, 75, 76, 77, 78, 81,
     83, 85, 114, 198, 206, 208, 295, 313, 315, 317, 330, 417, 418
retention ........................................... 11, 89, 207, 238, 239, 241, 243, 256, 265, 266, 277, 291
sequestered ........................................................... 16, 257, 265, 280, 291, 305
solubility ........................... 24, 39, 113, 237, 238, 239, 241, 278, 283, 299, 302, 333, 365, 374, 376, 393
spermatogonia ..................................................................................... 44, 183
systemic effects ......................................... 16, 52, 114, 198, 287, 313, 314, 315, 418

CHROMI8.0

APPENDIX '

T3 .......................................................................................................................... 53, 115, 199
thrombocytopenia ............................................................................................................ 206
thyroid ...................................................................................................................... 93, 177
thyroxine .............................................................................................................. 309, 329
toxicokinetic........................................................................................................ 11, 49, 238
tumors ...................................................................... 4, 22, 108, 111, 112, 196, 298
volatilization ................................................................................................................. 405