# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-1087**  **September Term, 2024**

**Filed On: July 3, 2025** [2123719]

In re: Center for Biological Diversity, et al.,

    Petitioners

# O R D E R

Upon consideration of the unopposed motion to hold case in abeyance, it is

**ORDERED** that the motion be granted, and this case is hereby held in abeyance pending further order of the court.

The parties are directed to file motions to govern future proceedings in this case by October 1, 2025.

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                  BY:    /s/
                              Catherine J. Lavender
                              Deputy Clerk